Page 1

1
2            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF NEW YORK
3

    EDWARD CARTER, FRANK FIORILLO, )
4   KEVIN LAMM, JOSEPH NOFI and    )
    THOMAS SNYDER,                 )
5                                  )
                Plaintiffs,        )
6                                  )
                vs.                ) CV 07 1215
7                                  )
    INCORPORATED VILLAGE OF OCEAN  )
8   BEACH; MAYOR JOSEPH C. LOEFFLER)
    JR., individually and in his   )
9   Official capacity; former mayor)
    NATALIE K. ROGERS, individually)
10  and in her official capacity,  )
    OCEAN BEACH POLICE DEPARTMENT; )
11  ACTING DEPUTY POLICE CHIEF     )
    GEORGE B. HESSE, individually  )
12  and in his official capacity;  )
    SUFFOLK COUNTY; SUFFOLK COUNTY )
13  POLICE DEPARTMENT, SUFFOLK     )
    COUNTY DEPARTMENT OF CIVIL     )
14  SERVICE; and ALLISON SANCHEZ,  )
    Individually and in her        )
15  Official capacity,             )
                                   )
16              Defendants.        )
    -----------------------------)
17
18
19     VIDEOTAPED DEPOSITION OF ALLISON SANCHEZ
20             Hauppauge, New York
21         Wednesday, February 18, 2009
22
23
24  Reported by:
    Philip Rizzuti
25  JOB NO. 20820

Page 2

February 18, 2008
10:05 a.m.

Videotaped deposition of ALLISON SANCHEZ, held at the offices of Suffolk County Attorney, 100 Veteran's Highway, Hauppauge, New York, pursuant to subpoena, before Philip Rizzuti, a Notary Public of the State of New York

Page 3

APPEARANCES:

THOMPSON WIGDOR & GILLY, LLP
Attorneys for Plaintiffs
    85 Fifth Avenue
    New York, New York 10003
BY:  ARIEL Y. GRAFF, ESQ.

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
Attorneys for George B. Hesse
    530 Saw Mill River Road
    Elmsford, New York 10523
BY:  KEVIN W. CONNOLLY, ESQ.

RIVKIN RADLER, LLP
Attorneys for Incorporated Village of Ocean Beach, Joseph Loeffler, Natalie Rogers and Ocean Beach Police Department
    926 RexCorp Plaza
    Uniondale, New York 11556-0926
BY:  KENNETH A. NOVIKOFF, ESQ.

Page 4

APPEARANCES:

BEE READY FISHBEIN HATTER & DONOVAN, LLP
Attorneys for Village of Ocean Beach
    170 Old Country Road
    Mineola, New York 11501
BY:  KENNETH A. GRAY, ESQ.

SUFFOLK COUNTY DEPARTMENT OF LAW
    H. Lee Dennison Building,
    6th floor
    100 Veterans Memorial Highway
    P.O. Box 6100
    Hauppauge, New York 11788-4311
BY:  ARLENE S. ZWILLING, ESQ.

ALSO PRESENT:
    KEVIN LAMM
    FRANK FIORILLO
    JORDAN MUMMERT, Videographer

Page 5

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

Page 6

```
 1              Sanchez
 2      MR. GRAFF:  Would you mark as
 3  Sanchez Exhibit 1, Civil Service Human
 4  Resources Organization Chart.
 5      (Sanchez Exhibit 1, Civil Service   09:56:47
 6  Human Resources Organization Chart,
 7  marked for identification, as of this
 8  date.)
 9      MR. GRAFF:  Would you mark as
10  Sanchez Exhibit 2, document headed Police  09:58:20
11  Officer.
12      (Sanchez Exhibit 2, document
13  headed police officer, marked for
14  identification, as of this date.)
15      MR. GRAFF:  Would mark as Sanchez   09:58:29
16  Exhibit 3, document headed Sergeant
17  (Police:Towns and Villages).
18      (Sanchez Exhibit 3, document
19  headed Sergeant (Police:Towns and
20  Villages), marked for             09:58:39
21  identification, as of this date.)
22      MR. GRAFF:  Would you mark as
23  Sanchez Exhibit 4, document headed police
24  officer, part-time seasonal.
25      (Sanchez Exhibit 4, document   09:58:47
```

Page 7

```
 1              Sanchez
 2  headed police officer, part-time
 3  seasonal, marked for identification, as
 4  of this date.)
 5      THE VIDEOGRAPHER:  This is the   10:05:26
 6  start of the tape labeled number 1 of the
 7  videotape deposition of Allison Sanchez,
 8  in the matter of Carter, Fiorillo versus
 9  the Incorporated Village of Ocean Beach.
10  This deposition is being held at 100   10:05:46
11  Veteran's Memorial Highway in Suffolk
12  County, New York, on February 18, 2009 at
13  approximately 10:05 a.m.
14      My name of Jordan Mummert from TSG
15  Reporting and I am the legal video   10:05:59
16  specialist.  The court reporter is Phil
17  Rizzuti in association with TSG
18  Reporting.  Will counsel please introduce
19  yourselves.
20      MR. GRAFF:  Ari Graff from the law  10:06:07
21  firm of Thompson Wigdor & Gilly
22  representing the plaintiffs in this
23  action.  Two of whom are in the room
24  today Frank Fiorillo and Kevin Lamm.
25      MS. ZWILLING:  For the county   10:06:17
```

Page 8

```
 1              Sanchez
 2  defendants and for the defendant witness
 3  Allison Sanchez I am Arlene Zwilling for
 4  Christine Malali Suffolk County Attorney.
 5      MR. NOVIKOFF:  For all of the   10:06:27
 6  Village defendants except for defendant
 7  Hesse, Ken Novikoff, Rivkin Radler, LLP.
 8      MR. CONNOLLY:  For defendant
 9  George B. Hesse, Kevin W. Connolly of
10  Marks, O'Neil, O'Brien & Courtney.   10:06:36
11      THE VIDEOGRAPHER:  Will the court
12  reporter please swear in the witness.
13  A L L I S O N   S A N C H E Z, called as a
14      witness, having been duly sworn by a
15      Notary Public, was examined and   10:06:41
16      testified as follows:
17  EXAMINATION BY
18  MR. GRAFF:
19      MR. NOVIKOFF:  Regular
20  stipulations?                10:06:57
21      MR. GRAFF:  Yeah, this deposition
22  will be governed by the Federal Rules of
23  Civil Procedure and the local civil rules
24  for the Eastern District of New York.
25      MS. ZWILLING:  I would assume you  10:07:02
```

Page 9

```
 1              Sanchez
 2  would want to ask me if that was
 3  acceptable.  It is, but...
 4      MR. NOVIKOFF:  Yes.  I thought it
 5  was a bit presumptuous, but that is okay.  10:07:10
 6      MR. GRAFF:  This is a deposition
 7  conducted in Federal Court under the
 8  Federal Rules.  Is that acceptable?
 9      MS. ZWILLING:  Yes.
10      MR. GRAFF:  Okay.  Thank you.   10:07:20
11  Q.   Could you please state your name
12  for the record.
13  A.   Allison Sanchez.
14  Q.   Ms. Sanchez, do you understand
15  that you are testifying under oath today and   10:07:31
16  that you are obligated to tell the truth?
17      MR. NOVIKOFF:  She just swore to
18  the oath.
19  A.   I am.
20  Q.   Have you ever testified under oath  10:07:42
21  before?
22  A.   Yes.
23  Q.   And on how many occasions would
24  you estimate that you testified under oath
25  before?                       10:07:51
```

Page 10

1          Sanchez
2      A.  When.
3      Q.  When was that?
4      A.  I think 1980.
5      Q.  Do you recall whether you        10:07:59
6  testified in a deposition or in a trial?
7      A.  No, I did not.
8      Q.  In what context did you give sworn
9  testimony?
10     A.  There was a kid in my neighborhood  10:08:08
11 that was accused of flashing other kids.
12     Q.  Were you a witness in that case?
13     A.  Yes.
14     Q.  Before we get into some of the
15 substantive questions I just wanted to go over  10:08:23
16 some of the general protocols that we usually
17 follow in depositions to make sure that we are
18 on the same page going forward and facilitate
19 communication today.
20         As you can see there is a court    10:08:35
21 reporter who is taking down every word that is
22 said. It is important so that there will be a
23 clear record that all of your answers be
24 communicated orally because the court reporter
25 obviously can't record a gesture or nod.   10:08:46

Page 11

1          Sanchez
2      Do you understand that?
3      A.  Yes.
4          MR. NOVIKOFF:  I am sure
5  Ms. Zwilling has gone over with her      10:08:52
6  client the protocols involved in a
7  deposition.  I think you should just move
8  into it.
9          MR. GRAFF:  Mr. Novikoff, your
10 opinions on these matters are only going   10:09:03
11 to protract the duration of the
12 deposition.  I would ask that to the
13 extent that there is an objection that
14 you have that is not made by Ms. Zwilling
15 you can certainly state it.  But       10:09:15
16 otherwise please do not disrupt this
17 deposition.
18         MR. NOVIKOFF:  I will do what I
19 believe is appropriate Mr. Graff.
20         MR. GRAFF:  I would hope that you  10:09:21
21 would agree that it is not appropriate to
22 interrupt this deposition.
23         MR. NOVIKOFF:  I tend not to agree
24 with anything that you say.
25     Q.  Ms. Sanchez, if at any point you   10:09:27

Page 12

1          Sanchez
2  don't hear a question or don't understand a
3  question that I have asked just let me know
4  and I will rephrase it or clarify it in a way
5  that you can understand it.  Okay?      10:09:40
6      A.  Okay.
7      Q.  But if you don't tell me that you
8  didn't understand the question I will not be
9  able to know that and I will assume that you
10 understood it.  So it is important just to    10:09:50
11 clarify for me when I ask the question if
12 there is any confusion about what I am asking.
13         MR. NOVIKOFF:  I object to that
14 instruction.  Whether or not your
15 question is confusion there is no      10:10:00
16 assumption -- there should be no
17 assumption if the witness doesn't tell
18 you it is confusing, that she is
19 objecting or she is confused.  That
20 doesn't mean that there should be a      10:10:13
21 presumption that she is not otherwise
22 confused.  That is why there is counsel
23 here to raise the appropriate objections
24 as to form.
25         MR. GRAFF:  The alternative would  10:10:19

Page 13

1          Sanchez
2  be that after every question I ask her
3  whether she understood the question.
4  That certainly is going to protract the
5  day --                     10:10:30
6          MS. ZWILLING:  Not to mention I
7  wouldn't permit that to happen.  Why
8  don't we move forward and ask the
9  questions.
10         MR. NOVIKOFF:  Exactly.      10:10:33
11     Q.  If at any point you would like to
12 take a break you are free to do that, just let
13 me know.  I only ask that if there is a
14 question pending that you first answer the
15 question before taking a break.       10:10:44
16         Have you consumed any alcoholic
17 beverages in the last 24 hours?
18     A.  No.
19     Q.  Are you taking any medications or
20 drugs that could affect your ability to     10:10:55
21 testify truthfully today?
22     A.  No.
23     Q.  Are you taking any medications or
24 drugs that could affect your ability to
25 testify completely today?         10:11:02

Page 14

Sanchez

1
2     A.   No.
3        Q.   Are you feeling sick at all today?
4     A.   No.
5        MR. NOVIKOFF:  Objection.          10:11:08
6        Q.   Is there any reason you can think
7  of why you would not be able to answer my
8  questions fully and truthfully today?
9        MR. NOVIKOFF:  Objection.  She
10  doesn't know what the questions are yet.   10:11:17
11     A.   I don't know what the questions
12  are yet.
13     Q.   Are there any categories of
14  questions that you are concerned you might not
15  be able to answer truthfully?          10:11:32
16        MS. ZWILLING:  Objection.  That is
17  absolutely improper.
18        MR. NOVIKOFF:  And your question
19  was.
20        MR. GRAFF:  It was fully and       10:11:41
21  truthfully.
22        MR. NOVIKOFF:  Okay, I view fully
23  and completely as the same.
24     Q.   Ms. Sanchez, are you represented
25  by an attorney in connection with this    10:11:47

Page 15

Sanchez

1
2  deposition?
3        MS. ZWILLING:  She is a defendant
4  in this case and we have appeared on her
5  behalf.                         10:11:53
6        MR. GRAFF:  My question,
7  Ms. Zwilling, was directed to witness.
8        MS. ZWILLING:  Considering that my
9  office has formally appeared on her
10  behalf and has litigated the case against  10:12:01
11  Ms. Sanchez since the inception, your
12  question is not proper.
13        MR. NOVIKOFF:  Ari, I know this is
14  in the first page of the first chapter of
15  how to take a deposition, but common.     10:12:11
16        MR. GRAFF:  There are a number of
17  Suffolk County defendants, I just wanted
18  to clarify --
19        MS. ZWILLING:  We have formally
20  appeared for Ms. Sanchez since the time    10:12:20
21  we interposed her answer.
22     Q.   Ms. Sanchez, are you currently an
23  employee of Suffolk County?
24     A..   Yes, I am.
25     Q.   And what is your current position?  10:12:27

Page 16

Sanchez

1
2     A.   Probation officer.
3     Q.   When did you first learn that the
4  plaintiffs in this case were making
5  allegations against Ocean Beach and Suffolk  10:12:41
6  County and others?
7        MR. NOVIKOFF:  Objection as to
8  form on multiple levels.
9     A.   I don't remember exactly.
10     Q.   Do you recall whether you have   10:12:52
11  seen a copy of the complaint filed in Federal
12  court in this action?
13     A.   Yes.
14     Q.   And did you see a copy of the
15  complaint?                       10:13:02
16     A.   Yes.
17     Q.   Have you -- were you aware that
18  the plaintiffs have filed a lawsuit before you
19  read the complaint?
20        MR. NOVIKOFF:  Objection.  That   10:13:16
21  seems to be a legal impossibility since a
22  complaint being filed starts a lawsuit.
23  But I am going to object to the form.  Go
24  ahead.  Sorry.
25     A.   Could you repeat that.      10:13:30

Page 17

Sanchez

1
2     Q.   Sure.  When you read the complaint
3  were you already aware of the lawsuit that had
4  been filed?
5        MS. ZWILLING:  Objection.  You can  10:13:37
6  answer if the question makes sense to
7  you.
8     A.   It doesn't make sense to me so I
9  can't really answer that question.
10     Q.   How did you first come to learn   10:13:44
11  that the plaintiffs had filed a lawsuit
12  against Ocean Beach, Suffolk County and
13  others?
14     A.   I don't recall how I first learned
15  about it.                       10:13:56
16     Q.   Have you discussed this lawsuit
17  with anyone other than your counsel?
18     A.   No.
19     Q.   Have you discussed the lawsuit
20  with defendant George B. Hesse?          10:14:12
21        MR. NOVIKOFF:  As opposed to when
22  she answered no, she had not discussed
23  with anybody.  I object.
24        MR. GRAFF:  If you want to object
25  to the question you certainly can.  The   10:14:24

Page 18

```
1              Sanchez
2      deposition will continue and your
3      commentary is unnecessary and disruptive.
4          MR. NOVIKOFF:  I will object to
5      the form of the question.        10:14:30
6      Q.   Just to clarify specifically, have
7   you spoken to George Hesse about this
8   deposition?
9      A.   No.
10     Q.   Have you spoken to current mayor   10:14:36
11  of Ocean Beach Loeffler about this deposition?
12     A.   I have not spoken to anyone about
13  this lawsuit.
14     Q.   What about the fact that you are
15  hear today testifying, have you discussed that  10:14:48
16  with anyone other than your counsel?
17     A.   I advised my supervisor.
18     Q.   Who is your current supervisor?
19     A.   Michael Thompson.
20     Q.   What is his position?         10:15:00
21     A.   Supervising probation officer.
22  Although I did not advise him about the
23  lawsuit, I advised him that I was here for a
24  deposition, which I didn't give him details.
25  DI  Q.   Thank you for that clarification.  10:15:16
```

Page 19

```
1              Sanchez
2      Could you state your present
3   address for the record?
4          MS. ZWILLING:  Objection.  She is
5      a defendant in this case.  She is      10:15:22
6      represented by counsel, and you can
7      communicate, the plaintiffs can
8      communicate with her through counsel.
9          MR. GRAFF:  Are you going to
10     instruct the witness not to identify her  10:15:30
11     address?
12         MS. ZWILLING:  Yes.
13         MR. NOVIKOFF:  I join.  I think
14     given the rash of identity thefts and all
15     the other issues that are out there.     10:15:39
16         MS. ZWILLING:  She is also a
17     probation officer.
18         MR. NOVIKOFF:  Exactly.
19         MR. GRAFF:  Okay.  Mr. Novikoff, I
20     will note again, depositions by --      10:15:48
21     objections by one party inures to the
22     benefit of all parties.  So your
23     objection was redundant and your
24     commentary was again disruptive.
25         MR. NOVIKOFF:  Thanks for the      10:16:02
```

Page 20

```
1              Sanchez
2      lesson.
3      Q.   Ms. Sanchez, have you ever been
4   convicted of a crime?
5      A.   No.               10:16:06
6      Q.   Have you ever been married?
7      A.   Yes.
8      Q.   Are you currently married?
9      A.   Yes.
10     Q.   And what is the name of your      10:16:19
11  spouse, please?
12     A.   Lisa Sanchez.
13     Q.   When did you and Lisa Sanchez
14  marry?
15     A.   June 2007.          10:16:32
16     Q.   Other than Lisa Sanchez have you
17  been married to anyone else?
18     A.   No.
19     Q.   Do you have any children?
20     A.   No.               10:16:45
21     Q.   I have a couple of questions going
22  just to educational background.  Did you
23  graduate high school?
24     A.   Yes.
25     Q.   What high school did you attend?  10:16:53
```

Page 21

```
1              Sanchez
2      A.   Graduated from Longwood High
3   School.
4      Q.   What year did you graduate?
5      A.   1988.               10:17:01
6      Q.   And did you attend college at all?
7      A.   Yes.
8      Q.   What college did you attend?
9      A.   Stony Brook University.
10     Q.   Did you attain a degree at Stony   10:17:13
11  Brook University?
12     A.   Yes.
13     Q.   In what field is your degree?
14     A.   Psychology.
15     Q.   Was that a Bachelor's degree?     10:17:20
16     A.   Yes.
17     Q.   When did you earn that Bachelor's
18  degree?
19     A.   1992.
20     Q.   And other than the BA at Stony     10:17:26
21  Brook have you attended college or university
22  for any other degrees?
23     A.   No.
24     Q.   Have you taken any other formal
25  course work at a college or university?   10:17:38
```

Page 22

```
 1              Sanchez
 2      A.  No.
 3      Q.  Do you have any certifications
 4 outside of university context?
 5          MR. NOVIKOFF:  Objection..        10:17:50
 6      A.  No.
 7      Q.  And when did you start working as
 8 a probation officer?
 9      A.  April 2007.
10      Q.  And how did you go about applying  10:18:09
11 for the position of probation officer in April
12 of 2007?
13          MR. NOVIKOFF:  Objection.
14      A.  I submitted an application.
15      Q.  And is the position of probation   10:18:22
16 officer a Civil Service position?
17      A.  It is.
18      Q.  What Civil Service classification
19 does that have?
20      A.  That is not a clear question.      10:18:33
21      Q.  Is it a competitive position?
22      A.  Yes.
23      Q.  What requirements if any did you
24 need to satisfy to attain the position of
25 probation officer?                          10:18:49
```

Page 23

```
 1              Sanchez
 2      A.  I took a test.
 3      Q.  Is that a written test?
 4      A.  Initially.
 5      Q.  Other than the written test what   10:18:55
 6 else if anything did you have to do to get
 7 that position?
 8      A.  I had to take a physical, a
 9 medical, psychological.
10      Q.  Anything else?                     10:19:05
11      A.  No.
12      Q.  How long did the process of
13 satisfying those requirements take?
14      A.  A couple of weeks.
15      Q.  Were you able to start working as  10:19:23
16 a probation officer until you had -- prior to
17 the time that you had completed those
18 requirements?
19          MR. NOVIKOFF:  Objection.
20      Q.  That is did you have to do all of  10:19:34
21 those things, the written test, the physical,
22 the psychological before the first day that
23 you could start work as a probation officer?
24      A.  I was not hired until I completed
25 all of my qualifying exams.                 10:19:45
```

Page 24

```
 1              Sanchez
 2      Q.  Thank you.
 3          Prior to working as a probation
 4 officer what if any employment did you have
 5 that is immediately prior to becoming a       10:19:56
 6 probation officer?
 7          MR. NOVIKOFF:  You mean the day
 8 before she became --
 9      Q.  The most recent job you had prior
10 to that?                                      10:20:03
11      A.  I was a personnel analyst.
12      Q.  Where were you a personnel
13 analyst?
14      A.  In the Department of Civil
15 Service.                                      10:20:12
16      Q.  In what county?
17      A.  Suffolk County.
18      Q.  From what date to what date did
19 you work as a personnel analyst in Suffolk
20 County?                                       10:20:22
21      A.  December '02 until April '07.
22      Q.  And during the period that you
23 worked as a personnel analyst did you hold any
24 other employment positions?
25          MR. NOVIKOFF:  Objection.          10:20:39
```

Page 25

```
 1              Sanchez
 2      A.  No.
 3      Q.  And after concluding your
 4 employment as a personnel analyst other than
 5 your work as a probation officer have you had  10:20:48
 6 any other employment?
 7      A.  No.
 8      Q.  So am I correct in understanding
 9 that from December '02 until the present you
10 had two jobs, probation officer and personnel  10:21:00
11 analyst?
12          MR. NOVIKOFF:  Objection.
13      A.  Yes.
14      Q.  Thank you.
15          What are your current duties as a   10:21:06
16 probation officer?
17      A.  I supervise convicted criminals in
18 the community.
19      Q.  And is there a particular
20 community or geographic area that your         10:21:26
21 responsibilities encompass?
22      A.  I am assigned to Manorville and
23 Riverhead.
24      Q.  Have you been assigned to any
25 other areas since becoming a probation         10:21:37
```

Sanchez

1    officer?
2        A.  Yes.  South shore between
3    Patchogue and Westhampton.
4        Q.  As a personnel analyst what were    10:21:49
5    your duties?
6        A.  To review personnel transactions
7    that were submitted by my assigned
8    jurisdictions to make sure that they were in
9    compliance with Civil Service Law with regards    10:22:07
10   to hiring and maintaining personnel.
11       Q.  And were there -- was there a
12   particular geographic area that you were
13   responsible for that was your jurisdiction
14   when you were a personnel analyst?    10:22:25
15       A.  I had about thirteen jurisdictions
16   that were assigned to me.  So I don't remember
17   all of them.
18       Q.  Were those thirteen jurisdictions
19   contiguous, were they all touching on the map    10:22:39
20   or spread out?
21       A.  No, they were spread out.
22       Q.  Were they all in Suffolk County?
23       A.  Of course.
24       Q.  How did you go about attaining a    10:22:47

Sanchez

1    position of personnel analyst?
2        A.  I filled out an application.  I
3    took a test.
4        Q.  Was that a written test that you    10:23:01
5    are referring to?
6        A.  Yes, initially.
7        Q.  And other than that written test
8    and the application what if anything did you
9    need to do to get the position of personnel    10:23:13
10   analyst?
11       A.  I submitted to an oral exam as
12   well and I submitted a writing sample.
13       Q.  And what subjects did the oral
14   exam cover?    10:23:25
15           MS. ZWILLING:  Off the record.
16           THE VIDEOGRAPHER:  The time is
17       10:23, we are off the record.
18           (Recess taken.)
19           THE VIDEOGRAPHER:  The time is    10:24:16
20       10:24, we are on the record.
21       Q.  We just went off very briefly
22   while Mr. Gray entered the room.
23           Could the court reporter read back
24   my last question before we went off the    10:24:29

Sanchez

1    record, please.
2            (Record read.)
3        A.  I don't recall subjects.  They
4    just asked me questions with regards to how I    10:24:49
5    would handle certain situations.
6        Q.  And was the oral exam something
7    that there were materials to study in
8    preparation for?
9        A.  No.    10:25:02
10       Q.  And just going back, you have been
11   doing very well so far, since the court
12   reporter is trying to take down a clean
13   transcript it is important that you let me
14   finish the question before giving your answer    10:25:14
15   just so the record is clear today.
16           So other than the oral exam and
17   the application what other requirements if any
18   did you need to satisfy to become a personnel
19   analyst?    10:25:35
20       A.  I had to have a Bachelor's degree
21   in order to qualify to take the exam.
22       Q.  Was the written exam that you had
23   to take, was that something that there were
24   materials that you had to study in preparation    10:25:47

Sanchez

1    for?
2        A.  No.
3        Q.  Do you recall what the nature of
4    the materials listed on this written exam was?    10:25:51
5        A.  No.
6        Q.  How long did the process of
7    satisfying the requirements for the personnel
8    analyst position take?
9            MR. NOVIKOFF:  Exclusive of her    10:26:05
10       four years in college to get a Bachelor's
11       degree since that was one of the
12       requirements necessary to be appointed to
13       that position?
14           MR. GRAFF:  Yes, exclusive of    10:26:13
15       that.
16       A.  No other conditions.  I needed to
17   have a Bachelor's degree in order to qualify
18   to take the test.
19       Q.  How long did the process of taking    10:26:22
20   the test and the oral exams, how long did that
21   actually take from when you first initiated
22   your application until you had satisfied all
23   the requirements for the position?
24           MS. ZWILLING:  Are you asking how    10:26:33

1           Sanchez
2    long a period of time elapsed between
3    when she submitted her application and
4    when she was hired?
5         MR. GRAFF:  When she was eligible   10:26:41
6    to begin working.
7      A.  I am still not understanding what
8    you are asking.  From when I took the test or
9    from when I applied for the job or from when
10   they scored the test; you need to be more    10:26:52
11   specific.
12     Q.  From when you took the first step
13   to initiate your application?
14     A.  Filled out an application; I don't
15   even remember when I submitted the    10:27:01
16   application.
17     Q.  Was it -- can you recall if it was
18   a period of months?
19     A.  Months.
20 DI  Q.  During your work as a probation   10:27:12
21   officer have there been any complaints made
22   against you personally?
23        MS. ZWILLING:  Objection.  Civil
24   Rights Law Section 50-A, relevance and
25        materiality.              10:27:32

1           Sanchez
2         MR. NOVIKOFF:  I got to go with
3    her on that one.
4         MR. GRAFF:  I am not completely
5    clear on your objection.  Would you be    10:27:42
6    able to add to that at all?
7         MS. ZWILLING:  My client's history
8    as a peace officer subsequent to the
9    incidents involved in this case in which
10   she has not placed her post incident    10:27:57
11   fitness for employment in issue is not a
12   subject that you can inquire into.
13        MR. NOVIKOFF:  I join in
14   completely and fully.
15        MR. GRAFF:  Okay, again that is a  10:28:09
16   redundant statement.  So really the
17   clarification, are you going to instruct
18   the witness not to answer?
19        MS. ZWILLING:  At this time, yes.
20        MR. GRAFF:  If we can mark the    10:28:19
21   transcript at that point.
22     Q.  Ms. Sanchez, during your work as a
23   personnel analyst were any complaints made
24   against you personally that you are aware of?
25        MR. NOVIKOFF:  Objection.    10:28:30

1           Sanchez
2         MS. ZWILLING:  What are you
3    referring to the complaint; is it that
4    she wasted too much paper in the copy
5    machine, or she took five minutes too    10:28:36
6    long for lunch.  You are talking about a
7    formal complaint from a citizen?
8      Q.  Let's clarify by complaints, by
9    non-employees.  So not your supervisors, but
10   citizens.                10:28:49
11        MS. ZWILLING:  That she is aware
12   of?
13        MR. GRAFF:  That was part of my
14   original question, yes.
15        MR. NOVIKOFF:  Well then again why  10:28:56
16   would non-employees have any relevance to
17   this lawsuit; you mean non-employees of
18   Suffolk County or non-employees of the
19   Civil Service Department.
20        MR. GRAFF:  People outside of her  10:29:05
21   own office in the Civil Service
22   Department.
23        MR. NOVIKOFF:  You mean Suffolk
24   County employees but not those within her
25   own office?              10:29:12

1           Sanchez
2         MS. ZWILLING:  I am not --
3      Q.  Let me try again.
4         Ms. Sanchez, were any formal
5    complaints brought against you during your    10:29:21
6    service as a personnel analyst that you are
7    aware of?
8         MR. NOVIKOFF:  Objection.  What is
9    formal?
10        MR. GRAFF:  That was    10:29:32
11   Ms. Zwilling's suggestion --
12        MS. ZWILLING:  Are you asking her
13   if she was served with disciplinary
14   charges?
15        MR. GRAFF:  Why don't we focus    10:29:37
16   first on the disciplinary charges.
17        MS. ZWILLING:  That is fine.
18     Q.  Were you subject to any sort of
19   discipline during--
20        MS. ZWILLING:  Are you asking her  10:29:47
21   about discipline or disciplinary charges;
22   discipline can be don't make any personal
23   phone calls.  Disciplinary charges is a
24   formalized matter.
25     Q.  Ms. Sanchez, do you understand, do  10:29:57

Sanchez

1  Sanchez
2  you have an understanding of what Ms. Zwilling
3  is referring to by disciplinary charges?
4       A.  I am not a hundred percent sure.
5       Q.  Okay.  Do you have an          10:30:07
6  understanding of what discipline would be in
7  the work context?
8            MR. NOVIKOFF:  Objection.  What
9  work context?
10      Q.  In the workplace.               10:30:20
11           MR. NOVIKOFF:  Her workplace,
12  universal workplace?
13      Q.  To your understanding were you
14  subject to disciplinary action during your
15  employment as a personnel analyst?      10:30:29
16           MR. NOVIKOFF:  Objection.
17           MS. ZWILLING:  Are you asking if
18  she was subjected to disciplinary
19  proceedings pursuant to Civil Service
20  Law, and I am asking you to clarify     10:30:42
21  because that has a very specific meaning,
22  it has a very specific context.  If that
23  is what you want to know I don't have an
24  objection to your question.  But I would
25  like it clear for the record so that    10:30:48

1  Sanchez
2  there is no discrepancy between what you
3  intend to ask and what the witness
4  intends to answer.
5       Q.  Sure.  Ms. Sanchez, do you have an  10:30:57
6  understanding of what disciplinary proceedings
7  under the Civil Service Law refers to?
8       A.  Yes.
9  DI   Q.  Could you explain what that means?
10           MS. ZWILLING:  I object to the    10:31:05
11  question.  If you want to ask her whether
12  she was subject to formal disciplinary
13  proceedings, that is fine.  But she is
14  not here to pontificate on Civil Service
15  Law and she is not an attorney.         10:31:17
16           MR. NOVIKOFF:  Nor is she an
17  expert in it, so I object as well.
18           MR. GRAFF:  Just as you don't want
19  there to be confusion as to what was
20  asked and what the witness was answering, 10:31:26
21  I just want to make sure that I
22  understand what the witness --
23           MS. ZWILLING:  She told you she
24  understands.  You are not entitled to her
25  personal explanation of Civil Service   10:31:33

1  Sanchez
2  Law.  She told you she understands.  Ask
3  her if she was the subject of any formal
4  disciplinary proceedings.
5            MR. GRAFF:  Okay.  Ms. Zwilling,  10:31:41
6  are you not going to allow the witness to
7  answer the last question posed?
8            MS. ZWILLING:  I will not allow
9  her to give some sort of interpretation
10  of Civil Service Law, but I want to      10:31:49
11  clarify, I have absolutely no objection
12  to your asking her if she was subject to
13  any Civil Service disciplinary
14  proceedings in her position.
15           MR. NOVIKOFF:  Adopt that as your  10:32:00
16  question.
17           MR. GRAFF:  Mr. Novikoff, your
18  commentary serves no purpose.
19           MR. NOVIKOFF:  I am trying to help
20  you out, Ari.  Adopt Ms. Zwilling's      10:32:09
21  question.
22           MR. GRAFF:  We can mark the record
23  and I will ask Ms. Sanchez.
24      Q.  Have you been subject to any Civil
25  Service -- were you during your employment as  10:32:17

1       Sanchez
2  a personnel analyst subject to any Civil
3  Service disciplinary proceedings?
4       A.  No.
5       Q.  Did you receive any performance   10:32:26
6  reviews during your employment as a personnel
7  analyst?
8            MR. NOVIKOFF:  Objection.  That is
9  very broad in scope.  Performance can be
10  a good job yesterday.                    10:32:40
11      Q.  Did you receive any formal
12  performance reviews from your supervisors?
13           MS. ZWILLING:  You mean as in
14  written?
15      Q.  Written?                         10:32:50
16           MR. NOVIKOFF:  Objection.
17      A.  No.
18           MR. NOVIKOFF:  No foundation.
19      Q.  During your employment as a
20  personnel analyst who was your supervisor?  10:33:03
21      A.  My direct supervisor was Phil
22  Cohen.
23      Q.  Was he your direct supervisor
24  during the entire period of your employment as
25  a personnel analyst?                     10:33:14

Page 38

```
 1            Sanchez
 2     A.   Yes.
 3     Q.   What position did Mr. Cohen hold?
 4     A.   Principal personnel analyst.
 5     Q.   And were there other personnel      10:33:28
 6  analysts who to your knowledge also reported
 7  to Mr. Cohen?
 8     A.   Yes.
 9     Q.   How many personnel analysts were
10  there who reported to Mr. Cohen as far as you  10:33:40
11  know?
12     A.   I think five.
13     Q.   Prior to working as a personnel
14  analyst were you employed in any capacity?
15         MR. NOVIKOFF:  Objection, how far  10:34:20
16    back; was she a newspaper delivery girl,
17    did she sell knishes at the mall?
18     Q.   Subsequent to obtaining your BA
19  were you employed in any capacity subsequent
20  to obtaining the BA prior to working as a     10:34:34
21  personnel analyst?
22     A.   Yes.
23     Q.   What position did you hold
24  immediately prior to personnel analyst?
25     A.   Implementation coordinator.     10:34:45
```

Page 39

```
 1            Sanchez
 2     Q.   Who was your employer in that
 3  capacity?
 4     A.   FMS.  Financial Medical Systems.
 5     Q.   Is that a private company?       10:35:08
 6     A.   Uh-hum.
 7     Q.   During what period of time were
 8  you an implementation coordinator at Financial
 9  Medical Systems?
10     A.   I had that title I believe for     10:35:26
11  about a year.
12     Q.   And what position if any did you
13  hold immediately prior to being implementation
14  coordinator?
15     A.   Billing supervisor.          10:35:41
16     Q.   Was that also for FMS?
17     A.   Yes.
18     Q.   How long did you hold that
19  position of billing supervisor?
20     A.   Two or three years.        10:35:52
21     Q.   What position if any did you hold
22  prior, immediately prior to billing
23  supervisor?
24     A.   Billing supervisor in another
25  facility.                    10:36:05
```

Page 40

```
 1            Sanchez
 2     Q.   Another FMS facility?
 3     A.   No.  Another doctor's office.
 4     Q.   How long did you hold the billing
 5  supervisor position at another doctor's     10:36:13
 6  office.
 7     A..  I don't remember.  I had a number
 8  of different jobs in the sale field for about
 9  a ten year period.
10     Q.   Prior to working as a billing      10:36:28
11  supervisor for FMS were you employed at any
12  time by any government agency or entity?
13     A.   No.
14     Q.   Have you ever been demoted from
15  any position?                10:36:49
16         MR. NOVIKOFF:  Ever in her life or
17    after she got a BA?
18         MR. GRAFF:  Ever.
19         MR. NOVIKOFF:  Okay.  Employment
20    position, school position?        10:36:58
21     A.   No.
22         MR. NOVIKOFF:  Just note my
23    objection.
24     Q.   Have you ever been terminated from
25  any employment position?        10:37:09
```

Page 41

```
 1            Sanchez
 2     A.   Yes.
 3     Q.   And were you terminated from more
 4  than one employment position?
 5     A.   Yes.                10:37:20
 6     Q.   What was the most recent position
 7  that you held that you were terminated at?
 8     A.   It was a doctor's office, I don't
 9  remember the name, it was I think -- it was in
10  Nassau County in 1998.            10:38:03
11     Q.   Do you recall why you were
12  terminated from that position?
13         MS. ZWILLING:  Objection.  If she
14    knows.
15         MR. NOVIKOFF:  I join in.      10:38:14
16     A.   I believe they were just
17  dissatisfied with the accounts receivable that
18  I was responsible for.
19     Q.   Do you recall whether there was
20  any specific basis for their dissatisfaction?  10:38:31
21         MR. NOVIKOFF:  Objection.  How
22    would she know?
23     Q.   That was communicated to you in
24  the context of your termination?
25     A.   Not necessarily.  But that was the  10:38:43
```

Page 42

```
 1              Sanchez
 2  reason. I was responsible for accounts
 3  receivable and they were unhappy with the
 4  accounts receivable.
 5      Q.   Prior to that termination what was  10:38:57
 6  the most recent termination prior to that
 7  position that you were just talking about?
 8          MS. ZWILLING:  Objection.
 9          MR. NOVIKOFF:  Objection to form.
10      A.   Mary Haven 1990 I think it was,    10:39:10
11  1989.
12      Q.   What position did you hold at that
13  time?
14      A.   I don't recall the exact title.
15  It was like a counselor to the mentally    10:39:51
16  disabled.
17      Q.   Were you given a reason for your
18  termination from that position?
19      A.   Yes.
20      Q.   What reason was given to you?     10:39:59
21      A.   I had obtained a promotional
22  position in a different area of the same
23  company, and being unaware of the need to give
24  a two week notice to my prior position, I
25  didn't give a long enough notice of         10:40:25
```

Page 43

```
 1              Sanchez
 2  termination from my current position.  So as a
 3  result they terminated me for not giving
 4  enough notice.
 5      Q.   And when you say promotional       10:40:38
 6  position, you mean that that was a position
 7  that was a promotion from the position that
 8  you held?
 9      A.   Uh-hum.
10      Q.   Okay.  Is your current position as 10:40:47
11  a probation officer, is that a law enforcement
12  position?
13      A.   It is.
14      Q..  What aspects of law enforcement
15  are you responsible for as a probation       10:41:00
16  officer?
17          MS. ZWILLING:  It is defined by
18      the Criminal Procedure Law.
19          MR. NOVIKOFF:  Objection.  She is
20      not an expert.  It calls for a legal    10:41:08
21      conclusion.
22          MS. ZWILLING:  It calls for a
23      legal conclusion.  Police officers and
24      peace officers of all sorts are as
25      defined in the Criminal Procedure Law.  10:41:23
```

Page 44

```
 1              Sanchez
 2      Q.   Do you have the power to arrest
 3  people in your current position as a probation
 4  officer?
 5      A.   Yes.                    10:41:38
 6      Q.   And can you arrest persons for
 7  committing any crime, or are there specific
 8  categories of crime?
 9          MS. ZWILLING:  Objection.  This
10      has absolutely nothing to do with this  10:41:50
11      case.  We have given you plenty of
12      latitude to go into relevant background,
13      but this is not background, it relates to
14      subsequent matters having no bearing on
15      the issues in the case.              10:42:05
16          MR. NOVIKOFF:  I fully agree.
17          MR. GRAFF:  Okay.  So will you
18      allow that testimony to continue subject
19      to your objection?
20          MS. ZWILLING:  I would expect that  10:42:11
21      you would move on to a relevant area of
22      inquiry and utilize efficiently the time
23      that you have.
24  DI  Q.   Do you have general arrest powers
25  as a probation officer or are there limited   10:42:21
```

Page 45

```
 1              Sanchez
 2  categories of crimes that you can arrest
 3  people for?
 4          MR. NOVIKOFF:  Objection.
 5          MS. ZWILLING:  Objection.  These   10:42:42
 6      are subsequent incidents.  The witness is
 7      not an expert.
 8          MR. NOVIKOFF:  If you want --
 9          MS. ZWILLING:  She is not going to
10      give you conclusions of law.          10:42:52
11          MR. NOVIKOFF:  I think you want to
12      call the judge on this.
13          MS. ZWILLING:  This is getting
14      really far afield.  I am going to ask you
15      to move on to an area concerning the   10:42:59
16      allegations in the case, because we have
17      not heard any questions yet directed so
18      the conspiracy claim made by your
19      clients.
20          MR. GRAFF:  Okay, I will move on   10:43:09
21      from here, if you can mark the transcript
22      on this point.
23      Q.   Ms. Sanchez, for any of the
24  positions that you have held with Suffolk
25  County were you ever required to take a     10:43:26
```

Page 46

```
 1          Sanchez
 2  polygraph exam as a qualification for that
 3  position?
 4      A.  No.
 5      Q.  If I could ask you to please      10:43:35
 6  take a look at a document that has been marked
 7  as Sanchez Exhibit 1, it was produced to us by
 8  the County without Bates number.
 9      Ms. Sanchez, does your position
10  as -- does the position that you held as    10:44:09
11  personnel analyst appear on the organizational
12  chart that was marked as Sanchez 1?
13      MR. NOVIKOFF:  Let the record
14  reflect that the document says what it
15  says.  If you are asking her if the      10:44:24
16  direct title that you are asking her is
17  on this document, clearly the document
18  would speak for itself.
19      MS. ZWILLING:  I think we can all
20  agree that her title does not appear on    10:44:31
21  this document.
22      MR. GRAFF:  Perhaps it had another
23  title in the context of this document.
24      MS. ZWILLING:  That wasn't your
25  question.                    10:44:40
```

Page 47

```
 1          Sanchez
 2      MR. NOVIKOFF:  That wasn't your
 3  question.  I mean the appropriate
 4  question would be would your duties and
 5  responsibilities fit with any of the      10:44:49
 6  seven boxes on the bottom line.
 7      Q.  Do any of the seven boxes on the
 8  bottom line reflect your responsibilities and
 9  duties as a personnel analyst?
10      A.  Yes.              10:45:06
11      Q.  Which of those numbered boxes
12  specifically?
13      A.  Classification.
14      Q.  And your direct supervisor in that
15  position, Mr. Cohen, was he -- did he hold the 10:45:20
16  position that is identified on this chart as
17  personnel director?
18      A.  No.
19      Q.  So there was another -- was
20  personnel director to your knowledge a senior  10:45:32
21  position to your direct supervisor's position?
22      MR. NOVIKOFF:  Objection.
23      A.  Yes.
24      Q.  So between the step on the bottom
25  line of the organization chart classification  10:45:53
```

Page 48

```
 1          Sanchez
 2  and the next level up, personnel director,
 3  there is another level that would reflect your
 4  supervisor's position?
 5      A.  Yes.              10:46:03
 6      Q.  Thank you.  We can put aside
 7  Exhibit 1.
 8      MR. NOVIKOFF:  Okay.  Is there a
 9  garbage?
10      MS. ZWILLING:  There should be one 10:46:21
11  somewhere.
12      Q.  When you indicated that your
13  duties as a personnel analyst included
14  ensuring compliance in hiring and maintenance
15  of employees --          10:46:30
16      MS. ZWILLING:  Objection.  I do
17  not believe the witness stated that her
18  duties include compliance with respect to
19  hiring.
20      Q.  Okay.  To clarify did I misstate  10:46:38
21  your testimony there; did your duties include
22  ensuring compliance with respect to hiring
23  employees in your jurisdictions?
24      MR. NOVIKOFF:  Objection.  Is that
25  a question; is the question did you      10:46:54
```

Page 49

```
 1          Sanchez
 2  misstate her testify or is the question
 3  what her duties are?
 4      MS. ZWILLING:  Why don't you ask
 5  her if she hires and fires.      10:47:02
 6      MR. GRAFF:  I am referring back to
 7  an earlier point in the testimony, I
 8  don't want to re-ask the question, but I
 9  can do that.
10      MR. NOVIKOFF:  Well then you      10:47:10
11  should take better notes or re-ask the
12  same question and we will object on the
13  basis of form.  But it is improper to ask
14  the witness to comment on whether you
15  have mischaracterized her testimony or   10:47:19
16  not.
17      MR. GRAFF:  Okay.
18      Q.  Can you identify again your duties
19  as personnel analyst, please?
20      MR. NOVIKOFF:  Objection.      10:47:28
21      A.  I was to make sure that the
22  jurisdictions followed Civil Service Law with
23  regards to their hiring practices as it
24  pertained to the Civil Service Law.  So they
25  would report their personnel transactions and  10:47:48
```

Page 50

Sanchez

1          Sanchez
2 I would confirm that they were following the
3 guidelines as written in Civil Service Law.
4    **Q.**  **How did you come to learn about**
5 **the guidelines of Civil Service Law; was there**  10:48:03
6 **formal instruction in that area?**
7       MR. NOVIKOFF: Objection.
8    Compound.
9       MS. ZWILLING: Why don't you
10    choose which of the questions you are    10:48:14
11    asking her.
12    **Q.**  **How did you come to learn the**
13 **Civil Service guidelines that were applicable**
14 **to your duties as a personnel analyst?**
15    A.  On-the-job training after I was   10:48:27
16 hired.
17    **Q.**  **And was any of that formal**
18 **instructional training?**
19    A.  Can you define formal?
20    **Q.**  **Lectures?**      10:48:39
21    A.  No lectures.
22       MR. NOVIKOFF: Objection.
23    **Q.**  **Were there any written materials**
24 **for you to study to become familiar with those**
25 **guidelines?**      10:48:47

Page 51

Sanchez

1          Sanchez
2       MS. ZWILLING: Are you asking if
3 the guidelines are written?
4       MR. GRAFF: I am asking if there
5 is --        10:48:53
6       MS. ZWILLING: I mean the Civil
7 Service Law is a written guideline and we
8 all know where to find that volume in
9 McKinney's.
10    **Q.**  **Let me clarify that.**    10:49:06
11      **Were the guidelines that you**
12 **followed the actual Civil Service Law itself?**
13       MR. NOVIKOFF: Would you consider
14 regulations that were adopted in
15 compliance with Civil Service Law, Civil  10:49:14
16 Service Laws themselves.
17       MR. GRAFF: Yes.
18    A.  Yes. I was instructed to read the
19 Civil Service Law.
20    **Q.**  **And was the Incorporated Village**   10:49:28
21 **of Ocean Beach one of your jurisdictions**
22 **during your work as a personnel analyst?**
23    A.  Yes.
24    **Q.**  **And was Ocean Beach one of your**
25 **jurisdictions throughout the period of your**  10:49:44

Page 52

Sanchez

1          Sanchez
2 **employment as a personnel analyst?**
3    A.  Yes. I didn't have them
4 immediately upon starting, but a few months
5 after I started.      10:49:56
6    **Q.**  **Do you recall who had**
7 **responsibility or jurisdiction for Ocean Beach**
8 **immediately prior to yourself?**
9    A.  Yes.
10    **Q.**  **Who was that individual?**    10:50:05
11    A.  Mary Biglan.
12    **Q.**  **As best as you can recall what**
13 **employment positions in the Incorporated**
14 **Village of Ocean Beach were subject to Civil**
15 **Service Law during your employment as a**   10:50:29
16 **personnel analyst?**
17       MS. ZWILLING: If she knows. We
18 don't run Ocean Beach.
19    **Q.**  **I understand that, I wouldn't want**
20 **you to testify about something that you don't**  10:50:35
21 **know. To the best of your knowledge and**
22 **recollection can you identify the positions at**
23 **Ocean Beach that were subject to Civil Service**
24 **Law or regulation during your employment as a**
25 **personnel analyst?**      10:50:52

Page 53

Sanchez

1          Sanchez
2       MR. NOVIKOFF: Objection to the
3 form. You have not laid a foundation
4 that this witness knows of each and every
5 position that might be subject to Civil  10:50:58
6 Service Law. That should be the first
7 question.
8       MS. ZWILLING: Moreover quite
9 frankly there is a factual/legal issue
10 here in that it is my understanding that  10:51:07
11 the plaintiffs have their own beliefs
12 about which positions are or are not
13 subject to Civil Service Law.
14       MR. GRAFF: Now I am asking the
15 witness who had jurisdiction to ensure   10:51:16
16 compliance what positions she can recall
17 that were within the scope of her
18 jurisdiction.
19       MS. ZWILLING: I am going to
20 object. But if she can give you an    10:51:26
21 answer to any extent, she can go ahead
22 and answer.
23    A.  Any classified positions which --
24 which were being held in the jurisdiction.
25    **Q.**  **Do you recall whether the position**  10:51:42

Sanchez

1   Sanchez
2   of police officer was a position in the
3   Incorporated Village of Ocean Beach that was
4   subject to Civil Service regulations or law
5   when you were a personnel analyst?          10:51:54
6       A.   Yes.
7       Q.   Were there any other law
8   enforcement positions at Ocean Beach that you
9   can recall that fall into that category?
10          MS. ZWILLING:  Objection.  There     10:52:05
11   has been no testimony that there were
12   non-police officer law enforcement
13   positions in Ocean Beach.
14          MR. GRAFF:  I am asking that
15   question now.                               10:52:12
16      A.   I don't know of any other non-law
17   enforcement positions other than police
18   officer.
19      Q.   Other than police officer.  What
20   about the position of sergeant, do you recall  10:52:24
21   whether that was a position subject to Civil
22   Service requirements at Ocean Beach when you
23   were a personnel analyst?
24      A.   Yes.
25      Q.   Were there any other law           10:52:39

1   Sanchez
2   enforcement positions that were within the
3   scope of your jurisdiction as a personnel
4   analyst at Ocean Beach?
5       A.   They were all --              10:52:47
6          MS. ZWILLING:  Objection.  Your
7   question -- I don't know if you realize
8   this, but it inquiries about positions
9   outside the Village of Ocean Beach.  I
10   don't know that you intended to phrase      10:53:06
11   your question that way, but that is what
12   you did.
13          MR. NOVIKOFF:  I join in the
14   objection.
15          MR. GRAFF:  I perhaps mis-spoke.   10:53:12
16          MR. NOVIKOFF:  Perhaps.
17      Q.   Other than the Civil Service
18   position police officer and sergeant were
19   there any other law enforcement positions in
20   the Incorporated Village of Ocean Beach that  10:53:26
21   were subject to Civil Service Law or
22   regulation when you were a personnel analyst?
23          MS. ZWILLING:  I object to your
24   use of the term law enforcement because
25   there is no standardized definition of     10:53:36

1   Sanchez
2   that term.  If you want to use the term
3   peace officer, that is acceptable to us..
4          MR. GRAFF:  Okay.  I certainly
5   don't want to confuse the witness.          10:53:46
6          MS. ZWILLING:  Because law
7   enforcement could be picking up the
8   garbage or catching stray dogs, and I
9   don't know that that is what you intend
10   to be asking about.  Why don't we use       10:53:57
11   peace officer.
12      Q.   I will ask about peace officer.  I
13   am not sure if I followed all of your
14   objections there.
15          Was there the position of peace    10:54:06
16   officer in the Incorporated Village of Ocean
17   Beach?
18          MS. ZWILLING:  Mr. Graff, I am not
19   suggesting that there are positions
20   entitled peace officer.  What I am          10:54:15
21   suggesting is under the Criminal
22   Procedure Law there is a definition of
23   the term peace officer which includes a
24   number of specified categories, among
25   them are police officers and sheriffs and  10:54:25

1   Sanchez
2   various other types of law enforcement
3   officers.
4          It is a standard definition that
5   we can open a book and refer to, and I am  10:54:35
6   suggesting that you use that as opposed
7   to law enforcement because there is no
8   standard definition of law enforcement
9   officer.  It is too subject to
10   misinterpretation and different             10:54:46
11   interpretation.
12          So when I ask you or suggest that
13   you use the term peace officer, I am not
14   suggesting that there is a position with
15   that title.  I am simply suggesting that  10:54:54
16   you use that to refer to the various
17   categories that are encompassed within
18   that definition in the criminal procedure
19   law.
20      Q.   Ms. Sanchez, did you understand    10:55:05
21   peace officer as described by Ms. Zwilling?
22          MR. NOVIKOFF:  Objection.
23      A.   Yes..
24      Q.   Okay.  Were the positions of
25   police officer and sergeant categories of   10:55:15

**Sanchez**

1             **Sanchez**
2  peace officers?
3       MS. ZWILLING: Mr. Graff, are you
4  familiar with the Criminal Procedure Law
5  definition of peace officer, it would    10:55:26
6  cover any sworn member of a Police
7  Department. I think we can agree on that
8  for purposes of the record.
9       MR. GRAFF: Okay. I am happy to
10 agree on that. You had earlier indicated  10:55:36
11 that she is not an attorney, can't call
12 for legal conclusion, I wanted to make
13 sure that --
14      MS. ZWILLING: But you are an
15 attorney and I am trying to just work out  10:55:41
16 an agreed definition here so that we
17 don't have to get into a lot of
18 background definitional questions.
19      MR. GRAFF: Okay. My concern is
20 that to the extent that you and I agree   10:55:52
21 on the definition, it is not necessarily
22 the case that the witness is on the same
23 page.
24      MS. ZWILLING: Well, we are all
25 going to be less on the same page if you  10:56:00

1             Sanchez
2  use a term like law enforcement officer
3  of which there is no standard written
4  definition.
5     **Q.   Were there any other positions**    **10:56:09**
6  **other than police officer and other than**
7  **sergeant that would fall under the rubric of**
8  **peace officer that were subject to Civil**
9  **Service regulations in Ocean Beach when you**
10 **were personnel analyst?**            **10:56:29**
11      MR. NOVIKOFF: Objection. To the
12 extent that she can recall.
13    A.   Not that I can recall.
14    **Q.   Was there a position of seasonal**
15 **police officer in the Incorporated Village of**   **10:56:41**
16 **Ocean Beach when you were a personnel analyst?**
17    A.   Yes.
18    **Q.   Was there a position of part-time**
19 **police officer in Ocean Beach when you were a**
20 **personnel analyst?**                **10:56:52**
21    A.   That is the same thing.
22      MS. ZWILLING: I am going to
23 object to -- a partial objection to your
24 question. You seem to be proceeding
25 under the assumption that these are    10:56:59

1            Sanchez
2  Suffolk County positions assigned to
3  Ocean Beach, supervised by Ocean Beach,
4  and then we supervise Ocean Beach.
5     Ocean Beach is a municipality.    10:57:07
6  Suffolk County is a different
7  municipality. We don't supervise them.
8  We don't hire employees of the village.
9  We don't fire employees of the village.
10    All Civil Service does is ensure    10:57:21
11 that their employment practices, and I am
12 talking about practices now as opposed to
13 hiring and firing decisions are in line
14 with Civil Service Law.
15    So I would suggest you don't ask    10:57:33
16 the question of the witness about what
17 positions does Ocean Beach have because
18 she is not going to be able to give you
19 an answer.
20      MR. NOVIKOFF: I join in.      10:57:45
21      MS. ZWILLING: We don't run Ocean
22 Beach. Okay, that is the bottom line of
23 it. We don't run Ocean Beach.
24      MR. GRAFF: My questions were
25 aimed at --                     10:57:54

1            Sanchez
2       MS. ZWILLING: It is not the City
3  of New York, we are not the City of New
4  York supervising The Bronx, Brooklyn,
5  Manhattan, Staten Island and Queens. The  10:58:02
6  Village of Ocean Beach is an independent
7  municipality. We don't supervise them.
8       MR. GRAFF: I understand that, but
9  as you indicated you ensure compliance
10 with the employment practices.       10:58:10
11      MS. ZWILLING: Practices, not
12 decisions.
13      MR. GRAFF: I had not suggested --
14      MS. ZWILLING: Let's be clear
15 about that.                  10:58:18
16      MR. GRAFF: Okay, I didn't believe
17 there was ambiguity, but I certainly
18 wouldn't want there to be --
19      MS. ZWILLING: Well, you are
20 posing questions to the witness about    10:58:25
21 what the village does seems to suggest
22 that there is some ambiguity. So I am
23 hoping that as we proceed the questions
24 will not be so ambiguous.
25    **Q.   Okay. To make it crystal clear if  10:58:38**

Page 62

Sanchez

1
2    I could --
3            MR. NOVIKOFF:  That would be a
4    first.
5            MR. GRAFF:  Mr. Novikoff, your        10:58:42
6    disruptions and commentary are disruptive
7    and improper.
8            MR. NOVIKOFF:  I said four words.
9    Ms. Zwilling said 14,000 words.
10           MS. ZWILLING:  I am talking more       10:58:53
11    than I planned here.  Just ask the
12    witness about her contact with your
13    clients and any involvement she had with
14    their positions.
15           MR. GRAFF:  Ms. Zwilling is            10:59:04
16    defending this deposition.  To the extent
17    that her commentary falls within the
18    appropriate scope of that it is less
19    objectionable than your quips.
20           MS. ZWILLING:  We all have a job       10:59:16
21    to do here, so why don't we just move on.
22       **Q.   Ms.. Sanchez, if I could ask you to**
23    **just direct your attention to what has been**
24    **marked as Sanchez Exhibit 2, I have copies for**
25    **counsel, this is a document that was produced**  10:59:27

Page 63

Sanchez

1
2    **to us by the County without Bates number.**
3            **Ms. Sanchez, when you have had a**
4    **chance to look over the document can you tell**
5    **me please if you recognize this document?**        10:59:44
6       A.   I do.
7       **Q.   What is the document?**
8       A.   A specification.
9       **Q.   A specification of what?**
10       A.   Of the title police officer.          10:59:54
11       **Q.   Where it says towards the bottom**
12    **in the last subheading in capitals underlined,**
13    **necessary special requirements, do you**
14    **understand what that is referring to in the**
15    **context of this document?**                       11:00:09
16       A.   Yes.
17       **Q.   Could you explain what that is**
18    **referring to?**
19       A.   That refers to special
20    requirements that the candidate needs to be     11:00:17
21    able to pass or be -- fit into the guidelines
22    in order to qualify for the position.
23       Q..  So when you ensured compliance
24    with hiring practices at Ocean Beach for
25    police officers, were these the guidelines       11:00:36

Page 64

Sanchez

1
2    that you applied?
3            MS. ZWILLING:  Objection.  There
4    has been no testimony by this witness
5    that this document is a Suffolk County        11:00:43
6    document.  There has been no testimony
7    that this document has any connection
8    with the positions held by the
9    plaintiffs.
10           MR. NOVIKOFF:  And moreover it is     11:00:55
11    dated 4/26/02.  So when you say you
12    ensure, are you referring to the witness
13    or are you referring to the Suffolk
14    County agency responsible for any
15    employment related matters concerning any   11:01:09
16    Suffolk County Civil Service position.
17           MS. ZWILLING:  There is numerous
18    Police Departments within the
19    geographical boundaries of Suffolk County
20    which Suffolk County Civil Service may be   11:01:22
21    responsible for, and we have not
22    established which if any of those Police
23    Departments this document pertains to.
24    It may not have been prepared by the
25    County.                                       11:01:37

Page 65

Sanchez

1
2            MR. GRAFF:  That was exactly --
3            MS. ZWILLING:  Your question
4    presumes that this document governs your
5    client's positions, and that has not been   11:01:43
6    established.
7            MR. NOVIKOFF:  And your question
8    also presumes, counselor, that this
9    agency's responsibility to ensure
10    compliance in the absence of having any     11:01:52
11    information that there is no compliance.
12    I think it -- you need to establish the
13    fact that Ms. Sanchez and/or her agency
14    knew that there were uncertified officers
15    being retained before she got involved in   11:02:04
16    the matter.
17           MS. ZWILLING:  These are hiring
18    qualifications.  There has been no
19    testimony by this witness and I seriously
20    doubt there will be any that Suffolk        11:02:14
21    County hires police officers for the
22    Village of Ocean Beach.
23           MR. NOVIKOFF:  I think the most
24    appropriate question of the witness to
25    start the whole ball rolling is when did    11:02:23

Sanchez
1
2  you first learn that there was an issue
3  concerning certification with Ocean Beach
4  seasonal police officers.  That to me is
5  the value of this witness, but you can      11:02:35
6  obviously do you what you want to do.
7       MR. GRAFF:  Are you both finished?
8       MS. ZWILLING:  Yes, please clarify
9  the question or please withdraw it and
10  ask a more appropriate question..      11:02:46
11  **Q.   Sure.  Does this document reflect**
12  **qualification requirements for police officers**
13  **in the Incorporated Village of Ocean Beach?**
14       MS. ZWILLING:  If you know.  And
15  what timeframe; again the document is      11:03:01
16  dated April 26, 2002.  As of that date?
17  **Q.   During the period of her**
18  **employment as a personnel analyst?**
19       MR. NOVIKOFF:  Objection to the
20  form.      11:03:13
21  A.   To my recollection this particular
22  specification and title referred to only one
23  employee of the Village of Ocean Beach.
24  **Q.   Do you have a specific individual**
25  **in mind?**      11:03:29

1       **Sanchez**
2  A.   George Hesse.
3  **Q.   Looking down right around the**
4  **middle of the necessary special requirements**
5  **there is a sentence that states:  There will**   11:03:43
6  **be qualifying medical, psychological, physical**
7  **fitness and polygraph evaluations.**
8       **Ms. Sanchez, do you understand**
9  **what the qualifying medical refers to?**
10       MS. ZWILLING:  What does it matter  11:03:59
11  if she understands or not?
12       MR. NOVIKOFF:  I agree.
13       MS. ZWILLING:  Are you asking her
14  what the requirement is?
15       MR. GRAFF:  Yes, I am asking what  11:04:10
16  the requirement is.
17       MS.. ZWILLING:  That is not what
18  you asked her.  You asked her if she
19  understands it.  The witness'
20  understanding of the document really is      11:04:18
21  unimportant here.  If you want to know
22  what the qualifying exam is, ask her.
23  **Q.   Do you know what the qualifying**
24  **medical exam is in the context of police**
25  **officer in this document?**      11:04:30

1       **Sanchez**
2  A.   No.
3  **Q.   Do you know what the qualifying**
4  **psychological exam is as referenced in this**
5  **document?**      11:04:36
6  A.   Do I know what the psychological
7  exam is; no.  That is administered by a
8  psychologist.  No, I don't know.
9  **Q.   Were these requirements or the**
10  **qualifications referenced in this line**      11:04:56
11  **qualifying medical, psychological, physical**
12  **fitness and polygraph, were those requirements**
13  **that applied to George Hesse's position at the**
14  **Ocean Beach Police Department?**
15       MS. ZWILLING:  We didn't hire him,  11:05:12
16  how would we know that?
17       MR. GRAFF:  The witness indicated
18  that this document, police officer,
19  related specifically to George Hesse.  I
20  am asking whether --      11:05:24
21       MR. NOVIKOFF:  Wouldn't that
22  regardless of your characterization of
23  her testimony, wouldn't what you just
24  said indicate that to the extent that
25  anything on this document applied to      11:05:35

1       Sanchez
2  George Hesse, it did, and you don't need
3  to go through specifically whether
4  qualifying medical, psychological,
5  physical fitness and polygraph evaluation  11:05:44
6  applies to George Hesse.
7       This witness has already testified
8  that in her opinion, and I don't
9  mischaracterize her testimony, that this
10  document, Sanchez Exhibit 2, applied to      11:05:58
11  only one position at Ocean Beach and that
12  was Mr. Hesse's position.
13       MS. ZWILLING:  Exactly.
14       MR. GRAFF:  I am asking
15  specifically focusing on this line      11:06:09
16  whether the qualifications on this line
17  applied to George Hesse's position.
18       MS. ZWILLING:  The witness just
19  said that the entire document applies to
20  George Hesse.  So the question has      11:06:16
21  already been responded to.
22       MR. NOVIKOFF:  I take that as a
23  yes, now move on.
24  **Q.   If the witness could give the**
25  **testimony rather than counsel I could move on**  11:06:27

Sanchez

1       Sanchez
2    from that question?
3         MR. NOVIKOFF: Objection. Sorry.
4         MS. ZWILLING: You can answer,
5    Allison. We objected.          11:06:34
6    A.   Repeat that question.
7    Q.   Sure. Did the qualifications of
8    the qualifying medical, psychological,
9    physical fitness and polygraph evaluations,
10   did that apply to George Hesse's position as   11:06:49
11   police officer at Ocean Beach during your
12   employment as personnel analyst?
13        MR. NOVIKOFF: Objection.
14        MS. ZWILLING: I am going to
15   object to the form because it is a    11:06:59
16   requirement for attaining the job, and
17   your question presumes that there has to
18   be some continuation of fitness.
19   Q.   Was George Hesse required to
20   satisfy these qualifications to attain the job   11:07:11
21   of police officer at Ocean Beach?
22        MS. ZWILLING: Objection. The
23   witness -- Civil Service does not hire or
24   does not fire. They do not participate
25   in the decision as to who gets a job, and   11:07:23

1        Sanchez
2    I am going to ask that you tailor your
3    questions accordingly.
4    Q.   Were the decision-makers
5    responsible for George Hesse attaining the     11:07:31
6    position of police officer at Ocean Beach
7    required to comply with these qualification
8    standards with respect to his attainment of
9    that position?
10        MR. NOVIKOFF: Objection.          11:07:47
11        MS. ZWILLING: Why don't ask her
12   first if she knows who the
13   decision-makers were with respect to the
14   hiring and maintaining of George Hesse.
15        MR. NOVIKOFF: And more           11:07:57
16   particularly my objection to form, one is
17   phraseology of the question, is also this
18   document is dated 4/26/02. I believe,
19   although you have not established it
20   through this witness, that Mr. Hesse was   11:08:11
21   hired well before 4/26/02. So for you to
22   ask her, ask this witness that question
23   given the undisputed facts in this case
24   as to when Mr. Hesse was initially hired
25   by Ocean Beach is improper.           11:08:25

1        Sanchez
2         MR. GRAFF: I think I do actually
3    understand what you are indicating.
4         MR. NOVIKOFF: Okay.
5    Q.   Was Ocean Beach required to comply  11:08:33
6    with these qualification standards -- strike
7    that.
8         For Ocean Beach to continue to
9    employ George Hesse as a police officer --
10        MS. ZWILLING: Can we stipulate     11:08:45
11   that Ocean Beach is required to abide by
12   the Civil Service Law and Civil Service
13   regulations; there is no dispute as to
14   that here. The witness is not your
15   expert on Civil Service Law. We are not  11:08:56
16   disputing that the village has to comply.
17        MR. GRAFF: That is all I had
18   wanted. The village had to comply with
19   Ms. Sanchez and Ms. Sanchez's --
20        MS. ZWILLING: No, the village has  11:09:06
21   to comply with Civil Service Law and
22   regulations, okay. The witness, who is
23   not an attorney, is not going to
24   interpret those laws and regulations for
25   you. But I think we can all agree that   11:09:16

1        Sanchez
2    all municipalities in the state have to
3    comply with Civil Service Law and
4    regulations. That is why it is there.
5         MR. NOVIKOFF: Since the late      11:09:30
6    1800s.
7    Q.   Ms. Sanchez, if George Hesse --
8         MR. NOVIKOFF: Objection.
9         MS. ZWILLING: She is not your
10   expert, Mr. Graff. She is not going to   11:09:38
11   answer hypotheticals.
12   Q.   Would it have been in compliance
13   with Civil Service requirements --
14        MR. NOVIKOFF: Objection.
15        MS. ZWILLING: She is not your     11:09:46
16   expert.
17        MR. GRAFF: But she was
18   responsible for --
19        MS. ZWILLING: Then ask her what
20   she did.                 11:09:52
21        MR. NOVIKOFF: Exactly. She was
22   not there when Hesse was hired.
23   Q.   Ms. Sanchez, do you know whether
24   George Hesse ever took or satisfied a
25   qualifying medical exam in connection with his  11:10:09

Page 74

Sanchez

1    Sanchez
2    employment at Ocean Beach as a police officer?
3        A.   I don't know.
4        Q.   Do you know whether George Hesse
5    ever satisfied the qualifying psychological    11:10:21
6    exam in the context of his employment as a
7    police officer at Ocean Beach?
8        A.   No.  He was hired before I worked
9    with Civil Service.  I don't know what was
10   done when he was hired.                11:10:34
11       Q.   Do you know whether George Hesse
12   ever took a polygraph exam in connection with
13   his employment as a police officer at Ocean
14   Beach?
15       A..  I don't know.               11:10:43
16   DI   Q.   Do you understand what the purpose
17   of requiring a polygraph exam as set forth in
18   this document is?
19       MS. ZWILLING:  Objection.
20       MR. NOVIKOFF:  The purpose back in  11:10:56
21   the late 1800s when the New York State
22   legislature enacted these laws, or at any
23   point in time when these regulations were
24   enacted; I don't understand the question.
25       MS. ZWILLING:  I object because    11:11:07

Page 75

Sanchez

1    Sanchez
2    asking the witness to justify state law
3    is not a proper question, and that is
4    what you are asking.
5        MR. GRAFF:  I am asking for her     11:11:14
6    own understanding of why this is in the
7    state law in this context.
8        MS. ZWILLING:  I don't think the
9    witness has any understanding why the
10   legislature enacted the Criminal         11:11:22
11   Procedure Law provisions that it did.
12   You know, Mr. Graff, quite frankly
13   I assumed that before you came here today
14   that you would have familiarized yourself
15   with the Civil Service Law and Criminal   11:11:33
16   Procedure Law context of this witness'
17   testimony.  The witness is not going to
18   answer hypotheticals.  She is not going
19   to interpret the law and she is certainly
20   not going to give you her personal        11:11:48
21   opinion on why state statutes are written
22   the way they are written, and that is
23   what you are asking her to do.
24       MR. GRAFF:  Okay.  So can I
25   understand from your statement that you   11:11:56

Page 76

Sanchez

1    Sanchez
2    are not going to let the witness answer
3    the question?
4        MS. ZWILLING:  I will not let her
5    answer that question.  I will -- I can't  11:12:01
6    agree to have her answer questions that
7    ask her for a justification of Civil
8    Service Law.
9        MR. GRAFF:  I wasn't asking her to
10   justify, just to explain --         11:12:11
11       MS. ZWILLING:  Then why don't
12   rephrase your question so that it doesn't
13   appear to call for a justification of
14   Civil Service Law requirements.
15       Q.   Without asking you to justify the  11:12:19
16   qualification or Civil Service requirements,
17   do you have any personal understanding of what
18   the function of a polygraph exam is in the
19   context of the qualifications set forth in
20   this document?                     11:12:33
21       MR. NOVIKOFF:  Objection.
22       MS. ZWILLING:  I object.  But it
23   is a yes or no question, she can give you
24   her yes or no.
25       A.   Yes.                  11:12:41

Page 77

Sanchez

1    Sanchez
2        Q.   Could you explain what your
3    understanding of that is?
4        MR. NOVIKOFF:  Objection.
5        MS. ZWILLING:  Objection.  Her      11:12:46
6    understanding is irrelevant to the law,
7    but if you want her understanding she can
8    give it to you.
9        MR. NOVIKOFF:  You mean as opposed
10   to just making sure that the person is    11:12:58
11   telling the truth?
12       MS. ZWILLING:  Mr. Graff, even if
13   the witness thought that it was an
14   incredibly poor idea to have peace
15   officers pass polygraph exams, even if    11:13:08
16   she thought it was the most ill-advised
17   policy in the world it makes no different
18   to your client's case.  Her personal
19   opinion doesn't matter.
20       MR. GRAFF:  Then you should have    11:13:19
21   absolutely no basis for objecting to her
22   giving the opinion if it can't help our
23   case.
24       MS. ZWILLING:  Well, that is not
25   true, but in any event you only get your  11:13:24

Page 78

1          Sanchez
2  seven hours, so its your funeral.
3          MR. GRAFF:  The objections on this
4  line of questioning have far exceeded the
5  time that the actual questioning would   11:13:32
6  have taken.
7          MS. ZWILLING:  Your focus on
8  irrelevant opinions and other immaterial
9  questions has far exceeded the amount of
10  time that you have spent asking the   11:13:45
11  witness about her involvement with the
12  plaintiffs..
13          MR. GRAFF:  Okay.  I would ask
14  that to the extent that it is possible to
15  limit the speaking objections so that the  11:13:56
16  witness --
17          MR. NOVIKOFF:  You are engaging
18  us.  You have asked Ms. Zwilling to
19  explain her objections.  Now you are
20  saying you want to limit the speaking   11:14:04
21  objections.  Okay.  In fact we helped you
22  frame some questions.
23          MR. GRAFF:  If I feel like I need
24  help or clarification I will ask you.
25  But now there is a question pending   11:14:17

Page 79

1          Sanchez
2  before the witness and there has been an
3  extended colloquy without an answer.  We
4  can hopefully get the answer.
5          MS. ZWILLING:  Fine.  I am hoping   11:14:28
6  this is the last expert hypothetical you
7  pose to the defendant.
8          MR. NOVIKOFF:  I mean, Mr. Graff,
9  if you would like since I am not
10  defending this deposition I would be   11:14:37
11  happy to write some questions out and
12  give to your clients to give to you.
13          MR. GRAFF:  Mr. Novikoff, that was
14  not a proper comment.
15          MS. ZWILLING:  Why don't just ask  11:14:46
16  her a proper question, let's move along.
17          MR. GRAFF:  There was a question
18  pending before all of this.
19          MS. ZWILLING:  Why don't you just
20  re-ask the question.                  11:14:56
21     Q.  I had asked for clarification on
22  what your understanding was of the purpose of
23  the polygraph or the function of the polygraph
24  evaluation in this context?
25          MS. ZWILLING:  If she has   11:15:06

Page 80

1          Sanchez
2  knowledge of the purpose.
3          MR. GRAFF:  She indicated that she
4  had an understanding.  I am asking what
5  the understanding was.        11:15:12
6          MR.. NOVIKOFF:  Note my objection.
7     A.  To ask the candidate questions to
8  see if he is truthful.
9     Q.  The very last sentence of this
10  document it says:  After appointment        11:15:25
11  candidates will be required to successfully
12  complete a police officer training course
13  recognized by the New York State Municipal
14  Training Counsel.
15     My first question is do you      11:15:42
16  understand what it is referring to by after
17  appointment in this context?
18     A.  Yes.
19     Q.  Could you explain what after
20  appointment means in this context?        11:15:48
21          MR. NOVIKOFF:  Note my objection.
22     A.  Appointment means after the
23  candidate has been hired.
24     Q.  And as of a candidate's
25  appointment can the candidate begin working   11:16:01

Page 81

1          Sanchez
2  immediately after being appointed?
3          MS. ZWILLING:  With what
4  municipality and with what position; we
5  don't -- Mr. Graff, your questions are -- 11:16:12
6  I have to say this again and again -- are
7  based on an incorrect understanding of
8  how Ocean Beach runs its Police
9  Department.  Every Police Department
10  makes its own rules and policies        11:16:28
11  regarding its work performed by its
12  employees.  We don't supervise that.
13          MR. GRAFF:  Was that an objection?
14          MS. ZWILLING:  Yeah, because your
15  question assumes that we somehow give the  11:16:46
16  police officers direction after Ocean
17  Beach appoints them, which is just not
18  the way it works.  I know I have said
19  this again and again, but perhaps you are
20  just not accepting it, but it is the      11:17:02
21  truth, we don't run the Ocean Beach
22  Village Police Department.
23          MR. GRAFF:  I wasn't suggesting
24  that you did.  I am just trying to
25  understand what this qualification means.  11:17:12

Page 82

```
 1            Sanchez
 2      MS. ZWILLING:  You keep assuring
 3  me that you understand that, but then you
 4  persist in asking questions which are
 5  phrased to presume that we do run the      11:17:20
 6  village Police Department.  So I am going
 7  to ask you to just not phrase your
 8  questions in that manner any longer.
 9      Q.   Ms. Sanchez, do you understand
10  when it says:  After appointment candidates   11:17:33
11  will be required to successfully complete the
12  training course.
13      Do you know whether that means
14  after they have been hired but before they can
15  start serving in the position?             11:17:45
16      MS. ZWILLING:  Objection, but she
17  can answer the question if she knows the
18  answer.
19      MR. NOVIKOFF:  I join in the
20  objection.                                 11:17:51
21      A.   I don't know.  After appointment
22  means whatever they do as directed by the
23  jurisdiction is on the village clock is
24  working.  After they get hired I don't know.
25  They have to do what --                    11:18:07
```

Page 83

```
 1            Sanchez
 2      Q.   Were you done?
 3      A.   They do what they are told to do
 4  by the jurisdiction.  That has nothing to do
 5  with my role.                              11:18:15
 6      Q.   Okay.  So then we can put aside
 7  the document?
 8      MS. ZWILLING:  We can put aside
 9  any questions which assume that we hire,
10  we direct, we manage, we supervise, we     11:18:27
11  discipline.  We don't do any of those
12  things, okay, that is the village.
13      MR. GRAFF:  Okay, I understand
14  that.
15      MS. ZWILLING:  We have spent       11:18:38
16  enough time on this and I think if you
17  can just accept that representation and
18  move into the witness' contact with your
19  clients we can streamline this
20  deposition.                                11:18:48
21      MR. NOVIKOFF:  Yeah, I am actually
22  going to make an application for costs
23  going forward unless we begin to get into
24  some of the allegations in the complaint.
25      MR. GRAFF:  Let's take a short     11:18:55
```

Page 84

```
 1            Sanchez
 2  break.
 3      THE VIDEOGRAPHER:  The time is
 4  11:18.  We are off the record.
 5      (Recess taken.)              11:19:01
 6      THE VIDEOGRAPHER:  The time is
 7  11:26.  We are on the record.
 8      Q.   Ms. Sanchez, do you know during
 9  your employment as a personnel analyst what
10  the requirements were to be hired as a police  11:26:58
11  officer in Ocean Beach in compliance with
12  Civil Service Law?
13      MR. NOVIKOFF:  I am going to
14  object to the question because it is
15  twofold.  It asks what are the Ocean    11:27:07
16  Beach requirements and what are the Civil
17  Service Law requirements.
18      MR. GRAFF:  I am asking
19  in compliance with the Civil Service
20  requirements.                           11:27:20
21      MR. NOVIKOFF:  Could you repeat
22  the question so it is clear.  I'm sorry,
23  I didn't mean to cut you off.
24      MS. ZWILLING:  You know, I have no
25  objection to you asking, pursuing that  11:27:25
```

Page 85

```
 1            Sanchez
 2  information, but I am going to ask you to
 3  rephrase the question because it is not
 4  clear.  She may not know what Ocean
 5  Beach's hiring requirements are, but she  11:27:35
 6  may be able to tell you what Civil
 7  Service Law requires.
 8      Q.   Okay.  My question was what the
 9  requirements were to be hired in compliance
10  with Civil Service Law?                    11:27:47
11      MS.. ZWILLING:  Maybe she may feel
12  that they are not in compliance.
13      MR. GRAFF:  So my question is what
14  are the requirements that they had to
15  comply with to be compliance with Civil   11:27:58
16  Service Law.
17      MS. ZWILLING:  That should be your
18  question.  That is not what you asked.
19      Q.   Ms. Sanchez, during your
20  employment as a personnel analyst what were   11:28:13
21  the Civil Service requirements to be hired as
22  a police officer at Ocean Beach?
23      MR. NOVIKOFF:  Objection.  The
24  requirements are set forth in the Civil
25  Service Law and the regulations         11:28:24
```

Page 86

Sanchez

1         Sanchez
2    promulgated and pursuant thereof.
3    Subject to that objection.
4        A.   Are you referring to full-time
5    police officer?              11:28:34
6        Q.   Let's start with full-time police
7    officer?
8        A.   I wasn't involved with the hiring
9    of full-time police officers.
10       Q.   And what sort of police officers   11:28:42
11   were you involved with the hiring of?
12       MS. ZWILLING: Objection. The
13       question presumes she is involved in
14       hiring. She may not have any involvement
15       in decisions to hire.        11:28:53
16       Q.   What if any types of police
17   officers were you involved at all in the
18   process of hiring in Ocean Beach?
19       MR. NOVIKOFF: You mean
20       nationalities or titles?     11:29:02
21       MS. ZWILLING: Objection. There
22       has been no testimony by the witness that
23       she participates in the decision to hire
24       police officers. Again this gets back to
25       what I tried to establish before. The   11:29:15

Page 87

Sanchez

1         Sanchez
2    County does not hire village police
3    officers. We undertake certain functions
4    to check compliance with Civil Service
5    Law, but we do not hire.          11:29:29
6        I am going to have to object to
7    any questions with regard to what the
8    County does in connection with the hiring
9    process.
10       MR. GRAFF: Okay. Can I continue? 11:29:37
11       MS. ZWILLING: You can continue.
12       Q.   Ms. Sanchez, when you indicated
13   that you were not involved in the hiring of
14   full-time police officers, is there another
15   kind of police officer that you were involved   11:29:47
16   in the hiring of?
17       MR. NOVIKOFF: Objection.
18       A.   I was not involved in the hiring
19   of the officers, no.
20       Q.   Are you aware of what the Civil   11:29:55
21   Service requirements were for hiring a police
22   officer in Ocean Beach in compliance with
23   those requirements during your employment as a
24   personnel analyst?
25       A.   Yes.                11:30:12

Page 88

Sanchez

1         Sanchez
2        Q.   Could you identify those
3    requirements, please?
4        MR. NOVIKOFF: Objection to the
5        form.                11:30:16
6        A.   Are we speaking about a full-time
7    police officer or otherwise?
8        Q.   I asked about full-time, now I
9    will ask about otherwise?
10       MR. NOVIKOFF: What are you asking 11:30:27
11       about otherwise?
12       Q.   What were you referring to by
13   otherwise Ms. Sanchez?
14       A.   Non-full-time.
15       Q.   Okay. With respect to       11:30:34
16   non-full-time police officers what were the
17   Civil Service requirements that had to be
18   complied with for the hiring of non-full-time
19   police officers at Ocean Beach during your
20   employment as personnel analyst?       11:30:47
21       MR.. NOVIKOFF: Objection.
22       MS. ZWILLING: Objection.
23       A.   I am not sure I understand exactly
24   what you are asking me. You are asking me
25   what the requirement was for a part-time or   11:31:09

Page 89

Sanchez

1         Sanchez
2    call in, that is what they were called, police
3    officer was in order to be hired?
4        Q..  Yes.
5        MS. ZWILLING: Let me ask you      11:31:20
6        this, Mr. Graff, and again I am just
7        trying to get to the nub of this so we
8        can go forward. Are you asking the
9        witness about hiring requirements or
10       Civil Service Law specifications?    11:31:32
11       MR. GRAFF: Civil Service Law
12       requirements that the --
13       MS. ZWILLING: There are Civil
14       Service Law specifications, and the
15       village has whatever hiring requirements  11:31:42
16       it has. The witness, and I think we
17       already made the point, the County does
18       not get involved in the hiring process.
19       There are certain Civil Service Law
20       specifications for police officers     11:31:55
21       generally. They are not specific to the
22       Village of Ocean Beach or any other
23       municipality. There is just general
24       Civil Service Law specifications.
25       Now if you want to ask her about   11:32:08

Page 90

```
1            Sanchez
2     the Civil Service Law specifications,
3     fine, that is what she is here for.  But
4     I am going to object to any questions
5     with respect to the village's hiring      11:32:19
6     requirements.  This witness has ever
7     worked for the village.  She can't answer
8     on behalf of the village.
9          MR. NOVIKOFF:  Ms. Zwilling, how
10    many CLE credits am I getting for this --  11:32:27
11         MR. GRAFF:  Mr. Novikoff, again
12    this is purely disruptive.  My question
13    is not about Ocean Beach's own internal
14    hiring requirements, it is about Civil
15    Service standards or requirements as they  11:32:42
16    would apply.
17         MS. ZWILLING:  Then why don't we
18    use the term specification since that is
19    the term used in the Civil Service Law.
20    This way we have no confusion.             11:32:51
21      Q.  Ms. Sanchez, do you understand
22    what I am referring to if I say Civil Service
23    specifications?
24      A.  Yes.
25      Q.  Great.  So what were the Civil      11:32:59
```

Page 91

```
1            Sanchez
2     Service specifications that applied to
3     non-full-time police officers?
4          MR. NOVIKOFF:  When?
5      Q.  In Ocean Beach and other places      11:33:10
6     within Suffolk County?
7          MS. ZWILLING:  Or the state.
8      Q.  Or the state?
9      A.  Well, I am only aware of Suffolk
10    County specifications for non-full-time police 11:33:23
11    officers, but the specifications for the
12    County required that the candidate would have
13    completed a police academy and also have
14    completed a medical, psychological, polygraph
15    and a physical, and passed all of those    11:33:42
16    qualifying exams.
17      Q.  And if a person did not --
18         MR. NOVIKOFF:  Objection.
19      Q.  If those specifications were not
20    complied with would that have any effect on  11:34:01
21    the person's ability to serve as a police
22    officer lawfully?
23         MS. ZWILLING:  Objection.
24         MR. NOVIKOFF:  Objection.  I don't
25    understand the question.                   11:34:16
```

Page 92

```
1            Sanchez
2          MS. ZWILLING:  That is one of my
3     objections.
4      Q.  Is a person who has not satisfied
5     those requirements, is that person a civilian, 11:34:21
6     a non-police officer?
7          MS. ZWILLING:  Objection.  I ask
8     you to rephrase the question because that
9     really didn't make any sense.
10     Q.  To your knowledge is there any --  11:34:31
11    was there any impact on a person's ability to
12    serve as a police officer if they were not in
13    compliance with a Civil Service specification?
14         MR. NOVIKOFF:  Objection.
15         MS. ZWILLING:  Objection.          11:34:50
16     A.  I don't know.  The way you asked
17    that question I don't know.  That is not part
18    of what I did.
19 DI  Q.  Do you know whether, and this is
20    only to your knowledge, whether a person could  11:35:06
21    lawfully exercise the powers and duties of
22    police officer if they had not satisfied those
23    Civil Service specifications?
24         MS. ZWILLING:  Objection.  Calls
25    for a legal conclusion, please move on.   11:35:19
```

Page 93

```
1            Sanchez
2     The witness is not an attorney and she is
3     not your expert.
4          MR. NOVIKOFF:  Objection.
5          MR. GRAFF:  I am just asking to    11:35:25
6     her knowledge.
7          MR. NOVIKOFF:  We know what you
8     are asking, yes.
9          MR. GRAFF:  Is that an instruction
10    not to answer?                            11:35:31
11         MS.. ZWILLING:  Yes.
12         MR. GRAFF:  If you could please
13    mark the transcript there.
14     Q.  To your knowledge if a person were
15    employed as a police officer in compliance   11:35:42
16    with the Civil Service specifications in a
17    jurisdiction other than Ocean Beach, and then
18    went to work as a police officer in Ocean
19    Beach, would they be required to comply with
20    further or additional Civil Service           11:35:59
21    specifications when they transferred to Ocean
22    Beach?
23         MR. NOVIKOFF:  Objection.
24         MS. ZWILLING:  By whom; the
25    witness is not going to speak to what the 11:36:11
```

Page 94

```
1              Sanchez
2   village required.  We don't supervise or
3   manage the village.
4         MR. GRAFF:  I understand that.
5         MS. ZWILLING:  But yet your      11:36:18
6   question calls for her to provide that
7   information.
8         MR. GRAFF:  Ms. Zwilling, you
9   clarified that the Civil Service
10  specifications apply broadly throughout  11:36:25
11  the state.  My question is if a person
12  satisfied those specifications as a
13  police officer in New York would there be
14  any additional specifications that they
15  would need to satisfy under Civil Service  11:36:39
16  Law.
17        MR. NOVIKOFF:  Are you asking
18  Ms. Zwilling that question, because you
19  are looking at Ms. Zwilling.
20        MR. GRAFF:  I am clarifying the    11:36:48
21  question because we may have been
22  speaking at --
23        MS. ZWILLING:  It is all in the
24  Civil Service Law.  The witness is not an
25  attorney.  She is not here to interpret   11:36:53
```

Page 95

```
1              Sanchez
2   or explain the Civil Service Law to you.
3         MR. NOVIKOFF:  Nor is it a memory
4   test.
5         MS. ZWILLING:  Yeah.  The meaning  11:37:00
6   of the Civil Service Law is not an
7   evidentiary matter in this case.  It is
8   not a matter of debate.  It is something
9   for attorneys like us to research and
10  interpret.  It is not an evidentiary     11:37:08
11  issue.
12        MR. GRAFF:  Ms. Zwilling, are you
13  going to instruct the witness not to
14  answer the question?
15        MS. ZWILLING:  No, I am not.  If   11:37:14
16  she can make sense out of your question
17  she can answer it.  But I will say this,
18  Mr. Graff, you have explicitly
19  acknowledged at this point that you
20  understand that Civil Service does not    11:37:23
21  manage or supervise the village.  Yet you
22  persist in asking questions which call
23  for information as to what Civil Service
24  does with respect to -- please allow me
25  to finish.                      11:37:39
```

Page 96

```
1              Sanchez
2         Your questions call for
3   information as to what Civil Service does
4   in managing the village.  As long as you
5   persist in asking that type of question I  11:37:50
6   am going to have to object.  I cannot
7   allow the witness to answer any question
8   which inquires as to what Civil Service
9   does in its supervision of the village
10  because there is none.          11:38:05
11        MR. GRAFF:  Okay.
12        MS. ZWILLING:  So frame your
13  questions accordingly, please.
14        MR. GRAFF:  I framed my question
15  as to what Civil Service specifications   11:38:12
16  are applicable in the context.  Is
17  that --
18        MS. ZWILLING:  That is fine, but
19  that was not your original question.
20        MR. GRAFF:  It will be clear      11:38:19
21  enough when we get the transcript.
22    Q.  But asking now that question.
23        MR. NOVIKOFF:  What question?
24    Q.  If a person had satisfied
25  applicable Civil Service specifications for  11:38:30
```

Page 97

```
1              Sanchez
2   employment let's say in New York City as a
3   police officer would there be additional Civil
4   Service specifications applicable to that
5   person if they were to begin working as a     11:38:41
6   police officer in Ocean Beach?
7         MR. NOVIKOFF:  Objection.  You are
8   presuming that this witness has knowledge
9   of what the New York City Civil Service
10  requirements are and if they are        11:38:56
11  coterminous with that which is required
12  by the Suffolk County Civil Service.  Ask
13  her does she have knowledge of what the
14  New York City Civil Service --
15    Q.  I don't want to confuse it with   11:39:09
16  New York City.  Any municipality in Suffolk
17  County other than Ocean Beach, if a person
18  were a police officer and had complied with
19  the Civil Service specifications as a police
20  officer in the jurisdiction other than Ocean  11:39:19
21  Beach and then worked to begin working as a
22  police officer in Ocean Beach, are there any
23  further Civil Service specifications that
24  would apply to their employment in that
25  context?                      11:39:30
```

Page 98

1          Sanchez
2          MR. NOVIKOFF:  Note my objection.
3     A.   Yes.
4     Q.   And could you please identify what
5     those specifications were?          11:39:35
6          MR. NOVIKOFF:  Objection.
7     A.   They would be required to pass a
8     psychological, a physical, a medical and a
9     polygraph in Suffolk County in order to be
10    employed by a jurisdiction in Suffolk County    11:39:48
11    as a police officer.
12    Q.   So if they had passed all of those
13    exams in the context of their employment as a
14    police officer in Suffolk County, but not in
15    Ocean Beach, would they need to retake those    11:40:01
16    qualifications upon transferring to the
17    jurisdiction of Ocean Beach?
18         MS. ZWILLING:  I am going to
19    object to the question because it is not
20    clear.  When you speak of them passing    11:40:12
21    exams, quote, in Suffolk County, unquote,
22    it is not clear whether what you speak of
23    is them being physically present within
24    the geographical boundaries of the County
25    at the time they took the test, or are    11:40:37

Page 99

1          Sanchez
2     you referring to them achieving the
3     specifications for the Suffolk County
4     Police Department, or something else?
5          MR. NOVIKOFF:  And I am going to    11:40:50
6     object on the grounds of form.  Your
7     question doesn't differentiate between
8     notwithstanding the fact that someone
9     passed the test whether they ever started
10    working for a jurisdiction, whether or    11:41:00
11    not there were breaks in service and for
12    reasons -- whether there was breaks,
13    there could be a military break, there
14    could be other breaks.
15         MS. ZWILLING:  Maybe they    11:41:10
16    qualified and never went to the academy.
17    I mean the possibilities are numerous.
18    Q.   Let me be as clear as I can.
19         If somebody were employed and had
20    passed all of the exams required or under    11:41:21
21    Civil Service specifications to be employed by
22    a Police Department in Suffolk County, but not
23    in Ocean Beach, not a Police Department in
24    Ocean Beach, and they had been actively
25    serving as a police officer and they    11:41:36

Page 100

1          Sanchez
2     immediately thereafter began working in Ocean
3     Beach, would there be any further
4     specifications that they would have to fulfill
5     by virtue of their working in Ocean Beach?    11:41:47
6          MR. NOVIKOFF:  Objection.
7          MS. ZWILLING:  Let me suggest
8     this.  Are you asking the witness whether
9     the Civil Service specifications are the
10    same for all police officer jobs under    11:42:00
11    the jurisdiction of Suffolk County
12    Department of Civil Service.
13    Q.   Let me ask that question.  Are
14    they the same?
15    A.   Yes.          11:42:12
16         MR. NOVIKOFF:  I was going to
17    object to your question, but...
18    Q.   If somebody had been a police
19    officer and had satisfied those, would they
20    need to requalify under those certifications    11:42:20
21    in Ocean Beach; would they need to again
22    attend police academy, again take a medical,
23    again take a psychological exam to begin
24    working in Ocean Beach?
25         MR. NOVIKOFF:  Objection.    11:42:33

Page 101

1          Sanchez
2          MS. ZWILLING:  Objection to that
3     question because it assumes that all of
4     those things are Civil Service
5     requirements.  They may or may not be.    11:42:39
6     In other words Civil Service for example
7     could require a medical, but they may not
8     require academy attendance.  However the
9     individual Police Department which does
10    its own hiring may require academy    11:42:51
11    attendance.
12         So you are grouping apples and
13    oranges together.  You are presuming that
14    each and every one of those is a Civil
15    Service spec in all circumstances and    11:43:06
16    that is not the case.  They are
17    requirements set by the Police
18    Departments and their Civil Service
19    specs.
20    Q.   Okay.  If a person had satisfied    11:43:15
21    all Civil Service specifications for their
22    employment as a police officer in a
23    jurisdiction other than Ocean Beach within
24    Suffolk County would there be any Civil
25    Service specifications that they would not    11:43:28

Page 102

```
1              Sanchez
2   have already satisfied for them to be a police
3   officer in Ocean Beach?
4          MR. NOVIKOFF:  Objection.  Form.
5          MS. ZWILLING:  You know,        11:43:37
6   Mr. Graff, you are asking is there
7   anything that they have not satisfied.
8   Your question assumes they have already
9   satisfied.  What I think what you are
10  driving at is whether they would have to   11:43:49
11  requalify under any circumstances.
12         Now, they may have qualified once,
13  but if they retire for five years and
14  decide they want to resume work as a
15  police officer they may have to requalify   11:44:01
16  based upon their model of service.
17         MR. NOVIKOFF:  Or God forbid if
18  they had a leg amputated perhaps they
19  would have to take an additional
20  physical.                    11:44:14
21         MS. ZWILLING:  Let me suggest this
22  to you, Mr. Graff.  Instead of asking the
23  witness hypotheticals which are improper
24  for a deposition anyway, why don't we at
25  least begin with asking her questions    11:44:25
```

Page 103

```
1              Sanchez
2   about your client's situation because
3   perhaps that will supply all the
4   information that you do need, and if it
5   doesn't at least then we can have some    11:44:34
6   more directed follow up instead of asking
7   broad scope hypotheticals which may or
8   may not pertain to the facts of this
9   case.
10         MR. GRAFF:  Okay, and I will be   11:44:45
11  getting to those issues.
12      Q.  Ms. Sanchez, are there any
13  circumstances in which a person would need to
14  requalify under Civil Service specifications
15  upon beginning to work as a police officer in  11:44:54
16  Ocean Beach after having worked as a police
17  officer somewhere else in Suffolk County and
18  complied with whatever Civil Service
19  specifications were applicable to that
20  employment?                    11:45:07
21         MR. NOVIKOFF:  Objection, calls
22  for a legal conclusion.  Objection on the
23  grounds that it is already contained in
24  the appropriate Civil Service
25  regulations.  That is my objection.    11:45:15
```

Page 104

```
1              Sanchez
2      A..  Yes.
3      Q.  And what circumstances would
4   necessitate their requalification with those
5   Civil Service classifications?        11:45:24
6      A.  Is that with the assumption that
7   they have already passed all their qualifying
8   exams previously in a Suffolk County
9   jurisdiction?
10     Q.  Yes.                    11:45:33
11     A.  A break in service would
12  constitute the candidate to be required to
13  take all of their qualifying exams again.
14     Q.  And is there a --
15     A.  A break in service, I apologize,   11:45:47
16  which exceeded a year.
17     Q.  Thank you.
18         And to your knowledge are there
19  any circumstances in which somebody who is
20  employed and in compliance with Civil Service  11:46:08
21  specifications in New York State outside of
22  Suffolk County, if such a person than began
23  working as a police officer in Ocean Beach,
24  are there any circumstances in which they
25  would have to requalify under any Civil   11:46:21
```

Page 105

```
1              Sanchez
2   Service specifications?
3          MR. NOVIKOFF:  Objection.
4          MS. ZWILLING:  At minimum they
5   would have to qualify for the first time   11:46:31
6   if they had not had previous service as a
7   police officer.
8      Q.  To be clear I was asking about if
9   somebody had been employed as a police officer
10  in New York State outside of Suffolk County   11:46:54
11  and then were to immediately thereafter begin
12  working in Ocean Beach as a police officer
13  would there be any Civil Service
14  specifications that they would need to
15  requalify under under any circumstances?      11:47:08
16         MR. NOVIKOFF:  Objection.
17         MS. ZWILLING:  Are you asking
18  whether -- does your question assume they
19  had been working as a full-time permanent
20  police officer, because maybe they were a   11:47:20
21  probationary for a day.  You are mixing
22  up apples and oranges.  These various
23  designations trigger different rights and
24  responsibilities under Civil Service Law
25  and they have to be looked at        11:47:32
```

Page 106

1          Sanchez
2   individually.  But your question is
3   asking for a garbage can answer.
4          MR. NOVIKOFF:  I have not heard
5   that one before, I like that, I am going   11:47:41
6   to start using that.
7      Q.   Ms. Sanchez, as I mentioned at the
8   beginning if you are ever confused by my
9   questions please don't hesitate to tell me.
10         To focus now specifically on     11:47:51
11  somebody who had been employed in New York
12  State outside of Suffolk County as a full-time
13  police officer having satisfied any applicable
14  Civil Service specifications, would there be
15  any further Civil Service specifications that   11:48:04
16  they would need to attain or requalify under
17  to begin working as a police officer in Ocean
18  Beach?
19         MR. NOVIKOFF:  Objection.
20     A.   Yes.  Same answer as before.  If   11:48:14
21  they have not had their qualifying exams
22  performed by the Suffolk County Police
23  Department, they would need to pass all four
24  qualifying exams by Suffolk County's Police
25  Department.                      11:48:30

Page 107

1          Sanchez
2      Q.   And would there be any
3   circumstances in which that would not be the
4   case; are there any exceptions to that rule?
5          MR. NOVIKOFF:  Objection.        11:48:42
6      A.   No.  Not that I am aware of.
7      Q.   So say somebody had been on a SWAT
8   team somewhere in New York State, would they
9   still have to requalify under Suffolk County
10  administered exams?                11:48:55
11         MR. NOVIKOFF:  Objection.
12         MS. ZWILLING:  Objection.  Are we
13  talking about a police SWAT team?
14         MR. GRAFF:  Yes.
15         MS. ZWILLING:  The objection      11:49:02
16  stands, but if the witness can answer.
17     A.   Given a different job, it doesn't
18  change the answer.  If they don't have their
19  Suffolk County qualifying exams administered
20  by the Suffolk County Police to be employed by  11:49:16
21  a jurisdiction in Suffolk County, then it
22  doesn't apply.  They need to have their
23  qualifying exams and pass them as given by
24  Suffolk County Police.
25     Q.   Thank you.                  11:49:27

Page 108

1          Sanchez
2      Is there any Civil Service
3   specifications for Suffolk County with respect
4   to firearms permits for police officers?
5      A.   I am not aware of anything that   11:49:36
6   doesn't have anything to do with what I was
7   responsible for.
8      Q.   As far as you know would a police
9   officer be permitted to work as a police
10  officer prior to their satisfying all of those  11:49:49
11  Civil Service specifications?
12         MS. ZWILLING:  By whom?
13     Q..  By Suffolk County?
14         MS. ZWILLING:  By Suffolk County
15  what; are you asking about is it    11:49:59
16  acceptable under Civil Service Law, or
17  are you referring to the Suffolk County
18  Police Department?
19     Q.   I am referring to the Civil
20  Service Law?                      11:50:09
21         MR. NOVIKOFF:  Objection.  I don't
22  even know what your question is asking.
23  I am confused by it.
24     A.   I am confused by your question as
25  well.                            11:50:16

Page 109

1          Sanchez
2      Q.   Is there any Civil Service Law
3   that would have bearing on whether or not a
4   person could work as a police officer prior to
5   having satisfied the Civil Service     11:50:23
6   specifications in Suffolk County administered
7   by Suffolk County?
8          MS. ZWILLING:  Objection.
9          MR. NOVIKOFF:  Objection.
10     A.   That is more of a jurisdictional  11:50:32
11  type of a question.  I didn't have any role in
12  those types of decisions..  That wasn't part of
13  what my job was to say whether or not they
14  could work.  Once they were hired there was a
15  process that had to be followed and I just had  11:50:50
16  a checklist of things to ensure that they did
17  before the appointment could be approved.
18     Q.   To your knowledge was there
19  anybody in Suffolk County Civil Service who
20  was responsible for that?              11:51:03
21         MS. ZWILLING:  Object to the
22  question to the extent that it assumes
23  that that is the task of Suffolk County
24  Civil Service.
25         MR. GRAFF:  I am not assuming     11:51:13

Page 110

Sanchez

1  anything.  I asked if there was
2  anybody who --
3      MS. ZWILLING:  As long as it is
4  clear that there is to be no assumption.  11:51:18
5      A.  I don't know, that was outside the
6  scope of my position, so I wouldn't know.
7      **Q.  In the course of your dealings**
8  **with Ocean Beach as a personnel analyst who**
9  **would you communicate with primarily at Ocean  11:51:37**
10 **Beach?**
11     MR. NOVIKOFF:  Objection.
12     A.  It depends on what the matter was
13 pertaining to.
14     **Q.  Who were the possible people that  11:51:46**
15 **you, or who were the various people that you**
16 **did communicate with with respect to issues**
17 **arising in the context of your work as a**
18 **personnel analyst?**
19     A.  I primarily dealt with Kathryn  11:51:57
20 Spies.  There was also, I actually don't
21 remember the name of the person who was in
22 charge of the Ocean Beach village office
23 there, there was a woman.  Actually there was
24 a turnover, there was one woman who was in  11:52:17

Page 111

Sanchez

1  charge of the office and then she left and was
2  replaced by another woman and I would deal
3  with her as well.  But primarily I would deal
4  with Kathryn Spies when it came to reporting  11:52:30
5  personnel transactions.
6      **Q.  And were there any issues in which**
7  **you had to interact with Ocean Beach other**
8  **than reporting personnel transactions?**
9      A.  No, that was our primary function.  11:52:46
10     **Q.  Other than Kathryn Spies and the**
11 **two women whose names you were not certain of**
12 **did you have occasion in the course of your**
13 **work as a personnel analyst to interact with**
14 **anyone else at Ocean Beach?**          **11:53:03**
15     A.  Yes.  I was interacting with
16 George Hesse with regards to police personnel
17 transactions in conjunction with Kathryn
18 Spies.
19     **Q.  And did you interact with George  11:53:18**
20 **Hesse in connection with those issues**
21 **throughout the period of your employment as a**
22 **personnel analyst?**
23     A.  No.  I began to interact with
24 George Hesse after I had already been working  11:53:34

Page 112

Sanchez

1  with Ocean Beach for at least a year.  He came
2  into the picture later on after I had already
3  been having my dealings with Ocean Beach.  It
4  was not the entire time, no.  11:53:51
5      **Q.  Do you remember what calendar year**
6  **it was when he came into the picture in that**
7  **context?**
8      A.  2004.
9      **Q.  And prior to your interacting with  11:54:05**
10 **George Hesse on police personnel issues**
11 **beginning approximately 2004 was there**
12 **somebody else at Ocean Beach who you**
13 **interacted with with respect to those issues?**
14     A.  With respect to police issues?  11:54:17
15     **Q.  The issues that you interacted**
16 **with George Hesse with?**
17     MR. NOVIKOFF:  Objection.
18     A.  Kathryn Spies.
19     **Q.  Other than Kathryn Spies, George  11:54:26**
20 **Hesse and the two women whose names you**
21 **weren't sure of was there anyone else who you**
22 **had to interact with in the course of your**
23 **work as a personnel analyst?**
24     MS. ZWILLING:  A lot of people I  11:54:38

Page 113

Sanchez

1  am sure.  Your question is without
2  limitation.
3      MR. NOVIKOFF:  Why don't you just
4  ask her if she interacted with Chief
5  Paradiso; isn't that what you are trying  11:54:45
6  to get at?
7      **Q.  Did you interact with Chief**
8  **Paradiso?**
9      A.  No.  My attempts were  11:54:51
10 unsuccessful.
11     **Q.  What do you mean by your attempts**
12 **were unsuccessful?**
13     A.  I called him on a number of
14 occasions and my phone calls went unreturned.  11:55:00
15     **Q.  Would you leave messages with a**
16 **machine when you would call him?**
17     A.  I don't recall.
18     **Q.  Do you recall whether you ever**
19 **spoke with Chief Paradiso before 2004?**   **11:55:14**
20     MR. NOVIKOFF:  Objection.
21     A.  I don't recall.  I don't believe
22 so.
23     **Q.  Did you ever have occasion to**
24 **interact with Mayor Joseph Loeffler of Ocean  11:55:32**

Page 114

Sanchez

1    Beach in the course of your duties as
2    personnel analyst?
3
4    A.   No.
5    Q.   What about Natalie Rogers, the    11:55:40
6    former mayor at Ocean Beach, did you ever have
7    occasion to interact with her in the course of
8    your duties as personnel analyst?
9    A.   No.
10   Q.   When did you first meet George    11:55:53
11   Hesse?
12        MR. NOVIKOFF:  Objection.
13   A.   I was in the village beach office
14   there training Kathryn Spies on the proper way
15   to complete Civil Service forms and on    11:56:20
16   reporting procedures.
17   Q.   And when did that occur date wise?
18   A.   I do not remember specifically.
19   Q.   Was it prior to when you started
20   interacting with George Hesse directly in    11:56:42
21   2004?
22   A.   Yes.  When I met him I didn't -- I
23   think I might have spoken to him once or twice
24   because he was still unknown to me when we
25   were introduced.                    11:56:56

Page 115

Sanchez

1
2    Q.   When was the last occasion when
3    you spoke with George Hesse, the most recent
4    occasion?
5    A.   Right before I left Civil Service,    11:57:01
6    I would imagine that would be April 2007.
7    Q.   Do you recall what the context
8    specifically of your last interaction with
9    George Hesse was?
10   A.   No.                        11:57:22
11   Q.   Was that last interaction with
12   George Hesse in the course of fulfilling your
13   job duties as a personnel analyst?
14   A.   Yes.
15   Q.   Did you ever interact socially    11:57:37
16   with George Hesse, that is not in the course
17   of fulfilling professional duties?
18   A.   No.
19   Q.   Did you ever spend time with
20   George Hesse socially?                11:57:50
21   A.   You just asked me that question,
22   no.
23        MR. NOVIKOFF:  Objection.
24   Q.   Did you ever have lunch meetings
25   with George Hesse?                    11:58:04

Page 116

Sanchez

1
2    A.   Yes.
3    Q.   About how frequently would you say
4    you had lunch meetings with George Hesse?
5    A.   On one occasion.            11:58:12
6    Q.   When was that occasion?
7    A.   I don't remember exactly.
8    Q.   Do you remember what year it was?
9    A.   Late 2004, early 2005 as a guess.
10   Q.   Do you remember why you had an in    11:58:32
11   person lunch meeting with George Hesse on that
12   occasion?
13   A.   It was a working lunch.  He had
14   delivered some documentation to the Civil
15   Service office with regards to the    11:58:46
16   officers getting qualified, and I needed some
17   documentation that he had.  He brought it to
18   the office and it was normal for a personnel
19   analyst to have working lunches with the
20   clients in the jurisdiction.        11:59:12
21        So it was just reviewing
22   procedures as far as what we were trying to
23   accomplish with regards to his police officers
24   in the department.
25   Q.   Where was your office located as a    11:59:24

Page 117

Sanchez

1
2    personnel analyst?
3    A.   Hauppauge.
4    Q.   Was it part of this facility that
5    we are present in for this deposition today?    11:59:34
6    A.   No.
7    Q.   Where did you have the working
8    lunch that you were referring to with George
9    Hesse?
10   A.   Maureen's Kitchen, I think it is    11:59:46
11   also Hauppauge, right up the road from here,
12   right up the road from the Civil Service
13   office.
14   Q.   Did there ever come a time during
15   your employment as a personnel analyst when    12:00:03
16   you learned that there were problems or less
17   than total compliance with Civil Service
18   specifications in the context of employment at
19   Ocean Beach?
20        MR. NOVIKOFF:  Objection.  Form.    12:00:22
21   A.   Yes.
22   Q.   And when did you first become
23   aware of that?
24   A.   When I was first given the
25   jurisdiction.                    12:00:36

Page 118

Sanchez

1
2    Q.  Did someone when you were given
3    that jurisdiction indicate to you that there
4    were problems with Civil Service
5    specifications being adhered to in Ocean          12:00:45
6    Beach?
7        A.  Actually not -- not specifically
8    about the specifications, but with regards to
9    their reporting procedures.
10      Q.  Do you recall who it was who          12:00:57
11   communicated that to you at that time?
12      A.  Mary Biglan.
13      Q.  And I believe you identified Mary
14   Biglan earlier, was she an outgoing personnel
15   analyst?                                          12:01:12
16      A.  No.
17      Q.  What was her position at that
18   time?
19      A.  Personnel analyst.
20      Q.  Had Mary Biglan previously had the   12:01:18
21   jurisdiction of Ocean Beach?
22      A.  Yes.
23      Q.  Do you know why Mary Biglan --
24   strike that.
25          Was it ever explained to you why       12:01:28

Page 119

Sanchez

1
2    Mary Biglan stopped having the jurisdiction of
3    Ocean Beach at that time?
4        A.  Because I was new and our
5    supervisor took jurisdictions from other        12:01:36
6    analysts to give me work to do.
7        Q.  And do you recall if Mary Biglan
8    or anyone else explained to you the nature of
9    the reporting problems at Ocean Beach that you
10   referred to a few moments ago?                    12:01:52
11       A.  That they were negligent in
12   reporting as they were supposed to.
13       Q.  And did you understand that in the
14   context of your duties as a personnel analyst
15   that you had any responsibilities with respect  12:02:07
16   to correcting the reporting issues?
17       A.  I am not really sure I understand
18   your question.
19       Q.  Well, did Mary Biglan indicate to
20   you that you should do anything in particular  12:02:21
21   in response to that negligence that she had
22   identified?
23          MR. NOVIKOFF:  Objection.
24          MS. ZWILLING:  Objection.
25       A.  No.                                       12:02:29

Page 120

Sanchez

1
2    Q.  Did anybody else communicate to
3    you that there was anything that you should do
4    in response to those -- that negligence with
5    respect to reporting?                             12:02:39
6        A.  I don't know if you mean
7    specifically something that I should do
8    or that I should just do something about it;
9    can you be more specific?
10       Q.  Yes.  Did you understand or did      12:02:51
11   anyone communicate to you that you should do
12   something about those reporting problems?
13       A.  Not specifically something that I
14   should do, but my job was to get them to
15   report which is why I went to the village to    12:03:03
16   teach Kathryn how to report properly so that
17   the problem could be remedied.
18       Q.  Okay.  And just so we are clear
19   what nature of reporting are you referring to
20   in this context?                                  12:03:16
21       A.  When there is any change in
22   personnel, when there is a personnel
23   transaction of any type it needs to be
24   reported to Civil Service.
25       Q.  Did you understand at that time     12:03:33

Page 121

Sanchez

1
2    that the reporting problem was generally with
3    respect to employees at Ocean Beach, or was
4    there any specific entity or department that
5    it was unique to Ocean Beach?                    12:03:41
6          MR. NOVIKOFF:  Objection to the
7    form.
8        A.  It was a village wide problem.
9        Q.  And after meeting with Ms. Spies
10   to train her on reporting compliance in your  12:03:56
11   opinion was the negligent reporting by Ocean
12   Beach ever remedied?
13       A.  To a degree.
14       Q.  To what degree was it remedied?
15       A.  They improved, but they still made 12:04:17
16   lots of mistakes.
17       Q.  Was there -- did there ever come a
18   point in time in the course of your employment
19   as a personnel analyst when in your estimation
20   Ocean Beach had achieved full compliance with  12:04:34
21   reporting requirements?
22          MR. NOVIKOFF:  Objection.  I
23   thought her last answer would have
24   answered that question..
25       A.  No.                                       12:04:42

Page 122

1          Sanchez
2     Q.   Was the Town of Islip ever one of
3  your jurisdictions as a personnel analyst?
4     A.   No.
5          MR. GRAFF:  Can I ask the        12:05:06
6  videographer how much time we have on
7  this tape?
8          THE VIDEOGRAPHER:  We have an hour
9  left on the tape.
10         MR. GRAFF:  There is a phone      12:05:14
11  ringing on my side of the table.
12         MS. ZWILLING:  I assume it is a
13  wrong number.
14         MR. GRAFF:  Should I wait for it
15  to --                                   12:05:24
16         MS. ZWILLING:  Yes.  It should go
17  over to the voice-mail.
18         MR. GRAFF:  Let's go off the
19  record.
20         THE VIDEOGRAPHER:  The time is    12:06:07
21  12:05, we are off the record.
22         (Recess taken.)
23         THE VIDEOGRAPHER:  The time is
24  12:06, we are on the record.
25    Q.   To the extent that Ocean Beach    12:07:04

Page 123

1          Sanchez
2  failed to correct any reporting problems that
3  you identified, to your knowledge would there
4  be any consequences if they failed after being
5  notified by you if they continued to fail to    12:07:26
6  satisfy those reporting requirements?
7          MR. NOVIKOFF:  Wrong on so many
8  levels.  Objection to form.
9     A.   No.
10 DI   Q.   To your knowledge would it be     12:07:53
11  improper to pay an employee for serving in a
12  position that had not been properly reported
13  by Ocean Beach?
14         MS. ZWILLING:  Objection.  The
15  Civil Service Commission in Suffolk       12:08:11
16  County does not pay any village
17  employees.  I won't permit her to answer
18  the question.
19         MR. NOVIKOFF:  Objection.
20    Q.   So was it your understanding that  12:08:20
21  a person could continue working in a capacity
22  that had not been properly reported to Civil
23  Service?
24         MS. ZWILLING:  Objection.
25  Hypothetical.  The witness is not here as  12:08:28

Page 124

1          Sanchez
2  the plaintiff's expert.  If you want to
3  know go interpret the Civil Service Law.
4          MR. NOVIKOFF:  Exactly.
5     Q.   Did you ever communicate to Ocean  12:08:36
6  Beach that it would be a problem for a person
7  to continue working in a capacity that had not
8  been properly reported to Civil Service?
9          MR. NOVIKOFF:  Objection.  Form.
10    A.   That had not been properly         12:08:52
11  reported?
12    Q.   Yes.  That is if you identified an
13  improper reporting and it was not remedied,
14  did you ever communicate to anyone at Ocean
15  Beach that was a problem?                 12:09:04
16         MR. NOVIKOFF:  Objection.
17    A.   No, it didn't work like that.  If
18  they were improperly reported it wouldn't
19  disqualify them from working.
20    Q.   Okay.  I have just a very brief     12:09:17
21  question on a document that has been marked as
22  Sanchez Exhibit 3?
23         MS. ZWILLING:  Do I get a copy;
24  thank you.
25    Q..   For clarification I brought        12:09:49

Page 125

1          Sanchez
2  sufficient copies for all counsel for
3  defendant's today?
4          MR. NOVIKOFF:  Don't worry, Ari,
5  you are not going to be punished.         12:09:57
6     Q.   If you could let me know,
7  Ms. Sanchez, after you have had a chance to
8  take a look at the document, do you recognize
9  this document?
10    A.   Yes.                              12:10:10
11    Q.   Could you identify it, please?
12    A.   It is a Suffolk County Civil
13  Service specification for the title of
14  sergeant in the police towns and villages.
15    Q.   Within Suffolk County Civil        12:10:20
16  Service terminology would Ocean Beach,
17  Incorporated Village of Ocean Beach fall under
18  the category of a town or village in this
19  context?
20    A.   Yes.                              12:10:31
21    Q.   My question on this one is the
22  very end of the body of the document there is
23  the subheading minimum qualifications, and
24  then on another line also in capitals
25  underlined the word promotional.          12:10:48

Page 126

Sanchez

1
2     **Do you understand what promotional**
3     **means in this context?**
4     A.   Yes.
5     **Q.   Could you explain what it means**   12:10:52
6     **here, please?**
7     A.   It means that it is a promotional
8     exam as opposed to an open competitive exam.
9     **Q.   Can you explain what the**
10    **difference between a promotional exam and an**   12:11:02
11    **open competitive exam is?**
12    A.   A promotional exam is only open to
13    somebody as described in the sentence beneath
14    it as opposed to open competitive which is
15    open to anybody in the general public that   12:11:17
16    meets the qualifications as listed under the
17    minimum qualifications.
18    **Q.   Okay, and just so we are clear for**
19    **the record the minimum qualifications in this**
20    **context states three years permanent**   12:11:33
21    **competitive status as a police officer?**
22    A.   Uh-hum.
23    **Q.   Do you understand what the**
24    **permanent competitive status as a police**
25    **officer means in this context?**   12:11:47

Page 127

Sanchez

1
2     A.   Yes.
3     **Q.   Can you explain what that means?**
4     A.   That means that somebody who is
5     holding a position of full-time police officer   12:11:53
6     competitive, being that they took a test and
7     met all of the qualifications as required by
8     the Civil Service Law to allow the -- it came
9     from a list, so that the list was certified
10    and that they were holding the position for   12:12:08
11    three years permanently, that they would be
12    eligible to take that promotional exam.
13    **Q.   And as far as you know at any**
14    **point during your employment as a personnel**
15    **analyst did any police officers in Ocean Beach**   12:12:24
16    **satisfy the standard of three years permanent**
17    **competitive status as police officers?**
18    A.   Yes.
19    **Q.   And do you recall specifically who**
20    **satisfied that standard?**   12:12:41
21    A.   George Hesse.
22    **Q.   Did anybody else satisfy that**
23    **standard as far as you know?**
24    A.   He was the only full-time police
25    officer in the village.  So no.   12:12:53

Page 128

Sanchez

1
2     **Q.   Was George Hesse in the position**
3     **of permanent competitive status police officer**
4     **at the time that you began interacting with**
5     **him in the course of your duties as personnel**   12:13:10
6     **analyst?**
7     MS. ZWILLING:  Objection.
8     Competitive refers to the nature of the
9     examination.  It doesn't refer to the
10    nature of the position.   12:13:17
11    MR. NOVIKOFF:  I would have to
12    agree.
13    **Q.   Was he serving in a position which**
14    **after three years duration would have**
15    **satisfied this qualification standard?**   12:13:30
16    A.   Yes.
17    **Q.   Thank you.**
18    **How did you determine that that**
19    **was the case?**
20    MR. NOVIKOFF:  What was the case?   12:13:41
21    MS. ZWILLING:  You just asked her.
22    There has been no testimony that she made
23    such a formal determination.  You asked
24    her if he met the standard.
25    **Q.   What is the basis for your**   12:13:52

Page 129

Sanchez

1
2     **testimony that he met the standard?**
3     MR. NOVIKOFF:  You asked her the
4     question.
5     A.   I had viewed his personnel card as   12:14:01
6     it had been reported by the village, and he
7     had been longer -- he had been employed there
8     as a full-time police officer for longer than
9     three years.
10    **Q.   And at the time that you viewed**   12:14:20
11    **that card do you know whether the information**
12    **on the card had been verified by anyone in the**
13    **Suffolk County Department of Civil Service?**
14    MR. NOVIKOFF:  Objection.
15    MS. ZWILLING:  Objection because   12:14:35
16    you don't have any testimony that they
17    have the responsibility or the ability to
18    do that.
19    MR. GRAFF:  If they don't then the
20    answer would be no.   12:14:44
21    MS. ZWILLING:  You need to ask the
22    foundational question first, not to ask a
23    presumptive question.  If you want to ask
24    her if Civil Service has the ability or
25    the responsibility of making those   12:14:55

Page 130

```
 1            Sanchez
 2     changes, that is a fair question.
 3        Q.  Do you know whether Civil Service
 4  has the ability to verify whether the
 5  information on a personnel card such as      12:15:03
 6  personal card that you referred to, whether
 7  they have the ability to verify that
 8  information?
 9        MR. NOVIKOFF: Objection. Form.
10        A.  It is kind of a general question.  12:15:12
11  As it applies to this specific case; yes.
12        Q.  And how --
13        A.  As it applies to George Hesse and
14  his card and his competitive status and when
15  he was hired and when he was appointed from   12:15:27
16  the list; yes.
17        Q.  And were you able to verify that
18  information as a personnel analyst?
19        A.  Was I able to; if I needed to.
20        Q.  Did you ever take any steps to      12:15:40
21  verify the information on his personnel card?
22        A.  No.
23        Q.  Do you recall whether the
24  personnel card indicated whether Mr. Hesse had
25  ever taken a sergeant's examination?          12:15:54
```

Page 131

```
 1            Sanchez
 2        MS. ZWILLING: I am going to
 3  object because your questions presume
 4  that this witness played a role in the
 5  decision to make George Hesse a sergeant.  12:16:06
 6        MR. GRAFF: Not at all.
 7        MS. ZWILLING: Rephrase the
 8  question. If you want to ask her if she
 9  was one of the decision makers who
10  determined to make George Hesse a          12:16:17
11  sergeant, you can move on from there.
12        MR. NOVIKOFF: I again renew my
13  application. This is becoming patently
14  irrelevant. I believe the questions are
15  becoming harassing. They are patently     12:16:29
16  irrelevant to the allegations in the
17  complaint. I think we had maybe three
18  questions so far that touch upon anything
19  that is relevant to the complaint.
20        MR. GRAFF: Your objection is         12:16:42
21  noted.
22        Q.  Do you recall whether the
23  information on the card for George Hesse that
24  you referred to indicated whether or not
25  George Hesse had passed a Civil Service    12:16:51
```

Page 132

```
 1            Sanchez
 2  examination for the position of sergeant?
 3        MS. ZWILLING: I am going to
 4  object because there is no testimony that
 5  the cards are required to indicate       12:17:02
 6  whether or not the person passed a test.
 7  For that reason your question is unfair.
 8  If you want to ask her if the card is
 9  supposed to contain that information and
10  then she says yes, then you can ask her   12:17:15
11  if this particular card did.
12        But you can't ask a question that
13  presumes that the information was
14  supposed to be contained there so that a
15  negative answer is going to be misused by 12:17:25
16  you to suggest that some misconduct
17  occurred.
18        MR. NOVIKOFF: I am going to ask
19  for another CLE credit.
20        MR. GRAFF: I think your            12:17:35
21  presumption about the intended use is --
22        MS. ZWILLING: Why don't you ask
23  her what the purpose of the card is.
24        MR. NOVIKOFF: Yes. You have a
25  habit of asking question number 10       12:17:45
```

Page 133

```
 1            Sanchez
 2  without laying a foundation for the first
 3  9 questions.
 4        Q.  Okay. I just would like to get an
 5  answer to the question did the actual card   12:17:50
 6  indicate one way or another whether he did?
 7        MS. ZWILLING: Objection to that
 8  question.
 9        MR. NOVIKOFF: Me too.
10        MS. ZWILLING: If you want to ask   12:17:58
11  what the purpose of the card was that is
12  acceptable. If you want to ask whether
13  the cards are supposed to contain such
14  information that is fine too. But that
15  question that presumes that there is      12:18:08
16  something that should be in the card that
17  is not there is not a fair of
18  questioning.
19        MR. GRAFF: I am not presuming
20  that there should be. I am only asking    12:18:14
21  if --
22        MS. ZWILLING: I get that you are
23  only asking and I expect you to get that
24  I am objecting.
25        MR. GRAFF: Okay. I clearly get    12:18:22
```

Page 134

Sanchez

1       Sanchez
2   that you are objecting.  Are you
3   instructing the witness not to answer the
4   current question that is pending?
5       MS. ZWILLING:  The witness is        12:18:29
6   happy to answer non-compound questions.
7   Again I would suggest that you ask if
8   that information is supposed to be
9   contained on the card.  If the witness
10  says yes, then be my guest in asking her  12:18:37
11  whether it was contained on this
12  particular card.
13      Do you wish to do that Mr.. Graff?
14      MR. GRAFF:  To facilitate this I
15  will ask the question.  I believe that    12:18:50
16  the speaking objections and colloquy were
17  improper.  You noted the objection and --
18      MR. NOVIKOFF:  You asked her.
19      MS. ZWILLING:  Mr. Graff, I have a
20  duty to represent my client.  When you    12:18:57
21  put a diatribe on the record I would not
22  be looking out for my client's interest
23  were I to sit silent.  When you respond
24  and make certain assertions it becomes
25  incumbent upon me to respond to those.    12:19:12

Page 135

1       Sanchez
2       I would prefer to have no speaking
3   objections, but if you are going to speak
4   I cannot prejudice my client's interest
5   by not responding to the remarks you      12:19:21
6   place on the record.
7       Now why don't we just go on with
8   the questions and try and limit any
9   further speaking objections.
10      MR. GRAFF:  I think that is           12:19:30
11  agreeable to all.
12  **Q.   Ms. Sanchez, did the personnel**
13  **cards of the sort that you had referred to in**
14  **relation to George Hesse, to your knowledge**
15  **were they supposed to indicate whether or not  12:19:42**
16  **the individual in question had satisfied Civil**
17  **Service examinations for their position?**
18      MR. NOVIKOFF:  Objection.
19  A.   That is a different question --
20      MS. ZWILLING:  Whose cards were       12:20:00
21  these; were these the village's cards?
22  A.   That doesn't make sense.
23  **Q.   What is the card that you are**
24  **referring to, the card that had the**
25  **information recorded by Ocean Beach?       12:20:10**

Page 136

1       **Sanchez**
2   A.   It is called a roster card.
3   **Q.   And who -- is the roster card a**
4   **form that is filled in with specific**
5   **information?                12:20:23**
6       MS. ZWILLING:  Are you asking if
7   it is a county form or are you asking if
8   it is a village?
9   **Q.   I am asking if it is a form of any**
10  **kind?                    12:20:28**
11      MS. ZWILLING:  I think we already
12  established that.
13  A.   It is an index card.
14  **Q.   Does the index card have**
15  **preprinted fields on it that are filled in?   12:20:37**
16  A.   Yes.
17  **Q.   Who creates the form of the index**
18  **card?**
19      MR. NOVIKOFF:  You mean the person
20  who input it in the computer or handwrote  12:20:47
21  it or --
22      MS. ZWILLING:  Who printed the
23  form, is that what you are asking?
24  **Q.   Yes.**
25  A.   I would assume the County        12:20:52

Page 137

1       Sanchez
2   department --
3       MS. ZWILLING:  Don't assume.
4   A.   I don't know who printed the
5   cards.                    12:20:59
6   **Q.   Who fills out the information on**
7   **those cards?**
8   A.   It is the responsibility of the
9   clerical person and sometimes the analyst.
10  **Q.   And when you say the clerical       12:21:10**
11  **person, is that a clerical person --**
12  A.   That is working with the
13  jurisdiction as well as the analyst.
14  **Q.   So a clerical person and analyst**
15  **in the Civil Service Department?       12:21:20**
16  A.   Yes.
17  **Q.   Where do they obtain the**
18  **information that is filled out on those forms?**
19  A.   From the personnel transaction
20  forms that are filled out by the jurisdiction. 12:21:33
21  **Q.   Do you know whether there was a**
22  **field on those form index cards that reflected**
23  **the status of any applicable Civil Service**
24  **examinations for the position that the**
25  **individual held?               12:21:51**

Page 138

Sanchez

1
2    A.   No.
3        MR. NOVIKOFF:  Perhaps you could
4    just request the production of the card
5    and that would answer all your questions  12:22:01
6    pertaining to what forms are present on
7    the card.
8        MS. ZWILLING:  And saved us twenty
9    minutes.
10       MR. NOVIKOFF:  Yes.           12:22:07
11   **Q.   To your knowledge would Civil**
12   **Service take any steps to verify the**
13   **information reported by the municipality that**
14   **was filled in on the form index card?**
15       MS. ZWILLING:  You mean other than  12:22:18
16   asking the municipality for the
17   information?
18       MR. GRAFF:  Yes.
19       MR. NOVIKOFF:  Objection.
20       MS. ZWILLING:  Isn't it enough  12:22:22
21   that they ask for the municipality to
22   provide the information truthfully?
23       MR. NOVIKOFF:  You got my
24   objection, right?
25   **Q.   When the municipality would report  12:22:28**

Page 139

Sanchez

1
2    **the information that would be filled in on the**
3    **cards would that be information supported by**
4    **any documentation?**
5        MS. ZWILLING:  Whose           12:22:47
6    documentation, by whom?
7    **Q.   Any documentation from the**
8    **municipality --**
9        MS. ZWILLING:  Are you asking if
10   the municipality supplies documentation  12:22:53
11   along with the cards; is that your
12   question?
13   **Q.   Yes.  Documentation in support of**
14   **the cards?**
15   A.   On occasion.  It depended on the   12:23:01
16   transaction.
17       MR. NOVIKOFF:  Are you done with
18   your answer?
19       THE WITNESS:  Yes.
20       MR. NOVIKOFF:  Are you catching my  12:23:14
21   objections?
22       THE VIDEOGRAPHER:  Yes.
23       MS. ZWILLING:  Also will say if it
24   will circumvent all of this, we are happy
25   to produce the cards and the underlying  12:23:20

Page 140

Sanchez

1
2    documentation with the plaintiff's
3    consent, their personnel records.
4        MR. NOVIKOFF:  And Mr. Hesse's
5    consent.              12:23:35
6        MS. ZWILLING:  And Mr. Hesse's
7    consent.  Well, if he doesn't consent we
8    will --
9        MR. GRAFF:  We will address that
10   off the record.          12:23:42
11       MS. ZWILLING:  That is not a
12   matter of off the record.
13       MR. NOVIKOFF:  Do you want the
14   cards or not?
15       MR. GRAFF:  I would like the    12:23:53
16   cards, but we can discuss the particulars
17   of consent off the record.
18       MR. NOVIKOFF:  Are you making a
19   formal request for the plaintiff's cards
20   and Mr. Hesse's cards?        12:24:03
21       MR. GRAFF:  I think it should be
22   clear that I am not, and indicating that
23   I would like to discuss it off the
24   record.
25       MS. ZWILLING:  Okay, fine.  So    12:24:11

Page 141

Sanchez

1
2    there is no demand for the cards and the
3    supporting documentation.
4        I am going to need to take a break
5    soon.  I have a court appearance at 2    12:24:22
6    o'clock which I am going to have to
7    find someone else to cover for me if you
8    are going to be done by 1:30.
9        MR. GRAFF:  Would you like to take
10   a break now?              12:24:29
11       MS. ZWILLING:  What time is it?
12       THE WITNESS:  12:25.
13       MS. ZWILLING:  Let's go another
14   few minutes.
15       MR. NOVIKOFF:  Will you be done by  12:24:43
16   1:30?
17       MR. GRAFF:  I will not likely
18   conclude in the next hour.
19   **Q.   Ms. Sanchez, I think this will**
20   **only take a few minutes until Ms. Zwilling is  12:24:57**
21   **ready for a break.  If I could ask you to turn**
22   **your attention to a two-page document that has**
23   **been marked as Sanchez Exhibit 4, produced by**
24   **the County.  No Bates numbers.**
25       **Ms. Sanchez, when you had a moment  12:25:18**

Page 142

```
 1           Sanchez
 2  to review the document can you tell me if you
 3  recognize the document?
 4      A.  I do.
 5      Q.  Can you identify the document?     12:25:22
 6      A.  Specifications for Suffolk County
 7  Civil Service title police officer part-time
 8  seasonal.
 9      Q.  If I could direct your attention
10  to the second page of the document, the first  12:25:41
11  subheading in capital letters underlined
12  states:  Limitations on part-time employment.
13         My question is when you have had a
14  chance to review the text under that
15  subheading whether or not to your knowledge   12:25:57
16  these limitations apply to the part-time
17  employment of police officers at Ocean Beach
18  during your service as a personnel analyst?
19         MR. NOVIKOFF:  When you say
20  part-time do you mean part-time/seasonal,  12:26:07
21  because you are referring to the
22  part-time employment or limitations on
23  seasonal --
24         MR. GRAFF:  Top heading,
25  limitations on part-time employment.   12:26:20
```

Page 143

```
 1              Sanchez
 2      A.  What was your question?
 3      Q.  Whether or not these limitations
 4  to your knowledge apply to the part-time
 5  employment of police officers at Ocean Beach   12:26:31
 6  during your employment as a personnel analyst?
 7      A.  That did apply.
 8         MR. NOVIKOFF:  I will just note
 9  for the record that this document on page
10  2 is dated 04/05/04.  So it would seem to  12:26:41
11  indicate by the face of the second page
12  that it only applied from that date going
13  forward.  So I will object to the prior
14  question.
15      Q.  To your knowledge did these      12:26:56
16  limitations on part-time employment apply to
17  the part-time employment of police officers at
18  Ocean Beach throughout the period of your
19  service as personnel analyst?
20      A.  Yes.               12:27:11
21      Q.  And the second subheading, the
22  last subheading on -- which is the second
23  subheading on the second page states:
24  Limitations on seasonal employment, and it has
25  some text underneath it.  Ms. Sanchez, when    12:27:28
```

Page 144

```
 1              Sanchez
 2  you had a chance to read what it states there
 3  could you tell me to your knowledge were these
 4  limitations on seasonal employment applicable
 5  to the seasonal employment of police officers  12:27:35
 6  at Ocean Beach throughout the period of your
 7  employment as personnel analyst?
 8      A.  Yes.
 9         MR. GRAFF:  Off the record.
10         THE VIDEOGRAPHER:  The time is     12:27:52
11  12:27.  We are off the record.
12         (Luncheon recess taken.)
13         (Time noted:  12:27 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 145

```
 1              Sanchez
 2  A F T E R N O O N   S E S S I O N
 3         (Time noted:  1:54 p.m.)
 4  A L L I S O N   S A N C H E Z,   resumed
 5     and testified as follows:
 6  EXAMINATION BY (Cont'd.)
 7  MR. GRAFF:
 8         THE VIDEOGRAPHER:  The time is
 9  1:54, we are on the record.
10      Q.  Ms. Sanchez, did you have any     13:54:45
11  interviews as part of your application for the
12  personnel analyst position with Suffolk
13  County?
14      A.  Yes.
15      Q.  How many such interviews did you   13:55:00
16  have?
17      A.  It was one interview with a panel
18  of senior personnel in the department.
19      Q.  Do you recall who the members of
20  the panel were?                 13:55:14
21      A.  Florence Dimino, Alan Schneider,
22  Phil Cohen, Barbara Smith, Cynthia DeStefano.
23  Possibly Stan Pelc, but I am not sure about
24  that one.
25         MR. NOVIKOFF:  Let me renew my     13:55:33
```

Page 146

```
 1            Sanchez
 2   application for costs and fees.  I cannot
 3   imagine the relevance of this witness'
 4   interviewing process to any of the claims
 5   in this case.  But I can't tell her not   13:55:44
 6   to answer.
 7       MR. GRAFF:  That has been noted.
 8    Q.  What position did Stan Pelc hold?
 9       MS. ZWILLING:  At what time?
10    Q.  At the time that she interviewed   13:55:56
11   with him?
12       MR. NOVIKOFF:  Does she know what
13   position he held?
14    Q.  Do you know what position Stan
15   Peck held at the time that he interviewed you? 13:56:04
16    A.  No.
17    Q..  Do you know what position he held
18   at any point during your employment as
19   personnel analyst?
20    A.  I think he was a principal    13:56:12
21   personnel analyst.
22    Q.  I may have misheard, did you say
23   that Philip Cohen was always one of the
24   members of the panel?
25    A.  Yes.              13:56:30
```

Page 147

```
 1            Sanchez
 2    Q.  Do you recall what position Phil
 3   Cohen held?
 4    A.  Principal personnel analyst.
 5    Q.  Was that at the time that he     13:56:36
 6   interviewed you that he held that position?
 7    A.  Yes.
 8    Q.  And did he hold that same position
 9   throughout your employment as personnel
10   analyst?                 13:56:45
11    A.  Yes.
12    Q.  What is the difference if you can
13   explain between a personnel analyst and a
14   principal personnel analyst in the context of
15   Suffolk County Civil Service?       13:56:52
16    A.  Principal personnel analyst
17   started as a personnel analyst who then got
18   promoted to a senior analyst and then gets
19   promoted to a principal personnel analyst
20   which is a position that is supervisory in  13:57:06
21   nature.
22   RQ  Q.  And just to note for the record,
23   to the extent that there is any org. charts
24   that reflect the various positions that didn't
25   appear to be reflected on what was marked as   13:57:25
```

Page 148

```
 1            Sanchez
 2   Sanchez Exhibit 1, we would call for the
 3   production.
 4       MS. ZWILLING:  I believe it is a
 5   matter of public record.        13:57:31
 6       MR. NOVIKOFF:  What is an org.
 7   chart?
 8       MR. CONNOLLY:  Organization chart.
 9    Q.  Do you recall that before the
10   lunch break you had been giving some testimony 13:57:43
11   involving index card reporting forms, do you
12   recall what I am referring to?
13    A.  Yes.
14    Q.  Other than those reporting forms
15   were there any other forms that were used for  13:57:52
16   reporting personnel information by the Village
17   of Ocean Beach to Suffolk County?
18       MR. NOVIKOFF:  Objection.  You are
19   asking her if she knew of any forms that
20   were used by Ocean Beach even if they    13:58:08
21   never got to her?
22       MR. GRAFF:  No.  Forms that got to
23   her, if those were the only reporting
24   forms.
25    A.  Ocean Beach did not use the roster 13:58:15
```

Page 149

```
 1            Sanchez
 2   card to which we were referring before.  Ocean
 3   Beach reported their personnel transactions on
 4   a form called a CS-150.
 5    Q.  And would Ocean Beach complete or  13:58:32
 6   fill out the CS-150 forms and transmit the
 7   actual forms to you?
 8    A.  They would mail them to me after
 9   their completion.
10    Q.  Were there any forms other than    13:58:42
11   CS-150 that were involved in reporting
12   personnel information to you?
13       MR. NOVIKOFF:  Objection.
14       MS. ZWILLING:  By the Village of
15   Ocean Beach?             13:58:52
16       MR. GRAFF:  Yes.
17       MR. NOVIKOFF:  Objection.
18    A.  No other Civil Service forms, no.
19    Q.  Were there any other forms that
20   would be filled out other than Civil Service  13:59:01
21   forms that would be filled out by Ocean Beach
22   and sent to you?
23       MR. NOVIKOFF:  Objection.
24    A.  They would -- there was no other
25   forms.  They would sometimes create their own  13:59:11
```

Page 150

```
1            Sanchez
2  chart to document the information that they
3  were trying to give to me in lieu of filling
4  out a CS-150 to supplement it.
5       Q.   And after the information from the   13:59:25
6  CS-150 would be transferred to the index card
7  reporting form -- actually first let me ask,
8  is there a better name for that?
9       A.   Roster card.
10      Q..  Roster card. After the CS-150    13:59:38
11 information would be transferred to the roster
12 card would the roster card or any copy of it
13 ever be sent back to Ocean Beach?
14         MS. ZWILLING: Objection. There
15      has been no testimony that the    13:59:49
16      information from the paperwork supplied
17      by the village was transferred on to the
18      roster card?
19         MR. NOVIKOFF:  I join in the
20      objection.                  13:59:59
21      Q.   Ms. Sanchez, was the information
22 reported on the CS-150 transferred to the
23 roster cards?
24      A.   After I would review it, the
25 CS-150, and approve or disapprove their   14:00:10
```

Page 151

```
1            Sanchez
2  transactions I would then submit that form to
3  my supervisor who would review it for
4  correctness and approval. From there he would
5  then submit it to the clerical person who    14:00:24
6  would transmit the information that was on the
7  form on to the roster card.
8       Q.   Okay. And after the roster cards
9  were filled out did they get sent anywhere
10 outside of the Civil Service Department?    14:00:38
11      A.   The roster card did not.
12      Q.   Do you know who Maryann Minerva
13 is?
14      A.   Yes.
15      Q.   Who is Maryann Minerva?    14:00:48
16      A.   She, I think she was the
17 administrator who took over at the Village of
18 Ocean Beach after the first person whose name
19 I don't remember.
20      Q.   She is one of the two women in the   14:01:04
21 village office whose names you didn't remember
22 earlier today?
23      A.   Yes.
24      Q.   And did she take over if you
25 remember at some point after you began working  14:01:12
```

Page 152

```
1            Sanchez
2  as a personnel analyst and were assigned to
3  the Ocean Beach jurisdiction?
4       A.   Yes.
5       Q.   Do you recall whether it was    14:01:19
6  communicated to you at any point whether the
7  reporting problems at Ocean Beach had begun at
8  any specific time; that is how long there had
9  been no reporting problems at Ocean Beach at
10 the time that you took over jurisdiction of    14:01:39
11 Ocean Beach?
12         MR. NOVIKOFF: Objection to the
13      form.
14      A.   Can you rephrase that, I don't
15 understand what you are asking.    14:01:46
16      Q.   Yes.. Earlier today I believe you
17 had testified that it was communicated to you
18 when you took over the jurisdiction of Ocean
19 Beach that there were reporting problems with
20 personnel at Ocean Beach; is that correct?   14:01:57
21         MR. NOVIKOFF: Objection. Her
22      testimony is what it was.
23      Q.   Is that accurate?
24         MR. NOVIKOFF: Objection.
25         MS. ZWILLING: Objection.    14:02:04
```

Page 153

```
1            Sanchez
2          MR. NOVIKOFF:  Don't characterize
3       her testimony.
4       Q.   We can go through it again.  Was
5  it reported to you at or around the time that  14:02:10
6  the jurisdiction of Ocean Beach became part of
7  your responsibilities as a personnel analyst,
8  was it reported to you that there were
9  problems with personnel reporting by Ocean
10 Beach to Civil Service?    14:02:29
11      A.   Yes. Mary Biglan had expressed
12 that to me.
13      Q.   Did Mary Biglan indicate to you
14 how long there had been those reporting
15 problems?    14:02:39
16      A.   No.
17      Q.   Do you recall whether -- strike
18 that..
19         Do you recall any specific
20 interactions that you had with Maryann Minerva  14:02:51
21 as part of your job duties as personnel
22 analyst?
23      A.   Specific?
24      Q.   Any specific issues that you
25 addressed with her, yes?    14:03:03
```

Page 154

1          Sanchez
2          MR. NOVIKOFF:  Objection.
3    Different question.  Objection as to
4    form.
5    A.   No.                    14:03:11
6    Q.   As far as you know has anyone at
7    Suffolk County Civil Service ever directed
8    anyone at Ocean Beach to terminate or end the
9    employment of any employee based on that
10   employee's failure to satisfy Civil Service   14:03:32
11   specifications?
12         MR. NOVIKOFF:  Objection to form.
13   No foundation.
14   A.   There was an employee whose name I
15   don't remember who was working there, she had  14:03:55
16   been working there for a while before I ever
17   was given the jurisdiction.  So she didn't
18   meet the minimum qualifications for the
19   specification, the title that she was hired
20   under.                     14:04:17
21         So I notified the jurisdiction
22   that that person was not qualified to be in
23   that position based on not meeting the minimum
24   qualifications, and that it wouldn't be
25   allowed to retain her in that title.     14:04:33

Page 155

1          Sanchez
2    Q.   When you say you notified the
3    jurisdiction, did you notify any specific
4    individual?
5          MR. NOVIKOFF:  As opposed to    14:04:48
6    sending a to whom it may concern letter?
7    Q.   Or something more generic, yes,
8    was the notification addressed to a specific
9    person?
10   A.   Yes.                   14:04:57
11   Q.   And who was that?
12   A.   I don't remember.
13   Q.   Do you recall what the position of
14   the employee in question was?
15   A.   Something like historian..    14:05:03
16   Something like that.
17   Q.   If I said archivist would that
18   refresh your recollection?
19   A.   Yes.
20   Q.   Was it archivist?         14:05:12
21   A.   I think it was archivist.
22   Q.   Other than that archivist to your
23   knowledge have there been any other employees
24   who were notified -- strike that.
25         Other than that archivist to your  14:05:26

Page 156

1          Sanchez
2    knowledge has Suffolk County Civil Service
3    ever notified Ocean Beach that the employment
4    of any employee could not continue based on
5    failure to comply with Civil Service    14:05:39
6    specifications?
7          MR. NOVIKOFF:  Objection as to the
8    characterization of her answer to your
9    question.
10   A.   No.                    14:05:45
11   Q.   Do you recall what the particular
12   specifications were that the archivist had not
13   satisfied?
14   A.   I don't remember what the minimum
15   qualifications were on that specification, but  14:06:02
16   whatever they were she didn't have that
17   experience.
18   Q.   And to your knowledge did Ocean
19   Beach discontinue the employment of that
20   person who had been an archivist in the     14:06:12
21   capacity of archivist?
22   A.   Yes.
23   Q.   To your knowledge did the employee
24   who had been an archivist continue in the
25   employ of Ocean Beach under a different title?  14:06:22

Page 157

1          Sanchez
2    A.   Not to my knowledge.
3    Q.   Do you know who Alan Loeffler is?
4    A.   I know the name.
5    Q.   And in what context do you know    14:06:34
6    the name?
7    A.   I am not sure if I remember
8    correctly, I think there was more than
9    one Loeffler.  I don't know if I remember that
10   correctly.  I know there was one that was a    14:06:51
11   mayor or a police officer, I don't remember
12   for sure.
13   Q.   I ask the court reporter to please
14   mark as Sanchez Exhibit 5, a one-page document
15   produced by Ocean Beach bearing Bates number   14:07:11
16   005769.
17         (Sanchez Exhibit 5, one-page
18   document produced by Ocean Beach bearing
19   Bates number 005769, marked for
20   identification, as of this date.)      14:07:44
21   Q.   Ms. Sanchez, if you could take a
22   minute to look over the document and just let
23   me know when you have had a chance to review
24   it.
25   A.   Okay.                    14:08:11

Page 158

Sanchez

1
2      Q.   Have you ever seen this particular
3   document before?
4      A.   Yes.
5      Q.   When did you first see this        14:08:14
6   document?
7      A.   Shortly after it was written.
8      Q.   Could you -- were you involved in
9   the drafting of the document?
10     A.   No.                    14:08:27
11     Q.   In what context did you come to
12  see the document?
13     A.   It was part of the records which I
14  was overseeing in my file drawer, and I was
15  involved with attempting to get a copy from  14:08:44
16  George Hesse, a copy of the police officer
17  certification certificate to show that he had
18  completed the academy.  And so I was in
19  contact with George Hesse trying to get that
20  certificate, and upon not being able to     14:09:06
21  retrieve a copy of such because I believe that
22  George Hesse could not locate a copy in his
23  records, and we were also in contact with the
24  Suffolk County Police Academy who was also
25  unable to retrieve a copy to prove that he had  14:09:23

Page 159

Sanchez

1
2   completed the academy.
3      Q.   And just to clarify, when you say
4   to prove that he had completed the academy,
5   are you referring to he as Alan Loeffler who  14:09:35
6   is referenced in this document?
7      A.   Yes, Alan Loeffler.
8      Q.   The very first sentence of the
9   document reads:  We recently received a copy
10  of the letter from --                 14:09:48
11         MR. NOVIKOFF:  The document says
12      what it says, Ari.  If you have a
13      question just ask it.
14     Q.   -- from NYS Division of Criminal
15  Justice Services.                 14:09:58
16         Mr. Sanchez, do you know what NYS
17  Division of Criminal Justice Service is?
18     A.   I know now who they are.  At the
19  time that this letter was written I did not.
20     Q.   As far as you know what is the NYS  14:10:11
21  Division of Criminal Justice Services?
22     A.   DCJS, they oversee -- I don't know
23  how to word it, the criminal justice matters
24  as far as it pertains to police agencies in
25  the state.  Procedures and the laws that     14:10:36

Page 160

Sanchez

1
2   govern what was supposed to be doing.
3      Q.   How did you come to learn of what
4   that entity is?
5      A.   Through my job as a probation     14:10:47
6   officer.
7      Q..  The third sentence of the first
8   paragraph states:  Although we have previously
9   approved the appointment of Mr. Loeffler, the
10  police officer training certificate is a legal  14:11:04
11  requirement for continued employment.
12         Ms. Sanchez, as you sit here today
13  do you have an understanding of what the
14  statement legal requirement for continued
15  employment as it appears in this document    14:11:18
16  means?
17         MS. ZWILLING:  Objection, but if
18      she can answer yes or no I am going to
19      let her.
20     A.   Yes.               14:11:26
21     Q.   And what is your understanding of
22  what that means in this context?
23         MS. ZWILLING:  Objection.  What
24      she understands someone else's comments
25      mean to a third-party is not relevant.  14:11:34

Page 161

Sanchez

1
2         MR.. NOVIKOFF:  I would agree.
3         MS. ZWILLING:  If you want to know
4      what Phil Cohen meant when he made that
5      statement I think you need to take his  14:11:47
6      deposition.
7         MR. GRAFF:  The witness has
8      indicated that this was a document that
9      she had seen in the context of her
10     employment, all I am asking --        14:11:55
11         MS. ZWILLING:  That doesn't mean
12     that she can read the mind of the author.
13         MR. GRAFF:  I am not asking her
14     about the mind of the author, I am asking
15     when she saw this for the first time if  14:12:02
16     she can clarify more specifically.
17     Q.   Did you understand -- did you have
18  an understanding yourself of what that
19  referred to?
20         MS. ZWILLING:  Asked and answered. 14:12:14
21     She said she did.
22         MR. NOVIKOFF:  I am still trying
23     to figure out the relevancy of that
24     question to this case is.  The issue
25     pertaining to Alan Loeffler may have    14:12:23

Page 162

```
1              Sanchez
2   relevance to your allegation, I am not a
3   mind reader, but this witness' answer to
4   that question, you don't need a mind
5   reader to figure out that there is no      14:12:32
6   relevance to your allegations.
7         MR. GRAFF:  Ms. Zwilling, are you
8   going to let the witness answer the
9   question --
10        MS. ZWILLING:  Why don't you        14:12:40
11  re-ask the question.
12    Q.   What is your understanding of what
13  legal requirement for continued employment is
14  in the context that it appears in this
15  document?                                 14:12:50
16        MR. NOVIKOFF:  Objection.
17    A.   That there are things that they
18  are legally required to do in order to
19  continue their employment.
20    Q.   To your knowledge was a police    14:12:58
21  officer training certificate a legal
22  requirement for continued employment as a
23  police officer at Ocean Beach during the time
24  that you served as a personnel analyst?
25    A.   Yes.                               14:13:14
```

Page 163

```
1              Sanchez
2   DI  Q.   Were there any other legal
3   requirements for continued employment at Ocean
4   Beach that you are aware of?
5         MS. ZWILLING:  Objection.  We went  14:13:21
6   through this this morning.  There was
7   lengthy discussion about the fact that
8   among the minimum qualifications is that
9   after appointment the proposed police
10  officer must complete the police academy.  14:13:35
11  We are now going back through the same
12  material in the context of a letter by
13  someone other than the witness.
14        It has all been covered and she
15  has nothing further to say with regards    14:13:48
16  to a letter that she didn't write.
17        MR. NOVIKOFF:  I join.
18        MR. GRAFF:  Will you let the
19  witness respond to the question?
20        MS. ZWILLING:  Well, if it is a     14:13:56
21  proper question I can.  If not it is my
22  responsibility to object.
23        MR. GRAFF:  Okay.
24        MS. ZWILLING:  Now what her
25  opinion on the law is not a proper        14:14:04
```

Page 164

```
1              Sanchez
2   subject of inquiry.  What she believes
3   somebody may have had in their mind at
4   the time they authored a document is
5   similarly not a proper subject of         14:14:13
6   inquiry.
7         MR. GRAFF:  If we can mark the
8   transcript at this point.
9         MS. ZWILLING:  What are we
10  marking; I am simply asking you to         14:14:24
11  rephrase the question.  There isn't
12  anything to mark.
13        MR. NOVIKOFF:  I think he is
14  marking the fact that she didn't answer
15  the question yet.  Is that what you are    14:14:30
16  marking Ari?
17        MR. GRAFF:  Yes.
18        MR. NOVIKOFF:  I can't wait for
19  this motion.
20    Q.   Ms. Sanchez, to the extent that   14:14:36
21  any employee at Ocean Beach had questions
22  about Civil Service specifications that may
23  have been applicable to Ocean Beach, do you
24  know if there was anybody at Suffolk County
25  Civil Service who they could have contacted  14:15:01
```

Page 165

```
1              Sanchez
2   and appropriately addressed their question to?
3         MR. NOVIKOFF:  Objection.  Are you
4   talking about the receptionist,
5   secretary, who; when you say --           14:15:11
6     A.   It depends on the question.
7         MS. ZWILLING:  The reason I didn't
8   object is the question is potentially
9   anybody.
10        MR. NOVIKOFF:  Anyone that picks   14:15:19
11  up the phone.
12    A.   The law is the law.  Anybody can
13  answer the question.  Being that it is my
14  jurisdiction they could call me or my
15  supervisors or any other analyst in the    14:15:29
16  department.
17    Q.   Okay.  Not a lot more on this
18  document.  If you turn your attention please
19  to the second paragraph, the second full
20  sentence states:  Continued employment would  14:15:46
21  be a violation of New York State Civil Service
22  Law?
23    A.   Yes.
24    Q.   Do you know what that is referring
25  to in the context of this document?        14:15:56
```

Page 166

Sanchez

2 MS. ZWILLING: Objection. The
3 witness did not write this document. It
4 calls for a legal conclusion. She is not
5 an attorney, she is not your expert and    14:16:04
6 she is not going to interpret statements
7 regarding the law made by other persons?
8 MR. NOVIKOFF: I join in.
9 MR. GRAFF: Can the testimony
10 continue subject to your objection?    14:16:18
11 MS. ZWILLING: I would suggest
12 that you question around that, to phrase
13 your questions to get relevant
14 information that do not ask the witness
15 to give legal analysis.    14:16:28
16 MR. NOVIKOFF: There are multiple
17 ways in which you can accomplish that
18 Ari.
19 Q. Was Philip Cohen in his capacity
20 as principal personnel analyst your direct    14:16:43
21 supervisor?
22 A. Yes.
23 Q. Did you ever have any
24 communications with Mr.. Cohen specifically
25 about this document which has been marked as    14:16:52

Page 167

Sanchez

2 Sanchez Exhibit 5?
3 A. Yes.
4 Q. And in substance what do you
5 recall of what was communicated between you    14:17:00
6 and Mr. Cohen with respect to this document?
7 A. I don't recall any of that
8 conversation.
9 Q. If you had --
10 MR. NOVIKOFF: Objection.    14:17:19
11 MR. GRAFF: Noted.
12 Q. If you had read this and wanted to
13 follow up on the statement continued
14 employment would be a violation of New York
15 Civil Service Law to find out what it means,    14:17:29
16 who would you have asked in Civil Service?
17 MS. ZWILLING: Objection.
18 MR. NOVIKOFF: Objection.
19 Q. Who would know what that means?
20 MR. NOVIKOFF: Objection.    14:17:38
21 MS.. ZWILLING: Obviously the
22 person who made the statement would know
23 what it means. So if you want to ask her
24 who her supervisor is or who their
25 supervisor is, that is fine, but to ask    14:17:48

Page 168

Sanchez

2 her hypotheticals based on facts which we
3 have now established did not occur is not
4 a proper question.
5 Why don't you ask her who Philip    14:17:58
6 Cohen's supervisor is.
7 MR. GRAFF: I could ask that
8 question, but that is not the question
9 that I have posed.
10 MS. ZWILLING: That doesn't mean    14:18:07
11 that your question is proper.
12 MR. NOVIKOFF: You have basically
13 asked her, Ari, who if she knows at Civil
14 Service would have an understanding as to
15 what the words violation of the Civil    14:18:15
16 Service Law means.
17 MR. GRAFF: In this context
18 perhaps there is --
19 MR. NOVIKOFF: But in this context
20 means who else looked at this letter.    14:18:24
21 You have not established that foundation.
22 MR. GRAFF: Perhaps there was an
23 attorney with whom Ms. Sanchez could
24 have --
25 MS. ZWILLING: Why don't you ask    14:18:31

Page 169

Sanchez

2 her if there was an attorney on staff
3 that she consults with.
4 Q. Ms. Sanchez, other than Philip
5 Cohen was there anybody with expertise in    14:18:40
6 Civil Service Law who you were aware of that
7 you could have consulted to obtain further
8 information about this statement at the Civil
9 Service Department?
10 MS. ZWILLING: I am just going to    14:18:53
11 object since it is not her statement, but
12 she can answer the question.
13 MR. NOVIKOFF: Objection as to
14 asking this person as to who may have
15 expertise in the Civil Service Law,    14:19:04
16 whatever expertise means. I object to
17 the form of the question.
18 MR. CONNOLLY: Objection to the
19 characterization that Mr. Cohen is an
20 expert.    14:19:19
21 MS. ZWILLING: Why don't you just
22 ask her what the chain of command is over
23 there. I mean you have been driving
24 around that and circling over that all
25 day across 30 different questions. But    14:19:26

Page 170

Sanchez

1
2  if you just asked her what the chain of
3  command is we would have it all out there
4  at once.
5      MR. GRAFF:  Let's try it that way  14:19:30
6  as you suggested..
7      MR. NOVIKOFF:  Once again your
8  suggestion is taken.
9      Q.  What was the chain of command in
10  the Civil Service Department during your  14:19:39
11  employment as personnel analyst?
12      A.  Philip Cohen was my supervisor and
13  his supervisor was Cynthia DeStefano, I don't
14  remember what her exact title is, and her
15  supervisor was Alan Schneider who was the  14:19:59
16  Personnel Director of Suffolk County.
17      Q.  Are either of the three
18  individuals who you just mentioned attorneys?
19      A.  Not that I am aware of.
20      Q.  Was there an attorney in the Civil  14:20:11
21  Service Department who you ever addressed any
22  questions about Civil Service legal
23  requirements to during your employment as
24  personnel analyst?
25      A.  No.                14:20:24

Page 171

Sanchez

1
2      Q.  To your knowledge was there an
3  attorney in the Civil Service Department who
4  you could have addressed such questions to?
5      MR. NOVIKOFF:  Assuming she had  14:20:31
6  such questions?
7      MR. GRAFF:  Yes.
8      MR. NOVIKOFF:  Objection to the
9  form.
10      A.  I don't recall.  I don't believe  14:20:36
11  so.
12      Q.  We can put aside Sanchez Exhibit
13  5, thank you.
14      I am going to ask the court
15  reporter to please mark as Sanchez Exhibit 6,  14:21:03
16  a one-page document produced to us by the
17  County without Bates number.
18      (Sanchez Exhibit 6, one-page
19  document without Bates number, marked
20  for identification, as of this date.)  14:21:43
21      Q.  Do you have that document in front
22  of you?
23      A.  Yes..
24      Q.  When you have had a moment to
25  review the document can you tell me if you  14:21:49

Page 172

Sanchez

1
2  have seen this document before?
3      A.  Yes.
4      Q.  Could you identify the document,
5  please?                    14:21:56
6      A.  It is an E-mail that Stan Pelc
7  sent to me with regards to Patrick Cherry.
8      Q.  If you notice at the top left of
9  the page it has the name in bold above the
10  underline it says Chester, Allison?  14:22:18
11      A.  Yes.
12      Q.  Is that a reference to you?
13      MR. NOVIKOFF:  Since the to line
14  says Chester, Allison, and she says it is
15  addressed to her, I would think the  14:22:31
16  answer to that would be yes.
17      MS. ZWILLING:  It is her maiden
18  name, we can agree on that.
19      Q.  At what time did you stop going by
20  the name of Allison Chester?  14:22:40
21      A.  When I got married.
22      Q.  And do you recall receiving this
23  E-mail from Stanley Pelc?
24      A.  Yes.
25      Q.  Do you recall whether you did  14:22:56

Page 173

Sanchez

1
2  anything upon being advised that for a time
3  Ocean Beach police officer candidate Patrick
4  Cherry failed to appear for his physical
5  fitness test on 4/18/2005?      14:23:10
6      MR. NOVIKOFF:  Objection.  Whether
7  she did something pertaining to this
8  E-mail or did she go get a cup of coffee?
9      Q.  Whether she did something
10  pertaining to Patrick Cherry?  14:23:24
11      A.  I don't remember specifically what
12  I did as soon as I received this E-mail.
13      Q.  When it says part-time Ocean Beach
14  police officer candidate, did you understand
15  from that that Patrick Cherry was currently  14:23:38
16  serving as a part-time police officer at Ocean
17  Beach as of the date of the E-mail?
18      MR. NOVIKOFF:  Objection.
19      MS. ZWILLING:  If she had any
20  understanding.  She didn't write the  14:23:48
21  E-mail.
22      MR. NOVIKOFF:  Exactly.  What was
23  your understanding if any of what
24  Mr. Cherry's position was at Ocean Beach,
25  if any, at the time of the E-mail in  14:23:56

Page 174

```
1              Sanchez
2     April 18, 2005.  That is the question.
3          MR. GRAFF:  You know --
4          MR. NOVIKOFF:  Will you adopt that
5     question?                    14:24:07
6          MR. GRAFF:  I will adopt that
7     question..
8        A.   Well, he was not working
9     full-time.  I don't recall in what capacity he
10    was working there at that time of year being    14:24:16
11    that this E-mail is dated April.  But he
12    obviously had a physical fitness test
13    scheduled because that was one of the
14    qualifying exams that he had neglected to have
15    completed in order for him to have all of his   14:24:34
16    qualifying exams completed so that he could
17    continue employment.
18       Q.   To your knowledge did Patrick
19    Cherry ever take the physical fitness test
20    referenced in this letter?          14:24:55
21       A.   I don't remember.
22       Q.   And to your knowledge was Patrick
23    Cherry working as a police officer in Ocean
24    Beach as of the date of this E-mail?
25       A.   I don't remember.          14:25:11
```

Page 175

```
1              Sanchez
2          MR. NOVIKOFF:  Objection.  When
3     you say police officer, are you using
4     that in a Civil Service title or
5     generically as a police officer.       14:25:15
6        Q.   Was he wearing a police officer
7     uniform in the course --
8          MS. ZWILLING:  How would she know
9     that?
10         MR. GRAFF:  She visited Ocean      14:25:24
11    Beach.
12         MS. ZWILLING:  She never said she
13    met Patrick Cherry.
14       Q.   Do you know who Patrick Cherry is?
15       A.   No.                14:25:31
16       Q.   Do you know whether Patrick Cherry
17    was carrying out the duties of a police
18    officer?
19       A.   No.
20         MS. ZWILLING:  How would she know   14:25:37
21    that; the only people who would know that
22    are the village and Patrick Cherry.  She
23    is not a supervisor.
24         MR. NOVIKOFF:  Counselor, I think
25    you are wasting this witness' time.  I    14:25:48
```

Page 176

```
1              Sanchez
2     mean I am getting paid no matter what,
3     but it is bordering on harassment for
4     this witness.
5          MR. GRAFF:  I don't think I am      14:25:58
6     harassing this witness.
7        Q.   Can you put aside that exhibit.
8          I ask the court reporter to please
9     mark as Sanchez Exhibit 7, a one-page document
10    produced by Ocean Beach bearing Bates number   14:26:21
11    005916.
12         (Sanchez Exhibit 7, one-page
13         document bearing Bates number 005916,
14         marked for identification, as of this
15         date.)                14:26:49
16       Q.   Ms. Sanchez, if you could let me
17    know when you had a chance to review the
18    document?
19       A.   Okay.
20       Q.   Do you recognize this document?   14:27:02
21       A.   I don't recall writing it, no.
22    But it looks like something that I wrote.
23         MR. NOVIKOFF:  Are we looking at
24    the same document; okay, it is from, I
25    apologize.                14:27:18
```

Page 177

```
1              Sanchez
2        Q.   In the subject line at the top of
3     the document it has capital FT'ers.  Do you
4     recall what you were referring to by that
5     subject line?                14:27:34
6        A.   No.
7        Q.   Can you tell from the header who
8     this E-mail is addressed to?
9        A.   To George Hesse.
10       Q.   I can see that what looks like two  14:27:42
11    E-mail addresses in the next to the to
12    section?
13       A.   Uh-hum.
14       Q.   Were both of those E-mail
15    addresses addresses for George Hesse as far as 14:27:56
16    you know?
17       A.   Yes.
18       Q.   As far as you know were either of
19    those addresses George Hesse's personal E-mail
20    addresses?                14:28:07
21       A.   I was not aware.
22       Q.   You wrote here:  George, Paul
23    Trosko can be waived for all tests based on
24    his having passed them before and his status
25    as part-timer.                14:28:26
```

Page 178

Sanchez

1
2        Do you recall what you were
3   referring to by that statement?
4        MR. NOVIKOFF:  Other than it is
5   referring to Paul Trosko and everything    14:28:36
6   else being self-explanatory?
7        Q.   When you made the statement waived
8   for all tests, do you recall what you were
9   referring to by waived for all tests?
10       A.   Well, I would imagine that I would  14:28:46
11  have written that because he maintained his
12  employment without a break, either including
13  employment in someplace, some other
14  jurisdiction, or with the village.
15       Q.   Okay.  Do you know who Paul Trosko  14:28:59
16  is?
17       A.   No.
18       Q.   Do you know who Gerard Boucher
19  (phonetic) is?
20       A.   No.                    14:29:08
21       Q.   Do you recall why you were
22  conveying this information in this E-mail to
23  George Hesse at this time?
24       A.   Yes..
25       Q.   Why were you conveying what is set  14:29:23

Page 179

Sanchez

1
2   forth in this E-mail to George Hesse?
3        A.   Because my business with George
4   Hesse revolved around attempts to make sure
5   that all of the police officers in the village  14:29:35
6   were properly qualified, that being having
7   taken all the qualifying exams.  And for those
8   officers who needed exams who either had
9   breaks in service that exceeded a year or who
10  had not yet taken the special qualifying exams  14:29:51
11  that they needed, we were working together to
12  get them all scheduled and completed and
13  passed so that all the officers would be in
14  good standing.
15       Q.   Did you ever communicate to George  14:30:03
16  Hesse in substance that it would be prohibited
17  for a person to indefinitely continue serving
18  as a police officer if they did not satisfy
19  those tests and requirements?
20       A.   Yes.                    14:30:21
21       Q.   Do you recall any specific
22  communication with George Hesse when you
23  communicated that information to him?
24       A.   Yes.
25       Q.   What was the context of the most  14:30:31

Page 180

Sanchez

1
2   recent time that you can recall that you
3   communicated that information to George Hesse?
4        A.   I don't know that this is the most
5   recent, but what I do remember is that it was  14:30:42
6   expressed to him that the officers needed to
7   have their qualifying exams completed before
8   they start their employment, and his
9   explanation to me was that the beach was so
10  incredibly busy during the high season that he  14:31:04
11  didn't have any other choice but to have them
12  working.
13            So in light of the fact that me or
14  Civil Service is unable to physically make him
15  not have these people working, we were working  14:31:21
16  with him to get them qualified as they were
17  working.  But he was made aware of the fact
18  that it was not proper procedure for them to
19  be working until they had completed all their
20  qualifying exams.              14:31:36
21       Q.   And when it was communicated to
22  him that that was not proper, was it
23  communicated that it was not proper
24  notwithstanding his excuse that the department
25  was very busy?              14:31:46

Page 181

Sanchez

1
2        MR. NOVIKOFF:  Objection.
3   Mischaracterization of what Mr. Hesse
4   said.
5        A.   My point was made.  I didn't need  14:31:51
6   to tell him his excuse wasn't valid.
7        Q.   And do you recall whether you
8   communicated, and what period of time you
9   communicated that information to George Hesse?
10       A.   No, not specifically.  We had been  14:32:16
11  working on this for a long time with a lot of
12  different people and it was very time
13  consuming work, to try to organize all of
14  those names and the different tests, no.  In
15  addition to all the other duties that I had  14:32:40
16  with other jurisdictions and thousands and
17  thousands of other employees that I had to
18  review documentation for, I couldn't possibly
19  remember something specific like that.
20       Q.   Do you recall out of the 13, I  14:32:54
21  believe you said 13 jurisdictions that you
22  had; is that correct?
23       A.   Uh-hum.
24       Q.   Out of the 13 whether Ocean Beach
25  was one of the larger jurisdictions by number  14:33:05

Page 182

1          Sanchez
2 of government employees relative to the other
3 12?
4        MR. NOVIKOFF:  Objection.
5      A.  No.  It was the smallest.        14:33:20
6      Q.  The smallest.  What was the
7 largest if you recall?
8      A.  I had the Suffolk County Sheriff's
9 Department and also Town of Southampton.
10     Q.  Do you recall whether any of the  14:33:43
11 other 12 jurisdictions had similar reporting
12 problems to what you encountered with Ocean
13 Beach?
14        MR. NOVIKOFF:  Objection.
15        MS. ZWILLING:  Objection.  You can 14:33:54
16    answer.
17     A.   Similar with regards to just poor
18 reporting procedures, is that what you mean;
19 or do you mean with regards to the police
20 situation?                           14:34:06
21     Q.  Let's break it down for both.
22 Let's start first with reporting procedures.
23 Were there other jurisdictions among the 12
24 that had similar problems with respect to
25 reporting procedures?                14:34:17

Page 183

1           Sanchez
2      A.  Not as bad.  There were other --
3 fire districts.  Fire districts were not very
4 good with their prompt reporting.  But no, no
5 other jurisdiction was as bad.        14:34:34
6      Q.  Do you recall whether there were
7 any other jurisdictions that had similar
8 problems with respect to reporting for police
9 officers?
10        MS. ZWILLING:  Are you asking      14:34:44
11    about reporting or qualifying now,
12    because you seem to be melding the two
13    different issues together.
14        MR. NOVIKOFF:  I agree.
15     Q.  Based on their reports to you with 14:34:52
16 qualifying police officers?
17     A.  No.
18     Q.  Is there such a term, and I am not
19 trying to confuse things, just trying to
20 facilitate communication if possible, is the  14:35:14
21 term Civil Service certified employee, does
22 that have any meaning that you are familiar
23 with; to say that someone is certified with
24 Civil Service?
25     A.  A person doesn't get certified,  14:35:29

Page 184

1          Sanchez
2 no.
3      Q.  You can put aside that document,
4 thank you.
5        I ask the court reporter to please 14:35:41
6 mark as Sanchez Exhibit 8, a one-page document
7 produced to us by Ocean Beach bearing Bates
8 number 003847.
9        (Sanchez Exhibit 8, one-page
10    document bearing Bates number 003847,  14:35:56
11    marked for identification, as of this
12    date.)
13     Q.  Ms. Sanchez, if you can just let
14 me know when you had a chance to review this
15 document?                          14:36:38
16        MR. NOVIKOFF:  What is the
17    question?
18        (Record read.)
19     A.  Okay.
20     Q.  Ms. Sanchez, have you seen this  14:37:29
21 document before?
22     A.  No.
23     Q.  Then we can put it aside, I am not
24 going to proceed if you have not seen it.
25        Are you familiar with the       14:37:40

Page 185

1           Sanchez
2 designation of a provisional position or
3 provisional appointment in the context of
4 Civil Service?
5      A.  Yes.                        14:37:49
6      Q.  What does that refer to?
7        MS. ZWILLING:  Objection.  You are
8    asking in general with respect to
9    police officers, because the answer may
10    differ and it is not clear to me that the 14:37:58
11    designation exist with respect to a
12    police officer?
13        MR. NOVIKOFF:  I join in.
14     Q.  Are you familiar with the term
15 provisional appointment with respect to police 14:38:07
16 officers?
17     A.  No.  I have never heard that term
18 applied to a police officer.
19     Q.  What about a police sergeant if
20 that makes a difference?              14:38:18
21     A.  No.
22     Q.  To the extent that you are
23 familiar with a term provisional appointment,
24 what does it mean or in what context are you
25 familiar with it?                   14:38:31

Page 186

1              Sanchez
2       A.   A provisional employee is someone
3   who is appointed to a position which is to be
4   filled off of a Civil Service list, and in the
5   absence of three or more willing candidates    14:38:41
6   they are allowed to appoint somebody
7   provisionally who meets the qualifications of
8   that title until at which time a list, until
9   at which time another list has been
10  established with three or more willing      14:39:01
11  candidates.
12          And in order for the person to
13  retain the position of their provisional
14  appointment they would have to be within the
15  top three scorers on the list.       14:39:12
16      Q.   Could you explain a little bit
17  what the lists that you are referring to in
18  that context?
19      A.   A Civil Service list.
20      Q.   How does a person come to be      14:39:22
21  listed on such a list?
22      A.   You take the test.
23      Q.   I ask the court reporter to please
24  mark as Sanchez Exhibit 9 a two-page document
25  produced to us by Ocean Beach bearing Bates   14:39:51

Page 187

1              Sanchez
2   numbers 000270 through 271.
3          (Sanchez Exhibit 9, two-page
4       document bearing Bates numbers 000270
5       through 271, marked for identification,   14:39:57
6       as of this date.)
7       Q.   Again, Ms. Sanchez, if you can let
8   me know when you had a chance to review the
9   exhibit?
10      A.   Okay.              14:41:05
11      Q.   Have you seen the document,
12  Exhibit 9 before?
13      A.   Have I seen this specific
14  document?
15      Q.   This specific document?       14:41:10
16      A.   This specific document was created
17  after I left Civil Service.  So the answer is
18  no.
19      Q.   Have you seen documents in the
20  form before?                14:41:17
21          MR. NOVIKOFF:  Objection.  What
22      form, the first page, the second page,
23      with handwriting on the top, signed by
24      Maryann Minerva; what do you mean?
25      Q.   The form, the two pages without   14:41:27

Page 188

1              Sanchez
2   anything filled in in handwriting?
3       A.   This is a duty statement, I have
4   seen it before.
5       Q.   What is a duty statement if you   14:41:36
6   can explain it, please?
7       A.   It is a form that list the duties
8   that are performed by a particular position.
9          MR. NOVIKOFF:  I also object to
10      your question because you presume in your  14:41:48
11      question that the second page is normally
12      attached to the first page as part of a
13      Civil Service document, and I don't know
14      if that has been established yet.
15      Q.   Ms. Sanchez, do you know whether   14:42:03
16  these two pages belong together as a single
17  document?
18      A.   They do.  The second page is
19  normally on the back.
20      Q.   Of one --            14:42:11
21      A.   Of a single sheet.
22      Q.   Based on your familiarity with
23  these forms can you tell what position this
24  specific form relates to?
25          MS. ZWILLING:  It may relate to   14:42:21

Page 189

1              Sanchez
2   more than one position.
3       A.   It could be for police officer.
4       Q.   And on what basis do you say it
5   could be a police officer?         14:42:35
6       A.   Based on the fact that is how
7   it was classified on the second page, box 8,
8   it was classified as police officer.
9          MR. NOVIKOFF:  You are asking this
10      witness, Ari, to opine on a document that  14:42:48
11      was created after she left Civil Service.
12      She is not an expert, and if you want to
13      get the answer to that question I think
14      you can talk to Maryann Minerva or to --
15          THE WITNESS:  Alan Schneider.    14:43:02
16          MR.. NOVIKOFF:  Yeah.
17          MS. ZWILLING:  Their names appear
18      on the document.
19          MR. NOVIKOFF:  I think you have
20      the wrong witness for this document and   14:43:08
21      you should move on.
22          MS. ZWILLING:  Not to mention that
23      I think the document is pretty
24      self-explanatory.
25      Q.   I just have one more question on   14:43:17

Page 190

Sanchez

1        Sanchez
2    the document.  On the second page at the top
3    left there is a typewritten name that looks
4    like it is partially cut off in the photocopy.
5    Do you see where I am referring to?      14:43:27
6        A.  Uh-hum.
7        Q.  Can you tell what the name was
8    that was partially cut off?
9        A.  No.
10       Q.  That is all for that document.      14:43:33
11       MR. GRAFF:  I ask the court
12   reporter to please mark as Sanchez
13   Exhibit 10, a one-page document produced
14   by Ocean Beach, Bates number 005915.
15       I am sorry, I am going to recall   14:44:08
16   that document.
17       MR. NOVIKOFF:  Can you read back
18   the number so I have it for my record.
19       (Record read.)
20       MR. GRAFF:  We will be coming back  14:44:24
21   to that document.
22       MR. NOVIKOFF:  I don't care.
23       MR. GRAFF:  Instead if we can mark
24   as Sanchez Exhibit 10 a document produced
25   by Ocean Beach bearing Bates number   14:44:37

Page 191

1        Sanchez
2    003911.
3        (Sanchez Exhibit 10, document
4    bearing Bates number 003911, marked for
5    identification, as of this date.)      14:45:01
6        MR. NOVIKOFF:  Just so we are
7    clear, Ari, you are going to show this
8    witness a document that looks like it was
9    created in 1995?
10       MR. GRAFF:  Yes.  My questions go   14:45:11
11   to the form of the document.
12       MR. NOVIKOFF:  Okay.
13       Q.  Ms. Sanchez, when you have had a
14   chance to look over Sanchez 10 can you tell me
15   if you have ever seen this actual document      14:45:25
16   before?
17       A.  No.
18       Q.  Do you recognize the form of this
19   document?
20       A.  Yes.                  14:45:30
21       Q.  Can you identify the form of the
22   document?
23       MR. NOVIKOFF:  Other than it
24   saying certificate of eligible?
25       Q.  In what context have you      14:45:38

Page 192

Sanchez

1        Sanchez
2    encountered this form if
3    at all during your employment as a personnel
4    analyst?
5        MR. NOVIKOFF:  How about what is   14:45:44
6    the purpose of this form, if any; I mean
7    might that get right to the heart of it.
8        MR. GRAFF:  It would, but my
9    experience was that when I asked about
10   the purpose of things not created by the   14:45:58
11   witness I get objections.
12       MR. NOVIKOFF:  No, no, the
13   question is what is the purpose of the
14   form..  No one is going to object to that,
15   I don't think it is irrelevant, but I   14:46:04
16   won't object to it.
17       Q.  Mrs. Sanchez, do you know what the
18   purpose of the form is?
19       A.  Yes.  It is to create a list of
20   eligibles based on their score who have taken  14:46:12
21   the Civil Service exam so that the
22   jurisdiction can canvas for a position based
23   on the scores.
24       Q.  And is it typical -- I recall
25   earlier when you talked about lists, that you  14:46:31

Page 193

1        Sanchez
2    had been referring to three names on the list?
3        A.  Top three.
4        Q.  Is it typical to have a form like
5    this that only has one name listed?      14:46:39
6        MS. ZWILLING:  I am going to
7    object.  This is a form that was sent in
8    1995.
9        MR. GRAFF:  In her experience in
10   the forms that she has seen has she   14:46:47
11   encountered forms with one name listed.
12       MS. ZWILLING:  You are talking
13   about an eligible list and a notification
14   to the jurisdiction.  Two completely
15   distinct items.  You seem to be blending   14:47:00
16   them together here.
17       MR. NOVIKOFF:  I join in.
18       MS. ZWILLING:  There is no
19   testimony that this form is used to
20   communicate a list of eligibles.         14:47:11
21       Q.  What is the document used for,
22   this form document as you understand,
23   Ms. Sanchez?
24       A.  When a jurisdiction wants to fill
25   a competitive class position they request the  14:47:21

Page 194

```
 1              Sanchez
 2   list for that title, and the certifications
 3   department then creates a list which is called
 4   a certification of eligibles with a list of
 5   the names of the people who had scored on the   14:47:35
 6   exam and in the order that they scored highest
 7   or lowest.
 8        Q.   And during the period that you
 9   were a personnel analyst did you
10   encounter a form with the list like this that   14:47:44
11   had only one name listed?
12        MR. NOVIKOFF:  Objection.
13        MS. ZWILLING:  For the record I
14   just want it noted that across the face
15   of Exhibit 10 it expressly states County   14:47:54
16   Wide List Available.  So this document
17   does not purport to be a list of one, yet
18   your question is framed in that manner.
19        MR. NOVIKOFF:  I join in.
20        Q.   Do you understand what the   14:48:10
21   reference to a county wide list is in this
22   context?
23        A.   Yes.
24        Q.   Can you explain what that is?
25        A.   A jurisdiction has the option to   14:48:15
```

Page 195

```
 1              Sanchez
 2   either request a list which includes all the
 3   names from everybody who had taken the list,
 4   which includes everybody in the County, or
 5   they can request a list of just the persons in   14:48:26
 6   that jurisdiction who are on the list.
 7        Q.   And when you say in that
 8   jurisdiction what are you referring to;
 9   persons in that jurisdiction?
10        A.   People who are residents of that   14:48:39
11   jurisdiction..
12        Q.   And is a municipality, are there
13   circumstances when they have the discretion to
14   hire off of a county wide list or a
15   jurisdiction only list?   14:48:57
16        MS. ZWILLING:  Objection.  It is
17   governed by Civil Service Law, but if the
18   witness knows she can give you an answer.
19        MR. NOVIKOFF:  I am going to make
20   an application for costs.   14:49:05
21        Q.   Is that something that can be at
22   the election of the municipality, which list
23   to use, or is that fixed by Civil Service?
24        MR. NOVIKOFF:  Objection.
25        A.   The municipality can choose to   14:49:14
```

Page 196

```
 1              Sanchez
 2   request a county wide list or a jurisdictional
 3   list.
 4        Q..  Okay.  Just to be clear, the one
 5   name that does appear on this is George B.   14:49:26
 6   Hesse?
 7        MS. ZWILLING:  Yes, we can all
 8   agree that that is the single name on the
 9   face of the document.
10        MR. NOVIKOFF:  Okay, we got that   14:49:35
11   established.  And also the name of the
12   mayor is Michael I. Youchah.
13        Q.   In the context of these lists of
14   eligibles and certifications of eligibles, are
15   you familiar with a canvas letter; does that   14:50:02
16   mean anything in the context?
17        A.   Yes.
18        Q.   What is a canvas letter in that
19   context?
20        MR. NOVIKOFF:  What context?   14:50:14
21        Q.   The context of eligible lists?
22        A.   A canvas letter is a letter that
23   is sent to the eligible candidates from a list
24   such as this one, a certification of
25   eligibles.  So the people that you see on the   14:50:32
```

Page 197

```
 1              Sanchez
 2   list, you send them a canvas letter to let
 3   them know that the position is available and
 4   how much it is paying to see if the candidates
 5   are interested in interviewing for the   14:50:41
 6   position.
 7        Q.   So to be sure that I understand,
 8   you can get on an eligible list by satisfying
 9   certain requirements, and then as positions
10   become available a canvas letter is sent to   14:50:56
11   the individuals on the eligible list and they
12   can elect whether to apply for a specific
13   position?
14        MS. ZWILLING:  Objection.  All of
15   this is set forth in the New York State   14:51:04
16   Civil Service Law.  If the witness has an
17   answer she can give it to you.  But it is
18   subject to our objection.  It is all
19   there laid out in the statute book.
20        MR. GRAFF:  You noted your   14:51:16
21   objection.
22        Q.   Was that accurate?
23        A.   Sort of.
24        MR. NOVIKOFF:  What was accurate?
25        MS. ZWILLING:  You are asking the   14:51:26
```

Page 198

Sanchez

1
2 the witness if she agrees with my
3 objection?
4 **Q. No, I was asking about my**
5 **rendition of how the list works, if I had** 14:51:33
6 **stated that correctly?**
7 MR. NOVIKOFF: I would guess not.
8 Objection.
9 MS. ZWILLING: It would have saved
10 a lot of time if you had familiarized 14:51:41
11 yourself with that in the process of
12 framing the questions that you were going
13 to ask today.
14 A. You are waiting on an answer from
15 me? 14:51:54
16 MR. NOVIKOFF: No, no.
17 **Q. I was.**
18 MR. NOVIKOFF: I am just looking
19 at you feeling sorry for you. I came
20 here to find out if you had sex with 14:52:02
21 Mr. Hesse or not.
22 MR. GRAFF: Mr. Novikoff, your
23 disruptions are not proper during this
24 deposition.
25 MS. ZWILLING: You wouldn't be 14:52:11

Page 199

Sanchez

1
2 here otherwise?
3 MR. NOVIKOFF: No. Really there
4 wasn't much importance to it.
5 THE WITNESS: I am sorry, I just 14:52:19
6 threw up a little bit.
7 A. The list, you are asking about if
8 your rendition of -- no, it was not exactly
9 correct. You take a test, you get a score.
10 Based on your score it would determine your 14:52:36
11 placement on the list. When the list is then
12 created at the request of the jurisdiction
13 they receive the list, they send canvas
14 letters, canvas letters are then sent to the
15 candidates starting from the top down. 14:52:56
16 There is a certain procedure as to
17 who is eligible for hire based on the number
18 of candidates on the list.
19 **Q. Okay. Thank you for that**
20 **clarification.** 14:53:09
21 **If I can ask the court reporter to**
22 **please mark as Sanchez Exhibit 11, a one-page**
23 **document produced by Ocean Beach Bates number**
24 **5915.**
25 (Sanchez Exhibit 11, one-page 14:53:13

Page 200

Sanchez

1
2 **document, Bates number 5915, marked for**
3 **identification, as of this date.)**
4 **Q. Before we turn to Sanchez 11, Ms.**
5 **Sanchez, just to clarify for the transcribed** 14:53:55
6 **portion of this deposition. What precipitated**
7 **your throwing up a little bit as you stated a**
8 **few minutes ago?**
9 MR. NOVIKOFF: A comment that
10 Mr. Novikoff made with regard to whether 14:54:06
11 or not this witness had sex with George
12 Hesse, as it is clearly in the transcript
13 and on the video. So why don't you move
14 on..
15 **Q. Was the reason that you threw up a** 14:54:16
16 **little bit because you were laughing or**
17 **because the thought of the question made you**
18 **ill?**
19 A. Because the thought of that made
20 me ill. 14:54:23
21 MR. CONNOLLY: Objection.
22 **Q. Turning to Sanchez 11, have you**
23 **seen this particular document before,**
24 **Ms. Sanchez?**
25 A. No. 14:54:39

Page 201

Sanchez

1
2 **Q. Can you identify the document?**
3 A. It is a certification of eligibles
4 list for the title of police officer..
5 **Q. The fourth name down --** 14:54:55
6 MR. NOVIKOFF: Let the record
7 reflect that it is George Hesse.
8 Question.
9 **Q. The address for George Hesse is**
10 **315 Bay Walk?** 14:55:05
11 MR. NOVIKOFF: Box 371.
12 **Q. Box 371. Ms. Sanchez, do you know**
13 **where that location is?**
14 MS. ZWILLING: It is a post office
15 box. 14:55:18
16 MR. NOVIKOFF: Presumably in Ocean
17 Beach, New York because the next line
18 says Ocean Beach, New York 11770, which
19 presumably is the zip code for Ocean
20 Beach. 14:55:32
21 MR. GRAFF: It could also be a
22 government building that has boxes for
23 various employees.
24 MS. ZWILLING: Why would she know
25 that? 14:55:39

Page 202

```
 1                    Sanchez
 2          MR. GRAFF:  If she doesn't know,
 3    the answer is she doesn't know.
 4          MS. ZWILLING:  She doesn't work
 5    for Ocean Beach, she works for the      14:55:46
 6    County.
 7       A.  I have no idea.
 8       Q.   And when it says under George
 9    Hesse's name, three asterisks, pending item,
10    three asterisks, med, psych, agility and      14:55:56
11    polygraph, do you understand what that is
12    referring to in the context of this document?
13       A.  Yes.
14       Q.   What is it referring to?
15       A.  As it is listed for all the      14:56:09
16    employees on the list, everybody who takes
17    this test is required to pass a med, psych,
18    agility and polygraph.
19       Q.   If I could just briefly turn your
20    attention back to Sanchez 10, the 1995      14:56:25
21    document that I know you have not seen before,
22    when it says under George Hesse's name with a
23    pound symbol, pending agility, medical and
24    psychological exams, do you understand what
25    that is referring to?      14:56:44
```

Page 203

```
 1                    Sanchez
 2          MR. NOVIKOFF:  Does she understand
 3    what the author in 1995 meant?
 4       Q.   Based on her familiarity with
 5    these forms can she interpret what that      14:56:53
 6    statement means?
 7          MS. ZWILLING:  Are you asking her
 8    if she knows whether or not George Hesse
 9    passed any of these qualifications in
10    between the dates of the two lists.      14:57:02
11       Q.   No..  I am asking whether I am
12    interpreting Sanchez Exhibit 10 correctly in
13    stating that George Hesse had not passed those
14    as of this date?
15          MS. ZWILLING:  I don't know if she   14:57:15
16    is going to know.
17       A..  I wouldn't know that.
18       Q.   Thank you.
19          I would ask the court reporter to
20    please mark as Sanchez Exhibit 12 a one-page   14:57:34
21    document produced to us by Suffolk County
22    without Bates number.
23          (Sanchez Exhibit 12, one-page
24          document without Bates number, marked
25          for identification, as of this date.)   14:58:18
```

Page 204

```
 1                    Sanchez
 2       Q.   Ms. Sanchez, first why don't you
 3    take a look at the document?
 4       A.  I did.
 5       Q.   As far as you know were there any  14:58:24
 6    Civil Service specifications with respect to
 7    the standards for establishing residency
 8    within a municipality for purposes of
 9    employment?
10          MS. ZWILLING:  Objection.  Are you  14:58:40
11    asking about whether Civil Service has
12    residency specifications or whether the
13    municipalities?
14       Q.   Whether Civil Service has any
15    standards for residency or whether it is      14:58:51
16    something that is left to the municipalities?
17          MS. ZWILLING:  Wouldn't it be
18    against State law for Civil Service to
19    make those types of residency
20    requirements in place of the      14:59:02
21    municipalities?
22          MR. NOVIKOFF:  She got you there
23    Ari.
24       Q.   Ms. Sanchez, are you aware of any
25    Civil Service specifications?      14:59:13
```

Page 205

```
 1                    Sanchez
 2       A.  No, I am not aware, no.
 3       Q.   Turning to Sanchez 12, do you
 4    recognize this document?
 5       A.  Yes.                  14:59:19
 6       Q.   Could you identify the document,
 7    please?
 8       A.  It is a letter that I wrote to the
 9    mayor notifying him that I had become aware
10    that George Hesse was working in a supervisory  14:59:31
11    capacity and that we needed them to submit a
12    duty statement to reflect such.
13       Q.   And I notice that the letter has
14    your name at the signature block, but it is
15    not signed.  Do you recall whether you ever      14:59:44
16    signed a copy of this letter?
17       A.  No.
18       Q.   Do you recall whether you ever
19    sent this letter to Ocean Beach?
20       A.  I believe I did.  I believe that I  14:59:55
21    wrote this at the request of my supervisor as
22    well.
23       Q.   Do you know why you addressed the
24    letter to Joseph Loeffler Mayor rather than
25    anyone else at Ocean Beach?      15:00:10
```

Page 206

Sanchez

1
2     A.  I don't recall.  I would imagine
3  because he is the person in charge of the
4  whole village.
5     Q.  Do you recall whether you ever as  15:00:18
6  part of your work as a personnel analyst
7  addressed any other letters to the Mayor of
8  Ocean Beach?
9        MR. NOVIKOFF:  Objection to
10    foundation.  I think given the timing of  15:00:30
11    this letter, Ari, the fact that it
12    pertained to George Hesse probably
13    precipitated her to send it Mr. Hesse's
14    superior.  And if there is another
15    similar instance then I would think the  15:00:46
16    question would be valid.  Other than that
17    I think you lack foundation.
18        MR. GRAFF:  Your objection is
19    noted.
20    Q.  Do you recall, Ms. Sanchez,  15:00:55
21  whether you in fact addressed any other
22  letters to the Mayor of Ocean Beach?
23    A.  I don't recall.
24    Q.  When you wrote the department has
25  become aware, how did you personally become  15:01:07

Page 207

Sanchez

1
2  aware if you did?
3     A.  Because I would speak to George
4  Hesse on the telephone and I was aware of what
5  his responsibilities entailed in part due to  15:01:15
6  the fact that he was taking responsibility for
7  attempting to clear up the dealings with the
8  qualifying exams as a police officer only,
9  that is not normally a police officer's role,
10  but somebody who is taking on more of a  15:01:37
11  responsibility would be assumed to have a
12  higher level of responsibility such that he
13  was a supervisor and designating assignments
14  and being responsible for employee records.
15    Q.  Other than designating assignments  15:01:51
16  and being responsible for employee records are
17  there any other duties that fall under the
18  heading of supervisory responsibility as you
19  used it in this document?
20        MR. NOVIKOFF:  As it pertains to  15:02:04
21    Mr. Hesse or in general?
22    Q.  As it pertains to Mr. Hesse?
23        MR. NOVIKOFF:  I still object.
24    A.  I don't know exactly what else he
25  did.  I knew what I just mentioned, that he  15:02:11

Page 208

Sanchez

1
2  was responsible for the maintaining of the
3  other officers' records as well as assigning
4  responsibilities to them.  The fact that I
5  didn't know the rest of what he did would  15:02:26
6  explain why we needed a duty statement.
7     Q.  And do you recall whether any duty
8  statement was submitted; did you ever receive
9  that?
10    A.  I don't recall ever receiving one.  15:02:40
11    Q.  When did you become aware that
12  George Hesse had been exercising supervisory
13  responsibilities as stated in this document?
14    A.  When we first started speaking on
15  the phone when he took over for Paradiso I  15:02:52
16  think his name was, whoever was out on office
17  comp.  So when I finally was able to speak to
18  somebody on the telephone with regard to
19  other officers, that person was George Hesse.
20    Q.  And approximately what time frame  15:03:09
21  did that occur?
22    A..  I don't remember exactly.  I guess
23  if you look back on when Chief Paradiso left,
24  perhaps it is around that time, whenever
25  George Hesse took over.  I don't know exactly.  15:03:24

Page 209

Sanchez

1
2     Q.  Do you recall whether it was
3  within a few months of January 2007?
4     A.  Yes.
5     Q.  Was it within a few months of --  15:03:38
6     A.  Yes.
7     Q.  It was within a few months?
8     A.  That I was aware of the
9  supervisory responsibilities?
10    Q.  That you first became aware?  15:03:48
11    A.  Yes.
12    Q.  And from the time that the
13  jurisdiction of Ocean Beach became part of
14  your portfolio as a personnel analyst until
15  the time that you started dealing with George  15:03:59
16  Hesse did you ever communicate directly with
17  Ed Paradiso as part of your responsibilities
18  as a personnel analyst?
19    A..  I believe I testified before that
20  I tried to contact him unsuccessfully.  15:04:11
21    Q.  Were you ever successful in
22  contacting him?
23    A.  I believe I also stated that I was
24  unsuccessful in my attempts to speak with him
25  and there is a possibility maybe I spoke to  15:04:26

Page 210

1                    Sanchez
2    him once, but I don't think so.
3              MR. NOVIKOFF:  That would be on
4         the first page of your notes.
5         Q.  I believe you already indicated, I  15:04:35
6    am just checking in my notes to be sure, but I
7    will ask again.  The training with Ms. Spies
8    that you had referred to earlier, at
9    approximately what period of time did that
10   take place?                        15:05:12
11             MR. NOVIKOFF:  Objection.
12        A.  I don't remember.  I don't
13   remember.  Before I -- I don't know.  I can't
14   even say.  I submitted travel vouchers, if you
15   want to look up specifically with the County,  15:05:30
16   that is available I suppose, but I don't
17   remember.
18   RQ  Q.  We will call for production of the
19   travel vouchers.
20             MS. ZWILLING:  We will take it    15:05:41
21        under advisement.
22        Q.  As you sit here today do you
23   recall whether it was the case that there
24   were -- there was a period of years from when
25   Ocean Beach became part of your jurisdiction  15:05:54

Page 211

1                    Sanchez
2    and -- which it first became part of your
3    jurisdiction and when you ultimately succeeded
4    in speaking with George Hesse?
5              MR. NOVIKOFF:  What; objection.  I  15:06:08
6         don't -- read it back.  I don't think
7         that was a question.
8              MR. GRAFF:  Maybe I mis-spoke on
9         that.
10             MS. ZWILLING:  There was no issue  15:06:18
11        about difficulty in communicating with
12        George Hesse.  The witness stated that it
13        was Chief Paradiso that was not returning
14        her phone calls.
15        Q.  Did your efforts to communicate     15:06:27
16   with Chief Paradiso continue over a period of
17   years?
18        A.  No.
19        Q.  How long a period of time
20   approximately were you engaged in -- over how  15:06:35
21   long a period of time were you attempting to
22   communicate with Paradiso?
23        A.  I don't recall.  It was not like I
24   was trying every day, I had other
25   jurisdictions to attend to.  So I would try  15:06:47

Page 212

1                    Sanchez
2    periodically.  But it was not one of my main
3    missions.  I don't remember.
4         Q.  Other than trying to call Paradiso
5    did you ever try sending him written letters?  15:06:59
6         A.  I don't recall doing that.
7         Q.  Do you recall ever sending him
8    E-mails?
9         A.  No.
10        Q.  In Sanchez 12 when you wrote the    15:07:08
11   text of this to Ocean Beach did you -- strike
12   that.
13             Did you ever communicate to anyone
14   at Ocean Beach that George Hesse was not
15   permitted to continue serving in the          15:07:46
16   supervisory capacity until a new duty
17   statement was submitted as referenced in
18   Sanchez 12?
19             MR. NOVIKOFF:  Objection to the
20        form.  I don't know if you established a  15:07:56
21        foundation that that is what would be the
22        consequence.
23        A.  No.
24        Q.  Was George Hesse permitted to
25   continue working until such time as the duty  15:08:07

Page 213

1                    Sanchez
2    statement referenced here was submitted,
3    working in a supervisory capacity?
4              MS. ZWILLING:  Are you asking if
5         the village allowed him to do so?       15:08:15
6              MR. NOVIKOFF:  Right, what are you
7         asking?
8         Q.   With respect to Civil Service
9    specifications did any Civil Service
10   specification that you are aware of in         15:08:22
11   substance prohibit the continued service of
12   George Hesse in a supervisory capacity?
13             MS. ZWILLING:  I am going to
14        object to the questions because it has
15        been explained very clearly that the     15:08:32
16        specifications and qualifications are
17        prerequisites to qualifying for the job.
18        They are not rules governing the carrying
19        out of the position or who is qualified
20        to remain in that position.              15:08:44
21             MR. GRAFF:  Okay.
22             MR. NOVIKOFF:  I think the issue
23        is is it a violation of Civil Service
24        Law, not whether or not Civil Service
25        prohibits anyone from working.           15:08:54

Page 214

Sanchez

1
2     MS. ZWILLING: Yes. He may have
3  been ineligible, improperly hired in the
4  first place. That doesn't mean that
5  there is a part of Civil Service Law that  15:09:03
6  requires that he be terminated.
7     MR. GRAFF: That is what I am
8  asking.
9     MS. ZWILLING: But that is not
10  what you are asking, Mr. Graff. The   15:09:11
11  witness has explained that the Civil
12  Service requirements are towards
13  minimally qualified for the job. It has
14  been explained to you that Civil Service
15  is not in the capacity of managing and   15:09:21
16  supervising persons once they meet those
17  minimum qualifications.
18     MR. GRAFF: Okay.
19  **Q.  Let me ask a different question.**
20  **Ms. Sanchez, when you drafted the  15:09:35**
21  **document marked as Sanchez 12 did you**
22  **understand that George Hesse could continue**
23  **working as far as any Civil Service**
24  **specifications are concerned, could continue**
25  **working in a supervisory capacity even if he  15:09:50**

Page 215

1              **Sanchez**
2  **did not submit the duty statement referenced**
3  **here?**
4     MS. ZWILLING: Objection. But you
5  can answer.             15:09:59
6     MR. NOVIKOFF: Objection.
7     A.  Based upon the way I was directed
8  from my supervisor, the way I was taught,
9  Civil Service prefers that people do not work
10  out of title in a higher position, which is   15:10:14
11  why the duty statement was requested. We were
12  aware that he was working out of title based
13  on necessity because there was nobody else
14  there to do the job as required.
15     However it is not something that  15:10:33
16  we are going to -- we could do anything about,
17  we don't have that type of authority, we don't
18  physically go in and make them stop, they were
19  doing it anyway. So in an attempt to remedy
20  and right the situation we asked them to   15:10:48
21  submit the proper documentation so that we
22  could have the documentation and his position
23  reflect the job that he was doing so that
24  everything would be done the right way.
25     **Q.   And other than asking for   15:11:03**

Page 216

1              **Sanchez**
2  **documentation is there any other action that**
3  **you are aware that Civil Service could have**
4  **taken other than requesting?**
5     MR. NOVIKOFF: Objection. To the  15:11:14
6  extent there is any such action it would
7  be reflected in the Civil Service Law and
8  in the regulations.
9     MS. ZWILLING: As a matter of fact
10  it is reflected in Sanchez 9 which we   15:11:23
11  went through earlier. They submitted the
12  statement for an out of title and it was
13  rejected. That is what Sanchez 9 is.
14     MR. GRAFF: Ms. Sanchez has
15  testified as far as she knows no   15:11:37
16  duty statement was submitted in response
17  to this.
18     MS. ZWILLING: I don't think that
19  is what she said. There was none
20  submitted while she was there. She   15:11:45
21  testified that statement was submitted
22  after she had left, and she cannot
23  address what the author of that document
24  had in their mind. But it is clear on
25  the face of the document that it was   15:11:56

Page 217

1              Sanchez
2  rejected. It was not approved for out of
3  title work.
4     MR. NOVIKOFF: I believe her
5  testimony was I don't recall that being   15:12:04
6  done.
7     MS. ZWILLING: She is not going to
8  recall it being done if she was not there
9  when it happened, and we have already
10  established that the statement was   15:12:18
11  submitted after she left the position.
12     **Q.   Turning back to Sanchez Exhibit 9,**
13  **where on the face of the document does it**
14  **indicate that this position update was**
15  **rejected?             15:12:27**
16     MS. ZWILLING: Second page.
17     A.  Second page, box 8 where it was
18  classified as police officer competitive.
19     MR. NOVIKOFF: You got to look at
20  the documents, Ari.         15:12:40
21     MR. GRAFF: I am not completely
22  clear on this.
23     MS. ZWILLING: They rejected his
24  contention that he was functioning as a
25  sergeant, saying that the position is in  15:12:49

Page 218

Sanchez

1   fact police officer.  They rejected his
2   request -- that the position he was
3   working in was that of a police officer.
4   They requested -- rejected the request        15:12:56
5   for out of title.  It is very obvious.
6   Signed Alan Schneider, that is where Alan
7   Schneider signed it.
8        MR. GRAFF:  Where on the
9   document does it indicate that this was a   15:13:09
10  request for --
11       THE WITNESS:  That is why it
12  was -- that is what the purpose of the
13  document is.  It is a request for a
14  position to be classified.        15:13:13
15       Q.   So this was not a position update
16  making George Hesse a police officer
17  competitive?
18       A.   Well, it is a request for his
19  position to be updated.        15:13:24
20       MR. NOVIKOFF:  I mean you are
21  spending so much time on these documents
22  that occurred after the non-hiring of
23  your clients back in April of 2006.  For
24  the life of me, Ari, I just don't get it.   15:13:38

Page 219

Sanchez

1        THE WITNESS:  And I wasn't there.
2        MS. ZWILLING:  The document says
3   within, on its face, he submitted a
4   request for an upgrade of his position   15:13:46
5   from police officer to police sergeant,
6   and Civil Service rejected the request.
7   It is signed by Alan Schneider, August
8   28, 2007, indicated in box number 8 on
9   page 2.        15:14:06
10       Q.   What part of the document does it
11  indicate that Hesse was requesting police
12  sergeant as his update?
13       A.   I don't see that written on there.
14       Q.   Do you see anywhere where it        15:14:21
15  indicates that there was a rejection of
16  something?
17       A.   No, but perhaps you should ask the
18  people who wrote that.  I really can't attest
19  to what they had in their mind when they wrote   15:14:30
20  it or why they submitted it.  If they did it
21  by request or if they did it on their own.
22       I can't testify to anything about
23  this document because I didn't work there any
24  more.        15:14:38

Page 220

Sanchez

1        Q..   Okay, I understand that and I
2   wouldn't have gone back into it except that
3   Ms. Zwilling indicated that it was obvious on
4   its face.        15:14:48
5        MS. ZWILLING:  I was trying to
6   move it along, and it is obvious on its
7   face.
8        MR. GRAFF:  How much time has
9   elapsed on this tape.        15:15:02
10       THE VIDEOGRAPHER:  I have 15
11  minutes.
12       MR. GRAFF:  Take a short break
13  here.
14       THE VIDEOGRAPHER:  The time is        15:15:07
15  3:14.  We are off the record.
16       (Recess taken.)
17       MR. GRAFF:  Would you mark as
18  Sanchez Exhibit 13, document numbered
19  002670.        15:20:26
20       (Sanchez Exhibit 13, document
21  numbered 002670, marked for
22  identification, as of this date.)
23       MR. GRAFF:  Would you mark as
24  Sanchez Exhibit 14, document headed        15:20:52

Page 221

Sanchez

1   report of personal changes.
2        (Sanchez Exhibit 14, document
3   headed report of personal changes,
4   marked for identification, as of this        15:20:55
5   date.)
6        THE VIDEOGRAPHER:  The time is
7   3:25, we are on the record.
8        Q.   Ms. Sanchez, during the break I
9   asked the court reporter to mark as Sanchez   15:26:01
10  13, a one-page document produced by Ocean
11  Beach bearing Bates number 2670.  If you could
12  take a look at the document and let me know
13  when you had a chance to look it over.
14       A.   Yes.        15:26:41
15       Q.   Ms. Sanchez, have you seen Sanchez
16  Exhibit 13 before?
17       A.   I don't remember seeing that.
18       Q.   Do you recall whether you ever
19  received correspondence from Edward Paradiso   15:26:49
20  in your capacity as personnel analyst?
21       A.   I don't recall.
22       Q.   The very first line of text
23  references a DCJS form 2214 police registry
24  form.  Do you know what that is?        15:27:07

Page 222

1            Sanchez
2     A.   Yes.
3     Q.   What is that?
4     A.   When a police officer is working
5  in a jurisdiction the DCJS needs to be        15:27:15
6  notified of who they are, and there is like
7  four spots on it, but a portion of it gets
8  filled out by the employee, and another
9  portion is filled out by the jurisdiction, and
10 another portion is filled out by Civil Service  15:27:33
11 stating that this person is working in that
12 title.  I don't remember what the other
13 section is, but it is something that gets sent
14 upstate to DCJS.
15    Q.   Thank you.  You can put aside      15:27:46
16 Sanchez Exhibit 13.
17       The court reporter has also marked
18 a document, Sanchez Exhibit 14, a one-page
19 document produced by Ocean Beach under Bates
20 number 231.                     15:28:05
21    A.   Yes.
22    Q.   Have you seen this document
23 before?
24    A.   Yes.
25    Q.   Could you identify the document,   15:28:30

Page 223

1            Sanchez
2  please?
3     A.   CS-150.
4     Q.   And are any of the handwritten
5  markings on the document things that you wrote  15:28:43
6  on the document?
7     A.   At the bottom where it says
8  approved as noted.
9     Q.   What about in the far left column
10 under the table with the bold heading        15:29:11
11 jurisdiction there is some checks?
12    A.   Uh-hum.
13    Q.   Are those things that you marked?
14    A.   No.
15    Q.   Do you recall whether when you     15:29:17
16 first saw this document the markings on the
17 table on the upper half of the document were
18 already on the document?
19    A.   It is likely the clerical marking
20 off that she did the work on the roster card   15:29:31
21 as she was going along, either that or put it
22 into the computer..
23    Q.   And is this a document that would
24 have been sent from Ocean Beach to Civil
25 Service?                        15:29:47

Page 224

1            Sanchez
2     A.   Uh-hum.
3     Q.   Would Civil Service have returned
4  a copy of this document with the notation
5  approved as noted to Ocean Beach?         15:29:52
6        MR. NOVIKOFF:  Objection.
7     A.   Yes.  After it has been approved
8  and my supervisor reviews it and it is given
9  to the clerical to enter on the roster card
10 and put into the computer, then a copy of it   15:30:05
11 would be sent back to the jurisdiction.
12    Q.   At the top right of the document
13 when it says date prepared, does that -- do
14 you know what that refers to; the date when
15 the document was prepared by Ocean Beach, is   15:30:21
16 that it?
17    A.   Yes.
18    Q.   And then directly underneath that
19 the second column from the right in the table
20 says effective date.  Do you know what       15:30:31
21 effective date refers to?
22    A.   The date that that transaction was
23 effective.
24    Q.   So for example the second name
25 here, Kevin Lamm, the title police officer, PT  15:30:41

Page 225

1            Sanchez
2  (seasonal) and then effective date 10/22/05.
3  Does that mean that effective October 22, '05
4  Kevin Lamm attained the title of police
5  officer part-time?                  15:31:00
6     A.   No.  That means that his service
7  for the season was ended on that date.
8     Q.   So effective 10/22/05 Kevin Lamm
9  was no longer serving as a police officer
10 part-time?                      15:31:22
11       MR. NOVIKOFF:  Objection.  She is
12 only testifying as to what her
13 interpretation of the document is.
14       MS. ZWILLING:  Yes.  She is not --
15 you have not established that she has any  15:31:29
16 firsthand knowledge as to whether the
17 individual is reporting for work on this
18 specific day.
19    Q.   I am only asking about what you
20 understand from the document, not about any    15:31:38
21 thing that actually happened outside the
22 document.
23       MR. NOVIKOFF:  Then she already
24 answered that question.  She just -- you
25 asked her what does effective date mean   15:31:47

Page 226

```
1              Sanchez
2   and she told you, without
3   mischaracterizing her testimony, that
4   that is the date in which the service of
5   the particular individual ended.    15:31:54
6       THE WITNESS: Right.
7    Q.  Okay.  And do you understand what
8   seasonal refers to in the context of police
9   officers at Ocean Beach?
10      A.  Let me reference back to the     15:32:12
11  document that you submitted, Sanchez Exhibit
12  4, that is the title as indicated in this
13  column header that says title.
14   Q.  And what is the season in terms of
15  months for seasonal police officer at Ocean  15:32:29
16  Beach?
17      A.  Two weeks before Memorial Day and
18  two weeks after Labor Day as stated on the
19  second page of Sanchez Exhibit 4 underneath
20  limitations on seasonal employment:  Seasonal  15:32:45
21  employment is defined as commencing two weeks
22  preceding Memorial Day and terminating two
23  weeks after Labor Day.
24   Q.  Okay.  So on the fifth line down
25  on Sanchez 14 where it says Thomas Snyder,  15:32:59
```

Page 227

```
1              Sanchez
2   police officer, PT seasonal, then the
3   effective date is 3/24/06.  That also means
4   that he stopped serving in that capacity
5   effective 3/24/06?                    15:33:15
6       MS. ZWILLING:  Objection.  The
7    witness has no firsthand knowledge as to
8    when he did and did not report to work.
9    If you want to ask her on what date did
10   the village report to be his last day of  15:33:28
11   work, she can give you that information.
12   But she can't vouch for the accuracy of
13   the record.
14      MR. NOVIKOFF:  But then again she
15   already answered the question Ari.  I can  15:33:36
16   repeat her answer for the second time.
17      MS. ZWILLING:  She can't comment
18   on the accuracy of the village's records.
19      MR. GRAFF:  I am not asking her to
20   comment on the accuracy of the --       15:33:42
21      MS. ZWILLING:  Then don't phrase
22   your questions for such information.
23   Q.  So is that the same as in the case
24  of Kevin Lamm that the date in this case,
25  3/24/06, is when he stopped serving as     15:33:56
```

Page 228

```
1              Sanchez
2   seasonal --
3       MR. NOVIKOFF:  Objection.
4    Q.  Let me withdraw that.
5       Does this indicate, whether or not  15:34:06
6   it is true at this point, that that is what is
7   indicated on the document?
8       MR. NOVIKOFF:  Objection.
9       MS. ZWILLING:  The question makes
10   no sense.  If she can't vouch for it, you  15:34:12
11   don't correct your question by saying
12   whether or not say it is true.
13      MR. NOVIKOFF:  She has already
14   said to you, or she has confirmed my
15   understanding of her testimony, that the  15:34:24
16   dates under effective date according to
17   her understanding, her being
18   Ms. Sanchez's, is that the date in
19   which the particular individuals
20   identified in name and address and     15:34:37
21   position and control number had their
22   last day of service for the village in
23   that capacity.  You have asked that, you
24   got your answer.
25   Q.  Do you know who Winifred Loeffler  15:34:50
```

Page 229

```
1              Sanchez
2   is?
3       A.  No, I don't know her personally.
4    Q.  Have you heard the name prior to
5   today?                                15:35:06
6       A.  Apparently so as I signed the
7   bottom of this sheet.
8    Q.  Other than in the context of
9   seeing the sheet and signing it do you have
10  any other knowledge as to who Winifred    15:35:19
11  Loeffler is?
12      A.  No.
13   Q.  What about Kevin Lamm, other than
14  his name being on this sheet do you have any
15  knowledge of who Kevin Lamm is?         15:35:36
16      A.  It is kind of a loaded question.
17  I know --
18      MR. NOVIKOFF:  Wait, wait.  Other
19   than on this document notwithstanding the
20   fact that she has been named as a       15:35:48
21   defendant in a lawsuit where one of the
22   plaintiffs is Kevin Lamm?
23      A.  That Kevin Lamm?
24   Q.  Yes.
25      MS. ZWILLING:  She doesn't know -- 15:35:55
```

Page 230

Sanchez

1         Sanchez
2     she does know that he sued her, yes.
3         Q.   Was Kevin Lamm suing you the first
4     time that you can recall actually being aware
5     of who he was?                        15:36:09
6         A.   I have seen his name on paperwork
7     from dealing with the jurisdiction of course.
8         Q.   Have you ever met Kevin Lamm?
9         A.   No.  Let me correct, I am not sure
10    actually.  Three of the officers came to see   15:36:24
11    me in my office on an occasion with regards to
12    the matter in question, and so that if he was
13    there, then I met him that day.  Other than
14    that I couldn't tell you.
15         I never met him before that or        15:36:41
16    after that, and I wouldn't even recall what he
17    looked like.  I am not even sure if that is
18    him, I don't know.
19        MR. CONNOLLY:  We can let the
20    record reflect.                        15:36:51
21        MR. NOVIKOFF:  Actually let the
22    record reflect that the only person now
23    in the room is Mr. Fiorillo if I am
24    correct, and I don't see Mr. Lamm in the
25    room any more.                        15:37:01

Page 231

Sanchez

1         Sanchez
2        MR. GRAFF:  The only plaintiff in
3     the room?
4        MR. NOVIKOFF:  Yes.
5        Q.   Let's talk about that occasion     15:37:07
6     when three of the officers met with you in
7     your office?
8        A.   Let's.
9        MR. NOVIKOFF:  Praise be.
10       Q.   When did -- at what point in time   15:37:13
11    did three officers meet with you in your
12    office as you referred to?
13       A.   I don't recall the date.
14       Q.   Do you recall the year?
15       A.   No, it would be a guess.  I would   15:37:30
16    guess 2007.
17       Q.   Could it also have been 2006?
18       A.   It could have been 2006.
19       Q.   Could it have been April of 2006?
20       A.   It could have been.            15:37:47
21       Q.   If I suggested that it was April
22    of 2006 does that refresh your recollection at
23    all?
24       A.   No.
25        MS. ZWILLING:  Objection.  If you   15:37:54

Page 232

Sanchez

1         Sanchez
2     want to show her a copy of the complaint
3     and ask if that refreshes her
4     recollection or you want me to do that,
5     fine.  But she is not required to take    15:38:01
6     your representation.
7        MR. NOVIKOFF:  I will represent
8     that the plaintiffs have alleged that
9     three of them have met with Ms. Sanchez
10    in the -- they have alleged in the        15:38:07
11    complaint, and that that meeting occurred
12    sometime shortly after the April 4th
13    decision not to rehire them.  But I would
14    suggest if you have any questions you
15    show Ms. Sanchez the complaint instead of 15:38:18
16    playing a memory game.  I think she
17    already testified that --
18       A.   They came.
19       Q.   And did three officers meet in
20    your office only on that one occasion, the   15:38:29
21    three officers who are plaintiffs in this
22    lawsuit?
23        MS. ZWILLING:  Are you asking if
24    they came to Civil Service on more than
25    one occasion.                        15:38:42

Page 233

Sanchez

1         Sanchez
2        Q.   If they met with her more than
3     once?
4        A.   Only on that one time.
5        Q.   Where did that meeting take place?  15:38:53
6        A.   In my office.
7        Q.   Did you have a private office?
8        A.   Yes.
9        Q.   Do you recall the names of the
10    three officers who met with you on that        15:39:07
11    occasion?
12       A.   No.  I had it written on a
13    post-it.  I don't remember exactly out of the
14    five in the suit, I don't remember which
15    three, I think it was Snyder, Lamm and      15:39:20
16    Fiorilli.
17       Q.   Do you recall whether Mr. Fiorilli
18    who is in the room was one of the three
19    officers who met with you?
20       A.   Yes.                        15:39:29
21       Q.   Prior to that meeting had you ever
22    spoken with any of those three officers
23    before?
24       A.   One of them called me earlier in
25    the day to ask if I would be in my office   15:39:41

Page 234

Sanchez

1  later on to come meet with me.  I don't recall
2  which one it was.  And before that occasion I
3  don't believe I have ever spoken to any of
4  them on the telephone.            15:39:52
5      Q.  Do you recall whether the officer
6  who you spoke with on the telephone scheduled
7  an appointment to come in and meet with you on
8  that day?
9      A.  I said I would be there, I don't  15:40:03
10  remember if I made a specific time or not.
11  But I knew they were coming so I was there.
12  So I would assume that implied an appointment.
13  I don't know.  I could have just said come
14  after lunch, I don't know.        15:40:17
15      Q.  And did the officer you had that
16  conversation with indicate what the subject
17  that they wanted to meet with you about was?
18      A.  I don't believe so, but I knew.
19      Q.  How did you know?       15:40:32
20      A.  Because I was aware of what had
21  happened with regards to them not being
22  rehired.
23      Q.  And what was it that had happened
24  with them not being rehired that you were  15:40:50

Page 235

Sanchez

1  aware of?
2      A.  After they were informed that they
3  wouldn't be retired, that is considered a
4  personnel transaction which I was made aware  15:41:00
5  of would be forthcoming.  So I was aware.
6      Q.  How were you made aware of that?
7      A.  George Hesse had notified me by
8  telephone.
9      Q.  Did George Hesse notify you in  15:41:13
10  that telephone conversation how many officers
11  were not being rehired at that time?
12      A.  I believe so.
13      Q.  Do you recall how many officers?
14      A.  No.                    15:41:30
15      Q.  And when did George Hesse convey
16  that information to you by telephone?
17      A.  Not that day, it was probably like
18  a week before.  I don't know.  It was after it
19  had already taken place, but it was not on  15:41:47
20  that day.
21      Q.  And other than indicating that
22  some number of officers wouldn't be rehired
23  did George Hesse communicate anything else to
24  you in that conversation?            15:42:03

Page 236

Sanchez

1      A.  No, nothing of relevance that I
2  can recall.
3      Q.  Did George Hesse communicate to
4  you why those officers were not going to be  15:42:11
5  rehired?
6      A.  No.
7      Q.  Did you ask him?
8      A.  No.
9          MS. ZWILLING:  Objection.  You can  15:42:17
10  answer.
11      A.  I don't care why.  It doesn't
12  matter.
13      Q.  Was that the first time that
14  George Hesse had called you to let you know  15:42:23
15  that officers would not be rehired at Ocean
16  Beach?
17          MR. NOVIKOFF:  Objection to the
18  form.  I don't think you laid the proper
19  foundation for that question.  But if the  15:42:36
20  witness can answer, she can answer.
21      A.  Sort of.  I mean there were
22  officers who didn't pass qualifying exams that
23  would no longer be working there, he would
24  notify me that they weren't continuing on.  So  15:42:49

Page 237

Sanchez

1  yes, he had notified me previous to this
2  particular instance that people wouldn't be
3  returning.
4      Q.  And did George Hesse communicate  15:42:59
5  to you in this instance that the officers were
6  not being rehired because of anything to do
7  with qualifying exams?
8          MS. ZWILLING:  Objection.  She
9  just said there was no discussion as to  15:43:12
10  why they were not being rehired.
11      Q.  Other than this communication with
12  respect to these officers and communications,
13  prior communications that had to do with
14  qualifying exams, did George Hesse ever in any  15:43:24
15  other context communicate to you that officers
16  would not be rehired?
17      A.  Can you say that again, I am
18  confused.
19          MS. ZWILLING:  Rephrase the  15:43:36
20  question.
21      Q.  Other than this incident with
22  these officers did George Hesse ever
23  communicate to you that officers were not
24  being rehired without any reference to  15:43:43

Page 238

```
 1           Sanchez
 2  qualifying exams?
 3         MR. NOVIKOFF:  Objection.  Once
 4  again no foundation.
 5      A.   Without reference to qualifying   15:43:53
 6  exams?
 7         MS. ZWILLING:  I am going to
 8  object because your question is mixing
 9  together again two things that don't
10  belong together.  If they were not   15:44:02
11  qualified for the position they would not
12  have been hired.  If they were not hired
13  they wouldn't be rehired.
14      There is a distinction between
15  qualifying for the position and a   15:44:18
16  decision not to rehire someone who was
17  not a permanent employee.
18         MR. GRAFF:  I thought I had been
19  building on the reference that
20  Ms. Sanchez had made to other prior   15:44:30
21  calls where he had --
22         MS. ZWILLING:  Well, you asked if
23  they had similar conversations in the
24  past and she said yes, with respect to
25  officers who did not qualify.  I believe, 15:44:41
```

Page 239

```
 1           Sanchez
 2  and correct me if I am wrong Allison,
 3  that she made it clear that there had
 4  been no prior conversations with respect
 5  to decisions not to rehire.     15:44:50
 6      Q.   Okay.  Other than prior occasions
 7  when George Hesse communicated to you that
 8  there were officers who wouldn't be hired
 9  because they didn't qualify, did he ever
10  communicate to you that any officers would not 15:45:04
11  be rehired for any other reason?
12         MR. NOVIKOFF:  Objection to the
13  form.  Asked and answered.  Foundation.
14      A.   I don't recall any other
15  conversations.        15:45:19
16      Q.   Did George Hesse ever communicate
17  to you that any officers would not be rehired
18  due to budgetary constraints?
19         MR. NOVIKOFF:  Objection.  Read
20  back at the question.        15:45:38
21      (Record read.)
22         MR. NOVIKOFF:  When?
23         MR. GRAFF:  Ever.
24         MR. NOVIKOFF:  I think the answer
25  to that is subsumed within her prior   15:45:44
```

Page 240

```
 1           Sanchez
 2  answers.  I object.
 3      A.   I don't recall any type of
 4  conversation about the budget.  That didn't
 5  concern me, no.        15:45:53
 6         MR. NOVIKOFF:  And I think the
 7  witness said I don't care why they
 8  weren't hired.
 9      A.   Yeah.  I mean it is not relevant.
10  I don't need the details.  That is not part of 15:46:02
11  what I did.  That was not part of my job.
12      Q.   When the officer called you on the
13  phone prior to meeting with you and two other
14  officers, did the officer indicate to you how
15  many other former officers would be   15:46:20
16  accompanying him to that meeting?
17      A.   I think so, but I am not sure.
18      Q.   Between the time that the officer
19  called you to ask about a meeting and the time
20  that the meeting took place did you discuss   15:46:36
21  the fact that an officer had called you to set
22  up a meeting with anyone?
23      A.   No.
24      Q.   Did you do anything to prepare for
25  that meeting with the officers?     15:46:50
```

Page 241

```
 1           Sanchez
 2      A.   No.
 3      Q.   Did you review any personnel
 4  records concerning those officers prior to
 5  that meeting?            15:46:59
 6      A.   No.
 7      Q.   Do you recall what time of day the
 8  meeting took place?
 9      A.   After lunch.
10      Q.   Do you recall how long the meeting  15:47:10
11  lasted?
12      A.   I think about fifteen minutes.
13      Q.   So when the three officers arrived
14  in your office who started the conversation?
15      A.   I don't remember which one of   15:47:33
16  them.
17      Q.   And did one of the officers
18  indicate to you what their purpose in seeking
19  a meeting with you was at that time?
20      A.   Yes.            15:47:48
21      Q.   And why did the officers say that
22  they wanted to meet with you?
23         MS. ZWILLING:  Objection.  She
24  doesn't know why.  If you want to ask her
25  if the officers expressed a reason --   15:48:00
```

Page 242

Sanchez

1
2       Q.   What reason did they, did the
3   officer indicate to you as their purpose in
4   wanting to meet with you?
5       A.   I believe that they were telling   15:48:09
6   me that they were, and again this is just --
7   this is not based on a perfect recollection of
8   the conversation, this is just based on what I
9   can recall.  That they were complaining that
10   they were fired, and can they do that.  And   15:48:24
11   they were asking about their rights.  And I
12   proceeded to explain to them that I was aware
13   of the whole situation.  I knew why they were
14   there.
15       I was aware of the whole thing   15:48:40
16   already because before anything had transpired
17   George Hesse had contacted me to notify me
18   that there were some officers that he did want
19   to rehire without telling me who specifically,
20   and he asked me what was the Civil Service Law   15:48:59
21   as it pertains to that type of a situation
22   regarding their title, their type of
23   positions, the village's rights, the
24   employees' rights, and what were they allowed
25   to do and what were they not allowed to do.   15:49:17

Page 243

Sanchez

1
2       He asked me how the law applied to
3   this particular type of situation and what
4   were they allowed to do by law.
5       Would you like me to continue?   15:49:28
6       Q.   Please.. Just to be clear, this is
7   that meeting with the officers or the
8   conversation --
9       MR. NOVIKOFF:  She is answering
10   your question.                       15:49:36
11       A.   This is the conversation that I
12   had with George Hesse.  I am telling them what
13   George Hesse had asked me.  And he had asked
14   me about not rehiring some of the employees,
15   and what was the legality of it all with   15:49:48
16   regard to Civil Service Law and their titles.
17       And I informed them that I had
18   consulted with my supervisor on that, and
19   based on what he explained to me that these
20   were not permanent positions, they were   15:50:07
21   temporary in nature, they didn't have any
22   rights to the position, they didn't have
23   Section 75 rights based on the non-temporary
24   nature of the position, and that Section 75
25   would not have applied anyway because they   15:50:20

Page 244

Sanchez

1
2   were not fired, they were just not rehired,
3   because you don't have rights to a position
4   that is not a permanent position.
5       So I explained to them that based   15:50:31
6   on the law and the nature of the part-time
7   seasonal police officer position it is not a
8   permanent type position.  You cannot gain
9   permanency.  There is no continued service.
10   The nature of the seasonal summer employment   15:50:45
11   is temporary, which means you can never get
12   permanency from it.
13       Based upon that they had no rights
14   to the position and the village was within its
15   right to not ask them to return.  And that was   15:50:58
16   how the law is stated with regards to it.  So
17   I explained to them that based on that they
18   unfortunately didn't have -- they didn't have
19   the ability to say that they had rights to a
20   position that they didn't have rights to.   15:51:18
21       So I explained to them that
22   unfortunately it was going to have to remain
23   as it was standing based on the village's
24   decision.
25       Q.   Did any of the officers indicate   15:51:26

Page 245

Sanchez

1
2   anything in response to that information when
3   you --
4       A.   They were unhappy with it.  They I
5   think tried to argue the fact with me that   15:51:38
6   they have been there for however long they
7   have been there, and I explained to them that
8   it was not relevant based on the nature of the
9   position.
10       And then at that point they turned   15:51:51
11   the conversation into what I interpreted as a
12   whistle blowing type of a conversation where
13   they then tried to like tell on George Hesse
14   and the village for allowing other officers
15   who worked there who had not completed all of   15:52:06
16   their qualifying exams.
17       And upon telling me that
18   information I told them that I also was 100
19   percent well aware of all the officers who
20   were working there and what their status was   15:52:21
21   with regards to their qualifying exams, and I
22   was aware of it because George Hesse and I
23   were working together to get them all
24   qualified, along with Stan Pelc who was
25   scheduling the exams, and it was all being   15:52:34

Page 246

```
 1            Sanchez
 2  addressed and worked on.
 3        So they were not telling me
 4  anything that I didn't already know, and they
 5  left unhappy.              15:52:44
 6     Q.   Did you know at that time whether
 7  any of those three officers weren't qualified?
 8        MS. ZWILLING:  Objection.  What do
 9  you mean by qualified?
10     Q.   With respect to the qualifying  15:52:52
11  Civil Service specifications?
12        MS. ZWILLING:  If they met the
13  minimum qualifications, or does she think
14  that they should have been given the
15  police officer --          15:53:03
16     Q.   If they met the minimum
17  qualifications?
18        MR. NOVIKOFF:  Why is that even
19  relevant?
20        THE WITNESS:  And it is not.  15:53:10
21     A.   But I believe that they were at
22  that point in time.  They were not always.  I
23  believe that when I first started the project
24  of trying to find who needed exams and who
25  didn't believe that a couple of them were  15:53:19
```

Page 247

```
 1            Sanchez
 2  amongst the officers who did need some
 3  qualifying exams.
 4        But it was still not relevant
 5  because we were aware that officers were  15:53:27
 6  working there who had not completed all of
 7  their exams, but they didn't have a right to
 8  the position whether or not they had their
 9  exams completed or not.
10     Q.   And did any of the three officers  15:53:39
11  indicate to you that they had been working as
12  part-time police officers throughout the year
13  on a part-time basis, not only during the
14  season?
15     A.   In the Village of Ocean Beach?  15:53:54
16     Q.   Yes.
17     A.   I don't recall that they mentioned
18  that, but I was aware of it if they were.
19  That didn't -- that was also irrelevant
20  because the nature of a seasonal summertime  15:54:07
21  employment is temporary in nature.  That
22  constitutes a break in service no matter if
23  they worked every single day of the year.
24  They had a break in service by working those
25  summers every year, that was a break in  15:54:21
```

Page 248

```
 1            Sanchez
 2  service.
 3        So they didn't have continuous
 4  service, and that is also irrelevant whether
 5  or not they had continuous service or worked  15:54:29
 6  all year because the fact of the matter
 7  remains that they were not -- the way that it
 8  was done is that they were not rehired.  It
 9  was not a permanent position.  So Section 75
10  and firing wasn't applied, it was just to not  15:54:47
11  rehire.
12     Q.   And did you discuss these legal
13  requirements with George Hesse at the time
14  that he had contacted you to let you know that
15  he didn't want to rehire officers?   15:54:59
16     A.   Well, when he inquired with me as
17  to what he was looking to do, like I mentioned
18  before I consulted with my supervisor to ask
19  him to advise me as to what the law was with
20  regards to this and how it pertained to these  15:55:13
21  types of positions, and he explained it to me
22  and then I explained it to George Hesse.
23     Q.   And what supervisor did you
24  consult with?
25     A.   Philip Cohen.           15:55:21
```

Page 249

```
 1            Sanchez
 2     Q.   And did you have Hesse waiting on
 3  the phone while you consulted?
 4     A.   No.
 5     Q.   So you consulted and then called  15:55:42
 6  Hesse back?
 7     A.   Yes.
 8     Q.   Did your consultation with Philip
 9  Cohen happen on the same day as Hesse called
10  you?                      15:55:51
11     A.   The day he initially called me to
12  inquire, yes..
13     Q.   And did you get back to Hesse
14  after consulting with Phil Cohen on that same
15  day?                      15:55:59
16     A.   I believe it was the same day, but
17  I wouldn't -- I wouldn't bet my life savings
18  on it.
19     Q.   Did Phil Cohen work in the same
20  physical office building as you did?     15:56:10
21     A.   Yes.
22     Q.   Was your consultation with
23  Mr. Cohen an in person consultation?
24     A.   Yes.
25     Q.   How long did it take?       15:56:18
```

Page 250

Sanchez

1
2    MR. NOVIKOFF: What, to get to
3  Phil Cohen's office or to have a meeting?
4    Q.   The consultation with Phil Cohen?
5    A.   It probably took about maybe      15:56:26
6  fifteen minutes, because I believe he also
7  showed me the section of law in the law book
8  to show me how it also applied. So in
9  addition to explaining it to me he also showed
10 it to me.                              15:56:40
11   Q.   And do you recall whether you were
12 familiar with that section of the law book
13 before Mr. Cohen showed it to you?
14   MR. NOVIKOFF: Objection to the
15 term familiar.                          15:56:53
16   A.   Familiar in that I had looked at
17 it before, but I consulted with Phil Cohen
18 very frequently so that I would ensure that my
19 understanding of it was correct. So I very
20 often would not give an answer to a        15:57:08
21 jurisdiction if they had a question with
22 regard to law unless I was absolutely a
23 hundred percent positive on my own. I went to
24 him, to Phil all the time to ask him
25 questions, so.                          15:57:21

Page 251

Sanchez

1
2    Q.   And what position did Phil Cohen
3  hold at that time that that consultation took
4  place?
5    A.   You already asked me that       15:57:38
6  question. Twice actually.
7    Q..  I am asking specifically as of --
8    A.   He has been the principal
9  personnel officer since the beginning of my
10 employment to the end of my employment in   15:57:50
11 Civil Service.
12   Q.   Do you recall whether Mr. Cohen
13 asked you any questions about the nature of
14 the employment of the officers in Ocean Beach,
15 or was that something that he seemed to --   15:58:03
16   A.   That was part of the conversation,
17 yes. I gave him a very well rounded
18 description of what the situation was in
19 asking him how the law applied.
20   Q.   Other than that communication with 15:58:17
21 George Hesse did you have any communications
22 with anyone else at Ocean Beach prior to the
23 time when the officer called to ask you for a
24 meeting; any communication with anyone else at
25 Ocean Beach with respect to the issue of   15:58:39

Page 252

Sanchez

1
2  officers not being rehired at Ocean Beach?
3    A.   No.
4    Q.   Other than what you characterized
5  as them trying to turn it into a whistle   15:58:48
6  blowing proceeding and to tell on Hesse about
7  other officers, meaning certification
8  standards or qualification standards, did any
9  of the three officers whistle blow or tell on
10 Hesse with respect to any other issues?   15:59:08
11   MR. NOVIKOFF: Objection.
12   MR. CONNOLLY: Objection.
13   A.   Not that I can recall, and if they
14 did I probably tuned it out anyway because it
15 is not relevant. What they told me about I   15:59:19
16 already knew, and if they were -- if there
17 were other complaints about him personally I
18 couldn't care less, it didn't matter.
19   Q.   So do you recall whether there
20 were?                                   15:59:32
21   A.   I don't recall, no. If there was
22 I probably wasn't paying attention.
23   Q.   Do you recall whether you knew at
24 that time if any of the three officers held
25 any other employment positions with Suffolk  15:59:43

Page 253

Sanchez

1
2  County?
3    A.   Yes. I don't remember which one,
4  but I know somebody -- I think the older bald
5  guy, I don't remember which one he is.     15:59:54
6    MR. NOVIKOFF: Nofi?
7    THE WITNESS: I don't know.
8    MS. ZWILLING: Do we have more
9  than one older bald guy?
10   A.   I don't know which one he is. He  16:00:10
11 I think worked for DPW maybe, I am not sure,
12 he had a position in the County. I don't
13 remember who specifically, I know a number of
14 the other officers in the department had
15 worked for other jurisdictions in Suffolk   16:00:28
16 County in different capacities.
17   Q.   Do you recall whether any of the
18 three officers asked you during that meeting
19 about whether the substance of their meeting
20 with you would be confidential in any sense?  16:00:43
21   A.   No.
22   Q.   As far as you know were there any
23 Civil Service policies pursuant to which a
24 consultation of that nature would have been
25 confidential?                          16:01:03

Page 254

Sanchez

1
2     MS. ZWILLING:  Objection.  Are you
3  suggesting that this witness who works
4  for the County has to put her County
5  obligations aside and give first          16:01:09
6  consideration to some persons who are not
7  even employees of the County?
8     MR. GRAFF:  No.  I am asking if
9  the County had any policies that --
10     MS. ZWILLING:  Why should it;      16:01:20
11  shouldn't you consider that before you
12  ask a question that suggests to the
13  witness that when an employee of a
14  village walks into her office this woman
15  has to put her job responsibilities aside 16:01:32
16  and create some sort of confidentiality
17  with your clients.
18     She is not an attorney, she is not
19  an accountant, she is not any sort of
20  fiduciary, and she certainly doesn't work 16:01:44
21  for your clients or the Village of Ocean
22  Beach.
23     MR. NOVIKOFF:  I would also think,
24  Ari, that given that confidentiality is
25  very important in various context, that   16:01:51

Page 255

Sanchez

1
2  if there was such an obligation it would
3  be written down somewhere other than in
4  the Suffolk County law or the Civil
5  Service law or regulations or anywhere.   16:02:02
6     So had you done the research
7  before you -- do you have a good faith
8  basis to ask that question of this
9  witness?
10     MS. ZWILLING:  If I come to your   16:02:09
11  office and say I want to talk about your
12  client, can I demand that our
13  conversation be kept confidential at a
14  cost to your client; no, because you
15  don't work for me.              16:02:18
16     MR. GRAFF:  That was not at all my
17  question to the witness.  My question was
18  if she was aware of any policy under
19  which --
20     MR. NOVIKOFF:  Are you aware of   16:02:26
21  any policy?
22     MR. GRAFF:  I am not, but I am not
23  the witness.
24     MS. ZWILLING:  Okay.  I am going
25  to ask you then what is your good faith  16:02:34

Page 256

Sanchez

1
2  basis for suggesting to the witness that
3  although she works for the County of
4  Suffolk, when someone who she doesn't
5  work for and who does not work for her,   16:02:46
6  when that individual walks into her
7  office she needs to put her job
8  responsibilities aside and give that
9  person's conversation confidentiality at
10  the expense of her employer.          16:02:59
11     Because as I understand it if you
12  work for someone you have obligations to
13  your employer, and when some third-party
14  walks into your office and demands an
15  audience you don't put your obligations  16:03:12
16  to your employer aside.
17     MR. GRAFF:  Okay.  I am just
18  trying to understand whether there was
19  any part of her responsibilities or
20  duties to the employer that would have   16:03:21
21  created a context whereby this meeting
22  could have been confidential.
23     MS. ZWILLING:  Yes, probably
24  between her and her employer.  You know,
25  what you are saying is is do you have an  16:03:31

Page 257

Sanchez

1
2  obligation to your employer that you
3  carry out for someone else's benefit.
4  That question makes no sense.
5     If you want to ask her is she       16:03:40
6  required to keep all conversations
7  between herself and County personnel
8  confidential, that is a legitimate
9  question.  But she has no more obligation
10  to your clients than I do, and I can    16:03:57
11  assure you I have no obligation to keep
12  anything that he says confidential.
13  **Q.   Okay.  Was there any obligation**
14  **that you are aware of that would require that**
15  **conversations with County personnel be kept   16:04:12**
16  **confidential?**
17     MS. ZWILLING:  I don't know why
18  you would want to ask her that, but if
19  that is your question she can answer it.
20  A.   No.              16:04:23
21  DI  Q.   As far as you know is there
22  anybody who is an employee of a municipality
23  in the County who could have spoken with
24  confidentiality in the Civil Service
25  Department if they had wanted to do so?    16:04:34

Page 258

Sanchez

1
2       MS. ZWILLING:  Objection to that.
3   We do not work for them, nor do they work
4   for us.  We have no obligation to them
5   and I am not going to allow you to ask     16:04:42
6   questions to suggest that the County
7   somehow has obligations to persons who it
8   does not employ?
9       MR. NOVIKOFF:  I also join in the
10  objection.                     16:04:52
11      MR. GRAFF:  I am not suggesting
12  that they do.  I am asking if they do, it
13  is a question to the witness.
14      MS. ZWILLING:  The County is a
15  government, it is not the fiduciary of     16:05:01
16  people.  The County has no obligations to
17  your client.  Let me just put it that
18  way.  We have no obligations to your
19  client, and for that reason I cannot
20  allow you to pose questions that presume   16:05:14
21  that the County engaged in wrongdoing if
22  it didn't take on voluntarily some
23  obligation to your client.
24      MR. NOVIKOFF:  Here is the
25  question I also have is where in your      16:05:25

Page 259

Sanchez

1
2   complaint is there an allegation that
3   alleges that anything that Ms. Sanchez
4   said with regard to this meeting, one,
5   states a cause of action under New York    16:05:36
6   law, and two, has caused any of your
7   clients damages.  I mean if it is
8   not then it is really not that relevant.
9       MR. GRAFF:  Why don't we mark the
10  transcript here for the unanswered         16:05:45
11  question.
12      Q.  Do you recall whether any of the
13  officers asked during that meeting if their
14  communication with you was in any sense
15  confidential?                  16:05:56
16      A.  If they asked -- say that again.
17      Q.  If any of the officers asked you
18  whether their meeting with you, whether what
19  was communicated in that meeting was in any
20  way confidential?              16:06:05
21      A.  No.
22      Q.  Did the officer who indicated to
23  you that he had another job in Suffolk County,
24  do you recall whether he indicated to you why
25  he was sharing that information at that time?  16:06:22

Page 260

Sanchez

1
2       MS. ZWILLING:  Sharing which
3   information?
4       Q.  That he had another County job?
5       MS. ZWILLING:  Assuming he did.   16:06:31
6       Q.  Right.  When he stated that he did
7   did he give any context for why he was making
8   that statement?
9       A.  Not that I can recall.  It would
10  be irrelevant anyway.               16:06:41
11      Q.  After meeting with the three
12  officers in your office did you have any
13  subsequent communications with any of those
14  three officers?
15      A.  No.                16:06:52
16      Q.  Do you know whether any of those
17  three officers attempted to contact you after
18  that meeting?
19      A.  No.
20      Q.  Did you discuss that meeting with   16:07:05
21  anyone after it took place, other than your
22  counsel?
23      A.  Ever?
24      Q.  Yes.
25      A.  Yes.                16:07:21

Page 261

Sanchez

1
2       Q.  Who was the first person that you
3   discussed that meeting with after it was
4   concluded?
5       A.  I think I might have told Phil     16:07:26
6   Cohen.
7       Q.  Do you recall what you told Phil
8   Cohen about the meeting after it was
9   concluded?
10      A.  Specifically no.  I mean all I can  16:07:45
11  tell him is what transpired.
12      Q.  Did you take any notes during that
13  meeting?
14      A.  No.
15      Q.  Did you take any notes concerning   16:07:55
16  the meeting at any point after the meeting?
17      A.  I wrote on a post-it who had come
18  to see me, and the date and time.
19      Q.  Do you recall what you did with
20  that post-it?                  16:08:09
21      A.  I can't find it.  I have it
22  someplace.  I can't find it.
23  RQ   Q.  We call for the production of the
24  post-it to the extent that you can find it.
25      Other than Phil Cohen do you     16:08:24

Page 262

Sanchez

1
2  recall anybody else who you communicated with
3  with respect to that meeting with the three
4  officers after the meeting concluded?
5     A.   I am not really sure.  I think --   16:08:32
6  I don't know.  At some point I told Alan
7  Schneider.  I don't know.  I don't recall
8  because it was like not important.  I told
9  Alan Schneider when he was asking me about
10  when this whole thing was coming about with    16:09:14
11  the lawsuit and that is when he asked me.
12     Q.   Did you have any communications
13  with George Hesse concerning the meeting with
14  the three officers at any point before or
15  after that meeting?              16:09:26
16     A.   Not that I can recall.  There was
17  not -- it was not important.
18     Q.   Other than what you have already
19  testified to can you recall any other
20  communications with anyone concerning the    16:10:04
21  meeting with those three officers?
22     A.   I told Ms. Zwilling.
23  DI  Q.   Was that after the lawsuit had
24  already been initiated?
25        MS. ZWILLING:  Objection.    16:10:22

Page 263

Sanchez

1
2  Attorney/client privilege.
3        MR. NOVIKOFF:  Hold on a second.
4        MR. GRAFF:  Off the record for a
5  second.              16:10:33
6        THE VIDEOGRAPHER:  The time is
7  4:10, we are off the record.
8        (Recess taken.)
9        MR. GRAFF:  Would you mark this as
10  Sanchez Exhibit 15, complaint.        16:12:45
11        (Sanchez Exhibit 15, complaint,
12  marked for identification, as of this
13  date.)
14        THE VIDEOGRAPHER:  The time is
15  4:13, we are on the record.        16:13:28
16        MR. NOVIKOFF:  Mr. Graff, you are
17  going to purport that Exhibit 15 is a
18  true and accurate and complete copy of
19  the complaint that was filed in this
20  action?              16:13:37
21        MR. GRAFF:  Yes.  Although I am
22  not going to print -- it is printed on
23  double sided pages.
24     Q.   Ms. Sanchez, could I please ask
25  you to turn to paragraph 100 of the complaint?  16:13:46

Page 264

Sanchez

1
2     A.   Yes.
3        MR. NOVIKOFF:  I got that one
4  circled.
5        MS. ZWILLING:  I have it marked    16:14:01
6  too, what do you know.
7     Q.   Ms. Sanchez, if I could ask you to
8  please just read paragraph 100 for the record.
9        MR. NOVIKOFF:  No, no -- well, I
10  can't tell the witness to do anything.    16:14:11
11  It says what it says, counsel.
12        MS. ZWILLING:  Why doesn't she
13  just read it to herself, and then if you
14  have a question, fine.  We don't want to
15  take up time reading the complaint into    16:14:20
16  the record.
17        MR. GRAFF:  I believe it is two
18  sentences, so it will be clear for the
19  transcript.
20     A.   Okay.  So I am reading something   16:14:27
21  that is in words of somebody else.  So this is
22  not -- I am not stating by reading this that
23  this is what I said.  I am actually reading
24  aloud what somebody else is accusing me of
25  saying.              16:14:45

Page 265

Sanchez

1
2        This document states that:
3  Sanchez assured Officers Fiorilli, Nofi and
4  Lamm that their conversation would remain
5  confidential and that they should speak freely  16:14:57
6  and candidly.  Particularly because Officer
7  Nofi was a full-time employee of Suffolk
8  County and disclosure of his decision to seek
9  recourse for Hesse and the OBPD's unlawful
10  termination of his employment potentially    16:15:17
11  would adversely affect his other job with the
12  County.
13     Q.   Thank you Ms. Sanchez.
14        Now, I understand those were not
15  your words --              16:15:30
16     A.   Oh, absolutely not.  There are
17  just a multiple of things wrong with this
18  paragraph.
19     Q.   What are you referring to?
20     A.   The entire thing is a fabrication.  16:15:37
21  First of all I never used the word candidly,
22  so I never told anybody -- so I never said
23  that anybody should speak freely and candidly.
24        In addition the fact that Officer
25  Nofi was a full-time employee of Suffolk    16:15:55

Page 266

1          Sanchez
2   County had no bearing on what had happened at
3   Ocean Beach, and in my opinion his -- anything
4   that happened in Ocean Beach could not hurt
5   his employment with the County, and I was      16:16:07
6   unaware of any type of recourse they were
7   going to take, that would be if I had a
8   crystal ball.
9          So how would I tell them that
10  their decision to seek recourse could hurt his  16:16:18
11  job. I didn't know what they were going to
12  do. All they were doing was complaining to
13  me. They didn't notify me of any possible or
14  future plans to sue or seek recourse in any
15  way. So everything in this paragraph is      16:16:35
16  impossible to have taken place.
17      Q.   Okay, thank you. That is all I
18  wanted from you.
19      A.   Good.
20         MR. NOVIKOFF: That accomplished a  16:16:48
21  lot. You want to go through 99 through
22  105; if you don't I will.
23         MR. GRAFF: Is there any other
24  part of the complaint that you would like
25  to read into the record, Mr. Novikoff?      16:17:00

Page 267

1          Sanchez
2          MS. ZWILLING: I don't think we
3   want to read anything into the record.
4          MR. NOVIKOFF: I am not reading
5   anything into the record, I am just      16:17:06
6   saying if you want to go through the rest
7   of the paragraphs, great. If you don't I
8   will.
9       A.   Oh, I see a mistake in this
10  complaint.                16:17:11
11         MS. ZWILLING: There is no
12  question.
13      Q.   Please.
14      A.   You go ahead, ask me questions.
15      Q.   What mistake were you referring to  16:17:18
16  a moment ago?
17      A.   99 appeared to be incorrect.
18      Q.   Could you read the portion of 99
19  that you believe to be incorrect?
20      A.   "Upon information and belief      16:17:27
21  Sanchez was responsible for appointing and
22  approving the hiring of the uncertified
23  officers at OBPD."
24         I was not responsible to appoint
25  anybody, that is a jurisdiction's      16:17:43

Page 268

1          Sanchez
2   responsibility.
3       Q.   Okay.
4       A.   I also don't approve their hires.
5   I approve the CS-150 to make sure that it is  16:17:50
6   in compliance with Civil Service Law. I have
7   nothing to do with the people, the persons,
8   nothing like that.
9       Q.   Okay. Thank you for that.
10         Do you recall whether during that  16:18:02
11  meeting the officers asked you if they did
12  have any possible recourse?
13      A.   I don't believe -- I recall they
14  asked me if they had recourse. I believe that
15  I did make a statement to them notifying them  16:18:15
16  that based on the law there was nothing that
17  they could do about the decision by the
18  village to not rehire them.
19      Q.   If I could ask the court reporter
20  to please mark as Sanchez Exhibit 16, a      16:18:31
21  multipage document produced by Ocean Beach
22  bearing the Bates numbers 2652 through 2658.
23         (Sanchez Exhibit 16, multipage
24    document bearing Bates numbers 2652
25    through 2658, marked for identification,  16:18:47

Page 269

1          Sanchez
2    as of this date.)
3       Q.   Ms. Sanchez, when you had a chance
4   to take a look at the document can you tell me
5   if this is a document that you have ever seen  16:19:34
6   before?
7       A.   No.
8       Q.   No, it is not something that you
9   have ever seen?
10      A.   No.                16:19:42
11      Q.   Let's put it aside. Just to be
12  clear do you know what the document is?
13      A.   No. That is what I was trying to
14  see.
15      Q.   I ask the court reporter to mark  16:19:52
16  as Sanchez Exhibit 17, a two-page document
17  produced by Ocean Beach bearing Bates numbers
18  233 and 234.
19         (Sanchez Exhibit 17, two-page
20    document bearing Bates numbers 233 and  16:20:00
21    234, marked for identification, as of
22    this date.)
23      Q.   Ms. Sanchez, when you have had a
24  chance to review the document my first
25  question is whether you have seen either of  16:20:43

Page 270

```
 1          Sanchez
 2  these pages before?
 3      A.  Yes.
 4      Q.  Have you seen both pages?
 5      A.  Yes.                    16:20:48
 6      Q.  Could you identify the first page
 7  of the document?
 8      A.  CS-150.
 9      Q.  And can you tell whether any of
10  the handwritten markings on the document are   16:21:01
11  markings that you placed on it?
12      A.  Yes, they are.
13      Q.  And which handwritten markings are
14  you referring to?
15      A.  The check next to approved as    16:21:11
16  noted.  The check next to disapproved.  The
17  initials next to that.  And 1/18/05 as noted
18  is my handwriting.
19      Q.  The initials, is that AC?
20      A.  Yes.                    16:21:28
21      Q.  Turning to the second page of the
22  document, could you identify the second page?
23      A.  That is what the village had sent
24  to me, as I had described before they would
25  send their own form in order to report the    16:21:45
```

Page 271

```
 1          Sanchez
 2  personnel transactions as opposed to writing
 3  them up directly on the CS-150.
 4      Q.  And do you recall whether any of
 5  the handwritten notations on the second page    16:21:56
 6  are notations that you made on the document?
 7      A.  Yes.
 8      Q.  And which notations did you make
 9  on this document?
10      A.  The word disapproved appears to be 16:22:05
11  in my handwriting.  And the checkmarks as
12  well.  Possibly, but I couldn't swear to the
13  checkmarks.
14      Q.  Referring to the checkmarks on the
15  far left?                        16:22:23
16      A.  Yes.
17      Q.  And what about the two circled
18  police officer?
19      A.  I couldn't swear that that was my
20  circle.                    16:22:34
21      Q.  And I note that some of the
22  times -- some of the places where the word
23  disapproved is written the word is underlined,
24  and some of the times it is not.  Do you know
25  whether you intended to signify anything by    16:22:47
```

Page 272

```
 1          Sanchez
 2  underlining the term disapproved in certain
 3  instances?
 4      A.  I don't know that I was the one
 5  who underlined, so I really couldn't tell you  16:22:59
 6  why they are underlined.
 7      Q.  And how did you determine which
 8  officer's names to write the word disapproved
 9  next to?
10      A.  Well, I don't recall.  It was    16:23:12
11  probably relayed to the jurisdiction through a
12  telephone conversation the reason that they
13  were disapproved if I didn't write it down,
14  and it was likely based upon qualification
15  disputes.  Or the service, breaks in service   16:23:31
16  possibly.  It could have been a multitude of
17  reasons that they were disapproved.
18      Q.  Do you recall whether you sent the
19  document back to Ocean Beach after making the
20  notations on it?                16:23:46
21      A.  Well, I don't recall exactly, but
22  I likely did since it says approved and
23  disapproved, and there is nothing on the
24  CS-150, so they would need to know
25  specifically what is approved and disapproved. 16:23:59
```

Page 273

```
 1          Sanchez
 2  So I would imagine that this page was attached
 3  when returned to the jurisdiction.
 4      Q.  Turning back to the first page of
 5  the document at the bottom right there is a    16:24:11
 6  signature of the appointing authority.  Do you
 7  recognize that signature?
 8      A.  Maryann Minerva.
 9      Q.  Do you recall whether documents of
10  this nature would be returned to the       16:24:22
11  jurisdiction to the attention of Maryann
12  Minerva?
13      A.  I don't know that the address
14  label said her name on it.
15      Q.  Do you recall whether a document   16:24:31
16  like this would be returned to George Hesse?
17      A.  No.
18      Q.  No, it would not?
19      A.  No, it would not.
20      Q.  On the second page of the document 16:24:44
21  does it indicate the position that the
22  individuals named held?
23      A.  Does it indicate the position that
24  they held?
25          MR. NOVIKOFF:  Objection.  This    16:25:01
```

Page 274

Sanchez

1  witness doesn't draft this second page of
2  the document.  So when you say position,
3  I think that is a little bit misleading.
4     Q.   I will clarify.          16:25:09
5        When you wrote the word
6  disapproved next to some of these rows what
7  did you intend to communicate by the word
8  disapproved?
9     A.   That the transaction was not     16:25:21
10 approved because there was something that they
11 didn't do right.
12    Q.   When the word disapproved is not
13 written there does that indicate that it --
14    A.   It is approved.          16:25:35
15    Q.   It is approved, and what was
16 approved for example with respect to Bacon,
17 Tyree, on the second name on the list?
18    A.   That he resigned effective on that
19 date.                            16:25:50
20    Q.   And resigned from what employment
21 position; if you can tell from this document?
22    A.   Police officer.
23    Q.   And when you wrote disapproved at
24 some places did that indicate that the   16:26:07

Page 275

Sanchez

1  resignation as of that date was disapproved,
2  or am I misunderstanding?
3     A.   Yes.  There was likely a problem
4  with the employment to begin with, so I don't  16:26:18
5  know, without -- I mean I don't know if there
6  is a page missing or something from this.
7  Sometimes I color coded things with
8  highlighters which is not on this copy either.
9  So without actually seeing additional    16:26:33
10 paperwork I don't recall.
11       I mean this was in '05 I think.
12 There was some point where the -- as time had
13 gone on and I was working with the
14 jurisdiction trying to correct all the    16:26:50
15 problems that my work got more detailed and
16 more diligent.  It was really, really
17 difficult to keep track of so many employees
18 who had so many different things wrong with
19 their personnel records as it pertained to  16:27:07
20 Civil Service.
21       So without any further indication
22 on here I can't tell you for any of these
23 people why they were disapproved.
24    Q.   And just to be clear when you   16:27:18

Page 276

Sanchez

1  wrote disapproved, you were indicating that
2  they were disapproved -- were you indicating
3  that they were disapproved for continued
4  employment?                       16:27:25
5     A.   No.
6     Q.   At the far left of the rows of
7  names there is next to each name typewritten
8  initials, do you see what I am referring to;
9  the first one is RS, the second is RS.  The   16:27:43
10 third is --
11    A.   Those are transaction codes.
12    Q.   What does the transaction code RS
13 stand for?
14    A.   Resign.                   16:27:51
15    Q.   And the third transaction code
16 down, C something?
17    A.   Call in.
18    Q.   And the second letter, is that
19 code?                            16:28:05
20    A.   I.
21    Q.   CI?
22    A.   Yes.
23    Q.   And what does call in mean in this
24 context?                         16:28:12

Page 277

Sanchez

1     A.   That they were a call in employee.
2  When they needed help they would call them in.
3  And to clarify before you asked me if the
4  disapproved meant that they were not supposed  16:28:23
5  to be continuing on.  With the people that
6  they were reporting as call in if that -- if
7  the people that were disapproved that have a
8  CI next to it, and you asked me -- before you
9  asked if all the disapproves were not -- I   16:28:36
10 don't remember how you phrased it.
11       But the people that were
12 reporting -- that were reported as call in who
13 were disapproved, the answer could be that
14 they should not have been working without    16:28:55
15 having finished all of their qualifying exams
16 if indeed that was the reason why they were
17 not working, which is again that was a
18 situation of which the village was aware.
19    Q.   For example the very first name,   16:29:09
20 Albanese, James, which has the code RS for
21 resigned, and at the far right you wrote
22 disapproved.  What were you indicating with
23 the disapproval?
24    A.   The transaction was not his   16:29:21

Page 278

```
1              Sanchez
2   resigning being disapproved, but the
3   transaction itself was disapproved because
4   there was something wrong with it.
5       Q.   And could you give some examples?  16:29:31
6       A.   No.  I don't remember why.
7       Q.   Do you recall what position Edward
8   Paradiso held at the Ocean Beach Police
9   Department when you served as a personnel
10  analyst?                      16:30:12
11      A.   I think he was a police sergeant.
12      Q.   And did Ed Paradiso to your
13  knowledge hold any position other than police
14  sergeant during your employment as personnel
15  analyst?                      16:30:22
16      A.   I believe his Civil Service title
17  was police sergeant.
18      Q.   Do you know whether he held any
19  title at Ocean Beach that was different from
20  his Civil Service title?          16:30:32
21      A.   I don't recognize any other title
22  other than a Civil Service title.
23      Q.   Do you know what Civil Service
24  title George Hesse held during your employment
25  as --                        16:30:43
```

Page 279

```
1              Sanchez
2       A.   Police officer.
3       Q.   Did he hold any other Civil
4   Service titles during your employment?
5       A.   No.                  16:30:47
6       Q.   And as far as you know did he have any
7   other titles in the context of his employment
8   at Ocean Beach other than police officer?
9       A.   That is the same question twice,
10  and I don't recognize any other title besides  16:30:56
11  the Civil Service title.
12      Q.   And when you say that -- when you
13  say that you don't recognize any other title,
14  what do you mean by that?
15      A.   In Police Departments or law    16:31:06
16  enforcement agencies sometimes they have
17  in-house titles or names that they call each
18  other.  Like for example the Sheriff's
19  Department or the Corrections Department, they
20  have -- they call them sarge or captain, but   16:31:23
21  that is not a Civil Service title.  There is
22  Deputy Sheriff 1, Deputy Sheriff 2, and they
23  may call each other sarge or whatever the
24  other rankings in the military are, but we
25  don't recognize that in Civil Service.  We go  16:31:44
```

Page 280

```
1              Sanchez
2   by the proper title.
3       Q.   If I could ask the court reporter
4   to mark as Sanchez Exhibit 18, a one-page
5   document produced by plaintiffs bearing Bates  16:32:13
6   number P 602.
7           (Sanchez Exhibit 18, one-page
8       document bearing Bates number P 602,
9       marked for identification, as of this
10      date.)                   16:32:49
11      Q.   After you have had a chance to
12  look at the document just let me know?
13      A.   Yep.
14      Q.   Have you ever seen this specific
15  document before?                16:33:00
16      A.   Yep.
17      Q.   When did you first see this
18  document?
19      A.   That would be when I filled it out
20  on January 25, '06.             16:33:10
21      Q.   What part of this document did you
22  fill out?
23      A.   Section 3.
24      Q.   Does section 3 indicate that you
25  filled it out?                 16:33:25
```

Page 281

```
1              Sanchez
2       MR. NOVIKOFF:  What; objection.
3   She just said she filled out section 3.
4       Q.   I am asking whether there is
5   anything on the face of the document that      16:33:34
6   indicates that you filled it out?
7       A.   Yes.
8       MR. NOVIKOFF:  Other than her
9   handwriting?
10      Q.   Do you have P 602?          16:33:40
11      A.   Yes.
12      Q.   The name I see in section 3 is
13  Schneider, Alan, personnel officer?
14      A.   Yes.
15      Q.   Is that the section that you      16:33:53
16  filled out?
17      A.   Yes.  You see the signature line,
18  you see my initials?
19      Q.   Yes.  At the far right by the
20  date?                        16:34:03
21      A.   Yes.
22      Q.   Did you sign Alan Schneider's name
23  on this document?
24      A.   That would be a stamp.
25      Q.   Was this the only document of this  16:34:12
```

Page 282

Sanchez

1
2  nature that you filled out in Alan Schneider's
3  name?
4      A.   Ever?
5      Q.   As far as you can recall, the only  16:34:21
6  police registry entry form?
7      A.   Is this the only one that I ever
8  filled out?
9      Q.   In Alan Schneider's name that you
10  can recall?                          16:34:31
11      A.   No.
12      Q.   Why didn't you fill it out in your
13  own name?
14      A.   Because I was directed by my
15  superiors to put Alan's name on it.       16:34:39
16      Q.   Which superiors directed you to do
17  that?
18      A.   Phil Cohen.
19      Q.   Anyone else?
20      A.   I think possibly Cynthia DeStefano  16:34:49
21  as well.
22      Q.   At the time that you filled out
23  section 3 do you recall whether any of the
24  other sections of the document were already
25  filled out?                          16:35:03

Page 283

Sanchez

1
2      A.   They come to me that way.
3      Q.   Were sections 1, 2 and 4 filled
4  out?
5      A.   Yes.                        16:35:11
6      Q.   What if anything did you do with
7  the document after filling out section 3?
8      A.   I believe I gave it to Alan
9  Schneider's secretary, and I think they send
10  it out from there.  I think.  Actually I think  16:35:25
11  they just look them over and I am not a
12  hundred percent sure, but I think that after
13  they see it that it gets picked up by -- I
14  think -- well with another jurisdiction I
15  think they would come and get it.  I am not   16:35:43
16  sure if we mailed this back to Ocean Beach or
17  if we mailed it directly upstate.
18      Q.   Do you know what the function or
19  purpose of this form is?
20      A.   No.                         16:35:53
21      Q.   In section 3 right above the
22  signature line there is some italicized text.
23  Do you see what I am referring to?
24      A.   Uh-hum.
25      Q.   Do you recall whether you read   16:36:01

Page 284

Sanchez

1
2  that text at the time that you stamped Alan
3  Schneider's name and put your initials?
4      A.   Do I recall if I read it; I don't
5  recall if I read it.                   16:36:10
6      Q.   Do you recall if you ever read the
7  text on a form like this at that spot?
8      MR. NOVIKOFF:  Are you suggesting
9  for a moment that there was some type of
10  fraud involved in this?              16:36:19
11      A.   Are you suggesting for a moment
12  that there is some type of fraud involved in
13  this, that because I stamped my superior's
14  name and put my initials indicating that I did
15  so, and then just explained to you that I gave  16:36:31
16  it to Alan Schneider's office to review before
17  released it out of our office, that I have
18  done something that I should have not have
19  done?
20      Q.   No.  All I am asking is whether   16:36:41
21  you read the italicized text?
22      MR. NOVIKOFF:  What is the basis
23  for that question?
24      MR. GRAFF:  I don't need to
25  justify the basis, I can ask her   16:36:48

Page 285

Sanchez

1
2  questions and you can instruct the
3  witness not to answer.
4      MR. NOVIKOFF:  I am not
5  instructing her not to do anything, but   16:36:52
6  she is doing fine on her own.
7      A.   I don't recall whether I read it,
8  and I don't think it was relevant whether I
9  read it because I think that by placing my
10  superior's stamp, signature on there as      16:37:03
11  instructed to by my superiors, and then
12  actually gave it to the actual person who's
13  signature stamp is on there to review shows
14  that this was in fact correctly filled out
15  and handled properly.                 16:37:21
16      MR. NOVIKOFF:  Makes sense to me.
17      Q.   Section 2 appears to have been
18  filled out by George Hesse.
19      MR. CONNOLLY:  Objection.
20      Q.   As far as you know do you have any  16:37:30
21  reason to believe that George Hesse did not
22  fill out section 2?
23      MS. ZWILLING:  Maybe she has no
24  reason to believe that he did.  She
25  doesn't have to accept only that   16:37:39

Page 286

1              Sanchez
2    possibility or reject it.  Why don't you
3    ask her if she knows who filled it out.
4         Q.   Do you know who filled out section
5    2?                        16:37:46
6         A.   No.
7         Q.   Do you recognize --
8              MR. NOVIKOFF:  Did you care who
9    filled it out?
10             THE WITNESS:  No.        16:37:50
11        Q.   Do you recognize the signature on
12   section 2?
13        A.   No.
14        Q.   Do you know whether George Hesse
15   held the title of sergeant at the time that he  16:37:54
16   filled out section 2; if he did?
17             MR. NOVIKOFF:  When you say title,
18   internal at Ocean Beach or Civil Service
19   title, because she has already answered
20   the latter and I think she told you that  16:38:08
21   she doesn't care about the former.
22        Q.   Do you understand what the field
23   title was calling for in the context of this
24   document?
25        A.   Which box?            16:38:20

Page 287

1              Sanchez
2         Q.   The top right of section 2?
3         A.   Top right of section 2, right.
4         Q.   Do you know what information was
5    to be entered in the field title; what that is  16:38:29
6    asking for?
7         A.   No.  I never really looked at that
8    box.  What I did was I looked at the person,
9    the registrant information in the first box
10   because that is who this document pertains to.  16:38:42
11   We are certifying that this person is holding
12   the title which is what the purpose of this
13   form is is with regards to the person in box
14   1.
15             The other boxes are just the other  16:38:53
16   people testifying to the person in box 1.  So
17   whatever is in box 2 is not really relevant to
18   me.  I am certifying with regards to the
19   person in box 1 by filling out this
20   information.  That is the person being    16:39:08
21   registered.
22   DI   Q.   Turning back to the italicized
23   text in section 3, the very last clause there
24   says:  I certify that it is true to the best
25   of my knowledge and belief.        16:39:24

Page 288

1              Sanchez
2         Do you know what portion of the
3    document that certification relates to?
4              MS. ZWILLING:  Objection.  The
5    document speaks for itself.        16:39:31
6              MR. NOVIKOFF:  I would think it
7    refers --
8              MS. ZWILLING:  She is not the
9    author of the document.
10             MR. NOVIKOFF:  I would think that  16:39:39
11   the italicized portion that appears in
12   section 3 refers to section 3, since
13   virtually the same language appears in
14   section 1, section 2 and section 4.
15             MR. GRAFF:  I am only asking    16:39:49
16   because a minute ago the witness
17   indicated that she was certifying with
18   respect to the information on the
19   registrant part in section 1.  I may have
20   misunderstood.  I am only asking now    16:40:00
21   whether --
22             MR. NOVIKOFF:  Yes.  I am the
23   Civil Service officer responsible for
24   certifying the appointment of individuals
25   appearing on the payroll of the law    16:40:08

Page 289

1              Sanchez
2    enforcement agency named in section 2.
3    Agency in section 2 is Ocean Beach,
4    referring to Edward Carter in section 1.
5              Ari, I mean this is getting --    16:40:27
6              THE WITNESS:  Irrelevant.
7              MS. ZWILLING:  Yeah.
8         Q.   Let's mark that and move on from
9    the document.
10             MR. NOVIKOFF:  Mark it for what;    16:40:41
11   she will answer the question, I am just
12   telling you I think it is a silly
13   question.
14        Q..  If you could answer it, do you
15   understand whether that is referring to    16:40:43
16   what is in section 3, or to any of the other
17   information?
18        A.   It is referring to section 1.  I
19   told you that.
20        Q.   Okay.  If I could ask the court    16:40:51
21   reporter to please mark as Sanchez Exhibit 19,
22   a three-page document bearing Bates numbers
23   264 to 266 produced by Ocean Beach.
24             (Sanchez Exhibit 19, three-page
25             document bearing Bates numbers 264 to    16:41:01

Page 290

```
 1          Sanchez
 2    266, marked for identification, as of
 3    this date.)
 4       Q.   Ms. Sanchez, if you could just let
 5    me know when you had a chance to review the   16:41:50
 6    document?
 7       A.   Uh-hum.
 8       Q.   Do you recognize any of the pages
 9    of this document?
10       A.   Yes.                16:42:04
11       Q.   Have you seen any of these pages
12    before?
13       A.   My signature is on all of them.
14       Q.   Looking at the first page of the
15    document do you recall whether any of the     16:42:16
16    handwritten notations other than your initials
17    next to the approved are notations that you
18    made on this document?
19       A.   Its possible.  The checkmarks
20    again as I stated before could have been that   16:42:32
21    of the clerical.
22       Q.   When you make checkmarks by hand
23    do you generally make them as these are with a
24    check and another line slashing through it?
25       A.   That is an indication of somebody   16:42:48
```

Page 291

```
 1    who has gone through something twice.  So it
 2    could have been me, it could have been the
 3    clerical.
 4       Q.   The nature of change indicated on   16:42:54
 5    this first page for all names is TM.  Do you
 6    know what TM indicates in this document?
 7       A.   That that employment had ended.
 8       Q.   Does TM stand for anything?
 9       A.   It could be terminated, but it    16:43:09
10    doesn't necessarily mean -- it could be
11    terminated just because it was the end of the
12    season, as opposed to resign.  They are kind
13    of interchangeable.
14       Q.   On the first page of the document   16:43:25
15    there is no notations of disapproved.  Does
16    that indicate that --
17       A.   At the bottom of the page it says
18    approved.
19       Q.   So all of these --          16:43:35
20       A.   All of these transactions were
21    approved.
22       Q.   What about on the second page of
23    the document?
24       A.   Disapproved as noted on the      16:43:47
```

Page 292

```
 1          Sanchez
 2    bottom.
 3       Q.   Are any of the handwritten
 4    notations on the document above that notations
 5    that you recognize as notations that you made?   16:43:56
 6       A.   Those appear to be the handwriting
 7    of the clerical.
 8       Q.   And is that the case with respect
 9    to all of the handwritten notations above the
10    signature line?           16:44:15
11       A.   Yes.
12       Q.   Do you know what in the far right
13    column under the heading duty statement --
14    actually I can't clearly read it.  Are you
15    able to read it?           16:44:27
16       A.   I don't know where you are
17    looking.
18       Q.   The column heading for the last
19    column on the right.
20       A.   Duty statement number or name of   16:44:31
21    previous incumbent.
22       Q.   And underneath each name there is
23    a number.  Do you know what the number is
24    referring to?
25       A.   In the right-hand column?       16:44:52
```

Page 293

```
 1          Sanchez
 2       Q.   Yes.
 3       A.   Duty statement numbers.
 4       Q.   And again in the nature of the
 5    change column there is a different code, APT,   16:45:07
 6    do you know what that stands for?
 7       A.   Part-time appointment.
 8       Q.   And the last four codes in that
 9    left column, it looks like there is some kind
10    of line on the second letter, do you have     16:45:34
11    any --
12       A.   It was just correcting.  Somebody
13    mistakenly typed in ADT, and it was just
14    changed to a P.
15       Q..  Is ADT that a code?        16:45:45
16       A.   No.
17       Q.   And the effective date on each
18    name, what is that the effective date of?
19          MR. NOVIKOFF:  Are we now on the
20    second page, Bates stamp number 265.     16:46:00
21          MR. GRAFF:  Yes.
22       A.   That is the date that the
23    transaction was effective.
24       Q.   And was that the date when they --
25    those employees began their part-time service,   16:46:13
```

Page 294

```
 1         Sanchez
 2  or concluded it?
 3         MR. NOVIKOFF:  Objection.
 4     A.   The code stated part-time
 5  appointment, not a termination of employment.   16:46:23
 6  So it was when they began working part-time.
 7     Q.   Do you recall whether when you saw
 8  the document the handwritten notations under
 9  the heading title were already written on the
10  document?                      16:46:40
11     A.   Say that again.
12     Q.   When you saw this document did the
13  handwritten notations under the column title,
14  were those notations already on the document?
15     A.   No, the clerical put that in.    16:46:51
16     Q.   And was that after you had seen
17  it?
18     A.   Uh-hum.
19     Q.   So when --
20         MR. NOVIKOFF:  Still on 265,    16:47:02
21  right?
22     Q.   Still on 265.
23     A.   Sometimes they repeat it.
24  Sometimes they would send CS-150's with the
25  same information that they have already    16:47:14
```

Page 295

```
 1         Sanchez
 2  reported in the past.  So if it was duplicate
 3  information that we were already aware of she
 4  would be able to notate on it as she did on
 5  this.  Apparently all these had already been    16:47:24
 6  reported.
 7         So she knew that this one was
 8  previously approved.  She knew that this
 9  person was disapproved until 10/5/05 and so
10  on.  All of this was duplicate information.    16:47:39
11     Q.   And at the signature block at the
12  bottom when it is checked off disapproved and
13  the handwritten word says noted and then your
14  initials and the date.  When it says
15  disapproved as noted what is that referring    16:47:56
16  to, as noted?
17     A.   The things that say disapproved as
18  noted up here.
19     Q.   And were those things written
20  there at the time that you saw the document?    16:48:10
21         MR. NOVIKOFF:  Objection.
22     A.   Probably went to the clerical
23  person, they came back to me, and then I
24  signed it.
25     Q.   Okay, I just wanted to clear that    16:48:27
```

Page 296

```
 1         Sanchez
 2  up?
 3     A.   Yeah.  Because I would give her
 4  something saying that I think we already have
 5  this, she would notate it, I would review it,    16:48:36
 6  and then I would sign it.
 7     Q.   The fourth name from the bottom,
 8  Arnold Hardman, under the title it says police
 9  officer, then an asterisk, then it looks like
10  disapproved, hyphen, needs polygraph?    16:48:51
11     A.   Uh-hum.
12     Q.   What does needs polygraph mean in
13  this context?
14     A.   It means that it is a qualifying
15  exam that he had yet to take.    16:49:02
16     Q.   And as far as you know if you look
17  at all three pages of the document, at the top
18  in licensing the first one says 2 of 7, the
19  second one says 7 of 7, the third one says 1
20  of 7.  Do you have any idea what that is    16:49:20
21  referring to?
22     A.   Seven pages.
23     Q.   So when you saw the document was
24  this a set of seven pages?
25         MR. NOVIKOFF:  Objection.    16:49:35
```

Page 297

```
 1         Sanchez
 2         MS. ZWILLING:  Objection.
 3         MR. NOVIKOFF:  She didn't testify
 4  to that.  You asked her what that meant
 5  in a pretty poor way and she answered the    16:49:41
 6  question.
 7     Q.   Were those notations on the pages
 8  when you received them if you recall?
 9     A.   No, that is my handwriting..
10     Q.   And just on the last page, that is    16:49:48
11  again your signature at the bottom, page 266?
12     A.   Yes.
13         MR. NOVIKOFF:  You mean her
14  initials, not her signature.
15         MR. GRAFF:  Yes.    16:50:00
16     Q.   We can put aside that document.  I
17  ask the videographer what is left on this
18  tape?
19         THE VIDEOGRAPHER:  Ten minutes.
20         MR. GRAFF:  Let's take a short    16:50:18
21  break now.
22         THE VIDEOGRAPHER:  The time is
23  4:50, we are off the record.
24         (Recess taken.)
25         MR. GRAFF:  Would you mark this    16:54:00
```

Page 298

```
1              Sanchez
2    document as Sanchez Exhibit 20, letter
3    dated August 23, 2004.
4         (Sanchez Exhibit 20, letter dated
5    August 23, 2004, marked for        16:54:13
6    identification, as of this date.)
7         THE VIDEOGRAPHER:  The time is
8    4:54, we are on the record.
9         Q.  Ms. Sanchez, have you ever heard
10   of something called the Ocean Beach Applicant  16:54:59
11   Investigation Section?
12       A.  No.
13       Q.  Have you ever heard of anything
14   called the Ocean Beach Police Department
15   Benevolent Association?        16:55:12
16       A.  No.
17       Q.  I have asked the court reporter to
18   mark as Exhibit 20 a two-page document without
19   Bates numbers.  If you could let me know when
20   you had a chance to look at the document.  My  16:55:28
21   first question is have you seen either page 1
22   or page 2 of the document before?
23       A.  Uh-hum.  Yes.
24       Q.  Have you seen both pages of the
25   document before?        16:55:38
```

Page 299

```
1              Sanchez
2    A.  Yes.
3        Q.  The first page of the document has
4    some -- in addition to the signature of
5    Kathryn Spies, has some handwritten notations?  16:55:46
6        A.  All mine.
7        Q.  On the bottom section where you
8    have some handwritten text --
9        A.  It is a key.
10       Q.  The third line on the key, the        16:56:04
11   description is need qual exams as attached..
12       A.  Yes.
13       Q.  Does that description apply to any
14   of the names listed above?
15       A.  Yes.              16:56:35
16       Q.  What is the symbol that
17   corresponds to that?
18       A.  There is no symbol, it was a
19   highlighter which is not showing up on this
20   copy and I do not recall which people were        16:56:46
21   originally highlighted.
22       Q.  And the very last bit on that
23   document in handwriting, it is a little --
24       A.  No breaks in service per Hesse
25   despite non-reporting by village.        16:57:02
```

Page 300

```
1              Sanchez
2        Q.  What does despite non-reporting by
3    village --
4        A.  They did not report them, but
5    George Hesse advised me that they did not have  16:57:11
6    a break in service with regards to the years
7    that they had worked.
8        Q.  Turning to the second page of the
9    document, do you recognize any of the
10   handwritten notations on this page?        16:57:22
11       A.  All mine.
12       Q.  On the far left column the
13   notation D, what does that indicate?
14       A.  As indicated in the key in the
15   upper righthand corner of the document it        16:57:34
16   states disapproved, needs qualifying exams.
17       Q.  And the other two items on the
18   key, were those also highlights or symbols?
19       A.  I don't recall if there was
20   highlighting.  I believe that the small circle  16:57:49
21   indicated that needs testing, they were new
22   employees.  And the big circles which did have
23   a highlighter in the middle says needs proof
24   of continuous service.
25       So you can conclude that there was  16:58:10
```

Page 301

```
1              Sanchez
2    highlighting on this sheet which is not
3    apparent, so I could not testify as to who it
4    applied to.
5        Q.  And the big circles, are those the  16:58:18
6    circles inside of which it says needs proof of
7    continuous service?
8        A.  It is likely those people.
9        Q.  And were there other highlights
10   that corresponded to that key other than those  16:58:29
11   big circles?
12       A.  I don't know.  I would assume not,
13   but again without seeing it in color I
14   couldn't tell you if there was more.
15       Q.  We can put aside that document.        16:58:43
16       Sanchez Exhibit 21, a one-page
17   document produced by the County without Bates
18   number.
19       (Sanchez Exhibit 21, one-page
20   document without Bates number, marked        16:58:52
21   for identification, as of this date.)
22       Q.  Have you had a chance to look at
23   the document?
24       A.  Yes.
25       Q.  Do you recognize this document?        16:59:25
```

Page 302

Sanchez

1    A.   Yes.
2    Q.   Could you identify the document?
3    A.   It was an internal record, I don't
4  think I typed it, I think I got it from Stan   16:59:36
5  Pelc, but I am not a hundred percent sure.
6  Just trying to again keep track of all the
7  different people and where they stood with
8  regards to their qualifying exams.
9    Q.   Do you know whether any of the   16:59:53
10  handwritten notations are your notations on
11  this document?
12   A.   They are.
13   Q.   Are all of them?
14   A.   Yes.                           17:00:02
15   Q.   On the far left column the
16  notation looks like P?
17   A.   Uh-hum.
18   Q.   What does P stand for here?
19   A.   I don't remember.  It could be   17:00:07
20  passed.
21   Q.   Is there anything else -- strike
22  that.
23        Are you guessing that it could be
24  passed?                            17:00:21

Page 303

Sanchez

1    A.   Yes.
2    Q.   Okay.  Arnold Hardman -- excuse
3  me.  Patrick Cherry, the fourth name down, do
4  you recall aside from what is written on the   17:00:31
5  document anything about Patrick Cherry?
6    A.   No.
7    Q.   Do you recall why you underlined
8  pending polygraph on some of this line?
9    A.   Possibly, so it would stand out to   17:00:45
10  me.
11   Q.   And the last question on this
12  document, between the names John Geyer and
13  Michael Batista there is a gap that is
14  slightly larger than the other ones.  Do you   17:01:00
15  know if there was anything indicated there in
16  highlighting perhaps?
17   A.   I don't believe so.
18   Q.   Okay.  You can put aside that one.
19        Next exhibit is a one-page         17:01:15
20  document produced by plaintiffs bearing Bates
21  number P 543, Sanchez Exhibit 22.
22        (Sanchez Exhibit 22, one-page
23        document bearing Bates number P 543,
24        marked for identification, as of this   17:01:17

Page 304

Sanchez

1    date.)
2    Q.   Have you seen this document
3  before?
4    A.   No.                            17:02:09
5    Q.   Do you recall anything of a
6  conversation --
7    A.   No.
8    Q..   -- described here?
9    A.   No.                            17:02:16
10   Q.   Do you recall --
11        MR. NOVIKOFF:  Come on, Ari, she
12  never seen it, she recalls nothing about
13  the conversation.  What could -- I mean
14  respectfully what could you possibly ask?  17:02:26
15        MR. GRAFF:  I am done with this
16  one.
17        MR. NOVIKOFF:  Okay.
18   Q.   Ms. Sanchez, why did you stop
19  working as a personnel analyst at Suffolk   17:02:54
20  County Civil Service?
21   A.   Because I got a much better job
22  with the Probation Department.
23   Q.   Better in what sense?
24   A.   More self fulfilling, more   17:03:06

Page 305

Sanchez

1  important, more stimulating, more money.  I am
2  able to help the community and serve a purpose
3  in life doing something important, instead of
4  sitting behind a desk 24/7 doing boring work.  17:03:25
5        MR. NOVIKOFF:  Don't hold back..
6    Q.   If I could ask the court reporter
7  to mark as Sanchez Exhibit 23, a three-page
8  document -- four-page document produced by
9  plaintiffs Bates numbers P 373 to 376.  It was   17:03:41
10  also previously marked as Minerva 16.
11        (Sanchez Exhibit 23, four-page
12        document, Bates numbers P 373 to 376,
13        marked for identification, as of this
14        date.)                          17:04:27
15   A.   Is there a question?
16   Q.   Do you recognize the form of the
17  document?
18   A.   Uh-hum.
19   Q.   If you could turn please to the   17:04:30
20  last page of the document?
21   A.   Yes.
22   Q.   Where the heading is your salary
23  information, and then underneath some text
24  saying total salary reported and some dates.   17:04:44

Page 306

Sanchez

1    **Sanchez**
2    **Is the salary reporting in this context**
3    **something that had anything to do with your**
4    **job as personnel analyst?**
5        A.   No.                              17:04:52
6        **Q.   You can put aside that document.**
7            MR. GRAFF:  If we could take a
8    very short break I might be done.
9            THE VIDEOGRAPHER:  The time is
10   5:04, we are off the record.            17:05:05
11          (Recess taken.)
12          MR. GRAFF:  Would you mark this
13   document as Sanchez Exhibit 24, letter
14   dated February 23, 2006.
15          (Sanchez Exhibit 24, letter dated   17:06:44
16   February 23, 2006, marked for
17   identification, as of this date.)
18          MR. GRAFF:  Would you mark this
19   document as Sanchez Exhibit 25, two-page
20   list.                                 17:07:57
21          (Sanchez Exhibit 25, two-page
22   list, marked for identification, as of
23   this date.)
24          THE VIDEOGRAPHER:  The time is
25   5:08, we are on the record.            17:08:14

Page 307

Sanchez

1            Sanchez
2        **Q.   Ms. Sanchez, while we were off the**
3    **record I asked the court reporter to mark**
4    **Exhibit Sanchez 24, a one-page document**
5    **without Bates number.  Have you had a chance   17:08:26**
6    **to look at that document?**
7        A.   Yes.
8        **Q.   Do you recognize it?**
9        A.   Yes.
10       **Q.   Have you seen it before?          17:08:31**
11       A.   24?
12       **Q.   Yes.**
13       A.   I wrote it.
14       **Q.   Why did you write this document,**
15   **Sanchez 24?                           17:08:41**
16       A.   As indicated in the first
17   paragraph, as per our conversation she
18   requested that I give her this information.
19   That would be Naomi Jimenez.
20       Q..   And the first sentence here, as   17:08:54
21   per our conversation the following are the
22   employment dates for the police officers you
23   requested who have been employed by Ocean
24   Beach Village since 1996.
25          Ms. Sanchez, what were you       17:09:08

Page 308

Sanchez

1            Sanchez
2    referring to in that statement specifically
3    when you wrote that there have been police
4    officers who have been employed since 1996?
5        A.   She asked me specifically about   17:09:21
6    these people, and she wanted me to put in
7    writing the years that they had worked in the
8    village.  So I gave her specifically what she
9    asked for.
10       **Q.   The second sentence states:  In   17:09:36**
11   **Suffolk County seasonal employment is for the**
12   **period two weeks before Memorial Day until two**
13   **weeks after Labor Day.**
14          **The four names that are listed**
15   **here, each line starts off with the word       17:09:49**
16   **seasonal and continues with some dates.  The**
17   **third name, Edward Carter, the first line is a**
18   **sentence that starts off seasonal and some**
19   **dates and it has a period.  Then on the second**
20   **line it states:  Per jurisdiction worked '96,   17:10:08**
21   **'97, '98, '99, '00, but neglected to report it**
22   **thus far.**
23          **What does that second sentence**
24   **under Edward Carter's name mean?**
25       A.   It means that he also worked and   17:10:28

Page 309

Sanchez

1            Sanchez
2    it was to be implied seasonally during those
3    mentioned years, however it had not been
4    reported on paper.  As it states per the
5    jurisdiction that is when he worked.  So I was  17:10:45
6    just letting her know that officially it
7    wasn't reported, but that is what the
8    jurisdiction -- I forgot what I just said.  It
9    wasn't officially reported.
10       **Q.   Okay, that is all, thank you.      17:10:57**
11          **The second document marked during**
12   **the break, Sanchez 25, two-page document**
13   **without Bates numbers.  Ms. Sanchez, have you**
14   **seen this document before?**
15       A.   Yes.                            17:11:11
16       **Q.   Could you identify the document?**
17       A.   It is a chart that I was asked to
18   make by Cynthia DeStefano summarizing all of
19   the police officers who have ever worked at
20   Ocean Beach for as far back as I can find in   17:11:26
21   our records, and write what their status was
22   with regard to when they worked and when they
23   passed their exams.  What their current
24   approved status was.
25       **Q.   And the chart doesn't appear to be  17:11:41**

Page 310

1           Sanchez
2  dated.  Do you recall when you created it?
3      A.  It was probably around 2005 or --
4  I am seeing that that is the latest date
5  mentioned.  So I would assume 2005 since there  17:12:00
6  is nothing after that.
7      Q.  And did Ms. DeStefano indicate to
8  you why she was asking that you create the
9  chart at that time?
10     A.  I just think because there was a  17:12:13
11 lot of questions being raised as to what is
12 going on with them.  You know, because we
13 are -- there was a lot of things that were not
14 going right.  So I think she was just trying
15 to get it organized.              17:12:29
16     Q.  And are the things that you are
17 referring to that are not going right, is that
18 different than the reporting problems that we
19 already talked about today?
20     A.  Yes.  This was a separate issue.  17:12:37
21     Q.  What issue was it?
22     A..  The issue was with regards to when
23 they passed their exams, like when they got
24 approved or disapproved.  That is what this is
25 focusing on.  Not whether they reported, but  17:12:51

Page 311

1           Sanchez
2  when they did work, when did they pass their
3  exams.  This took a lot of research as far as
4  when they passed their exams, and a lot of
5  time to complete this chart.        17:13:03
6      Q.  The fourth column of the chart is
7  headed approved/disapproved?
8      A.  Uh-hum.  Where they stood as of
9  that date when I created the chart.
10     Q.  With respect to employment as     17:13:15
11 what?
12     A.  Whether their appointments were
13 approved or not.
14     Q.  Does it indicate the positions
15 specifically here?              17:13:25
16     A.  They were all police officers.
17 This wasn't the whole village, this was all
18 the police officers that I had records on that
19 had ever worked there for as far back as, you
20 know, the earliest date on here back in the   17:13:41
21 80s.  So I had to look at every single CS-150
22 that had been submitted since the 80s and
23 document each person and put them on the chart
24 and then go through every single one and then
25 see if they were approved or not.  And I had   17:13:56

Page 312

1           Sanchez
2  to research when they did their exams.  It is
3  kind of self-explanatory.
4      Q.  Maybe six names from the bottom on
5  the first page, the name is Alan Loeffler and  17:14:10
6  under the comments section it says:
7  Continuous T of Islip Harbor Master.
8         Do you recall what the
9  significance of that statement is in the
10 context of this document?        17:14:24
11     A.  There were breaks in service where
12 you see seasons worked.  There was a break in
13 service between '74 and '77, and a break in
14 service between '79 and '90.  However he
15 worked continuously in the Town of Islip as a  17:14:40
16 harbor master, therefore he wouldn't need to
17 retake his qualifying exams because he didn't
18 have a break in service in Suffolk County.
19     Q.  So that statement is explaining
20 that he is approved -- why he is approved     17:14:52
21 despite there being breaks in service?
22     A.  Right.
23     Q.  Okay.  There is just another
24 abbreviation on the second page by the name
25 Thomas Shore in the comments section?     17:15:22

Page 313

1           Sanchez
2      A.  Uh-hum.
3      Q.  Could you read what the comments
4  there?
5      A.  Passed all part, September 2005,   17:15:28
6  took physical fitness May '05.
7      Q.  And it indicates that Thomas Shore
8  was disapproved.  Do you understand from the
9  document what the basis of that disapproval
10 is?                    17:15:47
11     A.  No.  I don't remember.
12     Q.  This is the last exhibit and I
13 only have possibly one question on it.  This
14 is Sanchez Exhibit 26, a three-page document
15 produced by Ocean Beach bearing Bates numbers  17:16:21
16 10185 through 10187.
17         (Sanchez Exhibit 26, three-page
18         document, Bates numbers 10185 through
19         10187, marked for identification, as of
20         this date.)              17:17:04
21     MR. GRAFF:  Would you mark as
22 Sanchez Exhibit 27, report of personnel
23 changes.
24         (Sanchez Exhibit 27, report of
25 personnel changes, marked for     17:17:38

Page 314

```
 1              Sanchez
 2    identification, as of this date.)
 3        Q.   When you had an opportunity to
 4    look over Sanchez 26, can you tell me if you
 5    have ever seen that document before?    17:17:45
 6        A.   No.
 7        Q.   Put it aside.
 8             What about Sanchez Exhibit 27,
 9    which for the record is a two-page document
10    produced by Ocean Beach bearing Bates number  17:17:55
11    237 and 238?
12        A.   Yes.
13        Q.   Have you seen both pages of the
14    document?
15        A.   Yes.              17:18:04
16        Q.   On the first page of the document
17    do you recognize any of the handwritten
18    notations as yours?
19        A.   The word disapproved is my
20    handwriting.  The rest of the handwriting is  17:18:22
21    the clerical.
22        Q.   The second to last name has
23    handwritten on top of it, police officer,
24    (call in), and then in type underneath it,
25    seasonal police officer?         17:18:36
```

Page 315

```
 1              Sanchez
 2        A.   Uh-hum.
 3        Q.   And then underneath it an
 4    abbreviation, it looks like approved?
 5        A.   Uh-hum.            17:18:42
 6        Q.   Do you understand what any of
 7    those handwritten notations mean in the
 8    context of this document?
 9        A.   Well, you have to line it up with
10    the notation that is above the other columns.  17:18:48
11    It is not just there that there is something
12    written in above it.  So the nature of the
13    change was RL where it says to line it up with
14    police officer call in..  So he was being
15    released as a call in police officer effective  17:19:04
16    May 16th, which is when the beginning of the
17    season would start two weeks before Memorial
18    Day, and the seasonal employment was beginning
19    May 17, '05.
20        Q.   And I think you just answered it,  17:19:18
21    the nature of the change column at the far
22    left, does RL stand for --
23        A.   Relieve.
24        Q.   And AT?
25        A.   Temporary.         17:19:27
```

Page 316

```
 1              Sanchez
 2        Q.   And SN?
 3        A.   Seasonal.
 4        Q.   So AT/SN?
 5        A.   Is a temporary seasonal      17:19:36
 6    employment.
 7        Q.   On the second page of the document
 8    do you recognize any of the handwritten
 9    notations?
10        A.   It is the clerical.         17:19:51
11        Q.   And the far right column, again
12    under the heading duty statement number or
13    name of previous incumbent?
14        A.   Uh-hum.
15        Q.   I know you indicated that numbers  17:20:03
16    and a column like this in a form are your duty
17    statement number?
18        A.   Uh-hum.
19        Q.   Are you able from the number to
20    identify what the duty statement is; is that  17:20:15
21    like a code like RL?
22        A.   Each duty statement when it is
23    signed off on is assigned a number, it is a
24    number is created on the document.  It just
25    represents a position number.  So if they send  17:20:32
```

Page 317

```
 1              Sanchez
 2    in a duty statement for police officer, like
 3    this means that in 2004 seasonal police
 4    officer duty statement was submitted and this
 5    was the number that was given.  It could   17:20:43
 6    have been for any number of positions.  It
 7    could have been for ten officers, and each of
 8    those ten positions corresponds to a position.
 9    And so as you see more than one person has the
10    same duty statement number on the right-hand  17:21:02
11    column.
12        Q.   So looking at the second page,
13    take the first two names, they have different
14    duty statement numbers?
15        A.   It doesn't mean anything.     17:21:13
16        Q.   It doesn't mean that they had
17    different duties?
18        A.   No.
19        Q.   Do you know why there would be
20    different duty statement numbers?      17:21:20
21        A.   Because we periodically ask them
22    to submit a new duty statement just so we have
23    updated records of what the position entails
24    just to make sure that it is properly
25    classified.              17:21:33
```

Page 318

```
1              Sanchez
2     Q.  I have no further questions for
3  now.  Thank you very much for your time.
4         THE VIDEOGRAPHER:  The time is
5     5:24 and --              17:21:40
6  EXAMINATION BY
7  MR. NOVIKOFF:
8     Q.  Good evening, Ms. Sanchez, how are
9  you?
10    A.  Good, yes.            17:21:53
11    Q.  I am going to hopefully ask you a
12 series of brief questions so that you can get
13 out of here.  We have been here since 10
14 o'clock to day; is that right?
15    A.  A little bit earlier than that.  17:22:25
16    Q.  Right, and you are a named
17 defendant in this lawsuit?
18    A.  Yes.
19    Q.  You have been named in your
20 official capacity; right?         17:22:32
21    A.  Yes.
22    Q.  You also have been named in your
23 individual capacity?
24    A.  Yes.
25    Q.  Are you aware that the plaintiffs  17:22:36
```

Page 319

```
1              Sanchez
2  in this case have alleged in the 14th cause of
3  action that you and Mr. Hesse engaged in a
4  conspiracy to do, among other things, destroy
5  their careers.  Are you aware of that?    17:22:51
6     A.  I am aware.
7     Q.  During the course of Mr. Graff,
8  and Mr. Graff is plaintiffs' counsel, you are
9  aware of that?
10    A.  Yes.                 17:23:00
11    Q.  During the course of Mr. Graff's
12 almost six to six and a half hours of
13 testimony did you ever hear the word
14 conspiracy come out of his mouth?
15    A.  No.                  17:23:10
16    Q.  Did you ever hear him use the word
17 conspire?
18    A.  No.
19    Q.  Let's go to the complaint and
20 specifically the 14th cause of action which  17:23:21
21 appears on 43.  I will get to some questions
22 in more specifics a little later, hopefully in
23 a few minutes, but do you see paragraphs 185
24 through 187?
25    A.  Yes.                 17:23:40
```

Page 320

```
1              Sanchez
2     Q.  Those are the allegations
3  concerning the allegation against you and Mr.
4  Hesse for civil conspiracy?
5     A.  Yes.                 17:23:50
6     Q.  Did Mr. Graff ask you any
7  questions referring specifically to paragraphs
8  185, 186 and 187?
9     A.  No.
10    Q.  Let's go to page 23 of the    17:23:59
11 complaint in this action, the title is in the
12 middle of the page, do you see the line in
13 bold?
14    A.  Yes.
15    Q.  It says:  Allison Sanchez      17:24:13
16 conspires with Hesse to destroy plaintiffs'
17 careers.
18        Do you see that?
19    A.  Yes.
20    Q.  Did Mr. Graff ask you any     17:24:19
21 questions concerning whether or not you
22 destroyed the plaintiffs' careers?
23    A.  No.
24    Q.  In fact other than paragraph 100
25 did Mr. Graff ask you any questions concerning  17:24:31
```

Page 321

```
1              Sanchez
2  paragraphs 99, 101, 102, 103, 104 and 105?
3     A.  No.
4     Q.  Let's just now go specifically
5  through these paragraphs.  I believe you    17:24:45
6  testified to some of them already, one in
7  response to Mr. Graff's question and one
8  because you noticed that there was a mistake,
9  for want of a better term, in paragraph 99.
10        First part of paragraph 99 states:  17:24:56
11 Within days of their termination Officers
12 Fiorilli, Nofi and Lamm met with Allison
13 Sanchez.
14        True or not true?
15    A.  True.               17:25:10
16    Q.  Does this sentence refresh your
17 recollection as to which of the five
18 plaintiffs you met with on that day?
19    A.  I believe so.
20    Q.  And does this sentence refresh   17:25:21
21 your recollection with regard to the time
22 period after the non-rehiring of plaintiffs
23 that you met with the three plaintiffs?
24    A.  Yes.
25    Q.  Let's look at the next clause    17:25:34
```

Page 322

1           Sanchez
2  after it says Allison Sanchez it then goes on
3  to allege, the plaintiffs do, quote:  The
4  Suffolk County Civil Service official
5  responsible for overseeing Civil Service          17:25:46
6  compliance in Ocean Beach.
7           Do you see that?
8      A.  No, where are you looking?
9      Q.  Second paragraph of clause 99?
10     A.  Yes.                              17:25:54
11     Q.  Is that a true or untrue
12 statement?
13     A.  Yes.
14     Q.  You are the official
15 responsible --                            17:26:02
16     A.  Well, I am not the official
17 official.  Alan Schneider is the official.
18     Q.  That is what I was asking you..  Is
19 this an accurate statement as it was written?
20     A.  No.                              17:26:12
21     Q.  Who in your opinion and experience
22 is the official responsible for overseeing
23 Civil Service compliance in Ocean Beach?
24     A.  The personnel director, Alan
25 Schneider.                               17:26:19

Page 323

1           Sanchez
2      Q..  I believe you said there were two
3  people between -- in the chain of command
4  between you and Mr. Schneider?
5      A.  Yes.                              17:26:26
6      Q.  Let's look at the last sentence:
7  Upon information and belief Sanchez was
8  responsible for appointing and approving the
9  hiring of the uncertified officers at OBPD.
10     OBPD.                                17:26:41
11          Do you see that?
12     A.  Yes.
13     Q.  Were you responsible for
14 appointing and approving the hiring of the
15 allegedly uncertified officers at OBPD?        17:26:51
16     A.  No.
17     Q.  Do you have an understanding as to
18 what this sentence even means when it uses the
19 phrase uncertified officers?
20     A.  No.                              17:27:03
21     Q.  Is there such a term of art in
22 Civil Service jargon that refers to
23 uncertified officers?
24     A.  No.
25     Q.  Let's go to paragraph 100.  I      17:27:11

Page 324

1           Sanchez
2  believe you have testified at length with
3  regard to the lack of truthfulness with regard
4  to this allegation.  Do you recall that
5  testimony?                               17:27:25
6      A.  I do.
7      Q.  Was the testimony you gave with
8  regard to Mr. Graff's reference to paragraph
9  100 true and accurate when you gave it earlier
10 this afternoon?                          17:27:39
11     A.  It was.
12     Q.  Is there any reason to go over
13 that testimony?
14     A..  No.
15     Q.  Is there anything that you want to  17:27:42
16 change with regard to that testimony?
17     A.  No.
18     Q.  Let's go to paragraph 101.
19 Officers -- this is the first clause that has
20 been alleged:  Officers Fiorilli, Nofi and     17:27:52
21 Lamm then relayed the substance of their
22 employment experience at the OBPD.
23          Do you see that?
24     A.  Yes.
25     Q.  Do you have an understanding as to  17:28:03

Page 325

1           Sanchez
2  what that allegation means?
3      A.  No.
4      Q..  Did Fiorilli, Nofi and Lamm relay
5  the substance of their employment experience   17:28:11
6  at the OBPD when you met with them?
7      A.  No.
8      Q.  The next clause goes:  Including
9  their termination without notice or cause in
10 retaliation for complaints regarding repeated  17:28:32
11 instances of obstruction of justice, abuse of
12 power and other unlawful conduct committed by
13 or at the direction of Hesse.
14          Do you see what I have just read?
15     A.  Yes.                              17:28:48
16     Q.  Let's break this down a little
17 bit.  Did either Fiorilli, Nofi and Lamm
18 discuss with you the fact that they believed
19 that they were terminated in retaliation for
20 complaints regarding repeated instances of     17:28:58
21 obstruction of justice?
22     A.  I don't recall if that was what
23 they were complaining about their -- the way
24 they phrased it, their termination.  But I
25 don't recall what they said that the reason    17:29:20

Page 326

```
 1              Sanchez
 2  was.  And it is likely that I don't remember
 3  because I wasn't paying attention because
 4  again to me that portion of it was irrelevant,
 5  the reason why they were not asked to return   17:29:29
 6  because I knew what the law was with regard to
 7  it and I knew that I was going to explain that
 8  to them afterwards that the reason why they
 9  were asked not to come back was not relevant.
10      Q.   And just so if the jury sees this   17:29:50
11  videotape, can you explain to the jury why in
12  your opinion what the reasons for their
13  alleged termination, why they were irrelevant
14  in your opinion?
15      A.   Because they were temporary       17:30:06
16  employees.  They were asked -- they were not
17  being rehired, they were informed that they
18  were not being rehired.  This was not a firing
19  and as such it didn't matter the reason that
20  the village didn't want them there any more.   17:30:25
21      Q.   Well, you say it doesn't matter,
22  you are referring only to the context of Civil
23  Service Law; right?
24      A.   Right.
25      Q.   You were not referring --          17:30:31
```

Page 327

```
 1              Sanchez
 2      A.   We don't ask the reasons for that,
 3  and Civil Service, they don't have to hire
 4  them back.  They don't have a right to the
 5  position like somebody who took a position    17:30:37
 6  that is competitive where you have Section 75
 7  rights and there is procedures as to layoffs
 8  and firings.
 9          None of that applied to them
10  because these were not permanent positions and  17:30:48
11  they were temporary in nature.  The village
12  doesn't have a reason.  They can have a
13  reason or they can choose not to have a
14  reason.
15      Q.   And that is with regard          17:30:57
16  specifically to Civil Service Law; is that
17  correct?
18      A.   Yes.
19      Q.   You are -- when you said you were
20  telling them -- I believe you testified       17:31:04
21  earlier to Mr. Graff's question that you were
22  giving them your opinion based upon your
23  communications with your superior as to what
24  their rights were; right?
25      A.   Right.                    17:31:14
```

Page 328

```
 1              Sanchez
 2      Q.   And that is what their rights were
 3  with regard to Civil Service Law; right?
 4      A.   Right.
 5      Q.   You were not giving your opinion   17:31:21
 6  with regard to what their rights would be
 7  under the United States Constitution; right?
 8      A.   No.  I don't know anything about
 9  that.
10      Q.   And you were not giving your      17:31:28
11  opinion with regard to what their rights were
12  with regard to the New York State
13  Constitution?
14      A.   No.
15      Q.   And you never told them that you   17:31:35
16  were a lawyer; correct?
17      A.   No.
18      Q.   You would agree with me that the
19  sole purpose -- well, you would agree with me
20  that any information that you gave them during 17:31:41
21  that conversation concerning what their rights
22  were was solely and strictly within the
23  context of Civil Service Law?
24      A.   Entirely.
25      Q.   Let's go to paragraph 102,        17:31:52
```

Page 329

```
 1              Sanchez
 2  plaintiffs allege:  In response, Sanchez
 3  advised Officers Fiorilli, Nofi and Lamm that
 4  Hesse had behaved lawfully and within his
 5  authority under Civil Service Law.           17:32:12
 6          Do you see that?
 7      A.   Yes.
 8      Q.   And is that an accurate
 9  representation of what you said?
10      A.   Yes, and I advised them that I     17:32:20
11  knew that because I was the one who advised
12  him based on his inquiries as to what the law
13  was.
14      Q.   He being Mr. Hesse?
15      A.   Correct.           17:32:30
16      Q.   Just so I understand this
17  correctly because there may have been some
18  confusion with some of the questions that
19  Mr. Graff had asked you earlier today.
20  Mr. Hesse called you up to inquire with regard 17:32:40
21  to what the Civil Service Law obligations were
22  with regard to any decisions he had concerning
23  the not hiring of certain Ocean Beach seasonal
24  police officers during that time period?
25      A.   Yes.                    17:32:57
```

Page 330

```
1              Sanchez
2     Q.   And that is when you went to your
3   superior to make sure that whatever advice you
4   gave to Mr. Hesse was in compliance with Civil
5   Service Law; right?              17:33:07
6     A.   Right.
7     Q.   And then after you spoke with your
8   superior at some point in time, whether it was
9   that day or the next day, you called up Mr.
10  Hesse and you reiterated to him in sum and   17:33:15
11  substance what your superior had reiterated to
12  you?
13    A.   Exactly.
14    Q.   Paragraph 102:  Plaintiffs then
15  further allege, quote:  And plaintiffs would   17:33:27
16  not, quote, have a leg to stand on, close
17  quote.
18        Do you see that?
19    A.   Yes.
20    Q.   Did you use that phrase?    17:33:41
21    A.   I don't believe I did.
22    Q.   Is that a phrase that you commonly
23  use?
24    A.   No.  I am sure I explained that to
25  them in a different way, but I wouldn't tell   17:33:50
```

Page 331

```
1              Sanchez
2   them they don't have a leg to stand on.  I
3   explained to them that they didn't have the
4   rights that they seemed to have been under the
5   impression that they had with regards to their  17:34:00
6   temporary positions.
7     Q.   Now, with regard to the last part
8   of paragraph 102 where it says quote:  Raised
9   further complaints against Hesse, close quote.
10        Do you see that?             17:34:16
11    A.   Yes.
12    Q.   Do you recall ever telling them
13  that they have no rights with regard to
14  raising any further complaints against Hesse?
15    A..  No, because I wasn't aware of if   17:34:23
16  they wanted to complain about him.
17    Q.   Did you care whether they
18  complained about Hesse or not?
19    A.   No.  It had nothing to do with me.
20  The only thing that applied to me was the    17:34:35
21  Civil Service Law and how it applied to their
22  position.  If they hated George Hesse or had
23  any other beef with him, I don't care.
24    Q.   Did you have a financial interest
25  in whether or not Mr. Hesse remained an      17:34:47
```

Page 332

```
1              Sanchez
2   employee of Ocean Beach?
3     A.   No.
4     Q.   Did you have any interest
5   whatsoever in anything to do with Mr. Hesse in  17:34:52
6   this time period?
7     A.   No.
8     Q.   Let's look at paragraph 103:  Upon
9   information and belief Sanchez knew that her
10  statements to plaintiffs were false.      17:35:04
11        Do you see that?
12    A.   I do.
13    Q.   Is that a truthful allegation?
14    A.   No.
15    Q.   Did Mr. Graff ask you about that?  17:35:15
16    A.   No.
17    Q.   Let's look at the next part of 103
18  that:  Plaintiffs reasonably believed her
19  statements to be true.
20        Do you see that?             17:35:27
21    A.   I do.
22    Q.   To the best of your knowledge is
23  that a truthful statement?
24    A.   I would assume so.  I know that
25  they didn't like what I had to say and they   17:35:35
```

Page 333

```
1              Sanchez
2   tried to argue it.  But I don't -- I didn't
3   get the feeling that they thought that I was
4   lying.
5     Q.   Okay, and did Mr. Graff ask you    17:35:43
6   any questions about the plaintiffs' reasonable
7   belief during this meeting as to anything that
8   you said?
9     A.   No.
10    Q.   Paragraph 103 continues on, it    17:35:55
11  says quote:  And that plaintiffs likely would
12  act in a reasonable reliance on her
13  statements.
14        Do you see that?
15    A.   Yes.                17:36:07
16    Q.   Did Mr. Graff ask you any
17  questions with regard to that part of
18  paragraph 103?
19    A.   No.
20    Q.   Do you have any basis one way or   17:36:13
21  the other to give me an opinion on whether
22  that aspect of the allegation is true or not?
23    A.   I don't care what they did with my
24  statement.  I told them what it was.  I told
25  them the truth, what the law was and whatever  17:36:26
```

Page 334

```
 1            Sanchez
 2  they choose to do with it, it doesn't matter.
 3      Q.   That is fine.
 4           Let's go on paragraph 103 starting
 5  with the sentence:  Moreover.  Do you see      17:36:37
 6  that?
 7      A.   Yes.
 8      Q.   Moreover Sanchez made these false
 9  statements with an intent to deceive
10  plaintiffs and prevent them from seeking legal  17:36:50
11  recourse in connection with their termination.
12           Do you see that?
13      A.   I do.
14      Q.   Let's break this down a little
15  bit..  Did you make any false statements to any  17:37:00
16  of the plaintiffs at this meeting?
17      A.   No.
18      Q.   Did you make any statement to any
19  of these three plaintiffs with an intent to
20  deceive them during this meeting?              17:37:11
21      A.   Absolutely not.
22      Q.   Did you make any statements to any
23  of these three plaintiffs in order to prevent
24  them from seeking legal recourse in connection
25  with their alleged termination?               17:37:21
```

Page 335

```
 1            Sanchez
 2      A.   No.
 3      Q.   Did you care one way or the other
 4  what they did with regard to any legal
 5  recourse for their alleged termination?        17:37:27
 6      A.   No.  It doesn't affect me in any
 7  way.
 8      Q.   Did you have anything to do with
 9  the decision not to -- withdrawn.
10           Did you have, did you consult with  17:37:39
11  George Hesse with regard to what officers were
12  not going to be rehired?
13      A.   No.  I didn't know until after it
14  was done.
15      Q.   Let's look at paragraph 104:  When  17:37:48
16  officers Fiorilli, Nofi and Lamm left
17  Sanchez's office, Sanchez immediately called
18  Hesse and notified him of the substance of her
19  conversation with plaintiffs.
20           Do you see that?                     17:38:07
21      A.   I do.
22      Q.   Did you do that?
23      A.   I did not do that.
24      Q.   So this allegation is false?
25      A.   It is false.            17:38:13
```

Page 336

```
 1            Sanchez
 2      Q..  Did Mr. Graff ask you any
 3  questions with regard to this specific
 4  allegation to the best of your recollection?
 5      A.   He asked me who I called and if I  17:38:19
 6  recalled when, and my answer did not include
 7  calling George Hesse.
 8      Q.   Let's look at the next clause of
 9  paragraph 104:  In flagrant disregard of her
10  promise to keep plaintiffs' conversation       17:38:36
11  confidential.
12           Do you see that?
13      A.   Yes.
14      Q.   Did you make any promise to any of
15  the plaintiffs to keep their conversations     17:38:42
16  confidential?
17      A.   I did not.
18      Q.   Now, 104, the last sentence, I am
19  going to read it into the record:  It is not
20  surprising that Sanchez breached her promise   17:38:57
21  to Officers Fiorilli, Nofi and Lamm as Hesse
22  has bragged to Officer Carter about having a
23  sexual relationship with Sanchez in the past.
24           Do you see that?
25      A.   I see it.            17:39:12
```

Page 337

```
 1            Sanchez
 2      Q.   Now, are you aware as to whether
 3  or not Hesse has ever bragged to Officer
 4  Carter about anything to do with you?
 5      A.   No.            17:39:22
 6      Q.   And just so we are clear, because
 7  I don't know if we were clear during
 8  Mr. Graff's questioning of you.  Have you ever
 9  had a sexual relationship with Mr. Hesse?
10      A.   No.            17:39:29
11      Q.   Have you ever desired to have a
12  sexual relationship with Mr. Hesse?
13      A.   No.
14      Q.   Would you ever want to have a
15  sexual relationship with Mr. Hesse?          17:39:38
16      A.   No.  And I am a lesbian which
17  might preclude him from that pool of potential
18  suitors anyway.  So no.  And I have been a
19  lesbian long before I ever met George Hesse,
20  and should I decide to change my mind and not  17:39:57
21  be a lesbian George Hesse would be the last
22  person that I would ever choose on earth that
23  I would ever want to have a sexual
24  relationship with.
25           MS. ZWILLING:  Don't tell me you   17:40:08
```

Page 338

```
 1           Sanchez
 2    have more.
 3           MR. NOVIKOFF:  Well, I have a
 4    little bit.
 5       Q.   105.  Mr. Graff didn't ask you any  17:40:10
 6    questions about 105, did he?
 7       A.   No.
 8       Q.   105 plaintiffs allege:  Officer
 9    Lamm thereafter received a notice from Suffolk
10    County Civil Service stating that he was      17:40:34
11    quote, not qualified, close quote, to serve as
12    a police officer despite his years of
13    distinguished service at the OBPD.
14           Do you see that?
15       A.   I do.                   17:40:46
16       Q.   Do you have any knowledge or
17    information concerning the allegation that
18    Lamm thereafter received a notice from Suffolk
19    County Civil Service stating that he was not
20    qualified?                      17:40:56
21       A.   I know nothing about that, and I
22    don't believe that anything like that was
23    submitted into evidence as well.
24       Q.   Now, let's go to paragraph 186
25    which is on page 43, and again Mr. Graff   17:41:11
```

Page 339

```
 1           Sanchez
 2    didn't ask you this question so I feel
 3    compelled to ask you this question.  Did you
 4    ever conspire with Mr. Hesse with regard to
 5    anything to do with violating the rights of    17:41:31
 6    the plaintiffs?
 7       A.   No.
 8       Q.   Did you ever engage in a
 9    conversation with Mr. Hesse where he indicated
10    to you that it was his intent to violate the   17:41:40
11    rights of the plaintiff?
12       A.   No.  To the contrary.  He called
13    me on the telephone to ask me what the proper
14    thing would be to do with regards to the law.
15       Q.   186:  As set forth above        17:41:57
16    defendants Hesse and Allison Sanchez conspired
17    to unlawfully destroy plaintiffs' careers.
18           Do you see that?
19       A.   Yes.
20       Q.   Did you conspire with Mr. Hesse to  17:42:13
21    unlawfully destroy plaintiffs' careers?
22       A.   No.
23       Q.   Do you care one bit with regard to
24    plaintiffs' careers?
25       A.   I didn't even know the plaintiffs.  17:42:21
```

Page 340

```
 1           Sanchez
 2       Q.   Then paragraph 186 continues on:
 3    And shared a mutual agreement and
 4    understanding regarding their objective to do
 5    so and the manner in which the common       17:42:32
 6    objective was to be achieved and committed
 7    numerous overt acts in furtherance thereof.
 8           Do you see that?
 9       A..  I do.
10       Q.   Did you share a mutual agreement   17:42:45
11    with Mr. Hesse concerning anything to do with
12    the plaintiffs' careers?
13       A.   I never did.
14       Q.   Did you have an understanding with
15    Mr. Hesse with regard to the destruction of   17:42:55
16    concerning the destruction of their careers?
17       A.   No.
18       Q.   Did you commit numerous overt acts
19    in furtherance of the alleged objective to
20    destroy the plaintiffs' careers?          17:43:08
21       A.   Absolutely not.
22       Q.   Do you have any idea as to why you
23    have been hauled and dragged into this lawsuit
24    as a defendant in your individual capacity?
25       A.   No.  I mean it is all based on     17:43:18
```

Page 341

```
 1           Sanchez
 2    fabricated lies.  I would imagine people cross
 3    their fingers and hope that somebody believes
 4    their lies and try to get some money.
 5       Q.   Well --                 17:43:34
 6       A.   I don't know, I suppose they can't
 7    imagine the fact that somebody wouldn't want
 8    them and have to come up with some fabricated
 9    story as to why not.  I don't have any role in
10    this, I have absolutely no idea.        17:43:44
11       Q.   Well, I thank you very much for
12    your time and your patience in this matter,
13    and I hope that this is the last time that I
14    have to see you or hear about you in this case
15    because it is my sincerest hope that someone   17:43:58
16    would withdraw your name as a defendant in
17    this matter.
18           MR. GRAFF:  Ms. Sanchez, just one
19    very brief follow up on something from
20    your response to Mr. Novikoff.         17:44:09
21    EXAMINATION BY
22    MR. GRAFF:
23       Q.   When you testified that Hesse
24    would be the last person on earth that you
25    would want to have a sexual relationship with,  17:44:16
```

Page 342

```
 1              Sanchez
 2 did you mean anything, was there any
 3 particular reason why you made that statement?
 4     A.   I find him highly unattractive.
 5     Q.   I have nothing further.        17:44:32
 6     A.   Which includes the fact that he is
 7 a man.
 8     Q.   Okay..  Are you done with your
 9 response?
10     A.   Yes.                17:44:41
11          MR. CONNOLLY:  I have no
12 questions.
13          MR. GRAFF:  This deposition is
14 adjourned.
15          THE VIDEOGRAPHER:  The time is   17:44:47
16 5:44, we are off the record.
17          (Time noted:  5:44 p.m.)
18          _____
19          ALLISON SANCHEZ
20
21 Subscribed and sworn to before me
22 this ___ day of _____, 2009
23
24 _____
25
```

Page 343

```
 1
 2         C E R T I F I C A T E
 3 STATE OF NEW YORK   )
 4                : ss.
 5 County OF NEW YORK  )
 6
 7      I, Philip Rizzuti, a Notary Public
 8 within and for the State of New York, do
 9 hereby certify:
10      That ALLISON SANCHEZ, the witness
11 whose deposition is hereinbefore set forth,
12 was duly sworn by me and that such deposition
13 is a true record of the testimony given by
14 the witness.
15      I further certify that I am not
16 related to any of the parties to this action
17 by blood or marriage, and that I am in no way
18 interested in the outcome of this matter.
19      IN WITNESS WHEREOF, I have
20 hereunto set my hand this 2nd day of
21 March, 2009.
22          _____
23          PHILIP RIZZUTI
24
25
```

Page 344

```
 1
 2 ----------------- I N D E X ----------------
 3 WITNESS       EXAMINATION BY      PAGE
 4 ALLISON SANCHEZ   Mr. Graff     8, 341
 5          Mr. Novikoff     318
 6
 7 ------------ INFORMATION REQUESTS -----------
 8 DIRECTIONS:   18, 30, 35, 44, 92, 123, 163,
 9          257, 262, 287
10
11 REQUESTS:    147, 210, 261
12
13 ----------------- EXHIBITS -----------------
14 Sanchez Exhibit 1, Civil Service   6
15 HR Organization Chart,
16 Sanchez Exhibit 2, document       6
17 headed police officer,
18 Sanchez Exhibit 3, document       6
19 headed Sergeant (Police:Towns
20 and Villages),
21 Sanchez Exhibit 4, document       6
22 headed police officer, part-time
23 seasonal,
24 Sanchez Exhibit 5, one-page     157
25 document, Bates number 005769,
```

Page 345

```
 1
 2 Sanchez Exhibit 6, one-page     171
 3 document without Bates number,
 4 Sanchez Exhibit 7, one-page     176
 5 document bearing Bates number
 6 005916,
 7 Sanchez Exhibit 8, one-page     184
 8 document bearing Bates number
 9 003847,
10 Sanchez Exhibit 9, two-page     187
11 document, 000270 through 271,
12 Sanchez Exhibit 10, document     191
13 bearing Bates number 003911,
14 Sanchez Exhibit 11, one-page     199
15 document, Bates number 5915,
16 Sanchez Exhibit 12, one-page     203
17 document without Bates number,
18 Sanchez Exhibit 13, document     220
19 numbered 002670,
20 Sanchez Exhibit 14, report of     221
21 personal changes,
22 Sanchez Exhibit 15, complaint,    263
23 Sanchez Exhibit 16, multipage    268
24 document bearing Bates numbers
25 2652 through 2658,
```

Page 346

```
 1
 2      Sanchez Exhibit 17, two-page      269
 3      document bearing Bates numbers
 4      233 and 234,
 5      Sanchez Exhibit 18, one-page      280
 6      document bearing Bates number P
 7      602,
 8      Sanchez Exhibit 19, three-page    289
 9      document bearing Bates numbers
10      264 to 266,
11      Sanchez Exhibit 20, letter dated  298
12      August 23, 2004,
13      Sanchez Exhibit 21, one-page      301
14      document without Bates number,
15      Sanchez Exhibit 22, one-page      303
16      document bearing Bates P 543,
17      Sanchez Exhibit 23, four-page     305
18      document, Bates P 373 to 376,
19      Sanchez Exhibit 24, letter dated  306
20      February 23, 2006,
21      Sanchez Exhibit 25, two-page      306
22      list,
23      Sanchez Exhibit 26, three-page    313
24      document, Bates numbers 10185
25      through 10187,
```

Page 347

```
 1
 2      Sanchez Exhibit 27, report of     313
 3      personnel changes,
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 348

```
 1
 2           *** ERRATA SHEET ***
 3      NAME OF CASE: CARTER VS. OCEAN BEACH
        DATE OF DEPOSITION:  February 18, 2009
 4      NAME OF WITNESS:   ALLISON SANCHEZ
        PAGE  LINE     FROM        TO
 5      ___|___|_____|_____|
 6      ___|___|_____|_____|
 7      ___|___|_____|_____|
 8      ___|___|_____|_____|
 9      ___|___|_____|_____|
10      ___|___|_____|_____|
11      ___|___|_____|_____|
12      ___|___|_____|_____|
13      ___|___|_____|_____|
14      ___|___|_____|_____|
15      ___|___|_____|_____|
16      ___|___|_____|_____|
17      ___|___|_____|_____|
18      ___|___|_____|_____|
19
20           _____
21           ALLISON SANCHEZ
22      Subscribed and sworn to before me
23      this _____ day of _____, 2009.
24      _____  _____
25      (Notary Public)     My Commission Expires:
```

**A**

**abbreviation** 312:24 315:4
**abide** 72:11
**ability** 13:20,24 91:21 92:11 129:17,24 130:4,7 244:19
**able** 12:9 14:7,15 23:15 31:6 60:18 63:21 85:6 130:17,19 158:20 208:17 292:15 295:4 305:3 316:19
**absence** 65:10 186:5
**absolutely** 14:17 36:11 44:10 77:21 250:22 265:16 334:21 340:21 341:10
**abuse** 325:11
**AC** 270:19
**academy** 91:13 99:16 100:22 101:8,10 158:18,24 159:2,4 163:10
**accept** 83:17 285:25
**acceptable** 9:3,8 56:3 108:16 133:12
**accepting** 81:20
**accompanying** 240:16
**accomplish** 116:23 166:17
**accomplished** 266:20
**accountant** 254:19
**accounts** 41:17 42:2,4
**accuracy** 227:12,18,20
**accurate** 152:23 197:22 197:24 263:18 322:19 324:9 329:8
**accused** 10:11
**accusing** 264:24
**achieved** 121:20 340:6
**achieving** 99:2
**acknowledged** 95:19
**act** 333:12
**ACTING** 1:11
**action** 7:23 16:12 34:14 216:2,6 259:5 263:20 319:3,20 320:11 343:16
**actively** 99:24
**acts** 340:7,18
**actual** 51:12 78:5 133:5 149:7 191:15 285:12
**add** 31:6
**addition** 181:15 250:9 265:24 299:4
**additional** 93:20 94:14 97:3 102:19 275:10
**address** 19:3,11 140:9

201:9 216:23 228:20 273:13
**addressed** 153:25 155:8 165:2 170:21 171:4 172:15 177:8 205:23 206:7,21 246:2
**addresses** 177:11,15,15 177:19,20
**adhered** 118:5
**adjourned** 342:14
**administered** 68:7 107:10,19 109:6
**administrator** 151:17
**adopt** 36:15,20 174:4,6
**adopted** 51:14
**ADT** 293:13,15
**adversely** 265:11
**advice** 330:3
**advise** 18:22 248:19
**advised** 18:17,23 173:2 300:5 329:3,10,11
**advisement** 210:21
**affect** 13:20,24 265:11 335:6
**afield** 45:14
**afternoon** 324:10
**agencies** 159:24 279:16
**agency** 40:12 64:14 65:13 289:2,3
**agency's** 65:9
**agility** 202:10,18,23
**ago** 119:10 200:8 267:16 288:16
**agree** 11:21,23 44:16 46:20 58:7,10,20 67:12 72:25 76:6 128:12 161:2 172:18 183:14 196:8 328:18 328:19
**agreeable** 135:11
**agreed** 5:2,7,11 58:16
**agreement** 340:3,10
**agrees** 198:2
**ahead** 16:24 53:21 267:14
**aimed** 60:25
**Alan** 145:21 157:3 159:5,7 161:25 170:15 189:15 218:7 218:7 219:8 262:6,9 281:13,22 282:2,9 283:8 284:2,16 312:5 322:17,24
**Alan's** 282:15
**Albanese** 277:21
**alcoholic** 13:16
**allegation** 162:2 259:2 320:3 324:4 325:2

332:13 333:22 335:24 336:4 338:17 340:15
**allegations** 16:5 45:16 83:24 131:16 162:6 320:2
**allege** 322:3 329:2 330:15 338:8
**alleged** 232:8,10 319:2 324:20 326:13 334:25 335:5 340:19
**allegedly** 323:15
**alleges** 259:3
**Allison** 1:14,19 2:7 7:7 8:3 9:13 70:5 172:10 172:14,20 239:2 320:15 321:12 322:2 339:16 342:19 343:10 344:4 348:4,21
**allow** 36:6,8 44:18 95:24 96:7 127:8 258:5,20
**allowed** 154:25 186:6 213:5 242:24,25 243:4
**allowing** 245:14
**aloud** 264:24
**alternative** 12:25
**ambiguity** 61:17,22
**ambiguous** 61:24
**amount** 78:9
**amputated** 102:18
**analysis** 166:15
**analyst** 24:11,13,19,23 25:4,11 26:5,15 27:2 27:11 28:20 29:9 31:23 33:6 34:15 37:2,7,20,25 38:4,14 38:21,24 46:11 47:9 48:13 49:19 50:14 51:22 52:2,16,25 54:5 54:23 55:4,22 59:10 59:16,20 66:18 70:12 84:9 85:20 87:24 88:20 110:9,19 111:14,23 112:24 114:3,8 115:13 116:19 117:2,15 118:15,19 119:14 121:19 122:3 127:15 128:6 130:18 137:9 137:13,14 142:18 143:6,19 144:7 145:12 146:19,21 147:4,10,13,14,16,17 147:18,19 152:2 153:7,22 162:24 165:15 166:20 170:11 170:24 192:4 194:9 206:6 209:14,18

221:21 278:10,15 304:20 306:4
**analysts** 38:6,9 119:6
**and/or** 65:13
**answer** 13:14 14:7,15 15:21 17:6,9 28:15 31:18 35:4 36:7 53:21,22 60:19 70:4 73:11 75:18 76:2,5,6 79:3,4 82:17,18 90:7 93:10 95:14,17 96:7 106:3,20 107:16,18 121:23 123:17 129:20 132:15 133:5 134:3,6 138:5 139:18 146:6 156:8 160:18 162:3,8 164:14 165:13 169:12 172:16 182:16 185:9 187:17 189:13 195:18 197:17 198:14 202:3 215:5 227:16 228:24 236:11,21,21 239:24 250:20 257:19 277:14 285:3 289:11,14 336:6
**answered** 17:22 121:24 161:20 225:24 227:15 239:13 286:19 297:5 315:20
**answering** 35:20 243:9
**answers** 10:23 240:2
**anybody** 17:23 109:19 110:3 120:2 126:15 127:22 164:24 165:9 165:12 169:5 257:22 262:2 265:22,23 267:25
**anyway** 102:24 215:19 243:25 252:14 260:10 337:18
**apologize** 104:15 176:25
**apparent** 301:3
**Apparently** 229:6 295:5
**appear** 46:11,20 76:13 147:25 173:4 189:17 196:5 292:6 309:25
**appearance** 141:5
**appeared** 15:4,9,20 267:17
**appearing** 288:25
**appears** 160:15 162:14 271:10 285:17 288:11 288:13 319:21
**apples** 101:12 105:22
**applicable** 50:13 96:16 96:25 97:4 103:19 106:13 137:23 144:4

164:23
**Applicant** 298:10
**application** 22:14 27:3 27:9 28:18 29:23 30:3,13,14,16 83:22 131:13 145:11 146:2 195:20
**applied** 30:9 64:2 68:13 68:25 69:10,17 91:2 143:12 185:18 243:2 243:25 248:10 250:8 251:19 301:4 327:9 331:20,21
**applies** 69:6,19 130:11 130:13
**apply** 70:10 90:16 94:10 97:24 107:22 142:16 143:4,7,16 197:12 299:13
**applying** 22:10
**appoint** 186:6 267:24
**appointed** 29:13 81:2 130:15 186:3
**appointing** 267:21 273:6 323:8,14
**appointment** 80:10,17 80:20,22,25 82:10,21 109:17 160:9 163:9 185:3,15,23 186:14 234:8,13 288:24 293:7 294:5
**appointments** 311:12
**appoints** 81:17
**appropriate** 11:19,21 12:23 47:3 62:18 65:24 66:10 103:24
**appropriately** 165:2
**approval** 151:4
**approve** 150:25 268:4 268:5
**approved** 109:17 160:9 217:2 223:8 224:5,7 270:15 272:22,25 274:11,15,16,17 290:17 291:19,22 295:8 309:24 310:24 311:13,25 312:20,20 315:4
**approved/disapproved** 311:7
**approving** 267:22 323:8,14
**approximately** 7:13 112:12 208:20 210:9 211:20
**April** 22:9,11 24:21 66:16 115:6 174:2,11 218:24 231:19,21 232:12

**APT** 293:5
**archivist** 155:17,20,21
    155:22,25 156:12,20
    156:21,24
**area** 25:20 26:13 42:22
    44:21 45:15 50:6
**areas** 25:25
**argue** 245:5 333:2
**Ari** 7:20 15:13 36:20
    125:4 159:12 164:16
    166:18 168:13 189:10
    191:7 204:23 206:11
    217:20 218:25 227:15
    254:24 289:5 304:12
**ARIEL** 3:8
**arising** 110:18
**Arlene** 4:17 8:3
**Arnold** 296:8 303:3
**arrest** 44:2,6,24 45:2
**arrived** 241:13
**art** 323:21
**aside** 48:6 83:6,8
    171:12 176:7 184:3
    184:23 222:15 254:5
    254:15 256:8,16
    269:11 297:16 301:15
    303:5,19 306:6 314:7
**asked** 12:3 28:5 35:20
    67:18,18 78:18 79:21
    85:18 88:8 92:16
    110:2 115:21 128:21
    128:23 129:3 134:18
    161:20 167:16 168:13
    170:2 192:9 215:20
    221:10 225:25 228:23
    238:22 239:13 242:20
    243:2,13,13 251:5,13
    253:18 259:13,16,17
    262:11 268:11,14
    277:4,9,10 297:4
    298:17 307:3 308:5,9
    309:17 326:5,9,16
    329:19 336:5
**asking** 12:12 29:25
    30:8 33:12,20 34:17
    34:20 36:12 46:15,16
    50:11 51:2,4 53:14
    54:14 56:10 67:13,15
    68:20 69:14 75:2,4,5
    75:23 76:9,15 78:10
    80:4 82:4 84:18,25
    88:10,24,24 89:8 93:5
    93:8 94:17 95:22
    96:5,22 100:8 102:6
    102:22,25 103:6
    105:8,17 106:3
    108:15,22 132:25
    133:20,23 134:10
    136:6,7,9,23 138:16

**139:9 148:19 152:15**
    161:10,13,14 164:10
    169:14 183:10 185:8
    189:9 197:25 198:4
    199:7 203:7,11
    204:11 213:4,7 214:8
    214:10 215:25 225:19
    227:19 232:23 242:11
    251:7,19 254:8
    258:12 262:9 281:4
    284:20 287:6 288:15
    288:20 310:8 322:18
**asks** 84:15
**aspect** 333:22
**aspects** 43:14
**assertions** 134:24
**assigned** 25:22,24 26:8
    26:17 60:2 152:2
    316:23
**assigning** 208:3
**assignments** 207:13,15
**association** 7:17 298:15
**assume** 8:25 12:9 83:9
    105:18 122:12 136:25
    137:3 234:13 301:12
    310:5 332:24
**assumed** 75:13 207:11
**assumes** 81:15 101:3
    102:8 109:22
**assuming** 109:25 171:5
    260:5
**assumption** 12:16,17
    59:25 104:6 110:5
**assure** 257:11
**assured** 265:3
**assuring** 82:2
**asterisk** 296:9
**asterisks** 202:9,10
**attached** 188:12 273:2
    299:11
**attain** 21:10 22:24
    70:20 106:16
**attained** 225:4
**attaining** 26:25 70:16
    71:5
**attainment** 71:8
**attempt** 215:19
**attempted** 260:17
**attempting** 158:15
    207:7 211:21
**attempts** 113:10,12
    179:4 209:24
**attend** 20:25 21:6,8
    100:22 211:25
**attendance** 101:8,11
**attended** 21:21
**attention** 62:23 141:22
    142:9 165:18 202:20
    252:22 273:11 326:3

**attest** 219:19
**attorney** 2:9 8:4 14:25
    35:15 58:11,15 72:23
    93:2 94:25 166:5
    168:23 169:2 170:20
    171:3 254:18
**attorneys** 3:5,11,17 4:5
    95:9 170:18
**Attorney/client** 263:2
**AT/SN** 316:4
**audience** 256:15
**August** 219:8 298:3,5
    346:12
**author** 161:12,14 203:3
    216:23 288:9
**authored** 164:4
**authority** 215:17 273:6
    329:5
**available** 194:16 197:3
    197:10 210:16
**Avenue** 3:6
**aware** 16:17 17:3 31:24
    32:11 33:7 87:20
    91:9 107:6 108:5
    117:23 163:4 169:6
    170:19 177:21 180:17
    204:24 205:2,9
    206:25 207:2,4
    208:11 209:8,10
    213:10 215:12 216:3
    230:4 234:21 235:2,5
    235:6,7 242:12,15
    245:19,22 247:5,18
    255:18,20 257:14
    277:19 295:3 318:25
    319:5,6,9 331:15
    337:2
**a.m** 2:5 7:13

------

**B**

**B** 1:11 3:11 8:9 17:20
    196:5
**BA** 21:20 38:18,20
    40:17
**Bachelor's** 21:15,17
    28:21 29:11,18
**back** 27:24 28:11 38:16
    49:6 74:20 86:24
    150:13 163:11 188:19
    190:17,20 202:20
    208:23 211:6 217:12
    218:24 220:3 224:11
    226:10 239:20 249:6
    249:13 272:19 273:4
    283:16 287:22 295:23
    305:6 309:20 311:19
    311:20 326:9 327:4
**background** 20:22
    44:12,13 58:18

**Bacon** 274:17
**bad** 183:2,5
**bald** 253:4,9
**ball** 65:25 266:8
**Barbara** 145:22
**based** 81:7 102:16
    154:9,23 156:4 168:2
    177:23 183:15 188:22
    189:6 192:20,22
    199:10,17 203:4
    215:7,12 242:7,8
    243:19,23 244:5,13
    244:17,23 245:8
    268:16 272:14 327:22
    329:12 340:25
**basically** 168:12
**basis** 41:20 49:13 77:21
    128:25 189:4 247:13
    255:8 256:2 284:22
    284:25 313:9 333:20
**Bates** 46:8 63:2 141:24
    157:15,19 171:17,19
    176:10,13 184:7,10
    186:25 187:4 190:14
    190:25 191:4 199:23
    200:2 203:22,24
    221:12 222:19 268:22
    268:24 269:17,20
    280:5,8 289:22,25
    293:20 298:19 301:17
    301:20 303:21,24
    305:10,13 307:5
    309:13 313:15,18
    314:10 344:25 345:3
    345:5,8,13,15,17,24
    346:3,6,9,14,16,18,24
**Batista** 303:14
**Bay** 201:10
**beach** 1:8,10 3:18,19
    4:5 7:9 16:5 17:12
    18:11 51:21,24 52:7
    52:14,18,23 54:3,8,13
    54:22 55:4,9,20 56:17
    59:9,16,19 60:3,3,4,5
    60:17,22,23 61:6
    63:24 65:22 66:3,13
    66:23 68:14 69:11
    70:11,21 71:6,25 72:5
    72:8,11 74:2,7,14
    81:8,17,21 84:11,16
    85:22 86:18 87:22
    88:19 89:22 91:5
    93:17,19,22 97:6,17
    97:21,22 98:15,17
    99:23,24 100:1,5,11
    100:24 101:23 102:3
    103:16 104:23 105:12
    106:18 110:9,11,23
    111:8,15 112:2,4,13

**114:2,6,13 117:19**
    118:6,21 119:3,9
    121:3,5,12,20 122:25
    123:13 124:6,15
    125:16,17 127:15
    135:25 142:17 143:5
    143:18 144:6 148:17
    148:20,25 149:3,5,15
    149:21 150:13 151:18
    152:3,7,9,11,19,20
    153:6,10 154:8 156:3
    156:19,25 157:15,18
    162:23 163:4 164:21
    164:23 173:3,13,17
    173:24 174:24 175:11
    176:10 180:9 181:24
    182:13 184:7 186:25
    190:14,25 199:23
    201:17,18,20 202:5
    205:19,25 206:8,22
    209:13 210:25 212:11
    212:14 221:12 222:19
    223:24 224:5,15
    226:9,16 236:17
    247:15 251:14,22,25
    252:2 254:22 266:3,4
    268:21 269:17 272:19
    278:8,19 279:8
    283:16 286:18 289:3
    289:23 298:10,14
    307:24 309:20 313:15
    314:10 322:6,23
    329:23 332:2 348:3
**Beach's** 85:5 90:13
**bearing** 44:14 109:3
    157:15,18 176:10,13
    184:7,10 186:25
    187:4 190:25 191:4
    221:12 266:2 268:22
    268:24 269:17,20
    280:5,8 289:22,25
    303:21,24 313:15
    314:10 345:5,8,13,24
    346:3,6,9,16
**becoming** 24:5 25:25
    131:13,15
**BEE** 4:4
**beef** 331:23
**began** 100:2 104:22
    111:24 128:4 151:25
    293:25 294:6
**beginning** 103:15 106:8
    112:12 251:9 315:16
    315:18
**begun** 152:7
**behalf** 15:5,10 90:8
**behaved** 329:4
**belief** 267:20 287:25
    323:7 332:9 333:7

**beliefs** 53:11
**believe** 11:19 39:10
41:16 48:17 61:16
71:18 113:22 118:13
131:14 134:15 148:4
152:16 158:21 171:10
181:21 205:20,20
209:19,23 210:5
217:4 234:4,19
235:13 238:25 242:5
246:21,23,25 249:16
250:6 264:17 267:19
268:13,14 278:16
283:8 285:21,24
300:20 303:18 321:5
321:19 323:2 324:2
327:20 330:21 338:22
**believed** 325:18 332:18
**believes** 164:2 341:3
**belong** 188:16 238:10
**beneath** 126:13
**benefit** 19:22 257:3
**Benevolent** 298:15
**best** 52:12,21 287:24
332:22 336:4
**bet** 249:17
**better** 49:11 150:8
304:22,24 321:9
**beverages** 117:4
**big** 300:22 301:5,11
**Biglan** 52:11 118:12,14
118:20,23 119:2,7,19
153:11,13
**billing** 39:15,19,22,24
40:4,10
**bit** 9:5 186:16 199:6
200:7,16 274:4
299:22 318:15 325:17
334:15 338:4 339:23
**blending** 193:15
**block** 205:14 295:11
**blood** 343:17
**blow** 252:9
**blowing** 245:12 252:6
**body** 125:22
**bold** 172:9 223:10
320:13
**book** 57:5 197:19 250:7
250:12
**bordering** 176:3
**boring** 305:5
**bottom** 47:6,8,24 60:22
63:11 223:7 229:7
273:5 291:18 292:2
295:12 296:7 297:11
299:7 312:4
**Boucher** 178:18
**boundaries** 64:19
98:24

**box** 4:15 189:7 201:11
201:12,15 217:17
219:9 286:25 287:8,9
287:13,16,17,19
**boxes** 47:6,7,11 201:22
287:15
**bragged** 336:22 337:3
**breached** 336:20
**break** 13:12,15 84:2
99:13 102:16 104:11
104:15 141:4,10,21
148:10 178:12 182:21
220:13 221:9 247:22
247:24,25 297:21
300:6 306:8 309:12
312:12,13,18 325:16
334:14
**breaks** 99:11,12,14
179:9 272:15 299:24
312:11,21
**brief** 124:20 318:12
341:19
**briefly** 27:22 202:19
**broad** 37:9 103:7
**broadly** 94:10
**Bronx** 61:4
**Brook** 21:9,11,21
**Brooklyn** 61:4
**brought** 33:5 116:17
124:25
**budget** 240:4
**budgetary** 239:18
**building** 4:12 201:22
238:19 249:20
**business** 179:3
**busy** 180:10,25

_____
**C**

**C** 1:8 3:2 4:2 8:13
145:4 276:17 343:2,2
**calendar** 112:6
**call** 45:12 58:11 76:13
89:2 95:22 96:2
113:17 148:2 165:14
210:18 212:4 261:23
276:18,24 277:2,3,7
277:13 279:17,20,23
314:24 315:14,15
**called** 8:13 89:2 113:14
136:2 149:4 194:3
233:24 236:15 240:12
240:19,21 249:5,9,11
251:23 298:10,14
329:20 330:9 335:17
336:5 339:12
**calling** 286:23 336:7
**calls** 33:23 43:20,22
92:24 94:6 103:21
113:15 166:4 211:14

238:21
**candidate** 63:20 80:7
80:23,25 91:12
104:12 173:3,14
**candidates** 80:11 82:10
186:5,11 196:23
197:4 199:15,18
**candidate's** 80:24
**candidly** 265:6,21,23
**canvas** 192:22 196:15
196:18,22 197:2,10
199:13,14
**capacities** 253:16
**capacity** 1:9,10,12,15
38:14,19 39:3 123:21
124:7 156:21 166:19
174:9 205:11 212:16
213:3,12 214:15,25
221:21 227:4 228:23
318:20,23 340:24
**capital** 142:11 177:3
**capitals** 63:12 125:24
**captain** 279:20
**card** 129:5,11,12 130:5
130:6,14,21,24
131:23 132:8,11,23
133:5,11,16 134:9,12
135:23,24 136:2,3,13
136:14,18 138:4,7,14
148:11 149:2 150:6,9
150:10,12,12,18
151:7,11 223:20
224:9
**cards** 132:5 133:13
135:13,20,21 137:5,7
137:22 139:3,11,14
139:25 140:14,16,19
140:20 141:2 150:23
151:8
**care** 190:22 236:12
240:7 252:18 286:8
286:21 331:17,23
333:23 335:3 339:23
**careers** 319:5 320:17
320:22 339:17,21,24
340:12,16,20
**carry** 257:3
**carrying** 175:17 213:18
**Carter** 1:3 7:8 289:4
308:17 336:22 337:4
348:3
**Carter's** 308:24
**case** 10:12 15:4,10 16:4
19:5 31:9 44:11,15
45:16 58:22 71:23
77:18,23 95:7 101:16
103:9 107:4 128:19
128:20 130:11 146:5
161:24 210:23 227:23

227:24 292:8 319:2
341:14 348:3
**catching** 56:8 139:20
**categories** 14:13 44:8
45:2 56:24 57:17,25
**category** 54:9 125:18
**cause** 259:5 319:2,20
325:9
**caused** 259:6
**certain** 28:6 87:3 89:19
111:12 134:24 197:9
199:16 272:2 329:23
**certainly** 11:15 13:4
17:25 56:4 61:17
75:19 254:20
**certificate** 158:17,20
160:10 162:21 191:24
**certification** 5:5 66:3
158:17 194:4 196:24
201:3 252:7 288:3
**certifications** 22:3
100:20 194:2 196:14
**certified** 127:9 183:21
183:23,25
**certify** 287:24 343:9,15
**certifying** 287:11,18
288:17,24
**chain** 169:22 170:2,9
323:3
**chance** 63:4 125:7
142:14 144:2 157:23
176:17 184:14 187:8
191:14 221:14 269:3
269:24 280:11 290:5
298:20 301:22 307:5
**change** 107:18 120:21
291:5 293:5 315:13
315:21 324:16 337:20
**changed** 293:14
**changes** 130:2 221:2,4
313:23,25 345:21
347:3
**chapter** 15:14
**characterization** 68:22
156:8 169:19
**characterize** 153:2
**characterized** 252:4
**charge** 110:23 111:2
206:3
**charges** 33:14,16,21,23
34:3
**chart** 6:4,6 46:12 47:16
47:25 148:7,8 150:2
309:17,25 310:9
311:5,6,9,23 344:15
**charts** 147:23
**check** 87:4 270:15,16
290:24
**checked** 295:12

**checking** 210:6
**checklist** 109:16
**checkmarks** 271:11,13
271:14 290:19,22
**checks** 223:11
**Cherry** 172:7 173:4,10
173:15 174:19,23
175:13,14,16,22
303:4,6
**Cherry's** 173:24
**Chester** 172:10,14,20
**Chief** 1:11 113:5,8,20
208:23 211:13,16
**children** 20:19
**choice** 180:11
**choose** 50:10 195:25
327:13 334:2 337:22
**Christine** 8:4
**CI** 276:22 277:9
**circle** 271:20 300:20
**circled** 264:4 271:17
**circles** 300:22 301:5,6
301:11
**circling** 169:24
**circumstances** 101:15
102:11 103:13 104:3
104:19,24 105:15
107:3 195:13
**circumvent** 139:24
**citizen** 32:7
**citizens** 32:10
**City** 61:2,3 97:2,9,14
97:16
**civil** 1:13 6:3,5 8:23,23
22:16,18 24:14 26:10
30:23 32:19,21 34:19
35:7,14,25 36:10,13
36:24 37:2 49:22,24
50:3,5,13 51:6,12,15
51:15,19 52:14,23
53:5,13 54:4,21 55:17
55:21 59:8 60:10,14
64:16,20 70:23 72:12
72:12,15,21 73:3,13
74:9 75:15 76:7,14,16
84:12,16,19 85:6,10
85:15,21,24 87:4,20
88:17 89:10,11,13,19
89:24 90:2,14,19,22
90:25 92:13,23 93:16
93:20 94:9,15,24 95:2
95:6,20,23 96:3,8,15
96:25 97:3,9,12,14,19
97:23 99:21 100:9,12
101:4,6,14,18,21,24
103:14,18,24 104:5
104:20,25 105:13,24
106:14,15 108:2,11
108:16,19 109:2,5,19

109:24 114:15 115:5
116:14 117:12,17
118:4 120:24 123:15
123:22 124:3,8
125:12,15 127:8
129:13,24 130:3
131:25 135:16 137:15
137:23 138:11 142:7
147:15 149:18,20
151:10 153:10 154:7
154:10 156:2,5
164:22,25 165:21
167:15,16 168:13,15
169:6,8,15 170:10,20
170:22 171:3 175:4
180:14 183:21,24
185:4 186:4,19
187:17 188:13 189:11
192:21 195:17,23
197:16 204:6,11,14
204:18,25 213:8,9,23
213:24 214:5,11,14
214:23 215:9 216:3,7
219:7 222:10 223:24
224:3 232:24 242:20
243:16 246:11 251:11
253:23 255:4 257:24
268:6 275:21 278:16
278:20,22,23 279:3
279:11,21,25 286:18
288:23 304:21 320:4
322:4,5,23 323:22
326:22 327:3,16
328:3,23 329:5,21
330:4 331:21 338:10
338:19 344:14
**civilian** 92:5
**claim** 45:18
**claims** 146:4
**clarification** 18:25
31:17 78:24 79:21
124:25 199:20
**clarified** 94:9
**clarify** 12:4,11 15:18
18:6 32:8 34:20
36:11 48:20 51:10
66:8 159:3 161:16
200:5 274:5 277:4
**clarifying** 94:20
**class** 193:25
**classification** 22:18
47:13,25
**classifications** 104:5
**classified** 53:23 189:7,8
217:18 218:15 317:25
**clause** 287:23 321:25
322:9 324:19 325:8
336:8
**CLE** 90:10 132:19

**clean** 28:13
**clear** 10:23 22:20 28:16
31:5 34:25 61:14,25
84:22 85:4 96:20
98:20,22 99:18 105:8
110:5 120:18 126:18
140:22 185:10 191:7
196:4 207:7 216:24
217:22 239:3 243:6
264:18 269:12 275:25
295:25 337:6,7
**clearly** 46:17 133:25
200:12 213:15 292:14
**clerical** 137:9,10,11,14
151:5 223:19 224:9
290:21 291:4 292:7
294:15 295:22 314:21
316:10
**client** 11:6 134:20
255:12,14 258:17,19
258:23
**clients** 45:19 62:13
79:12 83:19 116:20
218:24 254:17,21
257:10 259:7
**client's** 31:7 65:5 77:18
103:2 134:22 135:4
**clock** 82:23
**close** 330:16 331:9
338:11
**code** 201:19 276:13,16
276:20 277:21 293:5
293:15 294:4 316:21
**coded** 275:8
**codes** 276:12 293:8
**coffee** 173:8
**Cohen** 37:22 38:3,7,10
47:15 145:22 146:23
147:3 161:4 166:19
166:24 167:6 169:5
169:19 170:12 248:25
249:9,14,19,23 250:4
250:13,17 251:2,12
261:6,8,25 282:18
**Cohen's** 166:8 250:3
**college** 21:6,8,21,25
29:11
**colloquy** 79:3 134:16
**color** 275:8 301:13
**column** 223:9 224:19
226:13 292:13,18,19
292:25 293:5,9
294:13 300:12 302:16
311:6 315:21 316:11
316:16 317:11
**columns** 315:10
**come** 17:10 50:4,12
117:14 121:17 158:11
160:3 186:20 234:2,8

234:14 255:10 261:17
283:2,15 304:12
319:14 326:9 341:8
**coming** 190:20 234:12
262:10
**command** 169:22 170:3
170:9 323:3
**commencing** 226:21
**comment** 49:14 79:14
200:9 227:17,20
**commentary** 18:3
19:24 36:18 62:6,17
**comments** 160:24
312:6,25 313:3
**Commission** 123:15
348:25
**commit** 340:18
**committed** 325:12
340:6
**committing** 44:7
**common** 15:15 340:5
**commonly** 330:22
**communicate** 19:7,8
110:10,17 120:2,11
124:5,14 179:15
193:20 209:16 211:15
211:22 212:13 235:24
236:4 237:5,16,24
239:10,16 274:8
**communicated** 10:24
41:23 118:11 152:6
152:17 167:5 179:23
180:3,21,23 181:8,9
239:7 259:19 262:2
**communicating** 211:11
**communication** 10:19
179:22 183:20 237:12
251:20,24 259:14
**communications**
166:24 237:13,14
251:21 260:13 262:12
262:20 327:23
**community** 25:18,20
305:3
**comp** 208:17
**company** 39:5 42:23
**compelled** 339:3
**competitive** 22:21
126:8,11,14,21,24
127:6,17 128:3,8
130:14 193:25 217:18
218:18 327:6
**complain** 331:16
**complained** 331:18
**complaining** 242:9
266:12 325:23
**complaint** 16:11,15,19
16:22 17:2 32:3,7
83:24 131:17,19

232:2,11,15 259:2
263:10,11,19,25
264:15 266:24 267:10
319:19 320:11 345:22
**complaints** 30:21 31:23
32:8 33:5 252:17
325:10,20 331:9,14
**complete** 80:12 82:11
114:15 149:5 163:10
263:18 311:5
**completed** 23:17,24
91:13,14 158:18
159:2,4 174:15,16
179:12 180:7,19
245:15 247:6,9
**completely** 13:25 14:23
31:4,14 193:14
217:21
**completion** 149:9
**compliance** 26:10
48:14,18,22 51:15
53:16 61:9 63:23
65:10,11 73:12 84:11
84:19 85:9,12,15 87:4
87:22 92:13 93:15
104:20 117:17 121:10
121:20 268:6 322:6
322:23 330:4
**complied** 88:18 91:20
97:18 103:18
**comply** 71:7 72:5,16,18
72:21 73:3 85:15
93:19 156:5
**Compound** 50:8
**computer** 136:20
223:22 224:10
**concern** 58:19 155:6
240:5
**concerned** 14:14
214:24
**concerning** 45:15 64:15
66:3 241:4 261:15
262:13,20 320:3,21
320:25 328:21 329:22
338:17 340:11,16
**conclude** 141:18
300:25
**concluded** 261:4,9
262:4 294:2
**concluding** 25:3
**conclusion** 43:21,23
58:12 92:25 103:22
166:4
**conclusions** 45:10
**conditions** 29:17
**conduct** 325:12
**conducted** 9:7
**confidential** 253:20,25
255:13 256:22 257:8

257:12,16 259:15,20
265:5 336:11,16
**confidentiality** 254:16
254:24 256:9 257:24
**confirm** 50:2
**confirmed** 228:14
**confuse** 56:5 97:15
183:19
**confused** 12:19,22
106:8 108:23,24
237:19
**confusing** 12:18
**confusion** 12:12,15
35:19 90:20 329:18
**conjunction** 111:18
**connection** 14:25 64:7
73:25 74:12 87:8
111:21 334:11,24
**Connolly** 3:14 8:8,9
148:8 169:18 200:21
230:19 252:12 285:19
342:11
**consent** 140:3,5,7,7,17
**consequence** 212:22
**consequences** 123:4
**consider** 51:13 254:11
**consideration** 254:6
**considered** 235:4
**Considering** 15:8
**conspiracy** 45:18 319:4
319:14 320:4
**conspire** 319:17 339:4
339:20
**conspired** 339:16
**conspires** 320:16
**constitute** 104:12
**constitutes** 247:22
**Constitution** 328:7,13
**constraints** 239:18
**consult** 248:24 335:10
**consultation** 249:8,22
249:23 250:4 251:3
253:24
**consulted** 169:7 243:18
248:18 249:3,5
250:17
**consulting** 249:14
**consults** 169:3
**consumed** 13:16
**consuming** 181:13
**contact** 62:12 83:18
158:19,23 209:20
260:17
**contacted** 164:25
242:17 248:14
**contacting** 209:22
**contain** 132:9 133:13
**contained** 103:23
132:14 134:9,11

**contention** 217:24
**context** 10:8 22:4 34:7
    34:9,22 41:24 46:23
    63:15 67:24 74:6
    75:7,16 76:19 79:24
    80:17,20 96:16 97:25
    98:13 110:18 112:8
    115:7 117:18 119:14
    120:20 125:19 126:3
    126:20,25 147:14
    157:5 158:11 160:22
    161:9 162:14 163:12
    165:25 168:17,19
    179:25 185:3,24
    186:18 191:25 194:22
    196:13,16,19,20,21
    202:12 226:8 229:8
    237:16 254:25 256:21
    260:7 276:25 279:7
    286:23 296:13 306:2
    312:10 315:8 326:22
    328:23
**contiguous** 26:20
**continuation** 70:18
**continue** 18:2 44:18
    72:8 87:10,11 123:21
    124:7 156:4,24
    162:19 166:10 174:17
    179:17 211:16 212:15
    212:25 214:22,24
    243:5
**continued** 123:5 160:11
    160:14 162:13,22
    163:3 165:20 167:13
    213:11 244:9 276:4
**continues** 308:16
    333:10 340:2
**continuing** 236:25
    277:6
**continuous** 248:3,5
    300:24 301:7 312:7
**continuously** 312:15
**contrary** 339:12
**control** 228:21
**Cont'd** 145:6
**conversation** 167:8
    234:17 235:11,25
    240:4 241:14 242:8
    243:8,11 245:11,12
    251:16 255:13 256:9
    265:4 272:12 304:7
    304:14 307:17,21
    328:21 335:19 336:10
    339:9
**conversations** 238:23
    239:4,15 257:6,15
    336:15
**convey** 235:16
**conveying** 178:22,25

**convicted** 20:4 25:17
**coordinator** 38:25 39:8
    39:14
**copies** 62:24 125:2
**copy** 16:11,14 32:4
    124:23 150:12 158:15
    158:16,21,22,25
    159:9 205:16 224:4
    224:10 232:2 263:18
    275:9 299:20
**corner** 300:15
**correct** 25:8 123:2
    152:20 181:22 199:9
    228:11 230:9,24
    239:2 250:19 275:15
    327:17 328:16 329:15
**correcting** 119:16
    293:12
**Corrections** 279:19
**correctly** 157:8,10
    198:6 203:12 285:14
    329:17
**correctness** 151:4
**corresponded** 301:10
**correspondence** 221:20
**corresponds** 299:17
    317:8
**cost** 255:14
**costs** 83:22 146:2
    195:20
**coterminous** 97:11
**counsel** 5:3 7:18 12:22
    17:17 18:16 19:6,8
    62:25 69:25 80:14
    125:2 260:22 264:11
    319:8
**counselor** 42:15 65:8
    175:24
**Country** 4:6
**county** 1:12,12,13 2:9
    4:11 7:12,25 8:4
    15:17,23 16:6 17:12
    24:16,17,20 26:23
    32:18,24 41:10 45:25
    46:8 60:2,6 63:2 64:5
    64:14,16,19,20,25
    65:21 87:2,8 89:17
    91:6,10,12 97:12,17
    98:9,10,14,21,24 99:3
    99:22 100:11 101:24
    103:17 104:8,22
    105:10 106:12,22
    107:9,19,20,21,24
    108:3,13,14,17 109:6
    109:7,19,23 123:16
    125:12,15 129:13
    136:7,25 141:24
    142:6 145:13 147:15
    148:17 154:7 156:2

158:24 164:24 170:16
    171:17 182:8 194:15
    194:21 195:4,14
    196:2 202:6 203:21
    210:15 253:2,12,16
    254:4,4,7,9 255:4
    256:3 257:7,15,23
    258:6,14,16,21
    259:23 260:4 265:8
    265:12 266:2,5
    301:17 304:21 308:11
    312:18 322:4 338:10
    338:19 343:5
**County's** 106:24
**couple** 20:21 23:14
    246:25
**course** 21:25 26:24
    80:12 82:12 110:8
    111:13 112:23 114:2
    114:7 115:12,16
    121:18 128:5 175:7
    230:7 319:7,11
**court** 1:2 5:15 7:16
    8:11 9:7 10:20,24
    16:12 27:24 28:12
    141:5 157:13 171:14
    176:8 184:5 186:23
    190:11 199:21 203:19
    221:10 222:17 268:19
    269:15 280:3 289:20
    298:17 305:7 307:3
**Courtney** 3:10 8:10
**cover** 27:15 58:6 141:7
**covered** 163:14
**create** 149:25 192:19
    254:16 310:8
**created** 187:16 189:11
    191:9 192:10 199:12
    256:21 310:2 311:9
    316:24
**creates** 136:17 194:3
**credit** 132:19
**credits** 90:10
**crime** 20:4 44:7,8
**crimes** 45:2
**criminal** 43:18,25
    56:21 57:18 58:4
    75:10,15 159:14,17
    159:21,23
**criminals** 25:17
**cross** 341:2
**crystal** 61:25 266:8
**CS-150** 149:4,6,11
    150:4,6,10,22,25
    223:3 268:5 270:8
    271:3 272:24 311:21
**CS-150's** 294:24
**cup** 173:8
**current** 15:25 18:10,18

25:15 43:2,10 44:3
    134:4 309:23
**currently** 15:22 20:8
    173:15
**cut** 84:23 190:4,8
**CV** 1:6
**Cynthia** 145:22 170:13
    282:20 309:18

_____

**D**

**D** 300:13 344:2
**damages** 259:7
**date** 6:8,14,21 7:4
    24:18,18 66:16
    114:17 143:12 157:20
    171:20 173:17 174:24
    176:15 184:12 187:6
    191:5 200:3 203:14
    203:25 220:23 221:6
    224:13,14,20,21,22
    225:2,7,25 226:4
    227:3,9,24 228:16,18
    231:13 261:18 263:13
    269:2,22 274:20
    275:2 280:10 281:20
    290:3 293:17,18,22
    293:24 295:14 298:6
    301:21 304:2 305:15
    306:17,23 310:4
    311:9,20 313:20
    334:2 348:3
**dated** 64:11 66:16
    71:18 143:10 174:11
    298:3,4 306:14,15
    310:2 346:11,19
**dates** 203:10 228:16
    305:25 307:22 308:16
    308:19
**day** 13:5 23:22 24:7
    105:21 169:25 211:24
    225:18 226:17,18,22
    226:23 227:10 228:22
    230:13 233:25 234:9
    235:18,21 241:7
    247:23 249:9,11,15
    249:16 308:12,13
    315:18 318:14 321:18
    330:9,9 342:22
    343:20 348:23
**days** 321:11
**DCJS** 159:22 221:24
    222:5,14
**deal** 111:3,4
**dealing** 209:15 230:7
**dealings** 110:8 112:4
    207:7
**dealt** 110:20
**debate** 95:8
**deceive** 334:9,20

**December** 24:21 25:9
**decide** 102:14 337:20
**decision** 70:25 86:23
    131:5,9 232:13
    238:16 244:24 265:8
    266:10 268:17 335:9
**decisions** 60:13 61:12
    86:15 109:12 239:5
    329:22
**decision-makers** 71:4
    71:13
**defendant** 8:2,6,8 15:3
    17:20 19:5 79:7
    229:21 318:17 340:24
    341:16
**defendants** 1:16 8:2,6
    15:17 339:16
**defendant's** 125:3
**defending** 62:16 79:10
**define** 50:19
**defined** 43:17,25
    226:21
**definition** 55:25 56:22
    57:4,8,18 58:5,16,21
    59:4
**definitional** 58:18
**degree** 21:10,13,15,18
    28:21 29:12,18
    121:13,14
**degrees** 21:22
**delivered** 116:14
**delivery** 38:16
**demand** 141:2 255:12
**demands** 256:14
**demoted** 40:14
**Dennison** 4:12
**department** 1:10,13,13
    3:19 4:11 24:14
    32:19,22 58:7 68:14
    81:9,9,22 82:6 99:4
    99:22,23 100:12
    101:9 106:23,25
    108:18 116:24 121:4
    129:13 137:2,15
    145:18 151:10 165:16
    169:9 170:10,21
    171:3 180:24 182:9
    194:3 206:24 253:14
    257:25 278:9 279:19
    279:19 298:14 304:23
**Departments** 64:18,23
    101:18 279:15
**depended** 139:15
**depends** 110:13 165:6
**deposition** 1:19 2:7 5:5
    5:12 7:7,10 8:21 9:6
    10:6 11:7,12,17,22
    15:2,15 18:2,8,11,24
    62:16 79:10 83:20

102:24 117:5 161:6
198:24 200:6 342:13
343:11,12 348:3
**depositions** 10:17
19:20
**Deputy** 1:11 279:22,22
**described** 57:21 126:13
270:24 304:9
**description** 251:18
299:11,13
**designating** 207:13,15
**designation** 185:2,11
**designations** 105:23
**desired** 337:11
**desk** 305:5
**despite** 299:25 300:2
312:21 338:12
**DeStefano** 145:22
170:13 282:20 309:18
310:7
**destroy** 319:4 320:16
339:17,21 340:20
**destroyed** 320:22
**destruction** 340:16
**detailed** 275:16
**details** 18:24 240:10
**determination** 128:23
**determine** 128:18
199:10 272:7
**determined** 131:10
**DI** 18:25 30:20 35:9
44:24 74:16 92:19
123:10 163:2 257:21
262:23 287:22
**diatribe** 134:21
**differ** 185:10
**difference** 126:10
147:12 185:20
**different** 40:8 42:22
57:10 60:6 77:17
105:23 107:17 135:19
154:3 156:25 169:25
181:12,14 183:13
214:19 253:16 275:19
278:19 293:5 302:8
310:18 317:13,17,20
330:25
**differentiate** 99:7
**difficult** 275:18
**difficulty** 211:11
**diligent** 275:17
**Dimino** 145:21
**direct** 37:21,23 46:16
47:14,21 62:23 83:10
142:9 166:20
**directed** 15:7 45:17
82:22 103:6 154:7
215:7 282:14,16
**direction** 81:16 325:13

**DIRECTIONS** 344:8
**directly** 114:20 209:16
224:18 271:3 283:17
**director** 47:17,20 48:2
170:16 322:24
**disabled** 42:16
**disapproval** 277:24
313:9
**disapprove** 150:25
**disapproved** 270:16
271:10,23 272:2,8,13
272:17,23,25 274:7,9
274:13,24 275:2,24
276:2,3,4 277:5,8,14
277:23 278:2,3
291:16,25 295:9,12
295:15,17 296:10
300:16 310:24 313:8
314:19
**disapproves** 277:10
**disciplinary** 33:13,16
33:21,23 34:3,14,18
35:6,12 36:4,13 37:3
**discipline** 33:19,21,22
34:6 83:11
**disclosure** 265:8
**discontinue** 156:19
**discrepancy** 35:2
**discretion** 195:13
**discuss** 140:16,23
240:20 248:12 260:20
325:18
**discussed** 17:16,19,22
18:15 261:3
**discussion** 163:7
237:10
**dispute** 72:13
**disputes** 272:15
**disputing** 72:16
**disqualify** 124:19
**disregard** 336:9
**disrupt** 11:16
**disruptions** 62:6
198:23
**disruptive** 18:3 19:24
62:6 90:12
**dissatisfaction** 41:20
**dissatisfied** 41:17
**distinct** 193:15
**distinction** 238:14
**distinguished** 338:13
**District** 1:2,2 8:24
**districts** 183:3,3
**Division** 159:14,17,21
**doctor's** 40:3,5 41:8
**document** 6:10,12,16
6:18,23,25 46:6,14,17
46:17,21,23 62:25
63:4,5,7,15 64:5,6,7

64:23 65:4 66:11,15
67:20,25 68:5,18,25
69:10,19 71:18 74:18
76:20 80:10 83:7
124:21 125:8,9,22
141:22 142:2,3,5,10
143:9 150:2 157:14
157:18,22 158:3,6,9
158:12 159:6,9,11
160:15 161:8 162:15
164:4 165:18,25
166:3,25 167:6
171:16,19,21,25
172:2,4 176:9,13,18
176:20,24 177:3
184:3,6,10,15,21
186:24 187:4,11,14
187:15,16 188:13,17
189:10,18,20,23
190:2,10,13,16,21,24
191:3,8,11,15,19,22
193:21,22 194:16
196:9 199:23 200:2
200:23 201:2 202:12
202:21 203:21,24
204:3 205:4,6 207:19
208:13 214:21 216:23
216:25 217:13 218:10
218:14 219:3,11,24
220:19,21,25 221:3
221:11,13 222:18,19
222:22,25 223:5,6,16
223:17,18,23 224:4
224:12,15 225:13,20
225:22 226:11 228:7
229:19 265:2 268:21
268:24 269:4,5,12,16
269:20,24 270:7,10
270:22 271:6,9
272:19 273:5,15,20
274:3,22 280:5,8,12
280:15,18,21 281:5
281:23,25 282:24
283:7 286:24 287:10
288:3,5,9 289:9,22,25
290:6,9,15,18 291:7
291:15,24 292:4
294:8,10,12,14
295:20 296:17,23
297:16 298:2,18,20
298:22,25 299:3,23
300:9,15 301:15,17
301:20,23,25 302:3
302:12 303:6,13,21
303:24 304:3 305:9,9
305:13,18,21 306:6
306:13,19 307:4,6,14
309:11,12,14,16
311:23 312:10 313:9

313:14,18 314:5,9,14
314:16 315:8 316:7
316:24 344:16,18,21
344:25 345:3,5,8,11
345:12,15,17,18,24
346:3,6,9,14,16,18,24
**documentation** 116:14
116:17 139:4,6,7,10
139:13 140:2 141:3
181:18 215:21,22
216:2
**documents** 187:19
217:20 218:22 273:9
**dogs** 56:8
**doing** 28:12 160:2
212:6 215:19,23
266:12 285:6 305:4,5
**DONOVAN** 4:4
**double** 263:23
**doubt** 65:20
**DPW** 253:11
**draft** 274:2
**drafted** 214:20
**drafting** 158:9
**dragged** 340:23
**drawer** 158:14
**driving** 102:10 169:23
**drugs** 13:20,24
**due** 207:5 239:18
**duly** 8:14 343:12
**duplicate** 295:2,10
**duration** 11:11 128:14
**duties** 25:15 26:6 47:4
47:9 48:13,18,21 49:3
49:18 50:14 92:21
114:2,8 115:13,17
119:14 128:5 153:21
175:17 181:15 188:7
207:17 256:20 317:17
**duty** 134:20 188:3,5
205:12 208:6,7
212:16,25 215:2,11
216:16 292:13,20
293:3 316:12,16,20
316:22 317:2,4,10,14
317:20,22

─────────────
**E**
**E** 3:2,2 4:2,2 8:13
145:2,2,4 343:2,2
344:2
**earlier** 49:7 58:10
118:14 151:22 152:16
192:25 210:8 216:11
233:24 318:15 324:9
327:21 329:19
**earliest** 311:20
**early** 116:9
**earn** 21:17

**earth** 337:22 341:24
**Eastern** 1:2 8:24
**Ed** 209:17 278:12
**educational** 20:22
**Edward** 1:3 221:20
278:7 289:4 308:17
308:24
**effect** 5:14 91:20
**effective** 224:20,21,23
225:2,3,8,25 227:3,5
228:16 274:19 293:17
293:18,23 315:15
**efficiently** 44:22
**efforts** 211:15
**either** 170:17 177:18
178:12 179:8 195:2
223:21 269:25 275:9
298:21 325:17
**elapsed** 30:2 220:10
**elect** 197:12
**election** 195:22
**eligible** 30:5 127:12
191:24 193:13 196:21
196:23 197:8,11
199:17
**eligibles** 192:20 193:20
194:4 196:14,14,25
201:3
**Elmsford** 3:13
**else's** 160:24 257:3
**employ** 72:9 156:25
258:8
**employed** 38:14,19
40:11 93:15 98:10
99:19,21 104:20
105:9 106:11 107:20
129:7 307:23 308:4
**employee** 15:23 66:23
123:11 154:9,14
155:14 156:4,23
164:21 183:21 186:2
207:14,16 222:8
238:17 254:13 257:22
265:7,25 277:2 332:2
**employees** 32:24 48:15
48:23 60:8,9 81:12
121:3 123:17 155:23
181:17 182:2 201:23
202:16 242:24 243:14
254:7 275:18 293:25
300:22 326:16
**employee's** 154:10
**employer** 39:2 256:10
256:13,16,20,24
257:2
**employment** 24:4,24
25:4,6 31:11 34:15
36:25 37:6,19,24
40:19,25 41:4 52:2,13

52:15,24 60:11 61:10
64:15 66:18 70:12
74:2,6,13 84:9 85:20
87:23 88:20 97:2,24
98:13 101:22 103:20
111:22 117:15,18
121:18 127:14 142:12
142:17,22,25 143:5,6
143:16,17,24 144:4,5
144:7 146:18 147:9
154:9 156:3,19
160:11,15 161:10
162:13,19,22 163:3
165:20 167:14 170:11
170:23 174:17 178:12
178:13 180:8 192:3
204:9 226:20,21
244:10 247:21 251:10
251:10,14 252:25
265:10 266:5 274:21
275:5 276:5 278:14
278:24 279:4,7 291:8
294:5 307:22 308:11
311:10 315:18 316:6
324:22 325:5
enacted 74:22,24 75:10
encompass 25:21
encompassed 57:17
encounter 192:2
194:10
encountered 182:12
192:2 193:11
ended 225:7 226:5
291:8
enforcement 43:11,14
54:8,12,17 55:2,19,24
56:7 57:2,7,8 59:2
279:16 289:2
engage 339:8
engaged 211:20 258:21
319:3
engaging 78:17
ensure 53:15 60:10
61:9 64:12 65:9
109:16 250:18
ensured 63:23
ensuring 48:14,22
entailed 207:5
entails 317:23
enter 224:9
entered 27:23 287:5
entire 37:24 69:19
112:5 265:20
Entirely 328:24
entitled 35:24 56:20
entity 40:12 121:4
160:4
entry 282:6
ERRATA 348:2

ESQ 3:8,14,22 4:8,17
establish 65:12 86:25
established 64:22 65:6
71:19 136:12 168:3
168:21 186:10 188:14
196:11 212:20 217:10
225:15
establishing 204:7
estimate 9:24
estimation 121:19
evaluation 69:5 79:24
evaluations 67:7 70:9
evening 318:8
event 77:25
everybody 195:3,4
202:16
evidence 338:23
evidentiary 95:7,10
exact 42:14 170:14
exactly 13:10 16:9
19:18 65:2 69:13
73:21 88:23 116:7
124:4 173:22 199:8
207:24 208:22,25
233:13 272:21 330:13
exam 27:12,15 28:7,17
28:22,23 29:5 46:2
67:22,24 68:4,7 73:25
74:6,12,17 76:18
100:23 126:8,8,10,11
126:12 127:12 192:21
194:6 296:15
examination 8:17
128:9 130:25 132:2
145:6 318:6 341:21
344:3
examinations 135:17
137:24
examined 8:15
example 101:6 224:24
274:17 277:20 279:18
examples 278:5
exams 23:25 29:21
77:15 91:16 98:13,21
99:20 104:8,13
106:21,24 107:10,19
107:23 174:14,16
179:7,8,10 180:7,20
202:24 207:8 236:23
237:8,15 238:2,6
245:16,21,25 246:24
247:3,7,9 277:16
299:11 300:16 302:9
309:23 310:23 311:3
311:4 312:2,17
exceeded 78:4,9 104:16
179:9
exceptions 107:4
exclusive 29:10,15

excuse 180:24 181:6
303:3
exercise 92:21
exercising 208:12
exhibit 6:3,5,10,12,16
6:18,23,25 46:7 48:7
62:24 69:10 124:22
141:23 148:2 157:14
157:17 167:2 171:12
171:15,18 176:7,9,12
184:6,9 186:24 187:3
187:9,12 190:13,24
191:3 194:15 199:22
199:25 203:12,20,23
217:12 220:19,21,25
221:3,17 222:16,18
226:11,19 263:10,11
263:17 268:20,23
269:16,19 280:4,7
289:21,24 298:2,4,18
301:16,19 303:20,22
303:23 305:8,12
306:13,15,19,21
307:4 313:12,14,17
313:22,24 314:8
344:14,16,18,21,24
345:2,4,7,10,12,14,16
345:18,20,22,23
346:2,5,8,11,13,15,17
346:19,21,23 347:2
EXHIBITS 344:13
exist 185:11
expect 44:20 133:23
expense 256:10
experience 156:17
192:9 193:9 322:21
324:22 325:5
expert 35:17 43:20
45:7 72:15 73:10,16
79:6 93:3 124:2
166:5 169:20 189:12
expertise 169:5,15,16
Expires 348:25
explain 35:9 63:17
76:10 77:2 78:19
80:19 95:2 126:5,9
127:3 147:13 186:16
188:6 194:24 208:6
242:12 326:7,11
explained 118:25 119:8
213:15 214:11,14
243:19 244:5,17,21
245:7 248:21,22
284:15 330:24 331:3
explaining 250:9
312:19
explanation 35:25
180:9
explicitly 95:18

expressed 153:11 180:6
241:25
expressly 194:15
extended 79:3
extent 11:13 53:21
58:20 59:12 62:16
68:24 78:14 109:22
122:25 147:23 164:20
185:22 216:6 261:24
E-mail 172:6,23 173:8
173:12,17,21,25
174:11,24 177:8,11
177:14,19 178:22
179:2
E-mails 212:8

F

F 145:2 343:2
fabricated 341:2,8
fabrication 265:20
face 143:11 194:14
196:9 216:25 217:13
219:4 220:5,8 281:5
facilitate 10:18 134:14
183:20
facility 39:25 40:2
117:4
fact 18:14 65:13 78:21
99:8 163:7 164:14
180:13,17 189:6
206:11,21 207:6
208:4 216:9 218:2
229:20 240:21 245:5
248:6 265:24 285:14
320:24 325:18 341:7
342:6
facts 71:23 103:8 168:2
factual/legal 53:9
fail 123:5
failed 123:2,4 173:4
failure 154:10 156:5
fair 130:2 133:17
faith 255:7,25
fall 54:9 59:7 125:17
207:17
falls 62:17
false 332:10 334:8,15
335:24,25
familiar 50:24 58:4
183:22 184:25 185:14
185:23,25 196:15
250:12,15,16
familiarity 188:22
203:4
familiarized 75:14
198:10
far 28:12 38:10,15
45:14 78:4,9 108:8
116:22 127:13,23

131:18 154:6 159:20
159:24 177:15,18
204:5 214:23 216:15
223:9 253:22 257:21
271:15 276:7 277:22
279:6 281:19 282:5
285:20 292:12 296:16
300:12 302:16 308:22
309:20 311:3,19
315:21 316:11
February 1:21 2:4 7:12
306:14,16 346:20
348:3
Federal 8:22 9:7,8
16:11
feel 78:23 85:11 339:2
feeling 14:3 198:19
333:3
fees 146:2
fiduciary 254:20
258:15
field 21:13 40:8 137:22
286:22 287:5
fields 136:15
fifteen 241:12 250:6
fifth 3:6 226:24
figure 161:23 162:5
file 158:14
filed 16:11,18,22 17:4
17:11 263:19
filing 5:4
fill 149:6 193:24 280:22
282:12 285:22
filled 27:3 30:14 136:4
136:15 137:18,20
138:14 139:2 149:20
149:21 151:19 186:4
188:2 222:8,9,10
280:19,25 281:3,6,16
282:2,8,22,25 283:3
285:14,18 286:3,4,9
286:16
filling 150:3 283:7
287:19
fills 137:6
finally 208:17
financial 39:4,8 331:24
find 51:8 141:7 167:15
198:20 246:24 261:21
261:22,24 309:20
342:4
fine 33:17 35:13 79:5
90:3 96:18 133:14
140:25 167:25 232:5
264:14 285:6 334:3
fingers 341:3
finish 28:15 95:25
finished 66:7 277:16
Fiorilli 233:16,17 265:3

321:12 324:20 325:4
329:3 335:16 336:21
**Fiorillo** 1:3 4:21 7:8,24
230:23 325:17
**fire** 60:9 70:24 183:3,3
**firearms** 108:4
**fired** 242:10 244:2
**fires** 49:5
**firing** 60:13 248:10
326:18
**firings** 327:8
**firm** 7:21
**first** 13:14 15:14,14
16:3 17:10,14 23:22
29:22 30:12 33:16
53:6 62:4 66:2 71:12
80:15 105:5 114:10
117:22,24 129:22
133:2 142:10 150:7
151:18 158:5 159:8
160:7 161:15 182:22
187:22 188:12 204:2
208:14 209:10 210:4
211:2 214:4 221:23
223:16 230:3 236:14
246:23 254:5 261:2
265:21 269:24 270:6
273:4 276:10 277:20
280:17 287:9 290:14
291:6,15 296:18
298:21 299:3 307:16
307:20 308:17 312:5
314:16 317:13 321:10
324:19
**firsthand** 225:16 227:7
**FISHBEIN** 4:4
**fit** 47:5 63:21
**fitness** 31:11 67:7
68:12 69:5 70:9,18
173:5 174:12,19
313:6
**five** 32:5 38:12 102:13
233:14 321:17
**fixed** 195:23
**flagrant** 336:9
**flashing** 10:11
**floor** 4:13
**Florence** 145:21
**FMS** 39:4,16 40:2,11
**focus** 33:15 78:7
106:10
**focusing** 69:15 310:25
**follow** 10:17 103:6
167:13 341:19
**followed** 49:22 51:12
56:13 109:15
**following** 50:2 307:21
**follows** 8:16 145:5
**forbid** 102:17

**force** 5:13
**forgot** 309:8
**form** 5:8 12:24 16:8,23
18:5 42:9 49:13 53:3
66:20 70:15 71:16
88:5 99:6 102:4
117:20 121:7 123:8
124:9 130:9 136:4,7,9
136:17,23 137:22
138:14 149:4 150:7
151:2,7 152:13 154:4
154:12 169:17 171:9
187:20,22,25 188:7
188:24 191:11,18,21
192:2,6,14,18 193:4,7
193:19,22 194:10
212:20 221:24,25
236:19 239:13 270:25
282:6 283:19 284:7
287:13 305:17 316:16
**formal** 21:24 32:7 33:4
33:9 35:12 36:3
37:11 50:6,17,19
128:23 140:19
**formalized** 33:24
**formally** 15:9,19
**former** 1:9 114:6
240:15 286:21
**forms** 114:15 137:18
137:20 138:6 148:11
148:14,15,19,22,24
149:6,7,10,18,19,21
149:25 188:23 193:10
193:11 203:5
**forth** 74:17 76:19 85:24
179:2 197:15 339:15
343:11
**forthcoming** 235:6
**forward** 10:18 13:8
83:23 89:8 143:13
**foundation** 37:18 53:3
133:2 154:13 168:21
206:10,17 212:21
236:20 238:4 239:13
**foundational** 129:22
**four** 29:11 62:8 106:23
222:7 293:8 308:14
**fourth** 201:5 296:7
303:4 311:6
**four-page** 305:9,12
346:17
**frame** 78:22 96:12
208:20
**framed** 96:14 194:18
**framing** 198:12
**Frank** 1:3 4:21 7:24
**frankly** 53:9 75:12
**fraud** 284:10,12
**free** 13:12

**freely** 265:5,23
**frequently** 116:3
250:18
**front** 171:21
**FT'ers** 177:3
**fulfill** 100:4
**fulfilling** 115:12,17
304:25
**full** 121:20 165:19
**fully** 14:8,20,22 31:14
44:16
**full-time** 86:4,6,9 87:14
88:6,8 105:19 106:12
127:5,24 129:8 174:9
265:7,25
**function** 76:18 79:23
111:10 283:18
**functioning** 217:24
**functions** 87:3
**funeral** 78:2
**further** 5:7,11 93:20
97:23 100:3 106:15
135:9 163:15 169:7
275:22 318:2 330:15
331:9,14 342:5
343:15
**furtherance** 340:7,19
**future** 266:14

―――――――――

**G**

**gain** 244:8
**game** 232:16
**gap** 303:14
**garbage** 48:9 56:8
106:3
**general** 10:16 44:24
89:23 126:15 130:10
185:8 207:21
**generally** 89:21 121:2
290:23
**generic** 155:7
**generically** 175:5
**geographic** 25:20 26:13
**geographical** 64:19
98:24
**George** 1:11 3:11 8:9
17:20 18:7 67:2
68:13,19 69:2,6,17,20
70:10,19 71:5,14 72:9
73:7,24 74:4,11
111:17,20,25 112:11
112:17,20 114:10,20
115:3,9,12,16,20,25
116:4,11 117:8
127:21 128:2 130:13
131:5,10,23,25
135:14 158:16,19,22
177:9,15,19,22
178:23 179:2,3,15,22

180:3 181:9 196:5
200:11 201:7,9 202:8
202:22 203:8,13
205:10 206:12 207:3
208:12,19,25 209:15
211:4,12 212:14,24
213:12 214:22 218:17
235:8,10,16,24 236:4
236:15 237:5,15,23
239:7,16 242:17
243:12,13 245:13,22
248:13,22 251:21
262:13 273:16 278:24
285:18,21 286:14
300:5 331:22 335:11
336:7 337:19,21
**Gerard** 178:18
**gesture** 10:25
**getting** 45:13 90:10
103:11 116:16 176:2
289:5
**Geyer** 303:13
**Gilly** 3:4 7:21
**girl** 38:16
**give** 10:8 18:24 36:9
42:23,25 45:10 53:20
60:18 69:24 75:20
76:23 77:8 79:12,12
81:15 119:6 150:3
166:15 195:18 197:17
227:11 250:20 254:5
256:8 260:7 278:5
296:3 307:18 333:21
**given** 19:14 42:17,20
44:11 71:23 107:17
107:23 117:24 118:2
154:17 206:10 224:8
246:14 254:24 317:5
343:13
**giving** 28:15 43:3 77:22
148:10 327:22 328:5
328:10
**go** 10:15 16:23 22:10
26:25 31:2 44:12
53:21 69:3 89:8
122:16,18 124:3
135:7 141:13 153:4
173:8 191:10 215:18
266:21 267:6,14
279:25 311:24 319:19
320:10 321:4 323:25
324:12,18 328:25
334:4 338:24
**God** 102:17
**goes** 322:2 325:8
**going** 10:18 11:10 13:4
16:23 19:9 20:21
28:11 31:17 36:6
45:9,14 53:19 58:25

59:22 60:18 70:14
71:2 72:23 73:10
75:17,18,20 76:2 82:6
83:22,23 84:13 85:2
87:6 90:4 93:25
95:13 96:6 98:18
99:5 100:16 106:5
125:5 131:2 132:3,15
132:18 135:3 141:4,6
141:8 143:12 160:18
162:8 163:11 166:6
169:10 171:14 172:19
184:24 190:15 191:7
192:14 193:6 195:19
198:12 203:16 213:13
215:16 217:7 223:21
236:5 238:7 244:22
255:24 258:5 263:17
263:22 266:7,11
310:12,14,17 318:11
326:7 335:12 336:19
**good** 37:10 179:14
183:4 255:7,25
266:19 318:8,10
**govern** 160:2
**governed** 8:22 195:17
**governing** 213:18
**government** 40:12
182:2 201:22 258:15
**governs** 65:4
**graduate** 20:23 21:4
**Graduated** 21:2
**Graff** 3:8 6:2,9,15,22
7:20,20 8:18,21 9:6
9:10 11:9,19,20 12:25
14:20 15:6,16 17:24
19:9,19 29:15 30:5
31:4,15,20 32:13,20
33:10,15 35:18 36:5
36:17,22 40:18 44:17
45:20 46:22 49:6,17
51:4,17 53:14 54:14
55:15 56:4,18 58:3,9
58:19 60:24 61:8,13
61:16 62:5,15 65:2
66:7 67:15 68:17
69:14 72:2,17 73:10
73:17 75:5,12,24 76:9
77:12,20 78:3,13,23
79:8,13,17 80:3 81:5
81:13,23 83:13,25
84:18 85:13 87:10
89:6,11 90:11 93:5,9
93:12 94:4,8,20 95:12
95:18 96:11,14,20
102:6,22 103:10
107:14 109:25 122:5
122:10,14,18 129:19
131:6,20 132:20

133:19,25 134:13,14
134:19 135:10 138:18
140:9,15,21 141:9,17
142:24 144:9 145:7
146:7 148:22 149:16
161:7,13 162:7
163:18,23 164:7,17
166:9 167:11 168:7
168:17,22 170:5
171:7 174:3,6 175:10
176:5 190:11,20,23
191:10 192:8 193:9
197:20 198:22 201:21
202:2 206:18 211:8
213:21 214:7,10,18
216:14 217:21 218:9
220:9,13,18,24
227:19 231:2 238:18
239:23 254:8 255:16
255:22 256:17 258:11
259:9 263:4,9,16,21
264:17 266:23 284:24
288:15 293:21 297:15
297:20,25 304:16
306:7,12,18 313:21
319:7,8 320:6,20,25
329:19 332:15 333:5
333:16 336:2 338:5
338:25 341:18,22
342:13 344:4
**Graff's** 319:11 321:7
324:8 327:21 337:8
**Gray** 4:8 27:23
**great** 90:25 267:7
**grounds** 99:6 103:23
**grouping** 101:12
**guess** 116:9 198:7
208:22 231:15,16
**guessing** 302:24
**guest** 134:10
**guideline** 51:7
**guidelines** 50:3,5,13,25
51:3,11 63:21,25
**guy** 253:5,9

**H**

**H** 4:12 8:13 145:4
**habit** 132:25
**half** 223:17 319:12
**hand** 290:22 343:20
**handle** 28:6
**handled** 285:15
**handwriting** 187:23
188:2 270:18 271:11
281:9 292:6 297:9
299:23 314:20,20
**handwritten** 223:4
270:10,13 271:5
290:16 292:3,9 294:8

294:13 295:13 299:5
299:8 300:10 302:11
314:17,23 315:7
316:8
**handwrote** 136:20
**happen** 13:7 249:9
**happened** 217:9 225:21
234:22,24 266:2,4
**happy** 58:9 79:11 134:6
139:24
**harassing** 131:15 176:6
**harassment** 176:3
**harbor** 312:7,16
**Hardman** 296:8 303:3
**hated** 331:22
**HATTER** 4:4
**hauled** 340:23
**Hauppauge** 1:20 2:10
4:16 117:3,11
**Haven** 42:10
**headed** 6:10,13,16,19
6:23 7:2 220:25
221:4 311:7 344:17
344:19,22
**header** 177:7 226:13
**heading** 142:24 207:18
223:10 292:13,18
294:9 305:23 316:12
**hear** 12:2 18:15 319:13
319:16 341:14
**heard** 45:17 106:4
185:17 229:4 298:9
298:13
**heart** 192:7
**held** 2:8 7:10 41:7 43:8
45:24 46:10 53:24
64:8 137:25 146:13
146:15,17 147:3,6
252:24 273:22,24
278:8,18,24 286:15
**help** 36:19 77:22 78:24
277:3 305:3
**helped** 78:21
**hereinbefore** 343:11
**hereto** 5:4
**hereunto** 343:20
**hesitate** 106:9
**Hesse** 1:11 3:11 8:7,9
17:20 18:7 67:2
68:19 69:2,6,20 70:19
71:5,14,20,24 72:9
73:7,22,24 74:4,11
111:17,21,25 112:11
112:17,21 114:11,20
115:3,9,12,16,20,25
116:4,11 117:9
127:21 128:2 130:13
130:24 131:5,10,23
131:25 135:14 158:16

158:19,22 177:9,15
178:23 179:2,4,16,22
180:3 181:3,9 196:6
198:21 200:12 201:7
201:9 203:8,13
205:10 206:12 207:4
207:21,22 208:12,19
208:25 209:16 211:4
211:12 212:14,24
213:12 214:22 218:17
219:12 235:8,10,16
235:24 236:4,15
237:5,15,23 239:7,16
242:17 243:12,13
245:13,22 248:13,22
249:2,6,9,13 251:21
252:6,10 262:13
265:9 273:16 278:24
285:18,21 286:14
299:24 300:5 319:3
320:4,16 325:13
329:4,14,20 330:4,10
331:9,14,18,22,25
332:5 335:11,18
336:7,21 337:3,9,12
337:15,19,21 339:4,9
339:16,20 340:11,15
341:23
**Hesse's** 68:13 69:12,17
70:10 140:4,6,20
177:19 202:9,22
206:13
**high** 20:23,25 21:2
180:10
**higher** 207:12 215:10
**highest** 194:6
**highlighted** 299:21
**highlighter** 299:19
300:23
**highlighters** 275:9
**highlighting** 300:20
301:2 303:17
**highlights** 300:18 301:9
**highly** 342:4
**Highway** 2:10 4:14
7:11
**hire** 60:8 68:15 70:23
83:9 86:15,23 87:2,5
195:14 199:17 327:3
**hired** 23:24 30:4 50:16
71:21,24 73:22 74:8
74:10 80:23 82:14,24
84:10 85:9,21 89:3
109:14 130:15 154:19
214:3 238:12,12
239:8 240:8
**hires** 49:5 65:21 268:4
**hiring** 26:11 48:14,19
48:22 49:23 60:13

63:24 65:17 71:14
85:5 86:8,11,14,18
87:8,13,16,18,21
88:18 89:9,15,18 90:5
90:14 101:10 267:22
323:9,14 329:23
**historian** 155:15
**history** 31:7
**hold** 24:23 38:3,23
39:13,18,21 40:4
42:12 47:15 146:8
147:8 251:3 263:3
278:13 279:3 305:6
**holding** 127:5,10
287:11
**hope** 11:20 341:3,13,15
**hopefully** 79:4 318:11
319:22
**hoping** 61:23 79:5
**hour** 122:8 141:18
**hours** 13:17 78:2
319:12
**HR** 344:15
**Human** 6:3,6
**hundred** 34:4 250:23
283:12 302:6
**hurt** 266:4,10
**hyphen** 296:10
**hypothetical** 79:6
123:25
**hypotheticals** 73:11
75:18 102:23 103:7
168:2

**I**

**idea** 77:14 202:7
296:20 340:22 341:10
**identification** 6:7,14,21
7:3 157:20 171:20
176:14 184:11 187:5
191:5 200:3 203:25
220:23 221:5 263:12
268:25 269:21 280:9
290:2 298:6 301:21
303:25 305:14 306:17
306:22 313:19 314:2
**identified** 47:16 118:13
119:22 123:3 124:12
228:20
**identify** 19:10 49:18
52:22 88:2 98:4
125:11 142:5 172:4
191:21 201:2 205:6
222:25 270:6,22
302:3 309:16 316:20
**identity** 19:14
**ill** 200:18,20
**ill-advised** 77:16
**imagine** 115:6 146:3

178:10 206:2 273:2
341:2,7
**immaterial** 78:8
**immediately** 24:5
38:24 39:13,22 52:4,8
81:2 100:2 105:11
335:17
**impact** 92:11
**implementation** 38:25
39:8,13
**implied** 234:13 309:2
**importance** 199:4
**important** 10:22 12:10
28:14 254:25 262:8
262:17 305:2,4
**impossibility** 16:21
**impossible** 266:16
**impression** 315:5
**improper** 14:17 49:13
62:7 71:25 102:23
123:11 124:13 134:17
**improperly** 124:18
214:3
**improved** 121:15
**inception** 15:11
**incident** 31:10 237:22
**incidents** 31:9 45:6
**include** 48:18,21 336:6
**included** 48:13
**includes** 56:23 195:2,4
342:6
**including** 178:12 325:8
**Incorporated** 1:7 3:17
7:9 51:20 52:13 54:3
55:20 56:16 59:15
66:13 125:17
**incorrect** 81:7 267:17
267:19
**incredibly** 77:14
180:10
**incumbent** 134:25
292:21 316:13
**indefinitely** 179:17
**independent** 61:6
**index** 136:13,14,17
137:22 138:14 148:11
150:6
**indicate** 68:24 118:3
119:19 132:5 133:6
135:15 143:11 153:13
217:14 218:10 219:12
228:5 234:17 240:14
241:18 242:3 244:25
247:11 273:21,23
274:14,25 280:24
291:17 300:13 310:7
311:14
**indicated** 48:12 58:10
61:9 68:17 80:3

87:12 130:24 131:24
161:8 210:5 219:9
220:4 226:12 228:7
259:22,24 288:17
291:5 300:14,21
303:16 307:16 316:15
339:9
**indicates** 219:16 281:6
291:7 313:7
**indicating** 72:3 140:22
235:22 276:2,3
277:23 284:14
**indication** 275:22
290:25
**individual** 52:10 66:24
101:9 135:16 137:25
155:4 225:17 226:5
256:6 318:23 340:24
**individually** 1:8,9,11
1:14 106:2
**individuals** 170:18
197:11 228:19 273:22
288:24
**ineligible** 214:3
**information** 65:11 85:2
94:7 95:23 96:3
103:4 129:11 130:5,8
130:18,21 131:23
132:9,13 133:14
134:8 135:25 136:5
137:6,18 138:13,17
138:22 139:2,3
148:16 149:12 150:2
150:5,11,16,21 151:6
166:14 169:8 178:22
179:23 180:3 181:9
227:11,22 235:17
245:2,18 259:25
260:3 267:20 287:4,9
287:20 288:18 289:17
294:25 295:3,10
305:24 307:18 323:7
328:20 332:9 338:17
344:7
**informed** 235:3 243:17
326:17
**initially** 23:4 27:7
71:24 249:11
**initials** 270:17,19 276:9
281:18 284:3,14
290:16 295:14 297:14
**initiate** 30:13
**initiated** 29:22 262:24
**input** 136:20
**inquire** 31:12 249:12
329:20
**inquired** 248:16
**inquires** 96:8
**inquiries** 55:8 329:12

**inquiry** 44:22 164:2,6
**inside** 301:6
**instance** 206:15 237:3
237:6
**instances** 272:3 325:11
325:20
**instruct** 19:10 31:17
95:13 285:2
**instructed** 51:18
285:11
**instructing** 134:3 285:5
**instruction** 12:14 50:6
93:9
**instructional** 50:18
**intend** 35:3 56:9 274:8
**intended** 55:10 132:21
271:25
**intends** 35:4
**intent** 334:9,19 339:10
**interact** 111:8,14,20,24
112:23 113:8,25
114:7 115:15
**interacted** 112:14,16
113:5
**interacting** 111:16
112:10 114:20 128:4
**interaction** 115:8,11
**interactions** 153:20
**interchangeable**
291:14
**interest** 134:22 135:4
331:24 332:4
**interested** 197:5 343:18
**internal** 90:13 286:18
302:4
**interposed** 15:21
**interpret** 72:24 75:19
94:25 95:10 124:3
166:6 203:5
**interpretation** 36:9
57:11 225:13
**interpreted** 245:11
**interpreting** 203:12
**interrupt** 11:22
**interview** 145:17
**interviewed** 146:10,15
147:6
**interviewing** 146:4
197:5
**interviews** 145:11,15
**introduce** 7:18
**introduced** 114:25
**inures** 19:21
**Investigation** 298:11
**involved** 11:6 31:9
65:15 86:8,11,13,17
87:13,15,18 89:18
149:11 158:8,15
284:10,12

**involvement** 62:13
78:11 86:14
**involving** 148:11
**in-house** 279:17
**irrelevant** 77:6 78:8
131:14,16 192:15
247:19 248:4 260:10
289:6 326:4,13
**Island** 61:5
**Islip** 122:2 312:7,15
**issue** 31:11 53:9 66:2
95:11 161:24 211:10
213:22 251:25 310:20
310:21,22
**issues** 19:15 44:15
103:11 110:17 111:7
111:21 112:11,14,15
112:16 119:16 153:24
183:13 252:10
**italicized** 283:22
284:21 287:22 288:11
**item** 202:9
**items** 193:15 300:17

-----

## J

**James** 277:21
**January** 209:3 280:20
**jargon** 323:22
**Jiminez** 307:19
**job** 1:25 24:9 30:9
37:10 62:20 70:16,20
70:25 107:17 109:13
115:13 120:14 153:21
160:5 213:17 214:13
215:14,23 240:11
254:15 256:7 259:23
260:4 265:11 266:11
304:22 306:4
**jobs** 25:10 40:8 100:10
**John** 303:13
**join** 19:13 31:13 41:15
55:13 60:20 82:19
150:19 163:17 166:8
185:13 193:17 194:19
258:9
**Jordan** 4:22 7:14
**Joseph** 1:4,8 3:18
113:25 205:24
**JR** 1:8
**judge** 45:12
**June** 20:15
**jurisdiction** 26:14 52:7
53:15,18,24 55:3
82:23 83:4 93:17
97:20 98:10,17 99:10
100:11 101:23 104:9
107:21 116:20 117:25
118:3,21 119:2
137:13,20 152:3,10

152:18 153:6 154:17
154:21 155:3 165:14
178:14 183:5 192:22
193:14,24 194:25
195:6,8,9,11,15
199:12 209:13 210:25
211:3 222:5,9 223:11
224:11 230:7 250:21
272:11 273:3,11
275:15 283:14 308:20
309:5,8
**jurisdictional** 109:10
196:2
**jurisdictions** 26:9,16
26:19 48:23 49:22
51:21,25 119:5 122:3
181:16,21,25 182:11
182:23 183:7 211:25
253:15
**jurisdiction's** 267:25
**jury** 326:10,11
**justice** 159:15,17,21,23
325:11,21
**justification** 76:7,13
**justify** 75:2 76:10,15
284:25

-----

## K

**K** 1:9
**Kathryn** 110:20 111:5
111:11,18 112:19,20
114:14 120:16 299:5
**keep** 82:2 257:6,11
275:18 302:7 336:10
336:15
**Ken** 8:7
**KENNETH** 3:22 4:8
**kept** 255:13 257:15
**Kevin** 1:4 3:14 4:20
7:24 8:9 224:25
225:4,8 227:24
229:13,15,22,23
230:3,8
**key** 299:9,10 300:14,18
301:10
**kid** 10:10
**kids** 10:11
**kind** 87:15 130:10
136:10 229:16 291:13
293:9 312:3
**Kitchen** 117:10
**knew** 65:14 148:19
207:25 234:12,19
242:13 252:16,23
295:7,8 326:6,7
329:11 332:9
**knishes** 38:17
**know** 12:3,9 13:13
14:10,11 15:13 34:23

38:11 41:22 51:8
52:21 54:16 55:7,10
56:9 66:14 67:21,23
68:3,6,8,16 73:23
74:3,4,9,11,15 75:12
81:18 82:13,21,24
84:8,24 85:4 92:16,17
92:19 93:7 102:5
108:8,22 110:6,7
118:23 120:6 124:3
125:6 127:13,23
129:11 130:3 137:4
137:21 146:12,14,17
151:12 154:6 157:3,4
157:5,9,10,23 159:16
159:18,20,22 161:3
164:24 165:24 167:19
167:22 174:3 175:8
175:14,16,20,21
176:17 177:16,18
178:15,18 180:4
184:14 187:8 188:13
188:15 192:17 197:3
201:12,24 202:2,3,21
203:15,16,17 204:5
205:23 207:24 208:5
208:25 210:13 212:20
221:13,25 224:14,20
228:25 229:3,17,25
230:2,18 234:14,15
234:20 235:19 236:15
241:24 246:4,6
248:14 253:4,7,10,13
253:22 256:24 257:17
257:21 260:16 262:6
262:7 264:6 266:11
269:12 271:24 272:4
272:24 273:13 275:6
275:6 278:18,23
279:6 280:12 283:18
285:20 286:4,14
287:4 288:2 290:5
291:7 292:12,16,23
293:6 296:16 298:19
301:12 302:10 303:16
309:6 310:12 311:20
316:15 317:19 328:8
332:24 335:13 337:7
338:21 339:25 341:6
**knowledge** 38:4 47:20
52:21 80:2 92:10,20
93:6,14 97:8,13
104:18 109:18 123:3
123:10 135:14 138:11
142:15 143:4,15
144:3 155:23 156:2
156:18,23 157:2
162:20 171:2 174:18
174:22 225:16 227:7

229:10,15 278:13
287:25 332:22 338:16
**knows** 41:14 52:17
53:4 71:12 82:17
168:13 195:18 203:8
216:15 286:3

**L**

**L** 8:13,13 145:4,4
**label** 273:14
**labeled** 7:6
**Labor** 226:18,23
308:13
**lack** 206:17 324:3
**laid** 53:3 197:19 236:19
**Lamm** 1:4 4:20 7:24
224:25 225:4,8
227:24 229:13,15,22
229:23 230:3,8,24
233:15 265:4 321:12
324:21 325:4,17
329:3 335:16 336:21
338:9,18
**language** 288:13
**larger** 181:25 303:15
**largest** 182:7
**lasted** 241:11
**late** 73:5 74:21 116:9
**latest** 310:4
**latitude** 44:12
**laughing** 200:16
**law** 4:11 7:20 26:10
30:24 34:20 35:7,15
36:2,10 43:11,14,18
43:25 45:10 49:22,24
50:3,5 51:7,12,15,19
52:15,24 53:6,13 54:4
54:7,12,25 55:19,21
55:24 56:6,22 57:2,7
57:8,19 58:4 59:2
60:14 72:12,15,21
73:3 75:2,7,11,15,16
75:19 76:8,14 77:6
84:12,17 85:7,10,16
85:25 87:5 89:10,11
89:14,19,24 90:2,19
94:16,24 95:2,6
105:24 108:16,20
109:2 124:3 127:8
163:25 165:12,12,22
166:7 167:15 168:16
169:6,15 195:17
197:16 204:18 213:24
214:5 216:7 242:20
243:2,4,16 244:6,16
248:19 250:7,7,12,22
251:19 255:4,5 259:6
268:6,16 279:15
288:25 326:6,23

327:16 328:3,23
329:5,12,21 330:5
331:21 333:25 339:14
**lawfully** 91:22 92:21
329:4
**laws** 51:16 72:24 74:22
159:25
**lawsuit** 16:18,22 17:3
17:11,16,19 18:13,23
32:17 229:21 232:22
262:11,23 318:17
340:23
**lawyer** 328:16
**laying** 133:2
**layoffs** 327:7
**learn** 16:3 17:10 50:4
50:12 66:2 160:3
**learned** 17:14 117:16
**leave** 113:16
**lectures** 50:20,21
**Lee** 4:12
**left** 111:2 115:5 122:9
172:8 187:17 189:11
190:3 204:16 208:23
216:22 217:11 223:9
246:5 271:15 276:7
293:9 297:17 300:12
302:16 315:22 335:16
**leg** 102:18 330:16
331:2
**legal** 7:15 16:21 43:20
43:23 58:12 92:25
103:22 160:10,14
162:13,21 163:2
166:4,15 170:22
248:12 334:10,24
335:4
**legality** 243:15
**legally** 162:18
**legislature** 74:22 75:10
**legitimate** 257:8
**length** 324:2
**lengthy** 163:7
**lesbian** 337:16,19,21
**lesson** 20:2
**letter** 155:6 159:10,19
163:12,16 168:20
174:20 196:15,18,22
196:22 197:2,10
205:8,13,16,19,24
206:11 276:19 293:10
298:2,4 306:13,15
346:11,19
**letters** 142:11 199:14
199:14 206:7,22
212:5
**letting** 309:6
**let's** 32:8 61:14 79:16
83:25 86:6 97:2

122:18 141:13 170:5
182:21,22 231:5,8
269:11 289:8 297:20
319:19 320:10 321:4
321:25 323:6,25
324:18 325:16 328:25
332:8,17 334:4,14
335:15 336:8 338:24
**level** 48:2,3 207:12
**levels** 16:8 123:8
**licensing** 296:18
**lies** 341:2,4
**lieu** 150:3
**life** 40:16 218:25
249:17 305:4
**light** 180:13
**limit** 78:15,20 135:8
**limitation** 113:3
**limitations** 142:12,16
142:22,25 143:3,16
143:24 144:4 226:20
**limited** 44:25
**line** 47:6,8,25 60:13,22
68:10 69:15,16 78:4
125:24 172:13 177:2
177:5 201:17 221:23
226:24 281:17 283:22
290:24 292:10 293:10
299:10 303:9 308:15
308:17,20 315:9,13
320:12 348:4
**Lisa** 20:12,13,16
**list** 127:9,9 130:16
186:4,8,9,15,19,21
188:7 192:19 193:2
193:13,20 194:2,3,4
194:10,16,17,21
195:2,3,5,6,14,15,22
196:2,3,23 197:2,8,11
198:5 199:7,11,11,13
199:18 201:4 202:16
274:18 306:20,22
346:22
**listed** 29:5 126:16
186:21 193:5,11
194:11 202:15 299:14
308:14
**lists** 186:17 192:25
196:13,21 203:10
**litigated** 15:10
**little** 186:16 199:6
200:7,16 274:4
299:23 318:15 319:22
325:16 334:14 338:4
**LLP** 3:4,16 4:4 8:7
**loaded** 229:16
**local** 8:23
**locate** 158:22
**located** 116:25

**location** 201:13
**Loeffler** 1:8 3:18 18:11
113:25 157:3,9 159:5
159:7 160:9 161:25
205:24 228:25 229:11
312:5
**long** 23:12 29:7,20,21
30:2 32:6 39:18 40:4
42:25 96:4 110:4
152:8 153:14 181:11
211:19,21 241:10
245:6 249:25 337:19
**longer** 82:8 129:7,8
225:9 236:24
**Longwood** 21:2
**look** 46:6 63:4 125:8
157:22 191:14 204:3
208:23 210:15 217:19
221:13,14 269:4
280:12 283:11 296:16
298:20 301:22 307:6
311:21 314:4 321:25
323:6 332:8,17
335:15 336:8
**looked** 105:25 168:20
230:17 250:16 287:7
287:8
**looking** 67:3 94:19
134:22 176:23 198:18
248:17 290:14 292:17
317:12 322:8
**looks** 176:22 177:10
190:3 191:8 293:9
296:9 302:17 315:4
**lot** 58:17 112:25 165:17
181:11 198:10 266:21
310:11,13 311:3,4
**lots** 121:16
**lowest** 194:7
**lunch** 32:6 115:24
116:4,11,13 117:8
148:10 234:15 241:9
**Luncheon** 144:12
**lunches** 116:19
**lying** 333:4

**M**

**machine** 32:5 113:17
**maiden** 172:17
**mail** 149:8
**mailed** 283:16,17
**main** 212:2
**maintained** 178:11
**maintaining** 26:11
71:14 208:2
**maintenance** 48:14
**makers** 131:9
**making** 16:4 77:10
129:25 140:18 218:17

260:7 272:19
**Malali** 8:4
**mall** 38:17
**man** 342:7
**manage** 83:10 94:3
95:21
**managing** 96:4 214:15
**Manhattan** 61:5
**manner** 82:8 194:18
340:5
**Manorville** 25:22
**map** 26:20
**March** 343:21
**mark** 6:2,9,15,22 31:20
36:22 45:21 93:13
157:14 164:7,12
171:15 176:9 184:6
186:24 190:12,23
199:22 203:20 220:18
220:24 221:10 259:9
263:9 268:20 269:15
280:4 289:8,10,21
297:25 298:18 305:8
306:12,18 307:3
313:21
**marked** 6:7,13,20 7:3
46:6,12 62:24 124:21
141:23 147:25 157:19
166:25 171:19 176:14
184:11 187:5 191:4
200:2 203:24 214:21
220:22 221:5 222:17
223:13 263:12 264:5
268:25 269:21 280:9
290:2 298:5 301:20
303:25 305:11,14
306:16,22 309:11
313:19,25
**marking** 164:10,14,16
223:19
**markings** 223:5,16
270:10,11,13
**Marks** 3:10 8:10
**marriage** 343:17
**married** 20:6,8,17
172:21
**marry** 20:14
**Mary** 42:10 52:11
118:12,13,20,23
119:2,7,19 153:11,13
**Maryann** 151:12,15
153:20 187:24 189:14
273:8,11
**master** 312:7,16
**material** 163:12
**materiality** 30:25
**materials** 28:8,25 29:5
50:23
**matter** 7:8 33:24 65:16

67:10 77:19 95:7,8
110:13 140:12 148:5
176:2 216:9 230:12
236:13 247:22 248:6
252:18 326:19,21
334:2 341:12,17
343:18
**matters** 11:10 44:14
64:15 159:23
**Maureen's** 117:10
**mayor** 1:8,9 18:10
113:25 114:6 157:11
196:12 205:9,24
206:7,22
**McKinney's** 51:9
**mean** 12:20 24:7 32:17
32:23 37:13 43:6
47:3 51:6 77:9 79:8
84:23 86:19 99:17
113:12 120:6 136:19
138:15 142:20 160:25
161:11 168:10 169:23
176:2 182:18,19
185:24 187:24 192:6
196:16 214:4 218:21
225:3,25 236:22
240:9 246:9 259:7
261:10 275:6,12
276:24 279:14 289:5
291:11 296:12 297:13
304:14 308:24 315:7
317:15,16 340:25
342:2
**meaning** 34:21 95:5
183:22 252:7
**means** 35:9 80:20,22
81:25 82:13,22 126:3
126:5,7,25 127:3,4
160:16,22 167:15,19
167:23 168:16,20
169:16 203:6 225:6
227:3 244:11 296:14
308:25 317:3 323:18
325:2
**meant** 161:4 203:3
277:5 297:4
**med** 202:10,17
**medical** 23:9 39:4,9
67:6,9,24 68:11 69:4
70:8 73:25 91:14
98:8 100:22 101:7
202:23
**medications** 13:19,23
**meet** 114:10 154:18
214:16 231:11 232:19
234:2,8,18 241:22
242:4
**meeting** 116:11 121:9
154:23 232:11 233:5

233:21 240:13,16,19
240:20,22,25 241:5,8
241:10,19 243:7
250:3 251:24 253:18
253:19 256:21 259:4
259:13,18,19 260:11
260:18,20 261:3,8,13
261:16,16 262:3,4,13
262:15,21 268:11
333:7 334:16,20
**meetings** 115:24 116:4
**meets** 126:16 186:7
**melding** 183:12
**member** 58:6
**members** 145:19
146:24
**Memorial** 4:14 7:11
226:17,22 308:12
315:17
**memory** 95:3 232:16
**mentally** 42:15
**mention** 13:6 189:22
**mentioned** 106:7
170:18 207:25 247:17
248:17 309:3 310:5
**messages** 113:16
**met** 114:22 127:7
128:24 129:2 175:13
230:8,13,15 231:6
232:9 233:2,10,19
246:12,16 321:12,18
321:23 325:6 337:19
**Michael** 18:19 196:12
303:14
**middle** 67:4 300:23
320:12
**military** 99:13 279:24
**Mill** 3:12
**mind** 66:25 161:12,14
162:3,4 164:3 216:24
219:20 337:20
**mine** 299:6 300:11
**Mineola** 4:7
**Minerva** 151:12,15
153:20 187:24 189:14
273:8,12 305:11
**minimally** 214:13
**minimum** 105:4 125:23
126:17,19 154:18,23
156:14 163:8 214:17
246:13,16
**minute** 157:22 288:16
**minutes** 32:5 138:9
141:14,20 200:8
220:12 241:12 250:6
297:19 319:23
**Mischaracterization**
181:3
**mischaracterize** 69:9

**mischaracterized**
49:15
**mischaracterizing**
226:3
**misconduct** 132:16
**misheard** 146:22
**misinterpretation**
57:10
**misleading** 274:4
**missing** 275:7
**missions** 212:3
**misstate** 48:20 49:2
**mistake** 267:9,15 321:8
**mistakenly** 293:13
**mistakes** 121:16
**misunderstanding**
275:3
**misunderstood** 288:20
**misused** 132:15
**mis-spoke** 55:15 211:8
**mixing** 105:21 238:8
**moment** 141:25 171:24
267:16 284:9,11
**moments** 119:10
**money** 305:2 341:4
**months** 30:18,19 52:4
209:3,5,7 226:15
**morning** 163:6
**motion** 164:19
**mouth** 319:14
**move** 11:7 13:8 44:21
45:15,20 62:21 69:23
69:25 79:16 83:18
92:25 131:11 189:21
200:13 220:7 289:8
**multipage** 268:21,23
345:23
**multiple** 16:8 166:16
265:17
**multitude** 272:16
**Mummert** 4:22 7:14
**Municipal** 80:13
**municipalities** 73:2
204:13,16,21
**municipality** 60:5,7
61:7 81:4 89:23
97:16 138:13,16,21
138:25 139:8,10
195:12,22,25 204:8
257:22
**mutual** 340:3,10

---

**N**

**N** 3:2 4:2 8:13,13 145:2
145:2,2,4,4 344:2
**name** 7:14 9:11 20:10
41:9 110:22 150:8
151:18 154:14 157:4
157:6 172:9,18,20

190:3,7 193:5,11
194:11 196:5,8,11
201:5 202:9,22
205:14 208:16 224:24
228:20 229:4,14
230:6 273:14 274:18
276:8 277:20 281:12
281:22 282:3,9,13,15
284:3,14 292:20,22
293:18 296:7 303:4
308:17,24 312:5,24
314:22 316:13 341:16
343:4
**named** 229:20 273:22
289:2 318:16,19,22
**names** 111:12 112:21
151:21 181:14 189:17
193:2 194:5 195:3
233:9 272:8 276:8
279:17 291:6 299:14
303:13 308:14 312:4
317:13
**Naomi** 307:19
**Nassau** 41:10
**Natalie** 1:9 3:18 114:5
**nationalities** 86:20
**nature** 29:4 119:8
120:19 128:8,10
147:21 243:21,24
244:6,10 245:8
247:20,21 251:13
253:24 273:10 282:2
291:5 293:4 315:12
315:21 327:11
**necessarily** 41:25 58:21
291:11
**necessary** 29:13 63:13
67:4
**necessitate** 104:4
**necessity** 215:13
**need** 22:24 27:10 28:19
30:10 42:23 65:12
69:2 78:23 94:15
98:15 100:20,21
103:4,13 105:14
106:16,23 107:22
129:21 141:4 161:5
162:4 181:5 240:10
247:2 272:24 284:24
299:11 312:16
**needed** 29:17 116:16
130:19 179:8,11
180:6 205:11 208:6
246:24 277:3
**needs** 63:20 120:23
222:5 256:7 296:10
296:12 300:16,21,23
301:6
**negative** 132:15

**neglected** 174:14
308:21
**negligence** 119:21
120:4
**negligent** 119:11
121:11
**neighborhood** 10:10
**never** 99:16 148:21
175:12 185:17 230:15
244:11 265:21,22,22
287:7 304:13 328:15
340:13
**new** 1:2,20 2:10,12 3:7
3:7,13,21 4:7,16 7:12
8:24 61:3,3 74:21
80:13 94:13 97:2,9,14
97:16 104:21 105:10
106:11 107:8 119:4
165:21 167:14 197:15
201:17,18 212:16
259:5 300:21 317:22
328:12 343:3,5,8
**newspaper** 38:16
**nod** 10:25
**Nofi** 1:4 253:6 265:3,7
265:25 321:12 324:20
325:4,17 329:3
335:16 336:21
**non-compound** 134:6
**non-employees** 32:9,16
32:17,18
**non-full-time** 88:14,16
88:18 91:3,10
**non-hiring** 218:23
**non-law** 54:16
**non-police** 54:12 92:6
**non-rehiring** 321:22
**non-reporting** 299:25
300:2
**non-temporary** 243:23
**normal** 116:18
**normally** 188:11,19
207:9
**Notary** 2:12 5:13 8:15
343:7 348:25
**notate** 295:4 296:5
**notation** 224:4 300:13
302:17 315:10
**notations** 271:5,6,8
272:20 290:16,17
291:16 292:4,4,5,9
294:8,13,14 297:7
299:5 300:10 302:11
302:11 314:18 315:7
316:9
**note** 19:20 40:22 80:6
80:21 98:2 143:8
147:22 271:21
**noted** 131:21 134:17

144:13 145:3 146:7
167:11 194:14 197:20
206:19 223:8 224:5
270:16,17 291:25
295:13,15,16,18
342:17
**notes** 49:11 210:4,6
261:12,15
**notice** 42:24,25 43:4
172:8 205:13 325:9
338:9,18
**noticed** 321:8
**notification** 155:8
193:13
**notified** 123:5 154:21
155:2,24 156:3 222:6
235:8 237:2 335:18
**notify** 155:3 235:10
236:25 242:17 266:13
**notifying** 205:9 268:15
**notwithstanding** 99:8
180:24 229:19
**Novikoff** 3:22 8:5,7,19
9:4,17 11:4,9,18,23
12:13 13:10 14:5,9,18
14:22 15:13 16:7,20
17:21 18:4 19:13,18
19:19,25 22:5,13
23:19 24:7,25 25:12
29:10 31:2,13,25
32:15,23 33:8 34:8,11
34:16 35:16 36:15,17
36:19 37:8,16,18
38:15 40:16,19,22
41:15,21 42:9 43:19
44:16 45:4,8,11 46:13
47:2,22 48:8,24 49:10
49:20 50:7,22 51:13
53:2 55:13,16 57:22
59:11 60:20 62:3,5,8
64:10 65:7,23 66:19
67:12 68:21 69:22
70:3,13 71:10,15 72:4
73:5,8,14,21 74:20
76:21 77:4,9 78:17
79:8,13 80:6,21 82:19
83:21 84:13,21 85:23
86:19 87:17 88:4,10
88:21 90:9,11 91:4,18
91:24 92:14 93:4,7,23
94:17 95:3 96:23
97:7 98:2,6 99:5
100:6,16,25 102:4,17
103:21 105:3,16
106:4,19 107:5,11
108:21 109:9 110:12
112:18 113:4,21
114:12 115:23 117:20
119:23 121:6,22

123:7,19 124:4,9,16
125:4 128:11,20
129:3,14 130:9
131:12 132:18,24
133:9 134:18 135:18
136:19 138:3,10,19
138:23 139:17,20
140:4,13,18 141:15
142:19 143:8 145:25
146:12 148:6,18
149:13,17,23 150:19
152:12,21,24 153:2
154:2,12 155:5 156:7
159:11 161:2,22
162:16 163:17 164:13
164:18 165:3,10
166:8,16 167:10,18
167:20 168:12,19
169:13 170:7 171:5,8
172:13 173:6,18,22
174:4 175:2,24
176:23 178:4 181:2
182:4,14 183:14
184:16 185:13 187:21
188:9 189:9,16,19
190:17,22 191:6,12
191:23 192:5,12
193:17 194:12,19
195:19,24 196:10,20
197:24 198:7,16,18
198:22 199:3 200:9
200:10 201:6,11,16
203:2 204:22 206:9
207:20,23 210:3,11
211:5 212:19 213:6
213:22 215:6 216:5
217:4,19 218:21
224:6 225:11,23
227:14 228:3,8,13
229:18 230:21 231:4
231:9 232:7 236:18
238:3 239:12,19,22
239:24 240:6 243:9
246:18 250:2,14
252:11 253:6 254:23
255:20 258:9,24
263:3,16 264:3,9
266:20,25 267:4
273:25 281:2,8 284:8
284:22 285:4,16
286:8,17 288:6,10,22
289:10 293:19 294:3
294:20 295:21 296:25
297:3,13 304:12,18
305:6 318:7 338:3
341:20 344:5
**nub** 89:7
**number** 7:6 15:16 40:7
46:8 56:24 63:2

113:14 122:13 132:25
157:15,19 171:17,19
176:10,13 181:25
184:8,10 190:14,18
190:25 191:4 199:17
199:23 200:2 203:22
203:24 219:9 221:12
222:20 228:21 235:23
253:13 280:6,8
292:20,23,23 293:20
301:18,20 303:22,24
307:5 314:10 316:12
316:17,19,23,24,25
317:5,6,10 344:25
345:3,5,8,13,15,17
346:6,14
**numbered** 47:11
220:19,22 345:19
**numbers** 141:24 187:2
187:4 268:22,24
269:17,20 289:22,25
293:3 298:19 305:10
305:13 309:13 313:15
313:18 316:15 317:14
317:20 345:24 346:3
346:9,24
**numerous** 64:17 99:17
340:7,18
**NYS** 159:14,16,20

**O**
**O** 8:13 145:2,2,2,4
**oath** 9:15,18,20,24
**object** 12:13 16:23
17:23,24 18:4 35:10
35:17 49:12 53:20
55:23 59:23 70:15
74:25 76:22 84:14
87:6 90:4 96:6 98:19
99:6 100:17 109:21
131:3 132:4 143:13
163:22 165:8 169:11
169:16 188:9 192:14
192:16 193:7 207:23
213:14 238:8 240:2
**objected** 70:5
**objecting** 12:19 77:21
133:24 134:2
**objection** 11:13 14:5,9
14:16 16:7,20 17:5
19:4,23 22:5,13 23:19
24:25 25:12 30:23
31:5,25 33:8 34:8,16
34:24 36:11 37:8,16
38:15 40:23 41:13,21
42:8,9 43:19 44:9,19
45:4,5 47:22 48:16,24
49:20 50:7,22 53:2
54:10 55:6,14 57:22

59:11,23 64:3 66:19
70:3,13,22 71:10,16
73:8,14 74:19 76:21
77:4,5 80:6,21 81:13
82:16,20 84:25 85:23
86:3,12,21 87:17 88:4
88:21,22 91:18,23,24
92:7,14,15,24 93:4,23
97:7 98:2,6 100:6,25
101:2 102:4 103:21
103:22,25 105:3,16
106:19 107:5,11,12
107:15 108:21 109:8
109:9 110:12 112:18
113:21 114:12 115:23
117:20 119:23,24
121:6,22 123:8,14,19
123:24 124:9,16
128:7 129:14,15
130:9 131:20 133:7
134:17 135:18 138:19
138:24 148:18 149:13
149:17,23 150:14,20
152:12,21,24,25
154:2,3,12 156:7
160:17,23 162:16
163:5 165:3 166:2,10
167:10,17,18,20
169:13,18 171:8
173:6,18 175:2 181:2
182:4,14,15 185:7
187:21 194:12 195:16
195:24 197:14,18,21
198:3,8 200:21
204:10 206:9,18
210:11 211:5 212:19
215:4,6 216:5 224:6
225:11 227:6 228:3,8
231:25 236:10,18
237:9 238:3 239:12
239:19 241:23 246:8
250:14 252:11,12
254:2 258:2,10
262:25 273:25 281:2
285:19 288:4 294:3
295:21 296:25 297:2
**objectionable** 62:19
**objections** 5:8 12:23
19:21 56:14 78:3,15
78:19,21 92:3 134:16
135:3,9 139:21
192:11
**objective** 340:4,6,19
**obligated** 9:16
**obligation** 255:2 257:2
257:9,11,13 258:4,23
**obligations** 254:5
256:12,15 258:7,16
258:18 329:21

**OBPD** 267:23 323:10
323:15 324:22 325:6
338:13
**OBPD's** 265:9
**obstruction** 325:11,21
**obtain** 137:17 169:7
**obtained** 42:21
**obtaining** 38:18,20
**obvious** 218:6 220:4,7
**obviously** 10:25 66:6
167:21 174:12
**occasion** 111:13 113:24
114:7 115:2,4 116:5,6
116:12 139:15 230:11
231:5 232:20,25
233:11 234:3
**occasions** 9:23 113:15
239:6
**occur** 114:17 168:3
208:21
**occurred** 132:17
218:23 232:11
**Ocean** 1:7,10 3:18,19
4:5 7:9 16:5 17:12
18:11 51:21,24 52:7
52:14,18,23 54:3,8,13
54:22 55:4,9,20 56:16
59:9,16,19 60:3,3,4,5
60:17,21,23 61:6
63:24 65:22 66:3,13
66:23 68:14 69:11
70:11,21 71:6,25 72:5
72:8,11 74:2,7,13
81:8,16,21 84:11,15
85:4,22 86:18 87:22
88:19 89:22 90:13
91:5 93:17,18,21 97:6
97:17,20,22 98:15,17
99:23,24 100:2,5,21
100:24 101:23 102:3
103:16 104:23 105:12
106:17 110:9,10,23
111:8,15 112:2,4,13
113:25 114:6 117:19
118:5,21 119:3,9
121:3,5,11,20 122:25
123:13 124:5,14
125:16,17 127:15
135:25 142:17 143:5
143:18 144:6 148:17
148:20,25 149:2,5,15
149:21 150:13 151:18
152:3,7,9,11,18,20
153:6,9 154:8 156:3
156:18,25 157:15,18
162:23 163:3 164:21
164:23 173:3,13,16
173:24 174:23 175:10
176:10 181:24 182:12

184:7 186:25 190:14
190:25 199:23 201:16
201:18,19 202:5
205:19,25 206:8,22
209:13 210:25 212:11
212:14 221:11 222:19
223:24 224:5,15
226:9,15 236:16
247:15 251:14,22,25
252:2 254:21 266:3,4
268:21 269:17 272:19
278:8,19 279:8
283:16 286:18 289:3
289:23 298:10,14
307:23 309:20 313:15
314:10 322:6,23
329:23 332:2 348:3
**October** 225:7
**office** 15:9 32:21,25
40:3,6 41:8 110:23
111:2 114:13 116:15
116:18,25 117:13
151:21 201:14 208:16
230:11 231:7,12
232:20 233:6,7,25
241:14 249:20 250:3
254:14 255:11 256:7
256:14 260:12 284:16
284:17 335:17
**officer** 6:11,13,24 7:2
16:2 18:21 19:17
22:8,11,16,25 23:16
23:23 24:4,6 25:5,10
25:16 26:2 30:21
31:8 43:11,16 44:4,25
54:2,12,18,19 55:18
56:3,11,12,16,20,23
57:9,13,21,25 58:5
59:2,6,8,15,19 63:10
67:25 68:18 70:11,21
71:6 72:9 74:2,7,13
80:12 84:11 85:22
86:5,7 87:15,22 88:7
89:3 91:22 92:6,12,22
93:15,18 94:13 97:3,6
97:18,20,22 98:11,14
99:25 100:10,19
101:22 102:3,15
103:15,17 104:23
105:7,9,12,20 106:13
106:17 108:9,10
109:4 126:21,25
127:5,25 128:3 129:8
142:7 157:11 158:16
160:6,10 162:21,23
163:10 173:3,14,16
174:23 175:3,5,6,18
179:18 185:12,18
189:3,5,8 201:4 207:8

217:18 218:2,4,17
219:6 222:4 224:25
225:5,9 226:15 227:2
234:6,16 240:12,14
240:18,21 242:3
244:7 246:15 251:9
251:23 259:22 265:6
265:24 271:18 274:23
279:2,8 281:13
288:23 296:9 314:23
314:25 315:14,15
317:2,4 336:22 337:3
338:8,12 344:17,22
**officers** 43:23,24 56:25
57:3 58:2 63:25
65:14,21 66:4,12
77:15 81:16 86:9,10
86:17,24 87:3,14,19
88:16,19 89:20 91:3
91:11 108:4 116:16
116:23 127:15,17
142:17 143:5,17
144:5 179:5,8,13
180:6 183:9,16 185:9
185:16 208:3,19
226:9 230:10 231:6
231:11 232:19,21
233:10,19,22 235:11
235:14,23 236:5,16
236:23 237:6,13,16
237:23,24 238:25
239:8,10,17 240:14
240:15,25 241:4,13
241:17,21,25 242:18
243:7 244:25 245:14
245:19 246:7 247:2,5
247:10,12 248:15
251:14 252:2,7,9,24
253:14,18 259:13,17
260:12,14,17 262:4
262:14,21 265:3
267:23 268:11 307:22
308:4 309:19 311:16
311:18 317:7 321:11
323:9,15,19,23
324:19,20 329:3,24
335:11,16 336:21
**officer's** 207:9 272:8
**offices** 2:8
**official** 1:9,10,12,15
318:20 322:4,14,16
322:17,17,22
**officially** 309:6,9
**Oh** 265:16 267:9
**okay** 9:5,10 12:5,6
14:22 19:19 31:15
34:5 36:5 40:19
43:10 44:17 45:20
48:8,20 49:17 56:4

57:24 58:9,19 60:22
61:16,25 72:4,22
75:24 78:13,21 83:6
83:12,13 85:8 87:10
88:15 96:11 101:20
103:10 120:18 124:20
126:18 133:4,25
140:25 151:8 157:25
163:23 165:17 176:19
176:24 178:15 184:19
187:10 191:12 196:4
196:10 199:19 213:21
214:18 220:2 226:7
226:24 239:6 255:24
256:17 257:13 264:20
266:17 268:3,9
289:20 295:25 303:3
303:19 304:18 309:10
312:23 333:5 342:8
**Old** 4:6
**older** 253:4,9
**once** 102:12 109:14
114:23 170:4,7 210:2
214:16 233:3 238:3
**ones** 303:15
**one-page** 157:14,17
171:16,18 176:9,12
184:6,9 190:13
199:22,25 203:20,23
221:11 222:18 280:4
280:7 301:16,19
303:20,23 307:4
344:24 345:2,4,7,14
345:16 346:5,13,15
**On-the-job** 50:15
**open** 57:5 126:8,11,12
126:14,15
**opine** 189:10
**opinion** 69:8 75:21
77:19,22 121:11
163:25 266:3 322:21
326:12,14 327:22
328:5,11 333:21
**opinions** 11:10 78:8
**opportunity** 314:3
**opposed** 17:21 57:6
60:12 77:9 126:8,14
155:5 271:2 291:13
**option** 194:25
**oral** 27:12,14 28:7,17
29:21
**orally** 10:24
**oranges** 101:13 105:22
**order** 28:22 29:18
63:22 89:3 98:9
162:18 174:15 186:12
194:6 270:25 334:23
**org** 147:23 148:6
**organization** 6:4,6

47:25 148:8 344:15
**organizational** 46:11
**organize** 181:13
**organized** 310:15
**original** 32:14 96:19
**originally** 299:21
**outcome** 343:18
**outgoing** 118:14
**outside** 22:4 32:20 55:9
104:21 105:10 106:12
110:6 151:10 225:21
**oversee** 159:22
**overseeing** 158:14
322:5,22
**overt** 340:7,18
**O'Brien** 3:10 8:10
**o'clock** 141:6 318:14
**O'Neil** 8:10
**O'NEILL** 3:10

_____

**P**

**P** 3:2,2 4:2,2 280:6,8
281:10 293:14 302:17
302:19 303:22,24
305:10,13 346:6,16
346:18
**page** 10:18 15:14 58:23
58:25 142:10 143:9
143:11,23 172:9
187:22,22 188:11,12
188:18 189:7 190:2
210:4 217:16,17
219:10 226:19 270:6
270:21,22 271:5
273:2,4,20 274:2
275:7 290:14 291:6
291:15,18,23 293:20
297:10,11 298:21,22
299:3 300:8,10
305:21 312:5,24
314:16 316:7 317:12
320:10,12 338:25
344:3 348:4
**pages** 187:25 188:16
263:23 270:2,4 290:8
290:11 296:17,22,24
297:7 298:24 314:13
**paid** 176:2
**panel** 145:17,20 146:24
**paper** 32:4 309:4
**paperwork** 150:16
230:6 275:11
**Paradiso** 113:6,9,20
208:15,23 209:17
211:13,16,22 212:4
221:20 278:8,12
**paragraph** 160:8
165:19 263:25 264:8
265:18 266:15 307:17

320:24 321:9,10
322:9 323:25 324:8
324:18 328:25 330:14
331:8 332:8 333:10
333:18 334:4 335:15
336:9 338:24 340:2
**paragraphs** 267:7
319:23 320:7 321:2,5
**part** 32:13 92:17
109:12 117:4 145:11
153:6,21 158:13
188:12 206:6 207:5
209:13,17 210:25
211:2 214:5 219:11
240:10,11 251:16
256:19 266:24 280:21
288:19 313:5 321:10
331:7 332:17 333:17
**partial** 59:23
**partially** 190:4,8
**participate** 70:24
**participates** 86:23
**particular** 25:19 26:13
66:21 119:20 132:11
134:12 156:11 158:2
188:8 200:23 226:5
228:19 237:3 243:3
342:3
**particularly** 71:16
265:6
**particulars** 140:16
**parties** 5:4 19:22
343:16
**party** 19:21
**part-time** 6:24 7:2
59:18 88:25 142:7,12
142:16,20,22,25
143:4,16,17 173:13
173:16 225:5,10
244:6 247:12,13
293:7,25 294:4,6
344:22
**part-timer** 177:25
**part-time/seasonal**
142:20
**pass** 63:21 77:15 98:7
106:23 107:23 202:17
236:23 311:2
**passed** 91:15 98:12
99:9,20 104:7 131:25
132:6 177:24 179:13
203:9,13 302:21,25
309:23 310:23 311:4
313:5
**passing** 98:20
**Patchogue** 26:4
**patently** 131:13,15
**patience** 341:12
**Patrick** 172:7 173:3,10

173:15 174:18,22 175:13,14,16,22 303:4,6
**Paul** 177:22 178:5,15
**pay** 123:11,16
**paying** 197:4 252:22 326:3
**payroll** 288:25
**peace** 31:8 43:24 56:3 56:11,12,15,20,23 57:13,21 58:2,5 59:8 77:14
**Peck** 146:15
**Pelc** 145:23 146:8 172:6,23 245:24 302:6
**pending** 13:14 78:25 79:18 134:4 202:9,23 303:9
**people** 32:20 44:3 45:3 110:15,16 112:25 175:21 180:15 181:12 194:5 195:10 196:25 215:9 219:19 237:3 258:16 268:7 275:24 277:6,8,12 287:16 299:20 301:8 302:8 308:6 323:3 341:2
**percent** 34:4 245:19 250:23 283:12 302:6
**perfect** 242:7
**performance** 37:5,9,12
**performed** 81:11 106:22 188:8
**period** 24:22 30:2,18 37:24 39:7 40:9 51:25 66:17 111:22 143:18 144:6 181:8 194:8 210:9,24 211:16,19,21 308:12 308:19 321:22 329:24 332:6
**periodically** 212:2 317:21
**permanency** 244:9,12
**permanent** 105:19 126:20,24 127:16 128:3 238:17 243:20 244:4,8 248:9 327:10
**permanently** 127:11
**permit** 13:7 123:17
**permits** 108:4
**permitted** 108:9 212:15 212:24
**persist** 82:4 95:22 96:5
**person** 77:10 91:17 92:4,5,20 93:14 94:11 96:24 97:5,17 101:20 103:13 104:22 109:4

110:22 116:11 123:21 124:6 132:6 136:19 137:9,11,11,14 151:5 151:18 154:22 155:9 156:20 167:22 169:14 179:17 183:25 186:12 186:20 206:3 208:19 222:11 230:22 249:23 261:2 285:12 287:8 287:11,13,16,19,20 295:9,23 311:23 317:9 337:22 341:24
**personal** 33:22 35:25 75:20 76:17 77:18 130:6 177:19 221:2,4 345:21
**personally** 30:22 31:24 206:25 229:3 252:17
**personnel** 24:11,12,19 24:23 25:4,10 26:5,7 26:11,15 27:2,10 28:19 29:8 31:23 33:6 34:15 37:2,6,20 37:25 38:4,5,9,13,21 38:24 46:11 47:9,17 47:20 48:2,13 49:19 49:25 50:14 51:22 52:2,16,25 54:5,23 55:3,22 59:10,16,20 66:18 70:12 84:9 85:20 87:24 88:20 110:9,19 111:6,9,14 111:17,23 112:11,24 114:3,8 115:13 116:18 117:2,15 118:14,19 119:14 120:22,22 121:19 122:3 127:14 128:5 129:5 130:5,18,21,24 135:12 137:19 140:3 142:18 143:6,19 144:7 145:12,18 146:19,21 147:4,9,13 147:14,16,17,19 148:16 149:3,12 152:2,20 153:7,9,21 162:24 166:20 170:11 170:16,24 192:3 194:9 206:6 209:14 209:18 221:21 235:5 241:3 251:9 257:7,15 271:2 275:20 278:9 278:14 281:13 304:20 306:4 313:22,25 322:24 347:3
**persons** 44:6 166:7 195:5,9 214:16 254:6 258:7 268:7
**person's** 91:21 92:11

256:9
**pertain** 103:8
**pertained** 49:24 206:12 248:20 275:20
**pertaining** 110:14 138:6 161:25 173:7 173:10
**pertains** 64:23 159:24 207:20,22 242:21 287:10
**Phil** 7:16 37:21 145:22 147:2 161:4 249:14 249:19 250:3,4,17,24 251:2 261:5,7,25 282:18
**Philip** 1:24 2:11 146:23 166:19 168:5 169:4 170:12 248:25 249:8 343:7,23
**phone** 33:23 113:15 122:10 165:11 208:15 211:14 240:13 249:3
**phonetic** 178:19
**photocopy** 190:4
**phrase** 55:10 82:7 166:12 227:21 323:19 330:20,22
**phrased** 82:5 277:11 325:24
**phraseology** 71:17
**physical** 23:8,21 67:6 68:11 69:5 70:9 91:15 98:8 102:20 173:4 174:12,19 249:20 313:6
**physically** 98:23 180:14 215:18
**picked** 283:13
**picking** 56:7
**picks** 165:10
**picture** 112:3,7
**place** 135:6 204:20 210:10 214:4 233:5 235:20 240:20 241:8 251:4 260:21 266:16
**placed** 31:10 270:11
**placement** 199:11
**places** 91:5 271:22 274:25
**placing** 285:9
**plaintiff** 231:2 339:11
**plaintiffs** 1:5 3:5 7:22 16:4,18 17:11 19:7 53:11 64:9 78:12 229:22 232:8,21 280:5 303:21 305:10 318:25 319:8 320:16 320:22 321:18,22,23 322:3 329:2 330:14

330:15 332:10,18 333:6,11 334:10,16 334:19,23 335:19 336:10,15 338:8 339:6,17,21,24,25 340:12,20
**plaintiff's** 124:2 140:2 140:19
**planned** 62:11
**plans** 266:14
**played** 131:4
**playing** 232:16
**Plaza** 3:20
**please** 7:18 8:12 9:11 11:16 20:11 28:2 46:5 49:19 63:5 66:8 66:9 88:3 92:25 93:12 95:24 96:13 98:4 106:9 125:11 126:6 157:13 165:18 171:15 172:5 176:8 184:5 186:23 188:6 190:12 199:22 203:20 205:7 223:2 243:6 263:24 264:8 267:13 268:20 289:21 305:20
**plenty** 44:11
**point** 11:25 13:11 31:21 45:22 49:7 74:23 89:17 95:19 121:18 127:14 146:18 151:25 152:6 164:8 181:5 228:6 231:10 245:10 246:22 261:16 262:6,14 275:13 330:8
**police** 1:10,11,13 3:19 6:10,13,23 7:2 43:23 54:2,17,19 55:18 56:25 57:25 58:6 59:6,15,19 63:10,25 64:18,22 65:21 66:4 66:12 67:24 68:14,18 70:11,21 71:6 72:9 74:2,7,13 80:12 81:8 81:9,16,22 82:6 84:10 85:22 86:5,6,9,10,16 86:24 87:2,14,15,21 88:7,16,19 89:2,20 91:3,10,13,21 92:12 92:22 93:15,18 94:13 97:3,6,18,19,22 98:11 98:14 99:4,22,23,25 100:10,18,22 101:9 101:17,22 102:2,15 103:15,16 104:23 105:7,9,12,20 106:13 106:17,22,24 107:13 107:20,24 108:4,8,9

108:18 109:4 111:17 112:11,15 116:15,23 125:14 126:21,24 127:5,15,17,24 128:3 129:8 142:7,17 143:5 143:17 144:5 157:11 158:16,24 159:24 160:10 162:20,23 163:9,10 173:3,14,16 174:23 175:3,5,6,17 179:5,18 182:19 183:8,16 185:9,12,15 185:18,19 189:3,5,8 201:4 207:8,9 217:18 218:2,4,17 219:6,6,12 221:24 222:4 224:25 225:4,9 226:8,15 227:2 244:7 246:15 247:12 271:18 274:23 278:8,11,13,17 279:2 279:8,15 282:6 296:8 298:14 307:22 308:3 309:19 311:16,18 314:23,25 315:14,15 317:2,3 329:24 338:12 344:17,22
**Police:Towns** 6:17,19 344:19
**policies** 81:10 253:23 254:9
**policy** 77:17 255:18,21
**polygraph** 46:2 67:7 68:12 69:5 70:9 74:12,17 76:18 77:15 79:23,23 91:14 98:9 202:11,18 296:10,12 303:9
**pontificate** 35:14
**pool** 337:17
**poor** 77:14 182:17 297:5
**portfolio** 209:14
**portion** 200:6 222:7,9 222:10 267:18 288:2 288:11 326:4
**pose** 79:7 258:20
**posed** 36:7 168:9
**posing** 61:20
**position** 15:25 18:20 22:11,15,16,21,24 23:7 27:2,10 29:9,14 29:24 36:14 38:3,23 39:12,19,21 40:5,15 40:20,20,25 41:4,6,12 42:7,12,18,22,24 43:2 43:6,6,7,10,12 44:3 46:3,9,10 47:15,16,21 47:21 48:4 53:5,25 54:2,20,21 55:18

56:15 57:14 59:14,18
63:22 64:16 68:13
69:11,12,17 70:10
71:6,9 81:4 82:15
110:7 118:17 123:12
127:5,10 128:2,10,13
132:2 135:17 137:24
145:12 146:8,13,14
146:17 147:2,6,8,20
154:23 155:13 173:24
185:2 186:3,13 188:8
188:23 189:2 192:22
193:25 197:3,6,13
213:19,20 215:10,22
217:11,14,25 218:3
218:15,16,20 219:5
228:21 238:11,15
243:22,24 244:3,4,7,8
244:14,20 245:9
247:8 248:9 251:2
253:12 273:21,23
274:3,22 278:7,13
316:25 317:8,23
327:5,5 331:22
**positions** 24:24 45:24
52:13,22 53:12,16,23
54:8,13,17 55:2,8,19
56:19 57:24 59:5
60:2,17 62:14 64:8
65:5 147:24 197:9
242:23 243:20 248:21
252:25 311:14 317:6
317:8 327:10 331:6
**positive** 250:23
**possibilities** 99:17
**possibility** 209:25
286:2
**possible** 78:14 110:15
183:20 266:13 268:12
290:19
**possibly** 145:23 181:18
271:12 272:16 282:20
303:10 304:15 313:13
**post** 31:10 201:14
**post-it** 233:13 261:17
261:20,24
**potential** 337:17
**potentially** 165:8
265:10
**pound** 202:23
**power** 44:2 325:12
**powers** 44:24 92:21
**practices** 49:23 60:11
60:12 61:10,11 63:24
**Praise** 231:9
**preceding** 226:22
**precipitated** 200:6
206:13
**preclude** 337:17

**prefer** 135:2
**prefers** 215:9
**prejudice** 135:4
**preparation** 28:9,25
**prepare** 240:24
**prepared** 64:24 224:13
224:15
**preprinted** 136:15
**prerequisites** 213:17
**present** 4:19 19:2 25:9
98:23 117:5 138:6
**presumably** 201:16,19
**presume** 82:5 131:3
188:10 258:20
**presumes** 65:4,8 70:17
86:13 132:13 133:15
**presuming** 97:8 101:13
133:19
**presumption** 12:21
132:21
**presumptive** 129:23
**presumptuous** 9:5
**pretty** 189:23 297:5
**prevent** 334:10,23
**previous** 105:6 237:2
292:21 316:13
**previously** 104:8
118:20 160:8 295:8
305:11
**primarily** 110:10,20
111:4
**primary** 111:10
**principal** 38:4 146:20
147:4,14,16,19
166:20 251:8
**print** 263:22
**printed** 136:22 137:4
263:22
**prior** 23:16 24:3,5,9
38:13,20,24 39:13,22
39:22 40:10 42:5,6,24
52:8 108:10 109:4
112:10 114:19 143:13
229:4 233:21 237:14
238:20 239:4,6,25
240:13 241:4 251:22
**private** 39:5 233:7
**privilege** 263:2
**probably** 206:12
235:18 250:5 252:14
252:22 256:23 272:11
295:22 310:3
**probation** 16:2 18:21
19:17 22:8,11,15,25
23:16,23 24:3,6 25:5
25:10,16,25 30:20
43:11,15 44:3,25
160:5 304:23
**probationary** 105:21

**problem** 120:17 121:2
121:8 124:6,15 275:4
**problems** 117:16 118:4
119:9 120:12 123:2
152:7,9,19 153:9,15
182:12,24 183:8
275:16 310:18
**procedure** 8:23 43:18
43:25 56:22 57:18
58:4 75:11,16 180:18
199:16
**procedures** 114:16
116:22 118:9 159:25
182:18,22,25 327:7
**proceed** 61:23 184:24
**proceeded** 242:12
**proceeding** 59:24 252:6
**proceedings** 34:19 35:6
35:13 36:4,14 37:3
**process** 23:12 29:7,20
86:18 87:9 89:18
109:15 146:4 198:11
**produce** 139:25
**produced** 46:7 62:25
141:23 157:15,18
171:16 176:10 184:7
186:25 190:13,24
199:23 203:21 221:11
222:19 268:21 269:17
280:5 289:23 301:17
303:21 305:9 313:15
314:10
**production** 138:4 148:3
210:18 261:23
**professional** 115:17
**prohibit** 213:11
**prohibited** 179:16
**prohibits** 213:25
**project** 246:23
**promise** 336:10,14,20
**promoted** 147:18,19
**promotion** 43:7
**promotional** 42:21
43:5 125:25 126:2,7
126:10,12 127:12
**prompt** 183:4
**promulgated** 86:2
**proof** 300:23 301:6
**proper** 15:12 75:3
79:14,16 114:14
163:21,25 164:5
168:4,11 180:18,22
180:23 198:23 215:21
236:19 280:2 339:13
**properly** 120:16 123:12
123:22 124:8,10
179:6 285:15 317:24
**proposed** 163:9
**protocols** 10:16 11:6

**protract** 11:11 13:4
**prove** 158:25 159:4
**provide** 94:6 138:22
**provisional** 185:2,3,15
185:23 186:2,13
**provisionally** 186:7
**provisions** 75:11
**psych** 202:10,17
**psychological** 23:9,22
67:6 68:4,6,11 69:4
70:8 74:5 91:14 98:8
100:23 202:24
**psychologist** 68:8
**Psychology** 21:14
**PT** 224:25 227:2
**public** 2:12 5:13 8:15
126:15 148:5 343:7
348:25
**punished** 125:5
**purely** 90:12
**purport** 194:17 263:17
**purpose** 36:18 74:16,20
79:22 80:2 132:23
133:11 192:6,10,13
192:18 218:13 241:18
242:3 283:19 287:12
305:3 328:19
**purposes** 58:8 204:8
**pursuant** 2:10 34:19
86:2 253:23
**pursuing** 84:25
**put** 48:6 83:6,8 134:21
171:12 176:7 184:3
184:23 222:15 223:21
224:10 254:4,15
256:7,15 258:17
269:11 282:15 284:3
284:14 294:15 297:16
301:15 303:19 306:6
308:6 311:23 314:7
**P.C** 3:10
**p.m** 144:13 145:3
342:17
**P.O** 4:15

---

**Q**

**qual** 299:11
**qualification** 46:2
66:12 71:7 72:6
76:16 81:25 128:15
252:8 272:14
**qualifications** 65:18
68:10 69:16 70:7,20
76:19 98:16 125:23
126:16,17,19 127:7
154:18,24 156:15
163:8 186:7 203:9
213:16 214:17 246:13
246:17

**qualified** 99:16 102:12
116:16 154:22 179:6
180:16 213:19 214:13
238:11 245:24 246:7
246:9 338:11,20
**qualify** 28:22 29:18
63:22 105:5 238:25
239:9
**qualifying** 23:25 67:6,9
67:22,23 68:3,11 69:4
70:8 73:25 74:5
91:16 104:7,13
106:21,24 107:19,23
174:14,16 179:7,10
180:7,20 183:11,16
207:8 213:17 236:23
237:8,15 238:2,5,15
245:16,21 246:10
247:3 277:16 296:14
300:16 302:9 312:17
**Queens** 61:5
**question** 5:9 12:2,3,8
12:11,15 13:2,3,14,15
14:18 15:6,12 17:6,9
17:25 18:5 22:20
27:25 28:15 32:14
34:24 35:11 36:7,16
36:21 46:25 47:3,4
48:25,25 49:2,8,12
53:7 54:15 55:7,11
59:24 60:16 65:3,7,24
66:9,10 69:20 70:2,6
70:17 71:17,22 74:24
75:3 76:3,5,12,23
78:25 79:16,17,20
80:15 81:15 82:17
84:14,22 85:3,8,13,18
86:13 90:12 91:25
92:8,17 94:6,11,18,21
95:14,16 96:5,7,14,19
96:22,23 98:19 99:7
100:13,17 101:3
102:8 105:18 106:2
108:22,24 109:11,22
113:2 115:21 119:18
121:24 123:18 124:21
125:21 129:4,22,23
130:2,10 131:8 132:7
132:12,25 133:5,8,15
134:4,15 135:16,19
139:12 142:13 143:2
143:14 154:3 155:14
156:9 159:13 161:24
162:4,9,11 163:19,21
164:11,15 165:2,6,8
165:13 166:12 168:4
168:8,8,11 169:12,17
174:2,5,7 184:17
188:10,11 189:13,25

192:13 194:18 200:17
201:8 206:16 211:7
214:19 225:24 227:15
228:9,11 229:16
230:12 236:20 237:21
238:8 239:20 243:10
250:21 251:6 254:12
255:8,17,17 257:4,9
257:19 258:13,25
259:11 264:14 267:12
269:25 279:9 284:23
289:11,13 297:6
298:21 303:12 305:16
313:13 321:7 327:21
339:2,3
**questioning** 78:4,5
133:18 337:8
**questions** 10:15 13:9
14:8,10,11,14 20:21
28:5 45:17 50:10
58:18 60:24 61:20,23
71:3 76:6 78:9,22
79:11 80:7 81:5 82:4
82:8 83:9 87:7 90:4
95:22 96:2,13 102:25
106:9 131:3,14,18
133:3 134:6 135:8
138:5 164:21 166:13
169:25 170:22 171:4
171:6 191:10 198:12
213:14 227:22 232:14
250:25 251:13 258:6
258:20 267:14 285:2
310:11 318:2,12
319:21 320:7,21,25
329:18 333:6,17
336:3 338:6 342:12
**quips** 62:19
**quite** 53:8 75:12
**quote** 98:21 322:3
330:15,16,17 331:8,9
333:11 338:11,11

**R**
**R** 3:2 4:2 145:2 343:2
**Radler** 3:16 8:7
**raise** 12:23
**raised** 310:11 331:8
**raising** 331:14
**rankings** 279:24
**rash** 19:14
**read** 16:19 17:2 27:24
28:3 51:18 144:2
161:12 167:12 184:18
190:17,19 211:6
239:19,21 264:8,13
266:25 267:3,18
283:25 284:4,5,6,21
285:7,9 292:14,15

313:3 325:14 336:19
**reader** 162:3,5
**reading** 264:15,20,22
264:23 267:4
**reads** 159:9
**ready** 4:4 141:21
**realize** 55:7
**really** 17:9 31:16 45:14
67:20 92:9 119:17
199:3 219:19 259:8
262:5 272:5 275:17
275:17 287:7,17
**reason** 14:6 42:2,17,20
132:7 165:7 200:15
239:11 241:25 242:2
258:19 272:12 277:17
285:21,24 324:12
325:25 326:5,8,19
327:12,13,14 342:3
**reasonable** 333:6,12
**reasonably** 332:18
**reasons** 99:12 272:17
326:12 327:2
**recall** 10:5 16:10 17:14
28:4 29:4 30:17
41:11,19 42:14 52:6
52:12 53:16,25 54:9
54:20 59:12,13
113:18,19,22 115:7
118:10 119:7 127:19
130:23 131:22 145:19
147:2 148:9,12 152:5
153:17,19 155:13
156:11 167:5,7
171:10 172:22,25
174:9 176:21 177:4
178:2,8,21 179:21
180:2 181:7,20 182:7
182:10 183:6 190:15
192:24 205:15,18
206:2,5,20,23 208:7
208:10 209:2 210:23
211:23 212:6,7 217:5
217:8 221:19,22
223:15 230:4,16
231:13,14 233:9,17
234:2,6 235:14 236:3
239:14 240:3 241:7
241:10 242:9 247:17
250:11 251:12 252:13
252:19,21,23 253:17
259:12,24 260:9
261:7,19 262:2,7,16
262:19 268:10,13
271:4 272:10,18,21
273:9,15 275:11
278:7 282:5,10,23
283:25 284:4,5,6
285:7 290:15 294:7

297:8 299:20 300:19
303:5,8 304:6,11
310:2 312:8 324:4
325:22,25 331:12
**recalled** 336:6
**recalls** 304:13
**receivable** 41:17 42:3,4
**receive** 37:5,11 199:13
208:8
**received** 159:9 173:12
221:20 297:8 338:9
338:18
**receiving** 172:22
208:10
**receptionist** 165:4
**recess** 27:19 84:5
122:22 144:12 220:17
263:8 297:24 306:11
**recognize** 63:5 125:8
142:3 176:20 191:18
205:4 273:7 278:21
279:10,13,25 286:7
286:11 290:8 292:5
300:9 301:25 305:17
307:8 314:17 316:8
**recognized** 80:13
**recollection** 52:22
66:21 155:18 231:22
232:4 242:7 321:17
321:21 336:4
**record** 9:12 10:23,25
19:3 27:16,18,21 28:2
28:3,16 34:25 36:22
46:13 58:8 84:4,7
122:19,21,24 126:19
134:21 135:6 140:10
140:12,17,24 143:9
144:9,11 145:9
147:22 148:5 184:18
190:18,19 194:13
201:6 220:16 221:8
227:13 230:20,22
239:21 263:4,7,15
264:8,16 266:25
267:3,5 297:23 298:8
302:4 306:10,25
307:3 314:9 336:19
342:16 343:13
**recorded** 135:25
**records** 140:3 158:13
158:23 207:14,16
208:3 227:18 241:4
275:20 309:21 311:18
317:23
**recourse** 265:9 266:6
266:10,14 268:12,14
334:11,24 335:5
**redundant** 19:23 31:16
**refer** 57:5,16 128:9

185:6
**reference** 172:12
194:21 226:10 237:25
238:5,19 324:8
**referenced** 68:4,10
159:6 174:20 212:17
213:2 215:2
**references** 221:24
**referred** 66:22 119:10
130:6 131:24 135:13
161:19 210:8 231:12
**referring** 27:6 32:3
34:3 49:6 63:14,18
64:12,13 80:16 86:4
88:12 90:22 99:2
108:17,19 117:8
120:19 135:24 142:21
148:12 149:2 159:5
165:24 177:4 178:3,5
178:9 186:17 190:5
193:2 195:8 202:12
202:14,25 265:19
267:15 270:14 271:14
276:9 283:23 289:4
289:15,18 292:24
295:15 296:21 308:2
310:17 320:7 326:22
326:25
**refers** 35:7 63:19 67:9
128:8 224:14,21
226:8 288:7,12
323:22
**reflect** 46:14 47:8 48:3
66:11 147:24 201:7
205:12 215:23 230:20
230:22
**reflected** 137:22 147:25
216:7,10
**refresh** 155:18 231:22
321:16,20
**refreshes** 232:3
**regard** 87:7 200:10
208:18 243:16 250:22
259:4 309:22 321:21
324:3,3,8,16 326:6
327:15 328:3,6,11,12
329:20,22 331:7,13
333:17 335:4,11
336:3 339:4,23
340:15
**regarding** 81:11 166:7
242:22 325:10,20
340:4
**regardless** 68:22
**regards** 26:10 28:5
49:23 111:17 116:15
116:23 118:8 163:15
172:7 182:17,19
230:11 234:22 244:16

245:21 248:20 287:13
287:18 300:6 302:9
310:22 331:5 339:14
**registered** 287:21
**registrant** 287:9 288:19
**registry** 221:24 282:6
**Regular** 8:19
**regulation** 52:24 55:22
**regulations** 51:14 54:4
59:9 72:13,22,24 73:4
74:23 85:25 103:25
216:8 255:5
**rehire** 232:13 238:16
239:5 242:19 248:11
248:15 268:18
**rehired** 234:23,25
235:12,23 236:6,16
237:7,11,17,25
238:13 239:11,17
244:2 248:8 252:2
326:17,18 335:12
**rehiring** 243:14
**reiterated** 330:10,11
**reject** 286:2
**rejected** 216:13 217:2
217:15,23 218:2,5
219:7
**rejection** 219:16
**relate** 188:25
**related** 64:15 68:19
343:16
**relates** 44:13 188:24
288:3
**relation** 135:14
**relationship** 336:23
337:9,12,15,24
341:25
**relative** 182:2
**relay** 325:4
**relayed** 272:11 324:21
**released** 284:17 315:15
**relevance** 30:24 32:16
146:3 162:2,6 236:2
**relevancy** 161:23
**relevant** 44:12,21
131:19 160:25 166:13
240:9 245:8 246:19
247:4 252:15 259:8
285:8 287:17 326:9
**reliance** 333:12
**Relieve** 315:23
**remain** 213:20 244:22
265:4
**remained** 331:25
**remains** 248:7
**remarks** 135:5
**remedied** 120:17
121:12,14 124:13
**remedy** 215:19

**remember** 16:9 26:17
30:15 40:7 41:9
110:22 112:6 114:18
116:7,8,10 151:19,21
151:25 154:15 155:12
156:14 157:7,9,11
170:14 173:11 174:21
174:25 180:5 181:19
208:22 210:12,13,17
212:3 221:18 222:12
233:13,14 234:11
241:15 253:3,5,13
277:11 278:6 302:20
313:11 326:2
**rendition** 198:5 199:8
**renew** 131:12 145:25
**repeat** 16:25 70:6
84:21 227:16 294:23
**repeated** 325:10,20
**rephrase** 12:4 76:12
85:3 92:8 131:7
152:14 164:11 237:20
**replaced** 111:3
**report** 49:25 120:15,16
138:25 221:2,4 227:8
227:10 270:25 300:4
308:21 313:22,24
345:20 347:2
**reported** 1:24 38:6,10
120:24 123:12,22
124:8,11,18 129:6
138:13 149:3 150:22
153:5,8 277:13 295:2
295:6 305:25 309:4,7
309:9 310:25
**reporter** 7:16 8:12
10:21,24 27:24 28:13
157:13 171:15 176:8
184:5 186:23 190:12
199:21 203:19 221:10
222:17 268:19 269:15
280:3 289:21 298:17
305:7 307:3
**reporting** 7:15,18
111:5,9 114:16 118:9
119:9,12,16 120:5,12
120:19 121:2,10,11
121:21 123:2,6
124:13 148:11,14,16
148:23 149:11 150:7
152:7,9,19 153:9,14
182:11,18,22,25
183:4,8,11 225:17
277:7,13 306:2
310:18
**reports** 183:15
**represent** 134:20 232:7
**representation** 83:17
232:6 329:9

**represented** 14:24 19:6
**representing** 7:22
**represents** 316:25
**requalification** 104:4
**requalify** 100:20
102:11,15 103:14
104:25 105:15 106:16
107:9
**request** 138:4 140:19
193:25 195:2,5 196:2
199:12 205:21 218:3
218:5,11,14,19 219:5
219:7,22
**requested** 215:11 218:5
307:18,23
**requesting** 216:4
219:12
**REQUESTS** 344:7,11
**require** 101:7,8,10
257:14
**required** 45:25 70:19
71:7 72:5,11 80:11
82:11 91:12 93:19
94:2 97:11 98:7
99:20 104:12 127:7
132:5 162:18 202:17
215:14 232:5 257:6
**requirement** 67:14,16
70:16 88:25 160:11
160:14 162:13,22
**requirements** 22:23
23:13,18 28:18 29:8
29:13,24 54:22 63:13
63:20 66:12 67:4
68:9,12 73:13 76:14
76:16 84:10,16,17,20
85:5,9,14,21,24 87:21
87:23 88:3,17 89:9,12
89:15 90:6,14,15 92:5
97:10 101:5,17
121:21 123:6 163:3
170:23 179:19 197:9
204:20 214:12 248:13
**requires** 85:7 214:6
**requiring** 74:17
**research** 95:9 255:6
311:3 312:2
**reserved** 5:9
**residency** 204:7,12,15
204:19
**residents** 195:10
**resign** 276:15 291:13
**resignation** 275:2
**resigned** 274:19,21
277:22
**resigning** 278:2
**Resources** 6:4,6
**respect** 48:18,22 71:8
71:13 88:15 90:5

95:24 108:3 110:17
112:14,15 119:15
120:5 121:3 167:6
182:24 183:8 185:8
185:11,15 204:6
213:8 237:13 238:24
239:4 246:10 251:25
252:10 262:3 274:17
288:18 292:8 311:10
**respectfully** 304:15
**respective** 5:3
**respond** 134:23,25
163:19
**responded** 69:21
**responding** 135:5
**response** 119:21 120:4
216:16 245:2 321:7
329:2 341:20 342:9
**responsibilities** 25:21
47:5,8 105:24 119:15
153:7 207:5 208:4,13
209:9,17 254:15
256:8,19
**responsibility** 52:7
65:9 129:17,25 137:8
163:22 207:6,11,12
207:18 268:2
**responsible** 26:14
41:18 42:2 43:15
64:14,21 71:5 73:18
108:7 109:20 207:14
207:16 208:2 267:21
267:24 288:23 322:5
322:15,22 323:8,13
**rest** 208:5 267:6 314:20
**result** 43:3
**resume** 102:14
**resumed** 145:4
**retain** 154:25 186:13
**retained** 65:15
**retake** 98:15 312:17
**retaliation** 325:10,19
**retire** 102:13
**retired** 235:4
**retrieve** 158:21,25
**return** 244:15 326:5
**returned** 224:3 273:3
273:10,16
**returning** 211:13 237:4
**review** 26:7 142:2,14
150:24 151:3 157:23
171:25 176:17 181:18
184:14 187:8 241:3
269:24 284:16 285:13
290:5 296:5
**reviewing** 116:21
**reviews** 37:6,12 224:8
**revolved** 179:4
**RexCorp** 3:20

**re-ask** 49:8,11 79:20
162:11
**right** 67:3 115:5 117:11
117:12 138:24 192:7
213:6 215:20,24
224:12,19 226:6
244:15 247:7 260:6
273:5 274:12 277:22
281:19 283:21 287:2
287:3,3 292:12,19
294:21 310:14,17
312:22 316:11 318:14
318:16,20 326:23,24
327:4,24,25 328:3,4,7
330:5,6
**righthand** 300:15
**rights** 30:24 105:23
242:11,23,24 243:22
243:23 244:3,13,19
244:20 327:7,24
328:2,6,11,21 331:4
331:13 339:5,11
**right-hand** 292:25
317:10
**ringing** 122:11
**River** 3:12
**Riverhead** 25:23
**Rivkin** 3:16 8:7
**Rizzuti** 1:24 2:11 7:17
343:7,23
**RL** 315:13,22 316:21
**road** 3:12 4:6 117:11
117:12
**Rogers** 1:9 3:19 114:5
**role** 83:5 109:11 131:4
207:9 341:9
**rolling** 65:25
**room** 7:23 27:23
230:23,25 231:3
233:18
**roster** 136:2,3 148:25
150:9,10,11,12,18,23
151:7,8,11 223:20
224:9
**rounded** 251:17
**rows** 274:7 276:7
**RQ** 147:22 210:18
261:23
**RS** 276:10,10,13
277:21
**rubric** 59:7
**rule** 107:4
**rules** 8:22,23 9:8 81:10
213:18
**run** 52:18 60:21,23
81:21 82:5
**runs** 81:8

_____

**S** 3:2 4:2,17 8:13,13
145:2,2,2,4,4
**salary** 305:23,25 306:2
**sale** 40:8
**sample** 27:13
**Sanchez** 1:14,19 2:8
6:1,3,5,10,12,15,18
6:23,25 7:1,7 8:1,3
9:1,13,14 10:1 11:1
11:25 12:1 13:1 14:1
14:24 15:1,11,20,22
16:1 17:1 18:1 19:1
20:1,3,12,13,16 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1,22 32:1
33:1,4,25 34:1 35:1,5
36:1,23 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1,23
46:1,7,9,12 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1,20 58:1 59:1
60:1 61:1 62:1,22,24
63:1,3 64:1 65:1,13
66:1 67:1,8 68:1 69:1
69:10 70:1 71:1 72:1
72:19 73:1,7,23 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1,9
83:1 84:1,8 85:1,19
86:1 87:1,12 88:1,13
89:1 90:1,21 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1,12 104:1 105:1
106:1,7 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1,22 125:1,7
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1,12 136:1 137:1
138:1 139:1 140:1
141:1,19,23,25 142:1
143:1,25 144:1 145:1
145:10 146:1 147:1
148:1,2 149:1 150:1
150:21 151:1 152:1
153:1 154:1 155:1
156:1 157:1,14,17,21
158:1 159:1,16 160:1
160:12 161:1 162:1

163:1 164:1,20 165:1
166:1 167:1,2 168:1
168:23 169:1,4 170:1
171:1,12,15,18 172:1
173:1 174:1 175:1
176:1,9,12,16 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1,6,9,13,20 185:1
186:1,24 187:1,3,7
188:1,15 189:1 190:1
190:12,24 191:1,3,13
191:14 192:1,17
193:1,23 194:1 195:1
196:1 197:1 198:1
199:1,22,25 200:1,4,5
200:22,24 201:1,12
202:1,20 203:1,12,20
203:23 204:1,2,24
205:1,3 206:1,20
207:1 208:1 209:1
210:1 211:1 212:1,10
212:18 213:1 214:1
214:20,21 215:1
216:1,10,13,14 217:1
217:12 218:1 219:1
220:1,19,21,25 221:1
221:3,9,10,16,16
222:1,16,18 223:1
224:1 225:1 226:1,11
226:19,25 227:1
228:1 229:1 230:1
231:1 232:1,9,15
233:1 234:1 235:1
236:1 237:1 238:1,20
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1,3
260:1 261:1 262:1
263:1,10,11,24 264:1
264:7 265:1,3,13
266:1 267:1,21 268:1
268:20,23 269:1,3,16
269:19,23 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1,4,7 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1,21,24 290:1,4
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1,2,4,9
299:1 300:1 301:1,16

301:19 302:1 303:1
303:22,23 304:1,19
305:1,8,12 306:1,13
306:15,19,21 307:1,2
307:4,15,25 308:1
309:1,12,13 310:1
311:1 312:1 313:1,14
313:17,22,24 314:1,4
314:8 315:1 316:1
317:1 318:1,8 319:1
320:1,15 321:1,13
322:1,2 323:1,7 324:1
325:1 326:1 327:1
328:1 329:1,2 330:1
331:1 332:1,9 333:1
334:1,8 335:1,17
336:1,20,23 337:1
338:1 339:1,16 340:1
341:1,18 342:1,19
343:10 344:4,14,16
344:18,21,24 345:2,4
345:7,10,12,14,16,18
345:20,22,23 346:2,5
346:8,11,13,15,17,19
346:21,23 347:2
348:4,21
**Sanchez's** 72:19 228:18
335:17
**sarge** 279:20,23
**satisfied** 29:23 73:24
74:5 92:4,22 94:12
96:24 100:19 101:20
102:2,7,9 106:13
109:5 127:20 128:15
135:16 156:13
**satisfy** 22:24 28:19
70:20 94:15 123:6
127:16,22 154:10
179:18
**satisfying** 23:13 29:8
108:10 197:8
**saved** 138:8 198:9
**savings** 249:17
**saw** 3:12 161:15 223:16
294:7,12 295:20
296:23
**saying** 78:20 191:24
217:25 228:11 256:25
264:25 267:6 296:4
305:25
**says** 46:14,15 63:11
80:10 82:10 132:10
134:10 159:11,12
172:10,14,14 173:13
201:18 202:8,22
219:3 223:7 224:13
224:20 226:13,25
257:12 264:11,11
272:22 287:24 291:18

295:13,14 296:8,18
296:19,19 300:23
301:6 312:6 315:13
320:15 322:2 331:8
333:11
**scheduled** 174:13
179:12 234:7
**scheduling** 245:25
**Schneider** 145:21
170:15 189:15 218:7
218:8 219:8 262:7,9
281:13 322:17,25
323:4
**Schneider's** 281:22
282:2,9 283:9 284:3
284:16
**school** 20:23,25 21:3
40:20
**scope** 37:9 53:17 55:3
62:18 103:7 110:7
**score** 192:20 199:9,10
**scored** 30:10 194:5,6
**scorers** 186:15
**scores** 192:23
**sealing** 5:4
**season** 180:10 225:7
226:14 247:14 291:13
315:13
**seasonal** 6:24 7:3 59:14
66:4 142:8,23 143:24
144:4,5 225:2 226:8
226:15,20,20 227:2
228:2 244:7,10
247:20 308:11,16,18
314:25 315:18 316:3
316:5 317:3 329:23
344:23
**seasonally** 309:2
**seasons** 312:12
**second** 142:10 143:11
143:21,22,23 165:19
165:19 187:22 188:11
188:18 189:7 190:2
217:16,17 224:19,24
226:19 227:16 263:3
263:5 270:21,22
271:5 273:20 274:2
274:18 276:10,19
291:23 293:10,20
296:19 300:8 308:10
308:19,23 309:11
312:24 314:22 316:7
317:12 322:9
**secretary** 165:5 283:9
**section** 30:24 177:12
222:13 243:23,24
248:9 250:7,12
280:23,24 281:3,12
281:15 282:23 283:7

283:21 285:17,22
286:4,12,16 287:2,3
287:23 288:12,12,14
288:14,14,19 289:2,3
289:4,16,18 298:11
299:7 312:6,25 327:6
**sections** 282:24 283:3
**see** 10:20 16:14 80:8
158:5,12 177:10
190:5 196:25 197:4
219:14,15 230:10,24
261:18 267:9 269:14
276:9 280:17 281:12
281:17,18 283:13,23
311:25 312:12 317:9
319:23 320:12,18
322:7 323:11 324:23
325:14 329:6 330:18
331:10 332:11,20
333:14 334:5,12
335:20 336:12,24,25
338:14 339:18 340:8
341:14
**seeing** 221:18 229:9
275:10 301:13 310:4
**seek** 265:8 266:10,14
**seeking** 241:18 334:10
334:24
**seen** 16:11 158:2 161:9
172:2 184:20,24
187:11,13,19 188:4
191:15 193:10 200:23
202:21 221:16 222:22
230:6 269:5,9,25
270:4 280:14 290:11
294:16 298:21,24
304:3,13 307:10
309:14 314:5,13
**sees** 326:10
**self** 304:25
**self-explanatory** 178:6
189:24 312:3
**sell** 38:17
**send** 197:2 199:13
206:13 270:25 283:9
294:24 316:25
**sending** 155:6 212:5,7
**senior** 47:20 145:18
147:18
**sense** 17:6,8 92:9 95:16
135:22 228:10 253:20
257:4 259:14 285:16
304:24
**sent** 149:22 150:13
151:9 172:7 193:7
196:23 197:10 199:14
205:19 222:13 223:24
224:11 270:23 272:18
**sentence** 67:5 80:9

126:13 159:8 160:7
165:20 307:20 308:10
308:18,23 321:16,20
323:6,18 334:5
336:18
**sentences** 264:18
**separate** 310:20
**September** 313:5
**sergeant** 6:16,19 54:20
55:18 57:25 59:7
125:14 131:5,11
132:2 185:19 217:25
219:6,13 278:11,14
278:17 286:15 344:19
**sergeant's** 130:25
**series** 318:12
**seriously** 65:19
**serve** 91:21 92:12
305:3 338:11
**served** 33:13 162:24
278:9
**serves** 36:18
**service** 1:14 6:3,5
22:16,18 24:15 26:10
32:19,21 33:6 34:19
35:7,14,25 36:10,13
36:25 37:3 49:22,24
50:3,5,13 51:7,12,15
51:16,19 52:15,23
53:6,13 54:4,22 55:17
55:21 59:9 60:10,14
64:16,20 70:23 72:12
72:12,15,21 73:3,13
74:9 75:15 76:8,14,16
84:12,17,19 85:7,10
85:16,21,25 87:4,21
88:17 89:10,11,14,19
89:24 90:2,15,19,22
91:2 92:13,23 93:16
93:20 94:9,15,24 95:2
95:6,20,23 96:3,8,15
96:25 97:4,9,12,14,19
97:23 99:11,21 100:9
100:12 101:4,6,15,18
101:21,25 102:16
103:14,18,24 104:5
104:11,15,20 105:2,6
105:13,24 106:14,15
108:2,11,16,20 109:2
109:5,19,24 114:15
115:5 116:15 117:12
117:17 118:4 120:24
123:15,23 124:3,8
125:13,16 127:8
129:13,24 130:3
131:25 135:17 137:15
137:23 138:12 142:7
142:18 143:19 147:15
149:18,20 151:10

153:10 154:7,10
156:2,5 159:17
164:22,25 165:21
167:15,16 168:14,16
169:6,9,15 170:10,21
170:22 171:3 175:4
179:9 180:14 183:21
183:24 185:4 186:4
186:19 187:17 188:13
189:11 192:21 195:17
195:23 197:16 204:6
204:11,14,18,25
213:8,9,11,23,24
214:5,12,14,23 215:9
216:3,7 219:7 222:10
223:25 224:3 225:6
226:4 228:22 232:24
242:20 243:16 244:9
246:11 247:22,24
248:2,4,5 251:11
253:23 255:5 257:24
268:6 272:15,15
275:21 278:16,20,22
278:23 279:4,11,21
279:25 286:18 288:23
293:25 299:24 300:6
300:24 301:7 304:21
312:11,13,14,18,21
322:4,5,23 323:22
326:23 327:3,16
328:3,23 329:5,21
330:5 331:21 338:10
338:13,19 344:14
**Services** 159:15,21
**serving** 82:15 99:25
123:11 128:13 173:16
179:17 212:15 225:9
227:4,25
**set** 74:17 76:19 85:24
101:17 178:25 197:15
240:21 296:24 339:15
343:11,20
**seven** 47:6,7 78:2
296:22,24
**sex** 198:20 200:11
**sexual** 336:23 337:9,12
337:15,23 341:25
**share** 340:10
**shared** 340:3
**sharing** 259:25 260:2
**sheet** 188:21 229:7,9,14
301:2 348:2
**Sheriff** 279:22,22
**sheriffs** 56:25
**Sheriff's** 182:8 279:18
**shore** 26:3 312:25
313:7
**short** 83:25 220:13
297:20 306:8

**shortly** 158:7 232:12
**show** 158:17 191:7
232:2,15 250:8
**showed** 250:7,9,13
**showing** 299:19
**shows** 285:13
**sick** 14:3
**side** 122:11
**sided** 263:23
**sign** 281:22 296:6
**signature** 205:14 273:6
273:7 281:17 283:22
285:10,13 286:11
290:13 292:10 295:11
297:11,14 299:4
**signed** 5:12,14 187:23
205:15,16 218:7,8
219:8 229:6 295:24
316:23
**significance** 312:9
**signify** 271:25
**signing** 229:9
**silent** 134:23
**silly** 289:12
**similar** 182:11,17,24
183:7 206:15 238:23
**similarly** 164:5
**simply** 57:15 164:10
**sincerest** 341:15
**single** 188:16,21 196:8
247:23 311:21,24
**sit** 134:23 160:12
210:22
**sitting** 305:5
**situation** 103:2 182:20
215:20 242:13,21
243:3 251:18 277:19
**situations** 28:6
**six** 312:4 319:12,12
**slashing** 290:24
**slightly** 303:15
**small** 300:20
**smallest** 182:5,6
**Smith** 145:22
**SN** 316:2
**Snyder** 1:4 226:25
233:15
**socially** 115:15,20
**sole** 328:19
**solely** 328:22
**somebody** 99:19
100:18 104:19 105:9
106:11 107:7 112:13
126:13 127:4 164:3
186:6 207:10 208:18
253:4 264:21,24
290:25 293:12 327:5
341:3,7
**someplace** 178:13

261:22
**soon** 141:5 173:12
**sorry** 16:24 70:3 84:22
190:15 198:19 199:5
**sort** 33:18 36:9 86:10
135:13 197:23 236:22
254:16,19
**sorts** 43:24
**South** 26:3
**Southhampton** 182:9
**speak** 46:18 93:25
98:20,22 135:3 207:3
208:17 209:24 265:5
265:23
**speaking** 78:15,20 88:6
94:22 134:16 135:2,9
208:14 211:4
**speaks** 288:5
**spec** 101:15
**special** 63:13,19 67:4
179:10
**specialist** 7:16
**specific** 30:11 34:21,22
41:20 44:7 66:24
89:21 120:9 121:4
130:11 136:4 152:8
153:19,23,24 155:3,8
179:21 181:19 187:13
187:15,16 188:24
197:12 225:18 234:11
280:14 336:3
**specifically** 18:6 47:12
68:19 69:3,15 106:10
114:18 115:8 118:7
120:7,13 127:19
161:16 166:24 173:11
181:10 210:15 242:19
251:7 253:13 261:10
272:25 308:2,5,8
311:15 319:20 320:7
321:4 327:16
**specification** 63:8,9
66:22 90:18 92:13
125:13 154:19 156:15
213:10
**specifications** 89:10,14
89:20,24 90:2,23 91:2
91:10,11,19 92:23
93:16,21 94:10,12,14
96:15,25 97:4,19,23
98:5 99:3,21 100:4,9
101:21,25 103:14,19
104:21 105:2,14
106:14,15 108:3,11
109:6 117:18 118:5,8
142:6 154:11 156:6
156:12 164:22 204:6
204:12,25 213:9,16
214:24 246:11

**specifics** 319:22
**specified** 56:24
**specs** 101:19
**spend** 115:19
**spending** 218:22
**spent** 78:10 83:15
**Spies** 110:21 111:5,11
111:19 112:19,20
114:14 121:9 210:7
299:5
**spoke** 113:20 115:3
209:25 234:7 330:7
**spoken** 18:7,10,12
114:23 233:22 234:4
257:23
**spot** 284:7
**spots** 222:7
**spouse** 20:11
**spread** 26:21,22
**ss** 343:4
**staff** 169:2
**stamp** 281:24 285:10
285:13 293:20
**stamped** 284:2,13
**Stan** 145:23 146:8,14
172:6 245:24 302:5
**stand** 276:14 291:9
302:19 303:10 315:22
330:16 331:2
**standard** 57:4,8 59:3
127:16,20,23 128:15
128:24 129:2
**standardized** 55:25
**standards** 71:8 72:6
90:15 204:7,15 252:8
252:8
**standing** 179:14 244:23
**stands** 107:16 293:6
**Stanley** 172:23
**start** 7:6 22:7 23:15,23
65:25 82:15 86:6
106:6 180:8 182:22
315:17
**started** 52:5 99:9
114:19 147:17 208:14
209:15 241:14 246:23
**starting** 52:4 199:15
334:4
**starts** 16:22 308:15,18
**state** 2:12 9:11 11:15
19:2 73:2 74:21 75:2
75:7,21 80:13 91:7,8
94:11 104:21 105:10
106:12 107:8 159:25
165:21 197:15 204:18
328:12 343:3,8
**stated** 48:17 198:6
200:7 208:13 209:23
211:12 226:18 244:16

260:6 290:20 294:4
**statement** 31:16 75:25
160:14 161:5 167:13
167:22 169:8,11
178:3,7 188:3,5 203:6
205:12 208:6,8
212:17 213:2 215:2
215:11 216:12,16,21
217:10 260:8 268:15
292:13,20 293:3
308:2 312:9,19
316:12,17,20,22
317:2,4,10,14,20,22
322:12,19 332:23
333:24 334:18 342:3
**statements** 166:6
332:10,19 333:13
334:9,15,22
**Staten** 61:5
**states** 1:2 67:5 126:20
142:12 143:23 144:2
160:8 165:20 194:15
259:5 265:2 300:16
308:10,20 309:4
321:10 328:7
**stating** 203:13 222:11
264:22 338:10,15
**status** 126:21,24
127:17 128:3 130:14
137:23 177:24 245:20
309:21,24
**statute** 197:19
**statutes** 75:21
**step** 30:12 47:24
**steps** 130:20 138:12
**stimulating** 305:2
**stipulate** 72:10
**STIPULATED** 5:2,7
5:11
**stipulations** 8:20
**Stony** 21:9,10,20
**stood** 302:8 311:8
**stop** 172:19 215:18
304:19
**stopped** 119:2 227:4,25
**story** 341:9
**stray** 56:8
**streamline** 83:19
**strictly** 328:22
**strike** 72:6 118:24
153:17 155:24 212:11
302:22
**study** 28:8,25 50:24
**subheading** 63:12
125:23 142:11,15
143:21,22,23
**subject** 31:12 33:18
34:14 35:12 36:3,12
36:24 37:2 44:18

52:14,23 53:5,13 54:4
 54:21 55:21 57:9
 59:8 86:3 164:2,5
 166:10 177:2,5
 197:18 234:17
**subjected** 34:18
**subjects** 27:14 28:4
**submit** 151:2,5 205:11
 215:2,21 317:22
**submitted** 22:14 26:8
 27:12,13 30:3,15
 208:8 210:14 212:17
 213:2 216:11,16,20
 216:21 217:11 219:4
 219:21 226:11 311:22
 317:4 338:23
**subpoena** 2:11
**Subscribed** 342:21
 348:22
**subsequent** 31:8 38:18
 38:19 44:14 45:6
 260:13
**substance** 167:4 179:16
 213:11 253:19 324:21
 325:5 330:11 335:18
**substantive** 10:15
**subsumed** 239:25
**succeeded** 211:3
**successful** 209:21
**successfully** 80:11
 82:11
**sue** 266:14
**sued** 230:2
**sufficient** 125:2
**Suffolk** 1:12,12,13 2:9
 4:11 7:11 8:4 15:17
 15:23 16:5 17:12
 24:17,19 26:23 32:18
 32:23 45:24 60:2,6
 64:5,13,16,19,20
 65:20 91:6,9 97:12,16
 98:9,10,14,21 99:3,22
 100:11 101:24 103:17
 104:8,22 105:10
 106:12,22,24 107:9
 107:19,20,21,24
 108:3,13,14,17 109:6
 109:7,19,23 123:15
 125:12,15 129:13
 142:6 145:12 147:15
 148:17 154:7 156:2
 158:24 164:24 170:16
 182:8 203:21 252:25
 253:15 255:4 256:4
 259:23 265:7,25
 304:20 308:11 312:18
 322:4 338:9,18
**suggest** 57:12 60:15
 61:21 100:7 102:21

132:16 134:7 166:11
 232:14 258:6
**suggested** 61:13 170:6
 231:21
**suggesting** 56:19,21
 57:6,14,15 81:23
 254:3 256:2 258:11
 284:8,11
**suggestion** 33:11 170:8
**suggests** 254:12
**suing** 230:3
**suit** 233:14
**suitors** 337:18
**sum** 330:10
**summarizing** 309:18
**summer** 244:10
**summers** 247:25
**summertime** 247:20
**superior** 206:14 327:23
 330:3,8,11
**superiors** 282:15,16
 285:11
**superior's** 284:13
 285:10
**supervise** 25:17 60:4,7
 61:7 81:12 83:10
 94:2 95:21
**supervised** 60:3
**supervising** 18:21 61:4
 214:16
**supervision** 96:9
**supervisor** 18:17,18
 37:20,21,23 39:15,19
 39:23,24 40:5,11
 47:14 119:5 151:3
 166:21 167:24,25
 168:6 170:12,13,15
 175:23 205:21 207:13
 215:8 224:8 243:18
 248:18,23
**supervisors** 32:9 37:12
 165:15
**supervisory** 147:20
 205:10 207:18 208:12
 209:9 212:16 213:3
 213:12 214:25
**supervisor's** 47:21 48:4
**supplement** 150:4
**supplied** 150:16
**supplies** 139:10
**supply** 103:3
**support** 139:13
**supported** 139:3
**supporting** 141:3
**suppose** 210:16 341:6
**supposed** 119:12 132:9
 132:14 133:13 134:8
 135:15 160:2 277:5
**sure** 10:17 11:4 17:2

26:9 34:4 35:5,21
 49:21 56:13 58:13
 66:11 70:7 77:10
 88:23 112:22 113:2
 119:17 145:23 157:7
 157:12 179:4 197:7
 210:6 230:9,17
 240:17 253:11 262:5
 268:5 283:12,16
 302:6 317:24 330:3
 330:24
**surprising** 336:20
**SWAT** 107:7,13
**swear** 8:12 271:12,19
**swore** 9:17
**sworn** 5:14 8:14 10:8
 58:6 342:21 343:12
 348:22
**symbol** 202:23 299:16
 299:18
**symbols** 300:18
**Systems** 39:4,9

---

**T**

**T** 145:2 312:7 343:2,2
**table** 122:11 223:10,17
 224:19
**tailor** 71:2
**take** 13:12 15:15 23:8
 23:13 28:13,22,24
 29:9,19,22 45:25 46:6
 49:11 69:22 83:25
 100:22,23 102:19
 104:13 125:8 127:12
 130:20 138:12 141:4
 141:9,20 151:24
 157:21 161:5 174:19
 186:22 199:9 204:3
 210:10,20 220:13
 221:13 232:5 233:5
 249:25 258:22 261:12
 261:15 264:15 266:7
 269:4 296:15 297:20
 306:7 317:13
**taken** 21:24 27:19 78:6
 84:5 122:22 130:25
 144:12 170:8 179:7
 179:10 192:20 195:3
 216:4 220:17 235:20
 263:8 266:16 297:24
 306:11
**takes** 202:16
**talk** 189:14 231:5
 255:11
**talked** 192:25 310:19
**talking** 32:6 42:7 60:12
 62:10 107:13 165:4
 193:12
**tape** 7:6 122:7,9 220:10

297:18
**task** 109:23
**taught** 215:8
**teach** 120:16
**team** 107:8,13
**telephone** 207:4 208:18
 234:5,7 235:9,11,17
 272:12 339:13
**tell** 9:16 12:7,17 63:4
 85:6 106:9 142:2
 144:3 146:5 171:25
 177:7 181:6 188:23
 190:7 191:14 230:14
 245:13 252:6,9
 261:11 264:10 266:9
 269:4 270:9 272:5
 274:22 275:23 301:14
 314:4 330:25 337:25
**telling** 77:11 242:5,19
 243:12 245:17 246:3
 289:12 327:20 331:12
**temporary** 243:21
 244:11 247:21 315:25
 316:5 326:15 327:11
 331:6
**ten** 40:9 297:19 317:7,8
**tend** 11:23
**term** 55:24 56:2,2,23
 57:13 59:2 90:18,19
 183:18,21 185:14,17
 185:23 250:15 272:2
 321:9 323:21
**terminate** 154:8
**terminated** 40:24 41:3
 41:7,12 43:3 214:6
 291:10,12 325:19
**terminating** 226:22
**termination** 41:24 42:5
 42:6,18 43:2 265:10
 294:5 321:11 325:9
 325:24 326:13 334:11
 334:25 335:5
**terminology** 125:16
**terms** 226:14
**test** 23:2,3,5,21 27:4,5
 27:8 29:19,21 30:8,10
 95:4 98:25 99:9
 127:6 132:6 173:5
 174:12,19 186:22
 199:9 202:17
**testified** 8:16 9:20,24
 10:6 69:7 145:5
 152:17 209:19 216:15
 216:21 232:17 262:19
 321:6 324:2 327:20
 341:23
**testify** 13:21,25 49:2
 52:20 219:23 297:3
 301:3

**testifying** 9:15 18:15
 225:12 287:16
**testimony** 10:9 44:18
 48:21 49:7,15 54:11
 64:4,6 65:19 68:23
 69:9,25 75:17 86:22
 128:22 129:2,16
 132:4 148:10 150:15
 152:22 153:3 166:9
 193:19 217:5 226:3
 228:15 319:13 324:5
 324:7,13,16 343:13
**testing** 300:21
**tests** 177:23 178:8,9
 179:19 181:14
**text** 142:14 143:25
 212:11 221:23 283:22
 284:2,7,21 287:23
 299:8 305:24
**thank** 9:10 18:25 24:2
 25:14 48:6 104:17
 107:25 124:24 128:17
 171:13 184:4 199:19
 203:18 222:15 265:13
 266:17 268:9 309:10
 318:3 341:11
**Thanks** 19:25
**thefts** 19:14
**thereof** 86:2 340:7
**thing** 59:21 225:21
 242:15 262:10 265:20
 331:20 339:14
**things** 23:21 83:12
 101:4 109:16 162:17
 183:19 192:10 223:5
 223:13 238:9 265:17
 275:8,19 295:17,19
 310:13,16 319:4
**think** 10:4 11:7 14:6
 19:13 38:12 41:9
 42:10 45:11 46:19
 58:7 65:12,23 72:2,25
 75:8 83:16 89:16
 102:9 114:23 117:10
 131:17 132:20 135:10
 136:11 140:21 141:19
 146:20 151:16 155:21
 157:8 161:5 164:13
 172:15 175:24 176:5
 189:13,19,23 192:15
 206:10,15,17 208:16
 210:2 211:6 213:22
 216:18 232:16 233:15
 236:19 239:24 240:6
 240:17 241:12 245:5
 246:13 253:4,11
 254:23 261:5 262:5
 267:2 274:4 275:12
 278:11 282:20 283:9

283:10,10,12,14,15
285:8,9 286:20 288:6
288:10 289:12 296:4
302:5,5 310:10,14
315:20
**third** 160:7 276:11,16
296:19 299:10 308:17
**third-party** 160:25
256:13
**thirteen** 26:16,19
**Thomas** 1:4 226:25
312:25 313:7
**Thompson** 3:4 7:21
18:19
**thought** 9:4 77:13,16
121:23 200:17,19
238:18 333:3
**thousands** 181:16,17
**three** 39:20 126:20
127:11,16 128:14
129:9 131:17 170:17
186:5,10,15 193:2,3
202:9,10 230:10
231:6,11 232:9,19,21
233:10,15,18,22
241:13 246:7 247:10
252:9,24 253:18
260:11,14,17 262:3
262:14,21 296:17
321:23 334:19,23
**three-page** 289:22,24
305:8 313:14,17
346:8,23
**threw** 199:6 200:15
**throwing** 200:7
**time** 5:10 15:20 23:17
27:17,20 30:2 31:19
39:7 40:12 42:13
44:22 74:23 78:5,10
83:16 84:3,6 98:25
105:5 112:5 115:19
117:14 118:11,18
119:3 120:25 121:18
122:6,20,23 128:4
129:10 141:11 144:10
144:13 145:3,8 146:9
146:10,15 147:5
152:8,10 153:5
159:19 161:15 162:23
164:4 172:19 173:2
173:25 174:10 175:25
178:23 180:2 181:8
181:11,12 186:8,9
198:10 208:20,24
209:12,15 210:9
211:19,21 212:25
218:22 220:9,15
221:7 227:16 230:4
231:10 233:4 234:11

235:12 236:14 240:18
240:19 241:7,19
246:6,22 248:13
250:24 251:3,23
252:24 259:25 261:18
263:6,14 264:15
275:13 282:22 284:2
286:15 295:20 297:22
298:7 306:9,24 310:9
311:5 318:3,4 321:21
329:24 330:8 332:6
341:12,13 342:15,17
**timeframe** 66:15
**times** 271:22,24
**timing** 206:10
**title** 39:10 42:14 46:16
46:20,23 57:15 63:10
66:22 125:13 142:7
154:19,25 156:25
170:14 175:4 186:8
194:2 201:4 215:10
215:12 216:12 217:3
218:6 222:12 224:25
225:4 226:12,13
242:22 278:16,19,20
278:21,22,24 279:10
279:11,13,21 280:2
286:15,17,19,23
287:5,12 294:9,13
296:8 320:11
**titles** 86:20 243:16
279:4,7,17
**TM** 291:6,7,9
**today** 7:24 9:15 10:19
13:21,25 14:3,8 18:15
28:16 75:13 117:5
125:3 151:22 152:16
160:12 198:13 210:22
229:5 310:19 329:19
**told** 35:23 36:2 83:3
226:2 245:18 252:15
261:5,7 262:6,8,22
265:22 286:20 289:19
328:15 333:24,24
**top** 142:24 172:8 177:2
186:15 187:23 190:2
193:3 199:15 224:12
287:2,3 296:17
314:23
**total** 117:17 305:25
**touch** 131:18
**touching** 26:20
**town** 122:2 125:18
182:9 312:15
**towns** 125:14
**track** 275:18 302:7
**train** 121:10
**training** 50:15,18 80:12
80:14 82:12 114:14

160:10 162:21 210:7
**transaction** 120:23
137:19 139:16 224:22
235:5 274:10 276:12
276:13,16 277:25
278:3 293:23
**transactions** 26:7 49:25
111:6,9,18 149:3
151:2 271:2 291:21
**transcribed** 200:5
**transcript** 28:14 31:21
45:21 93:13 96:21
164:8 200:12 259:10
264:19
**transferred** 93:21
150:6,11,17,22
**transferring** 98:16
**transmit** 149:6 151:6
**transpired** 242:16
261:11
**travel** 210:14,19
**trial** 5:10 10:6
**tried** 86:25 209:20
245:5,13 333:2
**trigger** 105:23
**Trosko** 177:23 178:5
178:15
**true** 77:25 228:6,12
263:18 287:24 321:14
321:14,15 322:11
324:9 332:19 333:22
343:13
**truth** 9:16 77:11 81:21
333:25
**truthful** 80:8 332:13,23
**truthfully** 13:21 14:8
14:15,21 138:22
**truthfulness** 324:3
**try** 33:3 135:8 170:5
181:13 211:25 212:5
341:4
**trying** 28:13 36:19
58:15 81:24 89:7
113:6 116:22 150:3
158:19 161:22 183:19
183:19 211:24 212:4
220:6 246:24 252:5
256:18 269:13 275:15
302:7 310:14
**TSG** 7:14,17
**tuned** 252:14
**turn** 141:21 165:18
200:4 202:19 252:5
263:25 305:20
**turned** 245:10
**Turning** 200:22 205:3
217:12 270:21 273:4
287:22 300:8
**turnover** 110:25

**twenty** 138:8
**twice** 114:23 251:6
279:9 291:2
**two** 7:23 25:10 39:20
42:24 111:12 112:21
151:20 177:10 183:12
187:25 188:16 193:14
203:10 226:17,18,21
226:22 238:9 240:13
259:6 264:17 271:17
300:17 308:12,12
315:17 317:13 323:2
**twofold** 84:15
**two-page** 141:22
186:24 187:3 269:16
269:19 298:18 306:19
306:21 309:12 314:9
345:10 346:2,21
**type** 96:5 109:11
120:23 215:17 240:3
242:21,22 243:3
244:8 245:12 266:6
284:9,12 314:24
**typed** 293:13 302:5
**types** 57:2 86:16
109:12 204:19 248:21
**typewritten** 190:3
276:8
**typical** 192:24 193:4
**Tyree** 274:18

---

**U**

**Uh-hum** 39:6 43:9
126:22 177:13 181:23
190:6 223:12 224:2
283:24 290:7 294:18
296:11 298:23 302:18
305:19 311:8 313:2
315:2,5 316:14,18
**ultimately** 211:3
**unable** 158:25 180:14
**unanswered** 259:10
**unattractive** 342:4
**unaware** 42:23 266:6
**uncertified** 65:14
267:22 323:9,15,19
323:23
**underline** 172:10
**underlined** 63:12
125:25 142:11 271:23
272:5,6 303:8
**underlining** 272:2
**underlying** 139:25
**underneath** 143:25
224:18 226:19 292:22
305:24 314:24 315:3
**understand** 9:14 11:2
12:2,5,8 33:25 35:22
52:19 57:20 61:8

63:14 67:8 72:3
74:16,24 75:25 80:16
81:25 82:3,9 83:13
88:23 90:21 91:25
94:4 95:20 119:13,17
120:10,25 126:2,23
152:15 161:17 173:14
193:22 194:20 197:7
202:11,24 203:2
214:22 220:2 225:20
226:7 256:11,18
265:14 286:22 289:15
313:8 315:6 329:16
**understanding** 25:8
30:7 34:2,6,13 35:6
53:10 67:20 75:6,9
76:17 77:3,6,7 79:22
80:4,5 81:7 123:20
160:13,21 161:18
162:12 168:14 173:20
173:23 228:15,17
250:19 323:17 324:25
340:4,14
**understands** 35:24
36:2 67:11,19 160:24
**understood** 12:10 13:3
**undertake** 87:3
**undisputed** 71:23
**unfair** 132:7
**unfortunately** 244:18
244:22
**unhappy** 42:3 245:4
246:5
**uniform** 175:7
**unimportant** 67:21
**Uniondale** 3:21
**unique** 121:5
**United** 1:2 328:7
**universal** 34:12
**university** 21:9,11,21
21:25 22:4
**unknown** 114:24
**unlawful** 265:9 325:12
**unlawfully** 339:17,21
**unnecessary** 18:3
**unquote** 98:21
**unreturned** 113:15
**unsuccessful** 113:11,13
209:24
**unsuccessfully** 209:20
**untrue** 322:11
**update** 217:14 218:16
219:13
**updated** 218:20 317:23
**upgrade** 219:5
**upper** 223:17 300:15
**upstate** 222:14 283:17
**use** 55:24 56:2,10 57:6
57:13,16 59:2 90:18

132:21 148:25 195:23
  319:16 330:20,23
**uses** 323:18
**usually** 10:16
**utilize** 44:22

---

**V**

**valid** 181:6 206:16
**value** 66:5
**various** 57:2,16 105:22
  110:16 147:24 201:23
  254:25
**verified** 129:12
**verify** 130:4,7,17,21
  138:12
**versus** 7:8
**Veterans** 4:14
**Veteran's** 2:9 7:11
**video** 7:15 200:13
**videographer** 4:22 7:5
  8:11 27:17,20 84:3,6
  122:6,8,20,23 139:22
  144:10 145:8 220:11
  220:15 221:7 263:6
  263:14 297:17,19,22
  298:7 306:9,24 318:4
  342:15
**videotape** 7:7 326:11
**Videotaped** 1:19 2:7
**view** 14:22
**viewed** 129:5,10
**village** 1:7 3:17 4:5 7:9
  8:6 51:20 52:14 54:3
  55:9,20 56:16 59:15
  60:8,9 61:6,21 65:22
  66:13,23 72:16,18,20
  81:22 82:6,23 83:12
  87:2 89:15,22 90:7,8
  94:2,3 95:21 96:4,9
  110:23 114:13 120:15
  121:8 123:16 125:17
  125:18 127:25 129:6
  136:8 148:16 149:14
  150:17 151:17,21
  175:22 178:14 179:5
  206:4 213:5 227:10
  228:22 244:14 245:14
  247:15 254:14,21
  268:18 270:23 277:19
  299:25 300:3 307:24
  308:8 311:17 326:20
  327:11
**villages** 6:17,20 125:14
  344:20
**village's** 90:5 135:21
  227:18 242:23 244:23
**violate** 339:10
**violating** 339:5
**violation** 165:21 167:14

**virtually** 288:13
**virtue** 100:5
**visited** 175:10
**voice-mail** 122:17
**volume** 51:8
**voluntarily** 258:22
**vouch** 227:12 228:10
**vouchers** 210:14,19
**vs** 1:6 348:3

---

**W**

**W** 3:14 8:9
**wait** 122:14 164:18
  229:18,18
**waiting** 198:14 249:2
**waived** 5:6 177:23
  178:7,9
**Walk** 201:10
**walks** 254:14 256:6,14
**want** 9:2 17:24 34:23
  35:11,18,21 36:10
  45:8,11 49:8 52:19
  56:2,5 61:18 66:6
  67:21 77:7 78:20
  89:25 97:15 102:14
  124:2 129:23 131:8
  132:8 133:10,12
  140:13 161:3 167:23
  189:12 194:14 210:15
  227:9 232:2,4 241:24
  242:18 248:15 255:11
  257:5,18 264:14
  266:21 267:3,6 319:3
  324:15 326:20 337:14
  337:23 341:7,25
**wanted** 10:15 15:17
  58:12 72:18 167:12
  234:18 241:22 257:25
  266:18 295:25 308:6
  331:16
**wanting** 242:4
**wants** 193:24
**wasn't** 46:24 47:2 76:9
  81:23 86:8 109:12
  181:6 199:4 219:2
  248:10 252:22 309:7
  309:9 311:17 326:3
  331:15
**wasted** 32:4
**wasting** 175:25
**way** 12:4 55:11 75:22
  81:18 90:20 92:16
  114:14 133:6 170:5
  215:7,8,24 248:7
  258:18 259:20 266:15
  283:2 297:5 325:23
  330:25 333:20 335:3
  335:7 343:17

**ways** 166:17
**wearing** 175:6
**Wednesday** 1:21
**week** 42:24 235:19
**weeks** 23:14 226:17,18
  226:21,23 308:12,13
  315:17
**went** 27:22,25 93:18
  99:16 113:15 120:15
  163:5 216:11 250:23
  295:22 330:2
**weren't** 112:22 236:25
  240:8 246:7
**Westhampton** 26:4
**whatsoever** 332:5
**WHEREOF** 343:19
**whistle** 245:12 252:5,9
**wide** 121:8 194:16,21
  195:14 196:2
**Wigdor** 3:4 7:21
**willing** 186:5,10
**Winifred** 228:25
  229:10
**wise** 114:17
**wish** 134:13
**withdraw** 66:9 228:4
  341:16
**withdrawn** 335:9
**witness** 8:2,12,14 10:12
  12:17 15:7 19:10
  31:18 35:3,20,22 36:6
  45:6 48:17 49:14
  53:4,15 56:5 58:22
  60:16 61:20 62:12
  64:4,12 65:19,24 66:5
  67:19 68:17 69:7,18
  69:24 70:23 71:20,22
  72:14,22 75:2,9,16,17
  76:2 77:13 78:11,16
  79:2 83:18 86:22
  89:9,16 90:6 93:2,25
  94:24 95:13 96:7
  97:8 100:8 102:23
  107:16 123:25 131:4
  134:3,5,9 139:19
  141:12 146:3 161:7
  162:3,8 163:13,19
  166:3,14 175:25
  176:4,6 189:10,15,20
  191:8 192:11 195:18
  197:16 198:2 199:5
  200:11 211:12 214:11
  218:12 219:2 226:6
  227:7 236:21 240:7
  246:20 253:7 254:3
  254:13 255:9,17,23
  256:2 258:13 264:10
  274:2 285:3 286:10
  288:16 289:6 343:10

343:14,19 344:3
  348:4
**woman** 110:24,25
  111:3 254:14
**women** 111:12 112:21
  151:20
**word** 10:21 125:25
  159:23 265:21 271:10
  271:22,23 272:8
  274:6,8,13 295:13
  308:15 314:19 319:13
  319:16
**words** 62:8,9 101:6
  168:15 264:21 265:15
**work** 21:25 23:23
  24:19 25:5 30:20
  31:22 34:7,9 51:22
  58:15 81:11 93:18
  102:14 103:15 108:9
  109:4,14 110:18
  111:14 112:24 119:6
  124:17 181:13 202:4
  206:6 215:9 217:3
  219:24 223:20 225:17
  227:8,11 249:19
  254:20 255:15 256:5
  256:5,12 258:3,3
  275:16 305:5 311:2
**worked** 24:23 74:8
  90:7 97:21 103:16
  245:15 246:2 247:23
  248:5 253:11,15
  300:7 308:7,20,25
  309:5,19,22 311:19
  312:12,15
**working** 22:7 23:15
  24:3 30:6 38:13,20
  40:10 80:25 82:24
  97:5,21 99:10 100:2,5
  100:24 104:23 105:12
  105:19 106:17 111:25
  116:13,19 117:7
  123:21 124:7,19
  137:12 151:25 154:15
  154:16 174:8,10,23
  179:11 180:12,15,15
  180:17,19 181:11
  205:10 212:25 213:3
  213:25 214:23,25
  215:12 218:4 222:4
  222:11 236:24 245:20
  245:23 247:6,11,24
  275:14 277:15,18
  294:6 304:20
**workplace** 34:10,11,12
**works** 81:18 198:5
  202:5 254:3 256:3
**world** 77:17
**worry** 125:4

**wouldn't** 13:7 52:19
  61:18 68:21,23 110:7
  124:18 154:24 198:25
  203:17 204:17 220:3
  230:16 235:4,23
  237:3 238:13 239:8
  249:17,17 312:16
  330:25 341:7
**write** 79:11 163:16
  166:3 173:20 272:8
  272:13 307:14 309:21
**writing** 27:13 176:21
  271:2 308:7
**written** 23:3,5,21 27:5
  27:8 28:23 29:5
  37:14,15 50:3,23 51:3
  51:7 59:3 75:21,22
  158:7 159:19 178:11
  212:5 219:14 233:12
  255:3 271:23 274:14
  294:9 295:19 303:5
  315:12 322:19
**wrong** 122:13 123:7
  189:20 239:2 265:17
  275:19 278:4
**wrongdoing** 258:21
**wrote** 176:22 177:22
  205:8,21 206:24
  212:10 219:19,20
  223:5 261:17 274:6
  274:24 276:2 277:22
  307:13 308:3

---

**X**

**X** 344:2

---

**Y**

**Y** 3:8
**Yeah** 8:21 81:14 83:21
  95:5 189:16 240:9
  289:7 296:3
**year** 24:1 39:11 40:9
  104:16 112:2,6 116:8
  174:10 179:9 231:14
  247:12,23,25 248:6
**years** 29:11 39:20
  102:13 126:20 127:11
  127:16 128:14 129:9
  210:24 211:17 300:6
  308:7 309:3 338:12
**Yep** 280:13,16
**yesterday** 37:10
**York** 1:2,20 2:10,12
  3:7,7,13,21 4:7,16
  7:12 8:24 61:3,4
  74:21 80:13 94:13
  97:2,9,14,16 104:21
  105:10 106:11 107:8
  165:21 167:14 197:15

201:17,18 259:5
328:12 343:3,5,8
**Youchah** 196:12

**Z**

**Z** 8:13 145:4
**zip** 201:19
**Zwilling** 4:17 7:25 8:3
8:25 9:9 11:5,14 13:6
14:16 15:3,7,8,19
17:5 19:4,12,16 27:16
29:25 30:23 31:7,19
32:2,11 33:2,12,17,20
34:2,17 35:10,23 36:5
36:8 37:13 41:13
42:8 43:17,22 44:9,20
45:5,9,13 46:19,24
48:10,16 49:4 50:9
51:2,6 52:17 53:8,19
54:10 55:6,23 56:6,18
57:21 58:3,14,24
59:22 60:21 61:2,11
61:14,19 62:9,10,15
62:20 64:3,17 65:3,17
66:8,14 67:10,13,17
68:15 69:13,18 70:4
70:14,22 71:11 72:10
72:20 73:9,15,19
74:19,25 75:8 76:4,11
76:22 77:5,12,24 78:7
78:18 79:5,15,19,25
81:3,14 82:2,16 83:8
83:15 84:24 85:11,17
86:12,21 87:11 88:22
89:5,13 90:9,17 91:7
91:23 92:2,7,15,24
93:11,24 94:5,8,18,19
94:23 95:5,12,15
96:12,18 98:18 99:15
100:7 101:2 102:5,21
105:4,17 107:12,15
108:12,14 109:8,21
110:4 112:25 119:24
122:12,16 123:14,24
124:23 128:7,21
129:15,21 131:2,7
132:3,22 133:7,10,22
134:5,19 135:20
136:6,11,22 137:3
138:8,15,20 139:5,9
139:23 140:6,11,25
141:11,13,20 146:9
148:4 149:14 150:14
152:25 160:17,23
161:3,11,20 162:7,10
163:5,20,24 164:9
165:7 166:2,11
167:17,21 168:10,25
169:10,21 172:17

173:19 175:8,12,20
182:15 183:10 185:7
188:25 189:17,22
193:6,12,18 194:13
195:16 196:7 197:14
197:25 198:9,25
201:14,24 202:4
203:7,15 204:10,17
210:20 211:10 213:4
213:13 214:2,9 215:4
216:9,18 217:7,16,23
219:3 220:4,6 225:14
227:6,17,21 228:9
229:25 231:25 232:23
236:10 237:9,20
238:7,22 241:23
246:8,12 253:8 254:2
254:10 255:10,24
256:23 257:17 258:2
258:14 260:2,5
262:22,25 264:5,12
267:2,11 285:23
288:4,8 289:7 297:2
337:25
**Zwilling's** 33:11 36:20

**0**

**00** 308:21
**000270** 187:2,4 345:11
**002670** 220:20,22
345:19
**003847** 184:8,10 345:9
**003911** 191:2,4 345:13
**005769** 157:16,19
344:25
**005915** 190:14
**005916** 176:11,13
345:6
**02** 24:21 25:9
**04/05/04** 143:10
**05** 225:3 275:12 313:6
315:19
**06** 280:20
**07** 1:6 24:21
**09:56:47** 6:5
**09:58:20** 6:10
**09:58:29** 6:15
**09:58:39** 6:20
**09:58:47** 6:25

**1**

**1** 6:3,5 7:6 46:7,12 48:7
148:2 279:22 283:3
287:14,16,19 288:14
288:19 289:4,18
296:19 298:21 344:14
**1/18/05** 270:17
**1:30** 141:8,16
**1:54** 145:3,9

**10** 132:25 190:13,24
191:3,14 194:15
202:20 203:12 318:13
345:12
**10/22/05** 225:2,8
**10/5/05** 295:9
**10:05** 2:5 7:13
**10:05:26** 7:5
**10:05:46** 7:10
**10:05:59** 7:15
**10:06:07** 7:20
**10:06:17** 7:25
**10:06:27** 8:5
**10:06:36** 8:10
**10:06:41** 8:15
**10:06:57** 8:20
**10:07:02** 8:25
**10:07:10** 9:5
**10:07:20** 9:10
**10:07:31** 9:15
**10:07:42** 9:20
**10:07:51** 9:25
**10:07:59** 10:5
**10:08:08** 10:10
**10:08:23** 10:15
**10:08:35** 10:20
**10:08:46** 10:25
**10:08:52** 11:5
**10:09:03** 11:10
**10:09:15** 11:15
**10:09:21** 11:20
**10:09:27** 11:25
**10:09:40** 12:5
**10:09:50** 12:10
**10:10:00** 12:15
**10:10:13** 12:20
**10:10:19** 12:25
**10:10:30** 13:5
**10:10:33** 13:10
**10:10:44** 13:15
**10:10:55** 13:20
**10:11:02** 13:25
**10:11:08** 14:5
**10:11:17** 14:10
**10:11:32** 14:15
**10:11:41** 14:20
**10:11:47** 14:25
**10:11:53** 15:5
**10:12:01** 15:10
**10:12:11** 15:15
**10:12:20** 15:20
**10:12:27** 15:25
**10:12:41** 16:5
**10:12:52** 16:10
**10:13:02** 16:15
**10:13:16** 16:20
**10:13:30** 16:25
**10:13:37** 17:5
**10:13:44** 17:10

**10:13:56** 17:15
**10:14:12** 17:20
**10:14:24** 17:25
**10:14:30** 18:5
**10:14:36** 18:10
**10:14:48** 18:15
**10:15:00** 18:20
**10:15:16** 18:25
**10:15:22** 19:5
**10:15:30** 19:10
**10:15:39** 19:15
**10:15:48** 19:20
**10:16:02** 19:25
**10:16:06** 20:5
**10:16:19** 20:10
**10:16:32** 20:15
**10:16:45** 20:20
**10:16:53** 20:25
**10:17:01** 21:5
**10:17:13** 21:10
**10:17:20** 21:15
**10:17:26** 21:20
**10:17:38** 21:25
**10:17:50** 22:5
**10:18:09** 22:10
**10:18:22** 22:15
**10:18:33** 22:20
**10:18:49** 22:25
**10:18:55** 23:5
**10:19:05** 23:10
**10:19:23** 23:15
**10:19:34** 23:20
**10:19:45** 23:25
**10:19:56** 24:5
**10:20:03** 24:10
**10:20:12** 24:15
**10:20:22** 24:20
**10:20:39** 24:25
**10:20:48** 25:5
**10:21:00** 25:10
**10:21:06** 25:15
**10:21:26** 25:20
**10:21:37** 25:25
**10:21:49** 26:5
**10:22:07** 26:10
**10:22:25** 26:15
**10:22:39** 26:20
**10:22:47** 26:25
**10:23** 27:18
**10:23:01** 27:5
**10:23:13** 27:10
**10:23:25** 27:15
**10:24** 27:21
**10:24:16** 27:20
**10:24:29** 27:25
**10:24:49** 28:5
**10:25:02** 28:10
**10:25:14** 28:15
**10:25:35** 28:20

**10:25:47** 28:25
**10:25:51** 29:5
**10:26:05** 29:10
**10:26:13** 29:15
**10:26:22** 29:20
**10:26:33** 29:25
**10:26:41** 30:5
**10:26:52** 30:10
**10:27:01** 30:15
**10:27:12** 30:20
**10:27:32** 30:25
**10:27:42** 31:5
**10:27:57** 31:10
**10:28:09** 31:15
**10:28:19** 31:20
**10:28:30** 31:25
**10:28:36** 32:5
**10:28:49** 32:10
**10:28:56** 32:15
**10:29:05** 32:20
**10:29:12** 32:25
**10:29:21** 33:5
**10:29:32** 33:10
**10:29:37** 33:15
**10:29:47** 33:20
**10:29:57** 33:25
**10:30:07** 34:5
**10:30:20** 34:10
**10:30:29** 34:15
**10:30:42** 34:20
**10:30:48** 34:25
**10:30:57** 35:5
**10:31:05** 35:10
**10:31:17** 35:15
**10:31:26** 35:20
**10:31:33** 35:25
**10:31:41** 36:5
**10:31:49** 36:10
**10:32:00** 36:15
**10:32:09** 36:20
**10:32:17** 36:25
**10:32:26** 37:5
**10:32:40** 37:10
**10:32:50** 37:15
**10:33:03** 37:20
**10:33:14** 37:25
**10:33:28** 38:5
**10:33:40** 38:10
**10:34:20** 38:15
**10:34:34** 38:20
**10:34:45** 38:25
**10:35:08** 39:5
**10:35:26** 39:10
**10:35:41** 39:15
**10:35:52** 39:20
**10:36:05** 39:25
**10:36:13** 40:5
**10:36:28** 40:10
**10:36:49** 40:15

| | | | | |
|---|---|---|---|---|
| 10:36:58 40:20 | 10:50:29 52:15 | **101** 321:2 324:18 | 11:08:33 72:5 | 11:18:48 83:20 |
| 10:37:09 40:25 | 10:50:35 52:20 | **10185** 313:16,18 | 11:08:45 72:10 | 11:18:55 83:25 |
| 10:37:20 41:5 | 10:50:52 52:25 | 346:24 | 11:08:56 72:15 | 11:19:01 84:5 |
| 10:38:03 41:10 | 10:50:58 53:5 | **10187** 313:16,19 | 11:09:06 72:20 | **11:26** 84:7 |
| 10:38:14 41:15 | 10:51:07 53:10 | 346:25 | 11:09:16 72:25 | 11:26:58 84:10 |
| 10:38:31 41:20 | 10:51:16 53:15 | **102** 321:2 328:25 | 11:09:30 73:5 | 11:27:07 84:15 |
| 10:38:43 41:25 | 10:51:26 53:20 | 330:14 331:8 | 11:09:38 73:10 | 11:27:20 84:20 |
| 10:38:57 42:5 | 10:51:42 53:25 | **103** 321:2 332:8,17 | 11:09:46 73:15 | 11:27:25 84:25 |
| 10:39:10 42:10 | 10:51:54 54:5 | 333:10,18 334:4 | 11:09:52 73:20 | 11:27:35 85:5 |
| 10:39:51 42:15 | 10:52:05 54:10 | **104** 321:2 335:15 336:9 | 11:10:09 73:25 | 11:27:47 85:10 |
| 10:39:59 42:20 | 10:52:12 54:15 | 336:18 | 11:10:21 74:5 | 11:27:58 85:15 |
| 10:40:25 42:25 | 10:52:24 54:20 | **105** 266:22 321:2 338:5 | 11:10:34 74:10 | 11:28:13 85:20 |
| 10:40:38 43:5 | 10:52:39 54:25 | 338:6,8 | 11:10:43 74:15 | 11:28:24 85:25 |
| 10:40:47 43:10 | 10:52:47 55:5 | **10523** 3:13 | 11:10:56 74:20 | 11:28:34 86:5 |
| 10:41:00 43:15 | 10:53:06 55:10 | **11** 199:22,25 200:4,22 | 11:11:07 74:25 | 11:28:42 86:10 |
| 10:41:08 43:20 | 10:53:12 55:15 | 345:14 75:5 | 11:11:14 75:5 | 11:28:53 86:15 |
| 10:41:23 43:25 | 10:53:26 55:20 | **11:00:09** 63:15 | 11:11:22 75:10 | 11:29:02 86:20 |
| 10:41:38 44:5 | 10:53:36 55:25 | 11:00:17 63:20 | 11:11:33 75:15 | 11:29:15 86:25 |
| 10:41:50 44:10 | 10:53:46 56:5 | 11:00:36 63:25 | 11:11:48 75:20 | 11:29:26 87:5 |
| 10:42:05 44:15 | 10:53:57 56:10 | 11:00:43 64:5 | 11:11:56 75:25 | 11:29:37 87:10 |
| 10:42:11 44:20 | 10:54:06 56:15 | 11:00:55 64:10 | 11:12:01 76:5 | 11:29:47 87:15 |
| 10:42:21 44:25 | 10:54:15 56:20 | 11:01:09 64:15 | 11:12:11 76:10 | 11:29:55 87:20 |
| 10:42:42 45:5 | 10:54:25 56:25 | 11:01:22 64:20 | 11:12:19 76:15 | 11:30:12 87:25 |
| 10:42:52 45:10 | 10:54:35 57:5 | 11:01:37 64:25 | 11:12:33 76:20 | 11:30:16 88:5 |
| 10:42:59 45:15 | 10:54:46 57:10 | 11:01:43 65:5 | 11:12:41 76:25 | 11:30:27 88:10 |
| 10:43:09 45:20 | 10:54:54 57:15 | 11:01:52 65:10 | 11:12:46 77:5 | 11:30:34 88:15 |
| 10:43:26 45:25 | 10:55:05 57:20 | 11:02:04 65:15 | 11:12:58 77:10 | 11:30:47 88:20 |
| 10:43:35 46:5 | 10:55:15 57:25 | 11:02:14 65:20 | 11:13:08 77:15 | 11:31:09 88:25 |
| 10:44:09 46:10 | 10:55:26 58:5 | 11:02:23 65:25 | 11:13:19 77:20 | 11:31:20 89:5 |
| 10:44:24 46:15 | 10:55:36 58:10 | 11:02:35 66:5 | 11:13:24 77:25 | 11:31:32 89:10 |
| 10:44:31 46:20 | 10:55:41 58:15 | 11:02:46 66:10 | 11:13:32 78:5 | 11:31:42 89:15 |
| 10:44:40 46:25 | 10:55:52 58:20 | 11:03:01 66:15 | 11:13:45 78:10 | 11:31:55 89:20 |
| 10:44:49 47:5 | 10:56:00 58:25 | 11:03:13 66:20 | 11:13:56 78:15 | 11:32:08 89:25 |
| 10:45:06 47:10 | 10:56:09 59:5 | 11:03:29 66:25 | 11:14:04 78:20 | 11:32:19 90:5 |
| 10:45:20 47:15 | 10:56:29 59:10 | 11:03:43 67:5 | 11:14:17 78:25 | 11:32:27 90:10 |
| 10:45:32 47:20 | 10:56:41 59:15 | 11:03:59 67:10 | 11:14:28 79:5 | 11:32:42 90:15 |
| 10:45:53 47:25 | 10:56:52 59:20 | 11:04:10 67:15 | 11:14:37 79:10 | 11:32:51 90:20 |
| 10:46:03 48:5 | 10:56:59 59:25 | 11:04:18 67:20 | 11:14:46 79:15 | 11:32:59 90:25 |
| 10:46:21 48:10 | 10:57:07 60:5 | 11:04:30 67:25 | 11:14:56 79:20 | 11:33:10 91:5 |
| 10:46:30 48:15 | 10:57:21 60:10 | 11:04:36 68:5 | 11:15:06 79:25 | 11:33:23 91:10 |
| 10:46:38 48:20 | 10:57:33 60:15 | 11:04:56 68:10 | 11:15:12 80:5 | 11:33:42 91:15 |
| 10:46:54 48:25 | 10:57:45 60:20 | 11:05:12 68:15 | 11:15:25 80:10 | 11:34:01 91:20 |
| 10:47:02 49:5 | 10:57:54 60:25 | 11:05:24 68:20 | 11:15:42 80:15 | 11:34:16 91:25 |
| 10:47:10 49:10 | 10:58:02 61:5 | 11:05:35 68:25 | 11:15:48 80:20 | 11:34:21 92:5 |
| 10:47:19 49:15 | 10:58:10 61:10 | 11:05:44 69:5 | 11:16:01 80:25 | 11:34:31 92:10 |
| 10:47:28 49:20 | 10:58:18 61:15 | 11:05:58 69:10 | 11:16:12 81:5 | 11:34:50 92:15 |
| 10:47:48 49:25 | 10:58:25 61:20 | 11:06:09 69:15 | 11:16:28 81:10 | 11:35:06 92:20 |
| 10:48:03 50:5 | 10:58:38 61:25 | 11:06:16 69:20 | 11:16:46 81:15 | 11:35:19 92:25 |
| 10:48:14 50:10 | 10:58:42 62:5 | 11:06:27 69:25 | 11:17:02 81:20 | 11:35:25 93:5 |
| 10:48:27 50:15 | 10:58:53 62:10 | 11:06:34 70:5 | 11:17:12 81:25 | 11:35:31 93:10 |
| 10:48:39 50:20 | 10:59:04 62:15 | 11:06:49 70:10 | 11:17:20 82:5 | 11:35:42 93:15 |
| 10:48:47 50:25 | 10:59:16 62:20 | 11:06:59 70:15 | 11:17:33 82:10 | 11:35:59 93:20 |
| 10:48:53 51:5 | 10:59:27 62:25 | 11:07:11 70:20 | 11:17:45 82:15 | 11:36:11 93:25 |
| 10:49:06 51:10 | 10:59:44 63:5 | 11:07:23 70:25 | 11:17:51 82:20 | 11:36:18 94:5 |
| 10:49:14 51:15 | 10:59:54 63:10 | 11:07:31 71:5 | **11:18** 84:4 | 11:36:25 94:10 |
| 10:49:28 51:20 | **100** 2:9 4:14 7:10 | 11:07:47 71:10 | 11:18:07 82:25 | 11:36:39 94:15 |
| 10:49:44 51:25 | 245:18 263:25 264:8 | 11:07:57 71:15 | 11:18:15 83:5 | 11:36:48 94:20 |
| 10:49:56 52:5 | 320:24 323:25 324:9 | 11:08:11 71:20 | 11:18:27 83:10 | 11:36:53 94:25 |
| 10:50:05 52:10 | **10003** 3:7 | 11:08:25 71:25 | 11:18:38 83:15 | 11:37:00 95:5 |

| | | | | |
|---|---|---|---|---|
| 11:37:08 95:10 | 11:48:42 107:5 | 12:00:03 117:15 | 12:13:52 128:25 | 12:24:03 140:20 |
| 11:37:14 95:15 | 11:48:55 107:10 | 12:00:22 117:20 | 12:14:01 129:5 | 12:24:11 140:25 |
| 11:37:23 95:20 | 11:49:02 107:15 | 12:00:36 117:25 | 12:14:20 129:10 | 12:24:22 141:5 |
| 11:37:39 95:25 | 11:49:16 107:20 | 12:00:45 118:5 | 12:14:35 129:15 | 12:24:29 141:10 |
| 11:37:50 96:5 | 11:49:27 107:25 | 12:00:57 118:10 | 12:14:44 129:20 | 12:24:43 141:15 |
| 11:38:05 96:10 | 11:49:36 108:5 | 12:01:12 118:15 | 12:14:55 129:25 | 12:24:57 141:20 |
| 11:38:12 96:15 | 11:49:49 108:10 | 12:01:18 118:20 | 12:15:03 130:5 | 12:25 141:12 |
| 11:38:19 96:20 | 11:49:59 108:15 | 12:01:28 118:25 | 12:15:12 130:10 | 12:25:18 141:25 |
| 11:38:30 96:25 | 11:50:09 108:20 | 12:01:36 119:5 | 12:15:27 130:15 | 12:25:22 142:5 |
| 11:38:41 97:5 | 11:50:16 108:25 | 12:01:52 119:10 | 12:15:40 130:20 | 12:25:41 142:10 |
| 11:38:56 97:10 | 11:50:23 109:5 | 12:02:07 119:15 | 12:15:54 130:25 | 12:25:57 142:15 |
| 11:39:09 97:15 | 11:50:32 109:10 | 12:02:21 119:20 | 12:16:06 131:5 | 12:26:07 142:20 |
| 11:39:19 97:20 | 11:50:50 109:15 | 12:02:29 119:25 | 12:16:17 131:10 | 12:26:20 142:25 |
| 11:39:30 97:25 | 11:51:03 109:20 | 12:02:39 120:5 | 12:16:29 131:15 | 12:26:31 143:5 |
| 11:39:35 98:5 | 11:51:13 109:25 | 12:02:51 120:10 | 12:16:42 131:20 | 12:26:41 143:10 |
| 11:39:48 98:10 | 11:51:18 110:5 | 12:03:03 120:15 | 12:16:51 131:25 | 12:26:56 143:15 |
| 11:40:01 98:15 | 11:51:37 110:10 | 12:03:16 120:20 | 12:17:02 132:5 | 12:27 144:11,13 |
| 11:40:12 98:20 | 11:51:46 110:15 | 12:03:33 120:25 | 12:17:15 132:10 | 12:27:11 143:20 |
| 11:40:37 98:25 | 11:51:57 110:20 | 12:03:41 121:5 | 12:17:25 132:15 | 12:27:28 143:25 |
| 11:40:50 99:5 | 11:52:17 110:25 | 12:03:56 121:10 | 12:17:35 132:20 | 12:27:35 144:5 |
| 11:41:00 99:10 | 11:52:30 111:5 | 12:04:17 121:15 | 12:17:45 132:25 | 12:27:52 144:10 |
| 11:41:10 99:15 | 11:52:46 111:10 | 12:04:34 121:20 | 12:17:50 133:5 | 1215 1:6 |
| 11:41:21 99:20 | 11:53:03 111:15 | 12:04:42 121:25 | 12:17:58 133:10 | 123 344:8 |
| 11:41:36 99:25 | 11:53:18 111:20 | 12:05 122:21 | 12:18:08 133:15 | 13 181:20,21,24 220:19 |
| 11:41:47 100:5 | 11:53:34 111:25 | 12:05:06 122:5 | 12:18:14 133:20 | 220:21 221:11,17 |
| 11:42:00 100:10 | 11:53:51 112:5 | 12:05:14 122:10 | 12:18:22 133:25 | 222:16 345:18 |
| 11:42:12 100:15 | 11:54:05 112:10 | 12:05:24 122:15 | 12:18:29 134:5 | 13:54:45 145:10 |
| 11:42:20 100:20 | 11:54:17 112:15 | 12:06 122:24 | 12:18:37 134:10 | 13:55:00 145:15 |
| 11:42:33 100:25 | 11:54:26 112:20 | 12:06:07 122:20 | 12:18:50 134:15 | 13:55:14 145:20 |
| 11:42:39 101:5 | 11:54:38 112:25 | 12:07:04 122:25 | 12:18:57 134:20 | 13:55:33 145:25 |
| 11:42:51 101:10 | 11:54:45 113:5 | 12:07:26 123:5 | 12:19:12 134:25 | 13:55:44 146:5 |
| 11:43:06 101:15 | 11:54:51 113:10 | 12:07:53 123:10 | 12:19:21 135:5 | 13:55:56 146:10 |
| 11:43:15 101:20 | 11:55:00 113:15 | 12:08:11 123:15 | 12:19:30 135:10 | 13:56:04 146:15 |
| 11:43:28 101:25 | 11:55:14 113:20 | 12:08:20 123:20 | 12:19:42 135:15 | 13:56:12 146:20 |
| 11:43:37 102:5 | 11:55:32 113:25 | 12:08:28 123:25 | 12:20:00 135:20 | 13:56:30 146:25 |
| 11:43:49 102:10 | 11:55:40 114:5 | 12:08:36 124:5 | 12:20:10 135:25 | 13:56:36 147:5 |
| 11:44:01 102:15 | 11:55:53 114:10 | 12:08:52 124:10 | 12:20:23 136:5 | 13:56:45 147:10 |
| 11:44:14 102:20 | 11:56:20 114:15 | 12:09:04 124:15 | 12:20:28 136:10 | 13:56:52 147:15 |
| 11:44:25 102:25 | 11:56:42 114:20 | 12:09:17 124:20 | 12:20:37 136:15 | 13:57:06 147:20 |
| 11:44:34 103:5 | 11:56:56 114:25 | 12:09:49 124:25 | 12:20:47 136:20 | 13:57:25 147:25 |
| 11:44:45 103:10 | 11:57:01 115:5 | 12:09:57 125:5 | 12:20:52 136:25 | 13:57:31 148:5 |
| 11:44:54 103:15 | 11:57:22 115:10 | 12:10:10 125:10 | 12:20:59 137:5 | 13:57:43 148:10 |
| 11:45:07 103:20 | 11:57:37 115:15 | 12:10:20 125:15 | 12:21:10 137:10 | 13:57:52 148:15 |
| 11:45:15 103:25 | 11:57:50 115:20 | 12:10:31 125:20 | 12:21:20 137:15 | 13:58:08 148:20 |
| 11:45:24 104:5 | 11:58:04 115:25 | 12:10:48 125:25 | 12:21:33 137:20 | 13:58:15 148:25 |
| 11:45:33 104:10 | 11:58:12 116:5 | 12:10:52 126:5 | 12:21:51 137:25 | 13:58:32 149:5 |
| 11:45:47 104:15 | 11:58:32 116:10 | 12:11:02 126:10 | 12:22:01 138:5 | 13:58:42 149:10 |
| 11:46:08 104:20 | 11:58:46 116:15 | 12:11:17 126:15 | 12:22:07 138:10 | 13:58:52 149:15 |
| 11:46:21 104:25 | 11:59:12 116:20 | 12:11:33 126:20 | 12:22:18 138:15 | 13:59:01 149:20 |
| 11:46:31 105:5 | 11:59:24 116:25 | 12:11:47 126:25 | 12:22:22 138:20 | 13:59:11 149:25 |
| 11:46:54 105:10 | 11:59:34 117:5 | 12:11:53 127:5 | 12:22:28 138:25 | 13:59:25 150:5 |
| 11:47:08 105:15 | 11:59:46 117:10 | 12:12:08 127:10 | 12:22:47 139:5 | 13:59:38 150:10 |
| 11:47:20 105:20 | 11501 4:7 | 12:12:24 127:15 | 12:22:53 139:10 | 13:59:49 150:15 |
| 11:47:32 105:25 | 11556-0926 3:21 | 12:12:41 127:20 | 12:23:01 139:15 | 13:59:59 150:20 |
| 11:47:41 106:5 | 11770 201:18 | 12:12:53 127:25 | 12:23:14 139:20 | 14 220:25 221:3 222:18 |
| 11:47:51 106:10 | 11788-4311 4:16 | 12:13:10 128:5 | 12:23:20 139:25 | 226:25 345:20 |
| 11:48:04 106:15 | 12 182:3,11,23 203:20 | 12:13:17 128:10 | 12:23:35 140:5 | 14th 319:2,20 |
| 11:48:14 106:20 | 203:23 205:3 212:10 | 12:13:30 128:15 | 12:23:42 140:10 | 14,000 62:9 |
| 11:48:30 106:25 | 212:18 214:21 345:16 | 12:13:41 128:20 | 12:23:53 140:15 | 14:00:10 150:25 |

| | | | | |
|---|---|---|---|---|
| 14:00:24 151:5 | 14:13:14 162:25 | 14:24:55 174:20 | 14:39:12 186:15 | 14:51:41 198:10 |
| 14:00:38 151:10 | 14:13:21 163:5 | 14:25:11 174:25 | 14:39:22 186:20 | 14:51:54 198:15 |
| 14:00:48 151:15 | 14:13:35 163:10 | 14:25:15 175:5 | 14:39:51 186:25 | 14:52:02 198:20 |
| 14:01:04 151:20 | 14:13:48 163:15 | 14:25:24 175:10 | 14:39:57 187:5 | 14:52:11 198:25 |
| 14:01:12 151:25 | 14:13:56 163:20 | 14:25:31 175:15 | 14:41:05 187:10 | 14:52:19 199:5 |
| 14:01:19 152:5 | 14:14:04 163:25 | 14:25:37 175:20 | 14:41:10 187:15 | 14:52:36 199:10 |
| 14:01:39 152:10 | 14:14:13 164:5 | 14:25:48 175:25 | 14:41:17 187:20 | 14:52:56 199:15 |
| 14:01:46 152:15 | 14:14:24 164:10 | 14:25:58 176:5 | 14:41:27 187:25 | 14:53:09 199:20 |
| 14:01:57 152:20 | 14:14:30 164:15 | 14:26:21 176:10 | 14:41:36 188:5 | 14:53:13 199:25 |
| 14:02:04 152:25 | 14:14:36 164:20 | 14:26:49 176:15 | 14:41:48 188:10 | 14:53:55 200:5 |
| 14:02:10 153:5 | 14:15:01 164:25 | 14:27:02 176:20 | 14:42:03 188:15 | 14:54:06 200:10 |
| 14:02:29 153:10 | 14:15:11 165:5 | 14:27:18 176:25 | 14:42:11 188:20 | 14:54:16 200:15 |
| 14:02:39 153:15 | 14:15:19 165:10 | 14:27:34 177:5 | 14:42:21 188:25 | 14:54:23 200:20 |
| 14:02:51 153:20 | 14:15:29 165:15 | 14:27:42 177:10 | 14:42:35 189:5 | 14:54:39 200:25 |
| 14:03:03 153:25 | 14:15:46 165:20 | 14:27:56 177:15 | 14:42:48 189:10 | 14:54:55 201:5 |
| 14:03:11 154:5 | 14:15:56 165:25 | 14:28:07 177:20 | 14:43:02 189:15 | 14:55:05 201:10 |
| 14:03:32 154:10 | 14:16:04 166:5 | 14:28:26 177:25 | 14:43:08 189:20 | 14:55:18 201:15 |
| 14:03:55 154:15 | 14:16:18 166:10 | 14:28:36 178:5 | 14:43:17 189:25 | 14:55:32 201:20 |
| 14:04:17 154:20 | 14:16:28 166:15 | 14:28:46 178:10 | 14:43:27 190:5 | 14:55:39 201:25 |
| 14:04:33 154:25 | 14:16:43 166:20 | 14:28:59 178:15 | 14:43:33 190:10 | 14:55:46 202:5 |
| 14:04:48 155:5 | 14:16:52 166:25 | 14:29:08 178:20 | 14:44:08 190:15 | 14:55:56 202:10 |
| 14:04:57 155:10 | 14:17:00 167:5 | 14:29:23 178:25 | 14:44:24 190:20 | 14:56:09 202:15 |
| 14:05:03 155:15 | 14:17:19 167:10 | 14:29:35 179:5 | 14:44:37 190:25 | 14:56:25 202:20 |
| 14:05:12 155:20 | 14:17:29 167:15 | 14:29:51 179:10 | 14:45:01 191:5 | 14:56:44 202:25 |
| 14:05:26 155:25 | 14:17:38 167:20 | 14:30:03 179:15 | 14:45:11 191:10 | 14:56:53 203:5 |
| 14:05:39 156:5 | 14:17:48 167:25 | 14:30:21 179:20 | 14:45:25 191:15 | 14:57:02 203:10 |
| 14:05:45 156:10 | 14:17:58 168:5 | 14:30:31 179:25 | 14:45:30 191:20 | 14:57:15 203:15 |
| 14:06:02 156:15 | 14:18:07 168:10 | 14:30:42 180:5 | 14:45:38 191:25 | 14:57:34 203:20 |
| 14:06:12 156:20 | 14:18:15 168:15 | 14:31:04 180:10 | 14:45:44 192:5 | 14:58:18 203:25 |
| 14:06:22 156:25 | 14:18:24 168:20 | 14:31:21 180:15 | 14:45:58 192:10 | 14:58:24 204:5 |
| 14:06:34 157:5 | 14:18:31 168:25 | 14:31:36 180:20 | 14:46:04 192:15 | 14:58:40 204:10 |
| 14:06:51 157:10 | 14:18:40 169:5 | 14:31:46 180:25 | 14:46:12 192:20 | 14:58:51 204:15 |
| 14:07:11 157:15 | 14:18:53 169:10 | 14:31:51 181:5 | 14:46:31 192:25 | 14:59:02 204:20 |
| 14:07:44 157:20 | 14:19:04 169:15 | 14:32:16 181:10 | 14:46:39 193:5 | 14:59:13 204:25 |
| 14:08:11 157:25 | 14:19:19 169:20 | 14:32:40 181:15 | 14:46:47 193:10 | 14:59:19 205:5 |
| 14:08:14 158:5 | 14:19:26 169:25 | 14:32:54 181:20 | 14:47:00 193:15 | 14:59:31 205:10 |
| 14:08:27 158:10 | 14:19:30 170:5 | 14:33:05 181:25 | 14:47:11 193:20 | 14:59:44 205:15 |
| 14:08:44 158:15 | 14:19:39 170:10 | 14:33:20 182:5 | 14:47:21 193:25 | 14:59:55 205:20 |
| 14:09:06 158:20 | 14:19:59 170:15 | 14:33:43 182:10 | 14:47:35 194:5 | 147 344:11 |
| 14:09:23 158:25 | 14:20:11 170:20 | 14:33:54 182:15 | 14:47:44 194:10 | 15 220:11 263:10,11,17 |
| 14:09:35 159:5 | 14:20:24 170:25 | 14:34:06 182:20 | 14:47:54 194:15 | 345:22 |
| 14:09:48 159:10 | 14:20:31 171:5 | 14:34:17 182:25 | 14:48:10 194:20 | 15:00:10 205:25 |
| 14:09:58 159:15 | 14:20:36 171:10 | 14:34:34 183:5 | 14:48:15 194:25 | 15:00:18 206:5 |
| 14:10:11 159:20 | 14:21:03 171:15 | 14:34:44 183:10 | 14:48:26 195:5 | 15:00:30 206:10 |
| 14:10:36 159:25 | 14:21:43 171:20 | 14:34:52 183:15 | 14:48:39 195:10 | 15:00:46 206:15 |
| 14:10:47 160:5 | 14:21:49 171:25 | 14:35:14 183:20 | 14:48:57 195:15 | 15:00:55 206:20 |
| 14:11:04 160:10 | 14:21:56 172:5 | 14:35:29 183:25 | 14:49:05 195:20 | 15:01:07 206:25 |
| 14:11:18 160:15 | 14:22:18 172:10 | 14:35:41 184:5 | 14:49:14 195:25 | 15:01:15 207:5 |
| 14:11:26 160:20 | 14:22:31 172:15 | 14:35:56 184:10 | 14:49:26 196:5 | 15:01:37 207:10 |
| 14:11:34 160:25 | 14:22:40 172:20 | 14:36:38 184:15 | 14:49:35 196:10 | 15:01:51 207:15 |
| 14:11:47 161:5 | 14:22:56 172:25 | 14:37:29 184:20 | 14:50:02 196:15 | 15:02:04 207:20 |
| 14:11:55 161:10 | 14:23:10 173:5 | 14:37:40 184:25 | 14:50:14 196:20 | 15:02:11 207:25 |
| 14:12:02 161:15 | 14:23:24 173:10 | 14:37:49 185:5 | 14:50:32 196:25 | 15:02:26 208:5 |
| 14:12:14 161:20 | 14:23:38 173:15 | 14:37:58 185:10 | 14:50:41 197:5 | 15:02:40 208:10 |
| 14:12:23 161:25 | 14:23:48 173:20 | 14:38:07 185:15 | 14:50:56 197:10 | 15:02:52 208:15 |
| 14:12:32 162:5 | 14:23:56 173:25 | 14:38:18 185:20 | 14:51:04 197:15 | 15:03:09 208:20 |
| 14:12:40 162:10 | 14:24:07 174:5 | 14:38:31 185:25 | 14:51:16 197:20 | 15:03:24 208:25 |
| 14:12:50 162:15 | 14:24:16 174:10 | 14:38:41 186:5 | 14:51:26 197:25 | 15:03:38 209:5 |
| 14:12:58 162:20 | 14:24:34 174:15 | 14:39:01 186:10 | 14:51:33 198:5 | 15:03:48 209:10 |

| | | | | |
|---|---|---|---|---|
| 15:03:59 209:15 | 15:26:01 221:10 | 15:38:53 233:5 | 15:51:26 244:25 | 16:02:34 255:25 |
| 15:04:11 209:20 | 15:26:41 221:15 | 15:39:07 233:10 | 15:51:38 245:5 | 16:02:46 256:5 |
| 15:04:26 209:25 | 15:26:49 221:20 | 15:39:20 233:15 | 15:51:51 245:10 | 16:02:59 256:10 |
| 15:04:35 210:5 | 15:27:07 221:25 | 15:39:29 233:20 | 15:52:06 245:15 | 16:03:12 256:15 |
| 15:05:12 210:10 | 15:27:15 222:5 | 15:39:41 233:25 | 15:52:21 245:20 | 16:03:21 256:20 |
| 15:05:30 210:15 | 15:27:33 222:10 | 15:39:52 234:5 | 15:52:34 245:25 | 16:03:31 256:25 |
| 15:05:41 210:20 | 15:27:46 222:15 | 15:40:03 234:10 | 15:52:44 246:5 | 16:03:40 257:5 |
| 15:05:54 210:25 | 15:28:05 222:20 | 15:40:17 234:15 | 15:52:52 246:10 | 16:03:57 257:10 |
| 15:06:08 211:5 | 15:28:30 222:25 | 15:40:32 234:20 | 15:53:03 246:15 | 16:04:12 257:15 |
| 15:06:18 211:10 | 15:28:43 223:5 | 15:40:50 234:25 | 15:53:10 246:20 | 16:04:23 257:20 |
| 15:06:27 211:15 | 15:29:11 223:10 | 15:41:00 235:5 | 15:53:19 246:25 | 16:04:34 257:25 |
| 15:06:35 211:20 | 15:29:17 223:15 | 15:41:13 235:10 | 15:53:27 247:5 | 16:04:42 258:5 |
| 15:06:47 211:25 | 15:29:31 223:20 | 15:41:30 235:15 | 15:53:39 247:10 | 16:04:52 258:10 |
| 15:06:59 212:5 | 15:29:47 223:25 | 15:41:47 235:20 | 15:53:54 247:15 | 16:05:01 258:15 |
| 15:07:08 212:10 | 15:29:52 224:5 | 15:42:03 235:25 | 15:54:07 247:20 | 16:05:14 258:20 |
| 15:07:46 212:15 | 15:30:05 224:10 | 15:42:11 236:5 | 15:54:21 247:25 | 16:05:25 258:25 |
| 15:07:56 212:20 | 15:30:21 224:15 | 15:42:17 236:10 | 15:54:29 248:5 | 16:05:36 259:5 |
| 15:08:07 212:25 | 15:30:31 224:20 | 15:42:23 236:15 | 15:54:47 248:10 | 16:05:45 259:10 |
| 15:08:15 213:5 | 15:30:41 224:25 | 15:42:36 236:20 | 15:54:59 248:15 | 16:05:56 259:15 |
| 15:08:22 213:10 | 15:31:00 225:5 | 15:42:49 236:25 | 15:55:13 248:20 | 16:06:05 259:20 |
| 15:08:32 213:15 | 15:31:22 225:10 | 15:42:59 237:5 | 15:55:21 248:25 | 16:06:22 259:25 |
| 15:08:44 213:20 | 15:31:29 225:15 | 15:43:12 237:10 | 15:55:42 249:5 | 16:06:31 260:5 |
| 15:08:54 213:25 | 15:31:38 225:20 | 15:43:24 237:15 | 15:55:51 249:10 | 16:06:41 260:10 |
| 15:09:03 214:5 | 15:31:47 225:25 | 15:43:36 237:20 | 15:55:59 249:15 | 16:06:52 260:15 |
| 15:09:11 214:10 | 15:31:54 226:5 | 15:43:43 237:25 | 15:56:10 249:20 | 16:07:05 260:20 |
| 15:09:21 214:15 | 15:32:12 226:10 | 15:43:53 238:5 | 15:56:18 249:25 | 16:07:21 260:25 |
| 15:09:35 214:20 | 15:32:29 226:15 | 15:44:02 238:10 | 15:56:26 250:5 | 16:07:26 261:5 |
| 15:09:50 214:25 | 15:32:45 226:20 | 15:44:18 238:15 | 15:56:40 250:10 | 16:07:45 261:10 |
| 15:09:59 215:5 | 15:32:59 226:25 | 15:44:30 238:20 | 15:56:53 250:15 | 16:07:55 261:15 |
| 15:10:14 215:10 | 15:33:15 227:5 | 15:44:41 238:25 | 15:57:08 250:20 | 16:08:09 261:20 |
| 15:10:33 215:15 | 15:33:28 227:10 | 15:44:50 239:5 | 15:57:21 250:25 | 16:08:24 261:25 |
| 15:10:48 215:20 | 15:33:36 227:15 | 15:45:04 239:10 | 15:57:38 251:5 | 16:08:32 262:5 |
| 15:11:03 215:25 | 15:33:42 227:20 | 15:45:19 239:15 | 15:57:50 251:10 | 16:09:14 262:10 |
| 15:11:14 216:5 | 15:33:56 227:25 | 15:45:38 239:20 | 15:58:03 251:15 | 16:09:26 262:15 |
| 15:11:23 216:10 | 15:34:06 228:5 | 15:45:44 239:25 | 15:58:17 251:20 | 16:10:04 262:20 |
| 15:11:37 216:15 | 15:34:12 228:10 | 15:45:53 240:5 | 15:58:39 251:25 | 16:10:22 262:25 |
| 15:11:45 216:20 | 15:34:24 228:15 | 15:46:02 240:10 | 15:58:48 252:5 | 16:10:33 263:5 |
| 15:11:56 216:25 | 15:34:37 228:20 | 15:46:20 240:15 | 15:59:08 252:10 | 16:12:45 263:10 |
| 15:12:04 217:5 | 15:34:50 228:25 | 15:46:36 240:20 | 15:59:19 252:15 | 16:13:28 263:15 |
| 15:12:18 217:10 | 15:35:06 229:5 | 15:46:50 240:25 | 15:59:32 252:20 | 16:13:37 263:20 |
| 15:12:27 217:15 | 15:35:19 229:10 | 15:46:59 241:5 | 15:59:43 252:25 | 16:13:46 263:25 |
| 15:12:40 217:20 | 15:35:36 229:15 | 15:47:10 241:10 | 15:59:54 253:5 | 16:14:01 264:5 |
| 15:12:49 217:25 | 15:35:48 229:20 | 15:47:33 241:15 | 157 344:24 | 16:14:11 264:10 |
| 15:12:56 218:5 | 15:35:55 229:25 | 15:47:48 241:20 | 16 268:20,23 305:11 | 16:14:20 264:15 |
| 15:13:09 218:10 | 15:36:09 230:5 | 15:48:00 241:25 | 345:23 | 16:14:27 264:20 |
| 15:13:13 218:15 | 15:36:24 230:10 | 15:48:09 242:5 | 16th 315:16 | 16:14:45 264:25 |
| 15:13:24 218:20 | 15:36:41 230:15 | 15:48:24 242:10 | 16:00:10 253:10 | 16:14:57 265:5 |
| 15:13:38 218:25 | 15:36:51 230:20 | 15:48:40 242:15 | 16:00:28 253:15 | 16:15:17 265:10 |
| 15:13:46 219:5 | 15:37:01 230:25 | 15:48:59 242:20 | 16:00:43 253:20 | 16:15:30 265:15 |
| 15:14:06 219:10 | 15:37:07 231:5 | 15:49:17 242:25 | 16:01:03 253:25 | 16:15:37 265:20 |
| 15:14:21 219:15 | 15:37:13 231:10 | 15:49:28 243:5 | 16:01:09 254:5 | 16:15:55 265:25 |
| 15:14:30 219:20 | 15:37:30 231:15 | 15:49:36 243:10 | 16:01:20 254:10 | 16:16:07 266:5 |
| 15:14:38 219:25 | 15:37:47 231:20 | 15:49:48 243:15 | 16:01:32 254:15 | 16:16:18 266:10 |
| 15:14:48 220:5 | 15:37:54 231:25 | 15:50:07 243:20 | 16:01:44 254:20 | 16:16:35 266:15 |
| 15:15:02 220:10 | 15:38:01 232:5 | 15:50:20 243:25 | 16:01:51 254:25 | 16:16:48 266:20 |
| 15:15:07 220:15 | 15:38:07 232:10 | 15:50:31 244:5 | 16:02:02 255:5 | 16:17:00 266:25 |
| 15:20:26 220:20 | 15:38:18 232:15 | 15:50:45 244:10 | 16:02:09 255:10 | 16:17:06 267:5 |
| 15:20:52 220:25 | 15:38:29 232:20 | 15:50:58 244:15 | 16:02:18 255:15 | 16:17:11 267:10 |
| 15:20:55 221:5 | 15:38:42 232:25 | 15:51:18 244:20 | 16:02:26 255:20 | 16:17:18 267:15 |

| | | | | |
|---|---|---|---|---|
| 16:17:27 267:20 | 16:31:06 279:15 | 16:43:09 291:10 | 17:00:02 302:15 | 17:17:55 314:10 |
| 16:17:43 267:25 | 16:31:23 279:20 | 16:43:25 291:15 | 17:00:07 302:20 | 17:18:04 314:15 |
| 16:17:50 268:5 | 16:31:44 279:25 | 16:43:35 291:20 | 17:00:21 302:25 | 17:18:22 314:20 |
| 16:18:02 268:10 | 16:32:13 280:5 | 16:43:47 291:25 | 17:00:31 303:5 | 17:18:36 314:25 |
| 16:18:15 268:15 | 16:32:49 280:10 | 16:43:56 292:5 | 17:00:45 303:10 | 17:18:42 315:5 |
| 16:18:31 268:20 | 16:33:00 280:15 | 16:44:15 292:10 | 17:01:00 303:15 | 17:18:48 315:10 |
| 16:18:47 268:25 | 16:33:10 280:20 | 16:44:27 292:15 | 17:01:15 303:20 | 17:19:04 315:15 |
| 16:19:34 269:5 | 16:33:25 280:25 | 16:44:31 292:20 | 17:01:17 303:25 | 17:19:18 315:20 |
| 16:19:42 269:10 | 16:33:34 281:5 | 16:44:52 292:25 | 17:02:09 304:5 | 17:19:27 315:25 |
| 16:19:52 269:15 | 16:33:40 281:10 | 16:45:07 293:5 | 17:02:16 304:10 | 17:19:36 316:5 |
| 16:20:00 269:20 | 16:33:53 281:15 | 16:45:34 293:10 | 17:02:26 304:15 | 17:19:51 316:10 |
| 16:20:43 269:25 | 16:34:03 281:20 | 16:45:45 293:15 | 17:02:54 304:20 | 17:20:03 316:15 |
| 16:20:48 270:5 | 16:34:12 281:25 | 16:46:00 293:20 | 17:03:06 304:25 | 17:20:15 316:20 |
| 16:21:01 270:10 | 16:34:21 282:5 | 16:46:13 293:25 | 17:03:25 305:5 | 17:20:32 316:25 |
| 16:21:11 270:15 | 16:34:31 282:10 | 16:46:23 294:5 | 17:03:41 305:10 | 17:20:43 317:5 |
| 16:21:28 270:20 | 16:34:39 282:15 | 16:46:40 294:10 | 17:04:27 305:15 | 17:21:02 317:10 |
| 16:21:45 270:25 | 16:34:49 282:20 | 16:46:51 294:15 | 17:04:30 305:20 | 17:21:13 317:15 |
| 16:21:56 271:5 | 16:35:03 282:25 | 16:47:02 294:20 | 17:04:44 305:25 | 17:21:20 317:20 |
| 16:22:05 271:10 | 16:35:11 283:5 | 16:47:14 294:25 | 17:04:52 306:5 | 17:21:33 317:25 |
| 16:22:23 271:15 | 16:35:25 283:10 | 16:47:24 295:5 | 17:05:05 306:10 | 17:21:40 318:5 |
| 16:22:34 271:20 | 16:35:43 283:15 | 16:47:39 295:10 | 17:06:44 306:15 | 17:21:53 318:10 |
| 16:22:47 271:25 | 16:35:53 283:20 | 16:47:56 295:15 | 17:07:57 306:20 | 17:22:25 318:15 |
| 16:22:59 272:5 | 16:36:01 283:25 | 16:48:10 295:20 | 17:08:14 306:25 | 17:22:32 318:20 |
| 16:23:12 272:10 | 16:36:10 284:5 | 16:48:27 295:25 | 17:08:26 307:5 | 17:22:36 318:25 |
| 16:23:31 272:15 | 16:36:19 284:10 | 16:48:36 296:5 | 17:08:31 307:10 | 17:22:51 319:5 |
| 16:23:46 272:20 | 16:36:31 284:15 | 16:48:51 296:10 | 17:08:41 307:15 | 17:23:00 319:10 |
| 16:23:59 272:25 | 16:36:41 284:20 | 16:49:02 296:15 | 17:08:54 307:20 | 17:23:10 319:15 |
| 16:24:11 273:5 | 16:36:48 284:25 | 16:49:20 296:20 | 17:09:08 307:25 | 17:23:21 319:20 |
| 16:24:22 273:10 | 16:36:52 285:5 | 16:49:35 296:25 | 17:09:21 308:5 | 17:23:40 319:25 |
| 16:24:31 273:15 | 16:37:03 285:10 | 16:49:41 297:5 | 17:09:36 308:10 | 17:23:50 320:5 |
| 16:24:44 273:20 | 16:37:21 285:15 | 16:49:48 297:10 | 17:09:49 308:15 | 17:23:59 320:10 |
| 16:25:01 273:25 | 16:37:30 285:20 | 16:50:00 297:15 | 17:10:08 308:20 | 17:24:13 320:15 |
| 16:25:09 274:5 | 16:37:39 285:25 | 16:50:18 297:20 | 17:10:28 308:25 | 17:24:19 320:20 |
| 16:25:21 274:10 | 16:37:46 286:5 | 16:54:00 297:25 | 17:10:45 309:5 | 17:24:31 320:25 |
| 16:25:35 274:15 | 16:37:50 286:10 | 16:54:13 298:5 | 17:10:57 309:10 | 17:24:45 321:5 |
| 16:25:50 274:20 | 16:37:54 286:15 | 16:54:59 298:10 | 17:11:11 309:15 | 17:24:56 321:10 |
| 16:26:07 274:25 | 16:38:08 286:20 | 16:55:12 298:15 | 17:11:26 309:20 | 17:25:10 321:15 |
| 16:26:18 275:5 | 16:38:20 286:25 | 16:55:28 298:20 | 17:11:41 309:25 | 17:25:21 321:20 |
| 16:26:33 275:10 | 16:38:29 287:5 | 16:55:38 298:25 | 17:12:00 310:5 | 17:25:34 321:25 |
| 16:26:50 275:15 | 16:38:42 287:10 | 16:55:46 299:5 | 17:12:13 310:10 | 17:25:46 322:5 |
| 16:27:07 275:20 | 16:38:53 287:15 | 16:56:04 299:10 | 17:12:29 310:15 | 17:25:54 322:10 |
| 16:27:18 275:25 | 16:39:08 287:20 | 16:56:35 299:15 | 17:12:37 310:20 | 17:26:02 322:15 |
| 16:27:25 276:5 | 16:39:24 287:25 | 16:56:46 299:20 | 17:12:51 310:25 | 17:26:12 322:20 |
| 16:27:43 276:10 | 16:39:31 288:5 | 16:57:02 299:25 | 17:13:03 311:5 | 17:26:19 322:25 |
| 16:27:51 276:15 | 16:39:39 288:10 | 16:57:11 300:5 | 17:13:15 311:10 | 17:26:26 323:5 |
| 16:28:05 276:20 | 16:39:49 288:15 | 16:57:22 300:10 | 17:13:25 311:15 | 17:26:41 323:10 |
| 16:28:12 276:25 | 16:40:00 288:20 | 16:57:34 300:15 | 17:13:41 311:20 | 17:26:51 323:15 |
| 16:28:23 277:5 | 16:40:08 288:25 | 16:57:49 300:20 | 17:13:56 311:25 | 17:27:03 323:20 |
| 16:28:36 277:10 | 16:40:27 289:5 | 16:58:10 300:25 | 17:14:10 312:5 | 17:27:11 323:25 |
| 16:28:55 277:15 | 16:40:41 289:10 | 16:58:18 301:5 | 17:14:24 312:10 | 17:27:25 324:5 |
| 16:29:09 277:20 | 16:40:43 289:15 | 16:58:29 301:10 | 17:14:40 312:15 | 17:27:39 324:10 |
| 16:29:21 277:25 | 16:40:51 289:20 | 16:58:43 301:15 | 17:14:52 312:20 | 17:27:42 324:15 |
| 16:29:31 278:5 | 16:41:01 289:25 | 16:58:52 301:20 | 17:15:22 312:25 | 17:27:52 324:20 |
| 16:30:12 278:10 | 16:41:50 290:5 | 16:59:25 301:25 | 17:15:28 313:5 | 17:28:03 324:25 |
| 16:30:22 278:15 | 16:42:04 290:10 | 16:59:36 302:5 | 17:15:47 313:10 | 17:28:11 325:5 |
| 16:30:32 278:20 | 16:42:16 290:15 | 16:59:53 302:10 | 17:16:21 313:15 | 17:28:32 325:10 |
| 16:30:43 278:25 | 16:42:32 290:20 | 163 344:8 | 17:17:04 313:20 | 17:28:48 325:15 |
| 16:30:47 279:5 | 16:42:48 290:25 | 17 269:16,19 315:19 346:2 | 17:17:38 313:25 | 17:28:58 325:20 |
| 16:30:56 279:10 | 16:42:54 291:5 | | 17:17:45 314:5 | 17:29:20 325:25 |

**17:29:29** 326:5
**17:29:50** 326:10
**17:30:06** 326:15
**17:30:25** 326:20
**17:30:31** 326:25
**17:30:37** 327:5
**17:30:48** 327:10
**17:30:57** 327:15
**17:31:04** 327:20
**17:31:14** 327:25
**17:31:21** 328:5
**17:31:28** 328:10
**17:31:35** 328:15
**17:31:41** 328:20
**17:31:52** 328:25
**17:32:12** 329:5
**17:32:20** 329:10
**17:32:30** 329:15
**17:32:40** 329:20
**17:32:57** 329:25
**17:33:07** 330:5
**17:33:15** 330:10
**17:33:27** 330:15
**17:33:41** 330:20
**17:33:50** 330:25
**17:34:00** 331:5
**17:34:16** 331:10
**17:34:23** 331:15
**17:34:35** 331:20
**17:34:47** 331:25
**17:34:52** 332:5
**17:35:04** 332:10
**17:35:15** 332:15
**17:35:27** 332:20
**17:35:35** 332:25
**17:35:43** 333:5
**17:35:55** 333:10
**17:36:07** 333:15
**17:36:13** 333:20
**17:36:26** 333:25
**17:36:37** 334:5
**17:36:50** 334:10
**17:37:00** 334:15
**17:37:11** 334:20
**17:37:21** 334:25
**17:37:27** 335:5
**17:37:39** 335:10
**17:37:48** 335:15
**17:38:07** 335:20
**17:38:13** 335:25
**17:38:19** 336:5
**17:38:36** 336:10
**17:38:42** 336:15
**17:38:57** 336:20
**17:39:12** 336:25
**17:39:22** 337:5
**17:39:29** 337:10
**17:39:38** 337:15
**17:39:57** 337:20

**17:40:08** 337:25
**17:40:10** 338:5
**17:40:34** 338:10
**17:40:46** 338:15
**17:40:56** 338:20
**17:41:11** 338:25
**17:41:31** 339:5
**17:41:40** 339:10
**17:41:57** 339:15
**17:42:13** 339:20
**17:42:21** 339:25
**17:42:32** 340:5
**17:42:45** 340:10
**17:42:55** 340:15
**17:43:08** 340:20
**17:43:18** 340:25
**17:43:34** 341:5
**17:43:44** 341:10
**17:43:58** 341:15
**17:44:09** 341:20
**17:44:16** 341:25
**17:44:32** 342:5
**17:44:41** 342:10
**17:44:47** 342:15
**170** 4:6
**171** 345:2
**176** 345:4
**18** 1:21 2:4 7:12 174:2
   280:4,7 344:8 346:5
   348:3
**1800s** 73:6 74:21
**184** 345:7
**185** 319:23 320:8
**186** 320:8 338:24
   339:15 340:2
**187** 319:24 320:8
   345:10
**19** 289:21,24 346:8
**191** 345:12
**1980** 10:4
**1988** 21:5
**1989** 42:11
**199** 345:14
**1990** 42:10
**1992** 21:19
**1995** 191:9 193:8
   202:20 203:3
**1996** 307:24 308:4
**1998** 41:10

━━━━━ **2** ━━━━━
**2** 6:10,12 62:24 69:10
   141:5 143:10 219:10
   279:22 283:3 285:17
   285:22 286:5,12,16
   287:2,3,17 288:14
   289:2,3 296:18
   298:22 344:16
**2nd** 343:20

**20** 298:2,4,18 346:11
**2002** 66:16
**2004** 112:9,12 113:20
   114:21 116:9 298:3,5
   317:3 346:12
**2005** 116:9 174:2 310:3
   310:5 313:5
**2006** 218:24 231:17,18
   231:19,22 306:14,16
   346:20
**2007** 20:15 22:9,12
   115:6 209:3 219:9
   231:16
**2008** 2:4
**2009** 1:21 7:12 342:22
   343:21 348:3,23
**203** 345:16
**20820** 1:25
**21** 301:16,19 346:13
**210** 344:11
**22** 225:3 303:22,23
   346:15
**220** 345:18
**221** 345:20
**2214** 221:24
**23** 298:3,5 305:8,12
   306:14,16 320:10
   346:12,17,20
**231** 222:20
**233** 269:18,20 346:4
**234** 269:18,21 346:4
**237** 314:11
**238** 314:11
**24** 13:17 306:13,15
   307:4,11,15 346:19
**24/7** 305:5
**25** 280:20 306:19,21
   309:12 346:21
**257** 344:9
**26** 66:16 313:14,17
   314:4 346:23
**261** 344:11
**262** 344:9
**263** 345:22
**264** 289:23,25 346:10
**265** 293:20 294:20,22
**2652** 268:22,24 345:25
**2658** 268:22,25 345:25
**266** 289:23 290:2
   297:11 346:10
**2670** 221:12
**268** 345:23
**269** 346:2
**27** 313:22,24 314:8
   347:2
**271** 187:2,5 345:11
**28** 219:9
**280** 346:5
**287** 344:9

**289** 346:8
**298** 346:11

━━━━━ **3** ━━━━━
**3** 6:16,18 124:22
   280:23,24 281:3,12
   282:23 283:7,21
   287:23 288:12,12
   289:16 344:18
**3/24/06** 227:3,5,25
**3:14** 220:16
**3:25** 221:8
**30** 169:25 344:8
**301** 346:13
**303** 346:15
**305** 346:17
**306** 346:19,21
**313** 346:23 347:2
**315** 201:10
**318** 344:5
**341** 344:4
**35** 344:8
**371** 201:11,12
**373** 305:10,13 346:18
**376** 305:10,13 346:18

━━━━━ **4** ━━━━━
**4** 6:23,25 141:23
   226:12,19 283:3
   288:14 344:21
**4th** 232:12
**4/18/2005** 173:5
**4/26/02** 64:11 71:18,21
**4:10** 263:7
**4:13** 263:15
**4:50** 297:23
**4:54** 298:8
**43** 319:21 338:25
**44** 344:8

━━━━━ **5** ━━━━━
**5** 157:14,17 167:2
   171:13 344:24
**5:04** 306:10
**5:08** 306:25
**5:24** 318:5
**5:44** 342:16,17
**50-A** 30:24
**530** 3:12
**543** 303:22,24 346:16
**5915** 199:24 200:2
   345:15

━━━━━ **6** ━━━━━
**6** 171:15,18 344:14,16
   344:18,21 345:2
**6th** 4:13
**602** 280:6,8 281:10
   346:7

**6100** 4:15

━━━━━ **7** ━━━━━
**7** 176:9,12 296:18,19
   296:19,20 345:4
**74** 312:13
**75** 243:23,24 248:9
   327:6
**77** 312:13
**79** 312:14

━━━━━ **8** ━━━━━
**8** 184:6,9 189:7 217:17
   219:9 344:4 345:7
**80s** 311:21,22
**85** 3:6

━━━━━ **9** ━━━━━
**9** 133:3 186:24 187:3
   187:12 216:10,13
   217:12 345:10
**90** 312:14
**92** 344:8
**926** 3:20
**96** 308:20
**97** 308:21
**98** 308:21
**99** 266:21 267:17,18
   308:21 321:2,9,10
   322:9