Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
EDWARD CARTER, FRANK FIORILO,      )
KEVIN LAMM, JOSEPH NOFI, and       )
THOMAS SNYDER,                     )
                                   )
                 Plaintiffs,       )
                                   )
     -against-                     )
                                   ) Index No.
                                   ) CV 07 1215
INCORPORATED VILLAGE OF OCEAN      )
BEACH; MAYOR JOSEPH C.             )
LOEFFLER, JR., individually        )
and in his Official capacity;      )
former mayor NATALIE K.ROGERS,     )
individually and in her            )
official capacity, OCEAN BEACH     )
POLICE DEPARTMENT; ACTING          )
DEPUTY POLICE CHIEF GEORGE B.      )
HESSE, individually and in his     )
official capacity; SUFFOLK         )
COUNTY; SUFFOLK COUNTY POLICE      )
DEPARTMENT OF CIVIL SERVICE;       )
and ALLISON SANCHEZ,               )
individually and in her            )
official capacity,                 )
                                   )
                 Defendants.       )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X

         DEPOSITION OF EDWARD PARADISO
              New York, New York
                July 27, 2009




Reported by:
Judi Johnson, RPR, CRR, CLR
Job No.: 23814

Page 2

```
 1
 2              85 Fifth Avenue
                New York, New York
 3
 4              July 27, 2009
                10:00 A.M.
 5
 6
 7
 8
 9
10
11
12
13          Deposition of EDWARD PARADISO, held at
14      the offices of THOMPSON, WIGDOR AND GILLY,
15      LLP, 85 Fifth Avenue, New York, New York,
16      pursuant to Notice, before Judi Johnson, a
17      Registered Professional Reporter, a
18      Certified Realtime Reporter, a Certified
19      LiveNote Reporter and Notary Public of the
20      State of New York.
21
22
23
24
25
```

Page 3

```
 1              EDWARD PARADISO
 2   APPEARANCES:
 3      THOMPSON WIGDOR & GILLY, LLP
 4      Attorneys for the Plaintiffs
 5      85 Fifth Avenue
 6      New York, New York 10003
 7
        BY: ANDREW S. GOODSTADT, ESQ.
 8
 9      MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
10      Attorneys for GEORGE B. HESSE
11      530 Saw Mill Road
12      Elmsford, New York 10523
13
        BY: KEVIN W. CONNOLLY, ESQ.
14
15
16      RIVKIN RADLER, LLP
17
18      Attorneys for INCORPORATED VILLAGE OF OCEAN BEACH,
19      JOSEPH LOEFFLER, NATALIE ROGERS AND OCEAN BEACH
20      POLICE DEPARTMENT
21      926 RexCorp Plaza
22      Uniondale, New York 11556-0926
23
        BY: KENNETH A. NOVIKOFF, ESQ.
24
25
```

Page 4

```
 1              EDWARD PARADISO
 2   BEE READY FISHBEIN HATTER & DONOVAN, LLP
 3
 4   Attorneys for SUFFOLK COUNTY
 5   170 Old Country Road
 6   Mineola, New York 11501
 7
     BY: (NOT PRESENT)
 8
 9
10   SUFFOLK COUNTY DEPARTMENT OF LAW
11
12   Attorneys for the County
13   100 Veterans Memorial Highway
14   Hauppauge, New York 11788
15
     BY: (NOT PRESENT)
16
17   ALSO PRESENT:
18   JOSH LIPSON - LEGAL VIDEO SPECIALIST
19   FRANK FIORILLO
20   EDWARD CARTER - A.M. SESSION ONLY
21   TOM SNYDER
22
23
24
25
```

Page 5

```
 1              EDWARD PARADISO
 2          IT IS HEREBY STIPULATED AND AGREED by
 3   and between the attorneys for the respective
 4   parties herein, that filing and sealing and
 5   the same are hereby waived.
 6          IT IS FURTHER STIPULATED AND AGREED
 7   that all objections, except as to the form
 8   of the question, shall be reserved to the
 9   time of the trial.
10          IT IS FURTHER STIPULATED AND AGREED
11   that the within deposition may be sworn to
12   and signed before any officer authorized to
13   administer an oath, with the same force and
14   effect as if signed and sworn to before the
15   Court.
16
17              - o0o -
18
19
20
21
22
23
24
25
```

Page 6

```
 1            EDWARD PARADISO
 2   EDWARD PARADISO,
 3         Called as a witness herein, having
 4   first been duly sworn, was examined and
 5   testified as follows:
 6   BY THE REPORTER:
 7      Q    Please state your name and address for
 8   the record.
 9      A    Edward Paradiso, 65 Timberpointe Road,
10   East Islip, New York 11730.
11         MR. GOODSTADT: Let's mark this.    10:02:05AM
12         (Whereupon, Subpoena was marked as   10:02:07AM
13   Plaintiff's Exhibit 1 for identification, as
14   of this date.)
15         THE VIDEOGRAPHER: This is the start  10:02:50AM
16   of Tape Number 1 of the videotaped
17   deposition of Edward Paradiso in the matter
18   Carter, et al versus the Incorporated
19   Village of Ocean Beach.  Today's date is
20   July 27th, 2009, at approximately
21   10:04 a.m.
22         Will the court reporter please swear  10:03:06AM
23   in the witness.
24         MR. NOVIKOFF: Andrew, regular stips,  10:03:16AM
25   as in the past?
```

TSG Reporting - Worldwide  (877) 702-9580

Page 7

```
 1            EDWARD PARADISO
 2         MR. GOODSTADT: It is.        10:03:19AM
 3         Do we need to make our appearance?  10:03:19AM
 4         Andrew Goodstadt, Thompson, Wigdor &  10:03:22AM
 5   Gilly, on behalf of the plaintiffs.
 6         MR. NOVIKOFF: On behalf of all the  10:03:28AM
 7   Village defendants except Mr. Hesse, Ken
 8   Novikoff, Rivkin Radler.
 9         MR. CONNOLLY: Kevin Connolly of Mark,  10:03:35AM
10   O'Neill, O'Brien & Courtney for Defendant
11   Hesse.
12         MR. NOVIKOFF: What do you want to do  10:03:39AM
13   about motions to strike?  Because my
14   preference would be -- I don't know what the
15   federal rules say about it, but leave it as
16   with relevance objections.  Is that fine
17   with you?
18         MR. GOODSTADT: That's fine with me.  10:03:52AM
19         Just so we're clear, everything is  10:03:59AM
20   preserved.  Make a motion to strike, no need
21   to --
22         MR. NOVIKOFF: Everything is preserved  10:04:02AM
23   except objections to form.
24         MR. GOODSTADT: Perfect.        10:04:05AM
25   EXAMINATION                10:04:05AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 8

```
 1            EDWARD PARADISO
 2   BY MR. GOODSTADT:            10:04:07AM
 3      Q    Good morning, Mr. Paradiso.    10:04:07AM
 4      A    Good morning.          10:04:08AM
 5      Q    My name is Andrew Goodstadt. I'm an  10:04:08AM
 6   attorney at Thompson, Wigdor & Gilly, and my
 7   firm represents the five plaintiffs in this
 8   matter, being Frank Fiorillo, Tom Snyder, Ed
 9   Carter, Joe Nofi and Kevin Lamm.
10         Just before we get started, I just    10:04:21AM
11   want to know how to address you.  Is it Chief
12   Paradiso, Mr. Paradiso?  How do you go about it?
13      A    You can just call me Ed.      10:04:30AM
14      Q    Ed? I prefer to do it a little more  10:04:31AM
15   formal than that.
16      A    You can call me Mr. Paradiso.    10:04:35AM
17      Q    Great.  That's what I'll call you.  10:04:38AM
18         I just want to place in front of you  10:04:41AM
19   what's been now marked as Paradiso 1.
20   (Handing.)
21      A    And my address is wrong on this.    10:04:47AM
22      Q    Okay.              10:04:50AM
23         MR. GOODSTADT: I've placed in front  10:04:56AM
24   of Mr. Paradiso what's been marked as
25   Paradiso 1.  It is a subpoena for today's
```

TSG Reporting - Worldwide  (877) 702-9580

Page 9

```
 1            EDWARD PARADISO
 2   deposition that was served in this matter.
 3   BY MR. GOODSTADT:                10:05:05AM
 4      Q    Mr. Paradiso, did you receive what's  10:05:05AM
 5   been marked as Paradiso 1 prior to appearing
 6   today?
 7      A    Yes.            10:05:10AM
 8      Q    And I believe you just stated that    10:05:11AM
 9   your address is incorrect on this.
10      A    Right.            10:05:15AM
11      Q    What is your address?        10:05:16AM
12      A    It's 65 Timberpointe Road.      10:05:17AM
13      Q    And you're appearing for today's    10:05:24AM
14   deposition in response to this subpoena; is that
15   correct?
16      A    Right.            10:05:30AM
17      Q    How long have you lived at      10:05:32AM
18   65 Timberpointe Road address?
19      A    Well, let's see.  We bought the house  10:05:38AM
20   in June of 2007.  We sold that same address
21   house in February of 2004.  So I lived in it
22   for -- since July 11th, 2001 to February of
23   2004.  We sold it, and we bought it back in June
24   of 2007.  It's a long story.
25      Q    We'll save the story for another day.  10:06:17AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 10

EDWARD PARADISO

1 **EDWARD PARADISO**
2 **But where did you live between February of '04**
3 **and June 2007?**
4    A   287 Timberpointe Road.          10:06:22AM
5    **Q   So just so I'm clear.  So from      10:06:31AM**
6 **July 11th, 2001 to the present, you have lived**
7 **in East Islip on Timberpointe Road, whether it**
8 **be the 286 address or 65 address?**
9    A   I lived there, and I had a residence  10:06:47AM
10 in Ocean Beach too.
11    **Q   Where is your residence in Ocean     10:06:50AM**
12 **Beach?**
13    A   My residence was at 315 Bay Walk,    10:06:52AM
14 Ocean Beach, New York 11730.
15    **Q   Was that a property that you owned?  10:07:02AM**
16    A   No.  That was an apartment owned by  10:07:04AM
17 the village.
18    **Q   Was that -- is there any -- strike   10:07:11AM**
19 **that.**
20       **Is it an apartment building?        10:07:14AM**
21    A   It's a -- it's a multi- -- multi-use  10:07:16AM
22 dwelling.  It's not just apartments.  It has --
23 the village office was downstairs.  The post
24 office was downstairs.  Above it was the police
25 barracks.  And there was several other

TSG Reporting - Worldwide  (877) 702-9580

Page 11

1 **EDWARD PARADISO**
2 apartments in the building.
3    **Q   Was your apartment actually in the   10:07:37AM**
4 **barracks or was it separate from the barracks?**
5    A   It was separate.                    10:07:41AM
6    **Q   Was it on the same floor as the      10:07:42AM**
7 **barracks?**
8    A   Yeah.  It was like one huge building,  10:07:44AM
9 but it was on the far end of the building.
10    **Q   Did anybody else use -- to your      10:07:52AM**
11 **knowledge, use 315 Bay Walk as their address at**
12 **Ocean Beach between, let's say, 2002 and 2006?**
13    MR. NOVIKOFF:  Objection.             10:08:02AM
14 BY MR. GOODSTADT:                        10:08:06AM
15    **Q   You can answer.                      10:08:06AM**
16    A   Oh, I can answer.  Okay.            10:08:07AM
17       Yeah, I think one of the women that  10:08:10AM
18 worked in the village lived upstairs in one of
19 the apartments.  The barracks was attached, so
20 different police officers lived there.  Sergeant
21 Hesse -- Chief Hesse had a room of his own
22 inside the barracks.  That's -- from that point
23 in time, I think that's it.
24    **Q   You said that Chief Hesse -- I believe 10:08:38AM**
25 **you called him Chief Hesse.  Chief Hesse had a**

TSG Reporting - Worldwide  (877) 702-9580

Page 12

1 **EDWARD PARADISO**
2 **room inside the barracks?**
3    A   Uh-huh.                            10:08:46AM
4    **Q   Is that what you said?              10:08:46AM**
5    A   Yeah.                              10:08:48AM
6    **Q   How long did he have that room for?  10:08:48AM**
7    A   He had it for quite a while.  I don't 10:08:50AM
8 remember exactly how long.
9    **Q   Do you know what year he started     10:08:54AM**
10 **having a room there?**
11    A   Not really.  Over -- over seven or   10:09:01AM
12 eight years.
13    **Q   You said -- I believe you said other  10:09:06AM**
14 **police officers lived there as well.  Did you**
15 **say that?**
16    A   Yeah.                              10:09:12AM
17    **Q   What other police officers lived     10:09:13AM**
18 **there?**
19    A   It was open to any police officers   10:09:14AM
20 that wanted to stay there, so...
21    **Q   As a residence or just stay there --  10:09:18AM**
22    A   Just stay there --                  10:09:25AM
23    **Q   Let me finish the question.          10:09:25AM**
24       **Stay there as their residence or just  10:09:25AM**
25 **to stay there sporadically overnight when they**

TSG Reporting - Worldwide  (877) 702-9580

Page 13

1 **EDWARD PARADISO**
2 **had a tour?**
3    A   Just sporadically.                  10:09:30AM
4    MR. NOVIKOFF:  Objection.             10:09:31AM
5    A   Sporadically.                       10:09:32AM
6    **Q   Do you know if any other officers used 10:09:33AM**
7 **it as their residence?**
8    A   Not to my knowledge.                10:09:38AM
9    **Q   Would it be appropriate for officers  10:09:39AM**
10 **to use the barracks as their residence?**
11    MR. NOVIKOFF:  Objection.             10:09:43AM
12    A   It -- I wouldn't say it would be     10:09:45AM
13 inappropriate.
14    **Q   Why wouldn't you say that?          10:09:49AM**
15    MR. NOVIKOFF:  Objection.             10:09:51AM
16    A   Well, if they wanted to claim that as 10:09:52AM
17 their as their residence, they could, depending
18 on what their life circumstance was.
19    **Q   What do you mean by that?            10:09:58AM**
20    A   You know, if they have no -- if they  10:09:59AM
21 wanted to live on the beach, you know, if you
22 lived in there more than 30 days, you could
23 claim it as your residence.  If they wanted to
24 vote there, they could vote there.
25    **Q   And you don't know one way or the    10:10:17AM**

TSG Reporting - Worldwide  (877) 702-9580

Page 14

EDWARD PARADISO

1  other whether any of the officers claimed it as
2  their residence?
3  A   Not offhand, no.                    10:10:27AM
4  Q   Did you ever approve any officers      10:10:31AM
5  using the barracks as their residence?
6      MR. NOVIKOFF:  Prove or approve?    10:10:39AM
7      MR. GOODSTADT:  Approve.            10:10:41AM
8      MR. NOVIKOFF:  Objection.           10:10:42AM
9  A   It never was posed in that way.  I   10:10:44AM
10 never had to approve it.
11 Q   Just before we get into any         10:10:51AM
12 substantive questions, I just want to go over
13 some ground rules today so we're all on the same
14 plage.  A couple of them just came up in the
15 last couple of questions.
16     You understand that you're testifying 10:11:00AM
17 under oath today and that you're legally
18 obligated to tell the truth?
19 A   Yes.                                10:11:04AM
20 Q   And that failure to do so could result 10:11:05AM
21 in a criminal sanction?
22 A   Yes.                                10:11:12AM
23 Q   Do you understand that?             10:11:12AM
24 A   Yes.                                10:11:12AM

Page 15

EDWARD PARADISO

1  Q   And other than for in your capacity as 10:11:12AM
2  a police officer in Ocean Beach, have you ever
3  testified under oath at any other proceeding or
4  situation?
5  A   Other than as a police officer, no.   10:11:26AM
6  Q   Did you ever testify --             10:11:30AM
7      MR. NOVIKOFF:  When you say testify,  10:11:32AM
8  you mean verbally testify as opposed to
9  swearing something out on a piece of paper?
10 BY MR. GOODSTADT:                       10:11:39AM
11 Q   Well, outside of your role as a police 10:11:40AM
12 officer, have you ever testified in writing or
13 verbally?
14 A   No.                                 10:11:45AM
15 Q   So you never testified in a civil     10:11:49AM
16 proceeding?
17 A   Not outside -- other than as a police 10:11:54AM
18 officer, no.
19 Q   Okay.  Why don't we just go through   10:11:57AM
20 the civil proceedings that you testified at,
21 whether it was as a police officer or not as a
22 police officer.  So other than for today, why
23 don't you go in reverse chronological order.
24 When was the most recent time when you testified

Page 16

EDWARD PARADISO

1  in a civil matter?
2  A   I was called in to testify in a matter 10:12:25AM
3  between the church that was across the street
4  from the police department versus the owner of
5  the property, Lee Pokoik, L-E-E P-O-K-O-I-K.
6  Q   If you can, just give us a          10:12:51AM
7  one-sentence explanation of what the case was
8  about.
9  A   The church had some kind of an         10:12:59AM
10 agreement with the owner of the property when
11 they took ownership that they had to operate it
12 on a year-round basis, and he was trying to get
13 the property back from the church, stating that
14 they didn't maintain it on a year-round basis.
15 And I was called in to testify whether or not
16 they were there on a year-round basis.
17 Q   So you weren't a party to that case,  10:13:23AM
18 right?
19 A   No.                                 10:13:26AM
20 Q   How about prior to that testimony,   10:13:26AM
21 when was the time before that that you testified
22 in a civil matter?
23 A   I think that was it.                10:13:43AM
24 Q   That was it?                        10:13:45AM

Page 17

EDWARD PARADISO

1  A   Oh, there was one -- I don't know if  10:13:46AM
2  that's classified as a civil matter or not, but
3  this is back -- going back like 24 or 25 years.
4  It was a case.  I don't remember the person's
5  name.  He was trying to get a dancing license
6  for his establishment, and I was called to
7  testify on whether or not he served salad on his
8  pool table.
9  Q   And that was at Ocean Beach, an      10:14:16AM
10 establishment on Ocean Beach?
11 A   Yes.                               10:14:21AM
12 Q   And other than for those two times,   10:14:21AM
13 did you ever testify in any other civil
14 proceeding?
15 A   I don't believe so.                 10:14:27AM
16 Q   Although you've testified at times, I 10:14:32AM
17 just want to continue with the ground rules.
18     It's important that you give verbal  10:14:36AM
19 answers.  Because shakes of the head, nods of
20 the head, hand motions can't be taken down by
21 our court reporter.
22     Do you understand that?             10:14:46AM
23 A   Sure.                              10:14:46AM
24     Oh, there was another case.  I never  10:14:47AM

Page 18

EDWARD PARADISO

1    was called to testify.  I had to go to a
2    deposition, I believe.  It was Peterson versus
3    the Village of Ocean Beach.
4        Q    Just to clarify my question before.   10:15:01AM
5        A    I'm sorry.                10:15:04AM
6        Q    When I said did you ever testify under 10:15:05AM
7    oath, I meant in a deposition, at a trial, in
8    front of an ALJ, and any other proceeding where
9    you were actually sworn under oath.  So that
10   should include all those types of proceedings.
11       A    Okay.  I'm sorry.        10:15:20AM
12       Q    So let's talk about Peterson versus  10:15:21AM
13   Ocean Beach.  When was your testimony in that
14   case?
15       A    Sometime between 2003 and 2005.  I'm  10:15:28AM
16   not exactly certain on that.
17       Q    And who was the name of the plaintiff? 10:15:36AM
18       A    Bridgett Peterson.        10:15:38AM
19       Q    And who were the defendants in that  10:15:42AM
20   matter?
21       A    Myself, Mayor Rogers and the Village  10:15:45AM
22   of Ocean Beach.
23       Q    What was the nature of the claims in  10:15:51AM
24   that case?

TSG Reporting - Worldwide  (877) 702-9580

Page 19

EDWARD PARADISO

1        A    She was claiming -- she claimed that  10:15:54AM
2    she was discriminated against because of her
3    gender.
4        Q    And she claimed that you individually  10:16:06AM
5    discriminated against her?
6        A    Yes.                     10:16:10AM
7        Q    And you testified at a deposition in  10:16:12AM
8    that matter?
9        A    Yes.                     10:16:15AM
10       Q    Did you testify in any other         10:16:16AM
11   proceeding in that matter?
12       A    No.                      10:16:19AM
13       Q    Were you represented by counsel in   10:16:21AM
14   connection with that matter?
15       A    Yes.                     10:16:24AM
16       Q    Who was your lawyer in that matter?  10:16:24AM
17       A    I don't recall.           10:16:26AM
18       Q    Was it Bee Ready and Fishbein?       10:16:28AM
19       A    No.                      10:16:30AM
20       Q    Is that matter still pending?        10:16:38AM
21       A    No.                      10:16:39AM
22       Q    How did that matter -- how was that  10:16:40AM
23   matter resolved?
24       A    It was settled out of court.        10:16:44AM

TSG Reporting - Worldwide  (877) 702-9580

Page 20

EDWARD PARADISO

1        Q    Do you know what it was settled for?  10:16:47AM
2            MR. NOVIKOFF:  Note my objection to  10:16:49AM
3    the extent that there was a confidential
4    settlement agreement that this witness is
5    aware of.
6            MR. GOODSTADT:  Okay.        10:16:56AM
7            MR. NOVIKOFF:  I can't tell him not to 10:16:57AM
8    answer.  I'm just putting it on the record.
9    BY MR. GOODSTADT:                   10:17:01AM
10       Q    Do you recall what that settled for?  10:17:02AM
11   Do you know what that settled for?
12       A    I think there was a confidentiality  10:17:10AM
13   agreement that I wasn't supposed to discuss it.
14       Q    Right.  Right.            10:17:14AM
15           MR. GOODSTADT:  We can mark this     10:17:15AM
16   portion --
17           MR. NOVIKOFF:  Absolutely.   10:17:17AM
18           MR. GOODSTADT:  -- as confidential?  10:17:17AM
19       I know h can't give you advice either, 10:17:20AM
20   but I don't want to have to call you back
21   in.
22           MR. NOVIKOFF:  Why don't we mark it. 10:17:22AM
23   And if you feel you need to make the
24   application to the court, then we do it.  I

TSG Reporting - Worldwide  (877) 702-9580

Page 21

EDWARD PARADISO

1    don't represent Mr. Paradiso.  Mr. Connolly
2    doesn't represent Mr. Paradiso.
3    Mr. Goodstadt doesn't represent
4    Mr. Paradiso.  And I think, as either
5    Mr. Goodstadt aptly said, neither he nor I
6    nor Mr. Connolly can give this witness any
7    advice, who happens not to be represented
8    today.
9        Is that correct?             10:17:45AM
10           THE WITNESS:  I requested     10:17:47AM
11   representation from the village, but I never
12   heard a reply.
13           MR. NOVIKOFF:  So therefore, I can't  10:17:52AM
14   tell you what to do, Andrew, and I can't
15   tell this witness what to do.  I've stated
16   my objection.
17   BY MR. GOODSTADT:                   10:18:00AM
18       Q    Without disclosing how much it settled 10:18:01AM
19   for, do you know how much it settled for?
20       A    I know the ballpark.      10:18:06AM
21       Q    So without a confidentiality        10:18:07AM
22   agreement, you would be able to tell me the
23   ballpark?
24       A    Yes.                     10:18:12AM

TSG Reporting - Worldwide  (877) 702-9580

Page 22

EDWARD PARADISO
1  EDWARD PARADISO
2      MR. GOODSTADT: We'll mark that one   10:18:14AM
3  for a ruling.
4      MR. NOVIKOFF: Sure.          10:18:15AM
5  BY MR. GOODSTADT:              10:18:20AM
6      Q   Other than for the Peterson matter,   10:18:25AM
7  the church matter and the dancing license
8  matter, did you testify in any other civil
9  proceedings?
10     A   I don't recall any.          10:18:34AM
11     Q   Just to continue with the ground   10:18:38AM
12  rules.  If you don't hear or understand a
13  question that I ask, just ask me to repeat or
14  rephrase.  I'll be happy to do so, okay?
15     A   Yes.                10:18:48AM
16     Q   If you don't hear or understand a   10:18:48AM
17  phrase or a word that I use, again just ask me
18  to repeat or rephrase it.  I'll be happy to do
19  so, okay?
20     A   Fine.  Thank you.          10:18:54AM
21     Q   Because when you answer a question,   10:18:55AM
22  I'm going to assume that you heard it and that
23  you understood it.
24         Is that fair?            10:18:58AM
25     A   Yes.                10:18:59AM

TSG Reporting - Worldwide  (877) 702-9580

Page 23

EDWARD PARADISO
1  EDWARD PARADISO
2      Q   It's important that you let me finish   10:19:02AM
3  my questions before you interpose your answer,
4  just as though it's important that I allow you
5  to finish your answer before I ask the next
6  question.
7         Do you understand that?          10:19:11AM
8      A   Yes.                10:19:12AM
9      Q   Because we're trying to get a      10:19:12AM
10  transcript here, so we need question, answer,
11  question, answer?
12         Is that fair?            10:19:18AM
13     A   Yes.                10:19:18AM
14     Q   If at any time you feel like you need   10:19:18AM
15  to take a break or a recess, just ask me.  I'll
16  be happy to accommodate that.
17     A   Thank you.             10:19:23AM
18     Q   Are you presently taking any        10:19:28AM
19  medications?
20     A   Yes.                10:19:30AM
21     Q   What medications do you take -- well,   10:19:30AM
22  strike that.
23         Do you believe any of those        10:19:34AM
24  medications would affect your ability to testify
25  fully and truthfully today?

TSG Reporting - Worldwide  (877) 702-9580

Page 24

EDWARD PARADISO
1  EDWARD PARADISO
2      A   Yes.                10:19:40AM
3      Q   It would affect your ability?      10:19:40AM
4      A   Yes.                10:19:42AM
5      Q   What medications do you believe would   10:19:42AM
6  affect your ability to testify fully and
7  truthfully today?
8      A   I feel uncomfortable discussing my   10:19:46AM
9  medical history.
10     Q   I'm not asking whether you feel      10:19:51AM
11  uncomfortable discussing your medical history.
12  Let's put aside any discussion about your
13  medical history.
14         My question is:  Is there anything   10:20:00AM
15  about ingesting or taking the medications that
16  you're on that would affect your ability to
17  testify fully or truthfully today?
18         MR. NOVIKOFF: Objection.  Asked and   10:20:09AM
19  answered.  He just said yes.
20     A   Yes.                10:20:12AM
21     Q   So you don't believe you can testify   10:20:17AM
22  fully and truthfully today because you're taking
23  medication?
24         MR. NOVIKOFF: Objection.  Asked and   10:20:23AM
25  answered.

TSG Reporting - Worldwide  (877) 702-9580

Page 25

EDWARD PARADISO
1  EDWARD PARADISO
2      A   I'm on medication that if I had to   10:20:25AM
3  sign informed consent in a hospital, they would
4  not be able to take it, if you understand what
5  that means.
6      Q   I understand what informed consent in   10:20:34AM
7  a hospital means, but I just want to -- does the
8  medication you're taking affect your memory?
9      A   It -- it could.          10:20:45AM
10     Q   Have you ever known it to affect your   10:20:46AM
11  memory?
12     A   It has.             10:20:49AM
13     Q   Short-term or long-term memory?      10:20:50AM
14     A   More long-term than short-term.   10:20:52AM
15     Q   And when you say long-term, how long   10:20:54AM
16  ago was your memory affected?  What period of
17  time did the event happen that you couldn't
18  recall?
19     A   It's hard to say.  It all depends on   10:21:02AM
20  the event, you know.
21     Q   I guess I don't know.  Have you sought   10:21:12AM
22  any medical treatment for memory loss?
23     A   No.  I am currently taking medicines   10:21:20AM
24  for several different medical conditions that I
25  have, some of which could affect my ability to

TSG Reporting - Worldwide  (877) 702-9580

Page 26

EDWARD PARADISO

1 remember.

2    **Q   When was the last time that you had a** 10:21:40AM

3 **difficult time remembering something because of**

4 **your medicine?**

5    MR. NOVIKOFF: If he remembers.    10:21:46AM

6    A   I have difficulty remembering people's 10:22:02AM

7 names.

8    **Q   Anything other than for people's names** 10:22:05AM

9 **that you have difficulty remembering because of**

10 **your medication?**

11    A   It's hard to pinpoint exactly what it 10:22:25AM

12 affects, and it's not easy to put into words how

13 it affects sometimes and not others, you know.

14    **Q   Sure. Well, why don't we reach an** 10:22:46AM

15 **agreement that today if there's something that**

16 **you don't recall and you think it's because of**

17 **your medication, you'll let me know that, okay?**

18    A   Okay.    10:22:56AM

19    MR. NOVIKOFF: I'm going to object to 10:22:57AM

20 whatever that means.

21    Can we take a two-minute break, and    10:22:59AM

22 can I just ask the witness to excuse us for

23 one second? Is that okay with you?

24    MR. GOODSTADT: Works for me.    10:23:06AM

TSG Reporting - Worldwide (877) 702-9580

---

Page 27

EDWARD PARADISO

1    THE VIDEOGRAPHER: The time is 10:24. 10:23:08AM

2 We're off the record.

3    (Whereupon, a discussion was held off 10:23:12AM

4 the record.)

5    THE VIDEOGRAPHER: The time is 10:29. 10:24:45AM

6 We are back on the record.

7 BY MR. GOODSTADT:    10:28:32AM

8    **Q   Mr. Paradiso, when we went off the** 10:28:33AM

9 **record, counsel had a discussion about the**

10 **answer that you gave with respect to the**

11 **medication affecting your ability to recall**

12 **certain things. And it's important for us -- I**

13 **think we can all agree that it's important for**

14 **us to understand what medication you're taking,**

15 **when you started taking it and how you believe**

16 **it affects your memory. And I understand you**

17 **have a concern about disclosing or discussing**

18 **your medical history; and, you know, like I**

19 **said, I can't give you any advice. But to the**

20 **extent you're not going to disclose what**

21 **medicine you're on, how long you've been on it**

22 **and how you think it affects you, other than for**

23 **possibly forgetting names, as you testified to,**

24 **we're going to call the court to get a ruling.**

TSG Reporting - Worldwide (877) 702-9580

---

Page 28

EDWARD PARADISO

1 **And we can mark it confidential, which we have a**

2 **stipulation amongst the parties that**

3 **confidential information can only be disclosed**

4 **to certain people, meaning non-public**

5 **disclosures, and we can do that as a protection.**

6 **But again, it's up to you. I can't give you**

7 **advice. I can't tell you what to do. So I**

8 **guess I'll just pose the question.**

9    **Are you comfortable disclosing the** 10:29:38AM

10 **medicine, based on that, that you're taking?**

11    A   No.    10:29:43AM

12    MR. NOVIKOFF: Just for the record, we 10:29:44AM

13 did have a conversation. And if the court

14 will be called, it will not be my doing. I

15 am -- I am of the position that if you

16 believe that you're on medication where you

17 can't truthfully and fully answer questions,

18 that the deposition should end because any

19 answers you may give would -- who would know

20 whether you were answering them fully or

21 truthfully given your medication. But this

22 is Mr. Goodstadt's deposition, and it's his

23 ballgame to play.

24    THE WITNESS: Well, I'm not saying    10:30:13AM

TSG Reporting - Worldwide (877) 702-9580

---

Page 29

EDWARD PARADISO

1 that I wouldn't answer the questions

2 truthfully.

3 BY MR. GOODSTADT:    10:30:17AM

4    **Q   It just may affect your ability to** 10:30:17AM

5 **answer things fully?**

6    A   Right.    10:30:21AM

7    MR. NOVIKOFF: Right.    10:30:21AM

8 BY MR. GOODSTADT:    10:30:21AM

9    **Q   Do you think it would affect your** 10:30:23AM

10 **ability to recall everything fully or just**

11 **certain things?**

12    A   It's hard to say what it is. You'd 10:30:27AM

13 have to ask the question, and I can tell you to

14 the best of my ability my answer as truthfully

15 as possible. If I feel I don't remember

16 something, I'll just say I don't remember it.

17    **Q   And does it affect -- other than for** 10:30:43AM

18 **you possibly not being able to recall certain**

19 **things, does it affect your ability to tell the**

20 **truth?**

21    A   No.    10:30:51AM

22    **Q   It doesn't cause you to say something** 10:30:51AM

23 **that's false; it just affects your ability to**

24 **fully recall something?**

TSG Reporting - Worldwide (877) 702-9580

Page 30

EDWARD PARADISO

1    A    No.                      10:30:59AM
2    Q    Is that correct?            10:30:59AM
3    A    That's correct.            10:31:00AM
4    Q    Okay.                      10:31:01AM
5         MR. GOODSTADT: So why don't we get on 10:31:04AM
6    the phone with Judge Boyle and we'll ask.
7    BY MR. GOODSTADT:              10:31:09AM
8    Q    Again, I don't mean to put you in a 10:31:10AM
9    position where you're not comfortable, but
10   before this case goes forward, there's going to
11   be arguments made -- regardless of whose
12   deposition it is and who may have proposed to
13   end this deposition today, there's going to be
14   arguments made forward about you're not a
15   credible witness or you are a credible witness
16   because you testified that you're taking
17   medication that may affect your ability to
18   recall certain things. That's why it's
19   important for us to understand what it is that
20   affects your ability.
21   A    I understand.              10:31:36AM
22   Q    Okay.                      10:31:37AM
23        THE VIDEOGRAPHER: The time is 10:33. 10:31:39AM
24   We're going off the record.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 31

EDWARD PARADISO

1    (Whereupon, a discussion was held off 10:31:43AM
2    the record.)
3         THE VIDEOGRAPHER: The time is 10:38. 10:36:35AM
4    We are back on the record.
5    BY MR. GOODSTADT:              10:36:39AM
6    Q    Mr. Paradiso, other than for the  10:36:41AM
7    medication that you're taking, is there any
8    other reason that you can think of that would
9    potentially inhibit you from testifying fully or
10   truthfully today?
11   A    No.                       10:36:52AM
12   Q    I believe that in response to one of 10:36:55AM
13   Mr. Novikoff's questions before, you testified
14   that you're not represented by an attorney
15   today; is that correct?
16   A    No.                       10:37:02AM
17   Q    It's not correct?            10:37:03AM
18   A    No, that's correct. I'm not.    10:37:05AM
19   Q    And you stated that you had attempted 10:37:07AM
20   to get counsel; is that correct?
21   A    Yes.                       10:37:11AM
22   Q    Okay. Why don't you tell me what your 10:37:11AM
23   attempts were to get counsel?
24   A    I wrote a letter to the Village of  10:37:14AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 32

EDWARD PARADISO

1    Ocean Beach requesting that they provide me with
2    counsel.
3    Q    Who did you write that letter to?  10:37:20AM
4    A    I wrote it to the mayor.       10:37:22AM
5    Q    Mayor Loeffler?              10:37:27AM
6    A    Yes.                       10:37:28AM
7    Q    Did you get a response from Mayor  10:37:30AM
8    Loeffler?
9    A    No.                        10:37:33AM
10   Q    Did you get a response from anybody? 10:37:33AM
11   A    No.                        10:37:35AM
12   Q    Did you ever follow up?       10:37:36AM
13   A    Did I follow up?           10:37:37AM
14   Q    Yeah, with Mayor Loeffler or anybody 10:37:38AM
15   else at the beach with respect to your request?
16   A    No.                        10:37:42AM
17   Q    Had they ever provided you counsel in 10:37:46AM
18   the past?
19   A    Yes. In the Bridgett Peterson matter. 10:37:56AM
20   Q    Any other matters that they've     10:38:00AM
21   provided you with counsel other than for the
22   Bridgett Peterson matter?
23   A    No.                        10:38:06AM
24   Q    Did you ever speak with anybody at  10:38:08AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 33

EDWARD PARADISO

1    Ocean Beach other than for your letter about
2    your request for counsel?
3    A    No.                        10:38:13AM
4    Q    So I take it you don't know why they  10:38:18AM
5    rejected your request for counsel?
6    A    I have no idea.            10:38:23AM
7    Q    When did you first learn that the  10:38:26AM
8    plaintiffs in this matter were making
9    allegations against the Village of Ocean Beach
10   police department and/or other individuals?
11        MR. NOVIKOFF: Objection to the form. 10:38:36AM
12        Again, when you refer to the      10:38:38AM
13   allegations, you're talking about the
14   complaints that have been filed or
15   complaints about --
16   BY MR. GOODSTADT:              10:38:45AM
17   Q    Let's say a formal complaint in a  10:38:46AM
18   legal sense, whether it be the notice of claim,
19   formal complaint, charge of another government
20   agency or anything to that effect.
21        MR. NOVIKOFF: Note my objection to  10:38:57AM
22   the form, but I understand it a little bit
23   better now.
24   A    I believe it's when I read it in the  10:39:03AM

TSG Reporting - Worldwide  (877) 702-9580

1      EDWARD PARADISO
2  paper.
3      **Q   Do you recall when that was?**      10:39:12AM
4      A   No.                      10:39:13AM
5      **Q   Do you recall what year it was?**      10:39:13AM
6      A   2006.                    10:39:19AM
7      **Q   What paper did you read it in?**      10:39:20AM
8      A   Newsday.                 10:39:22AM
9      **Q   What was your reaction when you read  10:39:28AM
10  it in Newsday?**
11     A   I was heartbroken.        10:39:32AM
12     **Q   What do you mean by that?**      10:39:33AM
13     A   That all this was being alleged about  10:39:37AM
14  the department that I ran for such a long time.
15     **Q   At or about the time that you read it, 10:39:56AM
16  did you speak with anybody or correspond with
17  anybody in Ocean Beach about the allegations?**
18     A   No.                      10:40:11AM
19     **Q   Have you ever spoken with George Hesse 10:40:12AM
20  about the claims in this case, whether it be the
21  fact that they were brought or the actual
22  substance of the allegations?**
23     A   Yes.                     10:40:22AM
24     **Q   How many times?**              10:40:22AM
25     A   Three.                   10:40:30AM

1      EDWARD PARADISO
2      MR. NOVIKOFF:  And just so we're      10:40:31AM
3  clear, was your question concerning after he
4  read about them in Newsday?
5  BY MR. GOODSTADT:                     10:40:38AM
6      **Q   After you learned of these          10:40:38AM
7  allegations, you spoke three times with him?**
8      A   Three.                   10:40:39AM
9      **Q   Okay.  When was the first time?**      10:40:40AM
10     A   I think the first time was Memorial  10:40:45AM
11  Day 2006.
12     **Q   Okay.  Where did you have that          10:40:58AM
13  discussion?**
14     A   I had gone to the village to watch the 10:41:00AM
15  Memorial Day parade.
16     **Q   And when you went to the village to   10:41:09AM
17  watch the Memorial Day parade, at that time, did
18  you know that the plaintiffs were making
19  allegations or did you learn about it when you
20  were out there at the parade?**
21     A   I learned about it when I read the    10:41:20AM
22  paper.
23     **Q   Where was your conversation -- strike  10:41:23AM
24  that.**
25     **Was it a verbal conversation with      10:41:24AM**

1      **EDWARD PARADISO**
2  **Hesse?**
3      A   Yes.                     10:41:26AM
4      **Q   In person?**                    10:41:26AM
5      A   Yes.                     10:41:27AM
6      **Q   Where were you guys located when you  10:41:28AM
7  had that conversation?**
8      A   Right in front of the police station. 10:41:32AM
9      **Q   So was it outside or inside the police 10:41:38AM
10  station?**
11     A   Outside.                 10:41:41AM
12     **Q   Did you approach him about it or did  10:41:44AM
13  he approach you?**
14     A   I asked him how he was doing.        10:41:51AM
15     **Q   What was his response?**          10:41:57AM
16     A   He said he was doing terribly.       10:42:00AM
17     **Q   Did he explain what he meant by that? 10:42:07AM**
18     A   They had the two cases going on at    10:42:09AM
19  that time.  They had the allegations about the
20  abuse case that was going on and then also the
21  fact that this case was being brought.
22     **Q   What else was discussed between the  10:42:29AM
23  two of you during that conversation?**
24     A   Just how he was feeling.  How it was  10:42:36AM
25  really affecting him mentally.  That it was

1      EDWARD PARADISO
2  always on his mind.  That it was an incredible
3  amount of pressure to be under.
4      **Q   When you say it was always on his     10:42:54AM
5  mind, was he referring to the abuse case or was
6  he referring to this case?**
7      MR. NOVIKOFF:  Objection.        10:43:01AM
8      MR. CONNOLLY:  Objection.        10:43:02AM
9      A   I think he was probably talking about 10:43:02AM
10  all the events that were taking place in
11  general.
12     **Q   What else do you recall -- what else  10:43:10AM
13  do you recall Mr. Hesse stating in that
14  conversation?**
15     A   I really don't recall anything else,  10:43:34AM
16  basically, that was said.  It was kind of just
17  like I said, I can't believe what you're going
18  through, George, you know.  I really feel bad,
19  you know.  I had said that all you gotta do is
20  tell the truth because the truth is easy to
21  remember because it never changes, it's always
22  the truth.  And I'm sure that once everything
23  comes to light, everything will work out.
24  That's basically what I said.
25     **Q   Do you recall what he responded to    10:44:13AM**

Page 38

EDWARD PARADISO

1  that?
2
3      A   No, I don't recall.          10:44:23AM
4      Q   How long did that conversation last?  10:44:28AM
5      A   Two or three minutes.        10:44:33AM
6      Q   Was anybody else there?      10:44:34AM
7      A   I don't think so.            10:44:37AM
8      Q   During that conversation, did    10:44:43AM
9  Mr. Hesse mention that he believed the police
10 station was bugged?
11     A   Yeah, I think he did say that.    10:44:54AM
12     Q   What did he say about that?   10:44:56AM
13     A   He said he thought that the police  10:44:58AM
14 station was bugged.
15     Q   Is that why you were outside?   10:45:02AM
16     A   No.  He was outside when I walked up  10:45:06AM
17 and saw him.
18     Q   Did he tell you why he believed the  10:45:13AM
19 police station was bugged?
20     A   I believe he said that the District  10:45:30AM
21 Attorney's Office was investigating him with
22 regards to the abuse allegations and that he
23 felt that it wasn't safe to talk in the police
24 station.
25     Q   Did he tell you who he believed was  10:45:42AM

TSG Reporting - Worldwide  (877) 702-9580

Page 39

EDWARD PARADISO

1  bugging the police station?
2
3      A   No.                          10:45:46AM
4      Q   Other than for what you've now    10:45:48AM
5  testified to, do you recall anything else that
6  was discussed in that conversation on Memorial
7  Day -- Memorial Day weekend?
8      A   No.                          10:45:58AM
9      Q   When was the next time you spoke with  10:46:01AM
10 Mr. Hesse about the allegations or claims in
11 this matter?
12     A   The next time I spoke to him, it    10:46:12AM
13 wasn't exactly about the allegations in the
14 claims.  It was just the next conversation I had
15 with him.  I had called him up to find out the
16 status of my train pass, and I asked him how he
17 was doing.  And he said, how do you think I'm
18 doing?  He goes, I got District Attorney's
19 Office investigating me.  I have this lawsuit
20 from the other officers going on.  He goes, I'm
21 spending thousands and thousands of dollars on
22 attorneys.  How the hell do you think I'm doing?
23 And I was like, George, I'm really sorry.  He
24 said, how are you doing?  I go, well, I go, my
25 back is really bothering me.  He goes, how about

TSG Reporting - Worldwide  (877) 702-9580

Page 40

EDWARD PARADISO

1  I don't care how you're doing?  And he hung up
2
3  the phone.
4      Q   He said, how about I don't care how  10:47:07AM
5  you're doing, and he hung up the phone?
6      A   Yeah.                        10:47:07AM
7      Q   Do you know what he meant by that?   10:47:07AM
8      A   He sounded angry at me, and he really  10:47:09AM
9  didn't care how I was doing and hung up the
10 phone.
11     Q   Do you recall when that call was?   10:47:16AM
12     A   I think it was in the winter of    10:47:25AM
13 between 2006, 2007.
14     Q   Let's go back to the first    10:47:36AM
15 conversation you had that you testified to.  Did
16 you discuss the substance of any of the
17 allegations at that time?
18     A   I don't believe so.          10:47:44AM
19     Q   Okay.  And how about during the second  10:47:45AM
20 conversation which was by phone, did you discuss
21 the substance of any of the allegations?
22     A   No.                          10:47:52AM
23     Q   How long was that phone call?   10:47:53AM
24     A   Minute, maybe two.           10:47:55AM
25     Q   Okay.  Have you ever followed up with  10:47:57AM

TSG Reporting - Worldwide  (877) 702-9580

Page 41

EDWARD PARADISO

1  him about what he meant by how about I don't
2
3  care how you're feeling?
4      A   I tried calling him right back, and   10:48:06AM
5  the officer that answered the phone said he was
6  unavailable.
7      Q   Do you recall which officer answered  10:48:12AM
8  the phone?
9      A   No.                          10:48:14AM
10     Q   When was the next time you spoke with  10:48:18AM
11 George Hesse about the claims or allegations in
12 this case?
13     A   The next time I spoke to him was    10:48:23AM
14 Fourth of July 2007.
15     Q   Where were you located when --    10:48:37AM
16     A   It might have been Memorial Day 2007.  10:48:38AM
17         This was at the -- I went back for  10:48:42AM
18 Memorial Day again, and I went into the police
19 station.  And I said, you know, George, I go,
20 our last conversation, if I upset you in any
21 way, I'm sorry.  You know, I didn't mean to
22 upset you.  And he's like, hey, don't worry
23 about it.  He goes, I was just having a bad day.
24 I said, okay.  So I asked him how he was doing
25 then.  He goes, not much better.  Then something

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2    happened in the police station, somebody had
3    stolen a wreath for the Memorial Day parade.
4    And they had a new system in the police station,
5    new video system where they had some cameras on
6    the ferry dock, and they were able to see who
7    took the wreath off the ferry dock.  So they
8    were in the process of trying to round him up.
9    And, you know, things were busy.  So Mayor
10   Loeffler was there too.  He asked me how I was
11   feeling, I told him, and that was the end of the
12   conversation.  So it was more or less kind of
13   like an apology, you know.  It seemed like he
14   was upset with me.  I didn't know why, but I
15   didn't want it to be bad blood because I've
16   known George for such a long time.
17       Q    Did you discuss the substance of the   10:50:08AM
18   plaintiffs' allegations with George at that
19   time?
20       A    No, I don't believe so.        10:50:11AM
21       Q    And other than for those three        10:50:14AM
22   conversations that you testified to, are there
23   any other conversations that you've had with
24   George Hesse about the claims or allegations?
25       A    Yes, there was another one.        10:50:22AM

EDWARD PARADISO

1
2        Q    And when was that?        10:50:23AM
3        A    I think it was maybe the end of last  10:50:29AM
4    summer, maybe the beginning of fall.  It was
5    outside my house.  I was outside, and he drove
6    up on his motorcycle.
7        Q    Okay.  Why don't you tell me        10:50:55AM
8    everything you recall from that conversation.
9        A    Well, he walked up and he goes -- he  10:50:58AM
10   goes, you got a minute?  I'm like, yeah.  He
11   goes, I really shouldn't be talking to you, but
12   I really feel like I need to apologize.  So I
13   said, yeah, come in, you know.  So we walked
14   into my backyard, and we sat on my back porch.
15   And he's like, you know, I really felt abandoned
16   by you because you got hurt and you weren't
17   there when everything started to happen, and I
18   really kind of blamed you because you weren't
19   there and everything was kind of like dropped in
20   my lap.  And I know now it wasn't fair to blame
21   you because it wasn't your fault, you were just
22   hurt and there was nothing you could do about
23   not being there.  So I said I appreciate that.
24   I go, don't worry about it.  You were under a
25   lot of stress, you know.

EDWARD PARADISO

1
2    So then he went into a little bit        10:51:52AM
3    about the District Attorney's investigation of
4    the allegations by the man who was claiming that
5    he had gotten beaten up, and he had said that --
6    you know, that he was going through a lot of
7    money for his defense but that he had to spend
8    it because, you know, he didn't do anything and
9    he -- he didn't want to get found guilty of
10   anything, obviously.  And then he went into a
11   little bit about the five guys that were suing
12   him for wrongful termination.
13       Q    Why don't we focus on that piece.    10:52:40AM
14   What did he say about the five guys suing him
15   for wrongful termination?
16       A    He's like, I don't understand what the 10:52:47AM
17   problem was.  I let these guys go.  I told them
18   I would give them recommendations, and that
19   wasn't good enough.  And then the next thing you
20   know I got a lawsuit.  And I'm like, well, I go,
21   how can they sue you for, you know, wrongful
22   termination?  I go, it's not like it's a Civil
23   Service job.  It's a non-competitive
24   appointment.  You're not guaranteed the job
25   every year.  If we want you back, you come back.

EDWARD PARADISO

1
2    If we don't want you back, you don't come back.
3    It's a part-time job.  And he's like, I don't
4    know.  I don't understand it either, but it's
5    really intense.  I'm like, well, you know, I
6    don't know what to tell you.  I go, you know,
7    did you do anything that you felt maybe you
8    could've did differently?  He goes, no, no.  I
9    offered them recommendations and everything
10   else, he goes, but, you know, they wanted their
11   jobs back, and I just -- I didn't want them
12   back.  I go, well, there's not much you can do
13   about that.  I go, I guess you just have to go
14   through the process and see how it turns out.
15   So that was basically the extent of our
16   conversation.  We didn't go into individuals,
17   you know, each -- each guy.  It was kind of like
18   a group conversation.
19       Q    Was anybody else there --        10:54:20AM
20       A    No.                10:54:22AM
21       Q    -- other than you?        10:54:22AM
22       A    It was just myself and George.
23       Q    And what else was discussed during   10:54:25AM
24   that conversation other than for what you
25   testified to?

Page 46

EDWARD PARADISO

1    A   He asked how my kids were doing. I    10:54:31AM
2    asked how his kids were doing. He said that
3    he's been putting on a lot of weight because of
4    all the stress he was under. He asked how my
5    foot was, because I had had surgery. How my
6    back was doing. It was more or less -- it was
7    kind of like a nice -- a nice end to all the
8    other poor conversations that we had had in the
9    past. You know, I appreciated that he took the
10   time to come and, you know, apologize like that,
11   you know. I meant a lot to me because I
12   had known him for so long, you know.
13   Q   Did you discuss at that time why he    10:55:26AM
14   let the five plaintiffs go?
15   A   I don't recall.                        10:55:41AM
16   Q   At any point in time, did you ever     10:55:45AM
17   discuss why he let the five plaintiffs go?
18   A   He had said that he had caught Eddie   10:56:04AM
19   Carter sleeping, which I was surprised by,
20   because when Eddie worked for me, he always did
21   a good job. You know, he discovered a fire
22   burning in a dumpster at 4:30 in the morning.
23   If the guy's going to be sleeping on the job,
24   he's not going to find a fire at 4:30 in the

Page 47

EDWARD PARADISO

1    morning. He -- early in the morning at one of
2    the bars, one of the bartenders got hit over the
3    head with a bottle. Eddie was the only one on.
4    He was able to find the guy that did it and lock
5    up the guy who did it. If you're sleeping on
6    the job, you don't make arrests, you don't find
7    places on fire. Things just happen and you
8    discover it later. So it was a surprise to me
9    that Ed would be sleeping on the job.
10   Q   Did he give you any other reasons why  10:57:14AM
11   he let Ed go other than for caught him sleeping?
12   A   No.                                    10:57:22AM
13   Q   Did he give any reasons why he let the 10:57:23AM
14   other guys go, the other four plaintiffs in this
15   case?
16       MR. NOVIKOFF: Note my objection to    10:57:30AM
17   the form of the question.
18   A   He had said something about he let     10:57:34AM
19   Frank go because all Frank did was write
20   summonses, and the village wanted to take a
21   different -- a different way of enforcement.
22   Q   When did he tell you that?             10:57:54AM
23   A   When?                                  10:57:55AM
24   Q   Yeah.                                  10:57:56AM

Page 48

EDWARD PARADISO

1    A   I think he told me in my backyard.     10:57:56AM
2    Q   Okay.                                  10:57:59AM
3        MR. NOVIKOFF: Do you want to ask him   10:58:03AM
4    about when Ed Carter told him that too?
5    BY MR. GOODSTADT:                          10:58:07AM
6    Q   When did he tell you that he caught Ed 10:58:08AM
7    Carter sleeping as the reason for letting Ed
8    Carter go?
9    A   Same conversation.                     10:58:14AM
10   Q   Did you have a response to the         10:58:15AM
11   reason -- whatever reason he gave for letting
12   Frank go?
13   A   Frank was my go-to guy when I needed   10:58:25AM
14   summonses written. I gave Frank a job to do.
15   It was enforcement on the beach, and nobody did
16   it better than Frank. The village wanted to see
17   enforcement at every village homeowner's
18   association meeting. All they'd do is complain
19   that there's never anybody on the beach,
20   nobody's enforcing the laws on the beach. When
21   Frank was out on the beach, people didn't
22   complain about that because he was out there
23   enforcing the different laws that the village
24   wanted enforced.

Page 49

EDWARD PARADISO

1    Q   Did the mayor ever claim to you that   10:59:03AM
2    no one was enforcing the law on the beach?
3        MR. NOVIKOFF: Which mayor?             10:59:09AM
4        MR. GOODSTADT: Whoever the mayor was   10:59:11AM
5    at the time, any current sitting mayor.
6        MR. NOVIKOFF: Objection.               10:59:16AM
7    A   The current mayor wasn't the mayor at  10:59:16AM
8    the time that I was working there.
9    Q   Did any sitting mayor at the time tell 10:59:20AM
10   you? Like for example, when Natalie Rogers was
11   mayor, did she tell you that the beach --
12   no one was enforcing the law on the beach?
13   A   She would get complaints from the      10:59:32AM
14   people that are on the beach, and then she would
15   come to me with the complaints. The complaints
16   would be vetted at village board meetings, at
17   Ocean Beach association meetings. People would
18   write letters in the village newspaper that the
19   laws were never being enforced. So I had Frank
20   make sure that when he saw somebody breaking one
21   of the laws on the beach, that he wrote
22   summonses on the beach. And he wrote more than
23   anybody.
24   Q   In your mind as the chief of police at 11:00:10AM

EDWARD PARADISO

1
2  the time, was that a positive thing?
3     A   Yes.                      11:00:15AM
4        MR. NOVIKOFF: Objection.      11:00:15AM
5  BY MR. GOODSTADT:                   11:00:16AM
6     Q   Did you discuss Frank Fiorillo's being 11:00:19AM
7  let go with Mr. Hesse other than for what you
8  testified to thus far?
9     A   I don't recall. I don't think so.   11:00:32AM
10    Q   Did you discuss with Mr. Hesse the   11:00:35AM
11 reasons why he let Mr. Snyder go?
12    A   I don't recall why he said -- why he  11:00:46AM
13 let Tom go.
14    Q   Did you discuss with Mr. Hesse the   11:00:50AM
15 reasons why he let Mr. Lamm go?
16    A   I don't remember why he said he let   11:01:01AM
17 Lamm go.
18    Q   You don't recall what he said or you  11:01:04AM
19 don't recall whether you discussed it at all?
20    A   I don't recall if he discussed it at  11:01:09AM
21 all.
22    Q   How about Mr. Nofi, did you discuss   11:01:11AM
23 with Mr. Hesse the reasons why he let Mr. Nofi
24 go?
25    A   Joe was another person that I would   11:01:25AM

EDWARD PARADISO

1
2  put up on the beach and he would write a lot of
3  summonses, but I don't recall specifically if he
4  said why he let Joe go.
5     Q   Okay. Now, again, other than for what 11:01:52AM
6  you testified to thus far, do you recall
7  anything else that you discussed with Mr. Hesse
8  in that meeting in your backyard?
9     A   It wasn't a actually a meeting.   11:02:00AM
10    Q   The discussion you had in your     11:02:03AM
11 backyard.
12    A   No. He was disappointed in the way  11:02:17AM
13 the village had kind of cut him and the other
14 guys that were being investigated for the
15 brutality case off from legal counsel. As soon
16 as the investigation went from the allegations
17 to an actual criminal complaint, he was
18 disappointed that the village just stepped back
19 and hung out the guys to swing on their own.
20 And not having a PBA, that you could just go and
21 get a PBA attorney, it forced all the guys that
22 were there to pay for their own defenses.
23    Q   Did Ocean Beach have a PBA?      11:03:00AM
24    A   No.                     11:03:02AM
25    Q   Just going back to the question    11:03:05AM

EDWARD PARADISO

1
2  before. Do you recall anything else that was
3  discussed between the two of you in that
4  conversation that you your backyard?
5     A   I think I asked him how his family was 11:03:30AM
6  holding up under all of it, how his kids were
7  doing. I knew them from when they were born,
8  you know. And we hadn't had a lot of really
9  good conversations over the last couple of
10 years, so I was just trying to catch up on all
11 the rest of the other stuff, you know, not
12 having to worry about all the legal things. It
13 was more or less just like how are your kids
14 doing in school? How's are things going? How's
15 this. He was asking my son. My son was
16 preparing to go to Iraq then, and how I felt
17 about that. You know.
18    Q   I just want to focus on, I think you  11:04:05AM
19 called them legal things.
20    A   I'm sorry.                  11:04:08AM
21    Q   Did you discuss any other legal     11:04:09AM
22 things?
23    A   I don't recall anything else about    11:04:12AM
24 that.
25    Q   Let me ask you a question. During the 11:04:13AM

EDWARD PARADISO

1
2  conversation that you with Mr. Hesse on Memorial
3  Day of 2006, what was your position at the
4  beach, if any?
5     A   I was the chief of police. I was out 11:04:21AM
6  on disability.
7     Q   How about in conversation, the call   11:04:28AM
8  that you had with him in the winter of '06/'07?
9     A   I was the chief of police, out on    11:04:37AM
10 disability.
11    Q   How about the Memorial Day 2007     11:04:40AM
12 conversation?
13    A   I was chief of police, out on       11:04:43AM
14 disability.
15    Q   And then how about the conversation  11:04:46AM
16 you had with him last summer/fall?
17    A   I think my retirement had just gone   11:04:52AM
18 through.
19    Q   When did you retire?            11:04:55AM
20    A   My retirement became effective -- two 11:04:56AM
21 different dates they said it was effective. It
22 was either August 3rd of 2008 or July 29th of
23 2008. I'm not exactly certain which one turned
24 out to the official date.
25    Q   So somewhere at the end of July,     11:05:14AM

Page 54

EDWARD PARADISO

1  beginning of August 2008?
2      A   Yes.                          11:05:17AM
3      Q   Have you ever read a copy of the    11:05:19AM
4  complaint in this matter?
5      A   No.                           11:05:22AM
6      Q   Have you ever spoken with -- other  11:05:26AM
7  than for Mr. Hesse, have you ever spoken with
8  any employees of Ocean Beach about the claims?
9          MR. NOVIKOFF: Objection.      11:05:37AM
10         At the time that he was speaking, did 11:05:38AM
11  he speak with present employees?
12         MR. GOODSTADT: Current or former 11:05:42AM
13  employees.
14         MR. NOVIKOFF: Okay. Note my    11:05:44AM
15  objection, but now it's a little bit more
16  clear.
17     A   I spoke with Eddie Carter a couple of 11:05:47AM
18  times.
19     Q   Anyone else?                   11:05:54AM
20     A   I spoke with all five of them when my 11:06:02AM
21  mom passed away.  I think I spoke with Tommy
22  Snyder a couple times out in front of my house.
23  Joe Nofi called me and asked me for a letter of
24  recommendation for a police officer job. Frank

TSG Reporting - Worldwide  (877) 702-9580

Page 55

EDWARD PARADISO

1  called me for a letter of recommendation but
2  then never got back to me with who it was for or
3  what he needed it, but I had told him that I'd
4  give him one.
5          I saw Kevin Lamm at the airport when  11:06:54AM
6  my flight got delayed in the snow.  As a matter
7  of fact, I spoke to him a couple of times
8  because he -- when he was working at the airport
9  for the town, he was able to get me a courtesy
10  parking pass to park at the airport.  Back then,
11  before things got haywire, they were able to do
12  that for police officers.
13     Q   Other than for the five plaintiffs and 11:07:24AM
14  George Hesse, have you spoken to any other
15  current or former employees about the claims and
16  the allegations that are raised in the
17  complaint?
18     A   Not that I recall.              11:07:45AM
19     Q   How about any officials, whether it be 11:07:47AM
20  a mayor, someone who sits on the Board of
21  Trustees?
22         MR. NOVIKOFF: Objection.        11:07:53AM
23  BY MR. GOODSTADT:                      11:07:53AM
24     Q   Someone who's not an employee but has 11:07:53AM

TSG Reporting - Worldwide  (877) 702-9580

Page 56

EDWARD PARADISO

1  job duties at Ocean Beach.
2      A   No.                            11:07:58AM
3      Q   You never discussed with -- the    11:07:58AM
4  claims, even the fact that there were claims or
5  the specific allegations with Joe Loeffler?
6          MR. NOVIKOFF: Objection.       11:08:07AM
7      A   No.                            11:08:08AM
8      Q   Have you ever spoken to Natalie Rogers 11:08:10AM
9  about the claims or the fact that there were
10  claims?
11     A   No.                            11:08:14AM
12     Q   How about Pat Cherry, did you discuss 11:08:15AM
13  with him?
14     A   Pat Cherry?                    11:08:18AM
15     Q   Yes. Senior.                   11:08:19AM
16     A   I don't recall talking to him about   11:08:31AM
17  it, no.
18     Q   How about Ty Bacon?            11:08:33AM
19     A   I can't say that I recall talking to  11:08:47AM
20  Ty Bacon about anything like that, no.
21     Q   How about Richard Bosetti?      11:08:51AM
22     A   I haven't talked to any of the    11:08:58AM
23  employees of the village about the allegations
24  that were made.

TSG Reporting - Worldwide  (877) 702-9580

Page 57

EDWARD PARADISO

1      Q   When I say talk, I mean not just    11:09:03AM
2  verbally.  I'm talking about communicate by
3  E-mail, on the phone, in person.
4      A   No.                            11:09:11AM
5      Q   Have you ever had any communications  11:09:15AM
6  with anyone at the law firm of Rivkin Radler
7  about these claims?
8      A   Who represents -- who's Rivkin Radler? 11:09:23AM
9      Q   Mr. Novikin firm, Rivkin Radler, him  11:09:27AM
10  and Michael Welch of his office.
11         MR. NOVIKOFF: Well, is the question  11:09:30AM
12  has Mr. Paradiso spoken to me or Mr. Welch?
13         MR. GOODSTADT: Or anyone else at your 11:09:36AM
14  firm.
15     A   I think they called me to come into a  11:09:38AM
16  deposition.
17         THE WITNESS: Didn't you want to have  11:09:40AM
18  a deposition with me prior to coming here?
19         MR. NOVIKOFF: I can't --       11:09:45AM
20     A   I think something like that, but there 11:09:45AM
21  was no substance involved.  Just they wanted to
22  know what my availability was.
23     Q   Did you ever speak with anyone -- did 11:09:52AM
24  you ever speak with Mr. Connolly or anyone at

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  his firm, Marks O'Neil, about the plaintiffs?
3     A  I don't think so.          11:09:57AM
4     Q  Did you ever speak to anyone at Bee   11:09:58AM
5  Ready and Fishbein?
6     A  No.                        11:10:03AM
7     Q  Did you ever speak to any current or   11:10:03AM
8  former residents of Ocean Beach about these
9  claims?
10       MR. NOVIKOFF:  The plaintiffs' claims? 11:10:10AM
11       MR. GOODSTADT:  Yes.         11:10:12AM
12    A  Not that I recall, no.       11:10:27AM
13    Q  Did you ever speak with Ken Gray about 11:10:29AM
14  the claims?
15    A  No.                        11:10:40AM
16    Q  Do you know who Ken Gray is?  11:10:41AM
17    A  Yes.  He works for the village   11:10:42AM
18  attorney's office.
19       I didn't have any conversations with  11:10:48AM
20  Ken or any of the representatives of the
21  village, because I had -- I was in the process
22  of my own lawsuit with them.  So they wouldn't
23  talk to me directly.
24    Q  When were you first hired at Ocean   11:11:08AM
25  Beach?

EDWARD PARADISO

1
2     A  May of 1982.               11:11:14AM
3     Q  What was the position you were hired  11:11:21AM
4  for?
5     A  Police constable.          11:11:23AM
6     Q  Police constable?          11:11:26AM
7     A  Uh-huh.  Yes.              11:11:27AM
8     Q  And who did you report to in that    11:11:31AM
9  position?
10    A  Joe Loeffler, Sr.           11:11:34AM
11    Q  He was the chief of police at the    11:11:35AM
12  time?
13    A  Yes.                       11:11:37AM
14    Q  Was that your first law enforcement  11:11:41AM
15  job?
16    A  Yes.                       11:11:43AM
17    Q  Did you have to graduate the academy 11:11:51AM
18  to get a job as a police constable?
19    A  No.                        11:11:54AM
20    Q  Did you have to take any training to 11:11:54AM
21  be a police constable?
22       MR. NOVIKOFF:  Objection.    11:11:55AM
23    A  Joe Loeffler put us through a mini   11:11:56AM
24  training camp, firearms, deadly force and law.
25  But we worked -- we didn't work as police

EDWARD PARADISO

1
2  officers.  We were adjunct to the police
3  department.  There were police officers working.
4  We were police constables.  So we issued
5  summonses, but we couldn't make warrant arrests.
6  If we were issuing a summons to somebody and it
7  turned out that they had a warrant, we had to
8  get one of the police officers in to make the
9  arrest.
10    Q  Did you have to take any tests       11:12:34AM
11  administered by Suffolk County Civil Service?
12    A  Not for the police constable job, no. 11:12:39AM
13    Q  How long did you have that job?      11:12:43AM
14    A  I was a police constable until October 11:12:44AM
15  of 1982.
16    Q  And what position did you have       11:12:52AM
17  starting October of '82?
18    A  Then I was sworn in as a police      11:12:55AM
19  officer and entered into the Suffolk County
20  police academy.
21    Q  Were you sworn in as a police officer 11:13:04AM
22  on Ocean Beach?
23    A  Uh-huh.  Yes.              11:13:07AM
24    Q  When did you graduate the academy?  11:13:08AM
25    A  May of 1983.               11:13:11AM

EDWARD PARADISO

1
2     Q  Did you have to take any tests       11:13:15AM
3  administered by Suffolk County Civil Service to
4  become a police officer in Ocean Beach in
5  October of '82 through May of '83?
6     A  No, I did not.             11:13:27AM
7     Q  How about after May of 1983, did you 11:13:28AM
8  have to take any tests administered by Suffolk
9  County Civil Service?
10    A  Yes.                       11:13:34AM
11    Q  When did you take those tests?       11:13:35AM
12    A  I took it in 1985.          11:13:36AM
13    Q  What tests did you take?      11:13:40AM
14    A  It was the police officer.   11:13:41AM
15    Q  Was that a written test?      11:13:45AM
16    A  Yes.                       11:13:47AM
17    Q  Did you have to take any other tests 11:13:47AM
18  to become a police officer at that time?
19    A  There was a physical agility and a   11:13:52AM
20  medical.
21    Q  Any others?                11:13:59AM
22    A  No.                        11:14:00AM
23    Q  You didn't have to take a polygraph? 11:14:01AM
24    A  No.                        11:14:03AM
25    Q  You didn't have to take a    11:14:04AM

Page 62

EDWARD PARADISO

1  psychological?
2   A   Yes.  Medical, physical,          11:14:06AM
3  psychological.
4   Q   And you took all those tests?        11:14:11AM
5   A   Yes.                       11:14:12AM
6   Q   Passed them all?                11:14:13AM
7   A   Uh-huh.  Yes.                 11:14:14AM
8   Q   How long did you hold the position as 11:14:25AM
9  police officer -- strike that.
10      When did you get the position as    11:14:29AM
11 police officer?
12  A   October of 1982.              11:14:33AM
13  Q   And how long did you serve in that  11:14:34AM
14 role?
15  A   Until December of 1985.         11:14:37AM
16  Q   And what was the -- what, did you get 11:14:42AM
17 another position in December of '85?
18  A   In December of '85, I was promoted to 11:14:46AM
19 acting sergeant.
20  Q   Did anyone hold the position of     11:14:54AM
21 sergeant prior to you taking over as acting
22 sergeant?
23  A   No.                        11:15:00AM
24  Q   Who promoted you?               11:15:00AM

TSG Reporting - Worldwide  (877) 702-9580

Page 63

EDWARD PARADISO

1   A   Joe Loeffler.                 11:15:03AM
2   Q   Senior?                     11:15:04AM
3   A   Yes.                       11:15:05AM
4   Q   Did you have to take any tests      11:15:08AM
5  administered by Civil Service to get the
6  position as acting sergeant?
7   A   No.                        11:15:14AM
8   Q   Did the board vote on it?          11:15:15AM
9   A   No.                        11:15:17AM
10  Q   What does it mean to be acting      11:15:25AM
11 sergeant of Ocean Beach?
12      MR. NOVIKOFF:  Objection.        11:15:29AM
13  A   You were the supervisor.  I was the 11:15:33AM
14 second in command.
15  Q   Do you know whether that change in  11:15:45AM
16 position was reported to Civil Service?
17  A   I do not know.              11:15:49AM
18  Q   How long did you hold the position of 11:15:57AM
19 acting sergeant?
20  A   I think it was probably about year or 11:16:02AM
21 two.
22  Q   So until '86 or 87?            11:16:06AM
23  A   '86, 87, yeah.               11:16:09AM
24  Q   What was your next title?         11:16:11AM

TSG Reporting - Worldwide  (877) 702-9580

Page 64

EDWARD PARADISO

1   A   Police sergeant.              11:16:13AM
2   Q   Who promoted you to that title?     11:16:18AM
3   A   I took the Suffolk County police    11:16:20AM
4  sergeant's examination, and the village board
5  promoted me.
6   Q   Did you pass that test the first time? 11:16:30AM
7   A   Yes.                       11:16:32AM
8   Q   Was it required to pass that test to  11:16:33AM
9  become a police sergeant on Ocean Beach?
10      MR. NOVIKOFF:  Objection.        11:16:37AM
11  A   I believe so, yes.            11:16:42AM
12  Q   What's the basis of your belief?     11:16:44AM
13  A   Well, they told me they me I had to  11:16:46AM
14 pass the test.
15  Q   Who told you that?              11:16:52AM
16  A   Joe Loeffler.                11:16:53AM
17  Q   Did you have to take any other tests  11:16:54AM
18 to become sergeant other than for the Suffolk
19 County Civil Service sergeant's test?
20  A   I went through the Suffolk County   11:17:00AM
21 sergeant's supervision school.
22  Q   When did you do that?            11:17:06AM
23  A   I think somewhere between '86 and '88, 11:17:15AM
24 somewhere in that time frame.  I don't recall.

TSG Reporting - Worldwide  (877) 702-9580

Page 65

EDWARD PARADISO

1   Q   Did you have to go through the Suffolk 11:17:28AM
2  County sergeant's supervisor school to become
3  sergeant?
4   A   No.                        11:17:33AM
5   Q   It was something you did voluntarily? 11:17:35AM
6   A   Yeah.                      11:17:37AM
7   Q   Did you get like a certificate or    11:17:40AM
8  something for it?
9   A   I believe so.               11:17:42AM
10  Q   Did you take any other tests to become 11:17:49AM
11 sergeant?
12  A   No.                        11:17:51AM
13  Q   Who was the mayor at the time?      11:17:55AM
14  A   It was either Ed Krepella or Mike   11:18:07AM
15 Youchah.  I'm not certain.  Krepella,
16 K-R-E-P-E-L-L-A.  And Youchah, Y-O-U-C-H-A-H.
17  Q   How long did you hold the position of 11:18:30AM
18 sergeant?
19  A   Until I was promoted to acting chief 11:18:33AM
20 of police.
21  Q   When was that?                 11:18:35AM
22  A   1992.  April of '92.           11:18:38AM
23  Q   Who promoted you to that position?   11:18:43AM
24  A   Village board.              11:18:45AM

TSG Reporting - Worldwide  (877) 702-9580

Page 66

EDWARD PARADISO

1  
2  Q   Was Joe Loeffler, Sr. still the chief  11:18:51AM
3  at the time?
4  A   No, he retired.          11:18:54AM
5  Q   He retired.  At or about that time?  11:18:56AM
6  A   Yes.          11:18:58AM
7  Q   So there was no chief or acting chief  11:18:59AM
8  in between Joe Loeffler and you?
9  A   No.          11:19:03AM
10 Q   Why were you promoted to acting chief  11:19:06AM
11 as opposed to chief?
12 A   Because I never took the chief's test.  11:19:10AM
13 Q   Was that something that was required  11:19:19AM
14 to take to be chief of police at Ocean Beach?
15     MR. NOVIKOFF:  Objection.     11:19:24AM
16 A   I don't believe so.  Because Joe  11:19:24AM
17 Loeffler never took the chief's test either.  He
18 was a Civil Service sergeant.
19 Q   But he held the title of chief?  11:19:36AM
20 A   He held the title of chief.  11:19:38AM
21 Q   Okay.  And who was the mayor in 1992,  11:19:41AM
22 when you were promoted to acting chief?
23 A   Michael Youchah.          11:19:46AM
24 Q   Did you need to have passed the  11:19:51AM
25 sergeant's test to become the acting chief?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 67

EDWARD PARADISO

1  
2     MR. NOVIKOFF:  Objection.     11:19:56AM
3  A   Yes.          11:19:56AM
4  Q   Yes?          **11:19:57AM**
5  A   Yes.          11:19:57AM
6     THE WITNESS:  I'm sorry.     11:20:01AM
7     MR. NOVIKOFF:  Don't apologize.  Don't  11:20:02AM
8  worry about it.
9  BY MR. GOODSTADT:          11:20:06AM
10 Q   And the board actually voted on  11:20:06AM
11 promoting you to acting chief?
12 A   5/0.  Five votes yes.     11:20:11AM
13 Q   How long did you hold the title of  11:20:17AM
14 acting chief?
15 A   Until I retired.          11:20:20AM
16 Q   So you never held the position of  11:20:27AM
17 chief of police?
18     MR. NOVIKOFF:  Note my objection to  11:20:32AM
19 the form of the question.
20 A   I was the chief of police, acting or  11:20:34AM
21 otherwise.  There was no other one I reported to
22 other than the mayor.  So there was no
23 difference in the title or anything one way or
24 the other, if it was acting or not.  So I was
25 the chief of police.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 68

EDWARD PARADISO

1  
2  Q   Did the board ever appoint you chief  11:20:50AM
3  of police?
4  A   They appointed me chief of police.  11:21:03AM
5  Q   So they didn't appoint you acting  11:21:04AM
6  chief --
7  A   No.          11:21:07AM
8  Q   -- in April of '92?          **11:21:08AM**
9  A   I guess it was chief of police.  11:21:09AM
10 Q   Who was on the board that voted 5/0?  11:21:11AM
11 A   Mike Youchah was the mayor.  Barbara  11:21:16AM
12 Bruna.  Give me a second.
13     Did I say Arthur Sillsdorf?     11:22:14AM
14 Q   No.          **11:22:18AM**
15 A   Arthur Sillsdorf.  I don't recall the  11:22:19AM
16 names of the other two people.  I can see their
17 faces, but I can't recall their names.
18 Q   Okay.  So at any point in time between  11:22:37AM
19 April 1992 and the date in July or August of '08
20 that you retired, did you ever take the Civil
21 Service test for chief?
22 A   No.          11:22:49AM
23 Q   Did you ever sign up to take the test?  11:22:51AM
24 A   No.          11:22:53AM
25 Q   What were your job duties as the chief  11:23:02AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 69

EDWARD PARADISO

1  of police?
2  
3     MR. NOVIKOFF:  When?          11:23:08AM
4  BY MR. GOODSTADT:          11:23:12AM
5  Q   Any point in time from the time they  11:23:12AM
6  got you and to the time you retired.
7  A   I was in charge of the police  11:23:17AM
8  department.  I created the budget.  I wrote out
9  the schedules.  I was the administrative officer
10 of the entire department.
11 Q   Did you have hiring and firing  11:23:36AM
12 authority?
13 A   Yes.          11:23:38AM
14 Q   Who told you that you had hiring and  11:23:48AM
15 firing authority?
16     MR. NOVIKOFF:  Objection to form.  11:23:54AM
17 A   I don't think anyone ever told me if I  11:24:01AM
18 had hiring or firing authority.  I just ran the
19 department.
20 Q   Did you need approval from anybody to  11:24:07AM
21 hire or fire an officer?
22 A   No.          11:24:11AM
23 Q   Did you ever seek approval to hire --  11:24:13AM
24 when you hired or fired an officer when you were
25 the chief of police?

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2    A    Oh, when we hired -- yes.  When -- for 11:24:20AM
3    a full-time position.  When I became chief,
4    there was an opening for supervisor.  So I
5    recommended Robert Golopi, and he was approved
6    by the board for that position.  And then later
7    on when they approved a second officer, I
8    recommended George Hesse for the position, and
9    then the village approved that.
10   Q    Did you seek approval for hiring or   11:24:54AM
11   firing at any point other than for Golopi and
12   Hesse?
13   A    I would -- I would hire people, but   11:25:00AM
14   they would have to be -- they would have to be
15   all be approved by the village board.  They
16   would have a board meeting and approve the
17   hirings for the season, the new hires.  So yes,
18   I guess I had to get approval for everyone I
19   hired.
20   Q    And how did you propose the list of   11:25:21AM
21   people for the season to the board?  Was it in
22   writing, verbally?
23   A    I submitted the list, the names to the 11:25:27AM
24   village manager.  The village manager would have
25   them added to the agenda, and then it would be

EDWARD PARADISO

1
2    brought up at a meeting.
3    Q    Did you submit anything other than for 11:25:38AM
4    names, sort of like backgrounds or resumes or
5    anything else?
6    A    I don't believe so.            11:25:48AM
7    Q    Did you do anything to confirm that   11:25:54AM
8    the people that were on these lists were
9    certified to work as police officers?
10       MR. NOVIKOFF:  Objection.        11:26:01AM
11   BY MR. GOODSTADT:                   11:26:01AM
12   Q    Prior to submitting that list?    11:26:01AM
13   A    The majority of the time we would do  11:26:03AM
14   interviews of potential candidates, background
15   investigations would be done and then they'd be
16   sent to the police academy.  The list would be
17   submitted to the Suffolk County Police
18   Department.  The Civil Service office would --
19   then they'd enter into the police academy.
20   Q    How about for officers who had already 11:26:29AM
21   passed the police academy?
22   A    Then they would just -- I would just  11:26:36AM
23   hire them and put them -- if they municipal
24   police training council certificates, if they
25   worked at other departments, then I would just

EDWARD PARADISO

1
2    put them on.
3    Q    Did you do anything to check to make  11:26:50AM
4    sure they were certified to work in Suffolk
5    County as police officers?
6    A    No.  If they were police officers in  11:27:16AM
7    the State of New York, then I'd put them on to
8    work.
9    Q    Is it your understanding that if a   11:27:25AM
10   police officer served anywhere in the State of
11   New York, that they would be certified to work
12   as a police officer in Suffolk County?
13       MR. NOVIKOFF:  Objection to form.   11:27:34AM
14   A    If they -- we would hire guys that -- 11:27:55AM
15   some guys that were working for the Suffolk
16   County Police Department.  They would go right
17   on.  Nassau County, they would go right on.  If
18   they worked in the city, I was under the
19   impression that they could work for me.  But it
20   turned out that Suffolk wanted them to go
21   through their investigative process.  So we
22   worked out a procedure with the Suffolk County
23   Civil Service Department to put the guys through
24   their background investigation process to bring
25   them back on.  This was after the fact.  They

EDWARD PARADISO

1
2    had already -- some of them had already been
3    working for me for a while.  And something got
4    flagged, that there was an impropriety with
5    something like that, so we worked with Civil
6    Service to work it through to get the guys
7    certified with Suffolk Civil Service.
8    Q    We'll go over that later in a little  11:28:50AM
9    bit more detail.
10       MR. NOVIKOFF:  Aw, I was hoping to do 11:28:54AM
11   that now.
12       MR. GOODSTADT:  We'll just go over it 11:29:00AM
13   later in a little bit more detail.
14   BY MR. GOODSTADT:                   11:29:07AM
15   Q    When you said you were the head       11:29:07AM
16   administrative officer or head administrative
17   person for the department, did you make policy
18   for the department?
19   A    Yes.                        11:29:15AM
20   Q    Did you ever hold yourself out outside 11:29:24AM
21   of Ocean Beach as being the chief of police at
22   Ocean Beach?
23   A    I don't understand the question.   11:29:31AM
24   Q    Did you ever tell anybody outside of  11:29:32AM
25   Ocean Beach that you were the chief of the

Page 74

EDWARD PARADISO

1  police in Ocean Beach?  Like, for example, did
2  you register with the New York State registry of
3  police officers that you were the chief of
4  police?
5     A   Is there a New York State registry of  11:29:53AM
6  police officers?
7     Q   Any entity in New York State, did you  11:29:58AM
8  register yourself as a chief of police?
9     A   There was a book of local village  11:30:03AM
10  officials that would put down the mayor, police
11  department, who was the chief of police.  I
12  would be listed as chief of police in that book.
13  Whenever I had correspondence with other police
14  agencies, I was the chief of police.  That's how
15  I was sworn in when I got sworn in at the
16  village as chief of police.
17     Q   During your time as chief of police,  11:30:35AM
18  did you ever discipline any of the five
19  plaintiffs in this matter?
20     A   About this matter?  11:30:47AM
21     Q   No, no.  Did you ever discipline any  11:30:49AM
22  of the five plaintiffs about any matter?
23         MR. NOVIKOFF:  Objection to form.  11:30:56AM
24         MR. GOODSTADT:  So why don't we break  11:31:00AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 75

EDWARD PARADISO

1  it down.
2  BY MR. GOODSTADT:  11:31:02AM
3     Q   When you were chief of police or  11:31:02AM
4  acting chief of police, did you ever discipline
5  Frank Fiorillo?
6     A   What do you mean by discipline?  11:31:08AM
7     Q   What's your understanding of the word  11:31:10AM
8  "discipline" in relation to your position as
9  chief of police?
10     A   Well, if I had to discipline an  11:31:15AM
11  officer means he did something wrong.  So are
12  you talking about suspension?  Are you talking
13  about --
14     Q   I'm talking about any kind of  11:31:24AM
15  discipline, verbal, written, suspension.
16         MR. NOVIKOFF:  Even including telling  11:31:28AM
17  an officer that he or she did something
18  wrong?
19  BY MR. GOODSTADT:  11:31:33AM
20     Q   Well, do you consider that to be  11:31:33AM
21  discipline?
22     A   No, I think that is supervision.  You  11:31:37AM
23  know, our department, it was a seasonal
24  department, and guys came out of the police

TSG Reporting - Worldwide  (877) 702-9580

---

Page 76

EDWARD PARADISO

1  academy, not all of them had a lot of experience
2  as police officers.  So they got it basically on
3  the job with us.  And if something came up that
4  I didn't feel they were doing it the right way,
5  I would tell them this is the way I want to see
6  it done.
7     Q   Let's just stick with that right now.  11:31:57AM
8     A   Okay.  11:32:00AM
9     Q   Did you ever have to do that with any  11:32:00AM
10  of the five plaintiffs?
11     A   I had to tell Frank to -- at one  11:32:03AM
12  point, Frank Fiorillo was given an order by
13  George Hesse to wash the windows of the police
14  car, and Frank -- what I was told was that Frank
15  refused to do it, and that upset George.  And so
16  I had to tell Frank, when the sergeant gives you
17  an order, you're expected -- as long as it's
18  reasonable, I expect you to follow the order.
19  That it shouldn't happen again.  And Frank had
20  no problem with that.  Frank was unhappy with
21  the way the request was given, and I told Frank
22  that in the future, I'll make sure that when
23  he's given requests to do certain jobs, they
24  would be given in an appropriate manner, that it

TSG Reporting - Worldwide  (877) 702-9580

---

Page 77

EDWARD PARADISO

1  wouldn't upset him.
2     Q   Did you ever have to speak with George  11:33:00AM
3  Hesse about that --
4     A   Yeah.  11:33:03AM
5     Q   -- about Frank's claim that he --  11:33:03AM
6     A   I'm sorry.  11:33:07AM
7     Q   Did you ever speak with George Hesse  11:33:07AM
8  about Frank's claim that the order was given in
9  an inappropriate manner?
10     A   Yes.  11:33:15AM
11     Q   And what was George Hesse's response?  11:33:16AM
12     A   He didn't understand why Frank was  11:33:20AM
13  upset.  He asked Frank to wash the windows, and
14  Frank took it like it was beneath him to wash
15  the windows of the police car.  And I said,
16  well, that's kind of silly, because everybody
17  maintains the vehicles.  I wash the police car.
18  Why would Frank have a problem with that?  And
19  he said, I don't know, but he did.
20     Q   Do you know whether Frank was on duty  11:33:40AM
21  at the time he was asked to wash the police car?
22     A   I believe he was.  11:33:44AM
23     Q   He was on duty?  What's the basis of  11:33:46AM
24  that belief, that he was on duty?

TSG Reporting - Worldwide  (877) 702-9580

Page 78

EDWARD PARADISO

1
2    A   Why would he be given orders to do   11:33:51AM
3    things if he wasn't on duty?
4    Q   Is it possible that that's why Frank   11:33:55AM
5    was upset?
6        MR. NOVIKOFF:  Objection as to what   11:33:59AM
7    this witness thinks is possible or not.  But
8    I can't tell him not to answer.
9    A   I don't know.                11:34:10AM
10   Q   Other than for that conversation with   11:34:13AM
11   Mr. Fiorillo, did you ever have to tell any of
12   the five plaintiffs in this case that they were
13   doing something incorrectly?
14   A   We had a civilian complaint about   11:34:28AM
15   Frank by a young man who said that Frank
16   threatened to shoot him in the face, and I spoke
17   to the young man.  It didn't seem like a very
18   credible complaint, but I had to speak with
19   Frank about it anyway.  And when I spoke to
20   Frank about it, it was -- he had stopped him for
21   riding a bike at night without a light, I think,
22   and the kid caught an attitude with Frank; and
23   Frank had said that if he doesn't calm down,
24   he's going to shoot him with Mace, which is a
25   chemical irritant.  And so there was the shoot

TSG Reporting - Worldwide  (877) 702-9580

Page 79

EDWARD PARADISO

1
2    the face or shoot with the Mace.  There was --
3    you know, there was a question as to what words
4    were used, and that was the end of the
5    complaint.  I felt satisfied that Frank wasn't
6    threatening people with his gun.
7    Q   Was it a violation of any law or   11:35:44AM
8    ordinance to ride your bike without a light?
9    A   Yeah.                 11:35:51AM
10   Q   And if somebody violates an ordinance,   11:35:51AM
11   acts unruly, would it be appropriate to use
12   Mace?
13       MR. NOVIKOFF:  Objection to the form.   11:35:59AM
14   A   It wouldn't be appropriate to   11:36:00AM
15   instantly use Mace.  You use the level of force
16   needed to effect whatever action you need to
17   take place.  So if he asked the person to get
18   off the bike, they don't get off of the bike,
19   you're gonna have to stop them because you're
20   going to have issue a summons.  If they're going
21   to roll around on the ground with you, yeah,
22   then at that point it would be viable that you
23   could use Mace to subdue somebody.
24   Q   Did you conclude that Mr. Fiorillo did   11:36:26AM
25   anything wrong in that incident?

TSG Reporting - Worldwide  (877) 702-9580

Page 80

EDWARD PARADISO

1
2    A   No, I did not.            11:36:30AM
3    Q   Other than for those two instances   11:36:36AM
4    with Mr. Fiorillo, did you ever have to tell any
5    of the other five plaintiffs -- any of the five
6    plaintiffs that they had done anything wrong?
7    A   I had to speak with Officer Nofi a   11:36:46AM
8    couple of times about how he would write out
9    summonses.  It was very difficult to read
10   sometimes.  He didn't have the greatest
11   penmanship.  So I asked him to kind of -- it
12   wasn't so much I couldn't read them.  The court
13   clerk couldn't read them, and she had to give
14   them to the judge.  So he had to take extra time
15   in writing out his summonses, because at times
16   he could be sloppy when he wrote summonses out.
17   Q   Anything else with respect to the   11:37:20AM
18   other five plaintiffs in this case?
19   A   I think I had to talk with Tommy   11:37:49AM
20   Snyder once or twice about his attendance.
21   Sometimes he would -- something would come up at
22   his other job and he wouldn't be able to come
23   in, and it got to be a little bit of a problem
24   from time to time, especially when you're
25   running in the off season, when you only have

TSG Reporting - Worldwide  (877) 702-9580

Page 81

EDWARD PARADISO

1
2    one or two guys there that were coming in for a
3    shift.  When one guy calls in at the last
4    minute, it really puts you in a spot to fill the
5    spot at the time.
6    Q   Did he always call in?         11:38:17AM
7    A   Oh, he always called in.  He never   11:38:18AM
8    just not showed up.  But I think I had to ask
9    him, listen, you gotta -- you're going to have
10   to either give me the dates that you know you're
11   definitely going to be available or we're going
12   to have to work something out, you know, with
13   your shifts, because if you call in, you know,
14   we're stuck, so -- but I don't think -- I don't
15   look at that as a disciplinary action.  It was
16   just -- it was more or less a courtesy type of a
17   thing for me, because it would put me out to try
18   to find guys for those spots if some guys didn't
19   come in.
20       THE WITNESS:  Can I just ask a   11:38:51AM
21   question?  I'm a little chilly.  Is it cool
22   in here?
23       MR. GOODSTADT:  Why don't we change   11:38:55AM
24   the tape, go off the record.
25       THE VIDEOGRAPHER:  The time is 11:40.   11:39:00AM

TSG Reporting - Worldwide  (877) 702-9580

Page 82

EDWARD PARADISO

1         EDWARD PARADISO
2     We're going off the record.
3       (Whereupon, a discussion was held off 11:39:08AM
4 the record.)
5       THE VIDEOGRAPHER: The time is 11:50. 11:49:13AM
6 We are back on the record.
7 BY MR. GOODSTADT:           11:49:16AM
8    **Q**   I just want to go back to the line of 11:49:17AM
9 **questioning that we were discussing before.**
10      **Other than what you testified to, did** 11:49:21AM
11 **you have any other occasion in which you needed**
12 **to tell one of the five plaintiffs that they**
13 **were doing something incorrectly?**
14    A   Nothing that stands out in my mind. 11:49:44AM
15    **Q**   **Did you ever have to take any**    11:49:46AM
16 **disciplinary action against any of the five**
17 **plaintiffs?**
18    A   I don't recall.        11:49:58AM
19    **Q**   **Did there come a point when George**   11:50:09AM
20 **Hesse was hired to work in Ocean Beach?**
21    A   Yes.          11:50:14AM
22    **Q**   Do you recall when that was?    11:50:14AM
23    A   I think he -- I'm guessing. '92, '93, 11:50:25AM
24 around there.
25    **Q**   **What position was he hired for**    11:50:31AM

TSG Reporting - Worldwide  (877) 702-9580

Page 83

EDWARD PARADISO

1         EDWARD PARADISO
2 **originally?**
3    A   Seasonal police officer.     11:50:34AM
4    **Q**   **Who was the person who hired him?**   **11:50:40AM**
5    A   I was the chief at the time, so we put 11:50:43AM
6 him through the police academy.
7    **Q**   **Prior to Mr. Hesse demonstrating an**  11:50:52AM
8 **intent to work at the Ocean Beach Police**
9 **Department, had you known Mr. Hesse?**
10    A   No.          11:51:05AM
11    **Q**   **Do you recall how you first met him?** 11:51:07AM
12    A   He came in for an interview.   11:51:12AM
13    **Q**   **You interviewed him?**     11:51:18AM
14    A   Uh-huh. Yes.       11:51:19AM
15    **Q**   **Did anyone else interview him?**   11:51:20AM
16    A   I think Bob Golopi was there too.   11:51:23AM
17    **Q**   **Was Golopi the sergeant at the time?** 11:51:30AM
18    A   No. He was just the full-time police 11:51:36AM
19 officer.
20    **Q**   **Other than for you and Golopi at the**  11:51:49AM
21 **time, were there any other full-time police**
22 **officers?**
23    A   No.          11:51:54AM
24    **Q**   **When you say seasonal police officer,** 11:52:01AM
25 **what do you mean by that?**

TSG Reporting - Worldwide  (877) 702-9580

Page 84

EDWARD PARADISO

1         EDWARD PARADISO
2    A   Well, a seasonal police officer was  11:52:04AM
3 allowed to work from May through September.
4 It's a non-competitive appointment. As opposed
5 to a full-time officer, which would have to come
6 off of the Civil Service list.
7    **Q**   **And does a seasonal police officer --** 11:52:25AM
8 **is there any relationship between hiring a**
9 **seasonal police officer and a full-time police**
10 **officer, meaning that is it like a stepping**
11 **stone for a full-time position?**
12      MR. NOVIKOFF: Objection.    11:52:37AM
13    A   It's not automatic -- it's not an   11:52:41AM
14 automatic stepping stone, because there were
15 only so many positions with the village police
16 department on a full-time basis. Traditionally,
17 it was the head of the department and one
18 full-time police officer. The rest of the
19 department was seasonal and part-time.
20    **Q**   **What's the difference between seasonal** 11:53:01AM
21 **and part-time?**
22    A   Part-time, you worked in the winter. 11:53:05AM
23    **Q**   **Was that a competitive position?**   11:53:07AM
24    A   No.          11:53:10AM
25    **Q**   **So it didn't have to come off a list?** 11:53:10AM

TSG Reporting - Worldwide  (877) 702-9580

Page 85

EDWARD PARADISO

1         EDWARD PARADISO
2    A   No.          11:53:13AM
3    **Q**   **At the time that Mr. Hesse was hired,** 11:53:15AM
4 **do you know whether he had passed a Civil**
5 **Service test?**
6      MR. CONNOLLY: The question refers to 11:53:36AM
7 his hiring as a seasonal officer?
8      MR. GOODSTADT: Yes.     11:53:39AM
9    A   I'm not certain whether or not they  11:53:42AM
10 required the seasonals to go through any of the
11 other portions of the police officer examination
12 other than the academy back then. There was a
13 point in time that they went from -- they just
14 went through the police academy to they had to
15 go through the psych, medical and physical. I'm
16 not certain whether he had to do that for the
17 seasonal position.
18    **Q**   **How long was he a seasonal police**   11:54:19AM
19 **officer?**
20    A   Until 1994 -- yeah, until 1994.   11:54:36AM
21    **Q**   **And what happened in '94?**    11:54:39AM
22    A   In '94 the village approved the second 11:54:40AM
23 full-time position, and George was nominated for
24 that position.
25    **Q**   **Who nominated him?**     11:54:51AM

TSG Reporting - Worldwide  (877) 702-9580

Page 86

EDWARD PARADISO

1  A  I put him up for the job. He had    11:54:52AM
2  already taken the Civil Service examination.
3  The village board approved his nomination.
4  Q  And what -- did he have to take any    11:55:07AM
5  tests at that time other than for the written
6  Civil Service test?
7  A  He had to take the medical, physical  11:55:15AM
8  and psychological test.
9  Q  Do you know whether he took those?    11:55:19AM
10  A  Yes, he did.                11:55:20AM
11  Q  All three of them?          11:55:21AM
12  A  Yes.                     11:55:21AM
13  Q  Did he pass them all?        11:55:22AM
14  A  Yes.                     11:55:24AM
15  Q  The first time?             11:55:25AM
16  A  He didn't pass the agility the first  11:55:25AM
17  time.
18  Q  So he failed the agility the first   11:55:28AM
19  time?
20  A  Yes.                     11:55:31AM
21  Q  Was there a one-strike policy that if  11:55:31AM
22  you failed the physical agility, that you
23  couldn't take it again to be a police officer?
24  A  No.  They gave you an appeal.  You    11:55:39AM

TSG Reporting - Worldwide  (877) 702-9580

Page 87

EDWARD PARADISO

1  could appeal and retest.
2  Q  Do you know whether he did that?    11:55:46AM
3  A  Yes, he did.               11:55:47AM
4  Q  Did you help him do that?        11:55:48AM
5  A  Did I help him?             11:55:49AM
6  Q  Yes.  With the appeal process?     11:55:51AM
7  A  Yeah, I gave him a stretching machine. 11:56:01AM
8  His problem was to sit and stretch.  You have to
9  be able to sit down and stretch past your -- so
10  many inches past your feet in a sitting
11  position.  He had very tight quadriceps.  I was
12  in the middle of my black belt promotion in
13  karate, so I had a machine that would help you
14  stretch, you know, to get limber, and I lent him
15  a machine that would help him do that.
16  Q  Did you write a letter to Angie     11:56:38AM
17  Carpenter on his behalf?
18  A  Yes, I did.                11:56:42AM
19  MR. NOVIKOFF:  To who?          11:56:43AM
20  MR. GOODSTADT:  Angie Carpenter.    11:56:44AM
21  MR. NOVIKOFF:  Okay.            11:56:46AM
22  BY MR. GOODSTADT:              11:56:46AM
23  Q  Who is Angie Carpenter?        11:56:46AM
24  A  Angie Carpenter was the Suffolk County 11:56:49AM

TSG Reporting - Worldwide  (877) 702-9580

Page 88

EDWARD PARADISO

1  legislator in our area.
2  Q  What was the content of that letter? 11:56:54AM
3  A  That George has been working in the   11:56:58AM
4  title of a seasonal police officer, part-time
5  police officer, and that he was working
6  successfully in that role and that he deserved
7  another opportunity to be able to pass that
8  agility test.
9  Q  Did you ever receive a response?     11:57:21AM
10  A  I don't recall.            11:57:30AM
11  Q  And to your understanding, he got    11:57:33AM
12  another opportunity to take the agility test?
13  A  Yes.                     11:57:37AM
14  Q  Do you know who gave him that       11:57:37AM
15  opportunity?
16  A  Civil Service.             11:57:40AM
17  Q  Did you ever speak with anyone at    11:57:41AM
18  Civil Service about George Hesse's failing the
19  agility test?
20  A  I don't recall.  I know that the mayor 11:57:47AM
21  at the time also wrote a letter.
22  Q  Who was the mayor at the time?      11:57:53AM
23  A  Paul Pugliese.             11:57:55AM
24  Q  And he wrote a letter to Ms. Carpenter 11:57:57AM

TSG Reporting - Worldwide  (877) 702-9580

Page 89

EDWARD PARADISO

1  as well?
2  A  I believe either -- he wrote a letter 11:58:00AM
3  to someone.  I don't remember who.  When you're
4  the village mayor, you're also the police
5  commissioner.
6  Q  The village mayor is the police     11:58:12AM
7  commissioner?
8  A  Yes.                     11:58:14AM
9  Q  Is there somebody who's the police   11:58:19AM
10  liaison in Ocean Beach?  Did you ever hear that
11  title, police liaison?
12  A  I've heard the title, but I don't    11:58:29AM
13  think they ever had anybody working in that --
14  in that position.  They had -- the mayor had at
15  one point appointed one of the other trustees as
16  police commissioner.
17  Q  Who was that?              11:58:46AM
18  A  That was Mayor Rogers appointed Andrew 11:58:47AM
19  Miller.
20  Q  Did you ever hear that Joe Loeffler  11:58:59AM
21  was the police liaison at any point in time?
22  A  No.                     11:59:06AM
23  Q  When I say Joe Loeffler, I mean the  11:59:13AM
24  current mayor, Joe Loeffler, Jr.

TSG Reporting - Worldwide  (877) 702-9580

Page 90

EDWARD PARADISO

2    A    Yeah.  He was never appointed police  11:59:19AM
3    liaison.
4    Q    How long did George Hesse have the   11:59:28AM
5    title full-time police officer?
6    A    Had to be sometime after 1998 he was  11:59:59AM
7    made acting sergeant, because Sergeant Golopi
8    left in 1998.  So I'm thinking maybe 2000.
9    Q    So in 2000 you believe he was        12:00:18PM
10   appointed acting sergeant?
11   A    Yes, I think so.          12:00:21PM
12   Q    And what procedure was done to appoint 12:00:23PM
13   him acting sergeant?
14   A    He wrote a letter asking for the      12:00:27PM
15   appointment.  And I made a recommendation to the
16   village board, and the village board approved
17   the recommendation.
18   Q    What's the difference between acting  12:00:42PM
19   sergeant and sergeant?
20        MR. NOVIKOFF: Objection.          12:00:45PM
21   A    The difference would be the Civil     12:00:46PM
22   Service title.
23   Q    Is there any difference in the job    12:00:52PM
24   duties or responsibilities?
25   A    No.                  12:00:55PM

Page 91

EDWARD PARADISO

2    Q    Is there a certain period of time that 12:00:56PM
3    you can keep the title acting?
4        MR. NOVIKOFF: Objection.          12:01:00PM
5    A    I think it's indefinite.          12:01:01PM
6        MR. NOVIKOFF: You think it's what?  12:01:03PM
7        THE WITNESS: Indefinite.          12:01:04PM
8        MR. NOVIKOFF: Indefinite?  Great.   12:01:06PM
9    Thank you.
10   BY MR. GOODSTADT:                12:01:15PM
11   Q    Do you wear the same uniform as acting 12:01:16PM
12   sergeant as you would if you were sergeant?
13   A    Yes.                  12:01:20PM
14   Q    Do you have the same shield?        12:01:21PM
15   A    Yes.                  12:01:22PM
16   Q    Does your shield say acting or just   12:01:23PM
17   say sergeant?
18   A    Just says sergeant.          12:01:26PM
19   Q    Is it the same pay scale?        12:01:27PM
20   A    Yes.                  12:01:30PM
21   Q    So why would somebody take the test to 12:01:31PM
22   become a full-time sergeant?
23        MR. NOVIKOFF: Objection to form.    12:01:35PM
24   A    For Civil Service protection.       12:01:43PM
25   Q    What do you mean by that?        12:01:45PM

Page 92

EDWARD PARADISO

2    A    Well, you could be appointed to any  12:01:46PM
3    position in a police department; but if there's
4    some problem and they're going to reduce you in
5    rank, they can only reduce you to your next
6    level of Civil Service position.  So if you were
7    Civil Service sergeant and you were made acting
8    lieutenant, acting captain, deputy chief,
9    assistant chief, acting chief, if they wanted to
10   hire somebody in your place, they could demote
11   you down to your highest Civil Service rank.
12   Q    Do you know if Mr. Hesse held himself 12:02:28PM
13   out as being a sergeant as opposed to acting
14   sergeant?
15        MR. NOVIKOFF: Objection to form.    12:02:34PM
16   A    The two are indistinguishable other   12:02:35PM
17   than through Civil Service.
18   Q    So when you say the two are        12:02:47PM
19   indistinguishable, other than for the testimony
20   that you gave about protections, there's no
21   difference between the two?
22   A    No.                  12:02:55PM
23   Q    So in theory, somebody could be      12:02:55PM
24   appointed acting sergeant -- strike that.
25        Do you need to be a full-time police 12:03:03PM

Page 93

EDWARD PARADISO

2    officer --
3    A    Yes.                  12:03:06PM
4    Q    -- to be appointed acting sergeant?  12:03:06PM
5    A    Yes.                  12:03:09PM
6    Q    Do you know whether George Hesse took 12:03:09PM
7    the full-time police officer academy training?
8        MR. NOVIKOFF: Objection.          12:03:14PM
9    A    No, he did not.          12:03:15PM
10   Q    Did he have any formal training to be 12:03:18PM
11   a full-time police officer?
12   A    He went through the Suffolk County   12:03:22PM
13   police academy.
14   Q    On the seasonal part-time academy?   12:03:25PM
15   A    You get the same certification whether 12:03:27PM
16   you go through the full-time school or part-time
17   school.
18   Q    So just so I'm clear, George Hesse has 12:03:32PM
19   the same certification that Frank Fiorillo did?
20   A    Yes.                  12:03:38PM
21        MR. NOVIKOFF: Objection to form.    12:03:38PM
22   A    Yes.                  12:03:40PM
23   Q    And same with the other four        12:03:41PM
24   plaintiffs?  George had the same certifications
25   as the -- all five plaintiffs?

Page 94

EDWARD PARADISO

1
2     MR. NOVIKOFF:  Same objection.      12:03:48PM
3  A   Yes.                              12:03:49PM
4  Q   You testified about a request that   12:03:57PM
5  Mr. Hesse made in or around 2000 to become -- to
6  be appointed acting sergeant or provisional
7  appointment to sergeant.  Is that the first time
8  he had raised that issue with you?
9  A   No.                               12:04:13PM
10 Q   When was the first time he raised that   12:04:14PM
11 with you?
12 A   I think he had asked a year prior.    12:04:21PM
13 Q   Did he ask you verbally or in writing?   12:04:24PM
14 A   I don't recall.                   12:04:28PM
15 Q   Did you actually make the         12:04:32PM
16 recommendation to the board the year prior?
17 A   No, I did not.                    12:04:37PM
18 Q   How come?                         12:04:38PM
19 A   I think he needed more time to act in   12:04:48PM
20 a supervisory role.
21 Q   As a full-time officer, could he have   12:05:00PM
22 acted in a supervisory role?
23 A   He did.                           12:05:04PM
24 Q   He did?  Was that appropriate under   12:05:04PM
25 Civil Service law?

TSG Reporting - Worldwide  (877) 702-9580

Page 95

EDWARD PARADISO

1
2     MR. NOVIKOFF:  Objection.          12:05:07PM
3  A   I don't think Civil Service law    12:05:12PM
4  addresses that.
5     MR. GOODSTADT:  Let's mark that.   12:05:21PM
6     (Whereupon, a letter dated February   12:05:22PM
7  15, 1999 was marked as Plaintiff's Exhibit 2
8  for identification, as of this date.)
9     MR. GOODSTADT:  I've placed in front   12:05:48PM
10 of Mr. Paradiso what's now been marked as
11 Paradiso 2.  It is a one-page exhibit
12 bearing Bates 3856.  (Handing.)
13    MR. NOVIKOFF:  No Bates.  Your eyes   12:06:08PM
14 gave it away, Andrew.
15    MR. GOODSTADT:  I think there is.   12:06:16PM
16    MR. NOVIKOFF:  I'm sure there's a   12:06:16PM
17 Bates on this.
18    MR. GOODSTADT:  There should be a   12:06:22PM
19 Bates, 3856.
20 BY MR. GOODSTADT:                     12:06:24PM
21 Q   Mr. Paradiso, do you recall receiving   12:06:24PM
22 the document that's been marked as Paradiso 2?
23 A   Yes.                              12:06:30PM
24 Q   Do you see on the very bottom of   12:06:32PM
25 Paradiso 2 there's some handwritten for a CC to

TSG Reporting - Worldwide  (877) 702-9580

Page 96

EDWARD PARADISO

1
2  Chief Paradiso correspondence file?
3     Do you see that?                   12:06:39PM
4  A   Uh-huh.                           12:06:40PM
5  Q   Whose handwriting is that?         12:06:41PM
6  A   I don't know.                     12:06:42PM
7  Q   And it says "Re: Provisional       12:06:46PM
8  appointment to sergeant."
9     Do you see that?                   12:06:50PM
10 A   The top here?                     12:06:51PM
11 Q   Yes.  Uh-huh.                     12:06:53PM
12 A   Yes.                              12:06:55PM
13 Q   What does it mean, provisional     12:06:55PM
14 appointment?
15    MR. NOVIKOFF:  Objection to form.   12:06:58PM
16 A   I didn't write the letter.         12:07:05PM
17 Q   Do you know what he was referring to   12:07:06PM
18 when he said "provisional appointment"?
19 A   He wanted -- I guess this was the   12:07:10PM
20 letter that he was asking to -- he wanted to be
21 appointed sergeant, acting sergeant pending the
22 next sergeant's test.
23 Q   How do you know he wanted to be     12:07:27PM
24 appointed to acting sergeant?  It doesn't say
25 that here, does it?

TSG Reporting - Worldwide  (877) 702-9580

Page 97

EDWARD PARADISO

1
2  A   Well, acting and provisional are kind   12:07:32PM
3  of like interchangeable.
4  Q   Do you use them interchangeably?   12:07:40PM
5  A   Yeah.                             12:07:42PM
6  Q   And if you look at the substance of   12:07:43PM
7  this memo to you, it says "as per our
8  conversation."
9     Do you see that, first line?       12:07:50PM
10 A   Yes.                              12:07:53PM
11 Q   When did you have that conversation   12:07:53PM
12 he's referring to?
13 A   I don't remember having that       12:07:56PM
14 conversation.
15 Q   Do you recall speaking with him about   12:08:00PM
16 the potential of a provisional appointment to
17 sergeant prior to receiving this memo?
18 A   Well, by reading the letter, we must   12:08:18PM
19 have had a conversation; but to be honest with
20 you, I don't recall it.
21 Q   It says, "The undersigned officer   12:08:26PM
22 would like to make a proposal to the village
23 board regarding a provisional appointment."
24    Do you see that?                   12:08:32PM
25 A   Yes.                              12:08:33PM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

Q   So he was saying that he wanted to   12:08:34PM
make the proposal or was he asking you to make
the proposal?

A   Well, it says here that he would like  12:08:42PM
to make the proposal.

Q   Do you know whether he actually made a 12:08:46PM
proposal to the board about this issue?

A   I don't recall. I might have -- I   12:09:02PM
remember when I forwarded his request to the
board, I had a copy letter, a letter that went
on top of his request --

Q   That was a subsequent time, correct? 12:09:22PM

A   That --   12:09:25PM

Q   That was a subsequent time, right?  12:09:25PM

A   I'm not sure.   12:09:25PM

Q   Okay.   12:09:26PM

A   I would've put a cover letter on top  12:09:29PM
of it and forwarded both letters to the board.
So I don't know if this was the first time he
wanted to do this or if it was the second time.

Q   Now, if you look at the third line   12:09:40PM
down, it says, "I already assume the role of a
supervisor"?

A   Uh-huh.   12:09:45PM

EDWARD PARADISO

Q   Do you know what he's referring to   12:09:46PM
there?

A   Yeah, the full-time officer is the   12:09:49PM
supervisor, the second in command.

Q   And this was after Golopi left?   12:10:03PM

A   Yes.   12:10:05PM

Q   Do you know whether Golopi ever passed 12:10:07PM
the sergeant's test?

A   I don't believe so.   12:10:13PM

Q   Did he ever hold the title of   12:10:14PM
sergeant?

A   I think he held the provisional acting 12:10:17PM
sergeant role.

Q   Do you know whether he actually took  12:10:21PM
the test ever?

A   I'm not certain. I don't think so.  12:10:24PM
You're talking about Golopi, right?  12:10:26PM

Q   Yes. Yes.   12:10:28PM

A   I don't believe so.   12:10:30PM

Q   If you look at the last sentence, it  12:10:31PM
says, "If you have any questions or comments,
please feel free to contact me."
Do you see that?   12:10:37PM

A   Yes.   12:10:37PM

EDWARD PARADISO

Q   Did you ever contact him about this? 12:10:38PM

A   I'm sure that I did. But if this was 12:10:54PM
his first request, I think I had to tell him he
had to wait. If it's his second request, I
think I put a cover letter on it and forwarded
it to the board. So I'm not exactly certain
which one this is.

Q   Do you know whether -- by the time you 12:11:12PM
received this request, whether George Hesse had
taken the sergeant's test at any time?

A   Could you repeat that?   12:11:19PM

Q   Yeah. At the time you received this  12:11:20PM
memo in around February of 1999, do you know
whether George Hesse had taken the sergeant's
test at any time?

A   I don't believe he had taken it at   12:11:30PM
this point, no. Because the letter says he's
planning to take the next promotional exam.

Q   My question was, did he ever take any 12:11:42PM
prior to this and failed it, for example?

A   Prior to this date? I'm not certain 12:11:46PM
if he had or not.

Q   And I believe you testified at this  12:11:52PM
point in time, you decided not -- assuming this

EDWARD PARADISO

is the first request, you decided not to make
the proposal to the board; is that correct?

A   Yeah. I told him he had to wait.   12:12:01PM

Q   What was his response when you told   12:12:03PM
him he had to wait?

A   Well, he wasn't thrilled, but I think 12:12:06PM
he understood.

Q   What did he say to lead you to believe 12:12:09PM
he wasn't thrilled?

A   Well, he wanted to know why I felt -- 12:12:13PM
why I felt that he -- that this wasn't something
that I could support at this time, and it was
only shortly after -- the way I recall it is
that he wanted to be able to separate himself
from the rest of the department at a scene, to
have a person with stripes. They would know who
was in charge of the situation if there was a
group officers there. If there was somebody
that needed to be in command, it was obvious
that he would be in command because he had the
stripes and the different shield that set him
apart from the other officers.

Q   Do you recall anything else that was  12:12:54PM
discussed between you and him at that time about

Page 102

EDWARD PARADISO

1  the reason why you didn't believe he was ready?
2  A  No.                                  12:13:18PM
3  Q  I believe you testified there was a   12:13:18PM
4  second request that he had made in writing that
5  you attached a cover letter and forwarded it on;
6  is that correct?
7  A  I believe so, yes.                    12:13:26PM
8  Q  Do you recall whether you spoke with  12:13:27PM
9  him about his potential of becoming an acting
10  sergeant between the first request, which is now
11  Paradiso 2, and the second request that you
12  testified to was about a year later?
13  A  We -- I'm sure we had conversations,  12:13:46PM
14  but I don't remember any particular ones.
15  Q  Do you recall anything that you       12:13:50PM
16  discussed between those two times?
17  A  Not off the top of -- not of my       12:13:55PM
18  recollection, no.
19  Q  And you testified that about a year   12:13:59PM
20  later you received a second request.  Do you
21  recall testifying to that?
22  A  If this is the first one --           12:14:06PM
23  Q  That is the first one.                12:14:08PM
24  A  -- then yeah.                         12:14:09PM
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 103

EDWARD PARADISO

1  MR. GOODSTADT:  Mark that as 3,         12:14:11PM
2  please.
3  (Whereupon, a letter was marked as     12:14:12PM
4  Plaintiff's Exhibit 3 for identification, as
5  of this date.)
6  MR. GOODSTADT:  I've placed in front    12:14:59PM
7  of Mr. Paradiso what's now marked as
8  Paradiso 3.  It's a two-page exhibit.  I
9  know this is not a Bates numbered version,
10  but I believe the Bates numbers are 357 and
11  358.
12  MR. NOVIKOFF:  And just so the record   12:15:14PM
13  is clear, the first page is a letter from
14  Mr. Paradiso to Andrew Miller with a stamp
15  March 30th, 2001, and the second page of
16  this exhibit is a March 25th, 2001 letter
17  purporting from Mr. Hesse to Mr. Paradiso.
18  MR. GOODSTADT:  Right.                  12:15:33PM
19  MR. NOVIKOFF:  Okay.  It's actually a   12:15:33PM
20  memo, it looks like.
21  MR. GOODSTADT:  Right.                  12:15:37PM
22  MR. NOVIKOFF:  Yeah.                    12:15:38PM
23  BY MR. GOODSTADT:                       12:15:38PM
24  Q  Mr. Paradiso, do you recognize the    12:15:39PM
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 104

EDWARD PARADISO

1  pages that have been marked as Paradiso 3?
2  A  I just skimmed through the first one.  12:15:47PM
3  Q  Okay.                                 12:15:54PM
4  A  Okay.  Yes.                           12:15:54PM
5  Q  Before we get to Paradiso 3, though,  12:15:55PM
6  did you speak with anybody on the board about
7  his request in 1999 that was marked as
8  Paradiso 2?
9  A  I don't believe so.                   12:16:07PM
10  Q  So you didn't even raise to anybody on 12:16:07PM
11  the board or the mayor that George Hesse wanted
12  this promotion?
13  A  No.                                   12:16:15PM
14  Q  Okay.  Do you know whether he spoke to 12:16:15PM
15  anyone on the board at the time?
16  A  No.                                   12:16:21PM
17  Q  Okay.  So let's focus on Paradiso 3.  12:16:22PM
18  Just turn to the second page of Paradiso 3,
19  which is the March 25th, 2001 memo from George
20  Hesse to Chief Edward T. Paradiso.
21  Do you see that?                        12:16:34PM
22  A  Uh-huh.                              12:16:35PM
23  Q  Do you recall when you received this? 12:16:39PM
24  A  I guess sometime in March of 2001.    12:16:52PM
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 105

EDWARD PARADISO

1  Q  Do you recall how you received it?    12:16:54PM
2  A  It was probably left on my desk.      12:16:56PM
3  Q  So this is actually two years after   12:16:59PM
4  the initial request, right?
5  A  Okay.                                 12:17:04PM
6  Q  And sitting here today, you don't     12:17:04PM
7  recall discussing this issue with him between
8  the time in 1999 that he submitted Paradiso 2
9  until this time in 2001 that he submitted to you
10  Paradiso 3, or at least the second page of
11  Paradiso 3?
12  A  We probably had conversations, but    12:17:18PM
13  none that I can recall.
14  Q  Do you know whether at this point in  12:17:25PM
15  time George Hesse had taken the sergeant's test?
16  A  I think he had already taken it once, 12:17:30PM
17  but he didn't pass.
18  Q  Did he tell you that he was going to  12:17:35PM
19  take it when he took it between '99 and '01?
20  A  He wouldn't have to tell me.          12:17:41PM
21  Q  Did you know -- did you know that he   12:17:43PM
22  was taking it?
23  MR. NOVIKOFF:  Objection.               12:17:47PM
24  A  I didn't know that he had signed up   12:17:49PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 106

EDWARD PARADISO

1    for it.
2    Q    When did you learn that he failed it?  12:17:51PM
3    A    I think he told me he failed it, I    12:18:01PM
4    guess. I don't remember when I learned it.
5    Q    You don't remember when he told you?  12:18:06PM
6    A    No.                          12:18:08PM
7    Q    Did you regularly receive formal    12:18:09PM
8    memoranda like this from George Hesse?
9    A    It would all depend on what it was    12:18:21PM
10   about. The majority of times we spoke, but we
11   did have correspondence in this regard from time
12   to time also.
13   Q    Other than for promotional requests?  12:18:34PM
14   A    Yeah, for vacation time or, you know,  12:18:36PM
15   different things that would have to come up.
16   Q    So other than for vacation,          12:18:43PM
17   promotions, what do you recall receiving formal
18   memos about?
19   A    Vehicle problems.                12:18:51PM
20   Q    How about problems with officers, did  12:18:54PM
21   you ever receive any formal memo about any
22   problems with any officers?
23        MR. NOVIKOFF: Objection to form.    12:19:00PM
24   A    I don't -- I don't recall any.      12:19:09PM

TSG Reporting - Worldwide  (877) 702-9580

Page 107

EDWARD PARADISO

1    Q    If you look at the second paragraph of 12:19:12PM
2    the second page of Paradiso 3, it says, "The
3    last time we spoke on this, you stated, look at
4    what they did to Bob Golopi."
5         Do you know what he's referring to    12:19:24PM
6    there?
7    A    When Paul Pugliese was mayor, probably 12:19:46PM
8    seven or eight months into his first term of
9    office, he took the role of police commissioner
10   very literally, to the point where he carried
11   around a radio and would call in reports of
12   requests for officers to respond and issue
13   summonses, and he was almost acting as a quasi
14   police officer. He would bring people into the
15   police station and demand that officers would
16   write them summonses. I tried to explain to him
17   how this was a very problematic way to do
18   business, for a sitting mayor to physically drag
19   people into the police station and order
20   officers to write summonses that they didn't
21   witness. Because these are just violations,
22   they're not crimes. And the police officer
23   can't write a violation summons if they don't
24   personally witness, you know, act on information

TSG Reporting - Worldwide  (877) 702-9580

Page 108

EDWARD PARADISO

1    and belief for the violation.
2         He, the mayor, took quite a big      12:21:11PM
3    offensive at this and proceeded to
4    systematically take away duties that were
5    traditionally the chief of police's and turn
6    them over to the second command, Bob Golopi.
7    Bob, I guess, was ready to become the chief of
8    police. I wasn't ready to abdicate that
9    position, but the mayor tried to make life as
10   difficult as possible for me while I was the
11   chief of police.
12        In the course of about nine months,   12:22:02PM
13   the village board came back to me and asked me
14   to resume the duties that were taken away from
15   me, because they realized that the mayor had
16   personal issues with me and it wasn't because I
17   wasn't doing my job properly, and started to
18   twist everything about Bob and really tried to
19   drive a wedge between Bob and I.
20        I never took things that were done    12:22:33PM
21   personally to me, so I'm not a vindictive
22   person, where I'm going to make your life
23   difficult, even though you really weren't as
24   upright as you should've been with me. It never

TSG Reporting - Worldwide  (877) 702-9580

Page 109

EDWARD PARADISO

1    seemed to make sense to go out of your way to
2    try to be vindictive with people.
3         So when the situation came up where   12:22:57PM
4    they gave me back all of my command functions,
5    Bob was put in a very uncomfortable position.
6    He looked for a new job out of state and
7    subsequently left the police department.
8         When I was speaking about this, I     12:23:21PM
9    spoke to George about -- to be careful because
10   the village board didn't always act in a
11   forthright manner because they are -- they're
12   civilians, they're not policemen, and the mayor
13   at the time was not a consistent manager. So to
14   be cautious in dealing with him because he would
15   turn things around and the next thing you know
16   he would have an issue. So that was probably
17   what I was alluding to in this letter.
18   Q    I believe you testified as part of    12:24:12PM
19   that answer that you're not vindictive if people
20   don't do right by you or not stand up for you;
21   is that correct?
22   A    I try not to be vindictive, no.      12:24:22PM
23   Q    Okay. Do you believe that George     12:24:25PM
24   Hesse is vindictive, using that definition?

TSG Reporting - Worldwide  (877) 702-9580

Page 110

EDWARD PARADISO

1
2     MR. NOVIKOFF:  Objection.        12:24:30PM
3     MR. CONNOLLY:  Objection.        12:24:31PM
4     A   I wouldn't classify George as        12:24:42PM
5  vindictive, but I don't think he is able to
6  handle things the way that I handled them in
7  similar situations.  You know, everybody's
8  different.  Everybody has their own management
9  style, and what works for me doesn't work for
10 anyone else.  It just works for me the way I do
11 my job.  So it isn't up to me to classify George
12 as anything else but George.
13    Q   But when you say he handled things   12:25:16PM
14 differently, what are you referring to?
15    MR. NOVIKOFF:  Note my objection.    12:25:27PM
16    A   Well, everybody handles things   12:25:29PM
17 differently.  I mean, you guys are asking the
18 same question, one of you is objecting and one
19 of you is asking the question.  It is all
20 depending on where you are at the time, you
21 know.  What -- what's going on in your life at
22 the time.  Are you having a good day?  Are you
23 having a bad day?  Are you happy at your job?
24 Are you happy at home?  You know, there's a lot
25 of different things that could cause you to act

TSG Reporting - Worldwide  (877) 702-9580

Page 111

EDWARD PARADISO

1
2  a certain way.  So I am not George Hesse, George
3  Hesse is not Ed Paradiso.
4     Q   Did you ever know George Hesse to be  12:26:04PM
5  vindictive?
6     MR. NOVIKOFF:  Objection.        12:26:07PM
7     MR. CONNOLLY:  Objection.        12:26:08PM
8     A   I wouldn't say vindictive, but I've --  12:26:13PM
9  over the years, I think he has been sometimes
10 quick to make a decision without really looking
11 at the whole picture.
12    Q   What do you mean by that?        12:26:39PM
13    A   Well, when he was hired on as the   12:26:40PM
14 third full-timer, he and Sergeant Golopi
15 attempted to start a police union and -- because
16 you need at least two guys to have a union.
17 This was at the same time that I was having my
18 problems with Mayor Pugliese.
19    About a year into that, the scheduling 12:27:15PM
20 duties were taken away from me and given to
21 Sergeant Golopi.  When the new schedule came
22 out, there were problems with the schedule.  I
23 mean, I've been doing this for a long time.
24 Paul Pugliese hasn't been writing police
25 schedules.  He's not a police officer.  He's a

TSG Reporting - Worldwide  (877) 702-9580

Page 112

EDWARD PARADISO

1
2  map maker.  And he would have the entire
3  full-time staff of three officers work Monday
4  through Friday around the clock and put seasonal
5  guys or part-time guys on the weekends.  So you
6  would have no supervision on during the week
7  end.  And I brought this up in a memo to the
8  mayor because I couldn't have any face-to-face
9  dealings with the mayor because he wanted
10 everything in writing.
11    It turns out that Bob and George had   12:28:16PM
12 worked out a deal with the mayor that they would
13 be on call on the weekends at his disposal and
14 to not worry about how the schedule was because
15 they would be there if need be.  So it kind of
16 like poised the two of them against me.  Because
17 here I'm trying to run a police department and
18 I'm trying to do what's best for the village,
19 and it seemed to me like they were trying to
20 work out their own little side deal.
21    So although it seems like a workable   12:28:59PM
22 solution, he kind of like bought a bill of goods
23 from the mayor and should've thought about that
24 more because, just looking at the schedule, you
25 would know that this isn't the way to run a

TSG Reporting - Worldwide  (877) 702-9580

Page 113

EDWARD PARADISO

1
2  police department.  In the off season is when
3  all your full-time -- you know, your owners come
4  back that they rent their homes all summer long.
5  They want to see the police that they know.
6  They want to see the chief of police.  They want
7  to see the sergeant.  They want to see the
8  supervising officer.  They want to see -- they
9  don't want to call up and explain to the guy
10 that's answering the phone who they are.  They
11 want to pick up the phone and go, hey, chief,
12 how are you doing?  Listen, I got a problem at
13 my house.  So I thought it was a poor way of
14 scheduling, and I thought that both Bob and
15 George made an error in agreeing to something
16 like that because, number one, it wasn't best
17 for the village.  It wasn't best for how a
18 police department was running, and it worked to
19 try to undermine my authority with the police
20 department.
21    Q   They did it behind your back and   12:30:11PM
22 didn't tell you about it?
23    A   They didn't tell me about it.     12:30:14PM
24    Q   Did you ever know George Hesse to   12:30:15PM
25 retaliate against somebody for doing something?

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2    MR. NOVIKOFF: Objection.        12:30:20PM
3    MR. CONNOLLY: Objection.       12:30:21PM
4    A   What do you mean by retaliate?   12:30:34PM
5    Q   Just take some adverse action against 12:30:36PM
6    somebody for something they had done or he
7    perceived they had done to him?
8    MR. NOVIKOFF: Objection.       12:30:43PM
9    MR. CONNOLLY: Objection.      12:30:45PM
10   A   I remember one time George had a   12:31:12PM
11   problem with one of the plumbers, and there was
12   a verbal altercation between the plumber and he.
13   And the plumber came in and complained to me
14   about George, and so I have to speak with George
15   about what he had said to the plumber.  And I
16   think he always kind of held a little bit of a
17   grudge with that plumber.  Not that he went out
18   of his way to screw him or to retaliate, but I
19   think that if the opportunity came, he caught
20   him doing something wrong, there wasn't going to
21   be a lot of discretion used in whether or not he
22   was going to write a ticket for it.  He
23   would just write him a ticket.
24   Q   Did he actually write him a ticket?  12:32:05PM
25   A   I think he wrote him a ticket.    12:32:07PM

EDWARD PARADISO

1
2    Q   And you believe that was in      12:32:09PM
3    retaliation for him complaining to you about
4    something he had done?
5    A   No, not at all.                  12:32:14PM
6    MR. NOVIKOFF: Objection.       12:32:16PM
7    MR. CONNOLLY: Objection.      12:32:17PM
8    A   No, not at all.  He didn't write him a 12:32:17PM
9    ticket to retaliate.  Police officers have
10   discretion on whether or not they're going to
11   say, sir, you're not allowed to use a blue pen
12   in this office anymore.  Please put the blue pen
13   away.  Or I'm going to write you a ticket, you
14   know what I mean?  So I would think that with
15   this plumber, if the opportunity came that he
16   caught him doing something that he shouldn't do,
17   he'd be less likely to give a warning and more
18   likely to write a summons.
19   Q   What was the plumber's name?     12:32:52PM
20   A   It was John Petrowsky.           12:32:54PM
21   But I'll tell you the truth, I don't  12:32:58PM
22   know if he ever wrote him a summons.
23   Q   Other than for the plumber incident,  12:33:05PM
24   do you have any other examples of when or if
25   George Hesse -- strike that.

EDWARD PARADISO

1
2    MR. GOODSTADT: Could you just go back 12:33:16PM
3    to what the question was that I asked.
4    Okay.                          12:33:20PM
5    BY MR. GOODSTADT:                 12:33:42PM
6    Q   You gave me the plumber example in   12:33:42PM
7    response to the question about whether you had
8    known George Hesse to be retaliatory, meaning
9    take adverse action against somebody he didn't
10   like.  Any other examples?
11   MR. NOVIKOFF: Objection.       12:33:55PM
12   MR. CONNOLLY: Objection.      12:33:57PM
13   A   First off, I didn't think he was a  12:33:57PM
14   retaliatory person.
15   MR. NOVIKOFF: Exactly.         12:34:01PM
16   A   So, if you could restructure that  12:34:02PM
17   question maybe.
18   Q   Well, I asked you the question about  12:34:09PM
19   whether you'd ever known George Hesse to be
20   retaliatory.  You asked me what I meant by
21   retaliatory.  I told you take an adverse action
22   against somebody for doing something.  Then you
23   gave me the example of the plumber.
24   A   Right.                         12:34:24PM
25   Q   I went back and checked the record.  12:34:24PM

EDWARD PARADISO

1
2    That was the answer to the question.
3    MR. NOVIKOFF: Objection to the   12:34:28PM
4    characterization of the questions and
5    answers.
6    MR. GOODSTADT: Can I finish the   12:34:31PM
7    question first before object?
8    MR. NOVIKOFF: I don't think you got  12:34:34PM
9    to a question.
10   MR. GOODSTADT: Well, I was asking it 12:34:35PM
11   when you objected.
12   MR. NOVIKOFF: Okay.            12:34:35PM
13   BY MR. GOODSTADT:                 12:34:36PM
14   Q   The question is, are there any other  12:34:37PM
15   examples in the same line you gave the example
16   of the plumber for?
17   MR. NOVIKOFF: Objection.       12:34:43PM
18   A   Well, I think that as a supervisor,  12:34:49PM
19   you're dealing with all the people that work for
20   you, and from time to time you're going to have
21   personality conflicts with the officers that
22   work for you, okay?  If you don't resolve an
23   underlying problem, over time, especially over
24   years and years, there could be, you know,
25   some -- I guess some acts that might take

Page 118

EDWARD PARADISO

1  place -- not acts, really, but just ways of
2  dealing with people, you know, that you might
3  give somebody more leeway with their scheduling
4  or something, where with other officers, you
5  might not give that same leeway or that same
6  benefit of the doubt because over a period of
7  time, you know, maybe you had problems with that
8  individual officer or something. So I would
9  think that in that respect from time to time,
10 there were going to be issues that he would be
11 like, you know, I'm not that happy with this
12 guy, so I'm not going to grant him his time off
13 or on, I'm going to give him a crappy assignment
14 or something like that, but nothing that I could
15 give you a who, a what, a where, a when or a
16 why.
17
18     Q    Let's go back to the example you gave  12:36:13PM
19 before about the time where you had to speak
20 with Frank Fiorillo about the car washing
21 incident. Do you recall that?
22     A    Yes.              12:36:22PM
23     Q    And then you went back to George Hesse 12:36:22PM
24 and told him Frank's concerns, correct?
25     A    Right.            12:36:26PM

TSG Reporting - Worldwide  (877) 702-9580

Page 119

EDWARD PARADISO

2     Q    Do you know whether George Hesse did  12:36:27PM
3  anything to Frank in response to your telling
4  him that Frank had complained to you?
5     A    I think he wanted to put a letter in  12:36:35PM
6  Frank's jacket about the incident.
7     Q    Did he do that?            12:36:41PM
8     A    No.                12:36:42PM
9     Q    Do you know whether he did anything  12:36:44PM
10 else in response to you telling George Hesse
11 that Frank had raised a complaint about the way
12 he had told him to wash the car?
13     A    I don't exactly recall, but I know   12:37:03PM
14 that he wasn't -- he wasn't satisfied with the
15 way I handled the situation.
16     Q    Who wasn't?            12:37:10PM
17     A    George.            12:37:10PM
18     Q    Did you ever hear that George put    12:37:11PM
19 Frank under a light post for three tours in a
20 row in response to you telling him that Frank
21 had raised a complaint about him?
22         MR. NOVIKOFF:  Note my objection to   12:37:22PM
23 the form.
24     A    Put him under a light post?          12:37:25PM
25     Q    Made him stand under a light post for 12:37:26PM

TSG Reporting - Worldwide  (877) 702-9580

Page 120

EDWARD PARADISO

2  three straight tours.
3     A    Which light post?          12:37:31PM
4     Q    Any light post.            12:37:33PM
5     A    Are you waiting for him?    12:37:57PM
6     Q    No, I had a question.          12:37:59PM
7     A    I thought you had more coming.    12:38:02PM
8         I don't recall it.          12:38:04PM
9     Q    Let's go back to Paradiso 3, the first 12:38:11PM
10 page. You forwarded this on, this memo on to
11 Mr. Miller; is that correct?
12     A    Yes.              12:38:19PM
13     Q    And he was the commissioner who was   12:38:19PM
14 appointed by --
15     A    Mayor Rogers.          12:38:24PM
16     Q    By Mayor Rogers, correct?        12:38:25PM
17     A    Yeah.              12:38:27PM
18     Q    So when you forwarded this on to     12:38:27PM
19 Mr. Miller, did you speak with him at all about
20 the request?
21     A    Yeah, I probably -- I must have had a 12:38:41PM
22 conversation with him about it. I told him that
23 I was sending the letter up, George's request,
24 and that I thought it should be approved.
25     Q    Did you speak with him at all about   12:38:51PM

TSG Reporting - Worldwide  (877) 702-9580

Page 121

EDWARD PARADISO

2  the fact that George hadn't passed his
3  sergeant's test?
4     A    No.                12:38:57PM
5     Q    Did you speak with any other people  12:38:58PM
6  who were CC'ed there, meaning the mayor and the
7  three village trustees and the village
8  administrator?
9     A    No.                12:39:06PM
10     Q    Why did you CC the mayor, three      12:39:08PM
11 trustees and the administrator?
12     A    Because they were the ones that were 12:39:13PM
13 going to have to make the determination on
14 whether or not they were going to grant his --
15 his new status change.
16     Q    And Mayor Miller was a trustee at the 12:39:28PM
17 time?
18     A    Yes.              12:39:31PM
19     Q    Did George receive the formal        12:39:35PM
20 appointment?
21     A    They granted him the provisional     12:39:38PM
22 appointment.
23     Q    Were you at the board meeting when   12:39:42PM
24 that happened?
25     A    I think so.            12:39:45PM

TSG Reporting - Worldwide  (877) 702-9580

Page 122

EDWARD PARADISO

2    Q    Did you actually make a presentation  12:39:46PM
3  to the board?
4    A    I don't recall.                     12:39:51PM
5    Q    You don't recall one way or the other? 12:39:52PM
6    A    No.                                 12:39:55PM
7    Q    Do you know whether George made a    12:39:56PM
8  presentation to the board?
9    A    I don't know.                       12:39:59PM
10   Q    Just going back to the question of   12:40:00PM
11  which light post.  I believe it was on the
12  corner of Bay Walk and Denhoff?
13   A    Bay Walk and Denhoff -- when -- I    12:40:07PM
14  don't recall him being posted there, but that's
15  a busy spot.  It would not be uncommon to have
16  somebody standing there.
17   Q    For three straight tours without     12:40:23PM
18  leaving?
19   A    Well, there's a lot going on there.  I 12:40:26PM
20  don't know what tours they were.  I don't know
21  when it was.  Was it in the middle of the
22  winter?  Was it middle of the summer?  I'm not
23  certain.
24   Q    Well, do you recall when the complaint 12:40:36PM
25  came in from Fiorillo that Hesse had ordered to

TSG Reporting - Worldwide  (877) 702-9580

Page 123

EDWARD PARADISO

2  do this in an inappropriate manner?
3    A    Not entirely, no.                    12:40:43PM
4    Q    You don't recall if it was during the 12:40:45PM
5  season or during the winter?
6    A    I just remember the incident.  I don't 12:40:49PM
7  remember when it was.
8    Q    Do you know whether this appointment  12:40:54PM
9  -- Hesse's appointment to provisional
10  sergeant, whether that was reported to Civil
11  Service?
12   A    I don't believe so.                  12:41:03PM
13   Q    You don't believe it was reported to  12:41:04PM
14  Civil Service?
15   A    No.                                 12:41:06PM
16   Q    Was that something that should be     12:41:06PM
17  reported to Civil Service?
18   A    Not a provisional appointment.       12:41:09PM
19   Q    Do you know whether he ever received a 12:41:15PM
20  full appointment?
21   A    No, he did not.                     12:41:18PM
22   Q    How come?                           12:41:19PM
23   A    He never passed the sergeant's test.  12:41:21PM
24   Q    Do you know whether he took the       12:41:23PM
25  sergeant's test at any other time?

TSG Reporting - Worldwide  (877) 702-9580

Page 124

EDWARD PARADISO

2    A    I don't know.                       12:41:26PM
3    Q    So when he received -- just to go     12:41:30PM
4  back.  Before, I think you said when he received
5  the provisional appointment, he had a change in
6  his uniform?
7    A    New badge and stripes.              12:41:40PM
8    Q    And again, the badge and stripes don't 12:41:41PM
9  indicate that it's provisional as opposed to
10  being a sergeant?
11   A    No.                                 12:41:48PM
12   Q    Was there a change in the village --  12:41:48PM
13  strike that.
14        Was there a change in the police     12:41:50PM
15  department letterhead indicating that he was the
16  sergeant?
17   A    He wasn't added to the letterhead.   12:41:53PM
18   Q    As sergeant, did he have authority to 12:42:04PM
19  hire and fire?
20   A    No.                                 12:42:11PM
21   Q    Would he be able to -- strike that.   12:42:17PM
22        Would he need your approval do so?    12:42:20PM
23   A    Yes.                                12:42:22PM
24   Q    And the provisional appointment, is   12:42:27PM
25  that a competitive appointment?

TSG Reporting - Worldwide  (877) 702-9580

Page 125

EDWARD PARADISO

2    A    No.                                 12:42:32PM
3    Q    So there's no canvass letter?        12:42:33PM
4    A    No.                                 12:42:35PM
5    Q    No list?                            12:42:36PM
6    A    It's not a competitive appointment.  12:42:37PM
7    Q    Do you know whether he ever signed up 12:42:42PM
8  to take the sergeant's test and actually not
9  take it, was a no show?
10   A    I don't know.                       12:42:49PM
11   Q    Do you know how many times the test   12:42:55PM
12  has been administered since 2001?
13   A    No, I do not.                       12:43:00PM
14   Q    Did you ever have to discipline George 12:43:10PM
15  Hesse?
16        MR. NOVIKOFF:  Objection.           12:43:15PM
17   A    I don't recall ever having to do so.  12:43:35PM
18   Q    Did there come a point in time where  12:43:37PM
19  -- well, strike that.
20        When you were the chief and he was a  12:43:40PM
21  sergeant, did you have specific tours that each
22  of you worked, like set tours?
23        MR. NOVIKOFF:  Objection.           12:43:48PM
24   A    Yes.                                12:43:48PM
25   Q    What were the tours that you worked?  12:43:49PM

TSG Reporting - Worldwide  (877) 702-9580

Page 126

EDWARD PARADISO

1
2      A    I worked Tuesday through Sunday day    12:43:51PM
3  tours.
4      Q    And what did he work?                  12:43:59PM
5      A    He worked Friday through Monday. He    12:44:00PM
6  worked nights. But his would alternate. He'd
7  either work 9 at night to 5 in the morning or 4
8  to 12, depending on the day of the week.
9      Q    Did there ever come a point in time    12:44:22PM
10 when you guys switched tours for a while?
11     A    Some days we'd switch tours.           12:44:27PM
12     Q    Was there a point in time where you    12:44:29PM
13 were working the night tours and he worked the
14 day tours for a while?
15     A    Yes.                                   12:44:35PM
16     Q    When was that?                         12:44:35PM
17     A    That was summer of 2002.               12:44:36PM
18     Q    Okay. Why did you switch tours with    12:44:44PM
19 him during that period?
20     A    I was ordered to by the village.       12:44:47PM
21     Q    Do you know why?                       12:44:52PM
22     A    They said that things were out of      12:44:54PM
23 control at night and they wanted me more
24 visible. They ordered -- I said that -- they
25 also ordered me to have George wear a white

TSG Reporting - Worldwide  (877) 702-9580

---

Page 127

EDWARD PARADISO

1  shirt during the day so they could identify him
2  as being the supervisor on during the day.
3      Q    Any other reasons?                     12:45:16PM
4      A    I think also, too, because of the year 12:45:21PM
5  prior I had gone through a divorce with my wife,
6  ex-wife, and I think it was -- they felt a
7  little put off that this scandal took place in
8  their little town, as chief of police, divorcing
9  his wife. My ex was very vocal and started
10 spending a lot of time out at night in the bars
11 and would complain about me to anybody that
12 would listen. So it was a wonderful time in my
13 life, actually.
14     MR. NOVIKOFF: Can you just read that   12:46:08PM
15 answer back.
16     (Whereupon, the requested portion was   12:46:10PM
17 read back by the court reporter: I think
18 also, too, because of the year prior I had
19 gone through a divorce with my wife,
20 ex-wife, and I think it was -- they felt a
21 little put off that this scandal took place
22 in their little town, as chief of police,
23 divorcing his wife. My ex was very vocal
24 and started spending a lot of time out at

TSG Reporting - Worldwide  (877) 702-9580

---

Page 128

EDWARD PARADISO

1  night in the bars and would complain about
2  me to anybody that would listen. So it was
3  a wonderful time in my life, actually.)
4  BY MR. GOODSTADT:                              12:46:40PM
5      Q    Why would the board order you to be on 12:46:41PM
6  nights because of that?
7      MR. NOVIKOFF: Objection.                12:46:44PM
8      A    Because they did not feel I was as     12:46:47PM
9  visible as they thought I should be and they
10 wanted to see me more. And so -- and they said
11 the bar scene had gotten out of control at night
12 and that they wanted me to rein the town in
13 before the new trustee came in to being sworn in
14 in the village.
15     Q    Did you view that as a form of         12:47:11PM
16 discipline for yourself?
17     A    I wasn't happy about it. I was a       12:47:15PM
18 little upset that they would feel the need to
19 have me on at nighttime. I was a little upset
20 that they felt that the village was out of
21 control. And when I informed George about it, I
22 said to him, I go, they want me on at nights
23 because you're not doing your job at night, so I
24 have to go on at night. Thanks a lot.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 129

EDWARD PARADISO

1      Q    Is that what your belief was when they 12:47:53PM
2  said things were out of control at night, that
3  George wasn't doing his job?
4      A    At that time, yeah. That was my        12:48:02PM
5  belief, yeah. That's what they said to me.
6      Q    Did you view it as a form of           12:48:06PM
7  discipline to George?
8      A    Working days?                          12:48:09PM
9      Q    No. I mean --                          12:48:11PM
10     A    Please. I would've loved to have been  12:48:13PM
11 disciplined that way.
12     Q    I understand that. But I guess what    12:48:16PM
13 I'm asking you is -- well, strike that.
14         Do you think had George been doing his  12:48:22PM
15 job and not letting the place get out of
16 control, that that switch would've happened?
17     MR. NOVIKOFF: Objection --                12:48:29PM
18     MR. CONNOLLY: Objection.                   12:48:30PM
19     MR. NOVIKOFF: -- to the form of the        12:48:30PM
20 question.
21     A    I don't think the place was that out   12:48:33PM
22 of control, okay? I think the village needed --
23 wanted to do something because they had a new
24 trustee in power who wanted to be mayor. And he

TSG Reporting - Worldwide  (877) 702-9580

Page 130

EDWARD PARADISO

1  also wanted to be the police commissioner, and
2  he wanted to close down the village at 2:00 in
3  the morning.  And he wanted to do this and he
4  wanted to do that.  So they wanted everything
5  back nice and quiet before he took office.
6  Because once he got in, they didn't want him
7  taking the credit for all the big changes that
8  were taking place.
9          MR. NOVIKOFF:  Who was the trustee?   12:49:10PM
10  BY MR. GOODSTADT:                         12:49:11PM
11      Q    Who was the trustee?         12:49:11PM
12      A    That was Steven Einig, E-N-I-G.   12:49:13PM
13      Q    I think it's E-I-N-I-G.  I believe.   12:49:22PM
14          Who told you -- who actually delivered 12:49:39PM
15  this news to you from the board?
16          MR. NOVIKOFF:  Objection.        12:49:42PM
17      A    Mayor Rogers, James Mallet and Scott   12:49:47PM
18  Hirsch.
19      Q    And they explained to you the reason   12:50:02PM
20  was because things were out of control at night
21  and that George had to wear a white shirt.  Did
22  they explain to you anything about your wife?
23      A    No.  They left that out.  They said I   12:50:14PM
24  wasn't very visible last year, meaning the

TSG Reporting - Worldwide  (877) 702-9580

Page 131

EDWARD PARADISO

1  summer of 2001, and that people needed to see
2  their chief of police out and about.  And I
3  said, well, you know, they're not going to see
4  anybody during the day.  And he goes, well, then
5  have George wear a white shirt to identify him
6  during the day.
7      Q    Did James Mallet own a bar in Ocean   12:50:42PM
8  Beach?
9      A    Yes.                     12:50:47PM
10      Q    What bar, do you know?          12:50:47PM
11      A    Albatross.                12:50:50PM
12      Q    And did Mr. Hirsch own a bar?     12:50:51PM
13      A    Yes.                     12:50:54PM
14      Q    In Ocean Beach?             12:50:54PM
15      A    Yes, he did.               12:50:55PM
16      Q    What did he own?             12:50:56PM
17      A    He owned the Island Mermaid.     12:50:57PM
18      Q    And they were concerned that Einig was 12:51:03PM
19  going to come in with all these new rules?
20      A    Yes.                     12:51:08PM
21      Q    And it would've hurt their businesses? 12:51:09PM
22      A    Not so much that it would hurt their   12:51:12PM
23  businesses, but that he would take credit for
24  reining in the town and that he would be next in

TSG Reporting - Worldwide  (877) 702-9580

Page 132

EDWARD PARADISO

1  line to become mayor.
2      Q    Did Mayor Rogers -- Mayor Rogers was   12:51:22PM
3  the mayor at the time?
4      A    Yes.                     12:51:28PM
5      Q    Did she ever tell you that the switch   12:51:28PM
6  was a form of discipline on you because you were
7  double dipping in another job?
8      A    I was never double dipping in another   12:51:37PM
9  job.
10      Q    Do you know whether Mayor Rogers ever   12:51:40PM
11  investigated you for double dipping in another
12  job?
13      A    Yes.                     12:51:44PM
14      Q    Okay.  When did you learn about that?   12:51:45PM
15      A    I had to sit down with the village     12:51:49PM
16  attorney, go through all my time sheets, and
17  cleared myself.
18      Q    What was your other job that you had?   12:52:04PM
19      A    I worked school security at East Islip 12:52:06PM
20  High School.
21      Q    Do you know how the issue arose which   12:52:15PM
22  led the -- strike that.
23          Do you know how the village learned   12:52:20PM
24  about this alleged double dipping that led to

TSG Reporting - Worldwide  (877) 702-9580

Page 133

EDWARD PARADISO

1  their investigation?
2      A    Dale Wykoff put in a Freedom of        12:52:28PM
3  Information Act to get my hours at the school
4  that I was working at.
5      Q    And who is Dale Wykoff?          12:52:34PM
6      A    Dale Wykoff is the post mistress.   12:52:36PM
7      Q    Do you know why she did that?      12:52:41PM
8      A    I have no idea.               12:52:44PM
9      Q    Did you ever speak with her about it?   12:52:45PM
10      A    Yeah.                    12:52:49PM
11      Q    And what did -- what did you discuss   12:52:51PM
12  with her about the double-dipping issue?
13      A    She was very matter of fact about it.   12:52:56PM
14  She said that people were talking about it, but
15  nobody wanted to do anything because they didn't
16  want to incur my wrath, and that she knew that I
17  wasn't like that, so she would be the one to
18  file the freedom of information to get the
19  information.
20      Q    Were you friendly with Ms. Wykoff?   12:53:13PM
21      A    Yeah.  I've known her forever.  My   12:53:15PM
22  kids went to school with her.  And I was the
23  officer that responded when her son committed
24  suicide.

TSG Reporting - Worldwide  (877) 702-9580

Page 134

EDWARD PARADISO

1    Q    Her son committed suicide in Ocean    12:53:26PM
2  Beach?
3    A    Yes.                              12:53:28PM
4    Q    When was that?                    12:53:29PM
5    A    It was Halloween 2000 something.    12:53:29PM
6    Q    Prior to '04?                     12:53:46PM
7    A    Yeah. Yeah, it was prior.         12:53:50PM
8        MR. NOVIKOFF: Was the question prior   12:53:52PM
9  to '04?
10        MR. GOODSTADT: Was the Halloween   12:53:54PM
11  something prior to -- prior to Halloween
12  2004.
13    A    Yeah, it was prior. Yeah.        12:53:59PM
14    Q    And then you said that the board   12:54:05PM
15  ordered you to have George Hesse wear a white
16  shirt; is that correct?
17    A    Right.                           12:54:13PM
18    Q    Is it appropriate for the second in   12:54:14PM
19  command to wear a white shirt?
20        MR. NOVIKOFF: Objection.          12:54:17PM
21    A    It's usually set up for lieutenant and   12:54:18PM
22  above.
23    Q    And Mr. Hesse wasn't lieutenant, was   12:54:21PM
24  he, at the time?

TSG Reporting - Worldwide  (877) 702-9580

Page 135

EDWARD PARADISO

1    A    No.                              12:54:24PM
2    Q    And he wasn't above lieutenant, was   12:54:25PM
3  he?
4    A    No.                              12:54:28PM
5    Q    Did you raise that with the board,   12:54:28PM
6  that a white shirt is only for a lieutenant and
7  above?
8    A    No.                              12:54:33PM
9    Q    Did he wear the white shirt?      12:54:34PM
10    A    Yeah.                            12:54:36PM
11    Q    For how long?                    12:54:36PM
12    A    Oh, till about August.           12:54:41PM
13    Q    Is that when you guys switched back   12:54:45PM
14  shifts?
15    A    Yeah.                            12:54:48PM
16    Q    Just so I'm clear, how long was the   12:54:49PM
17  shift change for? How many weeks or months?
18    A    Wait a second. I might have made a   12:54:55PM
19  mistake there. Hold on a second.
20        It was until September.           12:55:14PM
21    Q    So from --                       12:55:16PM
22    A    From --                          12:55:18PM
23    Q    From when until September?       12:55:19PM
24    A    From end of June until September.   12:55:21PM

TSG Reporting - Worldwide  (877) 702-9580

Page 136

EDWARD PARADISO

1    Q    Did there come a point in time that   12:55:46PM
2  George Hesse was promoted from the provisional
3  appointment to acting sergeant?
4    A    They were the same appointment.   12:55:54PM
5    Q    The provisional appointment to acting   12:55:58PM
6  sergeant, that was an appointment. The question
7  is, was he ever promoted subsequent to that
8  point?
9    A    No. He'd have to pass the sergeant's   12:56:06PM
10  test to get promoted -- oh, yes. Yeah, he got
11  promoted to deputy chief after I got hurt. I'm
12  sorry.
13    Q    Do you know when that was?       12:56:18PM
14    A    January or February of 2006.     12:56:27PM
15    Q    When did you get hurt?           12:56:31PM
16    A    I got hurt in August of 2005.    12:56:33PM
17    Q    You went out on disability in    12:56:37PM
18  August 2005?
19    A    I went out for three days, came back   12:56:40PM
20  to work, and then I went out for good on
21  September the 26th.
22    Q    2005?                            12:56:48PM
23    A    2005.                            12:56:49PM
24    Q    You never actively worked after that?   12:56:51PM

TSG Reporting - Worldwide  (877) 702-9580

Page 137

EDWARD PARADISO

1    A    No.                              12:56:53PM
2    Q    So you remained acting chief from   12:56:54PM
3  September 26th, 2005 until that July or August
4  date 2008?
5    A    Right.                           12:57:02PM
6    Q    As acting chief out on disability?   12:57:04PM
7    A    Right.                           12:57:06PM
8    Q    Did you do any work while you were   12:57:07PM
9  out?
10    A    No.                             12:57:09PM
11    Q    How did you learn that George Hesse   12:57:11PM
12  was promoted to deputy chief?
13    A    I got a letter in the mail.      12:57:16PM
14    Q    From who?                        12:57:18PM
15    A    Huh?                             12:57:21PM
16    Q    From who?                        12:57:21PM
17    A    From the mayor.                  12:57:22PM
18    Q    Were you consulted prior to -- strike   12:57:23PM
19  that.
20        What did the letter say?          12:57:26PM
21    A    It said, dear Mr. Paradiso, this   12:57:28PM
22  letter is to inform you that in an effort to
23  remain -- to maintain chain of command in the
24  police department, the village board has

TSG Reporting - Worldwide  (877) 702-9580

Page 138

EDWARD PARADISO

1  promoted George Hesse to acting deputy chief.
2  Good luck in your recovery.
3      Q    Who was the mayor at the time?    12:58:07PM
4      A    Mayor Rogers.    12:58:11PM
5      Q    Did you keep a copy of that letter?    12:58:12PM
6      A    Yeah, I think I have it on the desktop 12:58:16PM
7  on my computer.  It was an E-mail attachment.
8      Q    Did they consult you prior to that    12:58:30PM
9  promotion with respect to the fact that they
10  were going to promote him?
11     A    Nope.    12:58:37PM
12     Q    How about subsequent to receiving that 12:58:38PM
13  letter, did you ever speak with Mayor Rogers
14  about that promotion?
15     A    Nope.    12:58:43PM
16     Q    Did you ever opine whether you thought 12:58:44PM
17  George Hesse was qualified for the position?
18     A    One more time.    12:58:49PM
19     Q    Did you ever opine whether George    12:58:50PM
20  Hesse was qualified?
21     A    What does "opine" mean?    12:58:53PM
22     Q    Give your opinion, whether you agreed? 12:58:57PM
23     A    I wasn't consulted in the decision.    12:58:58PM
24  Why would I give my opinion afterwards?
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 139

EDWARD PARADISO

1      Q    And you were still the chief at the    12:59:04PM
2  time?
3      A    Technically.    12:59:07PM
4      Q    Do you know if George Hesse ever    12:59:15PM
5  requested that promotion, like he had done for
6  the sergeant's position?
7      A    I have no idea.    12:59:19PM
8      Q    Did you discuss that promotion with    12:59:21PM
9  any board members?
10     A    Nope.    12:59:24PM
11     Q    Either before or after?    12:59:25PM
12     A    Nope.    12:59:26PM
13     Q    Did you ever discuss it with Joe    12:59:30PM
14  Loeffler?
15     A    Nope.    12:59:33PM
16     Q    Do you know who made the decision?    12:59:35PM
17     A    Nope.    12:59:36PM
18     Q    Was Loeffler on the board at the time? 12:59:44PM
19     A    Yes.    12:59:47PM
20     Q    Is there a test for deputy chief,    12:59:53PM
21  Civil Service test?
22     A    I don't think so.    1:00:02PM
23     Q    Do you need to pass a sergeant's test  1:00:04PM
24  in order to become deputy chief?
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 140

EDWARD PARADISO

1      MR. NOVIKOFF:  Objection.    1:00:08PM
2      A    I was always under the impression that 1:00:09PM
3  you had to be at least a Civil Service sergeant
4  to get appointed to any position above sergeant.
5  But that was my understanding.  I don't know if
6  it was the law.
7      Q    What is your impression or    1:00:25PM
8  understanding based on?
9      A    What is my understanding based on?    1:00:28PM
10     Q    Yeah.    1:00:31PM
11     A    It's what Joe Loeffler, Sr. told me    1:00:31PM
12  back 20 years ago.
13     Q    So if your understanding is correct,  1:00:34PM
14  then the board acted improperly by pointing him
15  deputy chief?
16     MR. CONNOLLY:  Objection.    1:00:44PM
17     A    I doubt the board would do anything    1:00:44PM
18  improper, because they have a very competent
19  legal team that advises them.  So if it was
20  illegal, they wouldn't do it.
21     Q    What do you mean by if it was illegal? 1:00:56PM
22     A    If it was against the law to have    1:01:01PM
23  appointed him, they wouldn't have done it.
24     Q    You mean violate Civil Service law?    1:01:06PM
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 141

EDWARD PARADISO

1      A    Right.    1:01:08PM
2      Q    Sitting here today, do you know    1:01:09PM
3  whether George Hesse ever passed the sergeant's
4  test?
5      A    I don't believe he ever did, no.    1:01:15PM
6      Q    Sitting here today do you know how    1:01:19PM
7  many times he's taken it?
8      A    I know he's taken it at least once.    1:01:22PM
9      Q    Do you know whether this appointment   1:01:35PM
10  or promotion was reported to Civil Service?
11     A    I have no idea.    1:01:41PM
12     MR. GOODSTADT:  Just mark that,    1:01:55PM
13  please.
14     (Whereupon, Bates document 28 was    1:01:56PM
15  marked as Plaintiff's Exhibit 4 for
16  identification, as of this date.)
17     MR. GOODSTADT:  I've placed in front    1:02:27PM
18  of Mr. Paradiso what's now been marked as
19  Paradiso 4.  It's a one-page exhibit.  I
20  know it's not Bates numbered -- it is Bates
21  numbered 28.
22  BY MR. GOODSTADT:    1:02:40PM
23     Q    Mr. Paradiso, have you ever seen this  1:02:40PM
24  page of the minutes from the Incorporated
25

TSG Reporting - Worldwide  (877) 702-9580

Page 142

EDWARD PARADISO

1  Village of Ocean Beach Board of Trustees meeting
2  from January 28, 2006?
3
4       A   No.                          1:02:49PM
5       Q   Okay.  If you look down on the section  1:02:50PM
6  that says "Designation of George Hesse as deputy
7  chief of police."
8       Do you see that?                 1:03:00PM
9       A   Yes.                         1:03:00PM
10      Q   And it says that -- in the second line  1:03:01PM
11  it says, "Trustee Loeffler made motion to
12  designate George Hesse as deputy chief of police
13  with all power and authority involved in that
14  position."
15      Do you see that?                 1:03:13PM
16      A   Yes.                         1:03:14PM
17      Q   Do you know what that means, all power  1:03:15PM
18  and authority involved in that position?
19      A   I guess you would have to ask Trustee  1:03:19PM
20  Loeffler what that means.
21      Q   You don't know what it means?    1:03:22PM
22      A   I can only postulate by reading it  1:03:24PM
23  that it gives him all power and authority
24  involved with acting as the deputy chief of
25  police.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 143

EDWARD PARADISO

1       Q   Do you know how George Hesse's role  1:03:36PM
2  changed come January 28, 2006, other than for
3  the title change?
4       MR. NOVIKOFF:  Objection to the form.  1:03:47PM
5  Compared to what time period?          1:03:51PM
6       MR. GOODSTADT:  Compared to the day  1:03:53PM
7  before he had the title change.
8       MR. NOVIKOFF:  Then you have --   1:03:57PM
9       MR. GOODSTADT:  When he was sergeant.  1:03:58PM
10      MR. NOVIKOFF:  Well, there was period  1:03:59PM
11  of time that he was sergeant, and then
12  Mr. Paradiso, from what I recollect his
13  testimony being, left in August or September
14  due to injury.  And then Mr. Hesse was there
15  between September and December and
16  Mr. Paradiso wasn't.  So that was the basis
17  of my question.
18      MR. GOODSTADT:  Okay.             1:04:15PM
19      MR. NOVIKOFF:  It's a foundation   1:04:15PM
20  question, really.
21      MR. GOODSTADT:  That's a good point.  1:04:17PM
22  BY MR. GOODSTADT:                      1:04:18PM
23      Q   Between the time of your going out on  1:04:18PM
24  disability and Hesse receiving his promotion,

TSG Reporting - Worldwide  (877) 702-9580

---

Page 144

EDWARD PARADISO

1  did his role change?
2       MR. NOVIKOFF:  Objection to form.  1:04:29PM
3       A   I think in the time that I got hurt to  1:04:34PM
4  the time that this took place, my role changed.
5  I was no longer actively working at the police
6  station and I was no longer making the
7  day-to-day decisions of the police department.
8  When I went out, we had had a string of rain.  I
9  think we had 12 days of straight rain in
10  October.  And I went in to sign the payroll.
11  Because I had only been out from the 26th, so
12  I'm thinking that I gotta go in and at least
13  sign the payroll.  And I looked at the payroll
14  sheets, and George had himself down for three
15  24-hour tours during this height of the storms.
16  And I said, George, you know, how can I sign
17  this?  How can you work 24 hours a day?  And he
18  said, oh, it's okay, I already cleared it with
19  Joe Loeffler.  And I said, oh, okay, then I
20  don't have to sign these.  And I realized that,
21  you know, I was already out of the loop of
22  decision making, that George and Joe Loeffler
23  were going to be handling the day-to-day, and I
24  would just have to have my surgery and recover

TSG Reporting - Worldwide  (877) 702-9580

---

Page 145

EDWARD PARADISO

1  and hopefully get back to duty as soon as
2  possible.  And it didn't work out that way.
3       Q   And did you -- had you ever seen  1:06:02PM
4  somebody work three 24-hour shifts in one pay
5  period?
6       A   Oh, I've done it.            1:06:08PM
7       Q   Three 24-hour shifts?       1:06:11PM
8       A   Yeah.  I didn't get paid for 24 hours.  1:06:12PM
9  I'd get paid for my eight hours.  But back when
10  I first worked with Joe Loeffler, we would work
11  four days 24 hours a day and then be off three.
12      Q   So you wouldn't sleep at all?  1:06:25PM
13      A   Oh, you'd sleep.  You'd be on call for  1:06:27PM
14  those times, you know, so -- it was only the two
15  of us back then.  We didn't have the seasonals
16  in the off season.  After the ferries stopped
17  running on Memorial Day, very few people would
18  be out there.  There would only be the
19  year-round residents.  Nothing would be open.
20  So we worked our normal shift, and then we'd be
21  on call for the other 16.  We had the police
22  phone in our house.  It was kind of like Jaws,
23  you know?
24      Q   But you never got paid?     1:06:56PM

TSG Reporting - Worldwide  (877) 702-9580

Page 146

EDWARD PARADISO

1    A    No.                            1:06:57PM
2    Q    Have you ever seen anyone get paid for  1:06:58PM
3  a 24 hour shifts?
4    A    George did.                    1:07:01PM
5    Q    Other than for George?         1:07:02PM
6    A    Yes.  Yeah, I had other guys that  1:07:05PM
7  would come in and work like a holiday where I
8  couldn't get anybody else to work, so they would
9  work a complete 24-hour tour and stay up.
10   Q    Did you believe that George worked  1:07:18PM
11 those three 24-hour tours?
12       MR. NOVIKOFF: Objection.        1:07:22PM
13       MR. CONNOLLY: Objection.        1:07:23PM
14   A    He wrote it, he signed it. I doubt  1:07:23PM
15 that he would sign anything he didn't do.
16       MR. NOVIKOFF: I withdraw my      1:07:30PM
17 objection.  Just kidding.
18 BY MR. GOODSTADT:                      1:07:44PM
19   Q    And so the promotion to deputy chief,  1:07:44PM
20 that's senior to sergeant, correct?
21   A    Yes.                           1:07:49PM
22   Q    So during the period that you were on  1:07:50PM
23 leave prior to the January of '06 promotion, did
24 George have the authority to hire and fire?
25

TSG Reporting - Worldwide  (877) 702-9580

Page 147

EDWARD PARADISO

1    A    I don't know what authority he had.  1:08:03PM
2    Q    How about after a January 28th of  1:08:05PM
3  2006, did George have the authority to hire and
4  fire?
5    A    Well, I guess when they made him  1:08:14PM
6  deputy chief, they gave him the authority to
7  hire and fire.
8        MR. NOVIKOFF: Can you just read back  1:08:19PM
9  the prior question and answer.
10       (Whereupon, the requested portion was  1:08:22PM
11 read back by the court reporter:  Q, So
12 during the period that you were on leave
13 prior to the January of '06 promotion, did
14 George have the authority to hire and fire?
15 A, I don't know what authority he had.)
16 BY MR. GOODSTADT:                      1:08:22PM
17   Q    And it's your understanding that after  1:08:42PM
18 January of 2006, that he had authority to hire
19 and fire?
20       MR. NOVIKOFF: Objection.         1:08:47PM
21   A    I can only go by what is written here,  1:08:48PM
22 that they gave him all the authority that the
23 job entails.  So I guess they gave him the
24 authority to hire and fire.
25

TSG Reporting - Worldwide  (877) 702-9580

Page 148

EDWARD PARADISO

1    Q    And he didn't have to come to you for  1:08:58PM
2  approval after that?
3    A    He didn't.                      1:09:02PM
4    Q    Before that, while you were still  1:09:07PM
5  there, did he come to you for approval to hire
6  and fire?
7        MR. NOVIKOFF: Objection.         1:09:17PM
8    A    When?                          1:09:17PM
9    Q    While you were still actively working  1:09:17PM
10 and George was a sergeant, did he need your
11 approval to hire and fire?
12       MR. NOVIKOFF: Note my objection as to  1:09:24PM
13 form.
14   A    George didn't have the authority to  1:09:27PM
15 hire and fire.
16   Q    So is it your understanding that he  1:09:36PM
17 gained that authority with this promotion?
18       MR. NOVIKOFF: Objection to form.  1:09:42PM
19   A    It's my understanding by reading  1:09:44PM
20 what's written here that they gave him that
21 authority.
22   Q    Okay.  And just so the record is  1:09:49PM
23 crystal clear, because it's an important point,
24 to your understanding, prior to this promotion,
25

TSG Reporting - Worldwide  (877) 702-9580

Page 149

EDWARD PARADISO

1  had he ever been granted that authority?
2        MR. NOVIKOFF: Objection.  Asked and  1:10:02PM
3  answered.
4    A    I have no idea.                 1:10:04PM
5    Q    Okay.                          1:10:05PM
6        MR. NOVIKOFF: You're talking about  1:10:06PM
7  between the period of time that Mr. Paradiso
8  went out on disability and the date of this
9  promotion?
10       MR. GOODSTADT: Or anytime before  1:10:13PM
11 that.
12       MR. NOVIKOFF: I think he's already  1:10:14PM
13 testified while he was active, Mr. Hesse had
14 no hiring or firing authority.
15       MR. GOODSTADT: Okay.  Then I guess  1:10:20PM
16 it's that sub period, then.
17   A    You gotta repeat that last part.  1:10:26PM
18   Q    My question was whether you're aware  1:10:29PM
19 of -- prior to January 28th, 2006, were you
20 aware at any point in time where George was
21 given the authority to hire and fire prior to
22 this promotion?
23   A    No.                            1:10:44PM
24   Q    Do you know whether George Hesse  1:11:01PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 150

EDWARD PARADISO

1  received any promotions from the title of deputy
2  chief of police?
3      A    No.                              1:11:09PM
4      Q    Is there a difference between a deputy  1:11:11PM
5  chief of police and a chief of police?
6      MR. NOVIKOFF:  Objection.             1:11:15PM
7      A    Other than the word "deputy"?  We  1:11:19PM
8  never -- I never had a deputy chief working for
9  me while I was the chief of police.  Once I was
10  no longer able to work, I still retained the
11  title until my retirement went through.  So they
12  couldn't promote him to anything but a deputy
13  chief.  Once I was no longer actively employed
14  by the village, when my retirement went through,
15  I don't know what they did, if they just took
16  the deputy away and made him chief of police or
17  what.  I don't know.
18      Q    So you're not aware of any formal   1:11:58PM
19  promotion after this date?
20      A    No.                              1:12:02PM
21      MR. GOODSTADT:  We can break here for  1:12:16PM
22  lunch?
23      THE VIDEOGRAPHER:  The time is 1:13.  1:12:18PM
24  We're going off the record.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 151

EDWARD PARADISO

1      (Whereupon, a lunch break was taken.)  1:12:22PM
2      THE VIDEOGRAPHER:  The time is 2:11.  2:10:16PM
3  We're back on the record.
4  BY MR. GOODSTADT:                         2:10:19PM
5      Q    Prior to us taking a break, we    2:10:22PM
6  discussed George Hesse's promotion through the
7  ranks at Ocean Beach Police Department.
8      A    Right.                           2:10:35PM
9      Q    And one question I asked you was about  2:10:36PM
10  a letter that you had written on behalf of
11  Mr. Hesse to Angie -- I don't remember her last
12  name.
13      A    Carpenter.                       2:10:55PM
14      Q    Carpenter, exactly.              2:10:56PM
15      Did you keep a copy of that letter?  2:10:57PM
16      A    No.                              2:10:59PM
17      Q    You don't have a copy?  Did you do it  2:11:00PM
18  at home on your home computer or did you put
19  together the letter at the department?
20      A    I'm trying to think whether or not I  2:11:12PM
21  actually wrote the letter or I talked to the
22  mayor and the mayor wrote the letter.  I'm
23  pretty sure the mayor wrote the letter, but I'm
24  not certain if I wrote a letter or not.  I might

TSG Reporting - Worldwide  (877) 702-9580

---

Page 152

EDWARD PARADISO

1  have, but I'm not certain.  If I wrote it, I
2  would've wrote it at the police station.
3      Q    Now, other than for the -- other than  2:11:31PM
4  for the Bridgett Peterson litigation, have you
5  been a party in any other litigations in
6  connection with your employment at Ocean Beach?
7      A    Yeah.  There were -- I guess whatever  2:11:51PM
8  complaint was made against the police
9  department, I was added to it as chief of
10  police.  But I was never deposed in any of them.
11      Q    In which cases were you named as a   2:12:03PM
12  party?
13      A    Gilena versus the village, I think.  2:12:08PM
14  There might have been one or two others.  I
15  don't recall the names.
16      Q    Were you named in the Sam Gilbert  2:12:32PM
17  case?
18      A    No, I was not.                   2:12:36PM
19      Q    How about in the Jesse Prisco matter?  2:12:41PM
20      A    Who's Jesse Prisco?              2:12:43PM
21      Q    I guess the answer is you don't know  2:12:45PM
22  if you were named by him.
23      Do you recall a matter called Bruce   2:12:55PM
24  Mancada versus Ocean Beach Police Department?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 153

EDWARD PARADISO

1      A    No.                              2:13:00PM
2      MR. GOODSTADT:  Can you just mark     2:13:15PM
3  this, please.
4      (Whereupon, Bates document 7729 was   2:13:17PM
5  marked as Plaintiff's Exhibit 5 for
6  identification, as of this date.)
7      MR. GOODSTADT:  I've placed in front  2:13:48PM
8  of Mr. Paradiso what's marked as Paradiso 5.
9  It's a one-page exhibit bearing Bates
10  Number 7729.  It's a March 14th, 2000
11  letter.
12  BY MR. GOODSTADT:                         2:13:58PM
13      Q    Mr. Paradiso, do you recall receiving  2:14:00PM
14  the letter marked as Paradiso 5?
15      A    No.                              2:14:04PM
16      Q    This doesn't refresh your         2:14:08PM
17  recollection?
18      A    No.                              2:14:12PM
19      Q    Do you have any idea how who Bruce  2:14:12PM
20  Mancada is?
21      A    No.                              2:14:15PM
22      Q    Do you recall ever forwarding officer  2:14:16PM
23  Hesse's personnel file to lawyers for the
24  village?

TSG Reporting - Worldwide  (877) 702-9580

Page 154

EDWARD PARADISO

2  A  No.                              2:14:21PM
3  Q  Let's go back to the Gilena matter.   2:14:25PM
4  What was that case about?
5  A  That was Sergeant Golopi had stopped a 2:14:32PM
6  guy who was grabbing a girl's rear-end as he
7  walked by.  He grabbed the guy and arm barred
8  him to the police station.
9  Q  When was this case brought?         2:15:00PM
10  A  Had to be before 1998, because that's  2:15:03PM
11  when Bob left, so...
12  Q  And what was Mr. Gilena suing for?   2:15:08PM
13  What was the cause of action?
14  A  I think he was suing for false arrest  2:15:23PM
15  and maybe an injury.  I'm not certain.
16  Q  Did he allege that you did anything  2:15:36PM
17  wrong?
18  A  No.  I wasn't there.          2:15:38PM
19  Q  Do you know how the case resolved?   2:15:42PM
20  A  I think they settled out of court.   2:15:46PM
21  Q  Have you ever been sued for engaging  2:15:57PM
22  in police brutality?
23  A  No.                          2:16:03PM
24  Q  Do you know whether George Hesse has  2:16:04PM
25  ever been sued for engaging in some form of

TSG Reporting - Worldwide  (877) 702-9580

Page 155

EDWARD PARADISO

2  police brutality?
3  A  I think it was alleged.         2:16:11PM
4  Q  How many times?                2:16:12PM
5  A  Counting this last one that just took  2:16:25PM
6  place?
7  Q  The Gilbert matter that was settled?  2:16:28PM
8  A  Counting that one?             2:16:31PM
9  MR. NOVIKOFF:  I'm sorry, what was  2:16:34PM
10  that question?
11  MR. GOODSTADT:  The Gilbert matter  2:16:36PM
12  that was settled.  I assume that the
13  newspaper report was accurate.
14  MR. NOVIKOFF:  Objection to the form  2:16:44PM
15  of the question.  Just in case Mr. Goodstadt
16  tries to slip that in for the jury in this
17  trial, if it ever becomes a jury question.
18  A  I'm thinking maybe three.       2:16:55PM
19  Q  That includes the Gilbert matter?   2:16:57PM
20  A  Yeah.                        2:16:59PM
21  Q  Okay.  What were the other two?   2:16:59PM
22  A  I don't remember the names.  One, they  2:17:03PM
23  were chasing a guy who was having a problem at
24  the ferry terminal.  He went to jump over the
25  line, caught his foot on the line and hit his

TSG Reporting - Worldwide  (877) 702-9580

Page 156

EDWARD PARADISO

2  face on the ground, and the guy implied that
3  George threw him to the ground.  But there were
4  like five or six civilian witnesses right there
5  that he tripped over the rope, but he put the
6  complaint in.
7  Q  Were you named in that complaint?   2:17:27PM
8  A  As the chief, yeah.            2:17:30PM
9  Q  So that's in addition to the Galena  2:17:32PM
10  case?
11  A  Yeah.  You're asking for names, and  2:17:34PM
12  that's the only one I could come up with.
13  Q  How did that case resolve?       2:17:41PM
14  A  I think it was dismissed.       2:17:43PM
15  Q  Do you know where the case was filed?  2:17:46PM
16  A  No.                          2:17:48PM
17  Q  Did you ever testify in that case?   2:17:49PM
18  A  No.                          2:17:50PM
19  Q  Do you know whether George testified  2:17:51PM
20  in that case?
21  A  I'm not certain.             2:17:53PM
22  Q  Okay.  Any others that Mr. Hesse was  2:18:02PM
23  named as a defendant for alleged police
24  brutality?
25  A  I think there was one other, but I   2:18:14PM

TSG Reporting - Worldwide  (877) 702-9580

Page 157

EDWARD PARADISO

2  don't remember the facts and circumstances
3  behind it.
4  Q  Do you recall any facts or         2:18:18PM
5  circumstance?
6  A  Say it again.                2:18:20PM
7  Q  Do you remember any of the facts or  2:18:22PM
8  circumstances?
9  A  I just said I don't remember any of   2:18:24PM
10  the facts and circumstances behind it.
11  Q  Do you know when that was filed?   2:18:27PM
12  A  No.                          2:18:29PM
13  Q  Were you named in that case as well?  2:18:30PM
14  A  Probably as chief of police.  Whenever  2:18:31PM
15  anything would come across the police
16  department's thing, I would get named as a
17  chief.  It was a common practice.
18  MR. NOVIKOFF:  Except this case.   2:18:38PM
19  THE WITNESS:  Yes.             2:18:40PM
20  BY MR. GOODSTADT:                   2:18:41PM
21  Q  How many times had you been named as a  2:18:44PM
22  defendant in a matter in connection with your
23  employment at Ocean Beach?
24  A  Four or five.                2:18:57PM
25  Q  Do you recall the facts or         2:19:00PM

TSG Reporting - Worldwide  (877) 702-9580

Page 158

EDWARD PARADISO

1  circumstances, other than for the ones you've
2  testified to thus far?
3
4      A   I discussed the other ones with you,   2:19:06PM
5  the Bridgett Peterson case.
6      Q   Right.                        2:19:10PM
7      A   Right.  You had Gilena, the guy that   2:19:11PM
8  jumped over the rope.  The one I can't remember.
9  Is there another one?  No, I don't remember.
10     Q   Have you ever been a plaintiff in a   2:19:39PM
11  civil matter?
12     A   My divorce.                 2:19:43PM
13     Q   Any other matters you've been a   2:19:44PM
14  plaintiff?
15     A   In a civil matter?         2:19:46PM
16     Q   Yes.                       2:19:47PM
17     A   Yes.  I was a plaintiff versus the   2:19:48PM
18  village.
19     Q   And when was that?         2:19:52PM
20     A   That was -- I guess that case was   2:19:53PM
21  filed in 2007.
22     Q   You filed in a court?      2:20:06PM
23     A   Yes.                       2:20:07PM
24     Q   What court was it filed in?   2:20:07PM
25     A   Suffolk County District Court, I   2:20:10PM

TSG Reporting - Worldwide  (877) 702-9580

Page 159

EDWARD PARADISO

1  guess, supreme Court.  Either the District or
2  Supreme Court, whatever would handle a civil
3  matter like that.
4
5      Q   Were you the only plaintiff in the   2:20:21PM
6  case?
7      A   Yes.                       2:20:23PM
8      Q   And who were the defendants?   2:20:24PM
9      A   The mayor and the Village of Ocean   2:20:25PM
10  Beach.
11     Q   Mayor Loeffler or Mayor Rogers?   2:20:28PM
12     A   Well, it happened under Mayor Rogers'   2:20:31PM
13  watch, but somehow they -- when they switched --
14  when she didn't run, he re-ran, so now he was
15  named as the defending mayor.
16     Q   And what were the allegations in that   2:20:50PM
17  case?
18     A   Well, while I was out on disability,   2:20:55PM
19  they gave George Hesse a raise.  And according
20  to the general municipal law, the chief is
21  protected from subordinates getting raises by
22  being entitled to the same percentage raise or
23  the same monetary amount raise that his first
24  subordinate officer would get.  I hired -- I
25  wrote them a letter, and they said, no, it

TSG Reporting - Worldwide  (877) 702-9580

Page 160

EDWARD PARADISO

1  didn't apply to us because we didn't have a PBA
2  or a union and we were under a contract.  So I
3  hired an attorney.  He took a retainer.  We won
4  in court.  I was -- they were told to pay the
5  amount.  It was like $2,100.  They appealed, and
6  they won on appeal.  So I ended up spending like
7  $14,000 to lose my appeal.  That was the second
8  best day of my life.
9      Q   On a $2,100 claim?         2:22:07PM
10     A   Yeah.                      2:22:09PM
11     Q   What was the basis for -- if you know,  2:22:11PM
12  for the appellate court overturning the
13  decision?
14     A   Well, first the village was alleging   2:22:17PM
15  that I was never the chief of police, and then
16  that got sidelined.  And the appellate court
17  said, oh, even though it reads one way, it's
18  really only to police departments that are
19  covered by union agreements.  So even though the
20  law says that chiefs are protected, it only
21  protects the chiefs that work for a department
22  that has a union.
23     Q   Let me ask you the question you said   2:22:53PM
24  about before, that the village alleged that you

TSG Reporting - Worldwide  (877) 702-9580

Page 161

EDWARD PARADISO

1  weren't the chief.  They're alleging that you
2  were never the chief of police?
3      A   Yeah.                      2:23:01PM
4      Q   Or you just weren't the chief while   2:23:01PM
5  you were out?
6      A   No.                        2:23:04PM
7      Q   That you were never the chief?   2:23:04PM
8      A   That I was never the chief.   2:23:04PM
9      Q   What was the basis of their argument?  2:23:06PM
10     A   My Civil Service ranking as sergeant.  2:23:08PM
11     Q   Were you ever appointed chief by the   2:23:11PM
12  board?
13     A   Yeah.  I was sworn in on the document.  2:23:13PM
14  All my credentials were chief of police.  On my
15  retirement papers, I have the mayor's signature
16  stating I was the chief of police on my
17  retirement papers.  On the village's website, it
18  named me as chief of police.
19     Q   When you say it got sidelined, what   2:23:29PM
20  did you mean by that?
21     A   Well, they decided that that was a   2:23:32PM
22  moot point.  They just concentrated on the union
23  issue.
24     Q   The village did or the court did?   2:23:38PM

TSG Reporting - Worldwide  (877) 702-9580

Page 162

EDWARD PARADISO

1    A    The court did.              2:23:39PM
2    Q    And when you say a moot point, it was    2:23:42PM
3    moot because it had proven otherwise or moot
4    because once you lost the other argument, it
5    didn't matter whether you were chief or not?
6         MR. NOVIKOFF:  You're asking him why    2:23:53PM
7    the appellate division decided something was
8    moot, in his opinion?
9         MR. GOODSTADT:  Yeah.       2:23:59PM
10        MR. NOVIKOFF:  Objection to form.    2:24:01PM
11   A    I don't know.               2:24:02PM
12   Q    Was there a written opinion?    2:24:03PM
13   A    Yeah.  And then I had to pay $3,000 to  2:24:04PM
14   get it all printed up too.
15   Q    What do you mean, to get it all    2:24:13PM
16   printed up?
17   A    Get the decisions all printed up.    2:24:15PM
18   There were printing costs involved that all
19   got -- they got one billing of something
20   approved, so I had to send the village attorneys
21   $3,200 to print out all the different copies and
22   the per-page documents that they had to come up
23   with.  It was a highlight.
24   Q    When you say the village attorneys,    2:24:37PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 163

EDWARD PARADISO

1    who are you referring to?
2    A    It was Ken Gray and Bee Fishman and    2:24:41PM
3    Ready.
4    Q    Did you appeal that decision?    2:24:49PM
5    A    No.                         2:24:51PM
6    Q    So it's done, the case is done?    2:24:52PM
7    A    Yeah.  I wasn't gonna go into further  2:24:54PM
8    debt over $2,100.  I couldn't imagine that -- I
9    had no idea it would cost me that much to appeal
10   it.  I was kind of naive.
11   Q    Other than for that case and the    2:25:08PM
12   divorce, have you ever been a plaintiff in any
13   other matters?
14   A    No.                         2:25:17PM
15   Q    Did you do anything to prepare for    2:25:21PM
16   today's deposition?
17   A    I'm sorry.                  2:25:25PM
18   Q    Go ahead.  If you want to correct an    2:25:26PM
19   answer, that's fine.
20   A    Yeah.  Does workmen's compensation    2:25:29PM
21   cases count as plaintiff or is that all counted
22   in with your retirement and stuff?  I still have
23   an ongoing workmen's compensation case.
24   Q    Against who?                2:25:41PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 164

EDWARD PARADISO

1    A    Against the State of New York.  I    2:25:41PM
2    guess it's with the State of New York.  I mean
3    my retirement was all approved, but my workmen's
4    comp case is still in limbo.
5    Q    In connection with your injury at the    2:25:51PM
6    beach?
7    A    Yeah.                       2:25:53PM
8    Q    Other than for that, any other cases?    2:25:53PM
9    A    Yeah.  No, no.              2:25:56PM
10   Q    What did you do, if anything, to    2:25:57PM
11   prepare for today's deposition?
12   A    I didn't do anything.       2:26:01PM
13   Q    Did you review any files or documents?  2:26:03PM
14   A    I don't have any.           2:26:05PM
15   Q    Did you speak with anybody other than    2:26:06PM
16   for myself or somebody over at Ken Novikoff's
17   firm to schedule cases?
18   A    No.  Oh, I did call up the attorney    2:26:15PM
19   that did represent me in other portions of the
20   village to find out whether or not the village
21   is providing me with an attorney, if I should
22   bring an attorney.
23   Q    That's the attorney you hired that    2:26:36PM
24   called up?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 165

EDWARD PARADISO

1    A    Yes.                        2:26:38PM
2    Q    The one that represented you in the    2:26:39PM
3    compensation case?
4    A    Yes.                        2:26:41PM
5    Q    Other than for him -- and I don't want  2:26:42PM
6    to know anything you said or heard with him.
7    But other than for him, did you speak with
8    anybody else?
9    A    No.                         2:26:47PM
10   Q    Before, you testified that generally    2:26:52PM
11   you worked the day tours and George Hesse, when
12   he was a sergeant worked certain night tours,
13   correct?
14   A    Uh-huh.  Yes.               2:27:02PM
15   Q    And so on your tours, you were the    2:27:03PM
16   most senior officer; is that correct?
17   A    Yes.                        2:27:07PM
18   Q    And on his tours, he was the most    2:27:08PM
19   senior officer?
20   A    Yes.                        2:27:11PM
21   Q    What is a chain of command, your    2:27:12PM
22   understanding with respect to the police
23   department?
24        MR. NOVIKOFF:  Objection.    2:27:18PM

TSG Reporting - Worldwide  (877) 702-9580

Page 166

EDWARD PARADISO

1    A    You want me to explain the chain of    2:27:19PM
2    command?
3    Q    Yes.                                    2:27:22PM
4    A    Chain of command, well, in a small      2:27:22PM
5    department, it's very narrow, because you have
6    the chief, you have the second in command,
7    George Hesse, and then you have all the other
8    officers.  So that's the chain.
9    Q    So the chain, to go up the chain, you   2:27:33PM
10   go officers to George Hesse to you?
11   A    Yes.                                     2:27:39PM
12   Q    Okay.  Is there anybody above you in    2:27:40PM
13   the chain of command?
14   A    Mayor.                                   2:27:43PM
15   Q    How about above the mayor, is there     2:27:44PM
16   anyone?
17   A    No.                                      2:27:46PM
18   Q    And did you ever instruct officers      2:27:56PM
19   that if there's a problem on George Hesse's
20   shift, that you speak to him about it; if
21   there's a problem on your shift, that they speak
22   to you about it?
23   A    The chain of command was if there's a   2:28:13PM
24   problem, talk to the sergeant.  If the sergeant

TSG Reporting - Worldwide  (877) 702-9580

Page 167

EDWARD PARADISO

1    is the problem, you talk to me.
2    Q    And you told people that?                2:28:20PM
3    A    That's what I told -- well, I told       2:28:23PM
4    them that at the first meeting when I took over
5    as chief of police.
6    Q    Did you tell anyone that after you       2:28:27PM
7    took over as chief of police?
8    A    That was the chain of command.  It       2:28:34PM
9    didn't change.
10   Q    Did -- were Gary and Richard Bosetti    2:28:48PM
11   generally on your tour or Chief Hesse's tour?
12        MR. NOVIKOFF:  Objection to form.        2:28:56PM
13   A    Gary and Richie usually worked 4 to      2:29:00PM
14   12s, so they would be -- they were like an
15   in-between tour.  I usually got off at 4:00.
16   George would come on at 9.  They would come on
17   either individually or together at 4:00 and work
18   until midnight or until -- if it was a weekend,
19   they might work until 2 in the morning or
20   however -- it was dictated by the amount of
21   people that were there, how many guys came in
22   and worked that night.
23   Q    How about Arnold Hardman, what tour      2:29:30PM
24   did he generally work?

TSG Reporting - Worldwide  (877) 702-9580

Page 168

EDWARD PARADISO

1    A    Arnold, he usually worked a tour        2:29:35PM
2    similar with George, 9 to 5.
3        MR. NOVIKOFF:  That's 9 at night until   2:29:43PM
4    5 in the morning?
5        THE WITNESS:  Yeah.                       2:29:46PM
6        MR. NOVIKOFF:  Okay.                      2:29:46PM
7    BY MR. GOODSTADT:                             2:29:46PM
8    Q    How about Tyree Bacon?                   2:29:47PM
9    A    Ty Bacon worked usually midnights,      2:29:49PM
10   midnight to 8 in the morning.
11   Q    So that would be on -- George would be  2:29:57PM
12   the commanding officer?
13   A    Yes.  Uh-huh.                            2:30:01PM
14   Q    How about John Dyer?                     2:30:02PM
15   A    John Dyer.  John Dyer?  I don't         2:30:05PM
16   remember what he would work.
17   Q    How about Walter Moeller?               2:30:24PM
18   A    Walter usually worked 4 to 12s, I       2:30:26PM
19   believe.
20   Q    Is that the same tour the Bosettis      2:30:29PM
21   usually worked?
22   A    Yes.                                     2:30:32PM
23   Q    So part of the tour there would be      2:30:32PM
24   nobody -- no commanding officer, and then

TSG Reporting - Worldwide  (877) 702-9580

Page 169

EDWARD PARADISO

1    other part Mr. Hesse would be the commanding
2    officer?
3    A    Yes.                                     2:30:39PM
4    Q    How about Frank Fiorillo?               2:30:41PM
5    A    Frank usually worked midnights and      2:30:44PM
6    then day tours -- he usually backed up.  He'd
7    work doubles.  He was a machine.  He'd work
8    midnight to 8 in the morning and come on, and he
9    worked beach tours on the weekends.
10   Q    So midnight to 8, George Hesse would    2:31:01PM
11   be the commanding officer; and the morning tour,
12   you'd be the commanding officer?
13   A    Right.                                   2:31:07PM
14   Q    How about Joe Nofi?                      2:31:07PM
15   A    Nofi worked usually day, day tours on   2:31:09PM
16   the beach.
17   Q    How about Tom Snyder?                    2:31:14PM
18   A    Tommy worked midnights, or 9 to 5s.     2:31:15PM
19        Right, Tom?                              2:31:19PM
20   Q    So that would be -- commanding officer  2:31:20PM
21   would be George Hesse?
22   A    Right.                                   2:31:23PM
23   Q    How about Kevin Lamm?                    2:31:24PM
24   A    Kevin Lamm, usually midnights.          2:31:26PM

TSG Reporting - Worldwide  (877) 702-9580

Page 170

1        EDWARD PARADISO
2    Q   So Lamm, Mr. Hesse would be the      2:31:30PM
3 commanding per?
4    A   Correct.              2:31:35PM
5    Q   And how about Ed Carter?        2:31:36PM
6    A   Eddie Carter would work midnights    2:31:37PM
7 also.
8    Q   So he had mostly -- Mr. Hesse would be  2:31:40PM
9 his commanding officer?
10   A   Right.              2:31:45PM
11   Q   Do you recall what year Gary and     2:31:52PM
12 Richard Bosetti were hired?
13   A   2002.               2:32:17PM
14   Q   Did you have any role in hiring them?  2:32:18PM
15       MR. NOVIKOFF: Other than what he's   2:32:22PM
16 already testified as to being his authority?
17       ATTORNEY1: I don't know that he     2:32:26PM
18 testified about specifically with the
19 Bosettis.
20       MR. NOVIKOFF: He said he had hiring  2:32:29PM
21 and firing authority. Objection to form.
22   A   They came in, placed applications, and 2:32:35PM
23 I hired them.
24   Q   Did you know them before --       2:32:38PM
25   A   No.               2:32:39PM

TSG Reporting - Worldwide  (877) 702-9580

Page 171

1        EDWARD PARADISO
2    Q   -- hiring them?          2:32:39PM
3        Did you check to see if the Bosettis   2:32:47PM
4 or did you do anything to determine whether the
5 Bosettis were certified to work as police
6 officers in Suffolk County?
7        MR. NOVIKOFF: Objection to form. He  2:32:56PM
8 already testified as to what his process
9 was.
10   A   They were certified police officers.   2:32:59PM
11 They were retired city cops.
12   Q   So when you say certified police     2:33:04PM
13 officers, does that mean --
14   A   State of New York.           2:33:08PM
15   Q   How about in Suffolk County?       2:33:09PM
16   A   When I hired them, they weren't.     2:33:12PM
17 Eventually, they became certified.
18   Q   I'm just focusing right now on when   2:33:21PM
19 you hired them.
20   A   When I hired them, they -- I hired    2:33:24PM
21 them, they had not been certified by Suffolk
22 County.
23       MR. NOVIKOFF: I'm sorry?        2:33:34PM
24       THE WITNESS: They had not been     2:33:35PM
25 certified by Suffolk County.

TSG Reporting - Worldwide  (877) 702-9580

Page 172

1        EDWARD PARADISO
2 BY MR. GOODSTADT:             2:33:37PM
3    Q   So they were retired from the city but 2:33:38PM
4 not certified by Suffolk County; is that
5 correct?
6    A   Right.              2:33:42PM
7    Q   If they retire from New York City, do  2:33:42PM
8 they still retain the title of police officer or
9 do they become civilians --
10       MR. NOVIKOFF: Objection.        2:33:54PM
11 BY MR. GOODSTADT:             2:33:55PM
12   Q   -- upon retiring?          2:33:55PM
13   A   They are civilians upon retiring, but  2:33:56PM
14 their certificates are still valid for year. So
15 if they get another police job within that year,
16 they're still certified by the state.
17   Q   Again, I think there's a distinction   2:34:11PM
18 between state and county; is that correct?
19   A   That's your distinction, yes.      2:34:15PM
20   Q   And is there a distinction?       2:34:16PM
21       MR. NOVIKOFF: Objection to form.    2:34:18PM
22   A   What distinction would you mean?     2:34:22PM
23   Q   I think you testified that at the time 2:34:24PM
24 you hired them, they weren't certified to be
25 police officers for Suffolk County, but they

TSG Reporting - Worldwide  (877) 702-9580

Page 173

1        EDWARD PARADISO
2 were certified by the state; is that correct?
3    A   Well, it was eventually brought to my  2:34:30PM
4 attention by the county that they had some
5 inconsistencies with the Civil Service payroll
6 by certifying the payroll. And they required us
7 to have everyone go through an additional
8 background, medical, psychological for all the
9 other officers that hadn't had it prior. So Ty
10 Bacon had to go through it, Gary and Rich
11 Bosetti, John -- an officer named John, I don't
12 remember his last name, that had to go through.
13 Arnie Hardman had to go back through. But they
14 didn't require it of their sheriff's department
15 officers, who were -- they didn't require the
16 same of the guys who worked for the sheriff's
17 department. So it kind of an inconsistency with
18 Suffolk County that still was ongoing after I
19 left. They never came up with a concrete answer
20 on whether or not or why some people would be
21 considered fine without any further information
22 needed and why some officers would need more.
23   Q   You mean between the sheriff's      2:35:51PM
24 department and people who were working in the
25 village?

TSG Reporting - Worldwide  (877) 702-9580

Page 174

**EDWARD PARADISO**

1
2  A   Right.                      2:35:55PM
3  Q   Did you ever ask anyone that question?  2:35:55PM
4     MR. NOVIKOFF: Objection. Form.  2:35:57PM
5  A   The sheriff -- this wasn't in person.  2:36:00PM
6  This was what was related to me. The sheriff
7  said that his sheriffs didn't have to take a
8  polygraph, and that was it. They didn't have to
9  take a polygraph.
10  Q   How did you learn that was the case?  2:36:16PM
11  A   George had been handling the    2:36:20PM
12  conversations between our village and Civil
13  Service. And when the different sheriff
14  department guys came up, the sheriff said that
15  they don't have to have the polygraph done.
16  Q   But my question was how did you learn  2:36:37PM
17  about that.
18  A   George told me.              2:36:41PM
19  Q   And do you know where he learned it  2:36:43PM
20  from?
21  A   Civil Service.               2:36:46PM
22  Q   Do you know who in Civil Service told  2:36:47PM
23  him that?
24  A   I don't know. You have to ask him.  2:36:49PM
25  Q   Did you ever have any conversations  2:36:51PM

Page 175

**EDWARD PARADISO**

1
2  with Allison Chester or Allison Sanchez?
3  A   No.                         2:36:55PM
4  Q   Do you know who that is?     2:36:56PM
5  A   No -- oh, I think, maybe. She's the  2:36:57PM
6  girl that works at Civil Service that George was
7  dealing with.
8  Q   Did you ever have any conversations  2:37:04PM
9  with her, if that's the person?
10  A   No.                        2:37:07PM
11  Q   And you said that at that time George  2:37:07PM
12  handled the conversations between the village
13  and Civil Service. What time are you referring
14  to?
15  A   The time when their certifications  2:37:15PM
16  came into question. We got a new village clerk,
17  and she certified the payroll with Civil
18  Service. And four or five of the officers,
19  Civil Service popped up saying, listen, we don't
20  have this, we don't have this, we don't have
21  this. We need you to get these guys back
22  through the system again. They worked out a
23  deal between the village and Civil Service to
24  get it done.
25  Q   Who worked out that deal?    2:37:40PM

Page 176

**EDWARD PARADISO**

1
2  A   The village. George and Civil  2:37:41PM
3  Service.
4  Q   Did all of the officers who previously  2:37:43PM
5  were uncertified eventually become certified?
6     MR. NOVIKOFF: Objection.       2:37:49PM
7  A   I think John -- I forget his last  2:37:53PM
8  name. He failed the psych -- the psychology
9  test. He had worked for the state.
10  Q   Was it John Dyer?           2:38:06PM
11  A   It might have been him. And oh, what  2:38:07PM
12  was his name? One guy couldn't do the run. His
13  knee started bothering him while he was doing
14  the run, so he had to drop out. And the process
15  was still ongoing after I got hurt, so I don't
16  know how it finished.
17  Q   How about Pat Cherry, Sr.?   2:38:31PM
18  A   Pat Cherry, no. Pat Cherry ended up  2:38:33PM
19  having a heart attack, so he withdrew. He came
20  back as a dispatcher.
21  Q   Was he one of the officers who were  2:38:43PM
22  hired and worked as a police officer who were
23  not certified?
24  A   Yeah, he was a Nassau County detective  2:38:51PM
25  that retired.

Page 177

EDWARD PARADISO

1
2  Q   But he was one of the people who Civil  2:38:55PM
3  Service notified you that was uncertified to
4  work in Suffolk County as a police officer?
5  A   Right.                      2:39:02PM
6  Q   Do you know whether he -- so he never  2:39:03PM
7  passed the test?
8  A   No. He ended up -- before he even got  2:39:05PM
9  started, he had a heart attack at his house.
10  Q   Are the radio codes different in  2:39:11PM
11  Suffolk County than they are in the city?
12  A   Yes.                       2:39:15PM
13  Q   Do you think it was important for the  2:39:18PM
14  officers in Ocean Beach to know the radio codes?
15     MR. NOVIKOFF: Objection.       2:39:22PM
16  A   All the officers knew the radio codes.  2:39:23PM
17  Q   The Bosettis knew the radio codes?  2:39:29PM
18  A   Yeah. We had a card that had all the  2:39:31PM
19  radio codes on it.
20  Q   Do you know whether -- strike that.  2:39:36PM
21     Did Joe Nofi ever complain to you that  2:39:38PM
22  the Bosettis did not respond to a 10/1?
23  A   I don't recall that, no.      2:39:45PM
24  Q   Did you ever hear that --    2:39:47PM
25  A   No.                        2:39:48PM

Page 178

EDWARD PARADISO

1    Q   -- allegation?                2:39:48PM
2        How about Arnold Hardman, did you ever  2:39:51PM
3    hear any allegation that Nofi claimed that
4    Hardman did not respond to a 10/1?
5    A   I don't recall that either.       2:39:59PM
6    Q   Do you think it would be a threat to  2:40:02PM
7    public safety if the police officers in Ocean
8    Beach didn't know the radio codes?
9        MR. NOVIKOFF:  Objection.         2:40:09PM
10   A   If the officers didn't know the radio  2:40:11PM
11   codes, they wouldn't be working for the police
12   department.
13   Q   What do you mean by that?         2:40:15PM
14   A   Well, they're given the codes.  They  2:40:16PM
15   have to be able to talk on the radio as part of
16   the job.  You know, it's not -- it's not a
17   difficult set of codes that you're talking
18   about.
19   Q   So if an officer admitted, let's say,  2:40:27PM
20   that he didn't know the radio codes, do you
21   believe that would've been a threat to public
22   safety?
23       MR. NOVIKOFF:  Objection.         2:40:34PM
24   A   I wouldn't classify it as that.  The  2:40:39PM

TSG Reporting - Worldwide  (877) 702-9580

Page 179

EDWARD PARADISO

1    guy needs to learn the radio codes.  You don't
2    put him out on the street if he doesn't know the
3    codes.
4    Q   How come?                2:40:48PM
5    A   Because he wouldn't be able to       2:40:49PM
6    communicate with you on the radio.
7    Q   Would that cause a threat to public  2:40:52PM
8    safety?
9        MR. NOVIKOFF:  Objection.         2:40:55PM
10   A   In an extreme circumstance, I'm sure  2:40:59PM
11   it could.
12   Q   Like, for example, if an officer     2:41:01PM
13   called out a 10/1?
14   A   Uh-huh.                  2:41:06PM
15   Q   Yes?                    2:41:06PM
16   A   Yes.  Or if they got on the radio and  2:41:07PM
17   called a 10/13, because 10/13 didn't mean
18   anything in our -- 13, what was that?  I don't
19   remember anymore.  But a 10/13 in the city is
20   like a 10/1 for Ocean Beach, you know, in
21   Suffolk County.  So if they would be on the
22   radio calling the city codes, I wouldn't
23   respond to them either.  So it would behoove
24   them to learn the codes.

TSG Reporting - Worldwide  (877) 702-9580

Page 180

EDWARD PARADISO

1    Q   We'll talk a little bit later about  2:41:36PM
2    something called the Halloween incident.  But do
3    you know what I'm referring to when I say the
4    Halloween incident?
5    A   I believe so.                2:41:41PM
6    Q   That's the fight that happened at    2:41:42PM
7    Houser's on Halloween of 2004?
8    A   Yes.                    2:41:46PM
9    Q   Isn't it true that after the Halloween  2:41:46PM
10   incident, that Tom Snyder complained to you that
11   the Bosettis did not know the radio codes?
12       MR. NOVIKOFF:  Objection.  Leading.  2:41:54PM
13   A   I don't recall that.           2:41:56PM
14   Q   You don't recall one way or the other?  2:41:57PM
15   A   I don't recall.              2:42:00PM
16   Q   Would it be a serious concern of yours  2:42:12PM
17   as chief of police if an officer did not respond
18   to a 10/1?
19   A   Yes.                    2:42:19PM
20       MR. NOVIKOFF:  Objection.         2:42:19PM
21   BY MR. GOODSTADT:                2:42:20PM
22   Q   What is a 10/1?              2:42:20PM
23   A   A 10/1 is officer needs help.      2:42:22PM
24   Q   Is that one of the most important    2:42:24PM

TSG Reporting - Worldwide  (877) 702-9580

Page 181

EDWARD PARADISO

1    codes?
2    A   I would think so, yes.          2:42:30PM
3    Q   Did you ever have a problem with the  2:42:42PM
4    Bosettis putting down on their time sheet an
5    extra half hour from the time they actually
6    arrived at the checkpoint as opposed to when
7    they actually started serving?
8        MR. NOVIKOFF:  Objection to form.   2:42:57PM
9    Foundation.
10   A   I don't recall that they ever did    2:43:02PM
11   that.
12   Q   Did you ever put out a directive or a  2:43:07PM
13   memo that the officers' time sheets should
14   reflect the time that they actually started
15   working as opposed to the time they got to the
16   check-out point, or the check-in point, I should
17   say?
18       MR. NOVIKOFF:  Objection.  Form.    2:43:24PM
19   A   I don't recall if I ever wrote a memo  2:43:40PM
20   like that.
21   Q   Was there a certain rule as to when  2:43:42PM
22   your time started in terms of being paid?
23   A   Time started usually when you arrived  2:43:50PM
24   at the village.  Sometimes what would happen in

TSG Reporting - Worldwide  (877) 702-9580

Page 182

EDWARD PARADISO

1  the off season is guys would make their relief
2  point was at the checkpoint.  So the guy going
3  off would drop one car off, and that guy would
4  come in with that car.  When those situations
5  started, then their time would start when they
6  got into the car.  When you have one guy driving
7  relief and four guys coming in, the time would
8  start when they arrived in the village.  So it
9  would depend on the circumstance.
10     Q    Was there ever a problem with any of   2:44:25PM
11  the officers on their time cards putting in
12  before the time that you just testified to would
13  actually start the clock?
14        MR. NOVIKOFF:  Objection to form.  I   2:44:35PM
15  don't understand it.
16     A    I don't recall that.              2:44:40PM
17     Q    When you were the chief, were you the   2:44:51PM
18  person responsible for making sure that all the
19  officers had passed the required certifications?
20     A    Yes.                            2:44:59PM
21     Q    And you delegated to George Hesse to   2:45:04PM
22  handle all the conversations with the village
23  and Civil Service Civil Service during that
24  period that you testified to before?
25

TSG Reporting - Worldwide  (877) 702-9580

Page 183

EDWARD PARADISO

1                                        2:45:14PM
2     A    Yes.
3     Q    Did you get updates from George Hesse   2:45:14PM
4  on that issue?
5     A    Yes.                            2:45:17PM
6     Q    When did you first learn that there   2:45:19PM
7  were issues with the certification of some of
8  your police officers?
9     A    I think it was the summer of 2004.   2:45:45PM
10     Q    How did you learn of it?           2:45:49PM
11     A    I got a call from the village office   2:45:51PM
12  that Suffolk County Civil Service said that
13  there were irregularities with several of the
14  officers, that they didn't go through all the
15  different aspects that the county was requiring.
16  So I think Joe Loeffler got involved.  He spoke
17  with them, and he worked out -- because it
18  would've really severely impacted the amount of
19  officers we had working in the village if Civil
20  Service didn't give us some time to get
21  everybody through.  So Civil Service said,
22  that's fine, we'll give you as much time as you
23  need, have the guys start the process and get
24  them all through.  So they gave us the year to
25  get everybody through.

TSG Reporting - Worldwide  (877) 702-9580

Page 184

EDWARD PARADISO

1
2     Q    So when you say they gave you a year,   2:46:43PM
3  from when to when?
4     A    I guess from the mid to end summer of   2:46:46PM
5  2004 to about the same time in 2005.
6     Q    Who from the village office told you   2:46:56PM
7  about this irregularity?
8     A    I think it was Mary Ann.  I forget her   2:47:01PM
9  last name.
10     Q    Mary Ann Minerva?                2:47:05PM
11     A    Yeah.  Is it possible that she told   2:47:07PM
12  you about that in December of '03?
13        MR. NOVIKOFF:  Objection.        2:47:13PM
14     A    I don't think so.  I think it was the   2:47:20PM
15  summer of '04.
16     Q    So to your knowledge, nothing was   2:47:23PM
17  being done in December of '03 to rectify the
18  problem?
19     A    I don't recall.  Might have been.  I   2:47:31PM
20  might have my years wrong.
21     Q    Is there anything that would refresh   2:47:40PM
22  your recollection about this issue?
23     A    I don't know.                   2:47:42PM
24     Q    How about Alan Loeffler, was he one of   2:47:43PM
25  the officers who was not certified?

TSG Reporting - Worldwide  (877) 702-9580

Page 185

EDWARD PARADISO

1     A    Alan Loeffler.  As far as I know, he   2:47:50PM
2  was certified.
3     Q    And who was Alan Loeffler?         2:48:01PM
4     A    Alan Loeffler?                  2:48:04PM
5     Q    Yeah, is he --                  2:48:07PM
6     A    He was the son of the former chief.   2:48:08PM
7  He was working as a police officer when I
8  started there.
9     Q    Is he brother with the current mayor?   2:48:15PM
10     A    Yes.                           2:48:18PM
11        MR. GOODSTADT:  Can you mark that,   2:48:32PM
12  please.
13        (Whereupon, Bates document 235 was   2:48:34PM
14  marked as Plaintiff's Exhibit 6 for
15  identification, as of this date.)
16  BY MR. GOODSTADT:                       2:49:05PM
17     Q    I believe you said that you received a   2:49:07PM
18  phone call from Minerva, is that correct, to
19  inform you of the irregularity that you
20  testified to?
21     A    I don't know if it was a phone call or   2:49:16PM
22  they called me into the office.  I don't recall.
23  One way or the other.
24     Q    Did you ever receive anything in   2:49:21PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 186

EDWARD PARADISO

1  writing from her with respect to that issue?
2      A   I don't recall.                    2:49:31PM
3      Q   Do you know who Catherine Spies is?   2:49:32PM
4      A   Yeah.  She was one of the girls that   2:49:35PM
5  worked in the office.
6      Q   Do you recall ever receiving anything   2:49:37PM
7  in writing from Ms. Spies about certain officers
8  not being certified?
9      A   I don't recall receiving -- I'm sure I   2:49:54PM
10 did, but I don't recall receiving something.
11         MR. NOVIKOFF:  Paradiso 6.           2:50:02PM
12         MR. GOODSTADT:  I've placed in front   2:50:10PM
13 of Mr. Paradiso what's been marked as
14 Paradiso 6.  It's a one-page memo dated
15 April 18, 2005, bearing Bates Number 235.
16 (Handing.)
17 BY MR. GOODSTADT:                           2:50:21PM
18     Q   Mr. Paradiso, do you recall receiving   2:50:22PM
19 this memo that's marked as Paradiso 6?
20     A   No.                                 2:50:43PM
21         MR. NOVIKOFF:  Just also note for the   2:50:43PM
22 record, at least my copy looks like the
23 bottom paragraph --
24         THE WITNESS:  That's how mine is also.  2:50:51PM

TSG Reporting - Worldwide  (877) 702-9580

Page 187

EDWARD PARADISO

1      MR. NOVIKOFF:  -- is missing.      2:50:52PM
2      MR. GOODSTADT:  That's how it was   2:50:53PM
3  produced to us.
4      MR. NOVIKOFF:  I'm not suggesting     2:50:55PM
5  otherwise.  I'm just saying on this exhibit
6  that it's missing.
7  BY MR. GOODSTADT:                          2:50:57PM
8      Q   I just want to focus your attention   2:50:58PM
9  where it says Gary Bosetti and Richard Bosetti.
10         Do you see those two names?         2:51:03PM
11     A   Yes.                               2:51:05PM
12     Q   And it says "needs polygraph."      2:51:05PM
13         Do you see that?                    2:51:06PM
14     A   Uh-huh.                            2:51:08PM
15     Q   Do you know what that means?        2:51:08PM
16     A   It means they need to take their   2:51:10PM
17 polygraphs.
18     Q   And that was one of the tests to be   2:51:13PM
19 certified in Suffolk County?
20     A   Yes.  Unless you were a sheriff.   2:51:17PM
21     Q   How about on Ocean Beach, though?   2:51:19PM
22     A   Well, according to the county, that's   2:51:20PM
23 what they wanted them to get.
24     Q   Okay.  So according to Civil Service,   2:51:25PM

TSG Reporting - Worldwide  (877) 702-9580

Page 188

EDWARD PARADISO

1  in order to be certified to work as a police
2  officer in Ocean Beach, they need to pass the
3  polygraph, correct?
4      A   Unless you were a sheriff.          2:51:34PM
5      Q   I'm asking about -- were there ever   2:51:35PM
6  any sheriffs in Ocean Beach?
7      A   Yeah, I had sheriffs working for me as   2:51:39PM
8  police officers, but they weren't required to
9  take the polygraph.
10         MR. NOVIKOFF:  I think the witness is   2:51:45PM
11 saying unless they were a sheriff in another
12 jurisdiction.
13         THE WITNESS:  No, in Suffolk County.   2:51:49PM
14 BY MR. GOODSTADT:
15     Q   In Suffolk County, correct.  So if you   2:51:51PM
16 were a sheriff in Suffolk County?
17     A   You could work for me as a police   2:51:53PM
18 officer, but you wouldn't have to take a
19 polygraph.  The sheriffs weren't required.
20     Q   But they were working other police   2:51:58PM
21 jobs in Suffolk County, correct?
22     A   They were working as sheriffs, which   2:52:01PM
23 are police officers for Suffolk County Police.
24     Q   And who told you that, the whole   2:52:06PM

TSG Reporting - Worldwide  (877) 702-9580

Page 189

EDWARD PARADISO

1  sheriffs rule?
2      A   I -- I think George -- they had told   2:52:10PM
3  that to George, the sheriff.  Or the guys
4  themselves said our union rep said we don't have
5  to take the polygraph.  The sheriff said we
6  don't have to take it, and so we're not going to
7  take it.  And Civil Service said okay.
8      Q   Do you know who at Civil Service said   2:52:24PM
9  okay?
10     A   No.                                2:52:26PM
11     Q   Did you ever speak with anybody at   2:52:26PM
12 Civil Service who said okay?
13     A   No.                                2:52:30PM
14     Q   Now, under the Bosettis, it says John   2:52:30PM
15 Bullis.
16         Do you see that?                    2:52:36PM
17     A   Yes.                               2:52:37PM
18     Q   Is that the John you were referring to   2:52:37PM
19 before?
20     A   No.                                2:52:39PM
21     Q   John Bullis, it says "not approved -   2:52:41PM
22 resigned."  Do you know what that means?
23     A   Yeah.  He declined to take -- to   2:52:47PM
24 follow through with the process.  He just

TSG Reporting - Worldwide  (877) 702-9580

Page 190

EDWARD PARADISO

1  decided to quit.

2    Q    Are you related to Mr. Bullis?    2:52:57PM

3    A    He's my brother-in-law.    2:52:59PM

4    Q    So he's married to your sister?    2:53:03PM

5    A    No, I'm married to --    2:53:07PM

6    Q    You're married to his sister?    2:53:08PM

7    A    I'm married to his wife's -- my wife    2:53:10PM

8  and his wife are sisters.

9    Q    Do you know why he resigned as opposed    2:53:16PM

10  to take the test?

11    A    He went off his diet and gained like    2:53:22PM

12  100 pounds.

13    Q    It says "John Dyer needs    2:53:27PM

14  polygraph/physical."

15        Do you see that?    2:53:31PM

16    A    Yes.    2:53:31PM

17    Q    Do you know whether he ever took his    2:53:32PM

18  polygraph or physical?

19    A    I don't know.  I know that -- I don't    2:53:35PM

20  think he did.  I think he -- he got a job -- he

21  was going to school to become a nurse.  He got a

22  job full-time as a nurse, so he decided not to

23  come back.

24    Q    And you go down to Thomas Shore.    2:53:52PM

TSG Reporting - Worldwide  (877) 702-9580

Page 191

EDWARD PARADISO

1    Do you see that?    2:53:53PM

2    A    Uh-huh.    2:53:54PM

3    Q    It says "needs physical."  Do you know    2:53:54PM

4  whether he ever took the physical?

5    A    I think he did, yes.    2:53:59PM

6    Q    So he eventually passed --    2:54:00PM

7    A    Yes.    2:54:02PM

8    Q    -- or was certified?    2:54:02PM

9    A    Uh-huh.    2:54:04PM

10    Q    Now, during the period that these    2:54:04PM

11  officers who are indicated that they were not

12  certified, they were being paid as police

13  officers up until the point that they were

14  certified; is that correct?

15    A    Yes.    2:54:15PM

16    Q    Do you know who Lonny Augenbaugh is?    2:54:33PM

17    A    Yes.    2:54:36PM

18    Q    Do you know whether he was certified?    2:54:37PM

19    A    Yes, he was.    2:54:39PM

20    Q    How about Tyree Bacon?    2:54:39PM

21    A    He's right here.  It says "good."    2:54:42PM

22    Q    Do you know whether he ever had a    2:54:44PM

23  problem with his certification?

24        MR. NOVIKOFF:  Objection.    2:54:47PM

TSG Reporting - Worldwide  (877) 702-9580

Page 192

EDWARD PARADISO

1    A    I think -- yeah, they had a problem    2:54:47PM

2  with him.  They wanted him to go back through

3  also.

4    Q    Do you know why?    2:54:52PM

5    A    No.    2:54:53PM

6    Q    Is it because you didn't send the    2:54:53PM

7  proper paperwork to Civil Service?

8        MR. NOVIKOFF:  "You" being    2:54:59PM

9  Mr. Paradiso or "you" being the village?

10        MR. GOODSTADT:  "You" being    2:55:02PM

11  Mr. Paradiso.

12    A    I don't believe that's why.    2:55:05PM

13    Q    So if he testified that that was the    2:55:06PM

14  reason, he'd be lying?

15        MR. NOVIKOFF:  Objection.    2:55:10PM

16    A    I don't -- I wouldn't call him a liar.    2:55:13PM

17  Maybe he's just got the facts wrong.

18    Q    So it wouldn't be truthful, that    2:55:19PM

19  statement?

20        MR. NOVIKOFF:  Objection.    2:55:22PM

21    A    I wouldn't say it wasn't truthful.    2:55:23PM

22  I don't -- I don't see where the

23  problem is.  It says that he's good here.

24    Q    You said they wanted him to go back    2:55:26PM

TSG Reporting - Worldwide  (877) 702-9580

Page 193

EDWARD PARADISO

1  through the test, right?

2    A    Yeah, because there was a break in    2:55:30PM

3  service.

4    Q    He testified, I represent to you, that    2:55:32PM

5  the reason why he had to go through the test

6  again was because you didn't forward the correct

7  paperwork on to Civil Service?

8    A    Oh.    2:55:41PM

9    Q    Do you recall that being the case?    2:55:42PM

10    A    I don't recall that being the case,    2:55:44PM

11  no.

12    Q    Do you recall ever discussing that    2:55:48PM

13  with him?

14    A    No.    2:55:50PM

15    Q    If you look down on the list, Arnold    2:55:55PM

16  Hardman.  Do you see that?  Strike that.  You

17  don't have the list.

18        Do you know whether Arnold Hardman was    2:56:05PM

19  certified?

20    A    I don't know.    2:56:08PM

21    Q    So it never came to your attention    2:56:15PM

22  that Arnold Hardman never passed the polygraph?

23    A    I was out in -- at the end of 2005.    2:56:20PM

24  So he might have been scheduled past that point.

TSG Reporting - Worldwide  (877) 702-9580

Page 194

EDWARD PARADISO

1  But after I went out, I didn't get any
2  information from the police department about
3  anything that was going on.
4      Q    Did Arnold Hardman ever work under you  2:56:33PM
5  as a police officer?
6      A    Yes.                    2:56:38PM
7          MR. NOVIKOFF:  When you say -- in   2:56:38PM
8  theory.
9          MR. GOODSTADT:  In his department.   2:56:41PM
10         MR. NOVIKOFF:  Are you saying work on   2:56:42PM
11  his tour or within his department?
12         MR. GOODSTADT:  Within the department.  2:56:45PM
13     A    Yes.                    2:56:46PM
14     Q    Did he ever work under you on your   2:56:46PM
15  tour?
16     A    There might have been some night tours  2:56:49PM
17  when I was working and he was working.
18     Q    Did you work any night tours in '05?   2:56:54PM
19     A    I would work nights if George took,   2:56:57PM
20  like, time off.
21     Q    Like vacation or something?      2:57:01PM
22     A    Yeah.                   2:57:02PM
23     Q    Do you know who Eric Onderdonk is?   2:57:08PM
24     A    Eric Onderdonk.  Yeah.        2:57:12PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 195

EDWARD PARADISO

1      Q    Do you know whether he was certified?  2:57:16PM
2      A    Yeah.                   2:57:18PM
3      Q    Did he have a break in service?    2:57:19PM
4      A    Eric Onderdonk?             2:57:20PM
5      Q    Yes.                    2:57:21PM
6      A    No.  He left to become an Amityville  2:57:21PM
7  PD police officer.
8      Q    Do you know who Daniel Shook is?   2:57:26PM
9      A    Dan was the one that hurt his leg   2:57:29PM
10  while he was running the physical.  So he pulled
11  out of the process.
12     Q    Did he ever work as a police officer  2:57:38PM
13  in Ocean Beach?
14     A    Prior to being requested to go back   2:57:41PM
15  through, yes.
16     Q    Paid as a police officer?       2:57:44PM
17     A    Yes.                    2:57:45PM
18     Q    How about William Walsh, do you know  2:57:47PM
19  who that is?
20     A    Yes.                    2:57:50PM
21     Q    Who is William Walsh?          2:57:50PM
22     A    He worked for me as a police officer.  2:57:52PM
23  He's a retired city sergeant.
24     Q    Do you know whether he ever took any  2:57:56PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 196

EDWARD PARADISO

1  of the exams needed to be certified as a police
2  officer?
3      A    I don't know.             2:58:01PM
4      Q    Sitting here today, do you know    2:58:14PM
5  whether it was a violation of Civil Service law
6  for those officers who hadn't passed the test to
7  be working as a police officer and paid as a
8  police officer?
9          MR. NOVIKOFF:  Objection to form.   2:58:23PM
10     A    I don't know.             2:58:38PM
11         MR. GOODSTADT:  Just mark that.    2:58:55PM
12         (Whereupon, Bates document P 542 was  2:58:56PM
13  marked as Plaintiff's Exhibit 7 for
14  identification, as of this date.)
15         MR. NOVIKOFF:  This is Number 7?   2:59:19PM
16         MR. GOODSTADT:  Yes.         2:59:20PM
17  I've placed in front of Mr. Paradiso    2:59:23PM
18  what's been marked as Paradiso 7.  It's a
19  one-page memo dated March 31, 2005, bearing
20  Bates Number P 542.  (Handing.)
21  BY MR. GOODSTADT:                2:59:34PM
22     Q    Mr. Paradiso, do you recall receiving  2:59:34PM
23  this memorandum marked as Paradiso 7?
24     A    No.                     3:00:03PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 197

EDWARD PARADISO

1      Q    So if you look down at the text, the   3:00:06PM
2  second line down, it says, "I'm hoping that this
3  season will be a much smoother one with regard
4  to new hires and returnees and regard to
5  qualifications required by Suffolk County Civil
6  Service."
7          Do you see that?           3:00:20PM
8      A    Uh-huh.  Yes.             3:00:22PM
9      Q    Do you have any idea what that's    3:00:23PM
10  referring to?
11     A    Well, the same thing that this is   3:00:25PM
12  referring to.
13         MR. NOVIKOFF:  Let the record reflect  3:00:28PM
14  the witness is pointing, I think, to
15  Paradiso Number 6.
16         Is that correct?          3:00:33PM
17         THE WITNESS:  Yes.          3:00:34PM
18  BY MR. GOODSTADT:                3:00:38PM
19     Q    So that's referring to the officers   3:00:38PM
20  that weren't certified?
21     A    Right.  That's what I said.  In 2004  3:00:40PM
22  it came to light, and they were giving us time
23  to get everybody through the process.  Here in
24  April, the majority of the guys had gone through

TSG Reporting - Worldwide  (877) 702-9580

Page 198

EDWARD PARADISO

1              EDWARD PARADISO
2    the process, and they were just working out the
3    polygraphs.
4         Q   And did you -- strike that.        3:00:54PM
5              Did you ever have anything in writing 3:00:58PM
6    that said Suffolk County was giving you the time
7    to work this out?
8         A   No.                          3:01:04PM
9         Q   Then how did you learn that Suffolk  3:01:04PM
10   County was giving you this time?
11        A   I guess the different conversations  3:01:08PM
12   with George and the village office.
13        Q   Who in the village office?       3:01:11PM
14        A   I guess Kathy or Mary Ann.       3:01:15PM
15        Q   Do you actually recall any       3:01:17PM
16   conversations with either of them with respect
17   to this issue?
18        A   Nothing specific.  It was kind of like  3:01:50PM
19   a process that everybody was involved in trying
20   to get through.  So we would have, you know,
21   anything new happening?  No, not yet.  Or, who's
22   scheduled?  We have dates for these guys to go
23   through this or that.  You know, I would get my
24   information from George and, you know, so -- it
25   was a process.  The village board was aware of

TSG Reporting - Worldwide  (877) 702-9580

Page 199

EDWARD PARADISO

1              EDWARD PARADISO
2    it.  Everybody was aware of what was going on.
3         Q   How do you know the board was aware of  3:02:17PM
4    it?
5         A   Because I would have conversations   3:02:19PM
6    with Joe Loeffler.  They had discussions with it
7    at board meetings.
8         Q   Board meetings that you were at?     3:02:29PM
9         A   Yeah.                        3:02:31PM
10        Q   In open session or executive session?  3:02:31PM
11        A   It was probably in executive session.  3:02:41PM
12        Q   Were you in executive sessions?      3:02:43PM
13        A   I would be.                 3:02:45PM
14        Q   In all the executive sessions?       3:02:46PM
15        A   Not all of them, no.           3:02:47PM
16            MR. GOODSTADT:  Let me mark the record 3:02:58PM
17   to request the production of any minutes of
18   any meetings or sessions in which this issue
19   was discussed at board meetings because I
20   don't think we have any.
21            MR. NOVIKOFF:  Taken under advisement. 3:03:09PM
22   BY MR. NOVIKOFF:                     3:03:14PM
23        Q   Did you ever speak with anybody at    3:03:14PM
24   Civil Service with respect to this issue?
25        A   No.                         3:03:18PM

TSG Reporting - Worldwide  (877) 702-9580

Page 200

EDWARD PARADISO

1              EDWARD PARADISO
2            MR. NOVIKOFF:  The issue being having  3:03:21PM
3    time to fix the issue?
4            MR. GOODSTADT:  Anything at all about  3:03:25PM
5    this issue.
6            MR. NOVIKOFF:  That wasn't the        3:03:26PM
7    question.  Okay.
8    BY MR. GOODSTADT:                    3:03:27PM
9         Q   I asked did you ever speak with       3:03:27PM
10   anybody at Civil Service with respect to this
11   issue of certified officers, anything at all
12   about the issue.
13        A   No.                        3:03:35PM
14        Q   Did you get a copy of the           3:03:39PM
15   pre-polygraph questionnaire for officers prior
16   to their taking the polygraph?
17        A   Which one?                  3:04:02PM
18        Q   What do you mean, which one?        3:04:03PM
19        A   The one that the county would normally  3:04:06PM
20   give or the one George developed.
21        Q   Either one.  Let's start with the one  3:04:11PM
22   the county normally gives.
23        A   No, I never saw a copy of that.     3:04:15PM
24        Q   How about the one that George        3:04:19PM
25   developed?

TSG Reporting - Worldwide  (877) 702-9580

Page 201

EDWARD PARADISO

1              EDWARD PARADISO
2         A   I don't think so.             3:04:32PM
3         Q   Why did George develop a pre-polygraph  3:04:39PM
4    questionnaire?
5         A   It -- over time, it got more and more  3:04:46PM
6    difficult to get guys into the seasonal police
7    academy.  It would seem -- I think when Frank
8    went through, there were only nine of you that
9    got into that class, when 10 or 12 or 15 years
10   ago there would be 70 or 80 in a seasonal police
11   officer class.  And it almost seemed like the
12   county was trying to do away with the seasonal
13   police officer program because they were making
14   it more increasingly difficult to get officers
15   through.
16           So I think -- I think George worked on  3:05:33PM
17   a questionnaire and submitted it and got it
18   approved through -- Suffolk County Police said,
19   okay, we'll use this one.  And they used that,
20   and George sat in on the questioning for the
21   polygraph.
22        Q   When you said before that it was more  3:06:00PM
23   difficult to get in the program or they were
24   trying to do away with the program, was that
25   your opinion?

TSG Reporting - Worldwide  (877) 702-9580

Page 202

EDWARD PARADISO

1    A    That was just my opinion. It    3:06:09PM
2    wasn't -- that's just how it seemed.
3    Q    And when you said that George got the    3:06:15PM
4    pre-polygraph questionnaire approved, who did he
5    get it approved by?
6    A    I think by the Suffolk County Police    3:06:22PM
7    academy unit that was handling the polygraph
8    section.
9    Q    How do you know that he got it    3:06:29PM
10   approved? Did you ever see the approval?
11   A    No. He told me. I think he told me    3:06:33PM
12   he got it approved or they were using an
13   approved -- one or the other.
14   Q    So George would administer the    3:06:42PM
15   pre-polygraph questionnaire?
16   A    He didn't administer. They had their    3:06:46PM
17   own -- the county provided the polygraph
18   administration, you know. It's a -- you know,
19   the process was very new, and it only really
20   came into effect as I was leaving. So I never
21   really got to sit through or observe any of it
22   because by the time they really started getting
23   all the polygraphs done, I was already out of
24   there.

TSG Reporting - Worldwide  (877) 702-9580

Page 203

EDWARD PARADISO

1    Q    Didn't you say as of the summer of    3:07:12PM
2    '04, you knew they had to take the polygraphs?
3    A    They had to do everything. So there    3:07:18PM
4    was this process. So they had to get through
5    the physical, the psychological, their agility
6    test and then do the polygraph. The polygraph
7    was the last section of the tests.
8    Q    So when you say the polygraph was a    3:07:27PM
9    new process, when did that become a requirement?
10   A    I think they added the polygraph in,    3:07:37PM
11   like, 2000.
12   Q    So when you say new, within five years    3:07:42PM
13   is considered new?
14   A    Yeah.    3:07:48PM
15        MR. GOODSTADT: Mark that.    3:08:05PM
16        (Whereupon, Bates document 5773 was    3:08:06PM
17   marked as Plaintiff's Exhibit 8 for
18   identification, as of this date.)
19        MR. GOODSTADT: I've placed in front    3:08:34PM
20   of Mr. Paradiso what's been marked as
21   Paradiso 8. It's a one-page letter dated
22   October 30, 2005, and it bears Bates
23   Number 5773. (Handing.)

TSG Reporting - Worldwide  (877) 702-9580

Page 204

EDWARD PARADISO

1    A    Okay. I never received this letter.    3:08:51PM
2    I was out on disability as of September 26th,
3    2005.
4    Q    Okay. So this letter that was to you,    3:08:56PM
5    you don't recall ever receiving it?
6    A    Never received it.    3:09:01PM
7    Q    Did you ever hear of the issue that    3:09:02PM
8    Alan Loeffler did not successfully complete the
9    basic course for police officers?
10   A    I had heard reference of it. I don't    3:09:05PM
11   remember from who. But I was out of the loop
12   when it was coming to what was going on with the
13   police department at that point. So it never
14   really came under anything that I had to concern
15   myself about.
16   Q    Did you ever hear how this was    3:09:25PM
17   resolved?
18   A    No.    3:09:27PM
19   Q    Do you know if Alan Loeffler still    3:09:28PM
20   works at the department as a police officer?
21   A    No.    3:09:37PM
22   Q    Did you ever speak with Alan Loeffler    3:09:37PM
23   about this issue?
24   A    No.    3:09:38PM

TSG Reporting - Worldwide  (877) 702-9580

Page 205

EDWARD PARADISO

1    Q    When was the last time you spoke with    3:09:39PM
2    Alan Loeffler?
3    A    I ran into him buying furniture about    3:09:42PM
4    three weeks ago.
5    Q    And how about before that?    3:09:46PM
6    A    I think he came to my father's funeral    3:09:50PM
7    in 2006.
8    Q    Do you know whether he was employed as    3:09:55PM
9    a police officer at that time?
10   A    I don't know. I don't believe so,    3:09:59PM
11   because he retired.
12   Q    Do you know when he retired?    3:10:05PM
13   A    I'm not certain.    3:10:08PM
14   Q    Do you know why he retired?    3:10:09PM
15   A    He retired from his town job; and he    3:10:10PM
16   had enough time on as a police officer, so he
17   retired. Once you retire from one, you can't
18   keep working. I guess he wanted to retire from
19   everything at once, so he just retired from
20   everything.
21   Q    If you look at the handwriting on the    3:10:30PM
22   bottom left there, do you recognize that
23   handwriting?
24        MR. NOVIKOFF: Objection to form.    3:10:35PM

TSG Reporting - Worldwide  (877) 702-9580

Page 206

EDWARD PARADISO

1     EDWARD PARADISO
2        A   I don't recognize anybody's        3:10:40PM
3     handwriting.
4        Q   You don't remember, okay.          3:10:43PM
5            How many years did Alan Loeffler work  3:10:52PM
6     as a police officer?
7        A   One second.  I'm just reading it.   3:10:55PM
8            Which is interesting, because if you   3:11:07PM
9     look back here at Number 6, his name is down as
10    good.
11       Q   Okay.                              3:11:14PM
12       A   So how does that happen?  Suffolk   3:11:15PM
13    County Civil Service had him down as good.  New
14    York State is saying they can't find it.  What
15    do we do with that?
16       Q   Do you know whether Suffolk County   3:11:28PM
17    Civil Service ever chimed in on this issue?
18       A   No idea.  They listed him as good on   3:11:32PM
19    this letter.
20           MR. GOODSTADT:  Can you mark that,    3:11:41PM
21    please.
22           (Whereupon, Bates document 5769 was   3:11:43PM
23    marked as Plaintiff's Exhibit 9 for
24    identification, as of this date.)
25           MR. NOVIKOFF:  It's a mystery to me.  3:11:45PM

TSG Reporting - Worldwide  (877) 702-9580

Page 207

EDWARD PARADISO

1     EDWARD PARADISO
2            MR. GOODSTADT:  What was that?     3:11:50PM
3            MR. NOVIKOFF:  I said it was a mystery  3:11:51PM
4     to me.
5            Number 9?                          3:12:11PM
6            MR. GOODSTADT:  Yes.               3:12:12PM
7        A   I never received this letter either.  3:12:13PM
8            MR. GOODSTADT:  Let me just introduce  3:12:16PM
9     it first.
10           I placed in front of Mr. Paradiso    3:12:17PM
11    what's now been marked as Paradiso 9.  It's
12    a one-page letter dated October 6th, 2005,
13    bearing Bates Number 5769.
14    BY MR. GOODSTADT:                          3:12:32PM
15       Q   Mr. Paradiso, did you ever receive   3:12:33PM
16    this letter?
17       A   No, sir.                           3:12:36PM
18       Q   Have you ever seen this letter?     3:12:36PM
19       A   No.  It says here he's no longer    3:12:38PM
20    employed by the village.
21       Q   Where are you referring to?         3:12:48PM
22       A   It says here at the bottom, "It is our  3:12:49PM
23    understanding that Mr. Loeffler is no longer
24    employed by the village."
25           Did they ever submit the CS-150?    3:12:57PM

TSG Reporting - Worldwide  (877) 702-9580

Page 208

EDWARD PARADISO

1     EDWARD PARADISO
2        Q   Luckily, I don't have to answer     3:13:04PM
3     questions today.  I don't have the answer to the
4     question.
5        A   So they recanted his good on Number 6.  3:13:12PM
6        Q   Well, I don't know.  I'm asking if   3:13:17PM
7     you've ever seen this letter.  If you haven't,
8     you haven't.
9        A   No.                                3:13:22PM
10           How do we know that any of the goods   3:13:23PM
11    on this letter are good if they can send you a
12    letter a year later and they they're not good.
13           MR. NOVIKOFF:  It's not a year later.  3:13:31PM
14           THE WITNESS:  It's five months later.  3:13:34PM
15           MR. NOVIKOFF:  Yeah.               3:13:35PM
16    BY MR. GOODSTADT:                          3:13:36PM
17       Q   Do you know how Civil Service became   3:13:37PM
18    aware of this issue that there were certain
19    officers working at the Ocean Beach Police
20    Department who were not certified to work in
21    Suffolk County?
22           MR. NOVIKOFF:  Objection to form.    3:13:47PM
23       A   I believe I thought it was Mary Ann   3:13:48PM
24    Minerva went to certify the payroll.
25       Q   Did you ever hear anyone allege that   3:13:54PM

TSG Reporting - Worldwide  (877) 702-9580

Page 209

EDWARD PARADISO

1     EDWARD PARADISO
2     it was Tom Snyder who went to Civil Service to
3     alert them to that fact?
4            MR. NOVIKOFF:  Did he ever hear it on   3:14:02PM
5     a ledge?
6            MR. GOODSTADT:  Did he hear it      3:14:04PM
7     alleged.
8            MR. GOODSTADT:                     3:14:05PM
9        Q   Have you ever heard the allegation   3:14:05PM
10    that Tom Snyder was the one who went to Civil
11    Service to let them know about this issue of
12    uncertified officers working at Ocean Beach?
13       A   I remember -- I remember that.  They   3:14:18PM
14    did say that you did that, Tommy, but there was
15    no proof that I could see.  It was kind of like
16    a rumor.
17       Q   Who said that?                     3:14:29PM
18       A   I don't know.  It was just a -- you   3:14:29PM
19    know.  There would be, like, a talk.  You know,
20    you'd walk past and hear a conversation or
21    something.  It wasn't anybody that came up to me
22    and said, you know, Tommy Snyder called Civil
23    Service.  It wasn't like that.  I mean, what
24    would he have to gain by calling Civil Service?
25       Q   My question was who did you learn that  3:14:54PM

TSG Reporting - Worldwide  (877) 702-9580

Page 210

EDWARD PARADISO

1  from.

2      A   I don't know.  It was just something  3:14:57PM

3  that you'd hear.  I don't know who.

4      Q   You don't know who you heard it from?  3:15:01PM

5      A   No.                         3:15:03PM

6      Q   Did you ever hear George Hesse make  3:15:03PM

7  that statement?

8      A   No.                         3:15:06PM

9      Q   Did you ever hear Gary Bosetti make  3:15:07PM

10  that statement?

11      A   I just said I don't know who I heard  3:15:10PM

12  it from.

13      Q   Did you ever hear anyone call Tom  3:15:12PM

14  Snyder a Civil Service rat?

15      A   No.                        3:15:18PM

16      Q   Did you ever hear anyone call Kevin  3:15:18PM

17  Lamm a Civil Service rat?

18      A   No.                        3:15:22PM

19      Q   Did you ever hear that same rumor  3:15:23PM

20  about Kevin Lamm, that he alerted Civil Service

21  to this issue?

22      A   No.                        3:15:30PM

23      Q   Did you ever hear anyone call Tom  3:15:32PM

24  Snyder a rat, ever?

Page 211

EDWARD PARADISO

1      A   No.                        3:15:40PM

2      Q   Did you ever see anybody refer to Tom  3:15:42PM

3  Snyder as a rat in writing as opposed to hearing

4  it?

5      MR. NOVIKOFF:  Objection.          3:15:48PM

6      A   No.                        3:15:52PM

7      Q   Did you ever hear or see anyone refer  3:15:52PM

8  to Frank Fiorillo as a rat?

9      A   No.                        3:15:56PM

10      Q   Did you ever or see anyone refer to  3:15:56PM

11  Kevin Lamm as a rat?

12      A   You just asked me that.          3:16:01PM

13      Q   I think I asked Snyder.          3:16:03PM

14      MR. NOVIKOFF:  I thought it was Lamm.  3:16:06PM

15  I didn't feel like objecting to it.

16      MR. GOODSTADT:  I think I asked      3:16:09PM

17  Snyder.

18      A   No.                        3:16:12PM

19      Q   No to Kevin Lamm?              3:16:12PM

20      A   No to Kevin Lamm.              3:16:14PM

21      Q   How about Ed Carter, did you ever hear  3:16:15PM

22  or see anyone refer to him as a rat?

23      A   No.                        3:16:20PM

24      Q   Did you ever hear or see anyone refer  3:16:20PM

Page 212

EDWARD PARADISO

1  to Joe Nofi as a rat?

2      A   No.                        3:16:25PM

3      Q   Did there come a point in time where  3:16:33PM

4  George Hesse had taken over the background

5  investigations for the officers at Ocean Beach?

6      A   Uh-huh.                    3:16:41PM

7      Q   When was that?                3:16:42PM

8      A   When he came -- when he became  3:16:52PM

9  sergeant.  He started the process.  What we were

10  doing is Suffolk County Police Department, their

11  applicant investigation unit did all of our

12  background investigations for years and years

13  and years.  Then it got to the point where I'd

14  give them 15 names, and none of them would get

15  through the background investigation.  And these

16  were guys that were in the military, Coast Guard

17  guys, just out the military, MPs, clean

18  backgrounds, and for whatever the reason, I

19  couldn't get anybody into the police academy.

20  So at that point, we had to find a different

21  place to find police officers.  So we went to

22  the retired pool as they were just retiring from

23  different jobs.

24      Q   But my question was, when did George  3:17:53PM

Page 213

EDWARD PARADISO

1  Hesse take over the role as doing the background

2  investigations as opposed to Suffolk County?

3      A   Had to be maybe 2002.          3:18:04PM

4      Q   Who gave him that authority?      3:18:25PM

5      A   I did.                     3:18:26PM

6      Q   Did you report that to Suffolk County?  3:18:27PM

7      A   I didn't have to report it to Suffolk  3:18:31PM

8  County.

9      Q   Did you report it to Suffolk County  3:18:33PM

10  though?

11      A   No.                        3:18:35PM

12      Q   Why did you -- strike that.      3:18:38PM

13      After 2002, did Suffolk County do any  3:18:41PM

14  of your background checks?

15      A   No.                        3:18:44PM

16      Q   Why did you no longer use Suffolk  3:18:44PM

17  County?

18      A   I couldn't get anybody through.  It  3:18:47PM

19  seemed like there was a concerted effort not to

20  have seasonal police officers.

21      Q   So you did it to end round Suffolk  3:18:53PM

22  County so you would get people through?

23      MR. NOVIKOFF:  Objection.          3:18:59PM

24      A   I didn't do end round anybody.  We  3:19:00PM

Page 214

EDWARD PARADISO

1  didn't end round anybody.  We did a complete,
2  thorough background investigation.  Used the
3  same resources that the Suffolk County Police
4  did.  Sent the fingerprints off.  Did checks of
5  former employees.  You know, everything that was
6  needed to be done to get a pool of names we did.
7     Q    Do you know whether George Hesse     3:19:23PM
8  received any training with respect to doing
9  background checks?
10     A    I don't know if he took any classes or  3:19:50PM
11  not. I don't recall.
12     Q    Did you review all the background      3:19:55PM
13  checks that he did?
14     A    Yes.                   3:19:58PM
15     Q    How many background checks did he do   3:20:07PM
16  between 2002 and 2005, approximately?
17     A    I don't know.              3:20:15PM
18     Q    Did you ever receive any training in   3:20:15PM
19  doing background checks?
20     A    From Joe Loeffler, Sr.       3:20:18PM
21     Q    On-the-job training?          3:20:21PM
22     A    Uh-huh.  Yes.             3:20:22PM
23     Q    What year was that?          3:20:24PM
24     A    Started in 1983.            3:20:27PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 215

EDWARD PARADISO

1     Q    Your training of background checks     3:20:30PM
2  started in 1983?
3     A    Yes.                   3:20:34PM
4     Q    How long did that training last?  Just  3:20:34PM
5  on background checks.
6     A    Well, it was an ongoing process that I  3:20:43PM
7  would do with him until he retired.
8     Q    Was Suffolk County doing the         3:20:48PM
9  background checks at that time?
10     A    No.                   3:20:51PM
11     Q    So Joe Loeffler, Sr. was doing them    3:20:51PM
12  with you?
13     A    Yes.                   3:20:54PM
14     Q    Did you train Hesse?          3:20:57PM
15     A    It wasn't like I sat down one day and  3:21:21PM
16  said, okay, today's your day to learn to do
17  background investigations.
18     Q    So is that you didn't train him?     3:21:37PM
19     A    I don't know how to answer the       3:21:40PM
20  question.
21     Q    Do you have anything that would      3:21:50PM
22  demonstrate that you did train him or that he
23  was trained at all?
24     A    I reviewed his -- the work that he    3:21:55PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 216

EDWARD PARADISO

1  did. It seemed thorough.
2     Q    Did you ever prepare any performance   3:22:14PM
3  evaluations for police officers at Ocean Beach?
4     A    No.                   3:22:18PM
5     Q    Did you ever receive a handbook, Ocean  3:22:21PM
6  Beach handbook, employee handbook?
7     A    Yes.                   3:22:30PM
8     Q    Did you ever distribute a handbook to   3:22:30PM
9  any of your officers?
10     A    The employee handbooks that the       3:22:34PM
11  village handed out were only for full-time
12  employees.
13     Q    So did all of your full-time employees  3:22:41PM
14  receive the handbook?
15     A    There was something that was given by   3:22:44PM
16  the village.  The village gave that to full-time
17  employees.  The village office would hand them
18  out.
19     Q    Do you know whether it's -- strike     3:22:56PM
20  that.
21         How do you know it was only for       3:22:59PM
22  full-time officers?  Who told you that?
23     A    The village only gave it to full-time  3:23:03PM
24  employees.
25

TSG Reporting - Worldwide  (877) 702-9580

Page 217

EDWARD PARADISO

1     Q    Did anyone ever tell you that it only   3:23:07PM
2  applies to full-time officers?
3         MR. NOVIKOFF:  Objection. That's not  3:23:12PM
4  what he testified to.
5         MR. GOODSTADT:  That's what I asked    3:23:15PM
6  him, did anyone ever tell you that it only
7  applied to full-time employees.
8     A    I took it for granted, since they only  3:23:17PM
9  gave me the -- it wasn't my book to give out.
10  It was the village's book.
11         MR. NOVIKOFF:  It sounds like you're   3:23:23PM
12  attacking the witness.
13         MR. GOODSTADT:  I don't need that kind  3:23:26PM
14  of comment.  That is wholly improper.
15         MR. NOVIKOFF:  What is?         3:23:32PM
16         MR. GOODSTADT:  To say that I'm       3:23:33PM
17  attacking the witness.
18         MR. NOVIKOFF:  Well, it sounds like    3:23:33PM
19  it.
20         MR. GOODSTADT:  It doesn't matter what  3:23:35PM
21  it sounds like.  It's wholly improper for
22  you say on the record that I'm attacking a
23  witness, when A, there's no evidence of it,
24  and B, I'm asking him questions and he's
25

TSG Reporting - Worldwide  (877) 702-9580

Page 218

EDWARD PARADISO

1
2   answering questions.  For you to classify
3   what I've done as attacking is wholly
4   legally improper, and you know it's wrong.
5   You know it's wrong.
6          MR. NOVIKOFF:  I don't think it is.   3:23:51PM
7          MR. GOODSTADT:  We'll bring it to the  3:23:52PM
8   judge and see.  Completely improper and not
9   true.
10         Can I see the question that        3:24:02PM
11  Mr. Novikoff improperly interrupted?
12         (Whereupon, the referred to portion    3:24:15PM
13  was read back by the court reporter:  Did
14  anyone ever tell you that it only applies to
15  full-time officers?)
16  BY MR. GOODSTADT:                      3:24:15PM
17     **Q   Did anyone ever tell you that it    3:24:16PM**
18  **applied only to the full-time employees?**
19         MR. NOVIKOFF:  Objection to form.    3:24:22PM
20     A   I believe inside the book it stated    3:24:23PM
21  that it only applied to people who worked in
22  excess of 1,500 hours a year.  I forget what
23  page that might be on; but if you have a copy of
24  the book, I could probably find it for you.
25     **Q   Did you ever complete performance     3:24:47PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 219

EDWARD PARADISO

1
2   **evaluations for any of the your full-time**
3   **officers?**
4      A   No.                          3:24:53PM
5      **Q   Was it a requirement to perform     3:24:54PM**
6   **performance evaluations for full-time employees?**
7      A   No.                          3:25:00PM
8      **Q   I believe you testified before that    3:25:03PM**
9   **at -- at board meetings, I think you said**
10  **homeowners association meetings that you were --**
11  **that the complaint was there weren't enough**
12  **summonses being issued on the beach; is that**
13  **correct?**
14     A   Enforcement.  There wasn't enough    3:25:20PM
15  enforcement.
16     **Q   Enforcement.  Was there ever a      3:25:23PM**
17  **complaint that there weren't enough summonses**
18  **being written?**
19     A   Yeah.  Yes.                      3:25:30PM
20     **Q   By who?**                      **3:25:31PM**
21     A   It would be -- it would be a consensus  3:25:33PM
22  of the group.  They looked at enforcement as how
23  many summonses would be issued.  There were
24  years that I would have to give exactly how many
25  summonses were issued weekly to the board at a

TSG Reporting - Worldwide  (877) 702-9580

Page 220

EDWARD PARADISO

1
2   board meeting.
3      **Q   Did you ever instruct police officers   3:25:52PM**
4   **to write more summonses?**
5      A   I told them to enforce the laws.  I    3:25:56PM
6   left the discretion up to the police officers.
7   They have to do the job.
8      **Q   Did you ever have any directives with  3:26:10PM**
9   **respect to that, written directives?**
10     A   I would put up how many people wrote   3:26:21PM
11  summonses sometimes.  I put up a list of who
12  wrote summonses, and there would be some that
13  were clearly able to write a lot of summonses
14  and some guys who weren't writing any summonses
15  at all.  And I didn't come down on the guys who
16  weren't writing summonses because I didn't want
17  to -- you shouldn't set quotas as a police
18  officer and you shouldn't set quotas as a
19  requirement of your employment.  You have to
20  have enough faith in the officers that are doing
21  the job that they're doing it with the best
22  intentions in mind.  If an officer seems to feel
23  that people can learn from a warning instead of
24  a summons and they issued warnings, I found -- I
25  had to trust the officers that I had working for

TSG Reporting - Worldwide  (877) 702-9580

Page 221

EDWARD PARADISO

1
2   me that they were going to do the job and get it
3   done.  When officers write summonses, they had
4   to make sure that they were writing summonses
5   that were enforceable and for proper reasons.
6   So even though a lot of people were complaining
7   that we weren't writing enough summonses, I felt
8   that we were adequately enforcing the law as a
9   village, and that I tried to tell them over and
10  over again, them being the board and the public
11  in general, that if I'm issuing 500 summonses
12  for people riding bicycles, obviously we're not
13  getting the point across that you shouldn't be
14  riding bicycles.  We're writing a lot of
15  summonses.  Showing a lot of summonses doesn't
16  mean that enforcement is any better or that
17  compliance is getting increased.  What I was
18  trying to do is get the word out to people so
19  they wouldn't get summonses, that they would
20  follow the law instead.  I didn't look at the
21  summonses as the end all, be all on how well the
22  officers were doing their jobs or how well we
23  were providing the services to the village.
24  There were some people that were always going to
25  want to see summonses written; and no matter if

TSG Reporting - Worldwide  (877) 702-9580

Page 222

EDWARD PARADISO

1  we wrote a thousand summonses, they still would
2  say that you're not doing enough.
3      So it's part of the job of the chief   3:28:40PM
4  of police or the head of the department to,
5  bottom line, make sure that the job is getting
6  done and that you're not running a police state.
7  You're running a police department in a resort
8  community, where people feel the biggest crime
9  is when you have a soda on the beach.  And you
10  have to temper that with, you know, the realism
11  that, you know, people come to enjoy themselves,
12  and it's not out of character for a little kid
13  to pull a cookie out of their pocket and start
14  chewing on it.  And some of the laws that people
15  would want enforced were very difficult for some
16  officers, and we tried to do our best.
17      Q   What was the purpose of putting on the  3:29:30PM
18  board the amount of summonses that officers
19  write?
20      A   Because there was such a glaring   3:29:35PM
21  discrepancy with some of the officers that had
22  two summonses for the entire summer and other
23  officers had 300, you know.  And I was trying to
24  just like inspire the guys that weren't writing
25  

TSG Reporting - Worldwide  (877) 702-9580

Page 223

EDWARD PARADISO

1  anyt hat you can't let everybody go, you can't
2  be everybody's best friend.  You're a police
3  officer.  You can't everybody that's speeding go
4  with a warning.  You have to write summonses
5  from time to time or they're going to just know
6  that they can get over on you all the time too.
7  So I was trying to inspire the guys that weren't
8  writing a lot of summonses to try to write a few
9  more.
10      Q   So the guys that were writing like two  3:30:10PM
11  summons a year, did you believe that they had an
12  effective enforcement for those years?
13      A   If you looked at basically just    3:30:21PM
14  numbers, you would say yes, they had ineffective
15  enforcement.  If they were walking past people
16  who were breaking the law and not stopping and
17  saying stop or taking some kind of action, then
18  I would say yes, they definitely weren't doing
19  their jobs.  In a resort community, when you see
20  the same people every day, it's -- it's a
21  service-oriented police department.  We're
22  trying to be there for a lot of different
23  thicks, not just writing summonses.  A so lot of
24  guys were very good at other portions of the
25  

TSG Reporting - Worldwide  (877) 702-9580

Page 224

EDWARD PARADISO

1  police work, and the summonses weren't their
2  main focus.  So it wasn't like they weren't
3  doing their jobs.  It was more or less like they
4  spent more time doing other aspects of their
5  jobs.  I was just trying to get them to throw in
6  a few more summonses too.
7      Q   Did you ever write any summons on the  3:31:16PM
8  beach?
9      A   I wrote summonses all the time.   3:31:20PM
10      Q   I believe you testified before that if  3:31:25PM
11  you wanted the beach to be patrolled and
12  enforced, you'd send Frank Fiorillo out there?
13      A   Yes.                 3:31:35PM
14      Q   He was a bulldog; is that what you   3:31:35PM
15  called him?
16      A   He was a machine.  Frank was a    3:31:39PM
17  diligent worker.  Frank would -- if I said,
18  Frank, we're going to concentrate on balls and
19  Frisbees today, he would come back with a
20  handful of summonses for people playing ball.
21  He wouldn't be out there saying, hey, throw me a
22  ball, I'm going to write you a summons.  But he
23  would also warn people, listen, can't -- he
24  would go down the beach and warn everybody; and
25  

TSG Reporting - Worldwide  (877) 702-9580

Page 225

EDWARD PARADISO

1  then on the way back, if they were still doing
2  it, he would write the summonses.  He wouldn't
3  warn the same people over and over and over
4  again, because obviously they're not getting the
5  hint.  And he was very good at what he did.
6      Q   Do you think Frank exercised an    3:32:16PM
7  appropriate level of discretion?
8      MR. NOVIKOFF:  Objection.      3:32:20PM
9  BY MR. GOODSTADT:              3:32:21PM
10      Q   As a police officer?        3:32:21PM
11      A   I think Frank knew that I wanted    3:32:23PM
12  enforcement on the beach.  So he showed the
13  appropriate amount of discretion for a person
14  who was asked to write summonses.
15      Q   Do you think Frank Fiorillo was a good  3:32:37PM
16  police officer?
17      A   I thought he was a great police    3:32:40PM
18  officer.
19      Q   Tom Snyder was a good police officer?  3:32:42PM
20      A   I thought he was a wonderful police  3:32:43PM
21  officer.
22      Q   What about Eddie Carter, do you think  3:32:45PM
23  he was a good police officer?
24      A   Yes, I do.           3:32:51PM
25  

TSG Reporting - Worldwide  (877) 702-9580

Page 226

EDWARD PARADISO

1    Q    Was Joe Nofi a good police officer?    3:32:53PM
2    A    Joe was good.  Joe had his issues,    3:32:55PM
3    okay?  But none that I found to be fatal flaws,
4    none that would stop me from recommending him
5    for another police job.  Joe just had a good
6    personality.  He was a people kind of a guy.  He
7    could get people to open up and talk and --
8    which is a good aspect, because you get a lot of
9    information that way from people.  Joe's only
10   flaw was that his grammar was -- his grammar was
11   lousy, and so we had to work with that with him.
12   But Joe did his job, you know.  He worked for a
13   lot of different agencies, and he was a good
14   guy.
15       Q    So other than for his grammar and his    3:33:51PM
16   penmanship, I think you testified before --
17       A    Yeah, yeah.    3:33:55PM
18       Q    -- did you have any other problems    3:33:56PM
19   that you perceived with Joe's work?
20       A    I prefer Joe type than write.    3:33:57PM
21       Q    But the question is, other than for    3:34:01PM
22   the grammar and the penmanship, did you have any
23   other problems with Joe's performance as a
24   police officer?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 227

EDWARD PARADISO

1    A    No.  The only other problem I had with    3:34:13PM
2    Joe is that he wasn't available enough, you
3    know.  I like guys that could work a lot, and
4    Joe worked for the county and tobacco
5    enforcement and he was a harbor master for
6    Brookhaven Town, I think he was working at.  So,
7    you know, he could only give me -- and then he
8    had a bunch of kids too.  So he was like, you
9    know, I want to spend time with my family, I
10   can't keep working all these hours.  Oh, come
11   on, Joe, you don't need to spend that much time
12   with your family.  I need you working.  So those
13   were my only complaints, that I wanted to have
14   him more.
15       Q    Just so I'm clear on that last point    3:34:52PM
16   about not being available enough.  It wasn't
17   that he wasn't available when he was on duty, he
18   just wasn't available for enough tours?
19       A    Yeah, right.    3:35:01PM
20       Q    I just want to be clear on that.    3:35:02PM
21       MR. NOVIKOFF:  I think that's pretty    3:35:03PM
22   clear.
23   BY MR. GOODSTADT:    3:35:04PM
24       Q    How about Kevin Lamm, was he a good    3:35:04PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 228

EDWARD PARADISO

1    police officer?
2    A    Yeah, Kevin Lamm was a wonderful    3:35:07PM
3    police officer.  He was tireless, and he
4    didn't -- he didn't -- one of the good things
5    about Kevin Lamm, he didn't hang out on Fire
6    Island.  He worked and he went home.  He
7    wouldn't go out later on, you know what I mean?
8    Some of the guys could get into trouble with
9    that, you know.  So Kevin, he got hurt doing
10   arrests, you know.  He was a worker, you know,
11   and he'd write summonses, you know, he was a
12   good guy.
13       Q    Did you ever have any problems with    3:35:47PM
14   Kevin Lamm's work as a police officer?
15       A    The only thing, too, toward the end,    3:35:52PM
16   he was, like, unavailable for different shifts,
17   you know what I mean.  He'd give me a list of
18   days he could work, but there weren't all
19   weekends in it.  And I'd be like, Kevin, you're
20   killing me, you know, this is a weekend job and
21   you're not available, you know, on weekends.  I
22   need you to work.  I need you to work more.
23       Q    Did you have any problems with him and    3:36:11PM
24   his police work when he was actually working?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 229

EDWARD PARADISO

1    A    No.    3:36:15PM
2    Q    Did you ever have to discipline Gary    3:36:19PM
3    Bosetti?
4    A    Yes.    3:36:24PM
5    Q    When?    3:36:24PM
6    A    There was an incident at Houser's --    3:36:26PM
7    Gary or Richie?  Gary.  There was an incident at
8    Houser's -- can we take a break for a minute?  I
9    just have to use the men's room.
10       Q    Sure.    3:36:41PM
11       THE VIDEOGRAPHER:  The time is 3:38.    3:36:42PM
12   We're going off the record.
13       (Whereupon, a discussion was held off    3:36:46PM
14   the record.)
15       THE VIDEOGRAPHER:  The time is 3:51.    3:49:37PM
16   We are back on the record.
17   BY MR. GOODSTADT:    3:49:42PM
18       Q    I believe before we took the break,    3:49:43PM
19   you had mentioned something about disciplining
20   Richard Bosetti.
21       A    Right.    3:49:50PM
22       Q    For a fight that happened at Houser's;    3:49:51PM
23   is that correct?
24       A    Right.    3:49:54PM

TSG Reporting - Worldwide  (877) 702-9580

Page 230

EDWARD PARADISO

1    MR. NOVIKOFF: I'm going to object to  3:49:55PM
2  the characterization of his testimony in
3  response to your question.
4    MR. CONNOLLY: Andrew, I think your  3:50:00PM
5  question made reference to Gary Bosetti.
6    MR. GOODSTADT: Can I see the question  3:50:05PM
7  and answer.
8    You're right. It's Gary Bosetti. I  3:50:18PM
9  apologize.
10 BY MR. GOODSTADT:              3:50:20PM
11   Q   So I believe before we took a break,  3:50:21PM
12 you testified about an incident that you had to
13 discipline Gary Bosetti about that happened at
14 Houser's; is that correct?
15   A   Right.                 3:50:29PM
16   Q   Why don't you tell me what you're  3:50:29PM
17 referring to there.
18   A   Okay. Well, I called the police  3:50:33PM
19 station early Sunday to find out how the night
20 had gone. I think I got Frank Fiorillo on the
21 phone, and he said everything -- you know, it
22 was a busy night, and he seemed reluctant in
23 telling me exactly everything that took place.
24 I said, Frank, what's going on? He goes, well,

TSG Reporting - Worldwide  (877) 702-9580

---

Page 231

EDWARD PARADISO

1  I really think you need to come down here. I'm
2  like -- because I wasn't coming in that Sunday.
3  So he goes, no, you really should come down
4  here. There was an incident. I'm like okay.
5  So I got in my truck and drove to the beach. I
6  get there, and he tells me that --
7    Q   Just before you go there. When he  3:51:28PM
8  said there was an incident, did he tell you
9  anything about the incident that you should come
10 down and discuss?
11   A   He said he'd rather talk to me when I  3:51:35PM
12 got there.
13   Q   Okay.                  3:51:38PM
14   A   So I go down there. And it turns out  3:51:40PM
15 that during the Halloween party at Houser's, an
16 incident took place that Gary was involved in.
17 People got hurt. They had to go and find one of
18 the guys that had gotten injured. They called
19 for an ambulance and had him shipped off. So
20 when I got to the police station, I was getting
21 filled in on the events as they knew them, which
22 was that there was an argument started inside
23 the bar, Gary took some action and a fight
24 ensued, and that a couple of guys were coming

TSG Reporting - Worldwide  (877) 702-9580

---

Page 232

EDWARD PARADISO

1  after him and he was swinging a pool cue. One
2  guy got at him and hit in the head with a pool
3  cue. And then the police finally arrived, and
4  they had to separate, I guess, who was there.
5  And at first he didn't want to tell me that it
6  was Gary who was involved in this, but
7  eventually he said that the person picked out
8  Gary's picture off the wall and said that's the
9  guy who hit him with the pool cue.
10     So now I tried to find Gary Bosetti,  3:53:16PM
11 and I couldn't find him. He wasn't in the
12 barracks. He wasn't anywhere I could find him.
13     Eventually, he called the police  3:53:29PM
14 station. He was in somebody's car, and he was
15 driving off of the beach. I said, where are
16 you? He said, I'm going off of the beach. I
17 said, I need you to get down to the police
18 station. He said, well, you know, I'd really
19 rather just leave. I said, I need to talk to
20 you. And he goes, yeah, well, I'm gonna have to
21 talk to you later because I'm not gonna come
22 back now. I'll come back later. So he leaves.
23 I go, well, I go, if you're not going to come
24 back, I'm going to have to let you go because I

TSG Reporting - Worldwide  (877) 702-9580

---

Page 233

EDWARD PARADISO

1  gotta find out what's going on here; and if
2  you're not going to tell me, then I'll have to
3  terminate you. I go, so consider yourself
4  suspended pending termination.
5     The people come in off the boat that  3:54:08PM
6  were involved in the fight. A girl, a guy --
7  and two guys? I believe it was three people.
8  One guy doesn't know what happened. He doesn't
9  know what happened, who hit him or whatever. He
10 was so intoxicated when everything took place,
11 he doesn't know what happened. There's a girl
12 saying -- claiming that she didn't choke
13 anybody. And then there's a guy saying that he
14 went to pull Gary off his friend, and that's
15 when Gary hit him in the head with the pool cue.
16 So I was, like, horrified. So I told them, you
17 know, do you want to file charges against this
18 guy? They weren't -- they were kind of
19 wishy-washy on whether they wanted to have
20 him arrested. I go, I already talked to him. I
21 had him suspended pending termination. So if
22 this is the way it's going to end, keep in mind
23 that he's going to be terminated. They said
24 they'd get back to me, so they left.

TSG Reporting - Worldwide  (877) 702-9580

Page 234

EDWARD PARADISO

1    George came in. I started looking    3:55:33PM
2  through the paperwork. We didn't have a lot of
3  witness statements as to what happened. And as
4  far as I could recollect, people didn't really
5  want to talk to -- I think it was Tommy and
6  Frank that were there. I'm not exactly certain
7  who else. But I think it was -- was Kevin
8  there? I don't remember. So we had really no
9  witness statements of what took place in the
10  bar. All I had was what these three people were
11  telling me. The one guy that couldn't remember
12  anything, the one guy that said he went to the
13  aid of his friend and the girl who said she
14  didn't choke anybody.
15      Q   Do you remember the names of any of    3:56:18PM
16  those three people?
17      Did you take any notes when they came    3:56:26PM
18  of what they said?
19      MR. NOVIKOFF: I don't think the    3:56:26PM
20  witness was done with his answer. Were you
21  done with your answer?
22      THE WITNESS: Well, he had asked me a    3:56:36PM
23  question in the middle of my answer.
24      MR. NOVIKOFF: So you weren't done.    3:56:41PM

TSG Reporting - Worldwide  (877) 702-9580

Page 235

EDWARD PARADISO

1      MR. GOODSTADT: We can go back.    3:56:42PM
2      MR. NOVIKOFF: If you could, please    3:56:46PM
3  read back what the last part of his answer
4  before Mr. Goodstadt asked the next
5  question.
6      (Whereupon, the requested portion was    3:56:54PM
7  read back by the court reporter: I don't
8  remember. So we had really no witness
9  statements of what took place in the bar.
10  All I had was what these three people were
11  telling me. The one guy that couldn't
12  remember anything, the one guy that said he
13  went to the aid of his friend and the girl
14  who said she didn't choke anybody. Q, Do
15  you remember the names of any of those three
16  people?)
17  BY MR. GOODSTADT:    3:57:24PM
18      Q   I apologize if I cut you off. I    3:57:24PM
19  thought you were finished with your answer.
20      A   I'll never forgive you.    3:57:30PM
21      So I didn't remember any of their    3:57:35PM
22  names. But they seemed to want to get out of
23  the police station as quickly as possible, so
24  they left.

TSG Reporting - Worldwide  (877) 702-9580

Page 236

EDWARD PARADISO

1      George came in. As a matter of fact,    3:57:51PM
2  I think I called George, and he came in. I
3  filled him in on what took place and what I had
4  said to Gary. And that was it for that day, as
5  far as I recall.
6      Monday I was off. Tuesday I came back    3:58:19PM
7  to work. George had talked to Doug Wyckoff, who
8  was working as a bouncer, I think, outside of
9  Houser's that night, and said that he had held
10  back the one guy that got hit in the head
11  because Gary was grabbing the firend off of one
12  of the firemen's wives. She was getting choked
13  by somebody, and he had intervened in what was
14  going on and had the guy on the ground, saying
15  I'm a police officer, you know, cut it out. You
16  know. And Doug was holding the guy that got hit
17  in the head, but he hadn't gotten hit yet. And
18  he's like, let me go, that's my friend on the
19  floor. He goes, relax, that's one of the police
20  officers. I don't give an F who it is. Pushed
21  away from Doug and went racing over there and
22  grabbed Gary. So Gary is now -- he's like
23  fighting with two of them, and he picks up a
24  pool cue and is swinging it back and forth,

TSG Reporting - Worldwide  (877) 702-9580

Page 237

EDWARD PARADISO

1  trying to push off the guys that were on top of
2  him, and this guy got hit in the head. So now
3  there was a little more information going on.
4  There was -- there seemed to be more to the
5  story than what we had just from the three
6  people that originally told us what was
7  happening.
8      Pat Cherry, who was working as a    4:00:05PM
9  dispatcher because he couldn't work as a police
10  officer anymore because he had the heart attack.
11  But he was a homicide detective for 25 years in
12  Nassau County. So he's a guy who knows how to
13  take a statement from people. So George put him
14  on the case, taking witness statements from
15  people who were at the bar. It turns out that
16  the way it was presented to me, that the wife of
17  one of the firemen -- his name is Bud, I don't
18  remember his last name. He passed away about
19  two years ago. His wife was in the bathroom.
20  The girl was pounding on the door, cursing her
21  through the door because she had to use the
22  bathroom. When she got out, she started choking
23  her. Gary saw it, went to her aid to pull this
24  drunk girl off of this guy's wife. The drunk

TSG Reporting - Worldwide  (877) 702-9580

Page 238

EDWARD PARADISO

1  guy that couldn't identify anybody jumped on
2  Gary's back, and he ended up wrestling him to
3  the ground and showed him the shield and said,
4  listen, I'm a police officer, you have to stop.
5  And then the other guy jumped in.  So there was
6  more to the story now, and there were witnesses
7  that were coming through backing up that part of
8  the story, so much so that the woman that
9  eventually got choked ended up pressing charges
10 against the people who were involved in the
11 event and wrote letters to me and the mayor on
12 how if Gary wasn't there, this woman really
13 could've really gotten hurt and that he came to
14 her aid and that he wasn't the instigator in
15 this.  He was trying to help her.  And it's
16 wrong to discharge him.  He's -- more or less,
17 they were touting him as he saved the day.
18     So when all this came to light,      4:02:12PM
19 called Gary into the office.  And I said, how
20 come you didn't tell me any of this over the
21 phone?  He said, well, I was afraid that you
22 were just going to listen to those people and
23 you were just going to have me arrested.  I'm
24 like, well, you didn't give me much of a chance
25
TSG Reporting - Worldwide  (877) 702-9580

Page 239

EDWARD PARADISO

1  to do any of that, you know, but I'm going to
2  change your -- your status to suspended pending
3  the rest of the investigation, not terminated.
4  And then when the investigation was concluded, I
5  reinstated him because it was clear that the
6  actions he had taken were in the best interest
7  of the girl that was there as it was reported to
8  me, and there were enough witness statements to
9  backup his actions involved with this case.
10
11     Q   Are you done with your answer?      4:03:18PM
12     A   Yes.                    4:03:19PM
13     Q   Okay.  Let's go back to the beginning   4:03:20PM
14 of that answer.
15         When you came in that day because      4:03:25PM
16 Frank Fiorillo asked you to come in, what did
17 Frank tell you about the incident, if anything?
18     A   He told me there was an incident at    4:03:38PM
19 the bar, that a guy had gotten hurt.  Somebody
20 got hit in the head with a pool cue, and that
21 they identified the guy as Gary Bosetti from a
22 picture on the wall.  Richard Bosetti had walked
23 through the police station while they were being
24 interviewed by the officers, Frank and I think
25 Tom.  And they said that it was a guy that
TSG Reporting - Worldwide  (877) 702-9580

Page 240

EDWARD PARADISO

1  looked like him.  Witnesses, Richard Bosetti,
2  not Gary Bosetti.  They're brothers and they
3  look very similar.  And then the guy noticed the
4  picture on the wall and identified that this is
5  the guy that hit me, and it was obvious that it
6  was Gary Bosetti.
7     So he told me that he didn't -- he      4:04:24PM
8  didn't know where Gary was, that Richie said he
9  was going to -- they were up at the barracks;
10 but when he went up to talk to them, they
11 weren't there.  And that when they arrived, this
12 guy that couldn't remember who hit him was
13 already gone, but they were able to find out
14 where he was because he was in bad shape and
15 needed medical attention.  And I told them they
16 did a wonderful job finding this guy, that they
17 went over and above.  Normally, you know, they
18 could have said, well, he'll eventually call for
19 help or whatever; but no, they went out and they
20 found him.
21
22     Q   The on-duty officers?          4:05:10PM
23     A   Excuse me?                 4:05:11PM
24     Q   The on-duty officers went above and   4:05:11PM
25 beyond their duty?
TSG Reporting - Worldwide  (877) 702-9580

Page 241

EDWARD PARADISO

1
2     MR. NOVIKOFF:  Objection.         4:05:14PM
3     A   Yes.                    4:05:14PM
4     Q   Anything else that Frank Fiorillo told  4:05:16PM
5  you when he first got there?
6     A   Not that I can recall.           4:05:19PM
7     Q   And then you testified that two males  4:05:21PM
8  and a female came to the station that next day,
9  correct?
10    A   That was Sunday, that morning.      4:05:28PM
11    Q   Okay.  Did any of them identify the   4:05:30PM
12 person who used the pool cue at that time?
13    A   Yeah, they pointed to the picture that  4:05:37PM
14 was on the wall.
15    Q   They pointed to Gary Bosetti's       4:05:39PM
16 picture?
17    A   Yes.                    4:05:42PM
18    Q   What else did they tell you other than  4:05:45PM
19 that was the guy who used a pool cue, and the
20 woman I think you said -- I think you said the
21 woman said she didn't choke anyone.
22    A   Yeah.  Well, all she did was continue  4:05:58PM
23 to say I didn't choke anybody.
24    Q   Uh-huh.                   4:06:02PM
25    A   And which I didn't know what she was   4:06:03PM
TSG Reporting - Worldwide  (877) 702-9580

Page 242

EDWARD PARADISO

1  talking about because I never asked her if she
2  did choke anybody.  And like I said, the one guy
3  that had gotten -- that was drunk couldn't
4  remember who did anything to him.  So he was
5  just that he couldn't identify anybody.  And the
6  one guy that got hit on the head is the one that
7  identified Gary, but he had said that the
8  bouncer had held him back, told him that he was
9  a cop.  And he said, I don't give a shit and ran
10  over and pushed Gary off the top of the guy and
11  started swinging at Gary.
12      Q    Who started swinging at Gary?    4:06:38PM
13      A    The guy that got hit in the head.   4:06:39PM
14      Q    And he's the one that told you that he   4:06:41PM
15  started swinging at Gary?
16      A    Yeah.               4:06:46PM
17      Q    Did you ask him any questions?    4:06:46PM
18      A    I asked him if the officer      4:06:48PM
19  identified -- if this guy identified himself as
20  a police officer.  He goes, yeah.  He had a
21  badge hanging around his neck, but I didn't
22  care.
23      Q    Did you ask him any other questions?   4:06:57PM
24      A    I asked him if he wanted to press   4:07:09PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 243

EDWARD PARADISO

1  charges.  He said he wasn't sure.
2      Q    That's when you told him about your   4:07:14PM
3  suspension pending termination?
4      A    Yeah.  I told him that, you know, you   4:07:18PM
5  have time to make that decision.  You don't have
6  to make that decision today.  You know, you can
7  call me up tomorrow and say I want to press
8  charges, and we'll just proceed with that.  We
9  don't know who you're identifying.
10      Q    Do you know why they came to the   4:07:33PM
11  station that day?
12      A    I'm not certain.            4:07:41PM
13      Q    Do you know whether they were called   4:07:42PM
14  to come in?
15      A    They weren't called to come in.  They   4:07:45PM
16  came off the boat.  They got to the hospital and
17  then they came back on the ferry, and the ferry
18  stops right at the police station.
19      Q    Did you take any notes of their   4:07:53PM
20  statement?
21      A    If I did, it would be in the file   4:07:56PM
22  jacket.
23      Q    Is that something you normally would   4:07:58PM
24  take note of?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 244

EDWARD PARADISO

1      A    Sure.               4:08:01PM
2      Q    Witnesses that come back in the next   4:08:01PM
3  day after an incident?
4      A    Yeah.               4:08:05PM
5      Q    Would there be any reason why you   4:08:07PM
6  wouldn't take notes of what they said?
7          MR. NOVIKOFF:  Objection.       4:08:11PM
8      A    I can't think of any reason why I   4:08:12PM
9  wouldn't take notes.
10      Q    Do you recall anything else that was   4:08:16PM
11  said while they were there?
12      A    No.               4:08:19PM
13      Q    Do you know whether -- was Frank still   4:08:20PM
14  there when they came in?
15      A    I don't remember.  Maybe.  Maybe you   4:08:24PM
16  were.  Maybe he was.
17      Q    Was anybody else in the station other   4:08:28PM
18  than for the three of them, you and maybe Frank?
19      A    There was a dispatcher.  I don't know   4:08:38PM
20  who was working as dispatcher.  You know what it
21  is, we wouldn't have a lot of people on the day
22  after Halloween because it's an off-season day.
23  So normally that morning we'd only have one guy
24  working.  So whoever was normally scheduled for

TSG Reporting - Worldwide  (877) 702-9580

---

Page 245

EDWARD PARADISO

1  that day, I'm not sure.
2      Q    And did you usually call in the night   4:09:02PM
3  after Halloween or the morning after Halloween
4  night?
5          MR. NOVIKOFF:  Objection.       4:09:08PM
6  BY MR. GOODSTADT:              4:09:09PM
7      Q    Is that like a standard practice?   4:09:09PM
8      A    Usually, I would be coming into work   4:09:16PM
9  the morning after Halloween, you know.  That day
10  I wasn't feeling well.  I wasn't planning on
11  coming into work.
12      Q    How many years after the Wyckoff   4:09:24PM
13  suicide was the Halloween '04 incident?
14      A    I'm thinking.  I think it was 2002.   4:09:51PM
15      Q    So it was two years later?  The   4:10:33PM
16  Halloween incident, it was two years after the
17  suicide?
18      A    I think so.         4:10:39PM
19      Q    How come there was no supervisor on   4:10:39PM
20  duty that night of the Halloween incident?
21      A    George worked that evening.  I think   4:10:46PM
22  he worked 4 to 12.
23      Q    So you didn't schedule a supervisor be   4:10:55PM
24  on that whole night of the Halloween party?

TSG Reporting - Worldwide  (877) 702-9580

Page 246

EDWARD PARADISO

1
2    A    George had the ability to stay on if   4:11:04PM
3    things were busy.  If it looked like it was
4    busy, he could have stayed on later, but he was
5    scheduled 4 to 12.  George would've had the
6    ability to stay on later if it looked like he
7    was going to be busy that night, but he was
8    scheduled for a 4 to 12.
9    Q    Did you ever ask him why he didn't    4:11:21PM
10   stay on?
11   A    No.                         4:11:24PM
12        MR. NOVIKOFF:  Objection.     4:11:24PM
13   BY MR. GOODSTADT:                  4:11:25PM
14   Q    Just going back to when the three    4:11:37PM
15   people came in, two males and a female.  Is
16   there anything else that you recall them stating
17   that you haven't testified to yet?
18   A    No.                         4:11:47PM
19   Q    Did you speak with Fiorillo at all    4:11:47PM
20   that morning other than for what you already
21   testified to?
22   A    I don't think so.            4:11:53PM
23   Q    Okay.  You stated before there didn't  4:11:54PM
24   seem to be any eyewitnesses available; is that
25   correct?

TSG Reporting - Worldwide  (877) 702-9580

Page 247

EDWARD PARADISO

1
2    A    Yes.                        4:11:59PM
3    Q    What was the basis of that statement?  4:12:00PM
4    A    Because there were no witness    4:12:01PM
5    statements.  There were no lists of witnesses.
6    Q    Did you ask whether they tried to take  4:12:05PM
7    witness statements that night?
8    A    Yes.                        4:12:10PM
9        MR. NOVIKOFF:  Ask who?         4:12:10PM
10       MR. GOODSTADT:  Ask Frank.      4:12:11PM
11   A    Yes.  He said that people weren't   4:12:12PM
12   cooperating.
13   Q    Did he tell you when they didn't try  4:12:23PM
14   to get the statements that night, that led them
15   to believe that people weren't cooperating?
16   A    I don't recall.             4:12:33PM
17   Q    So let's keep focusing on that morning  4:12:37PM
18   before you went to go try and find Gary
19   Bosetti -- strike that.
20        You went to go find Gary Bosetti    4:12:44PM
21   before the three people came in; is that
22   correct?
23   A    Yes.                        4:12:49PM
24   Q    Had you already spoken to Gary Bosetti  4:12:49PM
25   before the three of them came in?

TSG Reporting - Worldwide  (877) 702-9580

Page 248

EDWARD PARADISO

1
2    A    I think so.                 4:12:55PM
3    Q    Had you tried to find Gary before he  4:12:59PM
4    called in?
5    A    Yes.                        4:13:02PM
6    Q    What did you do to try to find him?  4:13:02PM
7    A    I went to the barracks to look for   4:13:04PM
8    him.  I went to a few houses of people I knew
9    that he was friendly with to see if he was
10   staying there.
11   Q    Whose houses?               4:13:13PM
12   A    I don't remember their names.   4:13:14PM
13   Q    Do you remember any names of the    4:13:15PM
14   people he was friendly with whose house you
15   checked?
16   A    No.                         4:13:19PM
17   Q    What else did you do to try to find  4:13:20PM
18   him?
19   A    That's all I did.           4:13:22PM
20   Q    And then he called you or called the  4:13:23PM
21   station; is that correct?
22   A    Yeah.                       4:13:26PM
23   Q    Other than what you testified to, do  4:13:27PM
24   you recall anything else that was stated during
25   that telephone conversation between you and Gary

TSG Reporting - Worldwide  (877) 702-9580

Page 249

EDWARD PARADISO

1
2    Bosetti?
3    A    No.                         4:13:41PM
4    Q    Okay.  And you suspended him at that  4:13:42PM
5    time because he refused to speak with you?
6    A    Because he refused to come back.  4:13:47PM
7    Q    Did you consider that at that time to  4:13:50PM
8    be insubordinate?
9    A    At the time that that was taking   4:14:13PM
10   place, I wasn't thinking about insubordination.
11   I was thinking about getting to the bottom of
12   what took place.  I felt I'd get a better idea
13   if I could get him in the police station and
14   find out exactly what happened.  I didn't have
15   his version of the story, and I thought that was
16   a crucial piece of the part to try to make sense
17   of what took place.  I think it if he would've
18   come back, it would've made a big difference.
19   Q    Did you ask him why he didn't give a  4:14:43PM
20   statement to the officers who were on duty that
21   night?
22        MR. NOVIKOFF:  In this conversation?  4:14:48PM
23        MR. GOODSTADT:  In this conversation.  4:14:49PM
24        MR. NOVIKOFF:  Okay.           4:14:50PM
25   A    No.  I was more or less trying to get  4:14:51PM

TSG Reporting - Worldwide  (877) 702-9580

Page 250

EDWARD PARADISO

1  him to come back.

2  **Q    At any point in time, did you ever ask**  4:14:55PM
3  **him why he didn't give the officers who were on**
4  **duty a statement that night?**

5  MR. NOVIKOFF: Objection to form.    4:15:01PM

6  A    After a lot of the information had    4:15:02PM
7  come to pass and the witness statements were
8  starting to come in, I had asked him why he
9  didn't want to come back, and he had said that
10  he was afraid that I was just going to lock him
11  up.

12  **Q    I'm not talking about asking why he**  4:15:16PM
13  **didn't come back. I'm asking, did you ever**
14  **speak with him as to why he didn't give a**
15  **statement to the on-duty officers at the bar**
16  **that night.**

17  MR. NOVIKOFF: And I'm going to object  4:15:27PM
18  to the form.

19  A    What I recall was that either he or    4:15:32PM
20  his brother Richie asked the guys that were on
21  duty if they needed any help with the
22  information, and they said, no, we got it taken
23  care of.

24  **Q    And what did --**        4:15:50PM

TSG Reporting - Worldwide  (877) 702-9580

Page 251

EDWARD PARADISO

1  MR. NOVIKOFF: I'm sorry. Can you    4:15:51PM
2  just read that answer back so I don't have
3  to repeat the question.

4  (Whereupon, the requested portion was  4:15:55PM
5  read back by the court reporter: What I
6  recall was that either he or his brother
7  Richie asked the guys that were on duty if
8  they needed any help with the information
9  and they said no, we got it taken care of.)

10  MR. NOVIKOFF: Okay.        4:16:10PM

11  BY MR. GOODSTADT:          4:16:10PM

12  **Q    And where did you learn that from?**    4:16:11PM

13  A    I got that from Richie.        4:16:13PM

14  **Q    Uh-huh. When?**          4:16:15PM

15  A    Maybe two days later.        4:16:23PM

16  **Q    At the time that you learned of it,**    4:16:25PM
17  **did you think it was strange that Gary Bosetti,**
18  **having a 20 year career in the NYPD, would leave**
19  **the scene of an incident that he was involved in**
20  **without giving a statement?**

21  MR. NOVIKOFF: Objection.        4:16:41PM

22  A    It didn't make any sense to me at all.  4:16:41PM

23  **Q    Why do you say that?**        4:16:46PM

24  A    Because he -- he took action, he    4:16:47PM

TSG Reporting - Worldwide  (877) 702-9580

Page 252

EDWARD PARADISO

1  should've been the arresting officer involved in
2  it. He should've been involved in the entire
3  situation that took place at the police station.
4  It didn't make sense to me for him to just
5  disappear that way.

6  **Q    And then I believe you testified that**  4:17:11PM
7  **George Hesse came in; is that correct?**

8  A    Yeah, he was scheduled 4 to 12.    4:17:14PM

9  **Q    So you didn't call him to come in, he**  4:17:17PM
10  **just appeared for his tour?**

11  A    I called to let him know that we    4:17:21PM
12  had had an incident and that Gary was involved.
13  So I'm not exactly certain what time he -- if he
14  came in earlier or just came in on his 4 to 12.

15  **Q    And that's just 4 in the afternoon**    4:17:33PM
16  **until midnight?**

17  A    Uh-huh. Yes.          4:17:38PM

18  **Q    Do you recall during that phone**      4:17:41PM
19  **conversation what he said, if anything, after**
20  **you informed him that there was an incident**
21  **involving Gary Bosetti?**

22  A    Other than shock, no, I don't remember  4:17:55PM
23  anything else that was said. I think I did ask
24  him to come in earlier. I wasn't feeling well,

TSG Reporting - Worldwide  (877) 702-9580

Page 253

EDWARD PARADISO

1  so I didn't plan on spending the entire day
2  there anyway. I wasn't in uniform. I just came
3  over because of the incident.

4  **Q    I believe you testified that you**      4:18:12PM
5  **reviewed the paperwork; is that correct?**

6  A    I reviewed what they had in the file.  4:18:17PM

7  **Q    What was in the file that you**        4:18:19PM
8  **reviewed?**

9  A    I don't recall a lot of it. There was  4:18:21PM
10  a copy of the ambulance report. There was a
11  field report about the initial call and how they
12  arrived. I don't exactly remember.

13  **Q    Have you ever spoken or had any**      4:18:46PM
14  **communication with Joe Loeffler about the**
15  **incident?**

16  A    Joe Loeffler I spoke to that morning.  4:18:54PM
17  He was on the ambulance crew that came to pick
18  up the young man.

19  **Q    Tell me the substance of your**        4:19:06PM
20  **conversation with Loeffler.**

21  MR. NOVIKOFF: How about when?      4:19:10PM

22  MR. GOODSTADT: That morning he said.  4:19:11PM

23  MR. NOVIKOFF: Oh, he said that    4:19:12PM
24  morning? Sorry.

TSG Reporting - Worldwide  (877) 702-9580

Page 254

EDWARD PARADISO

1    A    At that moment, he didn't know who --  4:19:18PM
2    that Gary was involved.  And it was like, it
3    looks like we got at least an assault 2 because
4    of the pool cue.  That's an assault with a
5    weapon.
6        Q    Do you recall anything else he said or  4:19:41PM
7    you said during that conversation?
8        A    Not really, because you know what, he  4:19:44PM
9    can't discuss what happened on the medical end
10   of it because of the HIPAA regulations.  He's on
11   an ambulance.  He's not supposed to discuss what
12   kind of medical need that people needed.  So he
13   would've been in breach of his EMT duties if he
14   had -- would've went into detail on the
15   injuries.
16       Q    But he just told you he thought it was  4:20:11PM
17   at least an assault 2?
18       A    Yes.                        4:20:15PM
19       Q    Did you take any notes of that        4:20:18PM
20   conversation?
21       A    No.                         4:20:20PM
22       Q    Was that in person or was that over    4:20:21PM
23   the phone?
24       A    It was in person.              4:20:23PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 255

EDWARD PARADISO

1        Q    Where was that?              4:20:24PM
2        A    Right in front of the police station.  4:20:25PM
3        Q    Was anyone else there?          4:20:27PM
4        A    No.                         4:20:29PM
5        Q    And you testified -- and that was    4:20:32PM
6    before Hesse got there?  That was in the morning
7    still?
8        A    Yes.                        4:20:36PM
9        Q    And you testified that George Hesse   4:20:37PM
10   came at some point, correct?
11       A    Yes.                        4:20:41PM
12       Q    And you don't recall what time it was?  4:20:42PM
13       A    No.                         4:20:44PM
14       Q    Tell me everything you recall         4:20:44PM
15   discussing with George Hesse at the police
16   station that day.
17       A    I went over what the facts and       4:20:55PM
18   circumstances of the incident were.  It was like
19   good recall.  I went over this -- what the
20   people had said, the fact that I finally talked
21   to Gary on the phone and that I had suspended
22   him subject to termination.
23       Q    How did he react when you told him    4:21:22PM
24   that?
25

TSG Reporting - Worldwide  (877) 702-9580

Page 256

EDWARD PARADISO

1        A    He was amazed that all that took      4:21:24PM
2    place, and he was wondering why there weren't
3    any statements from witnesses that took place of
4    what took place.  And I had said that nobody
5    did -- nobody came forward to give statements to
6    the officers that had responded to the call.
7        Q    Anything else that was stated during  4:21:56PM
8    that conversation?
9        A    No.                         4:22:08PM
10       Q    Did you appoint George Hesse as the   4:22:12PM
11   investigator for the case?
12       A    I didn't say you're investigating this  4:22:30PM
13   case.  It would be the normal job of the
14   supervisor to look further into it, you know, to
15   do more of an investigation.  When I held the
16   role of sergeant, whenever there was an arrest,
17   I would do all the paperwork to make sure
18   everything was done correctly.
19       Q    When you say an arrest, you mean      4:22:54PM
20   involving a police officer or just any arrest?
21       A    Any arrest.                    4:22:56PM
22       Q    How about an incident involving a     4:22:57PM
23   police officer?
24       A    Even more so, you need a supervisor to  4:23:01PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 257

EDWARD PARADISO

1    handle that paperwork.
2        Q    Is there an internal affairs group at  4:23:02PM
3    Ocean Beach that would investigate internal
4    police conduct?
5        A    No.                         4:23:08PM
6        Q    Have you ever used the Suffolk County  4:23:09PM
7    internal affairs group to investigate anything
8    at Ocean Beach?
9        A    No.                         4:23:23PM
10       Q    Do you know whether George Hesse had   4:23:30PM
11   any investigation training in connection with a
12   case of alleged police brutality?
13           MR. NOVIKOFF:  Objection.  Well,      4:23:40PM
14   objection.
15       A    Not that I -- not that I'm aware of.  4:23:52PM
16       Q    Did you speak with Tom Snyder that    4:23:54PM
17   day, the day that you came to the beach, the
18   Sunday?
19       A    I don't remember.              4:24:05PM
20       Q    Did you speak with Kevin Lamm that    4:24:05PM
21   day?
22       A    I wasn't even certain if he was still  4:24:12PM
23   there when I got there, so I don't think so.
24       Q    Did you try calling either of them?   4:24:16PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 258

EDWARD PARADISO

1    A    No. I was more involved with talking  4:24:19PM
2    with the people that were there and trying to
3    figure out what took place. I had Frank there.
4    I didn't think that I was going to get a
5    different story from every officer that worked.
6        Q    Let's talk about the question I asked  4:24:34PM
7    you before. I'm not sure if you finished the
8    answer. When I asked you what paperwork you
9    reviewed, you said the ambulance report. Was
10   there any other paperwork you reviewed?
11       A    The field report that they generated  4:24:45PM
12   and whatever else they might have had in the
13   file. I don't recall.
14       Q    Now, you said you were off on Monday;  4:24:57PM
15   is that correct?
16       A    Right.                       4:24:59PM
17       Q    Did you hear from anyone, speak with  4:25:00PM
18   anyone about this incident on Monday when you
19   were off?
20       A    I don't remember.            4:25:06PM
21       Q    And then that Tuesday, were you back  4:25:10PM
22   on duty that Tuesday?
23       A    Yes.                         4:25:14PM
24       Q    And I believe you testified that     4:25:14PM

TSG Reporting - Worldwide  (877) 702-9580

Page 259

EDWARD PARADISO

1    George Hesse had spoke with Doug Wyckoff; is
2    that correct?
3        A    Right.                       4:25:19PM
4        Q    Okay. Did he tell you anyone else --  4:25:20PM
5    on that Tuesday, did he tell you anyone else
6    that he had spoken with?
7        A    I don't remember if he said he spoke  4:25:39PM
8    with anyone else. I know he had gotten some
9    names of people who were there from Doug. So I
10   think he was in the process of trying to track
11   down those people to find out what they had
12   seen.
13       Q    Did you know Doug Wyckoff before that  4:25:57PM
14   time?
15       A    Yes, I've known Doug Wyckoff for 26  4:26:00PM
16   years.
17       Q    Are you friends with Doug Wyckoff?   4:26:04PM
18       A    I acquainted with Doug Wyckoff. We  4:26:06PM
19   never went out.
20       Q    And is he related at all to Marissa  4:26:10PM
21   Wyckoff?
22       A    He's Marissa's father.       4:26:15PM
23       Q    And Marissa worked as a dock master  4:26:18PM
24   there?

TSG Reporting - Worldwide  (877) 702-9580

Page 260

EDWARD PARADISO

1    A    Dock master, and she also worked as a  4:26:19PM
2    dispatcher when she had a job at the NYPD.
3        Q    Did she report to you when she worked  4:26:26PM
4    there?
5        A    If she was on duty when I was, yes.  4:26:29PM
6        Q    Do you know whether Doug Wyckoff was  4:26:34PM
7    drinking that night?
8        A    Have no idea.                4:26:38PM
9        Q    Did you ask Mr. Hesse whether he      4:26:39PM
10   inquired as to whether Doug Wyckoff was
11   drinking?
12       MR. NOVIKOFF:  Objection.          4:26:44PM
13       A    I don't remember what I asked him    4:26:47PM
14   about Doug Wyckoff.
15       Q    Do you think it would be relevant to  4:26:52PM
16   know whether an alleged eyewitness was drinking
17   the night of the incident?
18       MR. NOVIKOFF:  Objection.          4:26:59PM
19       A    I think it would be relevant.        4:27:05PM
20       Q    Do you think it would be a mistake not  4:27:09PM
21   to ask whether he was drinking?
22       A    I think he would -- I don't think I   4:27:12PM
23   made a mistake to ask him -- to not ask him if
24   he was drinking or not. I don't remember what

TSG Reporting - Worldwide  (877) 702-9580

Page 261

EDWARD PARADISO

1    exactly was said.
2        Q    I'm asking you whether the person that  4:27:23PM
3    took his witness statement, do you think it
4    would be a mistake to ask whether he had
5    been drinking that night?
6        MR. NOVIKOFF:  In the absence of any  4:27:45PM
7    other information concerning it.
8        A    I don't really understand. If you    4:27:50PM
9    take -- you're taking a statement from somebody
10   who is claiming to be there. He's bouncing at
11   the bar. You're asking him what he saw. I
12   don't know if it would be a mistake to not ask
13   him if he had a drink. You want to get -- you
14   want to find out what happened. He didn't ask
15   him what were you doing for the last hour and a
16   half before this took place. He asked what he
17   saw. You get a statement of what you observed.
18   So I don't think every statement would be
19   started with, you know, I had three vodka and
20   seven's and this is what I saw. I don't know.
21       Q    So just so I'm clear on your          4:28:38PM
22   testimony. I wasn't sure exactly what you said.
23   You do or don't think it was a mistake not to
24   find out whether Mr. Wyckoff, who was an alleged

TSG Reporting - Worldwide  (877) 702-9580

Page 262

EDWARD PARADISO

1  eyewitness giving a statement, had he been
2  drinking at the time?
3       MR. NOVIKOFF: Objection to form.      4:28:54PM
4     A   I don't know if he found if he was      4:28:55PM
5  drinking or not.
6     Q   If he didn't find out, do you think it 4:28:58PM
7  would be a mistake?
8       MR. NOVIKOFF: Note my objection to      4:29:01PM
9  the form.
10    A   I don't think it would be a mistake.   4:29:15PM
11 I would've been surprised if I found out he
12 wasn't drinking the night that it took place.  I
13 mean, you're at a bar, it's a Halloween party.
14 Bouncers typically have at least a beer or two
15 while they were working, and I would be shocked
16 if he didn't have a beer or a drink while he was
17 working.  But how much of an effect that would
18 have on his witness statement, I don't know.  So
19 I don't know how to answer your question,
20 because, you know, you're asking me to judge on
21 whether or not somebody took a good statement.
22 I haven't read the statement.  I don't know if
23 he asked him.  I don't know if Doug did drink.
24 I don't know.  I would have to see the statement

TSG Reporting - Worldwide  (877) 702-9580

Page 263

EDWARD PARADISO

1  and see how it was worded to tell you if I
2  thought it was a complete statement.
3     Q   Did you ever read his statement?      4:29:53PM
4     A   I'm thinking that I did.  But I don't 4:29:58PM
5  remember the sum or substance of it other than
6  that he held the guy back, told him that he was
7  a police officer, and the guy said I don't care
8  and pushed Doug off and went back in.
9     Q   In your experience as a chief of      4:30:16PM
10 police and a sergeant and a police officer, do
11 you believe that alcohol could impair somebody's
12 perception as to what they're witnessing?
13       MR. NOVIKOFF: Objection.              4:30:30PM
14    A   Depends on the person.  Some people   4:30:33PM
15 are able to maintain an incredible ability to
16 state what took place no matter how much they've
17 drank, and some people could have one drink and
18 not be able to walk.  So it really depends on
19 the person, what they've been drinking, how much
20 they've been drinking, what they had to eat.
21 There's a lot of different factors.  If you're
22 asking me as a police officer does alcohol
23 impair somebody's memory, I would say most
24 people I think it would.

TSG Reporting - Worldwide  (877) 702-9580

Page 264

EDWARD PARADISO

1     Q   You don't think it would be important 4:31:06PM
2  to know those factors that you just listed to
3  see if their memory was possibly impaired?
4     A   I think that when it would come to    4:31:12PM
5  trial, all those questions would probably be
6  asked.  So I don't know.  I'd have to see the
7  transcripts of the trial to see if the judge
8  thought it was important.
9     Q   I'm asking whether you think it's     4:31:24PM
10 important.
11       MR. NOVIKOFF: Objection.              4:31:25PM
12 BY MR. GOODSTADT:                           4:31:26PM
13    Q   I'm not asking what the judge may     4:31:26PM
14 think.
15    A   I really don't know if it's important 4:31:28PM
16 or not, depending on how much the person has had
17 to drink.  If I was taking the statement, I
18 would probably ask were you drinking that night
19 and how much did you have to drink.
20    Q   Okay.  Do you know why Mr. Wyckoff    4:31:38PM
21 didn't come forward that night and give a
22 statement?
23       MR. NOVIKOFF: Objection.              4:31:42PM
24    A   No.                                  4:31:43PM

TSG Reporting - Worldwide  (877) 702-9580

Page 265

EDWARD PARADISO

1     Q   Did you ever speak with Wyckoff about 4:31:45PM
2  the incident?
3     A   I don't recall having a direct        4:31:57PM
4  conversation with him about it, only because
5  when it started to come out that there was more
6  to the story, I thought it was a better position
7  to take a step back from the investigation and
8  let George handle the investigation along with
9  Pat Cherry, who was taking the statements
10 because I didn't want it to look like I was
11 trying to railroad these three people and just
12 do a cover for an officer so he wouldn't get
13 into trouble.  I felt that as chief, being the
14 person to conduct the investigation wasn't the
15 best position for the department or for the
16 village or for the officer.
17    Q   Was the board aware that an           4:32:52PM
18 investigation was taking place?
19    A   I'm certain that they were.          4:33:05PM
20    Q   How do you know that?                4:33:07PM
21    A   Well, George was not one to keep     4:33:08PM
22 things close to the vest.  So if there was
23 something happening, he would talk about it, you
24 know.  It wasn't like it was a confidential

TSG Reporting - Worldwide  (877) 702-9580

Page 266

EDWARD PARADISO

1  investigation.  This wasn't a sex crime or an
2  underage person that there was a lot of people
3  to, like, you know, we don't want to talk about
4  this.  So George would sometimes talk through an
5  issue, see what people might know or to see, you
6  know, what was going on with it, and it wouldn't
7  surprise me if he had a conversation with one of
8  the board members just to keep them updated on
9  what was taking place.
10
11    Q    Are you just speculating that that    4:33:54PM
12  happened or you know that that happened?
13    A    I'm speculating.                    4:33:58PM
14    Q    So do you know whether the board --    4:33:59PM
15  for a fact, that the board was aware that an
16  investigation was taking place?
17    A    No.  But it's a small village.        4:34:07PM
18    Q    Right.                              4:34:13PM
19    A    It's only -- it's less than 85 acres    4:34:14PM
20  of land.  It's very difficult for anything to
21  take place over here and not have everybody
22  knowing about it over here.  You know, it
23  wasn't -- it's not the City of New York, where
24  you can fall into a crack and it's never going
25  to be seen again.  This is a small spot.  People

TSG Reporting - Worldwide  (877) 702-9580

Page 267

EDWARD PARADISO

1  talk.  This was the only party going on in the
2  village, and, you know, you had a bar packed
3  with people.  So everybody was there.  Everybody
4  saw what took place.  So it would be very
5  difficult for anything to be going on the next
6  day and not have everybody in the village
7  talking about it.  So the board members all
8  living in the village and one of them responding
9  in the ambulance, would all probably be very in
10  the loop onto what was taking place.  My
11  speculation.
12
13    Q    And you said a lot of people were    4:35:12PM
14  there and all of whom saw what was going on at
15  the bar that night?
16    A    As far as I know.  Halloween was a big    4:35:17PM
17  night in Ocean Beach at Houser's.  It was always
18  a well-attended party.
19    Q    And yet nobody other than for the    4:35:25PM
20  three people who gave statements to the on-duty
21  officers came forward that night with a
22  statement?
23         MR. NOVIKOFF:  Objection.           4:35:33PM
24  BY MR. GOODSTADT:                           4:35:33PM
25    Q    Is that correct?                    4:35:34PM

TSG Reporting - Worldwide  (877) 702-9580

Page 268

EDWARD PARADISO

1    A    I don't even know if those people gave    4:35:35PM
2  statements.  One couldn't identify what was
3  happening.  So other than those two people, the
4  young girl and the guy, I thought it was odd
5  that no one -- that they didn't have any other
6  witness statements, but sometimes people come in
7  the next day and say, you know, I saw what
8  happened.  Or maybe they didn't want to speak
9  officially as it was taking place, but now
10  they'll come in, they'll filter in, you know, I
11  was there, I saw this, I saw that.  It's just
12  the nature of how people are.  You know, some
13  people aren't comfortable talking with police
14  all the time.
15    Q    Do you know whether Wyckoff disclosed    4:36:09PM
16  in his witness statement that Gary Bosetti used
17  a pool cue?
18         MR. NOVIKOFF:  I'm sorry.  What was    4:36:15PM
19    that question?
20  BY MR. GOODSTADT:                           4:36:16PM
21    Q    Do you know whether Wyckoff disclosed    4:36:16PM
22  in his witness statement that Gary Bosetti used
23  a pool cue?
24    A    I'm not sure.                        4:36:24PM

TSG Reporting - Worldwide  (877) 702-9580

Page 269

EDWARD PARADISO

1    Q    Did George Hesse get Pat Cherry    4:36:39PM
2  involved -- strike that.
3         Did you learn that Pat Cherry was    4:36:44PM
4  involved after he had already been involved or
5  did George Hesse come to you first and ask
6  whether Pat Cherry should've been involved?
7         MR. NOVIKOFF:  Objection.  There are    4:36:55PM
8  other alternatives.
9  BY MR. GOODSTADT:                           4:36:57PM
10    Q    Or some other reason.               4:36:57PM
11         MR. NOVIKOFF:  Note my objection.    4:36:59PM
12    A    George told me that he was thinking of    4:37:01PM
13  having Pat take the statements, and I thought it
14  was a wonderful idea because the guy made his
15  living taking statements for homicide cases.  He
16  knows how to take a statement.  He's not a
17  rookie by any stretch of the imagination.  He's
18  probably taken hundreds, if not thousands of
19  statements from witnesses in the course of his
20  career.  And I thought it was a wonderful choice
21  for someone who was going to be taking witness
22  statements and thought he would do a very good
23  job.
24    Q    And was Pat Cherry -- Pat Cherry    4:37:47PM

TSG Reporting - Worldwide  (877) 702-9580

Page 270

EDWARD PARADISO

1
2  wasn't certified in Suffolk County, correct?
3      A   No.  He was working as a dock        4:37:53PM
4  master -- he was working as a dispatcher.
5      Q   At that time?                         4:37:57PM
6      A   Yeah.                      4:37:58PM
7      Q   Are you sure about that?             4:37:59PM
8      A   Almost pretty sure.        4:37:59PM
9      Q   Are you as sure about that as you are  4:37:59PM
10 about all the other testimony you've given
11 today?
12         MR. NOVIKOFF:  Objection.       4:38:03PM
13     A   Wow, that's -- that's not very nice.  4:38:04PM
14         MR. NOVIKOFF:  No.              4:38:07PM
15     A   Now that you broach that, no, I'm not  4:38:11PM
16 certain.
17     Q   Did anyone advise the board that Pat  4:38:16PM
18 Cherry was going to investigate this matter?
19         MR. NOVIKOFF:  Objection to form.  4:38:20PM
20     A   Well, I wasn't certain that anyone   4:38:23PM
21 advised the board to what the process of the
22 investigation was, so I wouldn't be able to say
23 yes or no to that question.
24     Q   Did you ever discuss with Mr. Hesse or  4:38:43PM
25 Mr. Cherry what their plan was for the

TSG Reporting - Worldwide  (877) 702-9580

Page 271

EDWARD PARADISO

1
2  investigation?
3      A   No.  Like I said, I tried to keep a   4:38:49PM
4  hands-off approach.  I wanted them to conduct,
5  complete the investigation, because once
6  information was starting to come out that there
7  was more than just the story that we had gotten
8  from the people that were involved on the one
9  side of the fight, I just wanted to have them
10 hand me their completed investigation.
11     Q   Did they ever do a completed report of  4:39:18PM
12 investigation?
13     A   Yeah.  They brought it to trial, so it  4:39:22PM
14 would seem to me that they had all the witness
15 statements that they needed.  I was getting
16 letters in the mail from people, the woman that
17 had gotten choked.  So there was -- there was a
18 lot of people coming forward to tell a different
19 version of the story.
20     Q   Did they ever write up a report, do   4:39:41PM
21 you know?
22         MR. NOVIKOFF:  I'm going to object to  4:39:52PM
23 the form of the question.
24     A   Yeah, I don't really understand.  You  4:39:54PM
25 mean a separate report in addition to all the

TSG Reporting - Worldwide  (877) 702-9580

Page 272

EDWARD PARADISO

1
2  witness statements and everything else, with
3  like a conclusion?
4      Q   Exactly?                     4:40:02PM
5      A   I think the -- no, I don't recall if  4:40:08PM
6  they wrote a conclusion or not.  I think the
7  evidence spoke for itself, and the judge agreed.
8      Q   What do you mean, the judge agreed?   4:40:18PM
9      A   They ended up -- the people that were  4:40:21PM
10 involved in the case were found guilty of a
11 couple different charges in court, in our court.
12     Q   They pled guilty or there was a       4:40:31PM
13 verdict that they were guilty, a verdict after
14 presentation of evidence?
15         MR. NOVIKOFF:  I'm going to object to  4:40:39PM
16 the form of the question.
17     A   I'm not certain.  There wasn't a jury  4:40:41PM
18 trial.  I think they pled -- they pled to --
19 pled to some charges.
20     Q   Was there any trial?          4:40:53PM
21     A   There was a hearing in our court, and  4:40:55PM
22 I think the attorneys that were defending them
23 worked out a plea deal with the District
24 Attorney that was there.
25     Q   Did any of the people that came in the  4:41:11PM

TSG Reporting - Worldwide  (877) 702-9580

Page 273

EDWARD PARADISO

1
2  next day indicate that they thought that the
3  Ocean Beach Police Department was going to cover
4  up what had happened?
5          MR. NOVIKOFF:  I'm sorry, could you   4:41:19PM
6  just read that question.  I apologize.
7          (Whereupon, the requested portion was  4:41:21PM
8  read back by the court reporter:  Did any of
9  the people that came in the next day
10 indicate that they thought that the Ocean
11 Beach Police Department was going to cover
12 up what had happened?)
13         MR. NOVIKOFF:  You mean the two --    4:41:38PM
14         MR. GOODSTADT:  The two males and the  4:41:39PM
15 woman.
16         MR. NOVIKOFF:  Exactly.        4:41:42PM
17     A   I tried to make that pretty clear,    4:41:43PM
18 that that was not going to take place.  That was
19 the reason why I assured them, based on what
20 they had told me, that Gary Bosetti wasn't going
21 to be working for me anymore.
22     Q   But did they indicate that they       4:41:56PM
23 thought it would be covered up?
24     A   I don't recall that they did, no.     4:41:59PM
25     Q   Did you ever speak with Jeanne Yager  4:42:03PM

TSG Reporting - Worldwide  (877) 702-9580

Page 274

EDWARD PARADISO

1    about the incident?
2
3    A   Yeah.  She was the woman that got      4:42:10PM
4    choked by the young girl.
5    Q   Did you ever speak with her about the  4:42:13PM
6    incident?
7    A   Her husband wrote me a letter about   4:42:18PM
8    the incident.  And I think the last time I spoke
9    to her about it I think was at her husband's
10   funeral, where she still couldn't believe that
11   it had all took place and that she was thankful
12   that Gary was there.
13   Q   Did you ever ask why she didn't give a  4:42:37PM
14   statement that night?
15   A   No.                                   4:42:43PM
16   Q   Have you ever been told by anyone why  4:42:48PM
17   she didn't give a statement that night?
18   A   No.                                   4:42:54PM
19   Q   Did you ask her if she was drinking    4:42:57PM
20   that night?
21   A   No.                                   4:43:04PM
22   Q   Do you know whether the two officers   4:43:15PM
23   who were investigating the incident, Mr. Hesse
24   and Mr. Cherry, spoke with the individuals who
25   were involved in the altercation with Gary

TSG Reporting - Worldwide  (877) 702-9580

Page 275

EDWARD PARADISO

1
2    Bosetti?
3         MR. NOVIKOFF:  Objection to the form.  4:43:34PM
4    A   I would take it for granted that they  4:43:49PM
5    had, but I can't tell you that I remember that
6    they did.
7    Q   Why would you take it for granted that  4:43:54PM
8    they had?
9    A   Well, because they had to interview    4:43:56PM
10   them when they processed the arrest paperwork.
11   Q   So you think speaking with them would   4:44:03PM
12   be an important part of the investigation?
13        MR. NOVIKOFF:  Objection.             4:44:08PM
14   A   I think it would be part.  I don't     4:44:15PM
15   think it would be the most important part.
16   Q   Would it be an unimportant part to get  4:44:18PM
17   the statement from the other side of the story,
18   I think you called it?
19   A   Well, the one person couldn't remember  4:44:29PM
20   much of anything.  The one girl, the only thing
21   she would say was that she didn't choke anybody.
22   And the third guy claimed that he knew it was a
23   police officer, and he didn't care, and he went
24   in and pushed him on the ground.  So now looking
25   back and when you have a person saying that she

TSG Reporting - Worldwide  (877) 702-9580

Page 276

EDWARD PARADISO

1
2    was being choked and a police officer came to
3    her rescue and identified himself, now I'm
4    looking at a guy that knew it was a police
5    officer and he decided to attack him anyway.  So
6    it changed the story considerably.
7    Q   That wasn't the question.  My question  4:45:03PM
8    was whether it would be an important element of
9    the investigation to get their side of the
10   story.
11   A   It would be a part of it.  I don't     4:45:12PM
12   think it would be a crucial part of it.
13   Q   How about the guy who was medevaced,   4:45:17PM
14   taken away by ambulance, did you ever speak to
15   him?
16   A   He's the guy that couldn't remember    4:45:25PM
17   anything.
18   Q   So there were two guys and a woman?    4:45:27PM
19   A   Yeah.                                  4:45:29PM
20   Q   Did you note in the file that there    4:45:30PM
21   were statements from three males?
22   A   I only remember two and a woman.       4:45:37PM
23   Q   If I give you the names, would it ring  4:45:40PM
24   a bell who they are?
25   A   Probably not.                          4:45:45PM

TSG Reporting - Worldwide  (877) 702-9580

Page 277

EDWARD PARADISO

1
2    Q   Do you remember speaking to a          4:45:45PM
3    Mr. Shallick?
4    A   No.                                    4:45:48PM
5    Q   Mr. Van Coot?                          4:45:48PM
6    A   No.                                    4:45:49PM
7    Q   Mr. Tesoro?                            4:45:50PM
8    A   Mr.?                                   4:45:51PM
9    Q   Tesoro?                                4:45:52PM
10   A   No.                                    4:45:53PM
11   Q   Did you take any witness statements as  4:46:03PM
12   part of the investigation?  I know you wanted to
13   step back, but did you take any witness
14   statements?
15        MR. NOVIKOFF:  Objection.  Asked and   4:46:11PM
16   answered.
17   A   Yeah, I don't -- if I would've taken   4:46:14PM
18   any, they would be in the folder, but I don't
19   remember taking any.
20   Q   Did you know that Pat Cherry did a     4:46:20PM
21   background check on only on the three people who
22   were involved in the fight and none of the other
23   witnesses?
24   A   I believe you said there were four.    4:46:28PM
25   Q   Well, Gary Bosetti was one and then    4:46:30PM

TSG Reporting - Worldwide  (877) 702-9580

Page 278

EDWARD PARADISO

1    three males.
2        MR. NOVIKOFF: Objection to the form    4:46:34PM
3    of the question. Is there a question?
4        MR. GOODSTADT: Yeah, I asked if he    4:46:38PM
5    was aware that Pat Cherry testified to the
6    fact that he had only done a background
7    check on the three people involved in the
8    fight and nobody else.
9        MR. NOVIKOFF: Background. Objection    4:46:50PM
10   to the form.
11   A    He did a background check -- he ran a    4:46:51PM
12   normal -- when -- I don't recall him telling me
13   that, no.
14       MR. CONNOLLY: Andrew, after this next    4:47:05PM
15   question, can we take a two-minute break?
16       MR. GOODSTADT: Sure can.    4:47:08PM
17   BY MR. GOODSTADT:    4:47:09PM
18   Q    Do you know who Elyse Miller is?    4:47:10PM
19   A    No.    4:47:14PM
20       MR. GOODSTADT: Just a couple of    4:47:20PM
21   questions.
22   BY MR. GOODSTADT:    4:47:21PM
23   Q    Do you know if her statement was    4:47:21PM
24   taken?

TSG Reporting - Worldwide  (877) 702-9580

Page 279

EDWARD PARADISO

1    A    I don't know who she is.    4:47:23PM
2    Q    You never saw a witness -- I'm not    4:47:24PM
3    asking whether you know her now.  I'm asking
4    whether you ever saw any witness statements by
5    Elyse Miller.
6    A    I don't recall.    4:47:30PM
7        MR. GOODSTADT: Take a break now.    4:47:32PM
8        THE VIDEOGRAPHER: The time is 4:49.    4:47:34PM
9    We are off the record.
10       (Whereupon, a discussion was held off    4:47:39PM
11   the record.)
12       THE VIDEOGRAPHER: The time is 5:01.    4:59:39PM
13   We're back on the record.
14   BY MR. GOODSTADT:    4:59:42PM
15   Q    I just want to go back to the    4:59:46PM
16   Halloween investigation.
17       Did you ever read Ian Levine's witness    4:59:50PM
18   statement?
19   A    I probably did, but I don't recall    5:00:04PM
20   reading it.
21   Q    In all the witness statements that you    5:00:07PM
22   read, other than for the ones that the on-duty
23   officers took that night and the one that Gary
24   Bosetti and Richard Bosetti wrote, do you recall

TSG Reporting - Worldwide  (877) 702-9580

Page 280

EDWARD PARADISO

1    any of the witnesses identifying Gary Bosetti
2    using a pool cue that night?
3    A    To tell you the truth, I don't    5:00:30PM
4    remember what they said he used. Just for some
5    reason in my mind, pool cue stuck.
6    Q    Well, if he admits that he used a pool    5:00:37PM
7    cue that night, would you find it strange that
8    no other eyewitness whose statements were taken
9    had mentioned anything about a pool cue?
10   A    Yeah, I would find that strange.    5:00:49PM
11   Q    And do you know whether any of the    5:00:53PM
12   eyewitnesses who came forward, whether the
13   officers that were investigating the incident
14   attempted to find out how much alcohol, if any,
15   they had consumed?
16   A    I'm not certain.    5:01:09PM
17   Q    You don't know one way or the other?    5:01:11PM
18   A    No, I don't know one way or of the    5:01:13PM
19   other.
20   Q    Did you ever review the 1042s or the    5:01:22PM
21   statements that the on-duty officers prepared
22   that evening, prepared about that evening? A
23   2042, I should say.
24   A    I'm sure that I did, but I don't    5:01:42PM

TSG Reporting - Worldwide  (877) 702-9580

Page 281

EDWARD PARADISO

1    recall them.
2    Q    Did you ever discuss any of those    5:01:45PM
3    statements with Mr. Hesse or Mr. Cherry?
4    A    I don't remember. But if they had    5:02:19PM
5    written 42s, they would've been accessible to
6    George anyway.  He would've been able to read
7    them.
8    Q    But my question was, did you ever    5:02:30PM
9    discuss the 42s with Mr. Hesse or Mr. Cherry?
10   A    I don't remember.    5:02:35PM
11   Q    So you don't recall whether or not    5:02:42PM
12   George Hesse gave you his opinion on the 42s
13   that these guys wrote?
14   A    No.    5:02:49PM
15   Q    When is the first time you spoke with    5:02:52PM
16   Mr. Snyder about the Halloween incident?
17   A    I don't recall when I talked to him.    5:03:37PM
18   It was probably in the morning during the change
19   of tour, but I couldn't tell you when that was.
20   Q    Do you recall the substance of your    5:03:45PM
21   conversation or anything that was stated during
22   that conversation?
23   A    The only thing that I think I can    5:04:10PM
24   remember discussing with Tommy was that he just

TSG Reporting - Worldwide  (877) 702-9580

Page 282

EDWARD PARADISO

1  wanted to make sure that this wasn't just shoved
2  under a rock and covered over.
3
4      Q    That was the next morning?        5:04:21PM
5      A    I don't know if it was the next     5:04:22PM
6  morning.  I wasn't in the next morning.
7      Q    You don't recall when it was in      5:04:27PM
8  relation to the incident?
9      A    I don't recall when it was.  It had to  5:04:30PM
10  be within a few days of it happening, because
11  all the witness statements hadn't really come in
12  yet.  I hadn't gotten the letter from Buddy's
13  wife about it yet.  You know, it was still --
14  the process of obtaining the statements was
15  still taking place.
16      Q    Did you ever hear George Hesse refer   5:04:58PM
17  to Tom Snyder's report as a piece of shit, his
18  42?
19      A    No.                    5:05:05PM
20      Q    Did you ever hear the allegation that  5:05:06PM
21  somebody had heard George Hesse refer to it as a
22  piece of shit?
23      A    No.                    5:05:12PM
24      Q    Did you ever hear George Hesse state   5:05:18PM
25  that Tom Snyder needed to protect the Bosettis

TSG Reporting - Worldwide  (877) 702-9580

Page 283

EDWARD PARADISO

1  rather than the victims?
2      A    No.                    5:05:25PM
3
4      Q    Did you ever hear that allegation that  5:05:26PM
5  he had said that?
6      A    We're not in the process of protecting  5:05:30PM
7  one side or another.  We're in the process of
8  gaining the facts and telling the truth.
9      Q    I understand.              5:05:39PM
10      A    So it isn't -- it isn't -- we're not   5:05:40PM
11  trying to protect people.  We're protecting life
12  and property.  We're protecting people when they
13  get hurt, obviously, from further injury.  But
14  this wasn't a protection issue.  This was
15  getting the story to what exactly took place
16  issue.
17      Q    I understand that.  The question I    5:05:56PM
18  asked was slightly different.  I asked whether
19  you ever heard that allegation.
20      A    Who would've said that?        5:06:05PM
21      Q    Anybody.  Did you ever hear anybody   5:06:06PM
22  say that they heard George Hesse say that Snyder
23  needs to protect the Bosettis rather than the
24  victims?
25      A    No.                    5:06:18PM

TSG Reporting - Worldwide  (877) 702-9580

Page 284

EDWARD PARADISO

1
2      Q    Did you ever learn whether Tom Snyder  5:06:32PM
3  spoke with the District Attorney about the
4  Halloween incident?
5      A    No.                    5:06:38PM
6      Q    Do you know whether Tom Snyder ever   5:06:39PM
7  spoke to the District Attorney about the Gilbert
8  incident?
9      A    No.                    5:06:43PM
10      Q    Do you know whether Joe Nofi ever    5:06:44PM
11  spoke to the District Attorney about the Gilbert
12  incident?
13      A    No.                    5:06:48PM
14      Q    Do you know whether Frank Fiorillo   5:06:48PM
15  ever spoke to the District Attorney about the
16  Gilbert incident?
17      A    No.                    5:06:52PM
18      Q    Did you ever speak with George Hesse  5:07:02PM
19  about any of these people speaking to the
20  District Attorney about the Gilbert incident?
21      A    George and I really weren't talking   5:07:11PM
22  that much.  He really wasn't that thrilled with
23  me, so it wasn't like there was a stream of
24  information coming my way.
25      Q    So the answer is no?          5:07:20PM

TSG Reporting - Worldwide  (877) 702-9580

Page 285

EDWARD PARADISO

1      A    The answer is no.          5:07:21PM
2          Were they there during the Gilbert    5:07:29PM
3  incident?  I don't even know if they were there
4  for it.
5      Q    Do you know whether George Hesse spoke  5:07:39PM
6  to the District Attorney about the Halloween
7  incident?
8      A    The District Attorney was involved in  5:07:45PM
9  the prosecution of the people that were involved
10  in the Halloween incident.  So he had to provide
11  the file to the District Attorney that handled
12  the case.  So I would think yes, he had to have
13  talked to the District Attorney's Office.
14      Q    Do you know who at the District      5:08:04PM
15  Attorney's Office he spoke to?
16      A    No, I don't.              5:08:07PM
17      Q    Do you know the sum and substance of  5:08:08PM
18  any of those discussions?
19      A    No, I don't.              5:08:10PM
20      Q    I just want to go back, just to be    5:08:19PM
21  clear on this issue.  Did you ever review
22  Snyder's 42?
23          MR. NOVIKOFF:  Objection.        5:08:25PM
24      A    I'm sure that I did, but I don't     5:08:28PM

TSG Reporting - Worldwide  (877) 702-9580

Page 286

EDWARD PARADISO

1    recall what it said.
2    Q   Do you recall what your reaction was   5:08:31PM
3    when you read it?
4    A   I don't recall what it said, so I   5:08:35PM
5    don't know what my reaction would be.
6    Q   Did you ever review Fiorillo's 42?   5:08:38PM
7    A   No, I don't recall what it said or   5:08:54PM
8    what my reaction to it was.  I wish I had a
9    better memory, I'm sorry.
10       It's very frustrating to continually   5:09:01PM
11   be asked questions of things that I really don't
12   have a clear or any memory of, and I apologize.
13   I'm really not trying to elude your questions or
14   give you answers that, you know, don't mean
15   anything.  I just don't remember.
16       MR. NOVIKOFF:  Actually, I think your   5:09:23PM
17   answers have been right on.
18   BY MR. GOODSTADT:                5:09:25PM
19   Q   Do you think that your ingestion of   5:09:26PM
20   your medication had anything to do with the fact
21   that you're not recalling some of this stuff?
22       MR. NOVIKOFF:  Objection to form.   5:09:32PM
23   A   I don't know.                5:09:41PM
24   Q   Did Fiorillo ever complain to you that   5:09:42PM

TSG Reporting - Worldwide  (877) 702-9580

Page 287

EDWARD PARADISO

1    Hesse told him that he needed to file a new
2    statement, a new 42?
3    A   I don't recall that, no.         5:09:50PM
4    Q   Do you recall whether Fiorillo       5:09:52PM
5    complained to you that Hesse asked him to revise
6    his 42?
7    A   It's very difficult to revise       5:10:04PM
8    statements once you make them, because they're
9    in the computer.  They can't be changed.  It's
10   password protected.  So every point in time that
11   an officer wrote a 42, that was there.  It was
12   not going anywhere.  If they made a typo, it was
13   there.  You couldn't erase them.  So it would --
14   it wouldn't be prudent that once you made a
15   statement, to keep revising your statement
16   unless you made a blaring error and you had to
17   make a correction for some reason.
18   Q   Do you know whether their 42s were    5:10:40PM
19   done on the station computer?
20   A   They were usually -- 42s are usually   5:10:44PM
21   done on the front desk computer.
22   Q   I'm asking you whether the three     5:10:48PM
23   officers who did the 42 that night, whether
24   those three were done on the station computer?

TSG Reporting - Worldwide  (877) 702-9580

Page 288

EDWARD PARADISO

1    A   Oh, I don't know.  I would take it for  5:10:59PM
2    granted that's where they would do them.  We had
3    a file.  It was just for 42s, and it kept every
4    single one that everybody typed.
5    Q   Did you ever review Kevin Lamm's 42?   5:11:20PM
6    A   Probably did, but I don't recall what   5:11:27PM
7    it said.
8    Q   Did you ever speak with Lamm about    5:11:29PM
9    Halloween?
10   A   I think so.  I think -- yeah, I think   5:11:49PM
11   I did.  I spoke about it.
12   Q   When did you speak with him about it?  5:11:55PM
13   A   When?                       5:11:56PM
14   Q   Yes.                        5:11:57PM
15   A   It had to be two or three days after   5:12:06PM
16   the incident.
17   Q   Do you recall the sum and substance of  5:12:12PM
18   the discussion that you had with Mr. Lamm?
19   A   No.                         5:12:27PM
20   Q   Do you recall anything that was       5:12:28PM
21   discussed?
22   A   No.                         5:12:43PM
23   Q   Did you ever hear George Hesse state   5:12:44PM
24   that Lamm's 42 was not good and it didn't

TSG Reporting - Worldwide  (877) 702-9580

Page 289

EDWARD PARADISO

1    reflect what happened?
2    A   I don't recall him making that        5:13:08PM
3    statement, but I find it hard to think that
4    George would.  Because I how do you judge a
5    person's statement?  This is what they believed
6    to have seen, what the facts that were available
7    to them at the time.  And if more information
8    came to light with regards to a situation that
9    wasn't available to them when they wrote the 42,
10   you could say that they didn't have all the
11   information, but you really couldn't complain
12   about how they wrote it or what they added to
13   it.
14   Q   Did you ever discuss Lamm's 42 with    5:13:40PM
15   George Hesse?
16   A   I don't recall.                5:13:46PM
17   Q   Did you ever discuss Fiorillo's 42    5:13:47PM
18   with Hesse?
19   A   I think you already asked me this, but  5:13:50PM
20   I don't remember discussing it with George.
21   Q   So the same thing with Snyder?       5:13:56PM
22   A   Yes.  I'm sorry, guys, I just don't   5:14:03PM
23   remember.
24   Q   There came a point in time that some   5:14:09PM

TSG Reporting - Worldwide  (877) 702-9580

Page 290

EDWARD PARADISO

1  **of the individuals involved in the Halloween**
2  **incident were arrested; is that correct?**
3
4      A    Yes.  Yes.  Once the remainder of the   5:14:21PM
5  witness statements were taken and the young lady
6  who had gotten choked gave her version of the
7  story, they wrote up criminal complaints for the
8  people who were involved.  And they were sent
9  criminal summonses to come to court, and they
10  read the informations.  They brought -- I think
11  they brought attorneys with them.  It would be
12  silly not to.  I'm pretty silly myself.  And
13  they worked out -- with the amount of
14  information they had with all the witness
15  statements, they pled guilty to whatever charges
16  they could work out.
17      Q    Who was the arresting officer?       5:15:18PM
18      A    I'm thinking George.  I'm not sure.   5:15:33PM
19      Q    So you don't know one way or the     5:15:36PM
20  **other?**
21      A    I'm not certain.  Any police officer   5:15:38PM
22  can make the arrest when they have information
23  and belief.  You don't have to be at the scene
24  to make the arrest.  As the investigation goes
25  on, whoever is handling the investigation can

TSG Reporting - Worldwide  (877) 702-9580

Page 291

EDWARD PARADISO

1
2  make the arrest.  So it was either Pat or
3  George.  If you're telling me that Pat was still
4  working as a police officer, then maybe Pat was
5  the arresting officer.  I'm not certain.
6      Q    Would it have been appropriate to send   5:16:04PM
7  **Gary Bosetti out to be the arresting officer?**
8      MR. NOVIKOFF:  Objection to the form.   5:16:16PM
9      A    What do you mean by appropriate?     5:16:19PM
10      Q    Is that something that you would have   5:16:21PM
11  **considered good practice?**
12      MR. NOVIKOFF:  Objection.         5:16:29PM
13      A    Well, he did have firsthand knowledge   5:16:52PM
14  of what took place in the bar because he was
15  there when it took place.  So to have the
16  arresting officer who witnessed everything there
17  as the arresting officer, it would not have been
18  inappropriate for him to make the arrest.
19      Q    And did the people who came in that    5:17:20PM
20  **next morning, the two males and the female, did**
21  **they ever file any charges or press any charges**
22  **against Gary Bosetti?**
23      A    No.                    5:17:30PM
24      Q    Do you know why they didn't?        5:17:30PM
25      MR. NOVIKOFF:  Objection.         5:17:33PM

TSG Reporting - Worldwide  (877) 702-9580

Page 292

EDWARD PARADISO

1
2      A    I don't know why they didn't.     5:17:34PM
3      Q    Did you attend the court appearance   5:17:35PM
4  **for any of the people who were arrested?**
5      A    No.                  5:17:41PM
6      Q    Do you believe that the three on-duty   5:17:56PM
7  **officers had it out for Gary Bosetti?**
8      A    Why would they have --          5:18:04PM
9      MR. NOVIKOFF:  Objection.         5:18:05PM
10      A    Why would they have it out for Gary   5:18:06PM
11  Bosetti?
12      Q    I'm asking you whether you believe    5:18:09PM
13  **that they did.**
14      A    No.                  5:18:11PM
15      Q    Was there anything, in your estimation   5:18:20PM
16  **as the chief of police, that the three on-duty**
17  **officers should have done that evening that they**
18  **didn't?**
19      MR. NOVIKOFF:  Objection.         5:18:28PM
20      A    The only thing that I think the --   5:18:52PM
21  that should've taken place that didn't was that
22  Gary and Richie should've been at the police
23  station during the entire event because they
24  took police action.  They should've been the
25  officers making reports.  They should've been

TSG Reporting - Worldwide  (877) 702-9580

Page 293

EDWARD PARADISO

1
2  making arrests.  It's not up to Tom Snyder,
3  Frank Fiorillo or Kevin Lamm to order these guys
4  to do these things.  They weren't their superior
5  officers.  So when the initial event took place,
6  I thought they went out of their way to make
7  sure the person who had gotten injured was
8  safeguarded and got proper medical care, and I
9  found no fault with that.  They were more
10  interested in making sure that that person got
11  the care that he needed.  And I think when
12  you're looking at what's right and what's
13  important, that was the most important thing
14  that took place, and that's what they did.
15      Q    I just want to go back to your first   5:20:16PM
16  **half of that answer.  I think you testified that**
17  **the one thing that you thought should've been**
18  **done was that Gary and Richard Bosetti should**
19  **have been at the station the whole time and**
20  **taking statements; is that correct?**
21      A    They should've been more involved in   5:20:31PM
22  the procedure.
23      Q    Was that the fault of, in your      5:20:33PM
24  **estimation, the three on-duty officers or the**
25  **fault of Gary and Richard Bosetti?**

TSG Reporting - Worldwide  (877) 702-9580

Page 294

EDWARD PARADISO

1
2     A   That was the fault of Gary and Richard 5:20:43PM
3  Bosetti.
4     Q   Okay.  And as a chief of police, would 5:20:46PM
5  you have done anything differently than what the
6  three on-duty officers did that evening?
7        MR. NOVIKOFF:  Objection to form.    5:20:54PM
8     A   If I was working while this took     5:20:55PM
9  place?
10     Q   Yes.                              5:20:57PM
11     A   Well, as chief of police, I would've   5:20:58PM
12  made sure that Gary and Richie came back to the
13  police station, and I would've -- I have a
14  different rapport with the people of the
15  village, since I was there for such a long time.
16  I would've been able to probably get more
17  statements out of the people that were there
18  from my relationship with them over time.  And I
19  think that probably it would've surfaced -- I
20  would've gotten a statement from Buddy's wife,
21  and I would've gotten more information just from
22  the mere fact that as chief, more people talk to
23  me and they know that I'm going to want to know
24  what happened --
25     Q   Okay.                            5:21:54PM

TSG Reporting - Worldwide  (877) 702-9580

Page 295

EDWARD PARADISO

1
2     A   -- and I'm going to expect them to   5:21:54PM
3  tell me.  I would rely on that relationship that
4  I've had with them for all these years.  It's
5  harder for officers that aren't there as much or
6  have a different type of relationship with these
7  people to get them to come forward sometimes.
8     Q   Okay.                             5:22:11PM
9     A   So that -- that's what I would've done 5:22:12PM
10  differently had I been there.
11     Q   Right.  But just so I'm clear, the    5:22:16PM
12  first piece of getting Gary and Richie to come
13  back, I think you testified that the three of
14  them didn't have the authority to do that,
15  right?
16        MR. NOVIKOFF:  Objection.          5:22:27PM
17     A   They weren't commanding officers over 5:22:27PM
18  these officers, and I don't -- I don't even know
19  if Richie or Gary -- I don't know if Gary was
20  there when they arrived.  I don't know if they
21  ever saw Gary.  I don't recall.  So Gary might
22  have just relied on his brother to find out what
23  was going on, and I don't know.  I don't know if
24  they had access to that.
25        A lot of -- this guy that didn't     5:22:50PM

TSG Reporting - Worldwide  (877) 702-9580

Page 296

EDWARD PARADISO

1
2  remember what had taken place wasn't even at the
3  bar when they arrived.  They had to go out and
4  search for him.  They didn't know if they were
5  going to find him in a bush or something.  So
6  they -- they were trying to do their best to
7  make sure that he was okay.  I mean, I can't
8  find fault with that.
9     Q   Do you find fault with anything they  5:23:12PM
10  did that evening?
11        MR. NOVIKOFF:  Objection.          5:23:15PM
12     A   The only fault I could've found is    5:23:23PM
13  that I didn't get a call or George didn't get a
14  call at 3:00 in the morning when it all took
15  place.  It was my calling in to let them know
16  that I wasn't coming in to find out what
17  happened at 8:00 in the morning or 7:30,
18  whenever I called.  I should've gotten a call
19  right away.  If they knew that one of the
20  officers was involved, they should've reached
21  out to a supervisor right away, either myself or
22  George.
23     Q   Other than that, did you find fault   5:23:54PM
24  with anything else they did that night?
25        MR. NOVIKOFF:  Note my objection.   5:23:58PM

TSG Reporting - Worldwide  (877) 702-9580

Page 297

EDWARD PARADISO

1
2     A   No.  I think they did the best that   5:24:09PM
3  they could.  They wanted -- they tried to do
4  their best job.
5     Q   Did you ever hear George Hesse refer  5:24:19PM
6  to Kevin Lamm as either being homosexual or gay
7  or anything to that effect?
8     A   At the Halloween incident?          5:24:35PM
9     Q   Ever.  We're off the Halloween       5:24:37PM
10  incident now.
11     A   Oh.  No.                          5:24:41PM
12        MR. GOODSTADT:  Can you mark this.   5:24:48PM
13        MR. NOVIKOFF:  Number 10?          5:24:53PM
14        MR. GOODSTADT:  Yes.               5:24:54PM
15        (Whereupon, Bates document 925 was   5:24:58PM
16  marked as Plaintiff's Exhibit 10 for
17  identification, as of this date.)
18        MR. GOODSTADT:  I've placed in front  5:25:29PM
19  of Mr. Paradiso what's now been marked as
20  Paradiso 10.  It's a one-page exhibit Bates
21  numbered P 925.
22  BY MR. GOODSTADT:                       5:25:38PM
23     Q   Mr. Paradiso, have you ever seen this 5:25:39PM
24  exhibit?
25     A   No, I have not.  And as a matter of   5:25:41PM

TSG Reporting - Worldwide  (877) 702-9580

Page 298

EDWARD PARADISO

1  fact, I'm offended that my name is even on it.
2  All right? Number one, 516 exchange changed so
3  many years ago that I don't even believe Kevin
4  was working when there was a 516 exchange.
5      Secondly, these patches and everything 5:25:57PM
6  else are new patches, so they're put on
7  something that's old, because I don't know where
8  you get 516 from.
9      And I don't even have a comment for    5:26:13PM
10 this. This is ridiculous.
11     Q   If you had learned that George Hesse  5:26:25PM
12 had given this to Kevin Lamm, do you think that
13 would be grounds for discipline for George
14 Hesse?
15     A  Yes.              5:26:32PM
16     Q   Okay.            5:26:34PM
17     MR. GOODSTADT: Just mark this.  5:26:56PM
18     (Whereupon, a photocopy was marked as  5:26:58PM
19 Plaintiff's Exhibit 11 for identification,
20 as of this date.)
21     MR. GOODSTADT: I've placed in front  5:27:35PM
22 of Mr. Paradiso what's been marked as
23 Paradiso Exhibit 11. It's a two-page
24 exhibit. The first page says, "Prepare to

TSG Reporting - Worldwide  (877) 702-9580

Page 299

EDWARD PARADISO

1  be Snyderized," with "Snyder" crossed out,
2  saying "woman." And Page 2 says, "whore
3  Lamminated," with "Lamm" crossed out with
4  the word "fag" written.
5  BY MR. GOODSTADT:          5:27:55PM
6      Q   Mr. Paradiso, have you ever seen the  5:27:55PM
7  writing that's depicted here on Paradiso 11?
8      A  No.              5:28:03PM
9      Q   You don't recall seeing this on the  5:28:04PM
10 wall of the police station?
11     A  No.              5:28:08PM
12     Q   Okay. If you found out who -- strike  5:28:09PM
13 that.
14     If this was on the wall and you found  5:28:16PM
15 out who had done that, would that be grounds for
16 discipline?
17     MR. NOVIKOFF: Assuming it was a    5:28:23PM
18 police officer?
19     MR. GOODSTADT: Yes.        5:28:25PM
20     MR. NOVIKOFF: Okay.        5:28:25PM
21     A  Yes.              5:28:29PM
22     Q   Let's just go back to -- strike that.  5:28:30PM
23     Do you recall this handwriting ever on  5:28:34PM
24 the bathroom wall at the police station?

TSG Reporting - Worldwide  (877) 702-9580

Page 300

EDWARD PARADISO

1      A  This?            5:28:40PM
2      Q   Yes.            5:28:40PM
3      A  No.              5:28:41PM
4      Q   Let's just go back to Paradiso 10, the  5:28:42PM
5  Kevin Lamm business card.
6      A  Yeah.            5:28:48PM
7      Q   If George Hesse had given -- if you  5:28:49PM
8  learned that George Hesse had given him that, I
9  know you said it would be grounds for
10 discipline. Would it be grounds for
11 termination?
12     MR. NOVIKOFF: Objection.      5:29:00PM
13     MR. CONNOLLY: Objection.      5:29:01PM
14     A  It would be grounds for      5:29:46PM
15 psychological review, because you'd have to be
16 out of your mind to give this to somebody. You
17 know, I don't know how to answer it. This stuff
18 is ridiculous.
19     Q   Was there a policy in Ocean Beach at  5:30:03PM
20 any point in time when you were the chief
21 regarding officers drinking while on duty?
22     A  Yeah, officers can't drink on duty.  5:30:14PM
23     Q   Is that a written policy?      5:30:16PM
24     A  Yes.              5:30:17PM

TSG Reporting - Worldwide  (877) 702-9580

Page 301

EDWARD PARADISO

1      Q   How about with respect to off-duty  5:30:20PM
2  officers drinking at bars in the Village of
3  Ocean Beach?
4      A  When I first started in Ocean Beach,  5:30:36PM
5  police officers weren't allowed to go into the
6  bars off duty.
7      MR. NOVIKOFF: I'm sorry. Your hand  5:30:42PM
8  is in the way.
9      THE WITNESS: Sorry.        5:30:45PM
10     A  When I first started working in Ocean  5:30:45PM
11 Beach back in 1982, police officers weren't
12 allowed to go into the bars off duty. If they
13 were going to go out, they had to go out into a
14 different part of Fire Island. They couldn't go
15 to the bars in Ocean Beach.
16     Q   Did that change, that policy?      5:31:00PM
17     A  That policy changed over time. We had  5:31:01PM
18 an older department. I found no reason why
19 adult officers couldn't be trusted to act
20 themselves -- act in an appropriate way even if
21 they were in a restaurant or a bar at night. I
22 expected they would always act in an appropriate
23 manner. I treated them like adults.
24     Q   Did you ever issue a directive on that  5:31:38PM

TSG Reporting - Worldwide  (877) 702-9580

Page 302

EDWARD PARADISO

1 issue about off-duty officers drinking in a bar?
2    A  No. Not that I recall.    5:31:42PM
3    Q  Did you ever address the issue at any  5:31:46PM
4 meetings while you were the chief of police?
5    A  If I did, I would've said it just that 5:31:54PM
6 way.
7    Q  But you don't recall one way or the  5:31:57PM
8 other whether you did?
9    A  I don't recall.    5:32:00PM
10    Q  How about during an officer's  5:32:00PM
11 breaks?
12    A  To go into a bar and have a drink?  5:32:04PM
13    Q  Yes.    5:32:06PM
14    A  During a meal break?    5:32:07PM
15    Q  Yes.    5:32:09PM
16    A  No, they weren't allowed to do that.  5:32:09PM
17    Q  And is that a terminable offense if  5:32:11PM
18 they did that?
19    A  Terminating -- a terminating offense? 5:32:15PM
20    Q  A terminable offense.    5:32:19PM
21    A  Terminable.    5:32:21PM
22      Yeah. If I became aware of it, yeah.  5:32:22PM
23 It's a dangerous offense.
24    Q  How about having a drink with your  5:32:25PM

TSG Reporting - Worldwide  (877) 702-9580

Page 303

EDWARD PARADISO

1 meal before getting on duty?
2    A  How much before?    5:32:31PM
3    Q  Is there a line of demarcation that  5:32:35PM
4 you draw?
5    A  Yeah. The human body can filter one  5:32:38PM
6 ounce of alcohol per hour. So if you have a
7 drink at 10:00 and you're not scheduled to come
8 onto work until 4, one drink would not be
9 something that I would be overly concerned
10 about. But the human body should be able -- you
11 wouldn't be impaired to drive after one drink.
12 That time frame wouldn't be a problem. Not that
13 I would be happy to hear about it or if I went
14 and talked to the officer after it took place,
15 saying, listen, it's not a good idea to drink
16 before you come on duty, please stop.
17    Q  Did you ever witness any officers  5:33:20PM
18 drinking while they were on duty?
19    A  No.    5:33:23PM
20    Q  Did you ever witness any officers  5:33:23PM
21 having any drinks in the station, whether on
22 duty or off duty?
23    A  You're talking in the course of 26  5:33:43PM
24 years. Give me a little time to think.

TSG Reporting - Worldwide  (877) 702-9580

Page 304

EDWARD PARADISO

1      Never on duty. And I don't recall  5:33:56PM
2 ever off duty.
3    Q  Were there any policies with respect  5:34:03PM
4 to drinking in the station while off duty?
5    A  I don't think I have a written policy, 5:34:19PM
6 but I never saw the need to have to have a
7 written policy. I mean, I never wrote a policy
8 saying don't shoot yourself in the foot while
9 you're walking down the street. There's a
10 certain line of common sense that takes place
11 when you work at a police station. There are
12 certain things that you aren't allowed to do.
13    Q  And that's one of them?    5:34:38PM
14    A  I would think that that would be one  5:34:39PM
15 of them, yeah.
16    Q  So just so I'm clear, drinking in the  5:34:41PM
17 station while off duty is one of those things
18 that's such common sense that you can't do it
19 that you didn't require to write a written
20 policy on; is that correct?
21    A  Yeah. I mean, sometimes if a guy was 5:34:52PM
22 coming off the boat, he's -- maybe he's not
23 working for an entire day and he walks into the
24 police station and he's talking with a few of

TSG Reporting - Worldwide  (877) 702-9580

Page 305

EDWARD PARADISO

1 the guys and he has beers with him, if he took a
2 sip of the beer while he's in the police station
3 and then he was going off to wherever he was
4 staying, I wouldn't be, like, you know, are you
5 out of your mind, you're fired. But it wasn't
6 like that would take place on a normal basis
7 anyway. So unless you're going to come up with
8 a piece of paper or a picture of somebody having
9 a beer in the police station, I would say no, it
10 wasn't a normal course of action.
11    Q  Did anybody ever complain to you that 5:35:31PM
12 officers were drinking on duty?
13    A  No.    5:35:34PM
14    Q  Did anyone ever complain to you that 5:35:35PM
15 officers were drinking in the station?
16    A  No.    5:35:38PM
17    Q  After the Halloween incident, did Tom 5:35:50PM
18 Snyder complain to you that the Bosettis drank
19 while they were on duty?
20    A  I don't remember him saying that to  5:36:02PM
21 me.
22    Q  Did Tom Snyder ever tell you he had to 5:36:03PM
23 relieve them -- strike that.
24      Did anyone ever tell you that they had 5:36:08PM

TSG Reporting - Worldwide  (877) 702-9580

Page 306

EDWARD PARADISO

1  to relieve the Bosettis at a bar at the end of
2  their tour?
3      MR. NOVIKOFF: Objection to form.   5:36:14PM
4    A   Relieve them at a bar?         5:36:15PM
5    Q   Yes.                 5:36:16PM
6    A   No.                  5:36:17PM
7    Q   Did Tom Snyder ever complain to you   5:36:32PM
8  that the Bosettis would leave him at the station
9  while they would go to a bar with the police
10  cell phone?
11      MR. NOVIKOFF: Objection to the form.  5:36:41PM
12    A   No.                 5:36:42PM
13      MR. NOVIKOFF: The answer was no?   5:36:49PM
14      THE WITNESS: No.           5:36:50PM
15    Q   DID Mr. Fiorillo ever complain to you   5:36:56PM
16  that the Bosettis were drinking in the bars at
17  Ocean Beach?
18    A   On duty?              5:37:04PM
19    Q   Either on duty or off duty.     5:37:05PM
20    A   What do you mean by complain? Do you  5:37:18PM
21  mean like I had a real problem with the
22  Bosettis, they were drunk in a bar or Gary was
23  drunk in a bar, what's up with that? I don't
24  understand what you mean.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 307

EDWARD PARADISO

1    Q   Either one.             5:37:31PM
2      MR. NOVIKOFF: Objection to the form.  5:37:32PM
3    A   I don't recall them complaining about  5:37:33PM
4  anything like that.
5      Was I working at a different place?   5:37:46PM
6    Q   Did Fiorillo ever complain to you that  5:37:48PM
7  he had to get Walter Moeller out of a bar while
8  he was on duty to go to a drug overdose case?
9    A   No. That Walter was on duty while   5:37:59PM
10  this was taking place?
11    Q   Yes.                5:38:11PM
12    A   No. No, I don't remember anything   5:38:11PM
13  like that.
14    Q   Did Snyder complain to you that the   5:38:21PM
15  Bosettis were not answering the radio codes?
16    A   I don't recall that either.      5:38:33PM
17    Q   Did Snyder complain to you that beer   5:38:34PM
18  cans were left in the police vehicle?
19    A   No.                 5:38:39PM
20    Q   Did you ever tell Snyder that when   5:38:42PM
21  George Hesse is in charge, he has to speak with
22  him because it's his tour?
23      MR. NOVIKOFF: Objection. Asked and   5:38:50PM
24  answered.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 308

EDWARD PARADISO

1    A   Speak to him about what?       5:39:01PM
2    Q   About any complaints that Snyder may   5:39:02PM
3  have brought to your attention.
4      MR. NOVIKOFF: Objection. Asked and   5:39:09PM
5  answered.
6    A   It wouldn't be appropriate for Tom to  5:39:09PM
7  come to me if George was working. If there was
8  a problem, he should go to George first.
9    Q   Did Ed Carter ever complain to you   5:39:23PM
10  that Ty Bacon was drinking?
11    A   No.                 5:39:28PM
12    Q   Do you know what a rocket fuel is?   5:39:33PM
13    A   Yeah.                5:39:34PM
14    Q   Did you ever hear that rocket fuels   5:39:36PM
15  were delivered to the police station for
16  off-duty officers to drink?
17    A   No. Bars don't have a license to sell  5:39:42PM
18  drinks to go.
19    Q   Say that again.            5:39:54PM
20    A   Bars don't have a license to sell   5:39:55PM
21  drinks to go.
22    Q   How about if they didn't sell it, they  5:39:58PM
23  just gave it to them?
24    A   Even then. Even then. They're     5:40:03PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 309

EDWARD PARADISO

1  licensed for on-premise consumption.
2    Q   Did any of the five plaintiffs in this   5:40:13PM
3  case complain to you that Hesse forced them to
4  clean up cups and other drinking debris in the
5  station?
6    A   Alcoholic drinking debris you mean?   5:40:26PM
7    Q   Yes.                 5:40:28PM
8    A   You could have alcoholic drinking   5:40:29PM
9  debris in the police station from the people
10  that you bring in for drinking on walks.  So
11  there could be debris in the police station, but
12  it's not from the officers.  It's from the
13  people who may be getting summonsed for open
14  alcoholic beverages.  We had people walking past
15  the police station all the time carrying beers
16  or whatnot.  We wouldn't let them leave again
17  with the beers.  The beers would be either
18  dumped into the sink and thrown out or whatever.
19  But there could be times when that stuff is
20  around the police station, but I wouldn't think
21  that it was from the police officers that were
22  on duty and off duty.
23    Q   Did any of them ever complain that   5:41:04PM
24  they had to clean up the drinking refuse that

TSG Reporting - Worldwide  (877) 702-9580

Page 310

EDWARD PARADISO

1  was left there?
2      A    Not that I recall.          5:41:07PM
3      Q    What would be done with beer that was  5:41:11PM
4  confiscated from people on the beach, for
5  example?
6      A    The majority of the time, I would say  5:41:19PM
7  when I confiscated beer, I would pop the bottoms
8  of the cans right up on the beach and empty it
9  into the garbage pail and then throw the beer
10 out.
11     Q    Would it be appropriate for the        5:41:34PM
12 officers to drink beer that was confiscated?
13         MR. NOVIKOFF:  Objection.              5:41:40PM
14     A    It would be -- it wouldn't be the      5:42:12PM
15 normal course of business, but if it had
16 happened, it wouldn't be the most
17 earth-shattering thing.
18     Q    Would it surprise you to learn that it  5:42:38PM
19 happened frequently?
20         MR. NOVIKOFF:  Objection to the form.  5:42:41PM
21     A    It would surprise me to learn that it  5:42:45PM
22 happened frequently, yes.
23     Q    If Ty -- withdrawn.                    5:42:50PM
24         Did you ever drink a confiscated beer?  5:42:53PM

TSG Reporting - Worldwide  (877) 702-9580

Page 311

EDWARD PARADISO

1      A    I don't drink beer.                    5:42:55PM
2      Q    So if Ty Bacon testified that he       5:42:56PM
3  personally witnessed you drinking a confiscated
4  beer, he would be lying?
5      A    Yes, he would be.                      5:42:59PM
6      Q    Are there any policies with respect to  5:43:00PM
7  officers drinking in the police truck?
8      A    While they're on duty?                 5:43:29PM
9      Q    Or off duty.  I assume it's covered by  5:43:31PM
10 the drinking on duty policy we discussed before.
11 So let's focus on off duty.
12     A    There were no -- I don't think I had a  5:43:47PM
13 policy about that.
14     Q    Did you have any policy about drinking  5:43:55PM
15 in the barracks?
16     A    No.                                    5:43:58PM
17     Q    So officers were free to drink in the  5:44:01PM
18 barracks?
19         MR. NOVIKOFF:  Again, off duty?        5:44:03PM
20         MR. GOODSTADT:  Off duty.              5:44:05PM
21     A    Yeah.                                  5:44:05PM
22     Q    Are off-duty officers free to drink in  5:44:07PM
23 the police truck?
24     A    I didn't have a policy on that.        5:44:19PM

TSG Reporting - Worldwide  (877) 702-9580

Page 312

EDWARD PARADISO

1      Q    Were they free to do it?               5:44:21PM
2          MR. NOVIKOFF:  Objection.              5:44:24PM
3      A    Not if they were driving.             5:44:32PM
4      Q    How about if they were passengers?     5:44:34PM
5      A    They shouldn't be drinking in a        5:44:37PM
6  vehicle that's moving.  So I would say no,
7  they're not free to do it.
8      Q    So that's a law, that they can't have  5:44:43PM
9  an open container in a moving vehicle?
10     A    It's a New York State law.             5:44:48PM
11     Q    So it would be a violation of law if   5:44:49PM
12 they had done that, correct?
13     A    It would be a violation if anybody did  5:44:52PM
14 that.
15     Q    Right.  Just so I'm clear, would that  5:44:55PM
16 be one of those incidents that would be so
17 obviously inappropriate that you didn't need a
18 policy on it?
19     A    What do you mean by "one of those"?    5:45:14PM
20     Q    I believe before you testified that    5:45:16PM
21 there were certain things, like shooting
22 yourself in your foot, that are so obviously
23 wrong that you didn't need a written policy.
24     A    Right.                                 5:45:27PM

TSG Reporting - Worldwide  (877) 702-9580

Page 313

EDWARD PARADISO

1      Q    Do you remember you testified to that?  5:45:27PM
2      A    Yeah.                                  5:45:28PM
3      Q    Would an off-duty officer drinking     5:45:29PM
4  alcohol in the police truck, as passengers, is
5  that one of those --
6      A    It would be inappropriate for anyone   5:45:38PM
7  to drink alcohol as a passenger in a motor
8  vehicle, and police officers are held to a
9  higher standard.  So it would be one of those
10 policies that don't have to be written.  It
11 would be understood that that is something that
12 shouldn't be done.
13     Q    Did any of the five plaintiffs in this  5:45:58PM
14 case ever complain to you that George Hesse had
15 required them to drive them places while they
16 were on duty?
17         MR. NOVIKOFF:  Drive the plaintiffs     5:46:09PM
18 places?
19         MR. GOODSTADT:  The plaintiffs drive    5:46:11PM
20 George Hesse.
21         MR. NOVIKOFF:  George.                  5:46:13PM
22         MR. GOODSTADT:  Right.                  5:46:14PM
23 BY MR. GOODSTADT:
24     Q    On non-police business.                5:46:18PM

TSG Reporting - Worldwide  (877) 702-9580

Page 314

EDWARD PARADISO

```
 1              EDWARD PARADISO
 2    A   No.                        5:46:20PM
 3    Q   None of them ever complained to you?   5:46:21PM
 4    A   No.                        5:46:22PM
 5    Q   Did any of the plaintiffs ever   5:46:23PM
 6  complain to you that George Hesse required them
 7  to drive off-duty officers to the checkpoint
 8  while they were on duty?
 9    A   Well, it would be normal to drive   5:46:35PM
10  off-duty officers to the checkpoint.  They're
11  going off duty.  Especially if you needed the
12  truck back, the guys that were going off duty
13  would be driven off by somebody who was on duty,
14  and then they'd bring the truck back.  I mean, I
15  don't understand exactly what you mean.
16    Q   Well, would it leave the village short   5:46:52PM
17  of police officers if one of the on-duty
18  officers drove to the checkpoint?  My
19  understanding is it takes between 15 and 20
20  minutes to get there and 15 to 20 minutes back;
21  is that correct?
22        MR. NOVIKOFF:  What's the question?   5:47:05PM
23        MR. GOODSTADT:  I just want to --   5:47:06PM
24  let's just go to the second question.
25        MR. NOVIKOFF:  Okay.              5:47:06PM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 315

EDWARD PARADISO

```
 1              EDWARD PARADISO
 2  BY MR. GOODSTADT:                   5:47:06PM
 3    Q   Does it take about 15 or 20 minutes to   5:47:07PM
 4  get there and 15 to 20 minutes to get back; is
 5  that correct?
 6    A   Yeah.                        5:47:13PM
 7    Q   Okay.  So I guess the question is   5:47:13PM
 8  whether any complained to you that they're
 9  required to drive the off-duty police officers
10  and it would leave the village short an officer
11  for 30 to 40 minutes.
12        MR. NOVIKOFF:  Objection.  Asked and   5:47:26PM
13  answered.
14    A   No, none of them ever complained about   5:47:29PM
15  that.
16    Q   Do you know who Mitch Burns is?   5:47:40PM
17    A   Is this the Mitch that invented the   5:47:50PM
18  triangle ball?
19    Q   I'm not sure.  What's a triangle ball?   5:48:00PM
20    A   I don't know.                5:48:04PM
21        THE WITNESS:  Frank -- did he invent   5:48:05PM
22  the triangle ball game, that guy, Mitch?  Is
23  this the same Mitch Burns you're talking
24  about?
25        MR. NOVIKOFF:  Does Mr. Fiorillo want   5:48:14PM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 316

EDWARD PARADISO

```
 1              EDWARD PARADISO
 2  to open himself up to his deposition?
 3        THE WITNESS:  I'm sorry.        5:48:17PM
 4        MR. NOVIKOFF:  No, that's okay.  I'm   5:48:18PM
 5  kidding.
 6    A   I don't -- I'm not sure which Mitch   5:48:21PM
 7  Burns you're talking about.  I knew a guy named
 8  Mitch, but I don't know if his last name is
 9  Burns.
10    Q   Was Mitch a property owner on Ocean   5:48:31PM
11  Beach?
12    A   Yeah.  I think he had a house on Ocean   5:48:34PM
13  Breeze or Evergreen.
14    Q   Did you ever hear that any Mitch was   5:48:39PM
15  alleged to have been a drug dealer --
16    A   No.                          5:48:44PM
17    Q   -- in Ocean Beach?              5:48:44PM
18        Did there come a point in time where   5:48:48PM
19  an incident where there was a file cabinet
20  thrown into the Great South Bay?
21    A   Yes.                         5:48:55PM
22    Q   Okay.  Tell me how did you learn about   5:48:56PM
23  that.
24    A   I walked out of my house, and I saw it   5:48:58PM
25  in the bay.
```

TSG Reporting - Worldwide  (877) 702-9580

Page 317

EDWARD PARADISO

```
 1              EDWARD PARADISO
 2    Q   When was that?                5:49:01PM
 3    A   On Bay Walk and Cottage.        5:49:04PM
 4    Q   When?  When did this happen?     5:49:07PM
 5    A   When?  It was during the summer one   5:49:10PM
 6  year.  I forget which year.
 7    Q   What was your reaction when you saw it   5:49:17PM
 8  in the Great South Bay?
 9    A   I was furious.               5:49:20PM
10    Q   How come?                    5:49:23PM
11    A   Because they threw a file cabinet in   5:49:30PM
12  the Great South Bay.
13    Q   Who did?                     5:49:33PM
14    A   Gary and Rich Bosetti.          5:49:34PM
15    Q   Do you know what was in the file   5:49:36PM
16  cabinet?
17    A   It was empty.                5:49:38PM
18    Q   How do you know that?           5:49:40PM
19    A   Because it was kept empty in the   5:49:41PM
20  barracks.
21    Q   Do you know when it was brought to the   5:49:45PM
22  barracks?
23    A   When?                        5:49:47PM
24    Q   Yeah.                        5:49:48PM
25    A   It was brought up to the barracks   5:49:48PM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 318

EDWARD PARADISO

1
2   probably year or two before that.
3       Q   How did you learn that the Bosettis   5:50:02PM
4   threw it in?
5       A   They came and they told me.   5:50:05PM
6       Q   When did they tell you?   5:50:06PM
7       A   After I went down to the police   5:50:08PM
8   station to try to find out why one of our file
9   cabinets -- it was a two-tier high file
10  cabinet -- was in the bay.
11      Q   And what did they say?   5:50:17PM
12      A   And they had -- there was, I guess,   5:50:19PM
13  some sort of angst going on in the barracks.
14  Somebody had put something in their bed.  They
15  put something in somebody else's bed.  And then
16  the next thing you know, somebody put the file
17  cabinet in their bed, so they took the file
18  cabinet and threw it in the bay.
19      Q   Who put something in their bed?   5:50:48PM
20      A   I don't know.   5:50:50PM
21      Q   And whose bed did they put something   5:50:50PM
22  into?
23      A   I'm not sure.  All I know is that my   5:50:53PM
24  file cabinet ended up in the bay and I got a
25  bunch of adult men acting like three-year-old

TSG Reporting - Worldwide  (877) 702-9580

Page 319

EDWARD PARADISO

1
2   kids, and I wasn't happy about it in the least
3   little bit.
4       Q   Okay.  When you say a bunch of adult   5:51:11PM
5   men, are you referring to Gary and Richard
6   Bosetti as part of that group?
7       A   Uh-huh.  Yes.   5:51:18PM
8       Q   Who else were you referring to in that   5:51:19PM
9   group?
10      A   I'm not exactly certain who else was   5:51:21PM
11  involved.  But there was -- it was kind of -- it
12  was like, you know, seemed like a horseplay
13  going on between them all, and it just went one
14  step further than it should've, you know.  You
15  got adults that are living together, working
16  together, and they get into the practical joke
17  mode.  And I refused to be their camp counselor.
18  I was just very disappointed at everyone
19  involved.
20      Q   Are you sure that that file cabinet   5:52:06PM
21  was up there for one to two years?
22      A   Yeah, about that.   5:52:11PM
23      Q   Did you ever speak with Frank Fiorillo   5:52:14PM
24  about the incident?
25      A   I don't know.  I don't believe so.   5:52:27PM

TSG Reporting - Worldwide  (877) 702-9580

Page 320

EDWARD PARADISO

1
2       Q   You do or you don't?   5:52:30PM
3       A   I don't believe so.   5:52:31PM
4       Q   Is it possible that Frank Fiorillo   5:52:32PM
5   actually carried up the file cabinet to the
6   barracks that day?
7           MR. NOVIKOFF:  Before it went in the   5:52:40PM
8   water?
9       A   Before it went in the water?   5:52:41PM
10          MR. GOODSTADT:  The day that it went   5:52:43PM
11  into the water, did he carry did it up to
12  the barracks.
13      A   That day?   5:52:47PM
14          MR. GOODSTADT:  He testified it was   5:52:47PM
15  one to two years.
16          MR. NOVIKOFF:  So the question is,   5:52:49PM
17  before the file cabinet was thrown in the
18  water, could it be possible that
19  Mr. Fiorillo carried the file cabinet up to
20  the second floor?
21          MR. GOODSTADT:  That day.  As opposed   5:52:59PM
22  to being one to two years.
23          MR. NOVIKOFF:  Got it.   5:53:04PM
24      A   I don't see that as possible.   5:53:10PM
25      Q   Is it possible that it's a different   5:53:12PM

TSG Reporting - Worldwide  (877) 702-9580

Page 321

EDWARD PARADISO

1
2   file cabinet they threw than the one that you
3   thought was up there that was empty for one to
4   two years?
5       A   We didn't have that many file   5:53:20PM
6   cabinets, but it would -- it would shock me if
7   Frank under oath testified that it was the exact
8   same file cabinet that went up earlier that day,
9   because I know Frank wouldn't lie under oath.
10  But as far as I am concerned, the way I remember
11  it, that file cabinet was up there empty for
12  quite a period of time.
13      Q   Did you keep -- strike that.   5:53:59PM
14          Were there ever any surveillance   5:54:01PM
15  cameras in the station while you were the chief?
16      A   Yes.   5:54:06PM
17      Q   Where did you keep the tapes from the   5:54:07PM
18  surveillance cameras?
19      A   We had large cabinets for tapes.  They   5:54:10PM
20  were like five feet wide with a handle, they
21  open up, and they were lined up.
22      Q   Where did you keep the fingerprinting   5:54:22PM
23  cards?
24      A   Fingerprinting cards were in a black   5:54:24PM
25  file cabinet inside the police station, already

TSG Reporting - Worldwide  (877) 702-9580

Page 322

EDWARD PARADISO

1    set up inside folders, prepackaged arrest
2    folders.  So everything was set up like that.
3    We didn't maintain a file base of fingerprint
4    cards on our own.  We would have no reason to
5    keep fingerprint cards.
6        Q    And how did the file cabinet get out  5:54:46PM
7    of the bay?
8        A    I either had someone from the        5:54:55PM
9    maintenance department fetch it out or a couple
10   of the dock masters, maybe the lifeguards.  I
11   don't recall.
12       Q    And did you see -- check to see if   5:55:03PM
13   anything was in it when it was fished out?
14       A    It was empty when it went in, and it  5:55:10PM
15   was empty when it came out.
16       Q    Did you check it when it came out?   5:55:14PM
17       A    Yes.                                 5:55:16PM
18       Q    When did you check it after it came  5:55:16PM
19   out?
20       A    I was standing there when they pulled  5:55:16PM
21   it out.
22       Q    Did you ever discipline the Bosettis  5:55:20PM
23   for throwing the cabinet into the bay?
24       A    I didn't formally discipline them.  I  5:55:42PM

TSG Reporting - Worldwide  (877) 702-9580

Page 323

EDWARD PARADISO

1    spoke to them that they were
2    killing me, that I had a lot better things to
3    follow them around when they were off duty to
4    make sure that they weren't pulling pranks, and
5    that they were probably going to have to dig
6    sprinklers in my lawn where I wanted them put in
7    to make up, which I never actually had them do.
8        Q    Did you ever discuss with them whether  5:56:17PM
9    they were drinking that night?
10       A    No, I didn't.                        5:56:21PM
11       Q    Did they tell you whether they were   5:56:22PM
12   drinking that night?
13       A    I didn't ask, they didn't tell.  It   5:56:25PM
14   was a stupid thing to do.  I told them that.  It
15   never happened again.
16       Q    Did you ever discuss it with George  5:56:35PM
17   Hesse?
18       A    I probably did.                      5:56:40PM
19       Q    You don't recall one way or the other?  5:56:42PM
20       A    It's something that I probably       5:56:46PM
21   would've discussed with him, like did you hear
22   what these idiots did.  That sort of a
23   conversation.
24       Q    That's speculation?  You don't recall  5:56:53PM

TSG Reporting - Worldwide  (877) 702-9580

Page 324

EDWARD PARADISO

1    having that conversation?
2        A    Not verbatim, no.                    5:56:57PM
3        Q    Do you know who Dave Gurden is?      5:57:01PM
4        A    Dave Gurden, yes.  He was a Suffolk  5:57:04PM
5    County homicide detective, and I hired him to
6    work after he retired from the county.
7        Q    When was that, the hiring of him?   5:57:14PM
8        A    Oh Jeez.  When did I hire him?  Let's  5:57:17PM
9    see.  I left in 2005, he was there.  2004.  So I
10   brought him on probably the summer of 2004 and
11   '5, I think.
12       Q    Was he a good police officer?        5:57:36PM
13       A    Yeah, Dave was okay.  He -- he was   5:57:41PM
14   very appreciative of being back on the job, and
15   he was a very -- he was an older gentleman,
16   okay, because he had had a long career with the
17   Suffolk County Police Department, and he was a
18   very good people type person.  He was everywhere
19   and everywhere at the same time, you know.  He
20   would always be on a random patrol.  He got to
21   know the shopkeepers pretty quick, you know.
22   And in a small community, that makes shop owners
23   feel good when they have a relationship with the
24   police officers.  So he -- I thought he did a

TSG Reporting - Worldwide  (877) 702-9580

Page 325

EDWARD PARADISO

1    good job.
2        Q    Were you involved in his termination?  5:58:40PM
3        A    No, I was not.                       5:58:42PM
4        Q    Do you know why he was terminated?   5:58:43PM
5        A    I heard, I don't remember from who,  5:58:50PM
6    that they saw him on the camera system copying
7    confidential records.
8        Q    Do you know what confidential records  5:59:00PM
9    he was allegedly copying?
10       A    No.                                  5:59:03PM
11       Q    Was that camera system around when you  5:59:06PM
12   were there?
13       A    When I left, they removed the camera  5:59:13PM
14   system.  So they must have gotten a new one.
15       Q    Was the camera system working during  5:59:20PM
16   your entire time there as a chief?
17       A    As far as I knew, it was.  I found out  5:59:26PM
18   that there was a problem with the camera system
19   on -- in my last year, in September, Walter
20   Moeller called me up, said he had a prisoner in
21   handcuffs.  I said make sure you have the tape.
22   Make sure the tape is on.  He goes, I don't
23   think it's working.  So I came down the next day
24   to find out why it wasn't working, and it seems

TSG Reporting - Worldwide  (877) 702-9580

## Page 326

EDWARD PARADISO

2  that someone had plugged in a microwave oven and

3  unplugged the camera system.

4    Q   Do you know how long the camera system 5:59:58PM

5  was unplugged for?

6    A   I didn't know it was unplugged until I 6:00:01PM

7  found out that it had been.  So I did not know.

8  I asked George if he knew that there was a

9  problem with the camera system, and he told me

10  that it was a problem for a while.

11    Q   Did he tell you how long a while is?  6:00:13PM

12    A   He led me to believe that it hadn't  6:00:18PM

13  been working the entire summer.

14    Q   Did you ask him why he didn't fix it  6:00:22PM

15  or at least raise it to your attention to fix

16  it?

17    A   He told me he thought I knew about it. 6:00:28PM

18    MR. GOODSTADT:  I want to take a      6:00:30PM

19  couple minute break.  We'll come back and

20  finish up.

21    MR. NOVIKOFF:  Okay.          6:00:34PM

22    THE VIDEOGRAPHER:  The time is 6:02.  6:00:35PM

23  We're going off the record.

24    (Whereupon, a discussion was held off 6:00:39PM

25  the record.)

TSG Reporting - Worldwide  (877) 702-9580

## Page 327

EDWARD PARADISO

2    THE VIDEOGRAPHER:  The time is 6:12.  6:11:05PM

3  We are back on the record.

4  BY MR. GOODSTADT:              6:11:09PM

5    Q   So, Mr. Paradiso, I just want to be    6:11:13PM

6  clear.  I know we went through the timeline

7  before.  But the season of 2006 was the first

8  season in which George Hesse had authority to

9  hire and fire; is that correct?

10    A   Yes.                    6:11:28PM

11    MR. NOVIKOFF:  Objection to form.    6:11:31PM

12  BY MR. GOODSTADT:              6:11:32PM

13    Q   When did you first learn that the      6:11:34PM

14  plaintiffs in this case were going to be let go?

15    MR. NOVIKOFF:  Were going to be let  6:11:40PM

16  go?

17    MR. GOODSTADT:  Yeah.          6:11:42PM

18  BY MR. GOODSTADT:              6:11:43PM

19    Q   When was the first time?          6:11:44PM

20    A   I found out after the fact.        6:11:45PM

21    Q   You found out after the fact?        6:11:48PM

22    A   Yeah.                    6:11:49PM

23    Q   So prior to their terminations, you    6:11:50PM

24  didn't have any discussion with anyone at the

25  beach about it?

TSG Reporting - Worldwide  (877) 702-9580

## Page 328

EDWARD PARADISO

2    A   No.                    6:11:54PM

3    Q   How did you learn that they were        6:11:55PM

4  terminated?

5    MR. CONNOLLY:  Again, once again we're 6:12:14PM

6  in agreement.

7    MR. GOODSTADT:  We're yeah, we have  6:12:17PM

8  the same stipulation.

9    A   I think my -- I think my          6:12:23PM

10  brother-in-law John was at the village meeting.

11  He still worked as a dispatcher.  He was at the

12  meeting.

13    Q   And what did John tell you?        6:12:35PM

14    A   And he told me that the five guys were 6:12:37PM

15  let go right in the middle of the meeting and

16  told to drop off their stuff and walk out of the

17  meeting.

18    Q   Did he tell you why they were let go?  6:12:49PM

19    A   No.                    6:12:51PM

20    Q   Did he tell you what was said about    6:12:52PM

21  them at the meeting?

22    A   No.  He just said that they were told  6:13:03PM

23  they weren't coming back and to get on the water

24  taxi to be taken back to the checkpoint.

25    Q   What was your reaction when you heard  6:13:13PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 329

EDWARD PARADISO

2  that they were terminated?

3    A   I was amazed.                6:13:16PM

4    Q   How come?                6:13:17PM

5    A   Because I never had a problem with any 6:13:18PM

6  of them.  I didn't know if they had cut the

7  budget back or what -- what the actual story

8  was.  I was a little taken back that they had a

9  police department meeting and they didn't let me

10  know they were having a meeting.  I mean, I was

11  out on disability, yeah, but still -- I was

12  planning on coming back.  You know, my condition

13  hadn't gotten to a point where I was ready to

14  retire.  I still had hopes of recovery, and I

15  was -- I was really surprised that, number one,

16  I wasn't even called to let me know that they

17  were planning the April meeting and, number two,

18  that they had let the guys go without any -- any

19  kind of reason.  I thought that letting guys go

20  in a public meeting was a little bit -- wouldn't

21  have been the way that I did it, I had done it,

22  if I had let guys go.

23    Q   Did you ever speak with any of the    6:14:26PM

24  plaintiffs about their terminations?

25    A   Eddie Carter stopped by my house.    6:14:29PM

TSG Reporting - Worldwide  (877) 702-9580

Page 330

EDWARD PARADISO

1   Q   Tell me what you recall about that   6:14:31PM
2   discussion.
3       A   And he had said that he had asked   6:14:34PM
4   George why he was letting him go, and George had
5   said that it wasn't up for discussion.  And he's
6   like, well, what do you mean it's not up for
7   discussion?  You can just tell me why.  He goes,
8   I really don't want to talk to you.  And he said
9   that George refused to tell him any reason why.
10      Q   Did you speak to any other plaintiffs   6:14:54PM
11  about their termination other than for Ed
12  Carter?
13      A   Yeah.  I think at some point in time I   6:14:59PM
14  had spoken with all of them, and they all were
15  pretty much kind of like drop-mouthed that they
16  were just let go.  They felt like they had
17  gotten humiliated, that they really weren't
18  treated in a professional manner.  And they were
19  hoping that I could do something.  And I told
20  them, unfortunately, I didn't even know that
21  there was going to be a meeting.  They didn't
22  talk to me about it ahead of time, you know.
23  And the fact that I'm out on disability, I
24  really didn't really have any kind of input as

TSG Reporting - Worldwide  (877) 702-9580

Page 331

EDWARD PARADISO

1   to what was taking place or why.
2       Q   Did you ever speak to Tommy Snyder   6:15:45PM
3   about his termination?
4       A   I'm sure, yeah, the time he stopped by   6:15:49PM
5   the house.  You know, Tommy had gone through a
6   rough time health-wise.  So I was wondering,
7   because he had needed so much time off, if that
8   was the reason why they let him go.  I was
9   postulating.  I didn't know.
10      Q   Did he tell you how he got let go?   6:16:12PM
11      A   Didn't he get let go at the meeting   6:16:15PM
12  the same way everybody else did?
13      Q   Did he tell you how he got let go?   6:16:20PM
14      A   That they told him to get up, you're   6:16:23PM
15  not working here anymore.
16      Q   If I represent to you that he wasn't   6:16:29PM
17  at the meeting, would that refresh your
18  recollection?
19      A   Oh.  No.  Then I don't remember how he   6:16:36PM
20  got let go.
21      Q   Did you ever speak to George Hesse as   6:16:39PM
22  to the specific reasons why he let each
23  plaintiff go?  I believe you testified something
24  about Ed Carter, that he caught him sleeping?

TSG Reporting - Worldwide  (877) 702-9580

Page 332

EDWARD PARADISO

1       A   Yeah.  He had said Eddie Carter he   6:16:48PM
2   caught sleeping or got reports that he was
3   sleeping.  That they were going a different way
4   with summonses and Frank would just write
5   anybody, so they didn't want somebody that just
6   didn't use any discretion whatsoever.  I don't
7   remember why he said that.
8       Q   How about Lamm?   6:17:25PM
9       A   I don't recall why he said he let   6:17:41PM
10  Kevin go.
11      Q   How about Nofi?   6:17:44PM
12          MR. CONNOLLY:  Objection as to asked   6:17:50PM
13  and answered.
14      A   I think it was the same summons thing.   6:17:57PM
15  You know, he was my other summons guy, and they
16  were getting away with the summons writing
17  routine.  I think that year all they did was
18  warn people.  I don't think they wrote any
19  summonses whatsoever.
20      Q   How about Snyder?   6:18:13PM
21      A   I don't remember why he let Tommy   6:18:15PM
22  Snyder go.
23      Q   When did you have this conversation   6:18:20PM
24  with Mr. Hesse?

TSG Reporting - Worldwide  (877) 702-9580

Page 333

EDWARD PARADISO

1       A   George?  It was in the -- in September   6:18:23PM
2   of 2008, when he came to apologize.
3       Q   So you hadn't spoken with Mr. Hesse   6:18:35PM
4   between April of '06 and September of '08 about
5   the reasons why he let these guys go?
6           MR. NOVIKOFF:  Objection to the form.   6:18:44PM
7       A   No.  Because he really -- he didn't   6:18:47PM
8   want to talk to me.  When I called on the phone,
9   I asked him how he was doing, he said how do you
10  think I'm doing?  I got this, I got that.  And
11  then he asked me how I was doing, and he said,
12  well, how about I don't care how you're doing
13  and hung up the phone, and we didn't speak until
14  Memorial Day.  And I went in, and I go, I don't
15  know what I said to upset you, but I'm sorry.
16  He goes, don't worry about it, you know.  Things
17  were going on, so we didn't really discuss why
18  he let everybody go.  He had enough on his mind
19  with the brutality case and everything else that
20  was going on.  So it wasn't like it was the
21  topic of conversation, you know what I mean?  So
22  the first time we really had any kind of a
23  conversation is when he came to my house that
24  day on his motorcycle.

TSG Reporting - Worldwide  (877) 702-9580

Page 334

EDWARD PARADISO

1              EDWARD PARADISO

2    Q   Did Hesse tell you where he caught  6:19:34PM

3  Carter sleeping?

4    A   No.             6:19:40PM

5    Q   Did he tell you when he caught Carter  6:19:41PM

6  sleeping?

7    A   I think he said that the village    6:19:46PM

8  administrator, Mary Ann, had told him that he

9  was sleeping, but I don't know where they said

10  he was.

11    Q   Did he tell you how many times Ed was  6:20:05PM

12  caught sleeping?

13    A   No, he didn't say.      6:20:09PM

14    Q   Did you ever hear that these guys or  6:20:11PM

15  any of them were let go because of budget cuts?

16    MR. NOVIKOFF:  "These guys" being the  6:20:17PM

17  plaintiffs?

18    MR. GOODSTADT:  The plaintiffs.  6:20:19PM

19    A   No.            6:20:28PM

20    Q   Did you ever hear that -- in a claim  6:20:33PM

21  that George Hesse stated to the assembled

22  officers of that meeting in April of '06 that he

23  let Snyder and Carter go because he suspected

24  they were going to wear a wire for the District

25  Attorney's Office?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 335

EDWARD PARADISO

1              EDWARD PARADISO

2    A   No. It would be kind of silly to say  6:20:54PM

3  that to anyone.

4    Q   Why do you say that?      6:21:06PM

5    A   Well, to first -- to let somebody go  6:21:08PM

6  because you think they're going to do something

7  is not really a valid reason to let someone go,

8  number one. Number two, if you had that kind of

9  a fear, to mention it in public would be really

10  kind of stupid.

11    MR. GOODSTADT:  Mark that, please.  6:21:32PM

12    (Whereupon, Bates document P 317 was  6:21:34PM

13  marked as Plaintiff's Exhibit 12 for

14  identification, as of this date.)

15    MR. GOODSTADT:  I placed in front of  6:22:04PM

16  Mr. Paradiso what's been marked as

17  Paradiso 12. It's a one-page exhibit

18  bearing Bates Number P 317.

19  BY MR. GOODSTADT:          6:22:12PM

20    Q   Mr. Paradiso, do you recognize the  6:22:16PM

21  document that's been marked as Paradiso 12?

22  (Handing.)

23    A   Yeah, I recognize it.    6:22:53PM

24    Q   And is this a letter that you signed,  6:22:56PM

25  the top half of this?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 336

EDWARD PARADISO

1              EDWARD PARADISO

2    A   Yeah.           6:23:00PM

3    Q   Do you recall sending it to    6:23:02PM

4  Mr. Fiorillo in September of 2006?

5    A   I remember he asked for a letter, and  6:23:10PM

6  I guess that at this point in time that I

7  thought that he was let go due to budget

8  restrictions.

9    Q   And what led you to believe he was let  6:23:34PM

10  go due to budget reductions at that point in

11  time?

12    A   Because I was unaware of any other  6:23:47PM

13  reason why they would've let him go, I guess, in

14  September of 2006.

15    Q   Were you aware of that being a reason?  6:23:53PM

16    A   It must have been my understanding of  6:24:07PM

17  why he was let go.

18    Q   Did Fiorillo tell you that that's what  6:24:10PM

19  Hesse told him as to the reason why he was being

20  let go?

21    A   That would make sense to me.    6:24:16PM

22    Q   At this point in time, you were the  6:24:19PM

23  chief of police out on disability; is that

24  correct?

25    A   Right.          6:24:24PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 337

EDWARD PARADISO

1              EDWARD PARADISO

2    Q   How come you didn't put this letter on  6:24:24PM

3  letterhead?

4    A   I didn't have any letterhead to write  6:24:30PM

5  it with. I wrote it from my house.

6    Q   Do you know whether there were any    6:24:38PM

7  budget cuts at Ocean Beach in the season of

8  2006?

9    A   I would have to look at a copy of the  6:24:51PM

10  budget to see if there was any. I think they

11  did cut back that year, but I don't -- I don't

12  exactly remember.

13    Q   You don't remember?      6:25:03PM

14    A   I tried to give Frank as good a letter  6:25:05PM

15  as I could.

16    Q   Just going back to the reasons that  6:25:12PM

17  you heard for Ed Carter in 2008 about him

18  sleeping. Do you know whether that related to a

19  call for a squirrel in somebody's house? Does

20  that refresh your recollection?

21    A   No.           6:25:26PM

22    Q   Never heard that?       6:25:26PM

23    Did you do any letters of      6:25:35PM

24  recommendation or employment letters for any of

25  the other guys other than for Frank Fiorillo?

TSG Reporting - Worldwide  (877) 702-9580

Page 338

EDWARD PARADISO

1
2     A    Let's see.  I think I either did a      6:25:40PM
3     letter or a phone call for Joe Nofi.
4     Q    And who was that letter or phone call   6:25:47PM
5     with or to?
6     A    It was with another police agency.      6:25:49PM
7     Q    Do you recall which agency?             6:25:55PM
8     A    I don't recall which police agency it   6:25:57PM
9     was.
10    Q    Did that police agency reach out to     6:26:01PM
11    you or did you reach out to that police agency?
12    A    I received a phone call from them.      6:26:08PM
13    Q    Do you recall in sum and substance      6:26:11PM
14    what you told that person from the police
15    agency?
16    A    I told them that Joe was a good police  6:26:15PM
17    officer.  That he would be a good addition to
18    their force.  You know, that he was competent.
19    He did a good job.  Then the guy asked me if
20    I knew about the lawsuit, and I said I had heard
21    about the lawsuit.  I didn't have any personal
22    knowledge of exactly what took place.  I wasn't
23    there when it happened.  But as far as the time
24    that I was chief, that I would recommend Joe for
25    any position he looked for.

TSG Reporting - Worldwide  (877) 702-9580

Page 339

EDWARD PARADISO

1
2     Q    Did you discuss with the investigator   6:26:54PM
3     from the police job how they were dismissed?
4         MR. NOVIKOFF:  Objection to the form.    6:27:04PM
5     BY MR. GOODSTADT:                            6:27:05PM
6     Q    How Joe Nofi was dismissed?             6:27:06PM
7         MR. NOVIKOFF:  Objection to the form.    6:27:08PM
8     A    I -- I told them that I heard that       6:27:09PM
9     they were let go in a public forum and that I
10    didn't think that was the proper way to let
11    people go.
12    Q    Did you tell them the reasons for the   6:27:20PM
13    termination?
14    A    I didn't know the reasons.              6:27:23PM
15        MR. GOODSTADT:  Would you mark this.     6:27:27PM
16        (Whereupon, Bates document CCSO          6:27:28PM
17    147-150 was marked as Plaintiff's Exhibit 13
18    for identification, as of this date.)
19        MR. NOVIKOFF:  13?                       6:27:55PM
20        MR. GOODSTADT:  I placed in front of     6:28:00PM
21    Mr. Paradiso what's been marked as Paradiso
22    13.  It is a four-page exhibit bearing Bates
23    Numbers CCSO 147 through CCSO 150.
24        MR. NOVIKOFF:  These are two             6:28:16PM
25    references.  Are you aware of that, Andrew?

TSG Reporting - Worldwide  (877) 702-9580

Page 340

EDWARD PARADISO

1
2         MR. GOODSTADT:  I am.  I am.  The        6:28:20PM
3     first two pages which appear to be the
4     reference from Chief Edward Paradiso.
5         MR. NOVIKOFF:  Yes, that I would agree   6:28:25PM
6     with.
7     BY MR. GOODSTADT:                            6:28:27PM
8     Q    Chief Paradiso, does this refresh your  6:28:28PM
9     recollection as to what police agency --
10    A    Hold on a second.  I'm still reading.   6:28:32PM
11    Q    Go ahead.  Take your time.              6:28:35PM
12        MR. NOVIKOFF:  And I would just note     6:28:38PM
13    for the record and Mr. Paradiso, that his
14    reference is the first two pages of this.
15    And he's reading this.  Would you like him
16    to read the last two pages before you ask
17    any questions?
18        MR. GOODSTADT:  I'll just start by       6:28:50PM
19    asking questions on the first two pages.
20        MR. NOVIKOFF:  All right.  So I would    6:28:54PM
21    suggest that you advise Mr. Paradiso to stop
22    reading after the first two pages.
23    BY MR. GOODSTADT:                            6:29:03PM
24    Q    I'm just going to ask you questions on  6:29:04PM
25    the first two pages for now.

TSG Reporting - Worldwide  (877) 702-9580

Page 341

EDWARD PARADISO

1
2     A    Okay.                                   6:29:08PM
3     Q    Does this refresh your recollection as  6:29:09PM
4     to what police agency called you?
5     A    It doesn't refresh my recollection on   6:29:15PM
6     what agency called me.  It tells me what agency
7     called me.  It just doesn't beam a new ray of
8     light into my memory pocket.  But I remember
9     having a conversation with the guy on the phone.
10    Q    Okay.  And if you look down about       6:29:30PM
11    maybe two-thirds of the way down the first page,
12    where it says "applicant's reason for leaving
13    employment," do you see that?
14    A    Uh-huh.                                 6:29:43PM
15    Q    And it's checked off "laid off."  It    6:29:43PM
16    says, "Laid off due to personnel cuts of the
17    department."
18        Do you see that?                         6:29:48PM
19    A    Right.                                  6:29:50PM
20    Q    Do you recall how you learned as of     6:29:53PM
21    that point in time that Joe Nofi was dismissed
22    in this layoff due to budget cuts?
23    A    Which point in time is this?  Because   6:30:05PM
24    there's no date on this.
25    Q    I believe it's dated 9-20 of '06.       6:30:07PM

TSG Reporting - Worldwide  (877) 702-9580

Page 342

EDWARD PARADISO

1    It's around the same time that you prepared this
2    that letter for Mr. Fiorillo.
3        A    Well, I would say obviously at some    6:30:15PM
4    point in time it had been relayed to me that
5    they were let go because of budget cuts.
6        Q    Is it possible that Joe Nofi told you    6:30:30PM
7    that that was the reason why -- that's the
8    reason that Chief Hesse gave to him?
9        MR. NOVIKOFF: Objection.    6:30:36PM
10       A    I don't remember if Joe said that or    6:30:37PM
11   not.
12       Q    If you look at the bottom handwritten    6:30:39PM
13   notes there --
14       A    Uh-huh.    6:30:43PM
15       Q    It says that "Chief Paradiso states    6:30:43PM
16   while he, chief, was out on disability, that his
17   deputy chief dismissed the applicant and four
18   other police officers in a poor way."
19       Do you see that?    6:30:59PM
20       MR. NOVIKOFF: Objection.    6:30:59PM
21       A    Yes, I see it here.    6:31:00PM
22       Q    Do you know what that refers to?    6:31:02PM
23       A    Yeah.  He had asked me what the    6:31:04PM
24   lawsuit was about.  He goes, what's the lawsuit

TSG Reporting - Worldwide  (877) 702-9580

Page 343

EDWARD PARADISO

1    about?  I'm like, well, I go, the four of
2    them -- the five of them were let go, as far as
3    I know, in a public meeting in front of all the
4    other guys.  They weren't happy about how they
5    were let go and they instituted a lawsuit about
6    it.  Not the way I would've done it.
7        Q    And then it says, "Deputy Chief Hesse    6:31:26PM
8    is being sued by the five police officers
9    terminated."
10       Do you see that?    6:31:35PM
11       A    Yeah.    6:31:36PM
12       Q    And that's part of the same    6:31:37PM
13   conversation that you just testified to?
14       A    Yeah.  He asked me what the lawsuit    6:31:40PM
15   was about.
16       Q    And then it says, "Reasons, budget    6:31:42PM
17   cuts."
18       Do you see that?    6:31:45PM
19       A    Uh-huh.    6:31:46PM
20       Q    So that's just the same thing you gave    6:31:47PM
21   up top?
22       A    Right.    6:31:50PM
23       Q    And if you look above that section,    6:31:50PM
24   where it says "rate the applicant in the

TSG Reporting - Worldwide  (877) 702-9580

Page 344

EDWARD PARADISO

1    following areas."
2        A    Uh-huh.    6:31:55PM
3        Q    Do you see -- did you tell him    6:31:56PM
4    excellent for punctuality, excellent attendance
5    and excellent work performance for Joe Nofi?
6        Do you see that?    6:32:09PM
7        A    Yes.    6:32:10PM
8        Q    Is that what you told him?    6:32:11PM
9        A    Yes.    6:32:13PM
10       Q    Is that true?    6:32:13PM
11       A    Yes.    6:32:14PM
12       Q    Other than for this Collier County    6:32:23PM
13   position, did you speak with any other potential
14   employers of any of the other five plaintiffs in
15   this matter?
16       A    I don't remember speaking to anybody    6:32:37PM
17   else.
18       Q    Did you provide any written references    6:32:39PM
19   to any other potential employers other than for
20   the verbal -- strike that.
21       Did you supply any written references    6:32:48PM
22   to any other potential employers other than for
23   whoever made the Fiorillo statement in
24   Paradiso 12?

TSG Reporting - Worldwide  (877) 702-9580

Page 345

EDWARD PARADISO

1        A    I don't recall.    6:33:11PM
2        Q    Would you have been willing to provide    6:33:12PM
3    good references for all five of the plaintiffs
4    in this case?
5        A    Yes.    6:33:17PM
6        Q    Did you ever hear a claim that George    6:33:24PM
7    Hesse gave bad references to any of the
8    plaintiffs in this matter to any potential
9    employers?
10       MR. NOVIKOFF: Objection.    6:33:32PM
11       A    Yes.    6:33:42PM
12       Q    Where did you hear that from?    6:33:42PM
13       A    I think Kevin Lamm told me that he    6:33:43PM
14   didn't get a good recommendation when he was
15   going for -- he had been called by Suffolk
16   County Police for a position and he -- I
17   remember him telling me that George didn't give
18   him a good recommendation.
19       Q    Do you know where he learned that from    6:34:03PM
20   that George didn't give him a good
21   recommendation?
22       MR. NOVIKOFF: Objection.    6:34:07PM
23   BY MR. GOODSTADT:    6:34:08PM
24       Q    Did he tell you?    6:34:08PM

TSG Reporting - Worldwide  (877) 702-9580

Page 346

EDWARD PARADISO

1    A    No.                              6:34:09PM
2    Q    Did you ever speak with George Hesse   6:34:09PM
3  about any recommendation that he gave for Kevin
4  Lamm for the Suffolk County job?
5    A    No.                              6:34:16PM
6    Q    Did you ever speak with George Hesse   6:34:17PM
7  about any reference that he gave for any of the
8  five plaintiffs in this matter?
9    A    No.                              6:34:23PM
10    Q    Other than for Lamm's Suffolk County   6:34:23PM
11  job, had you ever heard the claim that Hesse
12  gave a negative reference to anyone else who
13  were plaintiffs in this matter?
14        MR. NOVIKOFF: Objection.         6:34:34PM
15    A    Ed Carter said that reference that   6:34:42PM
16  George had given or the reason for George's
17  termination had slowed his promotion down at the
18  town. I don't recall anything else.
19    Q    Were you ever contacted by the      6:35:03PM
20  Southampton police department for Mr. Fiorillo?
21    A    I don't remember.                6:35:20PM
22    Q    Were you ever contacted about a park   6:35:23PM
23  ranger job for Mr. Fiorillo?
24    A    I don't believe so.             6:35:30PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 347

EDWARD PARADISO

1    Q    How about an FBI job for Mr. Fiorillo?   6:35:30PM
2    A    Yes.                             6:35:33PM
3    Q    The FBI contacted you?           6:35:33PM
4    A    Yeah, while I was still working as   6:35:35PM
5  chief of police. Frank was going through an
6  investigation for an FBI job.
7    Q    Did you give a reference for Frank?   6:35:41PM
8    A    Yes, I did.                      6:35:43PM
9    Q    Was it a positive recommendation?    6:35:44PM
10    A    Yes, it was.                     6:35:45PM
11    Q    Do you know whether George Hesse spoke   6:35:46PM
12  with anyone at the FBI with respect to
13  Mr. Fiorillo?
14    A    I don't know.                    6:35:50PM
15    Q    Did you ever speak to the Department   6:35:50PM
16  of Taxation and Finance for Joe Nofi?
17    A    I don't recall. If I had, it would've   6:35:57PM
18  been a positive reference.
19        THE VIDEOGRAPHER: The time is 6:37.   6:36:10PM
20  We're off the record.
21        (Whereupon, a discussion was held off   6:36:13PM
22  the record.)
23        THE VIDEOGRAPHER: The time is 6:38.   6:36:46PM
24  We're back on the record.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 348

EDWARD PARADISO

1        MR. GOODSTADT: Mark that.        6:36:54PM
2        (Whereupon, Bates document P 926-927   6:36:55PM
3  was marked as Plaintiff's Exhibit 14 for
4  identification, as of this date.)
5        (Whereupon, Letter dated February 28,   6:37:15PM
6  2003 was marked as Plaintiff's Exhibit 15
7  for identification, as of this date.)
8        MR. GOODSTADT: Why don't we start   6:37:57PM
9  with 15 because that's what you're reading.
10        I placed in front of Mr. Paradiso   6:38:00PM
11  what's been marked as Paradiso 15. It's a
12  one-page letter dated February 28th, 2003.
13  I don't know if it has a Bates number on it
14  or not, but it should say 4673.
15        MR. NOVIKOFF: The one with the feet?   6:38:17PM
16        MR. GOODSTADT: Yeah.            6:38:18PM
17        MR. NOVIKOFF: So we're doing the feet   6:38:19PM
18  first?
19        MR. GOODSTADT: Feet first. That's   6:38:21PM
20  the one he's reading.
21        MR. NOVIKOFF: Is that 15?        6:38:24PM
22  BY MR. GOODSTADT:                        6:38:25PM
23    Q    Mr. Paradiso, have you ever seen the   6:38:26PM
24  document marked as Paradiso 15?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 349

EDWARD PARADISO

1    A    No.                              6:38:30PM
2    Q    You testified before that there was no   6:38:30PM
3  Ocean Beach police benevolent association,
4  correct?
5    A    There was no union.              6:38:35PM
6    Q    Was there a PBA?                 6:38:37PM
7    A    They -- when George and Bobby first   6:38:42PM
8  started to get the union, they started this
9  Ocean Beach PBA. But it's a name only thing.
10  It never resulted in a union contract or
11  anything else.
12    Q    Do you know what happened to the money   6:38:58PM
13  that they collected on behalf of the PBA?
14    A    I think they used some of the money   6:39:06PM
15  for the DirecTV that was up in the barracks, for
16  different things for the men. T-shirts and
17  stuff. I'm not certain.
18    Q    Did there come a point in time that   6:39:24PM
19  you learned of an allegation that Tommy Snyder
20  was double dipping with his town job?
21    A    Is this part of the letter that I'm   6:39:35PM
22  reading?
23    Q    No. You can put that one down.    6:39:37PM
24    A    Oh. That Tommy Snyder was double   6:39:40PM

TSG Reporting - Worldwide  (877) 702-9580

Page 350

EDWARD PARADISO

1  dipping with his town job?
2
3  **Q   Yes.                        6:39:46PM**
4  A   I don't recall that.          6:39:46PM
5     MR. NOVIKOFF: Do you -- sorry.  6:39:49PM
6  BY MR. GOODSTADT:                  6:39:51PM
7  **Q   Do you know what double dipping means  6:39:51PM**
8  **when I say double dipping?**
9  A   Yeah, working at two places at once,  6:39:54PM
10 at the same time.
11    MR. NOVIKOFF: I think your question  6:39:57PM
12 was did you ever hear of it as opposed to
13 did Tommy ever do it.
14 BY MR. GOODSTADT:                   6:40:01PM
15 **Q   My question is, did you ever hear of  6:40:01PM**
16 **the allegation that he had done it?**
17 A   No.                            6:40:04PM
18 **Q   Do you know whether he actually ever  6:40:04PM**
19 **did it?**
20 A   I don't think he did.          6:40:07PM
21    MR. GOODSTADT: Can you just mark  6:40:08PM
22 this.
23    (Whereupon, Bates document P 916 and P  6:40:23PM
24 336 was marked as Plaintiff's Exhibit 16 for
25 identification, as of this date.)

TSG Reporting - Worldwide  (877) 702-9580

---

Page 351

EDWARD PARADISO

1
2     MR. GOODSTADT: I just placed in front  6:40:51PM
3  of Mr. Paradiso what's been marked as
4  Paradiso Exhibit 16.  It is a two-page
5  exhibit bearing Bates Numbers P 916 and
6  P 336.
7  A   This was sent to Tommy Snyder?     6:41:38PM
8  **Q   That was my question.  Do you -- did  6:41:42PM**
9  **you ever see the document that's been marked**
10 **as -- the first page that's been marked as**
11 **Paradiso 16?**
12 A   No.  I don't remember it.         6:41:48PM
13 **Q   Did you ever discuss this issue with  6:41:51PM**
14 **any current or former employees of Ocean Beach,**
15 **the issue that's set forth in Page 1 of Paradiso**
16 **16?**
17 A   I don't remember any conversation.  6:42:04PM
18 **Q   Okay.  I just want to go back quickly  6:42:06PM**
19 **to something we discussed before, because I have**
20 **some following-up questions.  I think you**
21 **testified that you don't recall any of the**
22 **plaintiffs complaining to you about officers**
23 **drinking.**
24    MR. NOVIKOFF: Objection.  Sorry.    6:42:22PM
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 352

EDWARD PARADISO

1
2  BY MR. GOODSTADT:                    6:42:23PM
3  **Q   Did you ever hear that any of the  6:42:24PM**
4  **plaintiffs complained to George Hesse about**
5  **officers drinking on or off duty?**
6     MR. NOVIKOFF: Objection to the form  6:42:30PM
7  of the question.
8  A   No.                            6:42:31PM
9  **Q   So George Hesse never raised that  6:42:32PM**
10 **issue with you?**
11 A   No.                            6:42:34PM
12 **Q   Do you know whether any of these --  6:42:35PM**
13 **did you ever hear that any of the plaintiffs in**
14 **this case complained to George Hesse about**
15 **having to chauffeur people around the village,**
16 **either civilians or other on- and off-duty**
17 **police officers on non-police business?**
18    MR. NOVIKOFF: Objection.            6:42:54PM
19 A   No.                            6:42:54PM
20 **Q   Is it possible that they made these  6:42:55PM**
21 **complaints to Mr. Hesse and that Mr. Hesse just**
22 **didn't raise them to you?**
23    MR. NOVIKOFF: Objection.            6:43:01PM
24    MR. CONNOLLY: Objection.            6:43:02PM
25 A   I can't even answer that question.  6:43:03PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 353

EDWARD PARADISO

1
2  Anything is possible.
3  **Q   Okay.                        6:43:07PM**
4  A   But I don't believe that that would be  6:43:08PM
5  the case.
6  **Q   You don't believe that he wouldn't  6:43:12PM**
7  **raise it with you?**
8  A   No.  Why wouldn't he?  If there's a  6:43:15PM
9  problem going on, he would tell me about it.
10 **Q   Well, he didn't raise the deal that he  6:43:20PM**
11 **made with Golopi and the board, did he?**
12    MR. NOVIKOFF: Objection.            6:43:25PM
13    MR. CONNOLLY: Objection.            6:43:26PM
14 A   No.  He didn't raise that.         6:43:27PM
15 **Q   Did you ever post on any blog with  6:43:30PM**
16 **respect to any of the plaintiffs in this matter?**
17 A   Post on a blog?                 6:43:37PM
18 **Q   Yeah.  Why don't we start before that.  6:43:39PM**
19 **Do you know what a blog is?  6:43:43PM**
20 A   Online type of a rant.          6:43:44PM
21 **Q   Right.  Have you ever read any blog in  6:43:47PM**
22 **connection with the plaintiffs, their claims in**
23 **this matter?**
24 A   Yes.                           6:43:56PM
25 **Q   What blog did you read?         6:43:57PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 354

EDWARD PARADISO

1
2    A   Long Island citizens.                6:43:59PM
3    Q   Long Island Politics?              6:44:05PM
4    A   Schwartz Report or --              6:44:10PM
5    Q   Long Island Politics.              6:44:13PM
6    A   Yeah, that's the one.              6:44:13PM
7    Q   Did you ever post on the Schwartz    6:44:16PM
8    Report or Long Island Politics?
9    A   Yes.                               6:44:21PM
10   Q   How many times?                    6:44:21PM
11   A   Twice.                             6:44:22PM
12   Q   And what name did you post under?   6:44:24PM
13   A   Edward P.                          6:44:29PM
14   Q   Both times?                        6:44:33PM
15   A   Yes.                               6:44:34PM
16   Q   Do you recall in sum or substance what  6:44:35PM
17   your posts stated?
18   A   Yes, I do.  That this should stop.    6:44:38PM
19   Enough of this.  That kind of stuff.  This is
20   ridiculous.  Please stop doing this.
21   Q   Where did you post from?            6:44:49PM
22   A   Where did I post from?  Library.    6:44:51PM
23   Q   Which library?                     6:44:58PM
24   A   East Islip library.                6:44:59PM
25   Q   Both times were from East Islip    6:45:04PM

TSG Reporting - Worldwide  (877) 702-9580

Page 355

EDWARD PARADISO

1
2    library?
3    A   I believe so.                      6:45:07PM
4    Q   Did you ever post on the Schwartz    6:45:08PM
5    Report or Long Island Politics.com from your own
6    home?
7    A   Not on that site.                  6:45:15PM
8    Q   Did you ever post on any blogs with    6:45:16PM
9    respect to the plaintiffs from your home?
10   A   No.                                6:45:21PM
11   Q   Did you ever post on any other blogs    6:45:22PM
12   with respect to the plaintiffs other than for
13   the Schwartz Report, Long Island Politics?
14   A   No.                                6:45:29PM
15   Q   Did you ever speak to George Hesse as   6:45:30PM
16   to whether he posted on any of these blogs?
17   A   No.                                6:45:35PM
18   Q   Do you know whether he posted on any    6:45:36PM
19   of the blogs?
20   A   How would I know?                  6:45:39PM
21   Q   Did anyone ever tell you?          6:45:40PM
22       MR. NOVIKOFF:  Objection.          6:45:41PM
23   A   No.                                6:45:42PM
24   Q   Do you know whether any current or    6:45:43PM
25   former police officers in Ocean Beach, other

TSG Reporting - Worldwide  (877) 702-9580

Page 356

EDWARD PARADISO

1
2    than for yourself, has posted on the Schwartz
3    Report or Long Island Politics.com?
4    A   I have no personal knowledge of that.  6:45:53PM
5    There was one other response I put down.
6    Somebody had written about Andy Bescher and his
7    bachelor party, and I wrote that I was at Andy
8    Bescher's bachelor party, that none of this took
9    place.  It wasn't true.
10       MR. NOVIKOFF:  That was under      6:46:12PM
11   Edward P?
12       THE WITNESS:  I believe so, or 101.  I  6:46:15PM
13   might put Edward P 101 so the guys that
14   worked there that might be writing or
15   reading this stuff would know it was me.
16   BY MR. GOODSTADT:                      6:46:26PM
17   Q   Was that your shield number, 101?    6:46:26PM
18   A   Yeah.                              6:46:30PM
19   Q   And was that a third post or was that  6:46:30PM
20   one of the two posts that you already testified
21   about?
22   A   I think it was one of the two posts.  6:46:34PM
23   Q   And I know you said you don't have any  6:46:37PM
24   personal knowledge of any current or former
25   Ocean Beach police officers posting other than

TSG Reporting - Worldwide  (877) 702-9580

Page 357

EDWARD PARADISO

1
2    yourself, but have you heard that any other
3    current or former police officers posted on the
4    blog?
5        MR. NOVIKOFF:  Objection.  Form.    6:46:50PM
6    A   No.                                6:46:51PM
7        MR. GOODSTADT:  Why don't we take    6:46:57PM
8    30 seconds.  I just want to make sure I have
9    everything, and then we can wrap it up.
10       THE VIDEOGRAPHER:  The time is 6:48.  6:47:03PM
11   We're going off the record.
12       (Whereupon, a discussion was held off  6:47:06PM
13   the record.)
14       THE VIDEOGRAPHER:  The time is 6:53.  6:51:35PM
15   We are back on the record.
16   BY MR. GOODSTADT:                      6:51:40PM
17   Q   Mr. Paradiso, why do you believe    6:51:41PM
18   George Hesse selected these five plaintiffs for
19   termination?
20       MR. NOVIKOFF:  Objection.          6:51:48PM
21       MR. CONNOLLY:  Objection.          6:51:49PM
22   A   To tell you the truth, I don't know   6:52:11PM
23   why he picked these five guys.  Maybe he had a
24   certain number of police officers he had in mind
25   and he had some new guys he wanted to bring in.

TSG Reporting - Worldwide  (877) 702-9580

Page 358

EDWARD PARADISO

1  I don't know.

2  **Q   So you don't have any belief one way   6:52:30PM**

3  **or the other as to why he selected these five?**

4       MR. NOVIKOFF:  Objection to form.  And  6:52:35PM

5  asked and answered.

6       MR. CONNOLLY:  Objection.          6:52:37PM

7       A    No.  I wouldn't have picked any of   6:52:43PM

8  them to leave.  I would've kept each and every

9  one of them.

10      MR. GOODSTADT:  No further questions   6:52:49PM

11  at this time.

12      MR. NOVIKOFF:  So we will pick up at   6:52:51PM

13  9:30 in my office.

14      MR. GOODSTADT:  When is that?       6:52:54PM

15      MR. NOVIKOFF:  Wednesday.           6:52:56PM

16      THE VIDEOGRAPHER:  The time is 6:54.   6:52:57PM

17  We are going off the record.

18      (Time noted 6:53 p.m.)          6:53:01PM

19

20  _____

21       EDWARD PARADISO

22

23  Subscribed and sworn to before me

24  this          day of          , 2009

25  _____

---

Page 359

1            PROCEEDINGS

2         C E R T I F I C A T E

3

4       I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Publi

5  and for the State of New York, do hereby certify:

6       THAT the witness whose testimony is hereinbefo

7  set forth, was duly sworn by me; and

8       THAT the within transcript is a true record

9  of the testimony given by said witness.  I further

10  certify that I am not related, either by blood or

11  marriage, to any of the parties to this action; and

12      THAT I am in no way interested in the outcome

13  this matter.

14      IN WITNESS WHEREOF, I have hereunto set

15  my hand this 6th day of August, 2009.

16

17  _____

18       JUDI JOHNSON, RPR, CRR, CLR

19

20

21

22

23

24

25

---

Page 360

1            PROCEEDINGS

2              INDEX

3  ATTORNEY                    PAGE

4       By Mr. Goodstadt            8

5

6

7

8      INDEX OF PARADISO EXHIBITS

9  I.D.        DESCRIPTION         PAGE

10  Exhibit 1   Subpoena              6

11  Exhibit 2   A letter dated February 15, 1999   95

12  Exhibit 3   A letter                103

13  Exhibit 4   Bates document 28        141

14  Exhibit 5   Bates document 7729      153

15  Exhibit 6   Bates document 235       185

16  Exhibit 7   Bates document P 542     196

17  Exhibit 8   Bates document 5773      203

18  Exhibit 9   Bates document 5769      206

19  Exhibit 10  Bates document 925       297

20  Exhibit 11  A photocopy              298

21  Exhibit 12  Bates document P 317       335

22  Exhibit 13  Bates document CCSO 147-150   339

23  Exhibit 14  Bates document P 926-927    348

24  Exhibit 15  Letter dated February 28, 2003   348

25  Exhibit 16  Bates document P 916 and P 336   350

---

Page 361

1            ERRATA SHEET

2  NAME OF CASE:  CARTER V. OCEAN BEACH

3  DATE OF DEPOSITION: JULY 27, 2009

4  NAME OF WITNESS:  EDWARD PARADISO

5

6  Reason codes:

7     1. To clarify the record.

8     2. To conform to the facts

9     3. To correct the transcription

10       errors.

11  Page _____ Line _____ Reason _____

12  From _____ to _____

13  Page _____ Line _____ Reason _____

14  From _____ to _____

15  Page _____ Line _____ Reason _____

16  From _____ to _____

17  Page _____ Line _____ Reason _____

18  From _____ to _____

19  Page _____ Line _____ Reason _____

20  From _____ to _____

21  Page _____ Line _____ Reason _____

22  From _____ to _____

23

24  _____

     EDWARD PARADISO

25

## A

**abandoned (1)**
43:15
**abdicate (1)**
108:9
**ability (16)**
23:24 24:3,6,16 25:25
27:12 29:5,11,15,20
29:24 30:18,21
246:2,6 263:16
**able (24)**
21:23 25:4 29:19 42:6
47:5 55:10,12 80:22
87:10 88:8 101:15
110:5 124:21
150:11 178:16
179:6 220:13
240:14 263:16,19
270:22 281:7
294:16 303:11
**absence (1)**
261:7
**Absolutely (1)**
20:18
**abuse (3)**
36:20 37:5 38:22
**academy (16)**
59:17 60:20,24 71:16
71:19,21 76:2 83:6
85:12,14 93:7,13,14
201:7 202:8 212:20
**access (1)**
295:24
**accessible (1)**
281:6
**accommodate (1)**
23:16
**accurate (1)**
155:13
**acquainted (1)**
259:19
**acres (1)**
266:19
**act (8)**
94:19 107:25 109:11
110:25 133:4
301:20,21,23
**acted (2)**
94:22 140:15
**acting (44)**
1:11 62:20,22 63:7,11
63:20 65:20 66:7,10
66:22,25 67:11,14
67:20,24 68:5 75:5
90:7,10,13,18 91:3
91:11,16 92:7,8,9
92:13,24 93:4 94:6
96:21,24 97:2 99:13

102:10 107:14
136:4,6 137:3,7
138:2 142:24
318:25
**action (13)**
79:16 81:15 82:16
114:5 116:9,21
154:13 223:18
231:24 251:25
292:24 305:11
359:11
**actions (2)**
239:7,10
**active (1)**
149:14
**actively (4)**
136:25 144:6 148:10
150:14
**acts (3)**
79:11 117:25 118:2
**actual (3)**
34:21 51:17 329:7
**added (5)**
70:25 124:17 152:10
203:11 289:13
**addition (3)**
156:9 271:25 338:17
**additional (1)**
173:7
**address (11)**
6:7 8:11,21 9:9,11,18
9:20 10:8,8 11:11
302:4
**addresses (1)**
95:4
**adequately (1)**
221:8
**adjunct (1)**
60:2
**administer (3)**
5:13 202:15,17
**administered (5)**
60:11 61:3,8 63:6
125:12
**administration (1)**
202:19
**administrative (3)**
69:9 73:16,16
**administrator (3)**
121:8,11 334:8
**admits (1)**
280:7
**admitted (1)**
178:20
**adult (3)**
301:20 318:25 319:4
**adults (2)**
301:24 319:15

**adverse (3)**
114:5 116:9,21
**advice (4)**
20:20 21:8 27:20 28:8
**advise (2)**
270:17 340:21
**advised (1)**
270:21
**advisement (1)**
199:21
**advises (1)**
140:20
**affairs (2)**
257:3,8
**affect (12)**
23:24 24:3,6,16 25:8
25:10,25 29:5,10,18
29:20 30:18
**afraid (2)**
238:22 250:11
**afternoon (1)**
252:16
**agencies (2)**
74:15 226:14
**agency (11)**
33:21 338:6,7,8,10,11
338:15 340:9 341:4
341:6,6
**agenda (1)**
70:25
**agility (8)**
61:19 86:17,19,23
88:9,13,20 203:6
**ago (6)**
25:16 140:13 201:10
205:5 237:20 298:4
**agree (2)**
27:14 340:5
**agreed (6)**
5:2,6,10 138:23 272:7
272:8
**agreeing (1)**
113:15
**agreement (6)**
16:11 20:5,14 21:23
26:16 328:6
**agreements (1)**
160:20
**ahead (3)**
163:19 330:23 340:11
**aid (4)**
234:14 235:14 237:24
238:15
**airport (3)**
55:6,9,11
**al (1)**
6:18
**Alan (9)**

184:24 185:2,4,5
204:9,20,23 205:3
206:5
**Albatross (1)**
131:12
**alcohol (6)**
263:12,23 280:15
303:7 313:5,8
**alcoholic (3)**
309:7,9,15
**alert (1)**
209:3
**alerted (1)**
210:21
**ALJ (1)**
18:9
**allegation (8)**
178:2,4 209:9 282:20
283:4,19 349:20
350:16
**allegations (21)**
33:10,14 34:17,22
35:7,19 36:19 38:22
39:10,13 40:17,21
41:11 42:18,24 44:4
51:16 55:17 56:6,24
159:16
**allege (2)**
154:16 208:25
**alleged (10)**
34:13 132:25 155:3
156:23 160:25
209:7 257:13
260:17 261:25
316:15
**allegedly (1)**
325:10
**alleging (2)**
160:15 161:2
**Allison (3)**
1:14 175:2,2
**allow (1)**
23:4
**allowed (6)**
84:3 115:11 301:6,13
302:17 304:13
**alluding (1)**
109:18
**altercation (2)**
114:12 274:25
**alternate (1)**
126:6
**alternatives (1)**
269:9
**amazed (2)**
256:2 329:3
**ambulance (7)**
231:20 253:11,18
254:12 258:10

267:10 276:14
**Amityville (1)**
195:7
**amount (8)**
37:3 159:23 160:6
167:21 183:18
222:19 225:14
290:13
**Andrew (11)**
3:7 6:24 7:4 8:5 21:15
89:19 95:14 103:15
230:5 278:15
339:25
**Andy (2)**
356:6,7
**and/or (1)**
33:11
**Angie (5)**
87:17,21,24,25
151:12
**angry (1)**
40:8
**angst (1)**
318:13
**Ann (5)**
184:8,10 198:14
208:23 334:8
**answer (41)**
11:15,16 20:9 22:21
23:3,5,10,11 27:11
28:18 29:2,6,15
78:8 109:20 117:2
127:16 147:10
152:22 163:20
173:19 208:2,3
215:20 230:8
234:21,22,24 235:4
235:20 239:11,14
251:3 258:9 262:20
284:25 285:2
293:16 300:18
306:14 352:25
**answered (11)**
24:19,25 41:5,7 149:4
277:16 307:25
308:6 315:13
332:14 358:6
**answering (4)**
28:21 113:10 218:2
307:16
**answers (5)**
17:20 28:20 117:5
286:15,18
**anybody (46)**
11:10 32:11,15,25
34:16,17 38:6 45:19
48:20 49:24 69:20
73:24 89:14 104:7
104:11 127:12

128:3 131:5 146:9
164:16 165:9
166:13 189:12
199:23 200:10
209:21 211:3
212:20 213:19,25
214:2 233:14
234:15 235:15
238:2 241:23 242:3
242:6 244:18
275:21 283:21,21
305:12 312:14
332:6 344:17
**anybody's (1)**
206:2
**anymore (5)**
115:12 179:20 237:11
273:21 331:16
**anytime (1)**
149:11
**anyway (5)**
78:19 253:3 276:5
281:7 305:8
**an-off (1)**
313:4
**apart (1)**
101:23
**apartment (3)**
10:16,20 11:3
**apartments (3)**
10:22 11:2,19
**apologize (8)**
43:12 46:11 67:7
230:10 235:19
273:6 286:13 333:3
**apology (1)**
42:13
**appeal (7)**
86:25 87:2,7 160:7,8
163:5,10
**appealed (1)**
160:6
**appear (1)**
340:3
**appearance (2)**
7:3 292:3
**APPEARANCES (1)**
3:2
**appeared (1)**
252:11
**appearing (2)**
9:5,13
**appellate (3)**
160:13,17 162:8
**applicant (3)**
212:12 342:18 343:25
**applicant's (1)**
341:12
**application (1)**

20:25
**applications (1)**
170:22
**applied (3)**
217:8 218:18,21
**applies (2)**
217:3 218:14
**apply (1)**
160:2
**appoint (4)**
68:2,5 90:12 256:11
**appointed (15)**
68:4 89:16,19 90:2,10
92:2,24 93:4 94:6
96:21,24 120:14
140:5,24 161:12
**appointment (24)**
44:24 84:4 90:15 94:7
96:8,14,18 97:16,23
121:20,22 123:8,9
123:18,20 124:5,24
124:25 125:6 136:4
136:5,6,7 141:10
**appreciate (1)**
43:23
**appreciated (1)**
46:10
**appreciative (1)**
324:15
**approach (3)**
36:12,13 271:4
**appropriate (14)**
13:9 76:25 79:11,14
94:24 134:19 225:8
225:14 291:6,9
301:21,23 308:7
310:12
**approval (9)**
69:20,23 70:10,18
124:22 148:3,6,12
202:11
**approve (5)**
14:5,7,8,11 70:16
**approved (17)**
70:5,7,9,15 85:22
86:4 90:16 120:24
162:21 164:4
189:22 201:18
202:5,6,11,13,14
**approximately (2)**
6:20 214:17
**April (8)**
65:23 68:8,19 186:16
197:25 329:17
333:5 334:22
**aptly (1)**
21:6
**area (1)**
88:2

**areas (1)**
344:2
**argument (3)**
161:10 162:5 231:23
**arguments (2)**
30:12,15
**arm (1)**
154:7
**Arnie (1)**
173:13
**Arnold (7)**
167:24 168:2 178:3
193:16,19,23 194:5
**arose (1)**
132:22
**arrest (12)**
60:9 154:14 256:17
256:20,21,22
275:10 290:22,24
291:2,18 322:2
**arrested (4)**
233:21 238:24 290:3
292:4
**arresting (6)**
252:2 290:17 291:5,7
291:16,17
**arrests (4)**
47:7 60:5 228:11
293:2
**arrived (8)**
181:7,24 182:9 232:4
240:12 253:13
295:20 296:3
**Arthur (2)**
68:13,15
**aside (1)**
24:12
**asked (63)**
24:18,24 36:14 39:16
41:24 42:10 46:2,3
46:5 52:5 54:24
77:14,22 79:17
80:11 94:12 108:14
116:3,18,20 149:3
151:10 200:9
211:13,14,17 217:6
225:15 234:23
235:5 239:16 242:2
242:19,25 250:9,21
251:8 258:7,9
260:14 261:17
262:24 264:7
277:15 278:5
283:18,18 286:12
287:6 289:20
307:24 308:5
315:12 326:8 330:4
332:13 333:10,12
336:5 338:19

342:24 343:15
358:6
**asking (27)**
24:10 52:15 90:14
96:20 98:3 110:17
110:19 117:10
129:14 156:11
162:7 188:6 208:6
217:25 250:13,14
261:3,12 262:21
263:23 264:10,14
279:4,4 287:23
292:12 340:19
**aspect (1)**
226:9
**aspects (2)**
183:15 224:5
**assault (3)**
254:4,5,18
**assembled (1)**
334:21
**assignment (1)**
118:14
**assistant (1)**
92:9
**association (4)**
48:19 49:18 219:10
349:4
**assume (4)**
22:22 98:23 155:12
311:10
**assuming (2)**
100:25 299:18
**assured (1)**
273:19
**attached (2)**
11:19 102:6
**attachment (1)**
138:8
**attack (4)**
176:19 177:9 237:11
276:5
**attacking (4)**
217:13,18,23 218:3
**attempted (3)**
31:20 111:15 280:15
**attempts (1)**
31:24
**attend (1)**
292:3
**attendance (2)**
80:20 344:5
**attention (6)**
173:4 187:9 193:22
240:16 308:4
326:15
**attitude (1)**
78:22

**attorney (19)**
8:6 31:15 51:21
132:17 160:4
164:19,22,23,24
272:24 284:3,7,11
284:15,20 285:7,9
285:12 360:3
**attorneys (11)**
3:4,10,18 4:4,12 5:3
39:22 162:21,25
272:22 290:11
**attorney's (7)**
38:21 39:18 44:3
58:18 285:14,16
334:25
**ATTORNEY1 (1)**
170:17
**Augenbaugh (1)**
191:17
**August (9)**
53:22 54:2 68:19
135:13 136:17,19
137:4 143:14
359:15
**authority (28)**
69:12,15,18 113:19
124:18 142:13,18
142:23 146:25
147:2,4,7,15,16,19
147:23,25 148:15
148:18,22 149:2,15
149:22 170:16,21
213:5 295:14 327:8
**authorized (1)**
5:12
**automatic (2)**
84:13,14
**availability (1)**
57:23
**available (9)**
81:11 227:3,17,18,19
228:22 246:24
289:7,10
**Avenue (3)**
2:2,15 3:5
**Aw (1)**
73:10
**aware (15)**
20:6 149:19,21
150:19 198:25
199:2,3 208:18
257:16 265:18
266:15 278:6
302:23 336:15
339:25
**a.m (3)**
2:4 4:20 6:21

---

**B**

**B (3)**
1:12 3:10 217:25
**bachelor (2)**
356:7,8
**back (119)**
9:23 16:14 17:4,4
20:21 27:7 31:5
39:25 40:14 41:4,17
43:14 44:25,25 45:2
45:2,11,12 46:7
51:18,25 55:3,11
72:25 82:6,8 85:12
108:14 109:5 113:4
113:21 116:2,25
118:18,23 120:9
122:10 124:4
127:16,18 130:6
135:14 136:20
140:13 145:2,10,16
147:9,12 151:4
154:3 173:13
175:21 176:20
190:24 192:3,25
195:15 206:9
218:13 224:20
225:2 229:17
232:23,23,25
233:25 235:2,4,8
236:7,11,25 238:3
239:13 242:9
243:18 244:3
246:14 249:6,18
250:2,10,14 251:3,6
258:22 263:7,9
265:8 273:8 275:25
277:13 279:14,16
285:21 293:15
294:12 295:13
299:23 300:5
301:12 314:12,14
314:20 315:4
324:15 326:19
327:3 328:23,24
329:7,8,12 337:11
337:16 347:25
351:18 357:15
**backed (1)**
169:7
**background (21)**
71:14 72:24 173:8
212:5,13,16 213:2
213:15 214:3,10,13
214:16,20 215:2,6
215:10,18 277:21
278:7,10,12
**backgrounds (2)**
71:4 212:19
**backing (1)**
238:8

**backup (1)**
239:10
**backyard (5)**
43:14 48:2 51:8,11
52:4
**Bacon (8)**
56:19,21 168:9,10
173:10 191:21
308:11 311:3
**bad (6)**
37:18 41:23 42:15
110:23 240:15
345:8
**badge (3)**
124:7,8 242:22
**ball (5)**
224:21,23 315:18,19
315:22
**ballgame (1)**
28:24
**ballpark (2)**
21:21,24
**balls (1)**
224:19
**bar (25)**
128:12 131:8,11,13
231:24 234:11
235:10 237:16
239:19 250:16
261:12 262:14
267:3,15 291:14
296:3 301:22 302:2
302:13 306:2,5,10
306:23,24 307:8
**Barbara (1)**
68:11
**barracks (21)**
10:25 11:4,4,7,19,22
12:2 13:10 14:6
232:13 240:10
248:7 311:16,19
317:20,22,25
318:13 320:6,12
349:16
**barred (1)**
154:7
**bars (10)**
47:3 127:11 128:2
301:3,7,13,16
306:17 308:18,21
**bartenders (1)**
47:3
**base (1)**
322:4
**based (4)**
28:11 140:9,10
273:19
**basic (1)**
204:10

**basically (5)**
37:16,24 45:15 76:3
223:14
**basis (11)**
16:13,15,17 64:13
77:24 84:16 143:17
160:12 161:10
247:3 305:7
**Bates (40)**
95:12,13,17,19
103:10,11 141:15
141:21,21 153:5,10
185:14 186:16
196:13,21 203:17
203:23 206:22
207:13 297:15,20
335:12,18 339:16
339:22 348:3,14
350:23 351:5
360:13,14,15,16,17
360:18,19,21,22,23
360:25
**bathroom (3)**
237:20,23 299:25
**bay (14)**
10:13 11:11 122:12
122:13 316:20,25
317:3,8,12 318:10
318:18,24 322:8,24
**beach (108)**
1:8,11 3:18,19 6:19
10:10,12,14 11:12
13:21 15:3 17:10,11
18:4,14,23 32:2,16
33:2,10 34:17 48:16
48:20,21,22 49:3,12
49:13,15,18,22,23
51:2,23 53:4 54:9
56:2 58:8,25 60:22
61:4 63:12 64:10
66:14 73:21,22,25
74:2 82:20 83:8
89:11 131:9,15
134:3 142:2 151:8
152:7,25 157:23
159:10 164:7
169:10,17 177:14
178:9 179:21
187:22 188:3,7
195:14 208:19
209:12 212:6 216:4
216:7 219:12
222:10 224:9,12,25
225:13 231:6
232:16,17 257:4,9
257:18 267:17
273:3,11 300:20
301:4,5,12,16
306:18 310:5,9

316:11,17 327:25
337:7 349:4,10
351:14 355:25
356:25 361:2
**beam (1)**
341:7
**bearing (8)**
95:12 153:10 186:16
196:20 207:13
335:18 339:22
351:5
**bears (1)**
203:23
**beaten (1)**
44:5
**becoming (1)**
102:10
**bed (5)**
318:14,15,17,19,21
**Bee (4)**
4:2 19:19 58:4 163:3
**beer (12)**
262:15,17 305:3,10
307:18 310:4,8,10
310:13,25 311:2,5
**beers (4)**
305:2 309:16,18,18
**beginning (3)**
43:4 54:2 239:13
**behalf (5)**
7:5,6 87:18 151:11
349:14
**behoove (1)**
179:24
**belief (7)**
64:13 77:25 108:2
129:2,6 290:23
358:3
**believe (79)**
9:8 11:24 12:13 17:16
18:3 23:23 24:5,21
27:16 28:17 31:13
33:25 37:17 38:20
40:18 42:20 64:12
65:10 66:16 71:6
77:23 89:3 90:9
99:10,20 100:17,24
101:9 102:2,4,8
103:11 104:10
109:19,24 115:2
122:11 123:12,13
130:14 141:6
146:11 168:20
178:22 180:6
205:11 208:23
218:20 219:8
223:12 224:11
229:19 230:12

233:8 247:15 252:7
253:5 258:25
263:12 274:10
277:24 292:6,12
298:4 312:21
319:25 320:3
326:12 331:24
336:9 341:25
346:25 353:4,6
355:3 356:12
357:17
**believed (4)**
38:9,18,25 289:6
**bell (1)**
276:24
**belt (1)**
87:13
**beneath (1)**
77:15
**benefit (1)**
118:7
**benevolent (1)**
349:4
**Bescher (1)**
356:6
**Bescher's (1)**
356:8
**best (13)**
29:15 112:18 113:16
113:17 160:9
220:21 222:17
223:3 239:7 265:16
296:6 297:2,4
**better (8)**
33:24 41:25 48:17
221:16 249:12
265:7 286:10 323:3
**beverages (1)**
309:15
**beyond (1)**
240:25
**bicycles (2)**
221:12,14
**big (4)**
108:3 130:8 249:18
267:16
**biggest (1)**
222:9
**bike (4)**
78:21 79:8,18,18
**bill (1)**
112:22
**billing (1)**
162:20
**bit (11)**
33:23 44:2,11 54:12
73:9,13 80:23
114:16 180:2 319:3
329:20

**black (2)**
87:13 321:24
**blame (1)**
43:20
**blamed (1)**
43:18
**blaring (1)**
287:17
**blog (6)**
353:15,17,19,21,25
357:4
**blogs (4)**
355:8,11,16,19
**blood (2)**
42:15 359:10
**blue (2)**
115:11,12
**board (59)**
49:17 55:21 63:9 64:5
65:25 67:10 68:2,10
70:6,15,16,21 86:4
90:16,16 94:16
97:23 98:8,11,19
100:7 101:3 104:7
104:12,16 108:14
109:11 121:23
122:3,8 128:6
130:16 134:15
135:6 137:25
139:10,19 140:15
140:18 142:2
161:13 198:25
199:3,7,8,19 219:9
219:25 220:2
221:10 222:19
265:18 266:9,14,15
267:8 270:17,21
353:11
**boat (3)**
233:6 243:17 304:23
**Bob (10)**
83:16 107:5 108:7,8
108:19,20 109:6
112:11 113:14
154:11
**Bobby (1)**
349:8
**body (2)**
303:6,11
**book (6)**
74:10,13 217:10,11
218:20,24
**born (1)**
52:7
**Bosetti (41)**
56:22 167:11 170:12
173:11 187:10,10
210:10 229:4,21
230:6,9,14 232:11

239:21,22 240:2,3,7
247:19,20,24 249:2
251:18 252:22
268:17,23 273:20
275:2 277:25
279:25,25 280:2
291:7,22 292:7,11
293:18,25 294:3
317:14 319:6
**Bosettis (19)**
168:21 170:19 171:3
171:5 177:17,22
180:12 181:5
189:15 282:25
283:23 305:19
306:2,9,17,23
307:16 318:3
322:23
**Bosetti's (1)**
241:15
**bothering (2)**
39:25 176:13
**bottle (1)**
47:4
**bottom (7)**
95:24 186:24 205:23
207:22 222:6
249:11 342:13
**bottoms (1)**
310:8
**bought (3)**
9:19,23 112:22
**bouncer (2)**
236:9 242:9
**Bouncers (1)**
262:15
**bouncing (1)**
261:11
**Boyle (1)**
30:7
**breach (1)**
254:14
**break (15)**
23:15 26:22 74:25
150:22 151:2,6
193:3 195:4 229:9
229:19 230:12
278:16 279:8
302:15 326:19
**breaking (2)**
49:21 223:17
**breaks (1)**
302:12
**Breeze (1)**
316:13
**Bridgett (5)**
18:19 32:20,23 152:5
158:5
**bring (7)**

72:24 107:15 164:23
218:7 309:11
314:14 357:25
**broach (1)**
270:15
**Brookhaven (1)**
227:7
**brother (4)**
185:10 250:21 251:7
295:22
**brothers (1)**
240:3
**brother-in-law (2)**
190:4 328:10
**brought (13)**
34:21 36:21 71:2
112:7 154:9 173:3
271:13 290:10,11
308:4 317:21,25
324:11
**Bruce (2)**
152:24 153:20
**Bruna (1)**
68:12
**brutality (6)**
51:15 154:22 155:2
156:24 257:13
333:20
**Bud (1)**
237:18
**Buddy's (2)**
282:12 294:20
**budget (10)**
69:8 329:7 334:15
336:7,10 337:7,10
341:22 342:6
343:17
**bugged (3)**
38:10,14,19
**bugging (1)**
39:2
**building (4)**
10:20 11:2,8,9
**bulldog (1)**
224:15
**Bullis (3)**
189:16,22 190:3
**bunch (3)**
227:9 318:25 319:4
**burning (1)**
46:23
**Burns (4)**
315:16,23 316:7,9
**bush (1)**
296:5
**business (5)**
107:19 300:6 310:16
313:25 352:17

**businesses (2)**
131:22,24
**busy (6)**
42:9 122:15 230:23
246:3,4,7
**buying (1)**
205:4

---

**C**

**C (3)**
1:8 359:2,2
**cabinet (17)**
316:19 317:11,16
318:10,17,18,24
319:20 320:5,17,19
321:2,8,11,25 322:7
322:24
**cabinets (3)**
318:9 321:6,19
**call (36)**
8:13,16,17 20:21
27:25 40:11,23 53:7
81:6,13 107:12
112:13 113:9
145:14,22 164:19
183:11 185:19,22
192:17 210:14,17
210:24 240:19
243:8 245:3 252:10
253:12 256:7
296:13,14,18
337:19 338:3,4,12
**called (41)**
6:3 11:25 16:3,16
17:7 18:2 28:15
39:15 52:19 54:24
55:2 57:16 81:7
152:24 164:25
179:14,18 180:3
185:23 209:22
224:16 230:19
231:19 232:14
236:3 238:20
243:14,16 248:4,20
248:20 252:12
275:18 296:18
325:21 329:16
333:9 341:4,6,7
345:16
**calling (5)**
41:4 179:23 209:24
257:25 296:15
**calls (1)**
81:3
**calm (1)**
78:23
**camera (8)**
325:7,12,14,16,19
326:3,4,9

**cameras (3)**
42:5 321:15,18
**camp (2)**
59:24 319:17
**candidates (1)**
71:14
**cans (2)**
307:19 310:9
**canvass (1)**
125:3
**capacity (5)**
1:9,11,13,15 15:2
**captain (1)**
92:8
**car (10)**
76:15 77:16,18,22
118:20 119:12
182:4,5,7 232:15
**card (2)**
177:18 300:6
**cards (5)**
182:12 321:23,24
322:5,6
**care (15)**
40:2,4,9 41:3 242:23
250:24 251:10
263:8 275:23 293:8
293:11 333:13
**career (3)**
251:19 269:21 324:17
**careful (1)**
109:10
**Carpenter (7)**
87:18,21,24,25 88:25
151:14,15
**carried (3)**
107:11 320:5,19
**carry (1)**
320:11
**carrying (1)**
309:16
**Carter (24)**
1:3 4:20 6:18 8:9
46:20 48:5,8,9
54:18 170:5,6
211:22 225:23
308:10 329:25
330:13 331:25
332:2 334:3,5,23
337:17 346:16
361:2
**case (57)**
16:8,18 17:5,25 18:15
18:25 30:11 34:20
36:20,21 37:5,6
41:12 47:16 51:15
78:12 80:18 152:18
154:4,9,19 155:15
156:10,13,15,17,20

157:13,18 158:5,20
159:6,17 163:7,12
163:24 164:5 165:4
174:10 193:10,11
237:15 239:10
256:12,14 257:13
272:10 285:13
307:9 309:4 313:15
327:14 333:20
345:5 352:14 353:5
361:2
**cases (5)**
36:18 152:12 163:22
164:9 269:16
**catch (1)**
52:10
**Catherine (1)**
186:4
**caught (12)**
46:19 47:12 48:7
78:22 114:19
115:16 155:25
331:25 332:3 334:2
334:5,12
**cause (4)**
29:23 110:25 154:13
179:8
**cautious (1)**
109:15
**CC (2)**
95:25 121:10
**CCSO (4)**
339:16,23,23 360:22
**CC'ed (1)**
121:6
**cell (1)**
306:11
**certain (43)**
18:17 27:13 28:5
29:12,19 30:19
53:23 65:16 76:24
85:9,16 91:2 99:17
100:7,22 111:2
122:23 151:25
152:2 154:15
156:21 165:13
181:22 186:8
205:14 208:18
234:7 243:13
252:14 257:23
265:20 270:16,20
272:17 280:17
290:21 291:5
304:11,13 312:22
319:10 349:18
357:24
**certificate (1)**
65:8
**certificates (2)**

71:24 172:14
**certification (4)**
93:15,19 183:7
191:24
**certifications (3)**
93:24 175:15 182:20
**certified (35)**
2:18,18 71:9 72:4,11
73:7 171:5,10,12,17
171:21,25 172:4,16
172:24 173:2
175:17 176:5,23
184:25 185:13 186:9
187:20 188:2 191:9
191:13,15,19
193:20 195:2 196:2
197:21 200:11
208:20 270:2
**certify (2)**
208:24 359:5,10
**certifying (1)**
173:6
**chain (10)**
137:24 165:22 166:2
166:5,9,10,10,14,24
167:9
**chance (1)**
238:25
**change (14)**
63:16 81:23 121:15
124:5,12,14 135:18
143:4,8 144:2
167:10 239:3
281:19 301:17
**changed (6)**
143:3 144:5 276:6
287:10 298:3
301:18
**changes (2)**
37:21 130:8
**character (1)**
222:13
**characterization (2)**
117:4 230:3
**charge (4)**
33:20 69:7 101:18
307:22
**charges (9)**
233:18 238:10 243:2
243:9 272:11,19
290:15 291:21,21
**chasing (1)**
155:23
**chauffeur (1)**
352:15
**check (8)**
72:3 171:3 277:21
278:8,12 322:13,17
322:19

**checked (3)**
116:25 248:15 341:15
**checkpoint (6)**
181:7 182:3 314:7,10
314:18 328:24
**checks (9)**
213:15 214:5,10,14
214:16,20 215:2,6
215:10
**check-in (1)**
181:17
**check-out (1)**
181:17
**chemical (1)**
78:25
**Cherry (19)**
56:13,15 176:17,18
176:18 237:9
265:10 269:2,4,7,25
269:25 270:18,25
274:24 277:20
278:6 281:4,10
**Chester (1)**
175:2
**chewing (1)**
222:15
**chief (127)**
1:12 8:11 11:21,24,25
11:25 49:25 53:5,9
53:13 59:11 65:20
66:2,7,7,10,11,14
66:19,20,22,25
67:11,14,17,20,25
68:2,4,6,9,21,25
69:25 70:3 73:21,25
74:4,9,12,13,15,17
74:18 75:4,5,10
83:5 92:8,9,9 96:2
104:21 108:6,8,12
113:6,11 125:20
127:9,23 131:3
136:12 137:3,7,13
138:2 139:2,21,25
140:16 142:7,12,24
146:20 147:7 150:3
150:6,6,9,10,14,17
152:10 156:8
157:14,17 159:20
160:16 161:2,3,5,8
161:9,12,15,17,19
162:6 166:7 167:6,8
167:12 180:18
182:18 185:7 222:4
263:10 265:14
292:16 294:4,11,22
300:21 302:5
321:15 325:17
336:23 338:24
340:4,8 342:9,16,17

342:18 343:8 347:6
**chiefs (2)**
160:21,22
**chief's (2)**
66:12,17
**chilly (1)**
81:21
**chimed (1)**
206:17
**choice (1)**
269:21
**choke (7)**
233:13 234:15 235:15
241:21,23 242:3
275:21
**choked (6)**
236:13 238:10 271:17
274:4 276:2 290:6
**choking (1)**
237:23
**chronological (1)**
15:24
**church (4)**
16:4,10,14 22:7
**circumstance (4)**
13:18 157:5 179:11
182:10
**circumstances (5)**
157:2,8,10 158:2
255:19
**citizens (1)**
354:2
**city (9)**
72:18 171:11 172:3,7
177:11 179:20,23
195:24 266:23
**civil (82)**
1:14 15:16,21 16:2,23
17:3,14 22:8 44:22
60:11 61:3,9 63:6
63:17 64:20 66:18
68:20 71:18 72:23
73:5,7 84:6 85:4
86:3,7 88:17,19
90:21 91:24 92:6,7
92:11,17 94:25 95:3
123:10,14,17
139:22 140:4,25
141:11 158:11,15
159:3 161:11 173:5
174:12,21,22 175:6
175:13,17,19,23
176:2 177:2 182:24
182:24 183:12,19
183:21 187:25
189:8,9,13 192:8
193:8 196:6 197:6
199:24 200:10
206:13,17 208:17

209:2,10,22,24
210:15,18,21
**civilian (2)**
78:14 156:4
**civilians (4)**
109:13 172:9,13
352:16
**claim (10)**
13:16,23 33:19 49:2
77:6,9 160:10
334:20 345:7
346:12
**claimed (2)**
14:2 19:2,5 178:4
275:22
**claiming (4)**
19:2 44:4 233:13
261:11
**claims (17)**
18:24 34:20 39:10,14
41:11 42:24 54:9
55:16 56:5,5,10,11
57:8 58:9,10,14
353:22
**clarify (2)**
18:5 361:7
**class (2)**
201:9,11
**classes (1)**
214:11
**classified (1)**
17:3
**classify (4)**
110:4,11 178:25
218:2
**clean (3)**
212:18 309:5,25
**clear (20)**
7:19 10:5 35:3 54:17
93:18 103:14
135:17 148:24
227:16,21,23 239:6
261:22 273:17
285:22 286:13
295:11 304:17
312:16 327:6
**cleared (2)**
132:18 144:19
**clearly (1)**
220:13
**clerk (2)**
80:13 175:16
**clock (2)**
112:4 182:14
**close (2)**
130:3 265:23
**CLR (3)**
1:24 359:4,18
**Coast (1)**

212:17
**codes (18)**
177:10,14,16,17,19
178:9,12,15,18,21
179:2,4,23,25
180:12 181:2
307:16 361:6
**collected (1)**
349:14
**Collier (1)**
344:13
**come (81)**
43:13 44:25 45:2
46:11 49:16 57:16
80:21,22 81:19
82:19 84:5,25 94:18
106:16 113:3
123:22 125:18
126:9 131:20 136:2
143:3 146:8 148:2,6
156:12 157:15
162:23 167:17,17
169:9 179:5 182:5
190:24 212:4
220:15 222:12
224:20 227:11
231:2,4,10 232:22
232:23,24 233:6
238:21 239:16
243:15,16 244:3
245:20 249:6,18
250:2,8,9,10,14
252:10,25 264:5,22
265:6 268:7,11
269:6 271:6 282:11
290:9 295:7,12
303:8,17 305:8
308:8 316:18
317:10 326:19
329:4 337:2 349:19
**comes (1)**
37:23
**comfortable (3)**
28:10 30:10 268:14
**coming (16)**
57:19 81:2 120:7
182:8 204:13 231:3
231:25 238:8 245:9
245:12 271:18
284:24 296:16
304:23 328:23
329:12
**command (15)**
63:15 99:5 101:20,21
108:7 109:5 134:20
137:24 165:22
166:3,5,7,14,24
167:9
**commanding (9)**

168:13,25 169:2,12
169:13,21 170:3,9
295:17
**comment (2)**
217:15 298:10
**comments (1)**
99:22
**commissioner (6)**
89:6,8,17 107:10
120:13 130:2
**committed (2)**
133:24 134:2
**common (3)**
157:17 304:11,19
**communicate (2)**
57:3 179:7
**communication (1)**
253:15
**communications (1)**
57:6
**community (3)**
222:9 223:20 324:23
**comp (1)**
164:5
**Compared (2)**
143:6,7
**compensation (3)**
163:21,24 165:4
**competent (2)**
140:19 338:18
**competitive (3)**
84:23 124:25 125:6
**complain (21)**
48:19,23 127:12
128:2 177:21
286:25 289:12
305:12,15,19 306:8
306:16,21 307:7,15
307:18 308:10
309:4,24 313:15
314:6
**complained (9)**
114:13 119:4 180:11
287:6 314:3 315:8
315:14 352:4,14
**complaining (4)**
115:3 221:6 307:4
351:22
**complaint (16)**
33:18,20 51:17 54:5
55:18 78:14,18 79:5
119:11,21 122:24
152:9 156:6,7
219:11,17
**complaints (9)**
33:15,16 49:14,16,16
227:14 290:7 308:3
352:21
**complete (6)**

146:10 204:9 214:2
218:25 263:3 271:5
**completed (2)**
271:10,11
**Completely (1)**
218:8
**compliance (1)**
221:17
**computer (6)**
138:8 151:19 287:10
287:20,22,25
**concentrate (1)**
224:19
**concentrated (1)**
161:23
**concern (3)**
27:18 180:17 204:15
**concerned (3)**
131:19 303:10 321:10
**concerning (2)**
35:3 261:8
**concerns (1)**
118:24
**concerted (1)**
213:20
**conclude (1)**
79:24
**concluded (1)**
239:5
**conclusion (2)**
272:3,6
**concrete (1)**
173:19
**condition (1)**
329:12
**conditions (1)**
25:24
**conduct (3)**
257:5 265:15 271:4
**confidential (7)**
20:4,19 28:2,4 265:25
325:8,9
**confidentiality (2)**
20:13 21:22
**confirm (1)**
71:7
**confiscated (5)**
310:5,8,13,25 311:4
**conflicts (1)**
117:21
**conform (1)**
361:8
**connection (6)**
19:15 152:7 157:22
164:6 257:12
353:22
**Connolly (26)**
3:13 7:9,9 21:2,7 37:8

57:25 85:6 110:3
111:7 114:3,9 115:7
116:12 129:19
140:17 146:14
230:5 278:15
300:14 328:5
332:13 352:24
353:13 357:21
358:7
**consensus (1)**
219:21
**consent (2)**
25:3,6
**consider (3)**
75:21 233:4 249:7
**considerably (1)**
276:6
**considered (3)**
173:21 203:14 291:11
**consistent (1)**
109:14
**constable (6)**
59:5,6,18,21 60:12,14
**constables (1)**
60:4
**consult (1)**
138:9
**consulted (2)**
137:19 138:24
**consumed (1)**
280:16
**consumption (1)**
309:2
**contact (2)**
99:23 100:2
**contacted (3)**
346:20,23 347:4
**container (1)**
312:10
**content (1)**
88:3
**continually (1)**
286:11
**continue (3)**
17:18 22:11 241:22
**contract (2)**
160:3 349:11
**control (7)**
126:23 128:12,22
129:3,17,23 130:21
**conversation (51)**
28:14 35:23,25 36:7
36:23 37:14 38:4,8
39:6,14 40:15,20
41:20 42:12 43:8
45:16,18,24 48:10
52:4 53:2,7,12,15
78:10 97:8,11,14,19
120:22 209:20

248:25 249:22,23
252:20 253:21
254:8,21 256:9
265:5 266:8 281:22
281:23 323:24
324:2 332:24
333:22,24 341:9
343:14 351:17
**conversations (15)**
42:22,23 46:9 52:9
58:19 102:14
105:13 174:12,25
175:8,12 182:23
198:11,16 199:5
**cookie (1)**
222:14
**cool (1)**
81:21
**cooperating (2)**
247:12,15
**Coot (1)**
277:5
**cop (1)**
242:10
**copies (1)**
162:22
**cops (1)**
171:11
**copy (11)**
54:4 98:11 138:6
151:16,18 186:23
200:14,23 218:23
253:11 337:9
**copying (2)**
325:7,10
**corner (1)**
122:12
**correct (56)**
9:15 21:10 30:3,4
31:16,18,19,21
98:13 101:3 102:7
109:22 118:24
120:11,16 134:17
140:14 146:21
163:19 165:14,17
170:4 172:5,18
173:2 185:19 188:4
188:16,22 191:15
193:7 197:17
219:13 229:24
230:15 241:9
246:25 247:22
248:21 252:8 253:6
255:11 258:16
259:3 267:25 270:2
290:3 293:20
304:21 312:13
314:21 315:5 327:9
336:24 349:5 361:9

**correction (1)**
287:18
**correctly (1)**
256:19
**correspond (1)**
34:16
**correspondence (3)**
74:14 96:2 106:12
**cost (1)**
163:10
**costs (1)**
162:19
**Cottage (1)**
317:3
**could've (3)**
45:8 238:14 296:12
**council (1)**
71:24
**counsel (10)**
19:14 27:10 31:21,24
32:3,18,22 33:3,6
51:15
**counselor (1)**
319:17
**count (1)**
163:22
**counted (1)**
163:22
**Counting (2)**
155:5,8
**Country (1)**
4:5
**county (77)**
1:13,13 4:4,10,12
60:11,19 61:3,9
64:4,20,21 65:3
71:17 72:5,12,16,17
72:22 87:25 93:12
158:25 171:6,15,22
171:25 172:4,18,25
173:4,18 176:24
177:4,11 179:22
183:12,15 187:20
187:23 188:14,16
188:17,22,24 197:6
198:6,10 200:19,22
201:12,18 202:7,18
206:13,16 208:21
212:11 213:3,7,9,10
213:14,18,23 214:4
215:9 227:5 237:13
324:18 344:13
345:17 346:5,11
**couple (12)**
14:15,16 52:9 54:18
54:23 55:8 80:8
231:25 272:11
278:21 322:10

326:19
**course (6)**
108:13 204:10 269:20
303:24 305:11
310:16
**court (31)**
1:2 5:15 6:22 17:22
19:25 20:25 27:25
28:14 80:12 127:18
147:12 154:20
158:22,24,25 159:2
159:3 160:5,13,17
161:25 162:2
218:13 235:8 251:6
272:11,11,21 273:8
290:9 292:3
**courtesy (2)**
55:10 81:16
**Courtney (2)**
3:9 7:10
**cover (6)**
98:18 100:6 102:6
265:13 273:3,11
**covered (4)**
160:20 273:23 282:3
311:10
**crack (1)**
266:24
**crappy (1)**
118:14
**created (1)**
69:8
**credentials (1)**
161:15
**credible (3)**
30:16,16 78:18
**credit (2)**
130:8 131:24
**crew (1)**
253:18
**crime (2)**
222:9 266:2
**crimes (1)**
107:23
**criminal (4)**
14:22 51:17 290:7,9
**crossed (2)**
299:2,4
**CRR (3)**
1:24 359:4,18
**crucial (2)**
249:16 276:12
**crystal (1)**
148:24
**CS-150 (1)**
207:25
**cue (15)**
232:2,4,10 233:16

236:25 239:20
241:12,19 254:5
268:18,24 280:3,6,8
280:10
**cups (1)**
309:5
**current (11)**
49:6,8 54:13 55:16
58:7 89:25 185:10
351:14 355:24
356:24 357:3
**currently (1)**
25:23
**cursing (1)**
237:21
**cut (5)**
51:13 235:19 236:16
329:6 337:11
**cuts (6)**
334:15 337:7 341:16
341:22 342:6
343:18
**CV (1)**
1:7

_____
**D**
_____
**Dale (3)**
133:3,6,7
**Dan (1)**
195:10
**dancing (2)**
17:6 22:7
**dangerous (1)**
302:24
**Daniel (1)**
195:9
**date (25)**
6:14,19 53:24 68:19
95:8 100:22 103:6
137:5 141:17 149:9
150:20 153:7
185:16 196:15
203:19 206:24
297:17 298:21
335:14 339:18
341:24 348:5,8
350:25 361:3
**dated (10)**
95:6 186:15 196:20
203:22 207:12
341:25 348:6,13
360:11,24
**dates (4)**
53:21 81:10 164:18
198:22
**Dave (3)**
324:4,5,14
**day (63)**
9:25 35:11,15,17 39:7

39:7 41:16,18,23
42:3 53:3,11 110:22
110:23 126:2,8,14
127:2,3 131:5,7
143:7 144:18
145:12,18 160:9
165:12 169:7,16,16
215:16,17 223:21
236:5 238:18
239:15 241:8
243:12 244:4,22,23
245:2,10 253:2
255:17 257:18,18
257:22 267:7 268:8
273:2,9 304:24
320:6,10,13,21
321:8 325:24
333:15,25 358:23
359:15
**days (10)**
13:22 126:11 129:9
136:20 144:10
145:12 228:19
251:16 282:10
288:16
**day-to-day (2)**
144:8,24
**deadly (1)**
59:24
**deal (6)**
112:12,20 175:23,25
272:23 353:10
**dealer (1)**
316:15
**dealing (4)**
109:15 117:19 118:3
175:7
**dealings (1)**
112:9
**dear (1)**
137:22
**debris (4)**
309:5,7,10,12
**debt (1)**
163:9
**December (6)**
62:16,18,19 143:16
184:12,17
**decided (7)**
100:25 101:2 161:22
162:8 190:2,23
276:5
**decision (8)**
111:10 138:24 139:17
144:23 160:14
163:5 243:6,7
**decisions (2)**
144:8 162:18
**declined (1)**

189:24
**defendant (3)**
7:10 156:23 157:22
**defendants (4)**
1:16 7:7 18:20 159:8
**defending (2)**
159:15 272:22
**defense (1)**
44:7
**defenses (1)**
51:22
**definitely (2)**
81:11 223:19
**definition (1)**
109:25
**delayed (1)**
55:7
**delegated (1)**
182:22
**delivered (2)**
130:15 308:16
**demand (1)**
107:16
**demarcation (1)**
303:4
**demonstrate (1)**
215:23
**demonstrating (1)**
83:7
**demote (1)**
92:10
**Denhoff (2)**
122:12,13
**department (66)**
1:11,14 3:20 4:10
16:5 33:11 34:14
60:3 69:8,10,19
71:18 72:16,23
73:17,18 74:12
75:24,25 83:9 84:16
84:17,19 92:3
101:16 109:8
112:17 113:2,18,20
124:15 137:25
144:8 151:8,20
152:10,25 160:22
165:24 166:6
173:14,17,24
174:14 178:13
194:3,10,12,13
204:14,21 208:20
212:11 222:5,8
223:22 265:16
273:3,11 301:19
322:10 324:18
329:9 341:17
346:21 347:16
**departments (2)**
71:25 160:19

**department's (1)**
157:16
**depend (2)**
106:10 182:10
**depending (4)**
13:17 110:20 126:8
264:17
**depends (3)**
25:19 263:15,19
**depicted (1)**
299:8
**deposed (1)**
152:11
**deposition (19)**
1:18 2:13 5:11 6:17
9:2,14 18:3,8 19:8
28:19,23 30:13,14
57:17,19 163:17
164:12 316:2 361:3
**deputy (21)**
1:12 92:8 136:12
137:13 138:2
139:21,25 140:16
142:6,12,24 146:20
147:7 150:2,5,8,9
150:13,17 342:18
343:8
**DESCRIPTION (1)**
360:9
**deserved (1)**
88:7
**designate (1)**
142:12
**Designation (1)**
142:6
**desk (2)**
105:3 287:22
**desktop (1)**
138:7
**detail (3)**
73:9,13 254:15
**detective (3)**
176:24 237:12 324:6
**determination (1)**
121:13
**determine (1)**
171:4
**develop (1)**
201:3
**developed (2)**
200:20,25
**dictated (1)**
167:21
**diet (1)**
190:12
**difference (8)**
67:23 84:20 90:18,21
90:23 92:21 150:5

249:18
**different (32)**
11:20 25:24 47:22,22
48:24 53:21 101:22
106:16 110:8,25
162:22 174:13
177:10 183:15
198:11 212:21,24
223:23 226:14
228:17 258:6
263:22 271:18
272:11 283:18
294:14 295:6
301:15 307:6
320:25 332:4
349:17
**differently (5)**
45:8 110:14,17 294:5
295:10
**difficult (12)**
26:4 80:9 108:11,24
178:18 201:6,14,23
222:16 266:20
267:6 287:8
**difficulty (2)**
26:7,10
**dig (1)**
323:6
**diligent (1)**
224:18
**dipping (8)**
132:8,9,12,25 349:21
350:2,7,8
**direct (1)**
265:4
**directive (2)**
181:13 301:25
**directives (2)**
220:8,9
**directly (1)**
58:23
**DirecTV (1)**
349:16
**disability (13)**
53:6,10,14 136:18
137:7 143:25 149:9
159:18 204:3
329:11 330:24
336:23 342:17
**disappear (1)**
252:6
**disappointed (3)**
51:12,18 319:18
**discharge (1)**
238:17
**disciplinary (2)**
81:15 82:16
**discipline (19)**
74:19,22 75:5,7,9,11

75:16,22 125:14
128:17 129:8 132:7
229:3 230:14
298:14 299:17
300:11 322:23,25
**disciplined (1)**
129:12
**disciplining (1)**
229:20
**disclose (1)**
27:21
**disclosed (3)**
28:4 268:16,22
**disclosing (3)**
21:19 27:18 28:10
**disclosures (1)**
28:6
**discover (1)**
47:9
**discovered (1)**
46:22
**discrepancy (1)**
222:22
**discretion (6)**
114:21 115:10 220:6
225:8,14 332:7
**discriminated (2)**
19:3,6
**discuss (28)**
20:14 40:16,20 42:17
46:14,18 50:6,10,14
50:22 52:21 56:13
133:12 139:9,14
231:11 254:10,12
270:24 281:3,10
289:15,18 323:9,17
333:18 339:2
351:13
**discussed (17)**
36:22 39:6 45:23
50:19,20 51:7 52:3
56:4 101:25 102:17
151:7 158:4 199:19
288:22 311:11
323:22 351:19
**discussing (9)**
24:8,11 27:18 82:9
105:8 193:13
255:16 281:25
289:21
**discussion (17)**
24:12 27:4,10 31:2
35:13 51:10 82:3
229:14 279:11
288:19 326:24
327:24 330:3,6,8
347:22 357:12
**discussions (2)**
199:6 285:19

75:16,22 125:14
**dismissed (5)**
156:14 339:3,6
341:21 342:18
**dispatcher (7)**
176:20 237:10 244:20
244:21 260:3 270:4
328:11
**disposal (1)**
112:13
**distinction (4)**
172:17,19,20,21
**distribute (1)**
216:9
**District (19)**
1:2,2 38:20 39:18
44:3 158:25 159:2
272:23 284:3,7,11
284:15,20 285:7,9
285:12,14,15
334:24
**division (1)**
162:8
**divorce (4)**
127:6,20 158:12
163:13
**divorcing (2)**
127:9,24
**dock (6)**
42:6,7 259:24 260:2
270:3 322:11
**document (27)**
95:22 141:15 153:5
161:14 185:14
196:13 203:17
206:22 297:15
335:12,21 339:16
348:3,25 350:23
351:9 360:13,14,15
360:16,17,18,19,21
360:22,23,25
**documents (2)**
162:23 164:14
**doing (52)**
28:15 36:14,16 39:17
39:18,22,24 40:2,5
40:9 41:24 46:2,3,7
52:7,14 76:5 78:13
82:13 108:18
111:23 113:12,25
114:20 115:16
116:22 128:24
129:4,15 176:13
212:11 213:2 214:9
214:20 215:9,12
220:20,21 221:22
222:3 223:19 224:4
224:5 225:2 228:10
261:16 333:10,11
333:12,13 348:18

354:20
**dollars (1)**
39:21
**DONOVAN (1)**
4:2
**door (2)**
237:21,22
**double (8)**
132:8,9,12,25 349:21
349:25 350:7,8
**doubles (1)**
169:8
**double-dipping (1)**
133:13
**doubt (3)**
118:7 140:18 146:15
**Doug (14)**
236:8,17,22 259:2,10
259:14,16,18,19
260:7,11,15 262:24
263:9
**downstairs (2)**
10:23,24
**drag (1)**
107:19
**drank (2)**
263:18 305:19
**draw (1)**
303:5
**drink (20)**
261:14 262:17,24
263:18 264:18,20
300:23 302:13,25
303:8,9,12,16
308:17 310:13,25
311:2,18,23 313:8
**drinking (38)**
260:8,12,17,22,25
261:6 262:3,6,13
263:20,21 264:19
274:19 300:22
301:3 302:2 303:19
304:5,17 305:13,16
306:17 308:11
309:5,7,9,11,25
311:4,8,11,15 312:6
313:4 323:10,13
351:23 352:5
**drinks (3)**
303:22 308:19,22
**drive (8)**
108:20 303:12 313:16
313:18,20 314:7,9
315:9
**driven (1)**
314:13
**driving (3)**
182:7 232:16 312:4
**drop (3)**

176:14 182:4
328:16
**dropped (1)**
43:19
**drop-mouthed (1)**
330:16
**drove (3)**
43:5 231:6 314:18
**drug (2)**
307:9 316:15
**drunk (5)**
237:25,25 242:4
306:23,24
**due (5)**
143:15 336:7,10
341:16,22
**duly (2)**
6:4 359:7
**dumped (1)**
309:19
**dumpster (1)**
46:23
**duties (7)**
56:2 68:25 90:24
108:5,15 111:20
254:14
**duty (50)**
77:21,24,25 78:3
145:2 227:18
240:25 245:21
249:20 250:5,22
251:8 258:23 260:6
300:22,23 301:7,13
303:2,17,19,23,23
304:2,3,5,18 305:13
305:20 306:19,20
306:20 307:9,10
309:23,23 311:9,10
311:11,12,20,21
313:4,17 314:8,11
314:12,13 323:4
352:5
**dwelling (1)**
10:22
**Dyer (5)**
168:15,16,16 176:10
190:14

_____ E _____

**E (2)**
359:2,2
**earlier (3)**
252:15,25 321:8
**early (2)**
47:2 230:20
**earth-shattering (1)**
310:18
**East (5)**
6:10 10:7 132:20

354:24,25
**EASTERN (1)**
1:2
**easy (2)**
26:13 37:20
**eat (1)**
263:21
**Ed (18)**
8:8,13,14 47:10,12
48:5,7,8 65:15
111:3 170:5 211:22
308:10 330:12
331:25 334:11
337:17 346:16
**Eddie (8)**
46:19,21 47:4 54:18
170:6 225:23
329:25 332:2
**Edward (371)**
1:3,18 2:13 3:1 4:1,20
5:1 6:1,2,9,17 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1,21
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1

144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1

321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1,4 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1,13 355:1
356:1,11,13 357:1
358:1,21 361:4,24
**effect (6)**
5:14 33:21 79:16
202:21 262:18
297:7
**effective (3)**
53:20,21 223:13
**effort (2)**
137:23 213:20
**eight (3)**
12:12 107:9 145:10
**Einig (2)**
130:13 131:19
**either (31)**
20:20 21:5 45:4 53:22
65:15 66:17 81:10
89:3 126:7 139:12
159:2 167:18 178:6
179:24 198:16
200:21 207:7
250:20 251:7
257:25 291:2
296:21 297:6
306:20 307:2,17
309:18 322:9 338:2
352:16 359:10
**element (1)**
276:8
**Elmsford (1)**
3:12
**else's (1)**
318:15
**elude (1)**
286:14
**Elyse (2)**
278:19 279:6
**employed (4)**
150:14 205:9 207:20
207:24
**employee (3)**
55:25 216:7,11
**employees (14)**
54:9,12,14 55:16
56:24 214:6 216:13
216:14,18,25 217:8
218:18 219:6

351:14
**employers (4)**
344:15,20,23 345:10
**employment (5)**
152:7 157:23 220:19
337:24 341:13
**empty (7)**
310:9 317:17,19
321:3,11 322:15,16
**EMT (1)**
254:14
**ended (7)**
160:7 176:18 177:8
238:3,10 272:9
318:24
**enforce (1)**
220:5
**enforceable (1)**
221:5
**enforced (4)**
48:25 49:20 222:16
224:13
**enforcement (13)**
47:22 48:16,18 59:14
219:14,15,16,22
221:16 223:13,16
225:13 227:6
**enforcing (5)**
48:21,24 49:3,13
221:8
**engaging (2)**
154:21,25
**enjoy (1)**
222:12
**ensued (1)**
231:25
**entails (1)**
147:24
**enter (1)**
71:19
**entered (1)**
60:19
**entire (9)**
69:10 112:2 222:23
252:3 253:2 292:23
304:24 325:17
326:13
**entirely (1)**
123:3
**entitled (1)**
159:22
**entity (1)**
74:8
**erase (1)**
287:14
**Eric (3)**
194:24,25 195:5
**ERRATA (1)**

**error (2)**
113:15 287:17
**errors (1)**
361:10
**especially (3)**
80:24 117:23 314:11
**ESQ (3)**
3:7,13,23
**establishment (2)**
17:7,11
**estimation (2)**
292:15 293:24
**et (1)**
6:18
**evaluations (3)**
216:4 219:2,6
**evening (6)**
245:22 280:23,23
292:17 294:6
296:10
**event (5)**
25:17,20 238:12
292:23 293:5
**events (2)**
37:10 231:22
**eventually (8)**
171:17 173:3 176:5
191:7 232:8,14
238:10 240:19
**Evergreen (1)**
316:13
**everybody (18)**
77:17 110:8,16
183:21,25 197:24
198:19 199:2 223:2
223:4 224:25
266:21 267:4,4,7
288:5 331:13
333:19
**everybody's (2)**
110:7 223:3
**evidence (3)**
217:24 272:7,14
**ex (2)**
127:10,24
**exact (1)**
321:7
**exactly (24)**
12:8 18:17 26:12
39:13 53:23 100:7
116:15 119:13
151:15 219:24
230:24 234:7
249:14 252:14
253:13 261:2,23
272:4 273:16
283:15 314:15
319:10 337:12
338:22

**exam (1)**
100:19
**examination (4)**
7:25 64:5 85:11 86:3
**examined (1)**
6:4
**example (9)**
49:11 74:2 100:21
116:6,23 117:15
118:18 179:13
310:6
**examples (3)**
115:24 116:10 117:15
**exams (1)**
196:2
**excellent (3)**
344:5,5,6
**excess (1)**
218:22
**exchange (2)**
298:3,5
**excuse (2)**
26:23 240:23
**executive (4)**
199:10,11,12,14
**exercised (1)**
225:7
**exhibit (46)**
6:13 95:7,11 103:5,9
103:17 141:16,20
153:6,10 185:15
187:6 196:14
203:18 206:23
297:16,20,24
298:20,24,25
335:13,17 339:17
339:22 348:4,7
350:24 351:4,5
360:10,11,12,13,14
360:15,16,17,18,19
360:20,21,22,23,24
360:25
**EXHIBITS (1)**
360:8
**expect (2)**
76:19 295:2
**expected (2)**
76:18 301:23
**experience (2)**
76:2 263:10
**explain (5)**
36:17 107:17 113:9
130:23 166:2
**explained (1)**
130:20
**explanation (1)**
16:8
**extent (3)**
20:4 27:21 45:15

**extra (2)**
80:14 181:6
**extreme (1)**
179:11
**ex-wife (2)**
127:7,21
**eyes (1)**
95:13
**eyewitness (3)**
260:17 262:2 280:9
**eyewitnesses (2)**
246:24 280:13
**E-I-N-I-G (1)**
130:14
**E-mail (2)**
57:4 138:8
**E-N-I-G (1)**
130:13

---

**F**

**F (2)**
236:21 359:2
**face (3)**
78:16 79:2 156:2
**faces (1)**
68:17
**face-to-face (1)**
112:8
**fact (20)**
34:21 36:21 55:8 56:5
56:10 72:25 121:2
133:14 138:10
209:3 236:2 255:21
266:15 278:7
286:21 294:22
298:2 327:20,21
330:24
**factors (2)**
263:22 264:3
**facts (10)**
157:2,4,7,10,25
192:18 255:18
283:8 289:7 361:8
**fag (1)**
299:5
**failed (6)**
86:19,23 100:21
106:3,4 176:8
**failing (1)**
88:19
**failure (1)**
14:21
**fair (3)**
22:24 23:12 43:20
**faith (1)**
220:20
**fall (2)**
43:4 266:24

**false (2)**
29:24 154:14
**family (3)**
52:5 227:10,13
**far (12)**
11:9 50:8 51:6 158:3
185:2 234:5 236:6
267:16 321:10
325:18 338:23
343:3
**fatal (1)**
226:4
**father (1)**
259:23
**father's (1)**
205:7
**fault (9)**
43:21 293:9,23,25
294:2 296:8,9,12,23
**FBI (4)**
347:2,4,7,13
**fear (1)**
335:9
**February (10)**
9:21,22 10:2 95:6
100:14 136:15
348:6,13 360:11,24
**federal (1)**
7:15
**feel (15)**
20:24 23:14 24:8,10
29:16 37:18 43:12
76:5 99:23 128:9,19
211:16 220:22
222:9 324:24
**feeling (5)**
36:24 41:3 42:11
245:11 252:25
**feet (5)**
87:11 321:20 348:16
348:18,20
**felt (14)**
38:23 43:15 45:7
52:16 79:5 101:11
101:12 127:7,21
128:21 221:7
249:12 265:14
330:17
**female (3)**
241:8 246:15 291:20
**ferries (1)**
145:17
**ferry (5)**
42:6,7 155:24 243:18
243:18
**fetch (1)**
322:10
**field (2)**
253:12 258:12

**Fifth (3)**
2:2,15 3:5
**fight (7)**
180:7 229:23 231:24
233:7 271:9 277:22
278:9
**fighting (1)**
236:24
**figure (1)**
258:4
**file (32)**
96:2 133:19 153:24
233:18 243:22
253:7,8 258:14
276:20 285:12
287:2 288:4 291:21
316:19 317:11,15
318:8,9,16,17,24
319:20 320:5,17,19
321:2,5,8,11,25
322:4,7
**filed (6)**
33:15 156:15 157:11
158:21,22,24
**files (1)**
164:14
**filing (1)**
5:4
**fill (1)**
81:4
**filled (2)**
231:22 236:4
**filter (2)**
268:11 303:6
**finally (2)**
232:4 255:21
**Finance (1)**
347:17
**find (39)**
39:15 46:25 47:5,7
81:18 164:21
206:14 212:21,22
218:24 230:20
231:18 232:11,12
232:13 233:2
240:14 247:18,20
248:3,6,17 249:14
259:12 261:15,25
262:7 280:8,11,15
289:4 295:22 296:5
296:8,9,16,23 318:8
325:25
**finding (1)**
240:17
**fine (6)**
7:16,18 22:20 163:20
173:21 183:22
**fingerprint (2)**
322:4,6

**fingerprinting (2)**
321:22,24
**fingerprints (1)**
214:5
**finish (5)**
12:23 23:2,5 117:6
326:20
**finished (3)**
176:16 235:20 258:8
**Fiorillo (37)**
4:19 8:8 75:6 76:13
78:11 79:24 80:4
93:19 118:20
122:25 169:5 211:9
224:13 225:16
230:21 239:16
241:4 246:19
284:14 286:25
287:5 293:3 306:16
307:7 315:25
319:23 320:4,19
336:4,18 337:25
342:3 344:24
346:21,24 347:2,14
**Fiorillo's (3)**
50:6 286:7 289:18
**FIORILO (1)**
1:3
**fire (18)**
46:22,25 47:8 69:21
124:19 146:25
147:5,8,15,20,25
148:7,12,16 149:22
228:6 301:15 327:9
**firearms (1)**
59:24
**fired (2)**
69:24 305:6
**firemen (1)**
237:18
**firemen's (1)**
236:13
**firing (6)**
69:11,15,18 70:11
149:15 170:21
**firm (6)**
8:7 57:7,10,15 58:2
164:18
**first (58)**
6:4 33:8 35:9,10
40:14 58:24 59:14
64:7 83:11 86:16,17
86:19 94:7,10 97:9
98:20 100:4 101:2
102:11,23,24
103:14 104:3 107:9
116:13 117:7 120:9
145:11 159:23
160:15 167:5 183:6

207:9 232:6 241:5
269:6 281:16
293:15 295:12
298:25 301:5,11
308:9 327:7,13,19
333:23 335:5 340:3
340:14,19,22,25
341:11 348:19,20
349:8 351:10
**firsthand (1)**
291:13
**Fishbein (3)**
4:2 19:19 58:5
**fished (1)**
322:14
**Fishman (1)**
163:3
**five (35)**
8:7 44:11,14 46:15,18
54:21 55:14 67:12
74:19,23 76:11
78:12 80:5,5,18
82:12,16 93:25
156:4 157:24
175:18 203:13
208:14 309:3
313:14 321:20
328:14 343:3,9
344:15 345:4 346:9
357:18,23 358:4
**fix (3)**
200:3 326:14,15
**flagged (1)**
73:4
**flaw (1)**
226:11
**flaws (1)**
226:4
**flight (1)**
55:7
**floor (3)**
11:6 236:20 320:20
**focus (6)**
44:13 52:18 104:18
187:9 224:3 311:12
**focusing (2)**
171:18 247:17
**folder (1)**
277:18
**folders (2)**
322:2,3
**follow (6)**
32:13,14 76:19
189:25 221:20
323:4
**followed (1)**
40:25
**following (1)**
344:2

**following-up (1)**
351:20
**follows (1)**
6:5
**foot (4)**
46:6 155:25 304:9
312:23
**force (4)**
5:13 59:24 79:15
338:18
**forced (2)**
51:21 309:4
**forever (1)**
133:22
**forget (4)**
176:7 184:8 218:22
317:6
**forgetting (1)**
27:24
**forgive (1)**
235:21
**form (63)**
5:7 7:23 33:12,23
47:18 67:19 69:16
72:13 74:24 79:13
91:23 92:15 93:21
96:15 106:24
119:23 128:16
129:7,20 132:7
143:5 144:3 148:14
148:19 154:25
155:14 162:11
167:13 170:21
171:7 172:21 174:4
181:9,19 182:15
196:10 205:25
208:22 218:19
250:6,19 262:4,10
270:19 271:23
272:16 275:3 278:3
278:11 286:23
291:8 294:7 306:4
306:12 307:3
310:21 327:11
333:7 339:4,7 352:6
357:5 358:5
**formal (9)**
8:15 33:18,20 93:10
106:8,18,22 121:19
150:19
**formally (1)**
322:25
**former (10)**
1:10 54:13 55:16 58:8
185:7 214:6 351:14
355:25 356:24
357:3
**forth (3)**
236:25 351:15 359:7

**forthright (1)**
109:12
**forum (1)**
339:9
**forward (9)**
30:11,15 193:7 256:6
264:22 267:21
271:18 280:13
295:7
**forwarded (6)**
98:10,19 100:6 102:6
120:10,18
**forwarding (1)**
153:23
**found (16)**
44:9 220:24 226:4
240:21 262:5,12
272:10 293:9
296:12 299:13,15
301:19 325:18
326:7 327:20,21
**foundation (2)**
143:20 181:10
**four (9)**
47:15 93:23 145:12
157:24 175:18
182:8 277:24
342:18 343:2
**Fourth (1)**
41:14
**four-page (1)**
339:22
**frame (2)**
64:25 303:13
**Frank (76)**
1:3 4:19 8:8 47:20,20
48:13,14,15,17,22
49:20 50:6 54:25
75:6 76:12,13,15,15
76:17,20,21,22
77:13,14,15,19,21
78:4,15,15,19,20,22
78:23 79:5 93:19
118:20 119:3,4,11
119:19,20 169:5,6
201:7 211:9 224:13
224:17,18,19 225:7
225:12,16 230:21
230:25 234:7
239:16,17,24 241:4
244:14,19 247:10
258:4 284:14 293:3
315:21 319:23
320:4 321:7,9 332:5
337:14,25 347:6,8
**Frank's (4)**
77:6,9 118:24 119:6
**free (5)**
99:23 311:18,23

312:2,8
**freedom (2)**
133:3,19
**frequently (2)**
310:20,23
**Friday (2)**
112:4 126:5
**friend (6)**
223:3 233:15 234:14
235:14 236:12,19
**friendly (3)**
133:21 248:9,14
**friends (1)**
259:18
**Frisbees (1)**
224:20
**front (22)**
8:18,23 18:9 36:8
54:23 95:9 103:7
141:18 153:8
186:13 196:18
203:20 207:10
255:3 287:22
297:18 298:22
335:15 339:20
343:4 348:11 351:2
**frustrating (1)**
286:11
**fuel (1)**
308:13
**fuels (1)**
308:15
**full (1)**
123:20
**fully (10)**
23:25 24:6,17,22
28:18,21 29:6,11,25
31:10
**full-time (31)**
70:3 83:18,21 84:5,9
84:11,16,18 85:23
90:5 91:22 92:25
93:7,11,16 94:21
99:4 112:3 113:3
190:23 216:12,14
216:17,23,24 217:3
217:8 218:15,18
219:2,6
**full-timer (1)**
111:14
**functions (1)**
109:5
**funeral (2)**
205:7 274:10
**furious (1)**
317:9
**furniture (1)**
205:4
**further (9)**

5:6,10 163:8 173:21
256:15 283:13
319:14 358:11
359:9
**future (1)**
76:23

_____

**G**

**gain (1)**
209:24
**gained (2)**
148:18 190:12
**gaining (1)**
283:8
**Galena (1)**
156:9
**game (1)**
315:22
**garbage (1)**
310:10
**Gary (70)**
167:11,14 170:11
173:10 187:10
210:10 229:3,8,8
230:6,9,14 231:17
231:24 232:7,11
233:15,16 236:5,12
236:23,23 237:24
238:13,20 239:21
240:3,7,9 241:15
242:8,11,12,13,16
247:18,20,24 248:3
248:25 251:18
252:13,22 254:3
255:22 268:17,23
273:20 274:12,25
277:25 279:24
280:2 291:7,22
292:7,10,22 293:18
293:25 294:2,12
295:12,19,19,21,21
306:23 317:14
319:5
**Gary's (2)**
232:9 238:3
**gay (1)**
297:6
**gender (1)**
19:4
**general (3)**
37:11 159:20 221:11
**generally (3)**
165:11 167:12,25
**generated (1)**
258:12
**gentleman (1)**
324:16
**George (197)**
1:12 3:10 34:19 37:18

39:23 41:11,19
42:16,18,24 45:22
55:15 70:8 76:14,16
77:3,8,12 82:19
85:23 88:4,19 90:4
93:6,18,24 100:10
100:15 104:12,20
105:16 106:9
109:10,24 110:4,11
110:12 111:2,2,4
112:11 113:15,24
114:10,14,14
115:25 116:8,19
118:23 119:2,10,17
119:18 121:2,19
122:7 125:14
126:25 128:22
129:4,8,15 130:22
131:6 134:16 136:3
137:12 138:2,18,20
139:5 141:4 142:6
142:12 143:2
144:15,17,23 146:5
146:6,11,25 147:4
147:15 148:11,15
149:21,25 151:7
154:24 156:3,19
159:19 165:12
166:8,11,20 167:17
168:3,12 169:11,22
174:11,18 175:6,11
176:2 182:22 183:3
189:3,4 194:20
198:12,24 200:20
200:24 201:3,16,20
202:4,15 210:7
212:5,25 214:8
234:2 236:2,3,8
237:14 245:22
246:2,5 252:8
255:10,16 256:11
257:11 259:2 265:9
265:22 266:5 269:2
269:6,13 281:7,13
282:16,21,24
283:22 284:18,21
285:6 288:24 289:5
289:16,21 290:18
291:3 296:13,22
297:5 298:12,14
300:8,9 307:22
308:8,9 313:15,21
313:22 314:6
323:17 326:8 327:8
330:5,5,10 331:22
333:2 334:21 345:7
345:18,21 346:3,7
346:17 347:12
349:8 352:4,9,14

355:15 357:18
**George's (2)**
120:23 346:17
**getting (15)**
159:21 202:23 221:13
221:17 222:6 225:5
231:21 236:13
249:11 271:15
283:15 295:12
303:2 309:14
332:17
**Gilbert (9)**
152:17 155:7,11,19
284:7,11,16,20
285:3
**Gilena (4)**
152:14 154:3,12
158:7
**Gilly (4)**
2:14 3:3 7:5 8:6
**girl (11)**
175:6 233:7,12
234:14 235:14
237:21,25 239:8
268:5 274:4 275:20
**girls (1)**
186:5
**girl's (1)**
154:6
**give (47)**
16:7 17:19 20:20 21:7
27:20 28:7,20 44:18
47:11,14 55:5 68:12
80:13 81:10 115:17
118:4,6,14,16
138:23,25 183:20
183:22 200:20
212:15 217:10
219:24 227:8
228:18 236:21
238:25 242:10
249:19 250:4,15
256:6 264:22
274:13,17 276:23
286:15 300:17
303:25 337:14
345:18,21 347:8
**given (17)**
28:22 76:13,22,24,25
77:9 78:2 111:20
149:22 178:15
216:16 270:10
298:13 300:8,9
346:17 359:9
**gives (3)**
76:17 142:23 200:22
**giving (5)**
197:23 198:6,10
251:21 262:2

**glaring (1)**
222:21
**go (144)**
8:12 14:13 15:20,24
18:2 39:24,24 40:14
41:19 43:24 44:17
44:20,22 45:6,12,13
45:13,16 46:15,18
47:12,15,20 48:9,13
50:7,11,13,15,17,24
51:4,20 52:16 65:2
72:16,17,20 73:8,12
81:24 82:8 85:10,15
93:16 109:2 113:11
116:2 118:18 120:9
124:3 128:23,25
132:17 144:13
147:22 154:3 163:8
163:19 166:10,11
173:7,10,12,13
183:14 190:25
192:3,25 193:6
195:15 198:22
223:2,4 224:25
228:8 231:8,15,18
232:24,24,25 233:4
233:21 235:2
236:19 239:13
247:18,20 279:16
285:21 293:15
296:3 299:23 300:5
301:6,13,14,14,15
302:13 306:10
307:9 308:9,19,22
314:24 327:14,16
328:15,18 329:18
329:19,22 330:5,17
331:9,11,12,14,21
331:24 332:11,23
333:6,15,19 334:15
334:23 335:5,7
336:7,10,13,17,20
339:9,11 340:11
342:6 343:2,3,6
351:18
**goes (22)**
30:11 39:18,20,25
41:23,25 43:9,10,11
45:8,10 131:5
230:25 231:4
232:21 236:20
242:21 290:24
325:23 330:8
333:17 342:25
**going (120)**
17:4 22:22 26:20
27:21,25 30:11,14
30:25 36:18,20
37:17 39:20 44:6

46:24,25 51:25
52:14 78:24 79:20
79:20 81:9,11,11
82:2 92:4 105:19
108:23 110:21
114:20,22 115:10
115:13 117:20
118:11,13,14
121:13,14 122:10
122:19 131:4,20
138:11 143:24
144:24 150:25
182:3 189:7 190:22
194:4 199:2 204:13
221:2,24 223:6
224:19,23 229:13
230:2,25 232:17,24
232:25 233:2,3,23
233:24 236:15
237:4 238:23,24
239:2 240:10 246:7
246:14 250:11,18
258:5 266:7,24
267:2,6,14 269:22
270:18 271:22
272:15 273:3,11,18
273:20 287:13
294:23 295:2,23
296:5 301:14 305:4
305:8 314:11,12
318:13 319:13
323:6 326:23
327:14,15 330:22
332:4 333:18,21
334:24 335:6
337:16 340:24
345:16 347:6 353:9
357:11 358:18
**Golopi (15)**
70:5,11 83:16,17,20
90:7 99:6,8,18
107:5 108:7 111:14
111:21 154:5
353:11
**gonna (4)**
79:19 163:8 232:21
232:22
**good (48)**
8:3,4 44:19 46:22
52:9 110:22 136:21
138:3 143:22
191:22 192:24
206:10,13,18 208:5
208:11,12 223:25
225:6,16,20,24
226:2,3,6,9,14
227:25 228:5,13
255:20 262:22
269:23 288:25

291:11 303:16
324:13,19,24 325:2
337:14 338:16,17
338:19 345:4,15,19
345:21
**goods (2)**
112:22 208:10
**Goodstadt (208)**
3:7 6:11 7:2,4,18,24
8:2,5,23 9:3 11:14
14:8 15:11 20:7,10
20:16,19 21:4,6,18
22:2,5 26:25 27:8
29:4,9 30:6,8 31:6
33:17 35:5 48:6
49:5 50:5 54:13
55:24 57:14 58:11
67:9 69:4 71:11
73:12,14 74:25 75:3
75:20 81:23 82:7
85:8 87:21,23 91:10
95:5,9,15,18,20
103:2,7,19,22,24
116:2,5 117:6,10,13
128:5 130:11
134:11 141:13,18
141:23 143:7,10,19
143:22,23 146:19
147:17 149:11,16
150:22 151:5 153:3
153:8,13 155:11,15
157:20 162:10
168:8 172:2,11
180:22 185:12,17
186:13,18 187:3,8
188:15 192:11
194:10,13 196:12
196:17,22 197:19
199:16,22 200:4,8
203:16,20 206:20
207:2,6,8,14 208:16
209:6,8 211:17
217:6,14,17,21
218:7,16 225:10
227:24 229:18
230:7,11 235:2,5,18
245:7 246:13
247:10 249:23
251:12 253:23
264:13 267:24
268:21 269:10
273:14 278:5,17,18
278:21,23 279:8,15
286:19 297:12,14
297:18,22 298:18
298:22 299:6,20
311:21 313:20,23
313:24 314:23
315:2 320:10,14,21

326:18 327:4,12,17
327:18 328:7
334:18 335:11,15
335:19 339:5,15,20
340:2,7,18,23
345:24 348:2,9,17
348:20,23 350:6,14
350:21 351:2 352:2
356:16 357:7,16
358:11,15 360:4
**Goodstadt's (1)**
28:23
**gotta (5)**
37:19 81:9 144:13
149:18 233:2
**gotten (19)**
44:5 128:12 231:19
236:18 238:14
239:19 242:4 259:9
271:7,17 282:12
290:6 293:7 294:20
294:21 296:18
325:15 329:13
330:18
**government (1)**
33:20
**go-to (1)**
48:14
**grabbed (2)**
154:7 236:23
**grabbing (2)**
154:6 236:12
**graduate (2)**
59:17 60:24
**grammar (4)**
226:11,11,16,23
**grant (2)**
118:13 121:14
**granted (6)**
121:21 149:2 217:9
275:4,7 288:3
**Gray (3)**
58:13,16 163:3
**great (6)**
8:17 91:8 225:18
316:20 317:8,12
**greatest (1)**
80:10
**ground (9)**
14:14 17:18 22:11
79:21 156:2,3
236:15 238:4
275:24
**grounds (5)**
298:14 299:16 300:10
300:11,15
**group (7)**
45:18 101:19 219:22
257:3,8 319:6,9

**grudge (1)**
114:17
**guaranteed (1)**
44:24
**Guard (1)**
212:17
**guess (29)**
25:21 28:9 45:13 68:9
70:18 96:19 104:25
106:5 108:8 117:25
129:13 142:19
147:6,24 149:16
152:8,22 158:20
159:2 164:3 184:4
198:11,14 205:19
232:5 315:7 318:12
336:6,13
**guessing (1)**
82:23
**guilty (5)**
44:9 272:10,12,13
290:15
**gun (1)**
79:6
**Gurden (2)**
324:4,5
**guy (66)**
45:17 47:5,6 48:14
81:3 113:9 118:13
154:6,7 155:23
156:2 158:7 176:12
179:2 182:3,4,7
226:7,15 228:13
232:3,10 233:7,9,14
233:19 234:12,13
235:12,13 236:11
236:15,17 237:3,13
238:2,6 239:19,21
239:25 240:4,6,13
240:17 241:19
242:3,7,11,14,20
244:24 263:7,8
268:5 269:15
275:22 276:4,13,16
295:25 304:22
315:22 316:7
332:16 338:19
341:9
**guys (68)**
36:6 44:11,14,17
47:15 51:14,19,21
72:14,15,23 73:6
75:25 81:2,18,18
110:17 111:16
112:5,5 126:10
135:14 146:7
167:22 173:16
174:14 175:21
182:2,8 183:23

189:4 197:25
198:22 201:6
212:17,18 220:14
220:15 222:25
223:8,11,25 227:4
228:9 231:19,25
233:8 237:2 250:21
251:8 276:18
281:14 289:23
293:3 305:2 314:12
328:14 329:18,19
329:22 333:6
334:14,16 337:25
343:5 356:13
357:23,25
**guy's (2)**
46:24 237:25

---

**H**

**h (1)**
20:20
**half (4)**
181:6 261:17 293:16
335:25
**Halloween (28)**
134:6,11,12 180:3,5,8
180:10 231:16
244:23 245:4,4,10
245:14,17,21,25
262:14 267:16
279:17 281:17
284:4 285:7,11
288:10 290:2 297:8
297:9 305:18
**hand (5)**
17:21 216:18 271:10
301:8 359:15
**handbook (5)**
216:6,7,7,9,15
**handbooks (1)**
216:11
**handcuffs (1)**
325:22
**handed (1)**
216:12
**handful (1)**
224:21
**Handing (6)**
8:20 95:12 186:17
196:21 203:24
335:22
**handle (6)**
110:6 159:3 182:23
257:2 265:9 321:20
**handled (5)**
110:6,13 119:15
175:12 285:12
**handles (1)**
110:16

**handling (4)**
144:24 174:11 202:8
290:25
**hands-off (1)**
271:4
**handwriting (5)**
96:5 205:22,24 206:3
299:24
**handwritten (2)**
95:25 342:13
**hang (1)**
228:6
**hanging (1)**
242:22
**happen (7)**
25:17 43:17 47:8
76:20 181:25
206:12 317:4
**happened (29)**
42:2 85:21 121:24
129:17 159:12
180:7 229:23
230:14 233:9,10,12
234:4 249:14
254:10 261:15
266:12,12 268:9
273:4,12 289:2
294:24 296:17
310:17,20,23
323:16 338:23
349:13
**happening (5)**
198:21 237:8 265:24
268:4 282:10
**happens (1)**
21:8
**happy (10)**
22:14,18 23:16
110:23,24 118:12
128:18 303:14
319:2 343:5
**harbor (1)**
227:6
**hard (4)**
25:19 26:12 29:13
289:4
**harder (1)**
295:5
**Hardman (8)**
167:24 173:13 178:3
178:5 193:17,19,23
194:5
**HATTER (1)**
4:2
**Hauppauge (1)**
4:14
**haywire (1)**
55:12
**head (15)**

17:20,21 47:4 73:15
73:16 84:17 222:5
232:3 233:16
236:11,18 237:3
239:20 242:7,14
**health-wise (1)**
331:7
**hear (43)**
22:12,16 89:11,21
119:18 177:24
178:4 204:8,17
208:25 209:4,6,20
210:4,7,10,14,17,20
210:24 211:8,22,25
258:18 282:16,20
282:24 283:4,21
288:24 297:5
303:14 308:15
316:14 323:22
334:14,20 345:7,13
350:12,15 352:3,13
**heard (19)**
21:13 22:22 89:13
165:7 204:11 209:9
210:5,12 282:21
283:19,22 325:6
328:25 337:17,22
338:20 339:8
346:12 357:2
**hearing (2)**
211:4 272:21
**heart (3)**
176:19 177:9 237:11
**heartbroken (1)**
34:11
**height (1)**
144:16
**held (20)**
2:13 27:4 31:2 66:19
66:20 67:16 82:3
92:12 99:13 114:16
229:14 236:10
242:9 256:16 263:7
279:11 313:9
326:24 347:22
357:12
**hell (1)**
39:22
**help (9)**
87:5,6,14,16 180:24
238:16 240:20
250:22 251:9
**hereinbefo (1)**
359:6
**hereunto (1)**
359:14
**Hesse (150)**
1:12 3:10 7:7,11
11:21,24,25,25

34:19 36:2 37:13
38:9 39:10 41:11
42:24 50:7,10,14,23
51:7 53:2 54:8
55:15 70:8,12 76:14
77:4,8 82:20 83:7,9
85:3 90:4 92:12
93:6,18 94:5 100:10
100:15 103:18
104:12,21 105:16
106:9 109:25 111:2
111:3,4 113:24
115:25 116:8,19
118:23 119:2,10
122:25 125:15
134:16,24 136:3
137:12 138:2,18,21
139:5 141:4 142:6
142:12 143:15,25
149:14,25 151:12
154:24 156:22
159:19 165:12
166:8,11 169:2,11
169:22 170:2,8
182:22 183:3 210:7
212:5 213:2 214:8
215:15 252:8 255:7
255:10,16 256:11
257:11 259:2
260:10 269:2,6
270:24 274:23
281:4,10,13 282:16
282:21,24 283:22
284:18 285:6 287:2
287:6 288:24
289:16,19 297:5
298:12,15 300:8,9
307:22 309:4
313:15,21 314:6
323:18 327:8
331:22 332:25
333:4 334:2,21
336:19 342:9 343:8
345:8 346:3,7,12
347:12 352:4,9,14
352:21,21 355:15
357:18
**Hesse's (8)**
77:12 88:19 123:9
143:2 151:7 153:24
166:20 167:12
**hey (3)**
41:22 113:11 224:22
**he'll (1)**
240:19
**high (2)**
132:21 318:9
**higher (1)**
313:10

**highest (1)**
92:11
**highlight (1)**
162:24
**Highway (1)**
4:13
**hint (1)**
225:6
**HIPAA (1)**
254:11
**hire (19)**
69:21,23 70:13 71:23
72:14 92:10 124:19
146:25 147:4,8,15
147:19,25 148:6,12
148:16 149:22
324:9 327:9
**hired (22)**
58:24 59:3 69:24 70:2
70:19 82:20,25 83:4
85:3 111:13 159:24
160:4 164:24
170:12,23 171:16
171:19,20,20
172:24 176:22
324:6
**hires (2)**
70:17 197:5
**hiring (11)**
69:11,14,18 70:10
84:8 85:7 149:15
170:14,20 171:2
324:8
**hirings (1)**
70:17
**Hirsch (2)**
130:19 131:13
**history (4)**
24:9,11,13 27:19
**hit (5)**
47:3 155:25 232:3,10
233:10,16 236:11
236:17,18 237:3
239:20 240:6,13
242:7,14
**hold (9)**
62:9,21 63:19 65:18
67:13 73:20 99:11
135:20 340:10
**holding (2)**
52:6 236:17
**holiday (1)**
146:8
**home (6)**
110:24 151:19,19
228:7 355:6,9
**homeowners (1)**
219:10
**homeowner's (1)**

48:18
**homes (1)**
113:4
**homicide (3)**
237:12 269:16 324:6
**homosexual (1)**
297:6
**honest (1)**
97:19
**hopefully (1)**
145:2
**hopes (1)**
329:14
**hoping (3)**
73:10 197:3 330:20
**horrified (1)**
233:17
**horseplay (1)**
319:12
**hospital (3)**
25:3,7 243:17
**hour (4)**
146:4 181:6 261:16
303:7
**hours (7)**
133:4 144:18 145:9
145:10,12 218:22
227:11
**house (15)**
9:19,21 43:5 54:23
113:13 145:23
177:9 248:14
316:12,24 329:25
331:6 333:24 337:5
337:19
**Houser's (8)**
180:8 229:7,9,23
230:15 231:16
236:10 267:17
**houses (2)**
248:8,11
**How's (2)**
52:14,14
**huge (1)**
11:8
**Huh (1)**
137:16
**human (2)**
303:6,11
**humiliated (1)**
330:18
**hundreds (1)**
269:19
**hung (5)**
40:2,5,9 51:19 333:14
**hurt (15)**
43:16,22 131:22,23
136:12,16,17 144:4

176:15 195:10
228:10 231:18
238:14 239:19
283:13
**husband (1)**
274:7
**husband's (1)**
274:9

_____

**I**

**Ian (1)**
279:18
**idea (13)**
33:7 133:9 139:8
141:12 149:5
153:20 163:10
197:10 206:18
249:12 260:9
269:15 303:16
**identification (16)**
6:13 95:8 103:5
141:17 153:7
185:16 196:15
203:19 206:24
297:17 298:20
335:14 339:18
348:5,8 350:25
**identified (6)**
239:21 240:5 242:8
242:20,20 276:3
**identify (6)**
127:2 131:6 238:2
241:11 242:6 268:3
**identifying (2)**
243:10 280:2
**idiots (1)**
323:23
**illegal (2)**
140:21,22
**imagination (1)**
269:18
**imagine (1)**
163:9
**impacted (1)**
183:18
**impair (2)**
263:12,24
**impaired (2)**
264:4 303:12
**implied (1)**
156:2
**important (18)**
17:19 23:2,4 27:13,14
30:20 148:24
177:13 180:25
264:2,9,11,16
275:12,15 276:8
293:13,13
**impression (3)**

72:19 140:3,8
**improper (5)**
140:19 217:15,22
218:4,8
**improperly (2)**
140:15 218:11
**impropriety (1)**
73:4
**inappropriate (6)**
13:13 77:10 123:2
291:18 312:18
313:7
**inches (1)**
87:11
**incident (53)**
79:25 115:23 118:21
119:6 123:6 180:3,5
180:11 229:7,8
230:13 231:5,9,10
231:17 239:17,18
244:4 245:14,17,21
251:20 252:13,21
253:4,16 255:19
256:23 258:19
260:18 265:3 274:2
274:6,8,23 280:14
281:17 282:8 284:4
284:8,12,16,20
285:4,8,11 288:17
290:3 297:8,10
305:18 316:19
319:24
**incidents (1)**
312:17
**include (1)**
18:11
**includes (1)**
155:19
**including (1)**
75:17
**inconsistencies (1)**
173:5
**inconsistency (1)**
173:17
**Incorporated (4)**
1:8 3:18 6:18 141:25
**incorrect (1)**
9:9
**incorrectly (2)**
78:13 82:13
**increased (1)**
221:17
**increasingly (1)**
201:14
**incredible (2)**
37:2 263:16
**incur (1)**
133:17
**indefinite (3)**

91:5,7,8
**Index (3)**
1:7 360:2,8
**indicate (4)**
124:9 273:2,10,22
**indicated (1)**
191:12
**indicating (1)**
124:15
**indistinguishable (2)**
92:16,19
**individual (1)**
118:9
**individually (6)**
1:9,10,12,15 19:5
167:18
**individuals (4)**
33:11 45:16 274:24
290:2
**ineffective (1)**
223:15
**inform (2)**
137:23 185:20
**information (21)**
28:4 107:25 133:4,19
133:20 173:21
194:3 198:24
226:10 237:4 250:7
250:23 251:9 261:8
271:6 284:24 289:8
289:12 290:14,22
294:21
**informations (1)**
290:10
**informed (4)**
25:3,6 128:22 252:21
**ingesting (1)**
24:15
**ingestion (1)**
286:20
**inhibit (1)**
31:10
**initial (3)**
105:5 253:12 293:5
**injured (2)**
231:19 293:7
**injuries (1)**
254:16
**injury (4)**
143:15 154:15 164:6
283:13
**input (1)**
330:25
**inquired (1)**
260:11
**inside (7)**
11:22 12:2 36:9
218:20 231:23

321:25 322:2
**inspire (2)**
222:25 223:8
**instances (1)**
80:3
**instantly (1)**
79:15
**instigator (1)**
238:15
**instituted (1)**
343:6
**instruct (2)**
166:19 220:3
**insubordinate (1)**
249:8
**insubordination (1)**
249:10
**intense (1)**
45:5
**intent (1)**
83:8
**intentions (1)**
220:22
**interchangeable (1)**
97:3
**interchangeably (1)**
97:4
**interest (1)**
239:7
**interested (2)**
293:10 359:12
**interesting (1)**
206:8
**internal (3)**
257:3,4,8
**interpose (1)**
23:3
**interrupted (1)**
218:11
**intervened (1)**
236:14
**interview (3)**
83:12,15 275:9
**interviewed (2)**
83:13 239:24
**interviews (1)**
71:14
**intoxicated (1)**
233:11
**introduce (1)**
207:8
**invent (1)**
315:21
**invented (1)**
315:17
**investigate (3)**
257:4,8 270:18
**investigated (2)**

51:14 132:12
**investigating (5)**
38:21 39:19 256:13
274:23 280:14
**investigation (29)**
44:3 51:16 72:24
133:2 212:12,16
214:3 239:4,5
256:16 257:12
265:8,9,15,19 266:2
266:16 270:22
271:2,5,10,12
275:12 276:9
277:12 279:17
290:24,25 347:7
**investigations (5)**
71:15 212:6,13 213:3
215:18
**investigative (1)**
72:21
**investigator (2)**
256:12 339:2
**involved (36)**
57:22 142:13,18,24
162:19 183:16
198:19 231:17
232:7 233:7 238:11
239:10 251:20
252:2,3,13 254:3
258:2 269:3,5,5,7
271:8 272:10
274:25 277:22
278:8 285:9,10
290:2,8 293:21
296:20 319:11,19
325:3
**involving (3)**
252:22 256:21,23
**in-between (1)**
167:16
**Iraq (1)**
52:16
**irregularities (1)**
183:13
**irregularity (2)**
184:7 185:20
**irritant (1)**
78:25
**Island (10)**
131:18 228:7 301:15
354:2,3,5,8 355:5
355:13 356:3
**Islip (5)**
6:10 10:7 132:20
354:24,25
**issue (36)**
79:20 94:8 98:8 105:8
107:13 109:17
132:22 133:13

161:24 183:4
184:22 186:2
198:17 199:18,24
200:2,3,5,11,12
204:8,24 206:17
208:18 209:11
210:22 266:6
283:14,16 285:22
301:25 302:2,4
351:13,15 352:10
**issued (5)**
60:4 219:12,23,25
220:24
**issues (4)**
108:17 118:11 183:7
226:3
**issuing (2)**
60:6 221:11
**I.D (1)**
360:9

_____

**J**

**jacket (2)**
119:6 243:23
**James (2)**
130:18 131:8
**January (8)**
136:15 142:3 143:3
146:24 147:3,14,19
149:20
**Jaws (1)**
145:23
**Jeanne (1)**
273:25
**Jeez (1)**
324:9
**Jesse (2)**
152:20,21
**job (61)**
1:25 44:23,24 45:3
46:22,24 47:7,10
48:15 54:25 56:2
59:15,18 60:12,13
68:25 76:4 80:22
86:2 90:23 108:18
109:7 110:11,23
128:24 129:4,16
132:8,10,13,19
147:24 172:15
178:17 190:21,23
205:16 220:7,21
221:2 222:4,6 226:6
226:13 228:21
240:17 256:14
260:3 269:24 297:4
324:15 325:2
338:19 339:3 346:5
346:12,24 347:2,7
349:21 350:2

**jobs (8)**
45:11 76:24 188:22
212:24 221:22
223:20 224:4,6
**Joe (48)**
8:9 50:25 51:4 54:24
56:6 59:10,23 63:2
64:17 66:2,8,16
89:21,24,25 139:14
140:12 144:20,23
145:11 169:15
177:21 183:16
199:6 212:2 214:21
215:12 226:2,3,3,6
226:13,21 227:3,5
227:12 253:15,17
284:10 338:3,16,24
339:6 341:21 342:7
342:11 344:6
347:17
**Joe's (3)**
226:10,20,24
**John (14)**
115:20 168:15,16,16
173:11,11 176:7,10
189:15,19,22
190:14 328:10,13
**Johnson (4)**
1:24 2:16 359:4,18
**joke (1)**
319:16
**JOSEPH (3)**
1:4,8 3:19
**JOSH (1)**
4:18
**Jr (2)**
1:9 89:25
**judge (9)**
30:7 80:14 218:8
262:21 264:8,14
272:7,8 289:5
**Judi (4)**
1:24 2:16 359:4,18
**July (11)**
1:19 2:4 6:20 9:22
10:6 41:14 53:22,25
68:19 137:4 361:3
**jump (1)**
155:24
**jumped (3)**
158:8 238:2,6
**June (4)**
9:20,23 10:3 135:25
**jurisdiction (1)**
188:13
**jury (3)**
155:16,17 272:17

—————
**K**
—————

**karate (1)**
87:14
**Kathy (1)**
198:14
**keep (15)**
91:3 138:6 151:16
205:19 227:11
233:23 247:17
265:22 266:9 271:3
287:16 321:13,17
321:22 322:6
**Ken (6)**
7:7 58:13,16,20 163:3
164:17
**KENNETH (1)**
3:23
**kept (3)**
288:4 317:19 358:9
**Kevin (29)**
1:4 3:13 7:9 8:9 55:6
169:24,25 210:17
210:21 211:12,20
211:21 227:25
228:3,6,10,15,20
234:8 257:21 288:6
293:3 297:6 298:4
298:13 300:6
332:11 345:14
346:4
**kid (2)**
78:22 222:13
**kidding (2)**
146:18 316:5
**kids (7)**
46:2,3 52:6,13 133:23
227:9 319:2
**killing (2)**
228:21 323:3
**kind (34)**
16:10 37:16 42:12
43:18,19 45:17 46:8
51:13 75:15 77:17
80:11 97:2 112:15
112:22 114:16
145:23 163:11
173:17 198:18
209:15 217:14
223:18 226:7
233:19 254:13
319:11 329:19
330:16,25 333:23
335:2,8,10 354:19
**knee (1)**
176:13
**knew (16)**
52:7 133:17 177:16
177:17 203:3
225:12 231:22
248:8 275:22 276:4

296:19 316:7
325:18 326:8,17
338:20
**know (413)**
7:14 8:11 12:9 13:6
13:20,21,25 17:2
20:2,12,20 21:20,21
25:20,21 26:14,18
27:19 28:20 33:5
35:18 37:18,19 40:7
41:19,21 42:9,13,14
43:13,15,20,25 44:6
44:8,20,21 45:4,5,6
45:6,10,17 46:10,11
46:12,13,22 52:8,11
52:17 57:23 58:16
63:16,18 75:24
77:20,21 78:9 79:3
81:10,12,13 85:4
86:10 87:3,15 88:15
88:21 92:12 93:6
96:6,17,23 98:7,20
99:2,8,15 100:9,14
101:11,17 103:10
104:15 105:15,22
105:22,25 106:15
107:6,25 109:16
110:7,21,24 111:4
112:25 113:3,5,24
115:14,22 117:24
118:3,8,12 119:2,9
119:13 122:7,9,20
122:20 123:8,19,24
124:2 125:7,10,11
126:21 131:4,11
132:11,22,24 133:8
136:14 139:5,17
140:6 141:3,7,9,10
141:21 142:17,21
143:2 144:17,22
145:15,24 147:2,16
149:25 150:16,18
152:22 154:19,24
156:15,19 157:11
160:12 162:12
165:7 170:17,24
174:19,22,24 175:4
176:16 177:6,14,20
178:9,11,17,21
179:3,21 180:4,12
184:23 185:2,22
186:4 187:16 189:9
189:23 190:10,18
190:20,20 191:4,17
191:19,23 192:5
193:19,21 194:24
195:2,9,19,25 196:4
196:5,11 198:20,23
198:24 199:3

202:10,19,19
204:20 205:9,11,13
205:15 206:16
208:6,10,17 209:11
209:18,19,19,22
210:3,4,5,12 214:6
214:8,11,18 215:20
216:20,22 218:4,5
222:11,12,24 223:6
226:13 227:4,8,10
228:8,10,11,11,12
228:18,21,22
230:22 232:19
233:9,10,12,18
236:16,17 239:2
240:9,18 241:25
243:5,7,10,11,14
244:14,20,21
245:10 252:12
254:2,9 256:15
257:11 259:9,14
260:7,17 261:13,20
261:21 262:5,19,20
262:21,23,24,25
264:3,7,16,21
265:21,25 266:4,6,7
266:12,14,22 267:3
267:16 268:2,8,11
268:13,16,22
271:21 274:22
277:12,20 278:19
278:24 279:2,4
280:12,18,19 282:5
282:13 284:6,10,14
285:4,6,15,18 286:6
286:15,24 287:19
288:2 290:19
291:24 292:2
294:23,23 295:18
295:19,20,23,23
296:4,15 298:8
300:10,18,18 305:5
308:13 315:16,20
316:8 317:15,18,21
318:16,20,23
319:12,14,25 321:9
324:4,20,22,22
325:5,9 326:4,6,7
327:6 329:6,10,12
329:16 330:21,23
331:6,10 332:16
333:16,17,22 334:9
337:6,18 338:18
339:14 342:23
343:4 345:20
347:12,15 348:14
349:13 350:7,18
352:12 353:19
355:18,20,24

356:15,23 357:22
358:2
**knowing (1)**
266:22
**knowledge (7)**
11:11 13:8 184:16
291:13 338:22
356:4,24
**known (8)**
25:10 42:16 46:13
83:9 116:8,19
133:22 259:16
**knows (2)**
237:13 269:17
**Krepella (2)**
65:15,16
**K-R-E-P-E-L-L-A (...**
65:17
**K.ROGERS (1)**
1:10

—————
**L**
—————

**lady (1)**
290:5
**laid (2)**
341:15,16
**Lamm (28)**
1:4 8:9 50:15,17 55:6
169:24,25 170:2
210:18,21 211:12
211:15,20,21
227:25 228:3,6
257:21 288:9,19
293:3 297:6 298:13
299:4 300:6 332:9
345:14 346:5
**Lamminated (1)**
299:4
**Lamm's (5)**
228:15 288:6,25
289:15 346:11
**land (1)**
266:20
**lap (1)**
43:20
**large (1)**
321:19
**law (21)**
4:10 49:3,13 57:7
59:14,24 79:7 94:25
95:3 140:7,23,25
159:20 160:21
196:6 221:8,20
223:17 312:9,11,12
**lawn (1)**
323:7
**laws (6)**
48:21,24 49:20,22
220:5 222:15

**lawsuit (9)**
39:19 44:20 58:22
338:20,21 342:25
342:25 343:6,15
**lawyer (1)**
19:17
**lawyers (1)**
153:24
**layoff (1)**
341:22
**lead (1)**
101:9
**Leading (1)**
180:13
**learn (24)**
33:8 35:19 106:3
132:15 137:12
174:10,16 179:2,25
183:6,10 198:9
209:25 215:17
220:23 251:13
269:4 284:2 310:19
310:22 316:22
318:3 327:13 328:3
**learned (11)**
35:6,21 106:5 132:24
174:19 251:17
298:12 300:9
341:20 345:20
349:20
**leave (10)**
7:15 146:24 147:13
232:20 251:19
306:9 309:17
314:16 315:10
358:9
**leaves (1)**
232:23
**leaving (3)**
122:18 202:21 341:12
**led (5)**
132:23,25 247:14
326:12 336:9
**ledge (1)**
209:5
**Lee (1)**
16:6
**leeway (2)**
118:4,6
**left (17)**
90:8 99:6 105:3 109:8
130:24 143:14
154:11 173:19
195:7 205:23 220:6
233:25 235:25
307:19 310:2
324:10 325:14
**leg (1)**
195:10

**legal (7)**
4:18 33:19 51:15
52:12,19,21 140:20
**legally (2)**
14:18 218:4
**legislator (1)**
88:2
**lent (1)**
87:15
**letter (69)**
31:25 32:4 33:2 54:24
55:2 87:17 88:3,22
88:25 89:3 90:14
95:6 96:16,20 97:18
98:11,11,18 100:6
100:18 102:6 103:4
103:14,17 109:18
119:5 120:23 125:3
137:14,21,23 138:6
138:14 151:11,16
151:20,22,23,24,25
153:12,15 159:25
203:22 204:2,5
206:19 207:7,12,16
207:18 208:7,11,12
274:7 282:12
335:24 336:5 337:2
337:14 338:3,4
342:3 348:6,13
349:22 360:11,12
360:24
**letterhead (4)**
124:15,17 337:3,4
**letters (6)**
49:19 98:19 238:12
271:16 337:23,24
**letting (5)**
48:8,12 129:16
329:19 330:5
**let's (24)**
6:11 9:19 11:12 18:13
24:12 33:18 40:14
76:8 95:5 104:18
118:18 120:9 154:3
178:20 200:21
239:13 247:17
258:7 299:23 300:5
311:12 314:24
324:9 338:2
**level (3)**
79:15 92:6 225:8
**Levine's (1)**
279:18
**liaison (4)**
89:11,12,22 90:3
**liar (1)**
192:17
**library (4)**
354:22,23,24 355:2

**license (4)**
17:6 22:7 308:18,21
**licensed (1)**
309:2
**lie (1)**
321:9
**lieutenant (5)**
92:8 134:22,24 135:3
135:7
**life (8)**
13:18 108:10,23
110:21 127:14
128:4 160:9 283:11
**lifeguards (1)**
322:11
**light (13)**
37:23 78:21 79:8
119:19,24,25 120:3
120:4 122:11
197:23 238:19
289:9 341:8
**limber (1)**
87:15
**limbo (1)**
164:5
**line (18)**
82:8 97:9 98:22
117:15 132:2
142:10 155:25,25
197:3 222:6 303:4
304:11 361:11,13
361:15,17,19,21
**lined (1)**
321:21
**LIPSON (1)**
4:18
**list (11)**
70:20,23 71:12,16
84:6,25 125:5
193:16,18 220:11
228:18
**listed (3)**
74:13 206:18 264:3
**listen (9)**
81:9 113:12 127:13
128:3 175:19
224:24 238:5,23
303:16
**lists (2)**
71:8 247:5
**literally (1)**
107:11
**litigation (1)**
152:5
**litigations (1)**
152:6
**little (24)**
8:14 33:23 44:2,11
54:16 73:8,13 80:23

81:21 112:20
114:16 127:8,9,22
127:23 128:19,20
180:2 222:13 237:4
303:25 319:3 329:8
329:20
**live (2)**
10:2 13:21
**lived (9)**
9:17,21 10:6,9 11:18
11:20 12:14,17
13:22
**LiveNote (1)**
2:19
**living (3)**
267:9 269:16 319:15
**LLP (4)**
2:15 3:3,16 4:2
**local (1)**
74:10
**located (2)**
36:6 41:15
**lock (2)**
47:5 250:11
**Loeffler (43)**
1:9 3:19 32:6,9,15
42:10 56:6 59:10,23
63:2 64:17 66:2,8
66:17 89:21,24,25
139:15,19 140:12
142:11,20 144:20
144:23 145:11
159:11 183:16
184:24 185:2,4,5
199:6 204:9,20,23
205:3 206:5 207:23
214:21 215:12
253:15,17,21
**long (36)**
9:17,24 12:6,8 25:15
27:22 34:14 38:4
40:23 42:16 46:13
60:13 62:9,14 63:19
65:18 67:13 76:18
85:18 90:4 111:23
113:4 135:12,17
215:5 294:15
324:17 326:4,11
354:2,3,5,8 355:5
355:13 356:3
**longer (7)**
144:6,7 150:11,14
207:19,23 213:17
**long-term (3)**
25:13,14,15
**Lonny (1)**
191:17
**look (20)**
81:15 97:6 98:22

99:21 107:2,4 142:5
193:16 197:2
205:22 206:9
221:20 240:4 248:7
256:15 265:11
337:9 341:10
342:13 343:24
**looked (8)**
109:7 144:14 219:22
223:14 240:2 246:3
246:6 338:25
**looking (6)**
111:10 112:24 234:2
275:24 276:4
293:12
**looks (3)**
103:21 186:23 254:4
**loop (3)**
144:22 204:12 267:11
**lose (1)**
160:8
**loss (1)**
25:22
**lost (1)**
162:5
**lot (33)**
43:25 44:6 46:4,12
51:2 52:8 76:2
110:24 114:21
122:19 127:11,25
128:25 220:13
221:6,14,15 223:9
223:23,24 226:9,14
227:4 234:3 244:22
250:7 253:10
263:22 266:3
267:13 271:18
295:25 323:3
**lousy (1)**
226:12
**loved (1)**
129:11
**luck (1)**
138:3
**Luckily (1)**
208:2
**lunch (2)**
150:23 151:2
**lying (2)**
192:15 311:5
**L-E-E (1)**
16:6

_____

**M**

**Mace (1)**
78:24 79:2,12,15,23
**machine (5)**
87:8,14,16 169:8
224:17

**mail (2)**
137:14 271:16
**main (1)**
224:3
**maintain (4)**
16:15 137:24 263:16
322:4
**maintains (1)**
77:18
**maintenance (1)**
322:10
**majority (4)**
71:13 106:11 197:25
310:7
**maker (1)**
112:2
**making (10)**
33:9 35:18 144:7,23
182:19 201:13
289:3 292:25 293:2
293:10
**males (6)**
241:7 246:15 273:14
276:21 278:2
291:20
**Mallet (2)**
130:18 131:8
**man (4)**
44:4 78:15,17 253:19
**management (1)**
110:8
**manager (3)**
70:24,24 109:14
**Mancada (2)**
152:25 153:21
**manner (6)**
76:25 77:10 109:12
123:2 301:24
330:19
**map (1)**
112:2
**March (6)**
103:16,17 104:20,25
153:11 196:20
**Marissa (2)**
259:21,24
**Marissa's (1)**
259:23
**mark (21)**
6:11 7:9 20:16,23
22:2 28:2 95:5
103:2 141:13 153:3
185:12 196:12
199:16 203:16
206:20 297:12
298:18 335:11
339:15 348:2
350:21
**marked (43)**

6:12 8:19,24 9:5 95:7
95:10,22 103:4,8
104:2,8 141:16,19
153:6,9,15 185:15
186:14,20 196:14
196:19,24 203:18
203:21 206:23
207:11 297:16,19
298:19,23 335:13
335:16,21 339:17
339:21 348:4,7,12
348:25 350:24
351:3,9,10
**Marks (2)**
3:9 58:2
**marriage (1)**
359:11
**married (4)**
190:5,6,7,8
**Mary (5)**
184:8,10 198:14
208:23 334:8
**master (4)**
227:6 259:24 260:2
270:4
**masters (1)**
322:11
**matter (52)**
6:17 8:9,12 16:2,3,23
17:3 18:21 19:9,12
19:15,17,21,23,24
22:6,7,8 32:20,23
33:9 39:11 54:5
55:7 74:20,21,23
133:14 152:20,24
154:3 155:7,11,19
157:22 158:11,15
159:4 162:6 217:21
221:25 236:2
263:17 270:18
297:25 344:16
345:9 346:9,14
353:16,23 359:13
**matters (3)**
32:21 158:13 163:14
**mayor (69)**
1:8,10 18:22 32:5,6,8
32:15 42:9 49:2,4,5
49:6,8,8,10,12
55:21 65:14 66:21
67:22 68:11 74:11
88:21,23 89:5,7,15
89:19,25 104:12
107:8,19 108:3,10
108:16 109:13
111:18 112:8,9,12
112:23 120:15,16
121:6,10,16 129:25
130:18 132:2,3,3,4

132:11 137:18
138:4,5,14 151:23
151:23,24 159:9,11
159:11,12,15
166:15,16 185:10
238:12
**mayor's (1)**
161:16
**meal (3)**
302:11,15 303:2
**mean (54)**
13:19 15:9 30:9 34:12
41:21 57:2 63:11
75:7 83:25 89:24
91:25 96:13 110:17
111:12,23 114:4
115:14 129:10
138:22 140:22,25
161:21 162:16
164:3 171:13
172:22 173:23
178:14 179:18
200:18 209:23
221:16 228:8,18
256:20 262:14
271:25 272:8
273:13 286:15
291:9 296:7 304:8
304:22 306:21,22
306:25 309:7
312:20 314:14,15
329:10 330:7
333:22
**meaning (5)**
28:5 84:10 116:8
121:6 130:25
**means (11)**
25:5,7 26:21 75:12
142:17,20,21
187:16,17 189:23
350:7
**meant (6)**
18:8 36:17 40:7 41:2
46:12 116:20
**medevaced (1)**
276:13
**medical (15)**
24:9,11,13 25:22,24
27:19 61:20 62:3
85:15 86:8 173:8
240:16 254:10,13
293:8
**medication (12)**
24:23 25:2,8 26:11,18
27:12,15 28:17,22
30:18 31:8 286:21
**medications (5)**
23:19,21,24 24:5,15
**medicine (3)**

26:5 27:22 28:11
**medicines (1)**
25:23
**meeting (23)**
48:19 51:8,9 70:16
71:2 121:23 142:2
167:5 220:2 328:10
328:12,15,17,21
329:9,10,17,20
330:22 331:12,18
334:22 343:4
**meetings (9)**
49:17,18 199:7,8,18
199:19 219:9,10
302:5
**members (3)**
139:10 266:9 267:8
**memo (13)**
97:7,17 100:14
103:21 104:20
106:22 112:7
120:10 181:14,20
186:15,20 196:20
**memoranda (1)**
106:9
**memorandum (1)**
196:24
**Memorial (13)**
4:13 35:10,15,17 39:6
39:7 41:16,18 42:3
53:2,11 145:18
333:15
**memory (11)**
25:8,11,13,16,22
27:17 263:24 264:4
286:10,13 341:8
**memos (1)**
106:19
**men (3)**
318:25 319:5 349:17
**mentally (1)**
36:25
**mention (2)**
38:9 335:9
**mentioned (2)**
229:20 280:10
**men's (1)**
229:10
**mere (1)**
294:22
**Mermaid (1)**
131:18
**met (1)**
83:11
**Michael (2)**
57:11 66:23
**microwave (1)**
326:2
**mid (1)**

184:4
**middle (5)**
87:13 122:21,22
234:24 328:15
**midnight (5)**
167:19 168:11 169:9
169:11 252:17
**midnights (5)**
168:10 169:6,19,25
170:6
**Mike (2)**
65:15 68:11
**military (2)**
212:17,18
**Mill (1)**
3:11
**Miller (7)**
89:20 103:15 120:11
120:19 121:16
278:19 279:6
**mind (11)**
37:2,5 49:25 82:14
220:22 233:23
280:6 300:17 305:6
333:19 357:24
**mine (1)**
186:25
**Mineola (1)**
4:6
**Minerva (3)**
184:10 185:19 208:24
**mini (1)**
59:23
**minute (5)**
40:24 43:10 81:4
229:9 326:19
**minutes (8)**
38:5 141:25 199:17
314:20,20 315:3,4
315:11
**missing (2)**
187:2,7
**mistake (8)**
135:20 260:21,24
261:5,13,24 262:8
262:11
**mistress (1)**
133:7
**Mitch (8)**
315:16,17,22,23
316:6,8,10,14
**mode (1)**
319:17
**Moeller (3)**
168:18 307:8 325:21
**mom (1)**
54:22
**moment (1)**

254:2
**Monday (5)**
112:3 126:5 236:7
258:15,19
**monetary (1)**
159:23
**money (3)**
44:7 349:13,15
**months (4)**
107:9 108:13 135:18
208:14
**moot (5)**
161:23 162:3,4,4,9
**morning (29)**
8:3,4 46:23 47:2,2
126:7 130:4 167:20
168:5,11 169:9,12
241:10 244:24
245:4,10 246:20
247:17 253:17,23
253:25 255:7
281:19 282:4,6,6
291:20 296:14,17
**motion (2)**
7:20 142:11
**motions (2)**
7:13 17:21
**motor (1)**
313:8
**motorcycle (2)**
43:6 333:25
**moving (2)**
312:7,10
**MPs (1)**
212:18
**multi (1)**
10:21
**multi-use (1)**
10:21
**municipal (2)**
71:23 159:20
**mystery (2)**
206:25 207:3

_____

**N**

**naive (1)**
163:11
**name (19)**
6:7 8:5 17:6 18:18
115:19 151:13
173:12 176:8,12
184:9 206:9 237:18
237:19 298:2 316:8
349:10 354:12
361:2,4
**named (12)**
152:12,17,23 156:7
156:23 157:13,16
157:21 159:15

161:19 173:11
316:7
**names (20)**
26:8,9 27:24 68:16,17
70:23 71:4 152:16
155:22 156:11
187:11 212:15
214:7 234:16
235:16,23 248:12
248:13 259:10
276:23
**narrow (1)**
166:6
**Nassau (3)**
72:17 176:24 237:13
**Natalie (4)**
1:10 3:19 49:11 56:9
**nature (2)**
18:24 268:13
**neck (1)**
242:22
**need (34)**
7:3,20 20:24 23:10,14
43:12 66:24 69:20
79:16 92:25 111:16
112:15 124:22
128:19 139:24
148:11 173:22
175:21 183:23
187:17 188:3
217:14 227:12,13
228:23,23 231:2
232:18,20 254:13
256:25 304:7
312:18,24
**needed (21)**
48:14 55:4 79:16
82:11 94:19 101:20
129:23 131:2
173:22 196:2 214:7
240:16 250:22
251:9 254:13
271:15 282:25
287:2 293:11
314:11 331:8
**needs (6)**
179:2 180:24 187:13
190:14 191:4
283:23
**negative (1)**
346:13
**neither (1)**
21:6
**never (52)**
14:10,11 15:16 17:25
21:12 37:21 48:20
49:20 55:3 56:4
66:12,17 67:16 81:7
90:2 108:21,25

123:23 132:9
136:25 145:25
150:9,9 152:11
160:16 161:3,8,9
173:19 177:6
193:22,23 200:23
202:21 204:2,7,14
207:7 235:21 242:2
259:20 266:24
279:3 304:2,7,8
323:8,16 329:5
337:22 349:11
352:9
**new (52)**
1:2,18,18 2:2,2,15,15
2:20 3:6,6,12,22 4:6
4:14 6:10 10:14
42:4,5 70:17 72:7
72:11 74:3,6,8
109:7 111:21
121:15 124:7
128:14 129:24
131:20 164:2,3
171:14 172:7
175:16 197:5
198:21 202:20
203:10,13,14
206:13 266:23
287:2,3 298:7
312:11 325:15
341:7 357:25 359:5
**news (1)**
130:16
**Newsday (3)**
34:8,10 35:4
**newspaper (2)**
49:19 155:13
**nice (4)**
46:8,8 130:6 270:13
**night (49)**
78:21 126:7,13,23
127:11 128:2,12,24
128:25 129:3
130:21 165:13
167:23 168:4
194:17,19 230:20
230:23 236:10
245:3,5,21,25 246:7
247:7,14 249:21
250:5,17 260:8,18
261:6 262:13
264:19,22 267:15
267:17,21 274:14
274:17,20 279:24
280:3,8 287:24
296:24 301:22
323:10,13
**nights (4)**
126:6 128:7,23

194:20
**nighttime (1)**
128:20
**nine (2)**
108:13 201:8
**nobody's (1)**
48:21
**nods (1)**
17:20
**Nofi (20)**
1:4 8:9 50:22,23
54:24 80:7 169:15
169:16 177:21
178:4 212:2 226:2
284:10 332:12
338:3 339:6 341:21
342:7 344:6 347:17
**nominated (2)**
85:23,25
**nomination (1)**
86:4
**non-competitive (2)**
44:23 84:4
**non-police (2)**
313:25 352:17
**non-public (1)**
28:5
**Nope (6)**
138:12,16 139:11,13
139:16,18
**normal (7)**
145:21 256:14 278:13
305:7,11 310:16
314:9
**normally (6)**
200:19,22 240:18
243:24 244:24,25
**Notary (2)**
2:19 359:4
**note (15)**
20:3 33:22 47:17
54:15 67:18 110:15
119:22 148:13
186:22 243:25
262:9 269:12
276:20 296:25
340:12
**noted (1)**
358:19
**notes (6)**
234:18 243:20 244:7
244:10 254:20
342:14
**notice (2)**
2:16 33:19
**noticed (1)**
240:4
**notified (1)**
177:3

**Novikoff (297)**
3:23 6:24 7:6,8,12,22
11:13 13:4,11,15
14:7,9 15:8 20:3,8
20:18,23 21:14 22:4
24:18,24 26:6,20
28:13 29:8 33:12,22
35:2 37:7 47:17
48:4 49:4,7 50:4
54:10,15 55:23 56:7
57:10,12,20 58:10
59:22 63:13 64:11
66:15 67:2,7,18
69:3,16 71:10 72:13
73:10 74:24 75:17
78:6 79:13 84:12
87:20,22 90:20 91:4
91:6,8,23 92:15
93:8,21 94:2 95:2
95:13,16 96:15
103:13,20,23
105:24 106:24
110:2,15 111:6
114:2,8 115:6
116:11,15 117:3,8
117:12,17 119:22
125:16,23 127:15
128:8 129:18,20
130:10,17 134:9,21
140:2 143:5,9,11,20
144:3 146:13,17
147:9,21 148:8,13
148:19 149:3,7,13
150:7 155:9,14
157:18 162:7,11
165:25 167:13
168:4,7 170:15,20
171:7,23 172:10,21
174:4 176:6 177:15
178:10,24 179:10
180:13,21 181:9,19
182:15 184:13
186:12,22 187:2,5
188:11 191:25
192:9,16,21 194:8
194:11 196:10,16
197:14 199:21
200:2,6 205:25
206:25 207:3
208:13,15,22 209:4
211:6,15 213:24
217:4,12,16,19
218:6,11,19 225:9
227:22 230:2
234:20,25 235:3
241:2 244:8 245:6
246:12 247:9
249:22,24 250:6,18
251:2,11,22 253:22

253:24 257:14
260:13,19 261:7
262:4,9 263:14
264:12,24 267:23
268:19 269:8,12
270:12,14,19
271:22 272:15
273:5,13,16 275:3
275:13 277:15
278:3,10 285:24
286:17,23 291:8,12
291:25 292:9,19
294:7 295:16
296:11,25 297:13
299:18,21 300:13
301:8 306:4,12,14
307:3,24 308:5
310:14,21 311:20
312:3 313:18,22
314:22,25 315:12
315:25 316:4 320:7
320:16,23 326:21
327:11,15 333:7
334:16 339:4,7,19
339:24 340:5,12,20
342:10,21 345:11
345:23 346:15
348:16,18,22 350:5
350:11 351:24
352:6,18,23 353:12
355:22 356:10
357:5,20 358:5,13
358:16

**Novikoff's (2)**
31:14 164:17

**number (22)**
6:16 113:16 153:11
186:16 196:16,21
197:16 203:24
206:9 207:5,13
208:5 297:13 298:3
329:15,17 335:8,8
335:18 348:14
356:17 357:24

**numbered (4)**
103:10 141:21,22
297:21

**numbers (4)**
103:11 223:15 339:23
351:5

**nurse (2)**
190:22,23

**NYPD (2)**
251:19 260:3

_____
O
_____

**oath (7)**
5:13 14:18 15:4 18:8
18:10 321:7,9

**object (6)**
26:20 117:7 230:2
250:18 271:22
272:15

**objected (1)**
117:11

**objecting (2)**
110:18 211:16

**objection (181)**
11:13 13:4,11,15 149
20:3 21:17 24:18,24
33:12,22 37:7,8
47:17 49:7 50:4
54:10,16 55:23 56:7
59:22 63:13 64:11
66:15 67:2,18 69:16
71:10 72:13 74:24
78:6 79:13 84:12
90:20 91:4,23 92:15
93:8,21 94:2 95:2
96:15 105:24
106:24 110:2,3,15
111:6,7 114:2,3,8,9
115:6,7 116:11,12
117:3,17 119:22
125:16,23 128:8
129:18,19 130:17
134:21 140:2,17
143:5 144:3 146:13
146:14,18 147:21
148:8,13,19 149:3
150:7 155:14
162:11 165:25
167:13 170:21
171:7 172:10,21
174:4 176:6 177:15
178:10,24 179:10
180:13,21 181:9,19
182:15 184:13
191:25 192:16,21
196:10 205:25
208:22 211:6
213:24 217:4
218:19 225:9 241:2
244:8 245:6 246:12
250:6 251:22
257:14,15 260:13
260:19 262:4,9
263:14 264:12,24
267:23 269:8,12
270:12,19 275:3,13
277:15 278:3,10
285:24 286:23
291:8,12,25 292:9
292:19 294:7
295:16 296:11,25
300:13,14 306:4,12
307:3,24 308:5
310:14,21 312:3

315:12 327:11
332:13 333:7 339:4
339:7 342:10,21
345:11,23 346:15
351:24 352:6,18,23
352:24 353:12,13
355:22 357:5,20,21
358:5,7

**objections (3)**
5:7 7:16,23

**obligated (1)**
14:19

**observe (1)**
202:22

**observed (1)**
261:18

**obtaining (1)**
282:14

**obvious (2)**
101:20 240:6

**obviously (7)**
44:10 221:12 225:5
283:13 312:18,23
342:4

**occasion (1)**
82:11

**Ocean (79)**
1:8,11 3:18,19 6:19
10:10,11,14 11:12
15:3 17:10,11 18:4
18:14,23 32:2 33:2
33:10 34:17 49:18
51:23 54:9 56:2
58:8,24 60:22 61:4
63:12 64:10 66:14
73:21,22,25 74:2
82:20 83:8 89:11
131:8,15 134:2
142:2 151:8 152:7
152:25 157:23
159:9 177:14 178:8
179:21 187:22
188:3,7 195:14
208:19 209:12
212:6 216:4,6 257:4
257:9 267:17 273:3
273:10 300:20
301:4,5,11,16
306:18 316:10,12
316:17 337:7 349:4
349:10 351:14
355:25 356:25
361:2

**October (7)**
60:14,17 61:5 62:13
144:11 203:23
207:12

**odd (1)**
268:5

**offended (1)**
298:2

**offense (4)**
302:18,20,21,24

**offensive (1)**
108:4

**offered (1)**
45:9

**offhand (1)**
14:4

**office (22)**
10:23,24 38:21 39:19
57:11 58:18 71:18
107:10 115:12
130:6 183:11 184:6
185:23 186:6
198:12,13 216:18
238:20 285:14,16
334:25 358:14

**officer (136)**
5:12 15:3,6,13,19,22
15:23 41:5,7 54:25
60:19,21 61:4,14,18
62:10,12 69:9,21,24
70:7 72:10,12 73:16
75:12,18 80:7 83:3
83:19,24 84:2,5,7,9
84:10,18 85:7,11,19
86:24 88:5,6 90:5
93:2,7,11 94:21
97:21 99:4 107:15
107:23 111:25
113:8 118:9 133:24
153:23 159:24
165:17,20 168:13
168:25 169:3,12,13
169:21 170:9 172:8
173:11 176:22
177:4 178:20
179:13 180:18,24
185:8 188:3,19
194:6 195:8,13,17
195:23 196:3,8,9
201:11,13 204:21
205:10,17 206:6
220:18,22 223:4
225:11,17,19,20,22
225:24 226:2,25
228:2,4,15 236:16
237:11 238:5
242:19,21 252:2
256:21,24 258:6
263:8,11,23 265:13
265:17 275:23
276:2,5 287:12
290:17,21 291:4,5,7
291:16,17 299:19
303:15 313:4
315:10 324:13

338:17

**officers (147)**
11:20 12:14,17,19
13:6,9 14:2,5 39:20
55:13 60:2,3,8 71:9
71:20 72:5,6 74:4,7
76:3 83:22 101:19
101:23 106:21,23
107:13,16,21 112:3
115:9 117:21 118:5
166:9,11,19 171:6
171:10,13 172:25
173:9,15,22 175:18
176:4,21 177:14,16
178:8,11 181:14
182:12,20 183:8,14
183:19 184:25
186:8 188:9,24
191:12,14 196:7
197:20 200:11,15
201:14 204:10
208:19 209:12
212:6,22 213:21
216:4,10,23 217:3
218:15 219:3 220:3
220:6,20,25 221:3
221:22 222:17,19
222:22,24 236:21
239:24 240:22,24
249:20 250:4,16
256:7 267:21
274:22 279:24
280:14,22 287:24
292:7,17,25 293:5
293:24 294:6 295:5
295:17,18 296:20
300:22,23 301:3,6
301:12,20 302:2
303:18,21 305:13
305:16 308:17
309:13,22 310:13
311:8,18,23 313:9
314:7,10,17,18
315:9 324:25
334:22 342:19
343:9 351:22 352:5
352:17 355:25
356:25 357:3,24

**officer's (1)**
302:11

**offices (1)**
2:14

**official (5)**
1:9,11,13,15 53:24

**officially (1)**
268:10

**officials (2)**
55:20 74:11

**off-duty (8)**

301:2 302:2 308:17
311:23 314:7,10
315:9 352:16
**off-season (1)**
244:23
**oh (23)**
11:16 17:2,25 70:2
81:7 135:13 136:11
144:19,20 145:7,14
160:18 164:19
175:5 176:11 193:9
227:11 253:24
288:2 297:11 324:9
331:20 349:25
**okay (93)**
8:22 11:16 15:20
18:12 20:7 22:14,19
26:18,19,24 30:5,23
31:23 35:9,12 40:19
40:25 41:24 43:7
48:3 51:5 54:15
66:21 68:18 76:9
87:22 98:17 103:20
104:4,5,15,18 105:6
109:24 116:4
117:12,22 126:18
129:23 132:15
142:5 143:19
144:19,20 148:23
149:6,16 155:21
156:22 166:13
168:7 187:25 189:8
189:10,13 200:7
201:19 204:2,5
206:4,11 215:17
226:4 230:19 231:5
231:14 239:13
241:11 246:23
249:4,24 251:11
259:5 264:21 294:4
294:25 295:8 296:7
298:17 299:13,21
314:25 315:7 316:4
316:22 319:4
324:14,17 326:21
341:2,10 351:18
353:3
**old (2)**
4:5 298:8
**older (2)**
301:19 324:16
**once (16)**
37:22 80:20 105:17
130:7 141:9 150:10
150:14 162:5
205:18,20 271:5
287:9,15 290:4
328:5 350:9
**Onderdonk (3)**

194:24,25 195:5
**ones (5)**
102:15 121:12 158:2
158:4 279:23
**one-page (10)**
95:11 141:20 153:10
186:15 196:20
203:22 207:12
297:20 335:17
348:13
**one-sentence (1)**
16:8
**one-strike (1)**
86:22
**ongoing (4)**
163:24 173:18 176:15
215:7
**Online (1)**
353:20
**on-duty (11)**
240:22,24 250:16
267:20 279:23
280:22 292:6,16
293:24 294:6
314:17
**on-premise (1)**
309:2
**On-the-job (1)**
214:22
**open (8)**
12:19 145:20 199:10
226:8 309:14
312:10 316:2
321:21
**opening (1)**
70:4
**operate (1)**
16:12
**opine (3)**
138:17,20,22
**opinion (7)**
138:23,25 162:9,13
201:25 202:2
281:13
**opportunity (5)**
88:8,13,16 114:19
115:15
**opposed (12)**
15:9 66:11 84:4 92:13
124:9 181:7,16
190:10 211:4 213:3
320:21 350:12
**order (10)**
15:24 76:13,18,19
77:9 107:20 128:6
139:25 188:2 293:3
**ordered (5)**
122:25 126:20,24,25
134:16

**orders (1)**
78:2
**ordinance (2)**
79:8,10
**originally (2)**
83:2 237:7
**ounce (1)**
303:7
**outcome (1)**
359:12
**outside (11)**
15:12,18 36:9,11
38:15,16 43:5,5
73:20,24 236:9
**oven (1)**
326:2
**overdose (1)**
307:9
**overly (1)**
303:10
**overnight (1)**
12:25
**overturning (1)**
160:13
**owned (3)**
10:15,16 131:18
**owner (3)**
16:5,11 316:10
**owners (2)**
113:3 324:23
**ownership (1)**
16:12
**O'Brien (2)**
3:9 7:10
**O'Neil (1)**
58:2
**O'Neill (2)**
3:9 7:10
**o0o (1)**
5:17

_____

**P**

**P (18)**
196:13,21 297:21
335:12,18 348:3
350:23,23 351:5,6
354:13 356:11,13
360:16,21,23,25,25
**packed (1)**
267:3
**page (21)**
103:14,16 104:19
105:11 107:3
120:10 141:25
218:23 298:25
299:3 341:11
351:10,15 360:3,9
361:11,13,15,17,19

361:21
**pages (7)**
104:2 340:3,14,16,19
340:22,25
**paid (8)**
145:9,10,25 146:3
181:23 191:13
195:17 196:8
**pail (1)**
310:10
**paper (5)**
15:10 34:2,7 35:22
305:9
**papers (2)**
161:16,18
**paperwork (9)**
192:8 193:8 234:3
253:6 256:18 257:2
258:9,11 275:10
**parade (4)**
35:15,17,20 42:3
**Paradiso (462)**
1:18 2:13 3:1 4:1 5:1
6:1,2,9,17 7:1 8:1,3
8:12,12,16,19,24,25
9:1,4,5 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1,2,3,5 22:1
23:1 24:1 25:1 26:1
27:1,9 28:1 29:1
30:1 31:1,7 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1,13 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
95:10,11,21,22,25
96:1,2 97:1 98:1
99:1 100:1 101:1
102:1,12 103:1,8,9
103:15,18,25 104:1
104:2,6,9,18,19,21
105:1,9,11,12 106:1
107:1,3 108:1 109:1
110:1 111:1,3 112:1
113:1 114:1 115:1
116:1 117:1 118:1

119:1 120:1,9 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1,22 138:1
139:1 140:1 141:1
141:19,20,24 142:1
143:1,13,17 144:1
145:1 146:1 147:1
148:1 149:1,8 150:1
151:1 152:1 153:1,9
153:9,14,15 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1,12,14
186:15,19,20 187:1
188:1 189:1 190:1
191:1 192:1,10,12
193:1 194:1 195:1
196:1,18,19,23,24
197:1,16 198:1
199:1 200:1 201:1
202:1 203:1,21,22
204:1 205:1 206:1
207:1,10,11,15
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1

280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
297:19,20,23 298:1
298:23,24 299:1,7,8
300:1,5 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1,5 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
335:16,17,20,21
336:1 337:1 338:1
339:1,21,21 340:1,4
340:8,13,21 341:1
342:1,16 343:1
344:1,25 345:1
346:1 347:1 348:1
348:11,12,24,25
349:1 350:1 351:1,3
351:4,11,15 352:1
353:1 354:1 355:1
356:1 357:1,17
358:1,21 360:8
361:4,24
**paragraph (2)**
107:2 186:24
**park (2)**
55:11 346:23
**parking (1)**
55:11
**part (20)**
109:19 149:18 168:24
169:2 178:16 222:4
235:4 238:8 249:16
275:12,14,15,16
276:11,12 277:12
301:15 319:6
343:13 349:22
**particular (1)**
102:15
**parties (3)**
5:4 28:3 359:11
**party (10)**
16:18 152:6,13
231:16 245:25
262:14 267:2,18
356:7,8
**part-time (8)**
45:3 84:19,21,22 88:5

93:14,16 112:5
**pass (13)**
39:16 55:11 64:7,9,15
86:14,17 88:8
105:18 136:10
139:24 188:3 250:8
**passed (15)**
54:22 62:7 66:24
71:21 85:4 99:8
121:2 123:23 141:4
177:7 182:20 191:7
193:23 196:7
237:19
**passenger (1)**
313:8
**passengers (2)**
312:5 313:5
**password (1)**
287:11
**Pat (19)**
56:13,15 176:17,18
176:18 237:9
265:10 269:2,4,7,14
269:25,25 270:17
277:20 278:6 291:2
291:3,4
**patches (2)**
298:6,7
**patrol (1)**
324:21
**patrolled (1)**
224:12
**Paul (3)**
88:24 107:8 111:24
**pay (5)**
51:22 91:19 145:5
160:5 162:14
**payroll (7)**
144:11,14,14 173:5,6
175:17 208:24
**PBA (7)**
51:20,21,23 160:2
349:7,10,14
**PD (1)**
195:8
**pen (2)**
115:11,12
**pending (6)**
19:21 96:21 233:5,22
239:3 243:4
**penmanship (3)**
80:11 226:17,23
**people (110)**
28:5 48:22 49:15,18
68:16 70:13,21 71:8
79:6 107:15,20
109:3,20 117:19
118:3 121:5 131:2
133:15 145:18

167:3,22 173:20,24
177:2 213:23
218:21 220:10,23
221:6,12,18,24
222:9,12,15 223:16
223:21 224:21,24
225:4 226:7,8,10
231:18 233:6,8
234:5,11,17 235:11
235:17 237:7,14,16
238:11,23 244:22
246:15 247:11,15
247:21 248:8,14
254:13 255:21
258:3 259:10,12
263:15,18,25
265:12 266:3,6,25
267:4,13,20 268:2,4
268:7,13,14 271:8
271:16,18 272:9,25
273:9 277:21 278:8
283:11,12 284:19
285:10 290:8
291:19 292:4
294:14,17,22 295:7
309:10,14,15 310:5
324:19 332:19
339:11 352:15
**people's (2)**
26:7,9
**perceived (2)**
114:7 226:20
**percentage (1)**
159:22
**perception (1)**
263:13
**Perfect (1)**
7:24
**perform (1)**
219:5
**performance (5)**
216:3 218:25 219:6
226:24 344:6
**period (14)**
25:16 91:2 118:7
126:19 143:6,11
145:6 146:23
147:13 149:8,17
182:25 191:11
321:12
**person (29)**
36:4 50:25 57:4 73:17
79:17 83:4 101:17
108:23 116:14
174:5 175:9 182:19
225:14 232:8
241:12 254:23,25
261:3 263:15,20
264:17 265:15

266:3 275:19,25
293:7,10 324:19
338:14
**personal (4)**
108:17 338:21 356:4
356:24
**personality (2)**
117:21 226:7
**personally (3)**
107:25 108:22 311:4
**personnel (2)**
153:24 341:16
**person's (2)**
17:5 289:6
**per-page (1)**
162:23
**Peterson (8)**
18:3,13,19 22:6 32:20
32:23 152:5 158:5
**Petrowsky (1)**
115:20
**phone (26)**
30:7 40:3,5,10,20,23
41:5,8 57:4 113:10
113:11 145:23
185:19,22 230:22
238:22 252:19
254:24 255:22
306:11 333:9,14
338:3,4,12 341:9
**photocopy (2)**
298:19 360:20
**phrase (1)**
22:17
**physical (10)**
61:19 62:3 85:15 86:8
86:23 190:19 191:4
191:5 195:11 203:6
**physically (1)**
107:19
**pick (3)**
113:11 253:18 358:13
**picked (3)**
232:8 357:23 358:8
**picks (1)**
236:24
**picture (7)**
111:11 232:9 239:22
240:5 241:13,16
305:9
**piece (7)**
15:10 44:13 249:16
282:17,22 295:12
305:9
**pinpoint (1)**
26:12
**place (58)**
8:18 13:22 37:10
79:17 92:10 118:2

127:8,22 129:16,22
130:9 144:5 155:6
212:22 230:24
231:17 233:11
234:10 235:10
236:4 249:10,12,17
252:4 256:3,4,5
258:4 261:17
262:13 263:17
265:19 266:10,16
266:21 267:5,11
268:10 273:18
274:11 282:15
283:15 291:14,15
292:21 293:5,14
294:9 296:2,15
303:15 304:11
305:7 307:6,11
331:2 338:22 356:9
**placed (16)**
8:23 95:9 103:7
141:18 153:8
170:22 186:13
196:18 203:20
207:10 297:18
298:22 335:15
339:20 348:11
351:2
**places (4)**
47:8 313:16,19 350:9
**plage (1)**
14:15
**plaintiff (8)**
18:18 158:10,14,17
159:5 163:13,22
331:24
**plaintiffs (47)**
1:5 3:4 7:5 8:7 33:9
35:18 42:18 46:15
46:18 47:15 55:14
58:2,10 74:20,23
76:11 78:12 80:5,6
80:18 82:12,17
93:24,25 309:3
313:14,18,20 314:5
327:14 329:24
330:11 334:17,18
344:15 345:4,9
346:9,14 351:22
352:4,13 353:16,22
355:9,12 357:18
**Plaintiff's (16)**
6:13 95:7 103:5
141:16 153:6
185:15 196:14
203:18 206:23
297:16 298:20
335:13 339:17
348:4,7 350:24

**plan (2)**
253:2 270:25
**planning (4)**
100:19 245:11 329:12
329:17
**play (1)**
28:24
**playing (1)**
224:21
**Plaza (1)**
3:21
**plea (1)**
272:23
**please (14)**
6:7,22 99:23 103:3
115:12 129:11
141:14 153:4
185:13 206:21
235:3 303:17
335:11 354:20
**pled (5)**
272:12,18,18,19
290:15
**plugged (1)**
326:2
**plumber (9)**
114:12,13,15,17
115:15,23 116:6,23
117:16
**plumbers (1)**
114:11
**plumber's (1)**
115:19
**pocket (2)**
222:14 341:8
**point (51)**
11:22 46:17 68:18
69:5 70:11 76:13
79:22 82:19 85:13
89:16,22 100:18,25
105:15 107:11
125:18 126:9,12
136:2,9 143:22
148:24 149:21
161:23 162:3
181:17,17 182:3
191:14 193:25
204:14 212:4,14,21
221:13 227:16
250:3 255:11
287:11 289:25
300:21 316:18
329:13 330:14
336:6,10,22 341:21
341:23 342:5
349:19
**pointed (2)**
241:13,15
**pointing (2)**

140:15 197:15
**poised (1)**
112:16
**Pokoik (1)**
16:6
**police (345)**
1:11,12,13 3:20 10:24
11:20 12:14,17,19
15:3,6,12,18,22,23
16:5 33:11 36:8,9
38:9,13,19,23 39:2
53:5,9,13 54:25
55:13 59:5,6,11,18
59:21,25 60:2,3,4,8
60:12,14,18,20,21
61:4,14,18 62:10,12
64:2,4,10 65:21
66:14 67:17,20,25
68:3,4,9 69:2,7,25
71:9,16,17,19,21,24
72:5,6,10,12,16
73:21 74:2,4,5,7,9
74:11,12,13,14,15
74:17,18 75:4,5,10
75:25 76:3,14 77:16
77:18,22 83:3,6,8
83:18,21,24 84:2,7
84:9,9,15,18 85:11
85:14,18 86:24 88:5
88:6 89:5,7,10,12
89:17,22 90:2,5
92:3,25 93:7,11,13
107:10,15,16,20,23
108:9,12 109:8
111:15,24,25
112:17 113:2,5,6,18
113:19 115:9
124:14 127:9,23
130:2 131:3 137:25
142:7,12,25 144:6,8
145:22 150:3,6,6,10
150:17 151:8 152:3
152:9,11,25 154:8
154:22 155:2
156:23 157:14,15
160:16,19 161:3,15
161:17,19 165:23
167:6,8 171:5,10,12
172:8,15,25 176:22
177:4 178:8,12
180:18 183:8 185:8
188:2,9,18,21,24,24
191:13 194:3,6
195:8,13,17,23
196:2,8,9 201:6,10
201:13,18 202:7
204:10,14,21
205:10,17 206:6

208:19 212:11,20
212:22 213:21
214:4 216:4 220:3,6
220:17 222:5,7,8
223:3,22 224:2
225:11,17,18,20,21
225:24 226:2,6,25
228:2,4,15,25
230:19 231:21
232:4,14,18 235:24
236:16,20 237:10
238:5 239:23
242:21 243:19
249:13 252:4 255:3
255:16 256:21,24
257:5,13 263:8,11
263:11,23 268:14
273:3,11 275:23
276:2,4 290:21
291:4 292:16,22,24
294:4,11,13 299:11
299:19,25 301:6,12
302:5 304:12,25
305:3,10 306:10
307:19 308:16
309:10,12,16,21,22
311:8,24 313:5,9
314:17 315:9 318:7
321:25 324:13,18
324:25 329:9
336:23 338:6,8,10
338:11,14,16 339:3
340:9 341:4 342:19
343:9 345:17
346:21 347:6 349:4
352:17 355:25
356:25 357:3,24
**policemen (1)**
109:13
**police's (1)**
108:6
**policies (3)**
304:4 311:7 313:11
**policy (16)**
73:17 86:22 300:20
300:24 301:17,18
304:6,8,8,21 311:11
311:14,15,25
312:19,24
**Politics (4)**
354:3,5,8 355:13
**Politics.com (2)**
355:5 356:3
**polygraph (19)**
61:23 174:8,9,15
187:13 188:4,10,20
189:6 190:19
193:23 200:16
201:21 202:8,18

203:7,7,9,11
**polygraphs (4)**
187:18 198:3 202:24
203:3
**polygraph/physical ...**
190:15
**pool (18)**
17:9 212:23 214:7
232:2,3,10 233:16
236:25 239:20
241:12,19 254:5
268:18,24 280:3,6,7
280:10
**poor (3)**
46:9 113:13 342:19
**pop (1)**
310:8
**popped (1)**
175:19
**porch (1)**
43:14
**portion (7)**
20:17 127:17 147:11
218:12 235:7 251:5
273:7
**portions (3)**
85:11 164:20 223:25
**pose (1)**
28:9
**posed (1)**
14:10
**position (42)**
28:16 30:10 53:3 59:3
59:9 60:16 62:9,11
62:18,21 63:7,17,19
65:18,24 67:16 70:3
70:6,8 75:9 82:25
84:11,23 85:17,23
85:24 87:12 89:15
92:3,6 108:10 109:6
138:18 139:7 140:5
142:14,18 265:7,16
338:25 344:14
345:17
**positions (1)**
84:15
**positive (3)**
50:2 347:10,19
**possible (14)**
29:16 78:4,7 108:11
145:3 184:11
235:24 320:4,18,24
320:25 342:7
352:20 353:2
**possibly (3)**
27:24 29:19 264:4
**post (18)**
10:23 119:19,24,25
120:3,4 122:11

133:7 353:15,17
354:7,12,21,22
355:4,8,11 356:19
**posted (5)**
122:14 355:16,18
356:2 357:3
**posting (1)**
356:25
**posts (3)**
354:17 356:20,22
**postulate (1)**
142:22
**postulating (1)**
331:10
**potential (7)**
71:14 97:16 102:10
344:14,20,23 345:9
**potentially (1)**
31:10
**pounding (1)**
237:21
**pounds (1)**
190:13
**power (4)**
129:25 142:13,17,23
**practical (1)**
319:16
**practice (3)**
157:17 245:8 291:11
**pranks (1)**
323:5
**prefer (2)**
8:14 226:21
**preference (1)**
7:14
**prepackaged (1)**
322:2
**prepare (4)**
163:16 164:12 216:3
298:25
**prepared (3)**
280:22,23 342:2
**preparing (1)**
52:16
**present (5)**
4:7,15,17 10:6 54:12
**presentation (3)**
122:2,8 272:14
**presented (1)**
237:17
**presently (1)**
23:18
**preserved (2)**
7:20,22
**press (3)**
242:25 243:8 291:21
**pressing (1)**
238:10

**pressure (1)**
37:3
**pretty (7)**
151:24 227:22 270:8
273:17 290:12
324:22 330:16
**previously (1)**
176:4
**pre-polygraph (4)**
200:15 201:3 202:5
202:16
**print (1)**
162:22
**printed (3)**
162:15,17,18
**printing (1)**
162:19
**prior (32)**
9:5 16:21 57:19 62:22
71:12 83:7 94:12,16
97:17 100:21,22
127:6,19 134:7,8,9
134:12,12,14
137:19 138:9
146:24 147:10,14
148:25 149:20,22
151:6 173:9 195:15
200:15 327:23
**Prisco (2)**
152:20,21
**prisoner (1)**
325:21
**probably (25)**
37:9 63:21 105:3,13
107:8 109:17
120:21 157:14
199:11 218:24
264:6,19 267:10
269:19 276:25
279:20 281:19
288:7 294:16,19
318:2 323:6,19,21
324:11
**problem (29)**
44:17 76:21 77:19
80:23 87:9 92:4
113:12 114:11
117:23 155:23
166:20,22,25 167:2
181:4 182:11
184:18 191:24
192:2,24 227:2
303:13 306:22
308:9 325:19 326:9
326:10 329:5 353:9
**problematic (1)**
107:18
**problems (10)**
106:20,21,23 111:18

111:22 118:8
226:19,24 228:14
228:24
**procedure (3)**
72:22 90:12 293:22
**proceed (1)**
243:9
**proceeded (1)**
108:4
**proceeding (5)**
15:4,17 17:15 18:9
19:12
**proceedings (5)**
15:21 18:11 22:9
359:1 360:1
**process (25)**
42:8 45:14 58:21
72:21,24 87:7 171:8
176:14 183:23
189:25 195:12
197:24 198:2,19,25
202:20 203:5,10
212:10 215:7
259:11 270:21
282:14 283:6,7
**processed (1)**
275:10
**produced (1)**
187:4
**production (1)**
199:17
**professional (2)**
2:17 330:19
**program (3)**
201:13,23,24
**promote (2)**
138:11 150:13
**promoted (14)**
62:19,25 64:3,6 65:20
65:24 66:10,22
136:3,8,11,12
137:13 138:2
**promoting (1)**
67:11
**promotion (18)**
87:13 104:13 138:10
138:15 139:6,9
141:11 143:25
146:20,24 147:14
148:18,25 149:10
149:23 150:20
151:7 346:18
**promotional (2)**
100:19 106:14
**promotions (2)**
106:18 150:2
**proof (1)**
209:15
**proper (4)**

192:8 221:5 293:8
339:10
**properly (1)**
108:18
**property (6)**
10:15 16:6,11,14
283:12 316:10
**proposal (6)**
97:22 98:3,4,6,8
101:3
**propose (1)**
70:20
**proposed (1)**
30:13
**prosecution (1)**
285:10
**protect (3)**
282:25 283:11,23
**protected (3)**
159:21 160:21 287:11
**protecting (3)**
283:6,11,12
**protection (3)**
28:6 91:24 283:14
**protections (1)**
92:20
**protects (1)**
160:22
**Prove (1)**
14:7
**proven (1)**
162:4
**provide (4)**
32:2 285:11 344:19
345:3
**provided (3)**
32:18,22 202:18
**providing (2)**
164:22 221:23
**provisional (16)**
94:6 96:7,13,18 97:2
97:16,23 99:13
121:21 123:9,18
124:5,9,24 136:3,6
**prudent (1)**
287:15
**psych (2)**
85:15 176:8
**psychological (6)**
62:2,4 86:9 173:8
203:6 300:16
**psychology (1)**
176:8
**Publi (1)**
359:4
**public (9)**
2:19 178:8,22 179:8
221:10 329:20

335:9 339:9 343:4
**Pugliese (4)**
88:24 107:8 111:18
111:24
**pull (3)**
222:14 233:15 237:24
**pulled (2)**
195:11 322:21
**pulling (1)**
323:5
**punctuality (1)**
344:5
**purporting (1)**
103:18
**purpose (1)**
222:18
**pursuant (1)**
2:16
**push (1)**
237:2
**pushed (4)**
236:21 242:11 263:9
275:24
**put (42)**
24:12 26:13 30:9 51:2
59:23 71:23 72:2,7
72:23 74:11 81:17
83:5 86:2 98:18
100:6 109:6 112:4
115:12 119:5,18,24
127:8,22 133:3
151:19 156:5 179:3
181:13 220:10,11
237:14 298:7
318:14,15,16,19,21
323:7 337:2 349:24
356:5,13
**puts (1)**
81:4
**putting (5)**
20:9 46:4 181:5
182:12 222:18
**P-O-K-O-I-K (1)**
16:6
**P.C (1)**
3:9
**p.m (1)**
358:19

_____

**Q**

**quadriceps (1)**
87:12
**qualifications (1)**
197:6
**qualified (2)**
138:18,21
**quasi (1)**
107:14

**question (85)**
5:8 12:23 18:5 22:13
22:21 23:6,10,11
24:14 28:9 29:14
35:3 47:18 51:25
52:25 57:12 67:19
73:23 79:3 81:21
85:6 100:20 110:18
110:19 116:3,7,17
116:18 117:2,7,9,14
120:6 122:10
129:21 134:9 136:7
143:18,21 147:10
149:19 151:10
155:10,15,17
160:24 174:3,16
175:16 200:7 208:4
209:25 212:25
215:21 218:10
226:22 230:4,6,7
234:24 235:6 251:4
258:7 262:20
268:20 270:23
271:23 272:16
273:6 276:7,7 278:4
278:4,16 281:9
283:17 314:22,24
315:7 320:16
350:11,15 351:8
352:7,25
**questioning (2)**
82:9 201:20
**questionnaire (5)**
200:15 201:4,17
202:5,16
**questions (22)**
14:13,16 23:3 28:18
29:2 31:14 99:22
117:4 208:3 217:25
218:2 242:18,24
264:6 278:22
286:12,14 340:17
340:19,24 351:20
358:11
**quick (2)**
111:10 324:22
**quickly (2)**
235:24 351:18
**quiet (1)**
130:6
**quit (1)**
190:2
**quite (3)**
12:7 108:3 321:12
**quotas (2)**
220:17,18

_____

**R**

**R (1)**

359:2
**racing (1)**
236:22
**radio (16)**
107:12 177:10,14,16
177:17,19 178:9,11
178:16,21 179:2,7
179:17,23 180:12
307:16
**Radler (5)**
3:16 7:8 57:7,9,10
**railroad (1)**
265:12
**rain (2)**
144:9,10
**raise (10)**
104:11 135:6 159:19
159:22,23 326:15
352:22 353:7,10,14
**raised (6)**
55:17 94:8,10 119:11
119:21 352:9
**raises (1)**
159:21
**ran (5)**
34:14 69:18 205:4
242:10 278:12
**random (1)**
324:21
**ranger (1)**
346:24
**rank (2)**
92:5,11
**ranking (1)**
161:11
**ranks (1)**
151:8
**rant (1)**
353:20
**rapport (1)**
294:14
**rat (8)**
210:15,18,25 211:4,9
211:12,23 212:2
**rate (1)**
343:25
**ray (1)**
341:7
**reach (3)**
26:15 338:10,11
**reached (1)**
296:20
**react (1)**
255:24
**reaction (6)**
34:9 286:3,6,9 317:7
328:25
**read (31)**

33:25 34:7,9,15 35:4
35:21 54:4 80:9,12
80:13 127:15,18
147:9,12 218:13
235:4,8 251:3,6
262:23 263:4 273:6
273:8 279:18,23
281:7 286:4 290:10
340:16 353:21,25
**reading (12)**
97:18 142:22 148:20
206:7 279:21
340:10,15,22
348:10,21 349:23
356:15
**reads (1)**
160:18
**ready (8)**
4:2 19:19 58:5 102:2
108:8,9 163:4
329:13
**real (1)**
306:22
**realism (1)**
222:11
**realized (2)**
108:16 144:21
**really (54)**
12:11 36:25 37:15,18
39:23,25 40:8 43:11
43:12,15,18 45:5
52:8 81:4 108:19,24
111:10 118:2
143:21 160:19
183:18 202:20,22
202:23 204:15
231:2,4 232:19
234:5,9 235:9
261:9 263:19
264:16 271:24
282:11 284:21,22
286:12,14 289:12
329:15 330:9,18,25
330:25 333:8,18,23
335:7,9
**Realtime (1)**
2:18
**rear-end (1)**
154:6
**reason (35)**
31:9 48:8,12,12 102:2
130:20 192:15
193:6 212:19 244:6
244:9 269:11
273:19 280:6
287:18 301:19
322:5 329:19
330:10 331:9 335:7

336:13,15,19
341:12 342:8,9
346:17 361:6,11,13
361:15,17,19,21
**reasonable (1)**
76:19
**reasons (13)**
47:11,14 50:11,15,23
127:4 221:5 331:23
333:6 337:16
339:12,14 343:17
**recall (162)**
19:18 20:11 22:10
25:18 26:17 27:12
29:11,19,25 30:19
34:3,5 37:12,13,15
37:25 38:3 39:5
40:11 41:7 43:8
46:16 50:9,12,18,19
50:20 51:3,6 52:2
52:23 55:19 56:17
56:20 58:12 64:25
68:15,17 82:18,22
83:11 88:11,21
94:14 95:21 97:15
97:20 98:9 101:14
101:24 102:9,16,22
104:24 105:2,8,14
106:18,25 118:21
119:13 120:8 122:4
122:5,14,24 123:4
125:17 152:16,24
153:14,23 157:4,25
170:11 177:23
178:6 180:14,15,16
181:11,20 182:17
184:19 185:23
186:3,7,10,11,19
193:10,11,13
196:23 198:15
204:6 214:12 236:6
241:6 244:11
246:16 247:16
248:24 250:20
251:7 252:19
253:10 254:7
255:13,15,20
258:14 265:4 272:5
273:24 278:13
279:7,20,25 281:2
281:12,18,21 282:7
282:9 286:2,3,5,8
287:4,5 288:7,18,21
289:3,17 295:21
299:10,24 302:3,8
302:10 304:2 307:4
307:17 310:3
322:12 323:20,25
330:2 332:10 336:3

338:7,8,13 341:20
345:2 346:19
347:18 350:4
351:21 354:16
**recalling (1)**
286:22
**recanted (1)**
208:5
**receive (10)**
9:4 88:10 106:8,22
121:19 185:25
207:15 214:19
216:6,15
**received (15)**
100:10,13 102:21
104:24 105:2
123:19 124:3,4
150:2 185:18 204:2
204:7 207:7 214:9
338:12
**receiving (12)**
95:21 97:17 106:18
138:13 143:25
153:14 186:7,10,11
186:19 196:23
204:6
**recess (1)**
23:15
**recognize (5)**
103:25 205:23 206:2
335:20,23
**recollect (2)**
143:13 234:5
**recollection (8)**
102:19 153:18 184:22
331:19 337:20
340:9 341:3,5
**recommend (1)**
338:24
**recommendation (11)**
54:25 55:2 90:15,17
94:16 337:24
345:15,19,22 346:4
347:10
**recommendations (2)**
44:18 45:9
**recommended (2)**
70:5,8
**recommending (1)**
226:5
**record (42)**
6:8 20:9 27:3,5,7,10
28:13 30:25 31:3,5
81:24 82:2,4,6
103:13 116:25
148:23 150:25
151:4 186:23
197:14 199:16
217:23 229:13,15

229:17 279:10,12
279:14 326:23,25
327:3 340:13
347:21,23,25
357:11,13,15
358:18 359:8 361:7
**records (2)**
325:8,9
**recover (1)**
144:25
**recovery (2)**
138:3 329:14
**rectify (1)**
184:17
**reduce (2)**
92:4,5
**reductions (1)**
336:10
**refer (9)**
33:13 211:3,8,11,23
211:25 282:16,21
297:5
**reference (9)**
204:11 230:6 340:4
340:14 346:8,13,16
347:8,19
**references (5)**
339:25 344:19,22
345:4,8
**referred (1)**
218:12
**referring (18)**
37:5,6 96:17 97:12
99:2 107:6 110:14
163:2 175:13 180:4
189:19 197:11,13
197:20 207:21
230:18 319:5,8
**refers (2)**
85:6 342:23
**reflect (3)**
181:15 197:14 289:2
**refresh (7)**
153:17 184:21 331:18
337:20 340:8 341:3
341:5
**refuse (1)**
309:25
**refused (5)**
76:16 249:5,6 319:17
330:10
**regard (3)**
106:12 197:4,5
**regarding (2)**
97:23 300:22
**regardless (1)**
30:12
**regards (2)**
38:22 289:9

**register (2)**
74:3,9
**Registered (1)**
2:17
**registry (2)**
74:3,6
**regular (1)**
6:24
**regularly (1)**
106:8
**regulations (1)**
254:11
**rein (1)**
128:13
**reining (1)**
131:25
**reinstated (1)**
239:6
**rejected (1)**
33:6
**related (5)**
174:6 190:3 259:21
337:18 359:10
**relation (2)**
75:9 282:8
**relationship (5)**
84:8 294:18 295:3,6
324:24
**relax (1)**
236:20
**relayed (1)**
342:5
**relevance (1)**
7:16
**relevant (2)**
260:16,20
**relied (1)**
295:22
**relief (2)**
182:2,8
**relieve (3)**
305:24 306:2,5
**reluctant (1)**
230:23
**rely (1)**
295:3
**remain (1)**
137:24
**remainder (1)**
290:4
**remained (1)**
137:3
**remember (83)**
12:8 17:5 26:2 29:16
29:17 37:21 50:16
89:4 97:13 98:10
102:15 106:5,6
114:10 123:6,7

151:12 155:22
157:2,7,9 158:8,9
168:17 173:12
179:20 204:12
206:4 209:13,13
234:9,12,16 235:9
235:13,16,22
237:19 240:13
242:5 244:16
248:12,13 252:23
253:13 257:20
258:21 259:8
260:14,25 263:6
275:5,19 276:16,22
277:2,19 280:5
281:5,11,25 286:16
289:21,24 296:2
305:21 307:13
313:2 321:10 325:6
331:20 332:8,22
336:5 337:12,13
341:8 342:11
344:17 345:18
346:22 351:12,17
**remembering (3)**
26:4,7,10
**remembers (1)**
26:6
**removed (1)**
325:14
**rent (1)**
113:4
**rep (1)**
189:5
**repeat (5)**
22:13,18 100:12
149:18 251:4
**rephrase (2)**
22:14,18
**reply (1)**
21:13
**report (19)**
59:8 155:13 213:7,8
213:10 253:11,12
258:10,12 260:4
271:11,20,25
282:17 354:4,8
355:5,13 356:3
**reported (8)**
1:24 63:17 67:21
123:10,13,17
141:11 239:8
**reporter (12)**
2:17,18,19 6:6,22
17:22 127:18
147:12 218:13
235:8 251:6 273:8
**reports (3)**
107:12 292:25 332:3

**represent (6)**
21:2,3,4 164:20 193:5
331:17
**representation (1)**
21:12
**representatives (1)**
58:20
**represented (4)**
19:14 21:8 31:15
165:3
**represents (2)**
8:7 57:9
**request (20)**
32:16 33:3,6 76:22
94:4 98:10,12 100:4
100:5,10 101:2
102:5,11,12,21
104:8 105:5 120:20
120:23 199:17
**requested (8)**
21:11 127:17 139:6
147:11 195:15
235:7 251:5 273:7
**requesting (1)**
32:2
**requests (3)**
76:24 106:14 107:13
**require (3)**
173:14,15 304:20
**required (11)**
64:9 66:13 85:10
173:6 182:20 188:9
188:20 197:6
313:16 314:6 315:9
**requirement (3)**
203:10 219:5 220:19
**requiring (1)**
183:15
**rescue (1)**
276:3
**reserved (1)**
5:8
**residence (11)**
10:9,11,13 12:21,24
13:7,10,17,23 14:3
14:6
**residents (2)**
58:8 145:20
**resigned (2)**
189:23 190:10
**resolve (2)**
117:22 156:13
**resolved (3)**
19:24 154:19 204:18
**resort (2)**
222:8 223:20
**resources (1)**
214:4

**respect (19)**
27:11 32:16 80:17
118:10 138:10
165:23 186:2
198:16 199:24
200:10 214:9 220:9
301:2 304:4 311:7
347:13 353:16
355:9,12
**respective (1)**
5:3
**respond (5)**
107:13 177:22 178:5
179:24 180:18
**responded (3)**
37:25 133:24 256:7
**responding (1)**
267:9
**response (15)**
9:14 31:13 32:8,11
36:15 48:11 77:12
88:10 101:5 116:7
119:3,10,20 230:4
356:5
**responsibilities (1)**
90:24
**responsible (1)**
182:19
**rest (4)**
52:11 84:18 101:16
239:4
**restaurant (1)**
301:22
**restrictions (1)**
336:8
**restructure (1)**
116:16
**result (1)**
14:21
**resulted (1)**
349:11
**resume (1)**
108:15
**resumes (1)**
71:4
**retain (1)**
172:8
**retained (1)**
150:11
**retainer (1)**
160:4
**retaliate (4)**
113:25 114:4,18
115:9
**retaliation (1)**
115:3
**retaliatory (4)**
116:8,14,20,21

**retest (1)**
87:2
**retire (5)**
53:19 172:7 205:18
205:19 329:14
**retired (18)**
66:4,5 67:15 68:20
69:6 171:11 172:3
176:25 195:24
205:12,13,15,16,18
205:20 212:23
215:8 324:7
**retirement (8)**
53:17,20 150:12,15
161:16,18 163:23
164:4
**retiring (3)**
172:12,13 212:23
**returnees (1)**
197:5
**reverse (1)**
15:24
**review (7)**
164:14 214:13 280:21
285:22 286:7 288:6
300:16
**reviewed (6)**
215:25 253:6,7,9
258:10,11
**revise (2)**
287:6,8
**revising (1)**
287:16
**RexCorp (1)**
3:21
**re-ran (1)**
159:14
**Rich (2)**
173:10 317:14
**Richard (12)**
56:22 167:11 170:12
187:10 229:21
239:22 240:2
279:25 293:18,25
294:2 319:5
**Richie (10)**
167:14 229:8 240:9
250:21 251:8,14
292:22 294:12
295:12,19
**ride (1)**
79:8
**ridiculous (3)**
298:11 300:19 354:20
**riding (3)**
78:21 221:12,14
**right (67)**
9:10,16 16:19 20:15
20:15 29:7,8 36:8

41:4 72:16,17 76:5
76:8 98:15 99:18
103:19,22 105:5
109:21 116:24
118:25 134:18
137:6,8 141:2 151:9
156:4 158:6,7
169:14,20,23
170:10 171:18
172:6 174:2 177:5
191:22 193:2
197:22 227:20
229:22,25 230:9,16
243:19 255:3
258:17 259:4
266:18 286:18
293:12 295:11,15
296:19,21 298:3
310:9 312:16,25
313:23 328:15
336:25 340:20
341:19 343:23
353:21
**ring (1)**
276:23
**Rivkin (5)**
3:16 7:8 57:7,9,10
**Road (7)**
3:11 4:5 6:9 9:12,18
10:4,7
**Robert (1)**
70:5
**rock (1)**
282:3
**rocket (2)**
308:13,15
**Rogers (15)**
3:19 18:22 49:11 56:9
89:19 120:15,16
130:18 132:3,3,11
138:5,14 159:11,12
**role (14)**
15:12 62:15 88:7
94:20,22 98:23
99:14 107:10 143:2
144:2,5 170:14
213:2 256:17
**roll (1)**
79:21
**rookie (1)**
269:18
**room (5)**
11:21 12:2,6,10
229:10
**rope (2)**
156:5 158:8
**rough (1)**
331:7
**round (4)**

42:8 213:22,25 214:2
**routine (1)**
332:18
**row (1)**
119:20
**RPR (3)**
1:24 359:4,18
**rule (2)**
181:22 189:2
**rules (5)**
7:15 14:14 17:18
22:12 131:20
**ruling (2)**
22:3 27:25
**rumor (2)**
209:16 210:20
**run (5)**
112:17,25 159:14
176:12,14
**running (6)**
80:25 113:18 145:18
195:11 222:7,8

_____

**S**

**S (1)**
3:7
**safe (1)**
38:23
**safeguarded (1)**
293:8
**safety (3)**
178:8,23 179:9
**salad (1)**
17:8
**Sam (1)**
152:17
**Sanchez (2)**
1:14 175:2
**sanction (1)**
14:22
**sat (3)**
43:14 201:20 215:16
**satisfied (2)**
79:5 119:14
**save (1)**
9:25
**saved (1)**
238:18
**saw (21)**
3:11 38:17 49:21 55:6
200:23 237:24
261:12,18,21 267:5
267:14 268:8,12,12
279:3,5 295:21
304:7 316:24 317:7
325:7
**saying (17)**
28:25 98:2 175:19

187:6 188:12
194:11 206:14
223:18 224:22
233:13,14 236:15
275:25 299:3
303:16 304:9
305:21
**says (32)**
91:18 96:7 97:7,21
98:5,23 99:22
100:18 107:3 142:6
142:10,11 160:21
187:10,13 189:15
189:22 190:14
191:4,22 192:24
197:3 207:19,22
298:25 299:3
341:12,16 342:16
343:8,17,25
**scale (1)**
91:19
**scandal (2)**
127:8,22
**scene (4)**
101:16 128:12 251:20
290:23
**schedule (6)**
111:21,22 112:14,24
164:18 245:24
**scheduled (7)**
193:25 198:22 244:25
246:5,8 252:9 303:8
**schedules (2)**
69:9 111:25
**scheduling (3)**
111:19 113:14 118:4
**school (10)**
52:14 64:22 65:3
93:16,17 132:20,21
133:4,23 190:22
**Schwartz (5)**
354:4,7 355:4,13
356:2
**Scott (1)**
130:18
**screw (1)**
114:18
**sealing (1)**
5:4
**search (1)**
296:4
**season (11)**
70:17,21 80:25 113:2
123:5 145:17 182:2
197:4 327:7,8 337:7
**seasonal (18)**
75:24 83:3,24 84:2,7
84:9,19,20 85:7,17
85:18 88:5 93:14

112:4 201:6,10,12
213:21
**seasonals (2)**
85:10 145:16
**second (29)**
26:24 40:19 63:15
68:12 70:7 85:22
98:21 99:5 100:5
102:5,12,21 103:16
104:19 105:11
107:2,3 108:7
134:19 135:19,20
142:10 160:8 166:7
197:3 206:7 314:24
320:20 340:10
**Secondly (1)**
298:6
**seconds (1)**
357:8
**section (4)**
142:5 202:9 203:8
343:24
**security (1)**
132:20
**see (67)**
9:19 42:6 45:14 48:17
68:16 76:6 95:24
96:3,9 97:9,24
99:24 104:22 113:5
113:6,7,7,8 128:11
131:2,4 142:8,15
171:3 187:11,14
189:17 190:16
191:2 192:23
193:17 197:8
202:11 209:15
211:3,8,11,23,25
218:8,10 221:25
223:20 230:7 248:9
262:25 263:2 264:4
264:7,8 266:6,6
320:24 322:13,13
324:10 337:10
338:2 341:13,18
342:20,22 343:11
343:19 344:4,7
351:9
**seeing (1)**
299:10
**seek (2)**
69:23 70:10
**seen (11)**
141:24 145:4 146:3
207:18 208:7
259:13 266:25
289:7 297:23 299:7
348:24
**selected (2)**
357:18 358:4

**sell (3)**
308:18,21,23
**send (5)**
162:21 192:7 208:11
224:13 291:6
**sending (2)**
120:23 336:3
**senior (5)**
56:16 63:3 146:21
165:17,20
**sense (8)**
33:19 109:2 249:16
251:23 252:5
304:11,19 336:21
**sent (4)**
71:16 214:5 290:8
351:7
**sentence (1)**
99:21
**separate (5)**
11:4,5 101:15 232:5
271:25
**September (14)**
84:3 135:21,24,25
136:22 137:4
143:14,16 204:3
325:20 333:2,5
336:4,14
**sergeant (67)**
11:20 62:20,22,23
63:7,12,20 64:2,10
64:19 65:4,12,19
66:18 76:17 83:17
90:7,7,10,13,19,19
91:12,12,17,18,22
92:7,13,14,24 93:4
94:6,7 96:8,21,21
96:24 97:17 99:12
99:14 102:11
111:14,21 113:7
123:10 124:10,16
124:18 125:21
136:4,7 140:4,5
143:10,12 146:21
148:11 154:5
161:11 165:13
166:25,25 195:24
212:10 256:17
263:11
**sergeant's (18)**
64:5,20,22 65:3 66:25
96:22 99:9 100:11
100:15 105:16
121:3 123:23,25
125:8 136:10 139:7
139:24 141:4
**serious (1)**
180:17
**serve (1)**

62:14
**served (3)**
9:2 17:8 72:10
**service (74)**
1:14 44:23 60:11 61:3
61:9 63:6,17 64:20
66:18 68:21 71:18
72:23 73:6,7 84:6
85:5 86:3,7 88:17
88:19 90:22 91:24
92:6,7,11,17 94:25
95:3 123:11,14,17
139:22 140:4,25
141:11 161:11
173:5 174:13,21,22
175:6,13,18,19,23
176:3 177:3 182:24
182:24 183:12,20
183:21 187:25
189:8,9,13 192:8
193:4,8 195:4 196:6
197:7 199:24
200:10 206:13,17
208:17 209:2,11,23
209:24 210:15,18
210:21
**services (1)**
221:23
**service-oriented (1)**
223:22
**serving (1)**
181:8
**session (4)**
4:20 199:10,10,11
**sessions (3)**
199:12,14,18
**set (11)**
101:22 125:22 134:22
178:18 220:17,18
322:2,3 351:15
359:7,14
**settled (9)**
19:25 20:2,11,12
21:19,20 154:20
155:7,12
**settlement (1)**
20:5
**seven (2)**
12:11 107:9
**seven's (1)**
261:21
**severely (1)**
183:18
**sex (1)**
266:2
**shakes (1)**
17:20
**Shallick (1)**
277:3

**shape (1)**
240:15
**sheet (2)**
181:5 361:1
**sheets (3)**
132:17 144:15 181:14
**sheriff (10)**
174:5,6,13,14 187:21
188:5,12,17 189:4,6
**sheriffs (6)**
174:7 188:7,8,20,23
189:2
**sheriff's (3)**
173:14,16,23
**shield (5)**
91:14,16 101:22
238:4 356:17
**shift (5)**
81:3 135:18 145:21
166:21,22
**shifts (6)**
81:13 135:15 145:5,8
146:4 228:17
**shipped (1)**
231:20
**shirt (7)**
127:2 130:22 131:6
134:17,20 135:7,10
**shit (3)**
242:10 282:17,22
**shock (2)**
252:23 321:6
**shocked (1)**
262:16
**Shook (1)**
195:9
**shoot (5)**
78:16,24,25 79:2
304:9
**shooting (1)**
312:22
**shop (1)**
324:23
**shopkeepers (1)**
324:22
**Shore (1)**
190:25
**short (2)**
314:16 315:10
**shortly (1)**
101:14
**short-term (2)**
25:13,14
**should've (14)**
108:25 112:23 252:2
252:3 269:7 292:21
292:22,24,25
293:17,21 296:18

296:20 319:14
**shoved (1)**
282:2
**show (1)**
125:9
**showed (3)**
81:8 225:13 238:4
**Showing (1)**
221:15
**side (5)**
112:20 271:9 275:17
276:9 283:7
**sidelined (2)**
160:17 161:20
**sign (7)**
25:3 68:23 144:11,14
144:17,21 146:16
**signature (1)**
161:16
**signed (6)**
5:12,14 105:25 125:7
146:15 335:24
**Sillsdorf (2)**
68:13,15
**silly (4)**
77:17 290:12,12
335:2
**similar (3)**
110:7 168:3 240:4
**single (1)**
288:5
**sink (1)**
309:19
**sip (1)**
305:3
**sir (2)**
115:11 207:17
**sister (2)**
190:5,7
**sisters (1)**
190:9
**sit (4)**
87:9,10 132:16
202:22
**site (1)**
355:7
**sits (1)**
55:21
**sitting (8)**
49:6,10 87:11 105:7
107:19 141:3,7
196:5
**situation (6)**
15:5 101:18 109:4
119:15 252:4 289:9
**situations (2)**
110:7 182:5
**six (1)**

156:4
**skimmed (1)**
104:3
**sleep (2)**
145:13,14
**sleeping (14)**
46:20,24 47:6,10,12
48:8 331:25 332:3,4
334:3,6,9,12 337:18
**slightly (1)**
283:18
**slip (1)**
155:16
**sloppy (1)**
80:16
**slowed (1)**
346:18
**small (4)**
166:5 266:17,25
324:23
**smoother (1)**
197:4
**snow (1)**
55:7
**Snyder (40)**
1:4 4:21 8:8 50:11
54:23 80:20 169:18
180:11 209:2,10,22
210:15,25 211:4,14
211:18 225:20
257:17 281:17
282:25 283:22
284:2,6 289:22
293:2 299:2 305:19
305:23 306:8
307:15,18,21 308:3
331:3 332:21,23
334:23 349:20,25
351:7
**Snyderized (1)**
299:2
**Snyder's (2)**
282:17 285:23
**soda (1)**
222:10
**sold (2)**
9:20,23
**solution (1)**
112:22
**somebody (32)**
42:2 49:21 60:6 79:10
79:23 89:10 91:21
92:10,23 101:19
113:25 114:6 116:9
116:22 118:4
122:16 145:5
164:17 236:14
239:19 261:10
262:22 282:21

300:17 305:9
314:13 318:14,15
318:16 332:6 335:5
356:6
**somebody's (4)**
232:15 263:12,24
337:19
**son (5)**
52:15,15 133:24
134:2 185:7
**soon (2)**
51:15 145:2
**sorry (23)**
18:6,12 39:23 41:21
52:20 67:6 77:7
136:13 155:9
163:18 171:23
251:2 253:25
268:19 273:5
286:10 289:23
301:8,10 316:3
333:16 350:5
351:24
**sort (3)**
71:4 318:13 323:23
**sought (1)**
25:21
**sounded (1)**
40:8
**sounds (3)**
217:12,19,22
**South (3)**
316:20 317:8,12
**Southampton (1)**
346:21
**speak (56)**
32:25 34:16 54:12
57:24,25 58:4,7,13
77:3,8 78:18 80:7
88:18 104:7 114:14
118:19 120:19,25
121:5 133:10
138:14 164:16
165:8 166:21,22
189:12 199:23
200:9 204:23
246:19 249:5
250:15 257:17,21
258:18 265:2 268:9
273:25 274:5
276:14 284:18
288:9,13 307:22
308:2 319:23
329:23 330:11
331:3,22 333:14
344:14 346:3,7
347:16 355:15
**speaking (7)**
54:11 97:15 109:9

275:11 277:2
284:19 344:17
**SPECIALIST (1)**
4:18
**specific (4)**
56:6 125:21 198:18
331:23
**specifically (2)**
51:3 170:18
**speculating (2)**
266:11,13
**speculation (2)**
267:12 323:25
**speeding (1)**
223:4
**spend (3)**
44:7 227:10,12
**spending (5)**
39:21 127:11,25
160:7 253:2
**spent (1)**
224:5
**Spies (2)**
186:4,8
**spoke (34)**
35:7 39:9,12 41:10,13
54:18,21,22 55:8
78:16,19 102:9
104:15 106:11
107:4 109:10
183:16 205:2
253:17 259:2,8
272:7 274:8,24
281:16 284:3,7,11
284:15 285:6,16
288:12 323:2
347:12
**spoken (11)**
34:19 54:7,8 55:15
56:9 57:13 247:24
253:14 259:7
330:15 333:4
**sporadically (3)**
12:25 13:3,5
**spot (4)**
81:4,5 122:15 266:25
**spots (1)**
81:18
**sprinklers (1)**
323:7
**squirrel (1)**
337:19
**Sr (6)**
59:10 66:2 140:12
176:17 214:21
215:12
**staff (1)**
112:3
**stamp (1)**

103:15
**stand (2)**
109:21 119:25
**standard (2)**
245:8 313:10
**standing (2)**
122:16 322:21
**stands (1)**
82:14
**start (11)**
6:15 111:15 182:6,9
182:14 183:23
200:21 222:14
340:18 348:9
353:18
**started (31)**
8:10 12:9 27:16 43:17
108:18 127:10,25
176:13 177:9 181:8
181:15,23,24 182:6
185:9 202:23
212:10 214:25
215:3 231:23 234:2
237:23 242:12,13
242:16 261:20
265:6 301:5,11
349:9,9
**starting (3)**
60:17 250:9 271:6
**state (22)**
2:20 6:7 72:7,10 74:3
74:6,8 109:7 164:2
164:3 171:14
172:16,18 173:2
176:9 206:14 222:7
263:17 282:24
288:24 312:11
359:5
**stated (11)**
9:8 21:16 31:20 107:4
218:20 246:23
248:24 256:8
281:22 334:21
354:17
**statement (39)**
192:20 210:8,11
237:14 243:21
247:3 249:20 250:5
250:16 251:21
261:4,10,18,19
262:2,19,22,23,25
263:3,4 264:18,23
267:22 268:17,23
269:17 274:14,17
275:17 278:24
279:19 287:3,16,16
289:4,6 294:20
344:24
**statements (36)**

234:4,10 235:10
237:15 239:9 247:5
247:7,14 250:8
256:4,6 265:10
267:20 268:3,7
269:14,16,20,23
271:15 272:2
276:21 277:11,14
279:5,22 280:9,22
281:4 282:11,14
287:9 290:5,15
293:20 294:17
**states (2)**
1:2 342:16
**stating (4)**
16:14 37:13 161:17
246:16
**station (55)**
36:8,10 38:10,14,19
38:24 39:2 41:19
42:2,4 107:16,20
144:7 152:3 154:8
230:20 231:21
232:15,19 235:24
239:23 241:8
243:12,19 244:18
248:21 249:13
252:4 255:3,17
287:20,25 292:23
293:19 294:13
299:11,25 303:22
304:5,12,18,25
305:3,10,16 306:9
308:16 309:6,10,12
309:16,21 318:8
321:15,25
**status (3)**
39:16 121:15 239:3
**stay (9)**
12:20,21,22,24,25
146:10 246:2,6,10
**stayed (1)**
246:4
**staying (2)**
248:10 305:5
**step (3)**
265:8 277:13 319:14
**stepped (1)**
51:18
**stepping (2)**
84:10,14
**Steven (1)**
130:13
**stick (1)**
76:8
**stips (1)**
6:24
**STIPULATED (3)**
5:2,6,10

**stipulation (2)**
28:3 328:8
**stolen (1)**
42:3
**stone (2)**
84:11,14
**stop (8)**
79:19 223:18 226:5
238:5 303:17
340:21 354:18,20
**stopped (5)**
78:20 145:17 154:5
329:25 331:5
**stopping (1)**
223:17
**stops (1)**
243:19
**storms (1)**
144:16
**story (16)**
9:24,25 237:6 238:7,9
249:15 258:6 265:7
271:7,19 275:17
276:6,10 283:15
290:7 329:7
**straight (3)**
120:2 122:17 144:10
**strange (3)**
251:18 280:8,11
**stream (1)**
284:23
**street (3)**
16:4 179:3 304:10
**stress (2)**
43:25 46:5
**stretch (4)**
87:9,10,15 269:18
**stretching (1)**
87:8
**strike (26)**
7:13,20 10:18 23:22
35:23 62:10 92:24
115:25 124:13,21
125:19 129:14
132:23 137:19
177:20 193:17
198:4 213:13
216:20 247:19
269:3 299:13,23
305:24 321:13
344:21
**string (1)**
144:9
**stripes (4)**
101:17,22 124:7,8
**stuck (2)**
81:14 280:6
**stuff (9)**
52:11 163:23 286:22

300:18 309:20
328:16 349:18
354:19 356:15
**stupid (2)**
323:15 335:10
**style (1)**
110:9
**sub (1)**
149:17
**subdue (1)**
79:23
**subject (1)**
255:23
**submit (2)**
71:3 207:25
**submitted (5)**
70:23 71:17 105:9,10
201:17
**submitting (1)**
71:12
**subordinate (1)**
159:24
**subordinates (1)**
159:21
**subpoena (4)**
6:12 8:25 9:14 360:10
**Subscribed (1)**
358:22
**subsequent (4)**
98:13,15 136:8
138:13
**subsequently (1)**
109:8
**substance (13)**
34:22 40:16,21 42:17
57:22 97:6 253:20
263:6 281:21
285:18 288:18
338:13 354:16
**substantive (1)**
14:13
**successfully (2)**
88:7 204:9
**sue (1)**
44:21
**sued (3)**
154:21,25 343:9
**Suffolk (64)**
1:13,13 4:4,10 60:11
60:19 61:3,8 64:4
64:19,21 65:2 71:17
72:4,12,15,20,22
73:7 87:25 93:12
158:25 171:6,15,21
171:25 172:4,25
173:18 177:4,11
179:22 183:12
187:20 188:14,16
188:17,22,24 197:6

198:6,9 201:18
202:7 206:12,16
208:21 212:11
213:3,7,8,10,14,17
213:22 214:4 215:9
257:7 270:2 324:5
324:18 345:16
346:5,11
**suggest (1)**
340:21
**suggesting (1)**
187:5
**suicide (4)**
133:25 134:2 245:14
245:18
**suing (4)**
44:11,14 154:12,14
**sum (5)**
263:6 285:18 288:18
338:13 354:16
**summer (3)**
43:4 113:4 122:22
126:17 131:2 183:9
184:4,15 203:2
222:23 317:5
324:11 326:13
**summer/fall (1)**
53:16
**summons (12)**
60:6 79:20 107:24
115:18,22 220:24
223:12 224:8,23
332:15,16,17
**summonsed (1)**
309:14
**summonses (46)**
47:21 48:15 49:23
51:3 60:5 80:9,15
80:16 107:14,17,21
219:12,17,23,25
220:4,11,12,13,14
220:16 221:3,4,7,11
221:15,15,19,21,25
222:2,19,23 223:5,9
223:24 224:2,17,20
224:21 225:3,15
228:12 290:9 332:5
332:20
**Sunday (5)**
126:2 230:20 231:3
241:10 257:19
**superior (1)**
293:4
**supervising (1)**
113:8
**supervision (3)**
64:22 75:23 112:6
**supervisor (12)**
63:14 65:3 70:4 98:24

99:5 117:18 127:3
245:20,24 256:15
256:25 296:21
**supervisory (2)**
94:20,22
**supply (1)**
344:22
**support (1)**
101:13
**supposed (2)**
20:14 254:12
**supreme (2)**
159:2,3
**sure (46)**
17:24 22:4 26:15
37:22 49:21 72:4
76:23 95:16 98:16
100:3 102:14
151:24 179:11
182:19 186:10
221:4 222:6 229:11
243:2 244:2 245:2
256:18 258:8
261:23 268:25
270:7,8,9 278:17
280:25 282:2
285:25 290:18
293:7,10 294:12
296:7 315:19 316:6
318:23 319:20
323:5 325:22,23
331:5 357:8
**surfaced (1)**
294:19
**surgery (2)**
46:6 144:25
**surprise (4)**
47:9 266:8 310:19,22
**surprised (3)**
46:20 262:12 329:15
**surveillance (2)**
321:14,18
**suspected (1)**
334:23
**suspended (5)**
233:5,22 239:3 249:4
255:22
**suspension (3)**
75:13,16 243:4
**swear (1)**
6:22
**swearing (1)**
15:10
**swing (1)**
51:19
**swinging (5)**
232:2 236:25 242:12
242:13,16
**switch (4)**

126:11,18 129:17
132:6
**switched (3)**
126:10 135:14 159:13
**sworn (12)**
5:11,14 6:4 18:10
60:18,21 74:16,16
128:14 161:14
358:22 359:7
**system (11)**
42:4,5 175:22 325:7
325:12,15,16,19
326:3,4,9
**systematically (1)**
108:5

_____
**T**

**T (3)**
104:21 359:2,2
**table (1)**
17:9
**take (79)**
23:15,21 25:4 26:22
33:5 47:21 59:20
60:10 61:2,8,11,13
61:17,23,25 63:5
64:18 65:11 66:14
68:20,23 79:17
80:14 82:15 86:5,8
86:24 88:13 91:21
100:19,20 105:20
108:5 114:5 116:9
116:21 117:25
125:8,9 131:24
174:7,9 187:17
188:10,19 189:6,7,8
189:24 190:11
203:3 213:2 229:9
234:18 237:14
243:20,25 244:7,10
247:6 254:20
261:10 265:8
266:21 269:14,17
273:18 275:4,7
277:11,13 278:16
279:8 288:2 305:7
315:3 326:18
340:11 357:7
**taken (27)**
17:21 86:3 100:11,15
100:17 105:16,17
108:15 111:20
141:8,9 151:2
199:21 212:5 239:7
250:23 251:10
269:19 276:14
277:17 278:25
280:9 290:5 292:21
296:2 328:24 329:8

**takes (2)**
304:11 314:19
**talk (25)**
18:13 38:23 57:2
58:23 80:19 166:25
167:2 178:16 180:2
209:19 226:8
231:12 232:20,22
234:6 240:11 258:7
265:24 266:4,5
267:2 294:22 330:9
330:23 333:9
**talked (8)**
56:23 151:22 233:21
236:8 255:21
281:18 285:14
303:15
**talking (23)**
33:14 37:9 43:11
56:17,20 57:3 75:13
75:13,15 99:18
133:15 149:7
178:18 242:2
250:13 258:2 267:8
268:14 284:21
303:24 304:25
315:23 316:7
**tape (4)**
6:16 81:24 325:22,23
**tapes (2)**
321:17,19
**Taxation (1)**
347:17
**taxi (1)**
328:24
**team (1)**
140:20
**Technically (1)**
139:4
**telephone (1)**
248:25
**tell (83)**
14:19 20:8 21:15,16
21:23 28:8 29:14,20
31:23 37:20 38:18
38:25 43:7 45:6
47:23 48:7 49:10,12
73:24 76:6,12,17
78:8,11 80:4 82:12
100:4 105:19,21
113:22,23 115:21
132:6 167:7 217:2,7
218:14,17 221:9
230:17 231:9 232:6
233:3 238:21
239:17 241:18
247:13 253:20
255:15 259:5,6
263:2 271:18 275:5

280:4 281:20 295:3
305:23,25 307:21
316:22 318:6
323:12,14 326:11
328:13,18,20 330:2
330:8,10 331:11,14
334:2,5,11 336:18
339:12 344:4
345:25 353:9
355:21 357:22
**telling (11)**
75:17 119:3,10,20
230:24 234:12
235:12 278:13
283:8 291:3 345:18
**tells (2)**
231:7 341:6
**temper (1)**
222:11
**term (1)**
107:9
**terminable (3)**
302:18,21,22
**terminal (1)**
155:24
**terminate (1)**
233:4
**terminated (6)**
233:24 239:4 325:5
328:4 329:2 343:10
**terminating (2)**
302:20,20
**termination (14)**
44:12,15,22 233:5,22
243:4 255:23
300:12 325:3
330:12 331:4
339:13 346:18
357:19
**terminations (2)**
327:23 329:24
**terms (1)**
181:23
**terribly (1)**
36:16
**Tesoro (2)**
277:7,9
**test (40)**
61:15 64:7,9,15,20
66:12,17,25 68:21
68:23 85:5 86:7,9
88:9,13,20 91:21
96:22 99:9,16
100:11,16 105:16
121:3 123:23,25
125:8,11 136:11
139:21,22,24 141:5
176:9 177:7 190:11
193:2,6 196:7 203:7

**testified (65)**
6:5 15:4,13,16,21,25
16:22 17:17 19:8
27:24 30:17 31:14
39:5 40:15 42:22
45:25 50:8 51:6
82:10 94:4 100:24
102:4,13,20 109:19
149:14 156:19
158:3 165:11
170:16,18 171:8
172:23 182:13,25
185:21 192:14
193:5 217:5 219:8
224:11 226:17
230:13 241:7
246:17,21 248:23
252:7 253:5 255:6
255:10 258:25
278:6 293:16
295:13 311:3
312:21 313:2
320:14 321:7
331:24 343:14
349:3 351:21
356:20

**testify (16)**
15:7,8,9 16:3,16 17:8
17:14 18:2,7 19:11
22:8 23:24 24:6,17
24:21 156:17

**testifying (3)**
14:17 31:10 102:22

**testimony (9)**
16:21 18:14 92:19
143:14 230:3
261:23 270:10
359:6,9

**tests (13)**
60:10 61:2,8,11,13,17
62:5 63:5 64:18
65:11 86:6 187:19
203:8

**text (1)**
197:2

**Thank (3)**
22:20 23:17 91:9

**thankful (1)**
274:11

**Thanks (1)**
128:25

**theory (2)**
92:23 194:9

**they'd (5)**
48:19 71:15,19
233:25 314:14

**thicks (1)**
223:24

**thing (19)**

44:19 50:2 81:17
109:16 157:16
197:12 228:16
275:20 281:24
289:22 292:20
293:13,17 310:18
318:16 323:15
332:15 343:21
349:10

**things (34)**
27:13 29:6,12,20
30:19 42:9 47:8
52:12,14,19,22
55:12 78:3 106:16
108:21 109:16
110:6,13,16,25
126:22 129:3
130:21 228:5 246:3
265:23 286:12
293:4 304:13,18
312:22 323:3
333:17 349:17

**think (216)**
11:17,23 16:24 20:13
21:5 26:17 27:14,23
29:10 31:9 35:10
37:9 38:7,11 39:17
39:22 40:12 43:3
48:2 50:9 52:5,18
53:17 54:22 57:16
57:21 58:3 63:21
64:24 69:17 75:23
78:21 80:19 81:8,14
82:23 83:16 89:14
90:11 91:5,6 94:12
94:19 95:3,15 99:13
99:17 100:4,6 101:7
105:17 106:4 110:5
111:9 114:16,19,25
115:14 116:13
117:8,18 118:10
119:5 121:25 124:4
127:5,7,18,21
129:15,22,23
130:14 138:7
139:23 144:4,10
149:13 151:21
152:14 154:14,20
155:3 156:14,25
172:17,23 175:5
176:7 177:13 178:7
181:3 183:9,16
184:8,14,14 188:11
189:3 190:21,21
191:6 192:2 197:15
199:20 201:2,7,16
201:16 202:7,12
203:11 205:7
211:14,17 218:6

219:9 225:7,12,16
225:23 226:17
227:7,22 230:5,21
231:2 234:6,8,20
236:3,9 239:24
241:20,20 244:9
245:15,19,22
246:22 248:2
249:17 251:18
252:24 257:24
258:5 259:11
260:16,20,21,23,23
261:4,19,24 262:7
262:11 263:25
264:2,5,10,15 272:5
272:6,18,22 274:8,9
275:11,14,15,18
276:12 281:24
285:13 286:17,20
288:11,11,11 289:4
289:20 290:10
292:20 293:11,16
294:19 295:13
297:2 298:13
303:25 304:6,15
309:21 311:13
316:12 324:12
325:24 328:9,9
330:14 332:15,18
332:19 333:11
334:7 335:6 337:10
338:2 339:10
345:14 349:15
350:11,20 351:20
356:22

**thinking (9)**
90:8 144:13 155:18
245:15 249:10,11
263:5 269:13
290:18

**thinks (1)**
78:7

**third (4)**
98:22 111:14 275:22
356:19

**Thomas (2)**
1:4 190:25

**Thompson (4)**
2:14 3:3 7:4 8:6

**thorough (2)**
214:3 216:2

**thought (32)**
38:13 112:23 113:13
113:14 120:7,24
128:10 138:17
208:23 211:15
225:18,21 235:20
249:15 254:17
263:3 264:9 265:7

268:5 269:14,21,23
273:2,10,23 293:6
293:17 321:3
324:25 326:17
329:19 336:7

**thousand (1)**
222:2

**thousands (3)**
39:21,21 269:19

**threat (3)**
178:7,22 179:8

**threatened (1)**
78:16

**threatening (1)**
79:6

**three (45)**
34:25 35:7,8 38:5
42:21 86:12 112:3
119:19 120:2 121:7
121:10 122:17
136:20 144:15
145:5,8,12 146:12
155:18 205:5 233:8
234:11,17 235:11
235:16 237:6
244:19 246:14
247:21,25 261:20
265:12 267:20
276:21 277:21
278:2,8 287:23,25
288:16 292:6,16
293:24 294:6
295:13

**three-year-old (1)**
318:25

**threw (5)**
156:3 317:11 318:4
318:18 321:2

**thrilled (3)**
101:7,10 284:22

**throw (3)**
224:6,22 310:10

**throwing (1)**
322:24

**thrown (3)**
309:19 316:20 320:17

**ticket (6)**
114:22,23,24,25
115:9,13

**tight (1)**
87:12

**till (1)**
135:13

**Timberpointe (5)**
6:9 9:12,18 10:4,7

**time (228)**
5:9 11:23 15:25 16:22
23:14 25:17 26:3,4
27:2,6 30:24 31:4

34:14,15 35:9,10,17
36:19 39:9,12 40:17
41:10,13 42:16,19
46:11,14,17 49:6,9
49:10 50:2 54:11
59:12 61:18 64:7,25
65:14 66:3,5 68:18
69:5,5,6 71:13
74:18 77:22 80:14
80:24,24 81:5,25
82:5 83:5,17,21
85:3,13 86:6,16,18
86:20 88:22,23
89:22 91:2 94:7,10
94:19 98:13,15,20
98:21 100:9,11,13
100:16,25 101:13
101:25 104:16
105:9,10,16 106:12
106:13,15 107:4
109:14 110:20,22
111:17,23 114:10
117:20,20,23 118:8
118:10,10,13,19
121:17 123:25
125:18 126:9,12
127:11,13,25 128:4
129:5 132:4,17
134:25 136:2 138:4
138:19 139:3,19
143:6,12,24 144:4,5
149:8,21 150:24
151:3 172:23
175:11,13,15 181:5
181:6,14,15,16,23
181:24 182:6,8,12
182:13 183:20,22
184:5 194:21
197:23 198:6,10
200:3 201:5 202:23
205:2,10,17 212:4
215:10 223:6,6,7
224:5,10 227:10,12
229:12,16 241:12
243:6 249:5,7,9
250:3 251:17
252:14 255:13
259:15 262:3
268:15 270:5 274:8
279:9,13 281:16
287:11 289:8,25
293:19 294:15,18
300:21 301:18
303:13,25 309:16
310:7 316:18
321:12 324:20
325:17 326:22
327:2,19 330:14,23
331:5,7,8 333:23

336:6,11,22 338:23
340:11 341:21,23
342:2,5 347:20,24
349:19 350:10
357:10,14 358:12
358:17,19
**timeline (1)**
327:6
**times (21)**
17:13,17 34:24 35:7
54:19,23 55:8 80:8
80:15 102:17
106:11 125:11
141:8 145:15 155:4
157:21 309:20
334:11 354:10,14
354:25
**tireless (1)**
228:4
**title (18)**
63:25 64:3 66:19,20
67:13,23 88:5 89:12
89:13 90:5,22 91:3
99:11 143:4,8 150:2
150:12 172:8
**tobacco (1)**
227:5
**today (21)**
9:6 14:14,18 15:23
21:9 23:25 24:7,17
24:22 26:16 30:14
31:11,16 105:7
141:3,7 196:5 208:3
224:20 243:7
270:11
**today's (6)**
6:19 8:25 9:13 163:17
164:12 215:17
**told (70)**
42:11 44:17 48:2,5
55:4 64:14,16 69:14
69:17 76:15,22
101:4,5 106:4,6
116:21 118:24
119:12 120:22
130:15 140:12
160:5 167:3,4,4
174:18,22 184:6,11
188:25 189:3
202:12,12 216:23
220:5 233:17 237:7
239:18 240:8,16
241:4 242:9,15
243:3,5 254:17
255:24 263:7
269:13 273:20
274:16 287:2 318:5
323:2,15 326:9,17
328:14,16,22

330:20 331:15
334:8 336:19
338:14,16 339:8
342:7 344:9 345:14
**Tom (23)**
4:21 8:8 50:13 169:18
169:20 180:11
209:2,10 210:14,24
211:3 225:20
239:25 257:17
282:17,25 284:2,6
293:2 305:18,23
306:8 308:7
**Tommy (14)**
54:22 80:19 169:19
209:14,22 234:6
281:25 331:3,6
332:22 349:20,25
350:13 351:7
**tomorrow (1)**
243:8
**top (8)**
96:10 98:12,18
102:18 237:2
242:11 335:25
343:22
**topic (1)**
333:22
**tour (16)**
13:2 146:10 167:12
167:12,16,24 168:2
168:21,24 169:12
194:12,16 252:11
281:20 306:3
307:23
**tours (25)**
119:19 120:2 122:17
122:20 125:21,22
125:25 126:3,10,11
126:13,14,18
144:16 146:12
165:12,13,16,19
169:7,10,16 194:17
194:19 227:19
**touting (1)**
238:18
**town (10)**
55:10 127:9,23
128:13 131:25
205:16 227:7
346:19 349:21
350:2
**track (1)**
259:11
**traditionally (2)**
84:16 108:6
**train (4)**
39:16 215:15,19,23
**trained (1)**

215:24
**training (11)**
59:20,24 71:24 93:7
93:10 214:9,19,22
215:2,5 257:12
**transcript (2)**
23:10 359:8
**transcription (1)**
361:9
**transcripts (1)**
264:8
**treated (2)**
301:24 330:19
**treatment (1)**
25:22
**trial (8)**
5:9 18:8 155:17 264:6
264:8 271:13
272:18,20
**triangle (3)**
315:18,19,22
**tried (12)**
41:4 107:17 108:10
221:9 222:17
232:11 247:6 248:3
271:3 273:17 297:3
337:14
**tries (1)**
155:16
**tripped (1)**
156:5
**trouble (2)**
228:9 265:14
**truck (6)**
231:6 311:8,24 313:5
314:12,14
**true (5)**
180:10 218:9 344:11
356:9 359:8
**trued (1)**
108:19
**trust (1)**
220:25
**trusted (1)**
301:20
**trustee (7)**
121:16 128:14 129:25
130:10,12 142:11
142:19
**trustees (5)**
55:22 89:16 121:7,11
142:2
**truth (9)**
14:19 29:21 37:20,20
37:22 115:21 280:4
283:8 357:22
**truthful (2)**
192:19,23

**truthfully (9)**
23:25 24:7,17,22
28:18,22 29:3,15
31:11
**try (12)**
81:17 109:3,23
113:19 223:9
247:13,18 248:6,17
249:16 257:25
318:8
**trying (26)**
16:13 17:6 23:9 42:8
52:10 112:17,18,19
151:21 198:19
201:12,24 221:18
222:24 223:8,23
224:6 237:2 238:16
249:25 258:3
259:11 265:12
283:11 286:14
296:6
**Tuesday (5)**
126:2 236:7 258:22
258:23 259:6
**turn (3)**
104:19 108:6 109:16
**turned (3)**
53:23 60:7 72:20
**turns (4)**
45:14 112:11 231:15
237:16
**twice (2)**
80:20 354:11
**twist (1)**
108:19
**two (58)**
17:13 36:18,23 38:5
40:24 52:3 53:20
63:22 68:16 80:3
81:2 92:16,18,21
102:17 105:4
111:16 112:16
145:15 152:15
155:21 187:11
222:23 223:11
233:8 236:24
237:20 241:7
245:16,17 246:15
251:16 262:15
268:4 273:13,14
274:22 276:18,22
288:16 291:20
318:2 319:21
320:15,22 321:4
329:17 335:8
339:24 340:3,14,16
340:19,22,25 350:9
356:20,22
**two-minute (2)**

26:22 278:16
**two-page (3)**
103:9 298:24 351:4
**two-thirds (1)**
341:11
**two-tier (1)**
318:9
**Ty (7)**
56:19,21 168:10
173:9 308:11
310:24 311:3
**type (5)**
81:16 226:21 295:6
324:19 353:20
**typed (1)**
288:5
**types (1)**
18:11
**typically (1)**
262:15
**typo (1)**
287:13
**Tyree (2)**
168:9 191:21
**T-shirts (1)**
349:17

---

**U**

**Uh-huh (26)**
12:3 59:7 60:23 62:8
83:14 96:4,11 98:25
104:23 165:15
168:14 179:15
187:15 191:3,10
197:9 212:7 214:23
241:24 251:15
252:18 319:7
341:14 342:15
343:20 344:3
**unavailable (2)**
41:6 228:17
**unaware (1)**
336:12
**uncertified (3)**
176:5 177:3 209:12
**uncomfortable (3)**
24:8,11 109:6
**uncommon (1)**
122:15
**underage (1)**
266:3
**underlying (1)**
117:23
**undermine (1)**
113:19
**undersigned (1)**
97:21
**understand (25)**

14:17,24 17:23
22:12,16 23:7 25:4
25:6 27:15,17 30:20
30:22 33:23 44:16
45:4 73:23 77:13
129:13 182:16
261:9 271:24 283:9
283:17 306:25
314:15
**understanding (15)**
72:9 75:8 88:12 140:6
140:9,10,14 147:18
148:17,20,25
165:23 207:23
314:19 336:16
**understood (7)**
22:23 101:8 313:12
**unfortunately (1)**
330:21
**unhappy (1)**
76:21
**uniform (3)**
91:11 124:6 253:3
**unimportant (1)**
275:16
**union (10)**
111:15,16 160:3,20
160:23 161:23
189:5 349:6,9,11
**Uniondale (1)**
3:22
**unit (2)**
202:8 212:12
**UNITED (1)**
1:2
**unplugged (3)**
326:3,5,6
**unruly (1)**
79:11
**updated (1)**
266:9
**updates (1)**
183:3
**upright (1)**
108:25
**upset (10)**
41:20,22 42:14 76:16
77:2,14 78:5 128:19
128:20 333:16
**upstairs (1)**
11:18
**use (15)**
11:10,11 13:10 22:17
79:11,15,15,23 97:4
115:11 201:19
213:17 229:10
237:22 332:7
**usually (16)**
134:22 167:14,16

168:2,10,19,22
169:6,7,16,25
181:24 245:3,9
287:21,21

---

**V**

**V (1)**
361:2
**vacation (3)**
106:15,17 194:22
**valid (2)**
172:14 335:7
**Van (1)**
277:5
**vehicle (5)**
106:20 307:19 312:7
312:10 313:9
**vehicles (1)**
77:18
**verbal (5)**
17:19 35:25 75:16
114:12 344:21
**verbally (5)**
15:9,14 57:3 70:22
94:13
**verbatim (1)**
324:3
**verdict (2)**
272:13,13
**version (4)**
103:10 249:15 271:19
290:6
**versus (7)**
6:18 16:5 18:3,13
152:14,25 158:17
**vest (1)**
265:23
**Veterans (1)**
4:13
**vetted (1)**
49:17
**viable (1)**
79:22
**victims (2)**
283:2,24
**video (2)**
4:18 42:5
**VIDEOGRAPHER...**
6:15 27:2,6 30:24
31:4 81:25 82:5
150:24 151:3
229:12,16 279:9,13
326:22 327:2
347:20,24 357:10
357:14 358:17
**videotaped (1)**
6:16
**view (2)**

128:16 129:7
**village (106)**
1:8 3:18 6:19 7:7
10:17,23 11:18 18:4
18:22 21:12 31:25
33:10 35:14,16
47:21 48:17,18,24
49:17,19 51:13,18
56:24 58:17,21 64:5
65:25 70:9,15,24,24
74:10,17 84:15
85:22 86:4 89:5,7
90:16,16 97:22
108:14 109:11
112:18 113:17
121:7,7 124:12
126:20 128:15,21
129:23 130:3
132:16,24 137:25
142:2 150:15
152:14 153:25
158:18 159:9
160:15,25 161:25
162:21,25 164:21
164:21 173:25
174:12 175:12,16
175:23 176:2
181:25 182:9,23
183:11,19 184:6
192:10 198:12,13
198:25 207:20,24
216:12,17,17,18,24
221:9,23 265:17
266:17 267:3,7,9
294:15 301:3
314:16 315:10
328:10 334:7
352:15
**village's (2)**
161:18 217:11
**vindictive (8)**
108:22 109:3,20,23
109:25 110:5 111:5
111:8
**violate (1)**
140:25
**violates (1)**
79:10
**violation (6)**
79:7 107:24 108:2
196:6 312:12,14
**violations (1)**
107:22
**visible (3)**
126:24 128:10 130:25
**vocal (2)**
127:10,24
**vodka (1)**
261:20

**voluntarily (1)**
65:6
**vote (3)**
13:24,24 63:9
**voted (2)**
67:10 68:10
**votes (1)**
67:12

---

**W**

**W (1)**
3:13
**wait (4)**
100:5 101:4,6 135:19
**waiting (1)**
120:5
**waived (1)**
5:5
**walk (8)**
10:13 11:11 122:12
122:13 209:20
263:19 317:3
328:16
**walked (6)**
38:16 43:9,13 154:7
239:22 316:24
**walking (3)**
223:16 304:10 309:15
**walks (2)**
304:24 309:11
**wall (7)**
232:9 239:22 240:5
241:14 299:11,15
299:25
**Walsh (2)**
195:19,22
**Walter (2)**
168:18,19 307:8,10
325:20
**want (60)**
7:12 8:11,18 14:13
17:18 20:21 25:7
42:15 44:9,25 45:2
45:11 48:4 52:18
57:18 76:6 82:8
113:5,6,6,7,8,9,11
128:23 130:7
133:17 163:19
165:6 166:2 187:9
220:16 221:25
222:16 227:10,21
232:6 233:18 234:6
235:23 243:8
250:10 261:14,15
265:11 266:4 268:9
279:16 285:21
293:15 294:23
314:23 315:25
326:18 327:5 330:9

332:6 333:9 351:18
357:8
**wanted (48)**
12:20 13:16,21,23
45:10 47:21 48:17
48:25 57:22 72:20
92:9 96:19,20,23
98:2,21 101:11,15
104:12 112:9 119:5
126:23 128:11,13
129:24,25 130:2,3,4
130:5,5 133:16
187:24 192:3,25
205:19 224:12
225:12 227:14
233:20 242:25
271:4,9 277:12
282:2 297:3 323:7
357:25
**warn (4)**
224:24,25 225:4
332:19
**warning (3)**
115:17 220:23 223:5
**warnings (1)**
220:24
**warrant (2)**
60:5,7
**wash (6)**
76:14 77:14,15,18,22
119:12
**washing (1)**
118:20
**wasn't (88)**
20:14 38:23 39:13
43:20,21 44:19 49:8
51:9 78:3 79:5
80:12 101:7,10,12
108:9,17,18 113:16
113:17 114:20
119:14,14,16
124:17 128:18
129:4 130:25
133:18 134:24
135:3 138:24
143:17 154:18
163:8 174:5 200:6
202:3 209:21,23
215:16 217:10
219:14 224:3 227:3
227:17,18,19 231:3
232:12,13 238:13
238:15 243:2
245:11,11 249:10
252:25 253:3
257:23 261:23
262:13 265:15,25
266:2,23 270:2,20
272:17 273:20

276:7 282:2,6
283:14 284:22,23
289:10 296:2,16
305:6,11 319:2
325:25 329:16
330:6 331:17
333:21 338:22
356:9
**watch (3)**
35:14,17 159:13
**water (5)**
320:8,9,11,18 328:23
**way (51)**
13:25 14:10 41:21
47:22 51:12 67:23
76:5,6,22 101:14
107:18 109:2 110:6
110:10 111:2
112:25 113:13
114:18 119:11,15
122:5 129:12 145:3
160:18 180:15
185:24 225:2
226:10 233:23
237:17 252:6
280:18,19 284:24
290:19 293:6 301:9
301:21 302:7,8
321:10 323:20
329:21 331:13
332:4 339:10
341:11 342:19
343:7 358:3 359:12
**ways (1)**
118:2
**weapon (1)**
254:6
**wear (8)**
91:11 126:25 130:22
131:6 134:16,20
135:10 334:24
**website (1)**
161:18
**wedge (1)**
108:20
**Wednesday (1)**
358:16
**week (2)**
112:6 126:8
**weekend (3)**
39:7 167:19 228:21
**weekends (5)**
112:5,13 169:10
228:20,22
**weekly (1)**
219:25
**weeks (2)**
135:18 205:5
**weight (1)**

46:4
**Welch (2)**
57:11,13
**well-attended (1)**
267:18
**went (63)**
27:9 35:16 41:17,18
44:2,10 51:16 64:21
85:13,14 93:12
98:11 114:17
116:25 118:23
133:23 136:18,20
136:21 144:9,11
149:9 150:12,15
155:24 190:12
194:2 201:8 208:24
209:2,10 212:22
228:7 233:15
234:13 235:14
236:22 237:24
240:11,18,20,24
247:18,20 248:7,8
254:15 255:18,20
259:20 263:9
275:23 293:6
303:14 318:7
319:13 320:7,9,10
321:8 322:15 327:6
333:15
**weren't (39)**
16:18 43:16,18
108:24 161:2,5
171:16 172:24
188:9,20 197:21
219:11,17 220:14
220:16 221:7
222:25 223:8,19
224:2,3 228:19
233:19 234:25
240:12 243:16
247:11,15 256:3
284:21 293:4
295:17 301:6,12
302:17 323:5
328:23 330:18
343:5
**we'll (11)**
9:25 22:2 30:7 73:8
73:12 180:2 183:22
201:19 218:7 243:9
326:19
**we're (32)**
7:19 14:14 23:9 27:3
27:25 30:25 35:2
81:11,14 82:2
150:25 151:4 189:7
221:12,14 223:22
224:19 229:13
279:14 283:6,7,10

283:11,12 297:9
326:23 328:5,7
347:21,25 348:18
357:11
**whatnot (1)**
309:17
**whatsoever (2)**
332:7,20
**WHEREOF (1)**
359:14
**white (7)**
126:25 130:22 131:6
134:16,20 135:7,10
**wholly (3)**
217:15,22 218:3
**whore (1)**
299:3
**wide (1)**
321:20
**wife (12)**
127:6,10,20,24
130:23 190:8,9
237:17,20,25
282:13 294:20
**wife's (1)**
190:8
**Wigdor (4)**
2:14 3:3 7:4 8:6
**William (2)**
195:19,22
**willing (1)**
345:3
**windows (3)**
76:14 77:14,16
**winter (5)**
40:12 53:8 84:22
122:22 123:5
**wire (1)**
334:24
**wish (1)**
286:9
**wishy-washy (1)**
233:20
**withdraw (1)**
146:17
**withdrawn (1)**
310:24
**withdrew (1)**
176:19
**witness (67)**
6:3,23 20:5 21:7,11
21:16 26:23 28:25
30:16,16 57:18 67:6
78:7 81:20 91:7
107:22,25 157:19
168:6 171:24
186:25 188:11,14
197:15,18 208:14
217:13,18,24 234:4

234:10,21,23 235:9
237:15 239:9 247:4
247:7 250:8 261:4
262:19 268:7,17,23
269:22 271:14
272:2 277:11,13
279:3,5,18,22
282:11 290:5,14
301:10 303:18,21
306:15 315:21
316:3 356:12 359:6
359:9,14 361:4
**witnessed (2)**
291:16 311:4
**witnesses (9)**
156:4 238:7 240:2
244:3 247:5 256:4
269:20 277:23
280:2
**witnessing (1)**
263:13
**wives (1)**
236:13
**woman (10)**
238:9,13 241:20,21
271:16 273:15
274:3 276:18,22
299:3
**women (1)**
11:17
**won (2)**
160:4,7
**wonderful (7)**
127:13 128:4 225:21
228:3 240:17
269:15,21
**wondering (2)**
256:3 331:7
**word (5)**
22:17 75:8 150:8
221:18 299:5
**worded (1)**
263:2
**words (2)**
26:13 79:3
**work (69)**
37:23 59:25 71:9 72:4
72:8,11,19 73:6
81:12 82:20 83:8
84:3 110:9 112:3,20
117:19,22 126:4,7
136:21 137:9
144:18 145:3,5,11
146:8,9,10 150:11
160:22 167:18,20
167:25 168:17
169:8,8 170:6 171:5
177:4 188:2,18
194:5,11,15,19,20

195:13 198:7 206:5
208:20 215:25
224:2 226:12,20
227:4 228:15,19,23
228:23,25 236:8
237:10 245:9,12
290:16 303:9
304:12 324:7 344:6
**workable (1)**
112:21
**worked (56)**
11:18 46:21 59:25
71:25 72:18,22 73:5
84:22 112:12
113:18 125:22,25
126:2,5,6,13 132:20
136:25 145:11,21
146:11 165:12,13
167:14,23 168:2,10
168:19,22 169:6,10
169:16,19 173:16
175:22,25 176:9,22
183:17 186:6
195:23 201:16
218:21 226:13
227:5 228:7 245:22
245:23 258:6
259:24 260:2,4
272:23 290:13
328:11 356:14
**worker (2)**
224:18 228:11
**working (58)**
49:9 55:9 60:3 72:15
73:3 88:4,6 89:14
126:13 129:9 133:5
144:6 148:10 150:9
173:24 178:12
181:16 183:19
185:8 188:8,21,23
194:18,18 196:8
198:2 205:19
208:19 209:12
220:25 227:7,11,13
228:25 236:9 237:9
244:21,25 262:16
262:18 270:3,4
273:21 291:4 294:8
298:5 301:11
304:24 307:6 308:8
319:15 325:16,24
325:25 326:13
331:16 347:5 350:9
**workmen's (3)**
163:21,24 164:4
**works (6)**
26:25 58:17 110:9,10
175:6 204:21
**worry (6)**

41:22 43:24 52:12
67:8 112:14 333:17
**wouldn't (46)**
13:12,14 29:2 58:22
77:2 79:14 80:22
105:21 110:4 111:8
140:21,24 145:13
178:12,25 179:6,23
188:19 192:17,19
192:22,22 221:19
224:22 225:3 228:8
244:7,10,22 265:13
266:7 270:22
287:15 303:12,13
305:5 308:7 309:17
309:21 310:15,17
321:9 329:20 353:6
353:8 358:8
**would've (30)**
98:18 129:11,17
131:22 152:3
178:22 183:18
246:5 249:17,18
254:14,15 262:12
277:17 281:6,7
283:20 294:11,13
294:16,19,20,21
295:9 302:6 323:22
336:13 343:7
347:18 358:9
**Wow (1)**
270:13
**wrap (1)**
357:9
**wrath (1)**
133:17
**wreath (2)**
42:3,7
**wrestling (1)**
238:3
**write (32)**
32:4 47:20 49:19 51:2
80:8 87:17 96:16
107:17,21,24
114:22,23,24 115:8
115:13,18 220:4,13
221:3 222:20 223:5
223:9 224:8,23
225:3,15 226:21
228:12 271:20
304:20 332:5 337:4
**writing (23)**
15:13 70:22 80:15
94:13 102:5 111:24
112:10 186:2,8
198:5 211:4 220:14
220:16 221:4,7,14
222:25 223:9,11,24
299:8 332:17

356:14
**written (22)**
48:15 61:15 75:16
86:6 147:22 148:21
151:11 162:13
219:18 220:9
221:25 281:6 299:5
300:24 304:6,8,20
312:24 313:11
344:19,22 356:6
**wrong (13)**
8:21 75:12,19 79:25
80:6 114:20 154:17
184:20 192:18
218:4,5 238:17
312:24
**wrongful (3)**
44:12,15,21
**wrote (38)**
31:25 32:5 49:22,23
69:8 80:16 88:22,25
89:3 90:14 114:25
115:22 146:15
151:22,23,24,25
152:2,3 159:25
181:20 220:10,12
222:2 224:10
238:12 272:6 274:7
279:25 281:14
287:12 289:10,13
290:7 304:8 332:19
337:5 356:7
**Wyckoff (16)**
236:8 245:13 259:2
259:14,16,18,19,22
260:7,11,15 261:25
264:21 265:2
268:16,22
**Wykoff (4)**
133:3,6,7,21

_____
**X**
_____
**X (2)**
1:3,17

_____
**Y**
_____
**Yager (1)**
273:25
**yeah (127)**
11:8,17 12:5,16 32:15
38:11 40:6 43:10,13
47:25 63:24 65:7
77:5 79:9,21 85:20
87:8 90:2 97:5 99:4
100:13 101:4
102:25 103:23
106:15 120:17,21
129:5,6 133:11,22
134:8,8,14,14

135:11,16 136:11
138:7 140:11 145:9
146:7 152:8 155:20
156:8,11 160:11
161:4,14 162:10,14
163:8,21 164:8,10
168:6 176:24
177:18 184:11
185:6 186:5 188:8
189:24 192:2 193:3
194:23,25 195:3
199:9 203:15
208:15 219:19
226:18,18 227:20
228:3 232:21
241:13,22 242:17
242:21 243:5 244:5
248:22 252:9 270:6
271:13,24 274:3
276:19 277:17
278:5 280:11
288:11 300:7,23
302:23,23 303:6
304:16,22 308:14
311:22 313:3 315:6
316:12 317:24
319:22 324:14
327:17,22 328:7
329:11 330:14
331:5 332:2 335:23
336:2 342:24
343:12,15 347:5
348:17 350:9
353:18 354:6
356:18
**year (29)**
12:9 34:5 44:25 63:21
94:12,16 102:13,20
111:19 127:5,19
130:25 170:11
172:14,15 183:24
184:2 208:12,13
214:24 218:22
223:12 251:19
317:6,6 318:2
325:20 332:18
337:11
**years (30)**
12:12 17:4 52:10
105:4 111:9 117:24
117:24 140:13
184:20 201:9
203:13 206:5
212:13,13,14
219:24 223:13
237:12,20 245:13
245:16,17 259:17
295:4 298:4 303:25
319:21 320:15,22

321:4
**year-round (4)**
16:13,15,17 145:20
**York (29)**
1:2,18,18 2:2,2,15,15
2:20 3:6,6,12,22 4:6
4:14 6:10 10:14
72:7,11 74:3,6,8
164:2,3 171:14
172:7 206:14
266:23 312:11
359:5
**Youchah (4)**
65:16,17 66:23 68:11
**young (6)**
78:15,17 253:19
268:5 274:4 290:5
**Y-O-U-C-H-A-H (1)**
65:17

_____
**$**
_____
**$14,000 (1)**
160:8
**$2,100 (3)**
160:6,10 163:9
**$3,000 (1)**
162:14
**$3,200 (1)**
162:22

_____
**0**
_____
**01 (1)**
105:20
**03 (2)**
184:12,17
**04 (6)**
10:2 134:7,10 184:15
203:3 245:14
**05 (1)**
194:19
**06 (6)**
53:8 146:24 147:14
333:5 334:22
341:25
**07 (2)**
1:7 53:8
**08 (2)**
68:19 333:5

_____
**1**
_____
**1 (8)**
6:13,16 8:19,25 9:5
351:15 360:10
361:7
**1,500 (1)**
218:22
**1:00:02PM (1)**
139:23

**1:00:04PM (1)**
139:24
**1:00:08PM (1)**
140:2
**1:00:09PM (1)**
140:3
**1:00:25PM (1)**
140:8
**1:00:28PM (1)**
140:10
**1:00:31PM (2)**
140:11,12
**1:00:34PM (1)**
140:14
**1:00:44PM (2)**
140:17,18
**1:00:56PM (1)**
140:22
**1:01:01PM (1)**
140:23
**1:01:06PM (1)**
140:25
**1:01:08PM (1)**
141:2
**1:01:09PM (1)**
141:3
**1:01:15PM (1)**
141:6
**1:01:19PM (1)**
141:7
**1:01:22PM (1)**
141:9
**1:01:35PM (1)**
141:10
**1:01:41PM (1)**
141:12
**1:01:55PM (1)**
141:13
**1:01:56PM (1)**
141:15
**1:02:27PM (1)**
141:18
**1:02:40PM (2)**
141:23,24
**1:02:49PM (1)**
142:4
**1:02:50PM (1)**
142:5
**1:03:00PM (2)**
142:8,9
**1:03:01PM (1)**
142:10
**1:03:13PM (1)**
142:15
**1:03:14PM (1)**
142:16
**1:03:15PM (1)**
142:17

| | | | | |
|---|---|---|---|---|
| **1:03:19PM (1)** | **1:07:23PM (2)** | **1:10:20PM (1)** | 7:9 | 10:4 |
| 142:19 | 146:14,15 | 149:16 | **10:03:39AM (1)** | **10:06:31AM (1)** |
| **1:03:22PM (1)** | **1:07:30PM (1)** | **1:10:26PM (1)** | 7:12 | 10:5 |
| 142:21 | 146:17 | 149:18 | **10:03:52AM (1)** | **10:06:47AM (1)** |
| **1:03:24PM (1)** | **1:07:44PM (2)** | **1:10:29PM (1)** | 7:18 | 10:9 |
| 142:22 | 146:19,20 | 149:19 | **10:03:59AM (1)** | **10:06:50AM (1)** |
| **1:03:36PM (1)** | **1:07:49PM (1)** | **1:10:44PM (1)** | 7:19 | 10:11 |
| 143:2 | 146:22 | 149:24 | **10:04 (1)** | **10:06:52AM (1)** |
| **1:03:47PM (1)** | **1:07:50PM (1)** | **1:11:01PM (1)** | 6:21 | 10:13 |
| 143:5 | 146:23 | 149:25 | **10:04:02AM (1)** | **10:07:02AM (1)** |
| **1:03:51PM (1)** | **1:08:03PM (1)** | **1:11:09PM (1)** | 7:22 | 10:15 |
| 143:6 | 147:2 | 150:4 | **10:04:05AM (2)** | **10:07:04AM (1)** |
| **1:03:53PM (1)** | **1:08:05PM (1)** | **1:11:11PM (1)** | 7:24,25 | 10:16 |
| 143:7 | 147:3 | 150:5 | **10:04:07AM (2)** | **10:07:11AM (1)** |
| **1:03:57PM (1)** | **1:08:14PM (1)** | **1:11:15PM (1)** | 8:2,3 | 10:18 |
| 143:9 | 147:6 | 150:7 | **10:04:08AM (2)** | **10:07:14AM (1)** |
| **1:03:58PM (1)** | **1:08:19PM (1)** | **1:11:19PM (1)** | 8:4,5 | 10:20 |
| 143:10 | 147:9 | 150:8 | **10:04:21AM (1)** | **10:07:16AM (1)** |
| **1:03:59PM (1)** | **1:08:22PM (2)** | **1:11:58PM (1)** | 8:10 | 10:21 |
| 143:11 | 147:11,17 | 150:19 | **10:04:30AM (1)** | **10:07:37AM (1)** |
| **1:04:15PM (2)** | **1:08:42PM (1)** | **1:12:02PM (1)** | 8:13 | 11:3 |
| 143:19,20 | 147:18 | 150:21 | **10:04:31AM (1)** | **10:07:41AM (1)** |
| **1:04:17PM (1)** | **1:08:47PM (1)** | **1:12:16PM (1)** | 8:14 | 11:5 |
| 143:22 | 147:21 | 150:22 | **10:04:35AM (1)** | **10:07:42AM (1)** |
| **1:04:18PM (2)** | **1:08:48PM (1)** | **1:12:18PM (1)** | 8:16 | 11:6 |
| 143:23,24 | 147:22 | 150:24 | **10:04:38AM (1)** | **10:07:44AM (1)** |
| **1:04:29PM (1)** | **1:08:58PM (1)** | **1:12:22PM (1)** | 8:17 | 11:8 |
| 144:3 | 148:2 | 151:2 | **10:04:41AM (1)** | **10:07:52AM (1)** |
| **1:04:34PM (1)** | **1:09:02PM (1)** | **1:13 (1)** | 8:18 | 11:10 |
| 144:4 | 148:4 | 150:24 | **10:04:47AM (1)** | **10:08:02AM (1)** |
| **1:06:02PM (1)** | **1:09:07PM (1)** | **10 (6)** | 8:21 | 11:13 |
| 145:4 | 148:5 | 201:9 297:13,16,20 | **10:04:50AM (1)** | **10:08:06AM (2)** |
| **1:06:08PM (1)** | **1:09:17PM (3)** | 300:5 360:19 | 8:22 | 11:14,15 |
| 145:7 | 148:8,9,10 | **10/1 (7)** | **10:04:56AM (1)** | **10:08:07AM (1)** |
| **1:06:11PM (1)** | **1:09:24PM (1)** | 177:22 178:5 179:14 | 8:23 | 11:16 |
| 145:8 | 148:13 | 179:21 180:19,23 | **10:05:05AM (2)** | **10:08:10AM (1)** |
| **1:06:12PM (1)** | **1:09:27PM (1)** | 180:24 | 9:3,4 | 11:17 |
| 145:9 | 148:15 | **10/13 (3)** | **10:05:10AM (1)** | **10:08:38AM (1)** |
| **1:06:25PM (1)** | **1:09:36PM (1)** | 179:18,18,20 | 9:7 | 11:24 |
| 145:13 | 148:17 | **10:00 (2)** | **10:05:11AM (1)** | **10:08:46AM (2)** |
| **1:06:27PM (1)** | **1:09:42PM (1)** | 2:4 303:8 | 9:8 | 12:3,4 |
| 145:14 | 148:19 | **10:02:05AM (1)** | **10:05:15AM (1)** | **10:08:48AM (2)** |
| **1:06:56PM (1)** | **1:09:44PM (1)** | 6:11 | 9:10 | 12:5,6 |
| 145:25 | 148:20 | **10:02:07AM (1)** | **10:05:16AM (1)** | **10:08:50AM (1)** |
| **1:06:57PM (1)** | **1:09:49PM (1)** | 6:12 | 9:11 | 12:7 |
| 146:2 | 148:23 | **10:02:50AM (1)** | **10:05:17AM (1)** | **10:08:54AM (1)** |
| **1:06:58PM (1)** | **1:10:02PM (1)** | 6:15 | 9:12 | 12:9 |
| 146:3 | 149:3 | **10:03:06AM (1)** | **10:05:24AM (1)** | **10:09:01AM (1)** |
| **1:07:01PM (1)** | **1:10:04PM (1)** | 6:22 | 9:13 | 12:11 |
| 146:5 | 149:5 | **10:03:16AM (1)** | **10:05:30AM (1)** | **10:09:06AM (1)** |
| **1:07:02PM (1)** | **1:10:05PM (1)** | 6:24 | 9:16 | 12:13 |
| 146:6 | 149:6 | **10:03:19AM (2)** | **10:05:32AM (1)** | **10:09:12AM (1)** |
| **1:07:05PM (1)** | **1:10:06PM (1)** | 7:2,3 | 9:17 | 12:16 |
| 146:7 | 149:7 | **10:03:22AM (1)** | **10:05:38AM (1)** | **10:09:13AM (1)** |
| **1:07:18PM (1)** | **1:10:13PM (1)** | 7:4 | 9:19 | 12:17 |
| 146:11 | 149:11 | **10:03:28AM (1)** | **10:06:17AM (1)** | **10:09:14AM (1)** |
| **1:07:22PM (1)** | **1:10:14PM (1)** | 7:6 | 9:25 | 12:19 |
| 146:13 | 149:13 | **10:03:35AM (1)** | **10:06:22AM (1)** | **10:09:18AM (1)** |

| | | | | |
|---|---|---|---|---|
| 12:21 | 15:8 | 18:19 | 20:18,19 | 23:23 |
| **10:09:25AM (3)** | **10:11:39AM (1)** | **10:15:42AM (1)** | **10:17:20AM (1)** | **10:19:40AM (2)** |
| 12:22,23,24 | 15:11 | 18:20 | 20:20 | 24:2,3 |
| **10:09:30AM (1)** | **10:11:40AM (1)** | **10:15:45AM (1)** | **10:17:22AM (1)** | **10:19:42AM (2)** |
| 13:3 | 15:12 | 18:22 | 20:23 | 24:4,5 |
| **10:09:31AM (1)** | **10:11:45AM (1)** | **10:15:51AM (1)** | **10:17:45AM (1)** | **10:19:46AM (1)** |
| 13:4 | 15:15 | 18:24 | 21:10 | 24:8 |
| **10:09:32AM (1)** | **10:11:49AM (1)** | **10:15:54AM (1)** | **10:17:47AM (1)** | **10:19:51AM (1)** |
| 13:5 | 15:16 | 19:2 | 21:11 | 24:10 |
| **10:09:33AM (1)** | **10:11:54AM (1)** | **10:16:06AM (1)** | **10:17:52AM (1)** | **10:20:00AM (1)** |
| 13:6 | 15:18 | 19:5 | 21:14 | 24:14 |
| **10:09:38AM (1)** | **10:11:57AM (1)** | **10:16:10AM (1)** | **10:18:00AM (1)** | **10:20:09AM (1)** |
| 13:8 | 15:20 | 19:7 | 21:18 | 24:18 |
| **10:09:39AM (1)** | **10:12:25AM (1)** | **10:16:12AM (1)** | **10:18:01AM (1)** | **10:20:12AM (1)** |
| 13:9 | 16:3 | 19:8 | 21:19 | 24:20 |
| **10:09:43AM (1)** | **10:12:51AM (1)** | **10:16:15AM (1)** | **10:18:06AM (1)** | **10:20:17AM (1)** |
| 13:11 | 16:7 | 19:10 | 21:21 | 24:21 |
| **10:09:45AM (1)** | **10:12:59AM (1)** | **10:16:16AM (1)** | **10:18:07AM (1)** | **10:20:23AM (1)** |
| 13:12 | 16:10 | 19:11 | 21:22 | 24:24 |
| **10:09:49AM (1)** | **10:13:23AM (1)** | **10:16:19AM (1)** | **10:18:12AM (1)** | **10:20:25AM (1)** |
| 13:14 | 16:18 | 19:13 | 21:25 | 25:2 |
| **10:09:51AM (1)** | **10:13:26AM (2)** | **10:16:21AM (1)** | **10:18:14AM (1)** | **10:20:34AM (1)** |
| 13:15 | 16:20,21 | 19:14 | 22:2 | 25:6 |
| **10:09:52AM (1)** | **10:13:43AM (1)** | **10:16:24AM (2)** | **10:18:15AM (1)** | **10:20:45AM (1)** |
| 13:16 | 16:24 | 19:16,17 | 22:4 | 25:9 |
| **10:09:58AM (1)** | **10:13:45AM (1)** | **10:16:26AM (1)** | **10:18:20AM (1)** | **10:20:46AM (1)** |
| 13:19 | 16:25 | 19:18 | 22:5 | 25:10 |
| **10:09:59AM (1)** | **10:13:46AM (1)** | **10:16:28AM (1)** | **10:18:25AM (1)** | **10:20:49AM (1)** |
| 13:20 | 17:2 | 19:19 | 22:6 | 25:12 |
| **10:10:17AM (1)** | **10:14:16AM (1)** | **10:16:30AM (1)** | **10:18:34AM (1)** | **10:20:50AM (1)** |
| 13:25 | 17:10 | 19:20 | 22:10 | 25:13 |
| **10:10:27AM (1)** | **10:14:21AM (2)** | **10:16:38AM (1)** | **10:18:38AM (1)** | **10:20:52AM (1)** |
| 14:4 | 17:12,13 | 19:21 | 22:11 | 25:14 |
| **10:10:31AM (1)** | **10:14:27AM (1)** | **10:16:39AM (1)** | **10:18:48AM (2)** | **10:20:54AM (1)** |
| 14:5 | 17:16 | 19:22 | 22:15,16 | 25:15 |
| **10:10:39AM (1)** | **10:14:32AM (1)** | **10:16:40AM (1)** | **10:18:54AM (1)** | **10:21:02AM (1)** |
| 14:7 | 17:17 | 19:23 | 22:20 | 25:19 |
| **10:10:41AM (1)** | **10:14:36AM (1)** | **10:16:44AM (1)** | **10:18:55AM (1)** | **10:21:12AM (1)** |
| 14:8 | 17:19 | 19:25 | 22:21 | 25:21 |
| **10:10:42AM (1)** | **10:14:46AM (2)** | **10:16:47AM (1)** | **10:18:58AM (1)** | **10:21:20AM (1)** |
| 14:9 | 17:23,24 | 20:2 | 22:24 | 25:23 |
| **10:10:44AM (1)** | **10:14:47AM (1)** | **10:16:49AM (1)** | **10:18:59AM (1)** | **10:21:40AM (1)** |
| 14:10 | 17:25 | 20:3 | 22:25 | 26:3 |
| **10:10:51AM (1)** | **10:15:01AM (1)** | **10:16:56AM (1)** | **10:19:02AM (1)** | **10:21:46AM (1)** |
| 14:12 | 18:5 | 20:7 | 23:2 | 26:6 |
| **10:11:00AM (1)** | **10:15:04AM (1)** | **10:16:57AM (1)** | **10:19:11AM (1)** | **10:22:02AM (1)** |
| 14:17 | 18:6 | 20:8 | 23:7 | 26:7 |
| **10:11:04AM (1)** | **10:15:05AM (1)** | **10:17:01AM (1)** | **10:19:12AM (2)** | **10:22:05AM (1)** |
| 14:20 | 18:7 | 20:10 | 23:8,9 | 26:9 |
| **10:11:05AM (1)** | **10:15:20AM (1)** | **10:17:02AM (1)** | **10:19:18AM (3)** | **10:22:25AM (1)** |
| 14:21 | 18:12 | 20:11 | 23:12,13,14 | 26:12 |
| **10:11:12AM (4)** | **10:15:21AM (1)** | **10:17:10AM (1)** | **10:19:23AM (1)** | **10:22:46AM (1)** |
| 14:23,24,25 15:2 | 18:13 | 20:13 | 23:17 | 26:15 |
| **10:11:26AM (1)** | **10:15:28AM (1)** | **10:17:14AM (1)** | **10:19:28AM (1)** | **10:22:56AM (1)** |
| 15:6 | 18:16 | 20:15 | 23:18 | 26:19 |
| **10:11:30AM (1)** | **10:15:36AM (1)** | **10:17:15AM (1)** | **10:19:30AM (2)** | **10:22:57AM (1)** |
| 15:7 | 18:18 | 20:16 | 23:20,21 | 26:20 |
| **10:11:32AM (1)** | **10:15:38AM (1)** | **10:17:17AM (2)** | **10:19:34AM (1)** | **10:22:59AM (1)** |

| | | | | |
|---|---|---|---|---|
| 26:22 | 30:24 | 33:4 | 35:12 | 38:6 |
| **10:23:06AM (1)** | **10:36:35AM (1)** | **10:38:18AM (1)** | **10:41:00AM (1)** | **10:44:37AM (1)** |
| 26:25 | 31:4 | 33:5 | 35:14 | 38:7 |
| **10:23:08AM (1)** | **10:36:39AM (1)** | **10:38:23AM (1)** | **10:41:09AM (1)** | **10:44:43AM (1)** |
| 27:2 | 31:6 | 33:7 | 35:16 | 38:8 |
| **10:23:12AM (1)** | **10:36:41AM (1)** | **10:38:26AM (1)** | **10:41:20AM (1)** | **10:44:54AM (1)** |
| 27:4 | 31:7 | 33:8 | 35:21 | 38:11 |
| **10:24 (1)** | **10:36:52AM (1)** | **10:38:36AM (1)** | **10:41:23AM (1)** | **10:44:56AM (1)** |
| 27:2 | 31:12 | 33:12 | 35:23 | 38:12 |
| **10:24:45AM (1)** | **10:36:55AM (1)** | **10:38:38AM (1)** | **10:41:24AM (1)** | **10:44:58AM (1)** |
| 27:6 | 31:13 | 33:13 | 35:25 | 38:13 |
| **10:28:32AM (1)** | **10:37:02AM (1)** | **10:38:45AM (1)** | **10:41:26AM (2)** | **10:45:02AM (1)** |
| 27:8 | 31:17 | 33:17 | 36:3,4 | 38:15 |
| **10:28:33AM (1)** | **10:37:03AM (1)** | **10:38:46AM (1)** | **10:41:27AM (1)** | **10:45:06AM (1)** |
| 27:9 | 31:18 | 33:18 | 36:5 | 38:16 |
| **10:29 (1)** | **10:37:05AM (1)** | **10:38:57AM (1)** | **10:41:28AM (1)** | **10:45:13AM (1)** |
| 27:6 | 31:19 | 33:22 | 36:6 | 38:18 |
| **10:29:38AM (1)** | **10:37:07AM (1)** | **10:39:03AM (1)** | **10:41:32AM (1)** | **10:45:30AM (1)** |
| 28:10 | 31:20 | 33:25 | 36:8 | 38:20 |
| **10:29:43AM (1)** | **10:37:11AM (2)** | **10:39:12AM (1)** | **10:41:38AM (1)** | **10:45:42AM (1)** |
| 28:12 | 31:22,23 | 34:3 | 36:9 | 38:25 |
| **10:29:44AM (1)** | **10:37:14AM (1)** | **10:39:13AM (2)** | **10:41:41AM (1)** | **10:45:46AM (1)** |
| 28:13 | 31:25 | 34:4,5 | 36:11 | 39:3 |
| **10:30:13AM (1)** | **10:37:20AM (1)** | **10:39:19AM (1)** | **10:41:44AM (1)** | **10:45:48AM (1)** |
| 28:25 | 32:4 | 34:6 | 36:12 | 39:4 |
| **10:30:17AM (2)** | **10:37:22AM (1)** | **10:39:20AM (1)** | **10:41:51AM (1)** | **10:45:58AM (1)** |
| 29:4,5 | 32:5 | 34:7 | 36:14 | 39:8 |
| **10:30:21AM (3)** | **10:37:27AM (1)** | **10:39:22AM (1)** | **10:41:57AM (1)** | **10:46:01AM (1)** |
| 29:7,8,9 | 32:6 | 34:8 | 36:15 | 39:9 |
| **10:30:23AM (1)** | **10:37:28AM (1)** | **10:39:28AM (1)** | **10:42:00AM (1)** | **10:46:12AM (1)** |
| 29:10 | 32:7 | 34:9 | 36:16 | 39:12 |
| **10:30:27AM (1)** | **10:37:30AM (1)** | **10:39:32AM (1)** | **10:42:07AM (1)** | **10:47:07AM (3)** |
| 29:13 | 32:8 | 34:11 | 36:17 | 40:4,6,7 |
| **10:30:43AM (1)** | **10:37:33AM (2)** | **10:39:33AM (1)** | **10:42:09AM (1)** | **10:47:09AM (1)** |
| 29:18 | 32:10,11 | 34:12 | 36:18 | 40:8 |
| **10:30:51AM (2)** | **10:37:35AM (1)** | **10:39:37AM (1)** | **10:42:29AM (1)** | **10:47:16AM (1)** |
| 29:22,23 | 32:12 | 34:13 | 36:22 | 40:11 |
| **10:30:59AM (2)** | **10:37:36AM (1)** | **10:39:56AM (1)** | **10:42:36AM (1)** | **10:47:25AM (1)** |
| 30:2,3 | 32:13 | 34:15 | 36:24 | 40:12 |
| **10:31:00AM (1)** | **10:37:37AM (1)** | **10:40:11AM (1)** | **10:42:54AM (1)** | **10:47:36AM (1)** |
| 30:4 | 32:14 | 34:18 | 37:4 | 40:14 |
| **10:31:01AM (1)** | **10:37:38AM (1)** | **10:40:12AM (1)** | **10:43:01AM (1)** | **10:47:44AM (1)** |
| 30:5 | 32:15 | 34:19 | 37:7 | 40:18 |
| **10:31:04AM (1)** | **10:37:42AM (1)** | **10:40:22AM (2)** | **10:43:02AM (2)** | **10:47:45AM (1)** |
| 30:6 | 32:17 | 34:23,24 | 37:8,9 | 40:19 |
| **10:31:09AM (1)** | **10:37:46AM (1)** | **10:40:30AM (1)** | **10:43:10AM (1)** | **10:47:52AM (1)** |
| 30:8 | 32:18 | 34:25 | 37:12 | 40:22 |
| **10:31:10AM (1)** | **10:37:56AM (1)** | **10:40:31AM (1)** | **10:43:34AM (1)** | **10:47:53AM (1)** |
| 30:9 | 32:20 | 35:2 | 37:15 | 40:23 |
| **10:31:36AM (1)** | **10:38 (1)** | **10:40:38AM (2)** | **10:44:13AM (1)** | **10:47:55AM (1)** |
| 30:22 | 31:4 | 35:5,6 | 37:25 | 40:24 |
| **10:31:37AM (1)** | **10:38:00AM (1)** | **10:40:39AM (1)** | **10:44:23AM (1)** | **10:47:57AM (1)** |
| 30:23 | 32:21 | 35:8 | 38:3 | 40:25 |
| **10:31:39AM (1)** | **10:38:06AM (1)** | **10:40:40AM (1)** | **10:44:28AM (1)** | **10:48:06AM (1)** |
| 30:24 | 32:24 | 35:9 | 38:4 | 41:4 |
| **10:31:43AM (1)** | **10:38:08AM (1)** | **10:40:45AM (1)** | **10:44:33AM (1)** | **10:48:12AM (1)** |
| 31:2 | 32:25 | 35:10 | 38:5 | 41:7 |
| **10:33 (1)** | **10:38:13AM (1)** | **10:40:58AM (1)** | **10:44:34AM (1)** | **10:48:14AM (1)** |

41:9
**10:48:18AM (1)**
41:10
**10:48:23AM (1)**
41:13
**10:48:37AM (1)**
41:15
**10:48:38AM (1)**
41:16
**10:48:42AM (1)**
41:17
**10:50:08AM (1)**
42:17
**10:50:11AM (1)**
42:20
**10:50:14AM (1)**
42:21
**10:50:22AM (1)**
42:25
**10:50:23AM (1)**
43:2
**10:50:29AM (1)**
43:3
**10:50:55AM (1)**
43:7
**10:50:58AM (1)**
43:9
**10:51:52AM (1)**
44:2
**10:52:40AM (1)**
44:13
**10:52:47AM (1)**
44:16
**10:54:20AM (1)**
45:19
**10:54:22AM (2)**
45:20,21
**10:54:23AM (1)**
45:22
**10:54:25AM (1)**
45:23
**10:54:31AM (1)**
46:2
**10:55:26AM (1)**
46:14
**10:55:41AM (1)**
46:16
**10:55:45AM (1)**
46:17
**10:56:04AM (1)**
46:19
**10:57:14AM (1)**
47:11
**10:57:22AM (1)**
47:13
**10:57:23AM (1)**
47:14
**10:57:30AM (1)**

47:17
**10:57:34AM (1)**
47:19
**10:57:54AM (1)**
47:23
**10:57:55AM (1)**
47:24
**10:57:56AM (2)**
47:25 48:2
**10:57:59AM (1)**
48:3
**10:58:03AM (1)**
48:4
**10:58:07AM (1)**
48:6
**10:58:08AM (1)**
48:7
**10:58:14AM (1)**
48:10
**10:58:15AM (1)**
48:11
**10:58:25AM (1)**
48:14
**10:59:03AM (1)**
49:2
**10:59:09AM (1)**
49:4
**10:59:11AM (1)**
49:5
**10:59:16AM (2)**
49:7,8
**10:59:20AM (1)**
49:10
**10:59:32AM (1)**
49:14
**100 (2)**
4:13 190:13
**10003 (1)**
3:6
**101 (3)**
356:12,13,17
**103 (1)**
360:12
**1042s (1)**
280:21
**10523 (1)**
3:12
**11 (4)**
298:20,24 299:8
360:20
**11th (2)**
9:22 10:6
**11:00:10AM (1)**
49:25
**11:00:15AM (2)**
50:3,4
**11:00:16AM (1)**
50:5

**11:00:19AM (1)**
50:6
**11:00:32AM (1)**
50:9
**11:00:35AM (1)**
50:10
**11:00:46AM (1)**
50:12
**11:00:50AM (1)**
50:14
**11:01:01AM (1)**
50:16
**11:01:04AM (1)**
50:18
**11:01:09AM (1)**
50:20
**11:01:11AM (1)**
50:22
**11:01:25AM (1)**
50:25
**11:01:52AM (1)**
51:5
**11:02:00AM (1)**
51:9
**11:02:03AM (1)**
51:10
**11:02:17AM (1)**
51:12
**11:03:00AM (1)**
51:23
**11:03:02AM (1)**
51:24
**11:03:05AM (1)**
51:25
**11:03:30AM (1)**
52:5
**11:04:05AM (1)**
52:18
**11:04:08AM (1)**
52:20
**11:04:09AM (1)**
52:21
**11:04:12AM (1)**
52:23
**11:04:13AM (1)**
52:25
**11:04:21AM (1)**
53:5
**11:04:28AM (1)**
53:7
**11:04:37AM (1)**
53:9
**11:04:40AM (1)**
53:11
**11:04:43AM (1)**
53:13
**11:04:46AM (1)**
53:15

**11:04:52AM (1)**
53:17
**11:04:55AM (1)**
53:19
**11:04:56AM (1)**
53:20
**11:05:14AM (1)**
53:25
**11:05:17AM (1)**
54:3
**11:05:19AM (1)**
54:4
**11:05:22AM (1)**
54:6
**11:05:26AM (1)**
54:7
**11:05:37AM (1)**
54:10
**11:05:38AM (1)**
54:11
**11:05:42AM (1)**
54:13
**11:05:44AM (1)**
54:15
**11:05:47AM (1)**
54:18
**11:05:54AM (1)**
54:20
**11:06:02AM (1)**
54:21
**11:06:54AM (1)**
55:6
**11:07:24AM (1)**
55:14
**11:07:45AM (1)**
55:19
**11:07:47AM (1)**
55:20
**11:07:53AM (3)**
55:23,24,25
**11:07:58AM (2)**
56:3,4
**11:08:07AM (1)**
56:7
**11:08:08AM (1)**
56:8
**11:08:10AM (1)**
56:9
**11:08:14AM (1)**
56:12
**11:08:15AM (1)**
56:13
**11:08:18AM (1)**
56:15
**11:08:19AM (1)**
56:16
**11:08:31AM (1)**
56:17

**11:08:33AM (1)**
56:19
**11:08:47AM (1)**
56:20
**11:08:51AM (1)**
56:22
**11:08:58AM (1)**
56:23
**11:09:03AM (1)**
57:2
**11:09:11AM (1)**
57:5
**11:09:15AM (1)**
57:6
**11:09:23AM (1)**
57:9
**11:09:27AM (1)**
57:10
**11:09:30AM (1)**
57:12
**11:09:36AM (1)**
57:14
**11:09:38AM (1)**
57:16
**11:09:40AM (1)**
57:18
**11:09:45AM (2)**
57:20,21
**11:09:52AM (1)**
57:24
**11:09:57AM (1)**
58:3
**11:09:58AM (1)**
58:4
**11:10:03AM (2)**
58:6,7
**11:10:10AM (1)**
58:10
**11:10:12AM (1)**
58:11
**11:10:27AM (1)**
58:12
**11:10:29AM (1)**
58:13
**11:10:40AM (1)**
58:15
**11:10:41AM (1)**
58:16
**11:10:42AM (1)**
58:17
**11:10:48AM (1)**
58:19
**11:11:08AM (1)**
58:24
**11:11:14AM (1)**
59:2
**11:11:21AM (1)**
59:3

| | | | | |
|---|---|---|---|---|
| **11:11:23AM (1)** 59:5 | **11:13:40AM (1)** 61:13 | **11:15:15AM (1)** 63:9 | **11:17:33AM (1)** 65:5 | **11:19:51AM (1)** 66:24 |
| **11:11:26AM (1)** 59:6 | **11:13:41AM (1)** 61:14 | **11:15:17AM (1)** 63:10 | **11:17:35AM (1)** 65:6 | **11:19:56AM (2)** 67:2,3 |
| **11:11:27AM (1)** 59:7 | **11:13:45AM (1)** 61:15 | **11:15:25AM (1)** 63:11 | **11:17:37AM (1)** 65:7 | **11:19:57AM (2)** 67:4,5 |
| **11:11:31AM (1)** 59:8 | **11:13:47AM (2)** 61:16,17 | **11:15:29AM (1)** 63:13 | **11:17:40AM (1)** 65:8 | **11:20:01AM (1)** 67:6 |
| **11:11:34AM (1)** 59:10 | **11:13:52AM (1)** 61:19 | **11:15:33AM (1)** 63:14 | **11:17:42AM (1)** 65:10 | **11:20:02AM (1)** 67:7 |
| **11:11:35AM (1)** 59:11 | **11:13:59AM (1)** 61:21 | **11:15:45AM (1)** 63:16 | **11:17:49AM (1)** 65:11 | **11:20:06AM (2)** 67:9,10 |
| **11:11:37AM (1)** 59:13 | **11:14:00AM (1)** 61:22 | **11:15:49AM (1)** 63:18 | **11:17:51AM (1)** 65:13 | **11:20:11AM (1)** 67:12 |
| **11:11:41AM (1)** 59:14 | **11:14:01AM (1)** 61:23 | **11:15:57AM (1)** 63:19 | **11:17:55AM (1)** 65:14 | **11:20:17AM (1)** 67:13 |
| **11:11:43AM (1)** 59:16 | **11:14:03AM (1)** 61:24 | **11:16:02AM (1)** 63:21 | **11:18:07AM (1)** 65:15 | **11:20:20AM (1)** 67:15 |
| **11:11:51AM (1)** 59:17 | **11:14:04AM (1)** 61:25 | **11:16:06AM (1)** 63:23 | **11:18:30AM (1)** 65:18 | **11:20:27AM (1)** 67:16 |
| **11:11:54AM (2)** 59:19,20 | **11:14:06AM (1)** 62:3 | **11:16:09AM (1)** 63:24 | **11:18:33AM (1)** 65:20 | **11:20:32AM (1)** 67:18 |
| **11:11:55AM (1)** 59:22 | **11:14:11AM (1)** 62:5 | **11:16:11AM (1)** 63:25 | **11:18:35AM (1)** 65:22 | **11:20:34AM (1)** 67:20 |
| **11:11:56AM (1)** 59:23 | **11:14:12AM (1)** 62:6 | **11:16:13AM (1)** 64:2 | **11:18:38AM (1)** 65:23 | **11:20:50AM (1)** 68:2 |
| **11:12:34AM (1)** 60:10 | **11:14:13AM (1)** 62:7 | **11:16:18AM (1)** 64:3 | **11:18:43AM (1)** 65:24 | **11:21:03AM (1)** 68:4 |
| **11:12:39AM (1)** 60:12 | **11:14:14AM (1)** 62:8 | **11:16:20AM (1)** 64:4 | **11:18:45AM (1)** 65:25 | **11:21:04AM (1)** 68:5 |
| **11:12:43AM (1)** 60:13 | **11:14:25AM (1)** 62:9 | **11:16:30AM (1)** 64:7 | **11:18:51AM (1)** 66:2 | **11:21:07AM (1)** 68:7 |
| **11:12:44AM (1)** 60:14 | **11:14:29AM (1)** 62:11 | **11:16:32AM (1)** 64:8 | **11:18:54AM (1)** 66:4 | **11:21:08AM (1)** 68:8 |
| **11:12:52AM (1)** 60:16 | **11:14:33AM (1)** 62:13 | **11:16:33AM (1)** 64:9 | **11:18:56AM (1)** 66:5 | **11:21:09AM (1)** 68:9 |
| **11:12:55AM (1)** 60:18 | **11:14:34AM (1)** 62:14 | **11:16:37AM (1)** 64:11 | **11:18:58AM (1)** 66:6 | **11:21:11AM (1)** 68:10 |
| **11:13:04AM (1)** 60:21 | **11:14:37AM (1)** 62:16 | **11:16:42AM (1)** 64:12 | **11:18:59AM (1)** 66:7 | **11:21:16AM (1)** 68:11 |
| **11:13:07AM (1)** 60:23 | **11:14:42AM (1)** 62:17 | **11:16:44AM (1)** 64:13 | **11:19:03AM (1)** 66:9 | **11:22:14AM (1)** 68:13 |
| **11:13:08AM (1)** 60:24 | **11:14:46AM (1)** 62:19 | **11:16:46AM (1)** 64:14 | **11:19:06AM (1)** 66:10 | **11:22:18AM (1)** 68:14 |
| **11:13:11AM (1)** 60:25 | **11:14:54AM (1)** 62:21 | **11:16:52AM (1)** 64:16 | **11:19:10AM (1)** 66:12 | **11:22:19AM (1)** 68:15 |
| **11:13:15AM (1)** 61:2 | **11:15:00AM (2)** 62:24,25 | **11:16:53AM (1)** 64:17 | **11:19:19AM (1)** 66:13 | **11:22:37AM (1)** 68:18 |
| **11:13:27AM (1)** 61:6 | **11:15:03AM (1)** 63:2 | **11:16:54AM (1)** 64:18 | **11:19:24AM (2)** 66:15,16 | **11:22:49AM (1)** 68:22 |
| **11:13:28AM (1)** 61:7 | **11:15:04AM (1)** 63:3 | **11:17:00AM (1)** 64:21 | **11:19:36AM (1)** 66:19 | **11:22:51AM (1)** 68:23 |
| **11:13:34AM (1)** 61:10 | **11:15:05AM (1)** 63:4 | **11:17:06AM (1)** 64:23 | **11:19:38AM (1)** 66:20 | **11:22:53AM (1)** 68:24 |
| **11:13:35AM (1)** 61:11 | **11:15:08AM (1)** 63:5 | **11:17:15AM (1)** 64:24 | **11:19:41AM (1)** 66:21 | **11:23:02AM (1)** 68:25 |
| **11:13:36AM (1)** 61:12 | **11:15:14AM (1)** 63:8 | **11:17:28AM (1)** 65:2 | **11:19:46AM (1)** 66:23 | **11:23:08AM (1)** 69:3 |

| | | | | |
|---|---|---|---|---|
| **11:23:12AM (2)** 69:4,5 | **11:29:00AM (1)** 73:12 | **11:33:16AM (1)** 77:12 | **11:49:16AM (1)** 82:7 | **11:52:37AM (1)** 84:12 |
| **11:23:17AM (1)** 69:7 | **11:29:07AM (2)** 73:14,15 | **11:33:20AM (1)** 77:13 | **11:49:17AM (1)** 82:8 | **11:52:41AM (1)** 84:13 |
| **11:23:36AM (1)** 69:11 | **11:29:15AM (1)** 73:19 | **11:33:40AM (1)** 77:21 | **11:49:21AM (1)** 82:10 | **11:53:01AM (1)** 84:20 |
| **11:23:38AM (1)** 69:13 | **11:29:24AM (1)** 73:20 | **11:33:44AM (1)** 77:23 | **11:49:44AM (1)** 82:14 | **11:53:05AM (1)** 84:22 |
| **11:23:48AM (1)** 69:14 | **11:29:31AM (1)** 73:23 | **11:33:46AM (1)** 77:24 | **11:49:46AM (1)** 82:15 | **11:53:07AM (1)** 84:23 |
| **11:23:54AM (1)** 69:16 | **11:29:32AM (1)** 73:24 | **11:33:51AM (1)** 78:2 | **11:49:58AM (1)** 82:18 | **11:53:10AM (2)** 84:24,25 |
| **11:24:01AM (1)** 69:17 | **11:29:53AM (1)** 74:6 | **11:33:55AM (1)** 78:4 | **11:50 (1)** 82:5 | **11:53:13AM (1)** 85:2 |
| **11:24:07AM (1)** 69:20 | **11:29:58AM (1)** 74:8 | **11:33:59AM (1)** 78:6 | **11:50:09AM (1)** 82:19 | **11:53:15AM (1)** 85:3 |
| **11:24:11AM (1)** 69:22 | **11:30:03AM (1)** 74:10 | **11:34:10AM (1)** 78:9 | **11:50:14AM (2)** 82:21,22 | **11:53:36AM (1)** 85:6 |
| **11:24:13AM (1)** 69:23 | **11:30:35AM (1)** 74:18 | **11:34:13AM (1)** 78:10 | **11:50:25AM (1)** 82:23 | **11:53:39AM (1)** 85:8 |
| **11:24:20AM (1)** 70:2 | **11:30:47AM (1)** 74:21 | **11:34:28AM (1)** 78:14 | **11:50:31AM (1)** 82:25 | **11:53:42AM (1)** 85:9 |
| **11:24:54AM (1)** 70:10 | **11:30:49AM (1)** 74:22 | **11:35:44AM (1)** 79:7 | **11:50:34AM (1)** 83:3 | **11:54:19AM (1)** 85:18 |
| **11:25:00AM (1)** 70:13 | **11:30:56AM (1)** 74:24 | **11:35:51AM (2)** 79:9,10 | **11:50:40AM (1)** 83:4 | **11:54:36AM (1)** 85:20 |
| **11:25:21AM (1)** 70:20 | **11:31:00AM (1)** 74:25 | **11:35:59AM (1)** 79:13 | **11:50:43AM (1)** 83:5 | **11:54:39AM (1)** 85:21 |
| **11:25:27AM (1)** 70:23 | **11:31:02AM (2)** 75:3,4 | **11:36:00AM (1)** 79:14 | **11:50:52AM (1)** 83:7 | **11:54:40AM (1)** 85:22 |
| **11:25:38AM (1)** 71:3 | **11:31:08AM (1)** 75:7 | **11:36:26AM (1)** 79:24 | **11:51:05AM (1)** 83:10 | **11:54:51AM (1)** 85:25 |
| **11:25:48AM (1)** 71:6 | **11:31:10AM (1)** 75:8 | **11:36:30AM (1)** 80:2 | **11:51:07AM (1)** 83:11 | **11:54:52AM (1)** 86:2 |
| **11:25:54AM (1)** 71:7 | **11:31:15AM (1)** 75:11 | **11:36:36AM (1)** 80:3 | **11:51:12AM (1)** 83:12 | **11:55:07AM (1)** 86:5 |
| **11:26:01AM (3)** 71:10,11,12 | **11:31:24AM (1)** 75:15 | **11:36:46AM (1)** 80:7 | **11:51:18AM (1)** 83:13 | **11:55:15AM (1)** 86:8 |
| **11:26:03AM (1)** 71:13 | **11:31:28AM (1)** 75:17 | **11:37:20AM (1)** 80:17 | **11:51:19AM (1)** 83:14 | **11:55:19AM (1)** 86:10 |
| **11:26:29AM (1)** 71:20 | **11:31:33AM (2)** 75:20,21 | **11:37:49AM (1)** 80:19 | **11:51:20AM (1)** 83:15 | **11:55:20AM (1)** 86:11 |
| **11:26:36AM (1)** 71:22 | **11:31:37AM (1)** 75:23 | **11:38:17AM (1)** 81:6 | **11:51:23AM (1)** 83:16 | **11:55:21AM (2)** 86:12,13 |
| **11:26:50AM (1)** 72:3 | **11:31:57AM (1)** 76:8 | **11:38:18AM (1)** 81:7 | **11:51:30AM (1)** 83:17 | **11:55:22AM (1)** 86:14 |
| **11:27:16AM (1)** 72:6 | **11:32:00AM (2)** 76:9,10 | **11:38:51AM (1)** 81:20 | **11:51:36AM (1)** 83:18 | **11:55:24AM (1)** 86:15 |
| **11:27:25AM (1)** 72:9 | **11:32:03AM (1)** 76:12 | **11:38:55AM (1)** 81:23 | **11:51:49AM (1)** 83:20 | **11:55:25AM (2)** 86:16,17 |
| **11:27:34AM (1)** 72:13 | **11:33:00AM (1)** 77:3 | **11:39:00AM (1)** 81:25 | **11:51:54AM (1)** 83:23 | **11:55:28AM (1)** 86:19 |
| **11:27:55AM (1)** 72:14 | **11:33:03AM (2)** 77:5,6 | **11:39:08AM (1)** 82:3 | **11:52:01AM (1)** 83:24 | **11:55:31AM (2)** 86:21,22 |
| **11:28:50AM (1)** 73:8 | **11:33:07AM (2)** 77:7,8 | **11:40 (1)** 81:25 | **11:52:04AM (1)** 84:2 | **11:55:39AM (1)** 86:25 |
| **11:28:54AM (1)** 73:10 | **11:33:15AM (1)** 77:11 | **11:49:13AM (1)** 82:5 | **11:52:25AM (1)** 84:7 | **11:55:46AM (1)** 87:3 |

| | | | | |
|---|---|---|---|---|
| **11:55:47AM (1)** 87:4 | **11:58:47AM (1)** 89:19 | **12:01:06PM (1)** 91:8 | **12:03:32PM (1)** 93:18 | **12:06:39PM (1)** 96:3 |
| **11:55:48AM (1)** 87:5 | **11:58:59AM (1)** 89:21 | **12:01:15PM (1)** 91:10 | **12:03:38PM (2)** 93:20,21 | **12:06:40PM (1)** 96:4 |
| **11:55:49AM (1)** 87:6 | **11:59:06AM (1)** 89:23 | **12:01:16PM (1)** 91:11 | **12:03:40PM (1)** 93:22 | **12:06:41PM (1)** 96:5 |
| **11:55:51AM (1)** 87:7 | **11:59:13AM (1)** 89:24 | **12:01:20PM (1)** 91:13 | **12:03:41PM (1)** 93:23 | **12:06:42PM (1)** 96:6 |
| **11:56:01AM (1)** 87:8 | **11:59:19AM (1)** 90:2 | **12:01:21PM (1)** 91:14 | **12:03:48PM (1)** 94:2 | **12:06:46PM (1)** 96:7 |
| **11:56:38AM (1)** 87:17 | **11:59:28AM (1)** 90:4 | **12:01:22PM (1)** 91:15 | **12:03:49PM (1)** 94:3 | **12:06:50PM (1)** 96:9 |
| **11:56:42AM (1)** 87:19 | **11:59:59AM (1)** 90:6 | **12:01:23PM (1)** 91:16 | **12:03:57PM (1)** 94:4 | **12:06:51PM (1)** 96:10 |
| **11:56:43AM (1)** 87:20 | **11501 (1)** 4:6 | **12:01:26PM (1)** 91:18 | **12:04:13PM (1)** 94:9 | **12:06:53PM (1)** 96:11 |
| **11:56:44AM (1)** 87:21 | **11556-0926 (1)** 3:22 | **12:01:27PM (1)** 91:19 | **12:04:14PM (1)** 94:10 | **12:06:55PM (2)** 96:12,13 |
| **11:56:46AM (3)** 87:22,23,24 | **11730 (2)** 6:10 10:14 | **12:01:30PM (1)** 91:20 | **12:04:21PM (1)** 94:12 | **12:06:58PM (1)** 96:15 |
| **11:56:49AM (1)** 87:25 | **11788 (1)** 4:14 | **12:01:31PM (1)** 91:21 | **12:04:24PM (1)** 94:13 | **12:07:05PM (1)** 96:16 |
| **11:56:54AM (1)** 88:3 | **12 (13)** 126:8 144:10 201:9 245:23 246:5,8 252:9,15 335:13,17 335:21 344:25 360:21 | **12:01:35PM (1)** 91:23 | **12:04:28PM (1)** 94:14 | **12:07:06PM (1)** 96:17 |
| **11:56:58AM (1)** 88:4 | | **12:01:43PM (1)** 91:24 | **12:04:32PM (1)** 94:15 | **12:07:10PM (1)** 96:19 |
| **11:57:21AM (1)** 88:10 | | **12:01:45PM (1)** 91:25 | **12:04:37PM (1)** 94:17 | **12:07:27PM (1)** 96:23 |
| **11:57:30AM (1)** 88:11 | **12s (2)** 167:15 168:19 | **12:01:46PM (1)** 92:2 | **12:04:38PM (1)** 94:18 | **12:07:32PM (1)** 97:2 |
| **11:57:33AM (1)** 88:12 | **12:00:18PM (1)** 90:9 | **12:02:28PM (1)** 92:12 | **12:04:48PM (1)** 94:19 | **12:07:40PM (1)** 97:4 |
| **11:57:37AM (2)** 88:14,15 | **12:00:21PM (1)** 90:11 | **12:02:34PM (1)** 92:15 | **12:05:00PM (1)** 94:21 | **12:07:42PM (1)** 97:5 |
| **11:57:40AM (1)** 88:17 | **12:00:23PM (1)** 90:12 | **12:02:35PM (1)** 92:16 | **12:05:04PM (2)** 94:23,24 | **12:07:43PM (1)** 97:6 |
| **11:57:41AM (1)** 88:18 | **12:00:27PM (1)** 90:14 | **12:02:47PM (1)** 92:18 | **12:05:07PM (1)** 95:2 | **12:07:50PM (1)** 97:9 |
| **11:57:47AM (1)** 88:21 | **12:00:42PM (1)** 90:18 | **12:02:55PM (2)** 92:22,23 | **12:05:12PM (1)** 95:3 | **12:07:53PM (2)** 97:10,11 |
| **11:57:53AM (1)** 88:23 | **12:00:45PM (1)** 90:20 | **12:03:03PM (1)** 92:25 | **12:05:21PM (1)** 95:5 | **12:07:56PM (1)** 97:13 |
| **11:57:55AM (1)** 88:24 | **12:00:46PM (1)** 90:21 | **12:03:06PM (2)** 93:3,4 | **12:05:22PM (1)** 95:6 | **12:08:00PM (1)** 97:15 |
| **11:57:57AM (1)** 88:25 | **12:00:52PM (1)** 90:23 | **12:03:09PM (2)** 93:5,6 | **12:05:48PM (1)** 95:9 | **12:08:18PM (1)** 97:18 |
| **11:58:00AM (1)** 89:3 | **12:00:55PM (1)** 90:25 | **12:03:14PM (1)** 93:8 | **12:06:08PM (1)** 95:13 | **12:08:26PM (1)** 97:21 |
| **11:58:12AM (1)** 89:7 | **12:00:56PM (1)** 91:2 | **12:03:15PM (1)** 93:9 | **12:06:16PM (2)** 95:15,16 | **12:08:32PM (1)** 97:24 |
| **11:58:14AM (1)** 89:9 | **12:01:00PM (1)** 91:4 | **12:03:18PM (1)** 93:10 | **12:06:22PM (1)** 95:18 | **12:08:33PM (1)** 97:25 |
| **11:58:19AM (1)** 89:10 | **12:01:01PM (1)** 91:5 | **12:03:22PM (1)** 93:12 | **12:06:24PM (2)** 95:20,21 | **12:08:34PM (1)** 98:2 |
| **11:58:29AM (1)** 89:13 | **12:01:03PM (1)** 91:6 | **12:03:25PM (1)** 93:14 | **12:06:30PM (1)** 95:23 | **12:08:42PM (1)** 98:5 |
| **11:58:46AM (1)** 89:18 | **12:01:04PM (1)** 91:7 | **12:03:27PM (1)** 93:15 | **12:06:32PM (1)** 95:24 | **12:08:46PM (1)** 98:7 |

**12:09:02PM (1)**
98:9
**12:09:22PM (1)**
98:13
**12:09:25PM (3)**
98:14,15,16
**12:09:26PM (1)**
98:17
**12:09:29PM (1)**
98:18
**12:09:40PM (1)**
98:22
**12:09:45PM (1)**
98:25
**12:09:46PM (1)**
99:2
**12:09:49PM (1)**
99:4
**12:10:03PM (1)**
99:6
**12:10:05PM (1)**
99:7
**12:10:07PM (1)**
99:8
**12:10:13PM (1)**
99:10
**12:10:14PM (1)**
99:11
**12:10:17PM (1)**
99:13
**12:10:21PM (1)**
99:15
**12:10:24PM (1)**
99:17
**12:10:26PM (1)**
99:18
**12:10:28PM (1)**
99:19
**12:10:30PM (1)**
99:20
**12:10:31PM (1)**
99:21
**12:10:37PM (2)**
99:24,25
**12:10:38PM (1)**
100:2
**12:10:54PM (1)**
100:3
**12:11:12PM (1)**
100:9
**12:11:19PM (1)**
100:12
**12:11:20PM (1)**
100:13
**12:11:30PM (1)**
100:17
**12:11:42PM (1)**
100:20

**12:11:46PM (1)**
100:22
**12:11:52PM (1)**
100:24
**12:12:01PM (1)**
101:4
**12:12:03PM (1)**
101:5
**12:12:06PM (1)**
101:7
**12:12:09PM (1)**
101:9
**12:12:13PM (1)**
101:11
**12:12:54PM (1)**
101:24
**12:13:18PM (2)**
102:3,4
**12:13:26PM (1)**
102:8
**12:13:27PM (1)**
102:9
**12:13:46PM (1)**
102:14
**12:13:50PM (1)**
102:16
**12:13:55PM (1)**
102:18
**12:13:59PM (1)**
102:20
**12:14:06PM (1)**
102:23
**12:14:08PM (1)**
102:24
**12:14:09PM (1)**
102:25
**12:14:11PM (1)**
103:2
**12:14:12PM (1)**
103:4
**12:14:59PM (1)**
103:7
**12:15:14PM (1)**
103:13
**12:15:33PM (2)**
103:19,20
**12:15:37PM (1)**
103:22
**12:15:38PM (2)**
103:23,24
**12:15:39PM (1)**
103:25
**12:15:47PM (1)**
104:3
**12:15:54PM (2)**
104:4,5
**12:15:55PM (1)**
104:6

**12:16:07PM (2)**
104:10,11
**12:16:15PM (2)**
104:14,15
**12:16:21PM (1)**
104:17
**12:16:22PM (1)**
104:18
**12:16:34PM (1)**
104:22
**12:16:35PM (1)**
104:23
**12:16:39PM (1)**
104:24
**12:16:52PM (1)**
104:25
**12:16:54PM (1)**
105:2
**12:16:56PM (1)**
105:3
**12:16:59PM (1)**
105:4
**12:17:04PM (2)**
105:6,7
**12:17:18PM (1)**
105:13
**12:17:25PM (1)**
105:15
**12:17:30PM (1)**
105:17
**12:17:35PM (1)**
105:19
**12:17:41PM (1)**
105:21
**12:17:43PM (1)**
105:22
**12:17:47PM (1)**
105:24
**12:17:49PM (1)**
105:25
**12:17:51PM (1)**
106:3
**12:18:01PM (1)**
106:4
**12:18:06PM (1)**
106:6
**12:18:08PM (1)**
106:7
**12:18:09PM (1)**
106:8
**12:18:21PM (1)**
106:10
**12:18:34PM (1)**
106:14
**12:18:36PM (1)**
106:15
**12:18:43PM (1)**
106:17

**12:18:51PM (1)**
106:20
**12:18:54PM (1)**
106:21
**12:19:00PM (1)**
106:24
**12:19:09PM (1)**
106:25
**12:19:12PM (1)**
107:2
**12:19:24PM (1)**
107:6
**12:19:46PM (1)**
107:8
**12:21:11PM (1)**
108:3
**12:22:02PM (1)**
108:13
**12:22:33PM (1)**
108:21
**12:22:57PM (1)**
109:4
**12:23:21PM (1)**
109:9
**12:24:12PM (1)**
109:19
**12:24:22PM (1)**
109:23
**12:24:25PM (1)**
109:24
**12:24:30PM (1)**
110:2
**12:24:31PM (1)**
110:3
**12:24:42PM (1)**
110:4
**12:25:16PM (1)**
110:13
**12:25:27PM (1)**
110:15
**12:25:29PM (1)**
110:16
**12:26:04PM (1)**
111:4
**12:26:07PM (1)**
111:6
**12:26:08PM (1)**
111:7
**12:26:13PM (1)**
111:8
**12:26:39PM (1)**
111:12
**12:26:40PM (1)**
111:13
**12:27:15PM (1)**
111:19
**12:28:16PM (1)**
112:11

**12:28:59PM (1)**
112:21
**12:30:11PM (1)**
113:21
**12:30:14PM (1)**
113:23
**12:30:15PM (1)**
113:24
**12:30:20PM (1)**
114:2
**12:30:21PM (1)**
114:3
**12:30:34PM (1)**
114:4
**12:30:36PM (1)**
114:5
**12:30:43PM (1)**
114:8
**12:30:45PM (1)**
114:9
**12:31:12PM (1)**
114:10
**12:32:05PM (1)**
114:24
**12:32:07PM (1)**
114:25
**12:32:09PM (1)**
115:2
**12:32:14PM (1)**
115:5
**12:32:16PM (1)**
115:6
**12:32:17PM (2)**
115:7,8
**12:32:52PM (1)**
115:19
**12:32:54PM (1)**
115:20
**12:32:58PM (1)**
115:21
**12:33:05PM (1)**
115:23
**12:33:16PM (1)**
116:2
**12:33:20PM (1)**
116:4
**12:33:42PM (2)**
116:5,6
**12:33:55PM (1)**
116:11
**12:33:57PM (2)**
116:12,13
**12:34:01PM (1)**
116:15
**12:34:02PM (1)**
116:16
**12:34:09PM (1)**
116:18

| | | | | |
|---|---|---|---|---|
| **12:34:24PM (2)** 116:24,25 | **12:38:11PM (1)** 120:9 | **12:40:43PM (1)** 123:3 | **12:42:36PM (1)** 125:5 | **12:46:40PM (1)** 128:5 |
| **12:34:28PM (1)** 117:3 | **12:38:19PM (2)** 120:12,13 | **12:40:45PM (1)** 123:4 | **12:42:37PM (1)** 125:6 | **12:46:41PM (1)** 128:6 |
| **12:34:31PM (1)** 117:6 | **12:38:24PM (1)** 120:15 | **12:40:49PM (1)** 123:6 | **12:42:42PM (1)** 125:7 | **12:46:44PM (1)** 128:8 |
| **12:34:34PM (1)** 117:8 | **12:38:25PM (1)** 120:16 | **12:40:54PM (1)** 123:8 | **12:42:49PM (1)** 125:10 | **12:46:47PM (1)** 128:9 |
| **12:34:35PM (2)** 117:10,12 | **12:38:27PM (2)** 120:17,18 | **12:41:03PM (1)** 123:12 | **12:42:55PM (1)** 125:11 | **12:47:11PM (1)** 128:16 |
| **12:34:36PM (1)** 117:13 | **12:38:41PM (1)** 120:21 | **12:41:04PM (1)** 123:13 | **12:43:00PM (1)** 125:13 | **12:47:15PM (1)** 128:18 |
| **12:34:37PM (1)** 117:14 | **12:38:51PM (1)** 120:25 | **12:41:06PM (2)** 123:15,16 | **12:43:10PM (1)** 125:14 | **12:47:53PM (1)** 129:2 |
| **12:34:43PM (1)** 117:17 | **12:38:57PM (1)** 121:4 | **12:41:09PM (1)** 123:18 | **12:43:15PM (1)** 125:16 | **12:48:02PM (1)** 129:5 |
| **12:34:49PM (1)** 117:18 | **12:38:58PM (1)** 121:5 | **12:41:15PM (1)** 123:19 | **12:43:35PM (1)** 125:17 | **12:48:06PM (1)** 129:7 |
| **12:36:13PM (1)** 118:18 | **12:39:06PM (1)** 121:9 | **12:41:18PM (1)** 123:21 | **12:43:37PM (1)** 125:18 | **12:48:09PM (1)** 129:9 |
| **12:36:22PM (2)** 118:22,23 | **12:39:08PM (1)** 121:10 | **12:41:19PM (1)** 123:22 | **12:43:40PM (1)** 125:20 | **12:48:11PM (1)** 129:10 |
| **12:36:26PM (1)** 118:25 | **12:39:13PM (1)** 121:12 | **12:41:21PM (1)** 123:23 | **12:43:48PM (2)** 125:23,24 | **12:48:13PM (1)** 129:11 |
| **12:36:27PM (1)** 119:2 | **12:39:28PM (1)** 121:16 | **12:41:23PM (1)** 123:24 | **12:43:49PM (1)** 125:25 | **12:48:16PM (1)** 129:13 |
| **12:36:35PM (1)** 119:5 | **12:39:31PM (1)** 121:18 | **12:41:26PM (1)** 124:2 | **12:43:51PM (1)** 126:2 | **12:48:22PM (1)** 129:15 |
| **12:36:41PM (1)** 119:7 | **12:39:35PM (1)** 121:19 | **12:41:30PM (1)** 124:3 | **12:43:59PM (1)** 126:4 | **12:48:29PM (1)** 129:18 |
| **12:36:42PM (1)** 119:8 | **12:39:38PM (1)** 121:21 | **12:41:40PM (1)** 124:7 | **12:44:00PM (1)** 126:5 | **12:48:30PM (2)** 129:19,20 |
| **12:36:44PM (1)** 119:9 | **12:39:42PM (1)** 121:23 | **12:41:41PM (1)** 124:8 | **12:44:22PM (1)** 126:9 | **12:48:33PM (1)** 129:22 |
| **12:37:03PM (1)** 119:13 | **12:39:45PM (1)** 121:25 | **12:41:48PM (2)** 124:11,12 | **12:44:27PM (1)** 126:11 | **12:49:10PM (1)** 130:10 |
| **12:37:10PM (2)** 119:16,17 | **12:39:46PM (1)** 122:2 | **12:41:50PM (1)** 124:14 | **12:44:29PM (1)** 126:12 | **12:49:11PM (2)** 130:11,12 |
| **12:37:11PM (1)** 119:18 | **12:39:51PM (1)** 122:4 | **12:41:53PM (1)** 124:17 | **12:44:35PM (2)** 126:15,16 | **12:49:13PM (1)** 130:13 |
| **12:37:22PM (1)** 119:22 | **12:39:52PM (1)** 122:5 | **12:42:04PM (1)** 124:18 | **12:44:36PM (1)** 126:17 | **12:49:22PM (1)** 130:14 |
| **12:37:25PM (1)** 119:24 | **12:39:55PM (1)** 122:6 | **12:42:11PM (1)** 124:20 | **12:44:44PM (1)** 126:18 | **12:49:39PM (1)** 130:15 |
| **12:37:26PM (1)** 119:25 | **12:39:56PM (1)** 122:7 | **12:42:17PM (1)** 124:21 | **12:44:47PM (1)** 126:20 | **12:49:42PM (1)** 130:17 |
| **12:37:31PM (1)** 120:3 | **12:39:59PM (1)** 122:9 | **12:42:20PM (1)** 124:22 | **12:44:52PM (1)** 126:21 | **12:49:47PM (1)** 130:18 |
| **12:37:33PM (1)** 120:4 | **12:40:00PM (1)** 122:10 | **12:42:22PM (1)** 124:23 | **12:44:54PM (1)** 126:22 | **12:50:02PM (1)** 130:20 |
| **12:37:57PM (1)** 120:5 | **12:40:07PM (1)** 122:13 | **12:42:27PM (1)** 124:24 | **12:45:16PM (1)** 127:4 | **12:50:14PM (1)** 130:24 |
| **12:37:59PM (1)** 120:6 | **12:40:23PM (1)** 122:17 | **12:42:32PM (1)** 125:2 | **12:45:21PM (1)** 127:5 | **12:50:42PM (1)** 131:8 |
| **12:38:02PM (1)** 120:7 | **12:40:26PM (1)** 122:19 | **12:42:33PM (1)** 125:3 | **12:46:08PM (1)** 127:15 | **12:50:47PM (2)** 131:10,11 |
| **12:38:04PM (1)** 120:8 | **12:40:36PM (1)** 122:24 | **12:42:35PM (1)** 125:4 | **12:46:10PM (1)** 127:17 | **12:50:50PM (1)** 131:12 |

| | | | | |
|---|---|---|---|---|
| **12:50:51PM (1)** 131:13 | **12:53:13PM (1)** 133:21 | **12:55:18PM (1)** 135:23 | **12:57:26PM (1)** 137:21 | **12:59:47PM (1)** 139:20 |
| **12:50:54PM (2)** 131:14,15 | **12:53:15PM (1)** 133:22 | **12:55:19PM (1)** 135:24 | **12:57:28PM (1)** 137:22 | **12:59:53PM (1)** 139:21 |
| **12:50:55PM (1)** 131:16 | **12:53:26PM (1)** 134:2 | **12:55:21PM (1)** 135:25 | **12:58:07PM (1)** 138:4 | **1215 (1)** 1:7 |
| **12:50:56PM (1)** 131:17 | **12:53:28PM (1)** 134:4 | **12:55:46PM (1)** 136:2 | **12:58:11PM (1)** 138:5 | **13 (5)** 179:19 339:17,19,22 |
| **12:50:57PM (1)** 131:18 | **12:53:29PM (2)** 134:5,6 | **12:55:54PM (1)** 136:5 | **12:58:12PM (1)** 138:6 | 360:22 |
| **12:51:03PM (1)** 131:19 | **12:53:46PM (1)** 134:7 | **12:55:58PM (1)** 136:6 | **12:58:16PM (1)** 138:7 | **14 (2)** 348:4 360:23 |
| **12:51:08PM (1)** 131:21 | **12:53:50PM (1)** 134:8 | **12:56:06PM (1)** 136:10 | **12:58:30PM (1)** 138:9 | **14th (1)** 153:11 |
| **12:51:09PM (1)** 131:22 | **12:53:52PM (1)** 134:9 | **12:56:18PM (1)** 136:14 | **12:58:37PM (1)** 138:12 | **141 (1)** 360:13 |
| **12:51:12PM (1)** 131:23 | **12:53:54PM (1)** 134:11 | **12:56:27PM (1)** 136:15 | **12:58:38PM (1)** 138:13 | **147 (1)** 339:23 |
| **12:51:22PM (1)** 132:3 | **12:53:59PM (1)** 134:14 | **12:56:31PM (1)** 136:16 | **12:58:43PM (1)** 138:16 | **147-150 (2)** 339:17 360:22 |
| **12:51:28PM (2)** 132:5,6 | **12:54:05PM (1)** 134:15 | **12:56:33PM (1)** 136:17 | **12:58:44PM (1)** 138:17 | **15 (14)** 95:7 201:9 212:15 |
| **12:51:37PM (1)** 132:9 | **12:54:13PM (1)** 134:18 | **12:56:37PM (1)** 136:18 | **12:58:49PM (1)** 138:19 | 314:19,20 315:3,4 348:7,10,12,22,25 |
| **12:51:40PM (1)** 132:11 | **12:54:14PM (1)** 134:19 | **12:56:40PM (1)** 136:20 | **12:58:50PM (1)** 138:20 | 360:11,24 |
| **12:51:44PM (1)** 132:14 | **12:54:17PM (1)** 134:21 | **12:56:48PM (1)** 136:23 | **12:58:53PM (1)** 138:22 | **150 (1)** 339:23 |
| **12:51:45PM (1)** 132:15 | **12:54:18PM (1)** 134:22 | **12:56:49PM (1)** 136:24 | **12:58:57PM (1)** 138:23 | **153 (1)** 360:14 |
| **12:51:49PM (1)** 132:16 | **12:54:21PM (1)** 134:24 | **12:56:51PM (1)** 136:25 | **12:58:58PM (1)** 138:24 | **16 (6)** 145:22 350:24 351:4 |
| **12:52:04PM (1)** 132:19 | **12:54:24PM (1)** 135:2 | **12:56:53PM (1)** 137:2 | **12:59:04PM (1)** 139:2 | 351:11,16 360:25 |
| **12:52:06PM (1)** 132:20 | **12:54:25PM (1)** 135:3 | **12:56:54PM (1)** 137:3 | **12:59:07PM (1)** 139:4 | **170 (1)** 4:5 |
| **12:52:15PM (1)** 132:22 | **12:54:28PM (2)** 135:5,6 | **12:57:02PM (1)** 137:6 | **12:59:15PM (1)** 139:5 | **18 (1)** 186:16 |
| **12:52:20PM (1)** 132:24 | **12:54:33PM (1)** 135:9 | **12:57:04PM (1)** 137:7 | **12:59:19PM (1)** 139:8 | **185 (1)** 360:15 |
| **12:52:28PM (1)** 133:3 | **12:54:34PM (1)** 135:10 | **12:57:06PM (1)** 137:8 | **12:59:21PM (1)** 139:9 | **196 (1)** 360:16 |
| **12:52:34PM (1)** 133:6 | **12:54:36PM (2)** 135:11,12 | **12:57:07PM (1)** 137:9 | **12:59:24PM (1)** 139:11 | **1982 (4)** 59:2 60:15 62:13 301:12 |
| **12:52:36PM (1)** 133:7 | **12:54:41PM (1)** 135:13 | **12:57:09PM (1)** 137:11 | **12:59:25PM (1)** 139:12 | **1983 (4)** 60:25 61:7 214:25 |
| **12:52:41PM (1)** 133:8 | **12:54:45PM (1)** 135:14 | **12:57:11PM (1)** 137:12 | **12:59:26PM (1)** 139:13 | 215:3 |
| **12:52:44PM (1)** 133:9 | **12:54:48PM (1)** 135:16 | **12:57:16PM (1)** 137:14 | **12:59:30PM (1)** 139:14 | **1985 (2)** 61:12 62:16 |
| **12:52:45PM (1)** 133:10 | **12:54:49PM (1)** 135:17 | **12:57:18PM (1)** 137:15 | **12:59:33PM (1)** 139:16 | **1992 (3)** 65:23 66:21 68:19 |
| **12:52:49PM (1)** 133:11 | **12:54:55PM (1)** 135:19 | **12:57:21PM (2)** 137:16,17 | **12:59:35PM (1)** 139:17 | **1994 (2)** 85:20,20 |
| **12:52:51PM (1)** 133:12 | **12:55:14PM (1)** 135:21 | **12:57:22PM (1)** 137:18 | **12:59:36PM (1)** 139:18 | **1998 (3)** 90:6,8 154:10 |
| **12:52:56PM (1)** 133:14 | **12:55:16PM (1)** 135:22 | **12:57:23PM (1)** 137:19 | **12:59:44PM (1)** 139:19 | **1999 (5)** 95:7 100:14 104:8 105:9 360:11 |

2

| | | | | |
|---|---|---|---|---|
| **2 (13)** | 153:8 | 155:14 | 157:20 | 160:15 |
| 95:7,11,22,25 102:12 | **2:13:58PM (1)** | **2:16:55PM (1)** | **2:18:44PM (1)** | **2:22:53PM (1)** |
| 104:9 105:9 167:20 | 153:13 | 155:18 | 157:21 | 160:24 |
| 254:4,18 299:3 | **2:14:00PM (1)** | **2:16:57PM (1)** | **2:18:57PM (1)** | **2:23:01PM (2)** |
| 360:11 361:8 | 153:14 | 155:19 | 157:24 | 161:4,5 |
| **2:00 (1)** | **2:14:04PM (1)** | **2:16:59PM (2)** | **2:19:00PM (1)** | **2:23:04PM (3)** |
| 130:3 | 153:16 | 155:20,21 | 157:25 | 161:7,8,9 |
| **2:10:16PM (1)** | **2:14:08PM (1)** | **2:17:03PM (1)** | **2:19:06PM (1)** | **2:23:06PM (1)** |
| 151:3 | 153:17 | 155:22 | 158:4 | 161:10 |
| **2:10:19PM (1)** | **2:14:12PM (2)** | **2:17:27PM (1)** | **2:19:10PM (1)** | **2:23:08PM (1)** |
| 151:5 | 153:19,20 | 156:7 | 158:6 | 161:11 |
| **2:10:22PM (1)** | **2:14:15PM (1)** | **2:17:30PM (1)** | **2:19:11PM (1)** | **2:23:11PM (1)** |
| 151:6 | 153:22 | 156:8 | 158:7 | 161:12 |
| **2:10:35PM (1)** | **2:14:16PM (1)** | **2:17:32PM (1)** | **2:19:39PM (1)** | **2:23:13PM (1)** |
| 151:9 | 153:23 | 156:9 | 158:10 | 161:14 |
| **2:10:36PM (1)** | **2:14:21PM (1)** | **2:17:34PM (1)** | **2:19:43PM (1)** | **2:23:29PM (1)** |
| 151:10 | 154:2 | 156:11 | 158:12 | 161:20 |
| **2:10:55PM (1)** | **2:14:25PM (1)** | **2:17:41PM (1)** | **2:19:44PM (1)** | **2:23:32PM (1)** |
| 151:14 | 154:3 | 156:13 | 158:13 | 161:22 |
| **2:10:56PM (1)** | **2:14:32PM (1)** | **2:17:43PM (1)** | **2:19:46PM (1)** | **2:23:38PM (1)** |
| 151:15 | 154:5 | 156:14 | 158:15 | 161:25 |
| **2:10:57PM (1)** | **2:15:00PM (1)** | **2:17:46PM (1)** | **2:19:47PM (1)** | **2:23:39PM (1)** |
| 151:16 | 154:9 | 156:15 | 158:16 | 162:2 |
| **2:10:59PM (1)** | **2:15:03PM (1)** | **2:17:48PM (1)** | **2:19:48PM (1)** | **2:23:42PM (1)** |
| 151:17 | 154:10 | 156:16 | 158:17 | 162:3 |
| **2:11 (1)** | **2:15:08PM (1)** | **2:17:49PM (1)** | **2:19:52PM (1)** | **2:23:53PM (1)** |
| 151:3 | 154:12 | 156:17 | 158:19 | 162:7 |
| **2:11:00PM (1)** | **2:15:23PM (1)** | **2:17:50PM (1)** | **2:19:53PM (1)** | **2:23:59PM (1)** |
| 151:18 | 154:14 | 156:18 | 158:20 | 162:10 |
| **2:11:12PM (1)** | **2:15:36PM (1)** | **2:17:51PM (1)** | **2:20:06PM (1)** | **2:24:01PM (1)** |
| 151:21 | 154:16 | 156:19 | 158:22 | 162:11 |
| **2:11:31PM (1)** | **2:15:38PM (1)** | **2:17:53PM (1)** | **2:20:07PM (2)** | **2:24:02PM (1)** |
| 152:4 | 154:18 | 156:21 | 158:23,24 | 162:12 |
| **2:11:51PM (1)** | **2:15:42PM (1)** | **2:18:02PM (1)** | **2:20:10PM (1)** | **2:24:03PM (1)** |
| 152:8 | 154:19 | 156:22 | 158:25 | 162:13 |
| **2:12:03PM (1)** | **2:15:46PM (1)** | **2:18:14PM (1)** | **2:20:21PM (1)** | **2:24:04PM (1)** |
| 152:12 | 154:20 | 156:25 | 159:5 | 162:14 |
| **2:12:08PM (1)** | **2:15:57PM (1)** | **2:18:18PM (1)** | **2:20:23PM (1)** | **2:24:13PM (1)** |
| 152:14 | 154:21 | 157:4 | 159:7 | 162:16 |
| **2:12:32PM (1)** | **2:16:03PM (1)** | **2:18:20PM (1)** | **2:20:24PM (1)** | **2:24:15PM (1)** |
| 152:17 | 154:23 | 157:6 | 159:8 | 162:18 |
| **2:12:36PM (1)** | **2:16:04PM (1)** | **2:18:22PM (1)** | **2:20:25PM (1)** | **2:24:37PM (1)** |
| 152:19 | 154:24 | 157:7 | 159:9 | 162:25 |
| **2:12:41PM (1)** | **2:16:11PM (1)** | **2:18:24PM (1)** | **2:20:28PM (1)** | **2:24:41PM (1)** |
| 152:20 | 155:3 | 157:9 | 159:11 | 163:3 |
| **2:12:43PM (1)** | **2:16:12PM (1)** | **2:18:27PM (1)** | **2:20:31PM (1)** | **2:24:49PM (1)** |
| 152:21 | 155:4 | 157:11 | 159:12 | 163:5 |
| **2:12:45PM (1)** | **2:16:25PM (1)** | **2:18:29PM (1)** | **2:20:50PM (1)** | **2:24:51PM (1)** |
| 152:22 | 155:5 | 157:12 | 159:16 | 163:6 |
| **2:12:55PM (1)** | **2:16:28PM (1)** | **2:18:30PM (1)** | **2:20:55PM (1)** | **2:24:52PM (1)** |
| 152:24 | 155:7 | 157:13 | 159:18 | 163:7 |
| **2:13:00PM (1)** | **2:16:31PM (1)** | **2:18:31PM (1)** | **2:22:07PM (1)** | **2:24:54PM (1)** |
| 153:2 | 155:8 | 157:14 | 160:10 | 163:8 |
| **2:13:15PM (1)** | **2:16:34PM (1)** | **2:18:38PM (1)** | **2:22:09PM (1)** | **2:25:08PM (1)** |
| 153:3 | 155:9 | 157:18 | 160:11 | 163:12 |
| **2:13:17PM (1)** | **2:16:36PM (1)** | **2:18:40PM (1)** | **2:22:11PM (1)** | **2:25:17PM (1)** |
| 153:5 | 155:11 | 157:19 | 160:12 | 163:15 |
| **2:13:48PM (1)** | **2:16:44PM (1)** | **2:18:41PM (1)** | **2:22:17PM (1)** | **2:25:21PM (1)** |

| | | | | |
|---|---|---|---|---|
| 163:16 | 166:4,5 | 168:23,24 | 171:3 | 174:11 |
| **2:25:25PM (1)** | **2:27:33PM (1)** | **2:30:39PM (1)** | **2:32:56PM (1)** | **2:36:37PM (1)** |
| 163:18 | 166:10 | 169:4 | 171:7 | 174:16 |
| **2:25:26PM (1)** | **2:27:39PM (1)** | **2:30:41PM (1)** | **2:32:59PM (1)** | **2:36:41PM (1)** |
| 163:19 | 166:12 | 169:5 | 171:10 | 174:18 |
| **2:25:29PM (1)** | **2:27:40PM (1)** | **2:30:44PM (1)** | **2:33:04PM (1)** | **2:36:43PM (1)** |
| 163:21 | 166:13 | 169:6 | 171:12 | 174:19 |
| **2:25:41PM (2)** | **2:27:43PM (1)** | **2:31:01PM (1)** | **2:33:08PM (1)** | **2:36:46PM (1)** |
| 163:25 164:2 | 166:15 | 169:11 | 171:14 | 174:21 |
| **2:25:51PM (1)** | **2:27:44PM (1)** | **2:31:07PM (2)** | **2:33:09PM (1)** | **2:36:47PM (1)** |
| 164:6 | 166:16 | 169:14,15 | 171:15 | 174:22 |
| **2:25:53PM (2)** | **2:27:46PM (1)** | **2:31:09PM (1)** | **2:33:12PM (1)** | **2:36:49PM (1)** |
| 164:8,9 | 166:18 | 169:16 | 171:16 | 174:24 |
| **2:25:56PM (1)** | **2:27:56PM (1)** | **2:31:14PM (1)** | **2:33:21PM (1)** | **2:36:51PM (1)** |
| 164:10 | 166:19 | 169:18 | 171:18 | 174:25 |
| **2:25:57PM (1)** | **2:28:13PM (1)** | **2:31:15PM (1)** | **2:33:24PM (1)** | **2:36:55PM (1)** |
| 164:11 | 166:24 | 169:19 | 171:20 | 175:3 |
| **2:26:01PM (1)** | **2:28:20PM (1)** | **2:31:19PM (1)** | **2:33:34PM (1)** | **2:36:56PM (1)** |
| 164:13 | 167:3 | 169:20 | 171:23 | 175:4 |
| **2:26:03PM (1)** | **2:28:23PM (1)** | **2:31:20PM (1)** | **2:33:35PM (1)** | **2:36:57PM (1)** |
| 164:14 | 167:4 | 169:21 | 171:24 | 175:5 |
| **2:26:05PM (1)** | **2:28:27PM (1)** | **2:31:23PM (1)** | **2:33:37PM (1)** | **2:37:04PM (1)** |
| 164:15 | 167:7 | 169:23 | 172:2 | 175:8 |
| **2:26:06PM (1)** | **2:28:34PM (1)** | **2:31:24PM (1)** | **2:33:38PM (1)** | **2:37:07PM (2)** |
| 164:16 | 167:9 | 169:24 | 172:3 | 175:10,11 |
| **2:26:15PM (1)** | **2:28:48PM (1)** | **2:31:26PM (1)** | **2:33:42PM (2)** | **2:37:15PM (1)** |
| 164:19 | 167:11 | 169:25 | 172:6,7 | 175:15 |
| **2:26:36PM (1)** | **2:28:56PM (1)** | **2:31:30PM (1)** | **2:33:54PM (1)** | **2:37:40PM (1)** |
| 164:24 | 167:13 | 170:2 | 172:10 | 175:25 |
| **2:26:38PM (1)** | **2:29:00PM (1)** | **2:31:35PM (1)** | **2:33:55PM (2)** | **2:37:41PM (1)** |
| 165:2 | 167:14 | 170:4 | 172:11,12 | 176:2 |
| **2:26:39PM (1)** | **2:29:30PM (1)** | **2:31:36PM (1)** | **2:33:56PM (1)** | **2:37:43PM (1)** |
| 165:3 | 167:24 | 170:5 | 172:13 | 176:4 |
| **2:26:41PM (1)** | **2:29:35PM (1)** | **2:31:37PM (1)** | **2:34:11PM (1)** | **2:37:49PM (1)** |
| 165:5 | 168:2 | 170:6 | 172:17 | 176:6 |
| **2:26:42PM (1)** | **2:29:43PM (1)** | **2:31:40PM (1)** | **2:34:15PM (1)** | **2:37:53PM (1)** |
| 165:6 | 168:4 | 170:8 | 172:19 | 176:7 |
| **2:26:47PM (1)** | **2:29:46PM (3)** | **2:31:45PM (1)** | **2:34:16PM (1)** | **2:38:06PM (1)** |
| 165:10 | 168:6,7,8 | 170:10 | 172:20 | 176:10 |
| **2:26:52PM (1)** | **2:29:47PM (1)** | **2:31:52PM (1)** | **2:34:18PM (1)** | **2:38:07PM (1)** |
| 165:11 | 168:9 | 170:11 | 172:21 | 176:11 |
| **2:27:02PM (1)** | **2:29:49PM (1)** | **2:32:17PM (1)** | **2:34:22PM (1)** | **2:38:31PM (1)** |
| 165:15 | 168:10 | 170:13 | 172:22 | 176:17 |
| **2:27:03PM (1)** | **2:29:57PM (1)** | **2:32:18PM (1)** | **2:34:24PM (1)** | **2:38:33PM (1)** |
| 165:16 | 168:12 | 170:14 | 172:23 | 176:18 |
| **2:27:07PM (1)** | **2:30:01PM (1)** | **2:32:22PM (1)** | **2:34:30PM (1)** | **2:38:43PM (1)** |
| 165:18 | 168:14 | 170:15 | 173:3 | 176:21 |
| **2:27:08PM (1)** | **2:30:02PM (1)** | **2:32:26PM (1)** | **2:35:51PM (1)** | **2:38:51PM (1)** |
| 165:19 | 168:15 | 170:17 | 173:23 | 176:24 |
| **2:27:11PM (1)** | **2:30:05PM (1)** | **2:32:29PM (1)** | **2:35:55PM (2)** | **2:38:55PM (1)** |
| 165:21 | 168:16 | 170:20 | 174:2,3 | 177:2 |
| **2:27:12PM (1)** | **2:30:24PM (1)** | **2:32:35PM (1)** | **2:35:57PM (1)** | **2:39:02PM (1)** |
| 165:22 | 168:18 | 170:22 | 174:4 | 177:5 |
| **2:27:18PM (1)** | **2:30:26PM (1)** | **2:32:38PM (1)** | **2:36:00PM (1)** | **2:39:03PM (1)** |
| 165:25 | 168:19 | 170:24 | 174:5 | 177:6 |
| **2:27:19PM (1)** | **2:30:29PM (1)** | **2:32:39PM (2)** | **2:36:16PM (1)** | **2:39:05PM (1)** |
| 166:2 | 168:21 | 170:25 171:2 | 174:10 | 177:8 |
| **2:27:22PM (2)** | **2:30:32PM (2)** | **2:32:47PM (1)** | **2:36:20PM (1)** | **2:39:11PM (1)** |

| | | | | |
|---|---|---|---|---|
| 177:10 | 179:17 | 183:2,3 | 185:18 | 188:5 |
| **2:39:15PM (1)** | **2:41:36PM (1)** | **2:45:17PM (1)** | **2:49:16PM (1)** | **2:51:35PM (1)** |
| 177:12 | 180:2 | 183:5 | 185:22 | 188:6 |
| **2:39:18PM (1)** | **2:41:41PM (1)** | **2:45:19PM (1)** | **2:49:21PM (1)** | **2:51:39PM (1)** |
| 177:13 | 180:6 | 183:6 | 185:25 | 188:8 |
| **2:39:22PM (1)** | **2:41:42PM (1)** | **2:45:45PM (1)** | **2:49:31PM (1)** | **2:51:45PM (1)** |
| 177:15 | 180:7 | 183:9 | 186:3 | 188:11 |
| **2:39:23PM (1)** | **2:41:46PM (2)** | **2:45:49PM (1)** | **2:49:32PM (1)** | **2:51:49PM (1)** |
| 177:16 | 180:9,10 | 183:10 | 186:4 | 188:14 |
| **2:39:29PM (1)** | **2:41:54PM (1)** | **2:45:51PM (1)** | **2:49:35PM (1)** | **2:51:51PM (2)** |
| 177:17 | 180:13 | 183:11 | 186:5 | 188:15,16 |
| **2:39:31PM (1)** | **2:41:56PM (1)** | **2:46:43PM (1)** | **2:49:37PM (1)** | **2:51:53PM (1)** |
| 177:18 | 180:14 | 184:2 | 186:7 | 188:18 |
| **2:39:36PM (1)** | **2:41:57PM (1)** | **2:46:46PM (1)** | **2:49:54PM (1)** | **2:51:58PM (1)** |
| 177:20 | 180:15 | 184:4 | 186:10 | 188:21 |
| **2:39:38PM (1)** | **2:42:00PM (1)** | **2:46:56PM (1)** | **2:50:02PM (1)** | **2:52:01PM (1)** |
| 177:21 | 180:16 | 184:6 | 186:12 | 188:23 |
| **2:39:45PM (1)** | **2:42:12PM (1)** | **2:47:01PM (1)** | **2:50:10PM (1)** | **2:52:06PM (1)** |
| 177:23 | 180:17 | 184:8 | 186:13 | 188:25 |
| **2:39:47PM (1)** | **2:42:19PM (2)** | **2:47:05PM (1)** | **2:50:21PM (1)** | **2:52:10PM (1)** |
| 177:24 | 180:20,21 | 184:10 | 186:18 | 189:3 |
| **2:39:48PM (2)** | **2:42:20PM (2)** | **2:47:07PM (1)** | **2:50:22PM (1)** | **2:52:24PM (1)** |
| 177:25 178:2 | 180:22,23 | 184:11 | 186:19 | 189:9 |
| **2:39:51PM (1)** | **2:42:22PM (1)** | **2:47:13PM (1)** | **2:50:43PM (2)** | **2:52:26PM (2)** |
| 178:3 | 180:24 | 184:13 | 186:21,22 | 189:11,12 |
| **2:39:59PM (1)** | **2:42:24PM (1)** | **2:47:20PM (1)** | **2:50:51PM (1)** | **2:52:30PM (2)** |
| 178:6 | 180:25 | 184:14 | 186:25 | 189:14,15 |
| **2:40:02PM (1)** | **2:42:30PM (1)** | **2:47:23PM (1)** | **2:50:52PM (1)** | **2:52:36PM (1)** |
| 178:7 | 181:3 | 184:16 | 187:2 | 189:17 |
| **2:40:09PM (1)** | **2:42:42PM (1)** | **2:47:31PM (1)** | **2:50:53PM (2)** | **2:52:37PM (2)** |
| 178:10 | 181:4 | 184:19 | 187:3 | 189:18,19 |
| **2:40:11PM (1)** | **2:42:57PM (1)** | **2:47:40PM (1)** | **2:50:55PM (1)** | **2:52:39PM (1)** |
| 178:11 | 181:9 | 184:21 | 187:5 | 189:21 |
| **2:40:15PM (1)** | **2:43:02PM (1)** | **2:47:42PM (1)** | **2:50:57PM (1)** | **2:52:41PM (1)** |
| 178:14 | 181:11 | 184:23 | 187:8 | 189:22 |
| **2:40:16PM (1)** | **2:43:07PM (1)** | **2:47:43PM (1)** | **2:50:58PM (1)** | **2:52:47PM (1)** |
| 178:15 | 181:13 | 184:24 | 187:9 | 189:24 |
| **2:40:27PM (1)** | **2:43:24PM (1)** | **2:47:50PM (1)** | **2:51:03PM (1)** | **2:52:57PM (1)** |
| 178:20 | 181:19 | 185:2 | 187:11 | 190:3 |
| **2:40:34PM (1)** | **2:43:40PM (1)** | **2:48:01PM (1)** | **2:51:05PM (2)** | **2:52:59PM (1)** |
| 178:24 | 181:20 | 185:4 | 187:12,13 | 190:4 |
| **2:40:39PM (1)** | **2:43:42PM (1)** | **2:48:04PM (1)** | **2:51:06PM (1)** | **2:53:03PM (1)** |
| 178:25 | 181:22 | 185:5 | 187:14 | 190:5 |
| **2:40:48PM (1)** | **2:43:50PM (1)** | **2:48:07PM (1)** | **2:51:08PM (2)** | **2:53:07PM (1)** |
| 179:5 | 181:24 | 185:6 | 187:15,16 | 190:6 |
| **2:40:49PM (1)** | **2:44:25PM (1)** | **2:48:08PM (1)** | **2:51:10PM (1)** | **2:53:08PM (1)** |
| 179:6 | 182:11 | 185:7 | 187:17 | 190:7 |
| **2:40:52PM (1)** | **2:44:35PM (1)** | **2:48:15PM (1)** | **2:51:13PM (1)** | **2:53:10PM (1)** |
| 179:8 | 182:15 | 185:10 | 187:19 | 190:8 |
| **2:40:55PM (1)** | **2:44:40PM (1)** | **2:48:18PM (1)** | **2:51:17PM (1)** | **2:53:16PM (1)** |
| 179:10 | 182:17 | 185:11 | 187:21 | 190:10 |
| **2:40:59PM (1)** | **2:44:51PM (1)** | **2:48:32PM (1)** | **2:51:19PM (1)** | **2:53:22PM (1)** |
| 179:11 | 182:18 | 185:12 | 187:22 | 190:12 |
| **2:41:01PM (1)** | **2:44:59PM (1)** | **2:48:34PM (1)** | **2:51:20PM (1)** | **2:53:27PM (1)** |
| 179:13 | 182:21 | 185:14 | 187:23 | 190:14 |
| **2:41:06PM (2)** | **2:45:04PM (1)** | **2:49:05PM (1)** | **2:51:25PM (1)** | **2:53:31PM (2)** |
| 179:15,16 | 182:22 | 185:17 | 187:25 | 190:16,17 |
| **2:41:07PM (1)** | **2:45:14PM (2)** | **2:49:07PM (1)** | **2:51:34PM (1)** | **2:53:32PM (1)** |

190:18
**2:53:35PM (1)**
190:20
**2:53:52PM (1)**
190:25
**2:53:53PM (1)**
191:2
**2:53:54PM (2)**
191:3,4
**2:53:59PM (1)**
191:6
**2:54:00PM (1)**
191:7
**2:54:02PM (2)**
191:8,9
**2:54:04PM (2)**
191:10,11
**2:54:15PM (1)**
191:16
**2:54:33PM (1)**
191:17
**2:54:36PM (1)**
191:18
**2:54:37PM (1)**
191:19
**2:54:39PM (2)**
191:20,21
**2:54:42PM (1)**
191:22
**2:54:44PM (1)**
191:23
**2:54:47PM (2)**
191:25 192:2
**2:54:52PM (1)**
192:5
**2:54:53PM (2)**
192:6,7
**2:54:59PM (1)**
192:9
**2:55:02PM (1)**
192:11
**2:55:05PM (1)**
192:13
**2:55:06PM (1)**
192:14
**2:55:10PM (1)**
192:16
**2:55:13PM (1)**
192:17
**2:55:19PM (1)**
192:19
**2:55:22PM (1)**
192:21
**2:55:23PM (1)**
192:22
**2:55:26PM (1)**
192:25
**2:55:30PM (1)**

193:3
**2:55:32PM (1)**
193:5
**2:55:41PM (1)**
193:9
**2:55:42PM (1)**
193:10
**2:55:44PM (1)**
193:11
**2:55:48PM (1)**
193:13
**2:55:50PM (1)**
193:15
**2:55:55PM (1)**
193:16
**2:56:05PM (1)**
193:19
**2:56:08PM (1)**
193:21
**2:56:15PM (1)**
193:22
**2:56:20PM (1)**
193:24
**2:56:33PM (1)**
194:5
**2:56:38PM (2)**
194:7,8
**2:56:41PM (1)**
194:10
**2:56:42PM (1)**
194:11
**2:56:45PM (1)**
194:13
**2:56:46PM (2)**
194:14,15
**2:56:49PM (1)**
194:17
**2:56:54PM (1)**
194:19
**2:56:57PM (1)**
194:20
**2:57:01PM (1)**
194:22
**2:57:02PM (1)**
194:23
**2:57:08PM (1)**
194:24
**2:57:12PM (1)**
194:25
**2:57:16PM (1)**
195:2
**2:57:18PM (1)**
195:3
**2:57:19PM (1)**
195:4
**2:57:20PM (1)**
195:5
**2:57:21PM (2)**

195:6,7
**2:57:26PM (1)**
195:9
**2:57:29PM (1)**
195:10
**2:57:38PM (1)**
195:13
**2:57:41PM (1)**
195:15
**2:57:44PM (1)**
195:17
**2:57:45PM (1)**
195:18
**2:57:47PM (1)**
195:19
**2:57:50PM (2)**
195:21,22
**2:57:52PM (1)**
195:23
**2:57:56PM (1)**
195:25
**2:58:01PM (1)**
196:4
**2:58:14PM (1)**
196:5
**2:58:23PM (1)**
196:10
**2:58:38PM (1)**
196:11
**2:58:55PM (1)**
196:12
**2:58:56PM (1)**
196:13
**2:59:19PM (1)**
196:16
**2:59:20PM (1)**
196:17
**2:59:23PM (1)**
196:18
**2:59:34PM (2)**
196:22,23
**20 (6)**
140:13 251:19 314:19
    314:20 315:3,4
**2000 (6)**
90:8,9 94:5 134:6
    153:11 203:12
**2001 (9)**
9:22 10:6 103:16,17
    104:20,25 105:10
    125:12 131:2
**2002 (7)**
11:12 126:17 170:13
    213:4,14 214:17
    245:15
**2003 (4)**
18:16 348:7,13
    360:24

**2004 (9)**
9:21,23 134:13 180:8
    183:9 184:5 197:22
    324:10,11
**2005 (15)**
18:16 136:17,19,23
    136:24 137:4 184:5
    186:16 193:24
    196:20 203:23
    204:4 207:12
    214:17 324:10
**2006 (16)**
11:12 34:6 35:11
    40:13 53:3 136:15
    142:3 143:3 147:4
    147:19 149:20
    205:8 327:7 336:4
    336:14 337:8
**2007 (8)**
9:20,24 10:3 40:13
    41:14,16 53:11
    158:21
**2008 (6)**
53:22,23 54:2 137:5
    333:3 337:17
**2009 (6)**
1:19 2:4 6:20 358:23
    359:15 361:3
**203 (1)**
360:17
**2042 (1)**
280:24
**206 (1)**
360:18
**235 (3)**
185:14 186:16 360:15
**23814 (1)**
1:25
**24 (5)**
17:4 144:18 145:9,12
    146:4
**24-hour (5)**
144:16 145:5,8
    146:10,12
**25 (2)**
17:4 237:12
**25th (2)**
103:17 104:20
**26 (2)**
259:16 303:24
**26th (4)**
136:22 137:4 144:12
    204:3
**27 (3)**
1:19 2:4 361:3
**27th (1)**
6:20
**28 (7)**
141:15,22 142:3

143:3 348:6 360:13
360:24
**28th (3)**
147:3 149:20 348:13
**286 (1)**
10:8
**287 (1)**
10:4
**29th (1)**
53:22
**297 (1)**
360:19
**298 (1)**
360:20

---

**3**

**3 (13)**
103:2,5,9 104:2,6,18
    104:19 105:11,12
    107:3 120:9 360:12
    361:9
**3rd (1)**
53:22
**3:00 (1)**
296:14
**3:00:03PM (1)**
196:25
**3:00:06PM (1)**
197:2
**3:00:20PM (1)**
197:8
**3:00:22PM (1)**
197:9
**3:00:23PM (1)**
197:10
**3:00:25PM (1)**
197:12
**3:00:28PM (1)**
197:14
**3:00:33PM (1)**
197:17
**3:00:34PM (1)**
197:18
**3:00:38PM (2)**
197:19,20
**3:00:40PM (1)**
197:22
**3:00:54PM (1)**
198:4
**3:00:58PM (1)**
198:5
**3:01:04PM (2)**
198:8,9
**3:01:08PM (1)**
198:11
**3:01:11PM (1)**
198:13
**3:01:15PM (1)**

| | | | | |
|---|---|---|---|---|
| 198:14 | 201:3 | 204:25 | 207:7 | 210:3 |
| **3:01:17PM (1)** | **3:04:46PM (1)** | **3:09:39PM (1)** | **3:12:16PM (1)** | **3:15:01PM (1)** |
| 198:15 | 201:5 | 205:2 | 207:8 | 210:5 |
| **3:01:50PM (1)** | **3:05:33PM (1)** | **3:09:42PM (1)** | **3:12:17PM (1)** | **3:15:03PM (2)** |
| 198:18 | 201:16 | 205:4 | 207:10 | 210:6,7 |
| **3:02:17PM (1)** | **3:06:00PM (1)** | **3:09:46PM (1)** | **3:12:32PM (1)** | **3:15:06PM (1)** |
| 199:3 | 201:22 | 205:6 | 207:14 | 210:9 |
| **3:02:19PM (1)** | **3:06:09PM (1)** | **3:09:50PM (1)** | **3:12:33PM (1)** | **3:15:07PM (1)** |
| 199:5 | 202:2 | 205:7 | 207:15 | 210:10 |
| **3:02:29PM (1)** | **3:06:15PM (1)** | **3:09:55PM (1)** | **3:12:36PM (2)** | **3:15:10PM (1)** |
| 199:8 | 202:4 | 205:9 | 207:17,18 | 210:12 |
| **3:02:31PM (2)** | **3:06:22PM (1)** | **3:09:59PM (1)** | **3:12:38PM (1)** | **3:15:12PM (1)** |
| 199:9,10 | 202:7 | 205:11 | 207:19 | 210:14 |
| **3:02:41PM (1)** | **3:06:29PM (1)** | **3:10:05PM (1)** | **3:12:48PM (1)** | **3:15:18PM (2)** |
| 199:11 | 202:10 | 205:13 | 207:21 | 210:16,17 |
| **3:02:43PM (1)** | **3:06:33PM (1)** | **3:10:08PM (1)** | **3:12:49PM (1)** | **3:15:22PM (1)** |
| 199:12 | 202:12 | 205:14 | 207:22 | 210:19 |
| **3:02:45PM (1)** | **3:06:42PM (1)** | **3:10:09PM (1)** | **3:12:57PM (1)** | **3:15:23PM (1)** |
| 199:13 | 202:15 | 205:15 | 207:25 | 210:20 |
| **3:02:46PM (1)** | **3:06:46PM (1)** | **3:10:10PM (1)** | **3:13:04PM (1)** | **3:15:30PM (1)** |
| 199:14 | 202:17 | 205:16 | 208:2 | 210:23 |
| **3:02:47PM (1)** | **3:07:12PM (1)** | **3:10:30PM (1)** | **3:13:12PM (1)** | **3:15:32PM (1)** |
| 199:15 | 203:2 | 205:22 | 208:5 | 210:24 |
| **3:02:58PM (1)** | **3:07:18PM (1)** | **3:10:35PM (1)** | **3:13:17PM (1)** | **3:15:40PM (1)** |
| 199:16 | 203:4 | 205:25 | 208:6 | 211:2 |
| **3:03:09PM (1)** | **3:07:27PM (1)** | **3:10:40PM (1)** | **3:13:22PM (1)** | **3:15:42PM (1)** |
| 199:21 | 203:9 | 206:2 | 208:9 | 211:3 |
| **3:03:14PM (2)** | **3:07:37PM (1)** | **3:10:43PM (1)** | **3:13:23PM (1)** | **3:15:48PM (1)** |
| 199:22,23 | 203:11 | 206:4 | 208:10 | 211:6 |
| **3:03:18PM (1)** | **3:07:42PM (1)** | **3:10:52PM (1)** | **3:13:31PM (1)** | **3:15:52PM (2)** |
| 199:25 | 203:13 | 206:5 | 208:13 | 211:7,8 |
| **3:03:21PM (1)** | **3:07:48PM (1)** | **3:10:55PM (1)** | **3:13:34PM (1)** | **3:15:56PM (2)** |
| 200:2 | 203:15 | 206:7 | 208:14 | 211:10,11 |
| **3:03:25PM (1)** | **3:08:05PM (1)** | **3:11:07PM (1)** | **3:13:35PM (1)** | **3:16:01PM (1)** |
| 200:4 | 203:16 | 206:8 | 208:15 | 211:13 |
| **3:03:26PM (1)** | **3:08:06PM (1)** | **3:11:14PM (1)** | **3:13:36PM (1)** | **3:16:03PM (1)** |
| 200:6 | 203:17 | 206:11 | 208:16 | 211:14 |
| **3:03:27PM (2)** | **3:08:34PM (1)** | **3:11:15PM (1)** | **3:13:37PM (1)** | **3:16:06PM (1)** |
| 200:8,9 | 203:20 | 206:12 | 208:17 | 211:15 |
| **3:03:35PM (1)** | **3:08:51PM (1)** | **3:11:28PM (1)** | **3:13:47PM (1)** | **3:16:09PM (1)** |
| 200:13 | 204:2 | 206:16 | 208:22 | 211:17 |
| **3:03:39PM (1)** | **3:08:56PM (1)** | **3:11:32PM (1)** | **3:13:48PM (1)** | **3:16:12PM (2)** |
| 200:14 | 204:5 | 206:18 | 208:23 | 211:19,20 |
| **3:04:02PM (1)** | **3:09:01PM (1)** | **3:11:41PM (1)** | **3:13:54PM (1)** | **3:16:14PM (1)** |
| 200:17 | 204:7 | 206:20 | 208:25 | 211:21 |
| **3:04:03PM (1)** | **3:09:02PM (1)** | **3:11:43PM (1)** | **3:14:02PM (1)** | **3:16:15PM (1)** |
| 200:18 | 204:8 | 206:22 | 209:4 | 211:22 |
| **3:04:06PM (1)** | **3:09:05PM (1)** | **3:11:45PM (1)** | **3:14:04PM (1)** | **3:16:20PM (2)** |
| 200:19 | 204:11 | 206:25 | 209:6 | 211:24,25 |
| **3:04:11PM (1)** | **3:09:25PM (1)** | **3:11:50PM (1)** | **3:14:05PM (2)** | **3:16:25PM (1)** |
| 200:21 | 204:17 | 207:2 | 209:8,9 | 212:3 |
| **3:04:15PM (1)** | **3:09:27PM (1)** | **3:11:51PM (1)** | **3:14:18PM (1)** | **3:16:33PM (1)** |
| 200:23 | 204:19 | 207:3 | 209:13 | 212:4 |
| **3:04:19PM (1)** | **3:09:28PM (1)** | **3:12:11PM (1)** | **3:14:29PM (2)** | **3:16:41PM (1)** |
| 200:24 | 204:20 | 207:5 | 209:17,18 | 212:7 |
| **3:04:32PM (1)** | **3:09:37PM (2)** | **3:12:12PM (1)** | **3:14:54PM (1)** | **3:16:42PM (1)** |
| 201:2 | 204:22,23 | 207:6 | 209:25 | 212:8 |
| **3:04:39PM (1)** | **3:09:38PM (1)** | **3:12:13PM (1)** | **3:14:57PM (1)** | **3:16:52PM (1)** |

| | | | | |
|---|---|---|---|---|
| 212:9 | 215:7 | 218:6 | 224:14,15 | 229:2 |
| 3:17:53PM (1) | 3:20:48PM (1) | 3:23:52PM (1) | 3:31:39PM (1) | 3:36:19PM (1) |
| 212:25 | 215:9 | 218:7 | 224:17 | 229:3 |
| 3:18:04PM (1) | 3:20:51PM (2) | 3:24:02PM (1) | 3:32:16PM (1) | 3:36:24PM (2) |
| 213:4 | 215:11,12 | 218:10 | 225:7 | 229:5,6 |
| 3:18:25PM (1) | 3:20:54PM (1) | 3:24:15PM (2) | 3:32:20PM (1) | 3:36:26PM (1) |
| 213:5 | 215:14 | 218:12,16 | 225:9 | 229:7 |
| 3:18:26PM (1) | 3:20:57PM (1) | 3:24:16PM (1) | 3:32:21PM (2) | 3:36:41PM (1) |
| 213:6 | 215:15 | 218:17 | 225:10,11 | 229:11 |
| 3:18:27PM (1) | 3:21:21PM (1) | 3:24:22PM (1) | 3:32:23PM (1) | 3:36:42PM (1) |
| 213:7 | 215:16 | 218:19 | 225:12 | 229:12 |
| 3:18:31PM (1) | 3:21:37PM (1) | 3:24:23PM (1) | 3:32:37PM (1) | 3:36:46PM (1) |
| 213:8 | 215:19 | 218:20 | 225:16 | 229:14 |
| 3:18:33PM (1) | 3:21:40PM (1) | 3:24:47PM (1) | 3:32:40PM (1) | 3:38 (1) |
| 213:10 | 215:20 | 218:25 | 225:18 | 229:12 |
| 3:18:35PM (1) | 3:21:50PM (1) | 3:24:53PM (1) | 3:32:42PM (1) | 3:49:37PM (1) |
| 213:12 | 215:22 | 219:4 | 225:20 | 229:16 |
| 3:18:38PM (1) | 3:21:55PM (1) | 3:24:54PM (1) | 3:32:43PM (1) | 3:49:42PM (1) |
| 213:13 | 215:25 | 219:5 | 225:21 | 229:18 |
| 3:18:41PM (1) | 3:22:14PM (1) | 3:25:00PM (1) | 3:32:45PM (1) | 3:49:43PM (1) |
| 213:14 | 216:3 | 219:7 | 225:23 | 229:19 |
| 3:18:44PM (2) | 3:22:18PM (1) | 3:25:03PM (1) | 3:32:51PM (1) | 3:49:50PM (1) |
| 213:16,17 | 216:5 | 219:8 | 225:25 | 229:22 |
| 3:18:47PM (1) | 3:22:21PM (1) | 3:25:20PM (1) | 3:32:53PM (1) | 3:49:51PM (1) |
| 213:19 | 216:6 | 219:14 | 226:2 | 229:23 |
| 3:18:53PM (1) | 3:22:30PM (2) | 3:25:23PM (1) | 3:32:55PM (1) | 3:49:54PM (1) |
| 213:22 | 216:8,9 | 219:16 | 226:3 | 229:25 |
| 3:18:59PM (1) | 3:22:34PM (1) | 3:25:30PM (1) | 3:33:51PM (1) | 3:49:55PM (1) |
| 213:24 | 216:11 | 219:19 | 226:16 | 230:2 |
| 3:19:00PM (1) | 3:22:41PM (1) | 3:25:31PM (1) | 3:33:55PM (1) | 3:50:00PM (1) |
| 213:25 | 216:14 | 219:20 | 226:18 | 230:5 |
| 3:19:23PM (1) | 3:22:44PM (1) | 3:25:33PM (1) | 3:33:56PM (1) | 3:50:05PM (1) |
| 214:8 | 216:16 | 219:21 | 226:19 | 230:7 |
| 3:19:50PM (1) | 3:22:56PM (1) | 3:25:52PM (1) | 3:33:57PM (1) | 3:50:18PM (1) |
| 214:11 | 216:20 | 220:3 | 226:21 | 230:9 |
| 3:19:55PM (1) | 3:22:59PM (1) | 3:25:56PM (1) | 3:34:01PM (1) | 3:50:20PM (1) |
| 214:13 | 216:22 | 220:5 | 226:22 | 230:11 |
| 3:19:58PM (1) | 3:23:03PM (1) | 3:26:10PM (1) | 3:34:13PM (1) | 3:50:21PM (1) |
| 214:15 | 216:24 | 220:8 | 227:2 | 230:12 |
| 3:20:07PM (1) | 3:23:07PM (1) | 3:26:21PM (1) | 3:34:52PM (1) | 3:50:29PM (2) |
| 214:16 | 217:2 | 220:10 | 227:16 | 230:16,17 |
| 3:20:15PM (2) | 3:23:12PM (1) | 3:28:40PM (1) | 3:35:01PM (1) | 3:50:33PM (1) |
| 214:18,19 | 217:4 | 222:4 | 227:20 | 230:19 |
| 3:20:18PM (1) | 3:23:15PM (1) | 3:29:30PM (1) | 3:35:02PM (1) | 3:51 (1) |
| 214:21 | 217:6 | 222:18 | 227:21 | 229:16 |
| 3:20:21PM (1) | 3:23:17PM (1) | 3:29:35PM (1) | 3:35:03PM (1) | 3:51:28PM (1) |
| 214:22 | 217:9 | 222:21 | 227:22 | 231:8 |
| 3:20:22PM (1) | 3:23:23PM (1) | 3:30:10PM (1) | 3:35:04PM (2) | 3:51:35PM (1) |
| 214:23 | 217:12 | 223:11 | 227:24,25 | 231:12 |
| 3:20:24PM (1) | 3:23:26PM (1) | 3:30:21PM (1) | 3:35:07PM (1) | 3:51:38PM (1) |
| 214:24 | 217:14 | 223:14 | 228:3 | 231:14 |
| 3:20:27PM (1) | 3:23:32PM (1) | 3:31:16PM (1) | 3:35:47PM (1) | 3:51:40PM (1) |
| 214:25 | 217:16 | 224:8 | 228:14 | 231:15 |
| 3:20:30PM (1) | 3:23:33PM (2) | 3:31:20PM (1) | 3:35:52PM (1) | 3:53:16PM (1) |
| 215:2 | 217:17,19 | 224:10 | 228:16 | 232:11 |
| 3:20:34PM (2) | 3:23:35PM (1) | 3:31:25PM (1) | 3:36:11PM (1) | 3:53:29PM (1) |
| 215:4,5 | 217:21 | 224:11 | 228:24 | 232:14 |
| 3:20:43PM (1) | 3:23:51PM (1) | 3:31:35PM (2) | 3:36:15PM (1) | 3:54:08PM (1) |

233:6
**3:55:33PM (1)**
234:2
**3:56:18PM (1)**
234:16
**3:56:26PM (2)**
234:18,20
**3:56:36PM (1)**
234:23
**3:56:41PM (1)**
234:25
**3:56:42PM (1)**
235:2
**3:56:46PM (1)**
235:3
**3:56:54PM (1)**
235:7
**3:57:24PM (2)**
235:18,19
**3:57:30PM (1)**
235:21
**3:57:35PM (1)**
235:22
**3:57:51PM (1)**
236:2
**3:58:19PM (1)**
236:7
**30 (4)**
13:22 203:23 315:11
357:8
**30th (1)**
103:16
**300 (1)**
222:24
**31 (1)**
196:20
**315 (2)**
10:13 11:11
**317 (3)**
335:12,18 360:21
**335 (1)**
360:21
**336 (3)**
350:24 351:6 360:25
**339 (1)**
360:22
**348 (2)**
360:23,24
**350 (1)**
360:25
**357 (1)**
103:11
**358 (1)**
103:12
**3856 (2)**
95:12,19
_____
**4**

**4 (13)**
126:7 141:16,20
167:14 168:19
245:23 246:5,8
252:9,15,16 303:9
360:13
**4:00 (2)**
167:16,18
**4:00:05PM (1)**
237:9
**4:02:12PM (1)**
238:19
**4:03:18PM (1)**
239:11
**4:03:19PM (1)**
239:12
**4:03:20PM (1)**
239:13
**4:03:25PM (1)**
239:15
**4:03:38PM (1)**
239:18
**4:04:24PM (1)**
240:8
**4:05:10PM (1)**
240:22
**4:05:11PM (2)**
240:23,24
**4:05:14PM (2)**
241:2,3
**4:05:16PM (1)**
241:4
**4:05:19PM (1)**
241:6
**4:05:21PM (1)**
241:7
**4:05:28PM (1)**
241:10
**4:05:30PM (1)**
241:11
**4:05:37PM (1)**
241:13
**4:05:39PM (1)**
241:15
**4:05:42PM (1)**
241:17
**4:05:45PM (1)**
241:18
**4:05:58PM (1)**
241:22
**4:06:02PM (1)**
241:24
**4:06:03PM (1)**
241:25
**4:06:38PM (1)**
242:13
**4:06:39PM (1)**
242:14

**4:06:41PM (1)**
242:15
**4:06:46PM (2)**
242:17,18
**4:06:48PM (1)**
242:19
**4:06:57PM (1)**
242:24
**4:07:09PM (1)**
242:25
**4:07:14PM (1)**
243:3
**4:07:18PM (1)**
243:5
**4:07:33PM (1)**
243:11
**4:07:41PM (1)**
243:13
**4:07:42PM (1)**
243:14
**4:07:45PM (1)**
243:16
**4:07:53PM (1)**
243:20
**4:07:56PM (1)**
243:22
**4:07:58PM (1)**
243:24
**4:08:01PM (2)**
244:2,3
**4:08:05PM (1)**
244:5
**4:08:07PM (1)**
244:6
**4:08:11PM (1)**
244:8
**4:08:12PM (1)**
244:9
**4:08:16PM (1)**
244:11
**4:08:19PM (1)**
244:13
**4:08:20PM (1)**
244:14
**4:08:24PM (1)**
244:16
**4:08:28PM (1)**
244:18
**4:08:38PM (1)**
244:20
**4:09:02PM (1)**
245:3
**4:09:08PM (1)**
245:6
**4:09:09PM (2)**
245:7,8
**4:09:16PM (1)**
245:9

**4:09:24PM (1)**
245:13
**4:09:51PM (1)**
245:15
**4:10:33PM (1)**
245:16
**4:10:39PM (2)**
245:19,20
**4:10:46PM (1)**
245:22
**4:10:55PM (1)**
245:24
**4:11:04PM (1)**
246:2
**4:11:21PM (1)**
246:9
**4:11:24PM (2)**
246:11,12
**4:11:25PM (1)**
246:13
**4:11:37PM (1)**
246:14
**4:11:47PM (2)**
246:18,19
**4:11:53PM (1)**
246:22
**4:11:54PM (1)**
246:23
**4:11:59PM (1)**
247:2
**4:12:00PM (1)**
247:3
**4:12:01PM (1)**
247:4
**4:12:05PM (1)**
247:6
**4:12:10PM (2)**
247:8,9
**4:12:11PM (1)**
247:10
**4:12:12PM (1)**
247:11
**4:12:23PM (1)**
247:13
**4:12:33PM (1)**
247:16
**4:12:37PM (1)**
247:17
**4:12:44PM (1)**
247:20
**4:12:49PM (2)**
247:23,24
**4:12:55PM (1)**
248:2
**4:12:59PM (1)**
248:3
**4:13:02PM (2)**
248:5,6

**4:13:04PM (1)**
248:7
**4:13:13PM (1)**
248:11
**4:13:14PM (1)**
248:12
**4:13:15PM (1)**
248:13
**4:13:19PM (1)**
248:16
**4:13:20PM (1)**
248:17
**4:13:22PM (1)**
248:19
**4:13:23PM (1)**
248:20
**4:13:26PM (1)**
248:22
**4:13:27PM (1)**
248:23
**4:13:41PM (1)**
249:3
**4:13:42PM (1)**
249:4
**4:13:47PM (1)**
249:6
**4:13:50PM (1)**
249:7
**4:14:13PM (1)**
249:9
**4:14:43PM (1)**
249:19
**4:14:48PM (1)**
249:22
**4:14:49PM (1)**
249:23
**4:14:50PM (1)**
249:24
**4:14:51PM (1)**
249:25
**4:14:55PM (1)**
250:3
**4:15:01PM (1)**
250:6
**4:15:02PM (1)**
250:7
**4:15:16PM (1)**
250:13
**4:15:27PM (1)**
250:18
**4:15:32PM (1)**
250:20
**4:15:50PM (1)**
250:25
**4:15:51PM (1)**
251:2
**4:15:55PM (1)**
251:5

4:16:10PM (2)
251:11,12
4:16:11PM (1)
251:13
4:16:13PM (1)
251:14
4:16:15PM (1)
251:15
4:16:23PM (1)
251:16
4:16:25PM (1)
251:17
4:16:41PM (2)
251:22,23
4:16:46PM (1)
251:24
4:16:47PM (1)
251:25
4:17:11PM (1)
252:7
4:17:14PM (1)
252:9
4:17:17PM (1)
252:10
4:17:21PM (1)
252:12
4:17:33PM (1)
252:16
4:17:38PM (1)
252:18
4:17:41PM (1)
252:19
4:17:55PM (1)
252:23
4:18:12PM (1)
253:5
4:18:17PM (1)
253:7
4:18:19PM (1)
253:8
4:18:21PM (1)
253:10
4:18:46PM (1)
253:14
4:18:54PM (1)
253:17
4:19:06PM (1)
253:20
4:19:10PM (1)
253:22
4:19:11PM (1)
253:23
4:19:12PM (1)
253:24
4:19:18PM (1)
254:2
4:19:41PM (1)
254:7

4:19:44PM (1)
254:9
4:20:11PM (1)
254:17
4:20:15PM (1)
254:19
4:20:18PM (1)
254:20
4:20:20PM (1)
254:22
4:20:21PM (1)
254:23
4:20:23PM (1)
254:25
4:20:24PM (1)
255:2
4:20:25PM (1)
255:3
4:20:27PM (1)
255:4
4:20:29PM (1)
255:5
4:20:32PM (1)
255:6
4:20:36PM (1)
255:9
4:20:37PM (1)
255:10
4:20:41PM (1)
255:12
4:20:42PM (1)
255:13
4:20:44PM (2)
255:14,15
4:20:55PM (1)
255:18
4:21:22PM (1)
255:24
4:21:24PM (1)
256:2
4:21:56PM (1)
256:8
4:22:08PM (1)
256:10
4:22:12PM (1)
256:11
4:22:30PM (1)
256:13
4:22:54PM (1)
256:20
4:22:56PM (1)
256:22
4:22:57PM (1)
256:23
4:23:01PM (1)
256:25
4:23:02PM (1)
257:3

4:23:08PM (1)
257:6
4:23:09PM (1)
257:7
4:23:23PM (1)
257:10
4:23:30PM (1)
257:11
4:23:40PM (1)
257:14
4:23:52PM (1)
257:16
4:23:54PM (1)
257:17
4:24:05PM (2)
257:20,21
4:24:12PM (1)
257:23
4:24:16PM (1)
257:25
4:24:19PM (1)
258:2
4:24:34PM (1)
258:7
4:24:45PM (1)
258:12
4:24:57PM (1)
258:15
4:24:59PM (1)
258:17
4:25:00PM (1)
258:18
4:25:06PM (1)
258:21
4:25:10PM (1)
258:22
4:25:14PM (2)
258:24,25
4:25:19PM (1)
259:4
4:25:20PM (1)
259:5
4:25:39PM (1)
259:8
4:25:57PM (1)
259:14
4:26:00PM (1)
259:16
4:26:04PM (1)
259:18
4:26:06PM (1)
259:19
4:26:10PM (1)
259:21
4:26:15PM (1)
259:23
4:26:18PM (1)
259:24

4:26:19PM (1)
260:2
4:26:26PM (1)
260:4
4:26:29PM (1)
260:6
4:26:34PM (1)
260:7
4:26:38PM (1)
260:9
4:26:39PM (1)
260:10
4:26:44PM (1)
260:13
4:26:47PM (1)
260:14
4:26:52PM (1)
260:16
4:26:59PM (1)
260:19
4:27:05PM (1)
260:20
4:27:09PM (1)
260:21
4:27:12PM (1)
260:23
4:27:23PM (1)
261:3
4:27:45PM (1)
261:7
4:27:50PM (1)
261:9
4:28:38PM (1)
261:22
4:28:54PM (1)
262:4
4:28:55PM (1)
262:5
4:28:58PM (1)
262:7
4:29:01PM (1)
262:9
4:29:15PM (1)
262:11
4:29:53PM (1)
263:4
4:29:58PM (1)
263:5
4:30 (2)
46:23,25
4:30:16PM (1)
263:10
4:30:30PM (1)
263:14
4:30:33PM (1)
263:15
4:31:06PM (1)
264:2

4:31:12PM (1)
264:5
4:31:24PM (1)
264:10
4:31:25PM (1)
264:12
4:31:26PM (2)
264:13,14
4:31:28PM (1)
264:16
4:31:38PM (1)
264:21
4:31:42PM (1)
264:24
4:31:43PM (1)
264:25
4:31:45PM (1)
265:2
4:31:57PM (1)
265:4
4:32:52PM (1)
265:18
4:33:05PM (1)
265:20
4:33:07PM (1)
265:21
4:33:08PM (1)
265:22
4:33:54PM (1)
266:11
4:33:58PM (1)
266:13
4:33:59PM (1)
266:14
4:34:07PM (1)
266:17
4:34:13PM (1)
266:18
4:34:14PM (1)
266:19
4:35:12PM (1)
267:13
4:35:17PM (1)
267:16
4:35:25PM (1)
267:19
4:35:33PM (2)
267:23,24
4:35:34PM (1)
267:25
4:35:35PM (1)
268:2
4:36:09PM (1)
268:16
4:36:15PM (1)
268:19
4:36:16PM (2)
268:21,22

**4:36:24PM (1)**
268:25
**4:36:39PM (1)**
269:2
**4:36:44PM (1)**
269:4
**4:36:55PM (1)**
269:8
**4:36:57PM (2)**
269:10,11
**4:36:59PM (1)**
269:12
**4:37:01PM (1)**
269:13
**4:37:47PM (1)**
269:25
**4:37:53PM (1)**
270:3
**4:37:57PM (1)**
270:5
**4:37:58PM (1)**
270:6
**4:37:59PM (3)**
270:7,8,9
**4:38:03PM (1)**
270:12
**4:38:04PM (1)**
270:13
**4:38:07PM (1)**
270:14
**4:38:11PM (1)**
270:15
**4:38:16PM (1)**
270:17
**4:38:20PM (1)**
270:19
**4:38:23PM (1)**
270:20
**4:38:43PM (1)**
270:24
**4:38:49PM (1)**
271:3
**4:39:18PM (1)**
271:11
**4:39:22PM (1)**
271:13
**4:39:41PM (1)**
271:20
**4:39:52PM (1)**
271:22
**4:39:54PM (1)**
271:24
**4:40:02PM (1)**
272:4
**4:40:08PM (1)**
272:5
**4:40:18PM (1)**
272:8

**4:40:21PM (1)**
272:9
**4:40:31PM (1)**
272:12
**4:40:39PM (1)**
272:15
**4:40:41PM (1)**
272:17
**4:40:53PM (1)**
272:20
**4:40:55PM (1)**
272:21
**4:41:11PM (1)**
272:25
**4:41:19PM (1)**
273:5
**4:41:21PM (1)**
273:7
**4:41:38PM (1)**
273:13
**4:41:39PM (1)**
273:14
**4:41:42PM (1)**
273:16
**4:41:43PM (1)**
273:17
**4:41:56PM (1)**
273:22
**4:41:59PM (1)**
273:24
**4:42:03PM (1)**
273:25
**4:42:10PM (1)**
274:3
**4:42:13PM (1)**
274:5
**4:42:18PM (1)**
274:7
**4:42:37PM (1)**
274:13
**4:42:43PM (1)**
274:15
**4:42:48PM (1)**
274:16
**4:42:54PM (1)**
274:18
**4:42:57PM (1)**
274:19
**4:43:04PM (1)**
274:21
**4:43:15PM (1)**
274:22
**4:43:34PM (1)**
275:3
**4:43:49PM (1)**
275:4
**4:43:54PM (1)**
275:7

**4:43:56PM (1)**
275:9
**4:44:03PM (1)**
275:11
**4:44:08PM (1)**
275:13
**4:44:15PM (1)**
275:14
**4:44:18PM (1)**
275:16
**4:44:29PM (1)**
275:19
**4:45:03PM (1)**
276:7
**4:45:12PM (1)**
276:11
**4:45:17PM (1)**
276:13
**4:45:25PM (1)**
276:16
**4:45:27PM (1)**
276:18
**4:45:29PM (1)**
276:19
**4:45:30PM (1)**
276:20
**4:45:37PM (1)**
276:22
**4:45:40PM (1)**
276:23
**4:45:45PM (2)**
276:25 277:2
**4:45:48PM (2)**
277:4,5
**4:45:49PM (1)**
277:6
**4:45:50PM (1)**
277:7
**4:45:51PM (1)**
277:8
**4:45:52PM (1)**
277:9
**4:45:53PM (1)**
277:10
**4:46:03PM (1)**
277:11
**4:46:11PM (1)**
277:15
**4:46:14PM (1)**
277:17
**4:46:20PM (1)**
277:20
**4:46:28PM (1)**
277:24
**4:46:30PM (1)**
277:25
**4:46:34PM (1)**
278:3

**4:46:38PM (1)**
278:5
**4:46:50PM (1)**
278:10
**4:46:51PM (1)**
278:12
**4:47:05PM (1)**
278:15
**4:47:08PM (1)**
278:17
**4:47:09PM (1)**
278:18
**4:47:10PM (1)**
278:19
**4:47:14PM (1)**
278:20
**4:47:20PM (1)**
278:21
**4:47:21PM (2)**
278:23,24
**4:47:23PM (1)**
279:2
**4:47:24PM (1)**
279:3
**4:47:30PM (1)**
279:7
**4:47:32PM (1)**
279:8
**4:47:34PM (1)**
279:9
**4:47:39PM (1)**
279:11
**4:49 (1)**
279:9
**4:59:39PM (1)**
279:13
**4:59:42PM (1)**
279:15
**4:59:46PM (1)**
279:16
**4:59:50PM (1)**
279:18
**40 (1)**
315:11
**42 (12)**
282:18 285:23 286:7
   287:3,7,12,24 288:6
   288:25 289:10,15
   289:18
**42s (6)**
281:6,10,13 287:19
   287:21 288:4
**4673 (1)**
348:15

**5**

**5 (8)**
126:7 153:6,9,15

168:3,5 324:12
   360:14
**5s (1)**
169:19
**5/0 (2)**
67:12 68:10
**5:00:04PM (1)**
279:20
**5:00:07PM (1)**
279:22
**5:00:30PM (1)**
280:4
**5:00:37PM (1)**
280:7
**5:00:49PM (1)**
280:11
**5:00:53PM (1)**
280:12
**5:01 (1)**
279:13
**5:01:09PM (1)**
280:17
**5:01:11PM (1)**
280:18
**5:01:13PM (1)**
280:19
**5:01:22PM (1)**
280:21
**5:01:42PM (1)**
280:25
**5:01:45PM (1)**
281:3
**5:02:19PM (1)**
281:5
**5:02:30PM (1)**
281:9
**5:02:35PM (1)**
281:11
**5:02:42PM (1)**
281:12
**5:02:49PM (1)**
281:15
**5:02:52PM (1)**
281:16
**5:03:37PM (1)**
281:18
**5:03:45PM (1)**
281:21
**5:04:10PM (1)**
281:24
**5:04:21PM (1)**
282:4
**5:04:22PM (1)**
282:5
**5:04:27PM (1)**
282:7
**5:04:30PM (1)**
282:9

| | | | | |
|---|---|---|---|---|
| **5:04:58PM (1)** 282:16 | **5:08:07PM (1)** 285:17 | **5:11:56PM (1)** 288:14 | **5:17:33PM (1)** 291:25 | **5:23:15PM (1)** 296:11 |
| **5:05:05PM (1)** 282:19 | **5:08:08PM (1)** 285:18 | **5:11:57PM (1)** 288:15 | **5:17:34PM (1)** 292:2 | **5:23:23PM (1)** 296:12 |
| **5:05:06PM (1)** 282:20 | **5:08:10PM (1)** 285:20 | **5:12:06PM (1)** 288:16 | **5:17:35PM (1)** 292:3 | **5:23:54PM (1)** 296:23 |
| **5:05:12PM (1)** 282:23 | **5:08:19PM (1)** 285:21 | **5:12:12PM (1)** 288:18 | **5:17:41PM (1)** 292:5 | **5:23:58PM (1)** 296:25 |
| **5:05:18PM (1)** 282:24 | **5:08:25PM (1)** 285:24 | **5:12:27PM (1)** 288:20 | **5:17:56PM (1)** 292:6 | **5:24:09PM (1)** 297:2 |
| **5:05:25PM (1)** 283:3 | **5:08:28PM (1)** 285:25 | **5:12:28PM (1)** 288:21 | **5:18:04PM (1)** 292:8 | **5:24:19PM (1)** 297:5 |
| **5:05:26PM (1)** 283:4 | **5:08:31PM (1)** 286:3 | **5:12:43PM (1)** 288:23 | **5:18:05PM (1)** 292:9 | **5:24:35PM (1)** 297:8 |
| **5:05:30PM (1)** 283:6 | **5:08:35PM (1)** 286:5 | **5:12:44PM (1)** 288:24 | **5:18:06PM (1)** 292:10 | **5:24:37PM (1)** 297:9 |
| **5:05:39PM (1)** 283:9 | **5:08:38PM (1)** 286:7 | **5:13:08PM (1)** 289:3 | **5:18:09PM (1)** 292:12 | **5:24:41PM (1)** 297:11 |
| **5:05:40PM (1)** 283:10 | **5:08:54PM (1)** 286:8 | **5:13:40PM (1)** 289:15 | **5:18:11PM (1)** 292:14 | **5:24:48PM (1)** 297:12 |
| **5:05:56PM (1)** 283:17 | **5:09:01PM (1)** 286:11 | **5:13:46PM (1)** 289:17 | **5:18:20PM (1)** 292:15 | **5:24:53PM (1)** 297:13 |
| **5:06:05PM (1)** 283:20 | **5:09:23PM (1)** 286:17 | **5:13:47PM (1)** 289:18 | **5:18:28PM (1)** 292:19 | **5:24:54PM (1)** 297:14 |
| **5:06:06PM (1)** 283:21 | **5:09:25PM (1)** 286:19 | **5:13:50PM (1)** 289:20 | **5:18:52PM (1)** 292:20 | **5:24:58PM (1)** 297:15 |
| **5:06:18PM (1)** 283:25 | **5:09:26PM (1)** 286:20 | **5:13:56PM (1)** 289:22 | **5:20:16PM (1)** 293:15 | **5:25:29PM (1)** 297:18 |
| **5:06:32PM (1)** 284:2 | **5:09:32PM (1)** 286:23 | **5:14:03PM (1)** 289:23 | **5:20:31PM (1)** 293:21 | **5:25:38PM (1)** 297:22 |
| **5:06:38PM (1)** 284:5 | **5:09:41PM (1)** 286:24 | **5:14:09PM (1)** 289:25 | **5:20:33PM (1)** 293:23 | **5:25:39PM (1)** 297:23 |
| **5:06:39PM (1)** 284:6 | **5:09:42PM (1)** 286:25 | **5:14:21PM (1)** 290:4 | **5:20:43PM (1)** 294:2 | **5:25:41PM (1)** 297:25 |
| **5:06:43PM (1)** 284:9 | **5:09:50PM (1)** 287:4 | **5:15:18PM (1)** 290:17 | **5:20:46PM (1)** 294:4 | **5:25:57PM (1)** 298:6 |
| **5:06:44PM (1)** 284:10 | **5:09:52PM (1)** 287:5 | **5:15:33PM (1)** 290:18 | **5:20:54PM (1)** 294:7 | **5:26:13PM (1)** 298:10 |
| **5:06:48PM (2)** 284:13,14 | **5:10:04PM (1)** 287:8 | **5:15:36PM (1)** 290:19 | **5:20:55PM (1)** 294:8 | **5:26:25PM (1)** 298:12 |
| **5:06:52PM (1)** 284:17 | **5:10:40PM (1)** 287:19 | **5:15:38PM (1)** 290:21 | **5:20:57PM (1)** 294:10 | **5:26:32PM (1)** 298:16 |
| **5:07:02PM (1)** 284:18 | **5:10:44PM (1)** 287:21 | **5:16:04PM (1)** 291:6 | **5:20:58PM (1)** 294:11 | **5:26:34PM (1)** 298:17 |
| **5:07:11PM (1)** 284:21 | **5:10:48PM (1)** 287:23 | **5:16:16PM (1)** 291:8 | **5:21:54PM (2)** 294:25 295:2 | **5:26:56PM (1)** 298:18 |
| **5:07:20PM (1)** 284:25 | **5:10:59PM (1)** 288:2 | **5:16:19PM (1)** 291:9 | **5:22:11PM (1)** 295:8 | **5:26:58PM (1)** 298:19 |
| **5:07:21PM (1)** 285:2 | **5:11:20PM (1)** 288:6 | **5:16:21PM (1)** 291:10 | **5:22:12PM (1)** 295:9 | **5:27:35PM (1)** 298:22 |
| **5:07:29PM (1)** 285:3 | **5:11:27PM (1)** 288:7 | **5:16:29PM (1)** 291:12 | **5:22:16PM (1)** 295:11 | **5:27:55PM (2)** 299:6,7 |
| **5:07:39PM (1)** 285:6 | **5:11:29PM (1)** 288:9 | **5:16:52PM (1)** 291:13 | **5:22:27PM (2)** 295:16,17 | **5:28:03PM (1)** 299:9 |
| **5:07:45PM (1)** 285:9 | **5:11:49PM (1)** 288:11 | **5:17:20PM (1)** 291:19 | **5:22:50PM (1)** 295:25 | **5:28:04PM (1)** 299:10 |
| **5:08:04PM (1)** 285:15 | **5:11:55PM (1)** 288:13 | **5:17:30PM (2)** 291:23,24 | **5:23:12PM (1)** 296:9 | **5:28:08PM (1)** 299:12 |

**5:28:09PM (1)**
299:13
**5:28:16PM (1)**
299:15
**5:28:23PM (1)**
299:18
**5:28:25PM (2)**
299:20,21
**5:28:29PM (1)**
299:22
**5:28:30PM (1)**
299:23
**5:28:34PM (1)**
299:24
**5:28:40PM (2)**
300:2,3
**5:28:41PM (1)**
300:4
**5:28:42PM (1)**
300:5
**5:28:48PM (1)**
300:7
**5:28:49PM (1)**
300:8
**5:29:00PM (1)**
300:13
**5:29:01PM (1)**
300:14
**5:29:46PM (1)**
300:15
**5:30:03PM (1)**
300:20
**5:30:14PM (1)**
300:23
**5:30:16PM (1)**
300:24
**5:30:17PM (1)**
300:25
**5:30:20PM (1)**
301:2
**5:30:36PM (1)**
301:5
**5:30:42PM (1)**
301:8
**5:30:45PM (2)**
301:10,11
**5:31:00PM (1)**
301:17
**5:31:01PM (1)**
301:18
**5:31:38PM (1)**
301:25
**5:31:42PM (1)**
302:3
**5:31:46PM (1)**
302:4
**5:31:54PM (1)**
302:6

**5:31:57PM (1)**
302:8
**5:32:00PM (2)**
302:10,11
**5:32:04PM (1)**
302:13
**5:32:06PM (1)**
302:14
**5:32:07PM (1)**
302:15
**5:32:09PM (2)**
302:16,17
**5:32:11PM (1)**
302:18
**5:32:15PM (1)**
302:20
**5:32:19PM (1)**
302:21
**5:32:21PM (1)**
302:22
**5:32:22PM (1)**
302:23
**5:32:25PM (1)**
302:25
**5:32:31PM (1)**
303:3
**5:32:35PM (1)**
303:4
**5:32:38PM (1)**
303:6
**5:33:20PM (1)**
303:18
**5:33:23PM (2)**
303:20,21
**5:33:43PM (1)**
303:24
**5:33:56PM (1)**
304:2
**5:34:03PM (1)**
304:4
**5:34:19PM (1)**
304:6
**5:34:38PM (1)**
304:14
**5:34:39PM (1)**
304:15
**5:34:41PM (1)**
304:17
**5:34:52PM (1)**
304:22
**5:35:31PM (1)**
305:12
**5:35:34PM (1)**
305:14
**5:35:35PM (1)**
305:15
**5:35:38PM (1)**
305:17

**5:35:50PM (1)**
305:18
**5:36:02PM (1)**
305:21
**5:36:03PM (1)**
305:23
**5:36:08PM (1)**
305:25
**5:36:14PM (1)**
306:4
**5:36:15PM (1)**
306:5
**5:36:16PM (1)**
306:6
**5:36:17PM (1)**
306:7
**5:36:32PM (1)**
306:8
**5:36:41PM (1)**
306:12
**5:36:42PM (1)**
306:13
**5:36:49PM (1)**
306:14
**5:36:50PM (1)**
306:15
**5:36:56PM (1)**
306:16
**5:37:04PM (1)**
306:19
**5:37:05PM (1)**
306:20
**5:37:18PM (1)**
306:21
**5:37:31PM (1)**
307:2
**5:37:32PM (1)**
307:3
**5:37:33PM (1)**
307:4
**5:37:46PM (1)**
307:6
**5:37:48PM (1)**
307:7
**5:37:59PM (1)**
307:10
**5:38:11PM (2)**
307:12,13
**5:38:21PM (1)**
307:15
**5:38:33PM (1)**
307:17
**5:38:34PM (1)**
307:18
**5:38:39PM (1)**
307:20
**5:38:42PM (1)**
307:21

**5:38:50PM (1)**
307:24
**5:39:01PM (1)**
308:2
**5:39:02PM (1)**
308:3
**5:39:09PM (2)**
308:5,7
**5:39:23PM (1)**
308:10
**5:39:28PM (1)**
308:12
**5:39:33PM (1)**
308:13
**5:39:34PM (1)**
308:14
**5:39:36PM (1)**
308:15
**5:39:42PM (1)**
308:18
**5:39:54PM (1)**
308:20
**5:39:55PM (1)**
308:21
**5:39:58PM (2)**
308:23
**5:40:03PM (1)**
308:25
**5:40:13PM (1)**
309:3
**5:40:26PM (1)**
309:7
**5:40:28PM (1)**
309:8
**5:40:29PM (1)**
309:9
**5:41:04PM (1)**
309:24
**5:41:07PM (1)**
310:3
**5:41:11PM (1)**
310:4
**5:41:19PM (1)**
310:7
**5:41:34PM (1)**
310:12
**5:41:40PM (1)**
310:14
**5:42:12PM (1)**
310:15
**5:42:38PM (1)**
310:19
**5:42:41PM (1)**
310:21
**5:42:45PM (1)**
310:22
**5:42:50PM (1)**
310:24

**5:42:53PM (1)**
310:25
**5:42:55PM (1)**
311:2
**5:42:56PM (1)**
311:3
**5:42:59PM (1)**
311:6
**5:43:00PM (1)**
311:7
**5:43:29PM (1)**
311:9
**5:43:31PM (1)**
311:10
**5:43:47PM (1)**
311:13
**5:43:55PM (1)**
311:15
**5:43:58PM (1)**
311:17
**5:44:01PM (1)**
311:18
**5:44:03PM (1)**
311:20
**5:44:05PM (2)**
311:21,22
**5:44:07PM (1)**
311:23
**5:44:19PM (1)**
311:25
**5:44:21PM (1)**
312:2
**5:44:24PM (1)**
312:3
**5:44:32PM (1)**
312:4
**5:44:34PM (1)**
312:5
**5:44:37PM (1)**
312:6
**5:44:43PM (1)**
312:9
**5:44:48PM (1)**
312:11
**5:44:49PM (1)**
312:12
**5:44:52PM (1)**
312:14
**5:44:55PM (1)**
312:16
**5:45:14PM (1)**
312:20
**5:45:16PM (1)**
312:21
**5:45:27PM (2)**
312:25 313:2
**5:45:28PM (1)**
313:3

5:45:29PM (1)
313:4
5:45:38PM (1)
313:7
5:45:58PM (1)
313:14
5:46:09PM (1)
313:18
5:46:11PM (1)
313:20
5:46:13PM (1)
313:22
5:46:14PM (1)
313:23
5:46:17PM (1)
313:24
5:46:18PM (1)
313:25
5:46:20PM (1)
314:2
5:46:21PM (1)
314:3
5:46:22PM (1)
314:4
5:46:23PM (1)
314:5
5:46:35PM (1)
314:9
5:46:52PM (1)
314:16
5:47:05PM (1)
314:22
5:47:06PM (3)
314:23,25 315:2
5:47:07PM (1)
315:3
5:47:13PM (2)
315:6,7
5:47:26PM (1)
315:12
5:47:29PM (1)
315:14
5:47:40PM (1)
315:16
5:47:50PM (1)
315:17
5:48:00PM (1)
315:19
5:48:04PM (1)
315:20
5:48:05PM (1)
315:21
5:48:14PM (1)
315:25
5:48:17PM (1)
316:3
5:48:18PM (1)
316:4

5:48:21PM (1)
316:6
5:48:31PM (1)
316:10
5:48:34PM (1)
316:12
5:48:39PM (1)
316:14
5:48:44PM (2)
316:16,17
5:48:48PM (1)
316:18
5:48:55PM (1)
316:21
5:48:56PM (1)
316:22
5:48:58PM (1)
316:24
5:49:01PM (1)
317:2
5:49:04PM (1)
317:3
5:49:07PM (1)
317:4
5:49:10PM (1)
317:5
5:49:17PM (1)
317:7
5:49:20PM (1)
317:9
5:49:23PM (1)
317:10
5:49:30PM (1)
317:11
5:49:33PM (1)
317:13
5:49:34PM (1)
317:14
5:49:36PM (1)
317:15
5:49:38PM (1)
317:17
5:49:40PM (1)
317:18
5:49:41PM (1)
317:19
5:49:45PM (1)
317:21
5:49:47PM (1)
317:23
5:49:48PM (2)
317:24,25
5:50:02PM (1)
318:3
5:50:05PM (1)
318:5
5:50:06PM (1)
318:6

5:50:08PM (1)
318:7
5:50:17PM (1)
318:11
5:50:19PM (1)
318:12
5:50:48PM (1)
318:19
5:50:50PM (2)
318:20,21
5:50:53PM (1)
318:23
5:51:11PM (1)
319:4
5:51:18PM (1)
319:7
5:51:19PM (1)
319:8
5:51:21PM (1)
319:10
5:52:06PM (1)
319:20
5:52:11PM (1)
319:22
5:52:14PM (1)
319:23
5:52:27PM (1)
319:25
5:52:30PM (1)
320:2
5:52:31PM (1)
320:3
5:52:32PM (1)
320:4
5:52:40PM (1)
320:7
5:52:41PM (1)
320:9
5:52:43PM (1)
320:10
5:52:47PM (2)
320:13,14
5:52:49PM (1)
320:16
5:52:59PM (1)
320:21
5:53:04PM (1)
320:23
5:53:10PM (1)
320:24
5:53:12PM (1)
320:25
5:53:20PM (1)
321:5
5:53:59PM (1)
321:13
5:54:01PM (1)
321:14

5:54:06PM (1)
321:16
5:54:07PM (1)
321:17
5:54:10PM (1)
321:19
5:54:22PM (1)
321:22
5:54:24PM (1)
321:24
5:54:46PM (1)
322:7
5:54:55PM (1)
322:9
5:55:03PM (1)
322:13
5:55:10PM (1)
322:15
5:55:14PM (1)
322:17
5:55:16PM (3)
322:18,19,21
5:55:20PM (1)
322:23
5:55:42PM (1)
322:25
5:56:17PM (1)
323:9
5:56:21PM (1)
323:11
5:56:22PM (1)
323:12
5:56:25PM (1)
323:14
5:56:35PM (1)
323:17
5:56:40PM (1)
323:19
5:56:42PM (1)
323:20
5:56:46PM (1)
323:21
5:56:53PM (1)
323:25
5:56:57PM (1)
324:3
5:57:01PM (1)
324:4
5:57:04PM (1)
324:5
5:57:14PM (1)
324:8
5:57:17PM (1)
324:9
5:57:36PM (1)
324:13
5:57:41PM (1)
324:14

5:58:40PM (1)
325:3
5:58:42PM (1)
325:4
5:58:43PM (1)
325:5
5:58:50PM (1)
325:6
5:59:00PM (1)
325:9
5:59:03PM (1)
325:11
5:59:06PM (1)
325:12
5:59:13PM (1)
325:14
5:59:20PM (1)
325:16
5:59:26PM (1)
325:18
5:59:58PM (1)
326:4
500 (1)
221:11
516 (3)
298:3,5,9
530 (1)
3:11
542 (3)
196:13,21 360:16
5769 (3)
206:22 207:13 360:18
5773 (3)
203:17,24 360:17

_____

**6**

6 (9)
185:15 186:12,15,20
197:16 206:9 208:5
360:10,15
6th (2)
207:12 359:15
6:00:01PM (1)
326:6
6:00:13PM (1)
326:11
6:00:18PM (1)
326:12
6:00:22PM (1)
326:14
6:00:28PM (1)
326:17
6:00:30PM (1)
326:18
6:00:34PM (1)
326:21
6:00:35PM (1)
326:22

| | | | | |
|---|---|---|---|---|
| **6:00:39PM (1)** 326:24 | **6:13:13PM (1)** 328:25 | **6:18:35PM (1)** 333:4 | **6:23:53PM (1)** 336:15 | **6:27:20PM (1)** 339:12 |
| **6:02 (1)** 326:22 | **6:13:16PM (1)** 329:3 | **6:18:44PM (1)** 333:7 | **6:24:07PM (1)** 336:16 | **6:27:23PM (1)** 339:14 |
| **6:11:05PM (1)** 327:2 | **6:13:17PM (1)** 329:4 | **6:18:47PM (1)** 333:8 | **6:24:10PM (1)** 336:18 | **6:27:27PM (1)** 339:15 |
| **6:11:09PM (1)** 327:4 | **6:13:18PM (1)** 329:5 | **6:19:34PM (1)** 334:2 | **6:24:16PM (1)** 336:21 | **6:27:28PM (1)** 339:16 |
| **6:11:13PM (1)** 327:5 | **6:14:26PM (1)** 329:23 | **6:19:40PM (1)** 334:4 | **6:24:19PM (1)** 336:22 | **6:27:55PM (1)** 339:19 |
| **6:11:28PM (1)** 327:10 | **6:14:29PM (1)** 329:25 | **6:19:41PM (1)** 334:5 | **6:24:24PM (2)** 336:25 337:2 | **6:28:00PM (1)** 339:20 |
| **6:11:31PM (1)** 327:11 | **6:14:31PM (1)** 330:2 | **6:19:46PM (1)** 334:7 | **6:24:30PM (1)** 337:4 | **6:28:16PM (1)** 339:24 |
| **6:11:32PM (1)** 327:12 | **6:14:34PM (1)** 330:4 | **6:20:05PM (1)** 334:11 | **6:24:38PM (1)** 337:6 | **6:28:20PM (1)** 340:2 |
| **6:11:34PM (1)** 327:13 | **6:14:54PM (1)** 330:11 | **6:20:09PM (1)** 334:13 | **6:24:51PM (1)** 337:9 | **6:28:25PM (1)** 340:5 |
| **6:11:40PM (1)** 327:15 | **6:14:59PM (1)** 330:14 | **6:20:11PM (1)** 334:14 | **6:25:03PM (1)** 337:13 | **6:28:27PM (1)** 340:7 |
| **6:11:42PM (1)** 327:17 | **6:15:45PM (1)** 331:3 | **6:20:17PM (1)** 334:16 | **6:25:05PM (1)** 337:14 | **6:28:28PM (1)** 340:8 |
| **6:11:43PM (1)** 327:18 | **6:15:49PM (1)** 331:5 | **6:20:19PM (1)** 334:18 | **6:25:12PM (1)** 337:16 | **6:28:32PM (1)** 340:10 |
| **6:11:44PM (1)** 327:19 | **6:16:12PM (1)** 331:11 | **6:20:28PM (1)** 334:19 | **6:25:26PM (2)** 337:21,22 | **6:28:35PM (1)** 340:11 |
| **6:11:45PM (1)** 327:20 | **6:16:15PM (1)** 331:12 | **6:20:33PM (1)** 334:20 | **6:25:35PM (1)** 337:23 | **6:28:38PM (1)** 340:12 |
| **6:11:48PM (1)** 327:21 | **6:16:20PM (1)** 331:14 | **6:20:54PM (1)** 335:2 | **6:25:40PM (1)** 338:2 | **6:28:50PM (1)** 340:18 |
| **6:11:49PM (1)** 327:22 | **6:16:23PM (1)** 331:15 | **6:21:06PM (1)** 335:4 | **6:25:47PM (1)** 338:4 | **6:28:54PM (1)** 340:20 |
| **6:11:50PM (1)** 327:23 | **6:16:29PM (1)** 331:17 | **6:21:08PM (1)** 335:5 | **6:25:49PM (1)** 338:6 | **6:29:03PM (1)** 340:23 |
| **6:11:54PM (1)** 328:2 | **6:16:36PM (1)** 331:20 | **6:21:32PM (1)** 335:11 | **6:25:55PM (1)** 338:7 | **6:29:04PM (1)** 340:24 |
| **6:11:55PM (1)** 328:3 | **6:16:39PM (1)** 331:22 | **6:21:34PM (1)** 335:12 | **6:25:57PM (1)** 338:8 | **6:29:08PM (1)** 341:2 |
| **6:12 (1)** 327:2 | **6:16:48PM (1)** 332:2 | **6:22:04PM (1)** 335:15 | **6:26:01PM (1)** 338:10 | **6:29:09PM (1)** 341:3 |
| **6:12:14PM (1)** 328:5 | **6:17:25PM (1)** 332:9 | **6:22:12PM (1)** 335:19 | **6:26:08PM (1)** 338:12 | **6:29:15PM (1)** 341:5 |
| **6:12:17PM (1)** 328:7 | **6:17:41PM (1)** 332:10 | **6:22:16PM (1)** 335:20 | **6:26:11PM (1)** 338:13 | **6:29:30PM (1)** 341:10 |
| **6:12:23PM (1)** 328:9 | **6:17:44PM (1)** 332:12 | **6:22:53PM (1)** 335:23 | **6:26:15PM (1)** 338:16 | **6:29:43PM (2)** 341:14,15 |
| **6:12:35PM (1)** 328:13 | **6:17:50PM (1)** 332:13 | **6:22:56PM (1)** 335:24 | **6:26:54PM (1)** 339:2 | **6:29:48PM (1)** 341:18 |
| **6:12:37PM (1)** 328:14 | **6:17:57PM (1)** 332:15 | **6:23:00PM (1)** 336:2 | **6:27:04PM (1)** 339:4 | **6:29:50PM (1)** 341:19 |
| **6:12:49PM (1)** 328:18 | **6:18:13PM (1)** 332:21 | **6:23:02PM (1)** 336:3 | **6:27:05PM (1)** 339:5 | **6:29:53PM (1)** 341:20 |
| **6:12:51PM (1)** 328:19 | **6:18:15PM (1)** 332:22 | **6:23:10PM (1)** 336:5 | **6:27:06PM (1)** 339:6 | **6:30:05PM (1)** 341:23 |
| **6:12:52PM (1)** 328:20 | **6:18:20PM (1)** 332:24 | **6:23:34PM (1)** 336:9 | **6:27:08PM (1)** 339:7 | **6:30:07PM (1)** 341:25 |
| **6:13:03PM (1)** 328:22 | **6:18:23PM (1)** 333:2 | **6:23:47PM (1)** 336:12 | **6:27:09PM (1)** 339:8 | **6:30:15PM (1)** 342:4 |

| | | | | |
|---|---|---|---|---|
| **6:30:30PM (1)** 342:7 | **6:32:48PM (1)** 344:22 | **6:35:57PM (1)** 347:18 | **6:39:49PM (1)** 350:5 | **6:43:07PM (1)** 353:3 |
| **6:30:36PM (1)** 342:10 | **6:33:11PM (1)** 345:2 | **6:36:10PM (1)** 347:20 | **6:39:51PM (2)** 350:6,7 | **6:43:08PM (1)** 353:4 |
| **6:30:37PM (1)** 342:11 | **6:33:12PM (1)** 345:3 | **6:36:13PM (1)** 347:22 | **6:39:54PM (1)** 350:9 | **6:43:12PM (1)** 353:6 |
| **6:30:39PM (1)** 342:13 | **6:33:17PM (1)** 345:6 | **6:36:46PM (1)** 347:24 | **6:39:57PM (1)** 350:11 | **6:43:15PM (1)** 353:8 |
| **6:30:43PM (2)** 342:15,16 | **6:33:24PM (1)** 345:7 | **6:36:54PM (1)** 348:2 | **6:40:01PM (2)** 350:14,15 | **6:43:20PM (1)** 353:10 |
| **6:30:59PM (2)** 342:20,21 | **6:33:32PM (1)** 345:11 | **6:36:55PM (1)** 348:3 | **6:40:04PM (2)** 350:17,18 | **6:43:25PM (1)** 353:12 |
| **6:31:00PM (1)** 342:22 | **6:33:42PM (2)** 345:12,13 | **6:37 (1)** 347:20 | **6:40:07PM (1)** 350:20 | **6:43:26PM (1)** 353:13 |
| **6:31:02PM (1)** 342:23 | **6:33:43PM (1)** 345:14 | **6:37:15PM (1)** 348:6 | **6:40:08PM (1)** 350:21 | **6:43:27PM (1)** 353:14 |
| **6:31:04PM (1)** 342:24 | **6:34:03PM (1)** 345:20 | **6:37:57PM (1)** 348:9 | **6:40:23PM (1)** 350:23 | **6:43:30PM (1)** 353:15 |
| **6:31:26PM (1)** 343:8 | **6:34:07PM (1)** 345:23 | **6:38 (1)** 347:24 | **6:40:51PM (1)** 351:2 | **6:43:37PM (1)** 353:17 |
| **6:31:35PM (1)** 343:11 | **6:34:08PM (2)** 345:24,25 | **6:38:00PM (1)** 348:11 | **6:41:38PM (1)** 351:7 | **6:43:39PM (1)** 353:18 |
| **6:31:36PM (1)** 343:12 | **6:34:09PM (2)** 346:2,3 | **6:38:17PM (1)** 348:16 | **6:41:42PM (1)** 351:8 | **6:43:43PM (1)** 353:19 |
| **6:31:37PM (1)** 343:13 | **6:34:16PM (1)** 346:6 | **6:38:18PM (1)** 348:17 | **6:41:48PM (1)** 351:12 | **6:43:44PM (1)** 353:20 |
| **6:31:40PM (1)** 343:15 | **6:34:17PM (1)** 346:7 | **6:38:19PM (1)** 348:18 | **6:41:51PM (1)** 351:13 | **6:43:47PM (1)** 353:21 |
| **6:31:42PM (1)** 343:17 | **6:34:23PM (2)** 346:10,11 | **6:38:21PM (1)** 348:20 | **6:42:04PM (1)** 351:17 | **6:43:56PM (1)** 353:24 |
| **6:31:45PM (1)** 343:19 | **6:34:34PM (1)** 346:15 | **6:38:24PM (1)** 348:22 | **6:42:06PM (1)** 351:18 | **6:43:57PM (1)** 353:25 |
| **6:31:46PM (1)** 343:20 | **6:34:42PM (1)** 346:16 | **6:38:25PM (1)** 348:23 | **6:42:22PM (1)** 351:24 | **6:43:59PM (1)** 354:2 |
| **6:31:47PM (1)** 343:21 | **6:35:03PM (1)** 346:20 | **6:38:26PM (1)** 348:24 | **6:42:23PM (1)** 352:2 | **6:44:05PM (1)** 354:3 |
| **6:31:50PM (2)** 343:23,24 | **6:35:20PM (1)** 346:22 | **6:38:30PM (2)** 349:2,3 | **6:42:24PM (1)** 352:3 | **6:44:10PM (1)** 354:4 |
| **6:31:55PM (1)** 344:3 | **6:35:23PM (1)** 346:23 | **6:38:35PM (1)** 349:6 | **6:42:30PM (1)** 352:6 | **6:44:13PM (2)** 354:5,6 |
| **6:31:56PM (1)** 344:4 | **6:35:30PM (2)** 346:25 347:2 | **6:38:37PM (1)** 349:7 | **6:42:31PM (1)** 352:8 | **6:44:16PM (1)** 354:7 |
| **6:32:09PM (1)** 344:7 | **6:35:33PM (2)** 347:3,4 | **6:38:42PM (1)** 349:8 | **6:42:32PM (1)** 352:9 | **6:44:21PM (2)** 354:9,10 |
| **6:32:10PM (1)** 344:8 | **6:35:35PM (1)** 347:5 | **6:38:58PM (1)** 349:13 | **6:42:34PM (1)** 352:11 | **6:44:22PM (1)** 354:11 |
| **6:32:11PM (1)** 344:9 | **6:35:41PM (1)** 347:8 | **6:39:06PM (1)** 349:15 | **6:42:35PM (1)** 352:12 | **6:44:24PM (1)** 354:12 |
| **6:32:13PM (2)** 344:10,11 | **6:35:43PM (1)** 347:9 | **6:39:24PM (1)** 349:19 | **6:42:54PM (2)** 352:18,19 | **6:44:29PM (1)** 354:13 |
| **6:32:14PM (1)** 344:12 | **6:35:44PM (1)** 347:10 | **6:39:35PM (1)** 349:22 | **6:42:55PM (1)** 352:20 | **6:44:33PM (1)** 354:14 |
| **6:32:23PM (1)** 344:13 | **6:35:45PM (1)** 347:11 | **6:39:37PM (1)** 349:24 | **6:43:01PM (1)** 352:23 | **6:44:34PM (1)** 354:15 |
| **6:32:37PM (1)** 344:17 | **6:35:46PM (1)** 347:12 | **6:39:40PM (1)** 349:25 | **6:43:02PM (1)** 352:24 | **6:44:35PM (1)** 354:16 |
| **6:32:39PM (1)** 344:19 | **6:35:50PM (2)** 347:15,16 | **6:39:46PM (2)** 350:3,4 | **6:43:03PM (1)** 352:25 | **6:44:38PM (1)** 354:18 |

**6:44:49PM (1)**
354:21
**6:44:51PM (1)**
354:22
**6:44:58PM (1)**
354:23
**6:44:59PM (1)**
354:24
**6:45:04PM (1)**
354:25
**6:45:07PM (1)**
355:3
**6:45:08PM (1)**
355:4
**6:45:15PM (1)**
355:7
**6:45:16PM (1)**
355:8
**6:45:21PM (1)**
355:10
**6:45:22PM (1)**
355:11
**6:45:29PM (1)**
355:14
**6:45:30PM (1)**
355:15
**6:45:35PM (1)**
355:17
**6:45:36PM (1)**
355:18
**6:45:39PM (1)**
355:20
**6:45:40PM (1)**
355:21
**6:45:41PM (1)**
355:22
**6:45:42PM (1)**
355:23
**6:45:43PM (1)**
355:24
**6:45:53PM (1)**
356:4
**6:46:12PM (1)**
356:10
**6:46:15PM (1)**
356:12
**6:46:26PM (2)**
356:16,17
**6:46:30PM (2)**
356:18,19
**6:46:34PM (1)**
356:22
**6:46:37PM (1)**
356:23
**6:46:50PM (1)**
357:5
**6:46:51PM (1)**
357:6

**6:46:57PM (1)**
357:7
**6:47:03PM (1)**
357:10
**6:47:06PM (1)**
357:12
**6:48 (1)**
357:10
**6:51:35PM (1)**
357:14
**6:51:40PM (1)**
357:16
**6:51:41PM (1)**
357:17
**6:51:48PM (1)**
357:20
**6:51:49PM (1)**
357:21
**6:52:11PM (1)**
357:22
**6:52:30PM (1)**
358:3
**6:52:35PM (1)**
358:5
**6:52:37PM (1)**
358:7
**6:52:43PM (1)**
358:8
**6:52:49PM (1)**
358:11
**6:52:51PM (1)**
358:13
**6:52:54PM (1)**
358:15
**6:52:56PM (1)**
358:16
**6:52:57PM (1)**
358:17
**6:53 (2)**
357:14 358:19
**6:53:01PM (1)**
358:19
**6:54 (1)**
358:17
**65 (4)**
6:9 9:12,18 10:8

— **7** —

**7 (5)**
196:14,16,19,24
  360:16
**7:30 (1)**
296:17
**70 (1)**
201:10
**7729 (3)**
153:5,11 360:14

— **8** —

**8 (7)**
168:11 169:9,11
  203:18,22 360:4,17
**8:00 (1)**
296:17
**80 (1)**
201:10
**82 (2)**
60:17 61:5
**83 (1)**
61:5
**85 (6)**
2:2,15 3:5 62:18,19
  266:19
**86 (3)**
63:23,24 64:24
**87 (2)**
63:23,24
**88 (1)**
64:24

— **9** —

**9 (9)**
126:7 167:17 168:3,4
  169:19 206:23
  207:5,11 360:18
**9-20 (1)**
341:25
**9:30 (1)**
358:14
**916 (3)**
350:23 351:5 360:25
**92 (3)**
65:23 68:8 82:23
**925 (3)**
297:15,21 360:19
**926 (1)**
3:21
**926-927 (2)**
348:3 360:23
**93 (1)**
82:23
**94 (2)**
85:21,22
**95 (1)**
360:11
**99 (1)**
105:20

1

2                 UNITED STATES DISTRICT COURT
3                 EASTERN DISTRICT OF NEW YORK
4

5    EDWARD CARTER, FRANK FIORILLO,   )
     KEVIN LAMM, JOSEPH NOFI, and     )
6    THOMAS SNYDER,                   ) CV 07 1215
                                      )
7                 Plaintiffs,         )
                                      )
8                 vs.                 )
                                      )
9    INCORPORATED VILLAGE OF OCEAN    )
     BEACH; MAYOR JOSEPH C. LOEFFLER,)
10   JR., individually and in his     )
     official capacity; former mayor )
11   NATALIE K. ROGERS, individually )
     and in her official capacity,    )
12   OCEAN BEACH POLICE DEPARTMENT;   )
     ACTING DEPUTY POLICE CHIEF       )
13   GEORGE B. HESSE, individually    )
     and in his official capacity;    )
14   SUFFOLK COUNTY; SUFFOLK COUNTY   )
     POLICE DEPARTMENT, SUFFOLK       )
15   COUNTY DEPARTMENT OF CIVIL       )
     SERVICE; and ALISON SANCHEZ,     )
16   individually and in her          )
     official capacity,               )
17                                    )
                  Defendants.         )
18   -------------------------------)
19

20          CONTINUED VIDEOTAPED DEPOSITION OF
21                EDWARD THOMAS PARADISO
22                 Uniondale, New York
23              Wednesday, July 29, 2009
24

     Reported by:
25   KRISTIN KOCH, RPR, RMR, CRR, CLR
     JOB NO. 23953

Page 363

```
 1
 2
 3
 4
 5              July 29, 2009
 6              9:49 a.m.
 7
 8
 9        Continued Videotaped Deposition of
10   EDWARD THOMAS PARADISO, held at the offices
11   of Rivkin Radler, LLP, 926 RexCorp Plaza,
12   Uniondale, New York, before Kristin Koch, a
13   Registered Professional Reporter,
14   Registered Merit Reporter, Certified
15   Realtime Reporter, Certified Livenote
16   Reporter and Notary Public of the State of
17   New York.
18
19
20
21
22
23
24
25
```

Page 364

```
 1
 2   A P P E A R A N C E S:
 3
 4
 5     THOMPSON WIGDOR & GILLY LLP
 6     Attorneys for Plaintiffs
 7        85 Fifth Avenue
 8        New York, New York 10003
 9     BY:  ANDREW S. GOODSTADT, ESQ.
10
11
12     RIVKIN RADLER LLP
13     Attorneys for Incorporated Village of
14     Ocean Beach, Joseph C. Loeffler Jr.,
15     Natalie K. Rogers and Ocean Beach Police
16     Department
17        926 RexCorp Plaza
18        Uniondale, New York 11556-0926
19     BY:  KENNETH A. NOVIKOFF, ESQ.
20
21
22
23
24
25
```

Page 365

```
 1
 2   A P P E A R A N C E S:  (Continued)
 3
 4
 5     MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
 6     Attorneys for George B. Hesse
 7        530 Saw Mill River Road
 8        Elmsford, New York 10523
 9     BY:  KEVIN W. CONNOLLY, ESQ.
10
11
12   ALSO PRESENT:
13
14     STEVE SANPIETRO, Legal Video Specialist
15     FRANK FIORILLO
16     THOMAS SNYDER
17
18
19
20
21
22
23
24
25
```

Page 366

```
 1
 2        THE VIDEOGRAPHER:  This is the start   09:02
 3   of the tape labeled number 1 of the         09:48
 4   continuing videotaped deposition of Edward  09:48
 5   Paradiso in the matter of Carter, Fiorillo, 09:48
 6   et al., versus the Incorporated Village of  09:48
 7   Ocean Beach.                                09:48
 8        This deposition is being held at 926   09:48
 9   RexCorp Plaza, Uniondale, New York on       09:48
10   Wednesday, July 29th, 2009 at approximately 09:48
11   9:49 a.m.                                   09:48
12        My name is Steve Sanpietro and I am    09:48
13   the legal video specialist from TSG         09:48
14   Reporting, Inc.  The court reporter today   09:48
15   is Kristin Koch in association with TSG     09:48
16   Reporting.                                  09:49
17        MR. GOODSTADT:  Can we just hang on    09:49
18   one second.                                 09:49
19        THE VIDEOGRAPHER:  Absolutely.         09:49
20        (Recess was taken.)                    09:49
21        THE VIDEOGRAPHER:  The time is now     09:50
22   9:51 a.m.  We are now back on the record    09:50
23   and we are going to introduce counsel.      09:50
24        MR. GOODSTADT:  Andrew Goodstadt,      09:50
25   Thompson, Wigdor & Gilly, on behalf of the  09:51
```

1
2    plaintiffs.                    09:51
3         MR. NOVIKOFF:  On behalf of all of    09:51
4    the Village defendants except Defendant    09:51
5    Hesse, Ken Novikoff, Rivkin Radler.    09:51
6         MR. CONNOLLY:  Kevin W. Connolly of    09:51
7    Marks, O'Neill, O'Brien & Courtney on    09:51
8    behalf of the Defendant Hesse.    09:51
9         THE VIDEOGRAPHER:  Will the court    09:51
10   reporter please re-swear the witness.    09:51
11        *   *   *            09:51
12   E D W A R D   T H O M A S   P A R A D I S O,    09:51
13        resumed as a witness, having been duly sworn
14        by a Notary Public, was examined and
15        testified as follows:
16   EXAMINATION BY
17   MR. NOVIKOFF:
18   Q.   Good morning, Mr. Paradiso.    09:51
19   A.   Good morning.           09:51
20   Q.   Thank you for coming back to    09:51
21   continue and hopefully finish your deposition    09:51
22   today in this case.             09:51
23        As I have already indicated, I    09:51
24   represent all of those defendants except for    09:51
25   Mr. Hesse.  I will be asking you a series of    09:51

1              Paradiso
2    questions.  I believe the court reporter has    09:51
3    sworn you in again.  You answered    09:51
4    Mr. Goodstadt's questions.       09:51
5         You understand what the oath means;    09:51
6    correct?                      09:51
7    A.   Yes.                    09:51
8    Q.   There was nothing that you testified    09:51
9    to on Monday that in your belief was perjurious    09:51
10   or a lie or a misrepresentation of the facts to    09:51
11   the best of your recollection; correct?    09:52
12   A.   Correct.                 09:52
13   Q.   Okay.  Just want to go over a few    09:52
14   things concerning your present relationship    09:52
15   with the Village.             09:52
16        You are not an employee right now;    09:52
17   correct?                      09:52
18   A.   No.                     09:52
19   Q.   And you went out on disability when?    09:52
20   A.   Initially August 3rd, 2005 and I    09:52
21   came back to work three days later and then I    09:52
22   went out permanently on September the 26th,    09:52
23   2005.                         09:52
24   Q.   So between the time that you went    09:52
25   out permanently and the time that you retired,    09:52

1              Paradiso
2    would it be correct to say that you were still,    09:52
3    in your opinion, the chief of the police    09:52
4    department but you weren't working at the    09:52
5    police department; correct?       09:52
6    A.   I was -- I retained the title.    09:52
7    Q.   But you weren't working there?    09:52
8    A.   No.                     09:52
9    Q.   Okay.  And I believe you testified    09:52
10   that you were not aware of the April 2006    09:52
11   meeting prior to the 2006 season where the    09:52
12   plaintiffs were not rehired?       09:53
13   A.   Correct.                 09:53
14        MR. NOVIKOFF:  And I understand we    09:53
15   have that same agreement --       09:53
16        MR. GOODSTADT:  Right.       09:53
17        MR. NOVIKOFF:  -- between the terms    09:53
18   "termination" and "rehired."       09:53
19   Q.   And that didn't make you happy;    09:53
20   correct?                      09:53
21   A.   I was surprised.          09:53
22   Q.   You would have preferred to have    09:53
23   been in the loop on that, at least knowledge of    09:53
24   the meeting; correct?           09:53
25   A.   I would -- I was surprised that I    09:53

1              Paradiso
2    was not told about the meeting.  I was    09:53
3    anticipating coming back if my injury hadn't    09:53
4    gotten to the point where it was gonna -- I    09:53
5    considered it a permanent injury.  I was still    09:53
6    recuperating.                 09:53
7    Q.   So it was your belief that if the    09:53
8    Village was to have done the right thing, that    09:53
9    they would have told you about that meeting    09:53
10   since you were still the chief of police?    09:53
11   A.   I figured I should have known about    09:53
12   it, yes.                      09:53
13   Q.   And there came a point in time that    09:53
14   Mr. Hesse's salary was increased; correct?    09:53
15   A.   Yes.                    09:53
16   Q.   And they didn't increase your    09:53
17   salary; right?                 09:53
18   A.   No.                     09:53
19   Q.   And that didn't make you happy    09:53
20   either; correct?              09:54
21   A.   No.                     09:54
22   Q.   And, in fact -- well, did you    09:54
23   approach the Village after learning about    09:54
24   Mr. Hesse's increase in salary to request the    09:54
25   same increase?                 09:54

Page 371

Paradiso

1    A.   Yes.                              09:54
2    Q.   And who did you speak to?         09:54
3    A.   I wrote a letter to the Village.  I   09:54
4  got a letter back from the Village's attorneys  09:54
5  and they said that I wasn't entitled to it.   09:54
6  The fact that I had gotten a raise the year   09:54
7  prior was a mistake and -- but in the good   09:54
8  heart of the Village they weren't going to   09:54
9  request that money back.                 09:54
10   Q.   Okay.  And how much was that?  When  09:54
11 I say "that," what was that raise that the   09:54
12 Village in their good-hearted being didn't take  09:54
13 back?                                    09:54
14   A.   It was a 3 percent raise.        09:54
15   Q.   Okay.  So what did that mean in   09:54
16 terms of dollars?                        09:54
17   A.   It was --                        09:54
18   Q.   On a yearly basis.              09:54
19   A.   $2,600.                         09:54
20   Q.   Okay.  And so the Village, if I   09:54
21 understand your testimony correctly, refused to  09:54
22 give you the raise that they had just given   09:55
23 Mr. Hesse?                               09:55
24   A.   They didn't give me the raise and   09:55

Page 372

Paradiso

1  they didn't give me the longevity pay bonus   09:55
2  that they promised I would always get.    09:55
3    Q.   So how much was the long-term     09:55
4  longevity bonus and the salary equal to in   09:55
5  terms of dollars on a yearly basis?       09:55
6    A.   Probably about $3,500.           09:55
7    Q.   Okay.  And you weren't happy about   09:55
8  the fact that they wouldn't give you $3,500;   09:55
9  correct?                                 09:55
10   A.   No.                             09:55
11   Q.   And, in fact, you were so unhappy   09:55
12 that you filed a lawsuit against the Village?   09:55
13   A.   Right, yes.                     09:55
14   Q.   So if I understand you correctly,   09:55
15 the Village was requiring you to file a lawsuit   09:55
16 against them to get $3,500?               09:55
17   A.   They didn't require it.  They --   09:55
18 that was my only recourse.               09:55
19   Q.   Right.  The Village's position was   09:55
20 such that the only way you were going to get   09:55
21 that $3,500 was to file a lawsuit against them;   09:55
22 correct?                                 09:55
23   A.   Their position was that I wasn't   09:55
24 entitled to it.                          09:56

Page 373

Paradiso

1    Q.   Right.  So you had to sue.        09:56
2    A.   So I felt that I was.  I contacted   09:56
3  an attorney.  He said that, yeah, there is laws   09:56
4  that say you should get the same, and the only   09:56
5  way you are going to be able to get that is by   09:56
6  explaining to them that you were going to file   09:56
7  a lawsuit, maybe that would be enough to get   09:56
8  them to say okay, and that wasn't the case, so   09:56
9  then we had to go into a legal proceeding.   09:56
10   Q.   Okay.  So you actually before you   09:56
11 filed a lawsuit told them that you were going   09:56
12 to file the lawsuit?                     09:56
13   A.   Right.                          09:56
14   Q.   And they still didn't care?       09:56
15   A.   Right.                          09:56
16   Q.   So they, you know, basically forced   09:56
17 your hand and you had to -- if you were ever   09:56
18 going to get that $3,500, you were going to   09:56
19 have to sue them for it; right?           09:56
20   A.   Right.                          09:56
21   Q.   And that meant going into your own   09:56
22 pocket for legal fees; right?            09:56
23   A.   Correct.                        09:56
24   Q.   And if I understand you correctly,   09:56

Page 374

Paradiso

1  you won at the first round; correct?     09:56
2    A.   Correct.                        09:56
3    Q.   The Supreme Court judge that      09:56
4  listened to your case ruled in your favor?   09:56
5    A.   Correct.                        09:56
6    Q.   Said you are entitled to that raise?   09:56
7    A.   Correct.                        09:57
8    Q.   And the Village didn't stop there,   09:57
9  they filed an appeal; correct?           09:57
10   A.   Yes, they did.                  09:57
11   Q.   And forcing you to go further into   09:57
12 your pocket to go after that $3,500; right?   09:57
13   A.   Yep.                           09:57
14   Q.   And at the end of the day it cost   09:57
15 you about $17,500 to go after 3,500; right?   09:57
16   A.   Yep.                           09:57
17   Q.   And none of that made you happy;   09:57
18 right?                                   09:57
19   A.   Nope.                          09:57
20   Q.   Now, you have never spoken to me   09:57
21 before these depositions, have you?      09:57
22   A.   No.                            09:57
23   Q.   In fact, you spoke to my associate,   09:57
24 Michael Welch?                           09:57

Page 375

```
1              Paradiso
2     A.  I think so.  Somebody called up      09:57
3   wanting to have a deposition.              09:57
4     Q.  Right.  And the fact is, though, you 09:57
5   were subpoenaed for this deposition by     09:57
6   Mr. Goodstadt; correct?                    09:57
7     A.  Correct.                             09:57
8     Q.  And we didn't subpoena you to appear 09:57
9   on Monday; correct?                        09:57
10    A.  No.                                  09:57
11    Q.  And you are not represented by       09:57
12  counsel today?                             09:58
13    A.  No.                                  09:58
14    Q.  Correct?  And, in fact, you asked    09:58
15  the Village to represent -- have counsel   09:58
16  represent you; right?                      09:58
17    A.  Yes.                                 09:58
18    Q.  You wanted them to pay for your      09:58
19  counsel?                                   09:58
20    A.  Yes.                                 09:58
21    Q.  And they didn't even respond to you? 09:58
22    A.  No.                                  09:58
23    Q.  And that hasn't made you happy       09:58
24  either?                                    09:58
25    A.  It's par for the course.             09:58
```

Page 376

```
1              Paradiso
2     Q.  Right.  So would it be fair to say   09:58
3   that at least as you sit here today you have no 09:58
4   love loss for the Village?                 09:58
5         MR. GOODSTADT:  Objection.           09:58
6     A.  I wouldn't say that's fair.          09:58
7     Q.  Okay.                                09:58
8     A.  I worked for them for 26 years.  You 09:58
9   don't work for people -- you know, I don't look 09:58
10  at the people that are in charge now as the 09:58
11  entire Village.  I raised my family there.  My 09:58
12  kids went to school there.  I was proud of the 09:58
13  time that I spent there and I always felt that 09:58
14  I tried to do my best for the people of the 09:58
15  Village and it isn't that I'm not -- that I 09:58
16  have any love loss for the Village.  I am hurt 09:58
17  more than anything else.  I really feel that I 09:58
18  put everything I had, I put my life on hold, 09:59
19  and I really feel I was treated like I did 09:59
20  something wrong.                           09:59
21    Q.  You filed a Reply Affidavit in your  09:59
22  lawsuit against the Village; correct?      09:59
23    A.  My attorneys did, yes.               09:59
24        MR. NOVIKOFF:  Okay.  Well, let's    09:59
25    mark this as Paradiso 17.                09:59
```

Page 377

```
1              Paradiso
2         (Paradiso Exhibit 17, Reply          09:59
3     Affidavit, marked for identification.)   09:59
4     Q.  Now, I am going to ask you a series   09:59
5   of questions, but what I would like you to do 09:59
6   is read Paradiso 17 to the extent you need to 09:59
7   in order to advise me as to whether or not this 09:59
8   is, in fact, an affidavit that was filed on 09:59
9   your behalf in the action that you have    09:59
10  commenced against the Village.             09:59
11        (Document review.)                   10:00
12    Q.  And do you recognize what's been     10:00
13  marked as Paradiso 17?                     10:00
14    A.  Yes.                                 10:00
15    Q.  And what is that?                     10:00
16    A.  This is the Reply Affidavit that my  10:00
17  attorney filed in my lawsuit for the Village. 10:00
18    Q.  And is that your signature on        10:01
19  page 3?                                    10:01
20    A.  Yes, it is.                          10:01
21    Q.  And did you sign this before a       10:01
22  notary public?                             10:01
23    A.  Yes.                                 10:01
24    Q.  And you understood what it meant by  10:01
25  that you were swearing out your signature on 10:01
```

Page 378

```
1              Paradiso
2   this affidavit?                            10:01
3     A.  Yes.                                 10:01
4     Q.  It's similar to the deposition       10:01
5   testimony you are giving today, that everything 10:01
6   in here is truthful; correct?             10:01
7     A.  Yes.                                 10:01
8     Q.  And did you review this affidavit    10:01
9   before you signed it?                      10:01
10    A.  Yes.                                 10:01
11    Q.  Okay.  And there was nothing that    10:01
12  you saw that was untruthful prior to you   10:01
13  executing this document; correct?         10:01
14    A.  No.                                  10:01
15    Q.  Okay.  So let's go through it,       10:01
16  hopefully shortly, but there are some things I 10:01
17  do want to talk to you about and just confirm 10:01
18  with you the accuracy of what you said.    10:01
19        Paragraph 3, you write:              10:01
20  "Notwithstanding the department's denial that I 10:01
21  was its chief for the last fifteen years, I 10:01
22  have been the "head" of the department for that 10:01
23  entire period of time."  Do you see that?  10:01
24    A.  Yes.                                 10:01
25    Q.  When did that period of time end?    10:01
```

Page 379

```
 1                Paradiso
 2   Well, withdrawn.                    10:01
 3        Was that period of time certainly up   10:02
 4   through the last day of September of 2005?   10:02
 5        A.  Yes.  The 26th of September.    10:02
 6        Q.  Right.  Okay.  And you put quotes   10:02
 7   around "head."  Do you see that?      10:02
 8        A.  Yes.                         10:02
 9        Q.  What did you mean by the use of the   10:02
10   word "head" in paragraph 3?          10:02
11        A.  Well, the Village was claiming that   10:02
12   I was never actually the chief, that my Civil   10:02
13   Service title was sergeant, and the way the   10:02
14   general municipal law was written, it covered   10:02
15   the chief of the department or its head of the   10:02
16   department, so whether I was the chief or   10:02
17   the -- I was the head of the department, so I   10:02
18   believe they were trying to cover both -- all   10:02
19   the bases with regards to the lawsuit.    10:02
20        Q.  And when you wrote "head," did you   10:02
21   mean to convey to the reader of this document   10:02
22   that you were in charge of all aspects of the   10:02
23   Ocean Beach Police Department in those fifteen   10:02
24   years?                               10:03
25        A.  Yes.                         10:03
```

Page 380

```
 1                Paradiso
 2        Q.  Okay.  And that there -- withdrawn.   10:03
 3        Let's look at paragraph 4.  You     10:03
 4   write: "In my tenure as chief and head of the   10:03
 5   department, I was entrusted with all the     10:03
 6   responsibilities attendant to the role of the   10:03
 7   police chief."  Do you see that?         10:03
 8        A.  Yes.                         10:03
 9        Q.  Completely accurate statement?   10:03
10        A.  Yes.                         10:03
11        Q.  No doubt about it as you sit here   10:03
12   today?                               10:03
13        A.  No.                          10:03
14        Q.  You then go on to write: "The   10:03
15   department entrusts me the position of police   10:03
16   chief, has held me accountable to this position   10:03
17   and all the designations thereof."  Completely   10:03
18   accurate?                            10:03
19        A.  Yes.                         10:03
20        Q.  No doubt as you sit here today?   10:03
21        A.  No.                          10:03
22        Q.  Great.  What did you mean when you   10:03
23   said "has held me accountable to this    10:03
24   position"?                           10:03
25        A.  That if anything came up that the   10:03
```

Page 381

```
 1                Paradiso
 2   chief of police was required to be accountable   10:03
 3   for, that I was the person that they had    10:03
 4   designated.                          10:03
 5        Q.  So if -- at least in your mind,    10:03
 6   whatever went on that concerned the police   10:04
 7   department, the buck stopped with you; correct?  10:04
 8        A.  Right.                        10:04
 9        Q.  You were the person in charge and   10:04
10   the person to be held accountable?       10:04
11        A.  Yes.                         10:04
12        Q.  And that would be -- withdrawn.    10:04
13        Paragraph 5, next page.           10:04
14        Let's actually skip 5 and go to     10:04
15   paragraph 6.  "As chief I was responsible for   10:04
16   the planning and directing of law enforcement   10:04
17   activities and all police functions within the   10:04
18   Village; correct?  Do you see that?      10:04
19        A.  Yes.                         10:04
20        Q.  Accurate?                     10:04
21        A.  Yes.                         10:04
22        Q.  No doubt as you sit here today?    10:04
23        A.  There is nothing in this entire   10:04
24   document that I have any problem with what it   10:04
25   says.                                10:04
```

Page 382

```
 1                Paradiso
 2        Q.  And nor do I.  And as you can tell,   10:04
 3   I am not trying to trip you up.  I am just, for   10:04
 4   the record, trying to get exactly what you   10:04
 5   wrote and to make sure that it was completely   10:04
 6   accurate and that you have complete confidence   10:04
 7   in it.                               10:04
 8        MR. GOODSTADT:  Objection.          10:04
 9        Q.  Okay.  So let's look at that first   10:05
10   sentence.  You were responsible for the   10:05
11   planning and directing of law enforcement   10:05
12   activities.                          10:05
13        Can you tell the court and the jury   10:05
14   that may be looking at this videotape what did   10:05
15   you mean by that?                     10:05
16        A.  Whatever the Police Department was   10:05
17   charged to do in the Village, I was in charge   10:05
18   of directing the police officers to take those   10:05
19   actions.                             10:05
20        Q.  And when you wrote "all police   10:05
21   functions within the Village," what did you   10:05
22   mean by "police functions"?            10:05
23        A.  The enforcement of laws, police   10:05
24   activity.                            10:05
25        Q.  You then go on in paragraph 6 to   10:05
```

Paradiso

1
2  say: "Not by limitation, I was in charge of    10:05
3  training police personnel and maintaining the   10:05
4  standards throughout the department." Do you    10:05
5  see that?                                        10:05
6      A.   Yes.                                    10:05
7      Q.   What did you mean by "training          10:05
8  police personnel"?                               10:05
9      A.   I was in charge to make sure that       10:05
10 people were trained properly and I would         10:05
11 arrange for training if they needed it.          10:05
12     Q.   Would that be -- would that include     10:06
13 codes?                                           10:06
14     A.   Village codes?                          10:06
15     Q.   Yes, police codes.                      10:06
16     A.   Radio --                                10:06
17     Q.   Yes, radio codes.                       10:06
18     A.   Yes.                                    10:06
19     Q.   Okay.  And you trained police          10:06
20 personnel to know the Village police radio      10:06
21 codes?                                           10:06
22     A.   Yeah.  Everyone was handed a card.     10:06
23 These are the codes that we used every day.     10:06
24     Q.   Now, let me ask this question to        10:06
25 you.  Between 2000 and September of 2005 did    10:06

Paradiso

1
2  you ever come to learn that any police officer   10:06
3  at Ocean Beach did not know the police radio     10:06
4  codes?                                           10:06
5      A.   No.                                     10:06
6      Q.   Did you ever receive a complaint        10:06
7  from any citizen who resided in Ocean Beach      10:06
8  that any police officer did not know police      10:06
9  radio code?                                      10:06
10     A.   I don't remember receiving any          10:06
11 complaints of that nature, no.                   10:06
12     Q.   Okay.  You then go on to state in       10:07
13 the sentence:  "Including directing the          10:07
14 operations training procedures and policies of   10:07
15 the Police Department, I issued working orders   10:07
16 for the department and maintained discipline     10:07
17 and morale."  Do you see that?                   10:07
18     A.   Yes.                                    10:07
19     Q.   Completely accurate?                    10:07
20     A.   Yes.                                    10:07
21     Q.   No doubt as you sit here today as to    10:07
22 the accuracy of this statement?                  10:07
23     A.   No.                                     10:07
24     Q.   You were the man?                       10:07
25     A.   Yes.                                    10:07

Paradiso

1
2      Q.   Not Mr. Hesse, but you?                 10:07
3      A.   Correct.                                10:07
4      Q.   Even though you worked different        10:07
5  shifts; correct?                                 10:07
6      A.   Right.                                  10:07
7      Q.   Mr. Hesse was your subordinate?         10:07
8      A.   Yes.                                    10:07
9      Q.   "I also directed the preparation of     10:07
10 written reports and I directed the               10:07
11 investigation of criminal offenses."  Do you     10:07
12 see that?                                        10:07
13     A.   Yes.                                    10:07
14     Q.   You were, with regard now to the        10:07
15 Police Department only, the person in charge of  10:07
16 setting policy; correct?                         10:07
17          MR. GOODSTADT:  Objection.              10:07
18     A.   Yes.                                    10:07
19          MR. NOVIKOFF:  What's your              10:08
20 objection?                                       10:08
21          MR. GOODSTADT:  What do you mean by     10:08
22 "policy"?                                        10:08
23     Q.   Do you have an understanding as to      10:08
24 what I mean by "policy," sir?                    10:08
25     A.   The rules of the department,            10:08

Paradiso

1
2  procedures that they would follow.               10:08
3      Q.   Based upon your understanding of the    10:08
4  word "policy," you were the person responsible   10:08
5  in the Police Department for setting policy;     10:08
6  correct?                                         10:08
7      A.   Yes.                                    10:08
8      Q.   Number 7:  "I dealt directly with       10:08
9  the State Commission of Correction as well as    10:08
10 the Suffolk County Police Department on issues   10:08
11 of evaluation and procedure acting as the main   10:08
12 point person from the department."  Do you see   10:08
13 that?                                            10:08
14     A.   Yes.                                    10:08
15     Q.   Now, Mr. Hesse wasn't the main point    10:08
16 person, was he, as it pertains to the State      10:08
17 Commission of Correction and the Suffolk County  10:08
18 Police Department?                               10:09
19     A.   No.                                     10:09
20          MR. GOODSTADT:  Can we just get a       10:09
21 time frame for when these questions are?         10:09
22          MR. NOVIKOFF:  I think they are         10:09
23 all --                                           10:09
24          MR. GOODSTADT:  Before he went out      10:09
25 on leave?                                        10:09

Page 387

Paradiso

1
2  MR. NOVIKOFF:  Yes, before he went   10:09
3  out on leave.                 10:09
4  Q.  I am not asking you anything about   10:09
5  when you left, because obviously you weren't   10:09
6  there.  Correct?  You understood the time   10:09
7  frame --                      10:09
8  A.  Yes.                     10:09
9  Q.  -- of all these questions?  Good.   10:09
10  MR. CONNOLLY:  During his role as   10:09
11  police chief?                 10:09
12  Q.  During your role as police chief.   10:09
13  Those fifteen years that you referred to in the   10:09
14  original affidavit.              10:09
15  MR. GOODSTADT:  Again, prior to   10:09
16  going out on leave?             10:09
17  MR. NOVIKOFF:  Absolutely, prior to   10:09
18  going out on leave.             10:09
19  Q.  Now, I think we are done with the   10:09
20  affidavit, so thank you very much.     10:09
21  A.  Okay.                   10:09
22  Q.  Now, I believe that you said that   10:09
23  you learned about the filing of the federal   10:09
24  lawsuit that brings you to be deposed today by   10:09
25  reading it in the paper.          10:09

Page 388

Paradiso

1
2  A.  Yes.                     10:09
3  Q.  And I am not sure, did you ever read   10:09
4  the Complaint?                10:10
5  A.  No.                      10:10
6  Q.  Okay.                   10:10
7  A.  You are not going to make me read it   10:10
8  now, are you?                 10:10
9  Q.  No, but we are going to go through   10:10
10  it.                          10:10
11  A.  Okay.                   10:10
12  Q.  But I am not going to ask you about   10:10
13  conversations yet.              10:10
14  A.  All right.                 10:10
15  MR. NOVIKOFF:  Let's mark the   10:10
16  following document as Paradiso 18.   10:10
17  (Paradiso Exhibit 18, Complaint and   10:10
18  Jury Demand, marked for identification.)   10:10
19  Q.  Now, before we go through the   10:10
20  Complaint, I believe you said in response to   10:10
21  one of Mr. Goodstadt's questions on Monday that   10:10
22  you were heartbroken when you found out that   10:10
23  the plaintiffs were suing the Village.   10:10
24  A.  I was heartbroken that this was   10:10
25  happening in the department that I ran for so   10:10

Page 389

Paradiso

1
2  many years.                   10:10
3  Q.  And it pertained to events, at least   10:10
4  to your knowledge, that occurred prior to you   10:10
5  leaving; correct?               10:11
6  A.  Yeah, I guess, yeah.          10:11
7  Q.  Obviously you weren't there when the   10:11
8  plaintiffs weren't hired, but a lot of the   10:11
9  events --                     10:11
10  A.  Were let go, you mean.        10:11
11  Q.  Well, they say let go, we say   10:11
12  weren't rehired.               10:11
13  A.  Oh, you said rehired.  I thought you   10:11
14  said hired.  I'm sorry.          10:11
15  Q.  No.  Right.  They weren't rehired.   10:11
16  And a lot of the events that you are   10:11
17  aware of took place that the plaintiffs claim   10:11
18  in the Complaint while you were the chief;   10:11
19  right?                       10:11
20  A.  Okay.                   10:11
21  Q.  You understand that; right?     10:11
22  A.  I understand that.           10:11
23  Q.  Okay.  So now let's go through, and   10:11
24  you understand that the plaintiffs are, among   10:11
25  others, Mr. Fiorillo; correct?     10:11

Page 390

Paradiso

1
2  A.  Yes.                     10:11
3  Q.  Okay.  So this is Mr. Fiorillo's   10:11
4  Complaint as well as Mr. Snyder's, Mr. Nofi's   10:11
5  Mr. Carter's and Mr. Lamm's.  You understand   10:11
6  that?                        10:11
7  A.  Yes.                     10:11
8  Q.  Okay.  And, in your opinion, would   10:11
9  Mr. Fiorillo have allowed his attorneys to file   10:11
10  a Complaint that wasn't accurate?   10:12
11  MR. GOODSTADT:  Objection.   10:12
12  Q.  In his belief?             10:12
13  MR. GOODSTADT:  Objection.   10:12
14  A.  I don't think I am qualified to   10:12
15  answer that.                  10:12
16  Q.  Okay.  Let's look at the first page,   10:12
17  preliminary statement.  "Mr. Fiorillo and his   10:12
18  fellow plaintiffs allege as follows.   10:12
19  Plaintiffs are five police officers who had the   10:12
20  courage to overcome the "blue wall of   10:12
21  silence"."  Do you see that?       10:12
22  A.  Yes.                     10:12
23  Q.  While you were the chief of the   10:12
24  Police Department, were you -- well, do you   10:12
25  have an understanding as to what the phrase   10:12

Page 391

Paradiso

1  "blue wall of silence" means?                    10:12
2      A.   I've heard it used before.              10:12
3      Q.   And when you have heard it used          10:12
4  before, do you recall the context in which it    10:12
5  was used?                                         10:12
6      A.   That the police wouldn't talk about     10:12
7  other police.                                     10:12
8      Q.   Okay.  Now, while you were chief of      10:12
9  police, before you went out on disability, and   10:12
10  all my questions this is the time frame, unless  10:13
11  I say differently it is from the time you        10:13
12  became chief to the time you left on permanent   10:13
13  disability, I think, in the end of September of  10:13
14  2005.                                            10:13
15         Were you aware of any blue wall of        10:13
16  silence within the Ocean Beach Police            10:13
17  Department?                                      10:13
18         MR. GOODSTADT:  Objection.               10:13
19      A.   No.                                     10:13
20      Q.   Did Mr. Fiorillo ever say to you in     10:13
21  sum or substance that he believed that there    10:13
22  was a blue wall of silence?                      10:13
23      A.   I don't recall him saying that.         10:13
24      Q.   Did any of the other plaintiffs ever    10:13

Page 392

Paradiso

1  say to you in sum or substance that they         10:13
2  believed that there was a blue wall of silence?  10:13
3      A.   I don't believe so.                     10:13
4      Q.   Did you ever instruct any police        10:13
5  officer to cover up any involvement of a         10:13
6  criminal nature involving an Ocean Beach police  10:13
7  officer?                                         10:13
8      A.   No.                                     10:13
9      Q.   Did you ever learn that Mr. Hesse       10:13
10  ordered any officers to cover up any criminal    10:13
11  involvement concerning an Ocean Beach Police     10:14
12  Department officer?                              10:14
13      A.   No.                                     10:14
14      Q.   Now, I believe you have testified       10:14
15  that it's a small Village and you basically      10:14
16  hear everything that goes on; correct?          10:14
17      A.   Right.                                  10:14
18      Q.   Would you agree with me that given      10:14
19  the size of the Village and given your role at   10:14
20  the Village that had there been a blue wall of   10:14
21  silence that perhaps didn't involve Mr. Hesse,  10:14
22  you would have heard about it?                   10:14
23         MR. GOODSTADT:  Objection.               10:14
24      A.   I would believe I would have heard      10:14

Page 393

Paradiso

1  about it.                                        10:14
2      Q.   Now, let's go to the next sentence.     10:14
3  "And fulfill their duty to protect the public    10:14
4  by speaking out in opposition to the regime of   10:14
5  endemic corruption."  Do you see that?           10:14
6      A.   Yes.                                     10:14
7      Q.   So now this is Mr. Fiorillo and the     10:14
8  other four plaintiffs saying that the Police     10:14
9  Department that you were the head of engaged in  10:14
10  a regime of endemic corruption.                  10:14
11         Do you understand that is what           10:15
12  Mr. Fiorillo and his plaintiffs are alleging?    10:15
13      A.   I see what it says.                     10:15
14      Q.   And do you agree with Mr. Fiorillo      10:15
15  and the other plaintiffs that under your         10:15
16  direction and supervision as chief that there   10:15
17  was a regime of endemic corruption within the   10:15
18  Ocean Beach Police Department?                   10:15
19         MR. GOODSTADT:  Objection.               10:15
20      A.   I don't feel there was.                 10:15
21      Q.   Was there any corruption, to your       10:15
22  knowledge, within the Ocean Beach Police         10:15
23  Department while you were chief?                 10:15
24      A.   None that I knew about.                 10:15

Page 394

Paradiso

1      Q.   To your knowledge, did Mr. Fiorillo     10:15
2  ever complain to you about any type of           10:15
3  corruption going on within the Ocean Beach       10:15
4  Police Department while you were chief?          10:15
5      A.   No.                                     10:15
6      Q.   How about with regard to any of the     10:15
7  four other plaintiffs?                           10:15
8      A.   No.                                     10:15
9      Q.   Did Mr. Hesse ever go to you and        10:15
10  complain to you that there is corruption going   10:16
11  on within the Police Department?                 10:16
12      A.   No.                                     10:16
13      Q.   How about the mayor?                    10:16
14      A.   No.                                     10:16
15      Q.   How about any trustee member?          10:16
16      A.   No.                                     10:16
17      Q.   How about any newspaper person?        10:16
18      A.   No.                                     10:16
19      Q.   How about any resident?                10:16
20      A.   No.                                     10:16
21      Q.   So do you agree with Mr. Fiorillo's     10:16
22  allegation in this Complaint that while you      10:16
23  were the chief, there was a regime of endemic    10:16
24  corruption within the Ocean Beach Police         10:16

Page 395

```
 1            Paradiso
 2   Department?                      10:16
 3        MR. GOODSTADT:  Objection.  Asked   10:16
 4   and answered.                    10:16
 5     A.   I don't feel -- I don't feel that   10:16
 6   there was.                       10:16
 7     Q.   Do you have any doubt in your mind?  10:16
 8     A.   No.                       10:16
 9     Q.   Mr. Fiorillo then goes on with his   10:16
10   other plaintiffs to allege --    10:16
11     A.   On the same page?         10:16
12     Q.   We are starting on this page, we are   10:16
13   turning to this next page.       10:16
14        "Plaintiffs' repeated and tireless   10:16
15   efforts to champion integrity and the highest  10:16
16   values of public service have met with the   10:17
17   abject failure as the department has inexorably   10:17
18   fallen under the control of officers and   10:17
19   commanders who while in uniform drink alcohol   10:17
20   and frequent local bars, recklessly turn their   10:17
21   backs on minors consuming alcohol and others   10:17
22   using drugs, associate with known criminals,   10:17
23   allow their friends and acquaintances to   10:17
24   violate the law while in Ocean Beach with   10:17
25   impunity, and attempt to cover up numerous acts   10:17
```

Page 396

```
 1            Paradiso
 2   of despicable police brutality by coercing the   10:17
 3   silence of witnesses, victims, and the very   10:17
 4   people who are oath-bound to enforce the laws   10:17
 5   that are supposed to protect us."  Do you see   10:17
 6   that?                           10:17
 7     A.   Yes.                      10:17
 8     Q.   Okay.  How many officers between   10:17
 9   2000 and your last day of employment in   10:17
10   September of 2005, how many officers were   10:17
11   there?                          10:17
12     A.   Different officers in total?   10:17
13     Q.   Withdrawn.  How many commanders were   10:18
14   there?                          10:18
15     A.   I was the commanding officer.   10:18
16     Q.   And under you there was Mr. Hesse?   10:18
17     A.   Correct.                  10:18
18     Q.   So do you understand what   10:18
19   Mr. Fiorillo and the plaintiffs are saying,   10:18
20   that you as a commander while in uniform drank   10:18
21   alcohol?                        10:18
22        MR. GOODSTADT:  Objection.     10:18
23     A.   I don't believe that's what it says.  10:18
24     Q.   Okay.  Well, then let's go through   10:18
25   it piece by piece.              10:18
```

Page 397

```
 1            Paradiso
 2        Did you ever drink alcohol while in   10:18
 3   uniform?                        10:18
 4     A.   No.                       10:18
 5     Q.   Did you ever frequent local bars --   10:18
 6     A.   Yes.                      10:18
 7     Q.   -- while in uniform?        10:18
 8     A.   No.  Well, I ate lunch in some of   10:18
 9   the restaurants.                 10:18
10     Q.   So there would be times while you   10:18
11   were in uniform that you would be eating lunch?  10:18
12     A.   Yes.                      10:18
13     Q.   Is that what you are saying?  And   10:18
14   that you did not necessarily drink alcohol --   10:18
15     A.   No.                       10:18
16     Q.   -- while you were eating lunch;   10:18
17   right?                          10:18
18     A.   No.  I never drank alcohol while I   10:18
19   was in uniform.                  10:18
20     Q.   But if someone saw you in a bar   10:18
21   eating lunch, they would not know one way or   10:18
22   the other whether or not you were drinking   10:18
23   alcohol or not?                  10:19
24        MR. GOODSTADT:  Objection.     10:19
25     Q.   Correct?                  10:19
```

Page 398

```
 1            Paradiso
 2     A.   They would know, because they know   10:19
 3   that I wouldn't do that.         10:19
 4     Q.   Okay.  Did you recklessly turn your   10:19
 5   back on minors consuming alcohol?   10:19
 6     A.   No, I didn't.             10:19
 7     Q.   Did you recklessly turn your back on   10:19
 8   minors using drugs?              10:19
 9     A.   Never.                    10:19
10     Q.   Did you associate with known   10:19
11   criminals?                      10:19
12     A.   No.                       10:19
13     Q.   Did you allow your friends and   10:19
14   acquaintances to violate the law while in Ocean   10:19
15   Beach with impunity?             10:19
16     A.   No.                       10:19
17     Q.   Did you cover up numerous acts of   10:19
18   despicable police brutality?      10:19
19     A.   No.                       10:19
20     Q.   Did you coerce the silencing of   10:19
21   witnesses?                      10:19
22     A.   No.                       10:19
23     Q.   Did you coerce the silencing of   10:19
24   victims?                        10:19
25     A.   No.                       10:19
```

Page 399

Paradiso

2  Q.  Did -- okay.  So now we know that as  10:19
3  a commander none of what plaintiffs allege in  10:19
4  this paragraph pertains to you.  You would  10:19
5  agree with me; right?  10:19
6  MR. GOODSTADT:  Objection.  10:19
7  A.  Yes.  10:19
8  MR. NOVIKOFF:  What's the objection?  10:19
9  MR. GOODSTADT:  You said "we know"  10:19
10  that that's the case.  10:19
11  MR. NOVIKOFF:  Fine.  10:19
12  MR. GOODSTADT:  That's what he  10:19
13  testified to.  10:19
14  Q.  Mr. Paradiso, in your opinion --  10:19
15  MR. GOODSTADT:  Exactly.  10:20
16  Q.  -- none of what Mr. Fiorillo and the  10:20
17  other plaintiffs have alleged in this paragraph  10:20
18  that I have just read pertains to you; right?  10:20
19  A.  No.  10:20
20  Q.  Okay.  So was Mr. Hesse a commander,  10:20
21  as you understand the word "commander" is used  10:20
22  in this paragraph?  10:20
23  A.  He was the second in command.  10:20
24  Q.  Okay.  Then let's go through it with  10:20
25  Mr. Hesse.  Did you ever see Mr. Hesse while in  10:20

Page 400

Paradiso

2  uniform drink alcohol?  10:20
3  A.  No.  10:20
4  Q.  Did you ever see Mr. Hesse while in  10:20
5  uniform frequent local bars?  10:20
6  A.  If he had, it would be to eat his  10:20
7  meal, as I did.  10:20
8  Q.  And did you ever see Mr. Hesse turn  10:20
9  his back on minors consuming alcohol?  10:20
10  A.  No.  10:20
11  Q.  Did you ever see Mr. Hesse turn his  10:20
12  back on minors using drugs?  10:20
13  A.  No.  10:20
14  Q.  Did you ever know Mr. Hesse -- did  10:20
15  you ever see Mr. Hesse associate with known  10:20
16  criminals?  10:21
17  A.  No.  10:21
18  Q.  Did you ever see Mr. Hesse allow  10:21
19  friends and acquaintances to violate the law  10:21
20  while in Ocean Beach with impunity?  10:21
21  A.  No.  10:21
22  Q.  Did you ever see Mr. Hesse cover up  10:21
23  numerous acts of despicable police brutality?  10:21
24  A.  No.  10:21
25  Q.  Did you ever see Mr. Hesse silence  10:21

Page 401

Paradiso

2  witnesses --  10:21
3  A.  No.  10:21
4  Q.  -- by coercion?  10:21
5  A.  No.  10:21
6  Q.  Did you ever see Mr. Hesse coerce  10:21
7  the silencing of victims?  10:21
8  A.  No.  10:21
9  Q.  Did you ever see Mr. Hesse coerce  10:21
10  the silencing of any other police officer?  10:21
11  A.  No.  10:21
12  Q.  Okay.  Now that's what we have just  10:21
13  gone through is what you have witnessed.  Let's  10:21
14  go through now what you may have heard.  10:21
15  Did any -- did Mr. Fiorillo or any  10:21
16  of the plaintiffs ever say to you that they  10:21
17  witnessed Mr. Hesse drink alcohol while in  10:21
18  uniform?  10:21
19  A.  No.  10:21
20  Q.  Did Mr. Fiorillo or any plaintiffs  10:21
21  ever say to you that they saw Mr. Hesse  10:22
22  frequent local bars?  10:22
23  A.  No.  10:22
24  Q.  Did Mr. Fiorillo or any of the  10:22
25  plaintiffs ever advise you that Mr. Hesse was  10:22

Page 402

Paradiso

2  recklessly turning their backs on minors  10:22
3  consuming alcohol?  10:22
4  A.  No.  10:22
5  Q.  Did Mr. Hesse -- I'm sorry.  10:22
6  Did Mr. Fiorillo or any of the  10:22
7  plaintiffs ever advise you that Mr. Hesse was  10:22
8  turning his back on minors using drugs?  10:22
9  A.  No.  10:22
10  Q.  Did Mr. Fiorillo or any of the  10:22
11  plaintiffs ever advise you that Mr. Hesse was  10:22
12  associating with a known criminal?  10:22
13  A.  No.  10:22
14  Q.  Did Mr. Fiorillo or any of the  10:22
15  plaintiffs ever advise you that Mr. Hesse was  10:22
16  allowing friends and acquaintances to violate  10:22
17  the law while in Ocean Beach?  10:22
18  A.  No.  10:22
19  Q.  With impunity?  10:22
20  A.  No.  10:22
21  Q.  Did Mr. Fiorillo and any of the  10:22
22  plaintiffs ever advise you that Mr. Hesse was  10:22
23  covering up any act of despicable police  10:22
24  brutality?  10:22
25  A.  No.  10:23

Page 403

Paradiso

1
2    Q.   How about just police brutality in     10:23
3  general?                                      10:23
4    A.   Any police brutality would be          10:23
5  despicable.                                    10:23
6    Q.   Yes, but I want to make sure that I    10:23
7  cover everything that they are saying.        10:23
8         Did Mr. Fiorillo or any of the other   10:23
9  plaintiffs ever advise you that Mr. Hesse     10:23
10 coerced the silencing of witnesses?           10:23
11   A.   No.                                     10:23
12   Q.   How about the coercion of the          10:23
13 silencing of victims?                         10:23
14   A.   No.                                     10:23
15   Q.   How about the coercion of any other    10:23
16 police officer?                                10:23
17   A.   No.                                     10:23
18   Q.   Now, without going through             10:23
19 everything that I have just gone through but  10:23
20 applying to this paragraph, did you ever learn 10:23
21 from any source that Mr. Hesse either engaged  10:23
22 in or directed any of the acts that are        10:23
23 identified in the paragraph that we have just  10:23
24 gone through?                                   10:23
25   A.   No.                                     10:23

Page 404

Paradiso

1
2    Q.   Let me ask you this question:  Did     10:23
3  Mr. Fiorillo -- now I am going to go plaintiff 10:24
4  by plaintiff, because it's important.          10:24
5         Did Mr. Fiorillo ever advise you,       10:24
6  whether by phone, e-mail, letter, rock through 10:24
7  a window, that Mr. Hesse was engaging in or    10:24
8  directing others to engage in any act that was 10:24
9  dangerous to the public?                       10:24
10   A.   No.                                     10:24
11   Q.   Same question with regard to           10:24
12 Mr. Snyder.                                    10:24
13   A.   No.                                     10:24
14   Q.   Same question with regard to           10:24
15 Mr. Carter.                                    10:24
16   A.   No.                                     10:24
17   Q.   Same question with regard to           10:24
18 Mr. Lamm.                                      10:24
19   A.   No.                                     10:24
20   Q.   Same question with regard to           10:24
21 Mr. Nofi.                                      10:25
22   A.   Nofi.                                   10:25
23   Q.   Nofi.                                   10:25
24   A.   No.                                     10:25
25   Q.   Let's go to paragraph 13, and I am     10:25

Page 405

Paradiso

1
2  going to read it into the record and then I am 10:25
3  going to ask you some questions.              10:25
4         "Defendant George B. Hesse ("Hesse")   10:25
5  was and is employed by Ocean Beach and the OBPD 10:25
6  with his principal place of business at Bay and 10:25
7  Bayberry Walks, Ocean Beach, New York.  Upon   10:25
8  information and belief Hesse resides in Suffolk 10:25
9  County, New York.  At all times hereinafter    10:25
10 mentioned Defendant Hesse was and is the        10:26
11 official responsible for the management and     10:26
12 supervision of the OBPD, including its          10:26
13 maintenance and operation, as well as the      10:26
14 hiring, promotion and discipline of employees,  10:26
15 and all other employment-related issues.        10:26
16 Additionally, Hesse was and is a policy maker   10:26
17 for the OBPD charged with the responsibility of 10:26
18 ensuring that employees are not subject to      10:26
19 unlawful treatment.  He is also responsible for 10:26
20 properly training and supervising employees of  10:26
21 the OBPD.  Hesse engaged in the unlawful        10:26
22 conduct as set forth below."                    10:26
23        Now, let's focus on the part of         10:26
24 paragraph 13 that starts with "at all times     10:26
25 hereinafter."  Do you see that?                 10:26

Page 406

Paradiso

1
2    A.   Yes.                                    10:26
3    Q.   Mr. Fiorillo alleges, I believe        10:26
4  under penalty of perjury --                    10:26
5         MR. GOODSTADT:  Objection.             10:26
6    Q.   --- that "Defendant Hesse was and is   10:26
7  the official responsible for the management and 10:26
8  supervision of the OBPD including its          10:27
9  maintenance and operation as well as the       10:27
10 hiring, promotion and discipline of employees   10:27
11 and all other employment-related issues."       10:27
12        Let's go to that part of the            10:27
13 sentence that says he is responsible for the    10:27
14 management and supervision of the OBPD.         10:27
15        Sir, that's not a correct statement;    10:27
16 correct?                                        10:27
17        MR. GOODSTADT:  Objection.             10:27
18   Q.   Well, sir, is that a correct            10:27
19 statement?                                     10:27
20   A.   He had responsibilities and            10:27
21 management and supervision duties, but not --   10:27
22 he wasn't the final say.  During his shift he   10:27
23 ran his shift, but he was answerable to me.     10:27
24   Q.   Right.  And ultimately, sir, you       10:27
25 would agree with me that you were the official  10:27

Page 407

Paradiso

1
2 responsible for the management and supervision   10:27
3 of the OBPD?                                          10:27
4     A.   During that time frame, yes.        10:27
5     Q.   You were the one who was          10:27
6 accountable?                            10:27
7     A.   Yes.                          10:27
8     Q.   Now, was Mr. Hesse the official      10:27
9 responsible for the maintenance and operation   10:28
10 of the OBPD as Mr. Fiorillo and the other      10:28
11 plaintiffs allege?                       10:28
12    A.   I was in charge of everything, but I  10:28
13 delegated certain things for George to oversee.   10:28
14    Q.   Like what?                     10:28
15    A.   Vehicle maintenance.  He did       10:28
16 background investigations.  We went through the   10:28
17 different people who applied for the positions    10:28
18 and he would make recommendations to me, but       10:28
19 the final say would be mine.              10:28
20    Q.   Recommendations as to --        10:28
21    A.   As to whose application we would     10:28
22 pass on for employment or whatever.        10:28
23    Q.   But the final decision was yours?    10:28
24    A.   Yes.                          10:28
25    Q.   So when Mr. Fiorillo and his other   10:28

Page 408

Paradiso

1
2 plaintiffs allege that Defendant Hesse was and    10:28
3 is the official responsible for, and now I am     10:28
4 going on to the remainder of the paragraph, the   10:28
5 hiring, promotion and discipline of employees     10:29
6 and all other employment-related issues, that's   10:29
7 not correct, is it?                        10:29
8     A.   That would be correct after        10:29
9 September 26, 2006.                     10:29
10    Q.   Right, but --                    10:29
11    A.   2005.                         10:29
12    Q.   -- but before that that's not        10:29
13 correct; right?                         10:29
14    A.   Right.                         10:29
15    Q.   You were?                     10:29
16    A.   Yes.                          10:29
17    Q.   So when the Bosettis were hired, you  10:29
18 were the one who decided to hire them; correct?   10:29
19    A.   Yes.                          10:29
20    Q.   That was your decision that you       10:29
21 recommended to the board to approve; right?      10:29
22    A.   Yes.                          10:29
23    Q.   Now, let's assume just for the        10:29
24 purposes of this question that they were hired    10:29
25 in 2002.  We have in the record when they were.  10:29

Page 409

Paradiso

1
2 I am not exactly sure.                    10:29
3        It would be correct to say that it     10:29
4 was your decision to rehire them for the 2003    10:29
5 season; correct?                       10:29
6     A.   Yes.                          10:29
7     Q.   And it would be your decision to     10:29
8 rehire them for the 2004 season; correct?       10:29
9     A.   Correct.                       10:29
10    Q.   And it would have been your decision  10:29
11 to rehire the Bosettis for the 2005 season;      10:29
12 right?                                10:29
13    A.   Right.                         10:29
14    Q.   And then if they were rehired for    10:29
15 2006, that's when it was Mr. Hesse's --        10:30
16    A.   Correct.                       10:30
17    Q.   -- responsibility; right?          10:30
18        Same thing for every other police    10:30
19 officer, correct, for 2002, 2003, 2004 and     10:30
20 2005, if you wanted -- it was up to you to      10:30
21 either rehire them for those seasons or not;     10:30
22 correct?                              10:30
23    A.   Correct.                       10:30
24    Q.   Likewise, it was your decision if     10:30
25 you didn't want to rehire them; right?         10:30

Page 410

Paradiso

1
2     A.   Yes.                          10:30
3     Q.   For the seasons.                 10:30
4        Now, did Mr. Hesse ever advise you    10:30
5 let's just say starting in 2002 that any of the   10:30
6 plaintiffs should not be rehired for the        10:30
7 following season?                       10:30
8        Let me break it down.  For the 2003   10:30
9 season did Mr. Hesse ever advise you that in     10:30
10 his opinion any of the five plaintiffs should    10:30
11 not be rehired?                        10:30
12    A.   No.                          10:30
13    Q.   Did he ever advise you for the 2004  10:30
14 season that any of the plaintiffs should not be  10:30
15 rehired?                              10:30
16    A.   I don't believe so, no.           10:30
17    Q.   How about for the 2005 season?      10:30
18    A.   No.                          10:31
19    Q.   And while we are on the subject of   10:31
20 the plaintiffs, I believe you testified to the   10:31
21 varying shifts, the different shifts that some    10:31
22 of the plaintiffs worked.  Do you recall that    10:31
23 testimony?                            10:31
24    A.   Yes.                          10:31
25    Q.   I believe, for the most part, they   10:31

13

Page 411

```
 1         Paradiso
 2   all worked on the shift that Mr. Hesse was the    10:31
 3   officer supervising; right?                       10:31
 4        MR. GOODSTADT:  Objection.                    10:31
 5        MR. NOVIKOFF:  Withdrawn.                     10:31
 6   Q.    Would you agree with me that for the         10:31
 7   most part the plaintiffs worked the shifts         10:31
 8   under which Mr. Hesse also worked?                 10:31
 9        MR. GOODSTADT:  Objection.                    10:31
10   A.    The schedule would rotate around,            10:31
11   but the majority of the shifts that these guys     10:31
12   worked were evening or night shifts, yes.          10:31
13   Q.    Right, and those were the majority           10:31
14   of the shifts that Mr. Hesse worked?               10:31
15   A.    Correct.                                     10:31
16   Q.    And would you agree with me that             10:31
17   given that fact, that Mr. Hesse saw more of        10:31
18   their police work than you did between 2002 and    10:32
19   the 2006 season?                                   10:32
20   A.    That would be a reasonable --               10:32
21   Q.    Right.                                       10:32
22   A.    -- representation.                           10:32
23   Q.    Not to suggest that you don't have           10:32
24   an opinion of how they were and not to suggest     10:32
25   that you weren't aware of what they were doing,    10:32
```

Page 412

```
 1         Paradiso
 2   but you would agree with me that on a              10:32
 3   day-to-day basis Mr. Hesse was more aware of       10:32
 4   what the officers did during their shifts than     10:32
 5   you did?                                           10:32
 6   A.    Yes.                                         10:32
 7   Q.    Now, Mr. Fiorillo and the other              10:32
 8   plaintiffs then go on to say that Mr. Hesse was    10:32
 9   and is the official responsible for ensuring       10:32
10   that employees are not subject to unlawful         10:32
11   treatment.  Do you see that?                       10:33
12   A.    Yes.                                         10:33
13   Q.    Now, for the period of time prior to         10:33
14   September of -- the end of September of 2005,      10:33
15   that's not an accurate statement, is it?           10:33
16   A.    No.                                          10:33
17   Q.    You are the person at the Ocean              10:33
18   Beach Police Department that was responsible       10:33
19   for properly training and supervising              10:33
20   employees.  Do you see that?                       10:33
21   A.    Yes.                                         10:33
22   Q.    Same -- let's go to the next                 10:33
23   sentence.  Mr. Fiorillo and the other              10:33
24   plaintiffs allege that Mr. Hesse was and is the    10:33
25   official responsible for properly training and     10:33
```

Page 413

```
 1         Paradiso
 2   supervising employees of the OBPD.  Do you see     10:33
 3   that?                                              10:33
 4   A.    Yes.                                         10:33
 5   Q.    Again, prior to the end of September         10:33
 6   2005 that would not be an accurate statement;      10:33
 7   correct?                                           10:33
 8   A.    No.                                          10:33
 9   Q.    You would have been the person;              10:33
10   correct?                                           10:33
11   A.    Yes.                                         10:33
12   Q.    Now, would you agree with me that at         10:33
13   no time prior to the end of September 2005 did     10:33
14   any of these plaintiffs complain to you that       10:33
15   you, Mr. Paradiso, were not properly exercising    10:33
16   your job responsibilities as chief of police?      10:33
17   A.    That would be correct.                       10:33
18   Q.    And you did not learn from any               10:34
19   source that any of these plaintiffs had            10:34
20   complained to the mayor that you, Mr. Paradiso,    10:34
21   were not properly exercising your                  10:34
22   responsibilities as police chief?                  10:34
23   A.    No.                                          10:34
24   Q.    Same question as it pertains to              10:34
25   Board of Trustees.  You didn't learn from any      10:34
```

Page 414

```
 1         Paradiso
 2   trustee that any of the plaintiffs had             10:34
 3   complained to that particular trustee that you     10:34
 4   as chief were not fulfilling your functions as     10:34
 5   chief of police?                                   10:34
 6   A.    No.                                          10:34
 7   Q.    Now, let's just -- you had an open           10:34
 8   door, correct, in terms of complaints?             10:34
 9        MR. GOODSTADT:  Objection.                    10:34
10   Q.    Would you agree with me?                     10:34
11   A.    Anybody could come in and talk to            10:34
12   me.                                                10:34
13   Q.    Or they could call you up?                   10:34
14   A.    Yes.                                         10:34
15   Q.    Right.  In your opinion, did you             10:34
16   inhibit by your conduct or your attitude           10:34
17   anybody from complaining to you about anything     10:34
18   involving the Ocean Beach Police Department?       10:34
19   A.    No.                                          10:34
20   Q.    And, in fact, if I recall, it was            10:34
21   your policy that if the issue was pertaining to    10:35
22   Sergeant Hesse, then the complaints should go      10:35
23   to you as opposed to Mr. Hesse?                    10:35
24   A.    Right.                                       10:35
25   Q.    Now, why was that your policy?               10:35
```

Page 415

1          Paradiso
2     A.   Because I wanted to know what was      10:35
3 going on.                        10:35
4     Q.   And did you feel that if Mr. Hesse     10:35
5 was the problem, then complaining to Mr. Hesse   10:35
6 wouldn't solve that problem?              10:35
7     A.   It would make sense.              10:35
8     Q.   Right.  It would make sense that if    10:35
9 Mr. Hesse was the problem, they would go to      10:35
10 you?                           10:35
11    A.   Yes.                       10:35
12    Q.   And if you didn't satisfy their       10:35
13 problem, where should they go after that, in     10:35
14 your opinion?  Who was the next in chain of      10:35
15 command?                        10:35
16    A.   It would be the mayor.            10:35
17    Q.   Right.  So if hypothetically         10:35
18 Mr. Fiorillo said that Mr. Hesse was treating    10:35
19 him improperly and you ignored it,            10:35
20 Mr. Fiorillo's next level of complaint, if he    10:36
21 chose to do it, would have been to the mayor;    10:36
22 right?                          10:36
23    A.   Yes.                       10:36
24    Q.   And is that because the mayor was     10:36
25 the police commissioner?                 10:36

Page 416

1          Paradiso
2     A.   Yes.                       10:36
3     Q.   Let's look at paragraph 29.         10:36
4 Mr. Fiorillo and the other plaintiffs allege as  10:36
5 follows.  Hesse was -- I'm sorry.  "In his       10:36
6 capacity as sergeant, Hesse exercised direct     10:36
7 supervisory authority over officers assigned to  10:36
8 the night tour of duty including plaintiffs.     10:36
9 Upon information and belief, Hesse was           10:36
10 temporarily removed from his position as        10:36
11 commander of the night shift for several months 10:37
12 in and around 2002 in response to public        10:37
13 complaints concerning his inadequate           10:37
14 performance as the night shift commander."      10:37
15         Were you aware of any public         10:37
16 complaints as it's alleged in paragraph 29?     10:37
17    A.   I wasn't aware of the complaints,     10:37
18 no.                           10:37
19    Q.   So if I understand your testimony     10:37
20 correctly, you never received a complaint       10:37
21 directly from an Ocean Beach resident          10:37
22 concerning Mr. Hesse's performance as a night    10:37
23 commander prior to the change in shifts in      10:37
24 2002?                          10:37
25    A.   No.                       10:37

Page 417

1          Paradiso
2     Q.   While we are on this, why don't we    10:37
3 just talk a little bit about Ocean Beach,        10:37
4 because we have -- you haven't been here for     10:37
5 all the depositions, but I don't think anyone    10:37
6 has actually described what Ocean Beach is.      10:37
7         Describe for me the jurisdiction in   10:37
8 which you were chief for fifteen years from a    10:37
9 geographic standpoint.                  10:37
10    A.   Okay.  Ocean Beach was a summer      10:38
11 resort community that had a year-round          10:38
12 population of about 145 people, had a summer     10:38
13 population in excess of 10,000 people.          10:38
14 Boundaries of the Village were from the east,    10:38
15 the western half of Surf Road, including all of  10:38
16 the pavement, and two feet east of the          10:38
17 pavement.  That would continue on in a westerly  10:38
18 direction for the next ten blocks ending at      10:38
19 Surf Road.  Surf View was the eastern road.      10:38
20 Surf Road was the west road.  From bay to ocean  10:38
21 including the pavement and two feet west of the  10:38
22 end of the payment.  That was the geographical   10:38
23 boundary of the Village.                 10:39
24    Q.   From north to south, how long would   10:39
25 it take to walk from north to south?           10:39

Page 418

1          Paradiso
2     A.   The widest area of the Village was    10:39
3 approximately 1,900 feet, so depending on how    10:39
4 fast you could walk.                   10:39
5     Q.   Before your injury, how long would    10:39
6 it take you to walk?                   10:39
7     A.   Eight minutes, seven minutes.        10:39
8     Q.   From east to west how long would it   10:39
9 have taken you to walk?                 10:39
10    A.   It was probably the same amount      10:39
11 of -- same distance.  Probably -- maybe a       10:39
12 little shorter.  Three or four minutes, five     10:39
13 minutes, six minutes.                  10:39
14    Q.   So that was the jurisdiction of the   10:39
15 Police Department; correct?               10:39
16    A.   Correct.                    10:39
17    Q.   Okay.  Now, how about to drive --    10:39
18 well, what motor vehicles were available to the  10:39
19 Police Department between 2002 and September of  10:39
20 2005?                          10:40
21    A.   We had bicycles, we had electric     10:40
22 golf carts, and we had the police trucks.       10:40
23    Q.   Okay.  How long would it take to     10:40
24 drive a police truck -- well, could you drive a  10:40
25 police truck north to south?              10:40

Page 419

Paradiso

1
2     A.   Yes.                              10:40
3     Q.   How long would it take to drive from  10:40
4   north to south?                          10:40
5     A.   Well, the roads were very narrow   10:40
6   there, they are only 8 feet wide, so you had to  10:40
7   go slow.                                 10:40
8     Q.   Right. Okay. Even going slow.      10:40
9     A.   So a minute and a half, two minutes.  10:40
10    Q.   East to west, same question?       10:40
11    A.   About the same amount of time.     10:40
12    Q.   Okay. And how about to bike?       10:40
13    A.   Bike, you could probably get by a  10:40
14  little quicker, so two, two minutes.     10:40
15    Q.   How many bars in that time period  10:40
16  were located on Ocean Beach?             10:40
17    A.   Approximately 15.                  10:40
18    Q.   Fifteen bars.                      10:40
19        Did you ever learn as police chief  10:41
20  that Chief Hesse was not issuing summonses to  10:41
21  bar owners in return for certain favors?  10:41
22    A.   No.                               10:41
23    Q.   Did you ever learn while you were  10:41
24  police chief that Mr. Hesse had instructed any  10:41
25  officers not to issue summonses to certain  10:41

Page 420

Paradiso

1
2   bars?                                    10:41
3     A.   No.                               10:41
4     Q.   How many other business           10:41
5   establishments were there in Ocean Beach in  10:41
6   this time period?                        10:41
7     A.   Rough estimate, about 50 or 60.    10:41
8     Q.   Okay. Did you ever learn from any  10:41
9   source that Mr. Hesse had instructed any  10:41
10  officer not to issue summonses to any of those  10:41
11  business establishments for any reason?   10:41
12    A.   No.                               10:41
13    Q.   Did you ever form an opinion that  10:41
14  Mr. Hesse favored certain business        10:42
15  establishments over others with regard to how  10:42
16  laws were enforced?                      10:42
17    A.   No.                               10:42
18    Q.   Did you ever receive any complaints  10:42
19  from any business establishment owner on Ocean  10:42
20  Beach that Mr. Hesse was not acting, in their  10:42
21  opinion, appropriately as a police officer?  10:42
22    A.   No.                               10:42
23    Q.   What was Mr. Hesse's rapport like  10:42
24  with the year-round residents of the village,  10:42
25  to the extent you have enough information to  10:42

Page 421

Paradiso

1
2   form an opinion?                         10:42
3     A.   He -- I think he had a good working  10:42
4   relationship with the year-round residents.  10:42
5   There were some that were -- seemed to be  10:42
6   always complaining about something. Not him in  10:42
7   general, but just complaining.           10:42
8     Q.   Okay.                             10:42
9     A.   There were some that really didn't  10:43
10  want to follow the laws very well. But I don't  10:43
11  recall anybody that stands out in my mind that  10:43
12  had a real problem with the way George did his  10:43
13  job.                                     10:43
14    Q.   And what about with the Bosettis,  10:43
15  can you describe, to the extent you can, what  10:43
16  their rapport was like with the residents and  10:43
17  non-residents of Ocean Beach while they were  10:43
18  police officers?                         10:43
19    A.   The Bosettis had a very welcoming  10:43
20  attitude to people. Part of the way I liked  10:43
21  the way they did their job was that they didn't  10:43
22  have to learn how to deal with the public, they  10:43
23  had twenty years of police experience, and they  10:43
24  were highly trained in the department that they  10:43
25  came from. They were emergency service  10:43

Page 422

Paradiso

1
2   officers. When they started working at the  10:44
3   Village, it was kind of like a different type  10:44
4   of a job for them, because they weren't under  10:44
5   that constant pressure of responding to       10:44
6   critical emergencies at all times, so they  10:44
7   were -- got to know the people of the Village.  10:44
8     Q.   Would you agree with me that the  10:44
9   atmosphere in Ocean Beach certainly during the  10:44
10  summer was a little bit less stressful than the  10:44
11  atmosphere in Brownsville where the Bosettis  10:44
12  worked as police officers?               10:44
13        MR. GOODSTADT: Objection.          10:44
14    A.   Well, I was -- tell you the truth, I  10:44
15  have never been in Brownsville, but I would  10:44
16  think that as opposed to working as a city  10:44
17  police officer and working as an Ocean Beach  10:44
18  police officer, the threat level was what I  10:44
19  would think would be lower working where we  10:44
20  were.                                    10:44
21    Q.   Okay. Now, you said what you liked  10:44
22  about the Bosettis was that they didn't have to  10:45
23  learn how to deal with the public because I  10:45
24  believe, as you said, they were twenty-year  10:45
25  police officers in New York City.        10:45

Page 423

```
1              Paradiso
2         Did Mr. Fiorillo have to learn how    10:45
3    to deal with the public from the first day that  10:45
4    he was employed as a seasonal police officer to  10:45
5    the time that you left?                10:45
6         A.  There is -- for new officers there   10:45
7    is a learning curve on how to deal with the    10:45
8    public, how to be able to remain calm in a    10:45
9    situation where most people could lose their   10:45
10   cool.  Frank caught on very quickly.         10:45
11        Q.  And how about Mr. Nofi, did he have   10:45
12   to learn as well?                     10:45
13        A.  Like I said, all officers learn that  10:45
14   if they have never worked in law enforcement   10:45
15   before.                          10:45
16        Q.  So would that be applicable to all   10:45
17   five of the plaintiffs here, that there was   10:45
18   some learning curve?                  10:45
19        A.  Actually, Tommy Snyder and Eddie   10:45
20   Carter both had law enforcement experience   10:45
21   probably before becoming police officers, so   10:46
22   they had an extensive knowledge on how to deal  10:46
23   with the public prior to coming to work for me.  10:46
24        Q.  So at least in your opinion as    10:46
25   between these five plaintiffs, the learning   10:46
```

Page 424

```
1              Paradiso
2    curve was applicable to Mr. Lamm, Mr. Fiorillo   10:46
3    and Mr. Nofi?                     10:46
4         A.  Right.                   10:46
5         Q.  Now, again, did you have any    10:46
6    hesitancy in rehiring the Bosettis for the 2003  10:46
7    season?                       10:46
8         A.  No.                    10:46
9         Q.  Did you have any hesitancy in    10:46
10   rehiring the Bosettis for the 2004 season?    10:46
11        A.  No.                    10:46
12        Q.  Did you have any hesitancy in    10:46
13   rehiring the Bosettis for the 2005 season?    10:46
14        A.  No.                    10:46
15        Q.  How about Arnold Hardman, did you   10:46
16   have any hesitancy in rehiring Mr. Hardman for  10:46
17   any of the seasons between 2002 and 2005?     10:46
18        A.  No.                    10:46
19        Q.  Same question with Mr. Carollo, any  10:46
20   hesitancies?                     10:46
21        A.  I don't think he worked in 2002.   10:46
22        Q.  Okay.  Whenever Mr. Carollo worked   10:47
23   within that time period, did you have any    10:47
24   hesitancies in rehiring him?             10:47
25        A.  No.                    10:47
```

Page 425

```
1              Paradiso
2         Q.  How about Ty Bacon?          10:47
3         A.  If I had any hesitancy in rehiring   10:47
4    anybody, I wouldn't have rehired them.       10:47
5         Q.  And why is that?  I understand it,   10:47
6    but the jury may not.                 10:47
7         A.  If I thought there was a problem    10:47
8    with an officer or the way they did their job,  10:47
9    I just wouldn't bring them back.          10:47
10        Q.  And that would have been your     10:47
11   discretion; right?                   10:47
12        A.  Right.                   10:47
13        Q.  They were seasonal; right?       10:47
14        A.  Seasonal and part-time.         10:47
15        Q.  So at least for the season there was  10:47
16   no guarantee of working the next year?       10:47
17        A.  No.                    10:47
18        Q.  That would have been up to you?    10:47
19        A.  Right.                   10:47
20        Q.  Until you left, obviously; right?   10:47
21        A.  Correct.                  10:47
22        Q.  Let's go to paragraph 30.  "In or   10:47
23   around May 2002 Hesse began to install and   10:47
24   consolidate a regime of corruption, cronyism   10:48
25   and outright thuggery in the Ocean Beach Police  10:48
```

Page 426

```
1              Paradiso
2    Department."  Do you agree with that       10:48
3    allegation; sir?                   10:48
4         A.  No.                    10:48
5         Q.  Did you see any evidence as police   10:48
6    chief that Mr. Hesse was installing and/or    10:48
7    consolidating a regime of corruption?       10:48
8         A.  No.                    10:48
9         Q.  Cronyism?                 10:48
10        A.  No.                    10:48
11        Q.  Outright thuggery?            10:48
12        A.  No.                    10:48
13        Q.  Did you ever see any thuggery that   10:48
14   went on between 2002 and 2005 concerning     10:48
15   Mr. Hesse?                      10:48
16        A.  What exactly is thuggery?        10:48
17        Q.  I don't know.  If you don't      10:48
18   understand it, then that's fine.          10:48
19             MR. GOODSTADT:  So why are you    10:48
20   asking the questions on a word that you      10:48
21   don't know?                     10:48
22             MR. NOVIKOFF:  What's that?     10:48
23             MR. GOODSTADT:  Why are you asking   10:48
24   him the question on a word that you don't    10:48
25   understand?                     10:48
```

17

Page 427

Paradiso

1
2      MR. NOVIKOFF:  Maybe he does.  I      10:48
3   don't know.  This is your Complaint.  I am   10:49
4   asking him.                              10:49
5      MR. GOODSTADT:  I understand what it   10:49
6   means.                                   10:49
7      MR. NOVIKOFF:  Well, you are smarter   10:49
8   than me --                               10:49
9      MR. GOODSTADT:  I think the jury      10:49
10  understands what it means too.           10:49
11     MR. NOVIKOFF:  -- and Mr. Paradiso    10:49
12  apparently.  You know what, we will move   10:49
13  on.                                      10:49
14     Q.  Now let's go paragraph 31.        10:49
15  Mr. Fiorillo and the other plaintiffs allege   10:49
16  that, quote:  "Indeed several purported   10:49
17  officers in the OBPD failed to even take, let   10:49
18  alone pass, the regimen of tests required for   10:49
19  certification as a police officer in Suffolk   10:49
20  County."  Do you see that?               10:49
21     A.  Yes.                              10:49
22     Q.  Now, that was not Mr. Hesse's fault,   10:49
23  was it?                                  10:49
24     A.  I don't believe it was anyone's   10:49
25  fault.                                   10:49

Page 428

Paradiso

1
2      Q.  Right.  I agree with you, but my   10:49
3   question is now specifically to Mr. Hesse.   10:49
4   And, Mr. Paradiso, the reason why I am focusing   10:49
5   on Mr. Hesse is because you are not named as a   10:49
6   defendant in the lawsuit and Mr. Hesse is.   10:49
7   Trust me, if you were named as a defendant, I   10:49
8   would be asking the questions towards you as   10:50
9   well.                                    10:50
10     A.  Okay.                             10:50
11     Q.  So let's just stick with Mr. Hesse.   10:50
12  The allegation of 31, if true, that was not   10:50
13  Mr. Hesse's fault; correct?              10:50
14     A.  No.                               10:50
15     Q.  And while we are on the subject,   10:50
16  since Mr. Goodstadt spent a considerable time   10:50
17  on it on Monday, there came a time that you   10:50
18  learned that certain police officers needed to   10:50
19  be certified by Suffolk County Civil Service;   10:50
20  right?                                   10:50
21     A.  Right.                            10:50
22     Q.  Prior to that time you,             10:50
23  Mr. Paradiso, did not believe that officers who   10:50
24  had worked in the city system as police   10:50
25  officers needed to be certified by Suffolk   10:50

Page 429

Paradiso

1
2   County; correct?                         10:50
3      A.  No.                               10:50
4      Q.  And, in fact, you hired a few       10:50
5   officers, the Bosettis among them, who were   10:50
6   former New York City police officers who had   10:50
7   not been certified by Suffolk County; correct?   10:50
8      A.  Correct.                          10:50
9      Q.  So now when you learned that Suffolk   10:50
10  County required certification, Suffolk County   10:50
11  Civil Service, you had a discussion with whom,   10:51
12  if anyone, at Suffolk County Civil Service   10:51
13  concerning this issue?                    10:51
14     A.  I didn't have a direct discussion   10:51
15  with anyone at Civil Service.            10:51
16     Q.  Okay.  Did you ever learn from any   10:51
17  source that Suffolk County Civil Service was   10:51
18  giving the Police Department some time to get   10:51
19  their house in order --                  10:51
20     A.  Yes.                              10:51
21     Q.  -- on this issue?                  10:51
22     A.  Yes.                              10:51
23     Q.  And had they not given you time, you   10:51
24  would have been forced to fire the uncertified   10:51
25  officers; correct?                       10:51

Page 430

Paradiso

1
2      A.  Correct.                          10:51
3      Q.  And what would that have done, in   10:51
4   your opinion, to the Police Department at that   10:51
5   time?                                    10:51
6      A.  It would have left us severely      10:51
7   short-handed.                            10:51
8      Q.  Okay.  Now, did you ever learn from   10:51
9   any source that Suffolk County Civil Service   10:51
10  was saying to you, the Police Department, you   10:51
11  must fire uncertified officers immediately?   10:51
12     A.  No.                               10:51
13     Q.  And had you learned that Suffolk   10:51
14  County Civil Service was demanding the   10:51
15  terminations of any seasonal or part-time   10:52
16  officer, what would you have done?        10:52
17     A.  I would have had to let them go.    10:52
18     Q.  Because you were not going to       10:52
19  violate the law?                         10:52
20     A.  No.                               10:52
21     MR. GOODSTADT:  Objection.            10:52
22     Q.  Now, let's go to paragraph 32.     10:52
23  Mr. Fiorillo alleges -- Mr. Fiorillo and the   10:52
24  other plaintiffs allege that: "As just one   10:52
25  example, Hesse allowed his allies on the   10:52

18

Page 431

Paradiso

1
2  force" -- let me stop there.                    10:52
3      Were you aware that Mr. Hesse had      10:52
4  any allies on the force?                        10:52
5      A.  We were all allies.                      10:52
6      Q.  Mr. Fiorillo then goes on to allege:  10:52
7  "Many of whom were unqualified."            10:52
8      Did you ever hire any seasonal          10:52
9  officer, Mr. Paradiso, who you believed was  10:52
10 unqualified?                                    10:52
11     A.  No.                                      10:52
12     Q.  And, in fact, let's talk about the    10:53
13 Bosettis very briefly.  Would you agree with me  10:53
14 at least with regard to experience as police  10:53
15 officers both of the Bosettis had much more  10:53
16 experience than any of the five plaintiffs  10:53
17 here?                                            10:53
18     A.  As police officers?                     10:53
19     Q.  Yes.                                     10:53
20     A.  Yes.                                     10:53
21     Q.  Mr. Fiorillo then goes on to say:    10:53
22 "And had not been duly certified by Suffolk  10:53
23 County Civil Service to spend their shifts  10:53
24 drinking at local bars while in uniform and  10:53
25 officially on duty."                            10:53

Page 432

Paradiso

1
2      Would you agree with me, sir, that    10:53
3  in your capacity as police chief if police    10:53
4  officers were spending their shifts in uniform  10:53
5  on duty drinking, you would have learned about  10:53
6  it from some source?                          10:53
7      MR. GOODSTADT:  Objection.            10:54
8      A.  I believe so.                          10:54
9      Q.  And why is that?  Why would you have  10:54
10 learned about it from some source?            10:54
11     A.  Because I was the chief.  Somebody    10:54
12 would have said something.  There is no way    10:54
13 that could have gone on without somebody    10:54
14 saying, you know, giving me a call or a note or  10:54
15 a knock on my door or anything like that.    10:54
16     Q.  And, in fact, there were trustee      10:54
17 members and perhaps a mayor or two that were  10:54
18 not fans of yours; correct?                    10:54
19     MR. GOODSTADT:  Objection.            10:54
20     A.  That's correct.                        10:54
21     Q.  Would it be fair to say that, you    10:54
22 know, a mayor or a trustee that was not a fan  10:54
23 of yours would have relished the opportunity to  10:54
24 give you a dig involving an officer that they  10:54
25 saw drinking in a bar while on duty?        10:54

Page 433

Paradiso

1
2      MR. GOODSTADT:  Objection.            10:54
3      A.  I don't think they would relish the  10:54
4  opportunity.  They would take it as a personal  10:54
5  problem for the Village and in their role as a  10:54
6  Village official they would be compelled to say  10:54
7  something.  If they didn't, they would be    10:55
8  negligent in their vow.                        10:55
9      Q.  Any trustee or mayor ever tell you    10:55
10 that they had even heard a rumor that any    10:55
11 police officer at any time while in uniform was  10:55
12 drinking alcohol in a bar?                    10:55
13     A.  No.                                      10:55
14     Q.  32: "Moreover, Hesse instructed      10:55
15 other officers under his command, including    10:55
16 plaintiffs, to neglect their own duties in      10:55
17 order to chauffeur their intoxicated colleagues  10:55
18 both inside and out of Ocean Beach."  Do you  10:55
19 see that?                                        10:55
20     A.  Yes.                                     10:55
21     Q.  Did you ever learn from any source    10:55
22 even the rumor that Mr. Hesse had instructed  10:55
23 other officers to do that which I just read?    10:55
24     A.  I don't believe Sergeant Hesse would  10:55
25 have ordered anyone to neglect their duties.  10:55

Page 434

Paradiso

1
2      Q.  Did you ever hear even the rumor    10:56
3  that Mr. Hesse had ordered any of the        10:56
4  plaintiffs or anyone to chauffeur intoxicated  10:56
5  police officers both inside and outside of    10:56
6  Ocean Beach?                                  10:56
7      A.  If guys had gotten off at 4:00 in    10:56
8  the evening and decided to go out later on off  10:56
9  duty and still required a ride-off at change of  10:56
10 tours, there would be times that they could be  10:56
11 intoxicated and be driven off out of the beach.  10:56
12     Q.  Okay.  You are aware that there were  10:56
13 times when that happened?                    10:56
14     A.  Yes.                                     10:56
15     Q.  Okay.  And are you aware of who      10:56
16 directed the person to drive these intoxicated  10:56
17 officers?  Would that have been Mr. Hesse?    10:56
18     A.  If it happened at night and George    10:56
19 was on duty, then he wouldn't have just said  10:57
20 "take the drunk guys off the beach."  The shift  10:57
21 change would have went and the guys would have  10:57
22 got in the car and left also.                  10:57
23     Q.  And if you were in charge, you would  10:57
24 have issued that directive?                    10:57
25     A.  Right.  It wasn't a directive.  It      10:57

Page 435

Paradiso

1
2  was how we got on and off the beach.  The boats  10:57
3  would stop running.  Guys would have to go in  10:57
4  and out.  So it could have taken place.  10:57
5      Q.  Right.  But you are not aware that  10:57
6  Mr. Hesse ever directed any of the plaintiffs  10:57
7  to neglect their duties in order to chauffeur  10:57
8  police officers off and on the beach?  10:57
9      A.  That's correct.  10:57
10      Q.  Okay.  Let's look at paragraph 33.  10:57
11  Did you ever hear even the rumor from any  10:57
12  source that Mr. Hesse would be -- was  10:57
13  collecting money to have officers get rocket  10:57
14  fuel delivered to the police station?  10:58
15      A.  No.  10:58
16      Q.  Let's look at paragraph 34.  10:58
17  "Moreover, beginning in May 2002 Hesse  10:58
18  undertook a concerted effort to advance a  10:58
19  hand-picked cadre of uncertified and  10:58
20  unqualified police officers who had not been  10:58
21  certified for duty by the Civil Service  10:58
22  Department and Suffolk County."  Do you see  10:58
23  where I was reading?  10:58
24      A.  Yes.  10:58
25      Q.  Now, with regard to the allegation  10:58

Page 436

Paradiso

1
2  that Hesse undertook a concerted effort to  10:58
3  advance a hand-picked cadre of uncertified and  10:58
4  unqualified officers, is that an accurate  10:58
5  statement?  10:58
6      A.  I don't believe so.  10:58
7      Q.  In fact, Mr. Hesse, at least prior  10:58
8  to your last day of full-time employment in  10:58
9  September of 2004, did not have the  10:58
10  authority --  10:58
11      A.  2006.  10:58
12      Q.  2006.  10:58
13      A.  Five.  2005.  10:58
14      Q.  Did not have the authority to  10:58
15  advance anyone's career at Ocean Beach;  10:58
16  correct?  10:58
17      A.  No.  10:58
18      Q.  Number 35.  "Hesse also hired the  10:59
19  civilians as police dispatchers despite the  10:59
20  fact that they did not meet minimum standards  10:59
21  in violation of Suffolk County Civil Service  10:59
22  law."  10:59
23      Put aside whether or not there is a  10:59
24  violation of Suffolk County Civil Service law.  10:59
25  The statement that Mr. Fiorillo and his  10:59

Page 437

Paradiso

1
2  plaintiffs allege, Hesse also hired civilians  10:59
3  as the police dispatchers, is that a correct  10:59
4  statement?  10:59
5      A.  I hired the dispatchers.  10:59
6      Q.  And would you have hired any police  10:59
7  dispatcher that you believed put any citizen at  10:59
8  risk on Ocean Beach?  10:59
9      A.  The dispatchers that we hired were  10:59
10  off-duty police officers from other  10:59
11  jurisdictions that -- or they might have been  10:59
12  retired police officers.  These were people  11:00
13  that had police experience, but like an active  11:00
14  city, police -- New York City police officer  11:00
15  couldn't work for another Police Department in  11:00
16  the role of a police officer, so I hired them  11:00
17  as dispatchers so I would have a knowledgeable  11:00
18  person answering the phone and directing people  11:00
19  over the radio.  11:00
20      Q.  So I think you have answered, but I  11:00
21  just want to make sure so the record is clear.  11:00
22      You never, in your opinion, hired  11:00
23  any police dispatcher who you considered to be  11:00
24  unqualified; correct?  11:00
25      A.  No.  11:00

Page 438

Paradiso

1
2      Q.  Or to put -- who would have put the  11:00
3  public's health and safety at risk; correct?  11:00
4      A.  No.  11:00
5      Q.  Before I go any further,  11:00
6  Mr. Paradiso, we have gone through a number of  11:00
7  allegations and your testimony is your  11:00
8  testimony.  11:00
9      As you sit here today, do you have  11:00
10  any explanation as to why Mr. Fiorillo and the  11:00
11  other plaintiffs are making these specific  11:00
12  factual allegations in this Complaint if they  11:01
13  are not true?  11:01
14      MR. GOODSTADT:  Objection.  11:01
15      A.  I don't think I am qualified to  11:01
16  answer that question.  I don't know what the  11:01
17  officers might have seen that I don't know -- I  11:01
18  wasn't aware of or what reason they might want  11:01
19  to make a statement that I might not have  11:01
20  been -- that I wasn't aware of.  It's not for  11:01
21  me to decide why they would make these claims.  11:01
22      Q.  But certainly with regard to the  11:01
23  claims that we have gone through already, you  11:01
24  never became aware of them from any source?  11:01
25      A.  No.  11:01

Page 439

Paradiso

1
2    Q.   Let's go to 37.  37 refers to an      11:01
3    incident that Mr. Nofi alleged took place when   11:02
4    he issued a 10-1 on the radio and no one came   11:02
5    to his aid.  Would you agree with me?  If you   11:02
6    want to read 37, by all means, do so.      11:02
7         (Document review.)              11:02
8    A.   Okay, I have read it.           11:02
9    Q.   And you would agree with me that      11:02
10   this involves an incident, at least according   11:02
11   to Mr. Nofi, that on one occasion he issued a   11:02
12   10-1 and no one came to his aid?      11:02
13   A.   Correct.                     11:02
14   Q.   Would you agree with me that a 10-1   11:02
15   is among, if not the most important code that   11:02
16   an officer can issue?                11:03
17   A.   Yes.                        11:03
18   Q.   It's basically saying to anyone who   11:03
19   is listening that an officer is down and his or   11:03
20   her life is in danger?               11:03
21   A.   Yes.                        11:03
22   Q.   And you would agree with me that      11:03
23   that would be a pretty important event that   11:03
24   took place in someone's life as a police   11:03
25   officer, that they had to issue a 10-1?   11:03

Page 440

Paradiso

1
2    A.   Yes.                        11:03
3    Q.   Have you ever issued a 10-1?      11:03
4    A.   No.                         11:03
5    Q.   Have you ever been on the phone, on   11:03
6    the radio in Ocean Beach when someone has   11:03
7    issued a 10-1?                    11:03
8    A.   Yes.                        11:03
9    Q.   Who?                        11:03
10   A.   Sergeant Golippi.             11:03
11   Q.   Okay.  And other than this one      11:03
12   instance, was there any other instance when a   11:03
13   10-1 was issued?                  11:03
14   A.   That I heard?                 11:03
15   Q.   That you heard.               11:03
16   A.   Yeah, I have responded to Suffolk   11:03
17   County police's 10-1s out of the Village.   11:03
18   Q.   Okay, but in the Village.  Other   11:03
19   than Mr. Golippi's 10-1, did you ever hear   11:03
20   another 10-1?                    11:03
21   A.   I might have.  I don't recall,      11:03
22   but --                          11:04
23   Q.   But it's not a lot?            11:04
24   A.   You don't get them often.       11:04
25   Q.   It's not a common event?        11:04

Page 441

Paradiso

1
2    A.   No.                         11:04
3    Q.   Did Mr. Nofi ever go to you and say   11:04
4    in sum or substance, "chief, you are not gonna   11:04
5    believe this, but my life was in jeopardy the   11:04
6    other night, I called a 10-1 and no one came to   11:04
7    help me"?                        11:04
8    A.   I don't recall that ever happening.   11:04
9    Q.   Did you ever recall seeing a      11:04
10   document that Mr. Nofi drafted, whether it was   11:04
11   a police report or a memo, saying "this is what   11:04
12   took place, I was in trouble, I issued a 10-1   11:04
13   and no one came to help me"?          11:04
14   A.   No.                         11:04
15   Q.   Would that be something in your   11:04
16   experience as a police chief that you would   11:04
17   want to know about from an officer?      11:04
18   A.   Yes.                        11:04
19   Q.   And if you were aware or became --   11:04
20   as police chief if you did learn that an   11:04
21   officer issued a 10-1 and no one came to his or   11:04
22   her aid, you would want to investigate that;   11:04
23   correct?                         11:05
24   A.   Yes.                        11:05
25        MR. GOODSTADT:  Objection.       11:05

Page 442

Paradiso

1
2    Q.   Because the most important thing as   11:05
3    a police officer, you would agree, is to make   11:05
4    sure that another police officer's life was not   11:05
5    in danger or if it was, that you would do   11:05
6    everything in your power to ensure that that   11:05
7    police officer was taken care of?        11:05
8    A.   Yes.                        11:05
9    Q.   Let's look at paragraph 38.  "Upon   11:05
10   information and belief the Suffolk County   11:05
11   Police Department compounded and exacerbated   11:05
12   the severe danger to public safety by allowing   11:05
13   certain of the uncertified officers to obtain   11:05
14   firearm certification even though these   11:05
15   officers did not have pistol permits and had   11:05
16   not been trained or certified by the Suffolk   11:05
17   County Police Academy or any other accredited   11:05
18   police training agency in Suffolk County."  Do   11:05
19   you see that?                    11:05
20   A.   Yes.                        11:05
21   Q.   When you hired the Bosettis, what   11:05
22   information, if any, did you have with regard   11:05
23   to whether or not they were permitted to carry   11:06
24   and use their pistols?               11:06
25   A.   I believe they had pistol permits.   11:06

Page 443

Paradiso

1
2    Q.   And you looked into this before you    11:06
3    hired them?                          11:06
4    A.   I believe so.                    11:06
5    Q.   And you were satisfied that that was   11:06
6    in compliance with whatever the law was?    11:06
7    A.   Yes.                          11:06
8    Q.   And you had no concern that their    11:06
9    having these pistols in Ocean Beach created a   11:06
10   safety issue for the citizens?            11:06
11   A.   No.                          11:06
12   Q.   At any point in time before         11:06
13   September of 2005 did you become aware of any   11:06
14   issue concerning the violation by the Bosettis   11:06
15   or anybody else who were not trained by a    11:06
16   Suffolk County agency concerning carrying their   11:06
17   pistols?                          11:06
18   A.   No.                          11:06
19   Q.   Did the plaintiffs ever complain to    11:06
20   you that any of the police officers were not    11:06
21   properly qualified to carry their pistols      11:06
22   because they had not been issued the        11:06
23   certification by the Suffolk County police     11:07
24   academy or other accredited police training    11:07
25   agency in Suffolk County?              11:07

Page 444

Paradiso

1
2    A.   No.                          11:07
3    Q.   Let's look at 39.  "In addition,      11:07
4    Hesse allowed the uncertified officers to     11:07
5    assign dock masters to "cover" their shifts at   11:07
6    the OBPD, blithely entrusting law enforcement   11:07
7    power and responsibility to untrained and     11:07
8    unsupervised civilians."                11:07
9       Do you have an understanding as to     11:07
10   what Mr. Fiorillo and the other plaintiffs are   11:07
11   alleging with regard to this allegation in     11:07
12   paragraph 39?                       11:07
13   A.   The only thing that I could see by     11:07
14   something like this is from time to time we had   11:07
15   dock masters that worked for the Village and    11:07
16   they would cover the docks, they carried      11:07
17   radios, and they would -- they were like extra   11:07
18   set of eyes that worked the docks.  Some of    11:07
19   them were aspiring to become law enforcement   11:08
20   officers later on.  And if the dispatcher that   11:08
21   was behind the desk had to go to the bathroom   11:08
22   or had to run, you know, on a personal matter   11:08
23   for like two or three minutes, they would -- we   11:08
24   would call one of the dock masters in just to   11:08
25   man the radios for a short period of time until   11:08

Page 445

Paradiso

1
2    the guy came back from the bathroom or wherever   11:08
3    he had to go quickly, but they couldn't cover a   11:08
4    shift.  You know, this would be like a       11:08
5    temporary thing just to make sure we had      11:08
6    somebody in the police station.            11:08
7    Q.   So that if a call came in there       11:08
8    would be someone to answer the phone?        11:08
9    A.   Right.                        11:08
10   Q.   And you were aware -- and did you     11:08
11   ever ask a dockmaster to temporarily --      11:08
12   A.   Yes.                         11:08
13   Q.   -- cover a shift?                 11:08
14   A.   And especially if there was an       11:08
15   emergency somewhere in the Village and all the   11:08
16   police officers had to run, and say instead of   11:08
17   a dispatcher on duty they had -- I had a police   11:08
18   officer behind the desk, if there was an      11:08
19   emergency at one of the bars, they would call   11:09
20   one of dock masters up so we could get an extra   11:09
21   officer to run down there.              11:09
22   Q.   So Mr. Hesse, to the extent this      11:09
23   allegation was even true that he allowed      11:09
24   uncertified officers, whatever that means, to   11:09
25   assign dock masters to cover shifts, that     11:09

Page 446

Paradiso

1
2    wasn't in violation of any Ocean Beach policy,   11:09
3    was it?                          11:09
4       MR. GOODSTADT:  Objection.         11:09
5    A.   They wouldn't be covering a shift.    11:09
6    They would watch the phones on a temporary    11:09
7    basis.                          11:09
8    Q.   So would this be an accurate        11:09
9    statement, in your opinion, given your       11:09
10   experience as police chief that Hesse allowed   11:09
11   uncertified officers to assign dock masters to   11:09
12   cover their shifts?                    11:09
13   A.   No.                          11:09
14   Q.   Did you learn from any source ever    11:09
15   as police chief that Mr. Hesse was allowing    11:09
16   dock masters to cover the entire shifts of     11:09
17   dispatchers?                       11:09
18   A.   No.                          11:09
19   Q.   Did Mr. Fiorillo or any of the       11:09
20   plaintiffs ever complain to you about this     11:09
21   issue that they have alleged in paragraph 39?   11:09
22   A.   No.                          11:09
23   Q.   Let's look at paragraph 40.  "Hesse   11:10
24   also allowed the uncertified officers to drink   11:10
25   beer while patrolling in police vehicles."     11:10

Page 447

Paradiso

```
1           Paradiso
2           Did the plaintiffs ever advise you    11:10
3   at any time that you were police chief that    11:10
4   Mr. Hesse allowed anybody, whether certified or  11:10
5   uncertified -- again, I don't know what that    11:10
6   means -- that a particular officer was drinking  11:10
7   beer while patrolling in a police vehicle?    11:10
8           MR. GOODSTADT: Objection.        11:10
9   A.  No.              11:10
10          MR. NOVIKOFF: There was an       11:10
11  objection, so let me rephrase the question.  11:10
12          MR. GOODSTADT: Are you going to   11:10
13  take out your inappropriate colloquy about   11:10
14  not knowing what things mean?          11:10
15          MR. NOVIKOFF: I don't know. Maybe. 11:10
16  I don't know what comes out of my mouth     11:10
17  until it comes out.            11:10
18          MR. GOODSTADT: Okay. Then I will  11:10
19  object if I have to.            11:10
20          MR. NOVIKOFF: Okay.          11:10
21  Q.  Mr. Paradiso, did the plaintiffs    11:10
22  ever complain to you -- withdrawn.        11:10
23          Did the plaintiffs ever advise you   11:10
24  in whatever form that Hesse was allowing any   11:10
25  police officer to drink beer while patrolling  11:11
```

Page 448

Paradiso

```
1           Paradiso
2   in police vehicles?            11:11
3   A.  No.              11:11
4   Q.  Did you ever hear from any source as  11:11
5   police chief that that was taking place?    11:11
6   A.  No.              11:11
7   Q.  Did the plaintiffs ever advise you   11:11
8   that they learned that Hesse was instructing   11:11
9   officers as to what beer to confiscate?    11:11
10  A.  No.              11:11
11  Q.  Did you ever learn from any source    11:11
12  that Hesse was, in fact, doing what was being   11:11
13  alleged in paragraph 40 with regard to    11:11
14  confiscating beer?            11:11
15  A.  No.              11:11
16  Q.  42. "Despite plaintiffs' repeated    11:11
17  complaints, Hesse's policy of allowing the    11:11
18  uncertified officers to become intoxicated    11:11
19  while on duty became even more expansive during  11:12
20  the summer of 2004."            11:12
21          Were you ever aware of a policy of   11:12
22  Mr. Hesse's to allow any officers to become    11:12
23  intoxicated while on duty?          11:12
24  A.  No.              11:12
25  Q.  Did you ever receive any        11:12
```

Page 449

Paradiso

```
1           Paradiso
2   communication on even one occasion that a    11:12
3   police officer while on duty was intoxicated?   11:12
4   A.  No.              11:12
5   Q.  Is that something that you think as   11:12
6   police chief in this very small village you    11:12
7   would have learned of through some source?    11:12
8   A.  Yes.              11:12
9           MR. GOODSTADT: Just note my       11:12
10  objection to that last question.         11:12
11          MR. NOVIKOFF: How much time left?   11:12
12          THE VIDEOGRAPHER: About six       11:12
13  minutes.              11:12
14          MR. NOVIKOFF: Okay.          11:12
15  Q.  Let's look at paragraph 43 and then    11:12
16  I think we will end the tape with this    11:12
17  paragraph. "By way of example only, Officer    11:12
18  Snyder was assigned to OBPD headquarters where  11:12
19  he served as an emergency dispatcher.      11:13
20  Notwithstanding Hesse allowing the uncertified  11:13
21  officers to frequent bars while on duty,    11:13
22  Officer Snyder frequently would attempt to    11:13
23  contact him over the emergency police radio if   11:13
24  no other officers were available to respond to   11:13
25  a public emergency. In retaliation for what   11:13
```

Page 450

Paradiso

```
1           Paradiso
2   they perceived as Officer Snyder's unwarranted  11:13
3   interruptions, the uncertified officers began   11:13
4   confiscating the Police Department's emergency  11:13
5   cell phone from Officer Snyder at the start of   11:13
6   his shift." Do you see that?          11:13
7   A.  Yes.              11:13
8   Q.  Would you agree with me, sir, that    11:13
9   if Mr. Snyder was having his emergency cell    11:13
10  phone taken away from him at the beginning of   11:13
11  the shift, that that would have constituted a   11:13
12  dangerous situation?            11:13
13  A.  Yes.              11:13
14  Q.  What is the importance of the      11:13
15  emergency cell phone?            11:13
16  A.  Well, we could call forward our      11:13
17  police line to that cell phone if he had to    11:13
18  leave the office.            11:13
19  Q.  Did Mr. Snyder ever advise you that   11:13
20  any officer was taking away his emergency cell   11:14
21  phone before his shift?            11:14
22  A.  No.              11:14
23  Q.  Now, let's look at the last       11:14
24  sentence. "When their shifts ended, they would  11:14
25  return the emergency cell phone to Officer    11:14
```

Page 451

Paradiso

1
2  Snyder, who would then review a series of        11:14
3  unanswered messages from residents and/or        11:14
4  visitors of Ocean Beach who had attempted in     11:14
5  vain to contact the OBPD."  Do you see that?     11:14
6      A.  Yes.                                     11:14
7      Q.  Do you understand what Mr. Snyder is     11:14
8  saying is that there was a period of time that   11:14
9  his cell phone was taken away where citizens or  11:14
10  visitors to Ocean Beach were trying to contact  11:14
11  the police and couldn't?                        11:14
12      A.  I understand -- I understand that       11:14
13  comment, yes.                                   11:15
14      Q.  Right.  So you understand that's        11:15
15  what Mr. Snyder is saying; correct?             11:15
16      A.  Yes.                                    11:15
17      Q.  That there were citizens or visitors    11:15
18  of Ocean Beach who could not get through to the 11:15
19  police because Mr. Snyder didn't have his       11:15
20  emergency cell phone.  Do you see that?         11:15
21      A.  Yes.                                    11:15
22      Q.  Would you agree with me that            11:15
23  Mr. Snyder would have been derelict in his duty 11:15
24  by not informing the chief of police that there 11:15
25  were citizens and visitors of Ocean Beach who   11:15

Page 452

Paradiso

1
2  could not get police assistance because some    11:15
3  other officers were taking away his cell phone? 11:15
4      A.  First off, I never felt that Officer    11:15
5  Snyder was derelict in his duties.              11:15
6      Q.  I understand that, because you          11:15
7  didn't know about this.  Let's assume it's      11:15
8  true.                                           11:15
9      A.  And, secondly, if he didn't have the    11:15
10  cell phone, then he would be in the police      11:15
11  station and the calls would be coming in to the 11:15
12  police line, not to the cell phone.            11:16
13      Q.  Okay.  But Mr. Snyder is saying at     11:16
14  the end "who had attempted in vain to contact   11:16
15  the Ocean Beach Police Department."  Do you see 11:16
16  that?                                           11:16
17      A.  Yes.                                    11:16
18      Q.  Do you agree with me that by saying    11:16
19  "who had attempted in vain to contact the Ocean 11:16
20  Beach Police Department," that means that they  11:16
21  didn't succeed in getting the Ocean Beach       11:16
22  Police Department?                              11:16
23      A.  Yes.                                    11:16
24      Q.  Okay.  If that is true, and for the    11:16
25  purpose of this question only let's assume that 11:16

Page 453

Paradiso

1
2  what Mr. Snyder is true, would you agree with   11:16
3  me that it would have been a dereliction of his 11:16
4  duty to not tell the chief of police that Ocean 11:16
5  Beach visitors or residents could not get       11:16
6  through to the Ocean Beach Police Department     11:16
7  because other officers had taken away his cell  11:16
8  phone?                                          11:16
9      A.  I should have been notified.            11:16
10      MR. NOVIKOFF:  Great.  Let's stop         11:16
11      and pick it up in about five or ten        11:16
12      minutes.                                    11:16
13      THE VIDEOGRAPHER:  That is the end        11:16
14      of tape number 1.  The time is 11:17 a.m.  11:16
15      We are now off the record.                 11:16
16      (Recess was taken from 11:17 to            11:17
17      11:31.)                                     11:17
18      THE VIDEOGRAPHER:  This is the start      11:31
19      of tape number 2.  The time is now         11:31
20      11:32 a.m.  We are now back on the record. 11:31
21  BY MR. NOVIKOFF:                                11:31
22      Q.  Mr. Paradiso, let's just stay on       11:31
23  paragraph 43 for, I think, one more question    11:31
24  hopefully.                                      11:32
25      Did you ever receive notification          11:32

Page 454

Paradiso

1
2  from any resident or any visitor that they      11:32
3  unsuccessfully attempted to get ahold of the    11:32
4  Ocean Beach Police Department while you were     11:32
5  chief?                                          11:32
6      A.  Yes.                                     11:32
7      Q.  Do you recall specifically on how       11:32
8  many occasions?                                  11:32
9      A.  I don't recall specifically, but        11:32
10  when we first went over to the call forwarding  11:32
11  to the cell phone, the service wasn't always    11:32
12  constant, so sometimes the call wouldn't go to  11:32
13  our phone, but nothing that had any kind of     11:32
14  pattern or -- it was more of an issue during    11:32
15  the off season when there was only one guy on,  11:33
16  because he would spend the majority of the time 11:33
17  out of the office on that phone, you know, with 11:33
18  the calls forwarded to that phone, but after    11:33
19  they installed the cell sites on the water      11:33
20  tower, it eliminated a lot of those problems.   11:33
21      Q.  And when did they install the cell     11:33
22  sites on the water towers?                      11:33
23      A.  Oh, gosh, I don't exactly know when.   11:33
24      Q.  1990s or in the 2000s?                  11:33
25      A.  I think in the '90s.                    11:33

Page 455

1         Paradiso
2     Q.  Okay.  Now, let's -- you mentioned     11:33
3  something in that last answer about off season     11:33
4  when there is only one person on, and that's an     11:33
5  area I wanted to get into, but since you     11:33
6  brought it up, I will get into it now.     11:33
7         If I understand correctly, there was     11:33
8  the season, correct, that was that two weeks     11:33
9  before Memorial Day and two weeks after Labor     11:33
10  Day, approximately?     11:33
11     A.  Yeah, that's the -- that's the     11:33
12  definition of the summer season, two weeks     11:33
13  before Memorial Day, two weeks after Labor Day.     11:34
14     Q.  Okay.  And for that season, Ocean     11:34
15  Beach would hire seasonal police officers;     11:34
16  correct?     11:34
17     A.  Right.     11:34
18     Q.  Between 2002 and 2005 seasons,     11:34
19  approximately how many seasonal police officers     11:34
20  were hired during the season, for each season?     11:34
21     A.  It fluctuated between maybe 20 and     11:34
22  25.     11:34
23     Q.  Okay.  Now we have the season.     11:34
24  Would it be fair to say that everything other     11:34
25  than the season was off season?     11:34

Page 456

1         Paradiso
2     A.  Yes.     11:34
3     Q.  Okay.  And that would be at some     11:34
4  point in October through some point in time in     11:34
5  early May; right?     11:34
6     A.  Well, the season would end -- the     11:34
7  height of the season would end Labor Day     11:34
8  weekend where we would cut the shifts down     11:34
9  during the week and we would still have quite a     11:34
10  contingent of men working on the weekends     11:34
11  through Columbus Day and then after Columbus     11:34
12  Day it would taper off again, because the ferry     11:35
13  schedules would be severely restricted, and     11:35
14  then the bars and the restaurants would close,     11:35
15  so it got to the point by around the end of     11:35
16  October, beginning of November there was     11:35
17  usually only one restaurant, CJ's was the only     11:35
18  place that stayed open on a year-round basis.     11:35
19     Q.  Okay.  So now between Columbus Day     11:35
20  and let's say April 1st, there would be two     11:35
21  full-time police officers, you and Mr. Hesse;     11:35
22  right?     11:35
23     A.  Right.     11:35
24     Q.  And you would have your own shifts?     11:35
25     A.  Yes.     11:35

Page 457

1         Paradiso
2     Q.  On average how many -- well, how     11:35
3  would you go about -- withdrawn.     11:35
4         Would you hire other officers in a     11:35
5  part-time role during that time period?     11:35
6     A.  Yes.     11:35
7     Q.  How many shifts per day would you     11:35
8  need an officer for during that time period?     11:36
9     A.  Day shifts there would usually be     11:36
10  one officer on.  It was usually me or George     11:36
11  during the day and then we would have a guy     11:36
12  working 4 to 12 and a guy working midnight     11:36
13  to 8.     11:36
14     Q.  Okay.  So during the period of time     11:36
15  that we are talking about from Columbus Day     11:36
16  through middle of April, you would have on     11:36
17  average only one officer per 4 to 12 shift and     11:36
18  one officer per midnight to 8 shift?     11:36
19     A.  Normally, yeah.  In October on the     11:36
20  weekends if there was still some restaurants     11:36
21  open, we might have a couple of guys intermixed  11:36
22  in between the evening and overnight just for     11:36
23  extra coverage, but by November 1st it was one     11:36
24  person on per shift.     11:37
25     Q.  And these officers were part-time?     11:37

Page 458

1         Paradiso
2     A.  Yes.     11:37
3     Q.  And who decided what part-time     11:37
4  officers would work during this off-season     11:37
5  period of time that we are talking about?     11:37
6     A.  I made the schedule.     11:37
7     Q.  And for the on-season, who made the     11:37
8  schedule?     11:37
9     A.  I did.     11:37
10     Q.  Now, on the day shifts during the     11:37
11  season on average, again, 2002 through the 2005  11:37
12  seasons, how many seasonal officers, excluding     11:37
13  you and Mr. Hesse who weren't seasonal, for the  11:37
14  day shift that you were on, generally, how many  11:37
15  other seasonal officers were on that shift?     11:37
16     A.  We usually have a dispatcher, if we     11:37
17  could get one, and Monday through Friday we     11:37
18  would have one to two additional officers on     11:37
19  for an 8 to 4.  On the weekends we would have     11:37
20  four or five on during the day, so we could     11:38
21  cover the beach also.     11:38
22     Q.  Okay.  And when you say "cover the     11:38
23  beach," how long was the beach?  Withdrawn.     11:38
24         Describe the length of the beach     11:38
25  from one end to the other.  Not the depth.  The  11:38

Page 459

Paradiso

1  length.                                    11:38
2  length.                                    11:38
3      A.   Approximately 1,800 feet.          11:38
4      Q.   And when you say you would have an  11:38
5  officer or officers patrolling the beach,   11:38
6  describe how they would patrol the beach on the  11:38
7  weekends during the season.                 11:38
8      A.   It would be foot patrols on the    11:38
9  beach.                                      11:38
10     Q.   Just walking up and down?          11:38
11     A.   Yes.                               11:38
12     Q.   And how many officers would be     11:38
13  assigned to the beach during the season on the  11:38
14  weekends?                                   11:38
15     A.   Usually -- my attempt would be to  11:38
16  have two guys up there from 9:00 in the morning  11:38
17  until 5 or 6 in the afternoon.             11:38
18     Q.   Okay.  And the other officers, where  11:38
19  would they be assigned in the Village?  Were  11:38
20  there specific places in the Village that you  11:38
21  would have officers assigned, during the day  11:38
22  shift now?                                  11:38
23     A.   There would be a guy in the        11:38
24  residential areas patrolling the back streets  11:39
25  and a guy in town and one other guy fluctuating  11:39

Page 460

Paradiso

1
2  back and forth between that, and then we would  11:39
3  have a dockmaster or two on the docks.      11:39
4      Q.   Okay.  So during the season on the  11:39
5  weekends you would have three seasonal officers  11:39
6  in town, you would have a couple of         11:39
7  dockmasters, and then you would have two    11:39
8  officers on the beach?                      11:39
9      A.   Yeah.                              11:39
10     Q.   And then it would be you?          11:39
11     A.   Right.                             11:39
12     Q.   Okay.  And what would you do during  11:39
13  those season weekends?                     11:39
14     A.   I normally patrolled the beach also.  11:39
15     Q.   Oh, okay.  So there could be at    11:39
16  times three people on the beach?           11:39
17     A.   Yes.                               11:39
18     Q.   Now, from -- so that's the day     11:39
19  shift.  Let's talk about from the 4 to midnight  11:39
20  shift during the season.                   11:39
21     A.   4 to 12s I would have probably --  11:39
22     Q.   Let's not talk about shifts.       11:39
23  Between 4 and 12 how many seasonal officers  11:39
24  would be in the Village patrolling the Village  11:39
25  in that time period?                       11:40

Page 461

Paradiso

1
2      A.   It would fluctuate between 4 and 12,  11:40
3  because we had 4 to 12 guys come in and then we  11:40
4  would have another contingency either come on  11:40
5  at 6:00 and then another group come on at 9:00  11:40
6  at night.                                   11:40
7      Q.   Okay.                              11:40
8      A.   So there could be as many as nine or  11:40
9  ten.                                        11:40
10     Q.   And who was responsible for        11:40
11  scheduling those officers for those shifts?  11:40
12     A.   I scheduled everyone.              11:40
13     Q.   Okay.  And where during the 4 to 12  11:40
14  time period would the officers be assigned?  11:40
15     A.   You would have more people in town  11:40
16  at the different ends of town, walking Main  11:40
17  Street or on bike.  We had a couple of guys  11:40
18  that had gone through bike training school with  11:40
19  the Suffolk County police, so they were more or  11:40
20  less doing the majority of the bike patrol, but  11:40
21  other officers used the bicycles also, and then  11:40
22  we would have guys responding in the electric  11:40
23  golf carts, and then if it was really busy, we  11:41
24  would have a guy in the back street in the  11:41
25  patrol car also.                            11:41

Page 462

Paradiso

1
2      Q.   And in your opinion, at any point in  11:41
3  time between 2002 and 2005 between 4 and 12 was  11:41
4  there insufficient number of seasonal officers  11:41
5  scheduled to patrol the Village?           11:41
6      A.   I wouldn't say it was insufficient.  11:41
7  I would always want more.                   11:41
8      Q.   Right.                             11:41
9      A.   I always thought more was better.  11:41
10  You know, I tried to put as many guys on as I  11:41
11  could to cover all the different shifts.  If I  11:41
12  had 40 guys, if I could hire 40 guys, I would  11:41
13  have 20 guys working, because I just felt that  11:41
14  the more guys you had out there, the more you  11:41
15  could contain a crowd.  If you had four       11:41
16  officers respond to an incident, it was less  11:41
17  likely to escalate, as opposed to one officer  11:42
18  responding to an incident, because people just  11:42
19  might confront one officer if you had four or  11:42
20  five guys, but if you had three or four guys  11:42
21  show up, they were less likely to, you know, go  11:42
22  off on the police officers.                11:42
23     Q.   Now -- well, on how many occasions  11:42
24  did anyone -- putting aside the Halloween    11:42
25  incident, how many occasions did a civilian go  11:42

Page 463

Paradiso

1
2 off physically on a police officer between 2002   11:42
3 and 2005?                                    11:42
4     A.   I couldn't give you the exact number   11:42
5 or an estimate, but it -- the potential for it   11:42
6 happening was there.                          11:42
7     Q.   Okay.  Now, Mr. Hesse, he worked       11:42
8 what shift again, generally?                  11:42
9     A.   Normally Sergeant Hesse would         11:42
10 work -- let's see.  His days off were usually   11:42
11 Wednesdays and Thursdays, so he would normally   11:42
12 work a 9 to 5 on Friday, a 9 to 5 on Saturday,   11:42
13 a 4 to 12 on Sunday, and either a day shift or   11:43
14 a 4 to 12 on Monday and Tuesday.             11:43
15     Q.   Okay.  And let's talk about the      11:43
16 midnight to 8 a.m. time period.  How many     11:43
17 officers in that time period, 2002 to 2005, did   11:43
18 you normally schedule?                       11:43
19     A.   There would usually be two to three   11:43
20 guys or maybe four that would come on at      11:43
21 midnight, so you had carry-overs from the 4 to   11:43
22 12 shifts that -- the guys came on at 9 at    11:43
23 night, they worked until 5:00 in the morning,   11:43
24 if they came on at 6:00, they worked until 2,   11:43
25 and then depending on how busy the Village was,   11:43

Page 464

Paradiso

1
2 the opportunity to work -- to be held over and   11:43
3 work extra was -- I left in George's purview as   11:43
4 he saw fit.  If he wanted guys to stay longer,   11:43
5 he could have them stay longer.              11:44
6     Q.   I am just trying to get the numbers   11:44
7 down.  From midnight to 8 in the morning during   11:44
8 the summer season, the Village had anywhere    11:44
9 from four to six police officers, seasonal     11:44
10 police officers, on duty?                    11:44
11     A.   On the weekend until 5:00 you had --   11:44
12 you probably had six or seven until 5:00 in the   11:44
13 morning, and then from 5:00 in the morning    11:44
14 until 8:00 in the morning, four or three.     11:44
15     Q.   Now, if you weren't there and        11:44
16 Mr. Hesse -- well, were there times that you   11:44
17 and Mr. Hesse were not in the Village during   11:44
18 the season?                                  11:44
19     A.   I stayed in the Village overnight on   11:44
20 the weekends, Friday and Saturday, and then I   11:44
21 would go home -- I would go off the beach     11:44
22 Sunday afternoon when my shift ended.         11:44
23     Q.   Okay.  So now during the season, was   11:44
24 there ever a point that both you and Mr. Hesse   11:44
25 were not present in the Village?             11:45

Page 465

Paradiso

1
2     A.   There would be times that we         11:45
3 weren't, we both weren't there, yes.          11:45
4     Q.   How often would that take place?     11:45
5     A.   On George's days off, Wednesday and   11:45
6 Thursday, depending on how things were going or   11:45
7 whether or not I would stay over on Thursday,   11:45
8 sometimes Wednesdays, Tuesdays, once we went   11:45
9 off duty the guys were on their -- you know,   11:45
10 were on their own.  If they needed us, we were   11:45
11 always available on the radio, the phones.  We   11:45
12 had Nextels, so they were a direct connect type   11:45
13 of a radio.                                  11:45
14     Q.   So if they needed to get you and you   11:45
15 happened -- or Mr. Hesse happened to have been   11:45
16 off the beach, on Fire Island or on the       11:45
17 mainland, they could have reached you?        11:45
18     A.   Yeah, we were a key click away.      11:45
19     Q.   Okay, a key click away.             11:45
20         And in those instances where either   11:45
21 you or Mr. Hesse were not on duty supervising   11:45
22 the officers, who was in charge?             11:45
23     A.   Well, we never really actually put   11:46
24 an officer in charge in our absence.  There    11:46
25 wasn't a command structure set up like that,   11:46

Page 466

Paradiso

1
2 but it was usually the guy that had the most   11:46
3 time on would be the one I would look for     11:46
4 answers if something took place.             11:46
5     Q.   When you say "most time on," what do   11:46
6 you mean?                                    11:46
7     A.   Working for the Village.            11:46
8     Q.   Okay.  So even, for example, if     11:46
9 Mr. Bosetti had twenty years of experience, if   11:46
10 Mr. Carter had twelve years of seasonal       11:46
11 experience for the Village, it would be your   11:46
12 belief that Mr. Carter would be the person in   11:46
13 charge?                                     11:46
14     A.   He would be the one I would ask what   11:46
15 happened.                                   11:46
16     Q.   And how -- when you and Mr. Hesse   11:46
17 were not, quote unquote, on duty, how would the   11:46
18 seasonal officers know what posts to go to?   11:47
19     A.   They would follow the similar       11:47
20 patrols that we would normally do.  The guys   11:47
21 were there.  They know where they would have to   11:47
22 go.  These weren't times when there was a lot   11:47
23 of people there or it was busy, so they would   11:47
24 patrol the main streets, they would patrol the   11:47
25 back streets, they would check the businesses   11:47

Page 467

Paradiso

1  
2    at night. For instance, when Tom would be        11:47
3    working midnights, he would be checking doors.   11:47
4    On several occasions he would find that the      11:47
5    Village court didn't get locked up that day or   11:47
6    they would find an open door at one of the       11:47
7    Village properties and he would make a report    11:47
8    about that. Same for all the officers in the     11:47
9    evening. They would -- if there was no one       11:47
10   else around, then they would do just normal      11:47
11   patrols and checks of Village properties,        11:48
12   periodic checks through the residential          11:48
13   districts just to maintain a presence.           11:48
14       Q.   What do you mean, make a report?        11:48
15   You just said Mr. Snyder would make a report if  11:48
16   he checked on the justice courthouse and         11:48
17   it was unlocked.                                 11:48
18       A.   There would be a blotter entry and a    11:48
19   field report generated.                          11:48
20       Q.   Okay. And what's a field report?       11:48
21       A.   Field report is done on the computer    11:48
22   in the main desk in the front office of the      11:48
23   police station. It's a numbered report that      11:48
24   would be filled out by the officer of the        11:48
25   incident that took place, the time it began,     11:48

Page 468

Paradiso

1  
2    the time it finished, the date, if it was a      11:48
3    called-in complaint, who the complainant on the  11:48
4    call was, if it was a patrol pick-up, it would   11:48
5    be noted as patrol pick-up of an open door at    11:48
6    123 Bay Walk, "officer checked, no sign of       11:48
7    forced entry."                                   11:48
8        Q.   And do you review the field reports?   11:48
9        A.   Yes.                                    11:48
10       Q.   So let's go back to Mr. Nofi's 10-1.    11:48
11           Would you agree with me that given       11:48
12   what you have just described as the field        11:49
13   report and why a field report is generated,      11:49
14   that if Mr. Nofi felt he had to call a 10-1,     11:49
15   that that incident would have required Mr. Nofi  11:49
16   to put in -- to draft a field report?           11:49
17       A.   There would have been a report of       11:49
18   the incident and inside that field report there  11:49
19   would have been mention to the call and who      11:49
20   responded. It also would list the officers       11:49
21   that responded to the call.                      11:49
22       Q.   Did you ever see a field report from    11:49
23   Mr. Nofi concerning his issuing a 10-1 call and  11:49
24   getting no response?                             11:49
25       A.   I never -- I don't recall ever          11:49

Page 469

Paradiso

1  
2    seeing a report like that.                       11:49
3        Q.   And certainly you would agree with      11:49
4    me that that type of a report would be a         11:49
5    very -- would be addressing a very important     11:49
6    issue?                                           11:49
7        A.   Yes.                                    11:49
8        Q.   Something that you would have           11:49
9    remembered?                                      11:49
10       A.   There would have been more to it        11:49
11   than just a 10-1 call. There would have been     11:49
12   the report that brought him to that call and     11:49
13   then the subsequent report of the 10-1 or the    11:49
14   incidents that followed after that.              11:50
15       Q.   So it's something that would have --    11:50
16   you would remember?                              11:50
17       A.   I'd hope. I have issues with my         11:50
18   memory, but I would hope I would remember that.  11:50
19       Q.   Right. Now, let's go to paragraph       11:50
20   44 and 45. So just read it and then tell me      11:50
21   when you are done.                               11:50
22           (Document review.)                       11:50
23       A.   All right.                              11:51
24       Q.   Do you have any knowledge as to the     11:51
25   incident that Mr. Fiorillo is alleging took      11:51

Page 470

Paradiso

1  
2    place in June of 2002 in terms of a              11:51
3    highly-intoxicated off-duty police officer       11:51
4    having to be restrained by Mr. Fiorillo?         11:51
5        A.   No.                                     11:51
6        Q.   Let's look at paragraph 45. Now, if     11:51
7    I understand paragraph 45 correctly, and tell    11:52
8    me if you have the same understanding, at some   11:52
9    point in time after Mr. Fiorillo restrained      11:52
10   this intoxicated off-duty police officer,        11:52
11   Mr. Hesse ridiculed, berated and condemned him,  11:52
12   Mr. Fiorillo, in the presence of Lamm, Nofi and  11:52
13   other assembled officers." Do you see that?      11:52
14       A.   Yes.                                    11:52
15       Q.   Do you have that same understanding     11:52
16   as me, at least that that's what                 11:52
17   Mr. Fiorillo --                                  11:52
18       A.   That's what it says here, yes.          11:52
19       Q.   Right. Did you ever learn from any      11:52
20   of these assembled officers or from Lamm or      11:52
21   Nofi or Fiorillo that Hesse ever berated,        11:52
22   ridiculed or condemned him for interceding in    11:52
23   an altercation involving a drunken off-duty      11:52
24   police officer?                                  11:52
25       A.   No.                                     11:52

Page 471

```
1              Paradiso
2      Q.   Did Mr. Fiorillo or any of the      11:52
3   plaintiffs identified in paragraph 45 ever   11:53
4   advise you that Hesse told them that his     11:53
5   friends should be afforded the freedom to    11:53
6   violate the law with impunity?               11:53
7      A.   No.                                  11:53
8      Q.   Is that something that you would     11:53
9   have expected Mr. Fiorillo to have advised you  11:53
10  of if, in fact, it took place?               11:53
11     A.   Yes.                                 11:53
12     Q.   Same question with regard to Lamm    11:53
13  and Nofi, if they were aware of this         11:53
14  instruction.                                 11:53
15     A.   I'd expect it from anybody that was  11:53
16  there.                                       11:53
17     Q.   Let's look at paragraph 46, and I    11:53
18  will ask you to read it and then tell me when 11:53
19  you are done.                                11:53
20     (Document review.)                        11:53
21     A.   Okay.                                11:54
22     Q.   Now, let's assume for the purpose of 11:54
23  my question that Mr. Fiorillo is telling the 11:54
24  truth and that there was an occasion when    11:54
25  Mr. Hesse while in uniform and on duty demanded 11:54
```

Page 472

```
1              Paradiso
2   that Mr. Fiorillo transport him to a party at a  11:54
3   private resident in Ocean Beach.             11:54
4      Based upon your testimony, would you      11:54
5   agree with me that if he took an automobile to  11:54
6   transport Mr. Hesse, it would have taken     11:54
7   Mr. Fiorillo no less than four minutes to take  11:55
8   Mr. Hesse to any private residence in Ocean  11:55
9   Beach?                                       11:55
10     A.   That could be -- that's accurate.    11:55
11     Q.   Okay.  Would you agree with the      11:55
12  statement, and let's assume now it's true, that  11:55
13  what Mr. Fiorillo is alleging is true, would  11:55
14  you agree with a statement that Mr. Fiorillo's  11:55
15  transporting Mr. Hesse to a private resident in  11:55
16  Ocean Beach taking no more than four minutes  11:55
17  would have left the Village understaffed and  11:55
18  underpatrolled?                              11:55
19     A.   It's hard to answer, because I don't 11:55
20  know how many officers were on at the time that  11:55
21  this would have taken place.                 11:55
22     Q.   Well, it's in June of 2002.          11:55
23  Let's assume it took place during the normal 11:55
24  shift that Mr. Fiorillo and Mr. Hesse had in 11:55
25  that time period and the normal number of    11:55
```

Page 473

```
1              Paradiso
2   officers were assigned by you.  Let's say it 11:56
3   was during the weekend.                      11:56
4      Would the Village have been               11:56
5   understaffed and underpatrolled for those four  11:56
6   minutes?                                     11:56
7      MR. GOODSTADT:  Objection.                11:56
8      A.   If I had the amount of people that I 11:56
9   normally would have on on a weekend, no, it  11:56
10  wouldn't.                                    11:56
11     Q.   And, in fact, officers are allowed   11:56
12  to go to the bathroom during their shifts;   11:56
13  right?                                       11:56
14     A.   Yes.                                 11:56
15     Q.   There is no time limit on how long   11:56
16  they can take in the bathroom; right?        11:56
17     A.   No.                                  11:56
18     Q.   Without getting graphic, it could    11:56
19  take someone five to ten minutes to do what  11:56
20  they need to do in the bathroom; correct?    11:56
21     A.   Correct.                             11:56
22     Q.   Would you consider the Village to be 11:56
23  understaffed and underpatrolled at any point in 11:56
24  time during the season if an officer took ten 11:56
25  minutes to go to the bathroom?               11:56
```

Page 474

```
1              Paradiso
2      A.   In normal circumstances, no.         11:56
3      Q.   Did Mr. Fiorillo ever complain to    11:57
4   you that Mr. Hesse was causing the Village to 11:57
5   be understaffed and underpatrolled at any point 11:57
6   in time?                                     11:57
7      A.   I don't recall him ever saying that. 11:57
8      Q.   Did the plaintiffs ever advise you   11:57
9   that in their opinion, any one of them, that  11:57
10  what Mr. Hesse was doing or directing them to 11:57
11  do ever put the Village in a position where it 11:57
12  was underpatrolled or understaffed?          11:57
13     A.   I don't believe so.                  11:57
14     Q.   And you would agree with me that     11:57
15  that would be something that would be very   11:57
16  important if it took place?                  11:57
17     A.   Yes.                                 11:57
18     Q.   And that's something that you would  11:57
19  normally remember?                           11:57
20     A.   Hopefully, yes.                      11:57
21     Q.   And -- withdrawn.                    11:57
22     Would you expect Mr. Fiorillo, for        11:58
23  example, to have reported to you any incident 11:58
24  where he believed that Mr. Hesse was putting 11:58
25  the public safety at risk on Ocean Beach?    11:58
```

Page 475

```
 1              Paradiso
 2    A.  Yes.                        11:58
 3    Q.  Would you have expected any of the    11:58
 4  other plaintiffs to report to you any instance    11:58
 5  where they thought that the public's health and    11:58
 6  safety was at risk due to something that    11:58
 7  Mr. Hesse was doing?                11:58
 8    A.  Yes.                        11:58
 9    Q.  Same goes with any other police    11:58
10  officer; correct?                  11:58
11    A.  Correct.                    11:58
12    Q.  While we are on the subject, between    11:58
13  2002 -- well, before you left in September of    11:58
14  2005, would any of these plaintiffs come to you    11:58
15  and discuss any personal issues with you?    11:59
16    A.  We had personal conversations from    11:59
17  time to time, yes.                  11:59
18    Q.  So you would agree with me that each    11:59
19  of these plaintiffs on different occasions had    11:59
20  conversations with you concerning personal    11:59
21  issues?                         11:59
22    A.  Yes.                        11:59
23    Q.  Did you ever tell them to go away?    11:59
24    A.  No.                        11:59
25    Q.  Did you ever tell them you weren't    11:59
```

Page 476

```
 1              Paradiso
 2  interested in talking to them?            11:59
 3    A.  Never.                      11:59
 4    Q.  Would you consider yourself in a    11:59
 5  friendship -- withdrawn.              11:59
 6        Would you consider yourself friendly    11:59
 7  with each of these plaintiffs?            11:59
 8    A.  Yes.                        11:59
 9    Q.  Did you ever socialize with them    11:59
10  outside of Ocean Beach prior to September of    11:59
11  2005?                           11:59
12    A.  Occasionally we would have like an    11:59
13  end of the year party.                11:59
14    Q.  Okay.  And do you have any reason to    11:59
15  believe as you sit here today that anything you    11:59
16  have done would have prevented any of these    11:59
17  plaintiffs from raising any type of complaint    11:59
18  to you concerning the Ocean Beach Police    12:00
19  Department?                      12:00
20    A.  I don't believe so.            12:00
21    Q.  Let's look at paragraph 47.  Tell me    12:00
22  when you are done reading that.          12:00
23        (Document review.)            12:00
24    A.  Okay.                      12:00
25    Q.  Are you aware of any known drug    12:00
```

Page 477

```
 1              Paradiso
 2  dealers residing in Ocean Beach between the    12:00
 3  season of 2002 and the season of 2005?      12:00
 4    A.  There were people of interest that    12:00
 5  lived within the Village that we from time to    12:00
 6  time would attempt to see what we could do    12:01
 7  about, you know, placing them under arrest or    12:01
 8  trying to stop their activities.          12:01
 9    Q.  Who is "we"?                  12:01
10    A.  "We" would be the Police Department.    12:01
11    Q.  Okay.  And how would you go about    12:01
12  instructing the officers, if any, that there    12:01
13  were people of interest in the Village that you    12:01
14  were looking to arrest?                12:01
15    A.  Well, whenever we would come across    12:01
16  somebody who had -- was either doing drugs or    12:01
17  possessing drugs, we would try to find out    12:01
18  where they got them from and continue    12:01
19  investigations from there.              12:01
20    Q.  Now, how would you come to learn if    12:01
21  someone was doing drugs or in possession of    12:01
22  drugs?                           12:01
23    A.  As the officer is during their    12:01
24  normal patrol, we would make arrests and bring    12:01
25  them back into the police station.        12:01
```

Page 478

```
 1              Paradiso
 2    Q.  So based upon arrests that were made    12:01
 3  you would then attempt to further investigate    12:01
 4  to see the source of the drugs?          12:01
 5    A.  Right, correct.              12:01
 6    Q.  Now, when you say you knew of people    12:01
 7  of interest on Ocean Beach, can you identify    12:02
 8  any of them as you sit here today?        12:02
 9    A.  There was a guy named Leonard who    12:02
10  lived on -- just outside of the Village who it    12:02
11  was rumored that he was involved in marijuana    12:02
12  sales.                           12:02
13    Q.  Anybody else that you could think    12:02
14  of?                             12:02
15    A.  There was a guy Tom Seglakis we had    12:02
16  arrested in the past for sale of marijuana, and    12:02
17  he was a long-time resident of the Village and    12:02
18  I had no reason to believe that he would stop    12:02
19  selling.                         12:02
20    Q.  Right.  But you never caught him?    12:02
21    A.  We caught him once.            12:02
22    Q.  Okay.  Anybody else?            12:02
23    A.  There is one guy we picked up for    12:02
24  selling psylicide and he spent a couple of    12:02
25  summers on the beach.  His name was Luna.  I    12:02
```

Page 479

Paradiso

1
2  think I caught him myself coming down from one    12:03
3  of the residents above the Sun & Moon.    12:03
4      Q.   Okay.  Now, to your knowledge, did    12:03
5  Mr. Hesse ever do anything to impede any type    12:03
6  of investigation into a person of interest as    12:03
7  you have described it?    12:03
8      A.   No.    12:03
9      Q.   Now, did Mr. Fiorillo ever advise    12:03
10  you at any point in time prior to end of    12:03
11  September 2005 that Mr. Hesse told him that a    12:03
12  drug dealer within the village was a close    12:03
13  personal friend of his and that Mr. Fiorillo    12:03
14  was forbidden to interfere with the drug    12:03
15  dealing activity of that person?    12:03
16      A.   No.    12:03
17      Q.   Now, would you agree with me that as    12:03
18  police chief that's something you would expect    12:03
19  a police officer to advise you of?    12:04
20      A.   Yes.    12:04
21      Q.   Would you agree with me that if for    12:04
22  some reason that police officer thought that    12:04
23  you as the police chief would do nothing about    12:04
24  it, that the officer should then go to the    12:04
25  district attorney?    12:04

Page 480

Paradiso

1
2      A.   The officer would never have a    12:04
3  reason to think that I would do nothing about    12:04
4  it.    12:04
5      Q.   Why is that?    12:04
6      A.   Because I would not have done    12:04
7  nothing about it.    12:04
8      Q.   Were there any occasions -- well --    12:04
9  okay.    12:04
10      So it would be fair to say that you    12:04
11  never investigated Mr. Hesse concerning any    12:04
12  accusation that he was interfering with the    12:04
13  police surveillance or arrest of any drug    12:04
14  dealer on Ocean Beach?    12:04
15      A.   No.    12:04
16      Q.   Did Mr. Fiorillo ever advise you    12:04
17  that Mr. Hesse required him to chauffeur    12:05
18  Mr. Hesse to any place either inside or outside    12:05
19  of Ocean Beach to have sex with a particular    12:05
20  individual?    12:05
21      A.   No.    12:05
22      Q.   How about any of the other    12:05
23  plaintiffs?    12:05
24      A.   No.    12:05
25      Q.   Did you ever even hear the rumor    12:05

Page 481

Paradiso

1
2  that Mr. Hesse was being chauffeured by police    12:05
3  officers both in and outside of Ocean Beach to    12:05
4  have sex while on duty?    12:05
5      A.   No.    12:05
6      Q.   Let's look at number 50.  Please    12:05
7  read number 50 and then tell me when you are    12:06
8  done.    12:06
9      (Document review.)    12:06
10      A.   Okay.    12:06
11      Q.   Now, 51, Mr. -- the plaintiffs are    12:06
12  alleging certain conduct on the part of    12:06
13  Mr. Hesse concerning directions not to issue    12:06
14  summonses to certain bars.  Do you see that?    12:06
15      A.   Yes.    12:06
16      Q.   You would agree with me that such    12:06
17  conduct would be in violation of Mr. Hesse's --    12:06
18  if true, would have been in violation of    12:06
19  Mr. Hesse's duties as a sergeant for the Ocean    12:06
20  Beach Police Department?    12:06
21      A.   Yes.    12:07
22      Q.   And, in fact, would you agree with    12:07
23  me that if true, this allegation could subject    12:07
24  Mr. Hesse to criminal action?    12:07
25      A.   Yes.    12:07

Page 482

Paradiso

1
2      Q.   Now, is that something that in your    12:07
3  experience as a police chief that a police    12:07
4  officer who either was directed by Mr. Hesse    12:07
5  not to issue certain summonses or learned that    12:07
6  Mr. Hesse had directed another officer not to    12:07
7  issue summonses should have advised you of as    12:07
8  the police chief?    12:07
9      A.   Yes.    12:07
10      Q.   Now my question is, sir, at any    12:07
11  point in time did any of the plaintiffs ever    12:07
12  advise you that they were instructed by    12:07
13  Mr. Hesse not to issue summonses to any bar on    12:07
14  Ocean Beach?    12:07
15      A.   No.    12:07
16      Q.   Did you ever hear the rumor from any    12:07
17  source that such activity was taking place with    12:07
18  regard to Mr. Hesse's directions about issuing    12:07
19  summonses to bars?    12:07
20      A.   No.    12:07
21      Q.   Did you ever hear a rumor from any    12:07
22  source that Mr. Hesse was giving any police    12:08
23  officer any direction not to issue summonses to    12:08
24  any of his friends?    12:08
25      A.   No.    12:08

Page 483

Paradiso

2    Q.   Is that something that you would     12:08
3  have expected a police officer, if he or she    12:08
4  had learned of such a direction, to advise you    12:08
5  of immediately?                              12:08
6    A.   Yes.                                 12:08
7    Q.   Let's look at paragraph 52.  Please    12:08
8  read 52 and 53 and then tell me when you are    12:08
9  done.                                        12:08
10     (Document review.)                      12:08
11    A.   Okay.                               12:09
12    Q.   Now, 52 and 53 are plaintiffs'      12:09
13  allegations --                             12:09
14    A.   I didn't read 53.                   12:09
15    Q.   Okay.  When you are done with 53,    12:09
16  tell me.                                    12:09
17     (Document review.)                      12:09
18    A.   Okay.                               12:09
19    Q.   Now, 52 and 53, and if you don't    12:09
20  agree with me, tell me, involve an alleged    12:09
21  incident concerning Officer Snyder and Lamm in    12:09
22  May of 2004 witnessing a down-pouring of beer    12:09
23  at their feet from a laughing crowd on a     12:09
24  third-floor balcony of a residence in Ocean    12:09
25  Beach.  Would you agree with me that's the    12:09

Page 484

Paradiso

2  incident that they are addressing in these two    12:09
3  paragraphs?                                  12:09
4    A.   Yes.                                 12:09
5    Q.   Okay.  Now, they are alleging that    12:09
6  "Hesse directed Lamm and Snyder not to issue    12:09
7  any citations to these intoxicated minors or    12:09
8  make any arrests despite the fact that the    12:10
9  youths were breaking the law."  Do you see    12:10
10  that?                                       12:10
11    A.   Yes.                                12:10
12    Q.   Is the conduct that they are        12:10
13  attributing to Mr. Hesse, in your opinion,    12:10
14  would it subject Mr. Hesse to some type of    12:10
15  criminal action if true?                    12:10
16    A.   I believe so.                       12:10
17    Q.   Is that the type of information that    12:10
18  you would expect Frank Fiorillo or any of the    12:10
19  other plaintiffs to advise you of?          12:10
20    A.   Yes.                                12:10
21    Q.   At any point in time prior to       12:10
22  September 2005 did Mr. Fiorillo or any of the    12:10
23  other plaintiffs ever advise you of the      12:10
24  incident that is being discussed in paragraph    12:10
25  53 and 54?                                  12:10

Page 485

Paradiso

2    A.   No.  And I don't believe there are    12:10
3  any third-floor balconies.  There is         12:10
4  second-floor balconies, but there are no     12:10
5  third-story --                              12:11
6    Q.   On Bay and Ocean?                    12:11
7    A.   On Bay and Ocean.                    12:11
8    Q.   Did you ever hear a rumor from any    12:11
9  source at any time before end of September 2005    12:11
10  that Lamm and Snyder witnessed intoxicated    12:11
11  minors pouring beer from a balcony in Ocean    12:11
12  Beach and that Hesse had directed them not to    12:11
13  issue any summonses or to make any arrests?    12:11
14    A.   No.                                 12:11
15    Q.   Is that something that you would    12:11
16  think given the size of the Village and your    12:11
17  position at the Village that you would have    12:11
18  heard about?                                12:11
19    A.   Yes.                                12:11
20    Q.   Paragraph 54, read it and tell me    12:11
21  when you are done reading it.               12:11
22     (Document review.)                      12:11
23    A.   Okay.                               12:12
24    Q.   If the allegation in 54 is true,    12:12
25  would that, in your opinion, subject Mr. Hesse    12:12

Page 486

Paradiso

2  to some type of criminal sanction or criminal    12:12
3  violation?                                   12:12
4    A.   Yes.                                 12:12
5    Q.   Did any of the plaintiffs ever       12:12
6  advise you that Hesse prohibited the plaintiffs    12:12
7  from investigating the alleged crimes as set    12:12
8  forth in paragraph 54?                       12:12
9    A.   No.                                  12:12
10    Q.   Did you ever hear any rumors of such    12:12
11  conduct as alleged in 54?                   12:12
12    A.   No.                                 12:12
13    Q.   Now, let's look at the last         12:13
14  paragraph.  "Plaintiffs even observed certain    12:13
15  of the uncertified officers on the apartment    12:13
16  balcony drinking and socializing with the same    12:13
17  group of minors."  Do you see that?         12:13
18    A.   Yes.                                12:13
19    Q.   Would it have been appropriate for    12:13
20  any police officer, even if off duty, to drink    12:13
21  alcohol with a minor?                       12:13
22    A.   No.                                 12:13
23    Q.   And is that something that you would    12:13
24  have expected any of the plaintiffs to advise    12:13
25  you of if they witnessed it?                12:13

Page 487

```
1              Paradiso
2      A.  Yes.                      12:13
3      Q.  At any point in time did any of the  12:13
4   plaintiffs advise you that any officer -- that  12:13
5   they witnessed any officer drinking alcohol  12:13
6   with minors?                   12:13
7      A.  No.                      12:13
8      Q.  Look at 56.  Just read 56 and then  12:13
9   tell me when you are done.          12:14
10     (Document review.)           12:14
11     A.  Okay.                   12:14
12     Q.  Did you ever hear -- withdrawn.  12:14
13        Did any of the plaintiffs ever  12:14
14  advise you that Mr. Hesse was calling them  12:14
15  losers or disparaging any of them in front of  12:14
16  anybody else while you were chief of police?  12:14
17     A.  No.                      12:14
18     Q.  Did you ever hear Hesse refer to  12:14
19  Lamm in your presence as a loser?     12:14
20     A.  No.                      12:14
21     Q.  Did you ever hear Hesse say about  12:14
22  Lamm in your presence that no one likes him?  12:14
23     A.  No.                      12:15
24     Q.  Did you ever hear Hesse in your  12:15
25  presence say about Lamm that no one should  12:15
```

Page 488

```
1              Paradiso
2   listen to Lamm's directives?       12:15
3      A.  No.                      12:15
4      Q.  Did you ever hear of any rumor from  12:15
5   any source that Hesse did not issue a summons  12:15
6   or arrest an individual who was in possession  12:15
7   of drugs or drug paraphernalia?     12:15
8      A.  No.                      12:15
9      Q.  Did the plaintiffs ever advise you  12:15
10  that Hesse ever refused to issue a summons or  12:15
11  arrest an individual who was in possession of  12:15
12  drugs or drug paraphernalia?       12:15
13     A.  No.                      12:15
14     Q.  What was the procedure for a police  12:15
15  officer to secure and inventory drugs and drug  12:16
16  paraphernalia that they became in possession  12:16
17  of?                            12:16
18     A.  Well, it would be photographed and  12:16
19  it would be sealed in an evidence bag.  They  12:16
20  would put the case number on the evidence bag,  12:16
21  the officer's name, there was a chain of  12:16
22  evidence log, and then eventually that evidence  12:16
23  would be brought to the lab at Suffolk County  12:16
24  police.  I think it's the 4th precinct area has  12:16
25  a 24-hour lock-up for the lab.       12:16
```

Page 489

```
1              Paradiso
2      Q.  Did you in all of your years with  12:16
3   Chief Hesse at the Ocean Beach Police  12:17
4   Department ever witness him failing to secure  12:17
5   drugs or drug paraphernalia in accordance with  12:17
6   the procedure that you just identified?  12:17
7      A.  No.                      12:17
8      Q.  Did you ever learn from any source  12:17
9   while you were working with Mr. Hesse at Ocean  12:17
10  Beach for all those years that Mr. Hesse failed  12:17
11  to secure drugs and drug paraphernalia in the  12:17
12  procedure that you just identified?  12:17
13     A.  No.                      12:17
14     Q.  Did you ever hear a rumor of this?  12:17
15     A.  No.                      12:17
16     Q.  Did the plaintiffs ever make mention  12:17
17  of this to you?                  12:17
18     A.  No.                      12:17
19     Q.  Let's look at number 58 and 59 and  12:17
20  just read it and tell me when you are done.  12:17
21     (Document review.)           12:18
22     A.  All right.              12:18
23     Q.  Now, was it proper procedure for an  12:18
24  officer to give an alleged domestic abuse  12:18
25  victim alcohol?                  12:18
```

Page 490

```
1              Paradiso
2      A.  No.                      12:18
3      Q.  Do you think that's one of those  12:18
4   policies that didn't need to be written down  12:18
5   that falls under the common sense policy?  12:18
6      A.  Yes.                     12:18
7      Q.  Would you agree with me that if  12:18
8   true, this was somewhat of a serious incident?  12:19
9      A.  Yes.                     12:19
10     Q.  Is it something in your opinion as  12:19
11  the chief of police for fifteen years at Ocean  12:19
12  Beach that you would have expected any officer  12:19
13  who was present when the alleged incident took  12:19
14  place, as set forth in 58 and 59, would have  12:19
15  reported to you?                 12:19
16     A.  Yes.                     12:19
17     Q.  Did the plaintiffs -- I'm sorry --  12:19
18  did any plaintiff ever report any incident of a  12:19
19  domestic abuse victim being given alcohol by a  12:19
20  police officer to you?            12:19
21     A.  I don't recall that ever happening.  12:19
22     Q.  Well, when you say you don't recall  12:19
23  that ever happening, as you sit here today,  12:19
24  that didn't happen?              12:19
25     A.  Didn't happen.           12:19
```

Page 491

Paradiso

1
2    Q.   Did you ever hear a rumor from any    12:19
3    source concerning the incident alleged in 58    12:19
4    and 59?    12:20
5    A.   No.    12:20
6    Q.   Paragraph 60 refers to the incident    12:20
7    involving the Bosettis throwing a file cabinet    12:20
8    into the ocean.  Just read that and when you    12:20
9    are done, tell me when you are done.    12:20
10       (Document review.)    12:20
11   A.   Okay.    12:21
12   Q.   Did Mr. Fiorillo ever advise you    12:21
13   that the Bosettis said that they had been too    12:21
14   drunk to control themselves and that's why they    12:21
15   threw the file cabinet into the bay?    12:21
16   A.   I don't recall that happening, no.    12:21
17   Q.   Did Mr. Fiorillo ever inquire with    12:21
18   you as to what discipline, if any, you meted    12:21
19   out to the Bosettis for throwing the file    12:21
20   cabinet into the bay?    12:22
21   A.   It wouldn't have been up to him to    12:22
22   ask what discipline was taken.    12:22
23   Q.   I understand that.  Did he ever    12:22
24   inquire with you?    12:22
25   A.   I don't believe so.    12:22

Page 492

Paradiso

1
2    Q.   Did Mr. Fiorillo ever advise you    12:22
3    that the Bosettis had asked him to assist them    12:22
4    in retrieving the file cabinet from the bay?    12:22
5    A.   No.    12:22
6    Q.   The answer is no?    12:22
7    A.   No.    12:22
8    Q.   Let's look at 61.  In 61 --    12:22
9    actually, read it and then tell me when you are    12:22
10   done.    12:22
11      (Document review.)    12:22
12   A.   Okay.    12:22
13   Q.   Now, in 61 Mr. Fiorillo alleges that    12:22
14   Hesse ordered him to spend three consecutive    12:23
15   shifts standing motionless beneath a    12:23
16   streetlight at the intersection of Dehnhoff    12:23
17   Walk and Bay Walk.  Do you see that?    12:23
18   A.   Yes.    12:23
19   Q.   Was the intersection of Dehnhoff    12:23
20   Walk and Bay Walk a place that seasonal police    12:23
21   officers were normally stationed?    12:23
22   A.   Yes.    12:23
23   Q.   And why is that?    12:23
24   A.   It's a busy area.  There is -- you    12:23
25   have a view of Bay Walk from Ocean Breeze to    12:23

Page 493

Paradiso

1
2    Dehnhoff in one direction.  You can see two to    12:23
3    three bars in any direction from that point.    12:23
4    Q.   Would it be out of the ordinary --    12:23
5    withdrawn.    12:23
6    Put aside how Mr. Fiorillo was told    12:23
7    to stand and what he was prohibited from doing,    12:23
8    putting aside that for the sake of this    12:23
9    question, would it have been out of the    12:23
10   ordinary for a seasonal police officer to spend    12:23
11   three consecutive shifts at that intersection?    12:23
12   A.   Three consecutive shifts,    12:23
13   yes, it would be out of the ordinary.    12:24
14   Q.   Why would that be?    12:24
15   A.   Because they rotate through.  You    12:24
16   know, guys would be in town, then they would be    12:24
17   rotated to the back end of town.  If something    12:24
18   would happen to divert their attention, they    12:24
19   would go toward the incident that would take    12:24
20   place, so it would be very difficult to say    12:24
21   stay in one spot, don't move for no reason.    12:24
22   Q.   Well, no, let's put aside for the    12:24
23   sake of the question how he was told to stand    12:24
24   and what he was prohibited from doing.  Let's    12:24
25   just say there is -- for example, there is    12:24

Page 494

Paradiso

1
2    station A, B, C, D and E in Ocean Beach.    12:24
3    Would it be out of the ordinary, for    12:24
4    example, for a seasonal police officer to be    12:24
5    assigned on three consecutive shifts place C?    12:24
6    A.   It wouldn't be something that would    12:24
7    be out of -- I don't know, yeah, it kind of    12:25
8    would be, because you would shift people on and    12:25
9    off.  There is no reason for one person to be    12:25
10   in the same spot for three days in a row.    12:25
11   Q.   Okay.  That's fine.  Now, would you    12:25
12   agree with me that even if on one occasion    12:25
13   Mr. Hesse, for whatever reason, told    12:25
14   Mr. Fiorillo that his assigned duty was the    12:25
15   intersection as referenced in 61, it would be    12:25
16   completely out of the ordinary and    12:25
17   inappropriate to advise Mr. Fiorillo to stand    12:25
18   motionless; right?    12:25
19   A.   Yes.    12:25
20   Q.   And, in fact, if true, and if    12:25
21   Mr. Fiorillo did stand motionless and was not    12:25
22   permitted to leave that station, there would be    12:25
23   a risk that he would not be able to respond to    12:26
24   a call where a police assistance was needed;    12:26
25   correct?    12:26

Page 495

Paradiso

```
1              Paradiso
2     A.  Correct.                    12:26
3     Q.  And that could be a potentially   12:26
4  dangerous situation; correct?         12:26
5     A.  Yes.                        12:26
6     Q.  And certainly it would be completely  12:26
7  inappropriate for, in your opinion, for     12:26
8  Mr. Hesse to have instructed Mr. Fiorillo that  12:26
9  he couldn't even move for meal breaks or   12:26
10 bathroom breaks?                   12:26
11    A.  Yes.                        12:26
12    Q.  Now, I believe you testified Monday  12:26
13 that you recall Mr. Fiorillo on the one     12:26
14 occasion complaining to you about the      12:26
15 inappropriate way that Mr. Hesse spoke to him  12:26
16 concerning cleaning a police vehicle.  Do you  12:26
17 remember that?                    12:26
18    A.  Yes.                        12:26
19    Q.  Would you agree with me in your   12:26
20 capacity and experience as a police chief that  12:26
21 a direction to stand motionless on three    12:26
22 consecutive days is a more serious form of   12:26
23 improper direction than the way one is spoken  12:27
24 to by a superior to a subordinate?        12:27
25         MR. GOODSTADT:  Objection.      12:27
```

Page 496

Paradiso

```
1              Paradiso
2     A.  Yes.                        12:27
3     Q.  Okay.  Did Mr. Fiorillo ever      12:27
4  complain to you about being forced by Mr. Hesse  12:27
5  to stand motionless for a cumulative total of   12:27
6  approximately 24 hours in one place without the  12:27
7  ability to go to the bathroom, eat a meal or   12:27
8  respond to a police call?               12:27
9     A.  I don't recall that ever taking    12:27
10 place.                          12:27
11    Q.  Is that something that you would    12:27
12 have expected Mr. Fiorillo to complain to you   12:27
13 about if it took place?               12:27
14    A.  Yes.                        12:27
15    Q.  Did you ever even hear a rumor about  12:27
16 such conduct?                     12:27
17    A.  No.                        12:28
18    Q.  Now, is that something that as a    12:28
19 police chief you think you would have heard   12:28
20 about through the rumor mill if it actually   12:28
21 took place?                       12:28
22    A.  Yes.                        12:28
23         MR. NOVIKOFF:  How much time left?  12:28
24         THE VIDEOGRAPHER:  32.          12:28
25    Q.  Now, let's talk about the Halloween   12:28
```

Page 497

Paradiso

```
1              Paradiso
2  incident.                         12:28
3         You know what, before we go to the   12:28
4  Halloween incident, let's talk about your     12:28
5  letters of references or recommendations that   12:28
6  you have given on behalf of some of the      12:28
7  plaintiffs.  Mr. Goodstadt showed you a few.  I  12:28
8  am going to show you a few others.          12:28
9         Did you ever write in November of    12:28
10 2006 a letter of reference or recommendation   12:29
11 for Mr. Nofi?                      12:29
12    A.  I believe so, yes.              12:29
13    Q.  Okay.  Let's mark this -- well,     12:29
14 actually, this has been previously marked as   12:29
15 Defendant's 19 at the deposition of somebody on  12:29
16 September 19th, 2008.                12:29
17         MR. GOODSTADT:  Let's remark it.    12:29
18         MR. NOVIKOFF:  Okay.            12:29
19         (Paradiso Exhibit 19, letter dated   12:29
20    November 28, 2006, marked for         12:29
21    identification.)                   12:30
22    Q.  When you are done looking at 19,    12:30
23 just tell me.                       12:30
24         (Document review.)              12:30
25    A.  Okay.                       12:30
```

Page 498

Paradiso

```
1              Paradiso
2     Q.  Is that your signature, sir?        12:30
3     A.  Yes.                        12:30
4     Q.  And do you recall writing this      12:30
5  letter of recommendation or reference on or    12:30
6  about November 20th, 2006 for Mr. Nofi?      12:30
7     A.  Vaguely, yeah.                 12:30
8     Q.  Well, when you say "vaguely," what   12:30
9  do you mean?                      12:30
10    A.  I don't actually remember writing    12:30
11 it, but yeah, I wrote it.               12:30
12    Q.  Do you remember the facts and      12:30
13 circumstances that would have led you to have   12:30
14 written this letter for Mr. Nofi in this time   12:30
15 period?                          12:30
16    A.  He would have called me up, asked me  12:30
17 for -- to write him a letter of recommendation.  12:30
18 I would have said I can only write for the time  12:30
19 period that, you know, he worked for me and he  12:30
20 said that would be fine.                12:30
21    Q.  And do you recall that conversation   12:30
22 taking place?  And I understand it's going back  12:30
23 three years now.                    12:31
24    A.  It's -- I don't exactly remember the  12:31
25 conversation, but I wrote the letter.       12:31
```

Page 499

Paradiso

```
1            Paradiso
2     Q.  Is it fair to say that you wouldn't   12:31
3  have written a letter without Mr. Nofi asking   12:31
4  you to?                          12:31
5     A.  It's fair to say, yes.        12:31
6        MR. NOVIKOFF:  Okay.  We are done   12:31
7  with that.                       12:31
8        Let's mark the next one as       12:31
9  Exhibit 20.                12:31
10       (Paradiso Exhibit 20, letter dated   12:31
11    December 15, 2000, marked for      12:31
12    identification.)              12:32
13    Q.  Now, for the record, while    12:32
14 Mr. Paradiso is reading Exhibit 20, it is a   12:32
15 one-page document.  It's not Bates stamped, but  12:32
16 I believe it's been produced, purporting to be   12:32
17 on Ocean Beach Police Department letterhead   12:32
18 from Mr. Paradiso to a Mr. Giancanti,    12:32
19 G-I-A-N-C-A-N-T-I.              12:32
20    A.  Okay.                  12:32
21    Q.  Do you recall drafting this letter   12:32
22 on behalf of Mr. Nofi?            12:32
23    A.  No.                     12:32
24    Q.  Any reason to believe that's   12:32
25 not your signature?               12:32
```

Page 500

Paradiso

```
1            Paradiso
2     A.  No.                  12:32
3     Q.  Do you have any recollection of who   12:32
4  Mr. Giancanti is?                 12:32
5     A.  No.                   12:32
6     Q.  Between -- let's talk about each   12:32
7  plaintiff now.                   12:33
8        Between the time that you first   12:33
9  worked with Mr. Fiorillo to the last day of   12:33
10 your full-time position in September of 2005,   12:33
11 are you aware of what jobs, if any,   12:33
12 Mr. Fiorillo applied for in the law enforcement  12:33
13 field?                     12:33
14    A.  I remember he was investigated for a  12:33
15 position with the FBI and I spoke to an   12:33
16 investigator --                12:33
17       THE COURT REPORTER:  I can't hear   12:33
18    you.  I'm sorry.             12:33
19    A.  I'm sorry.  He was investigated for   12:33
20 a position with the FBI.  I think I spoke to an   12:33
21 investigator from the FBI.          12:33
22    Q.  And did he get that job with the   12:33
23 FBI?                      12:33
24    A.  I don't -- I'm taking for granted   12:33
25 that since I don't think he is employed by the   12:33
```

Page 501

Paradiso

```
1            Paradiso
2  FBI that he didn't get the job.       12:33
3     Q.  And do you know why he didn't get   12:33
4  that job?                    12:33
5     A.  No, I do not.            12:33
6     Q.  Did Mr. Fiorillo ever explain to you   12:33
7  why he didn't get that job?          12:33
8     A.  I don't recall if he did.     12:34
9     Q.  Okay.  And do you recall any other   12:34
10 law enforcement jobs that Mr. Fiorillo had   12:34
11 advised you that he had been applying for in   12:34
12 the time period between your first meeting   12:34
13 Mr. Fiorillo and the end of September 2005?   12:34
14    A.  I don't recall.            12:34
15    Q.  Okay.  Same question with regard to   12:34
16 Mr. Snyder, and I only pick Mr. Snyder because  12:34
17 he is in the room.               12:34
18       Between the time you first met   12:34
19 Mr. Snyder and the end of September 2005, are   12:34
20 you aware of any law enforcement jobs that   12:34
21 Mr. Snyder applied for?           12:34
22    A.  No.                    12:34
23    Q.  Same question with regard to   12:34
24 Mr. Nofi.                   12:34
25    A.  I think Joe got a job working for   12:34
```

Page 502

Paradiso

```
1            Paradiso
2  Brookhaven -- Town of Brookhaven as -- I think   12:34
3  it was in their bay constable division, and he   12:34
4  also worked for the -- got a job with Suffolk   12:34
5  County Tobacco Enforcement, I think.  He   12:34
6  applied for a job with a police department that   12:35
7  I did a telephone interview for him with.   12:35
8     Q.  And do you recall the name of that   12:35
9  Police Department?                12:35
10    A.  I saw it on the paper the other   12:35
11 week.  It was in Florida, but I don't   12:35
12 remember the --                 12:35
13    Q.  Oh, Collier County.          12:35
14    A.  Okay.                   12:35
15    Q.  Collier County.  My question to you   12:35
16 is between the first day you saw Mr. Nofi and   12:35
17 September -- end of September 2005.  I believe   12:35
18 Collier County --               12:35
19    A.  That was after 2005, so those are   12:35
20 all the ones I can recall.          12:35
21    Q.  And how about Mr. Carter?      12:35
22    A.  Mr. Carter, no, he was employed by   12:35
23 the town the whole time he worked for me.   12:35
24    Q.  How about Mr. Lamm?          12:35
25    A.  I think he got a job with the Town   12:35
```

**Page 503**

```
 1           Paradiso
 2  of Islip in their airport police division.  I   12:36
 3  know he was being investigated for the Suffolk   12:36
 4  County Police Department, but I never got an   12:36
 5  inquiry about him before 2005.   12:36
 6      Q.  Okay.  So prior to 2005 are you   12:36
 7  aware that Mr. Lamm was being investigated by   12:36
 8  the Suffolk County Police Academy?   12:36
 9      A.  I believe so.   12:36
10      Q.  Okay.  And you don't know before the   12:36
11  end of September 2005 whether or not he had   12:36
12  gotten that job or not?   12:36
13      A.  No.   12:36
14      Q.  I think I am done with that.   12:36
15           Now, let's talk about the Halloween   12:37
16  incident.  You are aware that at some point in   12:37
17  time in the early morning of October 31st, I   12:37
18  believe, that there was an incident at Houser's   12:37
19  bar requiring Mr. Lamm, Mr. Snyder and   12:37
20  Mr. Fiorillo to answer a call; correct?   12:37
21      A.  Yes.   12:37
22      Q.  And you have since come to learn   12:37
23  that there was a physical altercation involving   12:37
24  civilians and Mr. Bosetti, Gary Bosetti;   12:37
25  correct?   12:37
```

**Page 504**

```
 1           Paradiso
 2      A.  Right.   12:37
 3      Q.  And you have since learned that   12:37
 4  Richard Bosetti was present in the bar that   12:37
 5  night as well; correct?   12:38
 6      A.  Right.   12:38
 7      Q.  Now, just so the record is clear,   12:38
 8  you were not present in the Village at the time   12:38
 9  that the incident took place; correct?   12:38
10      A.  No.   12:38
11      Q.  To your knowledge, Mr. Hesse wasn't   12:38
12  present in the Village at the time this   12:38
13  incident took place; correct?   12:38
14      A.  Correct.   12:38
15      Q.  Now, Mr. Fiorillo, Lamm and Snyder   12:38
16  answer the call about a physical altercation in   12:38
17  Houser's and, to your knowledge, they proceeded   12:38
18  to that call; correct?   12:38
19      A.  Yes.   12:38
20      Q.  And do you recall approximately what   12:38
21  time this took place?   12:38
22      A.  No.   12:38
23      Q.  Do you recall when you came in to   12:38
24  the Village the next morning?   12:38
25      A.  It was probably sometime around 7:30   12:38
```

**Page 505**

```
 1           Paradiso
 2  or 8:00 in the morning.   12:39
 3      Q.  So there was a period of time   12:39
 4  between when they received the call and when   12:39
 5  you came in that neither you, nor Mr. Hesse   12:39
 6  were present in the Village; correct?   12:39
 7      A.  Correct.   12:39
 8      Q.  And I believe you testified that you   12:39
 9  were a click away on your Nextel phone at all   12:39
10  times in this time period; correct?   12:39
11      A.  Yes.   12:39
12      Q.  Same thing for Mr. Hesse; correct?   12:39
13      A.  Yes.   12:39
14      Q.  So would you agree with me that if   12:39
15  any of the three plaintiffs that I identified   12:39
16  needed to reach you concerning this incident,   12:39
17  all they had to do was click the button and   12:39
18  call you on the Nextel radio?   12:39
19      A.  Either that or just dial the phone,   12:39
20  my phone.  I kept it next to my bed.   12:40
21      Q.  But it would have taken longer to   12:40
22  dial the phone, they could have just clicked   12:40
23  the radio; right?   12:40
24      A.  Right.   12:40
25      Q.  That's assuming you had the radio on   12:40
```

**Page 506**

```
 1           Paradiso
 2  you; right?   12:40
 3      A.  (Nodding.)   12:40
 4      Q.  Now, at any point in time did any of   12:40
 5  those three plaintiffs call you?   12:40
 6      A.  No.   12:40
 7      Q.  To your knowledge, did any of those   12:40
 8  plaintiffs before you arrived in Ocean Beach   12:40
 9  call Mr. Hesse or click the Nextel phone to   12:40
10  call Mr. Hesse?   12:40
11      A.  I'm not aware that they did.   12:40
12      Q.  Okay.  Now, Mr. Gary Bosetti was off   12:40
13  duty at the time; right?   12:40
14      A.  As far as I know, yes.   12:40
15      Q.  And I understand he had his shield   12:40
16  and I'm led to -- well, is a police officer   12:40
17  ever really off duty, in your opinion?   12:40
18      A.  Well, you are always a police   12:40
19  officer, but you are on duty and off duty.   12:40
20      Q.  Okay.  But he wasn't on an official   12:41
21  tour when this incident took place; right?   12:41
22      A.  No.   12:41
23      Q.  Neither was Richard Bosetti;   12:41
24  correct?   12:41
25      A.  No.   12:41
```

Page 507

Paradiso

1
2    Q.  In your experience at Ocean Beach on  12:41
3  how many other occasions, if any, had an  12:41
4  off-duty police officer been involved in a  12:41
5  physical altercation in a bar that required a  12:41
6  police presence?                    12:41
7    A.  How many?                  12:41
8    Q.  Yes.                          12:41
9    A.  I couldn't give you a number.    12:41
10    Q.  Okay.  Well, let's then maybe break  12:41
11  it down a little bit.              12:41
12        On how many occasions was      12:41
13  Mr. Fiorillo prior to this incident involved in  12:41
14  a situation when an off-duty police officer was  12:41
15  one of the actors in a physical altercation  12:42
16  while off duty in a bar?            12:42
17    A.  I don't think he had been before.  12:42
18    Q.  Same question with regard to    12:42
19  Mr. Snyder.                        12:42
20    A.  I don't recall it ever happening  12:42
21  with Mr. Snyder either.            12:42
22    Q.  Same question with regard to    12:42
23  Mr. Lamm.                          12:42
24    A.  I don't recall.                12:42
25    Q.  So at least based upon your      12:42

Page 508

Paradiso

1
2  recollection as you sit here today, would you  12:42
3  agree with me that the situation confronting  12:42
4  these three officers was unique for them at  12:42
5  that point in time?                12:42
6    A.  Yes.                          12:42
7    Q.  Would you agree with me that at  12:42
8  least one deficiency in their performance that  12:42
9  night was not immediately calling you or  12:42
10  Mr. Hesse when they became aware of a physical  12:43
11  altercation that may have involved either Gary  12:43
12  or Richard Bosetti?                12:43
13        MR. GOODSTADT:  Objection.      12:43
14    A.  Yes.                          12:43
15    Q.  Okay.  To your knowledge, did any of  12:43
16  these three plaintiffs secure the crime scene  12:43
17  upon arriving at the bar?          12:43
18    A.  I'm not certain what they did upon  12:43
19  their arrival.                      12:43
20    Q.  Well, based upon your knowledge --  12:43
21  based upon your experience, what does securing  12:43
22  the crime scene mean?              12:43
23    A.  Preserving the scene for a further  12:43
24  investigation to take place.  Limiting access  12:43
25  in and out.                        12:44

Page 509

Paradiso

1
2    Q.  To your knowledge, did any of the  12:44
3  three plaintiffs secure the crime scene, as you  12:44
4  have just described it?            12:44
5    A.  I don't know.                  12:44
6    Q.  Did you ever find any evidence in  12:44
7  your review of any documentation created either  12:44
8  by the plaintiffs or anybody else that leads  12:44
9  you to believe that the plaintiffs secured the  12:44
10  crime scene?                        12:44
11    A.  Securing the crime scene wouldn't  12:44
12  have been a typical thing that we did at Ocean  12:44
13  Beach at a bar fight.  It just wasn't part of  12:44
14  our normal procedure to secure scenes in that  12:44
15  manner.  I wouldn't have expected them to tape  12:44
16  off the bar and preserve it like that.  12:45
17    Q.  Would you have expect -- well, would  12:45
18  you have expected them in their role as the  12:45
19  initial three investigating officers to at  12:45
20  least identify one potential eyewitness to the  12:45
21  event?                              12:45
22    A.  I would have hoped that they would  12:45
23  have been able to get an eyewitness to the  12:45
24  event.                              12:45
25    Q.  Even if that eyewitness didn't give  12:45

Page 510

Paradiso

1
2  them any information, you understand what I am  12:45
3  saying?                            12:45
4    A.  An eyewitness would have to say "I  12:45
5  saw something" and if none came forward, it  12:45
6  would be impossible for them to secure that.  12:45
7    Q.  How about even a list of potential  12:45
8  eyewitnesses who were present in the bar that  12:45
9  night?                              12:45
10    A.  With the amount of manpower that was  12:45
11  on -- I wasn't there.              12:46
12    Q.  I understand that.  Right.  I am  12:46
13  just asking --                      12:46
14    A.  So I don't know how many people were  12:46
15  in the bar when it took place, and in a  12:46
16  situation where you have somebody who is  12:46
17  injured, I think their first response was  12:46
18  trying to deal with the injuries of the person  12:46
19  that got hurt and --              12:46
20    Q.  More so --                    12:46
21    A.  More so than the secondary      12:46
22  investigation of what exactly took place.  12:46
23    Q.  Okay.  So it's your belief that the  12:46
24  three officers that arrived, their first  12:46
25  priority should have been to find out who was  12:46

Page 511

Paradiso

1          Paradiso
2  injured, and if the injured parties were not in    12:46
3  their presence, to find them?                      12:46
4      A.   And if they needed medical               12:46
5  assistance, to get it for them, yes.               12:46
6      Q.   Now, if Gary Bosetti was one of the       12:46
7  injured parties, would you agree with me that      12:46
8  it would have been the plaintiffs' -- the three    12:46
9  officers that were there that night --             12:46
10  responsibility to try to find Mr. Bosetti and      12:47
11  attend to whatever injuries he may have?           12:47
12      A.   If he was injured, yes.                   12:47
13      Q.   To your knowledge, did the                12:47
14  plaintiffs -- did any of the three plaintiffs      12:47
15  who arrived on the scene that night do anything    12:47
16  to try to find Gary Bosetti in between the time    12:47
17  they first arrived and the time that you came      12:47
18  to the police station the following morning?       12:47
19      A.   I don't remember.                         12:47
20      Q.   Okay.  Let's discuss again the           12:47
21  geography of Ocean Beach.  You have the ferry      12:47
22  station.  Right?  In relation to Houser's,         12:47
23  where is the ferry station?                        12:47
24      A.   About 300 feet from the bar.             12:47
25      Q.   If you didn't try to get off the        12:48

Page 512

Paradiso

1          Paradiso
2  island on a ferry, how could one get off the       12:48
3  island?  What were the other possible ways that    12:48
4  you can get off of Ocean Beach?                     12:48
5      A.   You could take a water taxi, you         12:48
6  could take a ferry from a different area, water     12:48
7  taxi from a different area, you could take a        12:48
8  private boat, or you could drive off in a           12:48
9  four-wheel drive vehicle.                           12:48
10      Q.   Okay.  Now, at 3:00 in the morning       12:48
11  in the end of October, are there ferries           12:48
12  running?                                            12:48
13      A.   I don't believe so.                       12:48
14      Q.   Are there water taxis running?           12:48
15      A.   Yes.                                       12:48
16      Q.   Okay.  And where is the water taxi        12:48
17  station in comparison to the ferry terminal?       12:48
18      A.   It's further past the ferry terminal     12:48
19  at the end of -- the one in Ocean Beach is at      12:48
20  the end of Bay Walk.                                12:48
21      Q.   Now, is there someone --                 12:48
22      A.   I mean Bayberry Walk.  I'm sorry.        12:48
23      Q.   Say 3:00 in the morning, is there a      12:48
24  dockmaster or some other official police           12:48
25  officer at Ocean Beach who is present at the       12:49

Page 513

Paradiso

1          Paradiso
2  ferry terminal?                                     12:49
3      A.   We probably had a dockmaster on that      12:49
4  night.  Water taxis stop running at 2:00 in the    12:49
5  morning in Ocean Beach.                             12:49
6      Q.   Okay.  So if this incident took          12:49
7  place after 2:00, then the water taxi would not    12:49
8  be available?                                       12:49
9      A.   Not in Ocean Beach, no.                   12:49
10      Q.   And when would the ferries start        12:49
11  again the following morning?                        12:49
12      A.   I'm not certain of the schedule, but     12:49
13  there would probably be a boat around 10:00 in     12:49
14  the morning.                                        12:49
15      Q.   And how about water taxi?                12:49
16      A.   Water taxis can start up again at        12:49
17  like 5 or 6:00 in the morning if they were         12:49
18  going to be running.  I don't know if they were    12:49
19  running at that time.                               12:49
20      Q.   And if they were running, there         12:49
21  would be probably a dockmaster there?              12:49
22      A.   Not always.                               12:49
23      Q.   Okay.  You could take a four-wheel      12:49
24  drive.  How would you take -- where would you      12:49
25  go to take a four-wheel drive off the island?      12:49

Page 514

Paradiso

1          Paradiso
2      A.   You would have to drive down the         12:49
3  beach to Robert Moses Causeway, over the           12:49
4  bridges, and...                                     12:49
5      Q.   Okay.  Now, is there a road that you     12:49
6  have to go through on Ocean Beach to get to the    12:49
7  Robert Moses Causeway?                              12:50
8      A.   You would go through -- take Midway       12:50
9  and there is like a sand path that you could       12:50
10  take or you can walk over to the beach and go      12:50
11  straight down the beach.                            12:50
12      Q.   Okay.  And you said there is a          12:50
13  private -- there could be private boats too.       12:50
14      A.   Yes.                                       12:50
15      Q.   Are you aware as you sit here today      12:50
16  that any of the plaintiffs took any action to      12:50
17  try to find Gary Bosetti in the hours between      12:50
18  the incident and that you came to the Village?     12:50
19      A.   I believe that they said that they       12:50
20  did look for him in the barracks, but he wasn't    12:50
21  there.                                              12:50
22      Q.   Anyplace else that you know as you      12:50
23  sit here today that the plaintiffs looked for      12:50
24  Mr. Gary Bosetti?                                   12:50
25      A.   I don't recall.                           12:51

Page 515

Paradiso

1
2      Q.   Now, Richard Bosetti, you would        12:51
3   agree with me that the three plaintiffs knew   12:51
4   that Richard Bosetti was at least in the bar at 12:51
5   the time of the incident; correct?             12:51
6      A.   I believe so.                           12:51
7      Q.   Whether he was an eyewitness or not,    12:51
8   he was in the bar.  And you would agree with me 12:51
9   that you learned at some point in time that     12:51
10  while the alleged victims of the -- at the time 12:51
11  of what they claimed to be a brutal act by Gary 12:51
12  Bosetti were in the police station having their 12:51
13  injuries tended to, that Richard Bosetti walked 12:51
14  into the police station at that time.  Do you   12:51
15  recall that?                                    12:51
16     A.   Yes, I recall that.                     12:51
17     Q.   To your knowledge, did any of the       12:51
18  plaintiffs do anything to make sure that        12:51
19  Mr. Bosetti didn't leave the police station     12:51
20  before he gave an account of everything that    12:51
21  transpired?                                     12:51
22     A.   I'm not aware if they did or not.       12:51
23     Q.   Okay.  Is that something that you       12:52
24  think as the police chief, given your           12:52
25  experience, that these three officers should    12:52

Page 516

Paradiso

1
2   have at least attempted to do with regard to    12:52
3   Richard Bosetti?                                12:52
4      A.   It all depends on how serious the       12:52
5   injuries of the people in the office were.      12:52
6   Richard Bosetti was a member of the Police      12:52
7   Department.  Whether or not they got their      12:52
8   information from him immediately or later on,   12:52
9   it wasn't like he was gonna hop on a plane and  12:52
10  flee the country.  He was somebody that they    12:52
11  could talk to at any point, so...               12:52
12     Q.   Would you agree with me, though,        12:52
13  that recollections sometimes tend to fade the   12:52
14  further away you get from an event?             12:52
15     A.   I think I am proof --                   12:52
16     MR. GOODSTADT:  Objection.                   12:52
17     A.   I am proof positive of that, but it     12:52
18  all depends on what's going on in the office at 12:52
19  the time.  You know, you have people injured,   12:52
20  you have the ambulance crew in and out.  You    12:52
21  know, guys are working.  They are trying to do  12:53
22  the best that they can.                         12:53
23     Q.   And at least as of the time that you    12:53
24  arrived, the only story that was being told     12:53
25  about what took place came from the three       12:53

Page 517

Paradiso

1
2   alleged victims and a woman; correct?  To your  12:53
3   knowledge.                                      12:53
4      A.   The three people that were there,       12:53
5   the woman and the two guys.                     12:53
6      Q.   Okay.  And at least at the time that    12:53
7   you arrived that morning, nobody else had come  12:53
8   forward and given any other story?              12:53
9      A.   No.                                     12:53
10     Q.   So would it be fair to say that all     12:53
11  you knew at the time that you arrived once you  12:53
12  talked to Mr. Fiorillo and saw whatever was     12:53
13  written up at the time was that Mr. Bosetti was 12:53
14  involved in a physical altercation while off    12:53
15  duty at Houser's bar in the morning hours of    12:53
16  the 31st and he hit someone with a pool cue.    12:53
17     A.   Right.                                  12:53
18     Q.   Okay.  And you were unaware as to       12:53
19  whether this was in self-defense or not at the  12:54
20  time, correct, based upon at least what you had 12:54
21  heard and what you had seen?                    12:54
22     A.   Yeah, I -- the events that took         12:54
23  place in the bar were kind of sketchy.  All I   12:54
24  had to go by was what was reported to me and    12:54
25  what the people said.                           12:54

Page 518

Paradiso

1
2      Q.   Okay.  "The people" being the --       12:54
3      A.   The injured.                            12:54
4      Q.   Right.  And at some point in time       12:54
5   after you arrived you called Gary Bosetti up?   12:54
6      A.   Actually, first I went looking for      12:54
7   him.                                            12:54
8      Q.   Okay.  And where did you go again?      12:54
9      A.   I went to the barracks to see if he     12:54
10  turned up in the barracks.  I went to a house   12:54
11  on Bayberry that someone said he might be at.   12:54
12  I forget who.  He wasn't there.  And then I     12:54
13  tried him on his cell phone.  I got his         12:54
14  message.  And then eventually he called in to   12:54
15  the police station.                             12:54
16     Q.   And that's when you asked him to        12:54
17  come in so that he can give his version of what 12:55
18  took place; right?                              12:55
19     A.   Right.                                  12:55
20     Q.   And he said no?                         12:55
21     A.   Right.                                  12:55
22     Q.   And that's when you suspended him       12:55
23  for -- pending termination?                     12:55
24     A.   Right.                                  12:55
25     Q.   And if I believe -- if I remember       12:55

Page 519

Paradiso

1
2  correctly, you suspended him pending          12:55
3  termination because he refused to come in and  12:55
4  discuss with you the incident?                 12:55
5      A.  Well, all I had was the statement --   12:55
6  you know, what the people had told me had      12:55
7  happened and without any other information from 12:55
8  a witness or anything else, I could only go by  12:55
9  what they said, and on the basis of that and    12:55
10 his refusal to come back in, my hands were      12:55
11 tied.                                           12:55
12     Q.  No, I understand.  Again, the point     12:55
13 of my question isn't to be critical.  I am just 12:55
14 trying to figure out -- get the facts as to     12:55
15 what precipitated you making that decision, and 12:55
16 if I understand you correctly, it was based,    12:55
17 one, on the fact that the only story that you   12:55
18 had at that point in time was the fact that     12:55
19 Gary hit somebody with a pool cue and that he   12:55
20 refused to come back to the Village to discuss  12:55
21 it with you.                                    12:56
22     A.  Right.                                  12:56
23         MR. NOVIKOFF:  Okay.  Why don't we     12:56
24 take a break and why don't we have like a       12:56
25 half-hour lunch and I think then I could        12:56

Page 520

Paradiso

1
2  wrap it up probably within the hour.           12:56
3         MR. GOODSTADT:  Okay.                   12:56
4         THE VIDEOGRAPHER:  The time is now      12:56
5  12:56 p.m.  That is the end of tape            12:56
6  number 2.  We are now off the record.          12:56
7         (Lunch recess was taken from 12:56     12:56
8  to 1:41.)                                       01:39
9         THE VIDEOGRAPHER:  This is the start    01:39
10 of tape number 3.  The time is now             01:40
11 1:41 p.m.  We are now back on the record.       01:40
12 CONTINUED EXAMINATION BY                        01:40
13 MR. NOVIKOFF:                                   01:40
14     Q.  Let's go to -- back to the             01:40
15 Complaint, page 17.                             01:40
16         When you first spoke to Mr. Fiorillo   01:40
17 on the morning of October 31st, did he advise   01:40
18 you that Richard Bosetti refused to assist in   01:41
19 the investigation earlier that morning?         01:41
20     A.  When I spoke to him on the phone?       01:41
21     Q.  Yes.                                    01:41
22     A.  I don't remember if he did or not,      01:41
23 but I don't believe so.                         01:41
24     Q.  Okay.  Did Mr. Fiorillo on that         01:41
25 phone conversation advise you that he had asked 01:41

Page 521

Paradiso

1
2  where Gary Bosetti was and that Richard Bosetti 01:41
3  refused to tell him?                            01:41
4      A.  I'm uncertain if he told me that the    01:41
5  Bosettis were involved during that phone call.  01:41
6  I thought he said that I had to come in, that   01:41
7  there was an incident, and then once I got to   01:41
8  the police station is when I found out that --  01:41
9      Q.  The Bosettis were involved?            01:41
10     A.  The Bosettis were involved.            01:41
11     Q.  And you found out from Mr. Fiorillo?   01:41
12     A.  Yes.                                    01:42
13     Q.  And in that in-person conversation      01:42
14 in the police house, now not the telephone, but 01:42
15 when you actually got on the beach, did         01:42
16 Mr. Fiorillo advise you during that in-person   01:42
17 conversation that Richard Bosetti in his        01:42
18 opinion had refused to assist in the            01:42
19 investigation earlier that morning?             01:42
20     A.  I don't recall.                         01:42
21     Q.  And did Mr. Fiorillo advise you in      01:42
22 that in-person conversation that he had         01:42
23 asked -- he or the other officer had asked      01:42
24 where Mr. Gary Bosetti was and that Richard     01:42
25 Bosetti refused to tell him?                    01:42

Page 522

Paradiso

1
2      A.  I don't remember him saying that       01:42
3  either.                                         01:42
4      Q.  Okay.  Did you talk to Tom Snyder at    01:42
5  all that morning?  When I say "that morning,"   01:42
6  the morning of the 31st.                        01:42
7      A.  I don't recall if he was there or       01:42
8  not.                                            01:43
9      Q.  Okay.  Do you recall before first      01:43
10 advising Mr. Hesse of what had gone on of       01:43
11 speaking with Tom Snyder?                       01:43
12     A.  I'm not sure.                           01:43
13     Q.  Okay.  Did Mr. Snyder ever advise       01:43
14 you that he was told by patrons at Houser's     01:43
15 that night that one or more patrons were        01:43
16 concerned about a cover-up?                     01:43
17     A.  I don't recall that.                    01:43
18     Q.  Now, you testified before              01:43
19 Mr. Goodstadt on Monday that Mr. Snyder did     01:44
20 communicate to you the following in sum or      01:44
21 substance, that he didn't want this to be swept 01:44
22 under the rug.  Do you recall testifying to     01:44
23 that?                                           01:44
24     A.  Yeah, but I think it was a couple of    01:44
25 days after all this took place.                 01:44

Page 523

Paradiso

1
2    Q.   Yeah, I am not asking you exactly      01:44
3    when, just that you recall testifying to that.   01:44
4    A.   Right.                01:44
5    Q.   Do you have any reason -- withdrawn.   01:44
6       Do you have any understanding as to    01:44
7    why Mr. Snyder would have told you a couple of   01:44
8    days after the incident that he didn't want    01:44
9    anything to be hidden under the rug, in sum or   01:44
10   substance?                01:44
11   A.   Not really.            01:44
12   Q.   Did you inquire with him as to what   01:44
13   he meant by he didn't want this to be swept   01:44
14   under the rug?               01:44
15   A.   No, I just told him that that would   01:44
16   never take place.            01:44
17   Q.   Had Mr. Snyder ever advised you     01:44
18   prior to that time that he thought that certain   01:44
19   incidents involving the Ocean Beach Police    01:44
20   Department were swept under the rug?       01:45
21   A.   I don't believe so.         01:45
22   Q.   Did Mr. Snyder in this conversation   01:45
23   that you just testified about advise you that   01:45
24   he advised patrons at Houser's that night that   01:45
25   there would not be a cover-up?         01:45

Page 524

Paradiso

1
2    A.   I don't recall that.        01:45
3    Q.   Let's turn to the next page.      01:45
4    A.   Which page number?         01:45
5    Q.   18.  At the top of the page     01:45
6    underlined it says "the cover-up by Hesse."  Do   01:45
7    you see that?               01:45
8    A.   Yes.              01:45
9    Q.   As you sit here today, based upon    01:45
10   your involvement in the Halloween incident in   01:45
11   terms of being the chief of police, reviewing   01:45
12   documents, talking to people, are you of the   01:45
13   opinion that Mr. Hesse covered up anything with   01:46
14   regard to the events of that evening?      01:46
15   A.   No.              01:46
16      MR. GOODSTADT:  Objection.        01:46
17   A.   I don't believe so.         01:46
18   Q.   In your opinion based upon all you    01:46
19   know, did Mr. Hesse do anything to protect Gary   01:46
20   Bosetti during the course of his investigation?   01:46
21   A.   I'm not aware of anything he did.   01:46
22   Q.   To your knowledge as the chief of    01:46
23   police, did Mr. Hesse conduct a thorough    01:46
24   investigation of the Halloween incident?    01:46
25   A.   I felt it was thorough.       01:46

Page 525

Paradiso

1
2    Q.   To your knowledge, did Pat Cherry do   01:46
3    anything that was inappropriate with regard to   01:46
4    his involvement with the investigation?     01:46
5    A.   I don't think so.          01:46
6    Q.   Now, there came a point in time that   01:46
7    the DA got involved in this matter, correct,   01:47
8    the Suffolk County DA?           01:47
9    A.   Yeah, when it was filed in court.   01:47
10   Q.   What was filed with court?       01:47
11   A.   The court informations, I guess, the   01:47
12   complaints.                01:47
13   Q.   Okay.  Now, between the time that   01:47
14   you first arrived at the Village that morning   01:47
15   of the 31st and the time that the Suffolk    01:47
16   County DA, to your understanding, got involved   01:47
17   in the matter, did Mr. Snyder ever advise you   01:47
18   that he thought that Mr. Hesse was engaging in   01:47
19   a cover-up?                01:47
20   A.   I don't think so.          01:47
21   Q.   Same question with Mr. Lamm.       01:47
22   A.   No.               01:47
23   Q.   Same question for Mr. Fiorillo.    01:47
24   A.   No.               01:47
25   Q.   Did the Suffolk County DA ever     01:47

Page 526

Paradiso

1
2    advise you that -- and when I say the DA, I    01:47
3    mean any assistant district attorney or the DA   01:47
4    himself, ever advise you that it was the DA's   01:47
5    belief that there was a cover-up concerning the   01:47
6    investigation of the Halloween incident?    01:48
7    A.   No.               01:48
8    Q.   Let's look at paragraph 71.  Just    01:48
9    read it for me and then tell me when you are    01:48
10   done.                01:48
11      (Document review.)          01:48
12   A.   Okay.               01:48
13   Q.   Now, did -- to your knowledge, do    01:48
14   you have -- well, withdrawn.         01:49
15      Do you have an understanding as to    01:49
16   what the plaintiffs mean -- meant when they    01:49
17   alleged in paragraph 71 that the field report   01:49
18   was then rewritten by or at the direction of   01:49
19   Hesse?                01:49
20   A.   No.               01:49
21   Q.   Did you ever discover any evidence    01:49
22   to suggest that a field report drafted by one   01:49
23   or more of the plaintiffs in this action    01:49
24   concerning the Halloween incident was     01:49
25   rewritten?                01:49

Page 527

Paradiso

1
2    A.   I don't believe so.                01:49
3    Q.   Let's look at paragraph 73.  Well,   01:49
4  actually, let's look at paragraph 72.  It's   01:49
5  alleged that Chief Paradiso and Officer Snyder  01:49
6  spoke the morning of October 31st, 2004.      01:49
7        Without accepting this as true, does  01:49
8  that statement refresh your recollection as to  01:49
9  whether or not you and Mr. Snyder spoke on the  01:49
10  morning of the 31st?                01:49
11    A.   Not really.                01:49
12    Q.   Okay. Let's look at paragraph 73.   01:49
13  "On October 31st, 2004 Chief Paradiso        01:50
14  terminated Gary Bosetti's employment for his   01:50
15  role in brutalizing the civilians at Houser's  01:50
16  earlier that morning."  Is that an accurate   01:50
17  allegation as you sit here today?        01:50
18    A.   It's hard to answer that question,   01:50
19  because I don't remember the actual         01:51
20  conversation verbatim as to what exactly was   01:51
21  stated.                        01:51
22    Q.   I am not asking you about the second  01:51
23  part.  Then let me break it down.  Paragraph   01:51
24  73.                            01:51
25        Did you on October 31st terminate   01:51

Page 528

Paradiso

1
2  Gary Bosetti's employment or did you suspend   01:51
3  him pending termination?            01:51
4    A.   I suspended him pending termination.  01:51
5    Q.   At any point in time did you ever   01:51
6  terminate Gary Bosetti for the Halloween      01:52
7  incident?                        01:52
8    A.   No.                      01:52
9    Q.   Based upon what you know, did Gary   01:52
10  Bosetti brutalize civilians at Houser's that   01:52
11  morning?                        01:52
12        MR. GOODSTADT:  Objection.         01:52
13    A.   Based on what I knew then?        01:52
14    Q.   No, based on what you know now.     01:52
15    A.   No, I don't believe he did.        01:52
16    Q.   Okay. Now, based upon what you knew  01:52
17  then, did he engage in brutalizing a civilian?  01:52
18  And when I say "then," I mean on the morning of  01:52
19  the 31st.                        01:52
20    A.   Based on the information I had      01:52
21  gotten from the people when they got back and   01:52
22  without any other information to the contrary,  01:52
23  I felt that he was -- he acted improperly as   01:52
24  for a police officer working for my department.  01:52
25    Q.   And then subsequently once you got   01:52

Page 529

Paradiso

1
2  more information your opinion changed?        01:52
3    A.   Yes.                      01:52
4    Q.   And you believe he acted          01:52
5  appropriately?                     01:53
6    A.   I believe he intervened, as I would   01:53
7  hope any of my officers would have, and,      01:53
8  outmanned, he took whatever actions he seen   01:53
9  necessary to protect himself once he was being  01:53
10  attacked.                        01:53
11    Q.   You said "outmanned"?            01:53
12    A.   Yes.                      01:53
13    Q.   Now, let's look at the second      01:53
14  sentence.  "After demanding Bosetti's shield   01:53
15  and sidearm."                     01:53
16        Do you recall ever demanding      01:53
17  Bosetti's shield and sidearm in that telephone  01:53
18  conversation that day?               01:53
19    A.   I don't remember it, but if I      01:53
20  suspended him, I would have wanted his shield   01:53
21  and sidearm back.                 01:53
22    Q.   Did you offer Bosetti the          01:53
23  opportunity to submit a resignation letter on   01:53
24  October 31st, 2004?                 01:53
25    A.   I don't recall that.            01:53

Page 530

Paradiso

1
2    Q.   Okay. Let's look at paragraph 75.   01:53
3  Did Officer Carter ever --             01:53
4    A.   Let me read it first, please.        01:53
5    Q.   Sure.  Read it and tell me when you   01:54
6  are done.                        01:54
7        (Document review.)             01:54
8    A.   Okay.                      01:54
9    Q.   Did Officer Carter ever advise you   01:54
10  that Hesse referred to Snyder's report as a   01:54
11  piece of shit?                     01:54
12    A.   I don't recall that.            01:54
13    Q.   Did Officer Snyder ever advise you   01:54
14  that Hesse told him concerning the          01:54
15  investigation that he needed to protect Bosetti  01:54
16  rather than the victims?               01:54
17    A.   I don't recall that either.        01:54
18    Q.   Did Fiorillo ever advise you that   01:54
19  Hesse told him that he needed to protect the   01:54
20  Bosettis rather than the victims?         01:54
21    A.   I don't recall that.            01:55
22    Q.   Let's look at paragraph 76 and then  01:55
23  tell me when you are done reading.        01:55
24    A.   Okay.                      01:55
25        (Document review.)             01:55

Page 531

Paradiso

1
2     A.   Okay.                          01:55
3     Q.   All right.  Plaintiffs start off by   01:55
4  alleging in paragraph 76 the following.  "Hesse   01:55
5  then directed an uncertified OBPD officer John   01:55
6  "Pat" Cherry, who was not on duty and did not   01:55
7  witness the fight at Houser's, to investigate   01:55
8  the incident."  Do you see that?       01:55
9     A.   Yes.                          01:55
10    Q.   Now, you were aware that Pat Cherry   01:55
11 was doing the -- taking statements; correct?   01:56
12    A.   Yes.                          01:56
13    Q.   And you believe that was I think you   01:56
14 said a marvelous decision?               01:56
15    A.   Yes.                          01:56
16    MR. GOODSTADT:   Objection.        01:56
17    Q.   That's because Mr. Cherry was an   01:56
18 experienced police officer in the homicide   01:56
19 department for New York City?           01:56
20    A.   Nassau County.                01:56
21    Q.   Nassau County, and that, in your   01:56
22 opinion, he had taken at least hundreds, if not   01:56
23 thousands of witness statements?         01:56
24    A.   Yes.                          01:56
25    Q.   Now, let's assume that Mr. Cherry   01:56

Page 532

Paradiso

1
2  was an uncertified OBPD officer at the time.   01:56
3     In your opinion, did that make him   01:56
4  unqualified to take witness statements as part   01:56
5  of this investigation?                 01:56
6     A.   No.                          01:56
7     Q.   And why is that?              01:56
8     A.   He had a career of taking witness   01:56
9  statements.  He -- Pat was a career police   01:56
10 officer.  He was -- in my opinion he -- his   01:56
11 reputation was beyond reproach and I thought   01:57
12 that he would do a very competent job of taking   01:57
13 the witness statements.                 01:57
14    Q.   Now, within this particular      01:57
15 allegation that I have just read, the        01:57
16 plaintiffs emphasize that Mr. Cherry did not   01:57
17 witness the fight at Houser's.  Do you see   01:57
18 that?                                01:57
19    A.   Yes.                          01:57
20    Q.   Does one need to have been an   01:57
21 eyewitness to an event to investigate that   01:57
22 event?                               01:57
23    A.   Very rarely do officers eyewitness   01:57
24 events at bar fights.                  01:57
25    Q.   So it would be the exception that an   01:57

Page 533

Paradiso

1
2  officer who had actually eyewitnessed an event   01:57
3  investigate that event; correct?         01:57
4     A.   Yes.                          01:57
5     Q.   Stated differently, it's actually   01:57
6  the common practice that someone          01:57
7  investigates -- a police officer investigates   01:57
8  an incident who did not eyewitness that     01:57
9  incident; correct?                     01:57
10    A.   Yes.                          01:57
11    Q.   And, in fact, no officer other than   01:58
12 the Bosettis had arguably eyewitnessed the   01:58
13 events that evening; correct?           01:58
14    A.   Correct.                      01:58
15    Q.   So if plaintiffs' allegations are   01:58
16 taken to the logical end, no one could -- other   01:58
17 than the Bosettis could have investigated the   01:58
18 incident because no officer had eyewitnessed   01:58
19 the event?                           01:58
20    MR. GOODSTADT:   Objection.        01:58
21    Q.   Would you agree with me?        01:58
22    MR. GOODSTADT:   Objection.        01:58
23    A.   Could you repeat that question.   01:58
24    Q.   Well, it seems like the plaintiffs   01:58
25 are complaining that Mr. Cherry should not have   01:58

Page 534

Paradiso

1
2  investigated the incident in part because he   01:58
3  did not witness the incident; right?      01:58
4     MR. GOODSTADT:   Objection.        01:58
5     A.   It doesn't state -- I don't think it   01:58
6  says that he shouldn't have took the statements   01:58
7  because he wasn't there.  It's just that they   01:58
8  were stating that he wasn't there.        01:58
9     Q.   Okay.  Let's then move on to the   01:58
10 next sentence.  "Cherry conducted a sham      01:58
11 investigation."                        01:58
12    As chief of police based upon your   01:58
13 observations and your review of the materials   01:59
14 concerning the investigation undertaken by   01:59
15 Mr. Hesse and Mr. Cherry, in your opinion did   01:59
16 Mr. Cherry conduct a sham investigation?   01:59
17    A.   No, he did not.               01:59
18    Q.   To your knowledge, has anyone other   01:59
19 than these five plaintiffs accused Mr. Cherry   01:59
20 and Mr. Hesse of conducting a sham          01:59
21 investigation?                         01:59
22    A.   No.                          01:59
23    Q.   Let's continue.  After the word   01:59
24 "sham investigation" the plaintiffs then go on   01:59
25 to say:  "That included consulting with some of   01:59

Page 535

Paradiso

1
2  Hesse's friends who had been at Houser's bar on  01:59
3  the night of October 30th and morning of  01:59
4  October 31st and asking these individuals to  01:59
5  submit false and misleading statements  01:59
6  concerning the events surrounding the fight and  01:59
7  the fight itself."  01:59
8     Have you ever been advised through  01:59
9  any source, whether it be rumor, hearsay or  01:59
10  personal knowledge, that either Mr. Hesse or  02:00
11  Mr. Cherry ever asked any witness to provide a  02:00
12  false or misleading statement?  02:00
13     A.  No.  02:00
14     Q.  Based upon your review of the  02:00
15  information that was ascertained by Mr. Cherry  02:00
16  and Mr. Hesse, in your opinion, did any witness  02:00
17  provide false or misleading statements?  02:00
18        MR. GOODSTADT:  Objection.  02:00
19     A.  No.  Well, that's not true.  I'm  02:00
20  sorry.  02:00
21     Q.  Who?  02:00
22     A.  It would seem that the people I  02:00
23  initially --  02:00
24        THE COURT REPORTER:  I can't hear  02:00
25  you.  02:00

Page 536

Paradiso

1
2     A.  I said no, that's not true.  It  02:00
3  seemed that the people that I initially talked  02:00
4  to that morning gave false and misleading  02:00
5  statements.  02:00
6     Q.  You mean the alleged victims?  02:00
7     A.  The alleged victims.  02:00
8     Q.  The ones that the plaintiffs had  02:00
9  interviewed that evening?  02:00
10     A.  Yes.  02:00
11     Q.  Now, they make reference in the same  02:00
12  paragraph 76 to the following.  "Upon  02:00
13  information and belief Cherry and Hesse  02:01
14  ratified these false statements to cover up the  02:01
15  Bosetti brothers' involvement in the Halloween  02:01
16  incident and by attempting to shift blame to  02:01
17  the victims."  Do you see that?  02:01
18     A.  Yes.  02:01
19     Q.  Would it be fair to say that at  02:01
20  least as to those alleged victims that pled  02:01
21  guilty to certain violations or crimes months  02:01
22  later, that they did, in fact, accept blame for  02:01
23  the events that took place?  02:01
24        MR. GOODSTADT:  Objection.  02:01
25     A.  It would seem so.  02:01

Page 537

Paradiso

1
2     Q.  "They" being the alleged victims?  02:01
3     A.  Yes.  02:01
4     Q.  Paragraph 77.  "Plaintiffs allege  02:01
5  that Officers Fiorillo, Lamm and Snyder  02:01
6  received no further information on the  02:01
7  investigation from Hesse or Officers Cherry,  02:01
8  Richard Bosetti or Gary Bosetti."  02:01
9     Putting aside the Bosetti brothers  02:01
10  for a second, would it have been the  02:01
11  requirement of Hesse and Cherry to advise  02:01
12  Fiorillo, Lamm and Snyder of the investigation  02:01
13  that was taking place?  02:01
14     A.  It wouldn't have been a requirement,  02:01
15  no.  02:01
16     Q.  Did Fiorillo, Lamm or Snyder inquire  02:02
17  with you at all as to how the investigation was  02:02
18  going?  02:02
19     A.  I don't recall that they did.  02:02
20     Q.  Did Fiorillo, Lamm or Snyder ever  02:02
21  ask you if the investigation had ended?  02:02
22     A.  I don't recall.  02:02
23     Q.  Did Fiorillo, Lamm or Snyder ever  02:02
24  ask you what the results of the investigation  02:02
25  were?  02:02

Page 538

Paradiso

1
2     A.  I don't remember.  02:02
3     Q.  In paragraph 78 -- withdrawn.  02:02
4     Please read paragraph 78 to yourself  02:02
5  and then tell me when you are done reading it.  02:02
6     (Document review.)  02:02
7     A.  Okay.  02:03
8     Q.  Very simple, sir.  Did Mr. Fiorillo  02:03
9  ever advise you that it was his belief that  02:03
10  Hesse was asking him to engage in a cover-up  02:03
11  concerning the incidents on Halloween?  02:03
12     A.  I don't remember him saying that.  02:03
13     Q.  Would you agree with me, sir, that  02:03
14  you would have expected Mr. Fiorillo to  02:03
15  communicate that to you if, in fact, Mr. Hesse  02:03
16  had asked him to engage in a cover-up?  02:03
17     A.  Yes.  02:03
18     Q.  Let's turn to the next page.  02:03
19     Paragraph 82, I will ask you to read  02:03
20  that and then tell me when you are done.  02:03
21     (Document review.)  02:03
22     A.  Okay.  02:04
23     Q.  Did Mr. Lamm ever advise you in any  02:04
24  manner that Hesse asked you to engage in a  02:04
25  cover-up concerning the events of Halloween?  02:04

Page 539

```
 1              Paradiso
 2      A.  I don't recall him ever saying that    02:04
 3  to me.                                          02:04
 4      Q.  And is that something also, sir,       02:04
 5  that had that taken place, you would have       02:04
 6  expected Lamm to advise you of?                 02:04
 7      A.  Yes.                                    02:04
 8      Q.  Paragraph 83, in or around the         02:04
 9  week -- this is what the plaintiffs allege and  02:04
10  I will read it.                                 02:04
11      "In or around the week following the       02:04
12  incident, Hesse rehired Gary Bosetti to work as 02:04
13  an OBPD officer."  Do you see that?             02:04
14      A.  Yes.                                    02:04
15      Q.  Is that an accurate statement?         02:04
16      A.  No.                                     02:04
17      Q.  In fact, it was you who rehired Gary   02:04
18  Bosetti; right?                                 02:05
19      A.  Yes.                                    02:05
20      Q.  And, in fact, you rehired Gary         02:05
21  Bosetti based upon your conclusion at that time 02:05
22  that there was another side to the story and    02:05
23  that Gary Bosetti had behaved appropriately     02:05
24  when he was attacked by the alleged victims;    02:05
25  correct?                                        02:05
```

Page 540

```
 1              Paradiso
 2      A.  There was another side to the story    02:05
 3  and I found that Gary hadn't attacked people.   02:05
 4  He was there acting as a police officer trying  02:05
 5  to prevent somebody from being injured.         02:05
 6      Q.  Okay.  To your knowledge -- look at    02:05
 7  paragraph 84 and when you are done reading it,  02:05
 8  just tell me.                                   02:05
 9      (Document review.)                          02:05
10      A.  Okay.                                   02:06
11      Q.  To your knowledge, did Hesse           02:06
12  instruct Gary Bosetti to arrest two of the      02:06
13  alleged Bosettis' victims as is set forth in    02:06
14  84?                                             02:06
15          MR. GOODSTADT:  Objection.             02:06
16      A.  I don't recall.                         02:06
17      Q.  Do you know who instructed             02:06
18  Mr. Bosetti, if anyone, to arrest two of the    02:06
19  alleged victims of Mr. Bosetti?                 02:06
20      A.  I don't recall if Gary Bosetti was     02:06
21  the arresting officer.                          02:06
22      Q.  Okay.  Let's go to paragraph 85.       02:06
23  Plaintiffs allege -- now, again, this is        02:06
24  regarding alleged behavior that took place      02:06
25  while you were the chief.  Quote: "This was     02:06
```

Page 541

```
 1              Paradiso
 2  part of Hesse's pattern and practice of         02:06
 3  attempting to cover up numerous criminal        02:06
 4  assaults of civilians by OBPD officers by       02:06
 5  filing false criminal charges against the       02:06
 6  victims of such brutal attacks."                02:06
 7      In your time at Ocean Beach as              02:07
 8  police chief, did the Ocean Beach Police        02:07
 9  Department ever engage in criminal assaults on  02:07
10  civilians?                                      02:07
11          MR. GOODSTADT:  Objection.             02:07
12      A.  No.                                     02:07
13      Q.  In your time as police chief, did      02:07
14  Mr. Hesse ever cover up any assaults on         02:07
15  civilians by the Ocean Beach Police Department? 02:07
16      A.  I don't believe so.                     02:07
17      Q.  In your time as chief of police, did   02:07
18  Mr. Hesse ever file a false criminal charge     02:07
19  against any alleged victim of a police officer? 02:07
20      A.  Not as far as I know.                   02:07
21      Q.  Have you ever been advised by any of   02:07
22  the plaintiffs before September -- end of       02:07
23  September 2005 that Mr. Hesse had filed a false 02:07
24  criminal charge against any alleged victim of   02:07
25  an Ocean Beach police officer?                  02:08
```

Page 542

```
 1              Paradiso
 2      A.  Not that I know.                        02:08
 3      Q.  Did any plaintiff ever advise you      02:08
 4  that they believed that they were being treated 02:08
 5  differently by Mr. Hesse than other officers in 02:08
 6  the department?                                 02:08
 7          MR. GOODSTADT:  Objection.             02:08
 8          MR. NOVIKOFF:  I will withdraw.        02:08
 9  Let's break it down to Mr. Fiorillo.           02:08
10      Q.  Did Mr. Fiorillo ever advise you       02:08
11  that in his opinion he was being treated        02:08
12  differently by Mr. Hesse than other officers?   02:08
13      A.  Well, when he said -- when he          02:08
14  complained about being told to wash the police  02:08
15  vehicles, he didn't feel that -- he felt he was 02:08
16  being singled out by that, I thought.           02:08
17      Q.  By?                                     02:08
18      A.  He was being singled out for that,     02:08
19  that he felt that other officers weren't asked  02:08
20  to do that, that only he was.                   02:08
21      Q.  Any other examples regarding           02:08
22  Mr. Fiorillo complaining to you that he was     02:08
23  being singled out?                              02:09
24      A.  I don't recall any.                     02:09
25      Q.  Mr. Lamm, and I am going to use your   02:09
```

Page 543

Paradiso

1
2  expression now, did he ever advise you that he   02:09
3  felt he was being singled out by Mr. Hesse?   02:09
4      A.   I don't believe so.   02:09
5      Q.   Same question with regard to   02:09
6  Mr. Snyder?   02:09
7      A.   I don't believe so.   02:09
8      Q.   Mr. Carter?   02:09
9      A.   No.   02:09
10     Q.   Mr. Nofi?   02:09
11     A.   No.   02:09
12     Q.   Did Mr. Fiorillo ever advise you   02:09
13  that he believed that something Mr. Hesse was   02:09
14  engaged in put the public at risk?   02:09
15     A.   I don't recall anything like that.   02:09
16     Q.   Same question with regard to   02:09
17  Mr. Snyder.   02:09
18     A.   I don't recall that either.   02:09
19     Q.   Lamm?   02:09
20     A.   No.   02:09
21     Q.   Nofi?   02:09
22     A.   No.   02:09
23     Q.   Carter?   02:09
24     A.   No.   02:09
25         MR. NOVIKOFF:  I may only have about   02:10

Page 544

Paradiso

1
2  fifteen or twenty more minutes.  I just   02:10
3  want to go through my notes from yesterday.   02:10
4         THE WITNESS:  Okay.   02:10
5      Q.   You mentioned that you spoke to Ed   02:10
6  Carter a couple of times concerning this   02:10
7  lawsuit; is that correct?   02:10
8      A.   Yes.   02:10
9      Q.   What specifically do you recall   02:10
10  Mr. Carter saying to you on these occasions?   02:10
11     A.   One time I was in front of my house.   02:10
12  He had stopped by.  I was outside, I don't   02:10
13  know, washing my car or mowing or something,   02:11
14  and it had already come out in the news that --   02:11
15  about the lawsuit and everything and I asked   02:11
16  him how he was doing and he had said that he   02:11
17  had been -- his promotion to lieutenant had   02:11
18  been held back because of something that was   02:11
19  said about why he was terminated at Ocean   02:11
20  Beach.   02:11
21     Q.   And did he say it was something that   02:11
22  Hesse said about him?   02:11
23     A.   Yes.   02:11
24     Q.   Did he tell you what Hesse said?   02:11
25     A.   That he was caught sleeping on the   02:11

Page 545

Paradiso

1
2  job.   02:11
3      Q.   And did Carter tell you who told him   02:11
4  this?   02:11
5      A.   I don't remember.   02:11
6      Q.   Okay.  Anything else you recall   02:11
7  Carter saying to you about this lawsuit?   02:11
8      A.   He asked me if I would be willing to   02:12
9  come and testify about how I felt about him as   02:12
10  a police officer while he worked for me.   02:12
11     Q.   Okay.  And your answer to him was?   02:12
12     A.   I had no problem at all.   02:12
13     Q.   Okay.  And is that the sum and   02:12
14  substance of your conversations with Carter?   02:12
15     A.   To the best of my memory.   02:12
16     Q.   Okay.  And you also mentioned that   02:12
17  all five of these plaintiffs -- and I'm sure   02:12
18  among many others, many former police officers,   02:12
19  came to see you when your mother passed away?   02:12
20     A.   Actually, they were the only five.   02:12
21     Q.   They were the only five?   02:12
22     A.   Yes.  And they came to my house   02:12
23  because they felt that it would cause a problem   02:12
24  if they came to the service because of other   02:12
25  people from the Village that might be there,   02:12

Page 546

Paradiso

1
2  but it turned out that no one else from the   02:12
3  Village ever came.   02:12
4      Q.   Do you want to take a couple of   02:12
5  minutes?   02:12
6      A.   I'm fine.   02:12
7      Q.   Did you discuss this lawsuit with   02:12
8  them during this time at your house?   02:13
9      A.   No.   02:13
10     Q.   Okay.  You mentioned that you spoke   02:13
11  with Tom Snyder a couple of times in front of   02:13
12  your house.  Do you recall that?   02:13
13     A.   Yeah, in front of a different house,   02:13
14  the house I am living at now.   02:13
15     Q.   Do you recall the sum and substance   02:13
16  of any of those conversations concerning this   02:13
17  lawsuit?   02:13
18     A.   They were conversations, but they   02:13
19  weren't really concerning the lawsuit.  My   02:13
20  neighbor across the street was installing a   02:13
21  pool and the woman that lived around the corner   02:13
22  from him had a problem with him installing the   02:13
23  pool so would constantly call the town and   02:13
24  complain about whatever.  He had all his   02:13
25  permits and everything in place, but every time   02:13

Page 547

```
1              Paradiso
2    there is a complaint, someone had to go and    02:13
3    investigate, and a couple of times it fell to    02:13
4    Tom to come by and see what was going on, so I    02:13
5    would walk over and ask him how he was doing,    02:13
6    how everything was going, if his thing had    02:13
7    gotten settled yet.  He said it was going to    02:13
8    take a long time to get settled, it's just    02:14
9    really starting, and, you know, and he had said    02:14
10   that he appreciated that I was willing to come    02:14
11   and testify on his behalf to what kind of an    02:14
12   officer he was and how I felt about him and the    02:14
13   rest of the guys that worked for me.    02:14
14       Q.  Mr. Goodstadt may have asked you    02:14
15   this question and I may have asked you this    02:14
16   morning.  If I did, I apologize.    02:14
17       Did you ever come to learn of any    02:14
18   officers, any seasonal officers of Ocean Beach    02:14
19   who did not know the police codes?    02:14
20       A.  No.    02:14
21       Q.  Back to the Halloween incident for    02:15
22   just a couple more questions, you testified on    02:15
23   Monday that in response to a question of    02:15
24   Mr. Goodstadt that it didn't make sense for    02:15
25   Gary Bosetti to disappear.  Do you recall that?    02:15
```

Page 548

```
1              Paradiso
2       A.  I think so.    02:15
3       Q.  What if he was in shock from a    02:15
4    physical injury, would that change your    02:15
5    opinion?    02:16
6       MR. GOODSTADT:  Objection.    02:16
7       A.  If he was in shock from a physical    02:16
8    injury, he should have asked -- came to the    02:16
9    police station and asked for medical attention.    02:16
10      Q.  Is it common sometimes for people in    02:16
11   shock not to do that which one would expect to    02:16
12   do?    02:16
13      MR. GOODSTADT:  Objection.  Is that    02:16
14   his medical opinion?    02:16
15      MR. NOVIKOFF:  I am just asking a    02:16
16   question.  If you have an objection, that's    02:16
17   fine.    02:16
18      MR. GOODSTADT:  I do have an    02:16
19   objection.    02:16
20      MR. NOVIKOFF:  Okay.    02:16
21      A.  Do you know what the medical    02:16
22   definition of shock is?    02:16
23      Q.  No, I don't.    02:16
24      A.  Okay.  When a person is suffering    02:16
25   from shock, their heart starts to race, their    02:16
```

Page 549

```
1              Paradiso
2    respirations increase.  They can have a    02:16
3    multitude of different medical problems that    02:16
4    start to elicit.  Depending on what's causing    02:16
5    the shock, it could be metabolic shock, it    02:17
6    could be hemorrhagic shock, it could be a --    02:17
7    it's a life -- serious life-threatening event.    02:17
8    It could be -- sometimes they can compensate    02:17
9    for it.  Other times it's uncompensatable and    02:17
10   they can die from it.  So depending on the    02:17
11   extent of his injuries -- if he got hit in the    02:17
12   head, he could be suffering from neurogenic    02:17
13   shock and he would have had to have been    02:17
14   hospitalized.  If you talking about just being    02:17
15   scared or in -- shocking, that's a different    02:17
16   story.  So as far as I was aware, he didn't    02:17
17   seek any medical attention immediately    02:18
18   thereafter and he didn't tell me on the phone    02:18
19   that he was on his way to the hospital, so I    02:18
20   don't think he was suffering from a form of    02:18
21   shock personally.    02:18
22       Q.  Okay.  But if he was, would that    02:18
23   perhaps explain why he didn't stay around the    02:18
24   station?    02:18
25       MR. GOODSTADT:  Objection.    02:18
```

Page 550

```
1              Paradiso
2       Q.  I mean stay around Houser's bar.    02:18
3       A.  It could be one explanation.    02:18
4       Q.  Okay.    02:18
5       MR. NOVIKOFF:  I'm done.  Thank you    02:19
6    very much.    02:19
7       THE WITNESS:  Thank you.    02:19
8    EXAMINATION BY    02:19
9    MR. CONNOLLY:    02:19
10      Q.  Good afternoon, Mr. Paradiso.    02:19
11      A.  Could you just tell me your name    02:19
12   again?    02:19
13      Q.  It's Kevin Connolly and I represent    02:19
14   George Hesse as a defendant in this case.    02:19
15      Had any of the plaintiffs in this    02:19
16   action ever had a conversation with you where    02:19
17   they told you they were going to commence a    02:19
18   lawsuit against the Village prior to you    02:19
19   learning that a lawsuit was commenced against    02:19
20   the Village?    02:19
21      A.  It's possible, but I don't remember    02:19
22   an exact conversation.    02:20
23      Q.  Who would you have had the    02:20
24   conversation with?    02:20
25      MR. GOODSTADT:  Objection.    02:20
```

Page 551

```
 1           Paradiso
 2    Q.  Which particular plaintiff?      02:20
 3        MR. GOODSTADT: Objection.        02:20
 4    Q.  If such a conversation actually  02:20
 5  occurred.                              02:20
 6    A.  I don't exactly remember the     02:20
 7  conversation, so I couldn't tell you who it  02:20
 8  would have been with.  I guess it would have 02:20
 9  been with one of the five of them.     02:20
10    Q.  Other than speaking with plaintiff 02:20
11  counsel's office in connection with the 02:20
12  arrangements for this deposition, have you 02:20
13  spoken to anybody from that office in regards 02:20
14  to the lawsuit?                        02:20
15    A.  Other than his -- other than -- it's 02:20
16  Andrew, right?                         02:20
17        MR. GOODSTADT: Yes.              02:20
18    Q.  Other than Mr. Goodstadt's office in 02:20
19  connection with making arrangements for you to 02:20
20  appear here.                           02:21
21    A.  I think I spoke with someone from 02:21
22  your office a long time -- a while ago. 02:21
23        MR. GOODSTADT: When you say "your 02:21
24  office," you are referring to           02:21
25  Mr. Novikoff's office?                  02:21
```

Page 552

```
 1           Paradiso
 2    A.  Yes, I think so.  They were calling 02:21
 3  because they wanted to have me come in for a 02:21
 4  deposition and they said "just to let you know, 02:21
 5  you are entitled to an attorney," and I said, 02:21
 6  "well, if I'm entitled to an attorney, I think 02:21
 7  I should have an attorney."  He goes, "well, we 02:21
 8  can't be your attorney.  You could hire your 02:21
 9  own attorney."  I said, "well, if I am being 02:21
10  asked questions as the chief of police for a 02:21
11  time period when I was the chief of police, I 02:21
12  think the Village of Ocean Beach should be 02:21
13  supplying me with an attorney," and the person 02:21
14  from the office said, well, they can't make 02:21
15  that request for me.  I would have to make that 02:21
16  request for myself.  And then I said, "well, 02:21
17  okay," so then I made the request for myself in 02:22
18  writing.  Then they called again and they asked 02:22
19  when I would be available.  I told them that I 02:22
20  had a lot on my plate, that I wouldn't be 02:22
21  available until after the 13th -- 15th of July 02:22
22  and had they heard from the Village whether or 02:22
23  not they were going to give me an attorney. 02:22
24  And they said, "well, you have to talk to the 02:22
25  Village yourself about that."  And I think I 02:22
```

Page 553

```
 1           Paradiso
 2  said, "I thought I asked you to do that," and 02:22
 3  he repeated again that "you really have to do 02:22
 4  that on your own."  Then they said the week of 02:22
 5  the 21st of July, what my availability then 02:22
 6  would be.  I said, "well, I guess that Monday 02:22
 7  I'm available."  And they asked, "well, going 02:23
 8  forward after Monday, what's your available" -- 02:23
 9  oh, they also -- I couldn't come because I was 02:23
10  volunteering for the U.S. Open, the golf 02:23
11  tournament, and then they had said, well, going 02:23
12  forward after if I came in on that Monday, how 02:23
13  was I set up to be there for Tuesday,  02:23
14  Wednesday, Thursday, Friday, and I said, "are 02:23
15  you kidding?  I don't anticipate being 02:23
16  available more than one day."  I go, "I don't 02:23
17  see the need to be here for a long time.  I'm 02:23
18  not involved in the lawsuit and how could this 02:23
19  all be -- how can I be this important in this 02:23
20  case."                                 02:23
21    Q.  Other than conversations with either 02:23
22  plaintiff's counsel or Mr. Novikoff's office 02:23
23  regarding the scheduling of the deposition, 02:23
24  have you spoken to anybody about the facts 02:23
25  alleged in the lawsuit?                 02:23
```

Page 554

```
 1           Paradiso
 2    A.  With their -- with either office?   02:23
 3    Q.  Correct.                         02:24
 4    A.  I don't believe so.              02:24
 5        MR. CONNOLLY: I have no further   02:24
 6  questions.  Thank you.                 02:24
 7        MR. GOODSTADT: I have some        02:24
 8  questions.                            02:24
 9  FURTHER EXAMINATION BY                   02:24
10  MR. GOODSTADT:                          02:24
11    Q.  Again, thank you for coming back, 02:24
12  Mr. Paradiso.  I just have some follow-up 02:24
13  questions in connection with some of your 02:24
14  testimony today.                       02:24
15    A.  Okay.                           02:24
16    Q.  If you could just turn back to the 02:24
17  Complaint, which I believe was marked as 02:24
18  Paradiso 18.                           02:24
19    A.  Is that this big packet?          02:24
20    Q.  It is.                          02:24
21    A.  Okay.                           02:24
22    Q.  Just go back to page 15, which is 02:24
23  paragraphs 58 and 59, and this is an allegation 02:24
24  regarding an incident -- an allegation that 02:25
25  Officer Richard Bosetti gave a domestic abuse 02:25
```

Page 555

Paradiso

1
2  victim some wine at the station.  Do you recall   02:25
3  testifying about that?                        02:25
4      A.   Yes.                                02:25
5      Q.   And I believe you testified that    02:25
6  nobody ever complained to you about that      02:25
7  incident; is that correct?                    02:25
8      A.   I never heard of it.                02:25
9      Q.   Never heard of that incident?       02:25
10     A.   No.                                 02:25
11     Q.   So sitting here today is the first  02:25
12 time you have heard of that allegation?       02:25
13     A.   Yes.                                02:25
14     Q.   If that actually occurred, is that  02:25
15 something you would have expected that you     02:25
16 would have known about?                       02:25
17     A.   Yes.                                02:25
18     Q.   And that's because the police       02:25
19 station is small, correct, the police         02:25
20 department is small, you would have known about 02:25
21 it?                                           02:25
22     A.   If something like this took place in 02:25
23 the police station, I would expect one of my   02:25
24 officers to tell me about it, yes.  I wouldn't 02:25
25 expect it to have taken place.                02:25

Page 556

Paradiso

1
2      Q.   And if it did take place, would that 02:25
3  have been something that would have put Richard 02:26
4  Bosetti in violation of any policies?          02:26
5      (Document review.)                       02:26
6      A.   I'm just rereading it.              02:26
7      Q.   Okay.  Take your time.             02:26
8      (Document review.)                       02:26
9      A.   I'm not exactly certain what        02:26
10 policies it would have violated, but it -- it's 02:26
11 not the officer's job to talk people out of    02:26
12 making complaints and you are not supposed to  02:26
13 withhold medical attention for somebody who is  02:26
14 injured.  You call -- the ambulance is on call.  02:26
15 These people are on call right there.  They    02:26
16 come right in and take care of it.  The first  02:26
17 thing to do would be take care of her injuries  02:26
18 and then get the report taken care of.         02:26
19     Q.   Let's just focus on the claim that  02:27
20 Richard Bosetti served wine to an alleged      02:27
21 victim of domestic abuse.                     02:27
22     Would that act of serving wine to a      02:27
23 domestic -- to an alleged victim of domestic   02:27
24 abuse violate any policies?                    02:27
25     A.   I believe so.                       02:27

Page 557

Paradiso

1
2      Q.   In fact, I think you testified that  02:27
3  that's one of the policies that are so obvious,  02:27
4  you didn't actually need a written policy;     02:27
5  correct?                                      02:27
6      A.   Probably.                          02:27
7      Q.   If you had evidence that that       02:27
8  occurred, would you have terminated Richard    02:27
9  Bosetti for doing that?                       02:27
10     MR. CONNOLLY:  Are we speaking about     02:27
11 just the wine?                                02:27
12     Q.   Feeding -- serving a glass of wine  02:27
13 to someone who came to the station to complain 02:27
14 about domestic abuse.                         02:27
15     MR. NOVIKOFF:  Note my objection to      02:27
16 the question.                                 02:27
17     A.   Yeah, I probably would have had to  02:27
18 get rid of him, because it's so off the chart,  02:27
19 yeah, I probably would have terminated him.    02:27
20     Q.   What do you mean by "off the chart"?  02:28
21     A.   It's just not what you do.  It's not  02:28
22 a normal course of business.  It isn't -- it's  02:28
23 not a treatment that you would give somebody    02:28
24 who is reporting a problem.  You don't give     02:28
25 somebody alcohol, first off, in the police      02:28

Page 558

Paradiso

1
2  station.  Why would we have alcohol in the     02:28
3  police station?  Why would an officer think,    02:28
4  well, let me give you a glass of wine and see   02:28
5  if I can talk you out of this.  The person has  02:28
6  got injuries.  You don't know how bad they are.  02:28
7  You don't give somebody any kind of an         02:28
8  intoxicant when you don't know what their       02:28
9  medical condition is.  It just is -- it's wrong  02:28
10 on so many different levels.                    02:28
11     Q.   And just so I'm clear for the        02:28
12 record, Richard Bosetti never reported to you   02:28
13 that he served a glass of wine to someone who   02:28
14 came in to complain of domestic abuse; correct?  02:28
15     A.   No.                                 02:28
16     Q.   And if he had, would you expect him  02:28
17 to report it to you?                          02:28
18     A.   No.                                 02:29
19     Q.   Why not?                            02:29
20     A.   Because he would be an idiot if he   02:29
21 reported that he did something like that.      02:29
22     Q.   Would he be an idiot for actually    02:29
23 serving a glass of wine?                       02:29
24     A.   That too.                           02:29
25     Q.   Okay.  And if it did happen, would   02:29

Page 559

Paradiso

1  
2  you expect it to have been one of these rumors   02:29
3  that you would have heard of that Mr. Novikoff   02:29
4  asked you a lot of questions about whether you   02:29
5  heard rumors?   02:29
6      A.   Would I have heard a rumor that   02:29
7  he --   02:29
8      Q.   Would you think that that would be   02:29
9  one of the rumors you would hear at least as a   02:29
10  rumor of occurring?   02:29
11          MR. NOVIKOFF: Objection to form.   02:29
12      A.   I don't even know how to answer that   02:29
13  question.   02:29
14      Q.   Let me ask it this way:  Would you   02:29
15  be surprised -- sitting here today, would you   02:29
16  be surprised that you didn't know that   02:29
17  something like that happened?   02:29
18          MR. NOVIKOFF: Objection.   02:29
19      A.   After reading all of this, I'm not   02:29
20  surprised at anything anymore.   02:29
21      Q.   The question is a little bit   02:29
22  different.  The question I am asking is if it   02:29
23  actually happened, would you be surprise that   02:29
24  you weren't aware of it?   02:29
25      A.   Yes.   02:29

Page 560

Paradiso

1  
2      Q.   As surprised as you would be not   02:29
3  being aware of all the other stuff that you   02:30
4  testified to today that you weren't aware of?   02:30
5          MR. NOVIKOFF: Objection.   02:30
6      A.   You had a lot of chilling stuff that   02:30
7  I testified that I wasn't aware of here today.   02:30
8  I couldn't rate it all.  I would have to sit   02:30
9  down with a piece of paper and a pencil.   02:30
10      Q.   Would this be up there as one of the   02:30
11  things that you would be surprised about --   02:30
12          MR. NOVIKOFF: Objection.   02:30
13      Q.   -- that you didn't know about?   02:30
14          MR. NOVIKOFF: Objection.   02:30
15      A.   Yeah.   02:30
16      Q.   Is it possible that you knew about   02:30
17  this and forgot about it?   02:30
18      A.   No.  No, because if I would have   02:30
19  known about it, I would have gotten rid of   02:30
20  Richard Bosetti.   02:30
21      Q.   Is it possible that Hesse knew about   02:30
22  it and just didn't tell you?   02:30
23          MR. NOVIKOFF: Objection.   02:30
24          MR. CONNOLLY: Objection.   02:30
25      A.   I would find that hard to believe.   02:30

Page 561

Paradiso

1  
2      Q.   In your mind this couldn't have   02:30
3  happened because you didn't hear about it;   02:30
4  right?   02:30
5          MR. NOVIKOFF: Objection.   02:30
6      A.   In my mind?   02:30
7      Q.   In your opinion.   02:31
8          MR. NOVIKOFF: Argumentative. Form.   02:31
9      A.   As far as I'm concerned, it couldn't   02:31
10  have happened.   02:31
11      Q.   And your opinion that it couldn't   02:31
12  have happened, are you certain about that with   02:31
13  respect to this incident where Richard Bosetti   02:31
14  is alleged to have served a glass of wine to   02:31
15  someone who came in who claimed domestic abuse   02:31
16  as you are with respect to all the other   02:31
17  allegations that you testified to today that   02:31
18  you don't think happened?   02:31
19          MR. NOVIKOFF: Objection.   02:31
20          MR. CONNOLLY: Objection.   02:31
21          MR. NOVIKOFF: I don't think he   02:31
22  testified he didn't think it happened.  I   02:31
23  never asked him that, but objection to   02:31
24  form.   02:31
25      A.   Could you repeat the question.   02:31

Page 562

Paradiso

1  
2      Q.   Yes.  You just testified that in   02:31
3  your opinion or in your mind, I'm not sure   02:31
4  which one you answered with, that the   02:31
5  allegation that Richard Bosetti served a glass   02:32
6  of wine to an alleged victim of domestic abuse   02:32
7  who came to the police station about that   02:32
8  issue, in your mind it didn't happen.  Is that   02:32
9  what you testified to?   02:32
10          MR. NOVIKOFF: Objection.   02:32
11      Q.   I don't want to put words in your   02:32
12  mouth.   02:32
13      A.   I couldn't believe that it happened.   02:32
14      Q.   Is your belief that it couldn't have   02:32
15  happened at the same level of your belief that   02:32
16  all the other incidents couldn't have happened   02:32
17  that you testified to today?   02:32
18          MR. NOVIKOFF: Objection as to form.   02:32
19  Mischaracterization of his testimony.   02:32
20      A.   Pretty much.   02:32
21      Q.   Now, you testified at the outset of   02:32
22  today's deposition for Mr. Novikoff that you   02:32
23  were not upset with George Hesse about the fact   02:32
24  that you didn't receive a raise and your   02:32
25  longevity payment; is that correct?   02:32

Page 563

Paradiso

1
2     MR. NOVIKOFF:  Objection.          02:32
3     A.  It wasn't George Hesse's problem --   02:32
4  fault or problem that I didn't get it.      02:32
5     Q.  My question was that you weren't   02:33
6  upset with George Hesse because of the fact you  02:33
7  didn't get it; right?          02:33
8     A.  No.                02:33
9     MR. NOVIKOFF:  Note my objection.   02:33
10    Q.  You didn't testify that you were not   02:33
11  upset --                02:33
12    A.  No, I was not upset.         02:33
13    Q.  Okay.  So you are not upset with --   02:33
14    MR. NOVIKOFF:  But the question --   02:33
15  you mischaracterized the question.  It had   02:33
16  nothing to do with Hesse.  It was with the   02:33
17  village.                02:33
18    MR. GOODSTADT:  But I believe you   02:33
19  asked him whether he was upset with Hesse   02:33
20  about the fact --          02:33
21    MR. NOVIKOFF:  I don't think I ever   02:33
22  did, but the testimony will be --      02:33
23    MR. GOODSTADT:  The record will   02:33
24  reflect.                02:33
25    MR. NOVIKOFF:  Note my objection to   02:33

Page 564

Paradiso

1
2  the form.                02:33
3     Q.  Were you upset with anybody in the   02:33
4  Ocean Beach Police Department about the fact   02:33
5  that you didn't get the raise and the      02:33
6  longetivity bonus or payment?         02:33
7     A.  Nobody -- it didn't have anything to   02:33
8  do with anybody in the Police Department.   02:33
9     Q.  And also in response to Mr. Novikoff   02:33
10  asked you about, you know, receiving a subpoena   02:33
11  from me and the fact that you are here today   02:33
12  because my office subpoenaed you and not his;   02:33
13  correct?                02:33
14    A.  I think I received a subpoena from   02:33
15  your office also, but I wasn't able to make it.   02:33
16    Q.  That was going to be my next      02:33
17  question.  Do you recall receiving a subpoena   02:33
18  from Mr. Novikoff's office?         02:33
19    A.  I think so.  Didn't I receive it?   02:33
20  You can't answer me, right?  I'm sorry.  I      02:34
21  think so.                02:34
22    Q.  And, in fact, isn't that subpoena   02:34
23  the catalyst to your speaking with Mr. Welch   02:34
24  about that you were volunteering at the golf   02:34
25  tournament and couldn't make it on the day --   02:34

Page 565

Paradiso

1
2     A.  Yes.  Yes.            02:34
3     MR. NOVIKOFF:  Objection.  Just note   02:34
4  my objection.            02:34
5     Q.  I also believe that you testified   02:34
6  that the Village, as part of your lawsuit   02:34
7  against the Village, the Village took the   02:34
8  opinion or took the position that you were not   02:34
9  the chief and, therefore, not entitled to this   02:34
10  protection because your Civil Service title was   02:34
11  sergeant; is that correct?         02:34
12    A.  That was part of the argument that   02:34
13  they made.              02:34
14    Q.  Do you know what George Hesse's   02:34
15  Civil Service title is?         02:34
16    A.  Police officer.         02:34
17    Q.  Do you know whether the Village has   02:34
18  ever taken the position that George Hesse is   02:34
19  not the chief because his Civil Service title   02:34
20  is something below that?         02:34
21    MR. NOVIKOFF:  Objection to form.   02:34
22    A.  Actually, they don't list him as   02:34
23  chief of police in the police budget.      02:34
24    Q.  What do they list him as?      02:34
25    A.  Officer in charge, I think.      02:34

Page 566

Paradiso

1
2     Q.  What do you mean by "in the police   02:34
3  budget"?  Where is that written?      02:35
4     A.  The police budget -- the Village   02:35
5  creates a budget every year, fiscal year, from   02:35
6  July 1st to June 30th, and in the course of the   02:35
7  budget is everything that -- all their      02:35
8  expenditures from beach, lifeguards, to Fire   02:35
9  Department, to public safety, and then in the   02:35
10  back page is a list of everybody's salaries,   02:35
11  what they got paid two years ago, what they got   02:35
12  paid last year and what their new pay is going   02:35
13  to be, and at what percentage everybody would   02:35
14  get their increase.  And for the budget of   02:35
15  2006/2007 my salary was there from 2005, so it   02:35
16  had chief of police, my salary for 2005, my   02:35
17  salary for 2006, it had Sergeant Hesse,      02:36
18  2005/2006, you know, it would list everybody --   02:36
19  all the full-time employees it would list that.   02:36
20  In 2007 they didn't give me the increase, they   02:36
21  gave George Hesse the increase, but they did   02:36
22  not have him listed as deputy -- acting deputy   02:36
23  chief of police.  They just had him as George   02:36
24  Hesse and my position was changed from chief of   02:36
25  police to sergeant.  So they noted me after my   02:36

Page 567

Paradiso

1    lawsuit was initiated as the sergeant instead    02:36
2    of chief of police.                              02:36
3
4        Q.   Was that the first time they ever       02:36
5    listed you as sergeant in the annual budget?     02:36
6        A.   Other than when I was a sergeant,       02:36
7    yeah.                                            02:36
8        Q.   So after you achieved the title of      02:36
9    chief of police, were you listed as chief of     02:37
10   police all the years in the budget?              02:37
11       A.   Yes.                                    02:37
12       Q.   Do you know what George Hesse was       02:37
13   listed when he was sergeant up until that year   02:37
14   where he was just listed as George Hesse?        02:37
15       A.   I think he was listed as full-time      02:37
16   officer.                                         02:37
17       Q.   Did you receive a pay increase or       02:37
18   salary increase in 2006?                         02:37
19       A.   Yes.                                    02:37
20       Q.   Do you know whether George Hesse        02:37
21   received a salary increase in 2006?              02:37
22       A.   Yes.                                    02:37
23       Q.   I believe you testified before that     02:37
24   during your time before you went out on leave    02:37
25   in fall of 2005 that sort of the buck stopped    02:37

Page 568

Paradiso

1    here in terms of -- the buck stopped with you    02:37
2    in terms of setting policy; is that correct?     02:37
3
4        A.   Yes.                                    02:37
5        Q.   Did you ever delegate any of your       02:37
6    supervisory responsibilities?                    02:37
7        A.   Yes.                                    02:37
8        Q.   So on the night tour, for example,      02:37
9    you delegated George Hesse to be supervisor;     02:38
10   correct?                                         02:38
11       A.   Right.                                  02:38
12       Q.   Did you ever delegate any training      02:38
13   responsibilities to George Hesse?                02:38
14       A.   Yes.                                    02:38
15       Q.   And then after September of 2005        02:38
16   when you left on medical leave, your title was   02:38
17   still chief of police; correct?                  02:38
18       A.   Yes.                                    02:38
19       Q.   And that was all the way through        02:38
20   your retirement in 2008, August of 2008?         02:38
21       A.   Well, after I initiated the lawsuit,    02:38
22   on anything that was written that came to me,    02:38
23   which was only maybe one or two letters, they    02:38
24   no longer listed me -- they no longer addressed  02:38
25   me as chief of police, because they are in --    02:38

Page 569

Paradiso

1    they were in court saying that I was never the   02:38
2    chief of police.  It would be kind of silly for  02:38
3    them to sign things chief of police at that      02:38
4    point.  So although I was technically -- I       02:38
5    still had my ID and shield and on the Village    02:38
6    website still listed me as chief of police,      02:39
7    they no longer addressed me as chief of police.  02:39
8        Q.   Do you think they were addressing       02:39
9    you as something different just to bolster       02:39
10   their defense of your lawsuit?                    02:39
11           MR. NOVIKOFF:  Objection.                02:39
12       A.   Yes.                                    02:39
13       Q.   Now, I just want to focus on what       02:39
14   your practical -- I understand what your titles  02:39
15   were and what you believe your title was and     02:39
16   what the village believed your title was, but    02:39
17   practically speaking, after September 2005       02:39
18   through the time of your retirement, did you     02:39
19   set any policy at the village?                    02:39
20       A.   No.                                     02:39
21       Q.   Did you set any policy within the       02:39
22   department?                                      02:39
23       A.   No.                                     02:39
24       Q.   Did the buck still stop with you        02:39

Page 570

Paradiso

1    after September 2005?                            02:39
2        A.   No.                                     02:39
3        Q.   Who took over the role of setting       02:39
4    policy after September 2005?                     02:39
5            MR. NOVIKOFF:  Objection.                02:39
6        A.   I'm not exactly certain once I got      02:39
7    hurt who -- whether it was the mayor or if it    02:39
8    was George who was creating the policy, because  02:39
9    the mayor was the police commissioner, George    02:39
10   was still the sergeant, so I'm not certain.      02:39
11       Q.   So it was either the mayor or George    02:39
12   Hesse?                                           02:40
13       A.   Yes.                                    02:40
14       Q.   Do you know who took on                 02:40
15   responsibility for hiring and firing after      02:40
16   September 2005?                                  02:40
17       A.   No.                                     02:40
18       Q.   Did you ever terminate any officers     02:40
19   when you were the chief of police?               02:40
20       A.   Yes.  Well, I asked for -- I asked      02:40
21   people to resign.  I asked for resignations.     02:40
22       Q.   It was like a resignation under the     02:40
23   threat of termination?  Strike that.             02:40
24           If they didn't resign, would you         02:40

| Page 571 | Page 572 |
|---|---|

Page 571

Paradiso

1
2 have terminated the people that you were asking   02:40
3 to resign?                                        02:40
4     A.   I asked them to resign.                  02:40
5     Q.   Who were those officers?                 02:40
6     A.   I asked Brian Butler and Melissa         02:40
7 Swift I think her name was.  I asked Frank        02:40
8 Danalchuz.  I asked Lani Aughenbaugh to resign    02:41
9 once and then I offered him to return.  There     02:41
10 might have been others.  I can't recall.          02:41
11    Q.   Why did you ask Brian Butler to          02:41
12 resign?                                          02:41
13    A.   Brian Butler went through a period       02:41
14 of time where he would call in at the last        02:41
15 minute for tours and it left us short-handed.    02:42
16    Q.   Was Brian Butler a full-time officer     02:42
17 or part-time officer or seasonal?                 02:42
18    A.   He was a seasonal part-time officer      02:42
19 when I had him.                                   02:42
20    Q.   Was he ever a full-time officer?         02:42
21    A.   I'm not -- I don't know.  Not while      02:42
22 I was chief of police.                            02:42
23    Q.   How often would your tour overlap        02:42
24 with George Hesse's tour once you were the        02:42
25 chief and he was sergeant?                        02:42

Page 572

Paradiso

1
2     MR. NOVIKOFF:  Objection.                     02:42
3     A.   It overlapped on Sundays.                02:42
4     Q.   Sundays only?                            02:42
5     A.   Yes.                                     02:42
6     Q.   For how many hours?                      02:42
7     A.   An hour.                                 02:42
8     Q.   And would the overlap be when he was     02:42
9 coming on and you were getting off?               02:42
10    A.   Yes.                                     02:42
11    Q.   So it was sometime mid afternoon or      02:42
12 late afternoon?                                   02:42
13    A.   12 to 4:00 in the afternoon on           02:42
14 Sunday.                                           02:42
15    Q.   So other than for that one-hour          02:42
16 overlap, there were no other tours where the      02:43
17 two of you were on the same tour when you were    02:43
18 the chief and he was sergeant?                    02:43
19    A.   There might have been others.  None      02:43
20 of them stand out in my mind.                     02:43
21    Q.   It wasn't a frequent event, though,      02:43
22 was it?                                           02:43
23    A.   No.                                      02:43
24    Q.   So is it possible that some of the       02:43
25 things that are alleged in the complaint          02:43

Page 573

Paradiso

1
2 happened on George's tour, George Hesse's tour   02:43
3 that you wouldn't see?                            02:43
4     MR. NOVIKOFF:  Objection.                     02:43
5     A.   Anything that happened on George        02:43
6 Hesse's tour that I wasn't -- if I didn't work   02:43
7 with him at the same time, I wouldn't have        02:43
8 seen.                                             02:43
9     Q.   Is it possible that the plaintiffs       02:43
10 in this case complained to George Hesse about    02:43
11 some of the stuff that you testified to today    02:43
12 and that Hesse just didn't bring it to your      02:43
13 attention?                                       02:43
14    MR. NOVIKOFF:  Objection.                     02:43
15    MR. CONNOLLY:  Objection.                     02:43
16    A.   I don't have any direct knowledge        02:43
17 that that ever took place, but anything is       02:44
18 possible.                                        02:44
19    Q.   Well, is it possible that he just        02:44
20 kept things from you?                            02:44
21    MR. NOVIKOFF:  Objection.                     02:44
22    MR. CONNOLLY:  Objection.                     02:44
23    A.   I don't have any knowledge that he       02:44
24 did, but anything is possible.                   02:44
25    Q.   Well, you have knowledge that he         02:44

Page 574

Paradiso

1
2 kept at least one thing from you; right?  He     02:44
3 kept from you the fact that him and Bob Golippi   02:44
4 were setting up this union; right?                02:44
5     A.   Once it happened it wasn't kept from    02:44
6 me.  It was -- oh, I knew about the union being   02:44
7 set up.                                           02:44
8     Q.   What didn't you know about that they    02:44
9 were doing?                                       02:44
10    A.   That they made a deal with the          02:44
11 mayor, Puglisi at the time, to be the            02:44
12 supervise -- you know, be on call for the        02:44
13 weekends when I raised a question about not      02:44
14 having any of the full-time officers on the      02:44
15 weekends.                                        02:44
16    Q.   And he kept that from you, the deal     02:44
17 that he was making?                              02:44
18    MR. NOVIKOFF:  Objection.                     02:44
19    A.   I wasn't aware of it until the mayor    02:44
20 told me about it.                                02:44
21    Q.   So Hesse made this deal behind your     02:44
22 back?                                            02:44
23    MR. NOVIKOFF:  Objection.                     02:44
24    MR. CONNOLLY:  Objection.                     02:44
25    Q.   Correct?  Is that how you viewed it?    02:44

Page 575

Paradiso

1
2    A.   Rob Golippi and George together made   02:44
3    this deal with the mayor.  I was out of the   02:45
4    loop.                                    02:45
5    Q.   Do you know whether the Board of   02:45
6    Trustees approved the hiring of Gary and   02:45
7    Richard Bosetti?                        02:45
8    A.   I believe they did.               02:45
9    Q.   What was the process by which they   02:45
10   went about approving it?                02:45
11   A.   You would submit names to the   02:45
12   Village manager.  The names would be brought up   02:45
13   at a board meeting and then at the board   02:45
14   meeting the names would be read and the board   02:45
15   would vote.                            02:45
16   Q.   Would that happen before or after   02:45
17   you actually offered the job to Gary and   02:45
18   Richard Bosetti?                        02:45
19       MR. NOVIKOFF:  Objection.          02:45
20   A.   That would happen after.          02:45
21   Q.   So you had already offered the job   02:45
22   to them?                               02:45
23   A.   Yes.                              02:45
24   Q.   Did you tell them it was pending   02:45
25   board approval?                        02:45

Page 576

Paradiso

1
2    A.   Yes.                              02:45
3    Q.   Who recommended Gary and Richard   02:45
4    Bosetti, if anyone, to come work at the Ocean   02:45
5    Beach Police Department?                02:45
6    A.   I'm not certain.  I think it might   02:45
7    have been Walter Moller.  I'm not certain.   02:46
8    Q.   I believe that you testified before   02:46
9    about an incident or at least your lack of   02:46
10   knowledge of an incident where Mr. Fiorillo   02:46
11   went and had to intervene with an off-duty   02:46
12   police officer.  Do you recall that incident --   02:46
13       MR. NOVIKOFF:  Objection to form.   02:46
14   A.   I remember -- what we talked about   02:46
15   today?                                 02:46
16   Q.   Right.                            02:46
17       MR. NOVIKOFF:  Objection.          02:46
18   A.   I remember testifying about it.   02:46
19   Q.   If I were to tell you that refers to   02:46
20   Walter Moller, would that refresh your   02:46
21   recollection?                          02:46
22   A.   No.                               02:46
23   Q.   Did Hesse have a personal friendship   02:46
24   with Walter Moller?                     02:46
25       MR. NOVIKOFF:  Objection.          02:46

Page 577

Paradiso

1
2        MR. CONNOLLY:  Objection.          02:46
3    A.   Yes.                              02:46
4    Q.   They were good friends?           02:46
5        MR. NOVIKOFF:  Objection.          02:46
6        MR. CONNOLLY:  Objection.          02:46
7    A.   They were friends outside of the   02:46
8    department.                            02:46
9    Q.   They would take vacations together;   02:46
10   do you know?                           02:47
11   A.   Yeah, they took motorcycle trips   02:47
12   together.                              02:47
13   Q.   Did George Hesse ever complain to   02:47
14   you about any of the five plaintiffs'   02:47
15   performance?                           02:47
16   A.   George complained about Frank when   02:47
17   he wouldn't wash the windows on the police car,   02:47
18   wouldn't wash the police car.  Complained about   02:47
19   Joe Nofi's handwriting on summonses.  I don't   02:47
20   recall anything else.                   02:47
21   Q.   Do you know whether Mr. Fiorillo was   02:47
22   on duty at the time Mr. Hesse asked him to wash   02:47
23   the windows?                           02:47
24   A.   I don't know.                     02:47
25   Q.   Would it be appropriate to ask an   02:47

Page 578

Paradiso

1
2    off-duty officer to wash the police truck?   02:47
3    A.   You could ask, but you couldn't   02:47
4    order.                                 02:48
5    Q.   What do you mean by that, "you   02:48
6    couldn't order"?                        02:48
7    A.   Well, if someone was off duty and   02:48
8    you asked him to do you a favor, that's one   02:48
9    thing, but you wouldn't like be upset if he   02:48
10   said no.  You know, you can't compel somebody   02:48
11   that isn't working to do things for you.   02:48
12   Q.   Now, other than for Joe Nofi's   02:48
13   handwriting and Frank Fiorillo's response to   02:48
14   not wash the truck, I just want to be clear,   02:48
15   did you ever receive any other complaints from   02:48
16   George Hesse about their performance, the five   02:48
17   plaintiffs' performance?                02:48
18   A.   Not that I recall.                02:48
19   Q.   Did you ever receive any complaints   02:48
20   from any other police officers at Ocean Beach   02:48
21   about the five plaintiffs' performance?   02:48
22   A.   I know that after the Halloween   02:48
23   incident there was tension between the Bosettis   02:48
24   and Frank, Tom and Kevin.              02:49
25   Q.   How do you know that?             02:49

Page 579

Paradiso

1
2       A.   Because if I tried to schedule at      02:49
3    least Kevin to work with -- at the same time as   02:49
4    the Bosettis were working, he would refuse to    02:49
5    work the tour.                                    02:49
6       Q.   Kevin did or the Bosettis did?      02:49
7       A.   Kevin did.                          02:49
8       Q.   Did Kevin explain why he refused to   02:49
9    work the tour?                                    02:49
10      A.   He just didn't want to work with     02:49
11   them.                                             02:49
12      Q.   He never told you the reason?        02:49
13      A.   He didn't go into details.           02:49
14      Q.   So just going back to my question,    02:49
15   did you ever receive any complaints about the    02:49
16   five police officers from any of the other      02:49
17   police officers in Ocean Beach?                   02:49
18      A.   No.                                  02:49
19      Q.   Anyone on the Board of Trustees ever   02:49
20   complain about the five plaintiffs' work as      02:49
21   police officers?                                  02:49
22      A.   No.                                  02:49
23           MR. NOVIKOFF:  Objection to form.     02:49
24      Q.   I believe you testified before that   02:50
25   you never received any complaints from the       02:50

Page 580

Paradiso

1
2    Board of Trustees about George Hesse.  Is that   02:50
3    correct?                                          02:50
4           MR. NOVIKOFF:  Objection.  I don't     02:50
5       know if I ever asked him that.               02:50
6       A.   I don't think you ever asked that      02:50
7    either.                                           02:50
8           MR. NOVIKOFF:  Why don't you ask       02:50
9       him.                                          02:50
10          MR. GOODSTADT:  Well, I asked him --    02:50
11      he has already testified to one complaint    02:50
12      he received about George Hesse being that    02:50
13      the nights were out of control.              02:50
14      Q.   Is that correct?                      02:50
15          MR. CONNOLLY:  Objection.              02:50
16          MR. NOVIKOFF:  Objection.              02:50
17      Q.   Is that correct?                      02:50
18      A.   Yes.                                  02:50
19      Q.   You understood what I am talking      02:50
20   about when I say what you testified to about    02:50
21   the nights being out of control?                 02:50
22      A.   Yes.                                  02:50
23      Q.   Okay.  Other than for that, did you   02:50
24   receive any other complaints about George       02:50
25   Hesse's performance from the board of trustee?   02:50

Page 581

Paradiso

1
2       A.   Mayor Rogers, when there was a        02:50
3    lawsuit filed about that guy that jumped over   02:50
4    the rope and hit his face, he sued the Village   02:50
5    and George Hesse, and Mayor Rogers said why are   02:50
6    we getting this complaint about George Hesse.    02:51
7    And I said, "well, the guy jumped over a rope.    02:51
8    I got witnesses."  He goes, "well, I don't like   02:51
9    having all these lawsuits," I think she said,    02:51
10   and they weren't happy with the fact that they   02:51
11   had to defend a lawsuit for police brutality.    02:51
12      Q.   Any other complaints about George     02:51
13   Hesse other than for the two now that you have   02:51
14   testified about from the Board of Trustees?      02:51
15      A.   None that I can recall.               02:51
16      Q.   Who told you about the board's        02:51
17   concern that the nights were out of control     02:51
18   under George Hesse's watch?                      02:51
19          MR. NOVIKOFF:  Objection.  Certainly   02:51
20      beyond the scope of my cross, but I can't    02:51
21      stop you from answering.                     02:51
22      A.   It was Mayor Rogers, James Mallott    02:51
23   and Scott Hirsch.                                02:52
24      Q.   Was Mayor Rogers an Ocean Beach       02:52
25   resident?                                         02:52

Page 582

Paradiso

1
2       A.   Yes.  You have to be a resident to     02:52
3    be the mayor or a board of trustee member.      02:52
4       Q.   So James Mallott, Scotty Hirsch and   02:52
5    Mayor Rogers all were --                          02:52
6       A.   All the trustees are.                 02:52
7       Q.   Okay.  So before when you testified   02:52
8    that you never got a complaint from any Ocean   02:52
9    Beach resident about George Hesse, that's not   02:52
10   exactly true; right?                              02:52
11          MR. NOVIKOFF:  Objection.              02:52
12      Q.   These three were residents; correct?   02:52
13      A.   That's a semantical view of it.       02:52
14   When I think of residents, I don't think of      02:52
15   Village officials, I think of people that       02:52
16   reside in the Village, but not the people who    02:52
17   are in charge of the Village.  Trustees and the   02:52
18   mayor -- a complaint from the trustee or mayor   02:52
19   would carry a lot more weight behind it because   02:52
20   they are -- they run the village, so I answer    02:53
21   to them.                                          02:53
22      Q.   Did George Hesse ever complain to     02:53
23   you that Kevin Lamm used excessive force?       02:53
24      A.   I don't recall any incidents where    02:53
25   Kevin Lamm used excessive force.                 02:53

56

Page 583

Paradiso

1
2      Q.  So the answer is no, George Hesse      02:53
3   never complained to you?                       02:53
4      A.  I would say no.                          02:53
5      Q.  Did George Hesse every complain to      02:53
6   you that any of the plaintiffs used excessive   02:53
7   force?                                          02:53
8      A.  I don't believe so.                      02:53
9      Q.  Do you know how many times George      02:53
10  Hesse has been sued for alleged acts of police  02:53
11  brutality?                                      02:53
12     A.  Three.                                   02:53
13     Q.  And please tell me what three that      02:54
14  you are aware of.                               02:54
15     A.  The most recent one.                     02:54
16     Q.  That's the Gilberd case?                 02:54
17     A.  Yes.  The guy that jumped over the      02:54
18  rope, and there was a third one, but I don't    02:54
19  remember the name of the person or really the   02:54
20  circumstances around it.                        02:54
21     Q.  And are you aware how the Gilberd      02:54
22  case was resolved?                              02:54
23         MR. NOVIKOFF:  I think you told him     02:54
24     last time it was settled in part of your    02:54
25     question.                                    02:54

Page 584

Paradiso

1
2      A.  Yeah, I read it in the newspaper      02:54
3   that he was found not guilty of the charges.    02:54
4      Q.  How about the civil suit that          02:54
5   Gilberd had against the beach?                  02:54
6      A.  The civil suit, I read that was         02:54
7   settled for $600,000.                           02:54
8      Q.  How about the rope case, do you know   02:54
9   how that resolved?  I don't know if this is the  02:54
10  one that I asked you about where you told me    02:54
11  there was a confidentiality stip, so I just      02:54
12  want to --                                      02:54
13     A.  That's not the one.  The rope case,    02:54
14  I think -- I don't think there was a            02:55
15  settlement.  I think it was found to be         02:55
16  unwarranted.                                    02:55
17     Q.  Did that case go to trial?             02:55
18     A.  I don't believe so.                     02:55
19     Q.  How about the third case that you      02:55
20  don't recall the instance, but do you recall    02:55
21  how that case resolved?                         02:55
22     A.  No, I don't.                            02:55
23     Q.  How long ago was the rope case?        02:55
24     A.  I've been out four years.  So eleven   02:55
25  years ago, maybe.                               02:55

Page 585

Paradiso

1
2      Q.  How long ago was the third case that  02:55
3   you don't recall the details of?               02:55
4      A.  I don't really recall.                  02:55
5      Q.  You testified before that there was   02:55
6   a learning curve on how to deal with the public  02:56
7   for new officers; is that correct?             02:56
8      A.  Yeah.  They go through a              02:56
9   probationary period.  It's like a 40 hours of  02:56
10  supervised field training.                      02:56
11     Q.  Did any of the five plaintiffs fail   02:56
12  to come up the learning curve on how to deal    02:56
13  with the public?                                02:56
14     A.  No.                                     02:56
15     Q.  Have you ever had any officers in     02:56
16  the Ocean Beach Police Department who were      02:56
17  unable to come up the learning curve to learn   02:56
18  to deal with the public?                        02:56
19     A.  Yes.                                    02:56
20     Q.  Who is that?                            02:56
21     A.  That was Frank Danalchuz.              02:56
22     Q.  Is that the reason why you asked him  02:56
23  to resign?                                      02:56
24     A.  Yes.                                    02:56
25     Q.  Were reviews ever sent, reviews of    02:56

Page 586

Paradiso

1
2   newly-hired police officers, ever sent to      02:56
3   Albany?                                         02:56
4         MR. NOVIKOFF:  Objection.               02:56
5      Q.  Do you understand what I am asking?   02:56
6      A.  Yes.  No, the supervised field         02:56
7   training booklets that were required after the  02:56
8   guys graduate from Police Academy were sent to  02:56
9   the Police Academy.                             02:57
10     Q.  And just to go back to the learning   02:57
11  curve, how to deal with the public, that wasn't  02:57
12  something that was specific to the five         02:57
13  plaintiffs, was it?                             02:57
14     A.  No.  It was --                          02:57
15         MR. NOVIKOFF:  Objection.               02:57
16     A.  No.                                     02:57
17     Q.  It was all newly-hired officers       02:57
18  would need to get up the learning curve?        02:57
19         MR. NOVIKOFF:  Objection.               02:57
20     A.  All those officers that went through  02:57
21  the Police Academy that really didn't have any  02:57
22  experience in a law enforcement matter, in a    02:57
23  law enforcement setting.  That's why I said     02:57
24  that Tom and Ed didn't have that problem.  They  02:57
25  were experienced with dealing with the public.  02:57

Page 587

Paradiso

1
2  Not that the rest of them had a problem.  It    02:57
3  was that they had already acquired that       02:57
4  skillset.                        02:57
5      Q.   Did you ever have any problems with   02:57
6  Arnie Hardman's performance as a police       02:58
7  officer?                         02:58
8          MR. NOVIKOFF:  Beyond the scope.    02:58
9      A.   I had to talk to Arnie once about    02:58
10  something that he did that I didn't like.     02:58
11     Q.   Was that being in Seaview while he    02:58
12  was on duty?                     02:58
13     A.   No.                     02:58
14     Q.   What did you have to speak with      02:58
15  Mr. Hardman about?                 02:58
16     A.   He was going down to the checkpoint   02:58
17  to pick up the guys that were coming on duty    02:58
18  and he stopped to pick up a civilian to take    02:58
19  with him on the trip.                02:58
20     Q.   Was that somebody by the name of     02:58
21  Paula?                        02:58
22     A.   Yes.                    02:58
23     Q.   Did you ever know of Mr. Hardman     02:58
24  being outside of the Village while he was on    02:58
25  duty to be with Paula?               02:59

Page 588

Paradiso

1
2      A.   No.                     02:59
3          MR. NOVIKOFF:  Note my objection.    02:59
4      Q.   I just want to go back to the issue   02:59
5  of certification that came up today.  I believe  02:59
6  you testified that it was your belief that      02:59
7  retired officers in New York City didn't have    02:59
8  to go through the certification process to work  02:59
9  as a police officer in Suffolk County; is that   02:59
10  correct?                       02:59
11         MR. NOVIKOFF:  Note my objection.    02:59
12     A.   Yes, that's correct.            02:59
13     Q.   Did you ever ask anybody at Civil    02:59
14  Service whether that's the case?          02:59
15     A.   No.                     02:59
16     Q.   Did anyone at Suffolk County Civil   02:59
17  Service ever tell you that to be the case?     02:59
18     A.   No, actually, when it came to their   02:59
19  attention, they recommended that we had to get  02:59
20  everybody back in through the certification     02:59
21  process.                       02:59
22     Q.   Just so I am clear, no one at       02:59
23  Suffolk County ever told you that they wouldn't  02:59
24  have to be re-certified if they had worked for   02:59
25  the city; correct?                  02:59

Page 589

Paradiso

1
2          MR. NOVIKOFF:  Objection.        02:59
3      A.   I never posed the question.        03:00
4      Q.   Did you ever try to get a waiver for  03:00
5  the Bosettis to not have to go through the      03:00
6  certification test?                 03:00
7          MR. NOVIKOFF:  Objection.        03:00
8      A.   I don't believe so.            03:00
9      Q.   Did you ever tell them that you were  03:00
10  going to attempt to get a waiver?          03:00
11     A.   Tell who?                  03:00
12     Q.   The Bosettis, that you were going to  03:00
13  attempt to get a waiver for them to have to go   03:00
14  through the tests.                  03:00
15     A.   I don't remember ever saying that.    03:00
16     Q.   Okay.  Now I just want to go back to  03:00
17  some testimony you had given earlier today     03:00
18  about the dispatchers.               03:00
19         I believe you testified that you    03:00
20  hired retired police officers or police       03:00
21  officers from other jurisdiction to be        03:00
22  dispatchers?                     03:00
23         MR. NOVIKOFF:  Objection.        03:00
24  Testimony --                     03:00
25     Q.   Is that correct?              03:00

Page 590

Paradiso

1
2      A.   All of my dispatchers were either    03:00
3  active city police officers that couldn't work   03:00
4  for me because they can't work for another law   03:00
5  enforcement agency while they were city police   03:00
6  officers, or police officers from other       03:00
7  jurisdictions.                    03:00
8      Q.   That's true for every one of them?   03:00
9      A.   I believe so, yes.             03:00
10     Q.   Where did Chris Moran work as a      03:01
11  police officer?                   03:01
12     A.   Chris Moran didn't work as a        03:01
13  dispatcher.  Chris Moran worked as a         03:01
14  dockmaster.                      03:01
15     Q.   So he was never a dispatcher?       03:01
16     A.   I don't believe so.            03:01
17     Q.   Was Chris Moran qualified to be a    03:01
18  dispatcher?                      03:01
19     A.   Chris Moran went through the fire    03:01
20  academy.  He was a member of the New York City  03:01
21  Fire Department.  But I don't think I hired him  03:01
22  as a dispatcher.  He worked -- I believe he    03:01
23  worked as a dockmaster.              03:01
24     Q.   When did he go through the fire      03:01
25  academy?                       03:01

Page 591

Paradiso

1
2    A.  I'm not sure.                          03:01
3    Q.  Okay.  I want to focus back in on      03:01
4  the issue that you testified to today as well  03:01
5  as on Monday about Officer Nofi's claim that he  03:01
6  called in a 10-1.                            03:02
7        Do you recall that testimony you       03:02
8  gave or at least the issue?                  03:02
9    A.  I recall the issue, yes.              03:02
10   Q.  A 10-1, I believe you testified, is   03:02
11 a serious radio call; is that correct?       03:02
12   A.  Yes.                                  03:02
13   Q.  Not a common event, I think you       03:02
14 testified to?                               03:02
15   A.  Yes.                                  03:02
16   Q.  And officers should respond          03:02
17 immediately if they hear a 10-1; correct?    03:02
18   A.  Yes.                                  03:02
19   Q.  So if -- assuming for this question   03:02
20 that it's true that Joe Nofi called in the   03:02
21 10-1, he actually called it in, the officers  03:02
22 who were on duty that did not respond, were   03:02
23 they neglecting their duties?               03:02
24   A.  If an officer called in a 10-1 on    03:02
25 the radio and they heard it and they didn't  03:02

Page 592

Paradiso

1
2  respond, I would say yes, they neglected their  03:02
3  duties.                                     03:02
4    Q.  Would that be a terminable offense   03:02
5  in your mind?                               03:02
6    A.  It could be.                         03:02
7    Q.  Is that another one of those         03:02
8  incidents that if it happened, you are pretty  03:03
9  sure that you would have heard about it?     03:03
10   A.  Yes.                                  03:03
11   Q.  You testified that all of your       03:03
12 officers knew the ten code.  Is that correct?  03:03
13   A.  Yes.                                  03:03
14   Q.  Would it -- would that -- if the     03:03
15 officers didn't know the ten code, would that  03:03
16 be something also that you would assume you   03:03
17 would have heard of or heard about?          03:03
18        MR. NOVIKOFF:  Objection.  Note my   03:03
19 objection.                                  03:03
20   A.  When the officers are hired, they    03:03
21 are given a copy of the ten code.  They keep it  03:03
22 with them.  Some of them would keep it inside  03:03
23 their field appearance ticket booklets.  There  03:03
24 were some ten codes that were used very rarely  03:03
25 that after 26 years as a police officer I would  03:03

Page 593

Paradiso

1
2  have had to check the code card to find out   03:03
3  what it was, because we didn't normally use   03:03
4  them, but everybody that was out on patrol had  03:04
5  a copy of the card and was expected to know and  03:04
6  knew the ten codes that we used frequently.   03:04
7    Q.  But if somebody didn't know the ten  03:04
8  codes, and I am not talking about the ones that  03:04
9  are never used, I am just talking about        03:04
10 generally the ten codes, would that be       03:04
11 something that you would assume that you would  03:04
12 be aware of?                                03:04
13        MR. NOVIKOFF:  Objection.           03:04
14   A.  Yes.                                  03:04
15   Q.  When I say "know the ten codes," I   03:04
16 am not talking about a ten code being called   03:04
17 and then the officer having to get back on the  03:04
18 radio and say, "hey, what does that mean?"  If  03:04
19 someone had to do that, you would assume you   03:04
20 would have been alerted to that fact?        03:04
21        MR. NOVIKOFF:  Objection.           03:04
22   Q.  Again, I am not talking about the    03:04
23 rare ten codes.  I am talking about ones that  03:04
24 are used frequently.                        03:04
25        MR. NOVIKOFF:  Same objection.      03:04

Page 594

Paradiso

1
2    A.  Could you repeat the question.       03:04
3    Q.  Sure.  If there was an officer      03:04
4  working in the Ocean Beach Police Department   03:04
5  who when the ten code would be called over the  03:04
6  radio and they frequently had to say "hey, what  03:05
7  does that mean," and then whoever called it in  03:05
8  in, whether it was dispatcher or command, would  03:05
9  have to explain what it meant and that happened  03:05
10 on a regular basis, is that one of the things   03:05
11 that you think that you would know about?     03:05
12        MR. NOVIKOFF:  Objection.           03:05
13   A.  It's one of the things I would have  03:05
14 to address with the officer on, making sure   03:05
15 that they would find out why -- I would find   03:05
16 out why he wasn't aware of what that code      03:05
17 meant.                                      03:05
18   Q.  And you are not aware of any         03:05
19 officers that had that problem; correct?     03:05
20   A.  No.                                  03:05
21   Q.  Would it surprise you to learn that  03:05
22 there are officers who had that problem?      03:05
23        MR. NOVIKOFF:  Note my objection.   03:05
24   A.  Yes.                                  03:05
25   Q.  Why would it surprise you?  Because  03:05

Page 595

Paradiso

1
2  you would assume that you would have heard        03:05
3  about that; correct?                              03:05
4        MR. NOVIKOFF: Objection.                    03:05
5        MR. CONNOLLY: Objection.                    03:05
6     A.  No, they got the card when they            03:05
7  started working. The majority of the guys had     03:05
8  training in it. The guys from the city were       03:06
9  told what the new codes were. They are not        03:06
10  idiots. You know, you are doing the job every     03:06
11  day, you use the same codes over and over and     03:06
12  over again, so, you know, these guys would have   03:06
13  enough time to be able to assimilate new          03:06
14  responses to radio codes.                         03:06
15     Q.  I just want to go back to another          03:06
16  issue that you testified to today about           03:06
17  dockmasters sitting shifts or part of shifts      03:06
18  for police officers at the desk. I believe you    03:06
19  testified that it was a -- it happened when an    03:06
20  officer had to go to the bathroom or had to run   03:06
21  out of the station on an emergency. Is that       03:06
22  what you testified to?                            03:06
23     A.  Right.                                     03:06
24     Q.  Okay. How about in situations where        03:06
25  it wasn't a bathroom break or an emergency, did   03:06

Page 596

Paradiso

1
2  that happen where a dockmaster was asked to        03:06
3  cover a shift or part of a shift for a police      03:06
4  officer who was on duty?                           03:06
5     A.  An eight-hour shift?                        03:07
6     Q.  Either a part of the shift or the           03:07
7  whole shift.                                       03:07
8     A.  It would be -- it would only be done        03:07
9  on a short-term basis, a few minutes while the     03:07
10  officer had to step out or if he was responding   03:07
11  to an emergency, he had to come in and man the     03:07
12  desk while the guy was responding to the          03:07
13  emergency.                                        03:07
14     Q.  And if it was other than for those         03:07
15  short-term periods for the bathroom and           03:07
16  emergency where a dockmaster was asked to sit     03:07
17  in the office -- in the station to cover a        03:07
18  shift, would that be a violation of policy?       03:07
19        MR. NOVIKOFF: Objection.                    03:07
20     A.  It would be something that I would         03:07
21  want to be aware of and find out what the         03:07
22  rationale for that special circumstance was.      03:07
23     Q.  Did you ever hear that that happened       03:07
24  on George Hesse's tour?                           03:07
25        MR. NOVIKOFF: Objection.                    03:07

Page 597

Paradiso

1
2     A.  Which tour?                                 03:07
3     Q.  On a tour that he was a supervisor          03:07
4  of.                                                03:07
5        MR. NOVIKOFF: Same objection.                03:07
6     A.  That what happened?                         03:07
7        MR. NOVIKOFF: Thank you.                     03:07
8     Q.  That a dockmaster was asked to sit          03:08
9  for a part of the shift or the whole shift         03:08
10  other than for in the bathroom or emergency       03:08
11  situation that you testified to.                  03:08
12        MR. NOVIKOFF: Objection.                    03:08
13     A.  I wasn't aware of it.                      03:08
14     Q.  But, again, just so we are clear           03:08
15  with respect to this question, if it happened     03:08
16  on George Hesse's tour, you wouldn't have seen    03:08
17  it; correct?                                      03:08
18     A.  No, I would not have seen it.              03:08
19     Q.  Did Hesse ever tell you that that          03:08
20  happened, meaning that a dock master sat on the   03:08
21  desk for more than just a brief period of time    03:08
22  other than for a bathroom or emergency break?     03:08
23     A.  I don't recall him ever telling me         03:08
24  that.                                             03:08
25        MR. GOODSTADT: I have some more             03:08

Page 598

Paradiso

1
2  time, but we are -- I have some more               03:08
3  questions, but I think we are at the end of        03:08
4  the tape, so why don't we take a two-minute        03:08
5  break and then we will come back and finish        03:08
6  up.                                                03:08
7        THE VIDEOGRAPHER: The time is now            03:08
8  3:09 p.m. This is the end of tape                  03:08
9  number 3. We are now off the record.               03:08
10        (Recess was taken from 3:09 to              03:09
11  3:21.)                                            03:09
12        THE VIDEOGRAPHER: This is the start         03:20
13  of tape number 4. The time is now                 03:20
14  3:21 p.m. We are now back on the record.          03:20
15  BY MR. GOODSTADT:                                 03:20
16     Q.  Mr. Paradiso, I believe that you          03:20
17  testified that you don't recall anyone ever       03:20
18  complaining to you about the allegation that      03:20
19  Tom Snyder was left in the police station while   03:20
20  the Bosettis took the police radio, the cell      03:20
21  phone with them, and they weren't answering the   03:21
22  calls. Do you recall that?                        03:21
23        MR. NOVIKOFF: Objection to form.            03:21
24     A.  Yes, I recall the question, yes.          03:21
25     Q.  If that happened, you wouldn't have        03:21

Page 599

Paradiso

1
2  been there to see it; correct?              03:21
3      A.   No.                               03:21
4      Q.   And it's possible that Tom Snyder    03:21
5  complained to George Hesse about that and    03:21
6  George Hesse simply didn't elevate it to you;  03:21
7  correct?                                  03:21
8          MR. NOVIKOFF:  Objection.         03:21
9      A.   Like I said before, I can't believe  03:21
10 it happened, but I -- anything, I guess, is   03:21
11 possible.                                 03:21
12     Q.   And when you say you can't believe   03:21
13 that happened, that's a similar vein to the   03:21
14 episode with Richard Bosetti serving a glass of  03:21
15 wine to a domestic abuse victim?           03:21
16         MR. NOVIKOFF:  Objection.         03:21
17         MR. CONNOLLY:  Objection.         03:21
18         MR. NOVIKOFF:  I don't even know   03:21
19     what you are asking about.            03:21
20         MR. GOODSTADT:  I am asking if it's  03:21
21     the same vein, he can't believe that it   03:21
22     happened.                            03:21
23         MR. NOVIKOFF:  Objection.         03:21
24     A.   Yeah, I don't believe it happened.  03:21
25     Q.   And if Tom Snyder did complain to   03:21

Page 600

Paradiso

1
2  George Hesse about it, assume that he did for   03:21
3  this question, and George Hesse didn't report   03:22
4  it to you, would George Hesse have been      03:22
5  derelict in his duties?                   03:22
6          MR. NOVIKOFF:  Objection.         03:22
7      A.   He should have taken steps to      03:22
8  correct it before it even would have to get to  03:22
9  me.                                      03:22
10     Q.   And if he didn't take steps to     03:22
11 correct it, would he have been derelict in his  03:22
12 duties?                                  03:22
13     A.   I believe so.                    03:22
14     Q.   Isn't it true that there came a    03:22
15 point in time where Tom Snyder told you that he  03:22
16 wanted to go back to the night tours as opposed  03:22
17 to work on the day tours because he didn't feel  03:22
18 safe working with those other officers who were  03:22
19 on the day tour?                          03:22
20         MR. NOVIKOFF:  Objection.         03:22
21     A.   I don't recall that.             03:22
22     Q.   I just want to go back to the      03:22
23 episode about -- or the allegation about Walter  03:23
24 Moller being involved in a dispute at the     03:23
25 docks.  Do you recall?                    03:23

Page 601

Paradiso

1
2      A.   I recall being asked about it.     03:23
3      Q.   Okay.  Do you know whether there was  03:23
4  a field report written about that incident?   03:23
5  Not the piece that's alleged that Frank       03:23
6  Fiorillo was told not to write him a summons   03:23
7  and then was belittled, but just the incident   03:23
8  at the docks, do you know whether a field     03:23
9  report was done with respect to that incident?  03:23
10         MR. NOVIKOFF:  Objection.         03:23
11     A.   I don't know if a field report was   03:23
12 ever written.  I don't know if it ever took     03:23
13 place.                                   03:23
14     Q.   Do you recall ever seeing a field   03:23
15 report with respect to that issue?         03:23
16     A.   No.                            03:23
17     Q.   Do you know whether that incident   03:23
18 was ever entered into the blotter?         03:23
19         MR. NOVIKOFF:  Objection.         03:23
20     Foundation.  You are asking the witness to  03:23
21     opine on an event that he doesn't know ever  03:24
22     took place.                          03:24
23         MR. GOODSTADT:  I want to know if he  03:24
24     ever read a blotter entry with respect to  03:24
25     that --                              03:24

Page 602

Paradiso

1
2          MR. NOVIKOFF:  Okay, that's a      03:24
3      different question.                   03:24
4          MR. GOODSTADT:  -- with respect to   03:24
5      that event.                          03:24
6      A.   I don't recall a blotter entry to    03:24
7  that event.                              03:24
8      Q.   If the event took place, should a   03:24
9  blotter entry have been written?           03:24
10     A.   Yes.                            03:24
11     Q.   Should there have been a field      03:24
12 report?                                  03:24
13     A.   Yes.                            03:24
14     Q.   I believe you testified before the   03:24
15 difference between -- whether it was today, I   03:24
16 think you testified a little bit about it today  03:24
17 and a little bit on Monday, the difference     03:24
18 between part-time and seasonal; correct?      03:24
19     A.   Yes.                            03:24
20     Q.   Were the plaintiffs part-time police  03:24
21 officers?                                03:24
22         MR. NOVIKOFF:  Objection.  Form.    03:24
23     A.   The plaintiffs were part-time during  03:24
24 the off-season months.                    03:24
25     Q.   And seasonal during the season?     03:24

Page 603

1          Paradiso
2     A.   Yes.                          03:24
3     Q.   I just want to go back to an        03:24
4  allegation that you testified to before about   03:24
5  the plaintiffs' claim that they were directed   03:24
6  to drive or chauffeur George Hesse to personal  03:25
7  visits while they were on tour.  Do you recall  03:25
8  that?                                03:25
9     A.   I recall the question.            03:25
10    Q.   And Mr. Novikoff had mentioned       03:25
11 something about the fact that it was only four  03:25
12 minutes and it would have left the Village --   03:25
13 you know, he asked you a question about whether 03:25
14 you thought it left the village safe or unsafe. 03:25
15 Do you recall that?                     03:25
16       MR. NOVIKOFF:  Objection.           03:25
17    A.   Yes.                          03:25
18    Q.   Okay.  Would it have been          03:25
19 appropriate for George Hesse to have directed   03:25
20 on-duty police officers to drive him in the     03:25
21 police vehicle for personal business?          03:25
22    A.   What sort of personal business?      03:25
23    Q.   How about to see some friends.       03:25
24 Completely unrelated to any police work.       03:25
25    A.   It would have to -- you would have    03:25

Page 604

1          Paradiso
2  to give me the circumstances that -- the amount 03:26
3  of manpower I had on, what the frequency of     03:26
4  something like that would have been, and the    03:26
5  rationale behind why George couldn't get there  03:26
6  on his own.                            03:26
7     Q.   Let's say George Hesse -- assuming    03:26
8  for this question that George Hesse was on duty 03:26
9  during the time that he had other on-duty       03:26
10 police officers drive him to personal visits.   03:26
11       Would it have been appropriate for    03:26
12 George Hesse to be running a personal visit to  03:26
13 somebody while he was on duty?                03:26
14       MR. NOVIKOFF:  Objection.           03:26
15    A.   Inside the Village?               03:27
16    Q.   Well, inside the village.          03:27
17    A.   From one spot of the village to     03:27
18 another in the village?                   03:27
19    Q.   Why don't we start inside the       03:27
20 village.                             03:27
21       MR. NOVIKOFF:  Objection.           03:27
22    A.   I don't really understand what you   03:27
23 mean by proper and personal.               03:27
24    Q.   Okay.  So let's use a hypothetical.  03:27
25 If Frank Fiorillo while he was on duty was      03:27

Page 605

1          Paradiso
2  directed by George Hesse while George Hesse was 03:27
3  on duty to drive him to an acquaintance's house 03:27
4  for non-police related business, would that     03:27
5  have been appropriate?                    03:27
6       MR. NOVIKOFF:  Objection.           03:27
7     A.   Depending on the circumstances, it   03:27
8  could have been appropriate.               03:27
9     Q.   What do you mean by that?           03:28
10    A.   Well --                        03:28
11       MR. NOVIKOFF:  Objection. I think     03:28
12    he already explained it.               03:28
13    A.   If -- say he needed to talk to      03:28
14 somebody about something, he shouldn't -- he    03:28
15 doesn't have to give an explanation to a        03:28
16 subordinate officer on why he needs to go       03:28
17 somewhere for some reason on or off -- if he    03:28
18 was on duty.  It could be something that that   03:28
19 officer doesn't need to know about.  It all     03:28
20 depends on the circumstance.               03:28
21    Q.   Well, how about if he was -- strike  03:28
22 that.                                03:28
23       Would it have been appropriate for    03:28
24 George Hesse to make a visit to an             03:28
25 acquaintance's house for two hours while he was 03:28

Page 606

1          Paradiso
2  on duty and being paid?                   03:28
3     A.   No, it would not be.               03:28
4     Q.   I asked you before about whether you 03:28
5  ever -- any officers or George Hesse ever       03:29
6  complained to you about any of the plaintiffs   03:29
7  using excessive force.  I just want to focus on 03:29
8  something a little bit different.            03:29
9        Did you ever receive any complaints   03:29
10 from any police officers that any of the       03:29
11 plaintiffs ever used any Anti-Semitic or racist 03:29
12 comments or statements?                   03:29
13       MR. NOVIKOFF:  Objection.  Well       03:29
14    beyond the scope.                     03:29
15    A.   I don't recall any complaints of    03:29
16 that nature.                          03:29
17    Q.   Is that something you would expect   03:29
18 somebody to complain to you about if a fellow   03:29
19 police officer went on an Anti-Semitic or       03:29
20 racist tirade?                        03:29
21       MR. NOVIKOFF:  Objection.           03:29
22    A.   It would -- I would be surprised    03:29
23 that that couldn't come back to me.  I would    03:29
24 say that a police officer making Anti-Semitic   03:29
25 remarks in the Village where the population of  03:29

Page 607

```
 1              Paradiso
 2   residents that were of a Jewish heritage were    03:29
 3   probably 85 percent would probably have gotten   03:29
 4   to be noticed by someone that would have told    03:29
 5   me.                                              03:30
 6       Q.   So you would be surprised if it         03:30
 7   happened and you didn't learn about it?          03:30
 8       A.   Yes.                                    03:30
 9           MR. NOVIKOFF:  Objection.                03:30
10       Q.   The same way that you would be          03:30
11   surprised to learn that some of these other      03:30
12   things happened that you didn't know about?      03:30
13           MR. NOVIKOFF:  Objection.                03:30
14       A.   I don't know if it would be the same    03:30
15   level of surprise.                               03:30
16       Q.   Before you testified about I            03:30
17   think -- I think you mentioned two known or      03:30
18   suspected drug dealers in the Village.           03:30
19       A.   Right.                                  03:30
20       Q.   Do you recall that?  I notice that      03:30
21   you didn't mention Sean O'Rourke.  Do you know   03:30
22   who that is?                                     03:30
23       A.   Yes.                                    03:30
24       Q.   Was he a known or suspected drug        03:30
25   dealer?                                          03:30
```

Page 608

```
 1              Paradiso
 2       A.   He was arrested -- he was               03:30
 3   arrested for drug possession.                    03:30
 4       Q.   Was he suspected of selling drugs as    03:30
 5   well?                                            03:30
 6       A.   I think -- I think he was arrested      03:30
 7   for possession with intent to sell.              03:31
 8       Q.   Was he found with scales or             03:31
 9   something to that effect?                        03:31
10       A.   No, he had packets, packets of          03:31
11   cocaine in individual packets.                   03:31
12       Q.   Do you believe Sean O'Rourke to be      03:31
13   somebody who is credible?                        03:31
14           MR. NOVIKOFF:  Objection.                03:31
15       A.   Credible?                               03:31
16       Q.   Yes.                                    03:31
17           MR. NOVIKOFF:  Objection.                03:31
18       A.   Credible as to what?                    03:31
19       Q.   As to what he says.                     03:31
20       A.   Like a witness?                         03:31
21       Q.   Yes.                                    03:31
22           MR. NOVIKOFF:  Objection.                03:31
23       A.   It would depend on the circumstance.    03:31
24       Q.   How about as a witness to the           03:31
25   Halloween incident?                              03:31
```

Page 609

```
 1              Paradiso
 2           MR. NOVIKOFF:  Objection.                03:31
 3       A.   I am not aware of whether or not he     03:31
 4   was a witness to the Halloween incident.         03:32
 5       Q.   I just want to focus on the             03:32
 6   Halloween incident a bit more.  We are sort of   03:32
 7   getting to the end of the questioning, so just   03:32
 8   bear with me for a couple more minutes.  Okay?   03:32
 9       A.   Okay.                                   03:32
10       Q.   Do you know whether George Hesse was    03:32
11   on vacation the night of the Halloween           03:32
12   incident?                                        03:32
13       A.   No.  I believe he worked a tour that    03:32
14   evening.                                         03:32
15       Q.   What leads you to that belief?          03:32
16       A.   I think he was scheduled for a          03:32
17   4-to-12 that day.                                03:32
18       Q.   And what leads you to that belief?      03:32
19       A.   That's just the way I recall it.        03:32
20       Q.   Was that something that you recall      03:32
21   from the schedule or something that you recall   03:32
22   George Hesse telling you?                        03:32
23           MR. NOVIKOFF:  Objection.                03:32
24       Q.   Or from some other source?             03:32
25           MR. NOVIKOFF:  Objection.                03:33
```

Page 610

```
 1              Paradiso
 2       A.   That's just the way I remember it.      03:33
 3       Q.   Now, I believe you testified that       03:33
 4   one of the things that you thought that the      03:33
 5   on-duty police officer should have done that     03:33
 6   evening was call you; correct?                   03:33
 7       A.   Yeah, the officers that responded to    03:33
 8   that fight there I felt did a great job in       03:33
 9   taking care of the people that got injured, but  03:33
10   the only thing that I felt they were remiss in   03:33
11   is that they didn't notify a supervisor.         03:33
12       Q.   Do you believe that either Gary or      03:33
13   Richard Bosetti should have notified a           03:33
14   supervisor that night?                           03:33
15       A.   Gary and Richie should have been        03:33
16   down at the police station with the rest of the  03:33
17   officers working out the paperwork on the        03:33
18   arrest for the people that were involved in it.  03:33
19       Q.   And, in fact, Gary and Richard          03:33
20   Bosetti were the first officers on the scene;    03:33
21   correct?                                         03:34
22           MR. NOVIKOFF:  Objection.                03:34
23       A.   They were at the scene when it          03:34
24   initiated.                                       03:34
25       Q.   So they were the first officers on      03:34
```

Page 611

Paradiso

1
2  the scene?                              03:34
3          MR. NOVIKOFF: Objection.         03:34
4      Q.  Do you understand what I am saying  03:34
5  when I say --                           03:34
6      A.  The first officers on the scene were  03:34
7  the three that responded. Gary and Richie were  03:34
8  there as it happened. They didn't respond to  03:34
9  it. They were there.                    03:34
10     Q.  The fact that they took police    03:34
11 action didn't make them the first officers on  03:34
12 the scene?                              03:34
13     A.  No.                            03:34
14     Q.  Other than for should have going  03:34
15 back to the police station, was there anything  03:34
16 else that you think Gary or Richard Bosetti  03:34
17 should have done that evening that they didn't?  03:34
18     A.  Gary should have came back when I  03:34
19 asked him to come back.                  03:34
20     Q.  Anything else?                   03:34
21     A.  Besides coming back to the police  03:34
22 station and helping with the paperwork and the  03:35
23 arrests and everything else? Besides that?  03:35
24     Q.  Yes, besides that. You have already  03:35
25 testified to those.                     03:35

Page 612

Paradiso

1
2      A.  If they would have done all that, we  03:35
3  probably wouldn't be having this conversation  03:35
4  about all this.                         03:35
5      Q.  But I am saying is there anything  03:35
6  else that they should have done in your opinion  03:35
7  as the chief of police that they didn't do?  03:35
8      A.  I don't really understand what you  03:35
9  are trying to get -- have me explain.    03:35
10     Q.  Okay. Well, I will ask you some  03:35
11 more specific things.                    03:35
12     A.  Please. Thank you.                03:35
13     Q.  Do you believe that they should have  03:35
14 given statements that evening?            03:35
15     A.  Yes.                           03:35
16     Q.  Do you believe they should have  03:35
17 attempted to get eyewitness statements from  03:35
18 other people who were at the bar that evening?  03:36
19     A.  Well, if they would have been  03:36
20 assisting in the investigation from when it  03:36
21 started instead of leaving and then having  03:36
22 everything unfold the way it did, a lot of  03:36
23 different things would have happened there that  03:36
24 they would have done. They would have been  03:36
25 processing people for an arrest. They would  03:36

Page 613

Paradiso

1
2  have been bringing the people that were  03:36
3  attacked down to the police station to give  03:36
4  eyewitness statements about who choked who and  03:36
5  who came on top of who or all the information  03:36
6  that finally came to light. All that would  03:36
7  have been there before I was even called.  03:36
8      Q.  Should they have participated in the  03:36
9  investigation?                          03:37
10         MR. NOVIKOFF: Objection.         03:37
11     A.  Initially, yes.                  03:37
12     Q.  And should they have attempted to  03:37
13 secure the crime scene?                  03:37
14     A.  A bar fight -- traditionally in a  03:37
15 bar fight we wouldn't be securing a scene. It  03:37
16 isn't like you have a situation where I am  03:37
17 going to have Crime Scene come over and take  03:37
18 fingerprints and evidence and picture and all  03:37
19 these other things. When the officers that got  03:37
20 there -- I'm not even certain if the Bosettis  03:37
21 were there when they arrived. So there was a  03:37
22 lot going on at that moment. The officers were  03:37
23 more concerned with the people who were  03:37
24 injured, and since nobody was coming forward to  03:37
25 tell them what they saw, they could only go by  03:37

Page 614

Paradiso

1
2  what they heard from the people that got --  03:37
3  that were reporting to them, the people that  03:38
4  eventually ended up getting arrested.    03:38
5      Q.  Does it strike you as a bit odd or a  03:38
6  bit strange that two 20-year decorated veterans  03:38
7  of the New York City Police Department would  03:38
8  leave the scene of the assault?          03:38
9          MR. NOVIKOFF: Objection.         03:38
10     A.  I thought it was odd.             03:38
11     Q.  At the time that the on-duty         03:38
12 officers arrived at the scene, was there a  03:38
13 complainant at the time?                 03:38
14     A.  I don't know. I would have to go  03:38
15 over and look at the file.               03:38
16     Q.  So if there wasn't a complainant at  03:38
17 the time, would it even be -- well, strike  03:38
18 that.                                   03:38
19         If there wasn't a complainant at the  03:38
20 time, would it be fair to say that the on-duty  03:38
21 officers didn't even know a crime had occurred  03:38
22 at the time?                            03:38
23         MR. NOVIKOFF: Objection. I don't  03:38
24     even understand the question.        03:38
25     A.  To tell you the truth, I don't even  03:38

Page 615

Paradiso

1    know how to answer that question.  I don't even    03:38
2    understand it.                                       03:38
3
4       Q.   Well, when I say "complainant," do          03:39
5    you know what I mean by a complainant?              03:39
6       A.   I know what I -- I know what I mean          03:39
7    by a complainant.  I don't know what you mean        03:39
8    by a complainant.                                    03:39
9       Q.   Why don't you tell me what you mean          03:39
10   so I will tell you if --                             03:39
11      A.   A complainant is a person that               03:39
12   called in saying that there was a fight at the       03:39
13   bar or somebody that got injured at the bar,         03:39
14   they called the police station saying "I got        03:39
15   injured at the bar."  They are the one that          03:39
16   initiates the police action.                         03:39
17      Q.   So the person who called the on-duty         03:39
18   officers that night, regardless of whether they      03:39
19   were involved in the fight, could be the             03:39
20   complainant?                                         03:39
21      A.   They would be listed in our field            03:39
22   report as the complainant, the first person          03:39
23   that called it in.                                   03:39
24      Q.   And at the time that the on-duty             03:39
25   officers were at the scene, do you know whether      03:39

Page 616

Paradiso

1    they even knew that Gary Bosetti was involved    03:39
2    at that time?                                        03:39
3       A.   I don't know.                               03:39
4       MR. NOVIKOFF:  What was the              03:40
5    question?                                         03:40
6       (Record read.)                                   03:40
7       MR. NOVIKOFF:  The question is does       03:40
8    he know?                                           03:40
9       MR. GOODSTADT:  Does he know.            03:40
10      MR. NOVIKOFF:  Okay.                     03:40
11      Q.   I just want to focus a bit on the --    03:40
12   well, strike that.  I will focus a bit on this      03:40
13   as well.                                           03:40
14      As -- I believe you testified that            03:40
15   officers -- the on-duty officers should have or   03:40
16   did a good job of going out and finding the       03:40
17   victim who may have needed medical attention;     03:40
18   is that correct?                                   03:40
19      A.   Right.                                   03:40
20      MR. NOVIKOFF:  Objection.               03:40
21      Q.   Yes?                                     03:40
22      A.   Yes.                                     03:40
23      Q.   Do you believe that the Bosetti         03:40
24   should have allowed the alleged victim of the     03:40

Page 617

Paradiso

1    assault to have left the scene of the incident?    03:40
2       MR. NOVIKOFF:  Objection to the           03:40
3    form.  Foundation.  A whole host of other         03:40
4    problems.  Assumes facts not in evidence.         03:40
5       A.   I don't know what took place.            03:40
6       Q.   I want to focus a bit on the             03:41
7    investigation.                                     03:41
8       What bureau was Pat Cherry in in           03:41
9    Nassau County?                                     03:41
10      MR. NOVIKOFF:  Objection.  Asked and     03:41
11   answered.                                          03:41
12      A.   He was in detective bureau.             03:41
13      Q.   Do you know what type of crimes he     03:41
14   investigated?                                      03:41
15      A.   The way I remember it, he was either    03:41
16   a narcotics or a homicide detective, but I'm       03:41
17   sure he was a detective in probably a few          03:41
18   different areas.                                   03:41
19      Q.   Do you know whether the Bosettis        03:41
20   ever gave a statement as part of the Halloween    03:41
21   incident?                                          03:41
22      A.   I don't recall.                          03:41
23      Q.   Did you ever read the Bosettis'          03:41
24   statement?                                         03:41

Page 618

Paradiso

1       A.   I don't remember it.                    03:41
2       Q.   Did you ever read a statement by        03:41
3    Sean O'Rourke?  I know you testified that you    03:41
4    don't recall whether he was involved, but do     03:41
5    you recall ever reading a statement by him?      03:41
6       A.   No, I don't.                             03:41
7       Q.   If the Bosettis gave a statement,        03:41
8    would it have been appropriate for them to have   03:41
9    been able to review all the other witness         03:42
10   statements prior to them putting together a       03:42
11   statement?                                        03:42
12      MR. NOVIKOFF:  Objection.               03:42
13      Q.   Do you understand what I am asking      03:42
14   you?                                             03:42
15      A.   I am trying to --                        03:42
16      Q.   Let me --                                03:42
17      A.   -- understand it.                        03:42
18      Q.   Let me rephrase it then.                 03:42
19      A.   Okay.                                    03:42
20      Q.   Would it have been appropriate prior    03:42
21   to Gary Bosetti giving a written statement for    03:42
22   George Hesse and/or Pat Cherry to give them       03:42
23   copies or show them copies of the other witness   03:42
24   statements that had already been taken?          03:42

Page 619

Paradiso

1
2       MR. NOVIKOFF: Objection.          03:42
3       A.  I think they wouldn't -- I don't     03:42
4   think that would have been an appropriate act     03:42
5   to take.  I think they should be able to give a     03:42
6   statement based on their own personal knowledge     03:42
7   of what took place.                    03:42
8       Q.  So in your view as the chief of        03:42
9   police that would have been inappropriate;      03:42
10  correct?                               03:43
11      MR. NOVIKOFF: Objection.          03:43
12      A.  It could be viewed as inappropriate.    03:43
13      Q.  Well, I am asking what your view is    03:43
14  as chief of police.                    03:43
15      A.  I don't know if it happened or not.    03:43
16      Q.  Well, assuming it did happen.      03:43
17      A.  Oh.                          03:43
18      MR. NOVIKOFF: Note my objection.    03:43
19      A.  I would think that they should not    03:43
20  have been afforded the ability to read everyone    03:43
21  else's statement prior to giving their own.     03:43
22      Q.  How come?                    03:43
23      A.  Because I don't see how it would     03:43
24  serve a purpose in forming their own         03:43
25  statements.  They should be able to give a     03:43

Page 620

Paradiso

1
2   statement on the basis of what they knew that    03:43
3   took place.                         03:43
4       Q.  In your mind, would it undermine    03:43
5   their credibility if you learned that that     03:43
6   happened?                          03:43
7       MR. NOVIKOFF: Objection.          03:43
8       MR. CONNOLLY: Objection.          03:43
9       A.  I don't know if it would undermine    03:43
10  their credibility or not.              03:43
11      Q.  In your mind, would it undermine the   03:43
12  credibility of their statements, I should say,   03:44
13  if that happened?                   03:44
14      MR. NOVIKOFF: Objection.          03:44
15      A.  I don't think so.              03:44
16      Q.  Is it proper procedure to show a    03:44
17  witness who is about to give a statement the    03:44
18  other statements that have been taken in       03:44
19  connection with the event?              03:44
20      A.  Well, were they giving witness --    03:44
21  were they giving a witness statement or were    03:44
22  they doing a police report on what took place?    03:44
23  I didn't -- I don't remember what their       03:44
24  statement said, so I don't know what format     03:44
25  their statement was given.  I'd have to look at   03:44

Page 621

Paradiso

1
2   their statement and see what it said to tell     03:44
3   you whether or not it looked like a compilation   03:44
4   or if it looked like an original statement.     03:44
5       Q.  Assuming it was a witness statement.    03:44
6       A.  Witness statement should be taken     03:44
7   independent of what other people say.         03:44
8       Q.  So you believe it was not following    03:44
9   proper procedure if they had been shown the     03:44
10  other witness statements prior to giving their    03:44
11  own witness statements?                03:44
12      A.  I'd say that would not be a normal    03:44
13  procedure to do.                    03:44
14      Q.  Do you know whether George Hesse or    03:45
15  Patrick Cherry interviewed the three on-duty     03:45
16  police officers in connection with their      03:45
17  investigation?                      03:45
18      A.  I don't recall.               03:45
19      Q.  Do you believe that they should have    03:45
20  as part of their investigation?            03:45
21      MR. NOVIKOFF: Objection.          03:45
22      A.  Yes.                         03:45
23      Q.  I believe you testified before that    03:45
24  you thought they did a thorough job.         03:45
25      If you learned that they never spoke    03:45

Page 622

Paradiso

1
2   with the three on-duty officers, would that     03:45
3   change your opinion of the thoroughness of      03:45
4   their job?                          03:45
5       A.  I based my opinion on the         03:45
6   thoroughness of the job that they did by the     03:45
7   results of the case that went to court.        03:45
8       Q.  Putting aside what happened        03:45
9   afterwards and the results of the case, talking    03:45
10  about while -- just the concept of doing a      03:45
11  thorough investigation.                 03:45
12      A.  Well, the three officers that       03:45
13  arrived at the scene weren't witnesses to what    03:45
14  took place, so they could only testify to what    03:45
15  the people that ended up pleading guilty to the   03:46
16  different charges would say, so their         03:46
17  statements on what took place is only going to    03:46
18  be what the people that ended up getting       03:46
19  convicted of what happened took place.  They    03:46
20  didn't take any witness statements of any      03:46
21  eyewitnesses that were there, so what would     03:46
22  they -- what would their statements say?       03:46
23      Q.  Well, do you think they should have    03:46
24  found out what they tried to do to get witness    03:46
25  statements at that time, for example?         03:46

Page 623

Paradiso

1
2        MR. NOVIKOFF: Objection.          03:46
3     A.   I don't know.               03:46
4     Q.   Do you know whether they --      03:46
5  Mr. Hesse or Mr. Cherry interviewed the three  03:46
6  or two alleged victims, the guys and the woman   03:46
7  that you spoke with?                 03:46
8     A.   I don't actually recall.        03:46
9     Q.   Do you think they should have?    03:46
10    A.   I think once the focus of the     03:46
11 investigation went from whether or not an   03:46
12 officer was acting inappropriate to people who   03:47
13 committed some offenses, it would be        03:47
14 inappropriate to take a statement from somebody  03:47
15 without reading them their rights and then      03:47
16 force them to make statements as to what they    03:47
17 did without benefit of counsel, so I don't know  03:47
18 if they had counsel with them when they -- once  03:47
19 a person is a target of an investigation, they   03:47
20 are read their rights and they are afforded      03:47
21 counsel before they are questioned.        03:47
22    Q.   When did they become a target in the  03:47
23 investigation?                 03:47
24    A.   I would think that they became a    03:47
25 target of the investigation once the witness    03:47

Page 624

Paradiso

1
2  statements came in saying that they were the   03:47
3  initial aggressors in this incident.      03:47
4     Q.   How about prior to the time they    03:47
5  became a target, do you think that Mr. Hesse or  03:47
6  Mr. Cherry should have spoken with them?     03:47
7        MR. NOVIKOFF: Objection.          03:47
8     A.   It isn't -- well, in a perfect     03:47
9  world, I guess, yeah, but these people didn't  03:48
10 live on Fire Island.  They came over for a   03:48
11 party.  And it wasn't like they were staying   03:48
12 for an undisclosed period of time on the beach.  03:48
13 They went right back on the ferry after I spoke  03:48
14 with them and I don't think they returned until  03:48
15 after the majority of the investigation had    03:48
16 taken place from the witnesses that had seen    03:48
17 what happened.                 03:48
18    Q.   But you had their address and phone   03:48
19 numbers; correct?                 03:48
20    A.   Yes.                     03:48
21    Q.   So just like one of the on-duty     03:48
22 police officers could have picked up the phone   03:48
23 and called you that night, either Mr. Cherry or  03:48
24 Mr. Hesse could have picked up the phone and     03:48
25 called them; correct?                 03:48

Page 625

Paradiso

1
2        MR. NOVIKOFF: Objection to form.   03:48
3     A.   I don't know if they did not do     03:48
4  that.                     03:48
5     Q.   Would it surprise you to learn that  03:48
6  they didn't do that?                 03:48
7        MR. NOVIKOFF: Objection.          03:48
8     A.   I don't know.               03:48
9     Q.   Would it change your opinion of the  03:48
10 thoroughness of their investigation if you     03:48
11 learned that they did not do that?        03:48
12       MR. NOVIKOFF: Objection.          03:48
13    A.   Not necessarily.             03:48
14    Q.   Mr. Novikoff asked you something     03:48
15 about a hypothetical about if Gary Bosetti was   03:49
16 in shock.  Do you recall that?          03:49
17    A.   Yes.                     03:49
18    Q.   Okay.  If Gary Bosetti was in shock,  03:49
19 should his brother have gotten him immediate    03:49
20 medical attention as a twenty-year veteran of   03:49
21 the New York Police Department and off-duty     03:49
22 officer who was there that night?          03:49
23       MR. NOVIKOFF: Objection.          03:49
24       MR. CONNOLLY: Objection.          03:49
25    A.   It was a hypothetical situation on   03:49

Page 626

Paradiso

1
2  whether or not he was in shock.  I guess     03:49
3  hypothetically he did get him medical        03:49
4  attention.                 03:49
5     Q.   What do you mean by that?        03:49
6     A.   I don't know what he did.  It was   03:49
7  never determined that he was in shock.      03:49
8        MR. NOVIKOFF: Ergo being a       03:49
9  hypothetical question.             03:49
10    Q.   I believe you testified that you     03:49
11 went to a house on Bayberry looking for Gary    03:49
12 Bosetti; correct?                 03:49
13    A.   Yes.                     03:49
14    Q.   Why did you go to that house?      03:49
15    A.   I had asked -- I had asked around on  03:49
16 if anybody had any idea where he might be and    03:49
17 they pointed out a house on Bayberry.      03:50
18    Q.   Who did?                   03:50
19    A.   I don't recall, but I went to the   03:50
20 house and talked to the occupants of the house  03:50
21 to see if he was there and he wasn't.      03:50
22    Q.   Who were the occupants?          03:50
23    A.   There was a girl there with red     03:50
24 hair.  I don't recall her name.          03:50
25    Q.   Was her name Elise Miller?        03:50

Page 627

1              Paradiso
2      A.   I don't know.                      03:50
3      Q.   Did you take a statement from her?    03:50
4      A.   No, I didn't.                      03:50
5      Q.   Did she tell you anything about what  03:50
6   happened that night?                      03:50
7           MR. NOVIKOFF:  Objection.          03:50
8      A.   I don't recall.                   03:50
9      Q.   Did you take any notes of your      03:50
10  conversation with her?                    03:50
11     A.   No.  I was looking for Gary Bosetti.  03:50
12  If he wasn't there, that was the end of the   03:50
13  conversation.                             03:50
14     Q.   Did you subsequently learn how Gary  03:50
15  Bosetti got off the island that night?    03:50
16     A.   He got off the island that morning.  03:50
17     Q.   That morning.                     03:50
18     A.   He went off in four-wheel-drive   03:50
19  truck, but I don't know whose.            03:50
20     Q.   You never heard that -- do you know  03:50
21  who Matt Bellowes is?                     03:50
22     A.   Who?                              03:50
23     Q.   Matt Bellowes or Matt the plumber.   03:51
24     A.   I know Matt the plumber.          03:51
25     Q.   Right.  You never heard that Matt  03:51

Page 628

1              Paradiso
2   the plumber took him off by private boat that  03:51
3   morning?                                  03:51
4      A.   No, I didn't hear that.           03:51
5      Q.   What makes you believe that he left  03:51
6   on a four-wheel-drive vehicle?            03:51
7      A.   Because he said he was just getting  03:51
8   off the beach down by Robert Moses.       03:51
9      Q.   Did he tell you that he had left on  03:51
10  a four-wheel-drive vehicle?               03:51
11     A.   That's the way I remember it.     03:51
12     Q.   During the entirety of the        03:51
13  investigation did you take any notes?     03:51
14     A.   I might have taken some notes when I  03:51
15  was talking to the three people that came off  03:51
16  the boat.  They would have been in the file.  03:51
17          MR. NOVIKOFF:  If you took the    03:51
18     notes.                                 03:51
19     A.   If I took them.                   03:51
20     Q.   Why weren't the on-duty officers  03:51
21  part of the investigation?                03:51
22          MR. NOVIKOFF:  Objection.  Didn't  03:51
23     they start the investigation?          03:51
24     Q.   Yes, well, I guess they did a     03:51
25  preliminary investigation that night, but the  03:51

Page 629

1              Paradiso
2   investigation that George Hesse and Patrick   03:52
3   Cherry undertook, why were weren't the on-duty  03:52
4   officers part of that investigation?      03:52
5      A.   Well, we used the personnel who was  03:52
6   on duty at the time to carry on that      03:52
7   investigation.  George was the supervisor that  03:52
8   was on.  Pat was working.  I wasn't going to  03:52
9   call guys back in after they had just worked to  03:52
10  pay overtime to do an investigation.  I used  03:52
11  the guys that I had.  I don't have an unlimited  03:52
12  budget for personnel.  I have to be able to  03:52
13  justify expenditures.  I am not going to keep  03:52
14  guys over.  They all -- most of them have  03:52
15  second jobs that they go to when they leave me  03:52
16  or they have to sleep so they can go to their  03:52
17  second jobs, so...                        03:52
18     Q.   So just so we are clear, it's your  03:52
19  testimony that Pat Cherry was on duty and     03:52
20  wasn't called in specifically for this?   03:52
21          MR. NOVIKOFF:  Objection.         03:52
22     A.   I'm not certain whether or not he  03:52
23  was called in specifically.  After I left --   03:52
24  when George came in, I left the beach.     03:52
25     Q.   So it's possible that Pat Cherry  03:53

Page 630

1              Paradiso
2   actually was called and he wasn't just the  03:53
3   personnel that was on duty; correct?      03:53
4          MR. NOVIKOFF:  Objection.          03:53
5      A.   I'm not certain which way it was.  03:53
6      Q.   When you spoke with Gary Bosetti on  03:53
7   the phone that next morning, was anybody   03:53
8   else -- well, strike that.                03:53
9          You were in the police station at  03:53
10  the time?                                 03:53
11     A.   Yes.                              03:53
12     Q.   Was anybody else with you?        03:53
13     A.   I don't recall.                   03:53
14     Q.   You don't recall Frank Fiorillo   03:53
15  being next to you?                        03:53
16     A.   It's possible.                    03:53
17     Q.   I believe that you testified today  03:53
18  about allegations of cover-ups.  Do you recall  03:53
19  that?                                     03:53
20     A.   Yes.                              03:53
21          MR. NOVIKOFF:  Objection.         03:53
22     Q.   And I believe you testified that you  03:53
23  were not aware of any cover-up; is that   03:53
24  correct?                                  03:53
25     A.   That's correct.                   03:54

Page 631

Paradiso

1
2     Q.   If you were aware -- well, strike     03:54
3     that.                                      03:54
4          If George Hesse engaged in a          03:54
5     cover-up, I believe you testified that would be  03:54
6     criminal; is that correct?                 03:54
7          MR. NOVIKOFF:  Objection.             03:54
8          MR. CONNOLLY:  Objection.             03:54
9          MR. NOVIKOFF:  I don't think that     03:54
10    was his testimony.  I don't think the      03:54
11    question was ever posed that way.          03:54
12         MR. GOODSTADT:  I will pose it to     03:54
13    him.                                       03:54
14    Q.   If George Hesse engaged in a          03:54
15    cover-up of a claim of police abuse, would that  03:54
16    subject him to criminal sanctions?         03:54
17         MR. NOVIKOFF:  Objection.             03:54
18    A.   Yes.                                  03:54
19    Q.   And if you knew about George Hesse    03:54
20    engaging in a cover-up and didn't do anything  03:54
21    about it, would that subject you to any    03:54
22    criminal sanctions?                        03:54
23         MR. NOVIKOFF:  Objection.             03:54
24    A.   It certainly would.                   03:54
25    Q.   I just have a couple of final         03:54

Page 632

Paradiso

1
2     questions.  You testified yesterday about --    03:54
3     A.   Monday.                              03:54
4     Q.   Not yesterday.  Monday.  You are     03:55
5     right.                                     03:55
6          You testified Monday about the use    03:55
7     of some medication that affects your memory;    03:55
8     correct?                                   03:55
9     A.   Yes.                                  03:55
10    Q.   And I believe today you said          03:55
11    something to the effect that you have issues    03:55
12    with your memory as well as the fact that you    03:55
13    are proof positive that the recollection of    03:55
14    facts fades over time.  Do you recall that?    03:55
15         MR. NOVIKOFF:  Objection.  The        03:55
16    testimony speaks for itself.               03:55
17    A.   Actually, I don't recall that.        03:55
18    Q.   Okay.  The testimony speaks for       03:55
19    itself.                                    03:55
20         So Mr. Paradiso, sitting here today,  03:55
21    are you able to tell the jury that your    03:55
22    testimony on Monday and today is -- your   03:55
23    recollection of the facts that you testified to    03:55
24    on Monday and today is full and accurate?    03:55
25         MR. NOVIKOFF:  Objection.             03:55

Page 633

Paradiso

1
2     A.   To the best of my ability.            03:55
3          MR. GOODSTADT:  I'm done.             03:55
4          MR. NOVIKOFF:  Okay.                  03:55
5          I apologize.  I am going to try to    03:55
6     limit this to three minutes.               03:56
7     FURTHER EXAMINATION BY                     03:56
8     MR. NOVIKOFF:                              03:56
9     Q.   Sean O'Rourke, to your knowledge,    03:56
10    was he a friend of George Hesse's?         03:56
11    A.   No.                                   03:56
12    Q.   Do you have knowledge one way or the  03:56
13    other or --                                03:56
14    A.   I don't believe he was a friend of    03:56
15    George Hesse.                              03:56
16    Q.   Okay.  Mr. Goodstadt asked you a      03:56
17    question regarding delegation of training to    03:56
18    Mr. Hesse and you answered yes, if I recall    03:56
19    correctly.                                 03:56
20    A.   Yes.                                  03:56
21    Q.   For some reason he didn't ask you     03:56
22    what you delegated to him in this regard, so I    03:56
23    will.                                      03:56
24         With regard to training, what did     03:56
25    you delegate to Mr. Hesse?                 03:56

Page 634

Paradiso

1
2     A.   George Hesse would arrange with the   03:56
3     Suffolk County Police Department's academy    03:56
4     different dates that were available for    03:56
5     re-certification for firearms training, deadly    03:56
6     use of force training, if there were any   03:56
7     special training sessions that were available    03:56
8     to the seasonal police officers to go in for,    03:56
9     he would make the arrangements and post the    03:56
10    dates.  EMT refreshers or any OSHA requirements    03:56
11    that would have to be done.  Those type of    03:57
12    things.                                    03:57
13    Q.   Okay.  Mr. Goodstadt asked you some   03:57
14    questions about whether or not Cherry or Hesse    03:57
15    should have spoken to the victims.          03:57
16         Do you recall that happening say      03:57
17    within the last half hour?                 03:57
18    A.   Yes.                                  03:57
19    Q.   Okay.  Now, let me understand this    03:57
20    correctly.  The on-duty officers at the time,    03:57
21    Lamm, Nofi and Fiorillo, spoke to the alleged    03:57
22    victims right after the incident occurred?    03:57
23    A.   As far as I recall, yes.              03:57
24    Q.   They took statements, correct, to     03:57
25    the best of your recollection?             03:57

Page 635

Paradiso

1
2     A.   I believe that they did.          03:57
3     Q.   Okay.  You spoke to them that        03:57
4  morning when they came back or some of them?    03:57
5     A.   Yes.                     03:57
6     Q.   Anything that you could think of as   03:57
7  to what Hesse or Cherry could have asked them   03:57
8  that the three officers and you hadn't already   03:57
9  asked them?                     03:57
10    A.   Nothing comes to mind.          03:57
11    Q.   Mr. Goodstadt asked you a question   03:58
12 as to whether or not the on-duty officers     03:58
13 should have been part of an investigation.  Do   03:58
14 you recall that?                  03:58
15    A.   Yes.                     03:58
16    Q.   Now, this was off season; correct?   03:58
17    A.   Yes.                     03:58
18    Q.   The officers, if they were working   03:58
19 for the Village, would have been working for    03:58
20 the Village as part-time officers for a      03:58
21 particular shift; correct?             03:58
22    A.   Yes.                     03:58
23    Q.   They had other jobs; correct?      03:58
24    A.   Yes.                     03:58
25    Q.   Okay.  Now, they had already been   03:58

Page 636

Paradiso

1
2  part of the initial investigation; correct?    03:58
3     A.   Yes.                     03:58
4     Q.   They had already spoken with the    03:58
5  alleged victims; correct?             03:58
6     A.   As far as I know, yes.          03:58
7     Q.   Mr. Bosetti and -- both Mr. Bosetti,   03:58
8  Richard and Gary, at least, to your        03:58
9  recollection weren't cooperative with these    03:58
10 three officers, correct, at least that night?   03:58
11    A.   Didn't seem to be.            03:58
12    Q.   Right.  Can you think of any purpose   03:58
13 that would have been served by having the three   03:58
14 on-duty officers be part of the investigation   03:58
15 subsequent to the first night of the event?    03:58
16    A.   Can you repeat that.           03:58
17    Q.   Yes.  We have established that the   03:59
18 three on-duty officers did the initial       03:59
19 investigation.  They spoke to the alleged     03:59
20 victims.  They tried to speak with the       03:59
21 Bosettis, but the Bosettis, according to what   03:59
22 you have learned, weren't the most cooperative   03:59
23 that evening; correct?               03:59
24    A.   Okay.                    03:59
25    Q.   You had George Hesse as part of the   03:59

Page 637

Paradiso

1
2  investigation; correct?              03:59
3     A.   Yes.                     03:59
4     Q.   You had Pat Cherry who, in your     03:59
5  view, was an experienced and former New York   03:59
6  City police officer?               03:59
7     A.   Nassau County.              03:59
8     Q.   Nassau County, who had done       03:59
9  hundreds, if not thousands of witness       03:59
10 statements.                     03:59
11       Given all these facts what benefit    03:59
12 could you think of that would have been served   03:59
13 by having three additional officers as part of   03:59
14 an investigation?                  03:59
15    A.   I can't think of any.          03:59
16    Q.   Then Mr. Goodstadt asked you some   03:59
17 questions about whether the Bosettis should    03:59
18 have been part of the investigation at least    03:59
19 that evening.  Do you recall that?         03:59
20    A.   Yes.                     03:59
21    Q.   Well, is it -- would it be        03:59
22 appropriate for a police officer who is being   04:00
23 accused of police brutality to be part of the   04:00
24 investigation into whether or not he committed   04:00
25 the brutality being alleged?            04:00

Page 638

Paradiso

1
2     A.   No.                      04:00
3     Q.   Especially within the first few     04:00
4  hours of the incident.               04:00
5     A.   No.                      04:00
6     Q.   Would it be appropriate for the     04:00
7  brother of the police officer being alleged of   04:00
8  committing brutality to be part of the initial   04:00
9  investigation into whether or not his brother   04:00
10 committed the brutality?              04:00
11    A.   No.                      04:00
12       MR. NOVIKOFF:  I have no further     04:00
13 questions.                      04:00
14 FURTHER EXAMINATION BY               04:00
15 MR. CONNOLLY:                    04:00
16    Q.   You earlier indicated that you     04:00
17 believe Sean O'Rourke had been arrested for    04:00
18 drug possession; is that correct?          04:00
19    A.   Yes.                     04:00
20    Q.   He was arrested in Ocean Beach?     04:00
21    A.   Yes.                     04:00
22    Q.   Was George Hesse the arresting     04:00
23 officer?                       04:00
24    A.   Yes, he was.               04:00
25       MR. CONNOLLY:  No questions.  Thank   04:00

Page 639

1           Paradiso
2   you.                        04:00
3        MR. GOODSTADT:  I have nothing      04:00
4   further.                    04:00
5        MR. NOVIKOFF:  All right.  Well,    04:00
6   thank you very much.             04:00
7        THE VIDEOGRAPHER:  That concludes   04:00
8   the video record for today.  The time is  04:00
9   4:01 p.m.  We are now off the record.     04:00
10       (Time noted:  4:01 p.m.)        04:00
11
12
13        ----------------------
14        EDWARD THOMAS PARADISO
15
16
17  Subscribed and sworn to before me
18  this      day of         2009.
19
20  ---------------------------------------
21
22
23
24
25

Page 640

1
2        C E R T I F I C A T E
3
4   STATE OF NEW YORK   )
5            ) ss.:
6   COUNTY OF NASSAU   )
7
8        I, KRISTIN KOCH, a Notary Public
9   within and for the State of New York, do
10  hereby certify:
11       That EDWARD THOMAS PARADISO, the
12  witness whose deposition is hereinbefore
13  set forth, was duly sworn by me and that
14  such deposition is a true record of the
15  testimony given by such witness.
16       I further certify that I am not
17  related to any of the parties to this
18  action by blood or marriage; and that I am
19  in no way interested in the outcome of
20  this matter.
21       IN WITNESS WHEREOF, I have hereunto
22  set my hand this 10th day of August, 2009.
23        -------------------------
24        KRISTIN KOCH, RPR, RMR, CRR, CLR
25

Page 641

1
2   -------------------I N D E X------------------
3
    WITNESS         EXAMINATION BY      PAGE
4
5   EDWARD THOMAS PARADISO  MR. NOVIKOFF  367, 633
6            MR. CONNOLLY  550, 638
7            MR. GOODSTADT    554
8
    -------------------EXHIBITS------------------
9
10  PARADISO              PAGE LINE
11
    Exhibit 17
12  Reply Affidavit...................... 377  2
13  Exhibit 18
    Complaint and Jury Demand............ 388  17
14
    Exhibit 19
15  Letter dated November 28, 2006....... 497  19
16  Exhibit 20
    Letter dated December 15, 2000....... 499  10
17
18
19
20
21
22
23
24
25

Page 642

1
2        ERRATA SHEET FOR THE TRANSCRIPT OF:
3   Case Name:      Carter v. Ocean Beach
    Dep. Date:      July 29, 2009
4   Deponent:       Edward Thomas Paradiso
5            CORRECTIONS:
6   Pg. Ln. Now Reads      Should Read    Reason
7   ___ ___ _____  _____  _____
8   ___ ___ _____  _____  _____
9   ___ ___ _____  _____  _____
10  ___ ___ _____  _____  _____
11  ___ ___ _____  _____  _____
12  ___ ___ _____  _____  _____
13  ___ ___ _____  _____  _____
14  ___ ___ _____  _____  _____
15  ___ ___ _____  _____  _____
16  ___ ___ _____  _____  _____
17  ___ ___ _____  _____  _____
18
19        _____
20        Signature of Deponent
21  SUBSCRIBED AND SWORN BEFORE ME
22  THIS____DAY OF_____, 2009.
23
24  _____
25  (Notary Public)  MY COMMISSION EXPIRES:_____

## A

**ability (3)**
496:7 619:20 633:2
**abject (1)**
395:17
**able (11)**
373:6 423:8 494:23
509:23 564:15
595:13 618:10
619:5,25 629:12
632:21
**absence (1)**
465:24
**Absolutely (2)**
366:19 387:17
**abuse (11)**
489:24 490:19 554:25
556:21,24 557:14
558:14 561:15
562:6 599:15
631:15
**academy (9)**
442:17 443:24 503:8
586:8,9,21 590:20
590:25 634:3
**accept (1)**
536:22
**accepting (1)**
527:7
**access (1)**
508:24
**account (1)**
515:20
**accountable (5)**
380:16,23 381:2,10
407:6
**accredited (2)**
442:17 443:24
**accuracy (2)**
378:18 384:22
**accurate (14)**
380:9,18 381:20
382:6 384:19
390:10 412:15
413:6 436:4 446:8
472:10 527:16
539:15 632:24
**accusation (1)**
480:12
**accused (2)**
534:19 637:23
**achieved (1)**
567:8
**acquaintances (4)**
395:23 398:14 400:19
402:16

**acquaintance's (2)**
605:3,25
**acquired (1)**
587:3
**act (5)**
402:23 404:8 515:11
556:22 619:4
**acted (2)**
528:23 529:4
**acting (6)**
362:12 386:11 420:20
540:4 566:22
623:12
**action (9)**
377:9 481:24 484:15
514:16 526:23
550:16 611:11
615:16 640:18
**actions (2)**
382:19 529:8
**active (2)**
437:13 590:3
**activities (3)**
381:17 382:12 477:8
**activity (3)**
382:24 479:15 482:17
**actors (1)**
507:15
**acts (5)**
395:25 398:17 400:23
403:22 583:10
**actual (1)**
527:19
**addition (1)**
444:3
**additional (2)**
458:18 637:13
**Additionally (1)**
405:16
**address (2)**
594:14 624:18
**addressed (2)**
568:24 569:8
**addressing (3)**
469:5 484:2 569:9
**advance (3)**
435:18 436:3,15
**advise (52)**
377:7 401:25 402:7
402:11,15,22 403:9
404:5 410:4,9,13
447:2,23 448:7
450:19 471:4 474:8
479:9,19 480:16
482:12 483:4
484:19,23 486:6,24

487:4,14 488:9
491:12 492:2
494:17 520:17,25
521:16,21 522:13
523:23 525:17
526:2,4 530:9,13,18
537:11 538:9,23
539:6 542:3,10
543:2,12
**advised (7)**
471:9 482:7 501:11
523:17,24 535:8
541:21
**advising (1)**
522:10
**affidavit (9)**
376:21 377:3,8,16
378:2,8 387:14,20
641:12
**afforded (3)**
471:5 619:20 623:20
**afternoon (6)**
459:17 464:22 550:10
572:11,12,13
**agency (4)**
442:18 443:16,25
590:5
**aggressors (1)**
624:3
**ago (5)**
551:22 566:11 584:23
584:25 585:2
**agree (49)**
392:19 393:15 394:22
399:5 406:25 411:6
411:16 412:2
413:12 414:10
422:8 426:2 428:2
431:13 432:2 439:5
439:9,14,22 442:3
450:8 451:22
452:18 453:2
468:11 469:3 472:5
472:11,14 474:14
475:18 479:17,21
481:16,22 483:20
483:25 490:7
494:12 495:19
505:14 508:3,7
511:7 515:3,8
516:12 533:21
538:13
**agreement (1)**
369:15
**ahold (1)**
454:3

**aid (3)**
439:5,12 441:22
**airport (1)**
503:2
**al (1)**
366:6
**Albany (1)**
586:3
**alcohol (19)**
395:19,21 396:21
397:2,14,18,23
398:5 400:2,9
401:17 402:3
433:12 486:21
487:5 489:25
490:19 557:25
558:2
**alerted (1)**
593:20
**ALISON (1)**
362:15
**allegation (17)**
394:23 426:3 428:12
435:25 444:11
445:23 481:23
485:24 527:17
532:15 554:23,24
555:12 562:5
598:18 600:23
603:4
**allegations (6)**
438:7,12 483:13
533:15 561:17
630:18
**allege (14)**
390:18 395:10 399:3
407:11 408:2
412:24 416:4
427:15 430:24
431:6 437:2 537:4
539:9 540:23
**alleged (40)**
399:17 416:16 439:3
446:21 448:13
483:20 486:7,11
489:24 490:13
491:3 515:10 517:2
526:17 527:5 536:6
536:7,20 537:2
539:24 540:13,19
540:24 541:19,24
553:25 556:20,23
561:14 562:6
572:25 583:10
601:5 616:25 623:6
634:21 636:5,19

637:25 638:7
**alleges (3)**
406:3 430:23 492:13
**alleging (7)**
393:13 444:11 469:25
472:13 481:12
484:5 531:4
**allies (3)**
430:25 431:4,5
**allow (4)**
395:23 398:13 400:18
448:22
**allowed (9)**
390:9 430:25 444:4
445:23 446:10,24
447:4 473:11
616:25
**allowing (6)**
402:16 442:12 446:15
447:24 448:17
449:20
**altercation (7)**
470:23 503:23 504:16
507:5,15 508:11
517:14
**ambulance (2)**
516:20 556:14
**amount (5)**
418:10 419:11 473:8
510:10 604:2
**Andrew (3)**
364:9 366:24 551:16
**and/or (3)**
426:6 451:3 618:22
**annual (1)**
567:5
**answer (15)**
390:15 438:16 445:8
455:3 472:19 492:6
503:20 504:16
527:18 545:11
559:12 564:20
582:20 583:2 615:2
**answerable (1)**
406:23
**answered (6)**
368:3 395:4 437:20
562:4 617:12
633:18
**answering (3)**
437:18 581:21 598:21
**answers (1)**
466:4
**anticipate (1)**
553:15
**anticipating (1)**

370:3
**Anti-Semitic (3)**
606:11,19,24
**anybody (19)**
414:11,17 421:11
425:4 443:15 447:4
471:15 478:13,22
487:16 509:8
551:13 553:24
564:3,8 588:13
626:16 630:7,12
**anymore (1)**
559:20
**anyone's (2)**
427:24 436:15
**Anyplace (1)**
514:22
**apartment (1)**
486:15
**apologize (2)**
547:16 633:5
**apparently (1)**
427:12
**appeal (1)**
374:10
**appear (2)**
375:8 551:20
**appearance (1)**
592:23
**applicable (2)**
423:16 424:2
**application (1)**
407:21
**applied (4)**
407:17 500:12 501:21
502:6
**applying (2)**
403:20 501:11
**appreciated (1)**
547:10
**approach (1)**
370:23
**appropriate (12)**
486:19 577:25 603:19
604:11 605:5,8,23
618:9,21 619:4
637:22 638:6
**appropriately (3)**
420:21 529:5 539:23
**approval (1)**
575:25
**approve (1)**
408:21
**approved (1)**
575:6
**approving (1)**

575:10
**approximately (8)**
366:10 418:3 419:17
455:10,19 459:3
496:6 504:20
**April (3)**
369:10 456:20 457:16
**area (6)**
418:2 455:5 488:24
492:24 512:6,7
**areas (2)**
459:24 617:19
**arguably (1)**
533:12
**argument (1)**
565:12
**Argumentative (1)**
561:8
**Arnie (2)**
587:6,9
**Arnold (1)**
424:15
**arrange (2)**
383:11 634:2
**arrangements (3)**
551:12,19 634:9
**arrest (9)**
477:7,14 480:13
488:6,11 540:12,18
610:18 612:25
**arrested (7)**
478:16 608:2,3,6
614:4 638:17,20
**arresting (2)**
540:21 638:22
**arrests (5)**
477:24 478:2 484:8
485:13 611:23
**arrival (1)**
508:19
**arrived (12)**
506:8 510:24 511:15
511:17 516:24
517:7,11 518:5
525:14 613:21
614:12 622:13
**arriving (1)**
508:17
**ascertained (1)**
535:15
**aside (7)**
436:23 462:24 493:6
493:8,22 537:9
622:8
**asked (57)**
375:14 395:3 492:3

498:16 518:16
520:25 521:23,23
535:11 538:16,24
542:19 544:15
545:8 547:14,15
548:8,9 552:10,18
553:2,7 559:4
561:23 563:19
564:10 570:21,21
570:22 571:4,6,7,8
577:22 578:8 580:5
580:6,10 584:10
585:22 596:2,16
597:8 601:2 603:13
606:4 611:19
617:11 625:14
626:15,15 633:16
634:13 635:7,9,11
637:16
**asking (21)**
367:25 387:4 426:20
426:23 427:4 428:8
499:3 510:13 523:2
527:22 535:4
538:10 548:15
559:22 571:2 586:5
599:19,20 601:20
618:14 619:13
**aspects (1)**
379:22
**aspiring (1)**
444:19
**assault (2)**
614:8 617:2
**assaults (3)**
541:4,9,14
**assembled (2)**
470:13,20
**assign (3)**
444:5 445:25 446:11
**assigned (9)**
416:7 449:18 459:13
459:19,21 461:14
473:2 494:5,14
**assimilate (1)**
595:13
**assist (3)**
492:3 520:18 521:18
**assistance (3)**
452:2 494:24 511:5
**assistant (1)**
526:3
**assisting (1)**
612:20
**associate (4)**
374:24 395:22 398:10

400:15
**associating (1)**
402:12
**association (1)**
366:15
**assume (12)**
408:23 452:7,25
471:22 472:12,23
531:25 592:16
593:11,19 595:2
600:2
**Assumes (1)**
617:5
**assuming (5)**
505:25 591:19 604:7
619:16 621:5
**ate (1)**
397:8
**atmosphere (2)**
422:9,11
**attacked (4)**
529:10 539:24 540:3
613:3
**attacks (1)**
541:6
**attempt (7)**
395:25 449:22 459:15
477:6 478:3 589:10
589:13
**attempted (7)**
451:4 452:14,19
454:3 516:2 612:17
613:12
**attempting (2)**
536:16 541:3
**attend (1)**
511:11
**attendant (1)**
380:6
**attention (9)**
493:18 548:9 549:17
556:13 573:13
588:19 616:18
625:20 626:4
**attitude (2)**
414:16 421:20
**attorney (11)**
373:4 377:17 479:25
526:3 552:5,6,7,8,9
552:13,23
**attorneys (6)**
364:6,13 365:6 371:5
376:23 390:9
**attributing (1)**
484:13
**Aughenbaugh (1)**

571:8
**August (3)**
368:20 568:20 640:22
**authority (3)**
416:7 436:10,14
**automobile (1)**
472:5
**availability (1)**
553:5
**available (11)**
418:18 449:24 465:11
513:8 552:19,21
553:7,8,16 634:4,7
**Avenue (1)**
364:7
**average (3)**
457:2,17 458:11
**aware (46)**
369:10 389:17 391:16
411:25 412:3
416:15,17 431:3
434:12,15 435:5
438:18,20,24
441:19 443:13
445:10 448:21
471:13 476:25
500:11 501:20
503:7,16 506:11
508:10 514:15
515:22 524:21
531:10 549:16
559:24 560:3,4,7
574:19 583:14,21
593:12 594:16,18
596:21 597:13
609:3 630:23 631:2
**a.m (6)**
363:6 366:11,22
453:14,20 463:16

---

**B**

**B (4)**
362:13 365:6 405:4
494:2
**back (57)**
366:22 367:20 368:21
370:3 371:5,10,14
398:5,7 400:9,12
402:8 425:9 445:2
453:20 459:24
460:2 461:24
466:25 468:10
477:25 493:17
498:22 519:10,20
520:11,14 528:21
529:21 544:18

547:21 554:11,16
554:22 566:10
574:22 579:14
586:10 588:4,20
589:16 591:3
593:17 595:15
598:5,14 600:16,22
603:3 606:23
611:15,18,19,21
624:13 629:9 635:4
**background (1)**
407:16
**backs (2)**
395:21 402:2
**Bacon (1)**
425:2
**bad (1)**
558:6
**bag (2)**
488:19,20
**balconies (2)**
485:3,4
**balcony (3)**
483:24 485:11 486:16
**bar (28)**
397:20 419:21 432:25
433:12 482:13
503:19 504:4 507:5
507:16 508:17
509:13,16 510:8,15
511:24 515:4,8
517:15,23 532:24
535:2 550:2 612:18
613:14,15 615:13
615:13,15
**barracks (3)**
514:20 518:9,10
**bars (14)**
395:20 397:5 400:5
401:22 419:15,18
420:2 431:24
445:19 449:21
456:14 481:14
482:19 493:3
**based (20)**
386:3 472:4 478:2
507:25 508:20,21
517:20 519:16
524:9,18 528:9,13
528:14,16,20
534:12 535:14
539:21 619:6 622:5
**bases (1)**
379:19
**basically (3)**
373:17 392:16 439:18

**basis (9)**
371:19 372:6 412:3
446:7 456:18 519:9
594:10 596:9 620:2
**Bates (1)**
499:15
**bathroom (13)**
444:21 445:2 473:12
473:16,20,25
495:10 496:7
595:20,25 596:15
597:10,22
**bay (13)**
405:6 417:20 468:6
485:6,7 491:15,20
492:4,17,20,25
502:3 512:20
**Bayberry (5)**
405:7 512:22 518:11
626:11,17
**beach (127)**
362:9,12 364:14,15
366:7 379:23 384:3
384:7 391:17 392:7
392:12 393:19,23
394:4,25 395:24
398:15 400:20
402:17 405:5,7
412:18 414:18
416:21 417:3,6,10
419:16 420:5,20
421:17 422:9,17
425:25 433:18
434:6,11,20 435:2,8
436:15 437:8 440:6
443:9 446:2 451:4
451:10,18,25
452:15,20,21 453:5
453:6 454:4 455:15
458:21,23,23,24
459:5,6,9,13 460:8
460:14,16 464:21
465:16 472:3,9,16
474:25 476:10,18
477:2 478:7,25
480:14,19 481:3,20
482:14 483:25
485:12 489:3,10
490:12 494:2
499:17 506:8 507:2
509:13 511:21
512:4,19,25 513:5,9
514:3,6,10,11
521:15 523:19
541:7,8,15,25
544:20 547:18

552:12 564:4 566:8
576:5 578:20
579:17 581:24
582:9 584:5 585:16
594:4 624:12 628:8
629:24 638:20
642:3
**bear (1)**
609:8
**becoming (1)**
423:21
**bed (1)**
505:20
**beer (7)**
446:25 447:7,25
448:9,14 483:22
485:11
**began (3)**
425:23 450:3 467:25
**beginning (3)**
435:17 450:10 456:16
**behalf (7)**
366:25 367:3,8 377:9
497:6 499:22
547:11
**behaved (1)**
539:23
**behavior (1)**
540:24
**belief (16)**
368:9 370:7 390:12
405:8 416:9 442:10
466:12 510:23
526:5 536:13 538:9
562:14,15 588:6
609:15,18
**believe (103)**
368:2 369:9 379:18
387:22 388:20
392:4,15,25 396:23
406:3 410:16,20,25
422:24 427:24
428:23 432:8
433:24 436:6 441:5
442:25 443:4
474:13 476:15,20
478:18 484:16
485:2 491:25
495:12 497:12
499:16,24 502:17
503:9,18 505:8
509:9 512:13
514:19 515:6
518:25 520:23
523:21 524:17
527:2 528:15 529:4

529:6 531:13
541:16 543:4,7
554:4,17 555:5
556:25 560:25
562:13 563:18
565:5 567:23
569:16 575:8 576:8
579:24 583:8
584:18 588:5 589:8
589:19 590:9,16,22
591:10 595:18
598:16 599:9,12,21
599:24 600:13
602:14 608:12
609:13 610:3,12
612:13,16 616:15
616:24 621:8,19,23
626:10 628:5
630:17,22 631:5
632:10 633:14
635:2 638:17
**believed (8)**
391:22 392:3 431:9
437:7 474:24 542:4
543:13 569:17
**belittled (1)**
601:7
**Bellowes (2)**
627:21,23
**beneath (1)**
492:15
**benefit (2)**
623:17 637:11
**berated (2)**
470:11,21
**best (6)**
368:11 376:14 516:22
545:15 633:2
634:25
**better (1)**
462:9
**beyond (4)**
532:11 581:20 587:8
606:14
**bicycles (2)**
418:21 461:21
**big (1)**
554:19
**bike (5)**
419:12,13 461:17,18
461:20
**bit (13)**
417:3 422:10 507:11
559:21 602:16,17
606:8 609:6 614:5,6
616:12,13 617:7

**blame (2)**
536:16,22
**blithely (1)**
444:6
**blocks (1)**
417:18
**blood (1)**
640:18
**blotter (5)**
467:18 601:18,24
602:6,9
**blue (6)**
390:20 391:2,16,23
392:3,21
**board (12)**
408:21 413:25 575:5
575:13,13,14,25
579:19 580:2,25
581:14 582:3
**board's (1)**
581:16
**boat (4)**
512:8 513:13 628:2
628:16
**boats (2)**
435:2 514:13
**Bob (1)**
574:3
**bolster (1)**
569:10
**bonus (2)**
372:2,5 564:6
**booklets (2)**
586:7 592:23
**Bosetti (70)**
466:9 503:24,24
504:4 506:12,23
508:12 511:6,10,16
514:17,24 515:2,4
515:12,13,19 516:3
516:6 517:13 518:5
520:18 521:2,2,17
521:24,25 524:20
528:6,10 529:22
530:15 536:15
537:8,8,9 539:12,18
539:21,23 540:12
540:18,19,20
547:25 554:25
556:4,20 557:9
558:12 560:20
561:13 562:5 575:7
575:18 576:4
599:14 610:13,20
611:16 616:2
618:22 625:15,18

626:12 627:11,15
630:6 636:7,7
**Bosettis (39)**
408:17 409:11 421:14
421:19 422:11,22
424:6,10,13 429:5
431:13,15 442:21
443:14 491:7,13,19
492:3 521:5,9,10
530:20 533:12,17
540:13 578:23
579:4,6 589:5,12
598:20 613:20
616:24 617:20,24
618:8 636:21,21
637:17
**Bosetti's (4)**
527:14 528:2 529:14
529:17
**Boundaries (1)**
417:14
**boundary (1)**
417:23
**break (8)**
410:8 507:10 519:24
527:23 542:9
595:25 597:22
598:5
**breaking (1)**
484:9
**breaks (2)**
495:9,10
**Breeze (1)**
492:25
**Brian (4)**
571:6,11,13,16
**bridges (1)**
514:4
**brief (1)**
597:21
**briefly (1)**
431:13
**bring (3)**
425:9 477:24 573:12
**bringing (1)**
613:2
**brings (1)**
387:24
**Brookhaven (2)**
502:2,2
**brother (3)**
625:19 638:7,9
**brothers (2)**
536:15 537:9
**brought (4)**
455:6 469:12 488:23

575:12
**Brownsville (2)**
422:11,15
**brutal (2)**
515:11 541:6
**brutality (12)**
396:2 398:18 400:23
402:24 403:2,4
581:11 583:11
637:23,25 638:8,10
**brutalize (1)**
528:10
**brutalizing (2)**
527:15 528:17
**buck (4)**
381:7 567:25 568:2
569:25
**budget (9)**
565:23 566:3,4,5,7,14
567:5,10 629:12
**bureau (2)**
617:9,13
**business (9)**
405:6 420:4,11,14,19
557:22 603:21,22
605:4
**businesses (1)**
466:25
**busy (4)**
461:23 463:25 466:23
492:24
**Butler (4)**
571:6,11,13,16
**button (1)**
505:17

----

**C**

**C (8)**
362:9 364:2,14 365:2
494:2,5 640:2,2
**cabinet (4)**
491:7,15,20 492:4
**cadre (2)**
435:19 436:3
**call (35)**
414:13 432:14 444:24
445:7,19 450:16
454:10,12 468:4,14
468:19,21,23
469:11,12 494:24
496:8 503:20
504:16,18 505:4,18
506:5,9,10 521:5
546:23 556:14,14
556:15 571:14
574:12 591:11

610:6 629:9
**called (23)**
375:2 441:6 498:16
518:5,14 552:18
591:6,20,21,24
593:16 594:5,7
613:7 615:12,14,17
615:23 624:23,25
629:20,23 630:2
**called-in (1)**
468:3
**calling (3)**
487:14 508:9 552:2
**calls (3)**
452:11 454:18 598:22
**calm (1)**
423:8
**capacity (7)**
362:10,11,13,16
416:6 432:3 495:20
**car (5)**
434:22 461:25 544:13
577:17,18
**card (4)**
383:22 593:2,5 595:6
**care (6)**
373:15 442:7 556:16
556:17,18 610:9
**career (3)**
436:15 532:8,9
**Carollo (2)**
424:19,22
**carried (1)**
444:16
**carry (4)**
442:23 443:21 582:19
629:6
**carrying (1)**
443:16
**carry-overs (1)**
463:21
**Carter (18)**
362:5 366:5 404:15
423:20 466:10,12
502:21,22 530:3,9
543:8,23 544:6,10
545:3,7,14 642:3
**Carter's (1)**
390:5
**carts (2)**
418:22 461:23
**case (22)**
367:22 373:9 374:5
399:10 488:20
550:14 553:20
573:10 583:16,22

584:8,13,17,19,21
584:23 585:2
588:14,17 622:7,9
642:3
**catalyst (1)**
564:23
**caught (5)**
423:10 478:20,21
479:2 544:25
**cause (1)**
545:23
**Causeway (2)**
514:3,7
**causing (2)**
474:4 549:4
**cell (17)**
450:5,9,15,17,20,25
451:9,20 452:3,10
452:12 453:7
454:11,19,21
518:13 598:20
**certain (23)**
407:13 419:21,25
420:14 428:18
442:13 481:12,14
482:5 486:14
508:18 513:12
523:18 536:21
556:9 561:12 570:7
570:11 576:6,7
613:20 629:22
630:5
**certainly (7)**
379:3 422:9 438:22
469:3 495:6 581:19
631:24
**certification (8)**
427:19 429:10 442:14
443:23 588:5,8,20
589:6
**certified (9)**
363:14,15 428:19,25
429:7 431:22
435:21 442:16
447:4
**certify (2)**
640:10,16
**chain (2)**
415:14 488:21
**champion (1)**
395:15
**change (6)**
416:23 434:9,21
548:4 622:3 625:9
**changed (2)**
529:2 566:24

**charge (16)**
376:10 379:22 381:9
382:17 383:2,9
385:15 407:12
434:23 465:22,24
466:13 541:18,24
565:25 582:17
**charged (2)**
382:17 405:17
**charges (3)**
541:5 584:3 622:16
**chart (2)**
557:18,20
**chauffeur (5)**
433:17 434:4 435:7
480:17 603:6
**chauffeured (1)**
481:2
**check (2)**
466:25 593:2
**checked (2)**
467:16 468:6
**checking (1)**
467:3
**checkpoint (1)**
587:16
**checks (2)**
467:11,12
**Cherry (28)**
525:2 531:6,10,17,25
532:16 533:25
534:10,15,16,19
535:11,15 536:13
537:7,11 617:9
618:23 621:15
623:5 624:6,23
629:3,19,25 634:14
635:7 637:4
**chief (87)**
362:12 369:3 370:10
378:21 379:12,15
379:16 380:4,7,16
381:2,15 387:11,12
389:18 390:23
391:9,13 393:17,24
394:5,24 413:16,22
414:4,5 417:8
419:19,20,24 426:6
432:3,11 441:4,16
441:20 446:10,15
447:3 448:5 449:6
451:24 453:4 454:5
479:18,23 482:3,8
487:16 489:3
490:11 495:20
496:19 515:24

524:11,22 527:5,13
534:12 540:25
541:8,13,17 552:10
552:11 565:9,19,23
566:16,23,24 567:3
567:9,9 568:17,25
569:3,4,7,8 570:20
571:22,25 572:18
612:7 619:8,14
**chilling (1)**
560:6
**choked (1)**
613:4
**chose (1)**
415:21
**Chris (5)**
590:10,12,13,17,19
**circumstance (3)**
596:22 605:20 608:23
**circumstances (5)**
474:2 498:13 583:20
604:2 605:7
**citations (1)**
484:7
**citizen (2)**
384:7 437:7
**citizens (4)**
443:10 451:9,17,25
**city (15)**
422:16,25 428:24
429:6 437:14,14
531:19 588:7,25
590:3,5,20 595:8
614:7 637:6
**civil (20)**
362:15 379:12 428:19
429:11,12,15,17
430:9,14 431:23
435:21 436:21,24
565:10,15,19 584:4
584:6 588:13,16
**civilian (3)**
462:25 528:17 587:18
**civilians (9)**
436:19 437:2 444:8
503:24 527:15
528:10 541:4,10,15
**CJ's (1)**
456:17
**claim (5)**
389:17 556:19 591:5
603:5 631:15
**claimed (2)**
515:11 561:15
**claiming (1)**
379:11

**claims (2)**
438:21,23
**cleaning (1)**
495:16
**clear (7)**
437:21 504:7 558:11
578:14 588:22
597:14 629:18
**click (5)**
465:18,19 505:9,17
506:9
**clicked (1)**
505:22
**close (2)**
456:14 479:12
**CLR (2)**
362:25 640:24
**cocaine (1)**
608:11
**code (9)**
384:9 439:15 592:12
592:15,21 593:2,16
594:5,16
**codes (17)**
383:13,14,15,17,21
383:23 384:4
547:19 592:24
593:6,8,10,15,23
595:9,11,14
**coerce (4)**
398:20,23 401:6,9
**coerced (1)**
403:10
**coercing (1)**
396:2
**coercion (3)**
401:4 403:12,15
**colleagues (1)**
433:17
**collecting (1)**
435:13
**Collier (3)**
502:13,15,18
**colloquy (1)**
447:13
**Columbus (4)**
456:11,11,19 457:15
**come (33)**
384:2 414:11 461:3,4
461:5 463:20
475:14 477:15,20
503:22 517:7
518:17 519:3,10,20
521:6 544:14 545:9
547:4,10,17 552:3
553:9 556:16 576:4

585:12,17 596:11
598:5 606:23
611:19 613:17
619:22
**comes (3)**
447:16,17 635:10
**coming (10)**
367:20 370:3 423:23
452:11 479:2
554:11 572:9
587:17 611:21
613:24
**command (5)**
399:23 415:15 433:15
465:25 594:8
**commander (7)**
396:20 399:3,20,21
416:11,14,23
**commanders (2)**
395:19 396:13
**commanding (1)**
396:15
**commence (1)**
550:17
**commenced (2)**
377:10 550:19
**comment (1)**
451:13
**comments (1)**
606:12
**Commission (3)**
386:9,17 642:25
**commissioner (2)**
415:25 570:10
**committed (3)**
623:13 637:24 638:10
**committing (1)**
638:8
**common (5)**
440:25 490:5 533:6
548:10 591:13
**communicate (2)**
522:20 538:15
**communication (1)**
449:2
**community (1)**
417:11
**comparison (1)**
512:17
**compel (1)**
578:10
**compelled (1)**
433:6
**compensate (1)**
549:8
**competent (1)**

532:12
**compilation (1)**
621:3
**complain (18)**
394:3,11 413:14
443:19 446:20
447:22 474:3 496:4
496:12 546:24
557:13 558:14
577:13 579:20
582:22 583:5
599:25 606:18
**complainant (11)**
468:3 614:13,16,19
615:4,5,7,8,11,20
615:22
**complained (10)**
413:20 414:3 542:14
555:6 573:10
577:16,18 583:3
599:5 606:6
**complaining (8)**
414:17 415:5 421:6,7
495:14 533:25
542:22 598:18
**complaint (23)**
384:6 388:4,17,20
389:18 390:4,10
394:23 415:20
416:20 427:3
438:12 468:3
476:17 520:15
547:2 554:17
572:25 580:11
581:6 582:8,18
641:13
**complaints (18)**
384:11 414:8,22
416:13,16,17
420:18 448:17
525:12 556:12
578:15,19 579:15
579:25 580:24
581:12 606:9,15
**complete (1)**
382:6
**completely (7)**
380:9,17 382:5
384:19 494:16
495:6 603:24
**compliance (1)**
443:6
**compounded (1)**
442:11
**computer (1)**
467:21

**concept (1)**
622:10
**concern (2)**
443:8 581:17
**concerned (4)**
381:6 522:16 561:9
613:23
**concerning (27)**
368:14 392:12 416:13
416:22 426:14
429:13 443:14,16
468:23 475:20
476:18 480:11
481:13 483:21
491:3 495:16
505:16 526:5,24
530:14 534:14
535:6 538:11,25
544:6 546:16,19
**concerted (2)**
435:18 436:2
**concludes (1)**
639:7
**conclusion (1)**
539:21
**condemned (1)**
470:11,22
**condition (1)**
558:9
**conduct (9)**
405:22 414:16 481:12
481:17 484:12
486:11 496:16
524:23 534:16
**conducted (1)**
534:10
**conducting (1)**
534:20
**confidence (1)**
382:6
**confidentiality (1)**
584:11
**confirm (1)**
378:17
**confiscate (1)**
448:9
**confiscating (2)**
448:14 450:4
**confront (1)**
462:19
**confronting (1)**
508:3
**connect (1)**
465:12
**connection (5)**
551:11,19 554:13

620:19 621:16
**Connolly (24)**
365:9 367:6,6 387:10
550:9,13 554:5
557:10 560:24
561:20 573:15,22
574:24 577:2,6
580:15 595:5
599:17 620:8
625:24 631:8
638:15,25 641:6
**consecutive (5)**
492:14 493:11,12
494:5 495:22
**consider (3)**
473:22 476:4,6
**considerable (1)**
428:16
**considered (2)**
370:5 437:23
**consolidate (1)**
425:24
**consolidating (1)**
426:7
**constable (1)**
502:3
**constant (2)**
422:5 454:12
**constantly (1)**
546:23
**constituted (1)**
450:11
**consulting (1)**
534:25
**consuming (4)**
395:21 398:5 400:9
402:3
**contact (5)**
449:23 451:5,10
452:14,19
**contacted (1)**
373:3
**contain (1)**
462:15
**context (1)**
391:5
**contingency (1)**
461:4
**contingent (1)**
456:10
**continue (4)**
367:21 417:17 477:18
534:23
**Continued (4)**
362:20 363:9 365:2
520:12

**continuing (1)**
366:4
**contrary (1)**
528:22
**control (5)**
395:18 491:14 580:13
580:21 581:17
**conversation (17)**
498:21,25 520:25
521:13,17,22
523:22 527:20
529:18 550:16,22
550:24 551:4,7
612:3 627:10,13
**conversations (7)**
388:13 475:16,20
545:14 546:16,18
553:21
**convey (1)**
379:21
**convicted (1)**
622:19
**cool (1)**
423:10
**cooperative (2)**
636:9,22
**copies (2)**
618:24,24
**copy (2)**
592:21 593:5
**corner (1)**
546:21
**correct (164)**
368:6,11,12,17 369:2
369:5,13,20,24
370:14,20 372:10
372:23 373:24
374:2,3,6,8,10
375:6,7,9,14 376:22
378:6,13 381:7,18
385:3,5,16 386:6
387:6 389:5,25
392:17 396:17
397:25 406:15,16
406:18 408:7,8,13
408:18 409:3,5,8,9
409:16,19,22,23
411:15 413:7,10,17
414:8 418:15,16
425:21 428:13
429:2,7,8,25 430:2
432:18,20 435:9
436:16 437:3,24
438:3 439:13
441:23 451:15
455:8,16 473:20,21

475:10,11 478:5
494:25 495:2,4
503:20,25 504:5,9
504:13,14,18 505:6
505:7,10,12 506:24
515:5 517:2,20
525:7 531:11 533:3
533:9,13,14 539:25
544:7 554:3 555:7
555:19 557:5
558:14 562:25
564:13 565:11
568:3,10,17 574:25
580:3,14,17 582:12
585:7 588:10,12,25
589:25 591:11,17
592:12 594:19
595:3 597:17 599:2
599:7 600:8,11
602:18 610:6,21
616:19 619:10
624:19,25 626:12
630:3,24,25 631:6
632:8 634:24
635:16,21,23 636:2
636:5,10,23 637:2
638:18
**Correction (2)**
386:9,17
**CORRECTIONS (1)**
642:5
**correctly (10)**
371:22 372:15 373:25
416:20 455:7 470:7
519:2,16 633:19
634:20
**corruption (9)**
393:6,11,18,22 394:4
394:11,25 425:24
426:7
**cost (1)**
374:15
**counsel (8)**
366:23 375:12,15,19
553:22 623:17,18
623:21
**counsel's (1)**
551:11
**country (1)**
516:10
**County (48)**
362:14,14,15 386:10
386:17 405:9
427:20 428:19
429:2,7,10,10,12,17
430:9,14 431:23

435:22 436:21,24
440:17 442:10,17
442:18 443:16,23
443:25 461:19
488:23 502:5,13,15
502:18 503:4,8
525:8,16,25 531:20
531:21 588:9,16,23
617:10 634:3 637:7
637:8 640:6
**couple (13)**
457:21 460:6 461:17
478:24 522:24
523:7 544:6 546:4
546:11 547:3,22
609:8 631:25
**courage (1)**
390:20
**course (4)**
375:25 524:20 557:22
566:6
**court (14)**
362:2 366:14 367:9
368:2 374:4 382:13
467:5 500:17 525:9
525:10,11 535:24
569:2 622:7
**courthouse (1)**
467:16
**Courtney (2)**
365:5 367:7
**cover (22)**
379:18 392:6,11
395:25 398:17
400:22 403:7 444:5
444:16 445:3,13,25
446:12,16 458:21
458:22 462:11
536:14 541:3,14
596:3,17
**coverage (1)**
457:23
**covered (2)**
379:14 524:13
**covering (2)**
402:23 446:5
**cover-up (12)**
522:16 523:25 524:6
525:19 526:5
538:10,16,25
630:23 631:5,15,20
**cover-ups (1)**
630:18
**created (2)**
443:9 509:7
**creates (1)**

566:5
**creating (1)**
570:9
**credibility (3)**
620:5,10,12
**credible (3)**
608:13,15,18
**crew (1)**
516:20
**crime (8)**
508:16,22 509:3,10
509:11 613:13,17
614:21
**crimes (3)**
486:7 536:21 617:14
**criminal (16)**
385:11 392:7,11
402:12 481:24
484:15 486:2,3
541:3,5,9,18,24
631:6,16,22
**criminals (3)**
395:22 398:11 400:16
**critical (2)**
422:6 519:13
**cronyism (2)**
425:24 426:9
**cross (1)**
581:20
**crowd (2)**
462:15 483:23
**CRR (2)**
362:25 640:24
**cue (2)**
517:16 519:19
**cumulative (1)**
496:5
**curve (8)**
423:7,18 424:2 585:6
585:12,17 586:11
586:18
**cut (1)**
456:8
**CV (1)**
362:6

_____

**D**

**D (5)**
367:12,12,12 494:2
641:2
**DA (6)**
525:7,8,16,25 526:2,3
**Danalchuz (2)**
571:8 585:21
**danger (3)**
439:20 442:5,12

dangerous (3)
404:9 450:12 495:4
date (2)
468:2 642:3
dated (4)
497:19 499:10 641:15
641:16
dates (2)
634:4,10
day (37)
374:15 379:4 383:23
396:9 423:3 436:8
455:9,10,13,13
456:7,11,12,19
457:7,9,11,15
458:10,14,20
459:21 460:18
463:13 467:5 500:9
502:16 529:18
595:11 600:17,19
609:17 639:18
640:22 642:22
days (7)
368:21 463:10 465:5
494:10 495:22
522:25 523:8
day-to-day (1)
412:3
DA's (1)
526:4
deadly (1)
634:5
deal (14)
421:22 422:23 423:3
423:7,22 510:18
574:10,16,21 575:3
585:6,12,18 586:11
dealer (3)
479:12 480:14 607:25
dealers (2)
477:2 607:18
dealing (2)
479:15 586:25
dealt (1)
386:8
December (2)
499:11 641:16
decide (1)
438:21
decided (3)
408:18 434:8 458:3
decision (8)
407:23 408:20 409:4
409:7,10,24 519:15
531:14

decorated (1)
614:6
defend (1)
581:11
defendant (9)
367:4,8 405:4,10
406:6 408:2 428:6,7
550:14
defendants (3)
362:17 367:4,24
Defendant's (1)
497:15
defense (1)
569:11
deficiency (1)
508:8
definition (2)
455:12 548:22
Dehnhoff (3)
492:16,19 493:2
delegate (3)
568:5,12 633:25
delegated (3)
407:13 568:9 633:22
delegation (1)
633:17
delivered (1)
435:14
Demand (2)
388:18 641:13
demanded (1)
471:25
demanding (3)
430:14 529:14,16
denial (1)
378:20
Dep (1)
642:3
department (79)
362:12,14,15 364:16
369:4,5 378:22
379:15,16,17,23
380:5,15 381:7
382:16 383:4
384:15,16 385:15
385:25 386:5,10,12
386:18 388:25
390:24 391:18
392:13 393:10,19
393:24 394:5,12
395:2,17 412:18
414:18 418:15,19
421:24 426:2
429:18 430:4,10
435:22 437:15
442:11 452:15,20

452:22 453:6 454:4
476:19 477:10
481:20 489:4
499:17 502:6,9
503:4 516:7 523:20
528:24 531:19
541:9,15 542:6
555:20 564:4,8
566:9 569:23 576:5
577:8 585:16
590:21 594:4 614:7
625:21
department's (3)
378:20 450:4 634:3
depend (1)
608:23
depending (6)
418:3 463:25 465:6
549:4,10 605:7
depends (3)
516:4,18 605:20
Deponent (2)
642:4,20
deposed (1)
387:24
deposition (15)
362:20 363:9 366:4,8
367:21 375:3,5
378:4 497:15
551:12 552:4
553:23 562:22
640:12,14
depositions (2)
374:22 417:5
depth (1)
458:25
deputy (3)
362:12 566:22,22
derelict (4)
451:23 452:5 600:5
600:11
dereliction (1)
453:3
describe (4)
417:7 421:15 458:24
459:6
described (4)
417:6 468:12 479:7
509:4
designated (1)
381:4
designations (1)
380:17
desk (6)
444:21 445:18 467:22
595:18 596:12

597:21
despicable (5)
396:2 398:18 400:23
402:23 403:5
despite (3)
436:19 448:16 484:8
details (2)
579:13 585:3
detective (3)
617:13,17,18
determined (1)
626:7
dial (2)
505:19,22
die (1)
549:10
difference (2)
602:15,17
different (22)
385:4 396:12 407:17
410:21 422:3
461:16 462:11
475:19 512:6,7
546:13 549:3,15
558:10 559:22
569:10 602:3 606:8
612:23 617:19
622:16 634:4
differently (4)
391:12 533:5 542:5
542:12
difficult (1)
493:20
dig (1)
432:24
direct (4)
416:6 429:14 465:12
573:16
directed (13)
385:9,10 403:22
434:16 435:6 482:4
482:6 484:6 485:12
531:5 603:5,19
605:2
directing (7)
381:16 382:11,18
384:13 404:8
437:18 474:10
direction (9)
393:17 417:18 482:23
483:4 493:2,3
495:21,23 526:18
directions (2)
481:13 482:18
directive (2)
434:24,25

directives (1)
488:2
directly (2)
386:8 416:21
disability (3)
368:19 391:10,14
disappear (1)
547:25
discipline (6)
384:16 405:14 406:10
408:5 491:18,22
discover (1)
526:21
discretion (1)
425:11
discuss (5)
475:15 511:20 519:4
519:20 546:7
discussed (1)
484:24
discussion (2)
429:11,14
disparaging (1)
487:15
dispatcher (11)
437:7,23 444:20
445:17 449:19
458:16 590:13,15
590:18,22 594:8
dispatchers (9)
436:19 437:3,5,9,17
446:17 589:18,22
590:2
dispute (1)
600:24
distance (1)
418:11
district (3)
362:2,3 479:25 526:3
districts (1)
467:13
divert (1)
493:18
division (2)
502:3 503:2
dock (8)
444:5,15,24 445:20
445:25 446:11,16
597:20
dockmaster (10)
445:11 460:3 512:24
513:3,21 590:14,23
596:2,16 597:8
dockmasters (2)
460:7 595:17
docks (5)

444:16,18 460:3
600:25 601:8
**document (28)**
377:11 378:13 379:21
381:24 388:16
439:7 441:10
469:22 471:20
476:23 481:9
483:10,17 485:22
487:10 489:21
491:10 492:11
497:24 499:15
526:11 530:7,25
538:6,21 540:9
556:5,8
**documentation (1)**
509:7
**documents (1)**
524:12
**doing (17)**
411:25 448:12 461:20
474:10 475:7
477:16,21 493:7,24
531:11 544:16
547:5 557:9 574:9
595:10 620:22
622:10
**dollars (2)**
371:17 372:6
**domestic (11)**
489:24 490:19 554:25
556:21,23,23
557:14 558:14
561:15 562:6
599:15
**door (5)**
414:8 432:15 467:6
467:16 468:5
**doors (1)**
467:3
**doubt (5)**
380:11,20 381:22
384:21 395:7
**down-pouring (1)**
483:22
**draft (1)**
468:16
**drafted (2)**
441:10 526:22
**drafting (1)**
499:21
**drank (2)**
396:20 397:18
**drink (8)**
395:19 397:2,14
400:2 401:17

446:24 447:25
486:20
**drinking (8)**
397:22 431:24 432:5
432:25 433:12
447:6 486:16 487:5
**drive (14)**
418:17,24,24 419:3
434:16 512:8,9
513:24,25 514:2
603:6,20 604:10
605:3
**driven (1)**
434:11
**drug (13)**
476:25 479:12,14
480:13 488:7,12,15
489:5,11 607:18,24
608:3 638:18
**drugs (15)**
395:22 398:8 400:12
402:8 477:16,17,21
477:22 478:4 488:7
488:12,15 489:5,11
608:4
**drunk (2)**
434:20 491:14
**drunken (1)**
470:23
**due (1)**
475:6
**duly (3)**
367:13 431:22 640:13
**duties (10)**
406:21 433:16,25
435:7 452:5 481:19
591:23 592:3 600:5
600:12
**duty (46)**
393:4 416:8 431:25
432:5,25 434:9,19
435:21 445:17
448:19,23 449:3,21
451:23 453:4
464:10 465:9,21
466:17 471:25
481:4 486:20
494:14 506:13,17
506:19,19 507:16
517:15 531:6
577:22 578:7
587:12,17,25
591:22 596:4 604:8
604:13,25 605:3,18
606:2 629:6,19
630:3

**E**
**E (9)**
364:2,2 365:2,2
367:12 494:2 640:2
640:2 641:2
**earlier (5)**
520:19 521:19 527:16
589:17 638:16
**early (2)**
456:5 503:17
**east (4)**
417:14,16 418:8
419:10
**eastern (2)**
362:3 417:19
**eat (2)**
400:6 496:7
**eating (3)**
397:11,16,21
**Ed (2)**
544:5 586:24
**Eddie (1)**
423:19
**Edward (8)**
362:5,21 363:10
366:4 639:14
640:11 641:5 642:4
**effect (2)**
608:9 632:11
**effort (2)**
435:18 436:2
**efforts (1)**
395:15
**Eight (1)**
418:7
**eight-hour (1)**
596:5
**either (27)**
370:20 375:24 403:21
409:21 461:4
463:13 465:20
477:16 480:18
482:4 505:19
507:21 508:11
509:7 522:3 530:17
535:10 543:18
553:21 554:2
570:12 580:7 590:2
596:6 610:12
617:16 624:23
**electric (2)**
418:21 461:22
**elevate (1)**
599:6
**eleven (1)**
584:24

**elicit (1)**
549:4
**eliminated (1)**
454:20
**Elise (1)**
626:25
**Elmsford (1)**
365:8
**else's (1)**
619:21
**emergencies (1)**
422:6
**emergency (19)**
421:25 445:15,19
449:19,23,25 450:4
450:9,15,20,25
451:20 595:21,25
596:11,13,16
597:10,22
**emphasize (1)**
532:16
**employed (4)**
405:5 423:4 500:25
502:22
**employee (1)**
368:16
**employees (9)**
405:14,18,20 406:10
408:5 412:10,20
413:2 566:19
**employment (5)**
396:9 407:22 436:8
527:14 528:2
**employment-relate...**
405:15 406:11 408:6
**EMT (1)**
634:10
**ended (6)**
450:24 464:22 537:21
614:4 622:15,18
**endemic (4)**
393:6,11,18 394:24
**ends (1)**
461:16
**enforce (1)**
396:4
**enforced (1)**
420:16
**enforcement (14)**
381:16 382:11,23
423:14,20 444:6,19
500:12 501:10,20
502:5 586:22,23
590:5
**engage (6)**
404:8 528:17 538:10

538:16,24 541:9
**engaged (6)**
393:10 403:21 405:21
543:14 631:4,14
**engaging (3)**
404:7 525:18 631:20
**ensure (1)**
442:6
**ensuring (2)**
405:18 412:9
**entered (1)**
601:18
**entire (5)**
376:11 378:23 381:23
446:16 493:12
**entirety (1)**
628:12
**entitled (6)**
371:6 372:25 374:7
552:5,6 565:9
**entrusted (1)**
380:5
**entrusting (1)**
444:6
**entrusts (1)**
380:15
**entry (5)**
467:18 468:7 601:24
602:6,9
**episode (2)**
599:14 600:23
**equal (1)**
372:5
**Ergo (1)**
626:8
**ERRATA (1)**
642:2
**escalate (1)**
462:17
**especially (2)**
445:14 638:3
**ESQ (3)**
364:9,19 365:9
**established (1)**
636:17
**establishment (1)**
420:19
**establishments (3)**
420:5,11,15
**estimate (2)**
420:7 463:5
**et (1)**
366:6
**evaluation (1)**
386:11
**evening (14)**

411:12 434:8
457:22 467:9
524:14 533:13
536:9 609:14 610:6
611:17 612:14,18
636:23 637:19
**event (19)**
439:23 440:25 509:21
509:24 516:14
532:21,22 533:2,3
533:19 549:7
572:21 591:13
601:21 602:5,7,8
620:19 636:15
**events (10)**
389:3,9,16 517:22
524:14 532:24
533:13 535:6
536:23 538:25
**eventually (3)**
488:22 518:14 614:4
**everybody (4)**
566:13,18 588:20
593:4
**everybody's (1)**
566:10
**evidence (10)**
426:5 488:19,20,22
488:22 509:6
526:21 557:7
613:18 617:5
**exacerbated (1)**
442:11
**exact (2)**
463:4 550:22
**exactly (13)**
382:4 399:15 409:2
426:16 454:23
498:24 510:22
523:2 527:20 551:6
556:9 570:7 582:10
**EXAMINATION (7)**
367:16 520:12 550:8
554:9 633:7 638:14
641:3
**examined (1)**
367:14
**example (8)**
430:25 449:17 466:8
474:23 493:25
494:4 568:8 622:25
**examples (1)**
542:21
**exception (1)**
532:25
**excess (1)**

417:13
**excessive (4)**
582:23,25 583:6
606:7
**excluding (1)**
458:12
**executing (1)**
378:13
**exercised (1)**
416:6
**exercising (2)**
413:15,21
**Exhibit (10)**
377:2 388:17 497:19
499:9,10,14 641:11
641:13,14,16
**EXHIBITS (1)**
641:8
**expansive (1)**
448:19
**expect (11)**
471:15 474:22 479:18
484:18 509:17
548:11 555:23,25
558:16 559:2
606:17
**expected (12)**
471:9 475:3 483:3
486:24 490:12
496:12 509:15,18
538:14 539:6
555:15 593:5
**expenditures (2)**
566:8 629:13
**experience (15)**
421:23 423:20 431:14
431:16 437:13
441:16 446:10
466:9,11 482:3
495:20 507:2
508:21 515:25
586:22
**experienced (3)**
531:18 586:25 637:5
**EXPIRES (1)**
642:25
**explain (5)**
501:6 549:23 579:8
594:9 612:9
**explained (1)**
605:12
**explaining (1)**
373:7
**explanation (3)**
438:10 550:3 605:15
**expression (1)**

543:2
**extensive (1)**
423:22
**extent (5)**
377:6 420:25 421:15
445:22 549:11
**extra (4)**
444:17 445:20 457:23
464:3
**eyes (1)**
444:18
**eyewitness (10)**
509:20,23,25 510:4
515:7 532:21,23
533:8 612:17 613:4
**eyewitnessed (3)**
533:2,12,18
**eyewitnesses (2)**
510:8 622:21
**e-mail (1)**
404:6

———————

**F**

**F (1)**
640:2
**face (1)**
581:4
**fact (42)**
370:22 371:7 372:9
372:12 374:24
375:4,14 377:8
411:17 414:20
429:4 431:12
432:16 436:7,20
448:12 471:10
473:11 481:22
484:8 494:20
519:17,18 533:11
536:22 538:15
539:17,20 557:2
562:23 563:6,20
564:4,11,22 574:3
581:10 593:20
603:11 610:19
611:10 632:12
**facts (8)**
368:10 498:12 519:14
553:24 617:5
632:14,23 637:11
**factual (1)**
438:12
**fade (1)**
516:13
**fades (1)**
632:14
**fail (1)**

585:11
**failed (2)**
427:17 489:10
**failing (1)**
489:4
**failure (1)**
395:17
**fair (10)**
376:2,6 432:21
455:24 480:10
499:2,5 517:10
536:19 614:20
**fall (1)**
567:25
**fallen (1)**
395:18
**falls (1)**
490:5
**false (8)**
535:5,12,17 536:4,14
541:5,18,23
**family (1)**
376:11
**fan (1)**
432:22
**fans (1)**
432:18
**far (6)**
506:14 541:20 549:16
561:9 634:23 636:6
**fast (1)**
418:4
**fault (4)**
427:22,25 428:13
563:4
**favor (2)**
374:5 578:8
**favored (1)**
420:14
**favors (1)**
419:21
**FBI (5)**
500:15,20,21,23
501:2
**federal (1)**
387:23
**Feeding (1)**
557:12
**feel (8)**
376:17,19 393:21
395:5,5 415:4
542:15 600:17
**fees (1)**
373:23
**feet (7)**
417:16,21 418:3

419:6 459:3 483:23
511:24
**fell (1)**
547:3
**fellow (2)**
390:18 606:18
**felt (15)**
373:3 376:13 452:4
462:13 468:14
524:25 528:23
542:15,19 543:3
545:9,23 547:12
610:8,10
**ferries (2)**
512:11 513:10
**ferry (9)**
456:12 511:21,23
512:2,6,17,18 513:2
624:13
**field (21)**
467:19,20,21 468:8
468:12,13,16,18,22
500:13 526:17,22
585:10 586:6
592:23 601:4,8,11
601:14 602:11
615:21
**fifteen (7)**
378:21 379:23 387:13
417:8 419:18
490:11 544:2
**Fifth (1)**
364:7
**fight (10)**
509:13 531:7 532:17
535:6,7 610:8
613:14,15 615:12
615:19
**fights (1)**
532:24
**figure (1)**
519:14
**figured (1)**
370:11
**file (12)**
372:16,22 373:7,13
390:9 491:7,15,19
492:4 541:18
614:15 628:16
**filed (10)**
372:13 373:12 374:10
376:21 377:8,17
525:9,10 541:23
581:3
**filing (2)**
387:23 541:5

**filled (1)**
467:24
**final (4)**
406:22 407:19,23
631:25
**finally (1)**
613:6
**find (14)**
467:4,6 477:17 509:6
510:25 511:3,10,16
514:17 560:25
593:2 594:15,15
596:21
**finding (1)**
616:17
**fine (6)**
399:11 426:18 494:11
498:20 546:6
548:17
**fingerprints (1)**
613:18
**finish (2)**
367:21 598:5
**finished (1)**
468:2
**Fiorillo (107)**
362:5 365:15 366:5
389:25 390:9,17
391:21 393:8,13,15
394:2 395:9 396:19
399:16 401:15,20
401:24 402:6,10,14
402:21 403:8 404:3
404:5 406:3 407:10
407:25 412:7,23
415:18 416:4 423:2
424:2 427:15
430:23,23 431:6,21
436:25 438:10
444:10 446:19
469:25 470:4,9,12
470:17,21 471:2,9
471:23 472:2,7,13
472:24 474:3,22
479:9,13 480:16
484:18,22 491:12
491:17 492:2,13
493:6 494:14,17,21
495:8,13 496:3,12
500:9,12 501:6,10
501:13 503:20
504:15 507:13
517:12 520:16,24
521:11,16,21
525:23 530:18
537:5,12,16,20,23

538:8,14 542:9,10
542:22 543:12
576:10 577:21
601:6 604:25
630:14 634:21
**Fiorillo's (5)**
390:3 394:22 415:20
472:14 578:13
**fire (8)**
429:24 430:11 465:16
566:8 590:19,21,24
624:10
**firearm (1)**
442:14
**firearms (1)**
634:5
**firing (1)**
570:16
**first (29)**
374:2 382:9 390:16
423:3 452:4 454:10
500:8 501:12,18
502:16 510:17,24
511:17 518:6
520:16 522:9
525:14 530:4
555:11 556:16
557:25 567:4
610:20,25 611:6,11
615:22 636:15
638:3
**fiscal (1)**
566:5
**fit (1)**
464:4
**five (23)**
390:19 410:10 418:12
423:17,25 431:16
436:13 453:11
458:20 462:20
473:19 534:19
545:17,20,21 551:9
577:14 578:16,21
579:16,20 585:11
586:12
**flee (1)**
516:10
**Florida (1)**
502:11
**fluctuate (1)**
461:2
**fluctuated (1)**
455:21
**fluctuating (1)**
459:25
**focus (10)**

405:23 556:19 569:14
591:3 606:7 609:5
616:12,13 617:7
623:10
**focusing (1)**
428:4
**follow (3)**
386:2 421:10 466:19
**followed (1)**
469:14
**following (9)**
388:16 410:7 511:18
513:11 522:20
531:4 536:12
539:11 621:8
**follows (3)**
367:15 390:18 416:5
**follow-up (1)**
554:12
**foot (1)**
459:8
**forbidden (1)**
479:14
**force (8)**
431:2,4 582:23,25
583:7 606:7 623:16
634:6
**forced (4)**
373:17 429:24 468:7
496:4
**forcing (1)**
374:12
**forget (1)**
518:12
**forgot (1)**
560:17
**form (17)**
420:13 421:2 447:24
495:22 549:20
559:11 561:8,24
562:18 564:2
565:21 576:13
579:23 598:23
602:22 617:4 625:2
**format (1)**
620:24
**former (4)**
362:10 429:6 545:18
637:5
**forming (1)**
619:24
**forth (6)**
405:22 460:2 486:8
490:14 540:13
640:13
**forward (6)**

450:16 510:5 517:8
553:8,12 613:24
**forwarded (1)**
454:18
**forwarding (1)**
454:10
**found (8)**
388:22 521:8,11
540:3 584:3,15
608:8 622:24
**Foundation (2)**
601:20 617:4
**four (15)**
393:9 394:8 418:12
458:20 462:15,19
462:20 463:20
464:9,14 472:7,16
473:5 584:24
603:11
**four-wheel (2)**
512:9 513:23,25
**four-wheel-drive (3)**
627:18 628:6,10
**frame (4)**
386:21 387:7 391:11
407:4
**Frank (12)**
362:5 365:15 423:10
484:18 571:7
577:16 578:13,24
585:21 601:5
604:25 630:14
**freedom (1)**
471:5
**frequency (1)**
604:3
**frequent (6)**
395:20 397:5 400:5
401:22 449:21
572:21
**frequently (4)**
449:22 593:6,24
594:6
**Friday (4)**
458:17 463:12 464:20
553:14
**friend (3)**
479:13 633:10,14
**friendly (1)**
476:6
**friends (10)**
395:23 398:13 400:19
402:16 471:5
482:24 535:2 577:4
577:7 603:23
**friendship (2)**

476:5 576:23
**front (5)**
467:22 487:15 544:11
546:11,13
**fuel (1)**
435:14
**fulfill (1)**
393:4
**fulfilling (1)**
414:4
**full (1)**
632:24
**full-time (8)**
436:8 456:21 500:10
566:19 567:15
571:16,20 574:14
**functions (4)**
381:17 382:21,22
414:4
**further (14)**
374:12 438:5 478:3
508:23 512:18
516:14 537:6 554:5
554:9 633:7 638:12
638:14 639:4
640:16

---

**G**

**Gary (44)**
503:24 506:12 508:11
511:6,16 514:17,24
515:11 518:5
519:19 521:2,24
524:19 527:14
528:2,6,9 537:8
539:12,17,20,23
540:3,12,20 547:25
575:6,17 576:3
610:12,15,19 611:7
611:16,18 616:2
618:22 625:15,18
626:11 627:11,14
630:6 636:8
**general (3)**
379:14 403:3 421:7
**generally (3)**
458:14 463:8 593:10
**generated (2)**
467:19 468:13
**geographic (1)**
417:9
**geographical (1)**
417:22
**geography (1)**
511:21
**George (75)**

362:13 365:6 405:4
407:13 421:12
434:18 457:10
550:14 562:23
563:3,6 565:14,18
566:21,23 567:12
567:14,20 568:9,13
570:9,10,12 571:24
573:2,5,10 575:2
577:13,16 578:16
580:2,12,24 581:5,6
581:12,18 582:9,22
583:2,5,9 596:24
597:16 599:5,6
600:2,3,4 603:6,19
604:5,7,8,12 605:2
605:2,24 606:5
609:10,22 618:23
621:14 629:2,7,24
631:4,14,19 633:10
633:15 634:2
636:25 638:22
**George's (3)**
464:3 465:5 573:2
**getting (9)**
452:21 468:24 473:18
572:9 581:6 609:7
614:4 622:18 628:7
**Giancanti (2)**
499:18 500:4
**Gilberd (3)**
583:16,21 584:5
**Gilly (2)**
364:5 366:25
**girl (1)**
626:23
**give (23)**
371:23,25 372:2,9
432:24 463:4
489:24 507:9
509:25 518:17
552:23 557:23,24
558:4,7 566:20
604:2 605:15 613:3
618:23 619:5,25
620:17
**given (18)**
371:23 392:19,20
411:17 429:23
446:9 468:11
485:16 490:19
497:6 515:24 517:8
589:17 592:21
612:14 620:25
637:11 640:15
**giving (9)**

378:5 429:18 432:14
482:22 618:22
619:21 620:20,21
621:10
**glass (7)**
557:12 558:4,13,23
561:14 562:5
599:14
**go (94)**
368:13 373:10 374:12
374:13,16 378:15
380:14 381:14
382:25 384:12
388:9,19 389:10,11
389:23 393:3
394:10 396:24
399:24 401:14
404:3,25 406:12
412:8,22 414:22
415:9,13 419:7
425:22 427:14
430:17,22 434:8
435:3 438:5 439:2
441:3 444:21 445:3
454:12 457:3
462:21,25 464:21
464:21 466:18,22
468:10 469:19
473:12,25 475:23
477:11 479:24
493:19 496:7 497:3
513:25 514:6,8,10
517:24 518:8 519:8
520:14 534:24
540:22 544:3 547:2
553:16 554:22
579:13 584:17
585:8 586:10 588:4
588:8 589:5,13,16
590:24 595:15,20
600:16,22 603:3
605:16 613:25
614:14 626:14
629:15,16 634:8
**goes (7)**
392:17 395:9 431:6
431:21 475:9 552:7
581:8
**going (54)**
366:23 371:9 372:21
373:6,7,12,19,19,22
377:4 387:16,18
388:7,9,12 394:4,11
403:18 404:3 405:2
405:3 408:4 415:3
419:8 430:18

447:12 465:6 497:8
498:22 513:18
516:18 537:18
542:25 547:4,6,7
550:17 552:23
553:7,11 564:16
566:12 579:14
587:16 589:10,12
611:14 613:17,22
616:17 622:17
629:8,13 633:5
**golf (4)**
418:22 461:23 553:10
564:24
**Golippi (3)**
440:10 574:3 575:2
**Golippi's (1)**
440:19
**gonna (3)**
370:4 441:4 516:9
**good (8)**
367:18,19 371:8
387:9 421:3 550:10
577:4 616:17
**Goodstadt (95)**
364:9 366:17,24,24
369:16 375:6 376:5
382:8 385:17,21
386:20,24 387:15
390:11,13 391:19
392:24 393:20
395:3 396:22
397:24 399:6,9,12
399:15 406:5,17
411:4,9 414:9
422:13 426:19,23
427:5,9 428:16
430:21 432:7,19
433:2 438:14
441:25 446:4 447:8
447:12,18 449:9
473:7 495:25 497:7
497:17 508:13
516:16 520:3
522:19 524:16
528:12 531:16
533:20,22 534:4
535:18 536:24
540:15 541:11
542:7 547:14,24
548:6,13,18 549:25
550:25 551:3,17,23
554:7,10 563:18,23
580:10 597:25
598:15 599:20
601:23 602:4

616:10 631:12
633:3,16 634:13
635:11 637:16
639:3 641:7
**Goodstadt's (3)**
368:4 388:21 551:18
**good-hearted (1)**
371:13
**gosh (1)**
454:23
**gotten (9)**
370:4 371:7 434:7
503:12 528:21
547:7 560:19 607:3
625:19
**graduate (1)**
586:8
**granted (1)**
500:24
**graphic (1)**
473:18
**great (3)**
380:22 453:10 610:8
**group (2)**
461:5 486:17
**guarantee (1)**
425:16
**guess (8)**
389:6 525:11 551:8
553:6 599:10 624:9
626:2 628:24
**guilty (3)**
536:21 584:3 622:15
**guy (16)**
445:2 454:15 457:11
457:12 459:23,25
459:25 461:24
466:2 478:9,15,23
581:3,7 583:17
596:12
**guys (35)**
411:11 434:7,20,21
435:3 457:21
459:16 461:3,17,22
462:10,12,12,13,14
462:20,20 463:20
463:22 464:4 465:9
466:20 493:16
516:21 517:5
547:13 586:8
587:17 595:7,8,12
623:6 629:9,11,14
**G-I-A-N-C-A-N-T-...**
499:19

———————
**H**

**H (1)**
367:12
**hair (1)**
626:24
**half (3)**
417:15 419:9 634:17
**half-hour (1)**
519:25
**Halloween (19)**
462:24 496:25 497:4
503:15 524:10,24
526:6,24 528:6
536:15 538:11,25
547:21 578:22
608:25 609:4,6,11
617:21
**hand (2)**
373:18 640:22
**handed (1)**
383:22
**hands (1)**
519:10
**handwriting (2)**
577:19 578:13
**hand-picked (2)**
435:19 436:3
**hang (1)**
366:17
**happen (9)**
490:24,25 493:18
558:25 562:8
575:16,20 596:2
619:16
**happened (42)**
434:13,18 465:15,15
466:15 519:7
559:17,23 561:3,10
561:12,18,22
562:13,15,16 573:2
573:5 574:5 592:8
594:9 595:19
596:23 597:6,15,20
598:25 599:10,13
599:22,24 607:7,12
611:8 612:23
619:15 620:6,13
622:8,19 624:17
627:6
**happening (8)**
388:25 441:8 463:6
490:21,23 491:16
507:20 634:16
**happy (6)**
369:19 370:19 372:8
374:18 375:23
581:10

**hard (3)**
472:19 527:18 560:25
**Hardman (4)**
424:15,16 587:15,23
**Hardman's (1)**
587:6
**head (9)**
378:22 379:7,10,15
379:17,20 380:4
393:10 549:12
**headquarters (1)**
449:18
**health (2)**
438:3 475:5
**hear (25)**
392:17 434:2 435:11
440:19 448:4
480:25 482:16,21
485:8 486:10
487:12,18,21,24
488:4 489:14 491:2
496:15 500:17
535:24 559:9 561:3
591:17 596:23
628:4
**heard (26)**
391:3,4 392:23,25
401:14 433:10
440:14,15 485:18
496:19 517:21
552:22 555:8,9,12
559:3,5,6 591:25
592:9,17,17 595:2
614:2 627:20,25
**hearsay (1)**
535:9
**heart (2)**
371:9 548:25
**heartbroken (2)**
388:22,24
**height (1)**
456:7
**held (7)**
363:10 366:8 380:16
380:23 381:10
464:2 544:18
**help (2)**
441:7,13
**helping (1)**
611:22
**hemorrhagic (1)**
549:6
**hereinafter (2)**
405:9,25
**hereinbefore (1)**
640:12

**hereunto (1)**
640:21
**heritage (1)**
607:2
**hesitancies (2)**
424:20,24
**hesitancy (5)**
424:6,9,12,16 425:3
**Hesse (259)**
362:13 365:6 367:5,8
367:25 371:24
385:2,7 386:15
392:10,22 394:10
396:16 399:20,25
399:25 400:4,8,11
400:14,15,18,22,25
401:6,9,17,21,25
402:5,7,11,15,22
403:9,21 404:7
405:4,4,8,10,16,21
406:6 407:8 408:2
410:4,9 411:2,8,14
411:17 412:3,8,24
414:22,23 415:4,5,9
415:18 416:5,6,9
419:20,24 420:9,14
420:20 425:23
426:6,15 428:3,5,6
428:11 430:25
431:3 433:14,22,24
434:3,17 435:6,12
435:17 436:2,7,18
437:2 444:4 445:22
446:10,15,23 447:4
447:24 448:8,12
449:20 456:21
458:13 463:7,9
464:16,17,24
465:15,21 466:16
470:11,21 471:4,25
472:6,8,15,24 474:4
474:10,24 475:7
479:5,11 480:11,17
480:18 481:2,13,24
482:4,6,13,22 484:6
484:13,14 485:12
485:25 486:6
487:14,18,21,24
488:5,10 489:3,9,10
492:14 494:13
495:8,15 496:4
504:11 505:5,12
506:9,10 508:10
522:10 524:6,13,19
524:23 525:18
526:19 530:10,14

530:19 531:4
534:15,20 535:10
535:16 536:13
537:7,11 538:10,15
538:24 539:12
540:11 541:14,18
541:23 542:5,12
543:3,13 544:22,24
550:14 560:21
562:23 563:6,16,19
565:18 566:17,21
566:24 567:12,14
567:20 568:9,13
570:13 573:10,12
574:21 576:23
577:13,22 578:16
580:2,12 581:5,6,13
582:9,22 583:2,5,10
597:19 599:5,6
600:2,3,4 603:6,19
604:7,8,12 605:2,2
605:24 606:5
609:10,22 618:23
621:14 623:5 624:5
624:24 629:2 631:4
631:14,19 633:15
633:18,25 634:2,14
635:7 636:25
638:22
**Hesse's (24)**
370:14,24 409:15
416:22 420:23
427:22 428:13
448:17,22 481:17
481:19 482:18
535:2 541:2 563:3
565:14 571:24
573:2,6 580:25
581:18 596:24
597:16 633:10
**hey (2)**
593:18 594:6
**hidden (1)**
523:9
**highest (1)**
395:15
**highly (1)**
421:24
**highly-intoxicated (1)**
470:3
**hire (6)**
408:18 431:8 455:15
457:4 462:12 552:8
**hired (18)**
389:8,14 408:17,24
429:4 436:18 437:2

437:5,6,9,16,22
442:21 443:3
455:20 589:20
590:21 592:20
**hiring (5)**
405:14 406:10 408:5
570:16 575:6
**Hirsch (2)**
581:23 582:4
**hit (4)**
517:16 519:19 549:11
581:4
**hold (1)**
376:18
**home (1)**
464:21
**homicide (2)**
531:18 617:17
**hop (1)**
516:9
**hope (3)**
469:17,18 529:7
**hoped (1)**
509:22
**hopefully (4)**
367:21 378:16 453:24
474:20
**hospital (1)**
549:19
**hospitalized (1)**
549:14
**host (1)**
617:4
**hour (3)**
520:2 572:7 634:17
**hours (7)**
496:6 514:17 517:15
572:6 585:9 605:25
638:4
**house (16)**
429:19 518:10 521:14
544:11 545:22
546:8,12,13,14
605:3,25 626:11,14
626:17,20,20
**Houser's (12)**
503:18 504:17 511:22
517:15 522:14
523:24 527:15
528:10 531:7
532:17 535:2 550:2
**hundreds (2)**
531:22 637:9
**hurt (3)**
376:16 510:19 570:8
**hypothetical (4)**

604:24 625:15,25
626:9
**hypothetically (2)**
415:17 626:3

**I**

**ID (1)**
569:6
**idea (1)**
626:16
**identification (4)**
377:3 388:18 497:21
499:12
**identified (5)**
403:23 471:3 489:6
489:12 505:15
**identify (2)**
478:7 509:20
**idiot (2)**
558:20,22
**idiots (1)**
595:10
**ignored (1)**
415:19
**immediate (1)**
625:19
**immediately (6)**
430:11 483:5 508:9
516:8 549:17
591:17
**impede (1)**
479:5
**importance (1)**
450:14
**important (7)**
404:4 439:15,23
442:2 469:5 474:16
553:19
**impossible (1)**
510:6
**improper (1)**
495:23
**improperly (2)**
415:19 528:23
**impunity (5)**
395:25 398:15 400:20
402:19 471:6
**inadequate (1)**
416:13
**inappropriate (9)**
447:13 494:17 495:7
495:15 525:3 619:9
619:12 623:12,14
**incident (69)**
439:3,10 462:16,18
462:25 467:25

468:15,18 469:25
474:23 483:21
484:2,24 490:8,13
490:18 491:3,6
493:19 497:2,4
503:16,18 504:9,13
505:16 506:21
507:13 513:6
514:18 515:5 519:4
521:7 523:8 524:10
524:24 526:6,24
528:7 531:8 533:8,9
533:18 534:2,3
536:16 539:12
547:21 554:24
555:7,9 561:13
576:9,10,12 578:23
601:4,7,9,17 608:25
609:4,6,12 617:2,22
624:3 634:22 638:4
**incidents (6)**
469:14 523:19 538:11
562:16 582:24
592:8
**include (1)**
383:12
**included (1)**
534:25
**including (7)**
384:13 405:12 406:8
416:8 417:15,21
433:15
**Incorporated (3)**
362:9 364:13 366:6
**increase (10)**
370:16,24,25 549:2
566:14,20,21
567:17,18,21
**increased (1)**
370:14
**independent (1)**
621:7
**indicated (2)**
367:23 638:16
**individual (4)**
480:20 488:6,11
608:11
**individually (4)**
362:10,11,13,16
**individuals (1)**
535:4
**inexorably (1)**
395:17
**information (16)**
405:8 416:9 420:25
442:10,22 484:17

510:2 516:8 519:7
528:20,22 529:2
535:15 536:13
537:6 613:5
**informations (1)**
525:11
**informing (1)**
451:24
**inhibit (1)**
414:16
**initial (5)**
509:19 624:3 636:2
636:18 638:8
**initially (4)**
368:20 535:23 536:3
613:11
**initiated (3)**
567:2 568:21 610:24
**initiates (1)**
615:16
**injured (13)**
510:17 511:2,2,7,21
516:19 518:3 540:5
556:14 610:9
613:24 615:13,15
**injuries (7)**
510:18 511:11 515:13
516:5 549:11
556:17 558:6
**injury (5)**
370:3,5 418:5 548:4,8
**inquire (4)**
491:17,24 523:12
537:16
**inquiry (1)**
503:5
**inside (8)**
433:18 434:5 468:18
480:18 592:22
604:15,16,19
**install (2)**
425:23 454:21
**installed (1)**
454:19
**installing (3)**
426:6 546:20,22
**instance (5)**
440:12,12 467:2
475:4 584:20
**instances (1)**
465:20
**instruct (2)**
392:5 540:12
**instructed (7)**
419:24 420:9 433:14
433:22 482:12

495:8 540:17
**instructing (2)**
448:8 477:12
**instruction (1)**
471:14
**insufficient (2)**
462:4,6
**integrity (1)**
395:15
**intent (1)**
608:7
**interceding (1)**
470:22
**interest (4)**
477:4,13 478:7 479:6
**interested (2)**
476:2 640:19
**interfere (1)**
479:14
**interfering (1)**
480:12
**intermixed (1)**
457:21
**interruptions (1)**
450:3
**intersection (4)**
492:16,19 493:11
494:15
**intervene (1)**
576:11
**intervened (1)**
529:6
**interview (1)**
502:7
**interviewed (3)**
536:9 621:15 623:5
**intoxicant (1)**
558:8
**intoxicated (10)**
433:17 434:4,11,16
448:18,23 449:3
470:10 484:7
485:10
**introduce (1)**
366:23
**inventory (1)**
488:15
**investigate (6)**
441:22 478:3 531:7
532:21 533:3 547:3
**investigated (8)**
480:11 500:14,19
503:3,7 533:17
534:2 617:15
**investigates (2)**
533:7,7

**investigating (2)**
486:7 509:19
**investigation (51)**
385:11 479:6 508:24
510:22 520:19
521:19 524:20,24
525:4 526:6 530:15
532:5 534:11,14,16
534:21,24 537:7,12
537:17,21,24
612:20 613:9 617:8
621:17,20 622:11
623:11,19,23,25
624:15 625:10
628:13,21,23,25
629:2,4,7,10 635:13
636:2,14,19 637:2
637:14,18,24 638:9
**investigations (2)**
407:16 477:19
**investigator (2)**
500:16,21
**involve (2)**
392:22 483:20
**involved (16)**
478:11 507:4,13
508:11 517:14
521:5,9,10 525:7,16
553:18 600:24
610:18 615:19
616:2 618:5
**involvement (5)**
392:6,12 524:10
525:4 536:15
**involves (1)**
439:10
**involving (7)**
392:7 414:18 432:24
470:23 491:7
503:23 523:19
**in-person (3)**
521:13,16,22
**island (7)**
465:16 512:2,3
513:25 624:10
627:15,16
**Islip (1)**
503:2
**issue (28)**
414:21 419:25 420:10
429:13,21 439:16
439:25 443:10,14
446:21 454:14
469:6 481:13 482:5
482:7,13,23 484:6
485:13 488:5,10

562:8 588:4 591:4,8
591:9 595:16
601:15
**issued (10)**
384:15 434:24 439:4
439:11 440:3,7,13
441:12,21 443:22
**issues (8)**
386:10 405:15 406:11
408:6 469:17
475:15,21 632:11
**issuing (3)**
419:20 468:23 482:18

---

**J**

**James (2)**
581:22 582:4
**jeopardy (1)**
441:5
**Jewish (1)**
607:2
**job (26)**
362:25 413:16 421:13
421:21 422:4 425:8
500:22 501:2,4,7,25
502:4,6,25 503:12
532:12 545:2
556:11 575:17,21
595:10 610:8
616:17 621:24
622:4,6
**jobs (6)**
500:11 501:10,20
629:15,17 635:23
**Joe (4)**
501:25 577:19 578:12
591:20
**John (1)**
531:5
**Joseph (3)**
362:5,9 364:14
**Jr (2)**
362:10 364:14
**judge (1)**
374:4
**July (7)**
362:23 363:5 366:10
552:21 553:5 566:6
642:3
**jumped (3)**
581:3,7 583:17
**June (3)**
470:2 472:22 566:6
**jurisdiction (3)**
417:7 418:14 589:21
**jurisdictions (2)**

437:11 590:7
**jury (6)**
382:13 388:18 425:6
427:9 632:21
641:13
**justice (1)**
467:16
**justify (1)**
629:13

## K

**K (2)**
362:11 364:15
**keep (3)**
592:21,22 629:13
**Ken (1)**
367:5
**KENNETH (1)**
364:19
**kept (6)**
505:20 573:20 574:2
574:3,5,16
**Kevin (11)**
362:5 365:9 367:6
550:13 578:24
579:3,6,7,8 582:23
582:25
**key (2)**
465:18,19
**kidding (1)**
553:15
**kids (1)**
376:12
**kind (7)**
422:3 454:13 494:7
517:23 547:11
558:7 569:3
**knew (14)**
393:25 478:6 515:3
517:11 528:13,16
560:16,21 574:6
592:12 593:6 616:2
620:2 631:19
**knock (1)**
432:15
**know (141)**
373:17 376:9 383:20
384:3,8 397:21
398:2,2 399:2,9
400:14 415:2 422:7
426:17,21 427:3,12
432:14,22 438:16
438:17 441:17
444:22 445:4 447:5
447:15,16 452:7
454:17,23 462:10

462:21 465:9
466:18,21 472:20
477:7 493:16 494:7
497:3 498:19 501:3
503:3,10 506:14
509:5 510:14
513:18 514:22
516:19,21 519:6
524:19 528:9,14
540:17 541:20
542:2 544:13 547:9
547:19 548:21
552:4 558:6,8
559:12,16 560:13
564:10 565:14,17
566:18 567:12,20
570:15 571:21
574:8,12 575:6
577:10,21,24
578:10,22,25 580:5
583:9 584:8,9
587:23 592:15
593:5,7,15 594:11
595:10,12 599:18
601:3,8,11,12,17,21
601:23 603:13
605:19 607:12,14
607:21 609:10
614:14,21 615:2,5,6
615:6,7,25 616:4,9
616:10 617:6,14,20
618:4 619:15 620:9
620:24 621:14
623:3,4,17 625:3,8
626:6 627:2,19,20
627:24 636:6
**knowing (1)**
447:14
**knowledge (30)**
369:23 389:4 393:23
394:2 423:22
469:24 479:4
504:11,17 506:7
508:15,20 509:2
511:13 515:17
517:3 524:22 525:2
526:13 534:18
535:10 540:6,11
573:16,23,25
576:10 619:6 633:9
633:12
**knowledgeable (1)**
437:17
**known (11)**
370:11 395:22 398:10
400:15 402:12

476:25 555:16,20
560:19 607:17,24
**Koch (5)**
362:25 363:12 366:15
640:8,24
**Kristin (5)**
362:25 363:12 366:15
640:8,24

## L

**lab (2)**
488:23,25
**labeled (1)**
366:3
**Labor (3)**
455:9,13 456:7
**lack (1)**
576:9
**Lamm (30)**
362:5 404:18 424:2
470:12,20 471:12
483:21 484:6
485:10 487:19,22
487:25 502:24
503:7,19 504:15
507:23 525:21
537:5,12,16,20,23
538:23 539:6
542:25 543:19
582:23,25 634:21
**Lamm's (2)**
390:5 488:2
**Lani (1)**
571:8
**late (1)**
572:12
**laughing (1)**
483:23
**law (23)**
379:14 381:16 382:11
395:24 398:14
400:19 402:17
423:14,20 430:19
436:22,24 443:6
444:6,19 471:6
484:9 500:12
501:10,20 586:22
586:23 590:4
**laws (5)**
373:4 382:23 396:4
420:16 421:10
**lawsuit (28)**
372:13,16,22 373:8
373:12,13 376:22
377:17 379:19
387:24 428:6 544:7

544:15 545:7 546:7
546:17,19 550:18
550:19 551:14
553:18,25 565:6
567:2 568:21
569:11 581:3,11
**lawsuits (1)**
581:9
**leads (3)**
509:8 609:15,18
**learn (30)**
384:2 392:10 403:20
413:18,23 419:19
419:23 420:8
421:22 422:23
423:2,12,13 429:16
430:8 433:21
441:20 446:14
448:11 470:19
477:20 489:8
503:22 547:17
585:17 594:21
607:7,11 625:5
627:14
**learned (16)**
387:23 428:18 429:9
430:13 432:5,10
448:8 449:7 482:5
483:4 504:3 515:9
620:5 621:25
625:11 636:22
**learning (10)**
370:23 423:7,18,25
550:19 585:6,12,17
586:10,18
**leave (11)**
386:25 387:3,16,18
450:18 494:22
515:19 567:24
568:16 614:8
629:15
**leaving (2)**
389:5 612:21
**led (2)**
498:13 506:16
**left (21)**
387:5 391:13 423:5
425:20 430:6
434:22 449:11
464:3 472:17
475:13 496:23
568:16 571:15
598:19 603:12,14
617:2 628:5,9
629:23,24
**legal (4)**

365:14 366:13 373:10
373:23
**length (2)**
458:24 459:2
**Leonard (1)**
478:9
**letter (15)**
371:4,5 404:6 497:10
497:19 498:5,14,17
498:25 499:3,10,21
529:23 641:15,16
**letterhead (1)**
499:17
**letters (2)**
497:5 568:23
**let's (86)**
376:24 378:15 380:3
381:14 382:9
388:15 389:23
390:16 393:3
396:24 399:24
401:13 404:25
405:23 406:12
408:23 410:5
412:22 414:7 416:3
425:22 427:14
428:11 430:22
431:12 435:10,16
439:2 442:9 444:3
446:23 449:15
450:23 452:7,25
453:10,22 455:2
456:20 460:19,22
463:10,15 468:10
469:19 470:6
471:17,22 472:12
472:23 473:2
476:21 481:6 483:7
486:13 489:19
492:8 493:22,24
496:25 497:4,13,17
499:8 500:6 503:15
507:10 511:20
520:14 524:3 526:8
527:3,4,12 529:13
530:2,22 531:25
534:9,23 538:18
540:22 542:9
556:19 604:7,24
**level (4)**
415:20 422:18 562:15
607:15
**levels (1)**
558:10
**lie (1)**
368:10

**lieutenant (1)**
544:17
**life (6)**
376:18 439:20,24
441:5 442:4 549:7
**lifeguards (1)**
566:8
**life-threatening (1)**
549:7
**light (1)**
613:6
**liked (2)**
421:20 422:21
**likes (1)**
487:22
**Likewise (1)**
409:24
**limit (2)**
473:15 633:6
**limitation (1)**
383:2
**Limiting (1)**
508:24
**line (3)**
450:17 452:12 641:10
**list (7)**
468:20 510:7 565:22
565:24 566:10,18
566:19
**listed (9)**
566:22 567:5,9,13,14
567:15 568:24
569:7 615:21
**listen (1)**
488:2
**listened (1)**
374:5
**listening (1)**
439:19
**little (9)**
417:3 418:12 419:14
422:10 507:11
559:21 602:16,17
606:8
**live (1)**
624:10
**lived (3)**
477:5 478:10 546:21
**Livenote (1)**
363:15
**living (1)**
546:14
**LLP (3)**
363:11 364:5,12
**Ln (1)**
642:6

**local (5)**
395:20 397:5 400:5
401:22 431:24
**located (1)**
419:16
**locked (1)**
467:5
**lock-up (1)**
488:25
**Loeffler (2)**
362:9 364:14
**log (1)**
488:22
**logical (1)**
533:16
**long (12)**
417:24 418:5,8,23
419:3 458:23
473:15 547:8
551:22 553:17
584:23 585:2
**longer (6)**
464:4,5 505:21
568:24,24 569:8
**longetivity (2)**
562:25 564:6
**longevity (2)**
372:2,5
**long-term (1)**
372:4
**long-time (1)**
478:17
**look (33)**
376:9 380:3 382:9
390:16 416:3
435:10,16 442:9
444:3 446:23
449:15 450:23
466:3 470:6 471:17
476:21 481:6 483:7
486:13 487:8
489:19 492:8
514:20 526:8 527:3
527:4,12 529:13
530:2,22 540:6
614:15 620:25
**looked (4)**
443:2 514:23 621:3,4
**looking (6)**
382:14 477:14 497:22
518:6 626:11
627:11
**loop (2)**
369:23 575:4
**lose (1)**
423:9

**loser (1)**
487:19
**losers (1)**
487:15
**loss (2)**
376:4,16
**lot (11)**
389:8,16 440:23
454:20 466:22
552:20 559:4 560:6
582:19 612:22
613:22
**love (2)**
376:4,16
**lower (1)**
422:19
**Luna (1)**
478:25
**lunch (6)**
397:8,11,16,21
519:25 520:7

———————————
**M**

**M (1)**
367:12
**main (5)**
386:11,15 461:16
466:24 467:22
**mainland (1)**
465:17
**maintain (1)**
467:13
**maintained (1)**
384:16
**maintaining (1)**
383:3
**maintenance (4)**
405:13 406:9 407:9
407:15
**majority (6)**
411:11,13 454:16
461:20 595:7
624:15
**maker (1)**
405:16
**making (7)**
438:11 519:15 551:19
556:12 574:17
594:14 606:24
**Mallott (2)**
581:22 582:4
**man (3)**
384:24 444:25 596:11
**management (5)**
405:11 406:7,14,21
407:2

**manager (1)**
575:12
**manner (2)**
509:15 538:24
**manpower (2)**
510:10 604:3
**marijuana (2)**
478:11,16
**mark (4)**
376:25 388:15 497:13
499:8
**marked (7)**
377:3,13 388:18
497:14,20 499:11
554:17
**Marks (2)**
365:5 367:7
**marriage (1)**
640:18
**marvelous (1)**
531:14
**master (1)**
597:20
**masters (7)**
444:5,15,24 445:20
445:25 446:11,16
**materials (1)**
534:13
**Matt (5)**
627:21,23,23,24,25
**matter (6)**
366:5 444:22 525:7
525:17 586:22
640:20
**mayor (24)**
362:9,10 394:14
413:20 415:16,21
415:24 432:17,22
433:9 570:8,10,12
574:11,19 575:3
581:2,5,22,24 582:3
582:5,18,18
**meal (3)**
400:7 495:9 496:7
**mean (33)**
371:16 379:9,21
380:22 382:15,22
383:7 385:21,24
389:10 447:14
466:6 467:14 498:9
508:22 512:22
526:3,16 528:18
536:6 550:2 557:20
566:2 578:5 593:18
594:7 604:23 605:9
615:5,6,7,9 626:5

**meaning (1)**
597:20
**means (8)**
368:5 391:2 427:6,10
439:6 445:24 447:6
452:20
**meant (6)**
373:22 377:24 523:13
526:16 594:9,17
**medical (12)**
511:4 548:9,14,21
549:3,17 556:13
558:9 568:16
616:18 625:20
626:3
**medication (1)**
632:7
**meet (1)**
436:20
**meeting (7)**
369:11,24 370:2,9
501:12 575:13,14
**Melissa (1)**
571:6
**member (4)**
394:16 516:6 582:3
590:20
**members (1)**
432:17
**memo (1)**
441:11
**Memorial (2)**
455:9,13
**memory (4)**
469:18 545:15 632:7
632:12
**men (1)**
456:10
**mention (3)**
468:19 489:16 607:21
**mentioned (7)**
405:10 455:2 544:5
545:16 546:10
603:10 607:17
**Merit (1)**
363:14
**message (1)**
518:14
**messages (1)**
451:3
**met (2)**
395:16 501:18
**metabolic (1)**
549:5
**meted (1)**
491:18

**Michael (1)**
374:25
**mid (1)**
572:11
**middle (1)**
457:16
**midnight (6)**
457:12,18 460:19
463:16,21 464:7
**midnights (1)**
467:3
**Midway (1)**
514:8
**mill (2)**
365:7 496:20
**Miller (1)**
626:25
**mind (12)**
381:5 395:7 421:11
561:2,6 562:3,8
572:20 592:5 620:4
620:11 635:10
**mine (1)**
407:19
**minimum (1)**
436:20
**minor (1)**
486:21
**minors (11)**
395:21 398:5,8 400:9
400:12 402:2,8
484:7 485:11
486:17 487:6
**minute (2)**
419:9 571:15
**minutes (21)**
418:7,7,12,13,13
419:9,14 444:23
449:13 453:12
472:7,16 473:6,19
473:25 544:2 546:5
596:9 603:12 609:8
633:6
**Mischaracterizatio...**
562:19
**mischaracterized (1)**
563:15
**misleading (4)**
535:5,12,17 536:4
**misrepresentation (1)**
368:10
**mistake (1)**
371:8
**Moller (4)**
576:7,20,24 600:24
**moment (1)**

613:22
**Monday (19)**
368:9 375:9 388:21
428:17 458:17
463:14 495:12
522:19 547:23
553:6,8,12 591:5
602:17 632:3,4,6,22
632:24
**money (2)**
371:10 435:13
**months (3)**
416:11 536:21 602:24
**Moon (1)**
479:3
**morale (1)**
384:17
**Moran (5)**
590:10,12,13,17,19
**morning (40)**
367:18,19 459:16
463:23 464:7,13,13
464:14 503:17
504:24 505:2
511:18 512:10,23
513:5,11,14,17
517:7,15 520:17,19
521:19 522:5,5,6
525:14 527:6,10,16
528:11,18 535:3
536:4 547:16
627:16,17 628:3
630:7 635:4
**Moses (3)**
514:3,7 628:8
**mother (1)**
545:19
**motionless (5)**
492:15 494:18,21
495:21 496:5
**motor (1)**
418:18
**motorcycle (1)**
577:11
**mouth (2)**
447:16 562:12
**move (4)**
427:12 493:21 495:9
534:9
**mowing (1)**
544:13
**multitude (1)**
549:3
**municipal (1)**
379:14

**N**

**N (3)**
364:2 365:2 641:2
**name (11)**
366:12 478:25 488:21
502:8 550:11 571:7
583:19 587:20
626:24,25 642:3
**named (3)**
428:5,7 478:9
**names (3)**
575:11,12,14
**narcotics (1)**
617:17
**narrow (1)**
419:5
**Nassau (6)**
531:20,21 617:10
637:7,8 640:6
**Natalie (2)**
362:11 364:15
**nature (3)**
384:11 392:7 606:16
**necessarily (2)**
397:14 625:13
**necessary (1)**
529:9
**need (9)**
377:6 457:8 473:20
490:4 532:20
553:17 557:4
586:18 605:19
**needed (12)**
383:11 428:18,25
465:10,14 494:24
505:16 511:4
530:15,19 605:13
616:18
**needs (1)**
605:16
**neglect (3)**
433:16,25 435:7
**neglected (1)**
592:2
**neglecting (1)**
591:23
**negligent (1)**
433:8
**neighbor (1)**
546:20
**neither (2)**
505:5 506:23
**neurogenic (1)**
549:12
**never (34)**
374:21 379:12 397:18

398:9 416:20
422:15 423:14
437:22 438:24
452:4 465:23
468:25 476:3
478:20 480:2,11
503:4 523:16 555:8
555:9 558:12
561:23 569:2
579:12,25 582:8
583:3 589:3 590:15
593:9 621:25 626:7
627:20,25
**new (27)**
362:3,22 363:12,17
364:8,8,18 365:8
366:9 405:7,9
422:25 423:6 429:6
437:14 531:19
566:12 585:7 588:7
590:20 595:9,13
614:7 625:21 637:5
640:4,9
**newly-hired (2)**
586:2,17
**news (1)**
544:14
**newspaper (2)**
394:18 584:2
**Nextel (3)**
505:9,18 506:9
**Nextels (1)**
465:12
**night (31)**
411:12 416:8,11,14
416:22 434:18
441:6 461:6 463:23
467:2 504:5 508:9
510:9 511:9,15
513:4 522:15
523:24 535:3 568:8
600:16 609:11
610:14 615:18
624:23 625:22
627:6,15 628:25
636:10,15
**nights (3)**
580:13,21 581:17
**nine (1)**
461:8
**Nodding (1)**
506:3
**Nofi (27)**
362:5 404:21,22,23
423:11 424:3 439:3
439:11 441:3,10

468:14,15,23
470:12,21 471:13
497:11 498:6,14
499:3,22 501:24
502:16 543:10,21
591:20 634:21
**Nofi's (5)**
390:4 468:10 577:19
578:12 591:5
**non-police (1)**
605:4
**non-residents (1)**
421:17
**Nope (1)**
374:20
**normal (8)**
467:10 472:23,25
474:2 477:24
509:14 557:22
621:12
**normally (10)**
457:19 460:14 463:9
463:11,18 466:20
473:9 474:19
492:21 593:3
**north (4)**
417:24,25 418:25
419:4
**notary (5)**
363:16 367:14 377:22
640:8 642:25
**note (11)**
432:14 449:9 557:15
563:9,25 565:3
588:3,11 592:18
594:23 619:18
**noted (3)**
468:5 566:25 639:10
**notes (5)**
544:3 627:9 628:13
628:14,18
**notice (1)**
607:20
**noticed (1)**
607:4
**notification (1)**
453:25
**notified (2)**
453:9 610:13
**notify (1)**
610:11
**Notwithstanding (2)**
378:20 449:20
**November (6)**
456:16 457:23 497:9
497:20 498:6

641:15

**Novikoff (170)**
364:19 367:3,5,17
369:14,17 376:24
385:19 386:22
387:2,17 388:15
399:8,11 411:5
426:22 427:2,7,11
447:10,15,20
449:11,14 453:10
453:21 496:23
497:18 499:6
519:23 520:13
542:8 543:25
548:15,20 550:5
557:15 559:3,11,18
560:5,12,14,23
561:5,8,19,21
562:10,18,22 563:2
563:9,14,21,25
564:9 565:3,21
569:12 570:6 572:2
573:4,14,21 574:18
574:23 575:19
576:13,17,25 577:5
579:23 580:4,8,16
581:19 582:11
583:23 586:4,15,19
587:8 588:3,11
589:2,7,23 592:18
593:13,21,25
594:12,23 595:4
596:19,25 597:5,7
597:12 598:23
599:8,16,18,23
600:6,20 601:10,19
602:2,22 603:10,16
604:14,21 605:6,11
606:13,21 607:9,13
608:14,17,22 609:2
609:23,25 610:22
611:3 613:10 614:9
614:23 616:5,8,11
616:21 617:3,11
618:13 619:2,11,18
620:7,14 621:21
623:2 624:7 625:2,7
625:12,14,23 626:8
627:7 628:17,22
629:21 630:4,21
631:7,9,17,23
632:15,25 633:4,8
638:12 639:5 641:5
**Novikoff's (3)**
551:25 553:22 564:18
**number (19)**

366:3 386:8 436:18
438:6 453:14,19
462:4 463:4 472:25
481:6,7 488:20
489:19 507:9 520:6
520:10 524:4 598:9
598:13
**numbered (1)**
467:23
**numbers (2)**
464:6 624:19
**numerous (4)**
395:25 398:17 400:23
541:3

_____
**O**
_____

**O (2)**
367:12,12
**oath (1)**
368:5
**oath-bound (1)**
396:4
**object (1)**
447:19
**objection (176)**
376:5 382:8 385:17
385:20 390:11,13
391:19 392:24
393:20 395:3
396:22 397:24
399:6,8 406:5,17
411:4,9 414:9
422:13 430:21
432:7,19 433:2
438:14 441:25
446:4 447:8,11
449:10 473:7
495:25 508:13
516:16 524:16
528:12 531:16
533:20,22 534:4
535:18 536:24
540:15 541:11
542:7 548:6,13,16
548:19 549:25
550:25 551:3
557:15 559:11,18
560:5,12,14,23,24
561:5,19,20,23
562:10,18 563:2,9
563:25 565:3,4,21
569:12 570:6 572:2
573:4,14,15,21,22
574:18,23,24
575:19 576:13,17
576:25 577:2,5,6

579:23 580:4,15,16
581:19 582:11
586:4,15,19 588:3
588:11 589:2,7,23
592:18,19 593:13
593:21,25 594:12
594:23 595:4,5
596:19,25 597:5,12
598:23 599:8,16,17
599:23 600:6,20
601:10,19 602:22
603:16 604:14,21
605:6,11 606:13,21
607:9,13 608:14,17
608:22 609:2,23,25
610:22 611:3
613:10 614:9,23
616:21 617:3,11
618:13 619:2,11,18
620:7,8,14 621:21
623:2 624:7 625:2,7
625:12,23,24 627:7
628:22 629:21
630:4,21 631:7,8,17
631:23 632:15,25
**OBPD (17)**
405:5,12,17,21 406:8
406:14 407:3,10
413:2 427:17 444:6
449:18 451:5 531:5
532:2 539:13 541:4
**observations (1)**
534:13
**observed (1)**
486:14
**obtain (1)**
442:13
**obvious (1)**
557:3
**obviously (3)**
387:5 389:7 425:20
**occasion (5)**
439:11 449:2 471:24
494:12 495:14
**Occasionally (1)**
476:12
**occasions (9)**
454:8 462:23,25
467:4 475:19 480:8
507:3,12 544:10
**occupants (2)**
626:20,22
**occurred (6)**
389:4 551:5 555:14
557:8 614:21
634:22

**occurring (1)**
559:10
**ocean (105)**
362:9,12 364:14,15
366:7 379:23 384:3
384:7 391:17 392:7
392:12 393:19,23
394:4,25 395:24
398:14 400:20
402:17 405:5,7
412:17 414:18
416:21 417:3,6,10
417:20 419:16
420:5,19 421:17
422:9,17 425:25
433:18 434:6
436:15 437:8 440:6
443:9 446:2 451:4
451:10,18,25
452:15,19,21 453:4
453:6 454:4 455:14
472:3,8,16 474:25
476:10,18 477:2
478:7 480:14,19
481:3,19 482:14
483:24 485:6,7,11
489:3,9 490:11
491:8 492:25 494:2
499:17 506:8 507:2
509:12 511:21
512:4,19,25 513:5,9
514:6 523:19 541:7
541:8,15,25 544:19
547:18 552:12
564:4 576:4 578:20
579:17 581:24
582:8 585:16 594:4
638:20 642:3
**October (12)**
456:4,16 457:19
503:17 512:11
520:17 527:6,13,25
529:24 535:3,4
**odd (2)**
614:5,10
**offense (1)**
592:4
**offenses (2)**
385:11 623:13
**offer (1)**
529:22
**offered (3)**
571:9 575:17,21
**office (18)**
450:18 454:17 467:22
516:5,18 551:11,13

551:18,22,24,25
552:14 553:22
554:2 564:12,15,18
596:17
**officer (137)**
384:2,8 392:6,8,13
396:15 401:10
403:16 409:19
411:3 420:10,21
422:17,18 423:4
425:8 427:19
430:16 431:9
432:24 433:11
437:14,16 439:16
439:19,25 441:17
441:21 442:3,7
445:18,21 447:6,25
449:3,17,22 450:2,5
450:20,25 452:4
457:8,10,17,18
459:5 462:17,19
463:2 465:24
467:24 468:6 470:3
470:10,24 473:24
475:10 477:23
479:19,22,24 480:2
482:4,6,23 483:3,21
486:20 487:4,5
488:15 489:24
490:12,20 493:10
494:4 506:16,19
507:4,14 512:25
521:23 527:5
528:24 530:3,9,13
531:5,18 532:2,10
533:2,7,11,18
539:13 540:4,21
541:19,25 545:10
547:12 554:25
558:3 565:16,25
567:16 571:16,17
571:18,20 576:12
578:2 587:7 588:9
590:11 591:5,24
592:25 593:17
594:3,14 595:20
596:4,10 605:16,19
606:19,24 610:5
623:12 625:22
637:6,22 638:7,23
**officers (173)**
382:18 390:19 392:11
395:18 396:8,10,12
412:4 416:7 419:25
421:18 422:2,12,25
423:6,13,21 427:17

428:18,23,25 429:5
429:6,25 430:11
431:15,18 432:4
433:15,23 434:5,17
435:8,13,20 436:4
437:10,12 438:17
442:13,15 443:20
444:4,20 445:16,24
446:11,24 448:9,18
448:22 449:21,24
450:3 452:3 453:7
455:15,19 456:21
457:4,25 458:4,12
458:15,18 459:5,12
459:18,21 460:5,8
460:23 461:11,14
461:21 462:4,16,22
463:17 464:9,10
465:22 466:18
467:8 468:20
470:13,20 472:20
473:2,11 477:12
481:3 486:15
492:21 508:4
509:19 510:24
511:9 515:25 529:7
532:23 537:5,7
541:4 542:5,12,19
545:18 547:18,18
555:24 570:19
571:5 574:14
578:20 579:16,17
579:21 585:7,15
586:2,17,20 588:7
589:20,21 590:3,6,6
591:16,21 592:12
592:15,20 594:19
594:22 595:18
600:18 602:21
603:20 604:10
606:5,10 610:7,17
610:20,25 611:6,11
613:19,22 614:12
614:21 615:18,25
616:16,16 621:16
622:2,12 624:22
628:20 629:4 634:8
634:20 635:8,12,18
635:20 636:10,14
636:18 637:13
**officer's (3)**
442:4 488:21 556:11
**offices (1)**
363:10
**official (14)**
362:10,11,13,16

405:11 406:7,25
407:8 408:3 412:9
412:25 433:6
506:20 512:24
**officially (1)**
431:25
**officials (1)**
582:15
**off-duty (9)**
437:10 470:3,10,23
507:4,14 576:11
578:2 625:21
**off-season (2)**
458:4 602:24
**oh (7)**
389:13 454:23 460:15
502:13 553:9 574:6
619:17
**okay (181)**
368:13 369:9 371:11
371:16,21 372:8
373:9,11 376:7,24
378:11,15 379:6
380:2 382:9 383:19
384:12 387:21
388:6,11 389:20,23
390:3,8,16 391:9
396:8,24 398:4
399:2,20,24 401:12
417:10 418:17,23
419:8,12 420:8
421:8 422:21
424:22 428:10
429:16 430:8
434:12,15 435:10
439:8 440:11,18
447:18,20 449:14
452:13,24 455:2,14
455:23 456:3,19
457:14 458:22
459:18 460:4,12,15
461:7,13 463:7,15
464:23 465:19
466:8 467:20
471:21 472:11,22
476:14,24 477:11
478:22 479:4 480:9
481:10 483:11,15
483:18 484:5
485:23 487:11
491:11 492:12
494:11 496:3
497:13,18,25 499:6
499:20 501:9,15
502:14 503:6,10
506:12,20 507:10

508:15 510:23
511:20 512:10,16
513:6,23 514:5,12
515:23 517:6,18
518:2,8 519:23
520:3,24 522:4,9,13
525:13 526:12
527:12 528:16
530:2,8,24 531:2
534:9 538:7,22
540:6,10,22 544:4
545:6,11,13,16
546:10 548:20,24
549:22 550:4
552:17 554:15,21
556:7 558:25
563:13 580:23
582:7 589:16 591:3
595:24 601:3 602:2
603:18 604:24
609:8,9 612:10
616:11 618:20
625:18 632:18
633:4,16 634:13,19
635:3,25 636:24
**once (14)**
465:8 478:21 517:11
521:7 528:25 529:9
570:7 571:9,24
574:5 587:9 623:10
623:18,25
**ones (4)**
502:20 536:8 593:8
593:23
**one-hour (1)**
572:15
**one-page (1)**
499:15
**on-duty (17)**
603:20 604:9 610:5
614:11,20 615:17
615:24 616:16
621:15 622:2
624:21 628:20
629:3 634:20
635:12 636:14,18
**on-season (1)**
458:7
**open (6)**
414:7 456:18 457:21
467:6 468:5 553:10
**operation (3)**
405:13 406:9 407:9
**operations (1)**
384:14
**opine (1)**

601:21
**opinion (41)**
369:3 390:8 399:14
410:10 411:24
414:15 415:14
420:13,21 421:2
423:24 430:4
437:22 446:9 462:2
474:9 484:13
485:25 490:10
495:7 506:17
521:18 524:13,18
529:2 531:22 532:3
532:10 534:15
535:16 542:11
548:5,14 561:7,11
562:3 565:8 612:6
622:3,5 625:9
**opportunity (4)**
432:23 433:4 464:2
529:23
**opposed (4)**
414:23 422:16 462:17
600:16
**opposition (1)**
393:5
**order (6)**
377:7 429:19 433:17
435:7 578:4,6
**ordered (4)**
392:11 433:25 434:3
492:14
**orders (1)**
384:15
**ordinary (5)**
493:4,10,13 494:3,16
**original (2)**
387:14 621:4
**OSHA (1)**
634:10
**outcome (1)**
640:19
**outmanned (2)**
529:8,11
**outright (2)**
425:25 426:11
**outset (1)**
562:21
**outside (8)**
434:5 476:10 478:10
480:18 481:3
544:12 577:7
587:24
**overcome (1)**
390:20
**overlap (3)**

571:23 572:8,16
**overlapped (1)**
572:3
**overnight (2)**
457:22 464:19
**oversee (1)**
407:13
**overtime (1)**
629:10
**owner (1)**
420:19
**owners (1)**
419:21
**O'Brien (2)**
365:5 367:7
**O'Neill (2)**
365:5 367:7
**O'Rourke (5)**
607:21 608:12 618:4
633:9 638:17

_____

**P**

**P (5)**
364:2,2 365:2,2
367:12
**packet (1)**
554:19
**packets (3)**
608:10,10,11
**page (15)**
377:19 381:13 390:16
395:11,12,13
520:15 524:3,4,5
538:18 554:22
566:10 641:3,10
**paid (3)**
566:11,12 606:2
**paper (3)**
387:25 502:10 560:9
**paperwork (2)**
610:17 611:22
**par (1)**
375:25
**Paradiso (308)**
362:21 363:10 366:5
367:18 368:1 369:1
370:1 371:1 372:1
373:1 374:1 375:1
376:1,25 377:1,2,6
377:13 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
388:16,17 389:1
390:1 391:1 392:1
393:1 394:1 395:1

396:1 397:1 398:1
399:1,14 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1,15,20 414:1
415:1 416:1 417:1
418:1 419:1 420:1
421:1 422:1 423:1
424:1 425:1 426:1
427:1,11 428:1,4,23
429:1 430:1 431:1,9
432:1 433:1 434:1
435:1 436:1 437:1
438:1,6 439:1 440:1
441:1 442:1 443:1
444:1 445:1 446:1
447:1,21 448:1
449:1 450:1 451:1
452:1 453:1,22
454:1 455:1 456:1
457:1 458:1 459:1
460:1 461:1 462:1
463:1 464:1 465:1
466:1 467:1 468:1
469:1 470:1 471:1
472:1 473:1 474:1
475:1 476:1 477:1
478:1 479:1 480:1
481:1 482:1 483:1
484:1 485:1 486:1
487:1 488:1 489:1
490:1 491:1 492:1
493:1 494:1 495:1
496:1 497:1,19
498:1 499:1,10,14
499:18 500:1 501:1
502:1 503:1 504:1
505:1 506:1 507:1
508:1 509:1 510:1
511:1 512:1 513:1
514:1 515:1 516:1
517:1 518:1 519:1
520:1 521:1 522:1
523:1 524:1 525:1
526:1 527:1,5,13
528:1 529:1 530:1
531:1 532:1 533:1
534:1 535:1 536:1
537:1 538:1 539:1
540:1 541:1 542:1
543:1 544:1 545:1
546:1 547:1 548:1
549:1 550:1,10
551:1 552:1 553:1

554:1,12,18 555:1
556:1 557:1 558:1
559:1 560:1 561:1
562:1 563:1 564:1
565:1 566:1 567:1
568:1 569:1 570:1
571:1 572:1 573:1
574:1 575:1 576:1
577:1 578:1 579:1
580:1 581:1 582:1
583:1 584:1 585:1
586:1 587:1 588:1
589:1 590:1 591:1
592:1 593:1 594:1
595:1 596:1 597:1
598:1,16 599:1
600:1 601:1 602:1
603:1 604:1 605:1
606:1 607:1 608:1
609:1 610:1 611:1
612:1 613:1 614:1
615:1 616:1 617:1
618:1 619:1 620:1
621:1 622:1 623:1
624:1 625:1 626:1
627:1 628:1 629:1
630:1 631:1 632:1
632:20 633:1 634:1
635:1 636:1 637:1
638:1 639:1,14
640:11 641:5,10
642:4
**paragraph (58)**
378:19 379:10 380:3
381:13,15 382:25
399:4,17,22 403:20
403:23 404:25
405:24 408:4 416:3
416:16 425:22
427:14 430:22
435:10,16 442:9
444:12 446:21,23
448:13 449:15,17
453:23 469:19
470:6,7 471:3,17
476:21 483:7
484:24 485:20
486:8,14 491:6
526:8,17 527:3,4,12
527:23 530:2,22
531:4 536:12 537:4
538:3,4,19 539:8
540:7,22
**paragraphs (2)**
484:3 554:23
**paraphernalia (5)**

488:7,12,16 489:5,11
**part (30)**
405:23 406:12 410:25
411:7 421:20
481:12 509:13
527:23 532:4 534:2
541:2 565:6,12
583:24 595:17
596:3,6 597:9
617:21 621:20
628:21 629:4
635:13 636:2,14,25
637:13,18,23 638:8
**participated (1)**
613:8
**particular (6)**
414:3 447:6 480:19
532:14 551:2
635:21
**parties (3)**
511:2,7 640:17
**party (3)**
472:2 476:13 624:11
**part-time (11)**
425:14 430:15 457:5
457:25 458:3
571:17,18 602:18
602:20,23 635:20
**pass (2)**
407:22 427:18
**passed (1)**
545:19
**Pat (10)**
525:2 531:6,10 532:9
617:9 618:23 629:8
629:19,25 637:4
**path (1)**
514:9
**Patrick (2)**
621:15 629:2
**patrol (10)**
459:6 461:20,25
462:5 466:24,24
468:4,5 477:24
593:4
**patrolled (1)**
460:14
**patrolling (6)**
446:25 447:7,25
459:5,24 460:24
**patrols (3)**
459:8 466:20 467:11
**patrons (3)**
522:14,15 523:24
**pattern (2)**
454:14 541:2

**Paula (2)**
587:21,25
**pavement (3)**
417:16,17,21
**pay (5)**
372:2 375:18 566:12
567:17 629:10
**payment (3)**
417:22 562:25 564:6
**penalty (1)**
406:4
**pencil (1)**
560:9
**pending (5)**
518:23 519:2 528:3,4
575:24
**people (56)**
376:9,10,14 383:10
396:4 407:17
417:12,13 421:20
422:7 423:9 437:12
437:18 460:16
461:15 462:18
466:23 473:8 477:4
477:13 478:6 494:8
510:14 516:5,19
517:4,25 518:2
519:6 524:12
528:21 535:22
536:3 540:3 545:25
548:10 556:11,15
570:22 571:2
582:15,16 610:9,18
612:18,25 613:2,23
614:2,3 621:7
622:15,18 623:12
624:9 628:15
**perceived (1)**
450:2
**percent (2)**
371:15 607:3
**percentage (1)**
566:13
**perfect (1)**
624:8
**performance (9)**
416:14,22 508:8
577:15 578:16,17
578:21 580:25
587:6
**period (28)**
378:23,25 379:3
412:13 419:15
420:6 424:23
444:25 451:8 457:5
457:8,14 458:5

460:25 461:14
463:16,17 472:25
498:15,19 501:12
505:3,10 552:11
571:13 585:9
597:21 624:12
**periodic (1)**
467:12
**periods (1)**
596:15
**perjurious (1)**
368:9
**perjury (1)**
406:4
**permanent (2)**
370:5 391:13
**permanently (2)**
368:22,25
**permits (3)**
442:15,25 546:25
**permitted (2)**
442:23 494:22
**person (27)**
381:3,9,10 385:15
386:4,12,16 394:18
412:17 413:9
434:16 437:18
455:4 457:24
466:12 479:6,15
494:9 510:18
548:24 552:13
558:5 583:19
615:11,17,22
623:19
**personal (15)**
433:4 444:22 475:15
475:16,20 479:13
535:10 576:23
603:6,21,22 604:10
604:12,23 619:6
**personally (1)**
549:21
**personnel (6)**
383:3,8,20 629:5,12
630:3
**pertained (1)**
389:3
**pertaining (1)**
414:21
**pertains (4)**
386:16 399:4,18
413:24
**Pg (1)**
642:6
**phone (35)**
404:6 437:18 440:5

445:8 450:5,10,15
450:17,21,25 451:9
451:20 452:3,10,12
453:8 454:11,13,17
454:18 505:9,19,20
505:22 506:9
518:13 520:20,25
521:5 549:18
598:21 624:18,22
624:24 630:7
**phones (2)**
446:6 465:11
**photographed (1)**
488:18
**phrase (1)**
390:25
**physical (8)**
503:23 504:16 507:5
507:15 508:10
517:14 548:4,7
**physically (1)**
463:2
**pick (4)**
453:11 501:16 587:17
587:18
**picked (3)**
478:23 624:22,24
**pick-up (2)**
468:4,5
**picture (1)**
613:18
**piece (5)**
396:25,25 530:11
560:9 601:5
**pistol (2)**
442:15,25
**pistols (4)**
442:24 443:9,17,21
**place (60)**
389:17 405:6 435:4
439:3,24 441:12
448:5 456:18 465:4
466:4 467:25 470:2
471:10 472:21,23
474:16 480:18
482:17 490:14
492:20 493:20
494:5 496:6,10,13
496:21 498:22
504:9,13,21 506:21
508:24 510:15,22
513:7 516:25
517:23 518:18
522:25 523:16
536:23 537:13
539:5 540:24

546:25 555:22,25
556:2 573:17
601:13,22 602:8
617:6 619:7 620:3
620:22 622:14,17
622:19 624:16
**places (1)**
459:20
**placing (1)**
477:7
**plaintiff (7)**
404:3,4 490:18 500:7
542:3 551:2,10
**plaintiffs (126)**
362:7 364:6 367:2
369:12 388:23
389:8,17,24 390:18
390:19 391:25
393:9,13,16 394:8
395:10,14 396:19
399:3,17 401:16,20
401:25 402:7,11,15
402:22 403:9
407:11 408:2 410:6
410:10,14,20,22
411:7 412:8,24
413:14,19 414:2
416:4,8 423:17,25
427:15 430:24
431:16 433:16
434:4 435:6 437:2
438:11 443:19
444:10 446:20
447:2,21,23 448:7
448:16 471:3 474:8
475:4,14,19 476:7
476:17 480:23
481:11 482:11
483:12 484:19,23
486:5,6,14,24 487:4
487:13 488:9
489:16 490:17
497:7 505:15 506:5
506:8 508:16 509:3
509:8,9 511:8,14,14
514:16,23 515:3,18
526:16,23 531:3
532:16 533:15,24
534:19,24 536:8
537:4 539:9 540:23
541:22 545:17
550:15 573:9
577:14 578:17,21
579:20 583:6
585:11 586:13
602:20,23 603:5

606:6,11
**plaintiff's (1)**
553:22
**plane (1)**
516:9
**planning (2)**
381:16 382:11
**plate (1)**
552:20
**Plaza (3)**
363:11 364:17 366:9
**pleading (1)**
622:15
**please (7)**
367:10 481:6 483:7
530:4 538:4 583:13
612:12
**pled (1)**
536:20
**plumber (3)**
627:23,24 628:2
**pocket (2)**
373:23 374:13
**point (30)**
370:4,13 386:12,15
443:12 456:4,4,15
462:2 464:24 470:9
473:23 474:5
479:10 482:11
484:21 487:3 493:3
503:16 506:4 508:5
515:9 516:11 518:4
519:12,18 525:6
528:5 569:5 600:15
**pointed (1)**
626:17
**police (328)**
362:12,12,14 364:15
369:3,5 370:10
379:23 380:7,15
381:2,6,17 382:16
382:18,20,22,23
383:3,8,15,19,20
384:2,3,8,8,15
385:15 386:5,10,18
387:11,12 390:19
390:24 391:7,8,10
391:17 392:5,7,12
393:9,19,23 394:5
394:12,25 396:2
398:18 400:23
401:10 402:23
403:2,4,16 409:18
411:18 412:18
413:16,22 414:5,18
415:25 418:15,19

418:22,24,25
419:19,24 420:21
421:18,23 422:12
422:17,18,25 423:4
423:21 425:25
426:5 427:19
428:18,24 429:6,18
430:4,10 431:14,18
432:3,3 433:11
434:5 435:8,14,20
436:19 437:3,6,10
437:12,13,14,14,15
437:16,23 439:24
441:11,16,20 442:3
442:4,7,11,17,18
443:20,23,24 445:6
445:16,17 446:10
446:15,25 447:3,7
447:25 448:2,5
449:3,6,23 450:4,17
451:11,19,24 452:2
452:10,12,15,20,22
453:4,6 454:4
455:15,19 456:21
461:19 462:22
463:2 464:9,10
467:23 470:3,10,24
475:9 476:18
477:10,25 479:18
479:19,22,23
480:13 481:2,20
482:3,3,8,22 483:3
486:20 487:16
488:14,24 489:3
490:11,20 492:20
493:10 494:4,24
495:16,20 496:8,19
499:17 502:6,9
503:2,4,8 506:16
507:4,6,14 511:18
512:24 515:12,14
515:19,24 516:6
518:15 521:8,14
523:19 524:11,23
528:24 531:18
532:9 533:7 534:12
540:4 541:8,8,13,15
541:17,19,25
542:14 545:10,18
547:19 548:9
552:10,11 555:18
555:19,23 557:25
558:3 562:7 564:4,8
565:16,23,23 566:2
566:4,16,23,25
567:3,9,10 568:17

568:25 569:3,4,7,8
570:10,20 571:22
576:5,12 577:17,18
578:2,20 579:16,17
579:21 581:11
583:10 585:16
586:2,8,9,21 587:6
588:9 589:20,20
590:3,5,6,11 592:25
594:4 595:18 596:3
598:19,20 602:20
603:20,21,24
604:10 606:10,19
606:24 610:5,16
611:10,15,21 612:7
613:3 614:7 615:14
615:16 619:9,14
620:22 621:16
624:22 625:21
630:9 631:15 634:3
634:8 637:6,22,23
638:7
**police's (1)**
440:17
**policies (6)**
384:14 490:4 556:4
556:10,24 557:3
**policy (19)**
385:16,22,24 386:4,5
405:16 414:21,25
446:2 448:17,21
490:5 557:4 568:3
569:20,22 570:5,9
596:18
**pool (4)**
517:16 519:19 546:21
546:23
**population (3)**
417:12,13 606:25
**pose (1)**
631:12
**posed (2)**
589:3 631:11
**position (14)**
372:20,24 380:15,16
380:24 416:10
474:11 485:17
500:10,15,20 565:8
565:18 566:24
**positions (1)**
407:17
**positive (2)**
516:17 632:13
**possessing (1)**
477:17
**possession (7)**

477:21 488:6,11,16
    608:3,7 638:18
**possible (13)**
    512:3 550:21 560:16
    560:21 572:24
    573:9,18,19,24
    599:4,11 629:25
    630:16
**post (1)**
    634:9
**posts (1)**
    466:18
**potential (3)**
    463:5 509:20 510:7
**potentially (1)**
    495:3
**pouring (1)**
    485:11
**power (2)**
    442:6 444:7
**practical (1)**
    569:15
**practically (1)**
    569:18
**practice (2)**
    533:6 541:2
**precinct (1)**
    488:24
**precipitated (1)**
    519:15
**preferred (1)**
    369:22
**preliminary (2)**
    390:17 628:25
**preparation (1)**
    385:9
**presence (7)**
    467:13 470:12 487:19
    487:22,25 507:6
    511:3
**present (10)**
    365:12 368:14 464:25
    490:13 504:4,8,12
    505:6 510:8 512:25
**preserve (1)**
    509:16
**Preserving (1)**
    508:23
**pressure (1)**
    422:5
**pretty (3)**
    439:23 562:20 592:8
**prevent (1)**
    540:5
**prevented (1)**
    476:16

**previously (1)**
    497:14
**principal (1)**
    405:6
**prior (25)**
    369:11 371:8 378:12
    387:15,17 389:4
    412:13 413:5,13
    416:23 423:23
    428:22 436:7
    476:10 479:10
    484:21 503:6
    507:13 523:18
    550:18 618:11,21
    619:21 621:10
    624:4
**priority (1)**
    510:25
**private (7)**
    472:3,8,15 512:8
    514:13,13 628:2
**probably (19)**
    372:7 418:10,11
    419:13 423:21
    460:21 464:12
    504:25 513:3,13,21
    520:2 557:6,17,19
    607:3,3 612:3
    617:18
**probationary (1)**
    585:9
**problem (18)**
    381:24 415:5,6,9,13
    421:12 425:7 433:5
    545:12,23 546:22
    557:24 563:3,4
    586:24 587:2
    594:19,22
**problems (2)**
    454:20 549:3 587:5
    617:5
**procedure (9)**
    386:11 488:14 489:6
    489:12,23 509:14
    620:16 621:9,13
**procedures (2)**
    384:14 386:2
**proceeded (1)**
    504:17
**proceeding (1)**
    373:10
**process (3)**
    575:9 588:8,21
**processing (1)**
    612:25
**produced (1)**

499:16
**Professional (1)**
    363:13
**prohibited (3)**
    486:6 493:7,24
**promised (1)**
    372:3
**promotion (4)**
    405:14 406:10 408:5
    544:17
**proof (3)**
    516:15,17 632:13
**proper (4)**
    489:23 604:23 620:16
    621:9
**properly (7)**
    383:10 405:20 412:19
    412:25 413:15,21
    443:21
**properties (2)**
    467:7,11
**protect (6)**
    393:4 396:5 524:19
    529:9 530:15,19
**protection (1)**
    565:10
**proud (1)**
    376:12
**provide (2)**
    535:11,17
**psylicide (1)**
    478:24
**public (25)**
    363:16 367:14 377:22
    393:4 395:16 404:9
    416:12,15 421:22
    422:23 423:3,8,23
    442:12 449:25
    474:25 543:14
    566:9 585:6,13,18
    586:11,25 640:8
    642:25
**public's (2)**
    438:3 475:5
**Puglisi (1)**
    574:11
**purported (1)**
    427:16
**purporting (1)**
    499:16
**purpose (4)**
    452:25 471:22 619:24
    636:12
**purposes (1)**
    408:24
**purview (1)**

464:3
**put (17)**
    376:18,18 379:6
    436:23 437:7 438:2
    438:2 462:10
    465:23 468:16
    474:11 488:20
    493:6,22 543:14
    556:3 562:11
**putting (6)**
    462:24 474:24 493:8
    537:9 618:11 622:8
**P.C (1)**
    365:5
**p.m (6)**
    520:5,11 598:8,14
    639:9,10

_____

**Q**

**qualified (4)**
    390:14 438:15 443:21
    590:17
**question (67)**
    383:24 404:2,11,14
    404:17,20 408:24
    413:24 419:10
    424:19 426:24
    428:3 438:16
    447:11 449:10
    452:25 453:23
    471:12,23 482:10
    493:9,23 501:15,23
    502:15 507:18,22
    519:13 525:21,23
    527:18 533:23
    543:5,16 547:15,23
    548:16 557:16
    559:13,21,22
    561:25 563:5,14,15
    564:17 574:13
    579:14 583:25
    589:3 591:19 594:2
    597:15 598:24
    600:3 602:3 603:9
    603:13 604:8
    614:24 615:2 616:6
    616:8 626:9 631:11
    633:17 635:11
**questioned (1)**
    623:21
**questioning (1)**
    609:7
**questions (22)**
    368:2,4 377:5 386:21
    387:9 388:21
    391:11 405:3

426:20 428:8
    547:22 552:10
    554:6,8,13 559:4
    598:3 632:2 634:14
    637:17 638:13,25
**quicker (1)**
    419:14
**quickly (2)**
    423:10 445:3
**quite (1)**
    456:9
**quote (3)**
    427:16 466:17 540:25
**quotes (1)**
    379:6

_____

**R**

**R (5)**
    364:2 365:2 367:12
    367:12 640:2
**race (1)**
    548:25
**racist (2)**
    606:11,20
**radio (20)**
    383:16,17,20 384:3,9
    437:19 439:4 440:6
    449:23 465:11,13
    505:18,23,25
    591:11,25 593:18
    594:6 595:14
    598:20
**radios (2)**
    444:17,25
**Radler (3)**
    363:11 364:12 367:5
**raise (8)**
    371:7,12,15,23,25
    374:7 562:24 564:5
**raised (2)**
    376:11 574:13
**raising (1)**
    476:17
**ran (2)**
    388:25 406:23
**rapport (2)**
    420:23 421:16
**rare (1)**
    593:23
**rarely (2)**
    532:23 592:24
**rate (1)**
    560:8
**ratified (1)**
    536:14
**rationale (2)**

596:22 604:5
**reach (1)**
505:16
**reached (1)**
465:17
**read (35)**
377:6 388:3,7 399:18
405:2 433:23 439:6
439:8 469:20
471:18 481:7 483:8
483:14 485:20
487:8 489:20 491:8
492:9 526:9 530:4,5
532:15 538:4,19
539:10 575:14
584:2,6 601:24
616:7 617:24 618:3
619:20 623:20
642:6
**reader (1)**
379:21
**reading (11)**
387:25 435:23 476:22
485:21 499:14
530:23 538:5 540:7
559:19 618:6
623:15
**Reads (1)**
642:6
**real (1)**
421:12
**really (16)**
376:17,19 421:9
461:23 465:23
506:17 523:11
527:11 546:19
547:9 553:3 583:19
585:4 586:21
604:22 612:8
**Realtime (1)**
363:15
**reason (17)**
420:11 428:4 438:18
476:14 478:18
479:22 480:3
493:21 494:9,13
499:24 523:5
579:12 585:22
605:17 633:21
642:6
**reasonable (1)**
411:20
**recall (107)**
391:5,24 410:22
414:20 421:11
440:21 441:8,9

454:7,9 468:25
474:7 490:21,22
491:16 495:13
496:9 498:4,21
499:21 501:8,9,14
502:8,20 504:20,23
507:20,24 514:25
515:15,16 521:20
522:7,9,17,22 523:3
524:2 529:16,25
530:12,17,21
537:19,22 539:2
540:16,20 542:24
543:15,18 544:9
545:6 546:12,15
547:25 555:2
564:17 571:10
576:12 577:20
578:18 581:15
582:24 584:20,20
585:3,4 591:7,9
597:23 598:17,22
598:24 600:21,25
601:2,14 602:6
603:7,9,15 606:15
607:20 609:19,20
609:21 617:23
618:5,6 621:18
623:8 625:16
626:19,24 627:8
630:13,14,18
632:14,17 633:18
634:16,23 635:14
637:19
**receive (12)**
384:6 420:18 448:25
453:25 562:24
564:19 567:17
578:15,19 579:15
580:24 606:9
**received (7)**
416:20 505:4 537:6
564:14 567:21
579:25 580:12
**receiving (3)**
384:10 564:10,17
**recess (4)**
366:20 453:16 520:7
598:10
**recklessly (4)**
395:20 398:4,7 402:2
**recognize (1)**
377:12
**recollection (9)**
368:11 500:3 508:2
527:8 576:21

632:13,23 634:25
636:9
**recollections (1)**
516:13
**recommendation (3)**
497:10 498:5,17
**recommendations (3)**
407:18,20 497:5
**recommended (3)**
408:21 576:3 588:19
**record (19)**
366:22 382:4 405:2
408:25 437:21
453:15,20 499:13
504:7 520:6,11
558:12 563:23
598:9,14 616:7
639:8,9 640:14
**recourse (1)**
372:19
**recuperating (1)**
370:6
**red (1)**
626:23
**refer (1)**
487:18
**reference (3)**
497:10 498:5 536:11
**referenced (1)**
494:15
**references (1)**
497:5
**referred (2)**
387:13 530:10
**referring (1)**
551:24
**refers (3)**
439:2 491:6 576:19
**reflect (1)**
563:24
**refresh (2)**
527:8 576:20
**refreshers (1)**
634:10
**refusal (1)**
519:10
**refuse (1)**
579:4
**refused (9)**
371:22 488:10 519:3
519:20 520:18
521:3,18,25 579:8
**regard (26)**
385:14 394:7 404:11
404:14,17,20
420:15 431:14

435:25 438:22
442:22 444:11
448:13 471:12
482:18 501:15,23
507:18,22 516:2
524:14 525:3 543:5
543:16 633:22,24
**regarding (5)**
540:24 542:21 553:23
554:24 633:17
**regardless (1)**
615:18
**regards (2)**
379:19 551:13
**regime (5)**
393:5,11,18 394:24
425:24 426:7
**regimen (1)**
427:18
**Registered (2)**
363:13,14
**regular (1)**
594:10
**rehire (5)**
409:4,8,11,21,25
**rehired (13)**
369:12,18 389:12,13
389:15 409:14
410:6,11,15 425:4
539:12,17,20
**rehiring (6)**
424:6,10,13,16,24
425:3
**related (2)**
605:4 640:17
**relation (1)**
511:22
**relationship (2)**
368:14 421:4
**relish (1)**
433:3
**relished (1)**
432:23
**remain (1)**
423:8
**remainder (1)**
408:4
**remark (1)**
497:17
**remarks (1)**
606:25
**remember (30)**
384:10 469:16,18
474:19 495:17
498:10,12,24
500:14 502:12

511:19 518:25
520:22 522:2
527:19 529:19
538:2,12 545:5
550:21 551:6
576:14,18 583:19
589:15 610:2
617:16 618:2
620:23 628:11
**remembered (1)**
469:9
**remiss (1)**
610:10
**removed (1)**
416:10
**repeat (4)**
533:23 561:25 594:2
636:16
**repeated (3)**
395:14 448:16 553:3
**rephrase (2)**
447:11 618:19
**Reply (4)**
376:21 377:2,16
641:12
**report (33)**
441:11 467:7,14,15
467:19,20,21,23
468:13,13,16,17,18
468:22 469:2,4,12
469:13 475:4
490:18 526:17,22
530:10 556:18
558:17 600:3 601:4
601:9,11,15 602:12
615:22 620:22
**reported (6)**
362:24 474:23 490:15
517:24 558:12,21
**reporter (9)**
363:13,14,15,16
366:14 367:10
368:2 500:17
535:24
**reporting (4)**
366:14,16 557:24
614:3
**reports (2)**
385:10 468:8
**represent (4)**
367:24 375:15,16
550:13
**representation (1)**
411:22
**represented (1)**
375:11

**reproach (1)**
532:11
**reputation (1)**
532:11
**request (5)**
370:24 371:10 552:15
552:16,17
**require (1)**
372:18
**required (8)**
381:2 427:18 429:10
434:9 468:15
480:17 507:5 586:7
**requirement (2)**
537:11,14
**requirements (1)**
634:10
**requiring (2)**
372:16 503:19
**rereading (1)**
556:6
**reside (1)**
582:16
**resided (1)**
384:7
**residence (2)**
472:8 483:24
**resident (5)**
394:20 416:21 454:2
472:3,15 478:17
581:25 582:2,9
**residential (2)**
459:24 467:12
**residents (9)**
420:24 421:4,16
451:3 453:5 479:3
582:12,14 607:2
**resides (1)**
405:8
**residing (1)**
477:2
**resign (7)**
570:22,25 571:3,4,8
571:12 585:23
**resignation (2)**
529:23 570:23
**resignations (1)**
570:22
**resolved (3)**
583:22 584:9,21
**resort (1)**
417:11
**respect (7)**
561:13,16 597:15
601:9,15,24 602:4
**respirations (1)**

549:2
**respond (9)**
375:21 449:24 462:16
494:23 496:8
591:16,22 592:2
611:8
**responded (2)**
440:16 468:20,21
610:7 611:7
**responding (5)**
422:5 461:22 462:18
596:10,12
**response (7)**
388:20 416:12 468:24
510:17 547:23
564:9 578:13
**responses (1)**
595:14
**responsibilities (6)**
380:6 406:20 413:16
413:22 568:6,13
**responsibility (5)**
405:17 409:17 444:7
511:10 570:16
**responsible (14)**
381:15 382:10 386:4
405:11,19 406:7,13
407:2,9 408:3 412:9
412:18,25 461:10
**rest (3)**
547:13 587:2 610:16
**restaurant (1)**
456:17
**restaurants (3)**
397:9 456:14 457:20
**restrained (2)**
470:4,9
**restricted (1)**
456:13
**results (3)**
537:24 622:7,9
**resumed (1)**
367:13
**retained (1)**
369:6
**retaliation (1)**
449:25
**retired (4)**
368:25 437:12 588:7
589:20
**retirement (2)**
568:20 569:19
**retrieving (1)**
492:4
**return (3)**
419:21 450:25 571:9

**returned (1)**
624:14
**review (29)**
377:11 378:8 439:7
451:2 468:8 469:22
471:20 476:23
481:9 483:10,17
485:22 487:10
489:21 491:10
492:11 497:24
509:7 526:11 530:7
530:25 534:13
535:14 538:6,21
540:9 556:5,8
618:10
**reviewing (1)**
524:11
**reviews (2)**
585:25,25
**rewritten (2)**
526:18,25
**RexCorp (3)**
363:11 364:17 366:9
**re-certification (1)**
634:5
**re-certified (1)**
588:24
**re-swear (1)**
367:10
**Richard (29)**
504:4 506:23 508:12
515:2,4,13 516:3,6
520:18 521:2,17,24
537:8 554:25 556:3
556:20 557:8
558:12 560:20
561:13 562:5 575:7
575:18 576:3
599:14 610:13,19
611:16 636:8
**Richie (2)**
610:15 611:7
**rid (2)**
557:18 560:19
**ride-off (1)**
434:9
**ridiculed (1)**
470:11,22
**right (115)**
368:16 369:16 370:8
370:17 372:14,20
373:2,14,16,20,21
373:23 374:13,16
374:19 375:4,16
376:2 379:6 381:8
385:6 388:14

389:15,19,21
392:18 397:17
399:5,18 406:24
408:10,13,14,21
409:12,13,17,25
411:3,13,21 414:15
414:24 415:8,17,22
419:8 424:4 425:11
425:12,13,19,20
428:2,20,21 434:25
435:5 445:9 451:14
455:17 456:5,22,23
460:11 462:8
469:19,23 470:19
473:13,16 478:5,20
489:22 494:18
504:2,6 505:23,24
506:2,13,21 510:12
511:22 517:17
518:4,18,19,21,24
519:22 523:4 531:3
534:3 539:18
551:16 556:15,16
561:4 563:7 564:20
568:11 574:2,4
576:16 582:10
595:23 607:19
616:20 624:13
627:25 632:5
634:22 636:12
639:5
**rights (2)**
623:15,20
**risk (6)**
437:8 438:3 474:25
475:6 494:23
543:14
**River (1)**
365:7
**Rivkin (3)**
363:11 364:12 367:5
**RMR (2)**
362:25 640:24
**road (7)**
365:7 417:15,19,19
417:20,20 514:5
**roads (1)**
419:5
**Rob (1)**
575:2
**Robert (3)**
514:3,7 628:8
**rock (1)**
404:6
**rocket (1)**
435:13

**Rogers (7)**
362:11 364:15 581:2
581:5,22,24 582:5
**role (10)**
380:6 387:10,12
392:20 433:5
437:16 457:5
509:18 527:15
570:4
**room (1)**
501:17
**rope (6)**
581:4,7 583:18 584:8
584:13,23
**rotate (2)**
411:10 493:15
**rotated (1)**
493:17
**Rough (1)**
420:7
**round (1)**
374:2
**row (1)**
494:10
**RPR (2)**
362:25 640:24
**rug (4)**
522:22 523:9,14,20
**ruled (1)**
374:5
**rules (1)**
385:25
**rumor (16)**
433:10,22 434:2
435:11 480:25
482:16,21 485:8
488:4 489:14 491:2
496:15,20 535:9
559:6,10
**rumored (1)**
478:11
**rumors (4)**
486:10 559:2,5,9
**run (5)**
444:22 445:16,21
582:20 595:20
**running (8)**
435:3 512:12,14
513:4,18,19,20
604:12

---

**S**

**S (5)**
364:2,9 365:2 367:12
367:12
**safe (2)**

600:18 603:14
**safety (6)**
438:3 442:12 443:10
474:25 475:6 566:9
**sake (2)**
493:8,23
**salaries (1)**
566:10
**salary (9)**
370:14,17,24 372:5
566:15,16,17
567:18,21
**sale (1)**
478:16
**sales (1)**
478:12
**SANCHEZ (1)**
362:15
**sanction (1)**
486:2
**sanctions (2)**
631:16,22
**sand (1)**
514:9
**Sanpietro (2)**
365:14 366:12
**sat (1)**
597:20
**satisfied (1)**
443:5
**satisfy (1)**
415:12
**Saturday (2)**
463:12 464:20
**saw (12)**
365:7 378:12 397:20
401:21 411:17
432:25 464:4
502:10,16 510:5
517:12 613:25
**saying (27)**
391:24 393:9 396:19
397:13 403:7
430:10 432:14
439:18 441:11
451:8,15 452:13,18
474:7 510:3 522:2
538:12 539:2
544:10 545:7 569:2
589:15 611:4 612:5
615:12,14 624:2
**says (8)**
381:25 393:14 396:23
406:13 470:18
524:6 534:6 608:19
**scales (1)**

608:8
**scared (1)**
549:15
**scene (20)**
508:16,22,23 509:3
509:10,11 511:15
610:20,23 611:2,6
611:12 613:13,15
613:17 614:8,12
615:25 617:2
622:13
**scenes (1)**
509:14
**schedule (7)**
411:10 458:6,8
463:18 513:12
579:2 609:21
**scheduled (3)**
461:12 462:5 609:16
**schedules (1)**
456:13
**scheduling (2)**
461:11 553:23
**school (2)**
376:12 461:18
**scope (3)**
581:20 587:8 606:14
**Scott (1)**
581:23
**Scotty (1)**
582:4
**sealed (1)**
488:19
**Sean (5)**
607:21 608:12 618:4
633:9 638:17
**season (39)**
369:11 409:5,8,11
410:7,9,14,17
411:19 424:7,10,13
425:15 454:15
455:3,8,12,14,20,20
455:23,25,25 456:6
456:7 458:11 459:7
459:13 460:4,13,20
464:8,18,23 473:24
477:3,3 602:25
635:16
**seasonal (25)**
423:4 425:13,14
430:15 431:8
455:15,19 458:12
458:13,15 460:5,23
462:4 464:9 466:10
466:18 492:20
493:10 494:4

547:18 571:17,18
602:18,25 634:8
**seasons (5)**
409:21 410:3 424:17
455:18 458:12
**Seaview (1)**
587:11
**second (7)**
366:18 399:23 527:22
529:13 537:10
629:15,17
**secondary (1)**
510:21
**secondly (1)**
452:9
**second-floor (1)**
485:4
**secure (8)**
488:15 489:4,11
508:16 509:3,14
510:6 613:13
**secured (1)**
509:9
**securing (3)**
508:21 509:11 613:15
**see (63)**
378:23 379:7 380:7
381:18 383:5
384:17 385:12
386:12 390:21
393:6,14 396:5
399:25 400:4,8,11
400:15,18,22,25
401:6,9 405:25
412:11,20 413:2
426:5,13 427:20
433:19 435:22
442:19 444:13
450:6 451:5,20
452:15 463:10
468:22 470:13
477:6 478:4 481:14
484:9 486:17
492:17 493:2 518:9
524:7 531:8 532:17
536:17 539:13
545:19 547:4
553:17 558:4 573:3
599:2 603:23
619:23 621:2
626:21
**seeing (3)**
441:9 469:2 601:14
**seek (1)**
549:17
**seen (7)**

438:17 517:21 529:8
573:8 597:16,18
624:16
**Seglakis (1)**
478:15
**self-defense (1)**
517:19
**sell (1)**
608:7
**selling (3)**
478:19,24 608:4
**semantical (1)**
582:13
**sense (4)**
415:7,8 490:5 547:24
**sent (3)**
585:25 586:2,8
**sentence (8)**
382:10 384:13 393:3
406:13 412:23
450:24 529:14
534:10
**September (33)**
368:22 379:4,5
383:25 391:14
396:10 408:9
412:14,14 413:5,13
418:19 436:9
443:13 475:13
476:10 479:11
484:22 485:9
497:16 500:10
501:13,19 502:17
502:17 503:11
541:22,23 568:15
569:18 570:2,5,17
**sergeant (17)**
379:13 414:22 416:6
433:24 440:10
463:9 481:19
565:11 566:17,25
567:2,5,6,13 570:11
571:25 572:18
**series (3)**
367:25 377:4 451:2
**serious (5)**
490:8 495:22 516:4
549:7 591:11
**serve (1)**
619:24
**served (7)**
449:19 556:20 558:13
561:14 562:5
636:13 637:12
**service (22)**
362:15 379:13 395:16

421:25 428:19
429:11,12,15,17
430:9,14 431:23
435:21 436:21,24
454:11 545:24
565:10,15,19
588:14,17
**serving (4)**
556:22 557:12 558:23
599:14
**sessions (1)**
634:7
**set (12)**
405:22 444:18 465:25
486:7 490:14
540:13 553:13
569:20,22 574:7
640:13,22
**setting (6)**
385:16 386:5 568:3
570:4 574:4 586:23
**settled (4)**
547:7,8 583:24 584:7
**settlement (1)**
584:15
**seven (2)**
418:7 464:12
**severe (1)**
442:12
**severely (2)**
430:6 456:13
**sex (2)**
480:19 481:4
**sham (4)**
534:10,16,20,24
**SHEET (1)**
642:2
**shield (5)**
506:15 529:14,17,20
569:6
**shift (35)**
406:22,23 411:2
416:11,14 434:20
445:4,13 446:5
450:6,11,21 457:17
457:18,24 458:14
458:15 459:22
460:19,20 463:8,13
464:22 472:24
494:8 536:16 596:3
596:3,5,6,7,18
597:9,9 635:21
**shifts (32)**
385:5 410:21,21
411:7,11,12,14
412:4 416:23

412:4 416:23
431:23 432:4 444:5
445:25 446:12,16
450:24 456:8,24
457:7,9 458:10
460:22 461:11
462:11 463:22
473:12 492:15
493:11,12 494:5
595:17,17
**shit (1)**
530:11
**shock (14)**
548:3,7,11,22,25
549:5,5,6,13,21
625:16,18 626:2,7
**shocking (1)**
549:15
**short (1)**
444:25
**shorter (1)**
418:12
**shortly (1)**
378:16
**short-handed (2)**
430:7 571:15
**short-term (2)**
596:9,15
**show (4)**
462:21 497:8 618:24
620:16
**showed (1)**
497:7
**shown (1)**
621:9
**side (2)**
539:22 540:2
**sidearm (3)**
529:15,17,21
**sign (3)**
377:21 468:6 569:4
**signature (5)**
377:18,25 498:2
499:25 642:20
**signed (1)**
378:9
**silence (8)**
390:21 391:2,17,23
392:3,22 396:3
400:25
**silencing (6)**
398:20,23 401:7,10
403:10,13
**silly (1)**
569:3
**similar (3)**

378:4 466:19 599:13
**simple (1)**
538:8
**simply (1)**
599:6
**singled (4)**
542:16,18,23 543:3
**sir (12)**
385:24 406:15,18,24
426:3 432:2 450:8
482:10 498:2 538:8
538:13 539:4
**sit (17)**
376:3 380:11,20
381:22 384:21
438:9 476:15 478:8
490:23 508:2
514:15,23 524:9
527:17 560:8
596:16 597:8
**sites (2)**
454:19,22
**sitting (4)**
555:11 559:15 595:17
632:20
**situation (9)**
423:9 450:12 495:4
507:14 508:3
510:16 597:11
613:16 625:25
**situations (1)**
595:24
**six (4)**
418:13 449:12 464:9
464:12
**size (2)**
392:20 485:16
**sketchy (1)**
517:23
**skillset (1)**
587:4
**skip (1)**
381:14
**sleep (1)**
629:16
**sleeping (1)**
544:25
**slow (2)**
419:7,8
**small (4)**
392:16 449:6 555:19
555:20
**smarter (1)**
427:7
**Snyder (52)**
362:6 365:16 404:12

423:19 449:18,22
450:5,9,19 451:2,7
451:15,19,23 452:5
452:13 453:2
467:15 483:21
484:6 485:10
501:16,16,19,21
503:19 504:15
507:19,21 522:4,11
522:13,19 523:7,17
523:22 525:17
527:5,9 530:13
537:5,12,16,20,23
543:6,17 546:11
598:19 599:4,25
600:15
**Snyder's (3)**
390:4 450:2 530:10
**socialize (1)**
476:9
**socializing (1)**
486:16
**solve (1)**
415:6
**somebody (23)**
375:2 432:11,13
445:6 477:16
497:15 510:16
516:10 519:19
540:5 556:13
557:23,25 558:7
578:10 587:20
593:7 604:13
605:14 606:18
608:13 615:13
623:14
**someone's (1)**
439:24
**somewhat (1)**
490:8
**sorry (9)**
389:14 402:5 416:5
490:17 500:18,19
512:22 535:20
564:20
**sort (3)**
567:25 603:22 609:6
**source (23)**
403:21 413:19 420:9
429:17 430:9 432:6
432:10 433:21
435:12 438:24
446:14 448:4,11
449:7 478:4 482:17
482:22 485:9 488:5
489:8 491:3 535:9

609:24
**south (4)**
417:24,25 418:25
419:4
**speak (3)**
371:3 587:14 636:20
**speaking (6)**
393:5 522:11 551:10
557:10 564:23
569:18
**speaks (2)**
632:16,18
**special (2)**
596:22 634:7
**specialist (2)**
365:14 366:13
**specific (4)**
438:11 459:20 586:12
612:11
**specifically (6)**
428:3 454:7,9 544:9
629:20,23
**spend (4)**
431:23 454:16 492:14
493:10
**spending (1)**
432:4
**spent (3)**
376:13 428:16 478:24
**spoke (18)**
374:24 495:15 500:15
500:20 520:16,20
527:6,9 544:5
546:10 551:21
621:25 623:7
624:13 630:6
634:21 635:3
636:19
**spoken (7)**
374:21 495:23 551:13
553:24 624:6
634:15 636:4
**spot (3)**
493:21 494:10 604:17
**ss (1)**
640:5
**stamped (1)**
499:15
**stand (7)**
493:7,23 494:17,21
495:21 496:5
572:20
**standards (2)**
383:4 436:20
**standing (1)**
492:15

**standpoint (1)**
417:9
**stands (1)**
421:11
**start (11)**
366:2 450:5 453:18
513:10,16 520:9
531:3 549:4 598:12
604:19 628:23
**started (3)**
422:2 595:7 612:21
**starting (3)**
395:12 410:5 547:9
**starts (2)**
405:24 548:25
**state (7)**
363:16 384:12 386:9
386:16 534:5 640:4
640:9
**stated (2)**
527:21 533:5
**statement (38)**
380:9 384:22 390:17
406:15,19 412:15
413:6 436:5,25
437:4 438:19 446:9
472:12,14 519:5
527:8 535:12
539:15 617:21,25
618:3,6,8,12,22
619:6,21 620:2,17
620:21,24,25 621:2
621:4,5,6 623:14
627:3
**statements (29)**
531:11,23 532:4,9,13
534:6 535:5,17
536:5,14 606:12
612:14,17 613:4
618:11,25 619:25
621:11 622:17,20
622:22,25 623:16
624:2 634:24
637:10
**STATES (1)**
362:2
**stating (1)**
534:8
**station (34)**
435:14 445:6 452:11
467:23 477:25
494:2,22 511:18,22
511:23 512:17
515:12,14,19
518:15 521:8 548:9

549:24 555:2,19,23
557:13 558:2,3
562:7 595:21
596:17 598:19
610:16 611:15,22
613:3 615:14 630:9
**stationed (1)**
492:21
**stay (7)**
453:22 464:4,5 465:7
493:21 549:23
550:2
**stayed (2)**
456:18 464:19
**staying (1)**
624:11
**step (1)**
596:10
**steps (2)**
600:7,10
**Steve (2)**
365:14 366:12
**stick (1)**
428:11
**stip (1)**
584:11
**stop (9)**
374:9 431:2 435:3
453:10 477:8
478:18 513:4
569:25 581:21
**stopped (5)**
381:7 544:12 567:25
568:2 587:18
**story (6)**
516:24 517:8 519:17
539:22 540:2
549:16
**straight (1)**
514:11
**strange (1)**
614:6
**street (3)**
461:17,24 546:20
**streetlight (1)**
492:16
**streets (3)**
459:24 466:24,25
**stressful (1)**
422:10
**strike (7)**
570:24 605:21 614:5
614:17 616:13
630:8 631:2
**structure (1)**
465:25

**stuff (3)**
560:3,6 573:11
**subject (10)**
405:18 410:19 412:10
428:15 475:12
481:23 484:14
485:25 631:16,21
**submit (3)**
529:23 535:5 575:11
**subordinate (3)**
385:7 495:24 605:16
**subpoena (5)**
375:8 564:10,14,17
564:22
**subpoenaed (2)**
375:5 564:12
**Subscribed (2)**
639:17 642:21
**subsequent (2)**
469:13 636:15
**subsequently (2)**
528:25 627:14
**substance (7)**
391:22 392:2 441:4
522:21 523:10
545:14 546:15
**succeed (1)**
452:21
**sue (2)**
373:2,20
**sued (2)**
581:4 583:10
**suffering (3)**
548:24 549:12,20
**Suffolk (39)**
362:14,14,14 386:10
386:17 405:8
427:19 428:19,25
429:7,9,10,12,17
430:9,13 431:22
435:22 436:21,24
440:16 442:10,16
442:18 443:16,23
443:25 461:19
488:23 502:4 503:3
503:8 525:8,15,25
588:9,16,23 634:3
**suggest (3)**
411:23,24 526:22
**suing (1)**
388:23
**suit (2)**
584:4,6
**sum (7)**
391:22 392:2 441:4
522:20 523:9

545:13 546:15
**summer (6)**
417:10,12 422:10
448:20 455:12
464:8
**summers (1)**
478:25
**summons (3)**
488:5,10 601:6
**summonses (11)**
419:20,25 420:10
481:14 482:5,7,13
482:19,23 485:13
577:19
**Sun (1)**
479:3
**Sunday (3)**
463:13 464:22 572:14
**Sundays (2)**
572:3,4
**superior (1)**
495:24
**supervise (1)**
574:12
**supervised (2)**
585:10 586:6
**supervising (5)**
405:20 411:3 412:19
413:2 465:21
**supervision (6)**
393:17 405:12 406:8
406:14,21 407:2
**supervisor (5)**
568:9 597:3 610:11
610:14 629:7
**supervisory (2)**
416:7 568:6
**supplying (1)**
552:13
**supposed (2)**
396:5 556:12
**Supreme (1)**
374:4
**sure (18)**
382:5 383:9 388:3
403:6 409:2 437:21
442:4 445:5 515:18
522:12 530:5
545:17 562:3 591:2
592:9 594:3,14
617:18
**Surf (4)**
417:15,19,19,20
**surprise (4)**
594:21,25 607:15
625:5

**surprised (11)**
369:21,25 559:15,16
559:20,23 560:2,11
606:22 607:6,11
**surrounding (1)**
535:6
**surveillance (1)**
480:13
**suspected (3)**
607:18,24 608:4
**suspend (1)**
528:2
**suspended (4)**
518:22 519:2 528:4
529:20
**swearing (1)**
377:25
**swept (3)**
522:21 523:13,20
**Swift (1)**
571:7
**sworn (5)**
367:13 368:3 639:17
640:13 642:21
**system (1)**
428:24

**T**

**T (3)**
367:12 640:2,2
**take (44)**
371:13 382:18 417:25
418:6,23 419:3
427:17 433:4
434:20 447:13
465:4 472:7 473:16
473:19 493:19
508:24 512:5,6,7
513:23,24,25 514:8
514:10 519:24
523:16 532:4 546:4
547:8 556:2,7,16,17
577:9 587:18 598:4
600:10 613:17
619:5 622:20
623:14 627:3,9
628:13
**taken (26)**
366:20 418:9 435:4
442:7 450:10 451:9
453:7,16 472:6,21
491:22 505:21
520:7 531:22
533:16 539:5
555:25 556:18
565:18 598:10

600:7 618:25
620:18 621:6
624:16 628:14
**talk (19)**
378:17 391:7 414:11
417:3 431:12
460:19,22 463:15
496:25 497:4 500:6
503:15 516:11
522:4 552:24
556:11 558:5 587:9
605:13
**talked (4)**
517:12 536:3 576:14
626:20
**talking (13)**
457:15 458:5 476:2
524:12 549:14
580:19 593:8,9,16
593:22,23 622:9
628:15
**tape (10)**
366:3 449:16 453:14
453:19 509:15
520:5,10 598:4,8,13
**taper (1)**
456:12
**target (4)**
623:19,22,25 624:5
**taxi (5)**
512:5,7,16 513:7,15
**taxis (3)**
512:14 513:4,16
**technically (1)**
569:5
**telephone (3)**
502:7 521:14 529:17
**tell (51)**
382:2,13 422:14
433:9 453:4 469:20
470:7 471:18
475:23,25 476:21
481:7 483:8,16,20
485:20 487:9
489:20 491:9 492:9
497:23 521:3,25
526:9 530:5,23
538:5,20 540:8
544:24 545:3
549:18 550:11
551:7 555:24
560:22 575:24
576:19 583:13
588:17 589:9,11
597:19 613:25
614:25 615:9,10

621:2 627:5 628:9
632:21
**telling (3)**
471:23 597:23 609:22
**temporarily (2)**
416:10 445:11
**temporary (2)**
445:5 446:6
**ten (16)**
417:18 453:11 461:9
473:19,24 592:12
592:15,21,24 593:6
593:7,10,15,16,23
594:5
**tend (1)**
516:13
**tended (1)**
515:13
**tension (1)**
578:23
**tenure (1)**
380:4
**terminable (1)**
592:4
**terminal (3)**
512:17,18 513:2
**terminate (3)**
527:25 528:6 570:19
**terminated (5)**
527:14 544:19 557:8
557:19 571:2
**termination (6)**
369:18 518:23 519:3
528:3,4 570:24
**terminations (1)**
430:15
**terms (8)**
369:17 371:17 372:6
414:8 470:2 524:11
568:2,3
**test (1)**
589:6
**testified (58)**
367:15 368:8 369:9
392:15 399:13
410:20 495:12
505:8 522:18
523:23 547:22
555:5 557:2 560:4,7
561:17,22 562:2,9
562:17,21 565:5
567:23 573:11
576:8 579:24
580:11,20 581:14
582:7 585:5 588:6
589:19 591:4,10,14

592:11 595:16,19
595:22 597:11
598:17 602:14,16
603:4 607:16 610:3
611:25 616:15
618:4 621:23
626:10 630:17,22
631:5 632:2,6,23
**testify (4)**
545:9 547:11 563:10
622:14
**testifying (4)**
522:22 523:3 555:3
576:18
**testimony (19)**
371:22 378:5 410:23
416:19 438:7,8
472:4 554:14
562:19 563:22
589:17,24 591:7
629:19 631:10
632:16,18,22
640:15
**tests (2)**
427:18 589:14
**thank (10)**
367:20 387:20 550:5
550:7 554:6,11
597:7 612:12
638:25 639:6
**thereof (1)**
380:17
**thing (12)**
370:8 409:18 442:2
444:13 445:5
505:12 509:12
547:6 556:17 574:2
578:9 610:10
**things (18)**
368:14 378:16 407:13
447:14 465:6
560:11 569:4
572:25 573:20
578:11 594:10,13
607:12 610:4
612:11,23 613:19
634:12
**think (102)**
375:2 386:22 387:19
390:14 391:14
417:5 421:3 422:16
422:19 424:21
427:9 433:3 437:20
438:15 449:5,16
453:23 454:25
478:13 479:2 480:3

485:16 488:24
490:3 496:19
500:20,25 501:25
502:2,5,25 503:14
507:17 510:17
515:24 516:15
519:25 522:24
525:5,20 531:13
534:5 548:2 549:20
551:21 552:2,6,12
552:25 557:2 558:3
559:8 561:18,21,22
563:21 564:14
564:21 565:25
567:15 569:9 571:7
576:6 580:6 581:9
582:14,14,15
583:23 584:14,14
584:15 590:21
591:13 594:11
598:3 602:16
605:11 607:17,17
608:6,6 609:16
611:16 619:3,4,5,19
620:15 622:23
623:9,10,24 624:5
624:14 631:9,10
635:6 636:12
637:12,15
**third (3)**
583:18 584:19 585:2
**third-floor (2)**
483:24 485:3
**third-story (1)**
485:5
**Thomas (8)**
362:6,21 363:10
365:16 639:14
640:11 641:5 642:4
**Thompson (2)**
364:5 366:25
**thorough (4)**
524:23,25 621:24
622:11
**thoroughness (3)**
622:3,6 625:10
**thought (15)**
389:13 425:7 462:9
475:5 479:22 521:6
523:18 525:18
532:11 542:16
553:2 603:14 610:4
614:10 621:24
**thousands (2)**
531:23 637:9
**threat (2)**

422:18 570:24
**three (44)**
368:21 418:12 444:23
460:5,16 462:20
463:19 464:14
492:14 493:3,11,12
494:5,10 495:21
498:23 505:15
506:5 508:4,16
509:3,19 510:24
511:8,14 515:3,25
516:25 517:4
582:12 583:12,13
611:7 621:15 622:2
622:12 623:5
628:15 633:6 635:8
636:10,13,18
637:13
**threw (1)**
491:15
**throwing (2)**
491:7,19
**thuggery (4)**
425:25 426:11,13,16
**Thursday (3)**
465:6,7 553:14
**Thursdays (1)**
463:11
**ticket (1)**
592:23
**tied (1)**
519:11
**time (151)**
366:21 368:24,25
370:13 376:13
378:23,25 379:3
386:21 387:6
391:11,12,13 407:4
412:13 413:13
419:11,15 420:6
423:5 424:23
428:16,17,22
429:18,23 430:5
433:11 443:12
444:14,14,25 447:3
449:11 451:8
453:14,19 454:16
456:4 457:5,8,14
458:5 460:25
461:14 462:3
463:16,17 466:3,5
467:25 468:2 470:9
472:20,25 473:15
473:24 474:6
475:17,17 477:5,6
479:10 482:11

484:21 485:9 487:3
496:23 498:14,18
500:8 501:12,18
502:23 503:17
504:8,12,21 505:3
505:10 506:4,13
508:5 511:16,17
513:19 515:5,9,10
517:6,11,13,20
518:4 519:18 520:4
520:10 523:18
525:6,13,15 528:5
532:2 539:21 541:7
541:13,17 544:11
546:8,25 547:8
551:22 552:11
553:17 555:12
556:7 567:4,24
569:19 571:14
573:7 574:11
577:22 579:3
583:24 595:13
597:21 598:2,7,13
600:15 604:9
614:11,13,17,20,22
615:24 616:3
622:25 624:4,12
629:6 630:10
632:14 634:20
639:8,10
**times (16)**
397:10 405:9,24
422:6 434:10,13
460:16 464:16
465:2 466:22
505:10 544:6
546:11 547:3 549:9
583:9
**tirade (1)**
606:20
**tireless (1)**
395:14
**title (9)**
369:6 379:13 565:10
565:15,19 567:8
568:16 569:16,17
**titles (1)**
569:15
**Tobacco (1)**
502:5
**today (41)**
366:14 367:22 375:12
376:3 378:5 380:12
380:20 381:22
384:21 387:24

438:9 476:15 478:8
490:23 508:2
514:15,23 524:9
527:17 554:14
555:11 559:15
560:4,7 561:17
562:17 564:11
573:11 576:15
588:5 589:17 591:4
595:16 602:15,16
630:17 632:10,20
632:22,24 639:8
**today's (1)**
562:22
**told (30)**
370:2,9 373:12 471:4
479:11 493:6,23
494:13 516:24
519:6 521:4 522:14
523:7,15 530:14,19
542:14 545:3
550:17 552:19
574:20 579:12
581:16 583:23
584:10 588:23
595:9 600:15 601:6
607:4
**Tom (12)**
467:2 478:15 522:4
522:11 546:11
547:4 578:24
586:24 598:19
599:4,25 600:15
**Tommy (1)**
423:19
**top (2)**
524:5 613:5
**total (2)**
396:12 496:5
**tour (18)**
416:8 506:21 568:8
571:23,24 572:17
573:2,2,6 579:5,9
596:24 597:2,3,16
600:19 603:7
609:13
**tournament (2)**
553:11 564:25
**tours (5)**
434:10 571:15 572:16
600:16,17
**tower (1)**
454:20
**towers (1)**
454:22
**town (10)**

459:25 460:6 461:15
461:16 493:16,17
502:2,23,25 546:23
**traditionally (1)**
613:14
**trained (5)**
383:10,19 421:24
442:16 443:15
**training (19)**
383:3,7,11 384:14
405:20 412:19,25
442:18 443:24
461:18 568:12
585:10 586:7 595:8
633:17,24 634:5,6,7
**TRANSCRIPT (1)**
642:2
**transpired (1)**
515:21
**transport (2)**
472:2,6
**transporting (1)**
472:15
**treated (3)**
376:19 542:4,11
**treating (1)**
415:18
**treatment (3)**
405:19 412:11 557:23
**trial (1)**
584:17
**tried (6)**
376:14 462:10 518:13
579:2 622:24
636:20
**trip (2)**
382:3 587:19
**trips (1)**
577:11
**trouble (1)**
441:12
**truck (5)**
418:24,25 578:2,14
627:19
**trucks (1)**
418:22
**true (22)**
428:12 438:13 445:23
452:8,24 453:2
472:12,13 481:18
481:23 484:15
485:24 490:8
494:20 527:7
535:19 536:2
582:10 590:8
591:20 600:14

640:14
**Trust (1)**
428:7
**trustee (9)**
394:16 414:2,3
432:16,22 433:9
580:25 582:3,18
**trustees (7)**
413:25 575:6 579:19
580:2 581:14 582:6
582:17
**truth (3)**
422:14 471:24 614:25
**truthful (1)**
378:6
**try (7)**
477:17 511:10,16,25
514:17 589:4 633:5
**trying (12)**
379:18 382:3,4
451:10 464:6 477:8
510:18 516:21
519:14 540:4 612:9
618:16
**TSG (2)**
366:13,15
**Tuesday (2)**
463:14 553:13
**Tuesdays (1)**
465:8
**turn (8)**
395:20 398:4,7 400:8
400:11 524:3
538:18 554:16
**turned (2)**
518:10 546:2
**turning (3)**
395:13 402:2,8
**twelve (1)**
466:10
**twenty (3)**
421:23 466:9 544:2
**twenty-year (2)**
422:24 625:20
**two (30)**
417:16,21 419:9,14
419:14 432:17
444:23 455:8,9,12
455:13 456:20
458:18 459:16
460:3,7 463:19
484:2 493:2 517:5
540:12,18 566:11
568:23 572:17
581:13 605:25
607:17 614:6 623:6

**two-minute (1)**
598:4
**Ty (1)**
425:2
**type (11)**
394:3 422:3 465:12
469:4 476:17 479:5
484:14,17 486:2
617:14 634:11
**typical (1)**
509:12

_____
**U**

**ultimately (1)**
406:24
**unable (1)**
585:17
**unanswered (1)**
451:3
**unaware (1)**
517:18
**uncertain (1)**
521:4
**uncertified (16)**
429:24 430:11 435:19
436:3 442:13 444:4
445:24 446:11,24
447:5 448:18
449:20 450:3
486:15 531:5 532:2
**uncompensatable (1)**
549:9
**underlined (1)**
524:6
**undermine (3)**
620:4,9,11
**underpatrolled (5)**
472:18 473:5,23
474:5,12
**understaffed (5)**
472:17 473:5,23
474:5,12
**understand (41)**
368:5 369:14 371:22
372:15 373:25
389:21,22,24 390:5
393:12 396:18
399:21 416:19
425:5 426:18,25
427:5 451:7,12,12
451:14 452:6 455:7
470:7 491:23
498:22 506:15
510:2,12 519:12,16
569:15 586:5
604:22 611:4 612:8

614:24 615:3
618:14,18 634:19
**understanding (9)**
385:23 386:3 390:25
444:9 470:8,15
523:6 525:16
526:15
**understands (1)**
427:10
**understood (3)**
377:24 387:6 580:19
**undertaken (1)**
534:14
**undertook (3)**
435:18 436:2 629:3
**undisclosed (1)**
624:12
**unfold (1)**
612:22
**unhappy (1)**
372:12
**uniform (13)**
395:19 396:20 397:3
397:7,11,19 400:2,5
401:18 431:24
432:4 433:11
471:25
**union (2)**
574:4,6
**Uniondale (4)**
362:22 363:12 364:18
366:9
**unique (1)**
508:4
**UNITED (1)**
362:2
**unlawful (3)**
405:19,21 412:10
**unlimited (1)**
629:11
**unlocked (1)**
467:17
**unqualified (6)**
431:7,10 435:20
436:4 437:24 532:4
**unquote (1)**
466:17
**unrelated (1)**
603:24
**unsafe (1)**
603:14
**unsuccessfully (1)**
454:3
**unsupervised (1)**
444:8
**untrained (1)**

444:7
**untruthful (1)**
378:12
**unwarranted (2)**
450:2 584:16
**upset (8)**
562:23 563:6,11,12
563:13,19 564:3
578:9
**use (8)**
379:9 442:24 542:25
593:3 595:11
604:24 632:6 634:6
**usually (8)**
456:17 457:9,10
458:16 459:15
463:10,19 466:2
**U.S (1)**
553:10

_____
**V**

**v (1)**
642:3
**vacation (1)**
609:11
**vacations (1)**
577:9
**vaguely (2)**
498:7,8
**vain (3)**
451:5 452:14,19
**values (1)**
395:16
**varying (1)**
410:21
**vehicle (7)**
407:15 447:7 495:16
512:9 603:21 628:6
628:10
**vehicles (4)**
418:18 446:25 448:2
542:15
**vein (2)**
599:13,21
**verbatim (1)**
527:20
**version (1)**
518:17
**versus (1)**
366:6
**veteran (1)**
625:20
**veterans (1)**
614:6
**victim (11)**
489:25 490:19 541:19

541:24 555:2
556:21,23 562:6
599:15 616:18,25
**victims (22)**
396:3 398:24 401:7
403:13 515:10
517:2 530:16,20
536:6,7,17,20 537:2
539:24 540:13,19
541:6 623:6 634:15
634:22 636:5,20
**video (3)**
365:14 366:13 639:8
**VIDEOGRAPHER...**
366:2,19,21 367:9
449:12 453:13,18
496:24 520:4,9
598:7,12 639:7
**videotape (1)**
382:14
**videotaped (3)**
362:20 363:9 366:4
**view (6)**
417:19 492:25 582:13
619:8,13 637:5
**viewed (2)**
574:25 619:12
**village (113)**
362:9 364:13 366:6
367:4 368:15 370:8
370:23 371:4,9,13
371:21 372:13,16
374:9 375:15 376:4
376:11,15,16,22
377:10,17 379:11
381:18 382:17,21
383:14,20 388:23
392:16,20,21
417:14,23 418:2
420:24 422:3,7
433:5,6 440:17,18
444:15 445:15
449:6 459:19,20
460:24,24 462:5
463:25 464:8,17,19
464:25 466:7,11
467:5,7,11 472:17
473:4,22 474:4,11
477:5,13 478:10,17
479:12 485:16,17
504:8,12,24 505:6
514:18 519:20
525:14 545:25
546:3 550:18,20
552:12,22,25
563:17 565:6,7,7,17

566:4 569:6,17,20
575:12 581:4
582:15,16,17,20
587:24 603:12,14
604:15,16,17,18,20
606:25 607:18
635:19,20
**Village's (2)**
371:5 372:20
**violate (7)**
395:24 398:14 400:19
402:16 430:19
471:6 556:24
**violated (1)**
556:10
**violation (9)**
436:21,24 443:14
446:2 481:17,18
486:3 556:4 596:18
**violations (1)**
536:21
**visit (2)**
604:12 605:24
**visitor (1)**
454:2
**visitors (5)**
451:4,10,17,25 453:5
**visits (2)**
603:7 604:10
**volunteering (2)**
553:10 564:24
**vote (1)**
575:15
**vow (1)**
433:8
**vs (1)**
362:8

_____
**W**

**W (3)**
365:9 367:6,12
**waiver (3)**
589:4,10,13
**walk (14)**
417:25 418:4,6,9
468:6 492:17,17,20
492:20,25 512:20
512:22 514:10
547:5
**walked (1)**
515:13
**walking (2)**
459:10 461:16
**Walks (1)**
405:7
**wall (6)**

390:20 391:2,16,23
392:3,21
**Walter (4)**
576:7,20,24 600:23
**want (33)**
368:13 378:17 403:6
409:25 421:10
437:21 438:18
439:6 441:17,22
462:7 522:21 523:8
523:13 544:3 546:4
562:11 569:14
578:14 579:10
584:12 588:4
589:16 591:3
595:15 596:21
600:22 601:23
603:3 606:7 609:5
616:12 617:7
**wanted (8)**
375:18 409:20 415:2
455:5 464:4 529:20
552:3 600:16
**wanting (1)**
375:3
**wash (6)**
542:14 577:17,18,22
578:2,14
**washing (1)**
544:13
**wasn't (41)**
371:6 372:24 373:9
386:15 390:10
406:22 416:17
434:25 438:18,20
446:2 454:11
465:25 504:11
506:20 509:13
510:11 514:20
516:9 518:12 534:7
534:8 560:7 563:3
564:15 572:21
573:6 574:5,19
586:11 594:16
595:25 597:13
614:16,19 624:11
626:21 627:12
629:8,20 630:2
**watch (2)**
446:6 581:18
**water (10)**
454:19,22 512:5,6,14
512:16 513:4,7,15
513:16
**way (25)**
372:21 373:6 379:13

397:21 421:12,20
421:21 425:8
432:12 449:17
495:15,23 549:19
559:14 568:19
607:10 609:19
610:2 612:22
617:16 628:11
630:5 631:11
633:12 640:19
**ways (1)**
512:3
**website (1)**
569:7
**Wednesday (4)**
362:23 366:10 465:5
553:14
**Wednesdays (2)**
463:11 465:8
**week (5)**
456:9 502:11 539:9
539:11 553:4
**weekend (4)**
456:8 464:11 473:3,9
**weekends (10)**
456:10 457:20 458:19
459:7,14 460:5,13
464:20 574:13,15
**weeks (4)**
455:8,9,12,13
**weight (1)**
582:19
**Welch (2)**
374:25 564:23
**welcoming (1)**
421:19
**went (29)**
368:19,22,24 376:12
381:6 386:24 387:2
391:10 407:16
426:14 434:21
454:10 465:8 518:6
518:9,10 567:24
571:13 575:10
576:11 586:20
590:19 606:19
622:7 623:11
624:13 626:11,19
627:18
**weren't (29)**
369:4,7 371:9 372:8
387:5 389:7,8,12,15
411:25 422:4
458:13 464:15
465:3,3 466:22
475:25 542:19

546:19 559:24
560:4 563:5 581:10
598:21 622:13
628:20 629:3 636:9
636:22
**west (4)**
417:20,21 418:8
419:10
**westerly (1)**
417:17
**western (1)**
417:15
**WHEREOF (1)**
640:21
**wide (1)**
419:6
**widest (1)**
418:2
**Wigdor (2)**
364:5 366:25
**willing (2)**
545:8 547:10
**window (1)**
404:7
**windows (2)**
577:17,23
**wine (11)**
555:2 556:20,22
557:11,12 558:4,13
558:23 561:14
562:6 599:15
**withdraw (1)**
542:8
**withdrawn (15)**
379:2 380:2 381:12
396:13 411:5
447:22 457:3
458:23 474:21
476:5 487:12 493:5
523:5 526:14 538:3
**withhold (1)**
556:13
**witness (36)**
367:10,13 489:4
519:8 531:7,23
532:4,8,13,17 534:3
535:11,16 544:4
550:7 601:20
608:20,24 609:4
618:10,24 620:17
620:20,21 621:5,6
621:10,11 622:20
622:24 623:25
637:9 640:12,15,21
641:3
**witnessed (5)**

401:13,17 485:10
486:25 487:5
**witnesses (7)**
396:3 398:21 401:2
403:10 581:8
622:13 624:16
**witnessing (1)**
483:22
**woman (4)**
517:2,5 546:21 623:6
**won (1)**
374:2
**word (6)**
379:10 386:4 399:21
426:20,24 534:23
**words (1)**
562:11
**work (25)**
368:21 376:9 411:18
423:23 437:15
458:4 463:10,12
464:2,3 539:12
573:6 576:4 579:3,5
579:9,10,20 588:8
600:17 603:24
**worked (30)**
376:8 385:4 410:22
411:2,7,8,12,14
422:12 423:14
424:21,22 428:24
444:15,18 463:7,23
463:24 498:19
500:9 502:4,23
545:10 547:13
588:24 590:13,22
590:23 609:13
629:9
**working (28)**
369:4,7 384:15 421:3
422:2,16,17,19
425:16 456:10
457:12,12 462:13
466:7 467:3 489:9
501:25 516:21
528:24 578:11
579:4 594:4 595:7
600:18 610:17
629:8 635:18,19
**world (1)**
624:9
**wouldn't (31)**
372:9 376:6 391:7
398:3 415:6 425:4,9
434:19 446:5
454:12 462:6

473:10 491:21
494:6 499:2 509:11
509:15 537:14
552:20 555:24
573:3,7 577:17,18
578:9 588:23
597:16 598:25
612:3 613:15 619:3
**wrap (1)**
520:2
**write (7)**
378:19 380:4,14
497:9 498:17,18
601:6
**writing (3)**
498:4,10 552:18
**written (13)**
379:14 385:10 490:4
498:14 499:3
517:13 557:4 566:3
568:22 601:4,12
602:9 618:22
**wrong (2)**
376:20 558:9
**wrote (6)**
371:4 379:20 382:5
382:20 498:11,25

_____
**X**
_____
**X (1)**
641:2

_____
**Y**
_____
**yeah (27)**
373:4 383:22 389:6,6
440:16 455:11
457:19 460:9
465:18 494:7 498:7
498:11 517:22
522:24 523:2 525:9
546:13 557:17,19
560:15 567:7
577:11 584:2 585:8
599:24 610:7 624:9
**year (7)**
371:7 425:16 476:13
566:5,5,12 567:13
**yearly (2)**
371:19 372:6
**years (18)**
376:8 378:21 379:24
387:13 389:2 417:8
421:23 466:9,10
489:2,10 490:11
498:23 566:11
567:10 584:24,25

592:25
**year-round (4)**
417:11 420:24 421:4
456:18
**Yep (2)**
374:14,17
**yesterday (1)**
544:3 632:2,4
**York (22)**
362:3,22 363:12,17
364:8,8,18 365:8
366:9 405:7,9
422:25 439:6
437:14 531:19
588:7 590:20 614:7
625:21 637:5 640:4
640:9
**youths (1)**
484:9

_____
**$**
_____
**$17,500 (1)**
374:16
**$2,600 (1)**
371:20
**$3,500 (6)**
372:7,9,17,22 373:19
374:13
**$600,000 (1)**
584:7

_____
**0**
_____
**01:39 (2)**
520:8,9
**01:40 (8)**
520:10,11,12,13,14
520:15,16,17
**01:41 (18)**
520:18,19,20,21,22
520:23,24,25 521:2
521:3,4,5,6,7,8,9,10
521:11
**01:42 (20)**
521:12,13,14,15,16
521:17,18,19,20,21
521:22,23,24,25
522:2,3,4,5,6,7
**01:43 (11)**
522:8,9,10,11,12,13
522:14,15,16,17,18
**01:44 (25)**
522:19,20,21,22,23
522:24,25 523:2,3,4
523:5,6,7,8,9,10,11
523:12,13,14,15,16
523:17,18,19

**01:45 (16)**
523:20,21,22,23,24
523:25 524:2,3,4,5
524:6,7,8,9,10,11
**01:46 (19)**
524:12,13,14,15,16
524:17,18,19,20,21
524:22,23,24,25
525:2,3,4,5,6
**01:47 (23)**
525:7,8,9,10,11,12,13
525:14,15,16,17,18
525:19,20,21,22,23
525:24,25 526:2,3,4
526:5
**01:48 (8)**
526:6,7,8,9,10,11,12
526:13
**01:49 (23)**
526:14,15,16,17,18
526:19,20,21,22,23
526:24,25 527:2,3,4
527:5,6,7,8,9,10,11
527:12
**01:50 (6)**
527:13,14,15,16,17
527:18
**01:51 (11)**
527:19,20,21,22,23
527:24,25 528:2,3,4
528:5
**01:52 (23)**
528:6,7,8,9,10,11,12
528:13,14,15,16,17
528:18,19,20,21,22
528:23,24,25 529:2
529:3,4
**01:53 (24)**
529:5,6,7,8,9,10,11
529:12,13,14,15,16
529:17,18,19,20,21
529:22,23,24,25
530:2,3,4
**01:54 (16)**
530:5,6,7,8,9,10,11
530:12,13,14,15,16
530:17,18,19,20
**01:55 (14)**
530:21,22,23,24,25
531:2,3,4,5,6,7,8,9
531:10
**01:56 (24)**
531:11,12,13,14,15
531:16,17,18,19,20
531:21,22,23,24,25
532:2,3,4,5,6,7,8,9

532:10
**01:57 (24)**
532:11,12,13,14,15
532:16,17,18,19,20
532:21,22,23,24,25
533:2,3,4,5,6,7,8,9
533:10
**01:58 (26)**
533:11,12,13,14,15
533:16,17,18,19,20
533:21,22,23,24,25
534:2,3,4,5,6,7,8,9
534:10,11,12
**01:59 (21)**
534:13,14,15,16,17
534:18,19,20,21,22
534:23,24,25 535:2
535:3,4,5,6,7,8,9
**02:00 (27)**
535:10,11,12,13,14
535:15,16,17,18,19
535:20,21,22,23,24
535:25 536:2,3,4,5
536:6,7,8,9,10,11
536:12
**02:01 (26)**
536:13,14,15,16,17
536:18,19,20,21,22
536:23,24,25 537:2
537:3,4,5,6,7,8,9,10
537:11,12,13,14
**02:02 (16)**
537:15,16,17,18,19
537:20,21,22,23,24
537:25 538:2,3,4,5
538:6
**02:03 (15)**
538:7,8,9,10,11,12,13
538:14,15,16,17,18
538:19,20,21
**02:04 (20)**
538:22,23,24,25
539:2,3,4,5,6,7,8,9
539:10,11,12,13,14
539:15,16,17
**02:05 (16)**
539:18,19,20,21,22
539:23,24,25 540:2
540:3,4,5,6,7,8,9
**02:06 (21)**
540:10,11,12,13,14
540:15,16,17,18,19
540:20,21,22,23,24
540:25 541:2,3,4,5
541:6
**02:07 (18)**

541:7,8,9,10,11,12,13
541:14,15,16,17,18
541:19,20,21,22,23
541:24
**02:08 (22)**
541:25 542:2,3,4,5,6
542:7,8,9,10,11,12
542:13,14,15,16,17
542:18,19,20,21,22
**02:09 (26)**
542:23,24,25 543:2,3
543:4,5,6,7,8,9,10
543:11,12,13,14,15
543:16,17,18,19,20
543:21,22,23,24
**02:10 (12)**
543:25 544:2,3,4,5,6
544:7,8,9,10,11,12
**02:11 (19)**
544:13,14,15,16,17
544:18,19,20,21,22
544:23,24,25 545:2
545:3,4,5,6,7
**02:12 (24)**
545:8,9,10,11,12,13
545:14,15,16,17,18
545:19,20,21,22,23
545:24,25 546:2,3,4
546:5,6,7
**02:13 (24)**
546:8,9,10,11,12,13
546:14,15,16,17,18
546:19,20,21,22,23
546:24,25 547:2,3,4
547:5,6,7
**02:14 (13)**
547:8,9,10,11,12,13
547:14,15,16,17,18
547:19,20
**02:15 (8)**
547:21,22,23,24,25
548:2,3,4
**02:16 (24)**
548:5,6,7,8,9,10,11
548:12,13,14,15,16
548:17,18,19,20,21
548:22,23,24,25
549:2,3,4
**02:17 (12)**
549:5,6,7,8,9,10,11
549:12,13,14,15,16
**02:18 (12)**
549:17,18,19,20,21
549:22,23,24,25
550:2,3,4
**02:19 (17)**

550:5,6,7,8,9,10,11
550:12,13,14,15,16
550:17,18,19,20,21
**02:20 (22)**
550:22,23,24,25
551:2,3,4,5,6,7,8,9
551:10,11,12,13,14
551:15,16,17,18,19
**02:21 (21)**
551:20,21,22,23,24
551:25 552:2,3,4,5
552:6,7,8,9,10,11
552:12,13,14,15,16
**02:22 (14)**
552:17,18,19,20,21
552:22,23,24,25
553:2,3,4,5,6
**02:23 (20)**
553:7,8,9,10,11,12,13
553:14,15,16,17,18
553:19,20,21,22,23
553:24,25 554:2
**02:24 (21)**
554:3,4,5,6,7,8,9,10
554:11,12,13,14,15
554:16,17,18,19,20
554:21,22,23
**02:25 (27)**
554:24,25 555:2,3,4,5
555:6,7,8,9,10,11
555:12,13,14,15,16
555:17,18,19,20,21
555:22,23,24,25
556:2
**02:26 (16)**
556:3,4,5,6,7,8,9,10
556:11,12,13,14,15
556:16,17,18
**02:27 (25)**
556:19,20,21,22,23
556:24,25 557:2,3,4
557:5,6,7,8,9,10,11
557:12,13,14,15,16
557:17,18,19
**02:28 (22)**
557:20,21,22,23,24
557:25 558:2,3,4,5
558:6,7,8,9,10,11
558:12,13,14,15,16
558:17
**02:29 (33)**
558:18,19,20,21,22
558:23,24,25 559:2
559:3,4,5,6,7,8,9,10
559:11,12,13,14,15
559:16,17,18,19,20

559:21,22,23,24,25
560:2
**02:30 (28)**
560:3,4,5,6,7,8,9,10
560:11,12,13,14,15
560:16,17,18,19,20
560:21,22,23,24,25
561:2,3,4,5,6
**02:31 (22)**
561:7,8,9,10,11,12,13
561:14,15,16,17,18
561:19,20,21,22,23
561:24,25 562:2,3,4
**02:32 (24)**
562:5,6,7,8,9,10,11
562:12,13,14,15,16
562:17,18,19,20,21
562:22,23,24,25
563:2,3,4
**02:33 (39)**
563:5,6,7,8,9,10,11
563:12,13,14,15,16
563:17,18,19,20,21
563:22,23,24,25
564:2,3,4,5,6,7,8,9
564:10,11,12,13,14
564:15,16,17,18,19
**02:34 (31)**
564:20,21,22,23,24
564:25 565:2,3,4,5
565:6,7,8,9,10,11
565:12,13,14,15,16
565:17,18,19,20,21
565:22,23,24,25
566:2
**02:35 (14)**
566:3,4,5,6,7,8,9,10
566:11,12,13,14,15
566:16
**02:36 (16)**
566:17,18,19,20,21
566:22,23,24,25
567:2,3,4,5,6,7,8
**02:37 (24)**
567:9,10,11,12,13,14
567:15,16,17,18,19
567:20,21,22,23,24
567:25 568:2,3,4,5
568:6,7,8
**02:38 (22)**
568:9,10,11,12,13,14
568:15,16,17,18,19
568:20,21,22,23,24
568:25 569:2,3,4,5
569:6
**02:39 (30)**

569:7,8,9,10,11,12,13
569:14,15,16,17,18
569:19,20,21,22,23
569:24,25 570:2,3,4
570:5,6,7,8,9,10,11
570:12
**02:40 (29)**
570:13,14,15,16,17
570:18,19,20,21,22
570:23,24,25 571:2
571:3,4,5,6,7
**02:41 (7)**
571:8,9,10,11,12,13
571:14
**02:42 (25)**
571:15,16,17,18,19
571:20,21,22,23,24
571:25 572:2,3,4,5
572:6,7,8,9,10,11
572:12,13,14,15
**02:43 (25)**
572:16,17,18,19,20
572:21,22,23,24,25
573:2,3,4,5,6,7,8,9
573:10,11,12,13,14
573:15,16
**02:44 (34)**
573:17,18,19,20,21
573:22,23,24,25
574:2,3,4,5,6,7,8,9
574:10,11,12,13,14
574:15,16,17,18,19
574:20,21,22,23,24
574:25 575:2
**02:45 (28)**
575:3,4,5,6,7,8,9,10
575:11,12,13,14,15
575:16,17,18,19,20
575:21,22,23,24,25
576:2,3,4,5,6
**02:46 (27)**
576:7,8,9,10,11,12,13
576:14,15,16,17,18
576:19,20,21,22,23
576:24,25 577:2,3,4
577:5,6,7,8,9
**02:47 (18)**
577:10,11,12,13,14
577:15,16,17,18,19
577:20,21,22,23,24
577:25 578:2,3
**02:48 (20)**
578:4,5,6,7,8,9,10,11
578:12,13,14,15,16
578:17,18,19,20,21
578:22,23

**02:49 (24)**
578:24,25 579:2,3,4,5
   579:6,7,8,9,10,11
   579:12,13,14,15,16
   579:17,18,19,20,21
   579:22,23
**02:50 (30)**
579:24,25 580:2,3,4,5
   580:6,7,8,9,10,11
   580:12,13,14,15,16
   580:17,18,19,20,21
   580:22,23,24,25
   581:2,3,4,5
**02:51 (17)**
581:6,7,8,9,10,11,12
   581:13,14,15,16,17
   581:18,19,20,21,22
**02:52 (21)**
581:23,24,25 582:2,3
   582:4,5,6,7,8,9,10
   582:11,12,13,14,15
   582:16,17,18,19
**02:53 (17)**
582:20,21,22,23,24
   582:25 583:2,3,4,5
   583:6,7,8,9,10,11
   583:12
**02:54 (25)**
583:13,14,15,16,17
   583:18,19,20,21,22
   583:23,24,25 584:2
   584:3,4,5,6,7,8,9,10
   584:11,12,13
**02:55 (16)**
584:14,15,16,17,18
   584:19,20,21,22,23
   584:24,25 585:2,3,4
   585:5
**02:56 (27)**
585:6,7,8,9,10,11,12
   585:13,14,15,16,17
   585:18,19,20,21,22
   585:23,24,25 586:2
   586:3,4,5,6,7,8
**02:57 (21)**
586:9,10,11,12,13,14
   586:15,16,17,18,19
   586:20,21,22,23,24
   586:25 587:2,3,4,5
**02:58 (19)**
587:6,7,8,9,10,11,12
   587:13,14,15,16,17
   587:18,19,20,21,22
   587:23,24
**02:59 (26)**
587:25 588:2,3,4,5,6

588:7,8,9,10,11,12
   588:13,14,15,16,17
   588:18,19,20,21,22
   588:23,24,25 589:2
**03:00 (31)**
589:3,4,5,6,7,8,9,10
   589:11,12,13,14,15
   589:16,17,18,19,20
   589:21,22,23,24,25
   590:2,3,4,5,6,7,8,9
**03:01 (20)**
590:10,11,12,13,14
   590:15,16,17,18,19
   590:20,21,22,23,24
   590:25 591:2,3,4,5
**03:02 (26)**
591:6,7,8,9,10,11,12
   591:13,14,15,16,17
   591:18,19,20,21,22
   591:23,24,25 592:2
   592:3,4,5,6,7
**03:03 (20)**
592:8,9,10,11,12,13
   592:14,15,16,17,18
   592:19,20,21,22,23
   592:24,25 593:2,3
**03:04 (26)**
593:4,5,6,7,8,9,10,11
   593:12,13,14,15,16
   593:17,18,19,20,21
   593:22,23,24,25
   594:2,3,4,5
**03:05 (26)**
594:6,7,8,9,10,11,12
   594:13,14,15,16,17
   594:18,19,20,21,22
   594:23,24,25 595:2
   595:3,4,5,6,7
**03:06 (21)**
595:8,9,10,11,12,13
   595:14,15,16,17,18
   595:19,20,21,22,23
   595:24,25 596:2,3,4
**03:07 (27)**
596:5,6,7,8,9,10,11
   596:12,13,14,15,16
   596:17,18,19,20,21
   596:22,23,24,25
   597:2,3,4,5,6,7
**03:08 (26)**
597:8,9,10,11,12,13
   597:14,15,16,17,18
   597:19,20,21,22,23
   597:24,25 598:2,3,4
   598:5,6,7,8,9
**03:09 (2)**

598:10,11
**03:20 (9)**
598:12,13,14,15,16
   598:17,18,19,20
**03:21 (30)**
598:21,22,23,24,25
   599:2,3,4,5,6,7,8,9
   599:10,11,12,13,14
   599:15,16,17,18,19
   599:20,21,22,23,24
   599:25 600:2
**03:22 (20)**
600:3,4,5,6,7,8,9,10
   600:11,12,13,14,15
   600:16,17,18,19,20
   600:21,22
**03:23 (22)**
600:23,24,25 601:2,3
   601:4,5,6,7,8,9,10
   601:11,12,13,14,15
   601:16,17,18,19,20
**03:24 (33)**
601:21,22,23,24,25
   602:2,3,4,5,6,7,8,9
   602:10,11,12,13,14
   602:15,16,17,18,19
   602:20,21,22,23,24
   602:25 603:2,3,4,5
**03:25 (20)**
603:6,7,8,9,10,11,12
   603:13,14,15,16,17
   603:18,19,20,21,22
   603:23,24,25
**03:26 (13)**
604:2,3,4,5,6,7,8,9,10
   604:11,12,13,14
**03:27 (18)**
604:15,16,17,18,19
   604:20,21,22,23,24
   604:25 605:2,3,4,5
   605:6,7,8
**03:28 (20)**
605:9,10,11,12,13,14
   605:15,16,17,18,19
   605:20,21,22,23,24
   605:25 606:2,3,4
**03:29 (24)**
606:5,6,7,8,9,10,11
   606:12,13,14,15,16
   606:17,18,19,20,21
   606:22,23,24,25
   607:2,3,4
**03:30 (26)**
607:5,6,7,8,9,10,11
   607:12,13,14,15,16
   607:17,18,19,20,21

607:22,23,24,25
   608:2,3,4,5,6
**03:31 (21)**
608:7,8,9,10,11,12,13
   608:14,15,16,17,18
   608:19,20,21,22,23
   608:24,25 609:2,3
**03:32 (21)**
609:4,5,6,7,8,9,10,11
   609:12,13,14,15,16
   609:17,18,19,20,21
   609:22,23,24
**03:33 (20)**
609:25 610:2,3,4,5,6
   610:7,8,9,10,11,12
   610:13,14,15,16,17
   610:18,19,20
**03:34 (25)**
610:21,22,23,24,25
   611:2,3,4,5,6,7,8,9
   611:10,11,12,13,14
   611:15,16,17,18,19
   611:20,21
**03:35 (20)**
611:22,23,24,25
   612:2,3,4,5,6,7,8,9
   612:10,11,12,13,14
   612:15,16,17
**03:36 (15)**
612:18,19,20,21,22
   612:23,24,25 613:2
   613:3,4,5,6,7,8
**03:37 (18)**
613:9,10,11,12,13,14
   613:15,16,17,18,19
   613:20,21,22,23,24
   613:25 614:2
**03:38 (25)**
614:3,4,5,6,7,8,9,10
   614:11,12,13,14,15
   614:16,17,18,19,20
   614:21,22,23,24,25
   615:2,3
**03:39 (25)**
615:4,5,6,7,8,9,10,11
   615:12,13,14,15,16
   615:17,18,19,20,21
   615:22,23,24,25
   616:2,3,4
**03:40 (26)**
616:5,6,7,8,9,10,11
   616:12,13,14,15,16
   616:17,18,19,20,21
   616:22,23,24,25
   617:2,3,4,5,6
**03:41 (27)**

617:7,8,9,10,11,12,13
   617:14,15,16,17,18
   617:19,20,21,22,23
   617:24,25 618:2,3,4
   618:5,6,7,8,9
**03:42 (24)**
618:10,11,12,13,14
   618:15,16,17,18,19
   618:20,21,22,23,24
   618:25 619:2,3,4,5
   619:6,7,8,9
**03:43 (26)**
619:10,11,12,13,14
   619:15,16,17,18,19
   619:20,21,22,23,24
   619:25 620:2,3,4,5
   620:6,7,8,9,10,11
**03:44 (26)**
620:12,13,14,15,16
   620:17,18,19,20,21
   620:22,23,24,25
   621:2,3,4,5,6,7,8,9
   621:10,11,12,13
**03:45 (25)**
621:14,15,16,17,18
   621:19,20,21,22,23
   621:24,25 622:2,3,4
   622:5,6,7,8,9,10,11
   622:12,13,14
**03:46 (21)**
622:15,16,17,18,19
   622:20,21,22,23,24
   622:25 623:2,3,4,5
   623:6,7,8,9,10,11
**03:47 (21)**
623:12,13,14,15,16
   623:17,18,19,20,21
   623:22,23,24,25
   624:2,3,4,5,6,7,8
**03:48 (30)**
624:9,10,11,12,13,14
   624:15,16,17,18,19
   624:20,21,22,23,24
   624:25 625:2,3,4,5
   625:6,7,8,9,10,11
   625:12,13,14
**03:49 (26)**
625:15,16,17,18,19
   625:20,21,22,23,24
   625:25 626:2,3,4,5
   626:6,7,8,9,10,11
   626:12,13,14,15,16
**03:50 (30)**
626:17,18,19,20,21
   626:22,23,24,25
   627:2,3,4,5,6,7,8,9

627:10,11,12,13,14
627:15,16,17,18,19
627:20,21,22
**03:51 (27)**
627:23,24,25 628:2,3
628:4,5,6,7,8,9,10
628:11,12,13,14,15
628:16,17,18,19,20
628:21,22,23,24,25
**03:52 (23)**
629:2,3,4,5,6,7,8,9,10
629:11,12,13,14,15
629:16,17,18,19,20
629:21,22,23,24
**03:53 (24)**
629:25 630:2,3,4,5,6
630:7,8,9,10,11,12
630:13,14,15,16,17
630:18,19,20,21,22
630:23,24
**03:54 (27)**
630:25 631:2,3,4,5,6
631:7,8,9,10,11,12
631:13,14,15,16,17
631:18,19,20,21,22
631:23,24,25 632:2
632:3
**03:55 (26)**
632:4,5,6,7,8,9,10,11
632:12,13,14,15,16
632:17,18,19,20,21
632:22,23,24,25
633:2,3,4,5
**03:56 (29)**
633:6,7,8,9,10,11,12
633:13,14,15,16,17
633:18,19,20,21,22
633:23,24,25 634:2
634:3,4,5,6,7,8,9,10
**03:57 (24)**
634:11,12,13,14,15
634:16,17,18,19,20
634:21,22,23,24,25
635:2,3,4,5,6,7,8,9
635:10
**03:58 (30)**
635:11,12,13,14,15
635:16,17,18,19,20
635:21,22,23,24,25
636:2,3,4,5,6,7,8,9
636:10,11,12,13,14
636:15,16
**03:59 (29)**
636:17,18,19,20,21
636:22,23,24,25
637:2,3,4,5,6,7,8,9

637:10,11,12,13,14
637:15,16,17,18,19
637:20,21
**04:00 (37)**
637:22,23,24,25
638:2,3,4,5,6,7,8,9
638:10,11,12,13,14
638:15,16,17,18,19
638:20,21,22,23,24
638:25 639:2,3,4,5
639:6,7,8,9,10
**07 (1)**
362:6
**09:02 (1)**
366:2
**09:48 (13)**
366:3,4,5,6,7,8,9,10
366:11,12,13,14,15
**09:49 (5)**
366:16,17,18,19,20
**09:50 (4)**
366:21,22,23,24
**09:51 (29)**
366:25 367:2,3,4,5,6
367:7,8,9,10,11,12
367:18,19,20,21,22
367:23,24,25 368:2
368:3,4,5,6,7,8,9,10
**09:52 (25)**
368:11,12,13,14,15
368:16,17,18,19,20
368:21,22,23,24,25
369:2,3,4,5,6,7,8,9
369:10,11
**09:53 (32)**
369:12,13,14,15,16
369:17,18,19,20,21
369:22,23,24,25
370:2,3,4,5,6,7,8,9
370:10,11,12,13,14
370:15,16,17,18,19
**09:54 (29)**
370:20,21,22,23,24
370:25 371:2,3,4,5
371:6,7,8,9,10,11
371:12,13,14,15,16
371:17,18,19,20,21
371:22
**09:55 (26)**
371:23,24,25 372:2,3
372:4,5,6,7,8,9,10
372:11,12,13,14,15
372:16,17,18,19,20
372:21,22,23,24
**09:56 (31)**
372:25 373:2,3,4,5,6

373:7,8,9,10,11,12
373:13,14,15,16,17
373:18,19,20,21,22
373:23,24,25 374:2
374:3,4,5,6,7
**09:57 (28)**
374:8,9,10,11,12,13
374:14,15,16,17,18
374:19,20,21,22,23
374:24,25 375:2,3,4
375:5,6,7,8,9,10,11
**09:58 (30)**
375:12,13,14,15,16
375:17,18,19,20,21
375:22,23,24,25
376:2,3,4,5,6,7,8,9
376:10,11,12,13,14
376:15,16,17
**09:59 (17)**
376:18,19,20,21,22
376:23,24,25 377:2
377:3,4,5,6,7,8,9,10

---

**1**

**1 (2)**
366:3 453:14
**1st (3)**
456:20 457:23 566:6
**1,800 (1)**
459:3
**1,900 (1)**
418:3
**1:41 (2)**
520:8,11
**10 (1)**
641:16
**10th (1)**
640:22
**10,000 (1)**
417:13
**10-1 (22)**
439:4,12,14,25 440:3
440:7,13,19,20
441:6,12,21 468:10
468:14,23 469:11
469:13 591:6,10,17
591:21,24
**10-1s (1)**
440:17
**10:00 (8)**
377:11,12,13,14,15
377:16,17 513:13
**10:01 (33)**
377:18,19,20,21,22
377:23,24,25 378:2
378:3,4,5,6,7,8,9,10

378:11,12,13,14,15
378:16,17,18,19,20
378:21,22,23,24,25
379:2
**10:02 (21)**
379:3,4,5,6,7,8,9,10
379:11,12,13,14,15
379:16,17,18,19,20
379:21,22,23
**10:03 (30)**
379:24,25 380:2,3,4,5
380:6,7,8,9,10,11
380:12,13,14,15,16
380:17,18,19,20,21
380:22,23,24,25
381:2,3,4,5
**10:04 (27)**
381:6,7,8,9,10,11,12
381:13,14,15,16,17
381:18,19,20,21,22
381:23,24,25 382:2
382:3,4,5,6,7,8
**10:05 (27)**
382:9,10,11,12,13,14
382:15,16,17,18,19
382:20,21,22,23,24
382:25 383:2,3,4,5
383:6,7,8,9,10,11
**10:06 (24)**
383:12,13,14,15,16
383:17,18,19,20,21
383:22,23,24,25
384:2,3,4,5,6,7,8,9
384:10,11
**10:07 (31)**
384:12,13,14,15,16
384:17,18,19,20,21
384:22,23,24,25
385:2,3,4,5,6,7,8,9
385:10,11,12,13,14
385:15,16,17,18
**10:08 (23)**
385:19,20,21,22,23
385:24,25 386:2,3,4
386:5,6,7,8,9,10,11
386:12,13,14,15,16
386:17
**10:09 (34)**
386:18,19,20,21,22
386:23,24,25 387:2
387:3,4,5,6,7,8,9,10
387:11,12,13,14,15
387:16,17,18,19,20
387:21,22,23,24,25
388:2,3
**10:10 (25)**

388:4,5,6,7,8,9,10,11
388:12,13,14,15,16
388:17,18,19,20,21
388:22,23,24,25
389:2,3,4
**10:11 (29)**
389:5,6,7,8,9,10,11
389:12,13,14,15,16
389:17,18,19,20,21
389:22,23,24,25
390:2,3,4,5,6,7,8,9
**10:12 (25)**
390:10,11,12,13,14
390:15,16,17,18,19
390:20,21,22,23,24
390:25 391:2,3,4,5
391:6,7,8,9,10
**10:13 (25)**
391:11,12,13,14,15
391:16,17,18,19,20
391:21,22,23,24,25
392:2,3,4,5,6,7,8,9
392:10,11
**10:14 (24)**
392:12,13,14,15,16
392:17,18,19,20,21
392:22,23,24,25
393:2,3,4,5,6,7,8,9
393:10,11
**10:15 (23)**
393:12,13,14,15,16
393:17,18,19,20,21
393:22,23,24,25
394:2,3,4,5,6,7,8,9
394:10
**10:16 (29)**
394:11,12,13,14,15
394:16,17,18,19,20
394:21,22,23,24,25
395:2,3,4,5,6,7,8,9
395:10,11,12,13,14
395:15
**10:17 (21)**
395:16,17,18,19,20
395:21,22,23,24,25
396:2,3,4,5,6,7,8,9
396:10,11,12
**10:18 (34)**
396:13,14,15,16,17
396:18,19,20,21,22
396:23,24,25 397:2
397:3,4,5,6,7,8,9,10
397:11,12,13,14,15
397:16,17,18,19,20
397:21,22
**10:19 (40)**

397:23,24,25 398:2
398:3,4,5,6,7,8,9,10
398:11,12,13,14,15
398:16,17,18,19,20
398:21,22,23,24,25
399:2,3,4,5,6,7,8,9
399:10,11,12,13,14
**10:20 (25)**
399:15,16,17,18,19
399:20,21,22,23,24
399:25 400:2,3,4,5
400:6,7,8,9,10,11
400:12,13,14,15
**10:21 (29)**
400:16,17,18,19,20
400:21,22,23,24,25
401:2,3,4,5,6,7,8,9
401:10,11,12,13,14
401:15,16,17,18,19
401:20
**10:22 (28)**
401:21,22,23,24,25
402:2,3,4,5,6,7,8,9
402:10,11,12,13,14
402:15,16,17,18,19
402:20,21,22,23,24
**10:23 (26)**
402:25 403:2,3,4,5,6
403:7,8,9,10,11,12
403:13,14,15,16,17
403:18,19,20,21,22
403:23,24,25 404:2
**10:24 (18)**
404:3,4,5,6,7,8,9,10
404:11,12,13,14,15
404:16,17,18,19,20
**10:25 (13)**
404:21,22,23,24,25
405:2,3,4,5,6,7,8,9
**10:26 (22)**
405:10,11,12,13,14
405:15,16,17,18,19
405:20,21,22,23,24
405:25 406:2,3,4,5
406:6,7
**10:27 (25)**
406:8,9,10,11,12,13
406:14,15,16,17,18
406:19,20,21,22,23
406:24,25 407:2,3,4
407:5,6,7,8
**10:28 (20)**
407:9,10,11,12,13,14
407:15,16,17,18,19
407:20,21,22,23,24
407:25 408:2,3,4

**10:29 (34)**
408:5,6,7,8,9,10,11
408:12,13,14,15,16
408:17,18,19,20,21
408:22,23,24,25
409:2,3,4,5,6,7,8,9
409:10,11,12,13,14
**10:30 (27)**
409:15,16,17,18,19
409:20,21,22,23,24
409:25 410:2,3,4,5
410:6,7,8,9,10,11
410:12,13,14,15,16
410:17
**10:31 (24)**
410:18,19,20,21,22
410:23,24,25 411:2
411:3,4,5,6,7,8,9,10
411:11,12,13,14,15
411:16,17
**10:32 (17)**
411:18,19,20,21,22
411:23,24,25 412:2
412:3,4,5,6,7,8,9,10
**10:33 (31)**
412:11,12,13,14,15
412:16,17,18,19,20
412:21,22,23,24,25
413:2,3,4,5,6,7,8,9
413:10,11,12,13,14
413:15,16,17
**10:34 (27)**
413:18,19,20,21,22
413:23,24,25 414:2
414:3,4,5,6,7,8,9,10
414:11,12,13,14,15
414:16,17,18,19,20
**10:35 (23)**
414:21,22,23,24,25
415:2,3,4,5,6,7,8,9
415:10,11,12,13,14
415:15,16,17,18,19
**10:36 (15)**
415:20,21,22,23,24
415:25 416:2,3,4,5
416:6,7,8,9,10
**10:37 (23)**
416:11,12,13,14,15
416:16,17,18,19,20
416:21,22,23,24,25
417:2,3,4,5,6,7,8,9
**10:38 (13)**
417:10,11,12,13,14
417:15,16,17,18,19
417:20,21,22
**10:39 (21)**

417:23,24,25 418:2,3
418:4,5,6,7,8,9,10
418:11,12,13,14,15
418:16,17,18,19
**10:40 (23)**
418:20,21,22,23,24
418:25 419:2,3,4,5
419:6,7,8,9,10,11
419:12,13,14,15,16
419:17,18
**10:41 (19)**
419:19,20,21,22,23
419:24,25 420:2,3,4
420:5,6,7,8,9,10,11
420:12,13
**10:42 (19)**
420:14,15,16,17,18
420:19,20,21,22,23
420:24,25 421:2,3,4
421:5,6,7,8
**10:43 (17)**
421:9,10,11,12,13,14
421:15,16,17,18,19
421:20,21,22,23,24
421:25
**10:44 (20)**
422:2,3,4,5,6,7,8,9,10
422:11,12,13,14,15
422:16,17,18,19,20
422:21
**10:45 (23)**
422:22,23,24,25
423:2,3,4,5,6,7,8,9
423:10,11,12,13,14
423:15,16,17,18,19
423:20
**10:46 (25)**
423:21,22,23,24,25
424:2,3,4,5,6,7,8,9
424:10,11,12,13,14
424:15,16,17,18,19
424:20,21
**10:47 (26)**
424:22,23,24,25
425:2,3,4,5,6,7,8,9
425:10,11,12,13,14
425:15,16,17,18,19
425:20,21,22,23
**10:48 (27)**
425:24,25 426:2,3,4,5
426:6,7,8,9,10,11
426:12,13,14,15,16
426:17,18,19,20,21
426:22,23,24,25
427:2
**10:49 (29)**

427:3,4,5,6,7,8,9,10
427:11,12,13,14,15
427:16,17,18,19,20
427:21,22,23,24,25
428:2,3,4,5,6,7
**10:50 (27)**
428:8,9,10,11,12,13
428:14,15,16,17,18
428:19,20,21,22,23
428:24,25 429:2,3,4
429:5,6,7,8,9,10
**10:51 (28)**
429:11,12,13,14,15
429:16,17,18,19,20
429:21,22,23,24,25
430:2,3,4,5,6,7,8,9
430:10,11,12,13,14
**10:52 (21)**
430:15,16,17,18,19
430:20,21,22,23,24
430:25 431:2,3,4,5
431:6,7,8,9,10,11
**10:53 (19)**
431:12,13,14,15,16
431:17,18,19,20,21
431:22,23,24,25
432:2,3,4,5,6
**10:54 (24)**
432:7,8,9,10,11,12,13
432:14,15,16,17,18
432:19,20,21,22,23
432:24,25 433:2,3,4
433:5,6
**10:55 (19)**
433:7,8,9,10,11,12,13
433:14,15,16,17,18
433:19,20,21,22,23
433:24,25
**10:56 (17)**
434:2,3,4,5,6,7,8,9,10
434:11,12,13,14,15
434:16,17,18
**10:57 (19)**
434:19,20,21,22,23
434:24,25 435:2,3,4
435:5,6,7,8,9,10,11
435:12,13
**10:58 (28)**
435:14,15,16,17,18
435:19,20,21,22,23
435:24,25 436:2,3,4
436:5,6,7,8,9,10,11
436:12,13,14,15,16
436:17
**10:59 (18)**
436:18,19,20,21,22

436:23,24,25 437:2
437:3,4,5,6,7,8,9,10
437:11
**10003 (1)**
364:8
**10523 (1)**
365:8
**11:00 (24)**
437:12,13,14,15,16
437:17,18,19,20,21
437:22,23,24,25
438:2,3,4,5,6,7,8,9
438:10,11
**11:01 (15)**
438:12,13,14,15,16
438:17,18,19,20,21
438:22,23,24,25
439:2
**11:02 (13)**
439:3,4,5,6,7,8,9,10
439:11,12,13,14,15
**11:03 (30)**
439:16,17,18,19,20
439:21,22,23,24,25
440:2,3,4,5,6,7,8,9
440:10,11,12,13,14
440:15,16,17,18,19
440:20,21
**11:04 (25)**
440:22,23,24,25
441:2,3,4,5,6,7,8,9
441:10,11,12,13,14
441:15,16,17,18,19
441:20,21,22
**11:05 (24)**
441:23,24,25 442:2,3
442:4,5,6,7,8,9,10
442:11,12,13,14,15
442:16,17,18,19,20
442:21,22
**11:06 (24)**
442:23,24,25 443:2,3
443:4,5,6,7,8,9,10
443:11,12,13,14,15
443:16,17,18,19,20
443:21,22
**11:07 (20)**
443:23,24,25 444:2,3
444:4,5,6,7,8,9,10
444:11,12,13,14,15
444:16,17,18
**11:08 (24)**
444:19,20,21,22,23
444:24,25 445:2,3,4
445:5,6,7,8,9,10,11
445:12,13,14,15,16

445:17,18
**11:09 (28)**
445:19,20,21,22,23
  445:24,25 446:2,3,4
  446:5,6,7,8,9,10,11
  446:12,13,14,15,16
  446:17,18,19,20,21
  446:22
**11:10 (26)**
446:23,24,25 447:2,3
  447:4,5,6,7,8,9,10
  447:11,12,13,14,15
  447:16,17,18,19,20
  447:21,22,23,24
**11:11 (18)**
447:25 448:2,3,4,5,6
  448:7,8,9,10,11,12
  448:13,14,15,16,17
  448:18
**11:12 (24)**
448:19,20,21,22,23
  448:24,25 449:2,3,4
  449:5,6,7,8,9,10,11
  449:12,13,14,15,16
  449:17,18
**11:13 (25)**
449:19,20,21,22,23
  449:24,25 450:2,3,4
  450:5,6,7,8,9,10,11
  450:12,13,14,15,16
  450:17,18,19
**11:14 (17)**
450:20,21,22,23,24
  450:25 451:2,3,4,5
  451:6,7,8,9,10,11
  451:12
**11:15 (23)**
451:13,14,15,16,17
  451:18,19,20,21,22
  451:23,24,25 452:2
  452:3,4,5,6,7,8,9,10
  452:11
**11:16 (28)**
452:12,13,14,15,16
  452:17,18,19,20,21
  452:22,23,24,25
  453:2,3,4,5,6,7,8,9
  453:10,11,12,13,14
  453:15
**11:17 (4)**
453:14,16,16,17
**11:31 (7)**
453:17,18,19,20,21
  453:22,23
**11:32 (16)**
453:20,24,25 454:2,3

454:4,5,6,7,8,9,10
  454:11,12,13,14
**11:33 (22)**
454:15,16,17,18,19
  454:20,21,22,23,24
  454:25 455:2,3,4,5
  455:6,7,8,9,10,11
  455:12
**11:34 (23)**
455:13,14,15,16,17
  455:18,19,20,21,22
  455:23,24,25 456:2
  456:3,4,5,6,7,8,9,10
  456:11
**11:35 (20)**
456:12,13,14,15,16
  456:17,18,19,20,21
  456:22,23,24,25
  457:2,3,4,5,6,7
**11:36 (16)**
457:8,9,10,11,12,13
  457:14,15,16,17,18
  457:19,20,21,22,23
**11:37 (20)**
457:24,25 458:2,3,4,5
  458:6,7,8,9,10,11
  458:12,13,14,15,16
  458:17,18,19
**11:38 (28)**
458:20,21,22,23,24
  458:25 459:2,3,4,5
  459:6,7,8,9,10,11
  459:12,13,14,15,16
  459:17,18,19,20,21
  459:22,23
**11:39 (25)**
459:24,25 460:2,3,4,5
  460:6,7,8,9,10,11
  460:12,13,14,15,16
  460:17,18,19,20,21
  460:22,23,24
**11:40 (22)**
460:25 461:2,3,4,5,6
  461:7,8,9,10,11,12
  461:13,14,15,16,17
  461:18,19,20,21,22
**11:41 (18)**
461:23,24,25 462:2,3
  462:4,5,6,7,8,9,10
  462:11,12,13,14,15
  462:16
**11:42 (20)**
462:17,18,19,20,21
  462:22,23,24,25
  463:2,3,4,5,6,7,8,9
  463:10,11,12

**11:43 (16)**
463:13,14,15,16,17
  463:18,19,20,21,22
  463:23,24,25 464:2
  464:3,4
**11:44 (20)**
464:5,6,7,8,9,10,11
  464:12,13,14,15,16
  464:17,18,19,20,21
  464:22,23,24
**11:45 (21)**
464:25 465:2,3,4,5,6
  465:7,8,9,10,11,12
  465:13,14,15,16,17
  465:18,19,20,21
**11:46 (20)**
465:22,23,24,25
  466:2,3,4,5,6,7,8,9
  466:10,11,12,13,14
  465:15,16,17
**11:47 (17)**
466:18,19,20,21,22
  466:23,24,25 467:2
  467:3,4,5,6,7,8,9,10
**11:48 (25)**
467:11,12,13,14,15
  467:16,17,18,19,20
  467:21,22,23,24,25
  468:2,3,4,5,6,7,8,9
  468:10,11
**11:49 (26)**
468:12,13,14,15,16
  468:17,18,19,20,21
  468:22,23,24,25
  469:2,3,4,5,6,7,8,9
  469:10,11,12,13
**11:50 (9)**
469:14,15,16,17,18
  469:19,20,21,22
**11:51 (8)**
469:23,24,25 470:2,3
  470:4,5,6
**11:52 (20)**
470:7,8,9,10,11,12,13
  470:14,15,16,17,18
  470:19,20,21,22,23
  470:24,25 471:2
**11:53 (18)**
471:3,4,5,6,7,8,9,10
  471:11,12,13,14,15
  471:16,17,18,19,20
**11:54 (10)**
471:21,22,23,24,25
  472:2,3,4,5,6
**11:55 (19)**
472:7,8,9,10,11,12,13

472:14,15,16,17,18
  472:19,20,21,22,23
  472:24,25
**11:56 (25)**
473:2,3,4,5,6,7,8,9,10
  473:11,12,13,14,15
  473:16,17,18,19,20
  473:21,22,23,24,25
  474:2
**11:57 (19)**
474:3,4,5,6,7,8,9,10
  474:11,12,13,14,15
  474:16,17,18,19,20
  474:21
**11:58 (17)**
474:22,23,24,25
  475:2,3,4,5,6,7,8,9
  475:10,11,12,13,14
**11:59 (27)**
475:15,16,17,18,19
  475:20,21,22,23,24
  475:25 476:2,3,4,5
  476:6,7,8,9,10,11
  476:12,13,14,15,16
  476:17
**11556-0926 (1)**
364:18
**12 (11)**
457:12,17 460:23
  461:2,3,13 462:3
  463:13,14,22
  572:13
**12s (1)**
460:21
**12:00 (12)**
476:18,19,20,21,22
  476:23,24,25 477:2
  477:3,4,5
**12:01 (25)**
477:6,7,8,9,10,11,12
  477:13,14,15,16,17
  477:18,19,20,21,22
  477:23,24,25 478:2
  478:3,4,5,6
**12:02 (19)**
478:7,8,9,10,11,12,13
  478:14,15,16,17,18
  478:19,20,21,22,23
  478:24,25
**12:03 (17)**
479:2,3,4,5,6,7,8,9,10
  479:11,12,13,14,15
  479:16,17,18
**12:04 (22)**
479:19,20,21,22,23
  479:24,25 480:2,3,4

480:5,6,7,8,9,10,11
  480:12,13,14,15,16
**12:05 (14)**
480:17,18,19,20,21
  480:22,23,24,25
  481:2,3,4,5,6
**12:06 (14)**
481:7,8,9,10,11,12,13
  481:14,15,16,17,18
  481:19,20
**12:07 (25)**
481:21,22,23,24,25
  482:2,3,4,5,6,7,8,9
  482:10,11,12,13,14
  482:15,16,17,18,19
  482:20,21
**12:08 (13)**
482:22,23,24,25
  483:2,3,4,5,6,7,8,9
  483:10
**12:09 (21)**
483:11,12,13,14,15
  483:16,17,18,19,20
  483:21,22,23,24,25
  484:2,3,4,5,6,7
**12:10 (21)**
484:8,9,10,11,12,13
  484:14,15,16,17,18
  484:19,20,21,22,23
  484:24,25 485:2,3,4
**12:11 (18)**
485:5,6,7,8,9,10,11
  485:12,13,14,15,16
  485:17,18,19,20,21
  485:22
**12:12 (14)**
485:23,24,25 486:2,3
  486:4,5,6,7,8,9,10
  486:11,12
**12:13 (20)**
486:13,14,15,16,17
  486:18,19,20,21,22
  486:23,24,25 487:2
  487:3,4,5,6,7,8
**12:14 (14)**
487:9,10,11,12,13,14
  487:15,16,17,18,19
  487:20,21,22
**12:15 (16)**
487:23,24,25 488:2,3
  488:4,5,6,7,8,9,10
  488:11,12,13,14
**12:16 (12)**
488:15,16,17,18,19
  488:20,21,22,23,24
  488:25 489:2

**12:17 (18)**
489:3,4,5,6,7,8,9,10
489:11,12,13,14,15
489:16,17,18,19,20
**12:18 (11)**
489:21,22,23,24,25
490:2,3,4,5,6,7
**12:19 (20)**
490:8,9,10,11,12,13
490:14,15,16,17,18
490:19,20,21,22,23
490:24,25 491:2,3
**12:20 (7)**
491:4,5,6,7,8,9,10
**12:21 (9)**
491:11,12,13,14,15
491:16,17,18,19
**12:22 (18)**
491:20,21,22,23,24
491:25 492:2,3,4,5
492:6,7,8,9,10,11
492:12,13
**12:23 (23)**
492:14,15,16,17,18
492:19,20,21,22,23
492:24,25 493:2,3,4
493:5,6,7,8,9,10,11
493:12
**12:24 (18)**
493:13,14,15,16,17
493:18,19,20,21,22
493:23,24,25 494:2
494:3,4,5,6
**12:25 (16)**
494:7,8,9,10,11,12,13
494:14,15,16,17,18
494:19,20,21,22
**12:26 (24)**
494:23,24,25 495:2,3
495:4,5,6,7,8,9,10
495:11,12,13,14,15
495:16,17,18,19,20
495:21,22
**12:27 (18)**
495:23,24,25 496:2,3
496:4,5,6,7,8,9,10
496:11,12,13,14,15
496:16
**12:28 (17)**
496:17,18,19,20,21
496:22,23,24,25
497:2,3,4,5,6,7,8,9
**12:29 (11)**
497:10,11,12,13,14
497:15,16,17,18,19
497:20

**12:30 (26)**
497:21,22,23,24,25
498:2,3,4,5,6,7,8,9
498:10,11,12,13,14
498:15,16,17,18,19
498:20,21,22
**12:31 (13)**
498:23,24,25 499:2,3
499:4,5,6,7,8,9,10
499:11
**12:32 (19)**
499:12,13,14,15,16
499:17,18,19,20,21
499:22,23,24,25
500:2,3,4,5,6
**12:33 (25)**
500:7,8,9,10,11,12,13
500:14,15,16,17,18
500:19,20,21,22,23
500:24,25 501:2,3,4
501:5,6,7
**12:34 (22)**
501:8,9,10,11,12,13
501:14,15,16,17,18
501:19,20,21,22,23
501:24,25 502:2,3,4
502:5
**12:35 (20)**
502:6,7,8,9,10,11,12
502:13,14,15,16,17
502:18,19,20,21,22
502:23,24,25
**12:36 (13)**
503:2,3,4,5,6,7,8,9,10
503:11,12,13,14
**12:37 (14)**
503:15,16,17,18,19
503:20,21,22,23,24
503:25 504:2,3,4
**12:38 (21)**
504:5,6,7,8,9,10,11
504:12,13,14,15,16
504:17,18,19,20,21
504:22,23,24,25
**12:39 (18)**
505:2,3,4,5,6,7,8,9,10
505:11,12,13,14,15
505:16,17,18,19
**12:40 (24)**
505:20,21,22,23,24
505:25 506:2,3,4,5
506:6,7,8,9,10,11
506:12,13,14,15,16
506:17,18,19
**12:41 (19)**
506:20,21,22,23,24

506:25 507:2,3,4,5
507:6,7,8,9,10,11
507:12,13,14
**12:42 (18)**
507:15,16,17,18,19
507:20,21,22,23,24
507:25 508:2,3,4,5
508:6,7,8
**12:43 (16)**
508:9,10,11,12,13,14
508:15,16,17,18,19
508:20,21,22,23,24
**12:44 (15)**
508:25 509:2,3,4,5,6
509:7,8,9,10,11,12
509:13,14,15
**12:45 (19)**
509:16,17,18,19,20
509:21,22,23,24,25
510:2,3,4,5,6,7,8,9
510:10
**12:46 (23)**
510:11,12,13,14,15
510:16,17,18,19,20
510:21,22,23,24,25
511:2,3,4,5,6,7,8,9
**12:47 (15)**
511:10,11,12,13,14
511:15,16,17,18,19
511:20,21,22,23,24
**12:48 (24)**
511:25 512:2,3,4,5,6
512:7,8,9,10,11,12
512:13,14,15,16,17
512:18,19,20,21,22
512:23,24
**12:49 (30)**
512:25 513:2,3,4,5,6
513:7,8,9,10,11,12
513:13,14,15,16,17
513:18,19,20,21,22
513:23,24,25 514:2
514:3,4,5,6
**12:50 (18)**
514:7,8,9,10,11,12,13
514:14,15,16,17,18
514:19,20,21,22,23
514:24
**12:51 (22)**
514:25 515:2,3,4,5,6
515:7,8,9,10,11,12
515:13,14,15,16,17
515:18,19,20,21,22
**12:52 (22)**
515:23,24,25 516:2,3
516:4,5,6,7,8,9,10

516:11,12,13,14,15
516:16,17,18,19,20
**12:53 (22)**
516:21,22,23,24,25
517:2,3,4,5,6,7,8,9
517:10,11,12,13,14
517:15,16,17,18
**12:54 (22)**
517:19,20,21,22,23
517:24,25 518:2,3,4
518:5,6,7,8,9,10,11
518:12,13,14,15,16
**12:55 (28)**
518:17,18,19,20,21
518:22,23,24,25
519:2,3,4,5,6,7,8,9
519:10,11,12,13,14
519:15,16,17,18,19
519:20
**12:56 (13)**
519:21,22,23,24,25
520:2,3,4,5,5,6,7,7
**1215 (1)**
362:6
**123 (1)**
468:6
**13 (2)**
404:25 405:24
**13th (1)**
552:21
**145 (1)**
417:12
**15 (4)**
419:17 499:11 554:22
641:16
**15th (1)**
552:21
**17 (7)**
376:25 377:2,6,13
520:15 641:11,13
**18 (5)**
388:16,17 524:5
554:18 641:13
**19 (5)**
497:15,19,22 641:14
641:15
**19th (1)**
497:16
**1990s (1)**
454:24

_____
       **2**
_____
**2 (4)**
453:19 463:24 520:6
641:12
**2:00 (2)**

513:4,7
**20 (6)**
455:21 462:13 499:9
499:10,14 641:16
**20th (1)**
498:6
**20-year (1)**
614:6
**2000 (4)**
383:25 396:9 499:11
641:16
**2000s (1)**
454:24
**2002 (21)**
408:25 409:19 410:5
411:18 416:12,24
418:19 424:17,21
425:23 426:14
435:17 455:18
458:11 462:3 463:2
463:17 470:2
472:22 475:13
477:3
**2003 (4)**
409:4,19 410:8 424:6
**2004 (10)**
409:8,19 410:13
424:10 436:9
448:20 483:22
527:6,13 529:24
**2005 (47)**
368:20,23 379:4
383:25 391:15
396:10 408:11
409:11,20 410:17
412:14 413:6,13
418:20 424:13,17
426:14 436:13
443:13 455:18
458:11 462:3 463:3
463:17 475:14
476:11 477:3
479:11 484:22
485:9 500:10
501:13,19 502:17
502:19 503:5,6,11
541:23 566:15,16
567:25 568:15
569:18 570:2,5,17
**2005/2006 (1)**
566:18
**2006 (14)**
369:10,11 408:9
409:15 411:19
436:11,12 497:10
497:20 498:6

566:17 567:18,21
641:15
**2006/2007 (1)**
566:15
**2007 (1)**
566:20
**2008 (3)**
497:16 568:20,20
**2009 (7)**
362:23 363:5 366:10
639:18 640:22
642:3,22
**21st (1)**
553:5
**23953 (1)**
362:25
**24 (1)**
496:6
**24-hour (1)**
488:25
**25 (1)**
455:22
**26 (3)**
376:8 408:9 592:25
**26th (2)**
368:22 379:5
**28 (2)**
497:20 641:15
**29 (5)**
362:23 363:5 416:3
416:16 642:3
**29th (1)**
366:10

————— 3 —————
**3 (6)**
371:15 377:19 378:19
379:10 520:10
598:9
**3rd (1)**
368:20
**3,500 (1)**
374:16
**3:00 (2)**
512:10,23
**3:09 (2)**
598:8,10
**3:21 (2)**
598:11,14
**30 (1)**
425:22
**30th (2)**
535:3 566:6
**300 (1)**
511:24
**31 (2)**

427:14 428:12
**31st (12)**
503:17 517:16 520:17
522:6 525:15 527:6
527:10,13,25
528:19 529:24
535:4
**32 (3)**
430:22 433:14 496:24
**33 (1)**
435:10
**34 (1)**
435:16
**35 (1)**
436:18
**367 (1)**
641:5
**37 (3)**
439:2,2,6
**377 (1)**
641:12
**38 (1)**
442:9
**388 (1)**
641:13
**39 (3)**
444:3,12 446:21

————— 4 —————
**4 (15)**
380:3 457:12,17
458:19 460:19,21
460:23 461:2,3,13
462:3 463:13,14,21
598:13
**4th (1)**
488:24
**4-to-12 (1)**
609:17
**4:00 (2)**
434:7 572:13
**4:01 (2)**
639:9,10
**40 (5)**
446:23 448:13 462:12
462:12 585:9
**42 (1)**
448:16
**43 (2)**
449:15 453:23
**44 (1)**
469:20
**45 (4)**
469:20 470:6,7 471:3
**46 (1)**
471:17

**47 (1)**
476:21
**497 (1)**
641:15
**499 (1)**
641:16

————— 5 —————
**5 (6)**
381:13,14 459:17
463:12,12 513:17
**5:00 (4)**
463:23 464:11,12,13
**50 (3)**
420:7 481:6,7
**51 (1)**
481:11
**52 (4)**
483:7,8,12,19
**53 (6)**
483:8,12,14,15,19
484:25
**530 (1)**
365:7
**54 (5)**
484:25 485:20,24
486:8,11
**550 (1)**
641:6
**554 (1)**
641:7
**56 (2)**
487:8,8
**58 (4)**
489:19 490:14 491:3
554:23
**59 (4)**
489:19 490:14 491:4
554:23

————— 6 —————
**6 (3)**
381:15 382:25 459:17
**6:00 (3)**
461:5 463:24 513:17
**60 (2)**
420:7 491:6
**61 (4)**
492:8,8,13 494:15
**633 (1)**
641:5
**638 (1)**
641:6

————— 7 —————
**7 (1)**

386:8
**7:30 (1)**
504:25
**71 (2)**
526:8,17
**72 (1)**
527:4
**73 (3)**
527:3,12,24
**75 (1)**
530:2
**76 (3)**
530:22 531:4 536:12
**77 (1)**
537:4
**78 (2)**
538:3,4

————— 8 —————
**8 (6)**
419:6 457:13,18
458:19 463:16
464:7
**8:00 (2)**
464:14 505:2
**82 (1)**
538:19
**83 (1)**
539:8
**84 (2)**
540:7,14
**85 (3)**
364:7 540:22 607:3

————— 9 —————
**9 (3)**
463:12,12,22
**9:00 (2)**
459:16 461:5
**9:49 (2)**
363:6 366:11
**9:51 (1)**
366:22
**90s (1)**
454:25
**926 (3)**
363:11 364:17 366:8