Page 1

1

2                UNITED STATES DISTRICT COURT

3                EASTERN DISTRICT OF NEW YORK

4

5    EDWARD CARTER, FRANK FIORILLO,   )
     KEVIN LAMM, JOSEPH NOFI, and     )
6    THOMAS SNYDER,                   ) CV 07 1215
                                      )
7                 Plaintiffs,         )
                                      )
8              vs.                    )
                                      )
9    INCORPORATED VILLAGE OF OCEAN    )
     BEACH; MAYOR JOSEPH C. LOEFFLER,)
10   JR., individually and in his     )
     official capacity; former mayor )
11   NATALIE K. ROGERS, individually  )
     and in her official capacity,    )
12   OCEAN BEACH POLICE DEPARTMENT;    )
     ACTING DEPUTY POLICE CHIEF        )
13   GEORGE B. HESSE, individually     )
     and in his official capacity;     )
14   SUFFOLK COUNTY; SUFFOLK COUNTY    )
     POLICE DEPARTMENT, SUFFOLK        )
15   COUNTY DEPARTMENT OF CIVIL        )
     SERVICE; and ALISON SANCHEZ,      )
16   individually and in her          )
     official capacity,               )
17                                     )
                  Defendants.          )
18   -------------------------------)

19

20        DEPOSITION OF CHRISTOPHER JAMES MORAN

21              New York, New York

22             Monday, June 8, 2009

23

24

     Reported by:
25   KRISTIN KOCH, RPR, RMR, CRR, CLR

Page 2

```
1
2
3
4                  June 8, 2009
5                  10:35 a.m.
6
7
8
9        Deposition of CHRISTOPHER JAMES
10   MORAN, held at the offices of Thompson
11   Wigdor & Gilly, LLP, New York, New York,
12   before Kristin Koch, a Registered
13   Professional Reporter, Registered Merit
14   Reporter, Certified Realtime Reporter,
15   Certified Livenote Reporter and Notary
16   Public of the State of New York.
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2   A P P E A R A N C E S :
3
4     THOMPSON WIGDOR & GILLY LLP
5     Attorneys for Plaintiffs
6        85 Fifth Avenue
7        New York, New York 10003
8     BY:  ARIEL Y. GRAFF, ESQ.
9
10    RIVKIN RADLER LLP
11    Attorneys for Incorporated Village of
12    Ocean Beach, Joseph C. Loeffler Jr.,
13    Natalie K. Rogers and Ocean Beach Police
14    Department
15       926 RexCorp Plaza
16       Uniondale, New York 11556-0926
17    BY:  KENNETH A. NOVIKOFF, ESQ.
18
19    MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
20    Attorneys for George B. Hesse
21       530 Saw Mill River Road
22       Elmsford, New York 10523
23    BY:  KEVIN W. CONNOLLY, ESQ.
24
25   ALSO PRESENT:  FRANK FIORILLO
```

Page 4

```
1
2   C H R I S T O P H E R   J A M E S   M O R A N,
3     called as a witness, having been duly sworn
4     by a Notary Public, was examined and
5     testified as follows:            10:35
6         MR. GRAFF:  This deposition will be   10:35
7     governed by the Federal Rules of Civil    10:35
8     Procedure and local rules for the Eastern  10:35
9     District.                      10:35
10        MR. NOVIKOFF:  As every other    10:35
11    deposition has been.  Regular stips, so we  10:35
12    are clear.                     10:35
13        MR. GRAFF:  Regular stips that we    10:35
14    have had in our depositions.          10:35
15   EXAMINATION BY                  10:35
16   MR. GRAFF:                     10:35
17     Q.  Good morning, again, Mr. Moran.  We   10:35
18   met very briefly off the record.  Let me    10:35
19   re-introduce myself.  My name is Ari Graff.  I  10:35
20   am a lawyer representing the plaintiffs in this  10:35
21   lawsuit against Ocean Beach and others in    10:35
22   connection with which you are testifying here  10:35
23   today.                        10:35
24        Do you understand that you are      10:36
25   testifying under oath?              10:36
```

Page 5

```
1              Moran
2     A.  Yes.                  10:36
3     Q.  And that failure to tell the truth   10:36
4   could be punishable as a criminal offense?   10:36
5     A.  Yes.                  10:36
6     Q.  Have you ever testified under oath   10:36
7   before?                     10:36
8     A.  No.                   10:36
9     Q.  So one thing that's important to    10:36
10  keep in mind is that we have a court reporter  10:36
11  here today.  She is taking down word for word  10:36
12  everything that said.  To make sure that the  10:36
13  transcript is clear, it's important, first of  10:36
14  all, that all your responses be made verbally,  10:36
15  not a shake of the head.            10:36
16    A.  Okay.                 10:36
17    Q.  A second related issue is that we    10:36
18  need to be very careful not to speak over each  10:36
19  other, so if you could, please try to make sure  10:36
20  that I finish the question before you start   10:36
21  answering.  By the same token, I will do my   10:36
22  best not to speak over you and we will have a  10:36
23  clear transcript of what was said.        10:36
24    A.  Okay.                 10:36
25    Q.  If you don't hear or understand a   10:36
```

**Moran**

1
2    question, please tell me and I will repeat or          10:36
3    rephrase it so that you do understand it.              10:36
4        A.    Okay.                          10:36
5        Q.    If you want to correct an answer at          10:36
6    any point during the deposition that is an            10:37
7    answer to an earlier question, that's fine, you        10:37
8    can do that.  Just let me know.                10:37
9        A.    Okay.                          10:37
10           MR. NOVIKOFF:  And obviously even if     10:37
11   my client answers a question, he will have            10:37
12   that opportunity to correct any answer to             10:37
13   the extent necessary even if it's based              10:37
14   upon confusion with the question.                10:37
15           MR. GRAFF:  Consistent with the          10:37
16   federal rules.                          10:37
17           MR. NOVIKOFF:  Yes, absolutely.         10:37
18       Q.    If you would like to take a break at        10:37
19   any point, that's completely fine and you are         10:37
20   allowed to do that.  Just let me know.  The one       10:37
21   thing that I would ask is if there is a pending       10:37
22   question that I have asked that you haven't yet       10:37
23   answered, that you first answer that question        10:37
24   before we take the break.                    10:37
25       A.    Okay.                          10:37

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2        Q.    If you answer a question, I will         10:37
3    assume that you understood it.  There is no way    10:37
4    for me to know if you didn't, so it's            10:37
5    important, just let me know and that way I can    10:37
6    repeat or rephrase a question.               10:37
7            MR. NOVIKOFF:  Nope.  Sorry, Ari.     10:37
8    That one I will not agree to.  If you ask a       10:38
9    question, there is no assumption that my        10:38
10   client understood it.  Obviously I am           10:38
11   entitled to object if I so choose and he is     10:38
12   entitled to correct his answer in            10:38
13   accordance with the federal rules.            10:38
14           MR. GRAFF:  Yes, all in accordance    10:38
15   with the federal rules.                  10:38
16           MR. NOVIKOFF:  Yes.               10:38
17       Q.    Mr. Moran, are you presently taking     10:38
18   any medications that could affect your ability   10:38
19   to testify truthfully and completely today?    10:38
20       A.    No.                         10:38
21       Q.    Have you consumed any controlled      10:38
22   substances, drugs, narcotics, in the last 24    10:38
23   hours?                            10:38
24       A.    No.                         10:38
25       Q.    Have you had any alcoholic beverages  10:38

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2    in the last 24 hours?                    10:38
3        A.    Yes.                        10:38
4        Q.    And when -- how long ago did you      10:38
5    have the most recent drink?                 10:38
6        A.    Last night at 10:30 p.m.             10:38
7        Q.    How many drinks did you have?        10:38
8        A.    One beer.                      10:38
9        Q.    You only had one beer all day         10:38
10   yesterday?                          10:38
11       A.    Yes.                        10:38
12       Q.    Are you sick at all today?           10:38
13       A.    No.                         10:38
14       Q.    Is there any reason that you can       10:38
15   think of why you won't be able to answer my     10:38
16   questions truthfully and completely today?     10:39
17       A.    No.                         10:39
18       Q.    Are you represented by an attorney     10:39
19   in connection with this deposition?           10:39
20           MR. NOVIKOFF:  Let the record         10:39
21   reflect that Mr. Moran is presently an         10:39
22   employee of the Village, so, therefore,        10:39
23   since I represent the Village in this          10:39
24   action, I am representing Mr. Moran at this    10:39
25   deposition.                          10:39

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2        Q.    Mr. Moran, do you understand that?    10:39
3        A.    Yes.                        10:39
4        Q.    Mr. Moran, has anyone communicated    10:39
5    to you the nature of the claims that the        10:39
6    plaintiffs are making in this lawsuit?         10:39
7            MR. NOVIKOFF:  Other than counsel?   10:39
8            MR. GRAFF:  Other than counsel.      10:39
9        A.    Just what the lawyer --             10:39
10           MR. NOVIKOFF:  Don't say -- any       10:39
11   conversations that you have had with me or     10:39
12   with Mr. Welch are privileged and you don't   10:39
13   talk about that.  Anything other than         10:39
14   conversations with me or Mr. Welch you can    10:40
15   tell Mr. Graff.                       10:40
16       A.    Just what my attorney told me.        10:40
17       Q.    And following up on what             10:40
18   Mr. Novikoff said, none of my questions are    10:40
19   aimed to get at any information communicated   10:40
20   between you and Mr. Novikoff or you and        10:40
21   Mr. Welch, and if you have any concern that a  10:40
22   question might touch on that, please let me    10:40
23   know and please feel free to consult with     10:40
24   Mr. Novikoff on that issue.                10:40
25       A.    Okay.                        10:40

TSG Reporting - Worldwide  (877) 702-9580

Page 10

Moran

1
2    Q.  Prior to speaking with Mr. Novikoff   10:40
3  or Mr. Welch, were you aware that the   10:40
4  plaintiffs had initiated a lawsuit against   10:40
5  Ocean Beach?   10:40
6    A.  No.   10:40
7    Q.  Do you know who I am referring to by   10:40
8  "plaintiffs"?   10:40
9    A.  Yes.  The -- can I back up?   10:40
10    MR. NOVIKOFF:  Yes, back up.   10:40
11    A.  The five officers; Mr. Nofi,   10:40
12  Fiorillo, Lamm, Snyder and Shore.   10:40
13    Q.  And I can represent Mr. Shore is not   10:41
14  a plaintiff.  The fifth would be Mr. Carter.   10:41
15    MR. NOVIKOFF:  Okay.   10:41
16    A.  Okay.   10:41
17    Q.  How did you learn that those   10:41
18  individuals were plaintiffs in this case?   10:41
19    A.  I heard from George, Chief Hesse.   10:41
20    Q.  And when did you hear that from   10:41
21  Mr. Hesse?   10:41
22    A.  I can't recall when.   10:41
23    Q.  Can you recall the year?   10:41
24    A.  No.   10:41
25    Q.  Can you recall whether you heard it   10:41

TSG Reporting - Worldwide  (877) 702-9580

Page 11

Moran

1
2  from Mr. Hesse in a face-to-face communication?   10:41
3    MR. NOVIKOFF:  As opposed to over   10:41
4  the phone or over the computer?   10:42
5    MR. GRAFF:  Yes.   10:42
6    A.  I can't recall.   10:42
7    Q.  Can you recall anything about the   10:42
8  context in which you heard that from Mr. Hesse?   10:42
9    A.  I know he told me about it, but I   10:42
10  don't specifically know actually when he told   10:42
11  me.   10:42
12    Q.  And what is it that he told you?   10:42
13    A.  That they were suing the   10:42
14  information.   10:42
15    Q.  Did he tell you what they were suing   10:42
16  the Village for?   10:42
17    A.  No.   10:42
18    Q.  Did you ask?   10:42
19    A.  No.   10:42
20    Q.  Did you ever ask anyone other than   10:42
21  counsel what they were suing the Village for?   10:42
22    A.  No.   10:42
23    Q.  Did you ever discuss with anyone   10:42
24  what they may have been suing the Village for?   10:42
25    A.  No.   10:42

TSG Reporting - Worldwide  (877) 702-9580

Page 12

Moran

1
2    Q.  Prior to learning that the   10:42
3  plaintiffs were suing the Village in your   10:42
4  conversation with Mr. Hesse, had you ever   10:42
5  discussed with anyone the possibility that any   10:42
6  of the plaintiffs might bring a lawsuit against   10:42
7  Ocean Beach?   10:42
8    A.  No.   10:42
9    MR. NOVIKOFF:  Objection to form.   10:42
10    You can answer.   10:43
11    A.  No.   10:43
12    Q.  Other than that conversation with   10:43
13  Mr. Hesse -- well, first of all, was it one   10:43
14  conversation or more?   10:43
15    A.  I can't recall.   10:43
16    Q.  Can you recall if anyone else was   10:43
17  present for the one or more conversations you   10:43
18  had with Mr. Hesse on the subject?   10:43
19    A.  No.   10:43
20    Q.  Has anyone else other than counsel   10:43
21  ever -- or Mr. Hesse ever indicated to you that   10:43
22  they were aware that the plaintiffs had filed a   10:43
23  lawsuit against Ocean Beach?   10:43
24    MR. NOVIKOFF:  Objection.  When you   10:43
25  say "other than counsel," you are presuming   10:43

TSG Reporting - Worldwide  (877) 702-9580

Page 13

Moran

1
2  counsel has said something along those   10:43
3  lines.   10:43
4    MR. GRAFF:  No, but I am making   10:43
5  clear that I am excluding --   10:43
6    MR. NOVIKOFF:  All right.  You don't   10:43
7  have to say "other than counsel."  That's   10:43
8  clear.  He knows not to speak about counsel   10:43
9  conversations.   10:43
10    A.  No.   10:43
11    Q.  So your only knowledge about the   10:43
12  lawsuit that you are testifying here today, the   10:43
13  nature of that lawsuit, is that the plaintiffs   10:43
14  are suing Ocean Beach and you heard that from   10:43
15  George Hesse; is that correct?   10:44
16    MR. NOVIKOFF:  Objection.  Your   10:44
17  question says about the nature of the   10:44
18  lawsuit.  Mr. Moran may have knowledge   10:44
19  about certain of the allegations that are   10:44
20  set forth in the lawsuit, but if the   10:44
21  question is is his only knowledge that   10:44
22  there was a lawsuit filed from Mr. Hesse,   10:44
23  that's appropriate.   10:44
24    Q.  With that clarification, is that   10:44
25  correct?   10:44

TSG Reporting - Worldwide  (877) 702-9580

Moran

```
 1              Moran
 2         MR. NOVIKOFF:  Why don't you --     10:44
 3    A.   Can you --              10:44
 4    Q.   Other than Mr. Hesse, did anybody   10:44
 5  else ever indicate to you that the plaintiffs   10:44
 6  had filed a lawsuit against Ocean Beach?   10:44
 7    A.   No.                  10:44
 8    Q.   Are you aware of any of the      10:44
 9  allegations involved in that lawsuit?   10:44
10         MR. NOVIKOFF:  Why don't you just   10:44
11  ask him if he has read the Complaint.   10:44
12    Q.   I will ask that first.  Have you   10:44
13  read the Complaint?           10:44
14         MR. NOVIKOFF:  Here is --      10:44
15    A.   The --               10:44
16         MR. NOVIKOFF:  I can't help you.   10:44
17    A.   The deposition you are talking   10:44
18  about?                    10:44
19         MR. NOVIKOFF:  No.  There was a   10:44
20  Complaint filed by the plaintiffs in      10:44
21  federal court, so the question is have you   10:45
22  ever read what the plaintiffs have filed in   10:45
23  federal court?                10:45
24    A.   No, no, I haven't.         10:45
25    Q.   Has anyone ever communicated to you   10:45
```

Moran

```
 1              Moran
 2  the nature of any of the allegations set forth   10:45
 3  in the Complaint or lawsuit?       10:45
 4    A.   Can you repeat that.        10:45
 5    Q.   Do you have any idea what the      10:45
 6  allegations in the Complaint are?      10:45
 7    A.   Yes.  Just a little bit of it.   10:45
 8    Q.   And could you explain?       10:45
 9         MR. NOVIKOFF:  What was the basis --   10:45
10  you need to ask him what the basis of his   10:45
11  knowledge is, because if it's based upon   10:45
12  what counsel told him, then I am going to   10:45
13  instruct him not to answer.  If it's based   10:45
14  upon some independent knowledge, then he   10:45
15  can answer that.              10:45
16    Q.   Is the little bit of knowledge that   10:45
17  you referred to something that you learned from   10:45
18  counsel?                   10:45
19         MR. NOVIKOFF:  Either Mr. Welch or   10:45
20  myself.                   10:45
21    A.   No.                  10:45
22    Q.   Okay.  Could you explain?      10:45
23    A.   All I know about the case is that   10:45
24  the five plaintiffs were let go from the   10:45
25  Village and from what I could -- from what   10:46
```

Moran

```
 1              Moran
 2  people -- from what they -- they were let go   10:46
 3  and they were suing the Village.  That's all I   10:46
 4  know of what the case was.         10:46
 5    Q.   And do you know when the      10:46
 6  plaintiffs --              10:46
 7         MR. GRAFF:  Before I ask the      10:46
 8  question, Mr. Novikoff --         10:46
 9         MR. NOVIKOFF:  Same understanding.   10:46
10  Notwithstanding how the witness      10:46
11  characterizes what transpired in April of   10:46
12  '06, we take the position that they were   10:46
13  not rehired, you take the position that   10:46
14  they were let go and/or terminated.   10:46
15  However you phrase the question in      10:46
16  accordance with our prior understanding at   10:46
17  these depositions does not one way or the   10:46
18  other impact upon either your theory of the   10:46
19  case or our theory of the case.      10:46
20         MR. GRAFF:  Thank you.        10:46
21    Q.   Do you know when the plaintiffs were   10:46
22  let go?                   10:46
23    A.   It was April of 2006.        10:47
24    Q.   And how did you learn that they had   10:47
25  been let go?                 10:47
```

Moran

```
 1              Moran
 2    A.   We had our annual meeting and at the   10:47
 3  time the five -- Nofi, Fiorillo, Lamm, Carter   10:47
 4  and the other officer went inside by themselves   10:47
 5  with George, whatever they had discussed they   10:47
 6  discussed, we were all outside, and then they   10:47
 7  left after the fact on a water taxi and went   10:47
 8  back to the mainland and then we started our   10:47
 9  normal meeting.              10:47
10    Q.   Can you explain what you mean by      10:47
11  outside and inside?           10:47
12    A.   Okay.  We were -- the meeting took   10:47
13  place at the boathouse, so we were all outside   10:47
14  the boathouse in the street and then the five   10:48
15  officers went inside to talk to George, and   10:48
16  whatever they said, it was them privately and   10:48
17  George, and then they -- once they were      10:48
18  finished they all left and went on a water taxi   10:48
19  and went back to the mainland.      10:48
20    Q.   And did they all go in, as far as   10:48
21  you could see, together?         10:48
22         MR. NOVIKOFF:  Objection to form.   10:48
23         You can answer.  Unless I instruct   10:48
24    you not to answer something, even if I   10:48
25    object to the question, you must answer it.  10:48
```

Page 18

Moran

1
2      A.   I can't recall if they were -- I      10:48
3   can't recall that.                            10:48
4      Q.   Do you recall or do you know how      10:48
5   long they were inside speaking with George?   10:48
6      A.   No.                                    10:48
7      Q.   Did you remain outside from the time  10:48
8   that the plaintiffs went in until the time that 10:48
9   they came out?                                 10:49
10     A.   Yes.                                   10:49
11     Q.   Do you remember approximately how     10:49
12  long that was?                                 10:49
13     A.   No.                                    10:49
14     Q.   Do you remember what you were doing   10:49
15  outside?                                       10:49
16     A.   I was talking to other officers.      10:49
17     Q.   Who else was with you outside?        10:49
18     A.   I can't recall.                        10:49
19     Q.   Can you recall any of the            10:49
20  individuals who were outside with you?        10:50
21     A.   No, not at this time.                 10:50
22     Q.   Can you recall if Pat Cherry was      10:50
23  with you?                                     10:50
24     A.   Yeah.                                 10:50
25     Q.   And was he with you?                  10:50

Page 19

Moran

1
2      A.   He was outside when we were all --    10:50
3   he was outside with us.                        10:50
4          MR. NOVIKOFF:  Listen to the           10:51
5      question.  The question was not who was    10:51
6      outside, but who was with you while you    10:51
7      were talking to other officers.  That was  10:51
8      the question.                               10:51
9      Q.   Okay.  And to be clear, other than    10:51
10  the others who were outside when you were     10:51
11  talking to officers, were there other people  10:51
12  who were also there?                          10:51
13     A.   Could you --                           10:51
14     Q.   Yes.  I just want to make sure we    10:51
15  are clear with Mr. Novikoff's clarification.   10:51
16  When I am asking now who was with you, I am   10:51
17  asking who was outside at the same time in    10:51
18  connection with that meeting.  Does that make 10:51
19  sense?                                        10:51
20     A.   So you want to know when I was        10:51
21  outside, who else was with me?                10:51
22     Q.   Yes.  Who else was in the area?       10:51
23         MR. NOVIKOFF:  I am going to object   10:51
24     to that, because that would be a pretty    10:51
25     broad question, who was in the area.  I    10:51

Page 20

Moran

1
2   think -- and I don't mean to be problematic   10:51
3   here.  I think the witness said that he was   10:51
4   outside talking with other officers and      10:51
5   that's where I thought you were going with   10:52
6   your questions, who was he talking with, as  10:52
7   opposed to who may have been mingling        10:52
8   outside.                                      10:52
9      Q.   I am asking more broadly.  Mingling   10:52
10  even if they weren't talking directly with you. 10:52
11     A.   I can't recall at this time.          10:52
12     Q.   But Pat Cherry you do recall was      10:52
13  mingling?                                      10:52
14     A.   I don't recall right -- it's been     10:52
15  three years.                                   10:52
16     Q.   Do you recall whether Gary Bosetti   10:52
17  was mingling or speaking with you?            10:52
18     A.   I can't recall that.                   10:52
19     Q.   What about Richie Bosetti?           10:52
20     A.   I can't recall.                        10:52
21     Q.   Okay.  Rather than going through     10:52
22  every single person on the OBPD roster.  If we 10:52
23  could just leave a space in the transcript and 10:52
24  when you review it, if you can remember any of 10:52
25  the people who were there, you can just write 10:52

Page 21

Moran

1
2   it in the transcript.                         10:52
3      A.   Okay.                                 10:52
4          MR. NOVIKOFF:  I will take that       10:52
5      under advisement.                          10:52
6   TO BE FURNISHED:_____.     10:52
7      Q.   How did you get from your home to    10:52
8   the boat house the day of the April meeting? 10:53
9      A.   I actually was on the island.        10:53
10     Q.   And where were you?                  10:53
11     A.   I have a house on Cottage.  My       10:53
12  parents have a house on Cottage Walk, so I    10:53
13  stayed over the night before.                 10:53
14     Q.   And did other officers, as far as    10:53
15  you know, get to the boathouse that day on the 10:53
16  water taxi?                                    10:53
17         MR. NOVIKOFF:  Objection to form.     10:53
18     A.   They took the ferry over from Bay    10:53
19  Shore.                                         10:53
20     Q.   And did you see any of the           10:53
21  plaintiffs get off of the ferry?             10:53
22     A.   I saw Kevin, I saw Kevin Lamm, and   10:53
23  that was it, from what I can recall right now. 10:54
24     Q.   And do you recall if any other       10:54
25  officers arrived on a ferry or water taxi that 10:54

Page 22

```
                    Moran
1
2    you saw before the plaintiffs?              10:54
3        A.  I can't recall.              10:54
4        Q.  Do you recall if Tyree Bacon was one  10:54
5    of the officers who was outside?        10:54
6        A.  I can't recall right now.         10:54
7        Q.  Do you recall whether you or any of  10:54
8    the people who were waiting outside had any   10:54
9    discussion about why the five plaintiffs were  10:54
10   inside?                          10:54
11           MR. NOVIKOFF:  Objection to form.  10:54
12       You can answer.                 10:54
13       A.  No.                       10:54
14       Q.  What about as the five plaintiffs   10:54
15   left, do you recall if you or anyone else said  10:55
16   anything to them?                   10:55
17           MR. NOVIKOFF:  Objection to form.  10:55
18       A.  No.                       10:55
19       Q.  Do you know where the plaintiffs  10:55
20   went when they walked outside?         10:55
21           MR. NOVIKOFF:  Objection. Form.  10:55
22       A.  Can you repeat the question.    10:55
23       Q.  Do you know where the plaintiffs  10:55
24   went after they walked outside?        10:55
25           MR. NOVIKOFF:  Objection.       10:55
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 23

```
                    Moran
1
2        A.  They went to the water taxi.    10:55
3        Q.  Did else anybody else go to the   10:55
4    water taxi with them?              10:55
5        A.  No.                       10:55
6           MR. GRAFF:  I am going to ask the  10:55
7    court reporter to mark as Exhibit Moran 1 a  10:55
8    one-page document bearing Bates number     10:55
9    2662.                          10:55
10          (Moran Exhibit 1, letter dated March  10:55
11   11, 2006, Bates stamped 2662, marked for   10:55
12   identification.)                   10:56
13       Q.  After Mr. Novikoff has had a chance  10:56
14   to compare the marked copy against the copy  10:56
15   that I gave him to review, if you could please  10:56
16   take a moment to read through the document and  10:56
17   let me know when you have read it.       10:56
18          MR. NOVIKOFF:  Ari, as you know my  10:56
19   practice, if you have a question that   10:56
20   requires him to read through it, I will  10:56
21   give it to him.  If the question is "do you  10:57
22   recognize the document," that would    10:57
23   certainly require him to read it.       10:57
24          MR. GRAFF:  That will be my very  10:57
25   first question.                    10:57
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 24

```
                    Moran
1
2           MR. NOVIKOFF:  So ask that question  10:57
3    and then I will give it to him.        10:57
4        Q.  After you have read the document, if  10:57
5    you could please let me know do you recognize  10:57
6    the document.                    10:57
7           MR. NOVIKOFF:  Okay.  Read it.    10:57
8           (Document review.)              10:57
9           MR. NOVIKOFF:  The question is yes  10:57
10   or no, do you recognize it?         10:57
11       A.  Yes.                      10:57
12       Q.  And what is the document?       10:57
13       A.  It's a letter from Chief Hesse    10:57
14   saying when the department meeting is.    10:57
15       Q.  And was that the department meeting  10:57
16   in 2006 that you were referring to in the last  10:57
17   few minutes?                     10:57
18       A.  Yes.                      10:57
19       Q.  Did you receive this letter?     10:57
20       A.  Yes, I did.                  10:57
21       Q.  And did you understand when you    10:57
22   received the letter what the reference to the  10:57
23   annual department meeting was?        10:57
24       A.  Yes.                      10:57
25       Q.  And what is the annual department  10:58
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 25

```
                    Moran
1
2    meeting?                          10:58
3        A.  It's a meeting held every year with  10:58
4    all the officers.                  10:58
5        Q.  Is it held at a particular time   10:58
6    every year?                      10:58
7           MR. NOVIKOFF:  A specific date or  10:58
8    time frame?                      10:58
9           MR. GRAFF:  Time frame.          10:58
10       A.  It's a meeting held once a year   10:58
11   usually in the springtime.           10:58
12       Q.  And is there a standard set of    10:58
13   topics that are covered at that annual meeting?  10:58
14          MR. NOVIKOFF:  Objection. Form.  10:58
15       You can answer.                 10:58
16       A.  Not really.  It varies on -- it's  10:58
17   usually held in the spring once a year and it  10:58
18   varies on -- there is no specific date.  It's  10:58
19   just a general time frame for when they hold  10:58
20   the meeting.                     10:58
21       Q.  Do you know what the purpose of that  10:58
22   annual meeting is?                 10:58
23          MR. NOVIKOFF:  Objection to form.  10:58
24       You can answer.                 10:58
25       A.  Usually it's training.  Like this  10:58
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 26

Moran

1
2  past meeting we had we did departmental          10:59
3  training.                                        10:59
4      Q.  After the plaintiffs left the April      10:59
5  2006 meeting, did the meeting then take place?   10:59
6      A.  Yes.                                      10:59
7      Q.  And what was discussed at the            10:59
8  meeting?                                          10:59
9          MR. NOVIKOFF:  Only if you can           10:59
10 recall.                                           10:59
11     A.  I can't really recall.                    10:59
12     Q.  Can you recall anything that was          10:59
13 discussed at the meeting?                         10:59
14     A.  No.                                        10:59
15     Q.  Can you recall any of the officers        10:59
16 or other employees who were present for the       10:59
17 meeting?                                           10:59
18     A.  No.                                        10:59
19     Q.  Do you recall how long the meeting        10:59
20 lasted?                                            10:59
21     A.  No.                                        10:59
22     Q.  Do you recall whether other than          10:59
23 plaintiffs anyone else who was present met        10:59
24 privately with Mr. Hesse?                          10:59
25     A.  No.                                        10:59

Page 27

Moran

1
2      Q.  Do you recall whether there was any      10:59
3  reference made to the plaintiffs at that         10:59
4  meeting?                                          10:59
5      A.  Not that I can recall at this time.      10:59
6      Q.  Do you recall whether anyone asked       11:00
7  Mr. Hesse where the plaintiffs had gone?         11:00
8      A.  No.                                        11:00
9          MR. NOVIKOFF:  Objection to form.        11:00
10     A.  No.                                        11:00
11     Q.  Is there anything that would refresh     11:00
12 your recollection regarding what happened        11:00
13 during that meeting?                              11:00
14     A.  Repeat the question.                      11:00
15     Q.  Is there anything you can think of,      11:00
16 like documents or any other source that you can  11:00
17 think of that might refresh your memory about    11:00
18 what was discussed at the meeting?               11:00
19     A.  Not at this time.                         11:00
20     Q.  At what point did you learn that the     11:00
21 plaintiffs had been let go by George Hesse when  11:00
22 they went in shortly before the meeting?         11:00
23         MR. CONNOLLY:  Objection.                 11:00
24         MR. NOVIKOFF:  I am going to join        11:01
25 in, but just like we did at the last             11:01

Page 28

Moran

1
2  deposition and prior depositions, if            11:01
3  Mr. Connolly objects, without me                11:01
4  necessarily having to say I join in every       11:01
5  time, I am joining in any objection that        11:01
6  Mr. Connolly makes.                             11:01
7          MR. GRAFF:  That's fine, and vice       11:01
8  versa.                                           11:01
9          MR. NOVIKOFF:  And vice versa.          11:01
10         MR. CONNOLLY:  Yes.                      11:01
11         MR. GRAFF:  Could the court reporter    11:01
12 please read back my last question.              11:01
13     (Record read.)                               11:01
14     A.  They weren't there when we came          11:01
15 back.                                             11:01
16     Q.  So did you assume on that basis that    11:01
17 they had been let go?                             11:01
18     A.  No.                                        11:01
19     Q.  So at what point in time were you       11:01
20 certain that they had been let go?               11:02
21     A.  They weren't at the -- when we came      11:02
22 back to start the meeting, they weren't there.   11:02
23     Q.  Did you consider that maybe they        11:02
24 were on a special assignment than having been    11:02
25 let go?                                           11:02

Page 29

Moran

1
2          MR. NOVIKOFF:  Objection to form.       11:02
3  Foundation as well.                             11:02
4      A.  No.                                        11:02
5      Q.  Did you consider any other              11:02
6  possibility based on their absence other than   11:02
7  the conclusion that they had been let go?       11:02
8      A.  No.                                        11:02
9      Q.  Did you at any point ever speak to      11:02
10 anyone about your belief that the plaintiffs    11:02
11 had been let go?                                 11:02
12         MR. NOVIKOFF:  Objection to form.       11:02
13     You can answer.                              11:02
14     A.  Repeat the question.                     11:02
15     Q.  What was the first time that you can    11:02
16 remember that you ever spoke with anyone about  11:02
17 the plaintiffs having been let go?              11:02
18     A.  After the fact.  I spoke to Kevin       11:03
19 Lamm.                                            11:03
20     Q.  When did you speak to Kevin Lamm?       11:03
21     A.  Shortly after we had the meeting.       11:03
22     Q.  Did you speak to him in person?         11:03
23     A.  Over the phone.                          11:03
24     Q.  And did you speak with him over the     11:03
25 phone more than once?                            11:03

---

Page 30

Moran

1
2    A.   Yes.                                11:03
3    Q.   And do you remember if your first   11:03
4  conversation over the phone with Kevin Lamm was  11:03
5  the same date as the meeting?               11:03
6    A.   That I can't recall.                11:03
7    Q.   Do you recall what you said to Kevin  11:03
8  Lamm the first time you spoke with him?     11:03
9    A.   No.                                 11:03
10   Q.   Can you recall anything that you    11:03
11  ever said in those conversations with Kevin  11:03
12  Lamm?                                       11:03
13   A.   Not right now, no.                  11:03
14   Q.   Can you recall anything that Kevin  11:03
15  Lamm said to you in those conversations?    11:03
16   A.   No.                                 11:03
17   Q.   Other than Mr. Lamm, did you ever at  11:03
18  any point speak with anyone else about the  11:04
19  plaintiffs having been let go?              11:04
20   A.   Joe Nofi called me on my cell phone  11:04
21  about a year after the fact, but for about two  11:04
22  minutes, if that.                          11:04
23   Q.   And what did Mr. Nofi say?          11:04
24   A.   Just how my job was going with the  11:04
25  city.  Nothing to the effect of his case.   11:04

---

Page 31

Moran

1
2    Q.   Did he say anything at all about the  11:04
3  Ocean Beach Police Department?              11:04
4    A.   Not that I can recall.             11:04
5    Q.   What did you say to Mr. Nofi in that  11:04
6  conversation?                               11:04
7    A.   I don't recall right now.  It's been  11:04
8  over a year.                                11:04
9    Q.   What job did you have at that point  11:04
10  that he was asking about?                   11:05
11   A.   I was working -- I worked for the   11:05
12  City, so he called up to see how my job was, I  11:05
13  asked him how his job was with what he was   11:05
14  doing.                                      11:05
15       MR. NOVIKOFF:  The question was what  11:05
16  job were you doing.                         11:05
17   A.   Oh, I was with the city when he     11:05
18  called me.                                  11:05
19   Q.   Had Mr. Nofi ever called you before  11:05
20  on your cell phone?                         11:05
21   A.   No.  First time.                    11:05
22   Q.   Did you speak with anyone else about  11:05
23  the fact that Mr. Nofi had called you on your  11:05
24  cell phone?                                 11:05
25   A.   No.                                 11:05

---

Page 32

Moran

1
2    Q.   Did you speak with anyone else about  11:05
3  the fact that you had had conversations with  11:05
4  Kevin Lamm about the Ocean Beach Police     11:05
5  Department after the plaintiffs were let go?  11:05
6        MR. NOVIKOFF:  I'm sorry, can you    11:05
7    repeat that question again.               11:05
8        (Record read.)                       11:06
9        MR. NOVIKOFF:  I am going to object  11:06
10    to form, but you can answer.             11:06
11   A.   Call in reference to the Police     11:06
12  Department or just call me -- can you clarify?  11:06
13   Q.   You had indicated that you had had  11:06
14  several telephone conversations with Kevin Lamm  11:06
15  after the plaintiffs were let go.           11:06
16       Did you ever discuss with anyone the  11:06
17  fact that you had had those conversations with  11:06
18  Kevin Lamm?                                 11:06
19   A.   No.                                 11:06
20       MR. GRAFF:  Off the record.           11:06
21       (Recess was taken from 11:06 to      11:06
22    11:07.)                                  11:06
23  BY MR. GRAFF:                               11:07
24   Q.   Other than Mr. Lamm and Joe Nofi,   11:07
25  did you speak with any of the other plaintiffs  11:08

---

Page 33

Moran

1
2  after they were let go?                     11:08
3    A.   No.                                 11:08
4    Q.   Other than Mr. Lamm and Mr. Nofi --  11:08
5  strike that.                                11:08
6        Other than Mr. Lamm, did you ever    11:08
7  speak with anyone else about the plaintiffs  11:08
8  having been let go?                         11:08
9        MR. NOVIKOFF:  Objection to form.    11:08
10       You can answer.                       11:08
11   A.   No.                                 11:08
12   Q.   Did you ever speak with George Hesse  11:08
13  about the fact that the plaintiffs had been let  11:08
14  go?                                         11:08
15       MR. NOVIKOFF:  Objection to form.    11:08
16   A.   Repeat the question.                11:08
17   Q.   Did you ever speak with George Hesse  11:08
18  about the plaintiffs having been let go?     11:08
19       MR. NOVIKOFF:  Objection to form.    11:08
20  It's a very broad question, Ari.            11:08
21   A.   No.                                 11:08
22   Q.   Do you know why the plaintiffs were  11:08
23  let go?                                     11:08
24       MR. NOVIKOFF:  Objection.            11:08
25   A.   No.                                 11:09

Page 34

Moran

1
2    Q.   Did you ever discuss with anyone why   11:09
3    the plaintiffs may have been let go?   11:09
4    A.   Nope.   11:09
5    Q.   Did anyone ever communicate to you   11:09
6    any reason why they believed the plaintiffs had   11:09
7    been let go?   11:09
8    A.   Could you repeat that.   11:09
9    Q.   Sure.  Did anyone ever tell you a   11:09
10   reason why the plaintiffs had been let go,   11:09
11   whether or not you believed that reason to be   11:09
12   true?   11:09
13   A.   Kevin Lamm when I was on the phone   11:09
14   with him told me that he thought he got let go   11:09
15   due to the fact for some Halloween incident, I   11:09
16   guess, that happened in the Village.   11:09
17   Q.   And what did you say when Kevin Lamm   11:09
18   indicated that to you?   11:09
19   A.   I don't really know why they got let   11:09
20   go, because I wasn't there in the room when it   11:09
21   happened.   11:10
22   Q.   And did you understand what he was   11:10
23   referring to as the Halloween incident?   11:10
24   A.   Yes.   11:10
25   Q.   What is the Halloween incident?   11:10

TSG Reporting - Worldwide  (877) 702-9580

Page 35

Moran

1
2    A.   I wasn't working at the time it   11:10
3    happened, but some incident went down at one of   11:10
4    the bars, I think at Housers, with -- it's kind   11:10
5    of -- I don't know -- I wasn't working at that   11:10
6    time, so I wasn't there firsthand, but this is   11:10
7    third and fourth, fifth, that something   11:10
8    happened at Housers and I think Kevin was   11:10
9    working at the time.  It's pretty vague,   11:10
10   because I wasn't there.   11:10
11   Q.   Other than what you just testified   11:10
12   to, do you know any other details about what   11:11
13   the Halloween incident involved?   11:11
14        MR. NOVIKOFF:  Objection.  Asked and   11:11
15     answered, but you can answer again to the   11:11
16     extent you know.   11:11
17   A.   From what I know, something happened   11:11
18   at Housers and I think Kevin was there, was   11:11
19   working, and I don't know the exact details.   11:11
20   Like I said, I wasn't working that night when   11:11
21   it happened, so...   11:11
22   Q.   Other than the fact that Kevin was   11:11
23   working, do you know anything at all about the   11:11
24   nature of the incident?   11:11
25   A.   I wasn't there, so I don't know.   11:11

TSG Reporting - Worldwide  (877) 702-9580

Page 36

Moran

1
2    Q.   What is the source of your   11:11
3    information about the Halloween incident?   11:12
4        MR. NOVIKOFF:  Objection to form.   11:12
5    A.   What my source is?   11:12
6    Q.   How do you know anything about the   11:12
7    Halloween incident?   11:12
8    A.   I have heard through like third,   11:12
9    fourth, fifth person of what actually happened,   11:12
10   because I wasn't there at the time of the   11:12
11   incident in question.  I wasn't working, so...   11:12
12   Q.   Okay.  Who are the people who you   11:12
13   heard about it from?   11:12
14   A.   I can't recall right at this second.   11:12
15   Q.   Can you recall who any of those   11:12
16   people were?   11:12
17   A.   No.   11:12
18   Q.   When Kevin Lamm told you, as you   11:12
19   testified, that he thought he had been let go   11:12
20   because of something to do with the Halloween   11:12
21   incident, did you ask him what he meant by   11:12
22   that?   11:12
23        MR. NOVIKOFF:  Objection to form.   11:12
24   A.   No.   11:12
25   Q.   Did you think you understood what he   11:12

TSG Reporting - Worldwide  (877) 702-9580

Page 37

Moran

1
2    meant?   11:12
3        MR. NOVIKOFF:  Objection.   11:12
4    A.   Yes.   11:13
5    Q.   And did you understand why he   11:13
6    thought that that incident might have resulted   11:13
7    in his termination?   11:13
8    A.   No.   11:13
9    Q.   Do you recall if there were any   11:13
10   other particular officers other than Kevin Lamm   11:13
11   who were involved in that incident?   11:13
12   A.   I wasn't there.  I wasn't working,   11:13
13   so I don't know.   11:13
14   Q.   Did you ever hear from anyone who   11:13
15   those other officers, if any, may have been?   11:13
16   A.   Repeat the question.   11:13
17   Q.   Did anyone ever say anything to you   11:13
18   about other officers who may have been involved   11:13
19   in the Halloween incident?   11:13
20        MR. NOVIKOFF:  Objection to form.   11:13
21   A.   No.   11:13
22   Q.   Did anyone ever communicate to you   11:13
23   that either Gary or Richie Bosetti may have   11:13
24   been involved in the Halloween incident?   11:13
25   A.   Yes, but I don't know who.  I can't   11:13

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2  recall right now who told me.                    11:14
3      Q.   What was the nature of the          11:14
4  involvement by the Bosettis in that incident as  11:14
5  it was explained to you?                        11:14
6          MR. NOVIKOFF:  If you can recall,    11:14
7      you can answer the question.              11:14
8      A.   What I can recall from what I have   11:14
9  heard through fourth, fifth, that they were at   11:14
10 Housers at the time that this incident went      11:14
11 down.  Other than that, I don't know what        11:14
12 exactly -- what their involvement was, but they  11:14
13 were there at the time.                          11:14
14         MR. NOVIKOFF:  Ari, I gotta tell     11:14
15     you, you are asking questions about the   11:14
16     Halloween incident.  He wasn't there.    11:14
17     A.   I wasn't there.                      11:14
18         MR. NOVIKOFF:  No, no, no.           11:14
19     He has already told you that his         11:14
20     information, whatever it may be to the    11:14
21     extent he recalls anything, is from second, 11:14
22     third, fourth-hand sources.  If you want to 11:14
23     ask him, in my opinion, did George Hesse  11:14
24     ever talk to you about the Halloween      11:14
25     incident, that's appropriate, or Mayor    11:14

Moran

1
2  Loeffler did or Mayor Rogers, because that  11:15
3  wouldn't necessarily be hearsay.  I am not  11:15
4  stipulating to that right now, but if he    11:15
5  learned anything from other than the main   11:15
6  actors in this case, I don't see where      11:15
7  that's admissible.                          11:15
8          MR. GRAFF:  I will get to that.     11:15
9      Q.   Was it ever your perception that the  11:15
10 Halloween incident had resulted in any tension  11:15
11 between officers of the Ocean Beach Police    11:15
12 Department?                                   11:15
13         MR. NOVIKOFF:  Objection to form.   11:15
14     You can answer if you can understand   11:15
15     it.                                      11:15
16     A.   Can you reframe that.               11:15
17     Q.   Did you ever come to believe that   11:15
18 the Halloween incident was the cause for       11:15
19 tensions between any officers at the Ocean     11:15
20 Beach Police Department?                       11:15
21         MR. NOVIKOFF:  Objection to form.   11:15
22     And you have a foundation problem there, 11:15
23     Ari, but you can answer.                 11:15
24     A.   No.                                 11:15
25     Q.   Did you ever speak to George Hesse  11:15

Moran

1
2  about the Halloween incident?                11:15
3      A.   Yes.                                 11:16
4      Q.   When did you speak to George Hesse  11:16
5  about that?                                   11:16
6      A.   I really can't recall the exact     11:16
7  date.                                         11:16
8      Q.   And what did George Hesse say when  11:16
9  you spoke to him about that?                 11:16
10     A.   I can't recall what he told me.  I  11:16
11 can't recall.                                 11:16
12     Q.   Do you recall if you spoke to George  11:16
13 Hesse about the Halloween incident more than  11:16
14 once?                                         11:16
15     A.   No.                                 11:16
16     Q.   Do you recall whether you spoke to  11:16
17 him in person?                               11:16
18     A.   Yes.                                 11:16
19     Q.   Did you speak to George Hesse in    11:16
20 person about the Halloween incident?         11:16
21     A.   Yeah, I did.                        11:16
22     Q.   Do you recall how long the          11:16
23 conversation lasted?                         11:16
24     A.   No.                                 11:16
25     Q.   Do you recall anything else that was  11:16

Moran

1
2  discussed during that conversation?          11:16
3      A.   Not at this time.                    11:16
4      Q.   Do you recall where the conversation  11:16
5  took place?                                   11:16
6      A.   Probably at the police station.     11:16
7          MR. NOVIKOFF:  The question is do   11:16
8      you recall.  If you do, you do.  If you   11:16
9      don't, you don't.  Anything that starts  11:17
10     with the word "probably" --              11:17
11     A.   At the police station.              11:17
12     Q.   Do you recall whether anyone else   11:17
13 was participating in that conversation?       11:17
14     A.   No.                                 11:17
15     Q.   No, you don't recall, or --         11:17
16     A.   No, I don't recall.                 11:17
17         MR. NOVIKOFF:  You need to be       11:17
18     careful with your questions, Ari.  If you  11:17
19     are going to start with the "do you       11:17
20     recall," that could be a problem depending  11:17
21     on how he answers.                       11:17
22     Q.   Did you ever speak with Mayor or    11:17
23 Trustee Loeffler about the Halloween incident?  11:17
24     A.   No.                                 11:17
25     Q.   Did you ever speak with Mayor or    11:17

1                        **Moran**
2    **Police Commissioner Rogers about the Halloween**   11:17
3    **incident?**                                    **11:17**
4              MR. NOVIKOFF:  Objection to form.   11:17
5    A.   No.                                  11:17
6    **Q.   Were you issued a new ID card at the**   11:17
7    **April 2006 annual meeting?**                   **11:17**
8    A.   Yes.                                11:17
9    **Q.   Do you recall whether anyone else**   11:17
10   **was issued an ID card?**                     **11:17**
11   A.   Yes.                                11:17
12   **Q.   Who else was issued an ID card at**   11:18
13   **that meeting?**                              **11:18**
14   A.   Other officers.                        11:18
15   **Q.   What was George Hesse's position or**   11:18
16   **title at the time of the annual meeting?**        **11:18**
17             MR. NOVIKOFF:  Objection to form and   11:18
18   foundation.                               11:18
19             You can answer.                     11:18
20   A.   He was the acting police chief.         11:18
21             MR. NOVIKOFF:  As of the Halloween   11:18
22   incident?                                 11:18
23             MR. GRAFF:  At the annual meeting.   11:18
24             MR. NOVIKOFF:  Okay.               11:18
25   A.   The acting police chief.                11:18

1                        Moran
2    **Q.   At the time of the Halloween**         11:18
3    **incident, what was George Hesse's position?**   **11:18**
4              MR. NOVIKOFF:  Objection to form.   11:18
5    Foundation.                               11:18
6    A.   I can't recall his title.                 11:18
7    **Q.   If you recall, at what point did**      11:18
8    **George Hesse begin serving as acting police**   11:18
9    **chief?**                                    **11:19**
10             MR. NOVIKOFF:  Objection to form.   11:19
11   Foundation.                               11:19
12   A.   After Chief Paradiso left the           11:19
13   department and then -- Chief Paradiso got hurt   11:19
14   on duty and then George took over as acting   11:19
15   police chief.                              11:19
16   **Q.   Do you remember when Paradiso hurt**   11:19
17   **himself on duty?**                             **11:19**
18             MR. NOVIKOFF:  Objection to form.   11:19
19             No guessing.                       11:19
20   A.   I can't recall the exact date when      11:19
21   he got hurt.                              11:19
22   **Q.   What was George Hesse's position up**   11:19
23   **until the time that Paradiso got hurt?**        **11:19**
24             MR. NOVIKOFF:  Objection to form.   11:19
25   Foundation.                               11:19

1                        Moran
2    A.   Sergeant.                            11:19
3    **Q.   And other than the positions of**      11:19
4    **sergeant and acting police chief, do you know**   11:19
5    **if George Hesse ever had any other positions at**   11:20
6    **Ocean Beach?**                              11:20
7              MR. NOVIKOFF:  Form.              11:20
8    A.   He was a police officer before he       11:20
9    became sergeant.                          11:20
10   **Q.   Do you know when he became sergeant?**   11:20
11   A.   No.                                  11:20
12   **Q.   How did you find out that George**      11:20
13   **Hesse had begun serving as acting police chief?**   11:20
14   A.   After Chief Paradiso got hurt, then     11:20
15   he became the acting chief.                  11:20
16   **Q.   Did someone tell you at that time**     11:20
17   **that George Hesse was acting chief?**          **11:20**
18   A.   George told me himself.                11:20
19   **Q.   Do you recall anything else that**       11:20
20   **George Hesse said to you at the time he told**   11:20
21   **you he was acting police chief?**              **11:20**
22   A.   No.                                  11:20
23   **Q.   Do you recall if George Hesse said**     11:20
24   **anything about Paradiso at the time that he**   11:20
25   **told you he was acting police chief?**          **11:20**

1                        **Moran**
2    A.   No.                                  11:21
3    **Q.   Do you recall what time of day it**      11:21
4    **was when George Hesse told you that he was**   **11:21**
5    **acting chief?**                               **11:21**
6              MR. NOVIKOFF:  Objection to form.   11:21
7    A.   What time of day?                     11:21
8    **Q.   More broadly, was it light outside?**   **11:21**
9              MR. NOVIKOFF:  Objection to form.   11:21
10   A.   I don't know.                         11:21
11   **Q.   Are you currently working at Ocean**   **11:21**
12   **Beach?**                                    **11:21**
13   A.   Yes.                                11:21
14   **Q.   What job do you currently have?**      **11:21**
15   A.   Dispatcher.                          11:21
16             MR. GRAFF:  Rather than trying to go   11:22
17   backwards and quiz you on every position    11:22
18   and date that you had, I am actually going   11:22
19   to ask the court reporter to mark as        11:22
20   Exhibit Moran 2 a one-page document without  11:22
21   Bates number.                             11:22
22   **Q.   Mr. Moran, is there such a thing as**   11:23
23   **the on season or season at the Ocean Beach**   **11:23**
24   **Police Department?**                         **11:23**
25             MR. NOVIKOFF:  Objection to form.   11:23

Moran

1    Moran
2    A.   The season for employment?        11:23
3    Q.   Yes.                          11:23
4    A.   Oh, what the season is for --      11:24
5    Q.   Yes.                          11:24
6    A.   Yes.                          11:24
7    Q.   And what is the season?        11:24
8    A.   It's from like May, like for summer,  11:24
9  for seasonal, it's from like May to September.   11:24
10   Q.   And when you worked as dispatcher --  11:24
11  strike that.                        11:24
12        Now, as dispatcher do you work year  11:24
13  round?                           11:24
14   A.   Just in the summertime. From May to  11:24
15  September.                        11:24
16       MR. NOVIKOFF: The season.      11:24
17   A.   The season.                  11:24
18   Q.   What about last season, did you also  11:24
19  work as a police dispatcher?        11:24
20   A.   Yes.                          11:24
21       MR. NOVIKOFF: So we are talking  11:24
22  about what, about the 2008 --        11:24
23       MR. GRAFF:  2008 summer season.    11:24
24   A.   Yes.                          11:24
25   Q.   And during 2008 did you only work   11:24
TSG Reporting - Worldwide  (877) 702-9580

1    Moran
2  during the summer season?        11:24
3    A.   Yes.                          11:24
4    Q.   Were you a dispatcher in the 2007   11:24
5  season?                          11:25
6    A.   Yes.                          11:25
7    Q.   And during 2007 did you work at any  11:25
8  other time at Ocean Beach other than the --    11:25
9    A.   That's it.                    11:25
10   Q.   What about the 2006 season, were you  11:25
11  a dispatcher that season?           11:25
12   A.   Yes.                          11:25
13   Q.   And during 2006 did you work at any  11:25
14  other time of year other than the season?     11:25
15   A.   That's it.                    11:25
16   Q.   What about 2005, were you a police   11:25
17  dispatcher the summer of 2005?       11:25
18   A.   Can I see --                  11:25
19       MR. NOVIKOFF:  See what, this?  You   11:25
20  want to look at number 1?           11:25
21       THE WITNESS:  Yes.            11:25
22       MR. NOVIKOFF:  This is dated March   11:25
23  11, 2006.  So the question is were you a   11:25
24  dispatcher for the 2005 season?       11:25
25   A.   No.                           11:25
TSG Reporting - Worldwide  (877) 702-9580

1    Moran
2       MR. NOVIKOFF:  That was your     11:25
3  question, right, Ari?                11:25
4       MR. GRAFF:  Yes.              11:25
5    Q.   And did you apply to be a dispatcher  11:25
6  in the 2005 season?                11:25
7    A.   I can't recall.                11:25
8    Q.   Do you recall whether there was any  11:26
9  particular reason that you were not a   11:26
10  dispatcher that season?             11:26
11   A.   No.                           11:26
12   Q.   Were you a dispatcher in the 2004   11:26
13  season?                          11:26
14   A.   I know I had a break for like a     11:26
15  year, a break in service with the Village   11:26
16  from --                          11:26
17       MR. NOVIKOFF:  You gotta answer the  11:26
18  question and then --               11:26
19   A.   I know I had a break for like a year  11:26
20  of service with the Village.  Yeah, for one   11:26
21  year I had a break in service.       11:26
22   Q.   What do you mean by "break in     11:26
23  service"?                        11:26
24   A.   I wasn't working for the Village for  11:26
25  a year, I mean, for a season.        11:26
TSG Reporting - Worldwide  (877) 702-9580

1    Moran
2    Q.   Did you ever work for the Village as  11:26
3  a part-time employee?               11:26
4       MR. NOVIKOFF:  As opposed to     11:26
5  being -- working as a seasonal employee.   11:26
6       MR. GRAFF:  Yes.              11:27
7    A.   No.  Just summertime, seasonal.   11:27
8    Q.   Do you know whether any of the    11:27
9  plaintiffs worked at Ocean Beach other than  11:27
10  during a summer season?             11:27
11       MR. NOVIKOFF: Objection to form and  11:27
12  foundation.                      11:27
13       You can answer.              11:27
14   A.   Yes.                          11:27
15   Q.   And which plaintiffs worked other   11:27
16  than during the summer season?       11:27
17   A.   Well, depending on the schedule, if  11:27
18  George needed coverage, whatever cops were   11:27
19  available like to work a shift, they would   11:27
20  work.  In the wintertime, summertime, if they  11:27
21  needed the coverage, they would be on the   11:27
22  schedule.                        11:27
23   Q.   Who --                        11:27
24       MR. NOVIKOFF:  I am going to strike  11:27
25  that answer as not responsive.       11:27
TSG Reporting - Worldwide  (877) 702-9580

Page 50

1           Moran
2           MR. GRAFF: It's your witness.        11:27
3           MR. NOVIKOFF: Even though it's my    11:27
4    witness. I know.                            11:27
5           MR. GRAFF: I thought it was          11:28
6    responsive.                                 11:28
7           MR. NOVIKOFF: I don't think so.      11:28
8           THE WITNESS: Could I talk to him a   11:28
9    second?                                     11:28
10          MR. GRAFF: Yes.                      11:28
11          MR. NOVIKOFF: Sure.                  11:28
12          MR. GRAFF: Let's go off the record.  11:28
13          (Recess was taken from 11:28 to      11:28
14   11:29.)                                     11:28
15          MR. NOVIKOFF: I think the witness    11:29
16   may want to just clarify that last answer.  11:29
17   If you want to give him the opportunity,    11:29
18   great. If not, I will do it on my           11:29
19   questioning.                                11:29
20      Q.  Like I said, Mr. Moran, if you would 11:29
21   ever like to clarify a response, that's fine. 11:29
22      A.  The last question you said about     11:29
23   them being, I guess -- can you repeat the last 11:29
24   question.                                   11:29
25          (Record read.)                       11:29
        TSG Reporting - Worldwide  (877) 702-9580

Page 51

1           Moran
2       A.  It was the plaintiffs, but for       11:29
3    scheduling I meant to say Chief Paradiso,   11:29
4    because George was a sergeant at the time, so 11:29
5    Paradiso was doing the schedule.            11:29
6       Q.  So was the April 2006 summer season  11:29
7    the first season Paradiso was out and George 11:30
8    Hesse was acting chief?                     11:30
9           MR. NOVIKOFF: I am going to object   11:30
10   to the form of the question.                11:30
11      A.  Yes.                                  11:30
12      Q.  Other than dispatcher, have you had  11:30
13   any other positions at Ocean Beach ever?    11:30
14      A.  Yes.                                  11:30
15          MR. NOVIKOFF: Objection to the form  11:30
16   of the question.                            11:30
17          You can answer.                       11:30
18      A.  Yes, I did.                           11:30
19      Q.  What other positions have you had?   11:30
20      A.  I was a beach cleaner and also a     11:30
21   dockmaster.                                 11:30
22      Q.  When were you a dockmaster?          11:30
23      A.  From like 1999 to 2002, 2001.        11:30
24      Q.  As a dockmaster were you only        11:31
25   working during the summer season?           11:31
        TSG Reporting - Worldwide  (877) 702-9580

Page 52

1           Moran
2       A.  Yes.                                  11:31
3       Q.  Who was your direct supervisor when  11:31
4    you were a dockmaster?                      11:31
5       A.  George Hesse.                         11:31
6       Q.  Was Ed Paradiso your direct          11:31
7    supervisor as dockmaster?                   11:31
8       A.  Sorry. Chief Paradiso was the chief  11:31
9    who was in charge and George was the sergeant, 11:31
10   but I worked mostly day tours and Paradiso was 11:31
11   my direct supervisor for the day shift.     11:31
12      Q.  So when you worked on the day shift  11:31
13   as a dockmaster, Hesse was your direct      11:31
14   supervisor?                                 11:31
15      A.  No. Let me strike. Paradiso was.     11:31
16   When I worked on the day shift, Chief Paradiso 11:31
17   was the boss on the day tours.              11:32
18      Q.  Did you ever work night tours as     11:32
19   dockmaster?                                 11:32
20      A.  Yes.                                  11:32
21      Q.  And when you worked night tours, was 11:32
22   George Hesse your supervisor?               11:32
23      A.  Yes.                                  11:32
24      Q.  What were your duties as a           11:32
25   dockmaster?                                 11:32
        TSG Reporting - Worldwide  (877) 702-9580

Page 53

1           Moran
2       A.  To patrol the Village-owned marinas, 11:32
3    to make sure there was no vandalism on the  11:32
4    boats, and if anything happened would call  11:32
5    dispatch to have an officer come to take care 11:32
6    of the situation, because we didn't have police 11:32
7    powers, so we were just like -- we were     11:32
8    civilians, so if we saw something, we could 11:32
9    call it in and have an officer on duty come to 11:32
10   the dock to check it out.                   11:32
11      Q.  I think I missed a word in your      11:32
12   answer. You said you were looking to see for 11:32
13   something in the boats?                     11:33
14      A.  Yeah, for vandalism on the boats.    11:33
15   And if something happened, we would then call 11:33
16   dispatch, the desk, and have an officer who was 11:33
17   in the area come to check it out.           11:33
18      Q.  Can you name any other people, if    11:33
19   any existed, who were dock masters at the   11:33
20   you were dockmaster?                        11:33
21      A.  Yes. Byron Chanot (phonetic).        11:33
22   Kevin Butler. Hirsch. That's what I can     11:33
23   recall right now.                           11:34
24      Q.  How did you go about getting the     11:34
25   position of dockmaster?                     11:34
        TSG Reporting - Worldwide  (877) 702-9580

**Moran**

1
2     A.   I applied to the Village.          11:34
3     Q.   **Was there a written application?**   11:34
4     A.   Yes.                              11:34
5     Q.   **And do you recall if you sent it to**   11:34
6  **any particular office or individual at the**   11:34
7  **Village?**                                11:34
8     A.   The Village office.               11:34
9     Q.   **And what happened next after you**   11:34
10 **sent it?**                               11:34
11    A.   I applied for it, sent it to the   11:34
12 Village office, and then got hired.        11:34
13    Q.   **Did somebody call you about that**   11:35
14 **application before you had sent it to the**   11:35
15 **Village?**                               11:35
16    A.   I know Chief Paradiso when I applied   11:35
17 called up and said that he got the application   11:35
18 and I could come and start at a particular   11:35
19 time.                                      11:35
20    Q.   **And what about the position of**   11:35
21 **police dispatcher, how did you go about**   11:35
22 **obtaining that position?**               11:35
23    A.   I asked George if there was any   11:35
24 openings for a dispatcher for the summertime.   11:35
25 He said there were.  I then filled out my   11:35

1  Moran
2  application for the Village, sent it in and   11:35
3  that was it.                               11:35
4     Q.   **Did George Hesse ever interview you**   11:35
5  **for that position?**                     11:36
6     A.   No.                               11:36
7     Q.   **What were your duties as a**       11:36
8  **dispatcher?**                            11:36
9     A.   Would take calls from Village      11:36
10 residents for whatever the complaint would be,   11:36
11 get down the information, send one of the   11:36
12 officers on duty, whoever was in that area, and   11:36
13 then would have relayed the information and   11:36
14 then the officer would go to the call, write   11:36
15 out a field report or write out a summons.   11:36
16 Depending what the officer did, he would write   11:36
17 a field report or if he wrote a summons against   11:36
18 one of the Village codes, and come back to the   11:36
19 police station and then put it in a computer   11:36
20 for data entry and then put it in the blotter.   11:36
21    Q.   **And where would you physically be**   11:37
22 **sitting or located when you were working as a**   11:37
23 **dispatcher?**                            11:37
24    A.   Front desk at the police station, up   11:37
25 front.                                     11:37

1  Moran
2     Q.   **And when calls would come in, would**   11:37
3  **that be on a land line telephone?**      11:37
4     A.   Yes, land line phone.             11:37
5     Q.   **And how would you contact the**     11:37
6  **officers on duty?**                      11:37
7     A.   Via radio.  Police Department radio.   11:37
8     Q.   **Did you have any training in**       11:37
9  **connection with the position of dispatcher?**   11:37
10    A.   Just on-the-job training.         11:37
11    Q.   **Is there such a thing as radio**     11:37
12 **codes?**                                 11:37
13    A.   Yes.                              11:37
14    Q.   **What are those radio codes?**       11:37
15    A.   Suffolk County police ten codes.   11:37
16    Q.   **And have those Suffolk county**      11:37
17 **police ten codes been the same for the entire**   11:37
18 **length of your service as a dispatcher?**   11:38
19    A.   Yes.                              11:38
20    Q.   **Are they still in use today?**       11:38
21    A.   Yes.                              11:38
22    Q.   **Have you ever heard an officer or a**   11:38
23 **dispatcher or an officer -- strike that.**   11:38
24      **Are the ten codes something that the**   11:38
25 **dispatcher alone uses or do officers in the**   11:38

1     **Moran**
2  **field also use the ten codes?**          11:38
3     MR. NOVIKOFF:  Objection to form.     11:38
4        You can answer.                     11:38
5     A.   Yeah, well, we both use it, officers   11:38
6  and dispatchers.  It's a universal ten code.   11:38
7  So the officers and dispatchers would be using   11:38
8  the same codes.                            11:38
9     Q.   **And that's still the case today?**   11:38
10    A.   Yes.                              11:38
11    Q.   **Was there ever a period of time when**   11:38
12 **you were working simultaneously as a dispatcher**   11:38
13 **and as a dockmaster?**                   11:38
14    MR. NOVIKOFF:  Objection to form.     11:38
15    A.   Yes.  When I first started as a   11:38
16 dockmaster, some nights would be pretty busy,   11:39
17 so they would have one of us take the desk as a   11:39
18 dockmaster and have the officer who was at the   11:39
19 desk go out in the field to free up an officer   11:39
20 and we would take the desk.                11:39
21    Q.   **And how often would that happen?**   11:39
22    A.   It would all depend on the night.   11:39
23 Some nights not on, some nights on.  It all   11:39
24 depended how busy it was on a given weekend.   11:39
25    Q.   **And would that be the case from when**   11:39

Moran

1
2  you first started working as a dockmaster until   11:39
3  you became officially a dispatcher?   11:39
4      A.   Yes.   11:39
5      Q.   Who was your supervisor at Ocean   11:39
6  Beach as a beach cleaner?   11:39
7          MR. NOVIKOFF:  Objection to form.   11:39
8      A.   John Bucksband.   11:39
9      Q.   Was anyone else your supervisor as a   11:40
10  beach cleaner?   11:40
11      A.   That was it.  He was the one.   11:40
12      Q.   Can you name, please, as many as you   11:40
13  can recall, other individuals who worked as   11:40
14  dispatchers during the same period that you   11:40
15  worked as a dispatcher?   11:40
16          MR. NOVIKOFF:  Objection.  Now   11:40
17      that's broad, because if I recall the   11:40
18      witness correctly, he said that when he   11:40
19      started, which I think was 1999, but I'm   11:40
20      not sure, he was a dockmaster, but he also   11:40
21      at certain times worked as a dispatcher and   11:40
22      then at some other point in time, which I   11:40
23      don't think you have quite defined yet, he   11:40
24      became a dispatcher.   11:40
25      Q.   Let's define that.  At what point   11:40

TSG Reporting - Worldwide  (877) 702-9580

---

Moran

1
2  did you start working as a dispatcher formally?   11:40
3      A.   2006 when the -- sorry.  2005, the   11:40
4  summer before the meeting in question.   11:41
5      Q.   Okay.  So from summer 2005 to the   11:41
6  present, could you please list as many other   11:41
7  dispatchers at the Ocean Beach Police   11:41
8  Department as you can remember?   11:41
9      A.   Myself, Pat Cherry, Hanni, Stu, Bill   11:41
10  and Jack.   11:42
11          MR. NOVIKOFF:  Are you done with   11:42
12      your answer?   11:42
13          THE WITNESS:  Yes.   11:42
14          MR. NOVIKOFF:  Two minutes.   11:42
15          MR. GRAFF:  Yes, we can go off the   11:42
16      record.   11:42
17          (Recess was taken from 11:42 to   11:42
18      11:43.)   11:42
19          MR. NOVIKOFF:  I think, again,   11:42
20      Mr. Moran wants to -- would like the   11:43
21      opportunity to clarify the prior answer as   11:43
22      to the timing, time frame.   11:43
23      A.   Because I know for a fact I started   11:43
24  as dispatcher in 2006 as a dispatcher for   11:43
25  working.  From that meeting forward is when I   11:43

TSG Reporting - Worldwide  (877) 702-9580

---

Moran

1
2  worked.   11:44
3      Q.   Did you work at Ocean Beach in 2005,   11:44
4  the year before that meeting?   11:44
5          MR. NOVIKOFF:  The season; right?   11:44
6          MR. GRAFF:  The season.   11:44
7          MR. NOVIKOFF:  You already asked   11:44
8      that question, so I am going to object on   11:44
9      it being asked and answered, but you can go   11:44
10      ahead.   11:44
11      A.   I can't recall right now.   11:44
12      Q.   Do you know whether Pat Cherry ever   11:44
13  had any positions at Ocean Beach other than   11:44
14  dispatcher?   11:44
15      A.   Senior or junior Pat Cherry?   11:44
16      Q.   Senior.   11:44
17      A.   No.   11:44
18      Q.   What about Pat Cherry Junior, do you   11:44
19  know if he ever had any positions at the OBPD?   11:44
20      A.   Yes, he was a dockmaster for a time.   11:44
21  Actually, when I was a dockmaster he was a   11:44
22  dockmaster as well, and then he is now with the   11:44
23  New York City Police Department.   11:44
24      Q.   Do you know somebody by the name of   11:44
25  Paul Trosko?   11:45

TSG Reporting - Worldwide  (877) 702-9580

---

Moran

1
2      A.   Yes.   11:45
3      Q.   And who do you know him to be?   11:45
4      A.   He was a dockmaster when I was   11:45
5  dockmaster and then he went to the academy,   11:45
6  became a cop with the Village for a while and   11:45
7  he became full-time and at the present time he   11:45
8  is with Nassau County PD.   11:45
9      Q.   Do you know in what city or Village   11:45
10  Paul Trosko lived at the time he was a   11:45
11  dispatcher?  Let me reask that.   11:45
12      Q.   Do you know if Paul Trosko currently   11:45
13  lives in Ocean Beach?   11:45
14      A.   I don't -- no idea.   11:45
15      Q.   Do you know if Paul Trosko has ever   11:45
16  lived in Ocean Beach?   11:45
17          MR. NOVIKOFF:  Objection to the   11:45
18      form.   11:45
19      A.   Not to my knowledge.   11:45
20      Q.   Do you know if George Hesse lives in   11:45
21  Ocean Beach?   11:45
22      A.   No.   11:46
23          MR. NOVIKOFF:  Objection to form.   11:46
24      Q.   Do you know where George Hesse   11:46
25  lives, what town or county?   11:46

TSG Reporting - Worldwide  (877) 702-9580

Page 62

Moran

1
2     A.   I know he is in Suffolk, Suffolk        11:46
3  County.  West Islip, I believe.           11:46
4     Q.   Do you know whether George Hesse    11:46
5  ever lived in Ocean Beach?                11:46
6        MR. NOVIKOFF:  Objection to form.    11:46
7     A.   I can't recall, no.                   11:46
8     Q.   Do you know somebody by the name of  11:46
9  Marissa Wykoff?                           11:46
10    A.   Yes.                                  11:46
11    Q.   And who do you know her to be?     11:46
12    A.   She -- I grew up with her at the     11:46
13 beach and she also was a dispatcher too when I  11:46
14 was a dockmaster.  She now works for the New   11:46
15 York City Police Department.               11:46
16    Q.   Do you recall if Pat cherry was one  11:46
17 of the people who was outside of the boathouse  11:46
18 at the time that the plaintiffs went in at the  11:46
19 April 2nd, 2006 meeting?                   11:46
20       MR. NOVIKOFF:  Objection.  Asked and  11:46
21 answered.                                   11:46
22    A.   No, I can't recall that.             11:47
23    Q.   Do you know if Paul Trosko was one   11:47
24 of the people who was there at that time?    11:47
25       MR. NOVIKOFF:  Same objection.  You   11:47

Page 63

Moran

1
2  already asked for a space in the transcript 11:47
3  and if he recalls, so which one is it, Ari?  11:47
4        MR. GRAFF:  Both a space in the        11:47
5  transcript, but there is these specific      11:47
6  names that I would like to confirm with      11:47
7  him.                                        11:47
8        MR. NOVIKOFF:  Objection.              11:47
9     A.   I can't recall.                      11:47
10    Q.   You mentioned a moment ago that you  11:47
11 grew up in Ocean Beach?                     11:47
12    A.   Yes, sir.                            11:47
13    Q.   Is that where your parents live?    11:47
14    A.   Yes, well, for the season.           11:47
15    Q.   And would you only -- when you were  11:47
16 growing up, would you live in Ocean Beach only  11:47
17 for the summer season?                       11:47
18    A.   Correct.                             11:47
19    Q.   Where would you live --             11:47
20    A.   In Westchester.                      11:47
21    Q.   And when you would live in Ocean    11:47
22 Beach for the summer season, would your parents 11:47
23 work at Ocean Beach?                         11:47
24    A.   No.                                  11:47
25    Q.   Have either of your parents ever     11:47

Page 64

Moran

1
2  worked in Ocean Beach?                      11:48
3     A.   My dad used to be a trustee.         11:48
4     Q.   And what is his name?               11:48
5     A.   John.                                11:48
6     Q.   John Moran?                         11:48
7     A.   Moran.                               11:48
8     Q.   And during what period of time was  11:48
9  he a trustee?                              11:48
10    A.   '90 to 1992.                         11:48
11    Q.   Did you work in Ocean Beach at that  11:48
12 time?                                      11:48
13    A.   Did I?  Yes.                         11:48
14    Q.   What position did you have?         11:48
15    A.   I really can't recall.               11:48
16    Q.   Do you recall if your father,       11:48
17 Mr. John Moran, was elected to serve as a    11:48
18 trustee?                                   11:48
19    A.   Yes.                                 11:48
20    Q.   Do you recall if he ran against     11:48
21 anyone?                                    11:48
22    A.   I know he did, but I forgot who ran.  11:48
23 He ran in the election, but I forgot who     11:48
24 actually ran against -- opposed him for the  11:48
25 position.                                   11:48

Page 65

Moran

1
2     Q.   And did he run in an election after  11:48
3  being elected the first time?              11:49
4     A.   Oh, for a second time?               11:49
5     Q.   Yes.                                 11:49
6     A.   No.                                  11:49
7     Q.   And was Marissa Wykoff when you were  11:49
8  growing up also a seasonal resident?       11:49
9     A.   She lived there year round.          11:49
10    Q.   And do you know if her parents held  11:49
11 any employment at Ocean Beach?             11:49
12    A.   Her mom is a -- the post master and  11:49
13 her dad works for the school as a teacher.   11:49
14    Q.   And what's her mom's name?         11:49
15    A.   Dale Wykoff.                         11:49
16    Q.   D-A-L-E?                            11:49
17    A.   Yes.                                 11:49
18    Q.   And her father's name?             11:49
19    A.   Doug.                                11:49
20    Q.   Doug Wykoff?                        11:49
21    A.   Yes.                                 11:49
22    Q.   When did you first meet Kevin Lamm?  11:49
23    A.   Back in when I first started as a    11:49
24 dockmaster.  '99.                           11:50
25    Q.   Did you ever have any conflicts     11:50

age 66

Moran

1
2    or --                                    11:50
3        A.   No.                             11:50
4        MR. NOVIKOFF:  Let him finish the    11:50
5    question.                                11:50
6        Q.   Conflicts or other problems with   11:50
7    Kevin Lamm?                              11:50
8        MR. NOVIKOFF:  Objection to form.    11:50
9        A.   No.                             11:50
10       Q.   When did you first meet Frank   11:50
11   Fiorillo, who is here today?             11:50
12       A.   His first summer working for the   11:50
13   Village.                                 11:50
14       Q.   Did you ever have any conflicts with   11:50
15   Mr. Fiorillo?                            11:50
16       MR. NOVIKOFF:  Same objection.       11:50
17       A.   No.                             11:50
18       Q.   When did you first meet Joe Nofi?   11:50
19       A.   His first summer working with the   11:50
20   Village when I was dock master.          11:50
21       Q.   Did you ever have any conflicts with   11:50
22   Joe Nofi?                                11:50
23       MR. NOVIKOFF:  Objection.            11:50
24       A.   No.                             11:50
25       Q.   What about Tom Snyder, when did you   11:50
     TSG Reporting - Worldwide  (877) 702-9580

Page 67

Moran

1    first meet him?                          11:50
2        A.   When I was a dockmaster.        11:50
3        Q.   Did you ever have any conflicts with   11:50
4    Tom Snyder?                              11:51
5        A.   No.                             11:51
6        Q.   What about Ed Carter, when did you   11:51
7    first meet him?                          11:51
8        A.   Same, when I was a dockmaster.  11:51
9        Q.   Did you ever have any conflicts with   11:51
10   Ed Carter?                               11:51
11       A.   No.                             11:51
12       Q.   Do you know whether Kevin -- did   11:51
13   anyone ever communicate to you that Kevin Lamm   11:51
14   had conflicts with anyone else at the Ocean   11:51
15   Beach Police Department?                 11:51
16       MR. NOVIKOFF:  Objection to form.    11:51
17       You can answer.                      11:51
18       A.   Conflicts as in -- can you rephrase   11:51
19   the question.                            11:51
20       Q.   Well, what do you understand the   11:51
21   word "conflicts" to mean?                11:51
22       A.   You mean conflicts with other   11:51
23   officers or conflicts in general?        11:51
24       Q.   Conflicts with other officers.  11:51
     TSG Reporting - Worldwide  (877) 702-9580

Page 68

Moran

1        A.   No, not to my knowledge.        11:51
2        Q.   What about conflicts in general   11:51
3    between Kevin Lamm and others?           11:51
4        A.   No.                             11:51
5        Q.   What about Frank Fiorillo, did   11:51
6    anyone ever communicate to you that he had   11:51
7    conflicts with other officers or that other   11:51
8    officers had conflicts with him?         11:52
9        MR. NOVIKOFF:  Note my objection.    11:52
10       A.   No.                             11:52
11       Q.   What about conflicts in general   11:52
12   involving Mr. Fiorillo?                  11:52
13       MR. NOVIKOFF:  Note my objection.    11:52
14       A.   No.                             11:52
15       Q.   And Joe Nofi, did anyone ever   11:52
16   communicate to you that other officers had   11:52
17   conflicts with Joe?                      11:52
18       MR. NOVIKOFF:  Note my objection.    11:52
19       A.   No.                             11:52
20       Q.   What about other people generally,   11:52
21   not just officers, did anyone ever communicate   11:52
22   to you that Joe Nofi had conflicts with anyone   11:52
23   in general?                              11:52
24       MR. NOVIKOFF:  Note my objection.    11:52
     TSG Reporting - Worldwide  (877) 702-9580

Page 69

Moran

1        A.   No.                             11:52
2        Q.   And Tom Snyder, did anyone ever   11:52
3    communicate to you that he had conflicts with   11:52
4    any other officers at Ocean Beach?       11:52
5        MR. NOVIKOFF:  Objection.            11:52
6        A.   No.                             11:52
7        Q.   And as far as conflicts in general   11:52
8    involving Tom Snyder, has anyone ever   11:52
9    communicated anything of that nature to you?   11:52
10       MR. NOVIKOFF:  Objection.            11:52
11       A.   No.                             11:52
12       Q.   And finally Ed Carter, did anyone   11:52
13   ever communicate to you that he had conflicts   11:52
14   with other officers?                     11:52
15       MR. NOVIKOFF:  Objection.            11:52
16       A.   No.                             11:52
17       Q.   And what about conflicts in general?   11:52
18       A.   No.                             11:53
19       Q.   Did anyone ever communicate to you   11:53
20   that Richie Bosetti had conflicts with anyone   11:53
21   in general?                              11:53
22       MR. NOVIKOFF:  Objection.            11:53
23       A.   No.                             11:53
24       Q.   And did anyone ever communicate to   11:53
     TSG Reporting - Worldwide  (877) 702-9580

1              **Moran**
2    you that Gary Bosetti had conflicts with anyone    11:53
3    in general?                                        11:53
4         MR. NOVIKOFF:  Objection.        11:53
5    A.    No.                        11:53
6    Q.    Do you know who Ty Bacon is?        11:53
7    A.    Yes.                        11:53
8    Q.    Who do you know him to be?        11:53
9    A.    He is a police officer with the        11:53
10   Ocean Beach Police Department.        11:53
11   Q.    When did you first meet Ty Bacon?        11:53
12   A.    When I was a dockmaster.        11:53
13   Q.    Did anyone ever communicate to you        11:53
14   that Ty Bacon had conflicts with anyone else at    11:53
15   the OBPD?                        11:53
16        MR. NOVIKOFF:  Objection.        11:53
17   A.    No.                        11:53
18   Q.    Did you ever apply for any other        11:53
19   positions at Ocean Beach other than beach        11:53
20   cleaner, dockmaster or dispatcher?        11:54
21   A.    I was a Village dockmaster for -- at    11:54
22   one point in time with the Village.        11:54
23   Q.    What's the difference, if you could    11:54
24   explain, between the dockmaster and a Village    11:54
25   dockmaster?                        11:54
         TSG Reporting - Worldwide  (877) 702-9580

1              **Moran**
2    A.    Police Department dockmaster would    11:54
3    have the marina set up as like two marinas,    11:54
4    east and a west, so the Police Department        11:54
5    dockmaster would basically for the seasonal    11:54
6    slip, only homeowners' boats, would patrol that    11:54
7    area, make sure there is no vandalism on those    11:54
8    boats.  What a Village dock master does is they    11:54
9    have slip rentals, daily and weekly, so what    11:54
10   the Village dock master would do is basically    11:54
11   dock boats per day and then take -- you know,    11:54
12   give them receipts and collect money for the    11:54
13   slip rentals.                        11:55
14   Q.    Did you ever work as a fire marshal    11:55
15   at Ocean Beach?                    11:55
16   A.    No.                        11:55
17   Q.    Did you ever apply to work as a fire    11:55
18   marshal at Ocean Beach?                11:55
19   A.    I sent my resume in to Mayor        11:55
20   Loeffler at one point for if there was any    11:55
21   positions for fire marshal.            11:55
22   Q.    Who was your supervisor as Village    11:55
23   dockmaster?                        11:55
24        MR. NOVIKOFF:  Objection to form.    11:55
25   A.    Kerry Rabino.                11:55
         TSG Reporting - Worldwide  (877) 702-9580

1              Moran
2    Q.    Did you ever learn from any source    11:55
3    if there were any problems at the Ocean Beach    11:56
4    department as far as Civil Service issues?    11:56
5         MR. NOVIKOFF:  Objection to form.    11:56
6    A.    No.                        11:56
7    Q.    Do you know who, if anyone, at Ocean    11:56
8    Beach Police Department was responsible for    11:56
9    Civil Service matters for police officers?    11:56
10        MR. NOVIKOFF:  Objection to form.    11:56
11   Foundation.                        11:56
12   A.    Repeat the question.            11:56
13   Q.    Do you know if there was anyone at    11:56
14   the Ocean Beach Police Department who was    11:56
15   responsible for Civil Service-related issues?    11:56
16        MR. NOVIKOFF:  Objection.        11:56
17   A.    George Hesse.                11:56
18   Q.    And do you know at what point he    11:56
19   would be, again, exercising that        11:56
20   responsibility?                    11:56
21   A.    No.                        11:56
22   Q.    Do you know if George Hesse had        11:56
23   responsibility for Civil Service issues before    11:56
24   Ed Paradiso was injured?                11:56
25        MR. NOVIKOFF:  Objection.        11:56
         TSG Reporting - Worldwide  (877) 702-9580

1              Moran
2    A.    I have no idea.                11:56
3    Q.    As dispatcher do you have a Civil    11:56
4    Service classification that you are aware of?    11:56
5    A.    No, not that I can recall.        11:56
6    Q.    What is your current position other    11:57
7    than dockmaster, if you have one?        11:57
8         MR. NOVIKOFF:  Wait a minute.        11:57
9    Position at Ocean Beach?                11:57
10        MR. GRAFF:  No.                11:57
11   Q.    Other than dockmaster, do you have    11:57
12   any other employment?                11:57
13        MR. NOVIKOFF:  Does he have any        11:57
14   employment other than at Ocean Beach?    11:57
15        MR. GRAFF:  Yes.                11:57
16   Q.    Other than in your capacity as a    11:57
17   dispatcher at Ocean Beach, do you have any    11:57
18   other employment?                    11:57
19   A.    Yes, I do.                    11:57
20   Q.    And what is that employment?        11:57
21   A.    I work for the New York City Fire    11:57
22   Department.                        11:57
23   Q.    What is your position with the Fire    11:57
24   Department?                        11:57
25   A.    Supervisor and fire inspector.        11:57
         TSG Reporting - Worldwide  (877) 702-9580

Page 74

```
 1              Moran
 2    Q.  And how long have you held that        11:57
 3  position?                                     11:57
 4    A.  I have been with the department a       11:57
 5  total of six years.                           11:57
 6    Q.  And during the summer seasons, like     11:57
 7  this season you are working at Ocean Beach, do 11:57
 8  you still work as a fire inspector?           11:57
 9    A.  Yes.                                    11:57
10    Q.  Is your position with the Fire          11:57
11  Department a part-time position?              11:57
12    A.  Full-time.                              11:57
13    Q.  Do you continue to work full-time       11:57
14  hours during the summer season when you are   11:57
15  also at Ocean Beach?                          11:58
16    A.  Yes.                                    11:58
17    Q.  Is your position as dispatcher at       11:58
18  Ocean Beach a part-time position?             11:58
19    MR. NOVIKOFF:  Objection.                   11:58
20    A.  Seasonal.                               11:58
21    Q.  During the season as dispatcher, how    11:58
22  many hours do you work in a week?             11:58
23    MR. NOVIKOFF:  Objection.  Time             11:58
24  frame.  This season, last season?            11:58
25    Q.  Let's talk this season.                 11:58
```

TSG Reporting - Worldwide  (877) 702-9580

Page 75

```
 1              Moran
 2    A.  This season, eight hours usually on     11:58
 3  a Saturday.                                   11:58
 4    Q.  So only one day a week?                 11:58
 5    A.  One day a week.                         11:58
 6    Q.  And what about the 2006 season?         11:58
 7    A.  One day a week.                         11:58
 8    MR. GRAFF:  I am going to ask the           11:58
 9  court reporter to mark as Exhibit Moran 2,    11:58
10  which is, I believe, the cover letter and     11:58
11  resume that you sent to Mayor Loeffler, a     11:58
12  two-page document bearing Bates numbers       11:58
13  6307 to 6308.                                 11:59
14    (Moran Exhibit 2, letter dated             11:59
15  August 21, 2006, Bates stamped 6307 and       11:59
16  6308, marked for identification.)             11:59
17    Q.  Mr. Moran, when your counsel has had    11:59
18  a chance to review his copy and the marked copy 11:59
19  of the exhibit, if you could please take a    11:59
20  moment to look at the document and tell me if 11:59
21  you recognize it.                             11:59
22    A.  Can I take two minutes to go to the     11:59
23  bathroom.                                     11:59
24    MR. GRAFF:  Yes, let's take a brief        11:59
25  break.                                        11:59
```

TSG Reporting - Worldwide  (877) 702-9580

Page 76

```
 1              Moran
 2    (Recess was taken from 11:59 to            11:59
 3  12:07.)                                       11:59
 4    MR. NOVIKOFF:  You want the witness        12:07
 5  to look at Moran Exhibit 2 to see if he       12:07
 6  recognizes it?                                12:07
 7    MR. GRAFF:  Yes, both pages, please.       12:07
 8    (Document review.)                         12:07
 9    A.  Okay.                                   12:07
10    Q.  And do you recognize the document?      12:07
11    A.  Yes.                                    12:07
12    Q.  What is the first page of the           12:07
13  document?                                     12:07
14    A.  Cover letter to Mayor Loeffler for      12:07
15  the position of fire marshal.                 12:07
16    Q.  And what is the second page of the      12:07
17  document?                                     12:08
18    A.  A copy of my resume.                    12:08
19    Q.  Did you draft the first page of the     12:08
20  document?                                     12:08
21    A.  Yes.                                    12:08
22    Q.  Did you draft the second page?          12:08
23    A.  Yes.                                    12:08
24    Q.  Did you ever sign a version of the      12:08
25  first page of the document?  If you will note 12:08
```

TSG Reporting - Worldwide  (877) 702-9580

Page 77

```
 1              Moran
 2  at the bottom, there is a typewritten         12:08
 3  signature.                                    12:08
 4    A.  Yes.                                    12:08
 5    MR. NOVIKOFF:  It's a typed name.          12:08
 6  There is no signature on the document.        12:08
 7    MR. GRAFF:  Yes.                           12:08
 8    A.  This document, no.                      12:08
 9    Q.  On what computer did you type this      12:08
10  first page?                                   12:08
11    A.  My own computer.                        12:08
12    Q.  And is your home address the address    12:08
13  listed in the top right-hand corner?          12:08
14    A.  Yes.                                    12:08
15    Q.  Did you ever receive any response       12:08
16  from Mayor Loeffler after sending this        12:08
17  document?                                     12:08
18    A.  Yes.                                    12:08
19    Q.  And how did he respond?                 12:08
20    A.  Via telephone.                          12:08
21    Q.  And what did he say to you when he      12:08
22  called?                                       12:09
23    A.  He said that the position -- what he    12:09
24  had in mind and what I had in mind were two   12:09
25  different things, so after the fact of this   12:09
```

TSG Reporting - Worldwide  (877) 702-9580

Page 78

Moran

1
2 they actually hired a person full-time to do          12:09
3 the same fire marshal, building inspector,          12:09
4 because it would be too much work. For what he          12:09
5 wanted to do and what I could do would be too          12:09
6 much work for a part-time position.          12:09
7   Q.  And did you agree with his          12:09
8 explanation of that?          12:09
9   A.  Yes. That was fine.          12:09
10   Q.  On the second page of the document,          12:09
11 at what computer did you create the second          12:09
12 page?          12:09
13   A.  My house. My laptop.          12:09
14   Q.  And did you create the second page          12:09
15 specifically in connection with the fire          12:09
16 marshal position at Ocean Beach?          12:09
17   A.  No.          12:09
18   Q.  When did you first create the          12:09
19 document?          12:09
20   A.  I can't recall when.          12:09
21   Q.  Did you update the document at all          12:10
22 in connection with the copy that you sent with          12:10
23 this cover letter on August 21, '06?          12:10
24   A.  As of today or after?          12:10
25   Q.  When you were putting together the          12:10

TSG Reporting - Worldwide  (877) 702-9580

Page 79

Moran

1
2 two pages that are marked as Moran 2, did you          12:10
3 make any changes to the copy that you already          12:10
4 had of the second page?          12:10
5   A.  No.          12:10
6   Q.  And if you could take a moment to          12:10
7 look specifically at the second page, your          12:10
8 resume, when you drafted this did you intend it          12:10
9 to be an accurate statement of what it was          12:10
10 setting forth?          12:10
11     MR. NOVIKOFF:  Objection.          12:10
12   A.  Yes.          12:10
13   Q.  And as you sit here today, is it          12:10
14 accurate as best you can determine?          12:10
15     MR. NOVIKOFF:  Objection.          12:10
16   A.  Yes.          12:10
17   Q.  Are there any things, any items on          12:10
18 the resume that are not accurate?          12:11
19     MR. NOVIKOFF:  Objection. Asked and          12:11
20 answered. If you need to look at the whole          12:11
21 thing, go ahead.          12:11
22   A.  No.          12:11
23     MR. NOVIKOFF:  The question you          12:11
24 asked him was is there anything that is on          12:11
25 this resume that is inaccurate; right?          12:11

TSG Reporting - Worldwide  (877) 702-9580

Page 80

Moran

1
2     MR. GRAFF:  Yes.          12:11
3     MR. NOVIKOFF:  Okay. The answer was          12:11
4 no.          12:11
5   Q.  If you would look the second bolded          12:11
6 section in experience, 2006 to present,          12:11
7 dispatcher?          12:11
8   A.  Yes.          12:11
9   Q.  And in the description the last full          12:11
10 sentence states "using a computer to conduct          12:11
11 data entry, which include incident reports,          12:11
12 summonses issued and obtain registration and          12:11
13 warrant information." Is that an accurate          12:11
14 statement of your duties as a dispatcher?          12:11
15   A.  Yes.          12:11
16   Q.  Did you exercise any of those duties          12:11
17 at any point when you were a dockmaster?          12:12
18     MR. NOVIKOFF:  You mean when he was          12:12
19 a dockmaster or when someone asked him to          12:12
20 cover the dispatcher desk?          12:12
21     MR. GRAFF:  When he was officially a          12:12
22 dockmaster, did he ever cover any of these          12:12
23 duties of a dispatcher.          12:12
24     MR. NOVIKOFF:  Well, he has already          12:12
25 answered that when he was a dockmaster,          12:12

TSG Reporting - Worldwide  (877) 702-9580

Page 81

Moran

1
2 there was occasions when someone asked him          12:12
3 to be a dispatcher.          12:12
4     MR. GRAFF:  Right. I am asking if          12:12
5 on those occasions he exercised these          12:12
6 duties.          12:12
7     MR. NOVIKOFF:  Now I understand. So          12:12
8 the question is when you were a dockmaster,          12:12
9 on those occasions that you were asked to          12:12
10 be a dispatcher, did you exercise any of          12:12
11 the tasks that are reflected in the resume.          12:12
12   A.  Yes.          12:12
13   Q.  Is there a second page of this          12:12
14 resume? I know I have not put a second page in          12:12
15 front of you. I am asking if one exists.          12:12
16   A.  Yes, there was, for references.          12:13
17   Q.  Did you submit that page together          12:13
18 with this page to Mayor Loeffler?          12:13
19   A.  No.          12:13
20   Q.  Why doesn't the resume refer to your          12:13
21 position as a dockmaster?          12:13
22     MR. NOVIKOFF:  So the question is          12:13
23 why didn't Mr. Moran on this resume include          12:13
24 his position as a dockmaster?          12:13
25     MR. GRAFF:  Yes.          12:13

TSG Reporting - Worldwide  (877) 702-9580

Page 82

Moran

1
2      A.   I felt it was irrelevant to the        12:13
3  position.                                       12:13
4      Q.   When you were a dockmaster on any of 12:13
5  the occasions when you were asked to cover as a 12:13
6  dispatcher, can you remember any of the people  12:13
7  who asked you to do that?                       12:13
8      A.   I can't recall.                        12:13
9      Q.   Can you recall a single person?      12:13
10     A.   No.                                    12:13
11     Q.   Did George Hesse, as best you can      12:14
12  recall, ever ask you to cover as a dispatcher   12:14
13  when you were a dockmaster?                     12:14
14         MR. NOVIKOFF:  Objection.  Asked and  12:14
15     answered.                                    12:14
16     A.   Yes.                                    12:14
17     Q.   Did Gary Bosetti ever ask you to       12:14
18  cover as a dispatcher when you were a           12:14
19  dockmaster?                                     12:14
20     A.   I didn't know him at the time.  He    12:14
21  wasn't working when I was dockmaster.           12:14
22     Q.   What about Richie Bosetti?           12:14
23     A.   Same thing.  He wasn't working when   12:14
24  I was dockmaster.                               12:14
25     Q.   Did any of the plaintiffs ever ask    12:14

TSG Reporting - Worldwide  (877) 702-9580

---

Page 83

Moran

1
2  you to cover as a dispatcher when you were a      12:14
3  dockmaster?                                       12:14
4      A.   No.                                    12:14
5         MR. NOVIKOFF:  Are you going to ask    12:14
6     him about Paradiso or are you going to wait 12:14
7     for me to do it?                              12:14
8      Q.   Did Ed Paradiso ever ask you to do     12:14
9  that?                                            12:14
10     A.   No.  Because -- no.                    12:14
11     Q.   Okay.  You can put aside Moran 2.      12:15
12        Have you ever had a business card in    12:15
13  connection with any of your positions at Ocean  12:15
14  Beach?                                           12:15
15     A.   No.                                    12:15
16     Q.   Have you ever seen any business         12:15
17  cards for Ocean Beach police officers or other  12:15
18  employees?                                       12:15
19     A.   We have a generic business card for   12:15
20  the Police Department.                           12:15
21     Q.   The generic card, does that just      12:15
22  say --                                          12:15
23     A.   Ocean Beach police and the phone      12:15
24  numbers.                                         12:15
25     Q.   But without a person's name?          12:15

TSG Reporting - Worldwide  (877) 702-9580

---

Page 84

Moran

1
2      A.   Correct.                               12:15
3      Q.   Do you know who drafted the text of   12:15
4  that generic card?                               12:15
5      A.   George did, Chief Hesse.              12:15
6      Q.   Do you know whether Chief Hesse or    12:15
7  George Hesse ever made any other business        12:15
8  cards?                                           12:15
9         MR. NOVIKOFF:  Objection.               12:15
10     A.   I know he has his own set of          12:15
11  business cards.                                 12:15
12     Q.   Do you know if George Hesse is able   12:15
13  to print out business cards at the department?  12:15
14        MR. NOVIKOFF:  Objection.               12:16
15        MR. CONNOLLY:  Objection.               12:16
16     A.   Could you repeat the question.        12:16
17     Q.   Yes.  Do you know where the Ocean     12:16
18  Beach business cards, either George Hesse's or  12:16
19  the generic, are actually printed?              12:16
20     A.   No, I don't know where they are       12:16
21  printed.                                        12:16
22     Q.   Is there a color printer that you     12:16
23  are aware of at the Ocean Beach Police          12:16
24  Department?                                      12:16
25     A.   There is a color printer, yes.        12:16

TSG Reporting - Worldwide  (877) 702-9580

---

Page 85

Moran

1
2      Q.   Do you know if George Hesse has ever  12:16
3  printed any business cards with that printer?    12:16
4      A.   Not to my knowledge.                  12:16
5      Q.   Do you know today what George         12:16
6  Hesse's business card indicates is his title?    12:16
7      A.   I have no idea.                       12:16
8         MR. GRAFF:  I will ask the court        12:16
9     reporter to please mark as Exhibit Moran 3  12:16
10     a one-page document bearing Bates number    12:16
11     P 925.                                       12:16
12        (Moran Exhibit 3, Kevin T. Lambo         12:16
13     business card, Bates stamped P925, marked   12:16
14     for identification.)                         12:17
15     Q.   Mr. Moran, if you could take a look   12:17
16  at this document and tell me have you ever seen 12:17
17  what's reproduced on Moran 3?                    12:17
18     A.   What's that?                          12:17
19     Q.   Have you ever seen any version of     12:17
20  what appears on Moran 3?                         12:17
21     A.   No.                                    12:17
22     Q.   Have you ever heard anyone make       12:17
23  reference to anything that you would recognize  12:17
24  as Moran 3?                                      12:17
25     A.   No.                                    12:17

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2     Q.   Can you tell what is depicted in     12:17
3   Moran 3?                                    12:17
4        MR. NOVIKOFF:  You want him to read    12:18
5   what it says?  Doesn't the document speak   12:18
6   for itself?                                 12:18
7     Q.   Do you recognize Moran 3 as a        12:18
8   business card?                              12:18
9        MR. NOVIKOFF:  Well, let the record    12:18
10   reflect that -- okay, you could answer the  12:18
11   question.  Do you recognize this to be a    12:18
12   business card based upon what's shown to    12:18
13   you?                                        12:18
14     A.   What's shown would appear to be a    12:18
15   business card.                              12:18
16     Q.   And do you know whose business card  12:18
17   it is?                                      12:18
18        MR. NOVIKOFF:  Well, it says Kevin     12:18
19   T. Lambo, I mean, so I am going to object   12:18
20   to the question.                            12:18
21     Q.   Do you have an understanding of who  12:18
22   that's referring to?                        12:18
23        MR. NOVIKOFF:  That's a more           12:18
24   appropriate question.  Objection to form,   12:18
25   but...                                      12:18
     TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2     A.   Yes.                             12:18
3     Q.   And who would you understand it to   12:18
4   refer to?                                 12:18
5     A.   It would be Kevin Lamm.            12:18
6     Q.   And the line underneath the name    12:18
7   Kevin T. Lambo, could you read that text?   12:18
8        MR. NOVIKOFF:  Well, let the record    12:18
9   reflect that the text speaks for itself.    12:18
10   It says "gay police officer."  Is there a   12:18
11   question?                                   12:18
12     Q.   Other than on this business card,    12:18
13   have you ever heard anyone make any statements  12:19
14   or references concerning Kevin Lamm and being   12:19
15   gay or homosexual?                          12:19
16        MR. NOVIKOFF:  Objection to form.     12:19
17   Foundation.  This isn't a business card     12:19
18   that you are showing him.  It's something   12:19
19   on a piece of paper which he believes looks 12:19
20   like a business card.                       12:19
21        MR. GRAFF:  Sure.                      12:19
22     Q.   Other than Moran 3, have you ever    12:19
23   heard any references made to Kevin Lamm being  12:19
24   gay or homosexual?                          12:19
25     A.   No.                             12:19
     TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2     Q.   Have you ever heard George Hesse    12:19
3   refer to Kevin Lamm as gay or homosexual or  12:19
4   another word of that sort?                  12:19
5     A.   No.                             12:19
6     Q.   Do you recognize the telephone      12:19
7   number on Moran 3 on the card?              12:19
8     A.   Yes.                             12:19
9     Q.   What's that telephone number for?   12:19
10     A.   It's the main -- one of the main    12:19
11   lines of the Police Department.             12:19
12     Q.   And do you recognize in the top     12:19
13   right-hand corner of the document there is an  12:20
14   emblem or a seal, do you recognize what that  12:20
15   emblem or seal depicts?                     12:20
16        MR. NOVIKOFF:  There is three        12:20
17   apparent emblems or seals.                  12:20
18     Q.   The upper right corner.             12:20
19     A.   The one in the middle or -- you want 12:20
20   the whole thing or which one?               12:20
21     Q.   First the one at the top right.      12:20
22        MR. NOVIKOFF:  Do you recognize      12:20
23   whatever that appears to be?                12:20
24     A.   Yes.                             12:20
25     Q.   And what is that?                   12:20
     TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2     A.   It's the state seal, Ocean Beach    12:20
3   Fire Island.                                12:20
4     Q.   And then at the top left, do you     12:20
5   recognize that?                             12:20
6     A.   Yes.                             12:20
7     Q.   What is that?                       12:20
8     A.   It's the Police Department patch.    12:20
9     Q.   Is that the Ocean Beach Police       12:20
10   Department specifically?                    12:20
11     A.   Yes.                             12:20
12     Q.   And then behind the text "Kevin T.   12:20
13   Lambo gay police officer" there is a        12:20
14   water-marked image.  Can you tell what that is  12:20
15   of?                                         12:20
16        MR. NOVIKOFF:  Only if you know.     12:20
17     A.   I can't -- from what this copy is,   12:20
18   it would be the state seal.                 12:21
19     Q.   Is there a restroom in the Ocean     12:21
20   Beach Police Department?                    12:21
21        MR. NOVIKOFF:  Is there a restroom?  12:21
22   A bathroom?                                 12:21
23        MR. GRAFF:  Yes.                      12:21
24     A.   Yes.                             12:21
25     Q.   Have you had occasion to use that    12:21
     TSG Reporting - Worldwide  (877) 702-9580

Page 90

```
1              Moran
2    bathroom?                        12:21
3        A.   Yes.                12:21
4        Q.   As a dispatcher?          12:21
5        A.   Yes.                12:21
6        Q.   What about as a dockmaster?   12:21
7        A.   Yes.                12:21
8        Q.   You would also use the same bathroom  12:21
9    in the Ocean Beach Police Department?   12:21
10       A.   Yes.                12:21
11       Q.   Have you ever seen any writing,   12:21
12   writings in that bathroom concerning Kevin   12:21
13   Lamm?                          12:21
14           MR. NOVIKOFF:  Where it mentions   12:21
15   Kevin Lamm by name or some variation of his  12:21
16   name?                          12:21
17           MR. GRAFF:  Yes.           12:21
18           MR. NOVIKOFF:  Okay.  You could   12:21
19   answer.                        12:21
20       A.   No.                 12:21
21       Q.   Have you ever seen any writings that  12:21
22   mention the name or a variation of the name Tom  12:21
23   Snyder?                        12:21
24       A.   No.                 12:21
25       Q.   Have you ever seen any handwritten   12:22
```

TSG Reporting - Worldwide  (877) 702-9580

Page 91

```
1              Moran
2    markings written anywhere in the Ocean Beach   12:22
3    bathroom?                      12:22
4        A.   Yes.                12:22
5        Q.   Do you recall what any of those   12:22
6    writings said?                  12:22
7        A.   It says "George Hesse was here" in   12:22
8    pen and that was it.                12:22
9        Q.   Can you think of any other writings   12:22
10   that you have seen?               12:22
11       A.   Not to my knowledge.          12:22
12       Q.   Is it possible that there were other   12:22
13   writings that you don't recall or do you think   12:22
14   that there were never other writings in the   12:22
15   bathroom when you were there?       12:22
16           MR. NOVIKOFF:  Objection.      12:22
17       A.   Can you repeat.               12:22
18       Q.   Yes.  Do you believe that the only   12:22
19   writing in the Ocean Beach Police Department   12:22
20   bathroom on the occasions when you have been   12:22
21   there was "George Hesse was here," or is it   12:22
22   possible that there is others that you have   12:22
23   forgotten?                     12:22
24           MR. NOVIKOFF:  Objection.       12:22
25           MR. CONNOLLY:  Objection.       12:22
```

TSG Reporting - Worldwide  (877) 702-9580

Page 92

```
1              Moran
2        A.   There could be others, but I can't   12:22
3    recall what they said if there were.        12:23
4        Q.   Other than the writing referring to   12:23
5    George Hesse, can you recall any other writings  12:23
6    that referred to a name or variation of a name   12:23
7    of any other person?               12:23
8        A.   No.                 12:23
9        Q.   Do you know who wrote "George Hesse   12:23
10   was here" in the bathroom?          12:23
11       A.   No.                 12:23
12       Q.   Did it appear to you to be in George   12:23
13   Hesse's handwriting?             12:23
14       A.   I have no idea.               12:23
15           MR. GRAFF:  I am going to ask the   12:23
16   court reporter to please mark as        12:23
17   Exhibit Moran 4 a two-page document        12:23
18   produced by plaintiffs.              12:24
19           (Moran Exhibit 4, photocopy of      12:24
20   writing, two pages, marked for           12:24
21   identification.)                   12:24
22       Q.   Mr. Moran, if you could take a      12:24
23   minute to look at the first page of what's been   12:24
24   marked as Moran 4, are you able to read what   12:24
25   appears to be the handwritten writing in this   12:24
```

TSG Reporting - Worldwide  (877) 702-9580

Page 93

```
1              Moran
2    image?                         12:24
3        A.   It's kind of blurry.             12:24
4        Q.   Can you read any of the words?     12:25
5        A.   Yes.                12:25
6        Q.   Could you please read the words that  12:25
7    you can read?                   12:25
8        A.   "Prepare to be Snyderized" with a    12:25
9    cross and then "woman" above with arrows.     12:25
10           MR. NOVIKOFF:  Again, let the record  12:25
11   reflect that the document says what it      12:25
12   says.  This witness could try to interpret   12:25
13   what the arrows and the cross-outs mean,     12:25
14   but it doesn't replace the fact that this   12:25
15   document, which has been marked as an      12:25
16   exhibit, does say what it says.          12:25
17           MR. GRAFF:  I am just trying to     12:25
18   ascertain if Mr. Moran can recognize this   12:25
19   image as anything rather than --        12:25
20           MR. NOVIKOFF:  Well, did you ask him  12:25
21   that?  I mean, ask him.             12:25
22           Have you ever seen anything in the   12:25
23   bathroom walls that looks like Moran 4?      12:25
24           MR. GRAFF:  Well, if Moran 4 is too   12:25
25   blurry to be seen, then I think the answer   12:25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 94

```
1                Moran
2    would be no.                    12:26
3        MR. NOVIKOFF: Oh, I don't think   12:26
4    it's it blurry to be seen. I think the   12:26
5    record will reflect that the arrows and the 12:26
6    words and the cross-outs are pretty clear.  12:26
7        Q.  Mr. Moran, have you ever seen     12:26
8    anything like the first page of Moran 4 written 12:26
9    on a wall or a stall in the Ocean Beach     12:26
10   bathroom?                        12:26
11       A.  I can't recall.             12:26
12       Q.  What about the second page?    12:26
13       A.  I can't recall.             12:26
14       Q.  This one genuinely has some blur.  12:26
15   Can you tell what the words on the second page 12:26
16   are?                             12:26
17       MR. NOVIKOFF: Again, the document   12:26
18   speaks for itself, Ari. I will reflect    12:26
19   that at least according to this document   12:26
20   the second page has the word "or" on it,  12:26
21   there seems to be an arrow, the word "Lamm"  12:26
22   with a line through the word, then       12:26
23   underneath the arrow and "Lamm" it says    12:27
24   "fag," and underneath the word "fag" there  12:27
25   appears to be the letters I-N-A-T-E-D with   12:27
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 95

```
1                Moran
2    at least two exclamation marks.       12:27
3        Q.  Okay. Can you also see the document 12:27
4    as reflecting what Mr. Novikoff described?   12:27
5        A.  Yes.                      12:27
6        Q.  Have you ever seen this written in   12:27
7    the bathroom?                     12:27
8        A.  Not that I can recall.        12:27
9        Q.  Can you tell from either of these   12:27
10   pages where this writing or what space is being 12:27
11   depicted here?                    12:27
12       MR. NOVIKOFF: Objection to form.    12:27
13   What's the question?                12:27
14       MR. GRAFF: Does he recognize the    12:27
15   backdrop against which these words are    12:27
16   written.                         12:27
17       MR. NOVIKOFF: Okay. Don't guess.   12:27
18   If you recognize --                 12:27
19       A.  It would be on a wall.        12:27
20       MR. NOVIKOFF: Don't guess. Do you   12:27
21   know?                            12:27
22       A.  On a wall.                 12:27
23       Q.  Is the bathroom in the Ocean Beach  12:27
24   Police Department or the walls or any walls in 12:27
25   the stalls unfinished wood of the type that  12:27
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 96

```
1                Moran
2    appears to be on the second page?       12:28
3        MR. CONNOLLY: Objection.         12:28
4        MR. NOVIKOFF: Again, this doesn't   12:28
5    reflect that it's on wood or anything else.  12:28
6    It's a photocopy of something that appears  12:28
7    to be a photocopy of words appearing on    12:28
8    something. Whether it's wood or a piece of  12:28
9    paper or cardboard, who knows.         12:28
10       MR. GRAFF: Okay. If Mr. Moran is   12:28
11   able to answer the last question, then I am  12:28
12   done with the document.             12:28
13       A.  So repeat your question.       12:28
14       Q.  Are there walls or stalls in the   12:28
15   Ocean Beach Police Department bathroom that are 12:28
16   constructed of unfinished wood?        12:28
17       A.  Yes.                      12:28
18       Q.  Thank you.                 12:28
19       When was the last time that you      12:28
20   spoke with Mayor Loeffler?            12:28
21       A.  After -- direct conversation? After 12:29
22   when I applied for the fire marshal position.  12:29
23       Q.  And have you ever spoken directly   12:29
24   with Mayor Rogers either before or after his  12:29
25   service as mayor?                 12:29
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 97

```
1                Moran
2        A.  No.                      12:29
3        Q.  Have you ever spoken directly with 12:29
4    Mary Anne Minerva?                 12:29
5        A.  No.                      12:29
6        Q.  Do you know who that person is?   12:29
7        A.  Yes. She is the Village         12:29
8    administrator.                   12:29
9        Q.  Do you know a person by the name of  12:29
10   Kathy or Katherine Spies?            12:29
11       A.  No.                      12:29
12       Q.  Is Pat Cherry currently working at   12:29
13   the Ocean Beach Police Department?       12:29
14       A.  Yes.                      12:29
15       Q.  In what capacity is he working?    12:29
16       A.  Dispatcher.                 12:29
17       Q.  When is the last time you spoke to   12:29
18   Pat Cherry?                       12:29
19       A.  I saw him yesterday.          12:29
20       Q.  Do you know who, if anyone, other   12:30
21   than yourself has had a deposition in this   12:30
22   case?                            12:30
23       A.  No.                      12:30
24       Q.  Has anyone indicated to you that   12:30
25   they had or were going to have their deposition 12:30
         TSG Reporting - Worldwide  (877) 702-9580
```

Page 98

```
 1            Moran
 2  taken in this case?                    12:30
 3     A.  No.                    12:30
 4     Q.  Have you discussed the fact that    12:30
 5  your deposition is happening today with anyone  12:30
 6  other than counsel?                 12:30
 7     A.  No.                    12:30
 8     Q.  So does anyone outside of this room  12:30
 9  know where you are?                 12:30
10     A.  Actually, can I clarify?       12:30
11     Q.  Please.                12:30
12     A.  I told my boss for the city that I   12:30
13  had to take the day off.  That was it.  My     12:30
14  lawyer and my boss.  That's it.        12:30
15     Q.  Did you tell anyone at Ocean Beach   12:30
16  that you were --                 12:30
17     A.  No.                    12:30
18     Q.  When was the last time you worked,   12:30
19  like the last day that you worked at Ocean    12:30
20  Beach?                      12:30
21     A.  Saturday, 4 p.m. to midnight,    12:30
22  midnight to 8.                 12:30
23     Q.  And did you speak with any other    12:31
24  employees of the Ocean Beach Police Department  12:31
25  on Saturday?                   12:31
```
TSG Reporting - Worldwide  (877) 702-9580

Page 99

```
 1            Moran
 2     A.  No.                    12:31
 3     Q.  About anything?            12:31
 4        MR. NOVIKOFF:  Well, objection.  I   12:31
 5  mean, anything related to this lawsuit or    12:31
 6  anything in general?               12:31
 7     Q.  In general, did you --        12:31
 8     A.  Yes.                   12:31
 9     Q.  Who did you speak to?  Who was there  12:31
10  that night?                   12:31
11        MR. NOVIKOFF:  On Saturday?      12:31
12        MR. GRAFF:  Yes.            12:31
13        MR. NOVIKOFF:  Objection.       12:31
14     A.  Whatever calls went out, I      12:31
15  dispatched, but in regards to this case, no.  12:31
16     Q.  Have you ever been convicted of a    12:31
17  crime?                     12:31
18     A.  No.                    12:31
19     Q.  Did you graduate high school?   12:31
20     A.  Yes.                   12:31
21     Q.  Which high school?           12:31
22     A.  Irvington High School.        12:31
23     Q.  Did you attend any college or    12:31
24  university?                   12:31
25     A.  Yes.                   12:31
```
TSG Reporting - Worldwide  (877) 702-9580

Page 100

```
 1            Moran
 2     Q.  And what was the first college or    12:31
 3  university that you attended after graduating   12:31
 4  high school?                   12:31
 5     A.  SUNY Rockland Community College.    12:31
 6     Q.  And did you attain a degree there?   12:32
 7     A.  Yes.                   12:32
 8     Q.  In what was your degree?        12:32
 9     A.  Associate's of applied science.    12:32
10     Q.  And do you hold any other degrees?   12:32
11     A.  Yes.                   12:32
12     Q.  What other degrees?          12:32
13     A.  Bachelor's of science.        12:32
14     Q.  Where did you obtain that degree?   12:32
15     A.  University of New Haven.        12:32
16     Q.  Other than those two degrees, do you  12:32
17  hold any other degrees?              12:32
18     A.  No.                    12:32
19     Q.  Do you hold any other          12:32
20  certifications?                 12:32
21        MR. NOVIKOFF:  Objection to form.   12:32
22     You can answer.              12:32
23     A.  For work, yes.            12:32
24     Q.  For your work at the Fire        12:32
25  Department?                   12:32
```
TSG Reporting - Worldwide  (877) 702-9580

Page 101

```
 1            Moran
 2     A.  Yes.                   12:32
 3     Q.  What kind of certifications?     12:32
 4     A.  New York State peace officer without  12:32
 5  firearms, and certification for New York City   12:32
 6  Fire Department for fire inspector.        12:32
 7     Q.  And other than college or university  12:32
 8  that ended with a degree, did you take any    12:32
 9  other college or university courses?        12:32
10     A.  No.                    12:32
11     Q.  Are you married?           12:32
12     A.  No.                    12:33
13     Q.  Do you have children?         12:33
14     A.  No.                    12:33
15     Q.  Have you ever been married?     12:33
16     A.  No.                    12:33
17     Q.  Have you ever been a plaintiff in a   12:33
18  lawsuit?                    12:33
19     A.  No.                    12:33
20     Q.  Have you ever been a defendant in a   12:33
21  lawsuit?                    12:33
22     A.  No.                    12:33
23     Q.  Have you ever threatened to sue your  12:33
24  employer, any employer?              12:33
25     A.  No.                    12:33
```
TSG Reporting - Worldwide  (877) 702-9580

Page 102

```
                    Moran
 1
 2      Q.   Has anyone ever threatened to sue    12:33
 3   you?                                   12:33
 4      A.   No.                       12:33
 5      Q.   Have any civilian complaints been    12:33
 6   filed against you in connection with your jobs    12:33
 7   at Ocean Beach?                     12:33
 8      A.   No.                       12:33
 9      Q.   What about in connection with your    12:33
10   jobs at the city?                    12:33
11      A.   No.                       12:33
12      Q.   Have you ever been terminated?      12:33
13      A.   Yes.                      12:33
14      Q.   When was the most recent time that   12:33
15   you were terminated?                 12:33
16         MR. NOVIKOFF:  Well, I am assuming    12:33
17   when you say "terminated," you mean fired?    12:33
18         MR. GRAFF:  Yes.              12:33
19         MR. NOVIKOFF:  As opposed to the     12:33
20   season ending.                      12:34
21         MR. GRAFF:  Yes.  I am not asking    12:34
22   about that.                         12:34
23         MR. NOVIKOFF:  Okay.  Fine.        12:34
24      Do you understand?              12:34
25         THE WITNESS:  Yes.            12:34
```

TSG Reporting - Worldwide  (877) 702-9580

Page 103

```
                    Moran
 1
 2      Q.   Have you ever been fired from a job?  12:34
 3      A.   Yes.                      12:34
 4      Q.   And what was the most recent job     12:34
 5   that you were fired from?             12:34
 6      A.   It was back in when I was like 17    12:34
 7   with the Village when I was a dockmaster.     12:34
 8      Q.   Did you say when you were 17?       12:34
 9      A.   Yes.                      12:34
10      Q.   Who fired you?                12:34
11      A.   The Village.  I don't know the exact  12:34
12   person, but the Village let me go.        12:34
13      Q.   Was any reason communicated to you   12:34
14   for why you were fired from that position?    12:34
15      A.   The reason was that I took money and  12:34
16   that was -- they found out and they let me go.  12:34
17      Q.   How much money?               12:34
18      A.   I can't recall how much at this     12:34
19   time.  It was years ago.              12:34
20         MR. NOVIKOFF:  How many years ago?    12:35
21      A.   Twelve years ago maybe, 13 years    12:35
22   ago.                             12:35
23      Q.   How old are you?              12:35
24      A.   31.                      12:35
25      Q.   Can I just get your date of birth,   12:35
```

TSG Reporting - Worldwide  (877) 702-9580

Page 104

```
                    Moran
 1
 2   please?                          12:35
 3      A.   May 23rd, 1978.              12:35
 4      Q.   Have you personally ever had a drink  12:35
 5   at any bars in Ocean Beach?            12:35
 6      A.   Yes.                      12:35
 7      Q.   When was the last time you had a     12:35
 8   drink at a bar in Ocean Beach?          12:35
 9      A.   Last summer.                12:35
10      Q.   Have you ever had drinks with any    12:35
11   other employees of Ocean Beach?          12:35
12         MR. NOVIKOFF:  In a bar?          12:35
13         MR. GRAFF:  Anywhere.           12:35
14      A.   Outside of work?              12:35
15      Q.   Yes.                      12:35
16      A.   No.  Actually, yes, yes.         12:35
17      Q.   Who have you had drinks with?       12:36
18      A.   One time last year with Mike Mills   12:36
19   after I was off, he was off.            12:36
20      Q.   And then what about -- you had said   12:36
21   outside of work.  What about during work or   12:36
22   inside of work?                     12:36
23      A.   No.                      12:36
24      Q.   Have you ever had a drink of an      12:36
25   alcoholic beverage inside the Ocean Beach     12:36
```

TSG Reporting - Worldwide  (877) 702-9580

Page 105

```
                    Moran
 1
 2   Police Department?                   12:36
 3      A.   No.                      12:36
 4      Q.   What about inside the Ocean Beach    12:36
 5   police barracks?                    12:36
 6      A.   Yes.                      12:36
 7      Q.   When was the last time you had a     12:36
 8   drink in the barracks?               12:36
 9      A.   Four years ago.              12:36
10      Q.   And who did you have a drink with at  12:36
11   that time?                         12:36
12      A.   Myself.  I was the only one present.  12:36
13      Q.   Other than on that occasion, did you  12:36
14   ever have any other drinks in the barracks?   12:36
15      A.   No.                      12:36
16      Q.   How many drinks, if you remember,    12:36
17   did you have on that occasion in the barracks  12:37
18   drinking by yourself?                 12:37
19      A.   Two beers.                  12:37
20      Q.   Two beers?                  12:37
21      A.   Yes.                      12:37
22      Q.   What kind of beers, if you remember?  12:37
23      A.   I can't remember.             12:37
24      Q.   Has anyone ever communicated to you  12:37
25   that any members of the Ocean Beach Police    12:37
```

TSG Reporting - Worldwide  (877) 702-9580

Page 106

```
                    Moran
 1
 2    Department ever confiscated beers from      12:37
 3    civilians for any reason?                   12:37
 4        A.  Yes.                                12:37
 5            MR. NOVIKOFF:  Well, I am going to  12:37
 6    object to the form.  When you say           12:37
 7    confiscate beer from civilians, are you     12:37
 8    saying took alcoholic beverages from        12:37
 9    civilians for no reason or took it and      12:37
10    then --                                     12:37
11            MR. GRAFF:  For any reason.  I was  12:37
12    about to --                                 12:37
13            MR. NOVIKOFF:  Okay.  Why don't you 12:37
14    clarify the question.                       12:37
15        Q.  Who communicated to you -- who told 12:37
16    you that they or other members of the Ocean 12:38
17    Beach Police Department had confiscated beer 12:38
18    from a civilian?                            12:38
19        A.  I don't understand the question.    12:38
20        Q.  My first question was do you know   12:38
21    if -- has anyone ever told you if that's    12:38
22    happened?                                   12:38
23        A.  Yes.                                12:38
24        Q.  Now I am asking who told you.       12:38
25        A.  I don't know who, but it has        12:38
```

TSG Reporting - Worldwide  (877) 702-9580

Page 107

```
                    Moran
 1
 2    happened.                                   12:38
 3        Q.  Do you know when it does happen what 12:38
 4    is done with the beers that are confiscated? 12:38
 5            MR. NOVIKOFF:  Objection to form.   12:38
 6        You can answer.                         12:38
 7        A.  They are taken up to the police     12:38
 8    barracks.                                   12:38
 9        Q.  For what purpose, if you know?      12:38
10            MR. NOVIKOFF:  Objection.           12:38
11        A.  I don't know the purpose.           12:38
12        Q.  Do you know if they are consumed in 12:38
13    the police barracks?                        12:38
14            MR. NOVIKOFF:  Objection.           12:38
15        A.  No.                                 12:38
16        Q.  Has anyone ever communicated to you 12:38
17    that they had consumed beer or other alcoholic 12:38
18    beverage that had been confiscated from a   12:38
19    civilian?                                   12:38
20        A.  No.                                 12:38
21        Q.  Have you ever seen any other        12:38
22    employees of Ocean Beach drink in the police 12:38
23    barracks?                                   12:38
24        A.  No, not that I can recall.          12:38
25        Q.  What about in the police department 12:39
```

TSG Reporting - Worldwide  (877) 702-9580

Page 108

```
                    Moran
 1
 2    itself?                                     12:39
 3            MR. NOVIKOFF:  In the physical      12:39
 4    building?  Are you asking the physical      12:39
 5    building?                                   12:39
 6            MR. GRAFF:  Yes.                     12:39
 7            MR. NOVIKOFF:  Okay.                12:39
 8        A.  Yes.                                12:39
 9        Q.  Who did you see drink there?        12:39
10        A.  Gary and Richie Bosetti.            12:39
11        Q.  Did you see Gary or Richie Bosetti  12:39
12    drinking in the police barracks on more than 12:39
13    one occasion?                               12:39
14            MR. NOVIKOFF:  You said police      12:39
15    station.                                    12:39
16        A.  Station or barracks?                12:39
17        Q.  I'm sorry, police station on more   12:39
18    than one occasion.                          12:39
19            MR. NOVIKOFF:  He asked you two     12:39
20    questions ago whether or not you had seen   12:39
21    any other police officers -- anybody else   12:39
22    drink in the police barracks.  You answered 12:39
23    no.                                         12:39
24            MR. GRAFF:  He answered he didn't   12:39
25    recall.                                     12:39
```

TSG Reporting - Worldwide  (877) 702-9580

Page 109

```
                    Moran
 1
 2            MR. NOVIKOFF:  You don't recall.    12:39
 3    The next question was did you ever see      12:39
 4    anybody drink in the Police Department and  12:40
 5    you just answered yes.  Did you understand  12:40
 6    the questions?                              12:40
 7        A.  Let me -- so what is your question? 12:40
 8        Q.  How many times did you see Gary or  12:40
 9    Richie Bosetti drink in the police department 12:40
10    station?                                    12:40
11        A.  Only one time.                      12:40
12        Q.  And did you see both of them        12:40
13    drinking on that occasion?                  12:40
14        A.  Yes.                                12:40
15        Q.  What were they drinking?            12:40
16            MR. NOVIKOFF:  If you know.         12:40
17        A.  I don't -- I can't recall.          12:40
18        Q.  Was anyone else drinking with them? 12:40
19        A.  I can't recall.                     12:40
20        Q.  Was anyone else present in the      12:40
21    station other than you and the Bosettis?    12:40
22        A.  I can't recall.                     12:40
23        Q.  Do you recall when that incident    12:40
24    took place?                                 12:40
25        A.  No.                                 12:40
```

TSG Reporting - Worldwide  (877) 702-9580

Page 110

1          Moran
2     Q.   Other than that one instance with      12:40
3   the Bosettis, have you seen anyone else        12:40
4   drinking alcohol in the Ocean Beach police     12:40
5   station?                             12:40
6     A.   Not that I can recall.         12:40
7     Q.   Has anyone ever communicated to you   12:41
8   that any Ocean Beach police officer had drinks  12:41
9   while they were on duty?              12:41
10    A.   No, not that I can recall.     12:41
11    Q.   Do you know whether the Bosettis    12:41
12  were on duty on the one occasion which you saw  12:41
13  them in the department?              12:41
14    A.   Repeat your question.          12:41
15    Q.   On the occasion when you saw the    12:41
16  Bosettis drinking in the police station, do you  12:41
17  know if they were on duty at that time?   12:41
18    A.   Yes.                         12:41
19    Q.   Were they on duty?             12:41
20    A.   Yes.                         12:41
21    Q.   Do you know if there is any rule or   12:41
22  policy that would prohibit an Ocean Beach    12:41
23  police officer from drinking while on duty?  12:41
24    A.   I can't recall.                12:41
25    Q.   Is there any policy or rule that     12:41

Page 111

1          Moran
2   would prohibit Ocean Beach police officers from  12:41
3   drinking in Ocean Beach when they were off    12:41
4   duty?                              12:41
5     A.   No.                          12:41
6          MR. NOVIKOFF:  What was the          12:42
7   question?                          12:42
8          (Record read.)                 12:42
9          MR. NOVIKOFF:  Now you want to talk   12:42
10  to me?                             12:42
11         THE WITNESS:  Yes.             12:42
12         MR. GRAFF:  Okay, let's go off the   12:42
13  record.                            12:42
14         (Recess was taken from 12:42 to       12:42
15  12:45.)                            12:42
16         (Record read.)                 12:45
17         MR. NOVIKOFF:  The witness wants to   12:45
18  clarify that.                       12:45
19  BY MR. GRAFF:                        12:45
20    Q.   Please.                      12:45
21    A.   George basically told us at one       12:46
22  point that once you are done your shift, to go  12:46
23  home, and even though you are off duty, but not  12:46
24  to drink.  He verbally told us that when your  12:46
25  shift is over, just go home, not to drink in    12:46

Page 112

1          Moran
2   the Village.                        12:46
3          MR. NOVIKOFF:  Off duty.         12:46
4     A.   Off duty.                    12:46
5     Q.   At what point did George Hesse say   12:46
6   that?                              12:46
7     A.   I can't recall the exact time.    12:46
8     Q.   Did he say it to you in your        12:46
9   presence?                          12:46
10    A.   Yes, it was a general statement that  12:46
11  when you are off duty, just go home.      12:46
12    Q.   Were there other people other than   12:46
13  you and Mr. Hesse present?            12:46
14    A.   Yes.                         12:46
15    Q.   Was it a general department meeting?  12:46
16    A.   I can't recall.                12:46
17    Q.   Do you recall where that           12:46
18  conversation took place?              12:46
19    A.   No.                          12:46
20    Q.   Do you recall any of the other      12:46
21  individuals who were present?          12:47
22    A.   No.                          12:47
23    Q.   Did you ever discuss with anyone or   12:47
24  mention to anyone that George Hesse had said  12:47
25  that?                              12:47

Page 113

1          Moran
2     A.   No.                          12:47
3     Q.   Have you ever had any conversations   12:47
4   with any other employees of Ocean Beach Police  12:47
5   Department regarding the issue of police     12:47
6   officers drinking on or off duty?         12:47
7     A.   No.                          12:47
8     Q.   Did you ever have any conversation   12:47
9   with Gary or Richie Bosetti about any of the   12:47
10  plaintiffs in this case?              12:47
11    A.   No.                          12:47
12         MR. NOVIKOFF:  Before or after April  12:47
13  2006?                              12:47
14         MR. GRAFF:  Before or after.     12:47
15         MR. NOVIKOFF:  Okay.            12:47
16    A.   No.                          12:47
17    Q.   Have you ever heard Gary or Richie   12:47
18  Bosetti make any statements about any of the   12:47
19  plaintiffs in this case?              12:47
20    A.   No.                          12:47
21    Q.   Other than the fact that the        12:47
22  plaintiffs were suing Ocean Beach and that they  12:48
23  had been let go at the meeting, has George    12:48
24  Hesse ever said anything else to you about any  12:48
25  of the plaintiffs in this case?          12:48

Page 114

```
1              Moran
2      A.  In what regards?              12:48
3      Q.  Any regards.                  12:48
4      A.  Can I -- give me one second.  12:48
5          MR. NOVIKOFF:  You have got to  12:48
6   answer that one.                     12:48
7      A.  Yes.                          12:48
8      Q.  Has he made more than one such  12:48
9   statement?                           12:48
10     A.  No.                           12:48
11     Q.  And what was the statement that you  12:48
12  are referring to?                    12:48
13     A.  Can I talk to him?            12:48
14         MR. NOVIKOFF:  You have to answer  12:48
15  the question and then you can talk to me.  12:48
16     A.  He basically told me with Kevin --  12:48
17  because Kevin was trying to go for the PD --  12:48
18  Suffolk County PD and somebody's review, I  12:49
19  guess, that he had a review for him and that it  12:49
20  was unfavorable.                     12:49
21     Q.  I'm not sure I followed that.  12:49
22  George Hesse told you that he --     12:49
23     A.  In passing that supposedly Kevin was  12:49
24  trying to get him a job with Suffolk County  12:49
25  police as an officer and he got a review or  12:49
```

Page 115

```
1              Moran
2   somebody's review from the Village to the --  12:49
3   for him, for Suffolk County.         12:49
4      Q.  And at what point in time is that,  12:49
5   more specifically?  Was that after the April  12:49
6   2006 meeting?                        12:49
7      A.  Yes, it was after.            12:49
8      Q.  And did you understand Hesse to be  12:49
9   referring to like an employment reference or  12:49
10  recommendation for the job?          12:50
11         MR. NOVIKOFF:  Objection to form.  12:50
12         MR. CONNOLLY:  Objection.     12:50
13     A.  Could you repeat.             12:50
14     Q.  When you say "review," do you mean  12:50
15  the same thing as like a reference or  12:50
16  recommendation or something?         12:50
17     A.  Yes.                          12:50
18     Q.  Did George Hesse indicate to you at  12:50
19  all what the nature of the bad review was?  12:50
20     A.  No.                           12:50
21     Q.  Did he say why he had given a bad  12:50
22  review?                              12:50
23     A.  No.                           12:50
24     Q.  Did you ask?                  12:50
25     A.  No.                           12:50
```

Page 116

```
1              Moran
2      Q.  Did you discuss the statement that  12:50
3   George Hesse made to you with anyone?  12:50
4      A.  No.                           12:50
5      Q.  Did you discuss it with Kevin Lamm?  12:50
6      A.  Yes.                          12:50
7      Q.  Did you discuss it with anyone else?  12:50
8      A.  No.                           12:50
9      Q.  When did you discuss it with Kevin  12:50
10  Lamm?                                12:50
11     A.  I do not recall exactly when, but it  12:50
12  was -- I talked to him on the phone.  I don't  12:50
13  know when, but...                    12:51
14     Q.  Sort of a tricky question to say  12:51
15  precisely.  Would you say that you are friends  12:51
16  with Kevin Lamm?                     12:51
17     A.  Yes, I was friends with him.   12:51
18         MR. NOVIKOFF:  Is the question today  12:51
19  or any time before today?            12:51
20         MR. GRAFF:  He indicated he was.  12:51
21     Q.  Would you today consider yourself --  12:51
22     A.  No.                           12:51
23     Q.  Why not?                      12:51
24     A.  I don't know.  I liked him and then  12:51
25  after a while we just -- I haven't talked to  12:51
```

Page 117

```
1              Moran
2   him in a while.                      12:51
3      Q.  Did you have some sort of dispute or  12:51
4   falling out?                         12:51
5      A.  No.                           12:51
6      Q.  What about Frank, would you say that  12:51
7   at any point you considered yourself to be  12:51
8   friends with Frank Fiorillo?         12:51
9      A.  Yeah.                         12:51
10     Q.  As you sit here today, is there  12:51
11  anything that has happened?          12:52
12     A.  No.                           12:52
13     Q.  So you would still consider Frank a  12:52
14  friend?                              12:52
15     A.  Yeah.                         12:52
16     Q.  What about Ed Carter?         12:52
17     A.  Yeah.                         12:52
18     Q.  You would consider him a friend?  12:52
19     A.  Yeah.                         12:52
20     Q.  What about Tom Snyder?        12:52
21     A.  I guess, yeah.                12:52
22     Q.  What about Joe Nofi?          12:52
23     A.  Yeah.                         12:52
24     Q.  What about George Hesse?      12:52
25     A.  Yeah.                         12:52
```

Page 118

Moran

1
2      Q.   What about Gary Bosetti?          12:52
3      A.   Yeah.                    12:52
4      Q.   What about Richie Bosetti?          12:52
5      A.   Yes.                     12:52
6      Q.   Just to be clear, all these     12:52
7  questions I am asking if you would consider     12:52
8  them friends.                    12:52
9      A.   Yes, yes, yes, yes.          12:52
10     Q.   During the time prior to April 2nd,   12:52
11 2006 did you have an opinion either way as to   12:52
12 whether Kevin Lamm and Frank Fiorillo were   12:52
13 friends?                       12:52
14        MR. NOVIKOFF:  Wait a minute.  Prior  12:52
15 to -- objection.  The question is prior to   12:52
16 April 2006 did this witness have an opinion  12:52
17 as to whether or not Mr. Fiorillo and      12:53
18 Mr. Lamm were friends?  I am going to     12:53
19 object.  Completely irrelevant, but you can  12:53
20 answer.                      12:53
21     A.   I guess they were friends.  They    12:53
22 worked together.                  12:53
23     Q.   Did you have an opinion as to        12:53
24 whether Frank and Richie Bosetti were friends?  12:53
25     A.   I don't know.                12:53

TSG Reporting - Worldwide  (877) 702-9580

Page 119

Moran

1
2        MR. NOVIKOFF:  Note my objection.     12:53
3      Q.   Is there such a position as Ocean   12:53
4  Beach police commissioner?             12:53
5        MR. NOVIKOFF:  Objection.        12:53
6  Foundation.  Form.                 12:53
7        You can answer.              12:53
8      A.   Yeah, it would be the mayor.        12:53
9      Q.   So currently that would be Mayor   12:53
10 Loeffler is the police commissioner?       12:53
11     A.   Correct.                  12:53
12     Q.   And was Mayor Rogers police      12:53
13 commissioner?                     12:53
14     A.   Yes.                    12:53
15     Q.   Can you think of -- other than those  12:53
16 two individuals, can you think of anyone else  12:53
17 who served as Ocean Beach police commissioner?  12:53
18     A.   In the past or from my knowledge?    12:53
19     Q.   As far as you --              12:53
20     A.   From what I recall, it was just     12:53
21 those two people.                  12:54
22     Q.   Is there a position Ocean Beach     12:54
23 police liaison?                    12:54
24        MR. NOVIKOFF:  Objection.  Form.     12:54
25 Foundation.                      12:54

TSG Reporting - Worldwide  (877) 702-9580

Page 120

Moran

1
2      A.   Yeah.                    12:54
3      Q.   What is that position?          12:54
4      A.   It's one of the trustees.  I believe  12:54
5  one of the trustees is a liaison to the Police  12:54
6  Department.  I don't know much -- I don't know  12:54
7  who it is or --                   12:54
8      Q.   Do you know anyone who has been in   12:54
9  that position?                    12:54
10     A.   No, I can't recall.            12:54
11     Q.   Do you know whether current Mayor   12:54
12 Loeffler was ever the police liaison?       12:54
13     A.   I don't know.                12:54
14     Q.   How did you hear of the existence of  12:54
15 a position police liaison?              12:54
16     A.   I don't know.                12:54
17     Q.   Did George Hesse ever make any      12:54
18 statements to you concerning Ocean Beach police  12:54
19 liaison?                       12:54
20     A.   No.                     12:54
21     Q.   Do you know who the liaison was when  12:54
22 Mayor Rogers was mayor?                12:55
23     A.   No.                     12:55
24     Q.   We touched on a similar question    12:55
25 earlier, but have you read any transcript from  12:55

TSG Reporting - Worldwide  (877) 702-9580

Page 121

Moran

1
2  any other depositions in this case?         12:55
3      A.   No.                     12:55
4        MR. GRAFF:  I am going to ask the     12:55
5  court reporter to please mark as          12:55
6  Exhibit Moran 5 a multi-page document       12:55
7  produced by Ocean Beach, Bates numbers 1     12:55
8  through 25, titled Incorporated Village of    12:55
9  Ocean Beach, Employee Handbook.           12:55
10        (Moran Exhibit 5, The Incorporated    12:56
11 Village of Ocean Beach Employee Handbook,     12:56
12 Bates stamped 1 through 25, marked for      12:56
13 identification.)                   12:56
14     Q.   Mr. Moran, if you could take as much  12:56
15 time as you need to look through that document  12:56
16 to tell me if it's something that you have seen  12:56
17 before.                        12:56
18        MR. NOVIKOFF:  Take a look.  Go      12:56
19 through it page by page if you have to.      12:56
20        (Document review.)              12:56
21        MR. GRAFF:  While Mr. Moran is       12:57
22 reviewing, I think that I probably have      12:57
23 approximately an hour left of questioning.    12:57
24 Would anyone want to continue for an hour?    12:57
25        Off the record.               12:57

TSG Reporting - Worldwide  (877) 702-9580

Page 122

```
1              Moran
2       (Discussion off the record.)        12:58
3    BY MR. GRAFF:                          12:58
4       Q.  Mr. Moran, having reviewed Moran 5,  01:01
5    can you tell me if you recognize the document  01:01
6    as something you have seen before?      01:01
7       A.  No. It's my first --            01:01
8       Q.  I'm sorry, it's your --         01:01
9       A.  First time with this. First time I  01:01
10   have seen this.                         01:01
11      Q.  Have you ever seen a document called  01:01
12   Ocean Beach Handbook?                   01:01
13      A.  No.                             01:01
14      Q.  Employee Handbook?              01:01
15      A.  No.                             01:01
16      MR. GRAFF:  Okay.  Why don't we take  01:01
17   a break now and we can discuss timing off  01:01
18   the record.                             01:01
19      MR. NOVIKOFF:  You got it.          01:01
20      (Lunch Recess was taken from 1:01 to  01:01
21   2:01.)                                  01:01
22   CONTINUED EXAMINATION BY               01:01
23   MR. GRAFF:                             02:01
24      Q.  Good afternoon, again, Mr. Moran.  02:01
25      If you recall, earlier today I had   02:01
```

TSG Reporting - Worldwide  (877) 702-9580

Page 123

```
1              Moran
2    asked you some questions about a beer that you  02:01
3    drank at the barracks on one occasion.  02:01
4       MR. NOVIKOFF:  Was it the barracks  02:01
5    or the police station?                  02:01
6       Q.  Was it a beer that you drank in the  02:01
7    barracks?                              02:01
8       MR. NOVIKOFF:  Oh, that he drank.   02:01
9    Okay.                                  02:02
10      A.  Yes.                            02:02
11      Q.  Did you get that beer in the      02:02
12   refrigerator in the barracks?           02:02
13      A.  Yes.                            02:02
14      Q.  Were there other beers in that   02:02
15   refrigerator?                          02:02
16      A.  Yes.                            02:02
17      Q.  Was that a beer that you drank, was  02:02
18   it a beer that you had purchased?       02:02
19      MR. NOVIKOFF:  That he had          02:02
20   purchased?                             02:02
21      A.  No.                             02:02
22      Q.  Do you know who had purchased the  02:02
23   beer that you drank?                    02:02
24      A.  No.                             02:02
25      Q.  Do you know who had purchased any of  02:02
```

TSG Reporting - Worldwide  (877) 702-9580

Page 124

```
1              Moran
2    the beers that were in the barracks     02:02
3    refrigerator?                          02:02
4       A.  No.                             02:02
5       Q.  Do you know today whether as you sit  02:02
6    here today presently there are beers in the  02:02
7    barracks?                              02:02
8       A.  No idea.                        02:02
9       Q.  On Saturday when you last worked at  02:02
10   Ocean Beach, were you in the barracks?  02:02
11      A.  No.                             02:02
12      Q.  Do you know who at any point      02:02
13   purchased any beers that may have been in the  02:02
14   refrigerator in the barracks?           02:02
15      A.  I have no idea.                  02:02
16      Q.  Other than that one occasion when  02:02
17   you opened the fridge to get that one beer that  02:03
18   you drank, were there any other times that you  02:03
19   were aware that there were beers in the fridge  02:03
20   in the barracks?                        02:03
21      A.  Could you repeat the question.    02:03
22      Q.  Other than the specific time that  02:03
23   you opened up the fridge and took a beer out,  02:03
24   were you ever at any other time aware that  02:03
25   there were beers in that refrigerator?  02:03
```

TSG Reporting - Worldwide  (877) 702-9580

Page 125

```
1              Moran
2       A.  Yes.                            02:03
3       Q.  And how did you come to be aware on  02:03
4    other occasions that there were beers in that  02:03
5    refrigerator?                          02:03
6       MR. NOVIKOFF:  Note my objection to  02:03
7    the form.                              02:03
8       You can answer.                     02:03
9       A.  Repeat that.                    02:03
10      Q.  How is it that you know that on    02:03
11   other occasions there were beers in the fridge?  02:03
12      A.  It was there.                    02:03
13      Q.  Did you ever see anyone else      02:03
14   drinking beers in the barracks from the  02:04
15   refrigerator?                          02:04
16      A.  No.                             02:04
17      Q.  When you took the beer that you    02:04
18   drank, do you remember how many other beers  02:04
19   were in the refrigerator?               02:04
20      A.  No.                             02:04
21      Q.  Did you ever hear anything in     02:04
22   connection with the Halloween incident, did you  02:04
23   ever hear anyone make any reference      02:04
24   specifically to any reports involved in that  02:04
25   incident?                              02:04
```

TSG Reporting - Worldwide  (877) 702-9580

Page 126

Moran

1
2      MR. NOVIKOFF: Objection. Asked and   02:04
3  answered.                              02:04
4      You can answer.                     02:04
5  A.  Repeat your question.               02:04
6  Q.  Earlier today you had mentioned the  02:04
7  Halloween incident.                    02:04
8      My question is did you ever hear    02:04
9  anyone mention any reports in connection with  02:04
10 the Halloween incident?                02:04
11     MR. NOVIKOFF: Note my objection to   02:04
12 form.                                  02:04
13 A.  Basically just the incident report  02:04
14 that was written up.                   02:04
15 Q.  And who mentioned something to you  02:04
16 about that?                            02:04
17 A.  No one mentioned it, but it was     02:04
18 standard practice.  Whatever happened, they  02:04
19 would write up a report of what happened and  02:05
20 they would put it in the computer.     02:05
21 Q.  So are you assuming that that was   02:05
22 done in connection with the Halloween incident?  02:05
23     MR. NOVIKOFF: Objection.  He has    02:05
24 already testified to what his knowledge is  02:05
25 of the incident, but you can answer.   02:05

TSG Reporting - Worldwide  (877) 702-9580

---

Page 127

Moran

1
2  A.  Yes, it's standard practice.  If you  02:05
3  go to any incident, you write up a field report  02:05
4  and put it in the computer.            02:05
5  Q.  Do you know who or what people wrote  02:05
6  reports in connection with the Halloween  02:05
7  incident?                              02:05
8  A.  No.                                02:05
9      MR. NOVIKOFF: Objection.            02:05
10     You can answer.                     02:05
11 Q.  Earlier you had testified that as   02:05
12 police dispatcher there is a desk at the police  02:05
13 station with a computer on it.  Was that your  02:05
14 testimony?                             02:05
15     MR. NOVIKOFF: Ari, his testimony is  02:05
16 his testimony.  Just ask him a question.  02:05
17 Q.  Is there a computer on the desk that  02:05
18 you use as police dispatcher?          02:05
19 A.  Yes.                               02:05
20 Q.  Is that computer connected to the   02:05
21 Internet?                              02:05
22 A.  Yes.                               02:05
23 Q.  Are there any other computers       02:05
24 connected to the Internet in the police  02:05
25 station?                               02:05

TSG Reporting - Worldwide  (877) 702-9580

---

Page 128

Moran

1
2  A.  Yes.                               02:05
3  Q.  What other computers are those?    02:05
4  A.  George's computer and there is a    02:05
5  second computer on that desk.          02:06
6  Q.  I'm sorry?                         02:06
7  A.  There is two computers, three total.  02:06
8  Q.  And have you ever seen anyone other  02:06
9  than George using George's computer?   02:06
10 A.  Yes.                               02:06
11 Q.  Who else had you seen using that    02:06
12 computer?                              02:06
13 A.  I have used it myself.  If someone   02:06
14 was on the desk, I had to do a report, I would  02:06
15 go in the back and use his to log on.  Other  02:06
16 officers that were on duty would use it.  02:06
17 Q.  And have you ever seen anyone using  02:06
18 the second computer in the back?       02:06
19 A.  Yes.                               02:06
20 Q.  Who have you seen using that        02:06
21 computer?                              02:06
22 A.  Paul Trosko.  When we were busy, we  02:06
23 would use multiple computers.          02:06
24 Q.  And do you know what Paul Trosko was  02:06
25 using the computer for?                02:07

TSG Reporting - Worldwide  (877) 702-9580

---

Page 129

Moran

1
2  A.  The SJS data entry system we use for  02:07
3  the field reports, incident reports.   02:07
4  Q.  Do you know what SJS stands for?    02:07
5  A.  Spectrum Justice System.           02:07
6  Q.  And is that -- when you say "log    02:07
7  in," is that something that is logging in to a  02:07
8  computer somewhere else or just internal to the  02:07
9  station?                               02:07
10 A.  It's its own like software program  02:07
11 where we each have our own main password to log  02:07
12 in to our profile to put the data in.  02:07
13 Q.  Is there any log-in that's required  02:07
14 to be able to run a search for prior warrants  02:07
15 or other criminal history information?  02:08
16 A.  Yeah.  For -- to do like background  02:08
17 checks?                                02:08
18 Q.  Sure.                              02:08
19 A.  Yes.  There is two programs we use;  02:08
20 the state -- New York State DMV where we log in  02:08
21 to run like licenses, and then there is this  02:08
22 thing called E-Justice where we have our own  02:08
23 name and a password and a key fob that you have  02:08
24 to log in to access to do -- to run background  02:08
25 checks.                                02:08

TSG Reporting - Worldwide  (877) 702-9580

Page 130

```
1              Moran
2     Q.  Have you used both of those programs   02:08
3  at Ocean Beach?                              02:08
4     A.  Yes.                        02:08
5     Q.  Currently do you have your own        02:08
6  log-in password for both of those programs?  02:08
7     A.  Yes.                        02:08
8     Q.  Did you use either of those programs  02:08
9  when you were a dockmaster?                   02:08
10    A.  No.                        02:08
11    Q.  Did you require any kind of license   02:08
12 or certification to obtain your own user name 02:08
13 or password for either of those programs?     02:08
14    A.  We had to take like a written test,   02:09
15 seminar -- like an overview and take a written 02:09
16 test.                                  02:09
17    Q.  When did you take that test?          02:09
18    A.  Last summer.  The only test is just   02:09
19 for the -- can I clarify?           02:09
20    Q.  Please.                     02:09
21    A.  Is for the E-Justice terminal,        02:09
22 because SJS is its own internal program, but  02:09
23 the E-Justice goes through the state, so...    02:09
24    Q.  Do you remember what month you took   02:09
25 that test?                            02:09
```

TSG Reporting - Worldwide  (877) 702-9580

Page 131

```
1              Moran
2     A.  The annual meeting, probably April    02:09
3  or May.                           02:09
4     Q.  And prior to April or May had you     02:09
5  ever used the justice system?                02:09
6     A.  Yes.                        02:09
7     Q.  And when was the most recent time     02:09
8  prior to April '06 that you used it?          02:09
9     A.  Used it last summer, this summer.     02:10
10 So two years.  Two seasons.            02:10
11    Q.  I may have misspoken.  I'm sorry.  I  02:10
12 don't mean to ask the same question twice.  You 02:10
13 obtained the license did you say in the '06    02:10
14 April meeting or am I confusing that?         02:10
15    A.  It would be --             02:10
16    MR. NOVIKOFF:  Note my objection.     02:10
17    You can answer.                02:10
18    A.  -- the '07.               02:10
19    Q.  So after -- a year after the         02:10
20 plaintiffs were let go?                      02:10
21    A.  Yes.                       02:10
22    Q.  And in '06 did you ever use the       02:10
23 E-Justice system?                            02:10
24    MR. NOVIKOFF:  When you say '06, you  02:10
25 mean '06 season --                  02:10
```

TSG Reporting - Worldwide  (877) 702-9580

Page 132

```
1              Moran
2     MR. GRAFF:  Summer '06, yes.       02:10
3     A.  I can't recall right now.         02:10
4     Q.  Have you ever seen anyone who is not  02:10
5  an OBPD officer using any of the computers in  02:10
6  the Ocean Beach police station?              02:10
7     MR. NOVIKOFF:  When you say "OBPD    02:11
8     officer," you are also including      02:11
9     dispatchers in that category?        02:11
10    MR. GRAFF:  Yes, I am including     02:11
11    dispatchers.                   02:11
12    A.  I can't recall right now.         02:11
13    Q.  Are there any computers in the Ocean  02:11
14 Beach police barracks?                       02:11
15    A.  No.                       02:11
16    Q.  Have there ever been, as far as you   02:11
17 know?                                  02:11
18    A.  Not to my knowledge.            02:11
19    Q.  Is there any sort of video            02:11
20 surveillance program -- system in the Ocean    02:11
21 Beach police station?                        02:11
22    A.  Yes.                       02:11
23    Q.  And when was that system installed,   02:11
24 if you know?                            02:11
25    MR. NOVIKOFF:  Objection.          02:11
```

TSG Reporting - Worldwide  (877) 702-9580

Page 133

```
1              Moran
2  Foundation.                        02:11
3     Don't guess.                   02:11
4     A.  I don't -- I can't recall when it    02:11
5  was installed.                       02:11
6     Q.  Over the entire span of your         02:11
7  employment at Ocean Beach, did you ever learn  02:11
8  or was it ever communicated to you that there  02:12
9  had been an upgrade or a change in the nature  02:12
10 of the video surveillance system?            02:12
11    MR. NOVIKOFF:  Objection.          02:12
12    A.  Yes.                       02:12
13    Q.  And when did you learn of that?       02:12
14    A.  I can't recall the exact time and     02:12
15 date.                                  02:12
16    Q.  Do you recall the season?            02:12
17    A.  No.                       02:12
18    Q.  Do you recall where you heard that?   02:12
19    A.  No.                       02:12
20    Q.  Do you recall ever discussing it      02:12
21 with anyone?                            02:12
22    A.  I asked George about it, because he   02:12
23 showed me how to use it when it was installed. 02:12
24    Q.  And what did he say about it?         02:12
25    A.  He just showed me what to do with     02:12
```

TSG Reporting - Worldwide  (877) 702-9580

Moran

the -- basically the cameras, where the cameras 02:12 are at, and there is one that you can zoom 02:12 around with a joy stick, how to use that, zoom 02:12 in, zoom out, the basics of it. 02:12

**Q. And did he communicate to you why 02:12 that system had been installed? 02:12**

A. I know he said that due to the old 02:13 surveillance was outdated, they put a new one 02:13 in. 02:13

**Q. And were you aware prior to that 02:13 time that there had been what you referred to 02:13 as the old surveillance system? 02:13**

A. Yes. There was an older one in the 02:13 station that was there. 02:13

**Q. Did you ever see any video that was 02:13 recorded on that older system? 02:13**

A. No. 02:13

**Q. Did you ever hear anyone in the 02:13 department talking about any video recorded on 02:13 that system? 02:13**

A. No. 02:13

**Q. Is there any audio recording or 02:13 surveillance system anywhere in the Ocean Beach 02:13 police station? 02:13**

**Moran**

MR. NOVIKOFF: Objection. 02:13

A. Yes. 02:13

**Q. And was that installed at the same 02:13 time as the new video system? 02:13**

A. Yes. 02:13

**Q. Prior to that time was there any 02:13 audio surveillance system? 02:14**

A. No. 02:14

MR. NOVIKOFF: Objection to form. 02:14 Foundation. 02:14

**Q. Do you know whether there at any 02:14 point was ever any audio recording or 02:14 surveillance system in George Hesse's office? 02:14**

MR. NOVIKOFF: Foundation. 02:14 Objection. 02:14

A. Repeat your question. 02:14

**Q. Do you know if there was ever any 02:14 audio surveillance or recording system in 02:14 George Hesse's office? 02:14**

MR. NOVIKOFF: Objection. 02:14

A. When? What time? 02:14

**Q. At any point. 02:14**

A. Yeah. 02:14

**Q. And what are you referring to? 02:14**

**Moran**

A. It's the new video system. 02:14

**Q. Other than that new video system, 02:14 any other audio recording or surveillance 02:14 system in George Hesse's office? 02:14**

MR. NOVIKOFF: Objection. 02:14

A. No. That's it. 02:14

**Q. Do you know if George Hesse had his 02:14 own listening device or recording system that 02:14 he installed in his office? 02:14**

A. No. 02:14

**Q. Do you know someone by the name of 02:14 Ian Levine? 02:14**

A. Yes. 02:14

**Q. Who is Ian Levine? 02:14**

A. He lives out in Ocean Beach, one of 02:15 the residents. 02:15

**Q. Did you ever have an opinion as to 02:15 whether Ian Levine and George Hesse were 02:15 friends? 02:15**

MR. NOVIKOFF: Note my objection. 02:15 It's also palpably irrelevant, but you can 02:15 answer. 02:15

A. I don't know. 02:15

**Q. Where does Ian Levine work? 02:15**

**Moran**

MR. NOVIKOFF: Presently? 02:15

MR. GRAFF: Presently. 02:15

MR. NOVIKOFF: If you know, answer. 02:15

A. I know he did satellite systems, 02:15 installed satellite TVs. Other than that -- 02:15 and he runs a bed and breakfast with his 02:15 father, but present day, I don't know what he 02:15 does present day. 02:15

**Q. Do you know someone by the name of 02:15 Mitch Burns? 02:15**

A. Yes. 02:15

**Q. Who is Mitch Burns? 02:15**

A. He is a resident of the Village. 02:15

**Q. Did you ever see Mitch Burns in the 02:15 Ocean Beach police station? 02:16**

A. A couple of times. 02:16

**Q. And what did you see him doing on 02:16 those times? 02:16**

A. Just asked if George was available. 02:16

**Q. And do you remember if George was 02:16 available? 02:16**

A. Not that I can recall. 02:16

**Q. Did Mitch Burns ask you if George 02:16 was available? 02:16**

Page 138

```
                    Moran
1
2      A.  Yes.                        02:16
3      Q.  On how many times, if more than   02:16
4  once, did he ask you that?              02:16
5          MR. NOVIKOFF:  Objection.  If you  02:16
6  understand the question.             02:16
7      A.  Can you repeat yourself.      02:16
8      Q.  Was there more than one occasion  02:16
9  when Mitch Burns asked you at the police  02:16
10 station if George Hesse was available?  02:16
11     A.  Yes.                         02:16
12     Q.  On how many total occasions?  02:16
13     A.  That I can't recall.         02:16
14     Q.  Would you think it was more than ten  02:16
15 occasions?                           02:16
16     A.  I don't know.                02:16
17     Q.  And when was the most recent time  02:16
18 that that happened?                  02:16
19     A.  I can't recall that.         02:16
20     Q.  When Ian Levine asked you -- I'm  02:16
21 sorry.                               02:17
22         When Mitch Burns asked you the most  02:17
23 recent time if George Hesse was available, do  02:17
24 you remember what he said?           02:17
25     A.  If he was there, he was there.  If  02:17
```

TSG Reporting - Worldwide  (877) 702-9580

Page 139

```
                    Moran
1  not -- if he was in that station, he was there.  02:17
2  If he wasn't, he was in the street on patrol.  02:17
3      Q.  Do you know why -- did Mitch Burns  02:17
4  ever communicate to you why he was looking for  02:17
5  George Hesse?                        02:17
6      A.  No.                         02:17
7      Q.  Did George Hesse ever say anything  02:17
8  to you about Mitch Burns?            02:17
9      A.  No.                         02:17
10     Q.  On those occasions when you would  02:17
11 tell Mitch Burns that George Hesse was not  02:17
12 available, what would Mitch Burns do at that  02:17
13 point?                               02:17
14         MR. NOVIKOFF:  Each and every  02:17
15 occasion?                            02:17
16         MR. GRAFF:  If it was not the same  02:17
17 on every occasion, let me know.      02:17
18         MR. NOVIKOFF:  Okay.  Note my  02:17
19 objection.                           02:17
20         You can answer.              02:17
21     A.  If he stopped in if George was  02:17
22 there, he was there.  If he wasn't, he would be  02:17
23 on the street.  He stopped in the station and  02:17
24 said if George was here.  I'd say either he is  02:18
```

TSG Reporting - Worldwide  (877) 702-9580

Page 140

```
                    Moran
1
2  or he isn't.  If he wasn't, he would be out on  02:18
3  patrol somewhere.                    02:18
4      Q.  And on those occasions when George  02:18
5  Hesse was there, do you recall whether you ever  02:18
6  saw Mitch Burns speak to George Hesse?  02:18
7      A.  Yes.                        02:18
8      Q.  Would they speak in George Hesse's  02:18
9  office?                              02:18
10     A.  Yes.                        02:18
11     Q.  How many occasions can you remember  02:18
12 Mitch Burns and George Hesse speaking in George  02:18
13 Hesse's office?                      02:18
14     A.  I can't recall that.         02:18
15     Q.  Did either George Hesse or Mitch  02:18
16 Burns ever say anything to you about the  02:18
17 subject of their meetings or conversations?  02:18
18     A.  No.                         02:18
19     Q.  Did anyone else ever say anything to  02:18
20 you about the subject of any communications  02:18
21 between Mitch Burns and George Hesse?  02:18
22     A.  No.                         02:18
23     Q.  Did you ever see Mitch Burns use a  02:18
24 computer in the Ocean Beach police station?  02:18
25     A.  Not that I can recall.       02:18
```

TSG Reporting - Worldwide  (877) 702-9580

Page 141

```
                    Moran
1
2      Q.  Did you ever see Ian Levine in the  02:18
3  Ocean Beach police station?          02:18
4      A.  Yes.                        02:18
5      Q.  And did you see him in the Ocean  02:18
6  Beach police station on more than one separate  02:19
7  occasion?                            02:19
8      A.  Ian, he is also an EMT, if I recall,  02:19
9  so he would -- if he was on duty, he would come  02:19
10 to the police station.  If there was a medical  02:19
11 call in the police station, he would come and  02:19
12 respond with the ambulance, so in an official  02:19
13 capacity.                            02:19
14     Q.  Do you know somebody by the name of  02:19
15 JT who worked at CJs bar?            02:19
16     A.  Yes.                        02:19
17     Q.  Does JT have a full name?     02:19
18     A.  I don't know.                02:19
19         MR. NOVIKOFF:  I would think most  02:19
20 people do.                           02:19
21     A.  I don't know.                02:19
22     Q.  Did you ever see JT in the Ocean  02:19
23 Beach police station?                02:19
24     A.  Yes.  I don't know when or the  02:19
25 extent.                              02:19
```

TSG Reporting - Worldwide  (877) 702-9580

Page 142

```
 1              Moran
 2     Q.  Did you see him more than once?      02:19
 3     A.  I can't recall.                      02:19
 4     Q.  Did you speak with him on any        02:19
 5  occasion in the Ocean Beach police station? 02:19
 6     A.  Yes.                                 02:19
 7     Q.  And did he communicate anything      02:20
 8  about the nature of his purpose in being there? 02:20
 9     A.  Just to see if George was available, 02:20
10  if he was there.  If he wasn't, he wasn't.   02:20
11     Q.  And on any occasions did you ever    02:20
12  see JT go into George Hesse's office to speak 02:20
13  to George Hesse?                            02:20
14     A.  Yes.                                 02:20
15     Q.  And did anyone ever communicate      02:20
16  anything to you about the nature of those   02:20
17  communications?                             02:20
18     A.  No.                                  02:20
19     Q.  Did you ever discuss Mitch Burns     02:20
20  with Tyree Bacon?                           02:20
21     A.  No.                                  02:20
22     Q.  Did you ever discuss JT with Tyree   02:20
23  Bacon?                                      02:20
24     A.  No.                                  02:20
25     Q.  Did you ever discuss Mitch Burns     02:20
```

TSG Reporting - Worldwide  (877) 702-9580

Page 143

```
 1              Moran
 2  with Kevin Lamm?                            02:20
 3     A.  No.                                  02:20
 4     Q.  Did you ever discuss JT with Kevin   02:20
 5  Lamm?                                       02:20
 6     A.  No.                                  02:20
 7     Q.  Did you ever discuss Ian Levine with 02:20
 8  Ty Bacon?                                   02:20
 9     A.  No.                                  02:21
10     Q.  Did you ever discuss Ian Levine with 02:21
11  Kevin Lamm?                                 02:21
12     A.  No.                                  02:21
13     Q.  Has anyone ever made any statements  02:21
14  to you indicating any kind of connection    02:21
15  between Mitch Burns and any illegal drugs?  02:21
16     MR. NOVIKOFF:  Objection.                02:21
17     You can answer.                          02:21
18     A.  No.                                  02:21
19     Q.  Same question with respect to JT?    02:21
20     A.  No.                                  02:21
21     Q.  Same question with respect to Ian    02:21
22  Levine?                                     02:21
23     A.  No.                                  02:21
24     Q.  Do you know where evidence is        02:21
25  currently stored in the Ocean Beach Police  02:21
```

TSG Reporting - Worldwide  (877) 702-9580

Page 144

```
 1              Moran
 2  Department?                                 02:21
 3     A.  Yes.                                 02:21
 4     Q.  Where is that stored?                02:21
 5     A.  We have two places.  For -- what     02:21
 6  kind of evidence?  What type of evidence?   02:21
 7     Q.  If you could tell me what kind is    02:21
 8  stored in both of those places.             02:21
 9     A.  There is two things.  There is a     02:22
10  safe in the front for found property, so let's 02:22
11  say if you lose something, we will record it in 02:22
12  the blotter and make a lost property receipt, 02:22
13  it will go in the front safe, and then in the 02:22
14  back room they have a black cabinet that has 02:22
15  all the inventory and it goes in the black -- 02:22
16  back room.                                  02:22
17     Q.  And did you ever put any evidence    02:22
18  into that back room?                        02:22
19     A.  No.                                  02:22
20     Q.  Have you ever seen the evidence      02:22
21  that's in that back room?                   02:22
22     A.  No, just in the black storage        02:22
23  cabinet.                                    02:22
24     Q.  Do you know whether at any point     02:22
25  during your employment at Ocean Beach evidence 02:22
```

TSG Reporting - Worldwide  (877) 702-9580

Page 145

```
 1              Moran
 2  was ever stored anywhere other than those two 02:22
 3  places?                                     02:22
 4     A.  No.                                  02:22
 5     Q.  Do you know if George Hesse ever     02:22
 6  kept any sort of evidence in his own office? 02:22
 7     A.  No idea.                             02:22
 8     Q.  Did George Hesse ever make any       02:22
 9  statements to you about Samuel Gilberd?     02:23
10     MR. NOVIKOFF:  I am going to --          02:23
11     MR. CONNOLLY:  Objection.                02:23
12     MR. NOVIKOFF:  You could ask this        02:23
13  question.  Why you are asking it, I don't   02:23
14  know, but I think we are on tricky ground    02:23
15  here, so you can answer the question.       02:23
16     A.  No.                                  02:23
17     MR. NOVIKOFF:  There we go.              02:23
18     Q.  Did George Hesse ever make any       02:23
19  statement to you about any of the plaintiffs 02:23
20  wearing a wire?                             02:23
21     A.  Not that I can recall.               02:23
22     Q.  And when I say "wearing a wire,"     02:23
23  just so we are clear, do you understand what I 02:23
24  mean by that?                               02:23
25     A.  Yes.                                 02:23
```

TSG Reporting - Worldwide  (877) 702-9580

Page 146

Moran

1
2    Q.   What does wearing a wire mean?        02:23
3    A.   It would be when someone would be      02:23
4    wearing a microphone to get a tape for --    02:23
5    wearing a mike -- being taped, tape recording a  02:23
6    conversation.                    02:23
7    Q.   Did anyone ever make any statements    02:23
8    to you about any of the plaintiffs and wearing   02:24
9    a wire?                       02:24
10       MR. NOVIKOFF: Other than counsel?    02:24
11       MR. GRAFF: Other than counsel.      02:24
12   A.   Not that I can recall.           02:24
13   Q.   Did you ever make any statements to   02:24
14   anyone else about any of the plaintiffs and a    02:24
15   wire?                        02:24
16       MR. NOVIKOFF: Other than to        02:24
17   counsel?                       02:24
18       MR. GRAFF: Yes.                02:24
19   A.   Not that I can recall.           02:24
20   Q.   Did George Hesse ever make any      02:24
21   statements to you about anyone else in Ocean    02:24
22   Beach wearing a wire other than plaintiffs?      02:24
23   A.   Not that I can recall.           02:24
24   Q.   Did anyone else ever make any       02:24
25   statements to you about anyone in the Ocean    02:24

TSG Reporting - Worldwide  (877) 702-9580

Page 147

Moran

1
2    Beach Police Department wearing a wire?      02:24
3    A.   Not that I can recall.           02:24
4    Q.   Did Kevin Lamm ever make any       02:24
5    statements to you about anyone wearing a wire?  02:24
6    A.   Not that I can recall.           02:24
7    Q.   Did anyone ever make any statement   02:24
8    or suggestion to you or in your presence that    02:25
9    any of the plaintiffs may have been let go      02:25
10   because of something to do with a wire?       02:25
11       MR. NOVIKOFF: Objection to form.     02:25
12   A.   What?                      02:25
13   Q.   Did anyone ever say anything that    02:25
14   you heard about the reason that plaintiffs were  02:25
15   let go being something to do with the wire?     02:25
16       MR. NOVIKOFF: Note my objection.     02:25
17   A.   No.                       02:25
18   Q.   Did anyone ever make any statements   02:25
19   to you that made reference to Officer Hardman   02:25
20   and a wire?                     02:25
21   A.   Not that I -- no, I can't recall.     02:25
22       MR. GRAFF:  Off the record.        02:26
23       (Discussion off the record.)        02:26
24       MR. GRAFF: I will note for the       02:28
25   record as I mentioned when we were off that  02:28

TSG Reporting - Worldwide  (877) 702-9580

Page 148

Moran

1
2    the recordings that I am going to play are    02:28
3    excerpts from a longer recording that was    02:28
4    previously produced to all parties in this   02:28
5    case. The court reporter will be labeling    02:28
6    the specific disks that I play with        02:28
7    exhibits so that we can have a clear record  02:28
8    of what was played.  I also have copies of   02:28
9    the disks containing any excerpts that I     02:28
10   play for counsel.                02:28
11       MR. NOVIKOFF: So now let me just     02:28
12   understand this. The court reporter is      02:28
13   going to transcribe --              02:28
14       MR. GRAFF:  No, the court reporter    02:28
15   will not transcribe it. It's going to be    02:28
16   on the recording.                02:28
17       MR. NOVIKOFF: Well, I understand     02:28
18   that you are playing apparently excerpts of  02:28
19   one or more recordings, which I presume my   02:28
20   client was involved in terms of being      02:29
21   one of the participants to the recordings.   02:29
22   I also understand that what you are        02:29
23   claiming has been produced, that's your     02:29
24   representation.  I am aware that you       02:29
25   introduced to prior counsel a disk        02:29

TSG Reporting - Worldwide  (877) 702-9580

Page 149

Moran

1
2    containing numerous recordings and they     02:29
3    were, in fact, I think identified by       02:29
4    various track numbers.  Are you going to    02:29
5    provide us with before you play this tape   02:29
6    exactly what track this is coming from?     02:29
7        MR. GRAFF:  I can get you that       02:29
8    information. I can tell you that          02:29
9    everything I am going to play is from a     02:29
10   disk that was Bates stamped P 919.        02:29
11       MR. NOVIKOFF:  How are we going to    02:29
12   be able to know from the transcript what    02:29
13   this witness is answering if it's not      02:30
14   transcribed? Because then all you are      02:30
15   going to have in this record is presumably  02:30
16   the court reporter is going to say "excerpt  02:30
17   from audio played," you are going to ask a   02:30
18   question and my client, Mr. Moran, is going  02:30
19   to be answering your question without any    02:30
20   reference whatsoever to what was said on    02:30
21   the audio. So when this is a record either  02:30
22   at trial or for any other reason, the      02:30
23   reader of the record will have absolutely   02:30
24   no idea what was being stated in the       02:30
25   excerpt.                     02:30

TSG Reporting - Worldwide  (877) 702-9580

Page 150

Moran

1
2    MR. GRAFF: Okay. To the extent        02:30
3    that it's possible --                 02:30
4        MR. NOVIKOFF: I am going to have to  02:30
5    object then, unless you have a written  02:30
6    transcript of what we are going to be   02:30
7    looking at, to doing this. Now, if that  02:30
8    means we come back another time with a   02:31
9    proper transcript, then I'm fine with that,  02:31
10   but I think that it's unfair for you to   02:31
11   have an excerpt played and then ask my   02:31
12   client questions and then expect me or   02:31
13   Mr. Connolly to remember what exactly was  02:31
14   said and then to either go back with our  02:31
15   own tapes to see what was said beforehand  02:31
16   or what was after so that the excerpt would  02:31
17   be in context.                         02:31
18       MR. GRAFF: Okay. To address that   02:31
19   in part, I will ask the witness to tell me  02:31
20   in his words what he heard spoken so that  02:31
21   what he heard and is responding to will be  02:31
22   in the transcript.                     02:31
23       MR. NOVIKOFF: Ari, that doesn't    02:31
24   fly, because -- and respectfully, I am not  02:31
25   trying to be hard here, but what you are  02:31

TSG Reporting - Worldwide  (877) 702-9580

Page 151

Moran

1
2    asking this witness to do is to testify as  02:31
3    to what he heard on the audio. It may not  02:31
4    be completely accurate, given the speed in  02:32
5    which the recording is going on, the manner  02:32
6    in which it's being said and the manner in  02:32
7    which it's being recorded, and if you are  02:32
8    going to ask my client to do that, then no  02:32
9    disrespect to the court reporter, the court  02:32
10   reporter is probably more capable than my  02:32
11   client of hearing and transcribing what was  02:32
12   said.                                  02:32
13       MR. GRAFF: I think that the        02:32
14   recordings and my questions will be aimed  02:32
15   at whether the recording refreshes       02:32
16   Mr. Moran's recollection of anything      02:32
17   independent of what's here and my questions  02:32
18   will then be based on Mr. Moran's        02:32
19   independent recollection. Does that      02:32
20   address any of your objections?         02:32
21       MR. NOVIKOFF: It does one. I mean,  02:32
22   I don't know what you are asking him to   02:32
23   refresh his recollection about.          02:32
24       MR. GRAFF: I will ask him first     02:32
25   question "does what you heard refresh your  02:32

TSG Reporting - Worldwide  (877) 702-9580

Page 152

Moran

1
2    recollection of anything."             02:33
3        MR. NOVIKOFF: Kevin, if you want   02:33
4    to --                                  02:33
5        MR. CONNOLLY: I think we are still  02:33
6    faced with the same problem if whoever is  02:33
7    reading the transcript doesn't have      02:33
8    reference. I mean, counsel has indicated  02:33
9    that he is not ruling out questions in this  02:33
10   regard. It's just under the setup we have  02:33
11   today.                                 02:33
12       MR. NOVIKOFF: I will represent that  02:33
13   if you are able to either produce to us   02:33
14   prior to the deposition or at the        02:33
15   deposition, I don't care, a transcript of  02:33
16   what is being shown in context and/or tell  02:33
17   us exactly what track we are talking about  02:33
18   and the time, the second and the minute,   02:33
19   because that's how it was produced to us,  02:33
20   then there would be some type of ability  02:33
21   for the reader of the transcript to know  02:33
22   exactly what was being spoken on the audio.  02:33
23       MR. GRAFF: Okay. So if I can give  02:34
24   you the track and the minute, will that be  02:34
25   sufficient?                            02:34

TSG Reporting - Worldwide  (877) 702-9580

Page 153

Moran

1
2        MR. NOVIKOFF: I think for the --   02:34
3        MR. CONNOLLY: I think for Ari's    02:34
4    questions if he gives you the track, but  02:34
5    there is also concern about having the    02:34
6    recording transcribed.                 02:34
7        MR. NOVIKOFF: I mean, at least then  02:34
8    I can identify it, but the problem here is  02:34
9    that, again, unless we are going to be    02:34
10   constantly rewinding and going forward and  02:34
11   going back, you are playing an audio for   02:34
12   him without a written transcript. You are  02:34
13   going to ask him some questions and then   02:34
14   either Mr. Connolly or I are going to have  02:34
15   to then try to remember exactly what was   02:34
16   said on the audio in order to then perhaps  02:34
17   question Mr. Moran. How many excerpts are  02:34
18   you doing?                             02:34
19       MR. GRAFF: Two. And they are both  02:34
20   shorter than two minutes. I think that   02:34
21   this will be fairly quick.             02:34
22       MR. NOVIKOFF: I think we can -- if  02:34
23   you can get me before you do this the track  02:34
24   and the period of time on the track that   02:34
25   it's going to be played, whether it's --  02:35

TSG Reporting - Worldwide  (877) 702-9580

Page 154

```
1              Moran
2    for example, if it's track 3, 43rd second    02:35
3    to minute and 12, then the court reporter    02:35
4    can put that in and then whoever is reading  02:35
5    this will have an understanding, because we  02:35
6    would then have to agree to attach as an     02:35
7    exhibit to the deposition the transcript of  02:35
8    that audio, this way the reader of the       02:35
9    transcript will have accessible what         02:35
10   exactly was said on the audio.               02:35
11        MR. CONNOLLY:  You would also need      02:35
12   to attach as an exhibit the disk.            02:35
13        MR. GRAFF:  That's what I had in        02:35
14   mind originally, and so I am clear, if I     02:35
15   can get you the track and the time number,   02:35
16   but not a transcript --                      02:35
17        MR. NOVIKOFF:  We can go forward        02:35
18   with the questioning.                        02:35
19        MR. CONNOLLY:  Based upon your          02:35
20   representation that it's two tracks of       02:35
21   approximately two minutes.                   02:35
22        MR. NOVIKOFF:  Right.                   02:35
23        MR. GRAFF:  Okay.  Let's take a         02:36
24   break.  I think I can get that information.  02:36
25        (Recess was taken from 2:36 to          02:36
```

TSG Reporting - Worldwide  (877) 702-9580

Page 155

```
1              Moran
2    2:54.)                                       02:36
3         MR. NOVIKOFF:  After considerable       02:36
4    discussion with Mr. Graff and Mr. Connolly   02:54
5    and I, we have agreed to go forward with     02:54
6    the examination with regard to two excerpts  02:54
7    from audio tapes which Mr. Graff has         02:54
8    represented have already been produced so    02:54
9    that he can inquire with the witness with    02:55
10   regard to what we will be listening to.      02:55
11   The representation has been made that these  02:55
12   excerpts are approximately two minutes in    02:55
13   length each.  We will be walking out today   02:55
14   with a disk or disks containing both         02:55
15   excerpts and that the court reporter will    02:55
16   undertake her best efforts to transcribe     02:55
17   what we will hear, although she will not     02:55
18   certify that as to the accuracy of these     02:55
19   two audio tape excerpts.                     02:55
20        Mr. Graff, does that represent what     02:55
21   we have agreed to?                           02:55
22        MR. GRAFF:  Yes, and just in case       02:55
23   your copies get lost, we will be actually    02:55
24   marking the disks that I play.               02:55
25        The first excerpt is contained on       02:55
```

TSG Reporting - Worldwide  (877) 702-9580

Page 156

```
1              Moran
2    the disk with the case caption on it.  I     02:55
3    have copies for Mr. Connolly and             02:56
4    Mr. Novikoff.                                02:56
5         MR. NOVIKOFF:  So also what we will     02:56
6    get from you is at least an identification   02:56
7    of what track it came from and the second    02:57
8    and the period of time within that track     02:57
9    that these disks that had audio we are       02:57
10   listening to.                                02:57
11        MR. GRAFF:  Yes.                        02:57
12        MR. NOVIKOFF:  Okay.                    02:57
13        (Audio excerpt was played.)             02:57
14        *** Uncertified transcription ***       02:57
15   VOICE 1:  Well, what the hell did he         02:57
16   say in that meeting?                         02:57
17        VOICE 2:  I don't know.                 02:57
18        VOICE 1:  Because I remember calling    02:57
19   you that night to find out what was said at  02:57
20   the meeting and then something with this     02:57
21   wire and shit with Eddie.  What the hell?    02:57
22        VOICE 2:  (Inaudible) I think he        02:57
23   said -- (inaudible) -- wear a wire --        02:57
24   (inaudible) -- Talking about wearing a wire  02:57
25   (inaudible).                                 02:57
```

TSG Reporting - Worldwide  (877) 702-9580

Page 157

```
1              Moran
2    VOICE 1:  Who was wearing the wire           02:57
3    or was gonna wear the wire or whatever with  02:57
4    this wire?                                   02:57
5         VOICE 2:  (Inaudible) was gonna wear    02:57
6    a wire -- (inaudible) -- I don't know who    02:58
7    did it or -- (inaudible) -- I don't know --  02:58
8    (inaudible).                                 02:58
9         *** Uncertified transcription ***       02:58
10        MR. NOVIKOFF:  I am going to state      02:58
11   that before this witness will answer         02:58
12   questions, you need to lay a foundation      02:58
13   with regard to whether or not he even        02:58
14   understood what was being said on this tape  02:58
15   from the audio standpoint.                   02:58
16   Q.   Mr. Moran, were you able to identify    02:58
17   either of the voices on that tape?           02:59
18   A.   Yes.                                    02:59
19   Q.   Were you able to identify both?         02:59
20   A.   Yes.                                    02:59
21   Q.   Whose voices were they?                 02:59
22   A.   Myself and Kevin Lamm.                  02:59
23   Q.   And were you able to understand         02:59
24   anything that you said in your voice on the  02:59
25   tape?                                        02:59
```

TSG Reporting - Worldwide  (877) 702-9580

Page 158

```
 1              Moran
 2     A.  No.                    02:59
 3     Q.  Were you able to hear the word  02:59
 4  "wire" in your voice?              02:59
 5     A.  Yes.                  02:59
 6     Q.  Were you able to hear a reference to  02:59
 7  something about a guy who got beat up or to  02:59
 8  Gilberd?                    02:59
 9     A.  Repeat.  What?          02:59
10     Q.  Did you hear a reference to a wire  02:59
11  connected to somebody beat up or Gilberd?  02:59
12     A.  No.                    02:59
13     Q.  Do you recall the conversation?  02:59
14     A.  No.                    02:59
15     Q.  Do you recall that you ever spoke to  02:59
16  Kevin Lamm about what was said at a meeting  02:59
17  about why they were let go?          02:59
18     A.  No.                    02:59
19        MR. NOVIKOFF:  Your answer is no.  02:59
20     A.  No.                    02:59
21     Q.  Do you recall whether anyone ever  02:59
22  said anything to you with respect to a reason  03:00
23  for plaintiffs being let go having something to  03:00
24  do with a wire?                  03:00
25        MR. NOVIKOFF:  Objection.  Asked and  03:00
```

Page 159

```
 1              Moran
 2  answered.  He answered that this morning.  03:00
 3  I think your question should be,      03:00
 4  respectfully, does anything he heard    03:00
 5  refresh his recollection, not whether what  03:00
 6  he recalled, because he has already    03:00
 7  answered that question.            03:00
 8        MR. GRAFF:  Absolutely.  I thought  03:00
 9  it was easier than trying to make him    03:00
10  remember his prior testimony.        03:00
11        MR. NOVIKOFF:  I am going to object  03:00
12  to the question.                03:00
13     You can answer it.            03:00
14     A.  No.                    03:00
15     Q.  And does anything here refresh your  03:00
16  recollection about that?          03:00
17     A.  No.                    03:00
18     Q.  As you sit here today, do you    03:00
19  believe that you ever said anything to Kevin  03:00
20  Lamm about wearing a wire and George Hesse?  03:00
21        MR. CONNOLLY:  Objection.      03:00
22        MR. NOVIKOFF:  Objection.  The audio  03:00
23  speaks for itself.  The audio clearly    03:00
24  states in his voice, from what I understand  03:00
25  from what the witness said he heard his  03:00
```

Page 160

```
 1              Moran
 2  voice say the word "wire," so if you are  03:01
 3  asking him if he ever believes he said it,  03:01
 4  I don't understand the question in light of  03:01
 5  the fact that he has already testified that  03:01
 6  he heard his voice say the word "wire."    03:01
 7        MR. CONNOLLY:  Ari, I am going to  03:01
 8  request, and you guys can work it out    03:01
 9  however you want it, I would like to listen  03:01
10  to it a second time.            03:01
11        MR. GRAFF:  I was just going to ask  03:01
12  if he wouldn't mind, I know the quality is  03:01
13  poor, but I am going to play the same    03:01
14  recording once more.              03:01
15        MR. NOVIKOFF:  Now I object to that,  03:01
16  Ari, and let me state for the record, you  03:01
17  have now played this audio tape once.  The  03:01
18  witness indicated that he does not      03:01
19  understand some of what he said on that  03:01
20  because of the quality of the audio.  He  03:01
21  has identified that it's him, he has    03:01
22  identified that it's Kevin Lamm on the    03:01
23  other end, he has answered yes that he did  03:01
24  hear that he used the word "wire."  What he  03:01
25  heard does not refresh his recollection as  03:01
```

Page 161

```
 1              Moran
 2  to the conversation.  What's the purpose of  03:01
 3  playing it again?                03:01
 4        MR. GRAFF:  I am going to play one  03:02
 5  minute and twelve seconds again in case he  03:02
 6  is able to hear any more the second time  03:02
 7  through.                    03:02
 8        MR. NOVIKOFF:  Well, you should ask  03:02
 9  him does he think if you play it again will  03:02
10  it refresh his recollection.  If he      03:02
11  doesn't, then I think it is harassment.    03:02
12     Q.  Do you think that if --        03:02
13     A.  No.                    03:02
14     Q.  You think you won't understand    03:02
15  anything more?                  03:02
16     A.  No.                    03:02
17        MR. CONNOLLY:  What I am going to  03:02
18  request is to the extent there is going to  03:02
19  be any further questioning of the witness  03:02
20  in this regard, that I be provided an    03:02
21  opportunity to listen to it a second time,  03:02
22  if need be, out of his presence.        03:02
23        MR. NOVIKOFF:  That would be      03:02
24  appropriate.                  03:02
25        MR. GRAFF:  Okay.  Well, if        03:02
```

```
 1          Moran                              03:02
 2   Mr. Moran has testified to as much as he    03:02
 3   understood from this and doesn't believe    03:02
 4   that he will be able to hear it more        03:02
 5   clearly the second time, I am going to not  03:02
 6   continue with questions.                    03:02
 7       MR. CONNOLLY: Okay, then I won't        03:02
 8   need to listen to it, but Ari, my concern   03:02
 9   is that I didn't get a good listen -- I got 03:02
10   a good listen. A lot of it I was unable to  03:02
11   understand.                                 03:03
12       MR. NOVIKOFF: I will represent that     03:03
13   if you go through with any witness word by  03:03
14   word in slow motion or whatever, I'm sure   03:03
15   any witness will hear better than the first 03:03
16   time. Do you understand what I am saying?   03:03
17       MR. GRAFF: So then what's your          03:03
18   objection --                                03:03
19       MR. NOVIKOFF: Well, you are doing       03:03
20   it at the same speed. You are not breaking  03:03
21   it down.                                    03:03
22       MR. GRAFF: I can pause it at points     03:03
23   to ask what he heard.                       03:03
24       MR. NOVIKOFF: The witness has           03:03
25   said -- well, he has answered your          03:03
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1          Moran                              03:03
 2   question. What you do -- I can't            03:03
 3   physically stop you from putting the disk   03:03
 4   in the tape recorder and playing it and I   03:03
 5   can't physically stop you from asking the   03:03
 6   question. I am objecting to it.             03:03
 7       MR. GRAFF: So I am going to replay      03:03
 8   a couple of segments of that minute and     03:03
 9   twelve seconds subject to Mr. Novikoff's    03:03
10   objection.                                  03:03
11       Mr. Connolly, do you need a break to    03:03
12   listen to it or do you want to listen to it 03:03
13   this time through?                          03:03
14       MR. CONNOLLY: I would like to           03:03
15   listen to it one time before -- I would     03:03
16   like to listen to it another time. Then     03:03
17   you can do what you need to do in terms of  03:04
18   questioning the witness.                    03:04
19       MR. GRAFF: Okay, and is your            03:04
20   "another time" now when I play it or do you 03:04
21   want to listen to it privately?             03:04
22       MR. CONNOLLY: I want to listen to       03:04
23   it privately. Why don't we break and you   03:04
24   can play it for me.                         03:04
25       MR. NOVIKOFF: Well, let's just          03:04
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1          Moran                              03:04
 2   finish this line of questioning with this   03:04
 3   witness first.                              03:04
 4       MR. CONNOLLY: But I wanted to be        03:04
 5   able to hear it so I could follow better.   03:04
 6       MR. GRAFF: It's up to you.              03:04
 7       MR. CONNOLLY: It's a minute and         03:04
 8   twenty seconds. Let him take a bathroom     03:04
 9   break and let me listen to it.              03:04
10       (Recess was taken from 3:04 to         03:04
11   3:06.)                                      03:04
12       MR. NOVIKOFF: Let's on the record      03:07
13   indicate what's going on. Mr. Graff is      03:08
14   going to again play the same recording that 03:08
15   he played for Mr. Moran. He is going to     03:08
16   play it a second time. Correct?             03:08
17       MR. GRAFF: Yes.                         03:08
18       MR. NOVIKOFF: You don't need to say     03:08
19   anything more. Then what you do you do.     03:08
20       (Audio excerpt played.)                 03:08
21       MR. NOVIKOFF: I am going to             03:09
22   represent on the record that that last part 03:10
23   of the tape that we just heard now the      03:10
24   second time was not played the first time,  03:10
25   there was a reference to the word           03:10
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1          Moran                              03:10
 2   "Gilbert," and so your question prior to    03:10
 3   playing it the second time made reference   03:10
 4   to Gilbert, which my client -- I don't      03:10
 5   recall what his answer was at the time, but 03:10
 6   you now played two different -- not two     03:10
 7   different. You played -- the second         03:10
 8   recording was different in length and in    03:10
 9   content than the first recording, that's    03:10
10   the only thing I want to represent, and the 03:10
11   court reporter, from my understanding, did  03:10
12   not take down the last part of the second   03:10
13   audio that we heard, which was just an      03:10
14   extension of the first recording.           03:10
15       MR. GRAFF: The first recording the     03:10
16   first time we listened I stopped it at 112. 03:10
17   In fact, it runs to 128. It was             03:10
18   unintentional. I thought I heard in that    03:10
19   first 112 a reference to Gilbert. That's    03:10
20   it.                                         03:10
21       MR. NOVIKOFF: Okay. So now your        03:10
22   question is now that you have played it a   03:10
23   second time --                              03:11
24   Q.  Mr. Moran, having listened to this a    03:11
25   second time, do you have any recollection of 03:11
```

TSG Reporting - Worldwide  (877) 702-9580

```
1              Moran
2   what it was that you were talking about in this   03:11
3   portion of the conversation?                03:11
4       MR. NOVIKOFF:  And just so the        03:11
5   record is clear, you are asking this        03:11
6   witness if by hearing this audio tape, to   03:11
7   the extent he even understood it, does that  03:11
8   refresh his recollection today as to what    03:11
9   he said to Kevin Lamm whenever he had a      03:11
10  conversation with Kevin Lamm?               03:11
11  A.  No.                    03:11
12      Q.  Does it refresh your recollection as  03:11
13  to whether you said anything to Kevin Lamm   03:11
14  about a wire?                        03:11
15  A.  No.                    03:11
16      Q.  Does it refresh your recollection as  03:11
17  to whether you said anything to Kevin Lamm   03:11
18  about Gilberd?                       03:11
19  A.  No.                    03:11
20      Q.  Does it refresh your recollection as  03:11
21  to whether you said anything to Kevin Lamm   03:11
22  about some guy being beat up?            03:11
23  A.  No.                    03:11
24      Q.  Does it refresh your recollection as  03:11
25  to whether you ever discussed with anyone at  03:11
```

```
1              Moran
2   Ocean Beach in the Police Department the     03:11
3   subject of anyone else wearing a wire?       03:11
4       A.  No.                   03:11
5       MR. NOVIKOFF:  Okay.            03:11
6       MR. GRAFF:  That's the end of        03:12
7   questions on that tape.             03:12
8       (Moran Exhibit 6, CD labeled Carter  03:12
9   et al., v. Incorporated Village of Ocean    03:12
10  Beach, et al., Disk C, marked for         03:12
11  identification.)                    03:13
12      MR. NOVIKOFF:  We would ask the      03:13
13  court reporter to give it her best to try   03:13
14  to transcribe this as well, understanding   03:13
15  that if it's like the last one, it may be   03:13
16  difficult.                      03:13
17      (Audio excerpt was played.)         03:13
18      *** Uncertified Transcription ***     03:13
19      VOICE 1:  So the last time I spoke    03:13
20  to you was, I don't know, like a month ago.  03:13
21  A month ago you said that JT was MIA from    03:13
22  the Village, huh?                    03:13
23      VOICE 2:  Yeah -- (inaudible) --      03:13
24  last month -- (inaudible).            03:13
25      VOICE 1:  Okay.  So he hasn't been    03:13
```

```
1              Moran
2   in the Village?                      03:13
3       VOICE 2:  No -- (inaudible) -- I saw  03:13
4   him on Thursday.  He is back in the        03:13
5   Village -- (inaudible).                03:14
6       VOICE 1:  So what do they think.      03:14
7   They think it was drugs or what?         03:14
8       VOICE 2:  (Inaudible).           03:14
9       VOICE 1:  Ian?  What Ian?           03:14
10      VOICE 2:  (Inaudible).           03:14
11      VOICE 1:  Oh, Levine?            03:14
12      VOICE 2:  Yeah, yeah -- (inaudible).  03:14
13      VOICE 1:  He is a what?  I'm sorry,   03:14
14  you are breaking up again.            03:14
15      VOICE 2:  (Inaudible).           03:14
16      VOICE 1:  Ian.
17      VOICE 2:  (Inaudible).
18      VOICE 1:  (Inaudible).
19      VOICE 2:  (Inaudible).
20      VOICE 1:  Yeah.
21      VOICE 2:  (Inaudible).
22      VOICE 1:  Oh, something that he      03:14
23  gave -- (inaudible).                 03:14
24      VOICE 2:  (Inaudible) -- bad        03:14
25  stuff -- (inaudible).                03:14
```

```
1              Moran
2       VOICE 1:  Holy shit, he was selling  03:15
3   bad stuff around that village, huh?        03:15
4       *** Uncertified Transcription ***     03:15
5       (Moran Exhibit 7, CD labeled Carter  03:15
6   et al., v. Incorporated Village of Ocean    03:15
7   Beach, et al., Disk A, marked for         03:15
8   identification.)                    03:16
9       Q.  Mr. Moran, can you recognize any of  03:16
10  the voices on that recording?            03:16
11  A.  Yes.                    03:16
12      Q.  And what voices did you recognize?  03:16
13  A.  Myself and Kevin Lamm.            03:16
14      Q.  Did you understand anything of what  03:16
15  you were recorded as saying on that recording?  03:16
16  A.  No.                    03:16
17      MR. NOVIKOFF:  Note my objection to   03:16
18  the form of that question.            03:16
19      Q.  Having listened to this recording,  03:16
20  does it refresh your recollection of any     03:17
21  conversation you may have had with Kevin Lamm?  03:17
22  A.  No.                    03:17
23      Q.  Did you hear in your voice the word  03:17
24  "cokehead" once or more times?           03:17
25  A.  No.                    03:17
```

Moran

2    Q.   Did you hear any reference to        03:17
3    selling drugs or bad shit around the Village?   03:17
4        MR. NOVIKOFF:  To the witness         03:17
5    selling drugs or bad shit around the      03:17
6    village?                                   03:17
7        MR. GRAFF:  No, to those --           03:17
8        MR. NOVIKOFF:  Oh, to those words,    03:17
9    okay.                                      03:17
10   A.   No.  The audio was a horrible        03:17
11   quality.                                   03:17
12   Q.   Did you hear any reference to Ian    03:17
13   Levine being George Hesse's friend?       03:17
14   A.   No.                                  03:17
15       MR. NOVIKOFF:  Did he hear any        03:17
16   reference to Ian Levine or did he hear any   03:17
17   reference to -- because I heard reference    03:17
18   to Ian Levine.  I don't think I heard        03:17
19   reference to being George's friend.          03:17
20   Q.   Did you hear a reference to Ian      03:17
21   Levine?                                    03:17
22   A.   Yes, I did.                          03:17
23   Q.   Did you hear a reference to Ian      03:17
24   Levine being George's friend?             03:17
25   A.   No.                                  03:17

Moran

2    Q.   Did you hear a reference to JT?      03:17
3        MR. NOVIKOFF:  I am going to object,  03:17
4    Ari.                                       03:18
5    A.   What are you --                       03:18
6        MR. NOVIKOFF:  No.  If the question   03:18
7    is does anything here refresh his          03:18
8    recollection, that's appropriate.  If the  03:18
9    question is does he recall the             03:18
10   conversation, that's appropriate.  If you  03:18
11   are going to ask him, and I should have    03:18
12   objected a couple of questions ago and I am 03:18
13   putting on the record I am, did he hear a   03:18
14   reference to, then I am objecting, because  03:18
15   the audio speaks for itself.  If there is a 03:18
16   reference to the names or the words or the  03:18
17   phrases that you are referring to, then     03:18
18   they either appear or they don't appear on  03:18
19   this audio.  What you are then asking this  03:18
20   witness, though, is essentially a hearing   03:18
21   test.  Your hearing is different than my    03:18
22   hearing, which is different than the court  03:18
23   reporter's, different than Mr. Fiorillo's,  03:18
24   different than the witness'.                03:18
25       MR. GRAFF:  Exactly.  I am trying to   03:18

Moran

2    ascertain whether the witness had better   03:18
3    hearing of anything on this than anyone     03:18
4    else.                                       03:18
5        MR. NOVIKOFF:  Again, the tape says    03:18
6    what it says.  Unless you are going to test 03:18
7    on this witness' hearing -- I mean, are you 03:18
8    going to represent that you heard those     03:18
9    words?                                      03:18
10       MR. GRAFF:  I am, but I have           03:19
11   listened to it a few more times.           03:19
12       MR. NOVIKOFF:  Okay.  There you go.    03:19
13   Q.   Did you hear reference to JT?         03:19
14       MR. NOVIKOFF:  If you could.           03:19
15   A.   Yes, I did.                           03:19
16   Q.   And do you recall discussing JT with  03:19
17   Kevin Lamm in any telephone conversation?  03:19
18   A.   No.                                   03:19
19   Q.   Do you recall independent of this     03:19
20   recording whether JT had a girlfriend at some   03:19
21   point between 2006 and the present who passed   03:19
22   away?                                       03:19
23   A.   Rephrase your question.               03:19
24   Q.   Do you recall whether JT who works    03:19
25   at CJ's bar from 2006 to today ever had a  03:19

Moran

2    girlfriend who passed away?                03:19
3        MR. NOVIKOFF:  Objection to form.      03:19
4    A.   I can't recall at this time.          03:19
5    Q.   Do you recall ever discussing with    03:19
6    anyone the subject of illegal drug use in Ocean   03:19
7    Beach?                                      03:19
8    A.   No.  I can't recall.                  03:19
9        MR. GRAFF:  I thank you very much      03:19
10   for your time.  I am concluded for now.    03:19
11       MR. NOVIKOFF:  Mr. Connolly is going   03:20
12   to go and then I will have some questions   03:20
13   for you.                                    03:20
14   EXAMINATION BY                             03:20
15   MR. CONNOLLY:                              03:20
16   Q.   Mr. Moran, how long have you known    03:20
17   Ed Carter?                                  03:20
18   A.   About three years.                    03:20
19   Q.   And had you first met Mr. Carter      03:20
20   through your employment at Ocean Beach?    03:20
21   A.   Yes.                                  03:20
22   Q.   And since April of 2006, have you     03:20
23   seen Mr. Carter?                           03:20
24   A.   No.                                   03:20
25   Q.   Since April of 2006 have you had any  03:20

Page 174

```
 1              Moran
 2  conversations with Mr. Carter?        03:20
 3      A.  No.                   03:20
 4      Q.  For how long have you known Kevin  03:20
 5  Lamm?                        03:20
 6      A.  Ten years.              03:20
 7      Q.  And did you know Mr. Lamm in the  03:20
 8  course of Ocean Beach?            03:21
 9      A.  Yes.                 03:21
10      Q.  And how did you first meet Mr. Lamm?  03:21
11      A.  When I started as a dockmaster.    03:21
12      Q.  And how about Mr. Fiorillo?      03:21
13      A.  I met him when he first -- when I    03:21
14  was a dockmaster on his first season as a cop.  03:21
15      Q.  And had you seen Mr. Fiorillo since  03:21
16  April of 2006?                03:21
17      A.  No.                 03:21
18      Q.  Have you spoken with Mr. Fiorillo    03:21
19  since April of 2006?            03:21
20      A.  No.                 03:21
21      Q.  When did you first meet Mr. Nofi?  03:21
22      A.  When his first summer with the    03:21
23  Village.
24      Q.  And how many years ago was that?   03:21
25      A.  I can't recall the exact date.  His   03:21
```
TSG Reporting - Worldwide  (877) 702-9580

Page 175

```
 1              Moran
 2  first summer working.            03:21
 3      Q.  Since April of 2006 have you seen    03:21
 4  Mr. Nofi?                    03:21
 5      A.  No.                 03:21
 6      Q.  Since April of 2006 have you had any  03:21
 7  conversations with Mr. Nofi?        03:21
 8      A.  Just that one time when he called me  03:21
 9  a while ago.  That was it.        03:22
10      Q.  And who initiated that conversation?  03:22
11      A.  He called me.            03:22
12      Q.  And where were you when you had that  03:22
13  conversation?                03:22
14      A.  I was in my car working with the    03:22
15  city, driving around.           03:22
16      Q.  That was on a cell phone?       03:22
17      A.  Yes, sir.              03:22
18      Q.  Had you provided the cell phone    03:22
19  number to Mr. Nofi?             03:22
20      A.  Repeat your --           03:22
21      Q.  Did you provide your cell phone    03:22
22  number to Mr. Nofi?             03:22
23      A.  No.                 03:22
24      Q.  And when did you first meet Tom   03:22
25  Snyder?                     03:22
```
TSG Reporting - Worldwide  (877) 702-9580

Page 176

```
 1              Moran
 2      A.  When I was dockmaster.         03:22
 3      Q.  Okay.  How many years ago was that?  03:22
 4      A.  Probably like six years ago      03:22
 5  probably.                    03:22
 6      Q.  And since April of 2006 have you had  03:22
 7  any contact with Mr. Snyder?        03:22
 8      A.  No.                 03:23
 9      Q.  And since April of 2006 have you had  03:23
10  any conversations with Mr. Snyder?    03:23
11      A.  No.                 03:23
12      Q.  I believe earlier you indicated that  03:23
13  your family has maintained a home on Ocean  03:23
14  Beach for many years now; is that correct?  03:23
15      A.  Yes.                 03:23
16      Q.  How long has the family owned a    03:23
17  home?                        03:23
18      A.  Since 1979.             03:23
19      Q.  Can you tell me how many people     03:23
20  reside in the Village of Ocean Beach off  03:23
21  season?                      03:23
22          MR. GRAFF:  Objection.      03:23
23      A.  About 200 people year round, 250.   03:23
24      Q.  And how many residents or visitors   03:23
25  are in Ocean Beach during the summer season?  03:23
```
TSG Reporting - Worldwide  (877) 702-9580

Page 177

```
 1              Moran
 2          MR. GRAFF:  Objection.      03:23
 3      Q.  On a daily basis?          03:23
 4          MR. GRAFF:  Objection.      03:23
 5      A.  Usually triple that number.     03:23
 6      Q.  So that would be 600 people?     03:23
 7      A.  No, maybe a thousand, if that.     03:24
 8  Basically it grows in size.        03:24
 9      Q.  Did you ever have a conversation    03:24
10  with George Hesse regarding Kevin Lamm?     03:24
11      A.  Yes.                 03:24
12      Q.  When did that conversation occur?  03:24
13          MR. GRAFF:  Objection.      03:24
14      A.  I can't recall the exact.       03:24
15      Q.  Was that conversation after April of  03:24
16  2006?                        03:24
17      A.  Yes.                 03:24
18      Q.  Where were you during the -- where  03:24
19  did the --                   03:24
20      A.  Oh, it was the police station.    03:24
21      Q.  So it occurred in the police      03:24
22  station?                     03:24
23      A.  Yes.                 03:24
24      Q.  What exactly did Mr. Hesse say to   03:24
25  you regarding Mr. Lamm?            03:25
```
TSG Reporting - Worldwide  (877) 702-9580

Page 178

```
1              Moran
2     A.  The whole thing with his review, I    03:25
3  guess, that he got a review for the -- because   03:25
4  he wanted to get on the job with the Suffolk PD  03:25
5  and that he got some review he had to fill out   03:25
6  for Kevin and that was it.                  03:25
7     Q.   Did you ever see a copy of this     03:25
8  review?                                     03:25
9     A.   No.                                03:25
10    Q.   Did you ever speak to anybody in    03:25
11 Suffolk -- within the Suffolk County --     03:25
12                   withdrawn.               03:25
13       Do you know for whom the review was   03:25
14 for?                                        03:25
15       MR. GRAFF:  Objection.               03:25
16    A.   It was for Kevin, but he didn't say 03:25
17 what the exact details of what it entailed.  03:26
18    Q.   Can you be specific as to what      03:26
19 George said?                                03:26
20    A.   I can't.  I can't recall.          03:26
21    Q.   Do you know in what regard the      03:26
22 review was made?                            03:27
23    A.   No.                                03:27
24    Q.   Do you know for whom the review was 03:27
25 made?  I don't mean Kevin.  Who was the review 03:27
```
TSG Reporting - Worldwide  (877) 702-9580

Page 179

```
1              Moran
2  given to?                                   03:27
3     A.   I don't know.                       03:27
4     Q.   Earlier you testified about a       03:27
5  meeting of officers that occurred on April 2nd, 03:27
6  2006.  Correct?                             03:27
7     A.   Yes.                               03:27
8     Q.   Do you have a recollection of seeing 03:27
9  Ed Carter that day?                         03:27
10    A.   No, I can't recall that.            03:27
11    Q.   Do you have a recollection of seeing 03:27
12 Tom Snyder that day?                        03:28
13    A.   No, I can't recall.                 03:28
14    Q.   Do you have a recollection of seeing 03:28
15 Kevin Lamm that day?                        03:28
16    A.   Yes.                               03:28
17    Q.   Do you have a recollection of seeing 03:28
18 Frank Fiorillo that day?                    03:28
19    A.   I can't recall.                     03:28
20    Q.   Do you have a recollection of seeing 03:28
21 Joe Nofi that day?                          03:28
22    A.   I can't recall.                     03:28
23       MR. CONNOLLY:  I have no further      03:28
24 questions.  Thank you.                      03:28
25       MR. NOVIKOFF:  I have a few           03:28
```
TSG Reporting - Worldwide  (877) 702-9580

Page 180

```
1              Moran
2  questions, just to clear up some things.     03:28
3  EXAMINATION BY                              03:28
4  MR. NOVIKOFF:                               03:28
5     Q.   Mr. Graff asked you a couple of     03:28
6  questions about radio codes.  Do you remember 03:28
7  that?                                       03:28
8     A.   Yes.                               03:28
9     Q.   And as a dispatcher are the -- only 03:28
10 with regard to conversations that you are on, 03:29
11 are codes the only way police officers       03:29
12 communicate with each other over the radio,  03:29
13 police radio?                               03:29
14       MR. GRAFF:  Objection.                03:29
15       MR. NOVIKOFF:  What's the objection?  03:29
16       MR. GRAFF:  Presumably other than     03:29
17 codes they say words.                       03:29
18       MR. NOVIKOFF:  Well, that's what I    03:29
19 am trying to ascertain from the witness.     03:29
20       MR. GRAFF:  But I think your          03:29
21 question makes it unclear do they            03:29
22 communicate in anything other than code on   03:29
23 the radio.                                  03:29
24    Q.   Okay.  Do they communicate in your  03:29
25 experience, the dispatcher, in any other manner 03:29
```
TSG Reporting - Worldwide  (877) 702-9580

Page 181

```
1              Moran
2  other than through codes?                   03:29
3     A.   When I do -- when I am on the desk, 03:29
4  I use the ten codes plus plain English.      03:29
5     Q.   What do you mean by "plain English"? 03:29
6     A.   Let's say, for example, there is a  03:29
7  fight.  For Suffolk PD it's 1016, fight.  I  03:29
8  would say XYZ officer, 1016, fight, at such and 03:29
9  such address, such and such a place, for me how 03:29
10 I do it, to clarify what the call would be.  03:29
11    Q.   Okay.  So if I understand you       03:30
12 correctly, if you -- when you are            03:30
13 dispatching -- and you have been a dispatcher 03:30
14 since 2006; right?                          03:30
15    A.   Yes.                               03:30
16    Q.   You would give, for example, a 1016? 03:30
17    A.   Yes.                               03:30
18    Q.   And then you would in plain English 03:30
19 describe to the best of your ability what is 03:30
20 transpiring?                                03:30
21    A.   Correct.                           03:30
22    Q.   And are you a voluntary fireman?    03:30
23    A.   Yes.                               03:30
24    Q.   For whom?                          03:30
25    A.   Right now I am Village of Tarrytown 03:30
```
TSG Reporting - Worldwide  (877) 702-9580

Page 182

```
                    Moran
 1
 2   Fire Department.                        03:30
 3      Q.   Does the volunteer Fire Department  03:30
 4   in Tarrytown use plain English as well as   03:30
 5   codes?                                  03:30
 6      A.   We just use plain English.  No more  03:30
 7   ten codes.                              03:30
 8      Q.   Why is that, from the best of your  03:30
 9   knowledge?                              03:30
10      A.   From what FEMA mandates, that they   03:30
11   have to go to plain English, a couple of years  03:30
12   ago.                                    03:30
13      Q.   Now, Mr. Graff at the beginning of  03:30
14   this deposition asked you certain questions  03:30
15   about what transpired in April of 2006   03:30
16   concerning the plaintiffs and I believe your  03:31
17   answer was that they were let go.  Do you  03:31
18   recall giving that answer?              03:31
19      A.   Yes.                            03:31
20      Q.   What do you mean by "let go"?    03:31
21      A.   That they weren't hired back for the  03:31
22   season.                                 03:31
23      Q.   Okay.  So, to your knowledge, were   03:31
24   they fired?                             03:31
25      A.   Yeah, I thought they were fired or   03:31
```
              TSG Reporting - Worldwide  (877) 702-9580

Page 183

```
                    Moran
 1
 2   let go.                                 03:31
 3      Q.   Okay.  And what makes you think that  03:31
 4   they were fired as opposed to not just rehired?  03:31
 5      A.   Because we are basically seasonal  03:31
 6   employees.  If the Village wants us, let us go  03:31
 7   or fire us, it is what it is.           03:31
 8      Q.   Okay, fine.  Now, let's just go over  03:31
 9   your employment history a little bit with the  03:31
10   Village.  Starting in 1999 you were a   03:31
11   dockmaster?                             03:31
12      A.   Yes.                            03:31
13      Q.   And how many hours per week did you  03:31
14   work on average that first year?        03:31
15      A.   Eight hours a day, so 40 hours a   03:32
16   week.                                   03:32
17      Q.   And did you have any other full-time  03:32
18   employment at that time?                03:32
19      A.   No, that was it.                03:32
20      Q.   Through what year were you a      03:32
21   dockmaster for which you worked 40 hours a week  03:32
22   on average?                             03:32
23      A.   From '99 to 2003.               03:32
24      Q.   And what occurred in or around    03:32
25   2003 -- well, and after 2003 were you a  03:32
```
              TSG Reporting - Worldwide  (877) 702-9580

Page 184

```
                    Moran
 1
 2   dockmaster in 2004?                     03:32
 3      A.   Yes.                            03:32
 4      Q.   Okay.  And how many hours per week  03:32
 5   in 2004 did you work as a dockmaster?    03:32
 6      A.   Eight hours on the weekends.     03:32
 7      Q.   And can you explain why from '99   03:32
 8   through 2003 you worked 40 hours a week and in  03:32
 9   2004 you worked eight hours a week on average?  03:32
10      A.   On average, between those -- the   03:32
11   first was my only job for the summer, like a  03:32
12   summer job.  Then after 2003 I hired with the  03:32
13   Fire Department, so that was my full-time  03:32
14   position, and then after that I worked just  03:32
15   weekends.                               03:32
16      Q.   Who hired you in 1999 to be a     03:32
17   dockmaster?                             03:33
18      A.   Chief Paradiso.                 03:33
19      Q.   And who hired you in 2006 to be a  03:33
20   dispatcher?                             03:33
21      A.   George Hesse.                   03:33
22      Q.   Did George Hesse hire you in 2000?  03:33
23      A.   No.                            03:33
24      Q.   Did George Hesse hire you in 2001?  03:33
25      A.   No.                            03:33
```
              TSG Reporting - Worldwide  (877) 702-9580

Page 185

```
                    Moran
 1
 2      Q.   Did George Hesse hire you in 2002?  03:33
 3      A.   No.                            03:33
 4      Q.   Did George Hesse hire you in 2003?  03:33
 5      A.   No.                            03:33
 6      Q.   Did George Hesse hire you in 2004?  03:33
 7      A.   No.                            03:33
 8      Q.   Now, Mr. Graff asked you a couple of  03:33
 9   questions about who assigned you while you were  03:33
10   a dockmaster to work as a dispatcher on certain  03:33
11   occasions.  Do you remember that?       03:33
12      A.   Yes.                            03:33
13      Q.   I believe, and correct me if I am  03:33
14   wrong, you testified that it was George Hesse.  03:33
15   Correct?                                03:33
16      A.   Uh-huh.                         03:33
17      Q.   And in response to another question  03:33
18   Mr. Graff asked you whether it was       03:34
19   Mr. Paradiso, you answered no, that      03:34
20   Mr. Paradiso did not request you, to the best  03:34
21   of your recollection, to be a dispatcher while  03:34
22   you were a dockmaster; right?           03:34
23      A.   That is correct, yes.           03:34
24      Q.   To your knowledge, why was it that  03:34
25   George Hesse asked you and Mr. Paradiso didn't?  03:34
```
              TSG Reporting - Worldwide  (877) 702-9580

Page 186

**Moran**

1
2      MR. GRAFF:  Objection.          03:34
3          MR. NOVIKOFF:  Go ahead, you can    03:34
4   answer.                          03:34
5      A.  Chief Paradiso worked on the day    03:34
6   shift and then George worked on the night    03:34
7   shift, so usually nighttime is busier than the    03:34
8   daytime.  That's why we would --       03:34
9      **Q.  Between 1999 and 2003 on how many    03:34**
10  **shifts do you recall Chief Paradiso being the    03:34**
11  **person in charge when you were a dockmaster?    03:34**
12     MR. GRAFF:  Objection.          03:34
13     A.  One time, if that.          03:34
14     **Q.  One time if that?          03:34**
15     A.  Yes.                     03:34
16        MR. NOVIKOFF:  Was there an       03:34
17  objection?                       03:34
18     MR. GRAFF:  Yes.             03:34
19     MR. NOVIKOFF:  What basis?       03:34
20     MR. GRAFF:  I'm not sure if I       03:34
21  followed your question.             03:34
22     MR. NOVIKOFF:  Okay.  I will     03:34
23  rephrase it.                      03:34
24     **Q.  You were a dock master --       03:34**
25     A.  Yes.                     03:34

TSG Reporting - Worldwide  (877) 702-9580

Page 187

Moran

1
2      **Q.  -- during the 1999 season; correct?   03:34**
3      A.  Yes.                     03:34
4      **Q.  2000 season?              03:35**
5      A.  Yes.                     03:35
6      **Q.  2001 season?              03:35**
7      A.  Yes.                     03:35
8      **Q.  2002 season?              03:35**
9      A.  Yes.                     03:35
10     **Q.  2003 season; correct?          03:35**
11     A.  Yes.                     03:35
12     **Q.  That's when you were working about    03:35**
13  **40 hours a week; correct?             03:35**
14     A.  Correct.                  03:35
15     **Q.  On how many of the shifts that you    03:35**
16  **had in 1999 through 2003 when you were    03:35**
17  **virtually a full-time seasonal employee for the    03:35**
18  **Village as a dockmaster did Chief Paradiso also    03:35**
19  **work with you on that shift, to the best of    03:35**
20  **your knowledge?                  03:35**
21     A.  I can't recall that right now.     03:35
22     **Q.  On how many -- so you can't recall?    03:35**
23     A.  Yes.                     03:35
24     **Q.  Less than five?              03:35**
25     A.  Yes.                     03:35

TSG Reporting - Worldwide  (877) 702-9580

Page 188

Moran

1
2      **Q.  So to the best of your recollection,    03:35**
3   **less than five occasions in that four-year    03:35**
4   **period Chief Paradiso was your supervisor    03:35**
5   **during your shift?                  03:35**
6      A.  Correct.                  03:35
7      **Q.  And on the other occasion it was    03:35**
8   **who?                          03:35**
9      A.  George.                   03:35
10     **Q.  And I believe that Mr. Graff asked    03:35**
11  **you questions about whether or not you drank    03:36**
12  **some beers in the barracks?            03:36**
13     A.  Yes.                     03:36
14     **Q.  And I think the record will reflect    03:36**
15  **what your answer was.  Were you on duty or off    03:36**
16  **duty?                          03:36**
17     A.  Off duty.                 03:36
18     **Q.  Mr. Graff asked you some questions    03:36**
19  **about Mr. Hesse's computer being used by other    03:36**
20  **people than Mr. Hesse.  Do you recall that?    03:36**
21     A.  Yes.                     03:36
22     **Q.  To your knowledge, was Mr. Hesse's    03:36**
23  **computer accessible to any police officer in    03:36**
24  **the station house?                  03:36**
25     A.  Yes.                     03:36

TSG Reporting - Worldwide  (877) 702-9580

Page 189

Moran

1
2      **Q.  Okay.  Same thing to a dispatcher?    03:36**
3      A.  Yes.                     03:36
4      **Q.  And now Mr. Graff asked you some    03:36**
5   **questions about two or three people asking for    03:36**
6   **George at the station house.  I think one of    03:36**
7   **them was JT, one of them was Ian Levine and the    03:36**
8   **other guy was Mr. Burns.  Do you recall that?    03:36**
9      A.  Yes.                     03:36
10     **Q.  Any other people in your time at the    03:36**
11  **station house ask for George Hesse?        03:37**
12     A.  Yes, numerous people.          03:37
13     **Q.  On more than one occasion?        03:37**
14     A.  Yes.                     03:37
15     **Q.  Other than those three people, did    03:37**
16  **you ever see others in George Hesse's office    03:37**
17  **having a conversation with him?          03:37**
18     A.  Yes.                     03:37
19     **Q.  And obviously Mr. Graff --       03:37**
20  **withdrawn.  Mr. Graff had you listen to certain    03:37**
21  **audio tapes of a phone conversation or phone    03:37**
22  **conversations or excerpts of those phone    03:37**
23  **conversations between you and your friend at    03:37**
24  **the time, Kevin Lamm.  Do you recall that?    03:37**
25     A.  Yes.                     03:37

TSG Reporting - Worldwide  (877) 702-9580

Page 190

Moran

```
1              Moran
2      Q.  Did Mr. Lamm ever advise you that he   03:37
3   was taping the conversations?               03:37
4      A.  No.                    03:37
5      Q.  To this day has Mr. Lamm ever         03:37
6   advised you that he has taped your           03:37
7   conversations?                             03:37
8      A.  No.                    03:37
9      Q.  In your view, is that an act of a     03:37
10  friend?                                    03:37
11     A.  No.                    03:37
12     Q.  Have you ever observed any police     03:38
13  officers drinking in the bars of Ocean Beach  03:38
14  while on duty?                             03:38
15     A.  No.                    03:38
16     Q.  Have you ever witnessed George Hesse  03:38
17  drinking in the bars on Ocean Beach while on  03:38
18  duty?                                      03:38
19     A.  No.                    03:38
20         MR. GRAFF:  Objection.  To the       03:38
21     extent that he knows if he was on or off  03:38
22     duty at the time he witnessed him.      03:38
23         MR. NOVIKOFF:  Okay.               03:38
24     Q.  Let's talk about Mr. Fiorillo for a   03:38
25  second.  Did there come a time that          03:38
```

TSG Reporting - Worldwide  (877) 702-9580

Page 191

Moran

```
1              Moran
2   Mr. Fiorillo bragged about getting oral sex   03:38
3   from a woman in the barracks?               03:38
4      A.  Yes.                   03:38
5      Q.  Can you describe what Mr. Fiorillo    03:38
6   said to you?                               03:38
7      A.  You want me to --           03:38
8      Q.  Yes, please.             03:38
9      A.  In detail or --            03:38
10     Q.  In as much detail as you can         03:39
11  possibly recall.                           03:39
12     A.  Okay.  We were at the station.  I    03:39
13  think it was his first year working and I was  03:39
14  back in the squad room and then he came in the  03:39
15  back, was sitting down in the back washing off  03:39
16  his hands and he said that he had -- he had   03:39
17  hooked up with some lady named Terry at the   03:39
18  time and he had to wash his hands because the  03:39
19  stench was very great.                      03:39
20     Q.  Now, was Mr. Fiorillo on duty or off  03:39
21  duty at the time, according to Mr. Fiorillo?  03:39
22     A.  On duty.                03:39
23     Q.  So we are clear, Mr. Fiorillo told    03:39
24  you that he had gotten oral sex from a woman in  03:39
25  the barracks while on duty during his first   03:39
```

TSG Reporting - Worldwide  (877) 702-9580

Page 192

Moran

```
1              Moran
2   year on the job?                  03:40
3      A.  That is correct.           03:40
4      Q.  And there is absolutely no doubt in   03:40
5   your mind as you sit here today that that was  03:40
6   said by Mr. Fiorillo to you?               03:40
7      A.  He told me directly.         03:40
8      Q.  Right.  So there is absolutely no    03:40
9   doubt that as you sit here today that Mr. Fiorillo  03:40
10  told you that while on duty he got oral sex   03:40
11  from a woman in police barracks?            03:40
12     A.  Yes.                    03:40
13     Q.  There is no doubt?         03:40
14     A.  No.  He told me directly.      03:40
15     Q.  Let's talk about Mr. Nofi.  Did you   03:40
16  ever hear Mr. Nofi use the phrase "mother     03:40
17  fucker"?                                   03:40
18     A.  Yes.                    03:40
19     Q.  In what context did you hear        03:40
20  Mr. Nofi use the phrase "mother fucker"?      03:40
21     A.  At times when he was on patrol, he   03:40
22  would, I guess, whistle and say, "come here,  03:40
23  mother fucker."                            03:40
24     Q.  Who was he talking to?       03:40
25     A.  General public.           03:40
```

TSG Reporting - Worldwide  (877) 702-9580

Page 193

Moran

```
1              Moran
2      Q.  All right.  Let me just understand   03:40
3   this then.  While Mr. Nofi was on duty as a   03:40
4   police officer, you personally witnessed him  03:40
5   blow his whistle in the direction of a civilian  03:40
6   and say to that civilian, "hey, you mother   03:41
7   fucker"?                                   03:41
8      A.  He said, "come here, mother fucker."  03:41
9      Q.  And based upon your interaction with  03:41
10  Mr. Nofi -- well, on how many occasions did you  03:41
11  hear Mr. Nofi do this?                      03:41
12     A.  More than once.  It was a lot.       03:41
13     Q.  When you say "a lot," was it -- in    03:41
14  your presence -- withdrawn.                 03:41
15         In your opinion, was it his normal    03:41
16  way of talking to civilians on Ocean Beach?   03:41
17     A.  At times, yes.             03:41
18     Q.  And for what purpose, if you know,   03:41
19  did he -- was he calling the civilians over   03:41
20  with his whistle and saying, "come over here,  03:41
21  mother fucker"?                            03:41
22         MR. GRAFF:  Objection.     03:41
23     A.  I don't -- that's the way he was.    03:41
24     Q.  Was he acting, in your opinion, in   03:41
25  the capacity as a police officer?           03:41
```

TSG Reporting - Worldwide  (877) 702-9580

Page 194

Moran

1
2    A.   Yes.                                    03:41
3    Q.   Was he issuing summonses at least in   03:41
4    your presence when he called these people over   03:41
5    and called them a mother fucker?             03:42
6    A.   At times, yeah, he would walk --       03:42
7    yeah, if he was -- if he saw something in       03:42
8    violation, he would say with his mouth --       03:42
9    whistle with his mouth and say, "come here,     03:42
10   mother fucker."                              03:42
11   Q.   Okay.  Let's talk about Ed Carter      03:42
12   for a second.                                03:42
13        Did there come a time in your          03:42
14   capacity as a dispatcher that you had to call   03:42
15   Ed Carter to answer -- to respond to a call and   03:42
16   that he was slow because he was sleeping?    03:42
17   A.   Yes.                                    03:42
18   Q.   Can you describe when that took        03:42
19   place?                                       03:42
20   A.   When I was -- I can't give you the     03:42
21   exact year, but I was at the desk.  It was Ed   03:42
22   and -- Eddie was working and Tommy -- Tommy   03:42
23   Shore was working.                           03:42
24   Q.   Shore or Snyder?                        03:42
25   A.   Sorry.  Snyder.  I'm sorry.  Tommy     03:42

TSG Reporting - Worldwide  (877) 702-9580

Page 195

Moran

1    Snyder.  They were both upstairs in the     03:42
2    barracks.  Some lady was calling the station in   03:43
3    regards to -- she had like a wild animal, I     03:43
4    guess, in her chimney, so she kept calling to   03:43
5    see if we could respond to help her out, and   03:43
6    then as soon as I got down the information I     03:43
7    would normally radio it out to the officers,   03:43
8    respond, you know, and then a couple times --   03:43
9    once they told me to actually tell her to call   03:43
10   Animal Control and there was numerous        03:43
11   occasions, went back and forth.  Finally Chief   03:43
12   Paradiso at the time came on the radio and   03:43
13   heard this and told them to go on the call.   03:43
14   Q.   So how do you know as you sit here   03:43
15   today that Ed Carter was either in the barracks   03:43
16   sleeping or for some other reason unable to     03:43
17   answer the call promptly?                    03:43
18   A.   He was upstairs.  When I -- my         03:43
19   recollection was he was upstairs in the     03:43
20   barracks.                                    03:44
21   Q.   How do you know that?                  03:44
22   A.   That's where they were.                03:44
23   Q.   Okay.  How do you know he went up   03:44
24   there?                                       03:44
25

TSG Reporting - Worldwide  (877) 702-9580

Page 196

Moran

1
2    A.   He said he was going to go upstairs.  03:44
3    Q.   Did Mr. Carter go up to the barracks   03:44
4    often during his tour to catch a nap or go to   03:44
5    sleep?                                       03:44
6        MR. GRAFF:  Objection.                  03:44
7    Q.   In your presence.                      03:44
8    A.   When I was working?                    03:44
9    Q.   Yes.                                    03:44
10   A.   That was probably the only time I     03:44
11   recalled him doing it in my presence.       03:44
12   Q.   In your presence.  Okay.              03:44
13       MR. NOVIKOFF:  I have nothing          03:44
14   further.                                     03:44
15       MR. GRAFF:  Okay.  I have a few        03:44
16   items of redirect.                          03:44
17   FURTHER EXAMINATION BY                       03:44
18   MR. GRAFF:                                   03:44
19   Q.   Did you actually ever see Ed Carter   03:44
20   asleep while he was on duty?                03:44
21   A.   No.                                    03:44
22   Q.   Is there any rule that would         03:44
23   prohibit an on-duty police officer from being   03:44
24   in the barracks for any reason?             03:44
25   A.   Any -- repeat your question.          03:44

TSG Reporting - Worldwide  (877) 702-9580

Page 197

Moran

1
2    Q.   Is an on-duty police officer         03:44
3    forbidden to be in the barracks for any reason?  03:44
4        MR. NOVIKOFF:  Note my objection to   03:44
5    the form of the question.                    03:45
6    A.   No.                                    03:45
7    Q.   On any of the occasions when you, as   03:45
8    you testified, saw Officer Nofi refer to a     03:45
9    civilian as a mother fucker, was anyone else   03:45
10   present?                                     03:45
11   A.   Yeah, other civilians when he was on   03:45
12   patrol.                                      03:45
13   Q.   Can you identify any of those       03:45
14   civilians?                                   03:45
15       MR. NOVIKOFF:  Objection to form.     03:45
16   A.   No.                                    03:45
17   Q.   Can you identify any of the         03:45
18   individuals that Mr. Nofi, as you say, made   03:45
19   that statement to?                          03:45
20   A.   Can you repeat your question.         03:45
21   Q.   Do you know who any of the people   03:45
22   who Mr. Nofi, as you testified, referred to as   03:45
23   a mother fucker, do you know who those people   03:45
24   are?                                         03:45
25   A.   No.                                    03:45

TSG Reporting - Worldwide  (877) 702-9580

Page 198

Moran

1
2     Q.  Do you recall the intersection or     03:45
3  any other descriptor of the location where you   03:45
4  saw Mr. Nofi make any of those statements?      03:45
5     A.  In town in Bay Walk.          03:45
6     Q.  Where in Bay Walk?            03:45
7     A.  Within the business district on Bay   03:45
8  Walk.  I can't give you the address, but it was   03:46
9  on Bay Walk.                    03:46
10    Q.  And where were you standing?       03:46
11    A.  I was with him when he did it.      03:46
12    Q.  Why were you with him on that       03:46
13  occasion?                      03:46
14    A.  Because I was there.  I can't tell   03:46
15  you why.  I was there with him.          03:46
16    Q.  Were you just passing by or were you   03:46
17  on your way somewhere with Officer Nofi?      03:46
18      MR. NOVIKOFF:  Objection to form.     03:46
19    A.  I was on my way to get something to   03:46
20  eat when I saw him in town on Bay Walk and      03:46
21  that's what he said.              03:46
22    Q.  And do you remember the gender of    03:46
23  the person Mr. Nofi --             03:46
24    A.  No, that I can't recall.         03:46
25    Q.  Do you recall the race of the       03:46

TSG Reporting - Worldwide  (877) 702-9580

Page 199

Moran

1
2  person?                      03:46
3     A.  No.                    03:46
4     Q.  Can you recall any identifying      03:46
5  details of any of the people you testified you   03:46
6  saw Mr. Nofi refer to as mother fucker?       03:46
7     A.  No.                    03:46
8     Q.  Can you identify any specific       03:46
9  individuals who were ever present on any of the   03:47
10  occasions when you, as you testified, heard    03:47
11  Mr. Nofi refer to a civilian as a mother       03:47
12  fucker?                      03:47
13    A.  Can you rephrase that one more time.   03:47
14    Q.  Can you identify or name anyone else   03:47
15  who was ever present on any of the occasions    03:47
16  you testified you saw Mr. Nofi refer to a      03:47
17  civilian as a mother fucker?           03:47
18    A.  I saw it when I was with him.  From   03:47
19  what I can recall, I was with him at the time   03:47
20  he did it.  Other people I can't recall.      03:47
21    Q.  Did you ever report to anyone that    03:47
22  you had heard Officer Nofi refer to a civilian   03:47
23  as a mother fucker?                03:47
24    A.  No.                    03:47
25      MR. NOVIKOFF:  Objection to form.     03:47

TSG Reporting - Worldwide  (877) 702-9580

Page 200

Moran

1
2     Q.  Did you ever hear George Hesse brag   03:47
3  about having sex with anyone in the barracks?   03:47
4     A.  No.                    03:47
5     Q.  Did you ever hear George Hesse brag   03:47
6  about having sex with any residents of Ocean    03:48
7  Beach?                       03:48
8      MR. NOVIKOFF:  Now I am going to      03:48
9  object.  That goes beyond the scope of my      03:48
10  examination, Ari.  I think the first         03:48
11  question was completely appropriate, having    03:48
12  sex in the barracks, and I think whether it    03:48
13  was off duty or on duty it's appropriate.      03:48
14  You didn't ask him in your direct           03:48
15  examination about having sex anywhere on      03:48
16  Ocean Beach and I certainly didn't ask.       03:48
17    Q.  Okay.  Did you ever hear Officer     03:48
18  Hesse brag about having sex with anyone on      03:48
19  duty?                        03:48
20    A.  No.                    03:48
21    Q.  Did anyone else ever make any        03:48
22  statements to you about Officer Hesse having    03:48
23  sex on duty?                    03:48
24    A.  No.                    03:48
25      MR. CONNOLLY:  Objection.          03:48

TSG Reporting - Worldwide  (877) 702-9580

Page 201

Moran

1
2     Q.  Did anyone ever tell you that as a   03:48
3  dispatcher you are required to use both the    03:48
4  codes and plain English?             03:48
5     A.  No.                    03:48
6     Q.  Did anyone ever tell you as a police   03:48
7  dispatcher that you are required to use the    03:48
8  codes?                       03:48
9     A.  Yes.                   03:48
10    Q.  As far as you know, do all other     03:48
11  dispatchers use both the codes and plain       03:49
12  English?                      03:49
13      MR. NOVIKOFF:  Objection to form.     03:49
14    A.  Whatever the dispatchers do on their   03:49
15  shifts, they do.  Whatever they -- but we use   03:49
16  the ten codes when we dispatch.          03:49
17    Q.  Other than the reference regarding    03:49
18  Kevin Lamm that George Hesse mentioned to you,   03:49
19  did George Hesse ever refer to any other       03:49
20  references or recommendations for any other    03:49
21  officers?                      03:49
22    A.  No.                    03:49
23    Q.  So the only time George Hesse ever   03:49
24  referred to any reference that he gave for any   03:49
25  other officer was that reference about Kevin   03:49

TSG Reporting - Worldwide  (877) 702-9580

Page 202

Moran

1          Moran
2   Lamm?                                    03:49
3      A.   Correct, from what he told me.      03:49
4      Q.   Okay.  And what did he tell you      03:49
5   about the nature of the reference he gave?   03:49
6      A.   That he got -- he gave a reference   03:49
7   to Kevin and he didn't give me details of what   03:49
8   went where.  He just said he gave a reference   03:49
9   for Kevin and that was it.                  03:49
10     Q.   I believe earlier you testified that   03:49
11  he told you he gave a negative reference.  Is   03:49
12  that clear?                                 03:49
13         MR. NOVIKOFF:  His testimony is what   03:50
14     his testimony is.  You just asked him a      03:50
15     question.  His testimony is what it is and   03:50
16     let the chips fall.                        03:50
17     Q.   Do you recall whether anyone else      03:50
18  was present at the time that Frank Fiorillo, as   03:50
19  you testified, bragged about having oral sex in   03:50
20  the barracks?                                03:50
21     A.   I was with him after the fact.       03:50
22     Q.   Was anyone else present?             03:50
23     A.   No, just me and him.                 03:50
24     Q.   Do you recall who the woman in        03:50
25  question was?                               03:50

TSG Reporting - Worldwide  (877) 702-9580

---

Page 203

Moran

1          Moran
2      A.   Yes.                               03:50
3      Q.   Who was she?                        03:50
4      A.   Terry.                             03:50
5      Q.   Who is Terry?                       03:50
6      A.   Some lady within the Village.  I    03:50
7   don't know her last name.                   03:50
8          MR. GRAFF:  Thank you.              03:50
9          (Time noted:  3:50 p.m.)            03:50
10
11
12   ---------------------
13          CHRISTOPHER JAMES MORAN
14
15   Subscribed and sworn to before me
16   this      day of            2009.
17
18   ---------------------------------------
19
20
21
22
23
24
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 204

1
2          C E R T I F I C A T E
3
4   STATE OF NEW YORK  )
5                     ) ss.:
6   COUNTY OF NASSAU  )
7
8          I, KRISTIN KOCH, a Notary Public
9   within and for the State of New York, do
10  hereby certify:
11         That CHRISTOPHER JAMES MORAN, the
12  witness whose deposition is hereinbefore
13  set forth, was duly sworn by me and that
14  such deposition is a true record of the
15  testimony given by such witness.
16         I further certify that I am not
17  related to any of the parties to this
18  action by blood or marriage; and that I am
19  in no way interested in the outcome of
20  this matter.
21         IN WITNESS WHEREOF, I have hereunto
22  set my hand this 11th day of June, 2009.
23         -------------------------
24          KRISTIN KOCH, RPR, RMR, CRR, CLR
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 205

1
2   -----------------I N D E X-----------------
3
    WITNESS          EXAMINATION BY      PAGE
4
5   CHRISTOPHER JAMES MORAN    MR. GRAFF   4, 196
6                         MR. CONNOLLY   173
7                         MR. NOVIKOFF   180
8
    -----------------EXHIBITS-----------------
9
10  MORAN                     PAGE LINE
11
    Exhibit 1
12  Letter dated March 11, 2006, Bates
    stamped 2662......................... 23  10
13
    Exhibit 2
14  Letter dated August 21, 2006, Bates
    stamped 6307 and 6308................ 75  14
15
    Exhibit 3
16  Kevin T. Lambo business card, Bates
    stamped P925......................... 85  12
17
    Exhibit 4
18  Photocopy of writing, two pages...... 92  19
19  Exhibit 5
    The Incorporated Village of Ocean
20  Beach Employee Handbook, Bates
    stamped 1 through 25................ 121  10
21
    Exhibit 6
22  CD labeled Carter et al., v.
    Incorporated Village of Ocean
23  Beach, et al., Disk C.............. 167  8
24  Exhibit 7
    CD labeled Carter et al., v.
25  Incorporated Village of Ocean

TSG Reporting - Worldwide  (877) 702-9580

```
1
2         ERRATA SHEET FOR THE TRANSCRIPT OF:
3    Case Name:      Carter v. Ocean Beach
     Dep. Date:      June 8, 2009
4    Deponent:       Christopher James Moran
5            CORRECTIONS:
6    Pg. Ln. Now Reads     Should Read    Reason
7    ___ ___ _____ _____ _____
8    ___ ___ _____ _____ _____
9    ___ ___ _____ _____ _____
10   ___ ___ _____ _____ _____
11   ___ ___ _____ _____ _____
12   ___ ___ _____ _____ _____
13   ___ ___ _____ _____ _____
14   ___ ___ _____ _____ _____
15   ___ ___ _____ _____ _____
16   ___ ___ _____ _____ _____
17   ___ ___ _____ _____ _____
18
19            _____
20            Signature of Deponent
21   SUBSCRIBED AND SWORN BEFORE ME
22   THIS____DAY OF_____, 2009.
23
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____
```

TSG Reporting - Worldwide  (877) 702-9580

**A**

**ability (3)**
7:18 152:20 181:19
**able (15)**
8:15 84:12 92:24
96:11 129:14
149:12 152:13
157:16,19,23 158:3
158:6 161:6 162:4
164:5
**absence (1)**
29:6
**absolutely (5)**
6:17 149:23 159:8
192:4,8
**academy (1)**
61:5
**access (1)**
129:24
**accessible (2)**
154:9 188:23
**accuracy (1)**
155:18
**accurate (5)**
79:9,14,18 80:13
151:4
**act (1)**
190:9
**acting (14)**
1:12 42:20,25 43:8,14
44:4,13,15,17,21,25
45:5 51:8 193:24
**action (2)**
8:24 204:18
**actors (1)**
39:6
**address (6)**
77:12,12 150:18
151:20 181:9 198:8
**administrator (1)**
97:8
**admissible (1)**
39:7
**advise (1)**
190:2
**advised (1)**
190:6
**advisement (1)**
21:5
**affect (1)**
7:18
**afternoon (1)**
122:24
**ago (16)**
8:4 63:10 103:19,20
103:21,22 105:9
108:20 167:20,21
171:12 174:24

175:9 176:3,4
182:12
**agree (3)**
7:8 78:7 154:6
**agreed (2)**
155:5,21
**ahead (3)**
60:10 79:21 186:3
**aimed (2)**
9:19 151:14
**al (7)**
167:9,10 169:6,7
205:22,23,24
**alcohol (1)**
110:4
**alcoholic (4)**
7:25 104:25 106:8
107:17
**ALISON (1)**
1:15
**allegations (4)**
13:19 14:9 15:2,6
**allowed (1)**
6:20
**ambulance (1)**
141:12
**and/or (2)**
16:14 152:16
**animal (2)**
195:4,11
**Anne (1)**
97:4
**annual (9)**
17:2 24:23,25 25:13
25:22 42:7,16,23
131:2
**answer (65)**
6:5,7,12,23 7:2,12
8:15 12:10 15:13,15
17:23,24,25 22:12
25:15,24 29:13
32:10 33:10 35:15
38:7 39:14,23 42:19
48:17 49:13,25
50:16 51:17 53:12
57:4 59:12,21 67:18
80:3 86:10 90:19
93:25 96:11 100:22
107:6 114:6,14
118:20 119:7 125:8
126:4,25 127:10
131:17 136:23
137:4 139:21
143:17 145:15
157:11 158:19
159:13 165:5
182:17,18 186:4
188:15 194:15
195:18

answered (17)
6:23 35:15 60:9 62:21
79:20 80:25 82:15
108:22,24 109:5
126:3 159:2,2,7
160:23 162:25
185:19
**answering (3)**
5:21 149:13,19
**answers (2)**
6:11 41:21
**anybody (5)**
14:4 23:3 108:21
109:4 178:10
**apparent (1)**
88:17
**apparently (1)**
148:18
**appear (4)**
86:14 92:12 171:18
171:18
**appearing (1)**
96:7
**appears (6)**
85:20 88:23 92:25
94:25 96:2,6
**application (4)**
54:3,14,17 55:2
**applied (5)**
54:2,11,16 96:22
100:9
**apply (3)**
48:5 70:18 71:17
**appropriate (8)**
13:23 38:25 86:24
161:24 171:8,10
200:11,13
**approximately (4)**
18:11 121:23 154:21
155:12
**April (26)**
16:11,23 21:8 26:4
42:7 51:6 62:19
113:12 115:5
118:10,16 131:2,4,8
131:14 173:22,25
174:16,19 175:3,6
176:6,9 177:15
179:5 182:15
**area (5)**
19:22,25 53:17 55:12
71:7
**Ari (17)**
4:19 7:7 23:18 33:20
38:14 39:23 41:18
48:3 63:3 94:18
127:15 150:23
160:7,16 162:8
171:4 200:10

**ARIEL (1)**
3:8
**Ari's (1)**
153:3
**arrived (1)**
21:25
**arrow (2)**
94:21,23
**arrows (3)**
93:9,13 94:5
**ascertain (3)**
93:18 172:2 180:19
**aside (1)**
83:11
**asked (35)**
6:22 27:6 31:13 35:14
54:23 60:7,9 62:20
63:2 79:19,24 80:19
81:2,9 82:5,7,14
108:19 123:2 126:2
133:22 137:20
138:9,20,22 158:25
180:5 182:14 185:8
185:18,25 188:10
188:18 189:4
202:14
**asking (19)**
19:16,17 20:9 31:10
38:15 81:4,15
102:21 106:24
108:4 118:7 145:13
151:2,22 160:3
163:5 166:5 171:19
189:5
**asleep (1)**
196:20
**assigned (1)**
185:9
**assignment (1)**
28:24
**Associate's (1)**
100:9
**assume (2)**
7:3 28:16
**assuming (2)**
102:16 126:21
**assumption (1)**
7:9
**attach (2)**
154:6,12
**attain (1)**
100:6
**attend (1)**
99:23
**attended (1)**
100:3
**attorney (2)**
8:18 9:16

**Attorneys (3)**
3:5,11,20
**audio (30)**
134:23 135:8,13,19
136:4 149:17,21
151:3 152:22
153:11,16 154:8,10
155:7,19 156:9,13
157:15 159:22,23
160:17,20 164:20
165:13 166:6
167:17 170:10
171:15,19 189:21
**August (3)**
75:15 78:23 205:14
**available (8)**
49:19 137:20,22,25
138:10,23 139:13
142:9
**Avenue (1)**
3:6
**average (4)**
183:14,22 184:9,10
**aware (6)**
10:3 12:22 14:8 73:4
84:23 124:19,24
125:3 134:11
148:24
**a.m (1)**
2:6

**B**

**B (2)**
1:13 3:20
**Bachelor's (1)**
100:13
**back (25)**
10:9,10 17:8,19 28:12
28:15,22 55:18
65:23 103:6 128:15
128:18 144:14,16
144:18,21 150:8,14
153:11 168:4
182:21 191:14,15
191:15 195:12
**backdrop (1)**
95:15
**background (2)**
129:16,24
**backwards (1)**
45:17
**Bacon (7)**
22:4 70:6,11,14
142:20,23 143:8
**bad (6)**
115:19,21 168:24
169:3 170:3,5
**bar (4)**
104:8,12 141:15

172:25
**barracks (34)**
105:5,8,14,17 107:8
107:13,23 108:12
108:16,22 123:3,4,7
123:12 124:2,7,10
124:14,20 125:14
132:14 188:12
191:3,25 192:11
195:3,16,21 196:3
196:24 197:3 200:3
200:12 202:20
**bars (4)**
35:4 104:5 190:13,17
**based (8)**
6:13 15:11,13 29:6
86:12 151:18
154:19 193:9
**basically (8)**
71:5,10 111:21
114:16 126:13
134:2 177:8 183:5
**basics (1)**
134:5
**basis (5)**
15:9,10 28:16 177:3
186:19
**Bates (14)**
23:8,11 45:21 75:12
75:15 85:10,13
121:7,12 149:10
205:12,14,16,20
**bathroom (15)**
75:23 89:22 90:2,8,12
91:3,15,20 92:10
93:23 94:10 95:7,23
96:15 164:8
**Bay (6)**
21:18 198:5,6,7,9,20
**beach (133)**
1:9,12 3:12,13 4:21
10:5 12:7,23 13:14
14:6 31:3 32:4
39:11,20 44:6 45:12
45:23 47:8 49:9
51:13,20 58:6,6,10
59:7 60:3,13 61:13
61:16,21 62:5,13
63:11,16,22,23 64:2
64:11 65:11 67:16
69:5 70:10,19,19
71:15,18 72:3,8,14
73:9,14,17 74:7,15
74:18 78:16 83:14
83:17,23 84:18,23
89:2,9,20 90:9 91:2
91:19 94:9 95:23
96:15 97:13 98:15
98:20,24 102:7

104:5,8,11,25 105:4
105:25 106:17
107:22 110:4,8,22
111:2,3 113:4,22
119:4,17,22 120:18
121:7,9,11 122:12
124:10 130:3 132:6
132:14,21 133:7
134:24 136:16
137:16 140:24
141:3,6,23 142:5
143:25 144:25
146:22 147:2 167:2
167:10 169:7 173:7
173:20 174:8
176:14,20,25
190:13,17 193:16
200:7,16 205:20,23
206:3
**bearing (3)**
23:8 75:12 85:10
**beat (3)**
158:7,11 166:22
**bed (1)**
137:7
**beer (14)**
8:8,9 106:7,17 107:17
123:2,6,11,17,18,23
124:17,23 125:17
**beers (16)**
105:19,20,22 106:2
107:4 123:14 124:2
124:6,13,19,25
125:4,11,14,18
188:12
**beginning (1)**
182:13
**begun (1)**
44:13
**belief (1)**
29:10
**believe (12)**
39:17 62:3 75:10
91:18 120:4 159:19
162:3 176:12
182:16 185:13
188:10 202:10
**believed (2)**
34:6,11
**believes (2)**
87:19 160:3
**best (10)**
5:22 79:14 82:11
155:16 167:13
181:19 182:8
185:20 187:19
188:2
**better (3)**
162:15 164:5 172:2

**beverage (2)**
104:25 107:18
**beverages (2)**
7:25 106:8
**beyond (1)**
200:9
**Bill (1)**
59:9
**birth (1)**
103:25
**bit (3)**
15:7,16 183:9
**black (3)**
144:14,15,22
**blood (1)**
204:18
**blotter (2)**
55:20 144:12
**blow (1)**
193:5
**blur (1)**
94:14
**blurry (3)**
93:3,25 94:4
**boat (1)**
21:8
**boathouse (4)**
17:13,14 21:15 62:17
**boats (6)**
53:4,13,14 71:6,8,11
**bolded (1)**
80:5
**Bosetti (15)**
20:16,19 37:23 69:21
70:2 82:17,22
108:10,11 109:9
113:9,18 118:2,4,24
**Bosettis (5)**
38:4 109:21 110:3,11
110:16
**boss (3)**
52:17 98:12,14
**bottom (1)**
77:2
**brag (3)**
200:2,5,18
**bragged (2)**
191:2 202:19
**break (13)**
6:18,24 48:14,15,19
48:21,22 75:25
122:17 154:24
163:11,23 164:9
**breakfast (1)**
137:7
**breaking (2)**
162:20 168:14
**brief (1)**

75:24
**briefly (1)**
4:18
**bring (1)**
12:6
**broad (3)**
19:25 33:20 58:17
**broadly (2)**
20:9 45:8
**Bucksband (1)**
58:8
**building (3)**
78:3 108:4,5
**Burns (19)**
137:11,13,15,24
138:9,22 139:4,9,12
139:13 140:6,12,16
140:21,23 142:19
142:25 143:15
189:8
**busier (1)**
186:7
**business (19)**
83:12,16,19 84:7,11
84:13,18 85:3,6,13
86:8,12,15,16 87:12
87:17,20 198:7
205:16
**busy (3)**
57:16,24 128:22
**Butler (1)**
53:22
**Byron (1)**
53:21

─────────────
**C**
─────────────

**C (8)**
1:9 3:2,12 4:2 167:10
204:2,2 205:23
**cabinet (2)**
144:14,23
**call (14)**
32:11,12 53:4,9,15
54:13 55:14 141:11
181:10 194:14,15
195:10,14,18
**called (14)**
4:3 30:20 31:12,18,19
31:23 54:17 77:22
122:11 129:22
175:8,11 194:4,5
**calling (4)**
156:18 193:19 195:3
195:5
**calls (3)**
55:9 56:2 99:14
**cameras (2)**
134:2,2

**capable (1)**
151:10
**capacity (9)**
1:10,11,13,16 73:16
97:15 141:13
193:25 194:14
**caption (1)**
156:2
**car (1)**
175:14
**card (18)**
42:6,10,12 83:12,19
83:21 84:4 85:6,13
86:8,12,15,16 87:12
87:17,20 88:7
205:16
**cardboard (1)**
96:9
**cards (6)**
83:17 84:8,11,13,18
85:3
**care (2)**
53:5 152:15
**careful (2)**
5:18 41:18
**Carter (22)**
1:5 10:14 17:3 67:7
67:11 69:13 117:16
167:8 169:5 173:17
173:19,23 174:2
179:9 194:11,15
195:16 196:3,19
205:22,24 206:3
**case (21)**
10:18 15:23 16:4,19
16:19 30:25 39:6
57:9,25 97:22 98:2
99:15 113:10,19,25
121:2 148:5 155:22
156:2 161:5 206:3
**catch (1)**
196:4
**category (1)**
132:9
**cause (1)**
39:18
**CD (4)**
167:8 169:5 205:22
205:24
**cell (6)**
30:20 31:20,24
175:16,18,21
**certain (6)**
13:19 28:20 58:21
182:14 185:10
189:20
**certainly (2)**
23:23 200:16
**certification (2)**

101:5 130:12
**certifications (2)**
100:20 101:3
**Certified (2)**
2:14,15
**certify (3)**
155:18 204:10,16
**chance (2)**
23:13 75:18
**change (1)**
133:9
**changes (1)**
79:3
**Chanot (1)**
53:21
**characterizes (1)**
16:11
**charge (2)**
52:9 186:11
**check (2)**
53:10,17
**checks (2)**
129:17,25
**cherry (9)**
18:22 20:12 59:9
60:12,15,18 62:16
97:12,18
**chief (31)**
1:12 10:19 24:13
42:20,25 43:9,12,13
43:15 44:4,13,14,15
44:17,21,25 45:5
51:3,8 52:8,8,16
54:16 84:5,6 184:18
186:5,10 187:18
188:4 195:12
**children (1)**
101:13
**chimney (1)**
195:5
**chips (1)**
202:16
**choose (1)**
7:11
**Christopher (6)**
1:20 2:9 203:13
204:11 205:5 206:4
**city (11)**
30:25 31:12,17 60:23
61:9 62:15 73:21
98:12 101:5 102:10
175:15
**Civil (7)**
1:15 4:7 72:4,9,15,23
73:3
**civilian (9)**
102:5 106:18 107:19
193:5,6 197:9
199:11,17,22

**civilians (8)**
53:8 106:3,7,9 193:16
193:19 197:11,14
**CJs (1)**
141:15
**CJ's (1)**
172:25
**claiming (1)**
148:23
**claims (1)**
9:5
**clarification (2)**
13:24 19:15
**clarify (9)**
32:12 50:16,21 59:21
98:10 106:14
111:18 130:19
181:10
**classification (1)**
73:4
**cleaner (4)**
51:20 58:6,10 70:20
**clear (16)**
4:12 5:13,23 13:5,8
19:9,15 94:6 118:6
145:23 148:7
154:14 166:5 180:2
191:23 202:12
**clearly (2)**
159:23 162:5
**client (8)**
6:11 7:10 148:20
149:18 150:12
151:8,11 165:4
**CLR (2)**
1:25 204:24
**code (2)**
57:6 180:22
**codes (19)**
55:18 56:12,14,15,17
56:24 57:2,8 180:6
180:11,17 181:2,4
182:5,7 201:4,8,11
201:16
**cokehead (1)**
169:24
**collect (1)**
71:12
**college (5)**
99:23 100:2,5 101:7,9
**color (2)**
84:22,25
**come (17)**
39:17 53:5,9,17 54:18
55:18 56:2 125:3
141:9,11 150:8
190:25 192:22
193:8,20 194:9,13
**coming (1)**

149:6
**COMMISSION (1)**
206:25
**commissioner (5)**
42:2 119:4,10,13,17
**communicate (18)**
34:5 37:22 67:14 68:7
68:17,22 69:4,14,20
69:25 70:13 134:6
139:5 142:7,15
180:12,22,24
**communicated (10)**
9:4,19 14:25 69:10
103:13 105:24
106:15 107:16
110:7 133:8
**communication (1)**
11:2
**communications (2)**
140:20 142:17
**Community (1)**
100:5
**compare (1)**
23:14
**complaint (6)**
14:11,13,20 15:3,6
55:10
**complaints (1)**
102:5
**completely (6)**
6:19 7:19 8:16 118:19
151:4 200:11
**computer (22)**
11:4 55:19 77:9,11
78:11 80:10 126:20
127:4,13,17,20
128:4,5,9,12,18,21
128:25 129:8
140:24 188:19,23
**computers (6)**
127:23 128:3,7,23
132:5,13
**concern (3)**
9:21 153:5 162:8
**concerning (4)**
87:14 90:12 120:18
182:16
**concluded (1)**
173:10
**conclusion (1)**
29:7
**conduct (1)**
80:10
**confirm (1)**
63:6
**confiscate (1)**
106:7
**confiscated (4)**
106:2,17 107:4,18

**conflicts (25)**
65:25 66:6,14,21 67:4
67:10,15,19,22,23
67:24,25 68:3,8,9
68:12,18,23 69:4,8
69:14,18,21 70:2,14
**confusing (1)**
131:14
**confusion (1)**
6:14
**connected (3)**
127:20,24 158:11
**connection (14)**
4:22 8:19 19:18 56:9
78:15,22 83:13
102:6,9 125:22
126:9,22 127:6
143:14
**Connolly (32)**
3:23 27:23 28:3,6,10
84:15 91:25 96:3
115:12 145:11
150:13 152:5 153:3
153:14 154:11,19
155:4 156:3 159:21
160:7 161:17 162:7
163:11,14,22 164:4
164:7 173:11,15
179:23 200:25
205:6
**consider (6)**
28:23 29:5 116:21
117:13,18 118:7
**considerable (1)**
155:3
**considered (1)**
117:7
**Consistent (1)**
6:15
**constantly (1)**
153:10
**constructed (1)**
96:16
**consult (1)**
9:23
**consumed (3)**
7:21 107:12,17
**contact (2)**
56:5 176:7
**contained (1)**
155:25
**containing (3)**
148:9 149:2 155:14
**content (1)**
165:9
**context (4)**
11:8 150:17 152:16
192:19
**continue (3)**

74:13 121:24 162:6
**CONTINUED (1)**
122:22
**Control (1)**
195:11
**controlled (1)**
7:21
**conversation (27)**
12:4,12,14 30:4 31:6
40:23 41:2,4,13
96:21 112:18 113:8
146:6 158:13 161:2
166:3,10 169:21
171:10 172:17
175:10,13 177:9,12
177:15 189:17,21
**conversations (19)**
9:11,14 12:17 13:9
30:11,15 32:3,14,21
113:3 140:17 174:2
175:7 176:10
180:10 189:22,23
190:3,7
**convicted (1)**
99:16
**cop (2)**
61:6 174:14
**copies (3)**
148:8 155:23 156:3
**cops (1)**
49:18
**copy (9)**
23:14,14 75:18,18
76:18 78:22 79:3
89:17 178:7
**corner (3)**
77:13 88:13,18
**correct (22)**
6:5,12 7:12 13:15,25
63:18 84:2 119:11
164:16 176:14
179:6 181:21
185:13,15,23 187:2
187:10,13,14 188:6
192:3 202:3
**CORRECTIONS (1)**
206:5
**correctly (2)**
58:18 181:12
**Cottage (2)**
21:11,12
**counsel (18)**
9:7,8 11:21 12:20,25
13:2,7,8 15:12,18
75:17 98:6 146:10
146:11,17 148:10
148:25 152:8
**county (13)**
1:14,14,15 56:15,16

61:8,25 62:3 114:18
114:24 115:3
178:11 204:6
**couple (7)**
137:17 163:8 171:12
180:5 182:11 185:8
195:9
**course (1)**
174:8
**courses (1)**
101:9
**court (22)**
1:2 5:10 14:21,23
23:7 28:11 45:19
75:9 85:8 92:16
121:5 148:5,12,14
149:16 151:9,9
154:3 155:15
165:11 167:13
171:22
**COURTNEY (1)**
3:19
**cover (9)**
75:10 76:14 78:23
80:20,22 82:5,12,18
83:2
**coverage (2)**
49:18,21
**covered (1)**
25:13
**create (3)**
78:11,14,18
**crime (1)**
99:17
**criminal (2)**
5:4 129:15
**cross (1)**
93:9
**cross-outs (2)**
93:13 94:6
**CRR (2)**
1:25 204:24
**current (2)**
73:6 120:11
**currently (7)**
45:11,14 61:12 97:12
119:9 130:5 143:25
**CV (1)**
1:6

**D**

**D (1)**
205:2
**dad (2)**
64:3 65:13
**daily (2)**
71:9 177:3
**Dale (1)**

65:15
**data (4)**
55:20 80:11 129:2,12
**date (10)**
25:7,18 30:5 40:7
43:20 45:18 103:25
133:15 174:25
206:3
**dated (5)**
23:10 47:22 75:14
205:12,14
**day (29)**
8:9 21:8,15 45:3,7
52:10,11,12,16,17
71:11 75:4,5,7
98:13,19 137:8,9
179:9,12,15,18,21
183:15 186:5 190:5
203:16 204:22
206:22
**daytime (1)**
186:8
**defendant (1)**
101:20
**Defendants (1)**
1:17
**define (1)**
58:25
**defined (1)**
58:23
**degree (4)**
100:6,8,14 101:8
**degrees (4)**
100:10,12,16,17
**Dep (1)**
206:3
**department (62)**
1:12,14,15 3:14 24:14
24:15,23,25 31:3
32:5,12 39:12,20
43:13 45:24 56:7
59:8 60:23 62:15
67:16 70:10 71:2,4
72:4,8,14 73:22,24
74:4,11 83:20 84:13
84:24 88:11 89:8,10
89:20 90:9 91:19
95:24 96:15 97:13
98:24 100:25 101:6
105:2 106:2,17
107:25 109:4,9
110:13 112:15
113:5 120:6 134:20
144:2 147:2 167:2
182:2,3 184:13
**departmental (1)**
26:2
**depend (1)**
57:22

**depended (1)**
57:24
**depending (3)**
41:20 49:17 55:16
**depicted (2)**
86:2 95:11
**depicts (1)**
88:15
**Deponent (2)**
206:4,20
**deposition (18)**
1:20 2:9 4:6,11 6:6
8:19,25 14:17 28:2
97:21,25 98:5
152:14,15 154:7
182:14 204:12,14
**depositions (4)**
4:14 16:17 28:2 121:2
**DEPUTY (1)**
1:12
**describe (3)**
181:19 191:5 194:18
**described (1)**
95:4
**description (1)**
80:9
**descriptor (1)**
198:3
**desk (12)**
53:16 55:24 57:17,19
57:20 80:20 127:12
127:17 128:5,14
181:3 194:21
**detail (2)**
191:9,10
**details (5)**
35:12,19 178:17
199:5 202:7
**determine (1)**
79:14
**device (1)**
136:9
**difference (1)**
70:23
**different (8)**
77:25 165:6,7,8
171:21,22,23,24
**difficult (1)**
167:16
**direct (6)**
52:3,6,11,13 96:21
200:14
**direction (1)**
193:5
**directly (5)**
20:10 96:23 97:3
192:7,14
**discuss (15)**

11:23 32:16 34:2
112:23 116:2,5,7,9
122:17 142:19,22
142:25 143:4,7,10
**discussed (9)**
12:5 17:5,6 26:7,13
27:18 41:2 98:4
166:25
**discussing (3)**
133:20 172:16 173:5
**discussion (4)**
22:9 122:2 147:23
155:4
**disk (9)**
148:25 149:10 154:12
155:14 156:2 163:3
167:10 169:7
205:23
**disks (5)**
148:6,9 155:14,24
156:9
**dispatch (3)**
53:5,16 201:16
**dispatched (1)**
99:15
**dispatcher (60)**
45:15 46:10,12,19
47:4,11,17,24 48:5
48:10,12 51:12
54:21,24 55:8,23
56:9,18,23,25 57:12
58:3,15,21,24 59:2
59:24,24 60:14
61:11 62:13 70:20
73:3,17 74:17,21
80:7,14,20,23 81:3
81:10 82:6,12,18
83:2 90:4 97:16
127:12,18 180:9,25
181:13 184:20
185:10,21 189:2
194:14 201:3,7
**dispatchers (8)**
57:6,7 58:14 59:7
132:9,11 201:11,14
**dispatching (1)**
181:13
**dispute (1)**
117:3
**disrespect (1)**
151:9
**district (4)**
1:2,3 4:9 198:7
**DMV (1)**
129:20
**dock (7)**
53:10,19 66:20 71:8
71:10,11 186:24
**dockmaster (62)**

51:21,22,24 52:4,7,13
52:19,25 53:20,25
57:13,16,18 58:2,20
60:20,21,22 61:4,5
62:14 65:24 67:3,9
70:12,20,21,24,25
71:2,5,23 73:7,11
80:17,19,22,25 81:8
81:21,24 82:4,13,19
82:21,24 83:3 90:6
103:7 130:9 174:11
174:14 176:2
183:11,21 184:2,5
184:17 185:10,22
186:11 187:18
**document (38)**
23:8,16,22 24:4,6,8
24:12 45:20 75:12
75:20 76:8,10,13,17
76:20,25 77:6,8,17
78:10,19,21 85:10
85:16 86:5 88:13
92:17 93:11,15
94:17,19 95:3 96:12
121:6,15,20 122:5
122:11
**documents (1)**
27:16
**doing (9)**
18:14 31:14,16 51:5
137:18 150:7
153:18 162:19
196:11
**doubt (3)**
192:4,9,13
**Doug (2)**
65:19,20
**draft (2)**
76:19,22
**drafted (2)**
79:8 84:3
**drank (8)**
123:3,6,8,17,23
124:18 125:18
188:11
**drink (13)**
8:5 104:4,8,24 105:8
105:10 107:22
108:9,22 109:4,9
111:24,25
**drinking (13)**
105:18 108:12 109:13
109:15,18 110:4,16
110:23 111:3 113:6
125:14 190:13,17
**drinks (6)**
8:7 104:10,17 105:14
105:16 110:8
**driving (1)**

175:15
**drug (1)**
173:6
**drugs (5)**
7:22 143:15 168:7
170:3,5
**due (2)**
34:15 134:8
**duly (2)**
4:3 204:13
**duties (6)**
52:24 55:7 80:14,16
80:23 81:6
**duty (35)**
43:14,17 53:9 55:12
56:6 110:9,12,17,19
110:23 111:4,23
112:3,4,11 113:6
128:16 141:9
188:15,16,17
190:14,18,22
191:20,21,22,25
192:10 193:3
196:20 200:13,13
200:19,23
**D-A-L-E (1)**
65:16

_____

**E**

**E (7)**
3:2,2 4:2,2 204:2,2
205:2
**earlier (8)**
6:7 120:25 122:25
126:6 127:11
176:12 179:4
202:10
**easier (1)**
159:9
**east (1)**
71:4
**Eastern (2)**
1:3 4:8
**eat (1)**
198:20
**Ed (14)**
52:6 67:7,11 69:13
72:24 83:8 117:16
173:17 179:9
194:11,15,21
195:16 196:19
**Eddie (2)**
156:21 194:22
**EDWARD (1)**
1:5
**effect (1)**
30:25
**efforts (1)**
155:16

**eight (4)**
75:2 183:15 184:6,9
**either (19)**
15:19 16:18 37:23
63:25 84:18 95:9
96:24 118:11 130:8
130:13 139:25
140:15 149:21
150:14 152:13
153:14 157:17
171:18 195:16
**elected (2)**
64:17 65:3
**election (2)**
64:23 65:2
**Elmsford (1)**
3:22
**emblem (2)**
88:14,15
**emblems (1)**
88:17
**employee (8)**
8:22 49:3,5 121:9,11
122:14 187:17
205:20
**employees (7)**
26:16 83:18 98:24
104:11 107:22
113:4 183:6
**employer (2)**
101:24,24
**employment (12)**
46:2 65:11 73:12,14
73:18,20 115:9
133:7 144:25
173:20 183:9,18
**EMT (1)**
141:8
**ended (1)**
101:8
**English (8)**
181:4,5,18 182:4,6,11
201:4,12
**entailed (1)**
178:17
**entire (2)**
56:17 133:6
**entitled (2)**
7:11,12
**entry (3)**
55:20 80:11 129:2
**ERRATA (1)**
206:2
**ESQ (3)**
3:8,17,23
**essentially (1)**
171:20
**et (7)**

167:9,10 169:6,7
205:22,23,24
**evidence (7)**
143:24 144:6,6,17,20
144:25 145:6
**exact (10)**
35:19 40:6 43:20
103:11 112:7
133:14 174:25
177:14 178:17
194:21
**exactly (10)**
38:12 116:11 149:6
150:13 152:17,22
153:15 154:10
171:25 177:24
**examination (9)**
4:15 122:22 155:6
173:14 180:3
196:17 200:10,15
205:3
**examined (1)**
4:4
**example (3)**
154:2 181:6,16
**excerpt (8)**
149:16,25 150:11,16
155:25 156:13
164:20 167:17
**excerpts (9)**
148:3,9,18 153:17
155:6,12,15,19
189:22
**exclamation (1)**
95:2
**excluding (1)**
13:5
**exercise (2)**
80:16 81:10
**exercised (1)**
81:5
**exercising (1)**
72:19
**exhibit (25)**
23:7,10 45:20 75:9,14
75:19 76:5 85:9,12
92:17,19 93:16
121:6,10 154:7,12
167:8 169:5 205:11
205:13,15,17,19,21
205:24
**exhibits (2)**
148:7 205:8
**existed (1)**
53:19
**existence (1)**
120:14
**exists (1)**
81:15

**expect (1)**
150:12
**experience (2)**
80:6 180:25
**EXPIRES (1)**
206:25
**explain (5)**
15:8,22 17:10 70:24
184:7
**explained (1)**
38:5
**explanation (1)**
78:8
**extension (1)**
165:14
**extent (8)**
6:13 35:16 38:21
141:25 150:2
161:18 166:7
190:21
**E-Justice (4)**
129:22 130:21,23
131:23

_____

**F**

**F (1)**
204:2
**faced (1)**
152:6
**face-to-face (1)**
11:2
**fact (18)**
17:7 29:18 30:21
31:23 32:3,17 33:13
34:15 35:22 59:23
77:25 93:14 98:4
113:21 149:3 160:5
165:17 202:21
**fag (2)**
94:24,24
**failure (1)**
5:3
**fairly (1)**
153:21
**fall (1)**
202:16
**falling (1)**
117:4
**family (2)**
176:13,16
**far (7)**
17:20 21:14 69:8 72:4
119:19 132:16
201:10
**father (2)**
64:16 137:8
**father's (1)**
65:18

**federal (6)**
4:7 6:16 7:13,15
14:21,23
**feel (1)**
9:23
**felt (1)**
82:2
**FEMA (1)**
182:10
**ferry (3)**
21:18,21,25
**field (6)**
55:15,17 57:2,19
127:3 129:3
**fifth (5)**
3:6 10:14 35:7 36:9
38:9
**fight (3)**
181:7,7,8
**filed (6)**
12:22 13:22 14:6,20
14:22 102:6
**fill (1)**
178:5
**filled (1)**
54:25
**finally (2)**
69:13 195:12
**find (2)**
44:12 156:19
**fine (8)**
6:7,19 28:7 50:21
78:9 102:23 150:9
183:8
**finish (3)**
5:20 66:4 164:2
**finished (1)**
17:18
**Fiorillo (24)**
1:5 3:25 10:12 17:3
66:11,15 68:6,13
117:8 118:12,17
174:12,15,18
179:18 190:24
191:2,5,20,21,23
192:6,9 202:18
**Fiorillo's (1)**
171:23
**fire (20)**
71:14,17,21 73:21,23
73:25 74:8,10 76:15
78:3,15 89:3 96:22
100:24 101:6,6
182:2,3 183:7
184:13
**firearms (1)**
101:5
**fired (8)**
102:17 103:2,5,10,14

182:24,25 183:4
**fireman (1)**
181:22
**first (58)**
5:13 6:23 12:13 14:12
23:25 29:15 30:3,8
31:21 51:7 57:15
58:2 65:3,22,23
66:10,12,18,19 67:2
67:8 70:11 76:12,19
76:25 77:10 78:18
88:21 92:23 94:8
100:2 106:20 122:7
122:9,9 151:24
155:25 162:15
164:3,24 165:9,14
165:15,16,19
173:19 174:10,13
174:14,21,22 175:2
175:24 183:14
184:11 191:13,25
200:10
**firsthand (1)**
35:6
**five (8)**
10:11 15:24 17:3,14
22:9,14 187:24
188:3
**fly (1)**
150:24
**fob (1)**
129:23
**follow (1)**
164:5
**followed (2)**
114:21 186:21
**following (1)**
9:17
**follows (1)**
4:5
**forbidden (1)**
197:3
**forgot (2)**
64:22,23
**forgotten (1)**
91:23
**form (64)**
12:9 17:22 21:17
22:11,17,21 25:14
25:23 27:9 29:2,12
32:10 33:9,15,19
36:4,23 37:20 39:13
39:21 42:4,17 43:4
43:10,18,24 44:7
45:6,9,25 49:11
51:10,15 57:3,14
58:7 61:18,23 62:6
66:8 67:17 71:24
72:5,10 86:24 87:16

95:12 100:21 106:6
107:5 115:11 119:6
119:24 125:7
126:12 135:10
147:11 169:18
173:3 197:5,15
198:18 199:25
201:13
**formally (1)**
59:2
**former (1)**
1:10
**forth (5)**
13:20 15:2 79:10
195:12 204:13
**forward (4)**
59:25 153:10 154:17
155:5
**found (2)**
103:16 144:10
**foundation (15)**
29:3 39:22 42:18 43:5
43:11,25 49:12
72:11 87:17 119:6
119:25 133:2
135:11,15 157:12
**Four (1)**
105:9
**fourth (3)**
35:7 36:9 38:9
**fourth-hand (1)**
38:22
**four-year (1)**
188:3
**frame (5)**
25:8,9,19 59:22 74:24
**Frank (11)**
1:5 3:25 66:10 68:6
117:6,8,13 118:12
118:24 179:18
202:18
**free (2)**
9:23 57:19
**fridge (4)**
124:17,19,23 125:11
**friend (7)**
117:14,18 170:13,19
170:24 189:23
190:10
**friends (9)**
116:15,17 117:8
118:8,13,18,21,24
136:20
**front (5)**
55:24,25 81:15
144:10,13
**fucker (14)**
192:17,20,23 193:7,8
193:21 194:5,10

197:9,23 199:6,12
199:17,23
**full (2)**
80:9 141:17
**full-time (7)**
61:7 74:12,13 78:2
183:17 184:13
187:17
**FURNISHED (1)**
21:6
**further (5)**
161:19 179:23 196:14
196:17 204:16

---

## G

**Gary (10)**
20:16 37:23 70:2
82:17 108:10,11
109:8 113:9,17
118:2
**gay (5)**
87:10,15,24 88:3
89:13
**gender (1)**
198:22
**general (14)**
25:19 67:24 68:3,12
68:24 69:8,18,22
70:3 99:6,7 112:10
112:15 192:25
**generally (1)**
68:21
**generic (4)**
83:19,21 84:4,19
**genuinely (1)**
94:14
**George (118)**
1:13 3:20 10:19 13:15
17:5,15,17 18:5
27:21 33:12,17
38:23 39:25 40:4,8
40:12,19 42:15 43:3
43:8,14,22 44:5,12
44:17,18,20,23 45:4
49:18 51:4,7 52:5,9
52:22 54:23 55:4
61:20,24 62:4 72:17
72:22 82:11 84:5,7
84:12,18 85:2,5
88:2 91:7,21 92:5,9
92:12 111:21 112:5
112:24 113:23
114:22 115:18
116:3 117:24
120:17 128:9
133:22 135:14,20
136:5,8,19 137:20
137:21,24 138:10
138:23 139:6,8,12

139:22,25 140:4,6,8
140:12,12,15,21
142:9,12,13 145:5,8
145:18 146:20
159:20 170:13
177:10 178:19
184:21,22,24 185:2
185:4,6,14,25 186:6
188:9 189:6,11,16
190:16 200:2,5
201:18,19,23
**George's (4)**
128:4,9 170:19,24
**getting (2)**
53:24 191:2
**Gilberd (7)**
145:9 158:8,11 165:2
165:4,19 166:18
**Gilly (2)**
2:11 3:4
**girlfriend (2)**
172:20 173:2
**give (11)**
23:21 24:3 50:17
71:12 114:4 152:23
167:13 181:16
194:20 198:8 202:7
**given (5)**
57:24 115:21 151:4
179:2 204:15
**gives (1)**
153:4
**giving (1)**
182:18
**go (74)**
15:24 16:2,14,22,25
17:20 23:3 27:21
28:17,20,25 29:7,11
29:17 30:19 32:5,15
33:2,8,14,18,23
34:3,7,10,14,20
36:19 45:16 50:12
53:24 54:21 55:14
57:19 59:15 60:9
75:22 79:21 103:12
103:16 111:12,22
111:25 112:11
113:23 114:17
121:18 127:3
128:15 131:20
142:12 144:13
145:17 147:9,15
150:14 154:17
155:5 158:17,23
162:13 172:12
173:12 182:11,17
182:20 183:2,6,8
186:3 195:14 196:2
196:3,4

**goes (3)**
130:23 144:15 200:9
**going (64)**
15:12 19:23 20:5,21
23:6 27:24 30:24
32:9 41:19 45:18
49:24 51:9 60:8
75:8 83:5,6 86:19
92:15 97:25 106:5
118:18 121:4
145:10 148:2,13,15
149:4,9,11,15,16,17
149:18 150:4,6
151:5,8 153:9,10,11
153:13,14,25
157:10 159:11
160:7,11,13 161:4
161:17,18 162:5
163:7 164:13,14,15
164:21 171:3,11
172:6,8 173:11
196:2 200:8
**gonna (2)**
157:3,5
**good (4)**
4:17 122:24 162:9,10
**gotta (2)**
38:14 48:17
**gotten (1)**
191:24
**governed (1)**
4:7
**graduate (1)**
99:19
**graduating (1)**
100:3
**Graff (136)**
3:8 4:6,13,16,19 6:15
7:14 9:8,15 11:5
13:4 16:7,20 23:6
23:24 25:9 28:7,11
32:20,23 39:8 42:23
45:16 46:23 48:4
49:6 50:2,5,10,12
59:15 60:6 63:4
73:10,15 75:8,24
76:7 77:7 80:2,21
81:4,25 85:8 87:21
89:23 90:17 92:15
93:17,24 95:14
96:10 99:12 102:18
102:21 104:13
106:11 108:6,24
111:12,19 113:14
116:20 121:4,21
122:3,16,23 132:2
132:10 137:3
139:17 146:11,18
147:22,24 148:14

149:7 150:2,18
151:13,24 152:23
153:19 154:13,23
155:4,7,20,22
156:11 159:8
160:11 161:4,25
162:17,22 163:7,19
164:6,13,17 165:15
167:6 170:7 171:25
172:10 173:9
176:22 177:2,4,13
178:15 180:5,14,16
180:20 182:13
185:8,18 186:2,12
186:18,20 188:10
188:18 189:4,19,20
190:20 193:22
196:6,15,18 203:8
205:5
**great (2)**
50:18 191:19
**grew (2)**
62:12 63:11
**ground (1)**
145:14
**growing (2)**
63:16 65:8
**grows (1)**
177:8
**guess (11)**
34:16 50:23 95:17,20
114:19 117:21
118:21 133:3 178:3
192:22 195:5
**guessing (1)**
43:19
**guy (3)**
158:7 166:22 189:8
**guys (1)**
160:8

_____
**H**

**H (2)**
4:2,2
**Halloween (25)**
34:15,23,25 35:13
36:3,7,20 37:19,24
38:16,24 39:10,18
40:2,13,20 41:23
42:2,21 43:2 125:22
126:7,10,22 127:6
**hand (1)**
204:22
**Handbook (5)**
121:9,11 122:12,14
205:20
**hands (2)**
191:16,18
**handwriting (1)**

92:13
**handwritten (2)**
90:25 92:25
**Hanni (1)**
59:9
**happen (2)**
57:21 107:3
**happened (17)**
27:12 34:16,21 35:3,8
35:17,21 36:9 53:4
53:15 54:9 106:22
107:2 117:11
126:18,19 138:18
**happening (1)**
98:5
**harassment (1)**
161:11
**hard (1)**
150:25
**Hardman (1)**
147:19
**Haven (1)**
100:15
**head (1)**
5:15
**hear (33)**
5:25 10:20 37:14
120:14 125:21,23
126:8 134:19
155:17 158:3,6,10
160:24 161:6 162:4
162:15 164:5
169:23 170:2,12,15
170:16,20,23 171:2
171:13 172:13
192:16,19 193:11
200:2,5,17
**heard (33)**
10:19,25 11:8 13:14
36:8,13 38:9 56:22
85:22 87:13,23 88:2
113:17 133:18
147:14 150:20,21
151:3,25 159:4,25
160:6,25 162:23
164:23 165:13,18
170:17,18 172:8
195:14 199:10,22
**hearing (7)**
151:11 166:6 171:20
171:21,22 172:3,7
**hearsay (1)**
39:3
**held (7)**
2:10 25:3,5,10,17
65:10 74:2
**hell (2)**
156:15,21
**help (2)**

14:16 195:6
**hereinbefore (1)**
204:12
**hereunto (1)**
204:21
**Hesse (101)**
1:13 3:20 10:19,21
11:2,8 12:4,13,18
12:21 13:15,22 14:4
24:13 26:24 27:7,21
33:12,17 38:23
39:25 40:4,8,13,19
43:8 44:5,13,17,20
44:23 45:4 51:8
52:5,13,22 55:4
61:20,24 62:4 72:17
72:22 82:11 84:5,6
84:7,12 85:2 88:2
91:7,21 92:5,9
112:5,13,24 113:24
114:22 115:8,18
116:3 117:24
120:17 136:8,19
138:10,23 139:6,8
139:12 140:5,6,12
140:15,21 142:13
145:5,8,18 146:20
159:20 177:10,24
184:21,22,24 185:2
185:4,6,14,25
188:20 189:11
190:16 200:2,5,18
200:22 201:18,19
201:23
**Hesse's (16)**
42:15 43:3,22 84:18
85:6 92:13 135:14
135:20 136:5 140:8
140:13 142:12
170:13 188:19,22
189:16
**hey (1)**
193:6
**high (4)**
99:19,21,22 100:4
**hire (5)**
184:22,24 185:2,4,6
**hired (6)**
54:12 78:2 182:21
184:12,16,19
**Hirsch (1)**
53:22
**history (2)**
129:15 183:9
**hold (4)**
25:19 100:10,17,19
**Holy (1)**
169:2
**home (1)**

21:7 77:12 111:23,25
112:11 176:13,17
**homeowners (1)**
71:6
**homosexual (3)**
87:15,24 88:3
**hooked (1)**
191:17
**horrible (1)**
170:10
**hour (2)**
121:23,24
**hours (14)**
7:23 8:2 74:14,22
75:2 183:13,15,15
183:21 184:4,6,8,9
187:13
**house (7)**
21:8,11,12 78:13
188:24 189:6,11
**Housers (4)**
35:4,8,18 38:10
**huh (2)**
167:22 169:3
**hurt (5)**
43:13,16,21,23 44:14

_____
**I**

**Ian (19)**
136:13,15,19,25
138:20 141:2,8
143:7,10,21 168:9,9
168:16 170:12,16
170:18,20,23 189:7
**ID (3)**
42:6,10,12
**idea (9)**
15:5 61:14 73:2 85:7
92:14 124:8,15
145:7 149:24
**identification (8)**
23:12 75:16 85:14
92:21 121:13 156:6
167:11 169:8
**identified (3)**
149:3 160:21,22
**identify (7)**
153:8 157:16,19
197:13,17 199:8,14
**identifying (1)**
199:4
**illegal (2)**
143:15 173:6
**image (3)**
89:14 93:2,19
**impact (1)**
16:18
**important (3)**

5:9,13 7:5
**inaccurate (1)**
79:25
**inaudible (23)**
156:22,23,24,25
157:5,6,7,8 167:23
167:24 168:3,5,8,10
168:12,15,17,18,19
168:21,23,24,25
**incident (39)**
34:15,23,25 35:3,13
35:24 36:3,7,11,21
37:6,11,19,24 38:4
38:10,16,25 39:10
39:18 40:2,13,20
41:23 42:3,22 43:3
80:11 109:23
125:22,25 126:7,10
126:13,22,25 127:3
127:7 129:3
**include (2)**
80:11 81:23
**including (2)**
132:8,10
**Incorporated (9)**
1:9 3:11 121:8,10
167:9 169:6 205:19
205:22,25
**independent (4)**
15:14 151:17,19
172:19
**indicate (3)**
14:5 115:18 164:13
**indicated (8)**
12:21 32:13 34:18
97:24 116:20 152:8
160:18 176:12
**indicates (1)**
85:6
**indicating (1)**
143:14
**individual (1)**
54:6
**individually (4)**
1:10,11,13,16
**individuals (7)**
10:18 18:20 58:13
112:21 119:16
197:18 199:9
**information (11)**
9:19 11:14 36:3 38:20
55:11,13 80:13
129:15 149:8
154:24 195:7
**initiated (2)**
10:4 175:10
**injured (1)**
72:24
**inquire (1)**

155:9
**inside (8)**
17:4,11,15 18:5 22:10
104:22,25 105:4
**inspector (4)**
73:25 74:8 78:3 101:6
**installed (7)**
132:23 133:5,23
134:7 135:4 136:10
137:6
**instance (1)**
110:2
**instruct (2)**
15:13 17:23
**intend (1)**
79:8
**interaction (1)**
193:9
**interested (1)**
204:19
**internal (2)**
129:8 130:22
**Internet (2)**
127:21,24
**interpret (1)**
93:12
**intersection (1)**
198:2
**interview (1)**
55:4
**introduced (1)**
148:25
**inventory (1)**
144:15
**involved (7)**
14:9 35:13 37:11,18
37:24 125:24
148:20
**involvement (2)**
38:4,12
**involving (2)**
68:13 69:9
**irrelevant (3)**
82:2 118:19 136:22
**Irvington (1)**
99:22
**island (2)**
21:9 89:3
**Islip (1)**
62:3
**issue (3)**
5:17 9:24 113:5
**issued (4)**
42:6,10,12 80:12
**issues (3)**
72:4,15,23
**issuing (1)**
194:3

**items (2)**
79:17 196:16
**I-N-A-T-E-D (1)**
94:25

_____
**J**

**J (1)**
4:2
**Jack (1)**
59:10
**James (6)**
1:20 2:9 203:13
204:11 205:5 206:4
**job (14)**
30:24 31:9,12,13,16
45:14 103:2,4
114:24 115:10
178:4 184:11,12
192:2
**jobs (2)**
102:6,10
**Joe (9)**
30:20 32:24 66:18,22
68:16,18,23 117:22
179:21
**John (4)**
58:8 64:5,6,17
**join (2)**
27:24 28:4
**joining (1)**
28:5
**Joseph (3)**
1:5,9 3:12
**joy (1)**
134:4
**Jr (2)**
1:10 3:12
**JT (14)**
141:15,17,22 142:12
142:22 143:4,19
167:21 171:2
172:13,16,20,24
189:7
**June (4)**
1:22 2:5 204:22 206:3
**junior (2)**
60:15,18
**justice (2)**
129:5 131:5

_____
**K**

**K (2)**
1:11 3:13
**Katherine (1)**
97:10
**Kathy (1)**
97:10
**keep (1)**

5:10
**KENNETH (1)**
3:17
**kept (2)**
145:6 195:5
**Kerry (1)**
71:25
**Kevin (72)**
1:5 3:23 21:22,22
29:18,20 30:4,7,11
30:14 32:4,14,18
34:13,17 35:8,18,22
36:18 37:10 53:22
65:22 66:7 67:13,14
68:4 85:12 86:18
87:5,7,14,23 88:3
89:12 90:12,15
114:16,17,23 116:5
116:9,16 118:12
143:2,4,11 147:4
152:3 157:22
158:16 159:19
160:22 166:9,10,13
166:17,21 169:13
169:21 172:17
174:4 177:10 178:6
178:16,25 179:15
189:24 201:18,25
202:7,9 205:16
**key (1)**
129:23
**kind (8)**
35:4 93:3 101:3
105:22 130:11
143:14 144:6,7
**know (159)**
6:8,20 7:4,5 9:23 10:7
11:9,10 15:23 16:4
16:5,21 18:4 19:20
21:15 22:19,23
23:17,18 24:5 25:21
33:22 34:19 35:5,12
35:16,17,19,23,25
36:6 37:13,25 38:11
44:4,10 45:10 48:14
48:19 49:8 50:4
54:16 59:23 60:12
60:19,24 61:3,9,12
61:15,20,24 62:2,4
62:8,11,23 64:22
65:10 67:13 70:6,8
71:11 72:7,13,18,22
81:14 82:20 84:3,6
84:10,12,17,20 85:2
85:5 86:16 89:16
92:9 95:21 97:6,9
97:20 98:9 103:11
106:20,25 107:3,9
107:11,12 109:16

110:11,17,21
116:13,24 118:25
120:6,6,8,11,13,16
120:21 123:22,25
124:5,12 125:10
127:5 128:24 129:4
132:17,24 134:8
135:12,18 136:8,12
136:24 137:4,5,8,10
138:16 139:4,18
141:14,18,21,24
143:24 144:24
145:5,14 149:12
151:22 152:21
156:17 157:6,7
160:12 167:20
174:7 178:13,21,24
179:3 193:18 195:9
195:15,22,24
197:21,23 201:10
203:7
**knowledge (18)**
13:11,18,21 15:11,14
15:16 61:19 68:2
85:4 91:11 119:18
126:24 132:18
182:9,23 185:24
187:20 188:22
**known (2)**
173:16 174:4
**knows (3)**
13:8 96:9 190:21
**Koch (4)**
1:25 2:12 204:8,24
**Kristin (4)**
1:25 2:12 204:8,24

_____
**L**

**labeled (4)**
167:8 169:5 205:22
205:24
**labeling (1)**
148:5
**lady (3)**
191:17 195:3 203:6
**Lambo (5)**
85:12 86:19 87:7
89:13 205:16
**Lamm (65)**
1:5 10:12 17:3 21:22
29:19,20 30:4,8,12
30:15,17 32:4,14,18
32:24 33:4,6 34:13
34:17 36:18 37:10
65:22 66:7 67:14
68:4 87:5,14,23
88:3 90:13,15 94:21
94:23 116:5,10,16
118:12,18 143:2,5

143:11 147:4
157:22 158:16
159:20 160:22
166:9,10,13,17,21
169:13,21 172:17
174:5,7,10 177:10
177:25 179:15
189:24 190:2,5
201:18 202:2
**land (2)**
56:3,4
**laptop (1)**
78:13
**lasted (2)**
26:20 40:23
**lawsuit (16)**
4:21 9:6 10:4 12:6,23
13:12,13,18,20,22
14:6,9 15:3 99:5
101:18,21
**lawyer (3)**
4:20 9:9 98:14
**lay (1)**
157:12
**learn (6)**
10:17 16:24 27:20
72:2 133:7,13
**learned (2)**
15:17 39:5
**learning (1)**
12:2
**leave (1)**
20:23
**left (7)**
17:7,18 22:15 26:4
43:12 89:4 121:23
**length (3)**
56:18 155:13 165:8
**letter (10)**
23:10 24:13,19,22
75:10,14 76:14
78:23 205:12,14
**letters (1)**
94:25
**let's (14)**
50:12 58:25 74:25
75:24 111:12
144:10 154:23
163:25 164:12
181:6 183:8 190:24
192:15 194:11
**Levine (16)**
136:13,15,19,25
138:20 141:2 143:7
143:10,22 168:11
170:13,16,18,21,24
189:7
**liaison (6)**
119:23 120:5,12,15

119:23 120:5,12,15
  120:19,21
**license (2)**
  130:11 131:13
**licenses (1)**
  129:21
**light (2)**
  45:8 160:4
**liked (1)**
  116:24
**line (6)**
  56:3,4 87:6 94:22
  164:2 205:10
**lines (2)**
  13:3 88:11
**list (1)**
  59:6
**listed (1)**
  77:13
**listen (14)**
  19:4 160:9 161:21
  162:8,9,10 163:12
  163:12,15,16,21,22
  164:9 189:20
**listened (4)**
  165:16,24 169:19
  172:11
**listening (3)**
  136:9 155:10 156:10
**little (3)**
  15:7,16 183:9
**live (4)**
  63:13,16,19,21
**lived (4)**
  61:10,16 62:5 65:9
**Livenote (1)**
  2:15
**lives (4)**
  61:13,20,25 136:16
**LLP (3)**
  2:11 3:4,10
**Ln (1)**
  206:6
**local (1)**
  4:8
**located (1)**
  55:22
**location (1)**
  198:3
**Loeffler (12)**
  1:9 3:12 39:2 41:23
  71:20 75:11 76:14
  77:16 81:18 96:20
  119:10 120:12
**log (5)**
  128:15 129:6,11,20
  129:24
**logging (1)**

129:7
**log-in (2)**
  129:13 130:6
**long (9)**
  8:4 18:5,12 26:19
  40:22 74:2 173:16
  174:4 176:16
**longer (1)**
  148:3
**look (10)**
  47:20 75:20 76:5 79:7
  79:20 80:5 85:15
  92:23 121:15,18
**looking (3)**
  53:12 139:5 150:7
**looks (2)**
  87:19 93:23
**lose (1)**
  144:11
**lost (2)**
  144:12 155:23
**lot (3)**
  162:10 193:12,13
**Lunch (1)**
  122:20

—————————
**M**

**M (2)**
  4:2,2
**main (4)**
  39:5 88:10,10 129:11
**mainland (2)**
  17:8,19
**maintained (1)**
  176:13
**making (2)**
  9:6 13:4
**mandates (1)**
  182:10
**manner (3)**
  151:5,6 180:25
**March (3)**
  23:10 47:22 205:12
**marina (1)**
  71:3
**marinas (2)**
  53:2 71:3
**Marissa (2)**
  62:9 65:7
**mark (6)**
  23:7 45:19 75:9 85:9
  92:16 121:5
**marked (12)**
  23:11,14 75:16,18
  79:2 85:13 92:20,24
  93:15 121:12
  167:10 169:7
**marking (1)**

155:24
**markings (1)**
  91:2
**marks (2)**
  3:19 95:2
**marriage (1)**
  204:18
**married (2)**
  101:11,15
**marshal (7)**
  71:14,18,21 76:15
  78:3,16 96:22
**Mary (1)**
  97:4
**master (5)**
  65:12 66:20 71:8,10
  186:24
**masters (1)**
  53:19
**matter (1)**
  204:20
**matters (1)**
  72:9
**mayor (20)**
  1:9,10 38:25 39:2
  41:22,25 71:19
  75:11 76:14 77:16
  81:18 96:20,24,25
  119:8,9,12 120:11
  120:22,22
**mean (24)**
  17:10 20:2 48:22,25
  67:22,23 80:18
  86:19 93:13,21 99:5
  102:17 115:14
  131:12,25 145:24
  146:2 151:21 152:8
  153:7 172:7 178:25
  181:5 182:20
**means (1)**
  150:8
**meant (3)**
  36:21 37:2 51:3
**medical (1)**
  141:10
**medications (1)**
  7:18
**meet (9)**
  65:22 66:10,18 67:2,8
  70:11 174:10,21
  175:24
**meeting (45)**
  17:2,9,12 19:18 21:8
  24:14,15,23 25:2,3
  25:10,13,20,22 26:2
  26:5,5,8,13,17,19
  27:4,13,18,22 28:22
  29:21 30:5 42:7,13
  42:16,23 59:4,25

60:4 62:19 112:15
  113:23 115:6 131:2
  131:14 156:16,20
  158:16 179:5
**meetings (1)**
  140:17
**members (2)**
  105:25 106:16
**memory (1)**
  27:17
**mention (3)**
  90:22 112:24 126:9
**mentioned (6)**
  63:10 126:6,15,17
  147:25 201:18
**mentions (1)**
  90:14
**Merit (1)**
  2:13
**met (4)**
  4:18 26:23 173:19
  174:13
**MIA (1)**
  167:21
**microphone (1)**
  146:4
**middle (1)**
  88:19
**midnight (2)**
  98:21,22
**mike (2)**
  104:18 146:5
**Mill (1)**
  3:21
**Mills (1)**
  104:18
**mind (6)**
  5:10 77:24,24 154:14
  160:12 192:5
**Minerva (1)**
  97:4
**mingling (4)**
  20:7,9,13,17
**minute (9)**
  73:8 92:23 118:14
  152:18,24 154:3
  161:5 163:8 164:7
**minutes (7)**
  24:17 30:22 59:14
  75:22 153:20
  154:21 155:12
**missed (1)**
  53:11
**misspoken (1)**
  131:11
**Mitch (18)**
  137:11,13,15,24
  138:9,22 139:4,9,12

139:13 140:6,12,15
  140:21,23 142:19
  142:25 143:15
**mom (1)**
  65:12
**moment (4)**
  23:16 63:10 75:20
  79:6
**mom's (1)**
  65:14
**Monday (1)**
  1:22
**money (3)**
  71:12 103:15,17
**month (4)**
  130:24 167:20,21,24
**Moran (266)**
  1:20 2:10 4:17 5:1 6:1
  7:1,17 8:1,21,24 9:1
  9:2,4 10:1 11:1 12:1
  13:1,18 14:1 15:1
  16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1
  23:7,10 24:1 25:1
  26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1
  45:20,22 46:1 47:1
  48:1 49:1 50:1,20
  51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1
  59:1,20 60:1 61:1
  62:1 63:1 64:1,6,7
  64:17 65:1 66:1
  67:1 68:1 69:1 70:1
  71:1 72:1 73:1 74:1
  75:1,9,14,17 76:1,5
  77:1 78:1 79:1,2
  80:1 81:1,23 82:1
  83:1,11 84:1 85:1,9
  85:12,15,17,20,24
  86:1,3,7 87:1,22
  88:1,7 89:1 90:1
  91:1 92:1,17,19,22
  92:24 93:1,18,23,24
  94:1,7,8 95:1 96:1
  96:10 97:1 98:1
  99:1 100:1 101:1
  102:1 103:1 104:1
  105:1 106:1 107:1
  108:1 109:1 110:1
  111:1 112:1 113:1
  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1,6,10,14
  121:21 122:1,4,4,24
  123:1 124:1 125:1

126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
149:18 150:1 151:1
152:1 153:1,17
154:1 155:1 156:1
157:1,16 158:1
159:1 160:1 161:1
162:1,2 163:1 164:1
164:15 165:1,24
166:1 167:1,8 168:1
169:1,5,9 170:1
171:1 172:1 173:1
173:16 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1,13 204:11
205:5,10 206:4

**Moran's (2)**
151:16,18

**morning (2)**
4:17 159:2

**mother (14)**
192:16,20,23 193:6,8
193:21 194:5,10
197:9,23 199:6,11
199:17,23

**motion (1)**
162:14

**mouth (2)**
194:8,9

**multiple (1)**
128:23

**multi-page (1)**
121:6

────── N ──────

**N (3)**
3:2 4:2 205:2

**name (27)**
4:19 53:18 58:12
60:24 62:8 64:4
65:14,18 77:5 83:25
87:6 90:15,16,22,22
92:6,6 97:9 129:23
130:12 136:12
137:10 141:14,17

**199:14 203:7 206:3**
**named (1)**
191:17
**names (2)**
63:6 171:16
**nap (1)**
196:4
**narcotics (1)**
7:22
**Nassau (2)**
61:8 204:6
**Natalie (2)**
1:11 3:13
**nature (12)**
9:5 13:13,17 15:2
35:24 38:3 69:10
115:19 133:9 142:8
142:16 202:5
**necessarily (2)**
28:4 39:3
**necessary (1)**
6:13
**need (12)**
5:18 15:10 41:17
79:20 121:15
154:11 157:12
161:22 162:8
163:11,17 164:18
**needed (2)**
49:18,21
**negative (1)**
202:11
**never (1)**
91:14
**new (24)**
1:3,21,21 2:11,11,16
3:7,7,16,22 42:6
60:23 62:14 73:21
100:15 101:4,5
129:20 134:9 135:5
136:2,3 204:4,9
**night (9)**
8:6 21:13 35:20 52:18
52:21 57:22 99:10
156:19 186:6
**nights (3)**
57:16,23,23
**nighttime (1)**
186:7
**Nofi (37)**
1:5 10:11 17:3 30:20
30:23 31:5,19,23
32:24 33:4 66:18,22
68:16,23 117:22
174:21 175:4,7,19
175:22 179:21
192:15,16,20 193:3
193:10,11 197:8,18
197:22 198:4,17,23

**199:6,11,16,22**
**Nope (2)**
7:7 34:4
**normal (2)**
17:9 193:15
**normally (1)**
195:8
**Notary (4)**
2:15 4:4 204:8 206:25
**note (15)**
68:10,14,19,25 76:25
119:2 125:6 126:11
131:16 136:21
139:19 147:16,24
169:17 197:4
**noted (1)**
203:9
**Notwithstanding (1)**
16:10
**Novikoff (310)**
3:17 4:10 6:10,17 7:7
7:16 8:20 9:7,10,18
9:20,24 10:2,10,15
11:3 12:9,24 13:6
13:16 14:2,10,14,16
14:19 15:9,19 16:8
16:9 17:22 19:4,23
21:4,17 22:11,17,21
22:25 23:13,18 24:2
24:7,9 25:7,14,23
26:9 27:9,24 28:9
29:2,12 31:15 32:6
32:9 33:9,15,19,24
35:14 36:4,23 37:3
37:20 38:6,14,18
39:13,21 41:7,17
42:4,17,21,24 43:4
43:10,18,24 44:7
45:6,9,25 46:16,21
47:19,22 48:2,17
49:4,11,24 50:3,7
50:11,15 51:9,15
57:3,14 58:7,16
59:11,14,19 60:5,7
61:17,23 62:6,20,25
63:8 66:4,8,16,23
67:17 68:10,14,19
68:25 69:6,11,16,23
70:4,16 71:24 72:5
72:10,16,25 73:18
74:19,23 76:4 77:5
79:11,15,19,23 80:3
80:18,24 81:7,22
82:14 83:5 84:9,14
86:4,9,18,23 87:8
87:16 88:16,22
89:16,21 90:14,18
91:16,24 93:10,20
94:3,17 95:4,12,17

**95:20 96:4 99:4,11**
99:13 100:21
102:16,19,23
103:20 104:12
106:5,13 107:5,10
107:14 108:3,7,14
108:19 109:2,16
111:6,9,17 112:3
113:12,15 114:5,14
115:11 116:18
118:14 119:2,5,24
121:18 122:19
123:4,8,19 125:6
126:2,11,23 127:9
127:15 131:16,24
132:7,25 133:11
135:2,10,15,21
136:6,21 137:2,4
138:5 139:15,19
141:19 143:16
145:10,12,17
146:10,16 147:11
147:16 148:11,17
149:11 150:4,23
151:21 152:3,12
153:2,7,22 154:17
154:22 155:3 156:4
156:5,12 157:10
158:19,25 159:11
159:22 160:15
161:8,23 162:12,19
162:24 163:25
164:12,18,21
165:21 166:4 167:5
167:12 169:17
170:4,8,15 171:3,6
172:5,12,14 173:3
173:11 179:25
180:4,15,18 186:3
186:16,19,22
190:23 196:13
197:4,15 198:18
199:25 200:8
201:13 202:13
205:7
**Novikoff's (2)**
19:15 163:9
**number (10)**
23:8 45:21 47:20
85:10 88:7,9 154:15
175:19,22 177:5
**numbers (4)**
75:12 83:24 121:7
149:4
**numerous (3)**
149:2 189:12 195:11

────── O ──────

**O (2)**

**4:2,2**
**oath (2)**
4:25 5:6
**object (14)**
7:11 17:25 19:23 32:9
51:9 60:8 86:19
106:6 118:19 150:5
159:11 160:15
171:3 200:9
**objected (1)**
171:12
**objecting (2)**
163:6 171:14
**objection (141)**
12:9,24 13:16 17:22
21:17 22:11,17,21
22:25 25:14,23 27:9
27:23 28:5 29:2,12
33:9,15,19,24 35:14
36:4,23 37:3,20
39:13,21 42:4,17
43:4,10,18,24 45:6
45:9,25 49:11 51:15
57:3,14 58:7,16
61:17,23 62:6,20,25
63:8 66:8,16,23
67:17 68:10,14,19
68:25 69:6,11,16,23
70:4,16 71:24 72:5
72:10,16,25 74:19
74:23 79:11,15,19
82:14 84:9,14,15
86:24 87:16 91:16
91:24,25 95:12 96:3
99:4,13 100:21
107:5,10,14 115:11
115:12 118:15
119:2,5,24 125:6
126:2,11,23 127:9
131:16 132:25
133:11 135:2,10,16
135:21 136:6,21
138:5 139:20
143:16 145:11
147:11,16 158:25
159:21,22 162:18
163:10 169:17
173:3 176:22 177:2
177:4,13 178:15
180:14,15 186:2,12
186:17 190:20
193:22 196:6 197:4
197:15 198:18
199:25 200:25
201:13
**objections (1)**
151:20
**objects (1)**
28:3

**OBPD (5)**
20:22 60:19 70:15
132:5,7
**observed (1)**
190:12
**obtain (3)**
80:12 100:14 130:12
**obtained (1)**
131:13
**obtaining (1)**
54:22
**obviously (3)**
6:10 7:10 189:19
**occasion (18)**
89:25 105:13,17
108:13,18 109:13
110:12,15 123:3
124:16 138:8
139:16,18 141:7
142:5 188:7 189:13
198:13
**occasions (20)**
81:2,5,9 82:5 91:20
125:4,11 138:12,15
139:11 140:4,11
142:11 185:11
188:3 193:10
195:12 197:7
199:10,15
**occur (1)**
177:12
**occurred (3)**
177:21 179:5 183:24
**Ocean (129)**
1:9,12 3:12,13 4:21
10:5 12:7,23 13:14
14:6 31:3 32:4
39:11,19 44:6 45:11
45:23 47:8 49:9
51:13 58:5 59:7
60:3,13 61:13,16,21
62:5 63:11,16,21,23
64:2,11 65:11 67:15
69:5 70:10,19 71:15
71:18 72:3,7,14
73:9,14,17 74:7,15
74:18 78:16 83:13
83:17,23 84:17,23
89:2,9,19 90:9 91:2
91:19 94:9 95:23
96:15 97:13 98:15
98:19,24 102:7
104:5,8,11,25 105:4
105:25 106:16
107:22 110:4,8,22
111:2,3 113:4,22
119:3,17,22 120:18
121:7,9,11 122:12
124:10 130:3 132:6

132:13,20 133:7
134:24 136:16
137:16 140:24
141:3,5,22 142:5
143:25 144:25
146:21,25 167:2,9
169:6 173:6,20
174:8 176:13,20,25
190:13,17 193:16
200:6,16 205:19,22
205:25 206:3
**offense (1)**
5:4
**office (12)**
54:6,8,12 135:14,20
136:5,10 140:9,13
142:12 145:6
189:16
**officer (33)**
17:4 44:8 53:5,9,16
55:14,16 56:22,23
57:18,19 70:9 87:10
89:13 101:4 110:8
110:23 114:25
132:5,8 147:19
181:8 188:23 193:4
193:25 196:23
197:2,8 198:17
199:22 200:17,22
201:25
**officers (41)**
10:11 17:15 18:16
19:7,11 20:4 21:14
21:25 22:5 25:4
26:15 37:10,15,18
39:11,19 42:14
55:12 56:6,25 57:5
57:7 67:24,25 68:8
68:9,17,22 69:5,15
72:9 83:17 108:21
111:2 113:6 128:16
179:5 180:11
190:13 195:8
201:21
**offices (1)**
2:10
**official (5)**
1:10,11,13,16 141:12
**officially (2)**
58:3 80:21
**Oh (9)**
31:17 46:4 65:4 94:3
123:8 168:11,22
170:8 177:20
**okay (63)**
5:16,24 6:4,9,25 9:25
10:15,16 15:22
17:12 19:9 20:21
21:3 24:7 36:12

42:24 59:5 76:9
80:3 83:11 86:10
90:18 95:3,17 96:10
102:23 106:13
108:7 111:12
113:15 122:16
123:9 139:19 150:2
150:18 152:23
154:23 156:12
161:25 162:7
163:19 165:21
167:5,25 170:9
172:12 176:3
180:24 181:11
182:23 183:3,8
184:4 186:22 189:2
190:23 191:12
194:11 195:24
196:12,15 200:17
202:4
**old (3)**
103:23 134:8,13
**older (2)**
134:14,17
**once (13)**
17:17 25:10,17 29:25
40:14 111:22 138:4
142:2 160:14,17
169:24 193:12
195:10
**one-page (3)**
23:8 45:20 85:10
**on-duty (2)**
196:23 197:2
**on-the-job (1)**
56:10
**opened (2)**
124:17,23
**openings (1)**
54:24
**opinion (7)**
38:23 118:11,16,23
136:18 193:15,24
**opportunity (4)**
6:12 50:17 59:21
161:21
**opposed (5)**
11:3 20:7 49:4 64:24
102:19 183:4
**oral (4)**
191:2,24 192:10
202:19
**order (1)**
153:16
**originally (1)**
154:14
**outcome (1)**
204:19
**outdated (1)**

134:9
**outside (24)**
17:6,11,13 18:7,15,17
18:20 19:2,3,6,10
19:17,21 20:4,8
22:5,8,20,24 45:8
62:17 98:8 104:14
104:21
**overview (1)**
130:15
**owned (1)**
176:16
**O'BRIEN (1)**
3:19
**O'NEILL (1)**
3:19

―――――――――
**P**
―――――――――
**P (5)**
3:2,2 4:2 85:11
149:10
**page (25)**
76:12,16,19,22,25
77:10 78:10,12,14
79:4,7 81:13,14,17
81:18 92:23 94:8,12
94:15,20 96:2
121:19,19 205:3,10
**pages (5)**
76:7 79:2 92:20 95:10
205:18
**palpably (1)**
136:22
**paper (2)**
87:19 96:9
**Paradiso (27)**
43:12,13,16,23 44:14
44:24 51:3,5,7 52:6
52:8,10,15,16 54:16
72:24 83:6,8 184:18
185:19,20,25 186:5
186:10 187:18
188:4 195:13
**parents (5)**
21:12 63:13,22,25
65:10
**part (3)**
150:19 164:22 165:12
**participants (1)**
148:21
**participating (1)**
41:13
**particular (5)**
25:5 37:10 48:9 54:6
54:18
**parties (2)**
148:4 204:17
**part-time (4)**
49:3 74:11,18 78:6

134:9
**passed (2)**
172:21 173:2
**passing (2)**
114:23 198:16
**password (4)**
129:11,23 130:6,13
**Pat (9)**
18:22 20:12 59:9
60:12,15,18 62:16
97:12,18
**patch (1)**
89:8
**patrol (6)**
53:2 71:6 139:3 140:3
192:21 197:12
**Paul (7)**
60:25 61:10,12,15
62:23 128:22,24
**pause (1)**
162:22
**PD (5)**
61:8 114:17,18 178:4
181:7
**peace (1)**
101:4
**pen (1)**
91:8
**pending (1)**
6:21
**people (28)**
16:2 19:11 20:25 22:8
36:12,16 53:18
62:17,24 68:21 82:6
112:12 119:21
127:5 141:20
176:19,23 177:6
188:20 189:5,10,12
189:15 194:4
197:21,23 199:5,20
**perception (1)**
39:9
**period (6)**
57:11 58:14 64:8
153:24 156:8 188:4
**person (14)**
20:22 29:22 36:9
40:17,20 78:2 82:9
92:7 97:6,9 103:12
186:11 198:23
199:2
**personally (2)**
104:4 193:4
**person's (1)**
83:25
**Pg (1)**
206:6
**phone (17)**
11:4 29:23,25 30:4,20
31:20,24 34:13 56:4

83:23 116:12
175:16,18,21
189:21,21,22
**phonetic (1)**
53:21
**photocopy (4)**
92:19 96:6,7 205:18
**phrase (3)**
16:15 192:16,20
**phrases (1)**
171:17
**physical (2)**
108:3,4
**physically (3)**
55:21 163:3,5
**piece (2)**
87:19 96:8
**place (7)**
17:13 26:5 41:5
109:24 112:18
181:9 194:19
**places (3)**
144:5,8 145:3
**plain (5)**
181:4,5,18 182:4,6,11
201:4,11
**plaintiff (2)**
10:14 101:17
**plaintiffs (61)**
1:7 3:5 4:20 9:6 10:4
10:8,18 12:3,6,22
13:13 14:5,20,22
15:24 16:6,21 18:8
21:21 22:2,9,14,19
22:23 26:4,23 27:3
27:7,21 29:10,17
30:19 32:5,15,25
33:7,13,18,22 34:3
34:6,10 49:9,15
51:2 62:18 82:25
92:18 113:10,19,22
113:25 131:20
145:19 146:8,14,22
147:9,14 158:23
182:16
**play (13)**
148:2,6,10 149:5,9
155:24 160:13
161:4,9 163:20,24
164:14,16
**played (13)**
148:8 149:17 150:11
153:25 156:13
160:17 164:15,20
164:24 165:6,7,22
167:17
**playing (5)**
148:18 153:11 161:3
163:4 165:3

**Plaza (1)**
3:15
**please (20)**
5:19 6:2 9:22,23
23:15 24:5 28:12
58:12 59:6 75:19
76:7 85:9 92:16
93:6 98:11 104:2
111:20 121:5
130:20 191:8
**plus (1)**
181:4
**point (24)**
6:6,19 27:20 28:19
29:9 30:18 31:9
43:7 58:22,25 70:22
71:20 72:18 80:17
111:22 112:5 115:4
117:7 124:12
135:13,23 139:14
144:24 172:21
**points (1)**
162:22
**police (123)**
1:12,12,14 3:13 31:3
32:4,11 39:11,20
41:6,11 42:2,20,25
43:8,15 44:4,8,13
44:21,25 45:24
46:19 47:16 53:6
54:21 55:19,24 56:7
56:15,17 59:7 60:23
62:15 67:16 70:9,10
71:2,4 72:8,9,14
83:17,20,23 84:23
87:10 88:11 89:8,9
89:13,20 90:9 91:19
95:24 96:15 97:13
98:24 105:2,5,25
106:17 107:7,13,22
107:25 108:12,14
108:17,21,22 109:4
109:9 110:4,8,16,23
111:2 113:4,5
114:25 119:4,10,12
119:17,23 120:5,12
120:15,18 123:5
127:12,12,18,24
132:6,14,21 134:25
137:16 138:9
140:24 141:3,6,10
141:11,23 142:5
143:25 147:2 167:2
177:20,21 180:11
180:13 188:23
190:12 192:11
193:4,25 196:23
197:2 201:6
**policy (2)**

110:22,25
**poor (1)**
160:13
**portion (1)**
166:3
**position (36)**
16:12,13 42:15 43:3
43:22 45:17 53:25
54:20,22 55:5 56:9
64:14,25 73:6,9,23
74:3,10,11,17,18
76:15 77:23 78:6,16
81:21,24 82:3 96:22
103:14 119:3,22
120:3,9,15 184:14
**positions (9)**
44:3,5 51:13,19 60:13
60:19 70:19 71:21
83:13
**possibility (2)**
12:5 29:6
**possible (3)**
91:12,22 150:3
**possibly (1)**
191:11
**post (1)**
65:12
**powers (1)**
53:7
**practice (3)**
23:19 126:18 127:2
**precisely (1)**
116:15
**Prepare (1)**
93:8
**presence (8)**
112:9 147:8 161:22
193:14 194:4 196:7
196:11,12
**present (19)**
3:25 12:17 26:16,23
59:6 61:7 80:6
105:12 109:20
112:13,21 137:8,9
172:21 197:10
199:9,15 202:18,22
**presently (5)**
7:17 8:21 124:6 137:2
137:3
**presumably (2)**
149:15 180:16
**presume (1)**
148:19
**presuming (1)**
12:25
**pretty (4)**
19:24 35:9 57:16 94:6
**previously (1)**
148:4

**print (1)**
84:13
**printed (3)**
84:19,21 85:3
**printer (2)**
84:22,25 85:3
**prior (17)**
10:2 12:2 16:16 28:2
59:21 118:10,14,15
129:14 131:4,8
134:11 135:7
148:25 152:14
159:10 165:2
**privately (4)**
17:16 26:24 163:21
163:23
**privileged (1)**
9:12
**probably (8)**
41:6,10 121:22 131:2
151:10 176:4,5
196:10
**problem (4)**
39:22 41:20 152:6
153:8
**problematic (1)**
20:2
**problems (2)**
66:6 72:3
**Procedure (1)**
4:8
**produce (1)**
152:13
**produced (6)**
92:18 121:7 148:4,23
152:19 155:8
**Professional (1)**
2:13
**profile (1)**
129:12
**program (3)**
129:10 130:22 132:20
**programs (5)**
129:19 130:2,6,8,13
**prohibit (3)**
110:22 111:2 196:23
**promptly (1)**
195:18
**proper (1)**
150:9
**property (2)**
144:10,12
**provide (2)**
149:5 175:21
**provided (2)**
161:20 175:18
**public (5)**
2:16 4:4 192:25 204:8

206:25
**punishable (1)**
5:4
**purchased (5)**
123:18,20,22,25
124:13
**purpose (6)**
25:21 107:9,11 142:8
161:2 193:18
**put (10)**
55:19,20 81:14 83:11
126:20 127:4
129:12 134:9
144:17 154:4
**putting (3)**
78:25 163:3 171:13
**P.C (1)**
3:19
**p.m (3)**
8:6 98:21 203:9
**P925 (2)**
85:13 205:16

_____
Q
_____

**quality (3)**
160:12,20 170:11
**question (109)**
5:20 6:2,7,11,14,22
6:23 7:2,6,9 9:22
13:17,21 14:21 16:8
16:15 17:25 19:5,5
19:8,25 22:22 23:19
23:21,25 24:2,9
27:14 28:12 29:14
31:15 32:7 33:16,20
36:11 37:16 38:7
41:7 47:23 48:3,18
50:22,24 51:10,16
59:4 60:8 66:5
67:20 72:12 79:23
81:8,22 84:16 86:11
86:20,24 87:11
95:13 96:11,13
106:14,19,20 109:3
109:7 110:14 111:7
114:15 116:14,18
118:15 120:24
124:21 126:5,8
127:16 131:12
135:17 138:6
143:19,21 145:13
145:15 149:18,19
151:25 153:17
159:3,7,12 160:4
163:2,6 165:2,22
169:18 171:6,9
172:23 180:21
185:17 186:21
196:25 197:5,20

200:11 202:15,25
**questioning (6)**
50:19 121:23 154:18
161:19 163:18
164:2
**questions (28)**
8:16 9:18 20:6 38:15
41:18 108:20 109:6
118:7 123:2 150:12
151:14,17 152:9
153:4,13 157:12
162:6 167:7 171:12
173:12 179:24
180:2,6 182:14
185:9 188:11,18
189:5
**quick (1)**
153:21
**quite (1)**
58:23
**quiz (1)**
45:17

**R**

**R (5)**
3:2 4:2,2,2 204:2
**Rabino (1)**
71:25
**race (1)**
198:25
**radio (10)**
56:7,7,11,14 180:6,12
180:13,23 195:8,13
**RADLER (1)**
3:10
**ran (4)**
64:20,22,23,24
**read (23)**
14:11,13,22 23:16,17
23:20,23 24:4,7
28:12,13 32:8 50:25
86:4 87:7 92:24
93:4,6,7 111:8,16
120:25 206:6
**reader (3)**
149:23 152:21 154:8
**reading (2)**
152:7 154:4
**Reads (1)**
206:6
**really (5)**
25:16 26:11 34:19
40:6 64:15
**Realtime (1)**
2:14
**reask (1)**
61:11
**reason (17)**
8:14 34:6,10,11 48:9

103:13,15 106:3,9
106:11 147:14
149:22 158:22
195:17 196:24
197:3 206:6
**recall (168)**
10:22,23,25 11:6,7
12:15,16 18:2,3,4
18:18,19,22 20:11
20:12,14,16,18,20
21:23,24 22:3,4,6,7
22:15 26:10,11,12
26:15,19,22 27:2,5
27:6 30:6,7,10,14
31:4,7 36:14,15
37:9 38:2,6,8 40:6
40:10,11,12,16,22
40:25 41:4,8,12,15
41:16,20 42:9 43:6
43:7,20 44:19,23
45:3 48:7,8 53:23
54:5 58:13,17 60:11
62:7,16,22 63:9
64:15,16,20 73:5
78:20 82:8,9,12
91:5,13 92:3,5
94:11,13 95:8
103:18 107:24
108:25 109:2,17,19
109:22,23 110:6,10
110:24 112:7,16,17
112:20 116:11
119:20 120:10
122:25 132:3,12
133:4,14,16,18,20
137:23 138:13,19
140:5,14,25 141:8
142:3 145:21
146:12,19,23 147:3
147:6,21 158:13,15
158:21 165:5 171:9
172:16,19,24 173:4
173:5,8 174:25
177:14 178:20
179:10,13,19,22
182:18 186:10
187:21,22 188:20
189:8,24 191:11
198:2,24,25 199:4
199:19,20 202:17
202:24
**recalled (2)**
159:6 196:11
**recalls (2)**
38:21 63:3
**receipt (1)**
144:12
**receipts (1)**
71:12

**receive (2)**
24:19 77:15
**received (1)**
24:22
**Recess (8)**
32:21 50:13 59:17
76:2 111:14 122:20
154:25 164:10
**recognize (19)**
23:22 24:5,10 75:21
76:10 85:23 86:7,11
88:6,12,14,22 89:5
93:18 95:14,18
122:5 169:9,12
**recognizes (1)**
76:6
**recollection (25)**
27:12 151:16,19,23
152:2 159:5,16
160:25 161:10
165:25 166:8,12,16
166:20,24 169:20
171:8 179:8,11,14
179:17,20 185:21
188:2 195:20
**recommendation (2)**
115:10,16
**recommendations (1)**
201:20
**record (33)**
4:18 8:20 28:13 32:8
32:20 50:12,25
59:16 86:9 87:8
93:10 94:5 111:8,13
111:16 121:25
122:2,18 144:11
147:22,23,25 148:7
149:15,21,23
160:16 164:12,22
166:5 171:13
188:14 204:14
**recorded (4)**
134:17,20 151:7
169:15
**recorder (1)**
163:4
**recording (21)**
134:23 135:13,19
136:4,9 146:5 148:3
148:16 151:5,15
153:6 160:14
164:14 165:8,9,14
165:15 169:10,15
169:19 172:20
**recordings (5)**
148:2,19,21 149:2
151:14
**redirect (1)**
196:16

**refer (9)**
81:20 87:4 88:3 197:8
199:6,11,16,22
201:19
**reference (34)**
24:22 27:3 32:11
85:23 115:9,15
125:23 147:19
149:20 152:8 158:6
158:10 164:25
165:3,19 170:2,12
170:16,17,19,20
170:23 171:2,14,16
172:13 201:17,24
201:25 202:5,6,8,11
**references (4)**
81:16 87:14,23
201:20
**referred (5)**
15:17 92:6 134:12
197:22 201:24
**referring (9)**
10:7 24:16 34:23
86:22 92:4 114:12
115:9 135:25
171:17
**reflect (8)**
8:21 86:10 87:9 93:11
94:5,18 96:5 188:14
**reflected (1)**
81:11
**reflecting (1)**
95:4
**reframe (1)**
39:16
**refresh (15)**
27:11,17 151:23,25
159:5,15 160:25
161:10 166:8,12,16
166:20,24 169:20
171:7
**refreshes (1)**
151:15
**refrigerator (8)**
123:12,15 124:3,14
124:25 125:5,15,19
**regard (7)**
152:10 155:6,10
157:13 161:20
178:21 180:10
**regarding (5)**
27:12 113:5 177:10
177:25 201:17
**regards (4)**
99:15 114:2,3 195:4
**Registered (2)**
2:12,13
**registration (1)**
80:12

**Regular (2)**
4:11,13
**rehired (2)**
16:13 183:4
**related (3)**
5:17 99:5 204:17
**relayed (1)**
55:13
**remain (1)**
18:7
**remember (23)**
18:11,14 20:24 29:16
30:3 43:16 59:8
82:6 105:16,22,23
125:18 130:24
137:21 138:24
140:11 150:13
153:15 156:18
159:10 180:6
185:11 198:22
**rentals (2)**
71:9,13
**repeat (26)**
6:2 7:6 15:4 22:22
27:14 29:14 32:7
33:16 34:8 37:16
50:23 72:12 84:16
91:17 96:13 110:14
115:13 124:21
125:9 126:5 135:17
138:7 158:9 175:20
196:25 197:20
**rephrase (6)**
6:3 7:6 67:19 172:23
186:23 199:13
**replace (1)**
93:14
**replay (1)**
163:7
**report (7)**
55:15,17 126:13,19
127:3 128:14
199:21
**Reported (1)**
1:24
**reporter (22)**
2:13,14,14,15 5:10
23:7 28:11 45:19
75:9 85:9 92:16
121:5 148:5,12,14
149:16 151:9,10
154:3 155:15
165:11 167:13
**reporter's (1)**
171:23
**reports (6)**
80:11 125:24 126:9
127:6 129:3,3
**represent (8)**

8:23 10:13 152:12
155:20 162:12
164:22 165:10
172:8
**representation (3)**
148:24 154:20 155:11
**represented (2)**
8:18 155:8
**representing (2)**
4:20 8:24
**reproduced (1)**
85:17
**request (3)**
160:8 161:18 185:20
**require (2)**
23:23 130:11
**required (3)**
129:13 201:3,7
**requires (1)**
23:20
**reside (1)**
176:20
**resident (2)**
65:8 137:14
**residents (4)**
55:10 136:17 176:24
200:6
**respect (3)**
143:19,21 158:22
**respectfully (2)**
150:24 159:4
**respond (5)**
77:19 141:12 194:15
195:6,9
**responding (1)**
150:21
**response (3)**
50:21 77:15 185:17
**responses (1)**
5:14
**responsibility (2)**
72:20,23
**responsible (2)**
72:8,15
**responsive (2)**
49:25 50:6
**restroom (2)**
89:19,21
**resulted (2)**
37:6 39:10
**resume (10)**
71:19 75:11 76:18
79:8,18,25 81:11,14
81:20,23
**review (21)**
20:24 23:15 24:8
75:18 76:8 114:18
114:19,25 115:2,14

115:19,22 121:20
178:2,3,5,8,13,22
178:24,25
**reviewed (1)**
122:4
**reviewing (1)**
121:22
**rewinding (1)**
153:10
**RexCorp (1)**
3:15
**re-introduce (1)**
4:19
**Richie (11)**
20:19 37:23 69:21
82:22 108:10,11
109:9 113:9,17
118:4,24
**right (26)**
13:6 20:14 21:23 22:6
30:13 31:7 36:14
38:2 39:4 48:3
53:23 60:5,11 79:25
81:4 88:18,21 132:3
132:12 154:22
181:14,25 185:22
187:21 192:8 193:2
**right-hand (2)**
77:13 88:13
**River (1)**
3:21
**RIVKIN (1)**
3:10
**RMR (2)**
1:25 204:24
**Road (1)**
3:21
**Rockland (1)**
100:5
**Rogers (7)**
1:11 3:13 39:2 42:2
96:24 119:12
120:22
**room (7)**
34:20 98:8 144:14,16
144:18,21 191:14
**roster (1)**
20:22
**round (3)**
46:13 65:9 176:23
**RPR (2)**
1:25 204:24
**rule (3)**
110:21,25 196:22
**rules (5)**
4:7,8 6:16 7:13,15
**ruling (1)**
152:9

**run (4)**
65:2 129:14,21,24
**runs (2)**
137:7 165:17

---

**S**

**S (3)**
3:2 4:2,2
**safe (2)**
144:10,13
**Samuel (1)**
145:9
**SANCHEZ (1)**
1:15
**satellite (2)**
137:5,6
**Saturday (5)**
75:3 98:21,25 99:11
124:9
**saw (17)**
3:21 21:22,22 22:2
53:8 97:19 110:12
110:15 140:6 168:3
194:7 197:8 198:4
198:20 199:6,16,18
**saying (5)**
24:14 106:8 162:16
169:15 193:20
**says (5)**
13:17 86:5,18 87:10
91:7 93:11,12,16
94:23 172:5,6
**schedule (3)**
49:17,22 51:5
**scheduling (1)**
51:3
**school (5)**
65:13 99:19,21,22
100:4
**science (2)**
100:9,13
**scope (1)**
200:9
**seal (4)**
88:14,15 89:2,18
**seals (1)**
88:17
**search (1)**
129:14
**season (49)**
45:23,23 46:2,4,7,16
46:17,18,23 47:2,5
47:10,11,14,24 48:6
48:10,13,25 49:10
49:16 51:6,7,25
60:5,6 63:14,17,22
74:7,14,21,24,24,25
75:2,6 102:20

131:25 133:16
174:14 176:21,25
182:22 187:2,4,6,8
187:10
**seasonal (8)**
46:9 49:5,7 65:8 71:5
74:20 183:5 187:17
**seasons (2)**
74:6 131:10
**second (38)**
5:17 36:14 38:21 50:9
65:4 76:16,22 78:10
78:11,14 79:4,7
80:5 81:13,14 94:12
94:15,20 96:2 114:4
128:5,18 152:18
154:2 156:7 160:10
161:6,21 162:5
164:16,24 165:3,7
165:12,23,25
190:25 194:12
**seconds (3)**
161:5 163:9 164:8
**section (1)**
80:6
**see (30)**
17:21 21:20 31:12
39:6 47:18,19 53:12
76:5 95:3 108:9,11
109:3,8,12 125:13
134:16 137:15,18
140:23 141:2,5,22
142:2,9,12 150:15
178:7 189:16 195:6
196:19
**seeing (5)**
179:8,11,14,17,20
**seen (28)**
83:16 85:16,19 90:11
90:21,25 91:10
93:22,25 94:4,7
95:6 107:21 108:20
110:3 121:16 122:6
122:10,11 128:8,11
128:17,20 132:4
144:20 173:23
174:15 175:3
**segments (1)**
163:8
**selling (3)**
169:2 170:3,5
**seminar (1)**
130:15
**send (1)**
55:11
**sending (1)**
77:16
**Senior (2)**
60:15,16

**sense (1)**
19:19
**sent (8)**
54:5,10,11,14 55:2
71:19 75:11 78:22
**sentence (1)**
80:10
**separate (1)**
141:6
**September (2)**
46:9,15
**sergeant (6)**
44:2,4,9,10 51:4 52:9
**serve (1)**
64:17
**served (1)**
119:17
**service (11)**
1:15 48:15,20,21,23
56:18 72:4,9,23
73:4 96:25
**Service-related (1)**
72:15
**serving (2)**
43:8 44:13
**set (7)**
13:20 15:2 25:12 71:3
84:10 204:13,22
**setting (1)**
79:10
**setup (1)**
152:10
**sex (10)**
191:2,24 192:10
200:3,6,12,15,18,23
202:19
**shake (1)**
5:15
**SHEET (1)**
206:2
**shift (10)**
49:19 52:11,12,16
111:22,25 186:6,7
187:19 188:5
**shifts (3)**
186:10 187:15 201:15
**shit (4)**
156:21 169:2 170:3,5
**Shore (5)**
10:12,13 21:19
194:23,24
**shorter (1)**
153:20
**shortly (2)**
27:22 29:21
**showed (2)**
133:23,25
**showing (1)**

87:18
**shown (3)**
86:12,14 152:16
**sick (1)**
8:12
**sign (1)**
76:24
**signature (3)**
77:3,6 206:20
**similar (1)**
120:24
**simultaneously (1)**
57:12
**single (2)**
20:22 82:9
**sir (2)**
63:12 175:17
**sit (7)**
79:13 117:10 124:5
159:18 192:5,9
195:15
**sitting (2)**
55:22 191:15
**situation (1)**
53:6
**six (2)**
74:5 176:4
**size (1)**
177:8
**SJS (3)**
129:2,4 130:22
**sleep (1)**
196:5
**sleeping (2)**
194:16 195:17
**slip (3)**
71:6,9,13
**slow (2)**
162:14 194:16
**Snyder (15)**
1:6 10:12 66:25 67:5
69:3,9 90:23 117:20
175:25 176:7,10
179:12 194:24,25
195:2
**Snyderized (1)**
93:8
**software (1)**
129:10
**somebody (5)**
54:13 60:24 62:8
141:14 158:11
**somebody's (2)**
114:18 115:2
**soon (1)**
195:7
**sorry (12)**
7:7 32:6 52:8 59:3

108:17 122:8 128:6
131:11 138:21
168:13 194:25,25
**sort (5)**
88:4 116:14 117:3
132:19 145:6
**source (4)**
27:16 36:2,5 72:2
**sources (1)**
38:22
**space (4)**
20:23 63:2,4 95:10
**span (1)**
133:6
**speak (27)**
5:18,22 13:8 29:9,20
29:22,24 30:18
31:22 32:2,25 33:7
33:12,17 39:25 40:4
40:19 41:22,25 86:5
98:23 99:9 140:6,8
142:4,12 178:10
**speaking (4)**
10:2 18:5 20:17
140:12
**speaks (4)**
87:9 94:18 159:23
171:15
**special (1)**
28:24
**specific (7)**
25:7,18 63:5 124:22
148:6 178:18 199:8
**specifically (6)**
11:10 78:15 79:7
89:10 115:5 125:24
**Spectrum (1)**
129:5
**speed (2)**
151:4 162:20
**Spies (1)**
97:10
**spoke (10)**
29:16,18 30:8 40:9,12
40:16 96:20 97:17
158:15 167:19
**spoken (5)**
96:23 97:3 150:20
152:22 174:18
**spring (1)**
25:17
**springtime (1)**
25:11
**squad (1)**
191:14
**ss (1)**
204:5
**stall (1)**
94:9

**stalls (2)**
95:25 96:14
**stamped (9)**
23:11 75:15 85:13
121:12 149:10
205:12,14,16,20
**standard (3)**
25:12 126:18 127:2
**standing (1)**
198:10
**standpoint (1)**
157:15
**stands (1)**
129:4
**start (5)**
5:20 28:22 41:19
54:18 59:2
**started (7)**
17:8 57:15 58:2,19
59:23 65:23 174:11
**Starting (1)**
183:10
**starts (1)**
41:9
**state (11)**
2:16 89:2,18 101:4
129:20,20 130:23
157:10 160:16
204:4,9
**stated (1)**
149:24
**statement (9)**
79:9 80:14 112:10
114:9,11 116:2
145:19 147:7
197:19
**statements (13)**
87:13 113:18 120:18
143:13 145:9 146:7
146:13,21,25 147:5
147:18 198:4
200:22
**states (3)**
1:2 80:10 159:24
**station (37)**
41:6,11 55:19,24
108:15,16,17
109:10,21 110:5,16
123:5 127:13,25
129:9 132:6,21
134:15,25 137:16
138:10 139:2,24
140:24 141:3,6,10
141:11,23 142:5
177:20,22 188:24
189:6,11 191:12
195:3
**stayed (1)**
21:13

**stench (1)**
191:19
**stick (1)**
134:4
**stips (2)**
4:11,13
**stipulating (1)**
39:4
**stop (2)**
163:3,5
**stopped (3)**
139:22,24 165:16
**storage (1)**
144:22
**stored (4)**
143:25 144:4,8 145:2
**street (3)**
17:14 139:3,24
**strike (5)**
33:5 46:11 49:24
52:15 56:23
**Stu (1)**
59:9
**stuff (2)**
168:25 169:3
**subject (6)**
12:18 140:17,20
163:9 167:3 173:6
**submit (1)**
81:17
**Subscribed (2)**
203:15 206:21
**substances (1)**
7:22
**sue (2)**
101:23 102:2
**sufficient (1)**
152:25
**Suffolk (14)**
1:14,14,14 56:15,16
62:2,2 114:18,24
115:3 178:4,11,11
181:7
**suggestion (1)**
147:8
**suing (8)**
11:13,15,21,24 12:3
13:14 16:3 113:22
**summer (26)**
46:8,23 47:2,17 49:10
49:16 51:6,25 59:4
59:5 63:17,22 66:12
66:19 74:6,14 104:9
130:18 131:9,9
132:2 174:22 175:2
176:25 184:11,12
**summertime (4)**
46:14 49:7,20 54:24

**summons (2)**
55:15,17
**summonses (2)**
80:12 194:3
**SUNY (1)**
100:5
**supervisor (10)**
52:3,7,11,14,22 58:5
58:9 71:22 73:25
188:4
**supposedly (1)**
114:23
**sure (13)**
5:12,19 19:14 34:9
50:11 53:3 58:20
71:7 87:21 114:21
129:18 162:14
186:20
**surveillance (9)**
132:20 133:10 134:9
134:13,24 135:8,14
135:19 136:4
**sworn (4)**
4:3 203:15 204:13
206:21
**system (20)**
129:2,5 131:5,23
132:20,23 133:10
134:7,13,17,21,24
135:5,8,14,19 136:2
136:3,5,9
**systems (1)**
137:5

---

**T**

**T (8)**
4:2 85:12 86:19 87:7
89:12 204:2,2
205:16
**take (29)**
6:18,24 16:12,13 21:4
23:16 26:5 53:5
55:9 57:17,20 71:11
75:19,22,24 79:6
85:15 92:22 98:13
101:8 121:14,18
122:16 130:14,15
130:17 154:23
164:8 165:12
**taken (20)**
32:21 50:13 59:17
76:2 98:2 107:7
111:14 122:20
154:25 164:10
**talk (11)**
9:13 17:15 38:24 50:8
74:25 111:9 114:13
114:15 190:24
192:15 194:11

talked (2)
116:12,25
talking (14)
14:17 18:16 19:7,11
20:4,6,10 46:21
134:20 152:17
156:24 166:2
192:24 193:16
tape (13)
146:4,5 149:5 155:19
157:14,17,25
160:17 163:4
164:23 166:6 167:7
172:5
taped (2)
146:5 190:6
tapes (3)
150:15 155:7 189:21
taping (1)
190:3
Tarrytown (2)
181:25 182:4
tasks (1)
81:11
taxi (6)
17:7,18 21:16,25 23:2
23:4
teacher (1)
65:13
telephone (6)
32:14 56:3 77:20 88:6
88:9 172:17
tell (27)
5:3 6:2 9:15 11:15
34:9 38:14 44:16
75:20 85:16 86:2
89:14 94:15 95:9
98:15 121:16 122:5
139:12 144:7 149:8
150:19 152:16
176:19 195:10
198:14 201:2,6
202:4
ten (10)
56:15,17,24 57:2,6
138:14 174:6 181:4
182:7 201:16
tension (1)
39:10
tensions (1)
39:19
terminal (1)
130:21
terminated (4)
16:14 102:12,15,17
termination (1)
37:7
terms (2)
148:20 163:17

Terry (3)
191:17 203:4,5
test (7)
130:14,16,17,18,25
171:21 172:6
testified (17)
4:5 5:6 35:11 36:19
126:24 127:11
160:5 162:2 179:4
185:14 197:8,22
199:5,10,16 202:10
202:19
testify (2)
7:19 151:2
testifying (3)
4:22,25 13:12
testimony (8)
127:14,15,16 159:10
202:13,14,15
204:15
text (4)
84:3 87:7,9 89:12
thank (5)
16:20 96:18 173:9
179:24 203:8
theory (2)
16:18,19
thing (12)
5:9 6:21 45:22 56:11
79:21 82:23 88:20
115:15 129:22
165:10 178:2 189:2
things (4)
77:25 79:17 144:9
180:2
think (51)
8:15 20:2,3 27:15,17
35:4,8,18 36:25
50:7,15 53:11 58:19
58:23 59:19 91:9,13
93:25 94:3,4 119:15
119:16 121:22
138:14 141:19
145:14 149:3
150:10 151:13
152:5 153:2,3,20,22
154:24 156:22
159:3 161:9,11,12
161:14 168:6,7
170:18 180:20
183:3 188:14 189:6
191:13 200:10,12
third (3)
35:7 36:8 38:22
THOMAS (1)
1:6
Thompson (2)
2:10 3:4
thought (8)

20:5 34:14 36:19 37:6
50:5 159:8 165:18
182:25
thousand (1)
177:7
threatened (2)
101:23 102:2
three (6)
20:15 88:16 128:7
173:18 189:5,15
Thursday (1)
168:4
time (123)
17:3 18:7,8,21 19:17
20:11 25:5,8,9,19
27:5,19 28:5,19
29:15 30:8 31:21
35:2,6,9 36:10
38:10,13 41:3 42:16
43:2,23 44:16,20,24
45:3,7 47:8,14 51:4
53:19 54:19 57:11
58:22 59:22 60:20
61:7,10 62:18,24
64:8,12 65:3,4
70:22 74:23 82:20
96:19 97:17 98:18
102:14 103:19
104:7,18 105:7,11
109:11 110:17
112:7 115:4 116:19
118:10 121:15
122:9,9 124:22,24
131:7 133:14
134:12 135:5,7,22
138:17,23 150:8
152:18 153:24
154:15 156:8
160:10 161:6,21
162:5,16 163:13,15
163:16,20 164:16
164:24,24 165:3,5
165:16,23,25
167:19 173:4,10
175:8 183:18
186:13,14 189:10
189:24 190:22,25
191:18,21 194:13
195:13 196:10
199:13,19 201:23
202:18 203:9
times (12)
58:21 109:8 124:18
137:17,19 138:3
169:24 172:11
192:21 193:17
194:6 195:9
timing (2)
59:22 122:17

title (3)
42:16 43:6 85:6
titled (1)
121:8
today (29)
4:23 5:11 7:19 8:12
8:16 13:12 56:20
57:9 66:11 78:24
79:13 85:5 98:5
116:18,19,21
117:10 122:25
124:5,6 126:6
152:11 155:13
159:18 166:8
172:25 192:5,9
195:16
token (1)
5:21
told (30)
9:16 11:9,10,12 15:12
34:14 36:18 38:2,19
40:10 44:18,20,25
45:4 98:12 106:15
106:21,24 111:21
111:24 114:16,22
191:23 192:7,10,14
195:10,14 202:3,11
Tom (8)
66:25 67:5 69:3,9
90:22 117:20
175:24 179:12
Tommy (3)
194:22,22,25
top (4)
77:13 88:12,21 89:4
topics (1)
25:13
total (3)
74:5 128:7 138:12
touch (1)
9:22
touched (1)
120:24
tour (1)
196:4
tours (4)
52:10,17,18,21
town (3)
61:25 198:5,20
track (11)
149:4,6 152:17,24
153:4,23,24 154:2
154:15 156:7,8
tracks (1)
154:20
training (4)
25:25 26:3 56:8,10
transcribe (4)
148:13,15 155:16

167:14
transcribed (2)
149:14 153:6
transcribing (1)
151:11
transcript (19)
5:13,23 20:23 21:2
63:2,5 120:25
149:12 150:6,9,22
152:7,15,21 153:12
154:7,9,16 206:2
transcription (4)
156:14 157:9 167:18
169:4
transpired (2)
16:11 182:15
transpiring (1)
181:20
trial (1)
149:22
tricky (2)
116:14 145:14
triple (1)
177:5
Trosko (7)
60:25 61:10,12,15
62:23 128:22,24
true (2)
34:12 204:14
trustee (4)
41:23 64:3,9,18
trustees (2)
120:4,5
truth (1)
5:3
truthfully (2)
7:19 8:16
try (4)
5:19 93:12 153:15
167:13
trying (8)
45:16 93:17 114:17
114:24 150:25
159:9 171:25
180:19
TVs (1)
137:6
twelve (3)
103:21 161:5 163:9
twenty (1)
164:8
twice (1)
131:12
two (32)
30:21 59:14 71:3
75:22 77:24 79:2
92:20 95:2 100:16
105:19,20 108:19

119:16,21 128:7
129:19 131:10,10
144:5,9 145:2
153:19,20 154:20
154:21 155:6,12,19
165:6,6 189:5
205:18
**two-page (2)**
75:12 92:17
**Ty (4)**
70:6,11,14 143:8
**type (4)**
77:9 95:25 144:6
152:20
**typed (1)**
77:5
**typewritten (1)**
77:2
**Tyree (3)**
22:4 142:20,22

_____
U
**Uh-huh (1)**
185:16
**unable (2)**
162:10 195:17
**Uncertified (4)**
156:14 157:9 167:18
169:4
**unclear (1)**
180:21
**underneath (3)**
87:6 94:23,24
**understand (30)**
4:24 5:25 6:3 9:2
24:21 34:22 37:5
39:14 67:21 81:7
87:3 102:24 106:19
109:5 115:8 138:6
145:23 148:12,17
148:22 157:23
159:24 160:4,19
161:14 162:11,16
169:14 181:11
193:2
**understanding (6)**
16:9,16 86:21 154:5
165:11 167:14
**understood (6)**
7:3,10 36:25 157:14
162:3 166:7
**undertake (1)**
155:16
**unfair (1)**
150:10
**unfavorable (1)**
114:20
**unfinished (2)**
95:25 96:16

**unintentional (1)**
165:18
**Uniondale (1)**
3:16
**UNITED (1)**
1:2
**universal (1)**
57:6
**university (5)**
99:24 100:3,15 101:7
101:9
**update (1)**
78:21
**upgrade (1)**
133:9
**upper (1)**
88:18
**upstairs (4)**
195:2,19,20 196:2
**use (26)**
56:20 57:2,5 89:25
90:8 127:18 128:15
128:16,23 129:2,19
130:8 131:22
133:23 134:4
140:23 173:6 181:4
182:4,6 192:16,20
201:3,7,11,15
**user (1)**
130:12
**uses (1)**
56:25
**usually (6)**
25:11,17,25 75:2
177:5 186:7

_____
V
**v (5)**
167:9 169:6 205:22
205:24 206:3
**vague (1)**
35:9
**vandalism (3)**
53:3,14 71:7
**variation (3)**
90:15,22 92:6
**varies (2)**
25:16,18
**various (1)**
149:4
**verbally (2)**
5:14 111:24
**versa (2)**
28:8,9
**version (2)**
76:24 85:19
**vice (2)**
28:7,9

**video (7)**
132:19 133:10 134:16
134:20 135:5 136:2
136:3
**view (1)**
190:9
**village (60)**
1:9 3:11 8:22,23
11:16,21,24 12:3
15:25 16:3 34:16
48:15,20,24 49:2
54:2,7,8,12,15 55:2
55:9,18 61:6,9
66:13,20 70:21,22
70:24 71:8,10,22
97:7 103:7,11,12
112:2 115:2 121:8
121:11 137:14
167:9,22 168:2,5
169:3,6 170:3,6
174:23 176:20
181:25 183:6,10
187:18 203:6
205:19,22,25
**Village-owned (1)**
53:2
**violation (1)**
194:8
**virtually (1)**
187:17
**visitors (1)**
176:24
**voice (33)**
156:15,17,18,22
157:2,5,24 158:4
159:24 160:2,6
167:19,23,25 168:3
168:6,8,9,10,11,12
168:13,15,16,17,18
168:19,20,21,22,24
169:2,23
**voices (4)**
157:17,21 169:10,12
**voluntary (1)**
181:22
**volunteer (1)**
182:3
**vs (1)**
1:8

_____
W
**W (1)**
3:23
**wait (3)**
73:8 83:6 118:14
**waiting (1)**
22:8
**walk (7)**
21:12 194:6 198:5,6,8

198:9,20
**walked (2)**
22:20,24
**walking (1)**
155:13
**wall (3)**
94:9 95:19,22
**walls (4)**
93:23 95:24,24 96:14
**want (19)**
6:5 19:14,20 38:22
47:20 50:16,17 76:4
86:4 88:19 111:9
121:24 152:3 160:9
163:12,21,22
165:10 191:7
**wanted (3)**
78:5 164:4 178:4
**wants (3)**
59:20 111:17 183:6
**warrant (1)**
80:13
**warrants (1)**
129:14
**wash (1)**
191:18
**washing (1)**
191:15
**wasn't (21)**
34:20 35:2,5,6,10,20
35:25 36:10,11
37:12,12 38:16,17
48:24 82:21,23
139:3,23 140:2
142:10,10
**water (6)**
17:7,18 21:16,25 23:2
23:4
**water-marked (1)**
89:14
**way (11)**
7:3,5 16:17 118:11
154:8 180:11
193:16,23 198:17
198:19 204:19
**wear (3)**
156:23 157:3,5
**wearing (13)**
145:20,22 146:2,4,5,8
146:22 147:2,5
156:24 157:2
159:20 167:3
**week (11)**
74:22 75:4,5,7 183:13
183:16,21 184:4,8,9
187:13
**weekend (1)**
57:24
**weekends (2)**

184:6,15
**weekly (1)**
71:9
**Welch (5)**
9:12,14,21 10:3 15:19
**went (18)**
17:4,7,15,18,19 18:8
22:20,24 23:2 27:22
35:3 38:10 61:5
62:18 99:14 195:12
195:24 202:8
**weren't (5)**
20:10 28:14,21,22
182:21
**west (2)**
62:3 71:4
**Westchester (1)**
63:20
**whatsoever (1)**
149:20
**WHEREOF (1)**
204:21
**whistle (4)**
192:22 193:5,20
194:9
**Wigdor (2)**
2:11 3:4
**wild (1)**
195:4
**wintertime (1)**
49:20
**wire (27)**
145:20,22 146:2,9,15
146:22 147:2,5,10
147:15,20 156:21
156:23,24 157:2,3,4
157:6 158:4,10,24
159:20 160:2,6,24
166:14 167:3
**withdrawn (3)**
178:12 189:20 193:14
**witness (40)**
4:3 16:10 20:3 47:21
50:2,4,8,15 58:18
59:13 76:4 93:12
102:25 111:11,17
118:16 149:13
150:19 151:2 155:9
157:11 159:25
160:18 161:19
162:13,15,24
163:18 164:3 166:6
170:4 171:20,24
172:2,7 180:19
204:12,15,21 205:3
**witnessed (3)**
190:16,22 193:4
**woman (5)**
93:9 191:3,24 192:11

202:24
**wood (4)**
95:25 96:5,8,16
**word (18)**
5:11,11 41:10 53:11
67:22 88:4 94:20,21
94:22,24 158:3
160:2,6,24 162:13
162:14 164:25
169:23
**words (11)**
93:4,6 94:6,15 95:15
96:7 150:20 170:8
171:16 172:9
180:17
**work (32)**
46:12,19,25 47:7,13
49:2,19,20 52:18
60:3 63:23 64:11
71:14,17 73:21 74:8
74:13,22 78:4,6
100:23,24 104:14
104:21,21,22
136:25 160:8
183:14 184:5
185:10 187:19
**worked (24)**
31:11 46:10 49:9,15
52:10,12,16,21
58:13,15,21 60:2
64:2 98:18,19
118:22 124:9
141:15 183:21
184:8,9,14 186:5,6
**working (32)**
31:11 35:2,5,9,19,20
35:23 36:11 37:12
45:11 48:24 49:5
51:25 55:22 57:12
58:2 59:2,25 66:12
66:19 74:7 82:21,23
97:12,15 175:2,14
187:12 191:13
194:22,23 196:8
**works (3)**
62:14 65:13 172:24
**wouldn't (2)**
39:3 160:12
**write (6)**
20:25 55:14,15,16
126:19 127:3
**writing (7)**
90:11 91:19 92:4,20
92:25 95:10 205:18
**writings (7)**
90:12,21 91:6,9,13,14
92:5
**written (10)**
54:3 91:2 94:8 95:6

95:16 126:14
130:14,15 150:5
153:12
**wrong (1)**
185:14
**wrote (3)**
55:17 92:9 127:5
**Wykoff (4)**
62:9 65:7,15,20

_____
**X**
_____
**X (1)**
205:2
**XYZ (1)**
181:8

_____
**Y**
_____
**Y (1)**
3:8
**yeah (25)**
18:24 40:21 48:20
53:14 57:5 117:9,15
117:17,19,21,23,25
118:3 119:8 120:2
129:16 135:24
167:23 168:12,12
168:20 182:25
194:6,7 197:11
**year (23)**
10:23 25:3,6,10,17
30:21 31:8 46:12
47:14 48:15,19,21
48:25 60:4 65:9
104:18 131:19
176:23 183:14,20
191:13 192:2
194:21
**years (15)**
20:15 74:5 103:19,20
103:21,21 105:9
131:10 173:18
174:6,24 176:3,4,14
182:11
**yesterday (2)**
8:10 97:19
**York (18)**
1:3,21,21 2:11,11,16
3:7,7,16,22 60:23
62:15 73:21 101:4,5
129:20 204:4,9

_____
**Z**
_____
**zoom (2)**
134:3,4,5

_____
**0**
_____
**01:01 (19)**
122:4,5,6,7,8,9,10,11
122:12,13,14,15,16

122:17,18,19,20,21
122:22
**02:01 (10)**
122:23,24,25 123:2,3
123:4,5,6,7,8
**02:02 (32)**
123:9,10,11,12,13,14
123:15,16,17,18,19
123:20,21,22,23,24
123:25 124:2,3,4,5
124:6,7,8,9,10,11
124:12,13,14,15,16
**02:03 (21)**
124:17,18,19,20,21
124:22,23,24,25
125:2,3,4,5,6,7,8,9
125:10,11,12,13
**02:04 (29)**
125:14,15,16,17,18
125:19,20,21,22,23
125:24,25 126:2,3,4
126:5,6,7,8,9,10,11
126:12,13,14,15,16
126:17,18
**02:05 (34)**
126:19,20,21,22,23
126:24,25 127:2,3,4
127:5,6,7,8,9,10,11
127:12,13,14,15,16
127:17,18,19,20,21
127:22,23,24,25
128:2,3,4
**02:06 (20)**
128:5,6,7,8,9,10,11
128:12,13,14,15,16
128:17,18,19,20,21
128:22,23,24
**02:07 (14)**
128:25 129:2,3,4,5,6
129:7,8,9,10,11,12
129:13,14
**02:08 (23)**
129:15,16,17,18,19
129:20,21,22,23,24
129:25 130:2,3,4,5
130:6,7,8,9,10,11
130:12,13
**02:09 (19)**
130:14,15,16,17,18
130:19,20,21,22,23
130:24,25 131:2,3,4
131:5,6,7,8
**02:10 (22)**
131:9,10,11,12,13,14
131:15,16,17,18,19
131:20,21,22,23,24
131:25 132:2,3,4,5
132:6
**02:11 (25)**

132:7,8,9,10,11,12,13
132:14,15,16,17,18
132:19,20,21,22,23
132:24,25 133:2,3,4
133:5,6,7
**02:12 (24)**
133:8,9,10,11,12,13
133:14,15,16,17,18
133:19,20,21,22,23
133:24,25 134:2,3,4
134:5,6,7
**02:13 (24)**
134:8,9,10,11,12,13
134:14,15,16,17,18
134:19,20,21,22,23
134:24,25 135:2,3,4
135:5,6,7
**02:14 (32)**
135:8,9,10,11,12,13
135:14,15,16,17,18
135:19,20,21,22,23
135:24,25 136:2,3,4
136:5,6,7,8,9,10,11
136:12,13,14,15
**02:15 (24)**
136:16,17,18,19,20
136:21,22,23,24,25
137:2,3,4,5,6,7,8,9
137:10,11,12,13,14
137:15
**02:16 (29)**
137:16,17,18,19,20
137:21,22,23,24,25
138:2,3,4,5,6,7,8,9
138:10,11,12,13,14
138:15,16,17,18,19
138:20
**02:17 (28)**
138:21,22,23,24,25
139:2,3,4,5,6,7,8,9
139:10,11,12,13,14
139:15,16,17,18,19
139:20,21,22,23,24
**02:18 (29)**
139:25 140:2,3,4,5,6
140:7,8,9,10,11,12
140:13,14,15,16,17
140:18,19,20,21,22
140:23,24,25 141:2
141:3,4,5
**02:19 (25)**
141:6,7,8,9,10,11,12
141:13,14,15,16,17
141:18,19,20,21,22
141:23,24,25 142:2
142:3,4,5,6
**02:20 (26)**
142:7,8,9,10,11,12,13
142:14,15,16,17,18

142:19,20,21,22,23
142:24,25 143:2,3,4
143:5,6,7,8
**02:21 (24)**
143:9,10,11,12,13,14
143:15,16,17,18,19
143:20,21,22,23,24
143:25 144:2,3,4,5
144:6,7,8
**02:22 (24)**
144:9,10,11,12,13,14
144:15,16,17,18,19
144:20,21,22,23,24
144:25 145:2,3,4,5
145:6,7,8
**02:23 (23)**
145:9,10,11,12,13,14
145:15,16,17,18,19
145:20,21,22,23,24
145:25 146:2,3,4,5
146:6,7
**02:24 (24)**
146:8,9,10,11,12,13
146:14,15,16,17,18
146:19,20,21,22,23
146:24,25 147:2,3,4
147:5,6,7
**02:25 (14)**
147:8,9,10,11,12,13
147:14,15,16,17,18
147:19,20,21
**02:26 (2)**
147:22,23
**02:28 (20)**
147:24,25 148:2,3,4,5
148:6,7,8,9,10,11
148:12,13,14,15,16
148:17,18,19
**02:29 (17)**
148:20,21,22,23,24
148:25 149:2,3,4,5
149:6,7,8,9,10,11
149:12
**02:30 (19)**
149:13,14,15,16,17
149:18,19,20,21,22
149:23,24,25 150:2
150:3,4,5,6,7
**02:31 (20)**
150:8,9,10,11,12,13
150:14,15,16,17,18
150:19,20,21,22,23
150:24,25 151:2,3
**02:32 (22)**
151:4,5,6,7,8,9,10,11
151:12,13,14,15,16
151:17,18,19,20,21
151:22,23,24,25
**02:33 (21)**

152:2,3,4,5,6,7,8,9
152:10,11,12,13,14
152:15,16,17,18,19
152:20,21,22
**02:34 (26)**
152:23,24,25 153:2,3
153:4,5,6,7,8,9,10
153:11,12,13,14,15
153:16,17,18,19,20
153:21,22,23,24
**02:35 (22)**
153:25 154:2,3,4,5,6
154:7,8,9,10,11,12
154:13,14,15,16,17
154:18,19,20,21,22
**02:36 (5)**
154:23,24,25 155:2,3
**02:54 (5)**
155:4,5,6,7,8
**02:55 (18)**
155:9,10,11,12,13,14
155:15,16,17,18,19
155:20,21,22,23,24
155:25 156:2
**02:56 (4)**
156:3,4,5,6
**02:57 (23)**
156:7,8,9,10,11,12,13
156:14,15,16,17,18
156:19,20,21,22,23
156:24,25 157:2,3,4
157:5
**02:58 (11)**
157:6,7,8,9,10,11,12
157:13,14,15,16
**02:59 (29)**
157:17,18,19,20,21
157:22,23,24,25
158:2,3,4,5,6,7,8,9
158:10,11,12,13,14
158:15,16,17,18,19
158:20,21
**03:00 (28)**
158:22,23,24,25
159:2,3,4,5,6,7,8,9
159:10,11,12,13,14
159:15,16,17,18,19
159:20,21,22,23,24
159:25
**03:01 (26)**
160:2,3,4,5,6,7,8,9,10
160:11,12,13,14,15
160:16,17,18,19,20
160:21,22,23,24,25
161:2,3
**03:02 (31)**
161:4,5,6,7,8,9,10,11
161:12,13,14,15,16
161:17,18,19,20,21

161:22,23,24,25
162:2,3,4,5,6,7,8,9
162:10
**03:03 (30)**
162:11,12,13,14,15
162:16,17,18,19,20
162:21,22,23,24,25
163:2,3,4,5,6,7,8,9
163:10,11,12,13,14
163:15,16
**03:04 (19)**
163:17,18,19,20,21
163:22,23,24,25
164:2,3,4,5,6,7,8,9
164:10,11
**03:07 (1)**
164:12
**03:08 (8)**
164:13,14,15,16,17
164:18,19,20
**03:09 (1)**
164:21
**03:10 (25)**
164:22,23,24,25
165:2,3,4,5,6,7,8,9
165:10,11,12,13,14
165:15,16,17,18,19
165:20,21,22
**03:11 (31)**
165:23,24,25 166:2,3
166:4,5,6,7,8,9,10
166:11,12,13,14,15
166:16,17,18,19,20
166:21,22,23,24,25
167:2,3,4,5
**03:12 (5)**
167:6,7,8,9,10
**03:13 (18)**
167:11,12,13,14,15
167:16,17,18,19,20
167:21,22,23,24,25
168:2,3,4
**03:14 (14)**
168:5,6,7,8,9,10,11
168:12,13,14,22,23
168:24,25
**03:15 (6)**
169:2,3,4,5,6,7
**03:16 (12)**
169:8,9,10,11,12,13
169:14,15,16,17,18
169:19
**03:17 (32)**
169:20,21,22,23,24
169:25 170:2,3,4,5
170:6,7,8,9,10,11
170:12,13,14,15,16
170:17,18,19,20,21
170:22,23,24,25

171:2,3
**03:18 (29)**
171:4,5,6,7,8,9,10,11
171:12,13,14,15,16
171:17,18,19,20,21
171:22,23,24,25
172:2,3,4,5,6,7,8
**03:19 (26)**
172:9,10,11,12,13,14
172:15,16,17,18,19
172:20,21,22,23,24
172:25 173:2,3,4,5
173:6,7,8,9,10
**03:20 (21)**
173:11,12,13,14,15
173:16,17,18,19,20
173:21,22,23,24,25
174:2,3,4,5,6,7
**03:21 (25)**
174:8,9,10,11,12,13
174:14,15,16,17,18
174:19,20,21,22,23
174:24,25 175:2,3,4
175:5,6,7,8
**03:22 (23)**
175:9,10,11,12,13,14
175:15,16,17,18,19
175:20,21,22,23,24
175:25 176:2,3,4,5
176:6,7
**03:23 (23)**
176:8,9,10,11,12,13
176:14,15,16,17,18
176:19,20,21,22,23
176:24,25 177:2,3,4
177:5,6
**03:24 (18)**
177:7,8,9,10,11,12,13
177:14,15,16,17,18
177:19,20,21,22,23
177:24
**03:25 (16)**
177:25 178:2,3,4,5,6
178:7,8,9,10,11,12
178:13,14,15,16
**03:26 (5)**
178:17,18,19,20,21
**03:27 (14)**
178:22,23,24,25
179:2,3,4,5,6,7,8,9
179:10,11
**03:28 (22)**
179:12,13,14,15,16
179:17,18,19,20,21
179:22,23,24,25
180:2,3,4,5,6,7,8,9
**03:29 (25)**
180:10,11,12,13,14
180:15,16,17,18,19

180:20,21,22,23,24
180:25 181:2,3,4,5
181:6,7,8,9,10
**03:30 (29)**
181:11,12,13,14,15
181:16,17,18,19,20
181:21,22,23,24,25
182:2,3,4,5,6,7,8,9
182:10,11,12,13,14
182:15
**03:31 (23)**
182:16,17,18,19,20
182:21,22,23,24,25
183:2,3,4,5,6,7,8,9
183:10,11,12,13,14
**03:32 (26)**
183:15,16,17,18,19
183:20,21,22,23,24
183:25 184:2,3,4,5
184:6,7,8,9,10,11
184:12,13,14,15,16
**03:33 (25)**
184:17,18,19,20,21
184:22,23,24,25
185:2,3,4,5,6,7,8,9
185:10,11,12,13,14
185:15,16,17
**03:34 (34)**
185:18,19,20,21,22
185:23,24,25 186:2
186:3,4,5,6,7,8,9,10
186:11,12,13,14,15
186:16,17,18,19,20
186:21,22,23,24,25
187:2,3
**03:35 (31)**
187:4,5,6,7,8,9,10,11
187:12,13,14,15,16
187:17,18,19,20,21
187:22,23,24,25
188:2,3,4,5,6,7,8,9
188:10
**03:36 (24)**
188:11,12,13,14,15
188:16,17,18,19,20
188:21,22,23,24,25
189:2,3,4,5,6,7,8,9
189:10
**03:37 (25)**
189:11,12,13,14,15
189:16,17,18,19,20
189:21,22,23,24,25
190:2,3,4,5,6,7,8,9
190:10,11
**03:38 (22)**
190:12,13,14,15,16
190:17,18,19,20,21
190:22,23,24,25
191:2,3,4,5,6,7,8,9

**03:39 (16)**
191:10,11,12,13,14
191:15,16,17,18,19
191:20,21,22,23,24
191:25
**03:40 (28)**
192:2,3,4,5,6,7,8,9,10
192:11,12,13,14,15
192:16,17,18,19,20
192:21,22,23,24,25
193:2,3,4,5
**03:41 (23)**
193:6,7,8,9,10,11,12
193:13,14,15,16,17
193:18,19,20,21,22
193:23,24,25 194:2
194:3,4
**03:42 (22)**
194:5,6,7,8,9,10,11
194:12,13,14,15,16
194:17,18,19,20,21
194:22,23,24,25
195:2
**03:43 (18)**
195:3,4,5,6,7,8,9,10
195:11,12,13,14,15
195:16,17,18,19,20
**03:44 (32)**
195:21,22,23,24,25
196:2,3,4,5,6,7,8,9
196:10,11,12,13,14
196:15,16,17,18,19
196:20,21,22,23,24
196:25 197:2,3,4
**03:45 (27)**
197:5,6,7,8,9,10,11
197:12,13,14,15,16
197:17,18,19,20,21
197:22,23,24,25
198:2,3,4,5,6,7
**03:46 (25)**
198:8,9,10,11,12,13
198:14,15,16,17,18
198:19,20,21,22,23
198:24,25 199:2,3,4
199:5,6,7,8
**03:47 (21)**
199:9,10,11,12,13,14
199:15,16,17,18,19
199:20,21,22,23,24
199:25 200:2,3,4,5
**03:48 (29)**
200:6,7,8,9,10,11,12
200:13,14,15,16,17
200:18,19,20,21,22
200:23,24,25 201:2
201:3,4,5,6,7,8,9,10
**03:49 (26)**
201:11,12,13,14,15

201:16,17,18,19,20
201:21,22,23,24,25
202:2,3,4,5,6,7,8,9
202:10,11,12
**03:50 (21)**
202:13,14,15,16,17
202:18,19,20,21,22
202:23,24,25 203:2
203:3,4,5,6,7,8,9
**06 (8)**
16:12 78:23 131:8,13
131:22,24,25 132:2
**07 (2)**
1:6 131:18

_____

**1**

**1 (21)**
23:7,10 47:20 121:7
121:12 156:15,18
157:2 167:19,25
168:6,9,11,13,16,18
168:20,22 169:2
205:11,20
**1:01 (1)**
122:20
**10 (2)**
205:12,20
**10:30 (1)**
8:6
**10:35 (20)**
2:6 4:5,6,7,8,9,10,11
4:12,13,14,15,16,17
4:18,19,20,21,22,23
**10:36 (30)**
4:24,25 5:2,3,4,5,6,7
5:8,9,10,11,12,13
5:14,15,16,17,18,19
5:20,21,22,23,24,25
6:2,3,4,5
**10:37 (26)**
6:6,7,8,9,10,11,12,13
6:14,15,16,17,18,19
6:20,21,22,23,24,25
7:2,3,4,5,6,7
**10:38 (32)**
7:8,9,10,11,12,13,14
7:15,16,17,18,19,20
7:21,22,23,24,25
8:2,3,4,5,6,7,8,9,10
8:11,12,13,14,15
**10:39 (22)**
8:16,17,18,19,20,21
8:22,23,24,25 9:2,3
9:4,5,6,7,8,9,10,11
9:12,13
**10:40 (23)**
9:14,15,16,17,18,19
9:20,21,22,23,24,25
10:2,3,4,5,6,7,8,9

10:10,11,12
**10:41 (15)**
10:13,14,15,16,17,18
10:19,20,21,22,23
10:24,25 11:2,3
**10:42 (30)**
11:4,5,6,7,8,9,10,11
11:12,13,14,15,16
11:17,18,19,20,21
11:22,23,24,25 12:2
12:3,4,5,6,7,8,9
**10:43 (29)**
12:10,11,12,13,14,15
12:16,17,18,19,20
12:21,22,23,24,25
13:2,3,4,5,6,7,8,9
13:10,11,12,13,14
**10:44 (30)**
13:15,16,17,18,19,20
13:21,22,23,24,25
14:2,3,4,5,6,7,8,9
14:10,11,12,13,14
14:15,16,17,18,19
14:20
**10:45 (28)**
14:21,22,23,24,25
15:2,3,4,5,6,7,8,9
15:10,11,12,13,14
15:15,16,17,18,19
15:20,21,22,23,24
**10:46 (22)**
15:25 16:2,3,4,5,6,7,8
16:9,10,11,12,13,14
16:15,16,17,18,19
16:20,21,22
**10:47 (15)**
16:23,24,25 17:2,3,4
17:5,6,7,8,9,10,11
17:12,13
**10:48 (19)**
17:14,15,16,17,18,19
17:20,21,22,23,24
17:25 18:2,3,4,5,6,7
18:8
**10:49 (11)**
18:9,10,11,12,13,14
18:15,16,17,18,19
**10:50 (8)**
18:20,21,22,23,24,25
19:2,3
**10:51 (25)**
19:4,5,6,7,8,9,10,11
19:12,13,14,15,16
19:17,18,19,20,21
19:22,23,24,25 20:2
20:3,4
**10:52 (27)**
20:5,6,7,8,9,10,11,12
20:13,14,15,16,17

20:18,19,20,21,22
20:23,24,25 21:2,3
21:4,5,6,7
**10:53 (15)**
21:8,9,10,11,12,13,14
21:15,16,17,18,19
21:20,21,22
**10:54 (16)**
21:23,24,25 22:2,3,4
22:5,6,7,8,9,10,11
22:12,13,14
**10:55 (21)**
22:15,16,17,18,19,20
22:21,22,23,24,25
23:2,3,4,5,6,7,8,9
23:10,11
**10:56 (9)**
23:12,13,14,15,16,17
23:18,19,20
**10:57 (28)**
23:21,22,23,24,25
24:2,3,4,5,6,7,8,9
24:10,11,12,13,14
24:15,16,17,18,19
24:20,21,22,23,24
**10:58 (25)**
24:25 25:2,3,4,5,6,7,8
25:9,10,11,12,13,14
25:15,16,17,18,19
25:20,21,22,23,24
25:25
**10:59 (28)**
26:2,3,4,5,6,7,8,9,10
26:11,12,13,14,15
26:16,17,18,19,20
26:21,22,23,24,25
27:2,3,4,5
**10003 (1)**
3:7
**1016 (3)**
181:7,8,16
**10523 (1)**
3:22
**11 (3)**
23:11 47:23 205:12
**11th (1)**
204:22
**11:00 (18)**
27:6,7,8,9,10,11,12
27:13,14,15,16,17
27:18,19,20,21,22
27:23
**11:01 (20)**
27:24,25 28:2,3,4,5,6
28:7,8,9,10,11,12
28:13,14,15,16,17
28:18,19
**11:02 (22)**
28:20,21,22,23,24,25

29:2,3,4,5,6,7,8,9
29:10,11,12,13,14
29:15,16,17
**11:03 (24)**
29:18,19,20,21,22,23
29:24,25 30:2,3,4,5
30:6,7,8,9,10,11,12
30:13,14,15,16,17
**11:04 (16)**
30:18,19,20,21,22,23
30:24,25 31:2,3,4,5
31:6,7,8,9
**11:05 (22)**
31:10,11,12,13,14,15
31:16,17,18,19,20
31:21,22,23,24,25
32:2,3,4,5,6,7
**11:06 (16)**
32:8,9,10,11,12,13,14
32:15,16,17,18,19
32:20,21,22
**11:07 (3)**
32:22,23,24
**11:08 (24)**
32:25 33:2,3,4,5,6,7,8
33:9,10,11,12,13,14
33:15,16,17,18,19
33:20,21,22,23,24
**11:09 (20)**
33:25 34:2,3,4,5,6,7,8
34:9,10,11,12,13,14
34:15,16,17,18,19
34:20
**11:10 (15)**
34:21,22,23,24,25
35:2,3,4,5,6,7,8,9
35:10,11
**11:11 (15)**
35:12,13,14,15,16,17
35:18,19,20,21,22
35:23,24,25 36:2
**11:12 (25)**
36:3,4,5,6,7,8,9,10,11
36:12,13,14,15,16
36:17,18,19,20,21
36:22,23,24,25 37:2
37:3
**11:13 (22)**
37:4,5,6,7,8,9,10,11
37:12,13,14,15,16
37:17,18,19,20,21
37:22,23,24,25
**11:14 (24)**
38:2,3,4,5,6,7,8,9,10
38:11,12,13,14,15
38:16,17,18,19,20
38:21,22,23,24,25
**11:15 (25)**
39:2,3,4,5,6,7,8,9,10

39:11,12,13,14,15
39:16,17,18,19,20
39:21,22,23,24,25
40:2
**11:16 (30)**
40:3,4,5,6,7,8,9,10,11
40:12,13,14,15,16
40:17,18,19,20,21
40:22,23,24,25 41:2
41:3,4,5,6,7,8
**11:17 (27)**
41:9,10,11,12,13,14
41:15,16,17,18,19
41:20,21,22,23,24
41:25 42:2,3,4,5,6,7
42:8,9,10,11
**11:18 (21)**
42:12,13,14,15,16,17
42:18,19,20,21,22
42:23,24,25 43:2,3
43:4,5,6,7,8
**11:19 (20)**
43:9,10,11,12,13,14
43:15,16,17,18,19
43:20,21,22,23,24
43:25 44:2,3,4
**11:20 (21)**
44:5,6,7,8,9,10,11,12
44:13,14,15,16,17
44:18,19,20,21,22
44:23,24,25
**11:21 (14)**
45:2,3,4,5,6,7,8,9,10
45:11,12,13,14,15
**11:22 (6)**
45:16,17,18,19,20,21
**11:23 (6)**
45:22,23,24,25 46:2,3
**11:24 (25)**
46:4,5,6,7,8,9,10,11
46:12,13,14,15,16
46:17,18,19,20,21
46:22,23,24,25 47:2
47:3,4
**11:25 (27)**
47:5,6,7,8,9,10,11,12
47:13,14,15,16,17
47:18,19,20,21,22
47:23,24,25 48:2,3
48:4,5,6,7
**11:26 (22)**
48:8,9,10,11,12,13,14
48:15,16,17,18,19
48:20,21,22,23,24
48:25 49:2,3,4,5
**11:27 (23)**
49:6,7,8,9,10,11,12
49:13,14,15,16,17
49:18,19,20,21,22

49:23,24,25 50:2,3
50:4
**11:28 (11)**
50:5,6,7,8,9,10,11,12
50:13,13,14
**11:29 (17)**
50:14,15,16,17,18,19
50:20,21,22,23,24
50:25 51:2,3,4,5,6
**11:30 (17)**
51:7,8,9,10,11,12,13
51:14,15,16,17,18
51:19,20,21,22,23
**11:31 (17)**
51:24,25 52:2,3,4,5,6
52:7,8,9,10,11,12
52:13,14,15,16
**11:32 (20)**
52:17,18,19,20,21,22
52:23,24,25 53:2,3
53:4,5,6,7,8,9,10,11
53:12
**11:33 (10)**
53:13,14,15,16,17,18
53:19,20,21,22
**11:34 (14)**
53:23,24,25 54:2,3,4
54:5,6,7,8,9,10,11
54:12
**11:35 (16)**
54:13,14,15,16,17,18
54:19,20,21,22,23
54:24,25 55:2,3,4
**11:36 (16)**
55:5,6,7,8,9,10,11,12
55:13,14,15,16,17
55:18,19,20
**11:37 (21)**
55:21,22,23,24,25
56:2,3,4,5,6,7,8,9
56:10,11,12,13,14
56:15,16,17
**11:38 (22)**
56:18,19,20,21,22,23
56:24,25 57:2,3,4,5
57:6,7,8,9,10,11,12
57:13,14,15
**11:39 (17)**
57:16,17,18,19,20,21
57:22,23,24,25 58:2
58:3,4,5,6,7,8
**11:40 (19)**
58:9,10,11,12,13,14
58:15,16,17,18,19
58:20,21,22,23,24
58:25 59:2,3
**11:41 (6)**
59:4,5,6,7,8,9
**11:42 (11)**

59:10,11,12,13,14,15
59:16,17,17,18,19
**11:43 (7)**
59:18,20,21,22,23,24
59:25
**11:44 (23)**
60:2,3,4,5,6,7,8,9,10
60:11,12,13,14,15
60:16,17,18,19,20
60:21,22,23,24
**11:45 (21)**
60:25 61:2,3,4,5,6,7,8
61:9,10,11,12,13,14
61:15,16,17,18,19
61:20,21
**11:46 (24)**
61:22,23,24,25 62:2,3
62:4,5,6,7,8,9,10,11
62:12,13,14,15,16
62:17,18,19,20,21
**11:47 (28)**
62:22,23,24,25 63:2,3
63:4,5,6,7,8,9,10,11
63:12,13,14,15,16
63:17,18,19,20,21
63:22,23,24,25
**11:48 (25)**
64:2,3,4,5,6,7,8,9,10
64:11,12,13,14,15
64:16,17,18,19,20
64:21,22,23,24,25
65:2
**11:49 (21)**
65:3,4,5,6,7,8,9,10,11
65:12,13,14,15,16
65:17,18,19,20,21
65:22,23
**11:50 (29)**
65:24,25 66:2,3,4,5,6
66:7,8,9,10,11,12
66:13,14,15,16,17
66:18,19,20,21,22
66:23,24,25 67:2,3
67:4
**11:51 (28)**
67:5,6,7,8,9,10,11,12
67:13,14,15,16,17
67:18,19,20,21,22
67:23,24,25 68:2,3
68:4,5,6,7,8
**11:52 (34)**
68:9,10,11,12,13,14
68:15,16,17,18,19
68:20,21,22,23,24
68:25 69:2,3,4,5,6,7
69:8,9,10,11,12,13
69:14,15,16,17,18
**11:53 (25)**
69:19,20,21,22,23,24

69:25 70:2,3,4,5,6,7
70:8,9,10,11,12,13
70:14,15,16,17,18
70:19
**11:54 (17)**
70:20,21,22,23,24,25
71:2,3,4,5,6,7,8,9
71:10,11,12
**11:55 (14)**
71:13,14,15,16,17,18
71:19,20,21,22,23
71:24,25 72:2
**11:56 (27)**
72:3,4,5,6,7,8,9,10,11
72:12,13,14,15,16
72:17,18,19,20,21
72:22,23,24,25 73:2
73:3,4,5
**11:57 (33)**
73:6,7,8,9,10,11,12
73:13,14,15,16,17
73:18,19,20,21,22
73:23,24,25 74:2,3
74:4,5,6,7,8,9,10,11
74:12,13,14
**11:58 (22)**
74:15,16,17,18,19,20
74:21,22,23,24,25
75:2,3,4,5,6,7,8,9
75:10,11,12
**11:59 (16)**
75:13,14,15,16,17,18
75:19,20,21,22,23
75:24,25 76:2,2,3
**112 (2)**
165:16,19
**11556-0926 (1)**
3:16
**12 (2)**
154:3 205:16
**12:07 (14)**
76:3,4,5,6,7,8,9,10,11
76:12,13,14,15,16
**12:08 (29)**
76:17,18,19,20,21,22
76:23,24,25 77:2,3
77:4,5,6,7,8,9,10,11
77:12,13,14,15,16
77:17,18,19,20,21
**12:09 (23)**
77:22,23,24,25 78:2,3
78:4,5,6,7,8,9,10,11
78:12,13,14,15,16
78:17,18,19,20
**12:10 (21)**
78:21,22,23,24,25
79:2,3,4,5,6,7,8,9
79:10,11,12,13,14
79:15,16,17

**12:11 (23)**
79:18,19,20,21,22,23
79:24,25 80:2,3,4,5
80:6,7,8,9,10,11,12
80:13,14,15,16
**12:12 (23)**
80:17,18,19,20,21,22
80:23,24,25 81:2,3
81:4,5,6,7,8,9,10,11
81:12,13,14,15
**12:13 (19)**
81:16,17,18,19,20,21
81:22,23,24,25 82:2
82:3,4,5,6,7,8,9,10
**12:14 (24)**
82:11,12,13,14,15,16
82:17,18,19,20,21
82:22,23,24,25 83:2
83:3,4,5,6,7,8,9,10
**12:15 (27)**
83:11,12,13,14,15,16
83:17,18,19,20,21
83:22,23,24,25 84:2
84:3,4,5,6,7,8,9,10
84:11,12,13
**12:16 (24)**
84:14,15,16,17,18,19
84:20,21,22,23,24
84:25 85:2,3,4,5,6,7
85:8,9,10,11,12,13
**12:17 (14)**
85:14,15,16,17,18,19
85:20,21,22,23,24
85:25 86:2,3
**12:18 (33)**
86:4,5,6,7,8,9,10,11
86:12,13,14,15,16
86:17,18,19,20,21
86:22,23,24,25 87:2
87:3,4,5,6,7,8,9,10
87:11,12
**12:19 (24)**
87:13,14,15,16,17,18
87:19,20,21,22,23
87:24,25 88:2,3,4,5
88:6,7,8,9,10,11,12
**12:20 (29)**
88:13,14,15,16,17,18
88:19,20,21,22,23
88:24,25 89:2,3,4,5
89:6,7,8,9,10,11,12
89:13,14,15,16,17
**12:21 (31)**
89:18,19,20,21,22,23
89:24,25 90:2,3,4,5
90:6,7,8,9,10,11,12
90:13,14,15,16,17
90:18,19,20,21,22
90:23,24

**12:22 (26)**
90:25 91:2,3,4,5,6,7,8
91:9,10,11,12,13,14
91:15,16,17,18,19
91:20,21,22,23,24
91:25 92:2
**12:23 (15)**
92:3,4,5,6,7,8,9,10,11
92:12,13,14,15,16
92:17
**12:24 (10)**
92:18,19,20,21,22,23
92:24,25 93:2,3
**12:25 (22)**
93:4,5,6,7,8,9,10,11
93:12,13,14,15,16
93:17,18,19,20,21
93:22,23,24,25
**12:26 (21)**
94:2,3,4,5,6,7,8,9,10
94:11,12,13,14,15
94:16,17,18,19,20
94:21,22
**12:27 (27)**
94:23,24,25 95:2,3,4
95:5,6,7,8,9,10,11
95:12,13,14,15,16
95:17,18,19,20,21
95:22,23,24,25
**12:28 (19)**
96:2,3,4,5,6,7,8,9,10
96:11,12,13,14,15
96:16,17,18,19,20
**12:29 (23)**
96:21,22,23,24,25
97:2,3,4,5,6,7,8,9
97:10,11,12,13,14
97:15,16,17,18,19
**12:30 (26)**
97:20,21,22,23,24,25
98:2,3,4,5,6,7,8,9
98:10,11,12,13,14
98:15,16,17,18,19
98:20,21
**12:31 (32)**
98:22,23,24,25 99:2,3
99:4,5,6,7,8,9,10,11
99:12,13,14,15,16
99:17,18,19,20,21
99:22,23,24,25
100:2,3,4,5
**12:32 (30)**
100:6,7,8,9,10,11,12
100:13,14,15,16,17
100:18,19,20,21,22
100:23,24,25 101:2
101:3,4,5,6,7,8,9,10
101:11
**12:33 (32)**

101:12,13,14,15,16
101:17,18,19,20,21
101:22,23,24,25
102:2,3,4,5,6,7,8,9
102:10,11,12,13,14
102:15,16,17,18,19
**12:34 (24)**
102:20,21,22,23,24
102:25 103:2,3,4,5
103:6,7,8,9,10,11
103:12,13,14,15,16
103:17,18,19
**12:35 (21)**
103:20,21,22,23,24
103:25 104:2,3,4,5
104:6,7,8,9,10,11
104:12,13,14,15,16
**12:36 (24)**
104:17,18,19,20,21
104:22,23,24,25
105:2,3,4,5,6,7,8,9
105:10,11,12,13,14
105:15,16
**12:37 (23)**
105:17,18,19,20,21
105:22,23,24,25
106:2,3,4,5,6,7,8,9
106:10,11,12,13,14
106:15
**12:38 (33)**
106:16,17,18,19,20
106:21,22,23,24,25
107:2,3,4,5,6,7,8,9
107:10,11,12,13,14
107:15,16,17,18,19
107:20,21,22,23,24
**12:39 (27)**
107:25 108:2,3,4,5,6
108:7,8,9,10,11,12
108:13,14,15,16,17
108:18,19,20,21,22
108:23,24,25 109:2
109:3
**12:40 (27)**
109:4,5,6,7,8,9,10,11
109:12,13,14,15,16
109:17,18,19,20,21
109:22,23,24,25
110:2,3,4,5,6
**12:41 (23)**
110:7,8,9,10,11,12,13
110:14,15,16,17,18
110:19,20,21,22,23
110:24,25 111:2,3,4
111:5
**12:42 (11)**
111:6,7,8,9,10,11,12
111:13,14,14,15
**12:45 (6)**

111:15,16,17,18,19
111:20
**12:46 (24)**
111:21,22,23,24,25
112:2,3,4,5,6,7,8,9
112:10,11,12,13,14
112:15,16,17,18,19
112:20
**12:47 (25)**
112:21,22,23,24,25
113:2,3,4,5,6,7,8,9
113:10,11,12,13,14
113:15,16,17,18,19
113:20,21
**12:48 (20)**
113:22,23,24,25
114:2,3,4,5,6,7,8,9
114:10,11,12,13,14
114:15,16,17
**12:49 (16)**
114:18,19,20,21,22
114:23,24,25 115:2
115:3,4,5,6,7,8,9
**12:50 (27)**
115:10,11,12,13,14
115:15,16,17,18,19
115:20,21,22,23,24
115:25 116:2,3,4,5
116:6,7,8,9,10,11
116:12
**12:51 (22)**
116:13,14,15,16,17
116:18,19,20,21,22
116:23,24,25 117:2
117:3,4,5,6,7,8,9,10
**12:52 (30)**
117:11,12,13,14,15
117:16,17,18,19,20
117:21,22,23,24,25
118:2,3,4,5,6,7,8,9
118:10,11,12,13,14
118:15,16
**12:53 (28)**
118:17,18,19,20,21
118:22,23,24,25
119:2,3,4,5,6,7,8,9
119:10,11,12,13,14
119:15,16,17,18,19
119:20
**12:54 (26)**
119:21,22,23,24,25
120:2,3,4,5,6,7,8,9
120:10,11,12,13,14
120:15,16,17,18,19
120:20,21
**12:55 (12)**
120:22,23,24,25
121:2,3,4,5,6,7,8,9
**12:56 (11)**

121:10,11,12,13,14
121:15,16,17,18,19
121:20
**12:57 (5)**
121:21,22,23,24,25
**12:58 (2)**
122:2,3
**121 (1)**
205:20
**1215 (1)**
1:6
**128 (1)**
165:17
**13 (1)**
103:21
**14 (1)**
205:14
**167 (1)**
205:23
**17 (2)**
103:6,8
**173 (1)**
205:6
**180 (1)**
205:7
**19 (1)**
205:18
**196 (1)**
205:5
**1978 (1)**
104:3
**1979 (1)**
176:18
**1992 (1)**
64:10
**1999 (7)**
51:23 58:19 183:10
184:16 186:9 187:2
187:16

_____
**2**
_____
**2 (20)**
45:20 75:9,14 76:5
79:2 83:11 156:17
156:22 157:5
167:23 168:3,8,10
168:12,15,17,19,21
168:24 205:13
**2nd (3)**
62:19 118:10 179:5
**2:01 (1)**
122:21
**2:36 (1)**
154:25
**2:54 (1)**
155:2
**200 (1)**
176:23

**2000 (2)**
184:22 187:4
**2001 (3)**
51:23 184:24 187:6
**2002 (3)**
51:23 185:2 187:8
**2003 (9)**
183:23,25,25 184:8
184:12 185:4 186:9
187:10,16
**2004 (5)**
48:12 184:2,5,9 185:6
**2005 (7)**
47:16,17,24 48:6 59:3
59:5 60:3
**2006 (36)**
16:23 23:11 24:16
26:5 42:7 47:10,13
47:23 51:6 59:3,24
62:19 75:6,15 80:6
113:13 115:6
118:11,16 172:21
172:25 173:22,25
174:16,19 175:3,6
176:6,9 177:16
179:6 181:14
182:15 184:19
205:12,14
**2007 (2)**
47:4,7
**2008 (3)**
46:22,23,25
**2009 (6)**
1:22 2:5 203:16
204:22 206:3,22
**21 (3)**
75:15 78:23 205:14
**23 (1)**
205:12
**23rd (1)**
104:3
**24 (2)**
7:22 8:2
**25 (3)**
121:8,12 205:20
**250 (1)**
176:23
**2662 (3)**
23:9,11 205:12

_____
**3**
_____
**3 (11)**
85:9,12,17,20,24 86:3
86:7 87:22 88:7
154:2 205:15
**3:04 (1)**
164:10
**3:06 (1)**

164:11
**3:50 (1)**
203:9
**31 (1)**
103:24

_____
**4**
_____
**4 (9)**
92:17,19,24 93:23,24
94:8 98:21 205:5,17
**40 (4)**
183:15,21 184:8
187:13
**43rd (1)**
154:2

_____
**5**
_____
**5 (4)**
121:6,10 122:4
205:19
**530 (1)**
3:21

_____
**6**
_____
**6 (2)**
167:8 205:21
**600 (1)**
177:6
**6307 (3)**
75:13,15 205:14
**6308 (3)**
75:13,16 205:14

_____
**7**
_____
**7 (2)**
169:5 205:24
**75 (1)**
205:14

_____
**8**
_____
**8 (5)**
1:22 2:5 98:22 205:23
206:3
**85 (2)**
3:6 205:16

_____
**9**
_____
**90 (1)**
64:10
**919 (1)**
149:10
**92 (1)**
205:18
**925 (1)**
85:11
**926 (1)**
3:15
**99 (3)**

65:24 183:23 184:7