## Page 1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_ _ _ _ _ _ _ _ _ _ _ _ _ _ X
EDWARD CARTER, FRANK FIORILO,   )
KEVIN LAMM, JOSEPH NOFI, and    )
THOMAS SNYDER,                  )
                                )
             Plaintiffs,        )
                                )
-against-                       )
                                ) Index No.
                                ) CV 07 1215
INCORPORATED VILLAGE OF OCEAN   )
BEACH; MAYOR JOSEPH C.          )
LOEFFLER, JR., individually     )
and in his Official capacity;   )
former mayor NATALIE K.ROGERS,  )
individually and in her         )
official capacity, OCEAN BEACH  )
POLICE DEPARTMENT; ACTING       )
DEPUTY POLICE CHIEF GEORGE B.   )
HESSE, individually and in his  )
official capacity; SUFFOLK      )
COUNTY; SUFFOLK COUNTY POLICE   )
DEPARTMENT OF CIVIL SERVICE;    )
and ALLISON SANCHEZ,            )
individually and in her         )
official capacity,              )
                                )
             Defendants.        )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ X
          ***VOLUME I***
       DEPOSITION OF TYREE BACON
          New York, New York
          February 12, 2009


Reported by:
Judi Johnson, RPR, CRR, CLR
Job No.: 20819
```

## Page 2

```
 1
 2              85 Fifth Avenue
                New York, New York
 3
 4              February 12, 2009
                10:00 A.M.
 5
 6
 7
 8
 9
10
11
12
13          Deposition of TYREE BACON, held at the
14      offices of THOMPSON WIGDOR & GILLY, LLP, 85
15      Fifth Avenue, New York, New York, pursuant
16      to Notice, before Judi Johnson, a Registered
17      Professional Reporter, a Certified Realtime
18      Reporter, a Certified LiveNote Reporter and
19      Notary Public of the State of New York.
20
21
22
23
24
25
```

## Page 3

```
 1                 TYREE BACON
 2   APPEARANCES:
 3     THOMPSON WIGDOR & GILLY, LLP
 4     Attorneys for the Plaintiffs
 5     85 Fifth Avenue
 6     New York, New York 10003
 7
       BY: ANDREW S. GOODSTADT, ESQ.
 8
 9
10     MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
11     Attorneys for GEORGE B. HESSE
12     530 Saw Mill Road
13     Elmsford, New York 10523
14
       BY: KEVIN W. CONNOLLY, ESQ.
15
16
17     RIVKIN RADLER, LLP
18
19     Attorneys for INCORPORATED VILLAGE OF OCEAN BEACH,
20     JOSEPH LOEFFLER, NATALIE ROGERS AND OCEAN BEACH
21     POLICE DEPARTMENT
22     926 RexCorp Plaza
23     Uniondale, New York 11556-0926
24
       BY: KENNETH A. NOVIKOFF, ESQ.
25
```

## Page 4

```
 1                 TYREE BACON
 2
 3
 4     BEE READY FISHBEIN HATTER & DONOVAN, LLP
 5
 6     Attorneys for SUFFOLK COUNTY
 7     170 Old Country Road
 8     Mineola, New York 11501
 9
       BY: KENNETH A. GRAY, ESQ.
10
11
12
13     ALSO PRESENT:
14     FRANK FIORILLO
15     KEVIN LAMM
16     THOMAS SNYDER
17     JOSEPH NOFI
18     EDWARD CARTER
19     JOSH LIPSON - LEGAL VIDEO SPECIALIST
20
21
22
23
24
25
```

1 (Pages 1 to 4)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 5

TYREE BACON

1
2      IT IS HEREBY STIPULATED AND AGREED by
3   and between the attorneys for the respective
4   parties herein, that filing and sealing and
5   the same are hereby waived.
6      IT IS FURTHER STIPULATED AND AGREED
7   that all objections, except as to the form
8   of the question, shall be reserved to the
9   time of the trial.
10      IT IS FURTHER STIPULATED AND AGREED
11   that the within deposition may be sworn to
12   and signed before any officer authorized to
13   administer an oath, with the same force and
14   effect as if signed and sworn to before the
15   Court.
16
17        - oOo -
18
19
20
21
22
23
24
25

Page 6

TYREE BACON

1
2   TYREE BACON,
3        Called as a witness herein, having
4   first been duly sworn, was examined and
5   testified as follows:
6   BY THE REPORTER:
7      Q   Please state your name and address for
8   the record.
9      A   Tyree Bacon, 54 47th Street, Islip,
10   New York 11751.
11      THE VIDEOGRAPHER:  This is the start  10:07:31AM
12   of Tape Number 1 of the videotaped
13   deposition of Tyree Bacon in the matter of
14   Carter, et al versus Incorporated Village of
15   Ocean Beach, et al.  Today's date is
16   February 12th, 2009, at approximately
17   10:08 a.m.
18      Will the court reporter please swear  10:07:49AM
19   in the witness.
20   EXAMINATION                10:07:52AM
21   BY MR. GOODSTADT:           10:08:00AM
22      Q   Good morning, Mr. Bacon.       10:08:02AM
23      A   Good morning.        10:08:03AM
24      Q   My name is Andrew Goodstadt.  I'm an  10:08:04AM
25   attorney at the law firm of Thompson, Wigdor &

Page 7

TYREE BACON

1
2   Gilly, and our firm represents the plaintiffs in
3   this case, Frank Fiorillo, Ed Carter, Joe Nofi,
4   Tom Snyder and Kevin Lamm, in connection with
5   the case they brought against Ocean Beach and a
6   bunch of other entities or people.
7      Do you understand you're testifying  10:08:25AM
8   under oath today?
9      A   Yes, I understand.         10:08:27AM
10      Q   And you've sworn to tell the truth.  10:08:28AM
11      Do you understand that?        10:08:29AM
12      A   Yes, I do.         10:08:30AM
13      Q   And your failure to tell the truth  10:08:32AM
14   could result in criminal penalties.
15      Do you understand that?         10:08:34AM
16      A   Yes.             10:08:35AM
17      Q   Have you ever testified under oath  10:08:35AM
18   before?
19      A   I have.            10:08:37AM
20      Q   How many times?          10:08:37AM
21      A   Probably about 20.       10:08:39AM
22      Q   How about outside the scope of your  10:08:45AM
23   duties as a police officer, how many times have
24   you testified under oath?
25      A   Four or five.         10:08:53AM

Page 8

TYREE BACON

1
2      Q   Okay.  Why don't we start with the  10:08:54AM
3   most recent one from today, going backwards.
4   When was that?
5      A   Deposition sometime before Christmas  10:09:01AM
6   regarding an aided case that I handled in Queens
7   Supreme Court, probably about three years ago.
8      Q   And what were the allegations in that  10:09:14AM
9   case?
10      A   Woman fell getting out of the jury  10:09:17AM
11   box.  There was poor lighting.  She had a suit
12   against the city, who owned the building, New
13   York State courts, and the TV show, Law and
14   Order, because they were filming in the building
15   and there were problems with the lights going on
16   and off.
17      Q   Were you a party to that action?  10:09:34AM
18      A   No, I was what they call an     10:09:36AM
19   uninterested witness.
20      Q   And prior to that time, when did you  10:09:39AM
21   testify under oath?
22      A   For a deposition when the Town of  10:09:46AM
23   Islip was being sued for an arrest that was made
24   by myself at MacArthur Airport.
25      Q   Just before we get to that one, in  10:10:00AM

2  (Pages 5 to 8)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 9

TYREE BACON

1
2  your deposition before Christmas that you took
3  in connection with the slip and fall --
4      A  Uh-huh.                          10:10:08AM
5      Q  -- in the jury box, were you      10:10:08AM
6  represented by counsel in that matter?
7      A  Yes.                            10:10:11AM
8      Q  Who represented you?            10:10:12AM
9      A  Corporation counsel for City of New  10:10:13AM
10  York.
11     Q  Now let's go back to the issue with  10:10:15AM
12  respect to the Town of Islip.
13     A  Uh-huh.                         10:10:19AM
14     Q  Who was the plaintiff in that case?  10:10:20AM
15     A  Maureen Walsh.                  10:10:23AM
16     Q  When was that deposition?       10:10:26AM
17     A  2000?                          10:10:32AM
18     Q  2000?                          10:10:33AM
19     A  Yeah, somewhere in that area.   10:10:34AM
20     Q  And what was she alleging in that  10:10:35AM
21  case?
22     A  Excessive force, unjustified arrest.  10:10:40AM
23     Q  And what was the actual arrest?  10:10:46AM
24     A  Resisting arrest.  It was a summons  10:10:55AM
25  that escalated on her part.

Page 10

TYREE BACON

1
2      Q  When was that?  When was that --  10:10:59AM
3      A  That was January of '99.         10:11:02AM
4      Q  Were you represented by counsel in  10:11:06AM
5  connection with your deposition in that matter?
6      A  I was.                          10:11:10AM
7      Q  Were you a party to that case?   10:11:10AM
8      A  I don't recall.  The attorney who  10:11:12AM
9  represented me at the time was Stuart Walsh.  I
10  don't recall which --
11     Q  Stuart Schwartz or Stuart Walsh?  10:11:30AM
12     A  Schwartz.                       10:11:33AM
13     Q  From Oshman, Helfenstein & Matza?  10:11:33AM
14     A  I don't recall.                 10:11:42AM
15     Q  That's who represented you in that  10:11:44AM
16  case?
17     A  Yes.                           10:11:46AM
18     Q  Did you pay for that representation or  10:11:46AM
19  did the town pay for it?
20     A  I did not.                      10:11:49AM
21     Q  And what were the allegations    10:11:51AM
22  underlying the claim of excessive force?
23     A  Excessive force in general.  That she  10:11:59AM
24  shouldn't have been taken into custody.  That
25  she had been compliant, when she wasn't.  She

Page 11

TYREE BACON

1
2  claimed that I had beaten her.
3      Q  She was claiming that you had beaten  10:12:18AM
4  her or you and other officers had beaten her?
5      A  Myself.                         10:12:25AM
6      Q  What was your position at Long Island  10:12:26AM
7  MacArthur Airport at the time of that arrest?
8      A  Airport security guard.          10:12:31AM
9      Q  So she claimed you were the only  10:12:33AM
10  person that beat her?
11     A  Yes.                           10:12:36AM
12     Q  What did she claim that you did to  10:12:36AM
13  her?
14     A  I don't particularly remember all the  10:12:39AM
15  details, but that I had grabbed her by the
16  throat, thrown her on the desk, refused to let
17  her use the restroom.
18     Q  Any other allegations?          10:12:55AM
19     A  That's what I remember.  There may  10:12:56AM
20  have been more.  You've got the complaint.
21     Q  Right.                         10:13:01AM
22     A  Please elaborate.               10:13:02AM
23        MR. NOVIKOFF:  Just answer the    10:13:04AM
24  question.
25

Page 12

TYREE BACON

1
2  BY MR. GOODSTADT:                       10:13:09AM
3      Q  And did that case go to trial?   10:13:10AM
4      A  No, it did not.                 10:13:12AM
5      Q  How did that case resolve?      10:13:13AM
6        MR. NOVIKOFF:  Objection.        10:13:15AM
7      A  I believe --                    10:13:16AM
8        MR. NOVIKOFF:  Are you done?     10:13:18AM
9        MR. GOODSTADT:  Yes.            10:13:19AM
10  BY MR. GOODSTADT:                       10:13:20AM
11     Q  How was that case resolved?     10:13:20AM
12        MR. NOVIKOFF:  Objection.        10:13:22AM
13  BY MR. GOODSTADT:                       10:13:22AM
14     Q  You can answer.                10:13:22AM
15     A  Okay.  I believe they settled.  I'm  10:13:23AM
16  not certain.
17     Q  What leads you to believe that they  10:13:25AM
18  settled?
19     A  I never got called for trial.   10:13:27AM
20     Q  You were never told that it actually  10:13:34AM
21  settled?
22     A  No.                            10:13:36AM
23     Q  You were never told that it settled  10:13:39AM
24  for $130,000?
25     A  That sounds like something I may have  10:13:43AM

TSG Reporting - Worldwide    877-702-9580

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 13

TYREE BACON

1
2  heard, but I don't recall specifically.
3  **Q   Did you have to contribute any money   10:13:46AM**
4  **toward that settlement?**
5  A   No.                      10:13:49AM
6  **Q   Were you prosecuted for that conduct?   10:13:52AM**
7  A   No, I was not.                10:13:55AM
8  **Q   And there was no adjudication of her   10:14:01AM**
9  **claim; it was settled before there was a trial.**
10 **Is that your understanding?**
11     MR. NOVIKOFF:   What was the question?   10:14:09AM
12 BY MR. GOODSTADT:              10:14:10AM
13 **Q   There was no adjudication of her       10:14:10AM**
14 **claim; it was settled before trial.   Is that**
15 **your understanding?**
16 A   Yes.                      10:14:16AM
17 **Q   Other than for that incident, have you 10:14:23AM**
18 **ever -- has anyone ever alleged excessive force**
19 **against you?**
20 A   No.                      10:14:29AM
21 **Q   Prior to the Walsh case -- strike      10:14:31AM**
22 **that.**
23     I see that another plaintiff in the    10:14:36AM
24 case is David Walsh as the parent and natural
25 guardian of William O. Walsh, an infant over the

Page 14

TYREE BACON

1
2  age of 14.
3     Were there any claims by a William O.   10:14:50AM
4  Walsh in that case?
5  A   There -- I believe there were claims   10:14:54AM
6  by him and his sister when I was attempting to
7  arrest --
8     MR. NOVIKOFF:   No, just answer the    10:14:59AM
9  question.
10 A   Yes.                      10:15:01AM
11 **Q   What were those claims by him and his  10:15:01AM**
12 **sister?**
13 A   That they got caught up in the        10:15:04AM
14 incident.   In fact, they were the ones who had
15 jumped me while I was trying to take Maureen
16 Walsh into custody.
17 **Q   I'm asking you what their claims were. 10:15:15AM**
18 A   I have no idea what their claims -- I   10:15:18AM
19 don't recall what their claims were
20 specifically.   It was all the same case.
21 **Q   Did either William Walsh or his sister 10:15:25AM**
22 **claim that you struck either one of them?**
23     MR. NOVIKOFF:   Objection.           10:15:32AM
24 A   I don't recall.               10:15:33AM
25 **Q   Did you actually arrest Maureen Walsh  10:15:40AM**

Page 15

TYREE BACON

1
2  in that matter?
3  A   Yes.                      10:15:44AM
4  **Q   Did you have the powers of arrest as a 10:15:44AM**
5  **security guard?**
6  A   Excuse me?                  10:15:48AM
7  **Q   Did you have the powers of arrest as a 10:15:48AM**
8  **security guard in --**
9  A   Yes, we had peace officer powers at    10:15:52AM
10 MacArthur Airport.
11 **Q   And that includes the power to arrest? 10:15:56AM**
12 A   Yes.                      10:15:58AM
13 **Q   Did you carry a firearm then?         10:16:00AM**
14 A   I did.                      10:16:02AM
15 **Q   Was it your own personal firearm or    10:16:04AM**
16 **was it one issued by the town?**
17 A   It was my own personal issued firearm. 10:16:08AM
18 **Q   Did you have a permit for that?       10:16:11AM**
19 A   I did.                      10:16:13AM
20 **Q   What type of permit did you have?      10:16:13AM**
21 A   Business permit.             10:16:15AM
22 **Q   When did you get that business permit? 10:16:17AM**
23 A   I don't recall.               10:16:18AM
24 **Q   Has that permit expired?             10:16:21AM**
25 A   Currently?                  10:16:24AM

Page 16

TYREE BACON

1
2  **Q   Yes.                      10:16:25AM**
3  A   I don't have it.   I carry on my now    10:16:27AM
4  shield as a police officer.
5  **Q   Are you currently employed by the     10:16:32AM**
6  **Ocean Beach Police Department?**
7  A   Yes.                      10:16:36AM
8  **Q   Are you a police officer in any other 10:16:37AM**
9  **jurisdiction?**
10 A   I am not.                   10:16:40AM
11 **Q   Do you consider yourself to be a real 10:16:41AM**
12 **police officer in Ocean Beach?**
13     MR. NOVIKOFF:   Objection.           10:16:44AM
14 You can answer.               10:16:45AM
15     Just so you know, unless I instruct   10:16:46AM
16 you not to answer, even if I object, you
17 have to answer the question.
18 A   Yes.   I have statutory powers of      10:16:51AM
19 arrest throughout New York State, the same as a
20 New York State Trooper or a New York City police
21 officer.
22 **Q   And you believe your duties are just   10:16:58AM**
23 **as important as a New York State Trooper or New**
24 **York City police officer?**
25 A   Yes, when working in my geographic     10:17:04AM

4  (Pages 13 to 16)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 17

TYREE BACON

1
2  area of employment.
3      Q   What do you mean by that?        10:17:09AM
4      A   When I'm working for the Village of   10:17:10AM
5  Ocean Beach, that's my geographic area of
6  employment.
7      Q   And you have statutory authority to   10:17:15AM
8  arrest outside of your geographic area of
9  employment?
10     A   Yes, for felonies and misdemeanors.   10:17:22AM
11     Q   Do you have authority to issue        10:17:25AM
12 summonses outside your geographic area of
13 employment?
14     A   No, only within the geographic area of 10:17:30AM
15 employment.
16     Q   Do you have the authority to pull over 10:17:33AM
17 a car outside your geographic area of
18 employment?
19     A   No, I do not.                  10:17:38AM
20     Q   Okay.  Now, prior to the Maureen Walsh 10:17:42AM
21 deposition, what was the time before that that
22 you testified under oath outside of your -- the
23 scope of your duties as a police officer?
24     MR. NOVIKOFF:  I'm going to object      10:17:55AM
25 only because -- are you referring to police

Page 18

TYREE BACON

1
2  officer as Ocean Beach?  I don't know that
3  he was an officer for any other
4  jurisdiction?
5  BY MR. GOODSTADT:                     10:18:04AM
6      Q   I'm talking about outside your duties 10:18:04AM
7  of testifying as an arresting officer in any
8  jurisdiction.
9      MR. NOVIKOFF:  All right.         10:18:13AM
10     A   No, I think that may have been it.    10:18:14AM
11 There were a couple of different depositions
12 regarding the Maureen Walsh case..
13     Q   So you were deposed more than once in 10:18:19AM
14 that case?
15     A   Yes.                      10:18:22AM
16     Q   How many times were you deposed in    10:18:23AM
17 that case?
18     A   I want to say two or three.  I can't  10:18:25AM
19 be certain.
20     Q   And other than for that case, have you 10:18:30AM
21 ever been a party to a lawsuit?
22     A   Yes.                      10:18:34AM
23     Q   How many times?               10:18:35AM
24     A   Once.                     10:18:36AM
25     Q   What other lawsuit were you a party   10:18:36AM

Page 19

TYREE BACON

1
2  to?
3      A   An automobile accident in Brooklyn.   10:18:39AM
4      Q   And were you the plaintiff or a       10:18:48AM
5  defendant in that case?
6      A   Defendant.                  10:18:50AM
7      Q   When was that?               10:18:51AM
8      A   1986.                     10:18:56AM
9      Q   Were you ever -- did you ever work at 10:19:02AM
10 the -- well, strike that.
11     Do you know who Ronald Horn is?     10:19:11AM
12     A   No idea.                   10:19:13AM
13     Q   You don't recall being named in a     10:19:14AM
14 lawsuit in 2001 -- well, strike that.
15     As a court officer, do you have a      10:19:21AM
16 shield?
17     A   Yes.                      10:19:23AM
18     Q   What was your shield number?          10:19:24AM
19     A   Well, right now I'm a sergeant.  It's  10:19:25AM
20 477.
21     Q   How about prior to becoming a         10:19:29AM
22 sergeant?  In 2001, what was your shield number?
23     A   I was a senior court officer, and it   10:19:32AM
24 was -- actually, I don't remember what my --
25     Q   Were you ever shield Number 6229?      10:19:40AM

Page 20

TYREE BACON

1
2      A   Yes.                      10:19:43AM
3      Q   Do you recall being sued by a Ronald  10:19:43AM
4  Horn in or around 2001?
5      A   No.                       10:19:48AM
6      Q   I believe you testified that you were 10:20:02AM
7  never a party other than for the automobile
8  accident in Brooklyn and Maureen Walsh; is that
9  correct?
10     MR. NOVIKOFF:  Objection.  He didn't  10:20:13AM
11 testify that he was a party to Maureen
12 Walsh.  He said he didn't recall if he was
13 or not, and you haven't done anything to
14 refresh his recollection.
15     MR. GOODSTADT:  Okay.             10:20:24AM
16 BY MR. GOODSTADT:                     10:20:25AM
17     Q   So other than the automobile accident 10:20:26AM
18 in Brooklyn that you know you were a party to
19 and the Maureen Walsh case, which you may have
20 been a party to, do you recall being a party to
21 any other lawsuit?
22     A   No, I do not.               10:20:38AM
23     Q   Were you ever a party in a lawsuit for 10:20:40AM
24 divorce?
25     A   Yes.                      10:20:45AM

5 (Pages 17 to 20)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 21

TYREE BACON

1
2    Q    How many times?                          10:20:46AM
3    A    Once.                        10:20:47AM
4    Q    When was that?                           10:20:47AM
5    A    1996 -- no, no, I'm sorry. '98.          10:20:49AM
6    Q    Were you the plaintiff in that matter    10:20:56AM
7    or the defendant?
8    A    Defendant.               10:20:59AM
9    Q    Who was the plaintiff?               10:21:01AM
10   A    Jennifer Monroe.                10:21:03AM
11   Q    And she sued you for divorce?        10:21:07AM
12   A    Yes.                 10:21:09AM
13   Q    Who represented you in that matter?   10:21:11AM
14   A    Dennis. I don't remember his last    10:21:14AM
15   name.
16   Q    Where was that lawsuit filed?        10:21:19AM
17   A    Suffolk County.             10:21:21AM
18   Q    Did that case go to a hearing?       10:21:28AM
19   A    No.                  10:21:30AM
20   Q    It was settled?                      10:21:31AM
21   A    Yes.                 10:21:32AM
22   Q    When was it settled?                 10:21:36AM
23        MR. NOVIKOFF: Hold on one second.    10:21:37AM
24        I just want to make sure that nothing 10:21:39AM
25   part of the settlement was confidential or

Page 22

TYREE BACON

1
2    sealed or anything.
3        THE WITNESS: No.             10:21:44AM
4        MR. NOVIKOFF: It's all open?     10:21:44AM
5        THE WITNESS: Yeah, it was an amicable 10:21:45AM
6    divorce.
7        MR. NOVIKOFF: Okay. Go ahead.        10:21:48AM
8    A    She filed for divorce and we, you    10:21:50AM
9    know, agreed to separate and divorce.
10   Q    When was that settled?               10:21:53AM
11   A    In '99. I'm not even certain.        10:21:56AM
12   Q    Did you have to testify in connection 10:22:08AM
13   with that matter?
14   A    No..                 10:22:11AM
15   Q    So other than what you've testified to 10:22:12AM
16   thus far, do you recall testifying under oath in
17   any other proceeding, other than for as your
18   role as a police officer?
19        MR. NOVIKOFF: Objection.         10:22:22AM
20        You can answer..             10:22:23AM
21   A    Not that I recall.           10:22:25AM
22   Q    I know you've been through it in the 10:22:28AM
23   past, but I just want to go over some ground
24   rules today just so everyone is on the same
25   page.

Page 23

TYREE BACON

1
2        It's important -- and you're doing a 10:22:35AM
3    good job so far -- that you give verbal answers
4    as opposed to a nod of the head or --
5    A    Understood..             10:22:40AM
6    Q    Understood? We're getting a record.  10:22:41AM
7        Do you understand that?              10:22:43AM
8    A    Understood..             10:22:44AM
9    Q    And if you don't hear a question that 10:22:44AM
10   I ask, just ask me to repeat it. I'll be happy
11   to do so, okay?
12   A    Okay.                10:22:50AM
13   Q    If you don't understand a question I  10:22:50AM
14   ask, ask me to rephrase it or repeat it. Again,
15   I'll be happy to do so, okay?
16   A    Okay.                10:22:55AM
17   Q    If you don't understand or hear a word 10:22:56AM
18   or phrase that I use, again, just let me know.
19   I'll be happy to repeat it or rephrase it, okay?
20   A    Sure.                10:23:01AM
21   Q    Because if you answer the question,   10:23:01AM
22   I'm going to assume that you both heard and
23   understood the question and heard and understood
24   every part of the question, okay?
25        MR. NOVIKOFF: Objection.         10:23:09AM

Page 24

TYREE BACON

1
2        You can answer.              10:23:10AM
3    A    Okay.                10:23:11AM
4    Q    Did you ever sue the Town of Islip?   10:23:18AM
5    A    No.                  10:23:21AM
6    Q    Just to go back to sort of the ground 10:23:26AM
7    rules. It's important you let me finish my
8    question before you finish, just as though I'm
9    going to let you finish your answer before I ask
10   the next question, again so we get a clear
11   record.
12        Is that okay?                    10:23:38AM
13   A    Yes. You probably have to remind me  10:23:39AM
14   of that from time to time.
15   Q    Okay. If at any point in time you    10:23:42AM
16   feel like you need a break or you need a recess,
17   just let me know. I'll be happy to accommodate
18   that request, okay?
19   A    Sure.                10:23:49AM
20   Q    The only thing I ask is that if      10:23:50AM
21   there's a question pending, that you answer the
22   question, then we take the break, okay?
23   A    Yes.                 10:23:54AM
24   Q    Are you presently taking any         10:23:56AM
25   medications that would affect your ability to

6  (Pages 21 to 24)

Page 25

TYREE BACON

1
2     testify today?
3     A    No.                    10:24:01AM
4     Q    Are you currently sick?           10:24:01AM
5     A    No.                    10:24:03AM
6     Q    Are you under the care of a doctor for 10:24:03AM
7     anything that would affect your ability to
8     testify today?
9     A    No.                    10:24:08AM
10    Q    Is there anything that you can think 10:24:08AM
11    of that would affect your ability to testify
12    today?
13    A    No.                    10:24:13AM
14    Q    Have you ever used any illegal      10:24:13AM
15    narcotics?
16    A    Yes.                   10:24:17AM
17    Q    How many times?              10:24:18AM
18    A    Half dozen times.             10:24:21AM
19    Q    And what narcotics have you used?    10:24:22AM
20    A    Smoked marijuana back in high school. 10:24:25AM
21    Q    Anything else?              10:24:31AM
22    A    Tried cocaine once back in high school 10:24:32AM
23    or shortly after high school.
24    Q    One time you tried it?          10:24:41AM
25    A    Yes.                   10:24:43AM

Page 26

TYREE BACON

1
2     Q    And have you used cocaine since then? 10:24:45AM
3     A    No.                    10:24:48AM
4     Q    Have you smoked marijuana since then? 10:24:49AM
5     A    Nope.                   10:24:51AM
6     Q    Have you used any other illegal drug 10:24:52AM
7     since shortly after high school?
8     A    Nope.                   10:24:56AM
9     Q    At the time that you used those     10:25:01AM
10    narcotics, did you know they were illegal?
11    A    Yes.                   10:25:05AM
12        MR. NOVIKOFF: I guess that makes him 10:25:11AM
13    like the President.
14        THE WITNESS: Better than Clinton.. I 10:25:15AM
15    did smoke.
16    BY MR. GOODSTADT:                 10:25:21AM
17    Q    Are you represented by an attorney in 10:25:22AM
18    connection with this deposition?
19    A    I am.                   10:25:25AM
20    Q    And who is that?             10:25:25AM
21    A    (Indicating). What was your name    10:25:27AM
22    again? I'm sorry.
23        MR. NOVIKOFF: Mr. Novikoff.      10:25:30AM
24        THE WITNESS: Mr. Novikoff.       10:25:32AM
25

Page 27

TYREE BACON

1
2     BY MR. GOODSTADT:                 10:25:33AM
3     Q    Mr. Novikoff is sitting right next to 10:25:34AM
4     you, correct?
5     A    Yes, he is.               10:25:37AM
6     Q    When did you first learn that the    10:25:38AM
7     plaintiffs in this case were making allegations
8     against Ocean Beach?
9        MR. NOVIKOFF: Objection. And my only 10:25:42AM
10    objection is allegations within the
11    complaint or just allegations in general?
12    That's my objection to form.
13    BY MR. GOODSTADT:                 10:25:51AM
14    Q    Allegations -- well, strike that.    10:25:52AM
15        Have you ever read a copy of the     10:25:54AM
16    Complaint?
17    A    I have not.               10:25:56AM
18    Q    Do you know what the plaintiffs in   10:25:57AM
19    this case are alleging?
20    A    Yes.                   10:26:00AM
21    Q    What's your understanding of what the 10:26:00AM
22    plaintiffs in this case are alleging?
23    A    That it's a bunch of nonsense.     10:26:06AM
24        MR. NOVIKOFF: No, that wasn't the   10:26:08AM
25    question. Listen to the question.

Page 28

TYREE BACON

1
2     Do you want to repeat it?          10:26:10AM
3        MR. GOODSTADT: Yeah.           10:26:10AM
4     BY MR. GOODSTADT:                 10:26:10AM
5     Q    What's your understanding of what the 10:26:10AM
6     plaintiffs in this case are alleging?
7     A    My understanding is that they were not 10:26:14AM
8     invited back. They're alleging that they were
9     fired because they've witnessed misconduct. In
10    my opinion, it's all nonsense. There's no basis
11    in truth to any of this.
12    Q    What misconduct is your understanding 10:26:36AM
13    that they claim they've witnessed?
14    A    Drinking, sex, excessive force.    10:26:41AM
15    Q    Anything else?              10:26:51AM
16    A    No. I think that about covers it.    10:26:53AM
17    Q    What excessive force is your       10:26:55AM
18    understanding of what these plaintiffs claim
19    that they witnessed?
20    A    I'm not sure. I wasn't there and I   10:27:01AM
21    didn't read the complaint, so I'm not certain.
22    Q    So your understandings is that they   10:27:06AM
23    claim they witnessed excessive force, but you
24    have no idea to what excessive force they claim?
25    A    Exactly.                 10:27:14AM

7 (Pages 25 to 28)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 29

TYREE BACON

1
2    Q    What allegations of sex is it your    10:27:14AM
3    understanding that the plaintiffs are claiming
4    they witnessed in this case?
5    A    Once again, I'm not sure.        10:27:20AM
6    Q    So just generally, they just claimed   10:27:23AM
7    they witnessed sex is your understanding?
8    A    Generally -- yeah, those three items   10:27:29AM
9    were general complaints. I didn't read the
10   complaint. I'm not certain of any specifics.
11   Q    And what's your understanding of what  10:27:38AM
12   drinking the plaintiffs allege they witnessed in
13   this case?
14   A    Once again, nothing specific.       10:27:44AM
15   Q    Do you know who they alleged to have   10:27:46AM
16   witnessed drinking?
17   A    No, I don't.            10:27:49AM
18   Q    Do you know who they alleged they      10:27:49AM
19   witnessed having sex?
20   A    No, I don't.            10:27:52AM
21   Q    Do you know who they alleged having to 10:27:53AM
22   have witnessed exercising excessive force?
23   A    No, I don't.            10:27:58AM
24   Q    What's the basis of your understanding 10:28:00AM
25   that that's what they're alleging?

Page 30

TYREE BACON

1
2    A    From the complaint, from the rumor   10:28:05AM
3    mill, from being here.
4    Q    So let's take those in order.. First  10:28:14AM
5    one you said is you learned from the complaint.
6    Didn't you testify you never saw a copy of the
7    complaint?
8    A    Correct. You're telling me about the  10:28:27AM
9    complaint. I met with a lawyer.
10   Q    I don't want to know any of the       10:28:32AM
11   substance of the discussion that you may have
12   had with your lawyer. But you said that the
13   complaint is your basis, not your lawyer. You
14   said the complaint.
15   MR. NOVIKOFF: He said the complaint. 10:28:39AM
16   He didn't specify the written complaint.
17   MR. GOODSTADT: Okay.       10:28:43AM
18   BY MR. GOODSTADT:          10:28:44AM
19   Q    So what complaint are you --       10:28:44AM
20   MR. NOVIKOFF: And then the witness  10:28:46AM
21   did say he talked to his lawyers about that,
22   and you appropriately told him that you
23   don't want to go through anything he said
24   with the lawyers. But I'm sorry.. That's my
25   objection.

Page 31

TYREE BACON

1
2    You can answer.          10:28:56AM
3    A    Okay. I got a phone call from       10:28:58AM
4    Mr. Michael Welch saying he wanted to speak to
5    me in regards to a complaint that was filed on
6    behalf of five complainants. I came to his
7    office. He went over my background --
8    MR. NOVIKOFF: Don't go over.     10:29:12AM
9    THE WITNESS: I'm sorry.      10:29:14AM
10   MR. NOVIKOFF: And you met with    10:29:15AM
11   Mr. Welch.
12   THE WITNESS: I met with Mr. Welch. 10:29:18AM
13   MR. NOVIKOFF: Leave it right there. 10:29:19AM
14   BY MR. GOODSTADT:          10:29:20AM
15   Q    And you met with Mr. Welch in       10:29:21AM
16   preparation for today's deposition?
17   A    Yes.                10:29:24AM
18   Q    When did you meet with Mr. Welch?    10:29:24AM
19   A    Two days ago.           10:29:26AM
20   Q    You met with him at his office?     10:29:28AM
21   A    Yes.                10:29:29AM
22   Q    How long was that meeting?        10:29:30AM
23   A    Two hours.            10:29:32AM
24   Q    Did you review any documents during   10:29:34AM
25   that meeting?

Page 32

TYREE BACON

1
2    A    My personnel jacket.         10:29:36AM
3    Q    Did your personnel jacket refresh your 10:29:39AM
4    recollection about any facts or issues?
5    A    He took the paperwork out and asked me 10:29:45AM
6    questions based on, you know, the time frame I
7    was employed by Ocean Beach --
8    MR. NOVIKOFF: No, no. Don't go    10:29:52AM
9    through any specific. You can answer that
10   he took out some paper; he showed it to you.
11   THE WITNESS: He didn't show me any  10:30:00AM
12   documents. He took them out, and he asked
13   questions based on those documents.
14   MR. NOVIKOFF: Got it. Okay.     10:30:05AM
15   BY MR. GOODSTADT:          10:30:05AM
16   Q    But before I asked you the question   10:30:05AM
17   whether you reviewed any documents during that
18   meeting with Mr. Welch. You said that you
19   reviewed your personnel jacket; is that correct?
20   MR. NOVIKOFF: Objection.      10:30:15AM
21   You can answer.          10:30:15AM
22   A    Yes, he had it. He took piece of    10:30:16AM
23   paper out by piece of paper, asked questions.
24   Did I read anything in my personnel jacket? No,
25   I did not.

8 (Pages 29 to 32)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 33

TYREE BACON

1
2    Q    Did you actually read any documents    10:30:24AM
3    during that meeting?
4    A    No, I did not.    10:30:27AM
5    Q    So I'll just go back to, again, you    10:30:29AM
6    said that -- when I asked you your basis of your
7    understanding of what was alleged, you said a
8    complaint.  What complaint were you referring
9    to?
10   A    The complaint that brought me here to    10:30:41AM
11   do this deposition.
12   Q    But you never saw that complaint?    10:30:44AM
13   A    I did not.    10:30:46AM
14   Q    Now, you said the rumor mill was    10:30:47AM
15   another basis of your understanding of the
16   allegations, correct?
17   A    Correct.    10:30:53AM
18   Q    What did you mean by the rumor mill?    10:30:54AM
19   A    Go to work, guys say that there's been    10:30:56AM
20   a complaint filed, nothing specific.
21   Q    Who said there was a complaint filed?    10:31:05AM
22   A    I can't remember anybody specific.    10:31:07AM
23   Q    Just guys generally?    10:31:12AM
24   A    In general, correct.    10:31:13AM
25   Q    How many guys?    10:31:15AM

Page 34

TYREE BACON

1
2    A    I don't know.  Could've been two or    10:31:19AM
3    three.  It could've been five or six.  I don't
4    remember any specifics.
5    Q    When did rumor mill start?    10:31:24AM
6    A    Last summer.    10:31:27AM
7    Q    So the summer of '07 or the summer of    10:31:29AM
8    '08?
9    A    The summer of '08, upon my arrival    10:31:32AM
10   back from Iraq.
11   Q    That's when you heard from the rumor    10:31:36AM
12   mill that there was --
13   A    Yes.    10:31:39AM
14   Q    -- a complaint that was filed?    10:31:39AM
15   A    Yes.    10:31:40AM
16   Q    What was stated about the complaint    10:31:42AM
17   that was filed?
18   A    Nothing specific.  That the five guys    10:31:45AM
19   who were not working for the village anymore
20   filed a complaint and they're suing the village.
21   Q    Did anyone tell you what they were    10:31:55AM
22   suing the village for?
23   A    No.    10:31:58AM
24   Q    At that point in time, the summer of    10:31:59AM
25   '08, when you first heard of the rumor mill, did

Page 35

TYREE BACON

1
2    you know what the five plaintiffs were suing
3    over in this case?
4    A    No.    10:32:06AM
5    Q    When did you first learn what the five    10:32:07AM
6    -- or at least your understanding of what the
7    five plaintiffs in this case were suing over?
8    A    That would've been Wednesday, when I    10:32:15AM
9    went with Mr. Welch.
10   Q    So is it your testimony, sir, that    10:32:20AM
11   prior to this Wednesday, you didn't know any of
12   the allegations in the complaint?
13         MR. NOVIKOFF:  Objection.    10:32:29AM
14         You can answer.    10:32:30AM
15   BY MR. GOODSTADT:    10:32:31AM
16   Q    Is that your testimony?    10:32:32AM
17   A    No, I didn't.    10:32:33AM
18   Q    You never spoke to Richard Bosetti    10:32:33AM
19   about it?
20   A    No.    10:32:36AM
21   Q    How long did the rumor mill go on for?    10:32:39AM
22   A    I'd hear at the beginning of the    10:32:45AM
23   shift.  I'd go out on patrol, do my thing.  I
24   may have heard it once or twice.
25   Q    And once or twice during the summer --    10:32:52AM

Page 36

TYREE BACON

1
2    during the season of '08?
3    A    Yes.    10:32:56AM
4    Q    Did you ever discuss your viewpoint, I    10:32:59AM
5    believe you called it -- I don't remember what
6    you called it, but something to the effect that
7    it was nonsense.  Did you ever discuss that
8    viewpoint with anybody?
9          MR. NOVIKOFF:  Objection.    10:33:11AM
10   A    I'm sure I turned around and said it    10:33:12AM
11   was probably nonsense.  I may have even used
12   words like bullshit.
13   Q    Okay.  At the time you heard the rumor    10:33:19AM
14   mill, you used the words like bullshit?
15   A    I may have.    10:33:23AM
16   Q    But how would you say it's bullshit if    10:33:24AM
17   you had no idea of what was being alleged at
18   that time, until last Wednesday?
19         MR. NOVIKOFF:  Objection.    10:33:28AM
20   Argumentative.
21         You can answer.    10:33:29AM
22   A    I don't know.    10:33:33AM
23         MR. NOVIKOFF:  Also form.    10:33:33AM
24         But you can answer.    10:33:33AM
25   A    I didn't know the whole facts behind    10:33:35AM

9  (Pages 33 to 36)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 37

TYREE BACON

1
2    it. They were not invited back for a reason,
3    and now they're making allegations to justify
4    why they're not back; and from things that I've
5    observed when working, I thought it was
6    nonsense.
7        Q    But what did you think was nonsense if 10:33:49AM
8    you didn't know what the allegations were until
9    Wednesday?
10       A    I didn't --                10:33:54AM
11           MR. NOVIKOFF: Wait. You've got to  10:33:55AM
12    let him finish.
13           Andrew, did you finish the question?  10:33:57AM
14           MR. GOODSTADT: I did.          10:33:59AM
15           MR. NOVIKOFF: Do you want to just  10:34:00AM
16    read it back so we're clear, please.
17           (Whereupon, the requested portion was  10:34:02AM
18    read back by the court reporter:  But what
19    did you think was nonsense if you didn't
20    know what the allegations were until
21    Wednesday?)
22           MR. NOVIKOFF: Note my objection.    10:34:13AM
23       A    Generally speaking, because I didn't  10:34:14AM
24    know any specifics of it, I generally thought it
25    was nonsense..

Page 38

TYREE BACON

1
2        Q    Okay. But you didn't know any of the  10:34:21AM
3    specifics of it, but did you know any
4    generalities of it, other than the fact there
5    was a complaint filed?
6           MR. NOVIKOFF: Objection.          10:34:31AM
7        A    I knew that they were alleging      10:34:32AM
8    misconduct and that they weren't invited back
9    because of that.
10       Q    And how did you know that they were  10:34:41AM
11    alleging misconduct and that they weren't
12    invited back because of that?
13       A    Just through the rumor mill.        10:34:48AM
14       Q    Okay. So the rumor mill was more than 10:34:50AM
15    just the fact that a complaint was filed. It
16    was that a complaint was filed alleging
17    misconduct, and they weren't invited back
18    because of it. Was that the rumor mill?
19           MR. NOVIKOFF: Objection.          10:35:01AM
20       A    I think that was probably what I had  10:35:01AM
21    assumed from it.
22       Q    What was the basis of that assumption? 10:35:04AM
23       A    We're going in circles here. You've  10:35:07AM
24    asked questions, I've answered them.. You know,
25    I don't understand what else you'd like me to

Page 39

TYREE BACON

1
2    say.
3        Q    Well, you just told me about an      10:35:16AM
4    assumption that you made.
5        A    Right.                    10:35:19AM
6        Q    And I want to know what lead you to  10:35:19AM
7    that assumption.
8           MR. NOVIKOFF: And you is asked that  10:35:22AM
9    when you said what was the basis of your
10    assumption that was nonsense, and he
11    answered that. I'm going to object.
12           But you have to answer again.       10:35:29AM
13       A    Okay.                    10:35:31AM
14           MR. GOODSTADT: No, no, no.         10:35:32AM
15    BY MR. GOODSTADT:
16       Q    The question, the basis of nonsense,  10:35:33AM
17    is different than what was the basis of your
18    assumption that they were alleging misconduct
19    and they were fired for that misconduct.
20       A    That assumption --            10:35:43AM
21           MR. NOVIKOFF: And you've already     10:35:44AM
22    asked that question also. Objection to
23    form.
24           But you -- please answer the question. 10:35:46AM
25       A    That assumption led me to believe it  10:35:46AM

Page 40

TYREE BACON

1
2    was nonsense.
3        Q    I'm not asking how you reached the    10:35:51AM
4    assumption that it was nonsense. I'm asking how
5    you reached the assumption that they were
6    alleging misconduct and they were fired because
7    of that.
8        A    Through the rumor mill.         10:36:01AM
9        Q    So you heard that's what they were   10:36:02AM
10    alleging?
11           MR.. NOVIKOFF: Objection.          10:36:04AM
12       A    Through the rumor mill, yes.        10:36:05AM
13       Q    And who alerted you to the fact that  10:36:07AM
14    they were alleging misconduct and that they were
15    fired because of that?
16       A    Once again, through the rumor mill.  10:36:14AM
17    Nobody specific.
18       Q    The rumor mill at the Ocean Beach    10:36:17AM
19    Police Department?
20       A    Yes.                    10:36:20AM
21       Q    Was there anyone outside of the Ocean 10:36:20AM
22    Beach Police Department that was part of the
23    rumor mill?
24       A    Not that I recall.              10:36:25AM
25       Q    Then you testified that the third    10:36:27AM

10  (Pages 37 to 40)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

TYREE BACON

1  
2  basis of your knowledge that those allegations
3  of drinking, sex and excessive force in this
4  case was being here.  What did you mean by that?
5      MR. NOVIKOFF:  Objection.      10:36:39AM
6      You can answer.            10:36:41AM
7   A    That's what I was informed by     10:36:42AM
8  Mr. Welch, was the general content of the
9  allegations that were made by them.
10   Q    Okay.  So it was nothing you      10:36:50AM
11  learned -- nothing you learned being here; it's
12  something that you learned prior to being here?
13   A    Yes.                  10:36:55AM
14      MR. NOVIKOFF:  I just have to caution 10:36:57AM
15  you.  You can speak about meeting with
16  Mr. Welch, meeting with me.  You can speak
17  about how long the meetings went on.  You
18  can speak about what documents you needed to
19  review to refresh your recollection, if any.
20  But you can't really talk about what
21  Mr. Welch said to you and what you said to
22  Mr. Welch.
23  BY MR. GOODSTADT:            10:37:28AM
24   Q    Have you ever spoken with George Hesse 10:37:31AM
25  about any allegations in this lawsuit?

TYREE BACON

1  
2   A    No, I have not.          10:37:35AM
3   Q    Have you ever spoken to Mayor Loeffler 10:37:37AM
4  about any allegations in this lawsuit?
5   A    No, I have not.          10:37:41AM
6   Q    Have you ever spoken to Gary Bosetti  10:37:42AM
7  about any allegations in this lawsuit?
8   A    No, I have not.          10:37:47AM
9   Q    Have you ever spoken to Richard      10:37:47AM
10  Bosetti about any allegations in this lawsuit?
11   A    No, I have not.          10:37:49AM
12   Q    Have you have spoken to Natalie Rogers 10:37:50AM
13  about any allegations in this lawsuit?
14   A    No, I have not.          10:37:55AM
15   Q    Have you ever spoken to Patrick Cherry 10:37:56AM
16  about any allegations in this lawsuit?
17   A    No, I have not.          10:37:58AM
18   Q    Have you spoken with Mary Ann Minerva 10:37:58AM
19  about any of the allegations in this lawsuit?
20   A    No.                  10:38:00AM
21   Q    Have you spoken with any of the      10:38:00AM
22  plaintiffs about the allegations in this
23  lawsuit?
24   A    No.                  10:38:04AM
25   Q    And other than for your assumption   10:38:05AM

TYREE BACON

1  
2  that it was bullshit, have you spoken with any
3  other current or former employees at Ocean Beach
4  about the allegations in this lawsuit?
5      MR. NOVIKOFF:  Motion -- I'm sorry.  10:38:18AM
6  Objection to form.
7      You can answer the question.       10:38:21AM
8   A    No, I have not.          10:38:22AM
9   Q    Have you ever spoken to any of the   10:38:24AM
10  individuals that I just listed about the fact
11  that a lawsuit had been filed?
12   A    No, I have not.          10:38:30AM
13   Q    And other than for Mr. Welch, have you 10:38:35AM
14  spoken with anybody else in this world about
15  either the fact that a lawsuit had been filed or
16  any allegations in the lawsuit?
17   A    My wife.              10:38:46AM
18   Q    Other than for your wife and         10:38:47AM
19  Mr. Welch, have you spoken to anybody else about
20  the fact that there's a lawsuit brought or any
21  allegations in the lawsuit?
22   A    My attorney (indicating).      10:38:55AM
23   Q    Anyone else?             10:38:58AM
24   A    Nope.                10:39:00AM
25   Q    When did you start working at Ocean  10:39:04AM

TYREE BACON

1  
2  Beach as a police officer?
3   A    Summer of 1990.           10:39:11AM
4   Q    Did you ever drink while on duty at  10:39:17AM
5  Ocean Beach?
6   A    Not on duty.             10:39:20AM
7   Q    Did you ever drink during your tour? 10:39:28AM
8   A    Actually, let me correct that.  Yes, 10:39:30AM
9  on duty.
10   Q    How many times did you drink on duty? 10:39:34AM
11   A    Once.                10:39:36AM
12   Q    When was that?            10:39:36AM
13   A    Prior to the defendants here being   10:39:42AM
14  terminated or let go or not invited back.
15   Q    And how long prior to that?       10:39:51AM
16   A    Probably the summer of '99.     10:39:59AM
17   Q    And were you in uniform at the time? 10:40:07AM
18   A    I was.               10:40:08AM
19   Q    And where were you drinking?       10:40:09AM
20   A    In the police station.       10:40:11AM
21   Q    What were you drinking?         10:40:15AM
22   A    It was a rum and Coke.        10:40:17AM
23   Q    Why were you drinking on duty in    10:40:23AM
24  uniform?
25   A    It was towards the end of the shift, 10:40:27AM

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 45

TYREE BACON

1
2    we had gotten a pizza, and Ed Carter went across
3    the street to CJ's to get what I thought was a
4    pitcher of Coke; and when I poured a glass, it
5    turned out to be a pitcher of rum and Coke.
6        Q    So Ed Carter brought back a pitcher of  10:40:42AM
7    rum and Coke --
8        A    Yes, he did.          10:40:46AM
9        Q    -- to the station?          10:40:46AM
10       A    Yes, he did.          10:40:47AM
11           MR. NOVIKOFF:  You've got to let him  10:40:47AM
12   finish.
13           THE WITNESS:  I understand.      10:40:49AM
14   BY MR. GOODSTADT:               10:40:50AM
15       Q    And at the time that he brought that  10:40:50AM
16   back and you tasted it and realized that it was
17   rum and Coke, did you continue to drink it?
18       A    No, I dumped it.      10:40:53AM
19       Q    So you only had one sip?      10:40:54AM
20       A    Correct.          10:40:56AM
21       Q    Have you ever witnessed any other  10:41:16AM
22   police officers in Ocean Beach drinking while on
23   duty?
24       A    No.          10:41:22AM
25       Q    Have you ever witnessed any Ocean  10:41:24AM

Page 46

TYREE BACON

1
2    Beach --
3        A    Let me correct that.      10:41:26AM
4            That night, the other guys who were on  10:41:27AM
5    shift also experienced the same thing.
6        Q    Who were the guys that were on shift?  10:41:33AM
7        A    I don't recall who was working that  10:41:35AM
8    particular tour.
9        Q    Do you recall any of the people at all  10:41:37AM
10   who were working that tour?
11       A    No, I don't.          10:41:40AM
12       Q    Was Ed Carter on duty at the time?  10:41:41AM
13       A    Yes, he was.          10:41:44AM
14       Q    Anyone else other than for you and Ed  10:41:45AM
15   Carter?
16       A    It was in the summertime, it was in  10:41:48AM
17   July, so there were probably six or seven other
18   officers.
19       Q    Have you ever witnessed anybody drink  10:42:03AM
20   before their shift?
21       A    No.          10:42:07AM
22       Q    Do you think it would be appropriate  10:42:10AM
23   for an officer to have a beer before going on
24   tour?
25       A    No, I don't think it would be      10:42:14AM

Page 47

TYREE BACON

1
2    appropriate.
3        Q    Do you know if there's any rules or  10:42:17AM
4    policies against it at Ocean Beach?
5        A    I'm sure there are.      10:42:21AM
6        Q    So if you were to learn that an      10:42:23AM
7    officer would eat lunch, have a beer at lunch
8    and then go on duty thereafter, you'd consider
9    that to be improper?
10       A    Depending on how much time.  If the  10:42:37AM
11   guy's working a 4 to 12 and he had it at lunch
12   and he was fit for duty, no, I wouldn't see that
13   as being improper.
14       Q    How about if somebody had a beer      10:42:45AM
15   during their shift on the lunch break?
16       A    I would think that that would be      10:42:50AM
17   improper.
18       Q    Even if it's only one beer, you think  10:42:54AM
19   that's improper?
20       A    Yes.          10:42:58AM
21       Q    And why do you believe that's      10:42:58AM
22   improper?
23       A    Because you're on duty.      10:43:01AM
24       Q    Do you know if there's any policy      10:43:04AM
25   against drinking while on duty?

Page 48

TYREE BACON

1
2        A    I'm sure there is.  I can't cite it  10:43:08AM
3    specifically.
4        Q    Did you ever have a drink in the      10:43:14AM
5    barracks prior to going on duty?
6        A    No.          10:43:18AM
7        Q    Did you ever hear that --      10:43:25AM
8            MR. NOVIKOFF:  Hold on one second.  10:43:27AM
9            THE WITNESS:  No, I'm done.  I just  10:43:29AM
10   wanted to make sure it wasn't anything
11   pressing.
12   BY MR. GOODSTADT:               10:43:34AM
13       Q    Did you ever hear of anybody      10:43:34AM
14   complaining about you drinking while on duty?
15       A    No.          10:43:39AM
16       Q    Did you ever drink at a bar in Ocean  10:43:42AM
17   Beach?
18       A    Yes.          10:43:46AM
19       Q    How many times?      10:43:48AM
20       A    A handful of times.      10:43:50AM
21       Q    How many is a handful?      10:43:52AM
22       A    Half a dozen, a dozen.      10:43:54AM
23       Q    Was that on days that you worked?  10:43:58AM
24       A    No.          10:44:01AM
25       Q    So it was on days where you didn't  10:44:05AM

12  (Pages 45 to 48)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 49

TYREE BACON

1
2   have any tours?
3       A   Correct.                    10:44:08AM
4       Q   So you came into Ocean Beach to go to 10:44:09AM
5   the bars, it wasn't after a tour?
6       A   It may have --              10:44:12AM
7           MR. NOVIKOFF: Objection.          10:44:14AM
8       You can answer.                10:44:14AM
9       A   It may have been after a tour or it   10:44:15AM
10  may have been on my day off.
11      Q   How many times did you go out drinking 10:44:20AM
12  after your tour in Ocean Beach?
13      A   Two or three times.            10:44:25AM
14      Q   Did you ever get drunk in the bars in 10:44:27AM
15  Ocean Beach?
16      A   No.                        10:44:31AM
17      Q   How many drinks does it take you to   10:44:31AM
18  get drunk?
19      A   Me? Three.                 10:44:34AM
20      Q   So you never had three drinks at a bar 10:44:36AM
21  in Ocean Beach?
22      A   No.                        10:44:40AM
23      Q   Would you consider it dangerous to   10:44:46AM
24  have a beer during your shift and then carry a
25  loaded firearm around?

Page 50

TYREE BACON

1
2           MR. NOVIKOFF: Objection.          10:44:52AM
3       You can answer.                10:44:53AM
4       A   Yes.                       10:44:54AM
5       Q   Did you ever have to be relieved from 10:45:03AM
6   your tour in a bar?
7       A   No.                        10:45:07AM
8       Q   Did you ever go to a bar in Ocean    10:45:13AM
9   Beach with either of the Bosetti brothers?
10      A   No.                        10:45:18AM
11      Q   How about with Arnold Hardman?      10:45:19AM
12      A   No.                        10:45:22AM
13      Q   Walter Moeller?                10:45:23AM
14      A   Yes.                       10:45:24AM
15      Q   How many times with Moeller?       10:45:24AM
16      A   Once or twice.               10:45:26AM
17      Q   How about Patrick Cherry?          10:45:28AM
18      A   None.                      10:45:30AM
19      Q   George Hesse?                10:45:30AM
20      A   Yes.                       10:45:31AM
21      Q   How many times?              10:45:32AM
22      A   Once or twice.               10:45:33AM
23      Q   When were the one or two times that   10:45:36AM
24  you went to a bar in Ocean Beach with George
25  Hesse?

Page 51

TYREE BACON

1
2       A   I can't remember anything specific.   10:45:43AM
3       Q   Do you recall what year it was?     10:45:45AM
4       A   It would've been after '99.        10:45:48AM
5           MR. NOVIKOFF: Just before your next  10:45:52AM
6   question, regular stips?
7           MR. GOODSTADT: Regular stips.      10:45:54AM
8       A   It was after '99.              10:45:58AM
9       Q   Do you recall what year after '99?   10:45:59AM
10      A   No.                        10:46:01AM
11      Q   What makes you believe that it was   10:46:05AM
12  after '99?
13      A   Because it was after I came back.    10:46:07AM
14  George wasn't there when I was there the first
15  time.
16      Q   Okay. Which bar or bars did you go to 10:46:12AM
17  with Mr. Hesse?
18      A   Bacci Beach would've been one of them, 10:46:21AM
19  CJ's would've been one, and McGuire's.
20      Q   Any other bars that you've been to   10:46:34AM
21  with Mr.. Hesse in Ocean Beach?
22      A   No.                        10:46:37AM
23      Q   Have you ever been to a bar with     10:46:38AM
24  Mr. Hesse outside of Ocean Beach?
25      A   Yes.                       10:46:41AM

Page 52

TYREE BACON

1
2       Q   How many times?              10:46:42AM
3       A   Three or four.               10:46:47AM
4       Q   George Hesse a friend of yours?      10:46:49AM
5       A   Professionally, yes.            10:46:51AM
6       Q   Do you guys socialize outside of work 10:46:53AM
7   ever?
8       A   The Christmas party, the end-of-summer 10:46:55AM
9   party. That's pretty much it.
10      Q   Any other occasions that you        10:47:04AM
11  socialized with Mr. Hesse outside of work?
12      A   No, that's pretty much it.         10:47:07AM
13      Q   How many times did you go to Bacci   10:47:10AM
14  Beach with Mr. Hesse?
15      A   Once.                      10:47:14AM
16      Q   Was that when you were off duty?     10:47:14AM
17      A   Yes.                       10:47:18AM
18      Q   Was Mr. Hesse off duty?          10:47:18AM
19      A   I believe so.                10:47:20AM
20      Q   Who else was there?            10:47:21AM
21          MR. NOVIKOFF: You mean in his group? 10:47:24AM
22  BY MR. GOODSTADT:                      10:47:25AM
23      Q   In your group.                10:47:25AM
24      A   Paul Carola was there.          10:47:27AM
25      Q   Anyone else?                10:47:31AM

13  (Pages 49 to 52)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 53

**TYREE BACON**

1
2    A    That's all that I remember.        10:47:34AM
3    Q    Did you guys eat a meal there?    10:47:35AM
4    A    Yes.                    10:47:37AM
5    Q    Did you have any drinks?        10:47:38AM
6    A    I think I had a beer.            10:47:40AM
7    Q    Do you know whether Hesse had any    10:47:42AM
8    drinks?
9    A    I don't recall.                10:47:44AM
10    Q    Who paid for that meal?        10:47:44AM
11    A    We all paid for it.            10:47:46AM
12    Q    Individually?                10:47:47AM
13    A    Yes.                    10:47:48AM
14    Q    When did you go to CJ's with        10:47:49AM
15    Mr. Hesse?
16    A    Same thing, it was for a meal.    10:47:53AM
17    Q    When was it?                10:47:55AM
18    A    I don't remember specifically.    10:47:56AM
19    Q    You don't recall what year it was?    10:47:58AM
20    A    No.  After '99.            10:48:00AM
21    Q    You don't recall what year between    10:48:04AM
22    1999 and today it was?
23    A    Nothing specific.            10:48:08AM
24    Q    Was it closer to today or closer to    10:48:11AM
25    1999?

Page 54

**TYREE BACON**

1
2    A    Closer to '99.                10:48:14AM
3    Q    Who else was at that meal at CJ's?    10:48:17AM
4    A    I think Walter Moeller was there for    10:48:20AM
5    that.
6    Q    Anyone else?                10:48:24AM
7    A    Not that I remember.            10:48:25AM
8    Q    Did you have any drinks at that meal?    10:48:26AM
9    A    I think, once again, I had a beer with    10:48:28AM
10    my burger.
11    Q    Do you know if Mr. Hesse had any    10:48:32AM
12    drinks at that meal?
13    A    I don't recall.                10:48:35AM
14    Q    Were you on duty at the time?        10:48:36AM
15    A    No, I was not.                10:48:37AM
16    Q    Was Hesse on duty?            10:48:38AM
17    A    I don't know.                10:48:39AM
18    Q    Was Moeller on duty?            10:48:40AM
19    A    I don't know.                10:48:42AM
20    Q    Were you wearing a uniform?        10:48:42AM
21    A    No.  None of the guys were in        10:48:44AM
22    uniforms.
23    Q    You said none of the guys, referring    10:48:48AM
24    to Hesse and Moeller and yourself?
25    A    Correct.                10:48:52AM

Page 55

**TYREE BACON**

1
2    Q    Who paid for that meal?        10:48:52AM
3    A    We divvied it up among the three of    10:48:55AM
4    us.
5    Q    When did you go to McGuire's with    10:48:58AM
6    Hesse?
7    A    Once again, after '99.  I don't        10:49:02AM
8    remember when specifically.
9    Q    Was it closer to '99 or closer to    10:49:12AM
10    today?
11    A    Closer to '99.                10:49:14AM
12    Q    Who else was there with you?        10:49:16AM
13        MR. NOVIKOFF:  If anybody.        10:49:23AM
14    A    I don't remember.  There was a crowd    10:49:25AM
15    there.
16        MR. GOODSTADT:  You mean in his group? 10:49:29AM
17    BY MR. GOODSTADT:                10:49:30AM
18    Q    I was going to say with you.        10:49:30AM
19    A    With us, nothing.            10:49:31AM
20    Q    So it was you and Hesse?        10:49:33AM
21    A    Me and George, yes.            10:49:35AM
22    Q    Were you off duty at the time?    10:49:36AM
23    A    Yes.                    10:49:38AM
24    Q    Was Hesse off duty?            10:49:38AM
25    A    I don't know.                10:49:40AM

Page 56

**TYREE BACON**

1
2    Q    Were either of you in uniforms?    10:49:42AM
3    A    I was not.                10:49:44AM
4    Q    Was he?                10:49:44AM
5    A    No, he wasn't.                10:49:46AM
6    Q    Did you have any alcohol at that    10:49:47AM
7    meeting?
8    A    It wasn't a meeting.  It was --    10:49:49AM
9    Q    Would you go there to have a meal?    10:49:52AM
10    Did you have a meal there that day?
11    A    No.  That time we didn't have a meal,    10:49:55AM
12    no.
13    Q    So that time you were there to drink?  10:49:58AM
14    A    Just to be social.            10:50:00AM
15    Q    Okay.  Did you have any drinks that    10:50:01AM
16    night?
17    A    Yes.                    10:50:05AM
18    Q    What time were you at McGuire's?    10:50:06AM
19    A    It was after they were done with the    10:50:12AM
20    restaurant, so I'm going to say 10 or 11:00.
21    Q    Do you recall what month it was?    10:50:18AM
22    A    It was in the off season, so it had to 10:50:22AM
23    be after Labor Day.
24    Q    Did you have any alcohol?        10:50:30AM
25    A    Yes.                    10:50:31AM

14 (Pages 53 to 56)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 57

TYREE BACON

1
2    Q    What did you drink that night?    10:50:32AM
3    A    I don't remember.    10:50:33AM
4    Q    How many drinks did you have?    10:50:34AM
5    A    Maybe one, two tops.    10:50:37AM
6    Q    Did Hesse have any alcohol that night? 10:50:38AM
7    A    I don't recall what he drank.    10:50:41AM
8    Q    Who paid for your drinks?    10:50:42AM
9    A    I paid for one, and I think I bought a 10:50:44AM
10   round and he bought a round.
11   Q    When you say "a round," do you know    10:50:49AM
12   what it means to pay a round?
13   A    You know, I bought my drink and his    10:50:51AM
14   the first time, and he bought, you know, his and
15   mine the second time.
16   Q    So he did have alcohol that night?    10:50:58AM
17       MR. NOVIKOFF:  Objection.    10:51:00AM
18   A    It may have been a soda.  I don't    10:51:01AM
19   recall what he drank.  But I put money on the
20   bar; they took money from me.  Then he put money
21   on the bar; they took money from him.
22   Q    Was John Oley there with you?    10:51:11AM
23   A    No.    10:51:16AM
24   Q    Was John Oley at CJ's with you?    10:51:16AM
25   A    No.    10:51:19AM

Page 58

TYREE BACON

1
2    Q    Was he at Bacci Beach with you?    10:51:20AM
3    A    No.    10:51:22AM
4    Q    Did you ever see Patrick Cherry drink 10:51:33AM
5    at Ocean Beach?
6    A    No.    10:51:36AM
7    Q    How about the Bosettis, did you ever    10:51:36AM
8    see them drink at Ocean Beach?
9    A    Yeah, all the time.    10:51:40AM
10   Q    What do you mean by "all the time"?    10:51:41AM
11   A    Off duty.  I worked midnights, they    10:51:42AM
12   worked 4 to 12s.  When they got off duty, I'd
13   see them in town.
14   Q    Did you ever see them drunk in Ocean    10:51:50AM
15   Beach?
16   A    I may have once or twice.    10:51:54AM
17   Q    What years?    10:51:57AM
18   A    I have no idea.  It was after '99.    10:51:57AM
19   Q    Did you ever see them drinking in the 10:52:03AM
20   barracks?
21   A    Yes.    10:52:05AM
22   Q    How many times?    10:52:05AM
23   A    A couple of times.    10:52:07AM
24   Q    How many is a couple?    10:52:08AM
25   A    Two or three.    10:52:10AM

Page 59

TYREE BACON

1
2    Q    What were they drinking in the    10:52:12AM
3    barracks?
4    A    Beer.    10:52:14AM
5    Q    Did you ever see them drink in the    10:52:16AM
6    police station?
7    A    No.    10:52:19AM
8    Q    Did you ever see Arnold Hardman    10:52:27AM
9    drinking in Ocean Beach?
10   A    I never saw Arnie drink at all.    10:52:31AM
11   Q    And other than for the times that you 10:52:33AM
12   testified about thus far, have you ever seen
13   George Hesse drink in Ocean Beach?
14       MR. NOVIKOFF:  Okay, other than --    10:52:44AM
15   BY MR. GOODSTADT:    10:52:45AM
16   Q    Other than what you testified to thus 10:52:45AM
17   far.
18   A    Yes.    10:52:48AM
19   Q    How many times?    10:52:48AM
20   A    A handful of times, and that would be 10:52:50AM
21   two, three, four, five.  I'm not certain.
22   Q    What places have you seen George Hesse 10:52:58AM
23   drink in Ocean Beach?
24   A    CJ's, the Albatross, McGuire's.    10:53:02AM
25   Q    Anywhere else?    10:53:15AM

Page 60

TYREE BACON

1
2    A    I think that's about it.    10:53:16AM
3    Q    Was he on duty on any of those    10:53:20AM
4    occasions?
5    A    I don't believe so.    10:53:22AM
6    Q    Was he in uniform on any of those    10:53:23AM
7    occasions?
8    A    No.    10:53:25AM
9    Q    Did you ever see George Hesse drunk in 10:53:27AM
10   Ocean Beach?
11   A    No.    10:53:30AM
12   Q    Is there any policy regarding drinking 10:53:34AM
13   in the bars when you're off duty in Ocean Beach?
14       MR. NOVIKOFF:  Presently?    10:53:40AM
15   BY MR. GOODSTADT:    10:53:40AM
16   Q    At any point in time that you worked    10:53:41AM
17   there.
18   A    No, I don't believe there was.    10:53:43AM
19   Q    You don't recall Joe Loeffler, Sr.    10:53:44AM
20   having a policy that off-duty officers couldn't
21   drink in the bars at Ocean Beach?
22   A    That was back in the early '90s, there 10:53:52AM
23   was.  But under Eddie Paradiso, I don't -- Eddie
24   changed some of the policies and procedures, and
25   we never all got copies of them.

15 (Pages 57 to 60)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 61

TYREE BACON

1
2    Q    Did he change that policy?          10:54:04AM
3    A    I have no idea.                     10:54:06AM
4    Q    So you don't know one way or the other 10:54:07AM
5    whether it was still --
6    A    No.                                 10:54:11AM
7    Q    -- in effect?                       10:54:11AM
8    A    No, I do not.                       10:54:12AM
9    Q    Did you ever confiscate any beer in 10:54:15AM
10   Ocean Beach?
11   A    No, I didn't.                       10:54:18AM
12   Q    Was there a policy as to what would 10:54:20AM
13   happen to beer that would be confiscated in
14   Ocean Beach?
15       MR. NOVIKOFF:  Objection.           10:54:27AM
16   A    None that I'm aware of.             10:54:29AM
17   Q    So had you had the occasion to      10:54:31AM
18   confiscate beer, you wouldn't know what to do
19   with it?
20       MR. NOVIKOFF:  Objection.           10:54:36AM
21       If you can answer.                  10:54:39AM
22   A    No, I don't.                        10:54:40AM
23   Q    Do you know whether police officers, 10:54:46AM
24   whether on duty or off, were permitted to drink
25   beer that was confiscated?

Page 62

TYREE BACON

1
2        MR. NOVIKOFF:  Objection.           10:54:56AM
3    A    Repeat that.                        10:54:57AM
4    Q    Do you know whether police officers in 10:54:58AM
5    Ocean Beach, whether they be on duty or off
6    duty, were entitled or permitted to drink beer
7    that was confiscated?
8        MR. NOVIKOFF:  Objection.           10:55:09AM
9    A    I don't know if that was permitted or 10:55:10AM
10   not, no.
11   Q    Do you know whether that happened or 10:55:13AM
12   not?
13   A    Yes, it happened all the time.      10:55:14AM
14   Q    And who drank beer that was         10:55:16AM
15   confiscated?
16   A    Everybody.                          10:55:20AM
17   Q    Tell me who.                        10:55:21AM
18   A    Well, we can start with one, two,   10:55:24AM
19   three of the defendants.
20   Q    Which ones?                         10:55:30AM
21   A    Or complainants, whatever --        10:55:30AM
22       MR. NOVIKOFF:  Plaintiffs.          10:55:32AM
23       THE WITNESS:  Plaintiffs, thank you. 10:55:33AM
24   A    Myself, the Bosettis, Walter Moeller, 10:55:35AM
25   Chief Hesse, Chief Paradiso.  Just about

Page 63

TYREE BACON

1
2    everybody who was on the roster at one point or
3    another had taken a beer out of the refrigerator
4    which had been confiscated previously, whether
5    it was that tour, a week before, and would take
6    one for the ride home.
7    Q    What do you mean, would take one for 10:56:05AM
8    the ride home?
9    A    Weed take it.  When we got to the   10:56:09AM
10   checkpoint, we'd have a cold one before we left.
11   Q    Did you ever drink the beer in the  10:56:14AM
12   vehicle on the way to the checkpoint?
13   A    No, I did not.                      10:56:19AM
14   Q    Did you ever witnesses anybody drink a 10:56:20AM
15   beer in the police vehicle on the way to the
16   station -- on the way to the checkpoint?
17   A    No.                                 10:56:29AM
18   Q    Did you ever go in a vehicle with   10:56:29AM
19   either of the Bosetti brothers to the
20   checkpoint?
21   A    No.                                 10:56:37AM
22   Q    Did you ever go in a --             10:56:37AM
23   A    Let me -- there were times when we  10:56:37AM
24   brought them out.  If I worked midnights and
25   they worked 4 to 12s, and they chose to stay

Page 64

TYREE BACON

1
2    around to go frequent any of the establishments,
3    after 4:00, 5:00 in the morning, when the place
4    closed up, we may take them to the checkpoint.
5    That's happened, yes.
6    Q    Why would you or any other officers  10:56:56AM
7    take them to the checkpoint?
8    A    So they can get their cars and go home 10:57:01AM
9    so they didn't have to wait for the ferry in the
10   morning.
11   Q    So you did that while you were on    10:57:05AM
12   duty?
13   A    Yes.                                10:57:08AM
14   Q    Did anybody instruct you to do that? 10:57:08AM
15   A    Nobody instructed me to do it.  We did 10:57:12AM
16   not just for them.  We did it for almost anybody
17   who chose to stick around after their shift and
18   they needed a ride out.  It was after the water
19   taxis had shut down.
20   Q    When you say almost anyone, you mean 10:57:21AM
21   almost any of the police officers?
22   A    Yes.                                10:57:25AM
23   Q    Who else have you driven off, other  10:57:25AM
24   than the Bosettis, during your shift?
25   A    During my shift?  Anybody who's on the 10:57:29AM

16 (Pages 61 to 64)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 65

TYREE BACON

1  roster.  Anybody who was a member of the
2  department between 1999 and now has been driven
3  back to the checkpoint at one point or another.
4  **Q   So my question was:  Who have you   10:57:40AM**
5  **driven back to the check point while you were on**
6  **tour?**
7     A   I've driven the Bosettis.  I've driven 10:57:46AM
8  Chief Hesse.  Who else?  John Oley, Gordon
9  Barra, Brian Butler.  And those are some of the
10 names.  I'm sure there's at least 10 others that
11 escape me.
12    **Q   Have you ever driven any of the   10:58:12AM**
13 **plaintiffs to the checkpoint while you were on**
14 **tour?**
15    A   Not that I recall.          10:58:17AM
16    **Q   Each time you drove any of those   10:58:19AM**
17 **officers that you testified to, it was because**
18 **they stayed around after their tour, going to**
19 **the bars?**
20    A   Or -- yes.          10:58:28AM
21    **Q   Did you ever sleep in the barracks?   10:58:29AM**
22    A   A few times.          10:58:30AM
23    **Q   Overnight?          10:58:32AM**
24    A   No.          10:58:33AM

Page 66

TYREE BACON

1     **Q   Did you ever sleep in the barracks   10:58:35AM**
2  **during a tour?**
3     A   Yes.          10:58:38AM
4     **Q   How many times?          10:58:38AM**
5     A   A couple of times.          10:58:40AM
6     **Q   Did anyone know about that?   10:58:43AM**
7     A   Sure.  When you take your meal break, 10:58:45AM
8  you go up to the barracks and try to catch a
9  couple of winks.
10    **Q   That was an accepted practice?   10:58:52AM**
11    A   I was on my meal break.          10:58:54AM
12    **Q   But is that an accepted practice --   10:58:55AM**
13    A   Yes.          10:58:59AM
14    **Q   -- on your meal practice break to go   10:58:59AM**
15 **catch a couple of winks up in the barracks?**
16    A   Yes.          10:59:04AM
17    **Q   What time would you take your meal   10:59:04AM**
18 **breaks during the midnight to 8 tour?**
19    A   Five.  After 5.          10:59:11AM
20    **Q   After the bars shut down and the town 10:59:12AM**
21 **got quiet?**
22    A   Yes.          10:59:15AM
23    **Q   I believe you testified that three of 10:59:19AM**
24 **the plaintiffs drank beer that was confiscated.**

Page 67

TYREE BACON

1  **Which plaintiffs were you referring to?**
2     A   Mr. Carter, Mr. Snyder and Mr. Nofi. 10:59:26AM
3        MR. NOVIKOFF:  I'm sorry.  Carter,   10:59:35AM
4  Snyder and Nofi?
5  BY MR. GOODSTADT:          10:59:38AM
6     **Q   How many times did you see Carter   10:59:38AM**
7  **drink beer that was confiscated?**
8     A   A bunch.          10:59:41AM
9     **Q   How many?          10:59:41AM**
10    A   Half dozen.          10:59:42AM
11    **Q   You actually witnessed him drinking   10:59:43AM**
12 **the beer?**
13    A   Yes.          10:59:46AM
14    **Q   Where did he drink those beers?   10:59:46AM**
15    A   Station house, barracks.          10:59:48AM
16    **Q   Did you ever drink any of the beer in 10:59:50AM**
17 **the station house?**
18    A   No.          10:59:53AM
19    **Q   Did you ever drink any of the beer   10:59:54AM**
20 **that you took from the refrigerator in the**
21 **barracks?**
22    A   Yes.          10:59:59AM
23    **Q   So other than the barracks and the   11:00:00AM**
24 **checkpoint, where else would you drink beer that**

Page 68

TYREE BACON

1  **you had taken from the refrigerator?**
2     A   That was it.          11:00:08AM
3     **Q   How many times did you see Snyder   11:00:08AM**
4  **drink beer that was confiscated?**
5     A   Once or twice.          11:00:12AM
6     **Q   When would you see Snyder do that?   11:00:13AM**
7     A   I don't remember anything specific.   11:00:15AM
8  When he was still working there.
9     **Q   Do you recall what year?          11:00:19AM**
10    A   After '99.          11:00:20AM
11    **Q   Do you recall what year after '99?   11:00:21AM**
12    A   No.          11:00:22AM
13    **Q   Was it closer to '99 or closer to   11:00:24AM**
14 **today?**
15    A   Closer to '99.          11:00:27AM
16    **Q   How about Nofi, how many times did you 11:00:30AM**
17 **see him drink a beer that was confiscated?**
18    A   Once or twice.          11:00:35AM
19    **Q   Where did you see him drink the beer?   11:00:36AM**
20    A   In the station house.          11:00:37AM
21    **Q   When was that?          11:00:38AM**
22    A   Same time frame.          11:00:39AM
23    **Q   After '99?          11:00:40AM**
24    A   Yes.          11:00:41AM

17  (Pages 65 to 68)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 69

TYREE BACON

1
2    Q    But you don't know what year?    11:00:42AM
3    A    No.                    11:00:43AM
4    Q    Who else was there when Nofi drank in  11:00:43AM
5    the station house?
6    A    I don't recall.          11:00:47AM
7    Q    Who else was there when Snyder drank  11:00:47AM
8    in the station house?
9    A    I don't recall.          11:00:50AM
10   Q    Who else was there when Carter drank  11:00:50AM
11   in the station house?
12   A    I don't recall.          11:00:53AM
13   Q    You don't recall a single person that  11:00:53AM
14   was there?
15   A    No.                  11:00:56AM
16   Q    Did you ever see Frank Fiorillo drink  11:00:59AM
17   a beer that was confiscated?
18   A    No.                  11:01:03AM
19   Q    And you never saw Kevin Lamm drink a  11:01:03AM
20   beer that was confiscated?
21   A    No.                  11:01:13AM
22   Q    Do you know what rocket fuel is?    11:01:26AM
23   A    Yes.                  11:01:27AM
24   Q    What's rocket fuel?        11:01:28AM
25   A    It's a drink that they make over at  11:01:29AM

Page 70

TYREE BACON

1
2    CJ's.
3    Q    What's in it?              11:01:31AM
4    A    I'm not sure.            11:01:34AM
5    Q    Did you ever have a rocket fuel?    11:01:35AM
6    A    Yes.                  11:01:36AM
7    Q    How many times?          11:01:37AM
8    A    Once.                11:01:37AM
9    Q    Where did you have that rocket fuel?  11:01:38AM
10   A    Back at the checkpoint.        11:01:40AM
11   Q    How did you get that rocket fuel?    11:01:41AM
12   A    CJ's was closing. It was the end of  11:01:44AM
13   the shift. I had a rocket fuel, and we went
14   back to the checkpoint and had it in the parking
15   lot.
16   Q    Did you go to pick it up at CJ's or  11:01:53AM
17   was it brought to the station?
18   A    It was brought to the station.    11:01:58AM
19   Q    Who brought it to the station?    11:02:00AM
20   A    I don't recall.          11:02:01AM
21   Q    Did one of the officers bring it to  11:02:02AM
22   the station or did someone who worked at CJ's
23   bring it?
24   A    Actually, it was somebody who worked  11:02:07AM
25   at CJ's.

Page 71

TYREE BACON

1
2    Q    They delivered the rocket fuels to the  11:02:10AM
3    station?
4    A    Yes.                  11:02:12AM
5    Q    Did you pay for the rocket fuel?    11:02:13AM
6    A    No, he brought it in and gave it to us  11:02:15AM
7    for free, unless somebody else had paid for it.
8    Q    Did you ever see anyone drink rocket  11:02:26AM
9    fuels in the station?
10   A    No.                  11:02:30AM
11   Q    Did you ever hear that the plaintiffs  11:02:32AM
12   in this case complained that they were required
13   to clean up cups and debris from alcoholic
14   beverages in the station?
15       MR. NOVIKOFF: Can you just read that  11:02:42AM
16   question. I didn't quite get it.
17       (Whereupon, the requested portion was  11:02:53AM
18   read back by the court reporter: Did you
19   ever hear that the plaintiffs in this case
20   complained that they were required to clean
21   up cups and debris from alcoholic beverages
22   in the station?)
23   A    No.                  11:02:54AM
24   Q    Did you ever hear that they were    11:02:57AM
25   required to clean up cups and debris from

Page 72

TYREE BACON

1
2    alcoholic beverages in the station?
3    A    No.                  11:03:03AM
4    Q    Did you ever have to clean up cups ask  11:03:03AM
5    debris from alcoholic beverages in the station?
6    A    No. Can I elaborate on that a little?  11:03:07AM
7    We all had to clean up the station. You know,
8    if there was trash and it was overflowing, you
9    would take the trash out, you know. And there
10   were times that there were pizza boxes or lunch
11   wrappers and stuff like that. But as far as
12   alcoholic beverages, no.
13   Q    Do you know why Joe Loeffler, Sr. had  11:03:36AM
14   a policy against off-duty police officers
15   drinking in the bars on Ocean Beach?
16       MR. NOVIKOFF: Objection.        11:03:44AM
17   A    Probably public perception is what I  11:03:44AM
18   would imagine.
19   Q    What do you mean by that?        11:03:48AM
20   A    If you're working a 4 to 12 and you're  11:03:49AM
21   out there in uniform with the public and then
22   you're frequenting the establishments, it
23   doesn't look good for the public.
24       MR. NOVIKOFF: The question was do you  11:03:58AM
25   know.

18  (Pages 69 to 72)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 73

TYREE BACON

1
2    THE WITNESS:  Do I know?          11:04:01AM
3        MR. NOVIKOFF:  No guessing.  You     11:04:02AM
4    answered the question.  But just for the
5    future, the question --
6    A    No, I don't know, then.          11:04:05AM
7    Q    But that was your understanding of    11:04:07AM
8    why?
9    A    Yes.                11:04:09AM
10   Q    You thought it would compromise or    11:04:09AM
11   undermine you as a police officer if you were
12   drinking and socializing with the people in the
13   village at the bars?
14       MR. NOVIKOFF:  Objection.          11:04:19AM
15   A    It could.                11:04:21AM
16   Q    Did George Hesse ever -- well, strike  11:04:26AM
17   that.
18       I realize that you've called George    11:04:30AM
19   Hesse Chief Hesse a bunch of times.
20   A    Yes.                11:04:35AM
21   Q    Okay.  Do you refer to him as Chief    11:04:35AM
22   Hesse?
23   A    Yes.                11:04:38AM
24   Q    Do you still refer to him as Chief    11:04:38AM
25   Hesse?

Page 74

TYREE BACON

1
2    A    Yes.                11:04:41AM
3    Q    Do you know if any other people refer  11:04:42AM
4    to him still as Chief Hesse?
5    A    Everybody that works in the       11:04:46AM
6    department.
7    Q    Is he currently the chief?          11:04:47AM
8    A    I believe he's the deputy chief or   11:04:49AM
9    acting deputy chief.
10   Q    Who is the chief?              11:04:54AM
11   A    There is none right now.          11:04:55AM
12   Q    So currently George Hesse is the      11:04:57AM
13   highest ranking officer in the department?
14       MR. NOVIKOFF:  Objection.          11:05:01AM
15   A    Yes.                11:05:02AM
16   Q    Do you know if anyone outside -- have  11:05:05AM
17   you ever heard of anyone outside the village
18   refer to George Hesse as Chief Hesse?
19       MR. NOVIKOFF:  Objection.          11:05:13AM
20   A    Yes.                11:05:14AM
21   Q    Who?                11:05:17AM
22   A    People in town.             11:05:19AM
23   Q    In the Town of Islip?          11:05:21AM
24   A    Village of Ocean Beach.  No, the     11:05:23AM
25   townspeople in the Village of Ocean Beach.

Page 75

TYREE BACON

1
2    Q    How about outside the village?     11:05:28AM
3        MR. NOVIKOFF:  Wait a minute.      11:05:30AM
4        Have you ever heard people who are not 11:05:31AM
5    residents of Ocean Beach in Ocean Beach
6    refer to Chief Hesse or anyone outside of
7    the village, regardless of whether they are
8    residents, refer to him as chief?
9        MR. GOODSTADT:  Correct.  The latter. 11:05:41AM
10       MR. NOVIKOFF:  The latter.  Okay.     11:05:43AM
11   Objection.
12       You can answer.             11:05:46AM
13   A    Yes.                11:05:47AM
14   Q    Have you ever heard non-residents --  11:05:48AM
15   A    Yes.                11:05:50AM
16   Q    -- and non-police officers refer to   11:05:51AM
17   George Hesse as Chief Hesse outside the village?
18   A    Non-residents, but those were police  11:05:57AM
19   officers.
20   Q    Police officers in Ocean Beach or     11:06:01AM
21   police officers in other areas?
22   A    Police officers from Suffolk County.  11:06:04AM
23   Q    Does George Hesse currently carry a   11:06:13AM
24   firearm?
25   A    No, he does not.             11:06:17AM

Page 76

TYREE BACON

1
2    Q    Does he wear a uniform?          11:06:18AM
3    A    No, he does not.             11:06:20AM
4    Q    What does he wear to work every day?  11:06:21AM
5    A    Civilian clothes.             11:06:24AM
6    Q    What do you mean by that?          11:06:25AM
7    A    Civilian clothes.             11:06:26AM
8    Q    Jeans, T-shirt?              11:06:27AM
9    A    Suit and tie, jeans and a T-shirt,    11:06:29AM
10   dress slacks and a collared shirt.
11   Q    When was the last time you recall     11:06:37AM
12   seeing George Hesse wearing a uniform?
13   A    Prior to his indictment.          11:06:43AM
14   Q    Do you know when his indictment was?  11:06:47AM
15   A    March or April of 2006 -- no, 2007.   11:06:49AM
16   Q    What's your understanding of what     11:07:01AM
17   George Hesse was indicted for?
18       MR. NOVIKOFF:  Objection.          11:07:05AM
19       MR. CONNOLLY:  Objection.          11:07:07AM
20   A    He was indicted for a crime.       11:07:07AM
21   Q    What crime?                11:07:09AM
22   A    Gang assault.             11:07:12AM
23   Q    Do you know who the alleged victim is? 11:07:16AM
24   A    The name I've heard was Gilbert or Gil 11:07:20AM
25   Bard.

19  (Pages 73 to 76)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 77

```
 1              TYREE BACON
 2     Q   Do you know where the alleged crime   11:07:25AM
 3 occurred?
 4     A   Yes.                    11:07:28AM
 5     Q   Where?                  11:07:28AM
 6     A   In the police station.       11:07:29AM
 7     Q   How did you learn that that's where   11:07:31AM
 8 the alleged crime occurred?
 9     A   I was at the arraignment.        11:07:34AM
10     Q   Have you ever read the indictment?   11:07:38AM
11     A   No, I did not.            11:07:40AM
12     Q   Have you ever discussed with George   11:07:41AM
13 Hesse any allegations related to Mr. Gilbert?
14     A   No.                    11:07:48AM
15     Q   Were you on duty that night?      11:07:48AM
16     A   I was not.               11:07:50AM
17     Q   When was the incident alleged to have   11:07:51AM
18 occurred?
19     A   I'm not even certain.  I wasn't there. 11:07:54AM
20     Q   Do you know who was there?        11:07:57AM
21         MR. NOVIKOFF: Objection. He wasn't   11:07:59AM
22     there, so how could he know?  He could've
23     heard from another source.  If that's the
24     question, that's fine.
25         MR. GOODSTADT: That's --        11:08:09AM
```

Page 78

```
 1              TYREE BACON
 2         MR. NOVIKOFF: Okay.          11:08:10AM
 3     A   Yeah, the officers that were named in  11:08:11AM
 4 the indictment.
 5     Q   Which are who?            11:08:14AM
 6     A   Chief Hesse, Arnie Hardman, Paul     11:08:16AM
 7 Corolla.  And who was the other one?  Bill
 8 Embry.
 9     Q   Did you ever discuss with Arnold    11:08:40AM
10 Hardman any allegations with respect to the
11 Gilbert matter?
12     A   I have not.              11:08:46AM
13     Q   Have you ever discussed with Paul    11:08:46AM
14 Corolla any allegations with respect to the
15 Gilbert matter?
16     A   I have not.              11:08:50AM
17     Q   Have you ever spoken to William Embry 11:08:51AM
18 with respect to the allegations in the Gilbert
19 matter?
20     A   I have not.              11:08:57AM
21         MR. NOVIKOFF: Hold on one second..   11:09:04AM
22     Let's take a two-minutes break.
23         MR. GOODSTADT: Sure.         11:09:09AM
24         THE VIDEOGRAPHER: The time is 11:10. 11:09:10AM
25     We're going off the record.
```

Page 79

```
 1              TYREE BACON
 2         (Whereupon, a discussion was held off 11:09:13AM
 3     the record.)
 4         THE VIDEOGRAPHER: The time is 11:27.  11:26:51AM
 5     We are back on the record.
 6 BY MR. GOODSTADT:                 11:26:57AM
 7     Q   Sir, have you ever spoken to any of   11:26:59AM
 8 George Hesse's lawyers about the Gilbert
 9 incident?
10     A   No, I have not.           11:27:06AM
11     Q   Have you spoken to Mr. Embry's lawyer  11:27:07AM
12 about the Gilbert incident?
13     A   No.                    11:27:13AM
14     Q   Have you spoken to Mr. Hardman's     11:27:13AM
15 lawyer about the Gilbert incident?
16     A   No, I have not.           11:27:18AM
17     Q   Have you ever spoken with         11:27:19AM
18 Mr. Corolla's lawyer about the Gilbert incident?
19     A   No, I have not.           11:27:22AM
20     Q   Do you know who Gary Sisler is?     11:27:23AM
21 Sisker?
22     A   Yes.                   11:27:26AM
23     Q   Who is Gary Sisker?          11:27:26AM
24     A   He was the attorney that I had      11:27:28AM
25 retained when I was suspended from MacArthur
```

Page 80

```
 1              TYREE BACON
 2 Airport.
 3     Q   What were you suspended for?      11:27:35AM
 4     A   For the Maureen Walsh incident.     11:27:38AM
 5     Q   How long were you suspended for?    11:27:41AM
 6     A   I'm still suspended to this day, from  11:27:43AM
 7 January 21st, 1999 until today, pending an
 8 investigation.
 9     Q   Did you ever challenge that        11:27:53AM
10 suspension?
11     A   That's what -- Gary sent a couple of  11:27:56AM
12 letters to the town attorney, and he never
13 responded.
14     Q   Did you ever file notice of claim    11:28:02AM
15 against the town?
16     A   No.                    11:28:05AM
17     Q   Do you know what the official reason  11:28:09AM
18 for your suspension is?
19     A   Pending an investigation, that's what 11:28:14AM
20 I was notified.
21     Q   What was the official --         11:28:17AM
22     A   There was --              11:28:19AM
23         MR. NOVIKOFF: Hold on.         11:28:20AM
24 BY MR. GOODSTADT:                 11:28:21AM
25     Q   What was the official reason given for 11:28:22AM
```

20  (Pages 77 to 80)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 81

TYREE BACON

1
2    your suspension?
3         MR. NOVIKOFF:  Objection to form and   11:28:24AM
4    foundation.  There's no establishment that
5    there has been an official reason given.
6         You can answer.            11:28:31AM
7    A    There was never an official reason.   11:28:31AM
8    It was pending an investigation.
9    Q    And the Maureen Walsh incident, you   11:28:35AM
10   said you were issuing a summons, that's how it
11   started?
12   A    Yes.                  11:28:53AM
13   Q    What year was that?         11:28:53AM
14   A    1999.                 11:28:54AM
15   Q    1999 -- well, strike that..    11:28:55AM
16        What was the summons for?       11:28:56AM
17   A    Dog in the airport on a leash.  The   11:28:57AM
18   dog needed to be in a crate.  She was bringing
19   the dog into the building.  It needed to be in a
20   kennel cage.
21   Q    And you were security?        11:29:08AM
22   A    Yes.                  11:29:09AM
23   Q    What was your actual title there at   11:29:09AM
24   the time?
25   A    Airport security guard.      11:29:11AM

Page 82

TYREE BACON

1
2    Q    As an airport security guard in 1999,   11:29:13AM
3    did you have the authority to issue a summons
4    for a dog on a leash?
5    A    Yes.                  11:29:21AM
6    Q    And where is that authority from?    11:29:21AM
7         MR. NOVIKOFF:  Objection.  You can   11:29:23AM
8    answer.
9    A    Islip town -- actually, town law.    11:29:25AM
10   Q    Town law?            11:29:28AM
11   A    Yep.                  11:29:29AM
12   Q    Did you have the authority to arrest   11:29:37AM
13   in 1999?
14   A    Yes.                  11:29:39AM
15   Q    And under what law did you have the   11:29:39AM
16   authority to arrest?
17   A    Under the --              11:29:42AM
18        MR. NOVIKOFF:  Objection.      11:29:42AM
19        You can answer.           11:29:43AM
20   A    Under the criminal procedure law.    11:29:44AM
21   Q    So it's your testimony, sir, that in   11:29:48AM
22   1999, under the criminal procedure law, you, as
23   an Islip airport security guard, had the
24   authority to arrest?
25        MR. NOVIKOFF:  Objection.      11:30:00AM

Page 83

TYREE BACON

1
2    A    Yes.                  11:30:00AM
3    Q    We touched on this a bit before, but   11:30:08AM
4    I'm not sure what we got through all of it.
5         Were you ever sleeping while you were   11:30:15AM
6    on duty and being paid?
7         MR. NOVIKOFF:  Objection.  Asked and   11:30:18AM
8    answered.
9         You can answer.           11:30:19AM
10   A    Yes.  During meal.         11:30:20AM
11   Q    That was during a break?       11:30:22AM
12   A    Yes.                  11:30:23AM
13   Q    Have you ever been sleeping during   11:30:24AM
14   your tour when you were not on break?
15   A    No.                  11:30:29AM
16   Q    You never fell asleep behind the   11:30:31AM
17   school on a basketball court in Corneil?
18   A    No.                  11:30:39AM
19   Q    Were you on bike patrol ever at Ocean   11:30:41AM
20   Beach?
21   A    Yes.                  11:30:44AM
22   Q    Was that a title that you had?    11:30:45AM
23   A    It was just a duty I had.  I did   11:30:47AM
24   bicycle patrol rather than foot patrol or
25   vehicle patrol.

Page 84

TYREE BACON

1
2    Q    Were there other people that did bike,   11:30:54AM
3    as well, during your tour?
4    A    Yes.                  11:30:58AM
5    Q    Who else were on bike patrol?     11:30:58AM
6    A    Ken Boggleman.            11:31:00AM
7    Q    So Ken Boggleman and yourself were the   11:31:01AM
8    bike patrol officers?
9    A    Yes.                  11:31:06AM
10   Q    Is it your testimony, sir, that when   11:31:07AM
11   you were on bike patrol, you never fell asleep
12   behind the school on Corneil on the basketball
13   court?
14        MR. NOVIKOFF:  Objection.  Form.    11:31:17AM
15   Asked and answered.
16        And is the question while he was   11:31:18AM
17   riding his bike, did he ever fall asleep?
18        MR. GOODSTADT:  No, while he was on   11:31:23AM
19   bike patrol.
20        MR. NOVIKOFF:  Well, same objections.  11:31:26AM
21        You can answer.           11:31:26AM
22   A    No.                  11:31:27AM
23   Q    It's not your testimony?       11:31:28AM
24        MR. NOVIKOFF:  Objection.      11:31:29AM
25   A    That is my testimony.  I did not fall  11:31:30AM

21  (Pages 81 to 84)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 85

TYREE BACON

1
2 asleep.
3      Q   I believe you testified your       11:31:35AM
4 understanding of one of the allegations in the
5 complaint is that the plaintiffs witnessed sex;
6 is that correct?
7           MR. NOVIKOFF:  Objection.         11:31:45AM
8      You can answer.                  11:31:45AM
9      A   Yes.                        11:31:46AM
10     Q   You testified to that.          11:31:47AM
11          Did you ever have sex while you were  11:31:47AM
12 on duty in Ocean Beach?
13     A   No.                         11:31:50AM
14          MR. NOVIKOFF:  Do you have a      11:31:56AM
15 good-faith basis to ask that question?
16 Because I think that question kind of
17 crossed the line unless you do have a good
18 faith basis.
19          MR. GOODSTADT:  Well, you produced his  11:32:08AM
20 polygraph test where he said while employed
21 by the Ocean Beach Police Department the
22 applicant stated he had sex while on duty.
23 Do you think that's a good-faith basis?
24 BY MR. GOODSTADT:                     11:32:20AM
25     Q   Sir, isn't it true that you told the  11:32:20AM

Page 86

TYREE BACON

1
2 person who administered the polygraph to you in
3 2005 that while employed by the Ocean Beach
4 Police Department, that you stated you had sex
5 while on duty?
6      A   That's not what I told them, but    11:32:32AM
7 that's what you got in front of you, apparently.
8      Q   Did you testify at all about sex in   11:32:37AM
9 connection with your -- strike that.
10          Did you tell the polygraph         11:32:41AM
11 administrator anything at all about sex and
12 Ocean Beach?
13     A   Yes.  That was one of the          11:32:47AM
14 questions that -- questions that were asked.
15 They asked five questions.  Did you ever sleep
16 on the job, drink on the job, have sex on the
17 job, party to any brutality and lie in any
18 criminal proceedings.  I think those were the
19 questions that they asked --
20     Q   Uh-huh.                       11:33:04AM
21     A   -- repeatedly.                  11:33:04AM
22     Q   And it's your testimony that you never  11:33:06AM
23 told them that you had sex while on duty?
24     A   Yes, that's my testimony.  I had sex  11:33:11AM
25 in Ocean Beach.  I wasn't on duty.

Page 87

TYREE BACON

1
2      Q   Did you ever have sex in the barracks  11:33:18AM
3 in Ocean Beach?
4      A   No.                         11:33:21AM
5      Q   Who did you have sex with in Ocean   11:33:22AM
6 Beach?
7      A   My girlfriend at the time.         11:33:24AM
8      Q   What is her name?             11:33:25AM
9      A   Danielle.                     11:33:27AM
10     Q   Sir, did you ever use the services of  11:33:38AM
11 a prostitute?
12     A   Yes.                        11:33:40AM
13     Q   How many times?              11:33:41AM
14     A   Once.                       11:33:42AM
15     Q   Where was that?              11:33:44AM
16     A   In Germany.                   11:33:45AM
17     Q   Sir, isn't it true --             11:33:47AM
18          MR. NOVIKOFF:  Did you say in Germany?  11:33:49AM
19          THE WITNESS:  In Germany.        11:33:50AM
20          MR. NOVIKOFF:  Okay.            11:33:52AM
21 BY MR. GOODSTADT:                     11:33:52AM
22     Q   Sir, isn't it true that you told the  11:33:52AM
23 person that administered the polygraph that you
24 had sex -- that you used the services of a
25 prostitute on approximately six occasions?

Page 88

TYREE BACON

1
2          MR. NOVIKOFF:  Objection.  You can    11:34:02AM
3 answer.
4      A   I don't recall that.             11:34:04AM
5      Q   Is it true that you used the services  11:34:05AM
6 of prostitute on approximately six occasions?
7      A   It was six different girls, one place  11:34:14AM
8 in one instance.
9      Q   Oh.  So when you responded once, it   11:34:19AM
10 was one time with six different girls?
11     A   Yes.                        11:34:27AM
12     Q   And that was --               11:34:28AM
13          MR. NOVIKOFF:  In Germany?        11:34:29AM
14          THE WITNESS:  In Germany.         11:34:30AM
15          MR. NOVIKOFF:  If you want to keep   11:34:31AM
16 going with this, go ahead.
17 BY MR. GOODSTADT:                     11:34:43AM
18     Q   Do you know whether George Hesse has   11:35:01AM
19 ever had sex on duty?
20          MR. CONNOLLY:  Objection.         11:35:05AM
21     A   That, I don't know.             11:35:06AM
22          MR. NOVIKOFF:  Just so we're clear,   11:35:08AM
23 when you say does he know, has he ever
24 witnessed it or has he ever heard?
25

22  (Pages 85 to 88)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 89

TYREE BACON

1   
2   BY MR. GOODSTADT:                    11:35:13AM
3     Q   Have you ever witnessed it?   11:35:14AM
4     A   No.                          11:35:16AM
5     Q   Did you ever heard that George Hesse   11:35:16AM
6   had sex while on duty?
7     A   No.                          11:35:20AM
8     Q   Did you ever hear him brag about   11:35:20AM
9   having sex with Elyse Miller?
10    A   No.                          11:35:24AM
11    Q   Did you ever hear him brag about   11:35:25AM
12  having sex with Allison Sanchez?
13    A   No.                          11:35:30AM
14    Q   Did you ever work for the New York   11:35:36AM
15  City EMS?
16    A   I did.                       11:35:41AM
17    Q   And when did you do that?     11:35:41AM
18    A   From 1984 through 1987.      11:35:44AM
19    Q   What was your title there?   11:35:48AM
20    A   Emergency medical specialist level   11:35:50AM
21  one.
22    Q   What does that mean?         11:35:54AM
23    A   I was an EMT.                11:35:55AM
24    Q   Did you travel in an ambulance?   11:35:59AM
25    A   Yes.                         11:36:01AM

Page 90

TYREE BACON

1   
2     Q   Did you work out of a certain   11:36:06AM
3   precinct?
4     A   We had ambulance stations.   11:36:08AM
5     Q   Did the ambulance stations correlate   11:36:12AM
6   to certain precincts?
7     A   We had sectors similar to precincts.   11:36:18AM
8   They were areas.  They didn't particularly
9   correlate to specific precincts.
10    Q   What areas were you headquartered?   11:36:25AM
11    A   I worked out of Woodhull Hospital,   11:36:29AM
12  which was the K7, which was Brooklyn north.
13  Prior to that, I was in communications.  And
14  after Woodhull, I worked out of Elmhurst, which
15  was northern Queens.
16    Q   Did you know either Gary or Richie   11:36:48AM
17  Bosetti when you worked in the city?
18    A   No.                          11:36:54AM
19    Q   Did you know either Gary or Richie   11:36:55AM
20  Bosetti prior to them working at Ocean Beach?
21    A   No.                          11:36:59AM
22    Q   Were you ever disciplined when you   11:36:59AM
23  were an employee at the New York City EMS?
24    A   Yes.                         11:37:06AM
25    Q   How many times?              11:37:06AM

Page 91

TYREE BACON

1   
2     A   Once -- twice.               11:37:07AM
3     Q   What were you disciplined for?   11:37:09AM
4     A   Had a motor vehicle accident and was   11:37:11AM
5   retrained EVOC.
6     Q   What does EVOC mean?         11:37:20AM
7     A   Emergency vehicle operator's course.   11:37:23AM
8     Q   What was the other time?     11:37:26AM
9     A   Making long-distance phone calls.   11:37:27AM
10    Q   What do you mean by that?     11:37:31AM
11    A   When I transitioned from 212 to the   11:37:32AM
12  212/718 area code, my girlfriend was going to
13  school upstate, and I called her from the phone
14  and had phone sex with her.
15    Q   From the phone issued by the New York   11:37:45AM
16  City EMS?
17    A   Yes.                         11:37:49AM
18    Q   And the city paid for that bill?   11:37:51AM
19    A   No.  I ended up ultimately paying for   11:37:52AM
20  it.
21    Q   After you were caught making those   11:37:57AM
22  calls?
23    A   Yes.                         11:37:59AM
24    Q   Was that against policy, to make   11:38:00AM
25  long-distance calls on the EMS phone?

Page 92

TYREE BACON

1   
2     A   It wasn't then, because you weren't   11:38:05AM
3   able to until they transitioned.  But as a
4   result of that, they had a policy that you
5   couldn't.
6     Q   It was just one time that you made a   11:38:12AM
7   long-distance call?
8     A   No, it was a couple of times.   11:38:15AM
9     Q   Each time it was to have phone sex   11:38:18AM
10  with your girlfriend?
11    A   Or talk to her.  That was one of the   11:38:20AM
12  things.  Just talk in general.  That was one of
13  the things that happened while we were on the
14  phone.
15    Q   Did you ever steal from the New York   11:38:26AM
16  City EMS?
17    A   No..                         11:38:29AM
18    Q   You never stole medical surprise?   11:38:31AM
19    A   We would stock our bag up.  My dad was   11:38:33AM
20  a soccer coach.  I would take extra stuff for
21  his bag as a soccer coach.
22    Q   You didn't consider that stealing?   11:38:42AM
23    A   No, actually, it probably is.   11:38:43AM
24    Q   You didn't steal your helmet and   11:38:48AM
25  oxygen regulator?

a5a0261c-43ec-45e0-be37-ef91a2c29f22

TYREE BACON

1
2    A    No.  I just didn't turn that in when I 11:38:52AM
3    left.
4    Q    So it was property of EMS?        11:38:55AM
5    A    It was.              11:38:57AM
6    Q    That was issued to you as an employee  11:38:57AM
7    of EMS?
8    A    Yes.              11:39:00AM
9    Q    And then when you left the employment  11:39:00AM
10   of EMS, you didn't return it?
11   A    Right.              11:39:05AM
12   Q    Do you still maintain those?        11:39:05AM
13   A    No, actually, I don't.        11:39:07AM
14   Q    What did you do with that equipment?  11:39:09AM
15   A    They were ultimately turned back in to 11:39:11AM
16   EMS.
17   Q    When was that?          11:39:14AM
18   A    It was a while after I had left.    11:39:15AM
19   Q    How long after?          11:39:16AM
20   A    I don't recall.          11:39:17AM
21   Q    So you stopped in '87.        11:39:19AM
22   A    Right.              11:39:21AM
23   Q    Right?  Was it within five years?    11:39:21AM
24   A    Yeah.              11:39:25AM
25   Q    Why did you return them?        11:39:30AM

TYREE BACON

1
2    A    They were collecting dust.  It was    11:39:32AM
3    either that or I was gonna throw them out.
4    Q    Did they ask for them back or did you  11:39:36AM
5    voluntarily return them?
6    A    I gave them to a friend of mine to    11:39:38AM
7    turn in to the quartermaster.
8    Q    What's "quartermaster"?        11:39:42AM
9    A    Their supply people.        11:39:43AM
10   Q    Does Ocean Beach have a quartermaster? 11:39:45AM
11   A    No.              11:39:48AM
12   Q    Why did you take the helmet and oxygen 11:39:54AM
13   regulator when you left?
14        MR. NOVIKOFF:  Objection to the      11:39:58AM
15   characterization.
16        You can answer.          11:40:00AM
17   A    Okay.  It just didn't get turned in   11:40:03AM
18   when I left.
19   Q    How come?            11:40:06AM
20   A    It was in the basement somewhere.  And 11:40:07AM
21   then when it was found a year or so later, I
22   don't need this and tossed it, you know -- I
23   didn't toss it.  Gave it back to my buddy and
24   returned it to the quartermaster.
25   Q    So is it your testimony that you      11:40:21AM

TYREE BACON

1
2    didn't know that you had possession of that?
3    A    No, I had it.  I just didn't go      11:40:24AM
4    looking for it.  They didn't make a big deal
5    about not getting it.
6    Q    Were you fired from NYC EMS?        11:40:32AM
7    A    No.              11:40:35AM
8    Q    You left voluntarily?        11:40:36AM
9    A    Yes.              11:40:37AM
10   Q    Why did you leave?          11:40:38AM
11   A    For a job working for the state.  Less 11:40:39AM
12   hours and more money.
13   Q    What job did you have with the state? 11:40:42AM
14   A    Airport firefighter.        11:40:44AM
15   Q    What airport were you located at?    11:40:46AM
16   A    Gabreski Airport.          11:40:47AM
17   Q    How long did you hold that job?      11:40:50AM
18   A    Twelve years.            11:40:52AM
19   Q    Was that a full-time job?        11:40:52AM
20   A    Yes.              11:40:54AM
21   Q    Where is Gabreski Airport located?    11:40:55AM
22   A    In Westhampton Beach.        11:40:58AM
23   Q    Were you ever disciplined there?    11:41:02AM
24   A    Yes.              11:41:04AM
25   Q    What for?            11:41:04AM

TYREE BACON

1
2    A    Sick time abuse.          11:41:05AM
3    Q    Anything else?          11:41:09AM
4    A    No.              11:41:10AM
5    Q    Were you fired from your position at  11:41:13AM
6    Gabreski Airport?
7    A    No.              11:41:16AM
8    Q    You left voluntarily?        11:41:16AM
9    A    Yes.              11:41:18AM
10   Q    Why did you leave there?        11:41:18AM
11   A    For the job with the courts.        11:41:19AM
12   Q    When did you leave there?        11:41:21AM
13   A    In September of '99.        11:41:22AM
14   Q    You testified that you worked at      11:41:32AM
15   MacArthur Airport as a security guard, correct?
16   A    Yes.              11:41:39AM
17   Q    What years did you work there?      11:41:40AM
18   A    It was -- well, I'm still considered  11:41:45AM
19   working there, but the suspension was effective,
20   I think January 27th or 21st of 1999.  I
21   don't remember the start date.  I was there for
22   over a year.
23   Q    Some point in '97 or so?        11:42:01AM
24   A    '97 or '98.            11:42:04AM
25   Q    Was that a civil service position?  11:42:10AM

Page 97

TYREE BACON

1
2    A   I was a civil service, but it's a      11:42:12AM
3    part-time position.
4    Q   Did you have to take any civil service 11:42:17AM
5    tests for that position?
6    A   No.                          11:42:19AM
7    Q   Did you have to get on the civil      11:42:21AM
8    service list to get that position?
9        MR. NOVIKOFF: Objection.          11:42:28AM
10   A   No.                          11:42:28AM
11   Q   Who hired you over there?        11:42:29AM
12   A   Chief Collazo.               11:42:32AM
13   Q   Were any other Ocean Beach police    11:42:37AM
14   officers working there at the time that you
15   worked there?
16   A   No.                          11:42:42AM
17   Q   Did you require any certification to  11:42:47AM
18   work there?
19   A   Yes.                         11:42:49AM
20   Q   What certifications did you need?    11:42:50AM
21   A   You had to have been through the     11:42:51AM
22   Suffolk County civil service process, which was
23   the physical agility, psychological, medical,
24   and they required a BMP certificate for either
25   peace or police officer.

Page 98

TYREE BACON

1
2    Q   Did you have to take a polygraph?     11:43:13AM
3    A   No.                          11:43:15AM
4    Q   Prior to working at Ocean Beach, did  11:43:22AM
5    you apply for any jobs in Suffolk County which
6    you needed to take a polygraph for?
7    A   Yes.                         11:43:29AM
8    Q   How many jobs?               11:43:29AM
9    A   Riverhead PD..               11:43:31AM
10   Q   When did you apply to Riverhead PD?  11:43:33AM
11   A   I worked for them as a part-timer from 11:43:35AM
12   '93 to '94 or '95.
13   Q   Did you take a polygraph prior to    11:43:44AM
14   getting that position?
15   A   No.                          11:43:47AM
16   Q   Did you take a polygraph at some point 11:43:48AM
17   while you were working there?
18   A   Yes.                         11:43:53AM
19   Q   Did you pass that polygraph?        11:43:54AM
20   A   No.                          11:43:56AM
21   Q   You failed it?               11:43:56AM
22   A   Yes.                         11:43:57AM
23   Q   What did you fail on the polygraph?  11:43:57AM
24   Did you learn that?
25   A   I believe they said it showed        11:44:01AM

Page 99

TYREE BACON

1
2    deception during the drug questions.
3    Q   Did you ever disclose to anyone at    11:44:08AM
4    Ocean Beach that you had failed a prior Suffolk
5    County polygraph?
6        MR. NOVIKOFF: Objection. Foundation. 11:44:14AM
7        You can answer.             11:44:18AM
8    A   I may have.                  11:44:19AM
9    Q   You don't know one way or the other? 11:44:20AM
10   A   I don't recall specifically, no.     11:44:23AM
11   Q   Is it your testimony, sir, that you're 11:44:34AM
12   still currently on the payroll at MacArthur
13   Islip?
14   A   To the best of my knowledge, yes.    11:44:41AM
15   Q   Are you getting paid at all --       11:44:42AM
16   A   No..                        11:44:44AM
17   Q   -- or does it say unpaid suspension?  11:44:44AM
18   A   It's unpaid suspension.          11:44:47AM
19   Q   Do you anticipate ever going to work  11:44:49AM
20   there again?
21   A   No.                          11:44:51AM
22   Q   Do you know whether the investigation 11:44:53AM
23   is active?
24   A   I have no idea.              11:44:54AM
25   Q   Were you ever interviewed as part of  11:44:55AM

Page 100

TYREE BACON

1
2    the investigation?
3    A   Not from them.               11:44:58AM
4    Q   From anyone?                 11:44:59AM
5    A   Yes.                         11:45:00AM
6    Q   Who were you interviewed by?        11:45:00AM
7    A   Suffolk County PD internal affairs and 11:45:02AM
8    the District Attorney's Office.
9    Q   Did you ever learn the results of --  11:45:11AM
10   A   Yes, I was cleared by both.        11:45:13AM
11   Q   Let me ask the question before you   11:45:15AM
12   answer.
13       Did you ever learn the results of the 11:45:18AM
14   investigation by the D.A.'s office or internal
15   affairs?
16   A   Yes.                         11:45:22AM
17   Q   What were the results?           11:45:23AM
18   A   I was cleared by both. My actions    11:45:25AM
19   were proper.
20   Q   Did you ever get anything in writing  11:45:28AM
21   that your actions were proper?
22   A   No.                          11:45:30AM
23   Q   Did they determine your actions were  11:45:30AM
24   proper before or after the town settled with
25   Ms. Walsh for $130,000?

25  (Pages 97 to 100)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 101

TYREE BACON

```
 1        TYREE BACON
 2        MR. NOVIKOFF: Objection to form.    11:45:39AM
 3        You can answer.              11:45:39AM
 4    A   I believe that would've been prior to  11:45:40AM
 5    that.
 6    Q   Just so I'm clear, is it your        11:45:42AM
 7    testimony that you were -- it was determined by
 8    the Suffolk County Police Department internal
 9    affairs and Suffolk County District Attorney's
10    Office that your actions were proper and then
11    the town settled for $130,000?
12        MR. NOVIKOFF: Objection. Asked and  11:45:58AM
13    answered. Form.
14    A   To the best of my knowledge, yes.    11:46:00AM
15    Q   What was the process by which internal 11:46:09AM
16    affairs investigated?
17    A   Spoke to an officer from internal    11:46:13AM
18    affairs.
19    Q   That was it? That was your only     11:46:16AM
20    involvement?
21    A   That was my only involvement.        11:46:18AM
22    Q   Does Ocean Beach have an internal    11:46:20AM
23    affairs department?
24    A   No.                           11:46:23AM
25    Q   Was Ms. Walsh prosecuted on the arrest 11:46:26AM
```

Page 102

TYREE BACON

```
 1        TYREE BACON
 2    that you made?
 3    A   Yes.                           11:46:32AM
 4    Q   And what was the result of that      11:46:32AM
 5    prosecution?
 6    A   She took an ACD.                 11:46:35AM
 7    Q   What is that?                   11:46:37AM
 8    A   Adjournment in contemplation of      11:46:39AM
 9    dismissal.
10    Q   Did she take that plea before she    11:46:47AM
11    sued?
12    A   I'm not certain.                 11:46:51AM
13    Q   How did you learn of what her plea   11:46:53AM
14    was?
15    A   The D.A. called and asked if I had a 11:46:56AM
16    problem if she took an ACD. I said I could care
17    less.
18    Q   Were you at the courthouse when she  11:47:02AM
19    took that plea?
20    A   No.                           11:47:08AM
21    Q   Have you ever been arrested?         11:47:19AM
22    A   Yes.                           11:47:21AM
23    Q   How many times?                 11:47:21AM
24    A   Twice -- no, three times.           11:47:22AM
25    Q   Okay. When was the first time you   11:47:27AM
```

Page 103

TYREE BACON

```
 1        TYREE BACON
 2    were arrested?
 3    A   It was in 1985.                 11:47:31AM
 4    Q   What were you arrested for?         11:47:33AM
 5    A   Third-degree assault.             11:47:34AM
 6    Q   And who was the complaining witness in 11:47:39AM
 7    that case?
 8    A   My girlfriend at the time, Christine 11:47:42AM
 9    Gemmer. G-E-M-M-E-R.
10    Q   What did Mr. Gemmer allege against   11:47:49AM
11    you?
12    A   Miss Gemmer.                    11:47:53AM
13    Q   Miss Gemmer allege against you.      11:47:57AM
14    A   That I slapped her with an open hand. 11:47:57AM
15    That was after I got -- we had an argument and I
16    got kneed in the groin.
17    Q   Were you indicted for that offense?  11:48:04AM
18    A   No. Misdemeanor.                11:48:06AM
19    Q   How was that resolved, if at all?    11:48:08AM
20    A   I pled guilty to harassment.        11:48:11AM
21    Q   What court did you plead guilty in?  11:48:18AM
22    A   Suffolk County.                 11:48:20AM
23    Q   Do you believe that you were guilty of 11:48:23AM
24    harassment?
25        MR. NOVIKOFF: Objection.          11:48:26AM
```

Page 104

TYREE BACON

```
 1        TYREE BACON
 2    A   I did hit her.                  11:48:26AM
 3    Q   Do you believe you were guilty of    11:48:31AM
 4    harassment?
 5        MR. NOVIKOFF: Objection.          11:48:33AM
 6        If you understand the question.      11:48:37AM
 7    A   Yeah, I pled guilty.             11:48:38AM
 8    Q   What was the second time you were    11:48:43AM
 9    arrested?
10    A   Correct..                      11:48:46AM
11    Q   I said when was the second time you  11:48:46AM
12    were arrested.
13    A   Well, and in between that there was  11:48:49AM
14    the warrant of failure to pay, so that's what
15    I'm classifying as the second arrest..
16    Q   What do you mean by a warrant for    11:49:00AM
17    failure to pay?
18    A   I had to pay by whatever the        11:49:01AM
19    prescribed date was, $125 fine. I didn't pay
20    it. I was going to pay it that Monday, and I
21    got picked up actually that Saturday.
22    Q   So you had -- just so I understand,  11:49:15AM
23    you had a specific period in which to pay the
24    fine?
25    A   Correct.                       11:49:21AM
```

26 (Pages 101 to 104)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 105

TYREE BACON

1
2     Q    And once that period expired, you    11:49:21AM
3  hadn't paid?
4     A    Correct.              11:49:24AM
5     Q    And they came and picked you up?    11:49:24AM
6     A    Correct.              11:49:26AM
7     Q    And arrested you?          11:49:26AM
8     A    They took me into custody, brought me  11:49:27AM
9  into the police station.  I posted bail, which
10  was the amount of the fine, and that was it.
11     Q    When was the third time you were    11:49:38AM
12  arrested?
13     A    1986.               11:49:42AM
14        MR. NOVIKOFF:  It's your deposition.  11:49:46AM
15  Can we just get a year for the second arrest
16  so that I don't have to ask it?
17  BY MR. GOODSTADT:               11:49:50AM
18     Q    For the record, what was the year?   11:49:50AM
19  You said it was during the 120 days after.
20     A    I'm going to say it was probably the  11:49:53AM
21  end of '85, the beginning of '86.
22     Q    What were you arrested for in 1986?   11:50:01AM
23     A    Originally, it was second-degree    11:50:08AM
24  assault.
25     Q    Who was the complainant in that     11:50:12AM

Page 106

TYREE BACON

1
2  matter?
3     A    A hospital police officer.  I don't   11:50:15AM
4  recall her name.
5     Q    What hospital?           11:50:19AM
6     A    Woodhull.              11:50:21AM
7     Q    Was that while you were employed by   11:50:24AM
8  the New York City EMS?
9     A    Correct.              11:50:27AM
10     Q    What was the allegation that was made  11:50:28AM
11  in that case?
12     A    That there was a chain going across   11:50:30AM
13  the entrance to the parking lot.  I took my car
14  and I drove through the chain.  The pole that
15  was it a attached to hit her in the back,
16  causing serious physical injury.
17     Q    You were arrested for that?       11:50:45AM
18     A    I was.               11:50:46AM
19     Q    Was that a misdemeanor or a felony?   11:50:47AM
20     A    I was originally charged as a felony   11:50:50AM
21  but downgraded to third-degree assault, which
22  was a misdemeanor.
23     Q    Were you arraigned on the felony?    11:50:58AM
24     A    No.               11:51:00AM
25     Q    How was that case resolved?       11:51:05AM

Page 107

TYREE BACON

1
2     A    I took an ACD on that and ultimately   11:51:07AM
3  dismissed.
4     Q    Other than for those three occasions,  11:51:16AM
5  have you been arrested on any other occasions?
6     A    Nope.               11:51:22AM
7     Q    Have you ever been charged with any   11:51:23AM
8  other crimes?
9     A    Nope.               11:51:25AM
10     Q    You don't recall being charged with   11:51:26AM
11  invalid use of a credit card with intent to
12  fraud?
13     A    No, that's never happened.       11:51:34AM
14     Q    Do you recall ever being charged with  11:51:35AM
15  obstruction of government administration in the
16  second degree?
17     A    That may have been part of the '86   11:51:42AM
18  case.
19     Q    Have you ever been registered as a sex 11:51:58AM
20  offender?
21     A    No.               11:52:02AM
22        MR. NOVIKOFF:  Again, I assume you    11:52:09AM
23  have a good-faith basis for that question.
24        THE WITNESS:  I was just going to ask  11:52:13AM
25  you.

Page 108

TYREE BACON

1
2        MR. GOODSTADT:  Document bearing Bates 11:52:15AM
3  No. 7422 says Tyree G. Bacon, III in a
4  wanted missing person system search result.
5  It says sexual offender registry
6  information.  The subject identified in the
7  filing record with NIC something or other is
8  registered as a convicted sexual offender.
9        MR. NOVIKOFF:  That's all I ask.     11:52:36AM
10  That's all I'm asking.  It doesn't make it
11  right.
12        MR. GOODSTADT:  I just wanted to     11:52:41AM
13  proffer a basis.
14        MR. NOVIKOFF:  Yeah.  What's the     11:52:44AM
15  document?
16        MR. GOODSTADT:  7422.           11:52:48AM
17  BY MR. GOODSTADT:               11:52:53AM
18     Q    Do you know who Darrell Root is?     11:52:54AM
19     A    Never heard of him.         11:52:56AM
20     Q    Ever hear of J. Root?         11:52:57AM
21     A    No.               11:52:59AM
22     Q    David Bakken, B-A-K-K-E-N?       11:53:00AM
23     A    No.               11:53:04AM
24     Q    Darrell Rhodes?           11:53:04AM
25     A    No.               11:53:04AM

TSG Reporting – Worldwide    877-702-9580

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 109

TYREE BACON

1
2    Q    Kevin Jacob Rhodes?              11:53:04AM
3    A    No.                  11:53:07AM
4    Q    Never heard of them?            11:53:07AM
5    A    No.                  11:53:09AM
6    Q    Now, when did you start your job with  11:53:09AM
7    the courts?
8    A    September of '99.          11:53:21AM
9    Q    You still have that job at the courts? 11:53:24AM
10   A    Yes.              11:53:26AM
11   Q    Have you ever been disciplined from   11:53:26AM
12   that job?
13   A    Nope.              11:53:28AM
14   Q    And you've been promoted to sergeant? 11:53:30AM
15   A    I've received two promotions since I'm 11:53:32AM
16   on that job.
17   Q    What was your original position there? 11:53:35AM
18   A    Uniformed court officer.      11:53:37AM
19   Q    What court is that in?          11:53:40AM
20   A    I was originally assigned to the    11:53:41AM
21   academy.  As a uniformed court officer, I was at
22   Queens criminal court.
23   Q    When did you get your first promotion? 11:53:50AM
24   A    I took a provisional appointment in   11:53:54AM
25   2001 to senior court officer, and I think in

Page 110

TYREE BACON

1
2    2003 I became permanent off the civil service
3    list.
4    Q    What do you mean by that?          11:54:05AM
5    A    Originally, it was a provisional    11:54:07AM
6    appointment.  They hadn't given the test in some
7    time.  Then they gave the civil service exam and
8    got promoted subsequent to the establishment of
9    the civil service list.
10   Q    You took the test?              11:54:17AM
11   A    Yes.              11:54:18AM
12   Q    And passed it?              11:54:19AM
13   A    Yes.              11:54:20AM
14   Q    And then you testified there was a    11:54:21AM
15   subsequent promotion to sergeant?
16   A    Correct.              11:54:25AM
17   Q    When was that?              11:54:26AM
18   A    I got promoted in the end of November 11:54:26AM
19   of '07.
20   Q    And did you have to take a civil    11:54:36AM
21   service test for that?
22   A    I did.              11:54:39AM
23   Q    Did you pass that test?          11:54:39AM
24   A    I did.              11:54:41AM
25   Q    Did you have to take any other tests  11:54:41AM

Page 111

TYREE BACON

1
2    to be certified as a court officer other than
3    the civil service test that you testified to?
4    A    Well, part of the entry process was  11:54:48AM
5    the civil service exam.  Upon passing that, you
6    took your medical, psychological, you did your
7    background check, physical agility.  And I think
8    that was the process.
9    THE WITNESS:  Can I just take a break 11:55:03AM
10   to use the restroom?
11   MR. GOODSTADT:  Let me just ask one   11:55:06AM
12   question.
13   THE WITNESS:  Sure.          11:55:08AM
14   BY MR. GOODSTADT:              11:55:08AM
15   Q    Did you have to take a polygraph in   11:55:08AM
16   connection with the --
17   A    No.                  11:55:11AM
18   Q    -- court position?              11:55:11AM
19   A    Sorry.              11:55:11AM
20   No, I did not.              11:55:12AM
21   THE WITNESS:  Just a few seconds      11:55:12AM
22   break.
23   THE VIDEOGRAPHER:  The time is 11:56. 11:55:15AM
24   We are off the record.
25   (Whereupon, a discussion was held off  11:55:43AM

Page 112

TYREE BACON

1
2    the record.)
3    THE VIDEOGRAPHER:  The time is 12:04, 12:03:39PM
4    and we are back on the record.
5    BY MR. GOODSTADT:              12:03:42PM
6    Q    Mr. Bacon, did you graduate any police 12:03:45PM
7    academies?
8    A    Yes.              12:03:51PM
9    Q    Which academy did you graduate?      12:03:51PM
10   A    Suffolk County Police Academy.    12:03:53PM
11   Q    And what year did you graduate the    12:03:55PM
12   Suffolk County Police Academy?
13   A    1989.              12:03:58PM
14   Q    And what was the first police job that 12:04:07PM
15   you applied for?
16   A    Westhampton Beach.  That's who      12:04:11PM
17   sponsored me through the academy.
18   Q    Did you work there as a police      12:04:16PM
19   officer?
20   A    I did.              12:04:18PM
21   Q    For how long?              12:04:18PM
22   A    That first season.          12:04:20PM
23   Q    What do you mean by that first season? 12:04:25PM
24   A    I just worked there the one summer    12:04:26PM
25   graduating the police academy.

28 (Pages 109 to 112)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 113

```
              TYREE BACON
1
2     Q    So the summer of '89?          12:04:31PM
3     A    Correct.              12:04:32PM
4     Q    What was your title there?      12:04:32PM
5     A    Part-time police officer.    12:04:34PM
6     Q    That was your civil service title?  12:04:40PM
7         MR. NOVIKOFF:  Objection.       12:04:41PM
8     A    I believe so.         12:04:42PM
9     Q    Did you have to take any tests other  12:04:44PM
10    than passing the academy to be certified in
11    that position?
12    A    Yes.                 12:04:51PM
13    Q    What tests did you have to take?  What 12:04:52PM
14    tests did you have to take?
15    A    We had to take the physical agility,  12:04:59PM
16    the medical, the psychological.  There was no
17    written exam.  That was a resume only position.
18    Q    Did you have to get a background check 12:05:14PM
19    done?
20    A    Yes.                 12:05:16PM
21    Q    Did you have to take a polygraph?  12:05:17PM
22    A    No.  Back then, we did not.   12:05:20PM
23    Q    Were you ever disciplined in that  12:05:23PM
24    position in Westhampton Beach?
25    A    No.                  12:05:27PM
```

Page 114

```
              TYREE BACON
1
2     Q    Why did you stop working there?   12:05:28PM
3     A    Because I left to go to Ocean Beach.  12:05:29PM
4     Q    Did you apply to any other police   12:05:37PM
5     officer positions -- well, strike that.
6         The next police officer position you  12:05:42PM
7     applied for was Ocean Beach?
8     A    Right.               12:05:46PM
9     Q    And when did you apply for that    12:05:46PM
10    position?
11    A    It was after the summer of '89, in   12:05:48PM
12    1990.
13    Q    How did you go a about applying for  12:05:54PM
14    that position?
15    A    I went and I submitted a resume.    12:05:58PM
16    Q    Who did you submit a resume to?    12:06:01PM
17    A    At the time, he was a sergeant.  Ed  12:06:03PM
18    Paradiso.
19    Q    And how did you know there was an open 12:06:09PM
20    position there?
21    A    A bunch of guys that I went to the   12:06:12PM
22    academy with worked for Ocean Beach PD.
23    Q    Who was that?            12:06:17PM
24    A    Bob Galoppi, Tom Wassima, Ray Trypuc,  12:06:19PM
25    Jeff, I want to say Goldman.  I can't remember
```

Page 115

```
              TYREE BACON
1
2     Jeff's last name.  And Mike Rosato also worked
3     for them.
4     Q    And Paradiso at the time was a    12:06:36PM
5     sergeant?
6     A    Yes.                 12:06:39PM
7     Q    Who was the chief at the time?    12:06:40PM
8     A    Chief Joe Loeffler, Sr.     12:06:41PM
9         MR. NOVIKOFF:  Can we just make it   12:06:45PM
10    clear, I mean, that there's a distinction --
11        MR. GOODSTADT:  I'm going to ask him  12:06:49PM
12    right now.
13        MR. NOVIKOFF:  Okay.         12:06:51PM
14        MR. GOODSTADT:  I'm going to ask him  12:06:51PM
15    right now.
16    BY MR. GOODSTADT:                12:06:51PM
17    Q    Does Chief Joe Loeffler senior have a  12:06:52PM
18    relationship to Joe Loeffler, Jr., the current
19    mayor of Ocean Beach?
20    A    Yes.                 12:07:03PM
21    Q    And what was the relationship?    12:07:03PM
22    A    He was his father.        12:07:04PM
23    Q    And senior has since passed away?  12:07:05PM
24    A    He has.              12:07:08PM
25    Q    Who did you interview with for that  12:07:08PM
```

Page 116

```
              TYREE BACON
1
2     position?
3     A    I interviewed with Sergeant Paradiso.  12:07:12PM
4     Q    Anyone else?           12:07:14PM
5     A    I met the chief, he came in, walked  12:07:15PM
6     out, and Eddie did the interview.
7     Q    And who offered you the job?     12:07:24PM
8     A    Eddie.               12:07:27PM
9     Q    At the interview?          12:07:28PM
10    A    Yes.                 12:07:32PM
11    Q    On the spot?            12:07:32PM
12    A    Yes.                 12:07:33PM
13    Q    Did the chief have any role in    12:07:33PM
14    offering you the job?
15    A    He gave it his blessing.     12:07:39PM
16    Q    What do you mean by he gave it his  12:07:41PM
17    blessing?
18    A    Chief was out that day doing other  12:07:43PM
19    things in the village.  I don't recall what it
20    was.  But Eddie did the interview, consulted
21    with the chief and, you know.
22    Q    Did Paradiso at that time, as a    12:07:51PM
23    sergeant, have authority to make a hiring
24    without getting the blessing of the chief?
25    A    I have no idea.          12:08:00PM
```

29 (Pages 113 to 116)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

TYREE BACON

1
2    Q   What position were you hired for?    12:08:02PM
3    A   Part-time or seasonal police    12:08:04PM
4  officer -- actually, it was part-time.
5    Q   Part-time?    12:08:08PM
6    A   Yeah.    12:08:08PM
7    Q   What's the difference between    12:08:09PM
8  part-time and seasonal?
9    A   Part-time you can work no more than    12:08:12PM
10  20 hours for the entire year -- you know,
11  20 hours a week for the entire year.  Seasonal
12  is pretty much unlimited hours from a couple of
13  weeks before Memorial Day to a couple of weeks
14  after Labor Day.
15    Q   And that's the season, a couple of    12:08:30PM
16  weeks before Memorial Day to a couple weeks
17  after Labor Day?
18    A   Yes.    12:08:36PM
19    Q   So you were hired originally as a    12:08:39PM
20  part-timer?
21    A   It may have been seasonal.  I'm not    12:08:41PM
22  certain what they classified me as.
23    Q   Do you recall what your starting    12:08:46PM
24  salary was there?
25    A   It was like $7 or 7.50 an hour.    12:08:50PM

TYREE BACON

1
2    Q   Did you have to take any tests to be    12:08:52PM
3  certified to work as a police officer in Ocean
4  Beach?
5    A   No.    12:08:59PM
6    MR. NOVIKOFF:  Originally?    12:09:00PM
7    MR. GOODSTADT:  In 1990.    12:09:02PM
8    A   No.  It was considered a lateral    12:09:03PM
9  transfer from one department to another.
10    Q   Did you take any additional tests?    12:09:09PM
11    A   No.    12:09:11PM
12    Q   And then you worked starting the    12:09:16PM
13  season of '90?  Was that your first season there
14  at Ocean Beach?
15    A   Yeah.  It was -- I want to say it was    12:09:24PM
16  like April of -- I'm not certain.  It was before
17  Memorial Day weekend.
18    Q   And have you worked there continuously    12:09:33PM
19  from that day until this one?
20    A   No.    12:09:38PM
21    Q   So there was a break in your service?    12:09:39PM
22    A   There was.    12:09:40PM
23    Q   What was the break in your service?    12:09:41PM
24    A   I left in '93 and then returned back    12:09:43PM
25  to Ocean Beach in '99.

TYREE BACON

1
2    Q   So between '90 and '93, when you    12:09:51PM
3  worked there as either seasonal or part-time,
4  were any of the plaintiffs working at Ocean
5  Beach at the time?
6    A   I believe Carter and Snyder at one    12:10:00PM
7  point were working there.
8    Q   Did you ever work with Carter and    12:10:07PM
9  Snyder during your first stint at the Ocean
10  Beach Police Department?
11    A   Yes.    12:10:11PM
12    Q   Did you work with them frequently?    12:10:12PM
13    A   No.  Occasionally.    12:10:14PM
14    Q   What tours did you work during your    12:10:15PM
15  first time at Ocean Beach Police Department?
16    A   I worked predominantly 4 to 12s.    12:10:21PM
17    Q   Did that change at all during that    12:10:26PM
18  first time from '90 to '93?
19    A   It always changed.  Predominantly, I    12:10:35PM
20  worked 4 to 12s then.
21    Q   Were you disciplined at all between    12:10:39PM
22  '90 and '93, while you were employed at the
23  Ocean Beach Police Department?
24    A   No, I was not.    12:10:45PM
25    Q   When you took a break in service from    12:10:46PM

TYREE BACON

1
2  the Ocean Beach Police Department, did your
3  BMP-TC certificate expire?
4    A   It did not.    12:10:57PM
5    Q   How come?    12:10:58PM
6    MR. NOVIKOFF:  Objection.  Go ahead.    12:10:58PM
7    A   Because I left there and I worked for    12:11:00PM
8  Islip Town Park Rangers as a seasonal park
9  ranger.  I worked a slew of jobs in between
10  that.
11    Q   And your first job was Islip park    12:11:09PM
12  ranger?
13    A   Right.    12:11:15PM
14    Q   That was a part-time position or    12:11:16PM
15  seasonal?
16    A   That was seasonal.    12:11:18PM
17    Q   And how long did you work that job    12:11:19PM
18  for?
19    A   A couple of months.    12:11:21PM
20    Q   That was in '93?    12:11:23PM
21    A   I believe so.    12:11:25PM
22    Q   Why did you stop working there?    12:11:26PM
23    A   Because I left for Riverhead PD as a    12:11:28PM
24  part-time police officer.
25    Q   Were you ever disciplined in the Islip    12:11:37PM

TSG Reporting - Worldwide    877-702-9580

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 121

**TYREE BACON**

1
2  park ranger position?
3    A   No.                    12:11:40PM
4    Q   Did you leave there voluntarily?    12:11:41PM
5    A   Yes.                   12:11:42PM
6    Q   And your next job was Riverhead Police 12:11:43PM
7  Department as part-time police officer?
8    A   Yes.                   12:11:47PM
9    Q   And when did you have that position?  12:11:47PM
10    A   From '93 through -- I don't recall if 12:11:49PM
11  it was '94 or '95.
12    Q   Did you have to take any additional  12:11:56PM
13  tests to be certified to work in that police
14  department?
15    A   I did not.              12:12:02PM
16    Q   You didn't have to take a polygraph?  12:12:02PM
17    A   No.                    12:12:04PM
18    Q   When did you fail the polygraph in   12:12:05PM
19  Riverhead?
20        MR. NOVIKOFF:  Objection.  Form.    12:12:08PM
21        When were you advised that you failed 12:12:09PM
22        the polygraph?
23    A   That was back when I was processing  12:12:12PM
24  for a full-time position with them.
25    Q   What year was that?        12:12:17PM

Page 122

**TYREE BACON**

1
2    A   '93 or '94.              12:12:19PM
3    Q   Okay.  So you worked as a part-timer 12:12:21PM
4  at Riverhead from '93 to '94 or '95ish?
5    A   Correct.                12:12:27PM
6    Q   And then you were processing to become 12:12:28PM
7  a full-time officer there?
8    A   Yes.                   12:12:33PM
9    Q   What do you mean processing to become 12:12:34PM
10  a full-time officer?
11    A   They had a full-time slot, and there 12:12:36PM
12  was like five or six people that they were
13  interviewing to fill the slot that came off of
14  the Suffolk County Police list.
15    Q   And you were one of the interviewees? 12:12:45PM
16    A   Yes.                   12:12:48PM
17    Q   Did you have to take any tests to get 12:12:48PM
18  on that list?  Was there another civil service
19  test administered?
20    A   You took the Suffolk County Police   12:12:54PM
21  civil service exam.
22    Q   Did you pass that test?       12:12:57PM
23    A   Yes.                   12:12:58PM
24    Q   That was a written test?      12:12:59PM
25    A   Yes.                   12:13:00PM

Page 123

**TYREE BACON**

1
2    Q   When did you pass that?       12:13:01PM
3    A   In that time frame.  I don't recall. 12:13:02PM
4    Q   So just so I understand, you took the 12:13:03PM
5  test, you make the list, a slot opens up and
6  you're one of five people that were interviewed
7  for that position?
8    A   Five or six, yes.          12:13:16PM
9    Q   Now, I believe you testified that you 12:13:18PM
10  took a polygraph in connection with that
11  processing; is that correct?
12    A   I did.                 12:13:25PM
13    Q   Why did you take a polygraph at that 12:13:25PM
14  time?
15        MR. NOVIKOFF:  Objection.       12:13:28PM
16        You can answer.          12:13:28PM
17    A   You have to do the whole process over 12:13:28PM
18  for the full-time position.
19    Q   What do you mean by the whole process? 12:13:31PM
20    A   Medical, background, psychological,  12:13:33PM
21  physical agility, from part-time to full-time
22  you had to do that.
23    Q   And the polygraph, right?      12:13:47PM
24    A   Correct.                12:13:48PM
25    Q   How did you learn you needed to take a 12:13:50PM

Page 124

**TYREE BACON**

1
2  polygraph for that position?
3    A   Got a notice from civil service.   12:13:54PM
4    Q   Where did you take that polygraph?   12:13:59PM
5    A   Suffolk County Police Headquarters.  12:14:01PM
6    Q   Did you need to take a polygraph for a 12:14:13PM
7  part-time position at that time if you had come
8  in new?
9    A   At that time, no.          12:14:18PM
10    Q   Did there come a point in time where  12:14:19PM
11  the part-time position required a polygraph for
12  a police officer position?
13    A   I believe it does now, yes.     12:14:26PM
14    Q   When did that come in?       12:14:28PM
15        MR. NOVIKOFF:  Objection.       12:14:29PM
16    A   I don't know.            12:14:30PM
17    Q   So it's your understanding that at   12:14:30PM
18  that point in time, in '94 or '95, that only
19  full-time police officers needed to take a
20  polygraph?
21        MR. NOVIKOFF:  Objection.       12:14:39PM
22    A   Yes.                   12:14:39PM
23    Q   Do you know why Suffolk County      12:14:40PM
24  requires a polygraph?
25        MR. NOVIKOFF:  Objection.       12:14:42PM

31 (Pages 121 to 124)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 125

TYREE BACON

1
2    A    No idea.                          12:14:43PM
3    Q    Do you have any belief as to why?    12:14:45PM
4    A    No idea.                          12:14:47PM
5    Q    So you take the polygraph -- well,    12:14:52PM
6    strike that.
7         Did you pass all the other tests?    12:14:54PM
8    A    Yes.                             12:14:56PM
9    Q    The medical, the background, the    12:14:56PM
10   physical agility and psychological?
11   A    Yes.                             12:15:01PM
12   Q    And the polygraph you took last?    12:15:02PM
13   A    No, I took the polygraph somewhere in 12:15:04PM
14   between all of that.  I don't remember the exact
15   order.
16   Q    Did you take any other tests after you 12:15:09PM
17   learned you failed the polygraph?
18   A    Yes.                             12:15:13PM
19   Q    Why would you take the other tests    12:15:14PM
20   after you failed the polygraph?
21   A    Because I could've appealed it.    12:15:18PM
22   Q    Did you appeal it?                12:15:20PM
23   A    No, I did not.                    12:15:21PM
24   Q    Why not?                         12:15:22PM
25   A    Because I left.  I left working for    12:15:23PM

Page 126

TYREE BACON

1
2    them voluntarily.
3    Q    When was that?                   12:15:26PM
4    A    That same time period.           12:15:27PM
5    Q    '94 or '95?                      12:15:29PM
6    A    Yes.                             12:15:30PM
7    Q    Okay.  What was your next job after    12:15:33PM
8    that?
9    A    Islip town harbor police.        12:15:38PM
10   Q    What was your title there?        12:15:42PM
11   A    I don't recall if it was bay constable 12:15:45PM
12   or harbormaster.
13   Q    Did you have to take any civil service 12:15:49PM
14   tests for that position?
15   A    No.                              12:15:52PM
16   Q    Did you have to go through the battery 12:15:53PM
17   of tests again?
18   A    No.                              12:15:56PM
19   Q    Was that a police position?        12:15:57PM
20   A    It's a peace offer position.      12:15:59PM
21   Q    Peace officer.  What's the difference 12:16:01PM
22   between peace officer and police officer?
23        MR. NOVIKOFF:  Objection.         12:16:06PM
24        You can answer.                  12:16:06PM
25   A    Yeah.  Pretty much your statutory    12:16:07PM

Page 127

TYREE BACON

1
2    arrest powers regarding pursuing somebody
3    outside of state.
4    Q    That's the only difference?        12:16:15PM
5    A    And arrest -- executing search    12:16:16PM
6    warrants.
7    Q    So your understanding of the    12:16:20PM
8    difference is pursuing somebody out of New York
9    State as well as executing search warrants?
10        MR. NOVIKOFF:  Objection.         12:16:29PM
11   A    Correct.                          12:16:30PM
12   Q    Is your understanding there are any  12:16:31PM
13   other differences between a police officer and a
14   peace offer?
15   A    There may be a couple of others, but  12:16:36PM
16   none that I can recall.
17   Q    How did you go about getting the job  12:16:41PM
18   at Islip town harbor?
19   A    I submitted a resume to the chief at  12:16:46PM
20   Islip harbor police and also filled out an
21   application and dropped that off at the town
22   personnel office.
23   Q    Who was the chief at Islip harbor    12:17:03PM
24   police at the time?
25   A    Alan Loeffler.                    12:17:08PM

Page 128

TYREE BACON

1
2    Q    Does Alan Loeffler have any        12:17:11PM
3    relationship to Joe Loeffler Sr., the chief, and
4    Joe Loeffler, Jr., the mayor?
5        MR. NOVIKOFF:  Objection.         12:17:21PM
6        To your knowledge.                12:17:21PM
7    A    Yes.                             12:17:22PM
8    Q    What's your understanding of the    12:17:23PM
9    relationship?
10   A    He is the son of Joe Loeffler, Sr.,    12:17:24PM
11   the brother of Joe Loeffler, Jr.
12   Q    Did Alan Loeffler work at all at Ocean 12:17:31PM
13   Beach with you?
14   A    He worked there for a while.  I never 12:17:34PM
15   worked with Alan.  He worked shifts opposite of
16   mine.
17   Q    What position -- he was a police    12:17:41PM
18   officer there?
19   A    He was a part-time or seasonal police 12:17:43PM
20   officer.
21   Q    And your job at Islip town harbor, did 12:17:50PM
22   you report to Alan Loeffler?
23   A    I did.                            12:17:55PM
24   Q    Were you ever disciplined there?    12:17:56PM
25   A    No.                              12:17:57PM

Page 129

TYREE BACON

1
2    Q    Were you friends with Alan Loeffler?  12:17:59PM
3    A    Professionally.           12:18:01PM
4    Q    Did you ever socialize with him    12:18:02PM
5    outside of work?
6    A    I invited him to my wedding when I got 12:18:05PM
7    married in '96.
8    Q    Did you invite any other Loefflers to 12:18:09PM
9    your wedding?
10   A    No.              12:18:13PM
11   Q    Other than for your wedding, did you  12:18:14PM
12   ever socialize with Alan Loeffler outside of --
13   A    No.              12:18:20PM
14   Q    Did he attend your wedding?        12:18:20PM
15   A    Yes, he did, him and his wife.     12:18:22PM
16   Q    And that was in '96?             12:18:26PM
17   A    Yes.              12:18:27PM
18   Q    So you were working at Islip town   12:18:28PM
19   harbor at the time?
20   A    Yes.              12:18:31PM
21   Q    Did you work with Alan Loeffler in   12:18:31PM
22   Ocean Beach before the harbor job or was it when
23   you went back?
24   A    It was before the time frame that he 12:18:41PM
25   worked.

Page 130

TYREE BACON

1
2    Q    So you had known Alan Loeffler prior  12:18:44PM
3    to the harbor job?
4    A    Yes.              12:18:48PM
5    Q    He was a police officer in Ocean     12:18:48PM
6    Beach, you just never worked the same tours?
7    A    Correct.           12:18:52PM
8    Q    How long did you work at Islip town  12:18:58PM
9    harbor?
10   A    I think I worked there about a year.  12:19:01PM
11   Q    Why did you leave there?           12:19:03PM
12   A    Because then I went and I worked at  12:19:05PM
13   MacArthur Airport.
14   Q    Did you leave there voluntarily from 12:19:12PM
15   the harbor job?
16   A    I did.              12:19:17PM
17   Q    Did your BMP-TC certificate expire at 12:19:17PM
18   any time between leaving Ocean Beach and leaving
19   the harbor job?
20   A    It did not.           12:19:27PM
21   Q    And then you got the job at MacArthur 12:19:28PM
22   Airport that you testified to already, correct?
23   A    Correct.           12:19:34PM
24   Q    And that was -- what year did you    12:19:34PM
25   start there?

Page 131

TYREE BACON

1
2    A    '96 or '97. I don't recall.       12:19:38PM
3    Q    And that was until January of '99,   12:19:40PM
4    when you were put on suspension?
5    A    Correct.           12:19:44PM
6    Q    And other than for what you've      12:19:46PM
7    testified to, were you ever disciplined at
8    MacArthur Airport?
9    A    No.              12:19:53PM
10   Q    What was your next job after MacArthur 12:19:53PM
11   Airport?
12   A    I left MacArthur, and then that's when 12:19:58PM
13   I came back to Ocean Beach in July of '99.
14   Q    Did you have any jobs between January 12:20:08PM
15   of '99 and July of '99, other than for being on
16   suspension at MacArthur Airport?
17   A    I had my full-time job working at the 12:20:15PM
18   air base as an airport firefighter.
19   Q    Did your BMP-TC certificate expire   12:20:22PM
20   during that break between the MacArthur Airport
21   and going back to Ocean Beach?
22   A    No, it did not.       12:20:32PM
23   Q    Why not?             12:20:33PM
24        MR. NOVIKOFF: Objection.           12:20:34PM
25   A    Because I went from one agency to    12:20:35PM

Page 132

TYREE BACON

1
2    another. It was less than a one-year break.
3    Q    So your understanding is your BMP-TC  12:20:42PM
4    certificate remains active for a period -- any
5    period up to a one-year break?
6    A    Correct.           12:20:51PM
7    Q    What is the basis of that          12:20:51PM
8    understanding?
9    A    From what I understand through the   12:20:55PM
10   various jobs I've worked, including my position
11   as a state court officer.
12   Q    When you went back to Ocean Beach,   12:21:06PM
13   that was 1999?
14   A    Correct.           12:21:10PM
15   Q    How did you go about applying for that 12:21:13PM
16   job?
17   A    I called up to see if they had any    12:21:16PM
18   open slots. I don't recall who I spoke with.
19   They said submit a resume and do the civil
20   service application form. I did that, I
21   submitted it and started working shortly
22   thereafter.
23   Q    Okay. During your first stint with   12:21:36PM
24   the Ocean Beach Police Department, was George
25   Hesse employed there?

33 (Pages 129 to 132)

Page 133

TYREE BACON

1
2     A   He was not.                    12:21:43PM
3     Q   How about when you got back in '99,   12:21:44PM
4  was he employed there?
5     A   He was.                        12:21:47PM
6     Q   What was his title?              12:21:48PM
7     A   He was a sergeant.              12:21:49PM
8     Q   Do you know whether George Hesse ever   12:21:53PM
9  passed a sergeant's test?
10    A   I have no idea.                 12:21:57PM
11    Q   Did you ever ask him?            12:21:58PM
12    A   No.                            12:21:59PM
13    Q   Did you ever hear that he did not pass 12:21:59PM
14 the test?
15    A   No, I did not.                  12:22:02PM
16    Q   Do you know whether George Hesse ever  12:22:05PM
17 took the sergeant's test?
18    A   I have no idea.                 12:22:08PM
19    Q   Do you know if George Hesse ever took  12:22:10PM
20 the chief's test?
21    A   I have no idea.                 12:22:13PM
22    Q   You don't know whether he passed it?  12:22:14PM
23        MR. NOVIKOFF:  Objection.  If he   12:22:16PM
24    doesn't know whether he took the test, he
25    doesn't know whether he passed it.

Page 134

TYREE BACON

1
2        You can answer.                 12:22:21PM
3     A   If I don't know that he took it, then 12:22:21PM
4  there's no way I would know if he passed it.
5     Q   Did you ever hear that he didn't pass 12:22:27PM
6  it?
7     A   No.                            12:22:29PM
8     Q   So just to time frame now.  When in   12:22:30PM
9  1999 did you make that call over to the Ocean
10 Beach Police Department?
11    A   Sometime prior to me working for them. 12:22:41PM
12 I started working -- I was there for Fourth of
13 July weekend, so it was sometime before that
14 that I called them and that I, you know, did the
15 paperwork with them.
16    Q   You worked the Fourth of July weekend 12:22:54PM
17 in '99?
18    A   I believe I did.                12:22:57PM
19    Q   Are you sure about that?          12:23:01PM
20    A   No, I'm not sure.               12:23:02PM
21    Q   Who did you interview with for that   12:23:10PM
22 position?
23    A   Ed Paradiso.                    12:23:13PM
24    Q   What was Ed Paradiso's title at the   12:23:15PM
25 time?

Page 135

TYREE BACON

1
2     A   Chief.                         12:23:17PM
3     Q   Did you interview with anyone else?   12:23:19PM
4     A   No.                            12:23:22PM
5     Q   And Paradiso was the sergeant your   12:23:23PM
6  first time around?
7     A   Correct.                       12:23:26PM
8     Q   Did you remain in contact with       12:23:26PM
9  Paradiso during your six-year break?
10    A   No, I did not.                  12:23:30PM
11    Q   Are you friends with Ed Paradiso?    12:23:32PM
12    A   No.                            12:23:34PM
13    Q   Do you ever socialize with him outside 12:23:34PM
14 of work?
15    A   I was at a party for somebody that he 12:23:37PM
16 happened to be at.  We sat at the same table, we
17 had a couple of drinks, exchanged niceties,
18 shared a meal.
19    Q   But you didn't plan to meet him there, 12:23:49PM
20 did you?
21    A   No.                            12:23:51PM
22    Q   Did you ever E-mail with Ed Paradiso? 12:23:54PM
23    A   I did.                         12:23:56PM
24    Q   How many times?                  12:23:57PM
25    A   While I was working there, almost    12:23:59PM

Page 136

TYREE BACON

1
2  weekly.  That's how I gave him my availability
3  schedule.
4     Q   How about when you weren't working    12:24:06PM
5  there, did you ever E-mail him?
6     A   No.                            12:24:09PM
7     Q   How about since he's left on         12:24:10PM
8  disability?
9     A   I haven't had any contact with him.  I 12:24:12PM
10 saw him once in passing.
11    Q   What's your E-mail address?          12:24:19PM
12    A   Tyree3rd@aol.com.               12:24:21PM
13        MR. NOVIKOFF:  I would hope that that 12:24:27PM
14    information does not get disclosed without
15    some notice.  When I say disclosed, I mean
16    filed.
17        MR. GOODSTADT:  You can designate that 12:24:36PM
18    part of the transcript confidential.
19        MR. NOVIKOFF:  Okay.  So I'm going to 12:24:39PM
20    designate that part of the transcript
21    confidential.
22 BY MR. GOODSTADT:                       12:24:44PM
23    Q   Do you know what Paradiso's E-mail    12:24:44PM
24 address is?
25    A   No, I don't.                    12:24:47PM

34 (Pages 133 to 136)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 137

TYREE BACON

1
2    Q   How about George Hesse, do you E-mail  12:24:48PM
3    with him?
4    A   Yes.                    12:24:52PM
5    Q   How frequently do you E-mail with    12:24:52PM
6    George Hesse?
7    A   Same thing, my schedule for      12:24:55PM
8    availability.
9    Q   Do you ever E-mail George Hesse     12:24:58PM
10   outside of your schedule for availability?
11   A   No.                    12:25:01PM
12   Q   Do you ever E-mail any jokes with    12:25:01PM
13   George Hesse?
14   A   No.                    12:25:04PM
15   Q   Do you E-mail George Hesse from your  12:25:09PM
16   home computer or from the police station
17   computer or both?
18   A   I've done it from my home computer and  12:25:15PM
19   also the police station computer.
20   Q   How many computers are in the police  12:25:19PM
21   station?
22   A   Three.  Three that I'm aware of.    12:25:22PM
23   Q   Have there always been three since   12:25:24PM
24   2006?
25   A   I don't recall.            12:25:30PM

Page 138

TYREE BACON

1
2    Q   When you sign on to the police      12:25:34PM
3    department computers, do you need a password?
4    A   No.                    12:25:42PM
5    Q   So nothing would identify a specific  12:25:43PM
6    individual as the user?
7    A   Not to get into the general computer.  12:25:48PM
8    To get into some of the programs, like the
9    arrest processing program, the report-writing
10   program, you need to have a log-on.  What else
11   is there?  To run motor vehicle checks, warrant
12   checks, you need to have a log-on.
13   Q   Is a log-on specific to the individual  12:26:08PM
14   or is there a general Ocean Beach Police
15   Department log-on and password?
16       MR. NOVIKOFF:  Presently or at any   12:26:14PM
17   time?
18       MR. GOODSTADT:  Between '06 and now.  12:26:16PM
19       MR. NOVIKOFF:  Okay.          12:26:19PM
20   A   For the arrest paperwork, the program  12:26:20PM
21   that does the field reports and that, yes, it's
22   an individual log-on.  For the warrant checks,
23   I'm not certain, because I don't have the
24   password privilege for that.
25   Q   How about to use the Internet?     12:26:34PM

Page 139

TYREE BACON

1
2    A   No, that was open.  There was no     12:26:36PM
3    log-on for anybody to -- you know, you just get
4    right into the computer.
5    Q   From '06 to the present, that's the   12:26:45PM
6    case?
7    A   I haven't worked there in a while, so  12:26:48PM
8    I couldn't tell you about the present.  But
9    that's how it was prior to '06.
10   Q   So from '06 to the last time you were  12:26:56PM
11   there?  And I know you had a tour in Iraq in
12   between that.
13   A   Yeah.  I couldn't tell you today; but  12:27:03PM
14   prior to that, I don't recall.
15   Q   Did you ever log on to the Internet   12:27:09PM
16   from the computer at the police station?
17   A   I have.                 12:27:13PM
18   Q   Let's go back to when you came back in 12:27:14PM
19   '99.  Did you have to take any tests to be
20   certified as a police officer at the time?
21   A   Not at '99, but later on I did.     12:27:22PM
22   Q   What do you mean by that?        12:27:25PM
23   A   There was a time when I got a       12:27:27PM
24   notification from civil service to report for a
25   physical agility exam.

Page 140

TYREE BACON

1
2    Q   When was that?            12:27:33PM
3    A   2004.                  12:27:35PM
4    Q   How did you get that notice?      12:27:38PM
5    A   I got a letter in the mail.       12:27:39PM
6    Q   Was it from civil service or was it  12:27:41PM
7    from someone at Ocean Beach?
8    A   No, it was from civil service.     12:27:45PM
9    Q   And it was for a physical agility?   12:27:47PM
10   A   Yes.                  12:27:49PM
11   Q   Do you know why you needed to take a  12:27:50PM
12   physical agility test in 2004?
13   A   There was apparently a problem with   12:27:54PM
14   Chief Paradiso never notified civil service that
15   I was back to working for them; and then when
16   they were notified, they said that I was
17   uncertified at that point from civil service and
18   I had to reestablish that.  So I started the
19   civil service process.
20   Q   That was in 2004?           12:28:17PM
21   A   Yes.                  12:28:19PM
22   Q   When in 2004 was that?        12:28:19PM
23   A   I think it was like April, beginning  12:28:22PM
24   of the year.
25   Q   Were you working another job at that  12:28:26PM

35 (Pages 137 to 140)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 141

TYREE BACON

1
2    time?
3    A   I was working for the courts.         12:28:29PM
4    Q   And the court, is that a police        12:28:32PM
5    officer position?
6    A   Peace officer position.                12:28:35PM
7    Q   Peace officer.                         12:28:36PM
8        You weren't working any other police   12:28:44PM
9    jobs, were you?
10   A   No.                                    12:28:47PM
11   Q   So it's your understanding -- I        12:28:47PM
12   believe you testified to this -- that civil
13   service deemed you to be uncertified at that
14   time?
15   A   Well, there was a question as to there 12:28:55PM
16   being a lapse in service since the chief did not
17   notify them that I was working from '99 on.
18   Q   How did you learn that that was the    12:29:08PM
19   reason why you had to take these tests?
20   A   Because I called civil service to find 12:29:12PM
21   out what this was all about.
22   Q   Who did you speak with in civil        12:29:16PM
23   service?
24   A   At one point, I spoke with Allison.  I 12:29:18PM
25   believe I spoke -- I don't recall if it was Stan

Page 142

TYREE BACON

1
2    Pelk or Alan Schneider also.
3    Q   What's Allison's last name?            12:29:31PM
4    A   I have no idea.                        12:29:33PM
5    Q   Is it Allison Chester or Allison       12:29:34PM
6    Sanchez?
7    A   I think at the time it was Allison     12:29:40PM
8    Chester.
9    Q   What was her role in all of this?      12:29:42PM
10       MR. NOVIKOFF:  Objection.  Objection. 12:29:44PM
11   Only what -- no foundation that he knows
12   what her role is other than his interaction
13   with her.
14   BY MR. GOODSTADT:                          12:29:54PM
15   Q   What is your understanding of what her 12:29:54PM
16   role was?
17   A   I called her.  She forwarded my        12:29:56PM
18   question to whoever -- I don't recall who it
19   was, whether it was Stan or Al Schneider.
20   Q   Why did you call her as opposed to any 12:30:04PM
21   of the number of hundreds of other people who
22   work in civil service?
23   A   I dialed the number at civil service   12:30:10PM
24   that was on my paper, and that's the person that
25   answered the phone.

Page 143

TYREE BACON

1
2    Q   Did she sign a letter that was sent to 12:30:15PM
3    you?
4    A   I don't recall.                        12:30:18PM
5    Q   And prior to that phone call in '04 -- 12:30:21PM
6    did you call her in '04?
7    A   Yeah.  It was right after I got the    12:30:28PM
8    notification.
9    Q   Prior to that time, had you ever had   12:30:31PM
10   any interaction with Allison Chester?
11   A   No.                                    12:30:36PM
12   Q   Who's Stan Pelk?                       12:30:37PM
13   A   He's director or assistant director.   12:30:40PM
14   I'm not sure.
15   Q   Have you ever had any interaction with 12:30:44PM
16   Mr. Pelk?
17   A   Spoke to him on the phone at one       12:30:48PM
18   point.
19   Q   About what?                            12:30:50PM
20   A   Something to do with civil service,    12:30:51PM
21   you know, regarding this.
22   Q   What did you speak to him about?       12:30:55PM
23   A   Why I was taking this exam when I was  12:30:58PM
24   previously qualified and certified.  And like I
25   said, I'm not sure if it was Stan or Alan

Page 144

TYREE BACON

1
2    Schneider.  But I spoke to her, and the call got
3    forked to somebody.
4    Q   Who is Alan Schneider?                 12:31:17PM
5    A   He was the director of civil service.  12:31:19PM
6    Q   When did you speak with either         12:31:23PM
7    Mr. Pelk or Mr. Schneider?
8    A   Moments after I spoke to Allison.  She 12:31:27PM
9    transferred the phone call.
10   Q   That was in '04, as well?              12:31:31PM
11   A   Yes.                                   12:31:33PM
12   Q   Had you spoken to either of them       12:31:35PM
13   previous to that phone call?
14   A   I spoke with Stan Pelk when I was      12:31:39PM
15   suspended from Islip airport..
16   Q   Other than for your suspension from    12:31:44PM
17   Islip airport, did you speak with Mr. Pelk at
18   any other time?
19   A   No.                                    12:31:51PM
20   Q   Did you ever speak to Schneider, if he 12:31:51PM
21   was the one you spoke to, at any other time
22   other than that phone call?
23   A   I may have spoken to him also in that  12:31:54PM
24   same time frame with Islip airport.
25   Q   What was his response when you asked   12:32:00PM

36 (Pages 141 to 144)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 145

TYREE BACON

1
2    him why do I have to take this test when I've
3    previous been certified, authorized, et cetera?
4        A    The sum and substance of the        12:32:07PM
5    conversation was basically that Chief Paradiso
6    dropped the ball in not getting the payroll
7    certified and not notifying civil service of
8    their current employment rosters.
9        Q    So was it just you that had to take    12:32:28PM
10   the test over or was it everybody that wasn't
11   certified?
12       MR. NOVIKOFF: Objection.        12:32:35PM
13       To the extent you know.        12:32:35PM
14       A    To the extent that I know, there was    12:32:37PM
15   like six of us, seven of us that showed up to
16   take the physical agility.  Prior to that, I
17   didn't know who did and who didn't.
18       Q    Who took it at the same time as you?   12:32:49PM
19       A    Myself, the Bosettis, Arnie Hardman,   12:32:53PM
20   Tommy Shaw, Pat Cherry.  There's another
21   individual, used to be a city cop, worked for
22   the state parks.  I can't remember his name.
23   And there may have been one or two other people.
24   It was like six or seven people total.
25       Q    Was Paradiso there?        12:33:17PM

Page 146

TYREE BACON

1
2        A    Yes, when we went to take our        12:33:19PM
3    physical.  The other individual's time was John
4    Dyer.
5        Q    Why did Paradiso join you?        12:33:26PM
6        MR. NOVIKOFF: Objection.        12:33:28PM
7        A    He didn't join us to take the exam.   12:33:29PM
8    He just came.  He showed up.  I have no idea
9    why.
10       Q    Did you, prior to arriving for your   12:33:36PM
11   physical agility test -- when did you take the
12   physical agility test?  When was this?
13       A    I think that was April of '04, maybe   12:33:44PM
14   May of '04.
15       Q    And prior to going to take that        12:33:49PM
16   physical agility test, had you spoken to anyone
17   in the police department about the fact that you
18   had to do that?
19       A    I think I may have spoken with Eddie.   12:33:58PM
20   I can't be certain.  He said, well, that's what
21   civil service is requiring.  You know, typical
22   run -- you know, didn't get a firm answer.
23   That's what civil service wants, that's what
24   you're gonna do.
25       Q    Just so we're clear, when you say      12:34:13PM

Page 147

TYREE BACON

1
2    Eddie, you mean Ed Paradiso?
3        A    Ed Paradiso.        12:34:17PM
4        Q    Not Ed Carter?        12:34:18PM
5        A    Correct.        12:34:19PM
6        Q    Did you speak with the Bosettis that   12:34:20PM
7    you had to take this test?
8        A    No.        12:34:22PM
9        Q    Did you speak with Hardman?        12:34:23PM
10       A    No.        12:34:24PM
11       Q    How about Shaw?        12:34:25PM
12       A    No.        12:34:26PM
13       Q    Pat Cherry -- you said Pat Cherry.    12:34:26PM
14   You're referring to senior?
15       A    Senior.        12:34:29PM
16       Q    Did you speak with him about that?    12:34:30PM
17       A    Nope.        12:34:31PM
18       Q    Did you speak with Dyer about having   12:34:32PM
19   to take this test?
20       A    Nope.        12:34:36PM
21       Q    At the time you learned you had to     12:34:36PM
22   take the physical agility test, did you learn
23   you to had to take the full battery of tests or
24   was it just the physical agility?
25       A    I had no idea what I had to do.        12:34:45PM

Page 148

TYREE BACON

1
2    Apparently, that was the first step in many that
3    I needed to do.
4        Q    When you called Sanchez or Chester --  12:34:51PM
5        MR. NOVIKOFF:  Allison.        12:34:55PM
6        MR. GOODSTADT:  Allison.        12:34:56PM
7    BY MR. GOODSTADT:        12:34:57PM
8        Q    When you called Allison, did she      12:34:57PM
9    inform you you had to take all the tests?
10       A    She said that we had to do the test.   12:35:02PM
11   She wasn't sure if it was gonna be the complete
12   battery of tests.
13       Q    And how about Pelk or Schneider, did   12:35:09PM
14   either of them tell you you had to take the full
15   battery?
16       A    They just said that we had to take the  12:35:15PM
17   test, and they weren't specific.
18       Q    What -- do you know what alerted civil  12:35:18PM
19   service to the fact that you hadn't -- or at
20   least that they believed that you hadn't been
21   certified?
22       A    No, I don't.        12:35:26PM
23       Q    Did you speak to anybody about what --  12:35:28PM
24   the catalyst of that event?
25       MR. NOVIKOFF:  Other than Allison,        12:35:35PM

37 (Pages 145 to 148)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 149

TYREE BACON

1
2      Stan and --
3          MR. GOODSTADT: Anybody.         12:35:39PM
4      A   Allison, Stan and Al Schneider. I got 12:35:39PM
5   a letter and there was a number on the paper,
6   and I wasn't quite sure what it was about..
7   Attempted to get clarification, and there was no
8   clarification. You had to take it.
9      Q   And you also talked to Ed Paradiso  12:35:53PM
10  about it, and he said --
11     A   Right. Right. Exactly.            12:35:55PM
12     Q   Did you ever speak to anybody else 12:35:57PM
13  about it?
14     A   No.                              12:36:01PM
15     Q   Did you ever hear that one of the  12:36:02PM
16  plaintiffs in this case called civil service to
17  let them know?
18     A   No.                              12:36:09PM
19     Q   You never heard anyone say that?  12:36:10PM
20     A   No.                              12:36:12PM
21     Q   Never called anyone in civil service 12:36:12PM
22  rat?
23         MR. NOVIKOFF: Wait, wait, wait.  12:36:15PM
24         Read that question back.          12:36:15PM
25         I just want to make sure if I object, 12:36:17PM

Page 150

TYREE BACON

1
2   it's appropriate.
3          MR. GOODSTADT: I asked if he ever  12:36:19PM
4   called anyone at civil service a rat.
5          MR. NOVIKOFF: Let me have the court 12:36:23PM
6   reporter read it back.
7          (Whereupon, the requested portion was 12:36:26PM
8   read back by the court reporter: Never
9   called anyone in civil service rat?)
10         MR. GOODSTADT: Let me repeat the   12:36:41PM
11  question, because not whether you called
12  anyone in civil service a rat.
13  BY MR. GOODSTADT:                        12:36:47PM
14     Q   Have you ever called anyone a civil 12:36:48PM
15  service rat?
16     A   No.                              12:36:50PM
17     Q   Was there an answer?              12:36:54PM
18     A   I said no.                       12:36:56PM
19     Q   Did you ever hear anybody call any of 12:36:56PM
20  the plaintiffs in this case a civil service rat?
21     A   No.                              12:37:01PM
22     Q   Have you ever heard that term, civil 12:37:02PM
23  service rat?
24     A   No.                              12:37:04PM
25     Q   Have you ever heard the term "rat" as 12:37:04PM

Page 151

TYREE BACON

1
2   it relates to police department?
3      A   Yes.                             12:37:08PM
4      Q   What is a rat?                    12:37:09PM
5          MR. NOVIKOFF: Objection.          12:37:11PM
6          MR. GOODSTADT: As it relates to a  12:37:13PM
7   police department.
8          MR. NOVIKOFF: What is your        12:37:15PM
9   understanding of what the word "rat" means
10  as it pertains to the police department?
11     A   Somebody who runs their mouth.     12:37:18PM
12     Q   What do you mean by that?          12:37:20PM
13     A   Somebody who goes outside the chain of 12:37:23PM
14  command.
15     Q   What's your understanding of chain of 12:37:28PM
16  command? What does that mean?
17     A   Chain of command. You have a chain of 12:37:31PM
18  command. If you have a problem, you address it
19  through the chain of command. If you have a
20  sergeant, you take it to the sergeant. If you
21  don't get redress, you take it to the chief in
22  this particular case. If you don't get redress
23  from the chief, you take it to a village board
24  member or the mayor. If you don't get redress,
25  then you take it further. You can take it to

Page 152

TYREE BACON

1
2   civil service or another body, perhaps the
3   District Attorney's Office.
4      Q   So it's your understanding that if you 12:37:57PM
5   go through that process and you take it to the
6   District Attorney's Office, that's not going
7   outside your chain of command?
8      A   Correct. As long as you follow your 12:38:06PM
9   chain of command..
10     Q   You never heard anyone say that they 12:38:14PM
11  thought that Tom Snyder had alerted civil
12  service to the fact that there were officers who
13  were not certified at Ocean Beach?
14         MR. NOVIKOFF: Don't answer that yet. 12:38:25PM
15         Was the question -- did it start with 12:38:27PM
16  did you ever hear?
17         MR. GOODSTADT: Have you ever heard. 12:38:30PM
18         MR. NOVIKOFF: Have you ever heard.  12:38:31PM
19  Okay.
20     A   No.                              12:38:33PM
21     Q   Have you ever heard anyone state a 12:38:36PM
22  belief that Ed Carter had alerted civil service
23  to the fact that there were certain officers in
24  Ocean Beach who were not certified by Suffolk
25  County?

TSG Reporting - Worldwide    877-702-9580

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 153

TYREE BACON

```
1
2    A   No.                    12:38:48PM
3    Q   Have you ever heard that Joe Nofi    12:38:50PM
4  lettered civil service to the fact that there
5  were officers in Ocean Beach who were not
6  certified?
7    A   No.                    12:38:59PM
8    Q   Do you know how to spell Nofi?    12:39:00PM
9    A   No.                    12:39:02PM
10   Q   Do you know how to spell Fiorillo?    12:39:02PM
11   A   I mean, no.  I could turn around --    12:39:05PM
12 it's probably misspelled.  But I imagine if I
13 wrote it out, it's probably incorrect.
14   Q   How do you believe Mr. Fiorillo spells    12:39:14PM
15 his name?
16      MR. NOVIKOFF:  Objection.    12:39:17PM
17   A   F-I-O-R-E-L-L-O.  I don't know.  I'm    12:39:18PM
18 guessing.
19   Q   How do you believe Mr. Nofi spells his    12:39:23PM
20 name?
21   A   N-O-F-F-I.                12:39:26PM
22   Q   So you showed up in April of '04 to    12:39:29PM
23 take the physical agility test.  Did you
24 actually take it --
25   A   Yes.                   12:39:48PM
```

Page 154

TYREE BACON

```
1
2    Q   -- on that day?            12:39:48PM
3      Did the other six or seven guys take    12:39:49PM
4  it?
5    A   Yes.                   12:39:52PM
6    Q   Did you pass it?            12:39:52PM
7    A   No.  I had to go back and retake it    12:39:53PM
8  again.
9    Q   So you failed the first time.  Did you    12:39:56PM
10 have to appeal it or do you automatically get
11 another shot?
12   A   No, you just go right back.  You know,    12:39:59PM
13 they schedule a date at least 30 days later.
14   Q   So failing the physical agility test    12:40:03PM
15 doesn't disqualify you from being a police
16 officer --
17      MR. NOVIKOFF:  Objection.    12:40:12PM
18 BY MR. GOODSTADT:                12:40:13PM
19   Q   -- as long as you take it again?    12:40:13PM
20      MR. NOVIKOFF:  Objection.    12:40:15PM
21   A   I mean, if you didn't qualify and you    12:40:17PM
22 took it the second time and qualified, then you
23 move on to the next step in the process..
24   Q   But you had the ability to retake it    12:40:24PM
25 30 days later?
```

Page 155

TYREE BACON

```
1
2    A   Yes.                   12:40:28PM
3    Q   And what about the physical agility    12:40:28PM
4  test did you fail the first time?
5    A   I didn't make the sit-ups in the    12:40:32PM
6  allotted time.
7    Q   And the second time, you did that?    12:40:36PM
8    A   Yes.                   12:40:37PM
9    Q   When was the second time that you went    12:40:38PM
10 back for it?
11   A   It was a month later.         12:40:40PM
12   Q   So somewhere around May of '04?    12:40:42PM
13   A   Correct.                 12:40:44PM
14   Q   Did you take any other civil service    12:40:44PM
15 tests?
16   A   Yes.  I did the medical.        12:40:47PM
17      MR. NOVIKOFF:  In '94.        12:40:48PM
18      MR. GOODSTADT:  In '04.        12:40:50PM
19      MR. NOVIKOFF:  In '04.  I'm sorry.    12:40:51PM
20 Correct.
21      MR. GOODSTADT:  Well, I don't know if    12:40:53PM
22 it was '04 or '05.
23      MR. NOVIKOFF:  In that time period.    12:40:53PM
24 BY MR. GOODSTADT:                12:40:55PM
25   Q   After you learned that you were    12:40:57PM
```

Page 156

TYREE BACON

```
1
2  considered not to be certified by civil service,
3  did you take any other tests?
4    A   Yes.                   12:41:03PM
5    Q   Okay.  What was the second test you    12:41:04PM
6  took?
7    A   I took the medical.          12:41:06PM
8    Q   And when did you take that test?    12:41:11PM
9    A   After I took the physical agility and    12:41:16PM
10 passed it.
11   Q   How did you learn that you needed to    12:41:19PM
12 take the medical test?
13   A   Civil service sent me notification to    12:41:23PM
14 report to this location on this date to take the
15 medical exam.
16   Q   Did you call anyone at civil service    12:41:28PM
17 to question why you needed to take it?
18   A   No.                    12:41:31PM
19   Q   Did you speak to anyone in the Ocean    12:41:32PM
20 Beach Police Department about your need to take
21 the medical?
22   A   No.                    12:41:38PM
23   Q   Do you recall what month that was --    12:41:40PM
24   A   No.                    12:41:42PM
25   Q   -- that you got that notice?    12:41:43PM
```

39 (Pages 153 to 156)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 157

TYREE BACON

1
2     A   It was after I took the physical      12:41:44PM
3  agility.
4     Q   So was it in '04?          12:41:47PM
5     A   Yes.                 12:41:48PM
6     Q   Was it during the season?         12:41:49PM
7     A   I don't remember.            12:41:51PM
8     Q   And did you pass the medical?      12:41:56PM
9     A   Yes.                 12:41:57PM
10    Q   Did you take any other tests --      12:42:02PM
11    A   Yes.                 12:42:04PM
12    Q   -- at or about that time in connection 12:42:04PM
13 with being certified as a police officer in
14 Ocean Beach?
15    A   Yes.                 12:42:10PM
16    Q   What was the next test that you took? 12:42:10PM
17    A   Polygraph.              12:42:12PM
18    Q   When did you take the polygraph?    12:42:18PM
19    A   I think it was towards the end of '04. 12:42:20PM
20    Q   How many times did you take the     12:42:25PM
21 polygraph?
22    A   Once for Ocean Beach and once back for 12:42:28PM
23 Riverhead.
24    Q   How many times did you take it for   12:42:31PM
25 Ocean Beach?

Page 158

TYREE BACON

1
2     A   Only once.               12:42:34PM
3     Q   And it's your recollection that you   12:42:35PM
4  took the polygraph in '04?
5     A   Yeah.  I could be mistaken.  It may   12:42:43PM
6  have been '05.  I don't know for certain.
7     Q   Have you ever seen a copy of your    12:42:49PM
8  polygraph examination report?
9     A   No.                 12:42:53PM
10    Q   At the time that -- strike that.     12:43:02PM
11        How did you learn that you had to take 12:43:05PM
12 the polygraph?
13    A   I got notation from civil service that 12:43:08PM
14 I had to take the polygraph.
15    Q   At the time you got that notice, did  12:43:11PM
16 you call anyone at civil service to find out why
17 you had to do that?
18    A   No.                 12:43:14PM
19    Q   Did you speak to anybody in Ocean    12:43:16PM
20 Beach about having to take the
21 polygraph prior -- well, strike that.
22        Did you speak to anybody at Ocean    12:43:22PM
23 Beach about the fact that you had to take the
24 polygraph at or about the time you received the
25 notice from civil service?

Page 159

TYREE BACON

1
2     A   I think when I got that, I also was   12:43:31PM
3  notified from Chief -- Sergeant Hesse to pick up
4  the pre-poly questionnaire, because you have to
5  fill out a questionnaire prior to filling out
6  the polygraph.
7     Q   And you picked that up from Hesse?    12:43:45PM
8     A   From Ocean Beach.            12:43:48PM
9     Q   From George Hesse, you got it?      12:43:49PM
10    A   I didn't get it from George directly.  12:43:51PM
11 I think it was at the station, and I picked it
12 up there.  It was in an envelope for me.
13    Q   Had you filled out a pre-polygraph    12:44:00PM
14 questionnaire when you took the Riverhead
15 polygraph?
16    A   Yes.                 12:44:07PM
17    Q   Was it the same questionnaire?      12:44:07PM
18    A   Pretty much.             12:44:09PM
19    Q   Was the questionnaire administered by 12:44:09PM
20 Suffolk County civil service or was it
21 administered by the beach?
22        MR. NOVIKOFF:  Which one?  The one for 12:44:16PM
23 Ocean Beach.
24        MR. GOODSTADT:  In '04.          12:44:19PM
25    A   Yes.  It was administered by Suffolk  12:44:20PM

Page 160

TYREE BACON

1
2  County Police in Suffolk County Police
3  Headquarters.
4     Q   So where did you fill it out -- strike 12:44:25PM
5  that.
6        Did you fill out the pre-polygraph    12:44:28PM
7  questionnaire?
8     A   Yes.                 12:44:31PM
9     Q   Where did you fill it out?        12:44:31PM
10    A   At home.               12:44:33PM
11    Q   And where did you submit that?      12:44:40PM
12    A   I think it had to go back to the     12:44:44PM
13 village for them to review it, and then it got
14 forwarded to Suffolk County.  But I'm not
15 certain of the procedure.
16        While you're looking through those   12:45:01PM
17 documents, do you mind if I --
18        MR. NOVIKOFF:  Well, it's 12:45 p.m.  12:45:06PM
19        MR. GOODSTADT:  We'll take a lunch   12:45:07PM
20 break.
21        MR. NOVIKOFF:  I mean, again, the    12:45:07PM
22 witness has advised me, for child care
23 issues, he has to leave at 4:30.  I have
24 questions, so...
25        MR. GOODSTADT:  I mean, that I think  12:45:16PM

40  (Pages 157 to 160)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 161

TYREE BACON

1
2  we should take a lunch break and see how
3  long we go.  If we have to bring him back --
4      MR. NOVIKOFF:  We'll bring him back.  12:45:21PM
5      MR. GOODSTADT:  And we'll go even     12:45:21PM
6  further into March.
7      THE VIDEOGRAPHER:  The time is 12:46.  12:45:27PM
8  We are going off the record.
9      (Whereupon, a discussion was held off  12:45:31PM
10  the record.)
11      THE VIDEOGRAPHER:  The time is 1:49.   1:48:25PM
12  We are back on the record.
13  BY MR. GOODSTADT:                          1:48:28PM
14      Q   Mr. Bacon, I just want to go back to   1:48:32PM
15  something that you testifed to before.  You
16  testified that on certain occasions you drove
17  the Bosettis and others to the checkpoint; is
18  that correct?
19      A   Yes.                              1:48:44PM
20      Q   And that was after they stayed in the   1:48:44PM
21  village and were drinking?
22      MR. NOVIKOFF:  Objection.            1:48:47PM
23      A   They stayed.  They could've been out   1:48:50PM
24  eating, drinking, partying.  I'm not certain
25  what they did.

Page 162

TYREE BACON

1
2      Q   Did you ever know them to be drinking   1:48:55PM
3  when you brought them back to the checkpoint?
4      A   They weren't drinking --          1:48:59PM
5      MR. NOVIKOFF:  Objection.            1:48:59PM
6  BY MR. GOODSTADT:                          1:49:00PM
7      Q   Had you ever known them to have been   1:49:00PM
8  drinking in the village on nights that you
9  brought them back to the checkpoint?
10      MR. NOVIKOFF:  Objection.            1:49:07PM
11      A   Yes.                             1:49:08PM
12      Q   And you drove them back to their car?  1:49:09PM
13      A   Yes.                             1:49:12PM
14      Q   And you saw them get into their cars?  1:49:12PM
15      A   Uh-huh.  Yes.                    1:49:16PM
16      Q   You saw them drive away?          1:49:17PM
17      A   Yes.                             1:49:19PM
18      Q   After they'd been drinking, you did   1:49:19PM
19  that?
20      MR. NOVIKOFF:  Objection.            1:49:22PM
21      A   I'm assuming they drank.  I didn't see   1:49:23PM
22  them drink.  They weren't drinking in the
23  vehicle, so I'm assuming they may have had one
24  or two drinks when they were out..
25      Q   What's that assumption based on?   1:49:32PM

Page 163

TYREE BACON

1
2      A   Because they were there till 4:00 a.m.  1:49:34PM
3      Q   It's possible they had four or five   1:49:37PM
4  drinks while they were out?
5      MR. NOVIKOFF:  Objection.            1:49:41PM
6      A   Anything's possible.             1:49:42PM
7      Q   You didn't have any concerns of them   1:49:45PM
8  getting into the cars after being out at the
9  bars until 4:00 or 5:00 in the morning?
10      MR. NOVIKOFF:  Objection.  Foundation.  1:49:52PM
11  Form.
12      You can answer.                     1:49:53PM
13      A   They seemed to be quite coherent.   1:49:55PM
14  They didn't appear to be under the influence.  I
15  didn't see a problem.  If there was, then I
16  wouldn't have taken them to their cars.
17      Q   Had you ever asked them if they were   1:50:05PM
18  drinking?
19      A   No.                             1:50:08PM
20      Q   Have you ever used any of the Ocean   1:50:10PM
21  Beach police-issued equipment outside of Ocean
22  Beach?
23      A   Not that I recall.               1:50:18PM
24      Q   You don't recall an incident where you  1:50:19PM
25  deployed Ocean Beach issued Mace in a bar

Page 164

TYREE BACON

1
2  outside of Ocean Beach?
3      A   That wasn't Ocean Beach issued Mace,  1:50:26PM
4  so no.
5      Q   Did you ever deploy Mace in a bar   1:50:30PM
6  outside of Ocean Beach?
7      A   No.                             1:50:37PM
8      Q   Did you ever deploy Mace outside of a  1:50:38PM
9  bar outside of Ocean Beach?
10      A   No.                             1:50:43PM
11      Q   The incident that you testified to in   1:50:43PM
12  which you were arrested for allegedly striking
13  your girlfriend at the time, do you recall that?
14      A   Yes.                            1:50:50PM
15      Q   Did you deploy Mace during that   1:50:51PM
16  incident?
17      A   No.                             1:50:55PM
18      Q   Do you recall ever deploying Mace   1:51:00PM
19  while you were on duty in Ocean Beach?
20      A   Yes.                            1:51:03PM
21      MR. NOVIKOFF:  I'm sorry, I didn't   1:51:04PM
22  hear the question because of the noise.
23  What was the question?
24      (Whereupon, the referred to portion   1:51:08PM
25  was read back by the court reporter:  Do you

41 (Pages 161 to 164)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 165

TYREE BACON

1
2    recall ever deploying Mace while you were on
3    duty in Ocean Beach?)
4        MR. NOVIKOFF:  Yes.  Okay.        1:51:14PM
5    BY MR. GOODSTADT:                      1:51:15PM
6        Q    The answer is yes?            **1:51:15PM**
7        A    Yes.                1:51:16PM
8        Q    How many times?              **1:51:18PM**
9        A    Twice.              1:51:20PM
10       Q    And where was the first time you  **1:51:21PM**
11   deployed the Mace?
12       A    I believe that was in McGuire's.   1:51:27PM
13       Q    When was that incident?      **1:51:29PM**
14       A    2003, 2004.             1:51:34PM
15       Q    Why did you deploy Mace in McGuire's?  **1:51:39PM**
16       A    There was a bar fight.       1:51:43PM
17       Q    How many people did you hit with the  **1:51:44PM**
18   Mace?
19       A    The two people who were fighting and  1:51:48PM
20   myself.
21       Q    Was one of the people that were  **1:51:51PM**
22   fighting an off-duty third precinct officer?
23       A    I don't recall.           1:51:57PM
24       Q    So you don't recall deploying Mace on  **1:51:57PM**
25   an off-duty Third Precinct officer at McGuire's?

Page 166

TYREE BACON

1
2        MR. NOVIKOFF:  Objection.        1:52:05PM
3        A    No.  I don't believe anyone of the  1:52:05PM
4    people fighting were police officers from any
5    jurisdiction.
6        Q    Did you file a field report with  **1:52:10PM**
7    respect to that incident?
8        A    No, I did not.  The responding  1:52:13PM
9    officers filed the field report, because I was
10   getting my eyes washed out from the ambulance.
11       Q    Were you on duty at the time?   **1:52:22PM**
12       A    Yes.                1:52:23PM
13       Q    Did you fill out a use of force  **1:52:24PM**
14   report?
15       A    At that time, we didn't have use of  1:52:27PM
16   force reports.
17       Q    So your testimony is in '03 and '04,  **1:52:29PM**
18   there were no use of force reports?
19       MR. NOVIKOFF:  Objection.  I don't  1:52:34PM
20   know if you established a timeframe.
21       MR. GOODSTADT:  Well, he said it was  1:52:37PM
22   in 2003, 2004.
23       MR. NOVIKOFF:  Did he?        1:52:39PM
24       MR. GOODSTADT:  He did.        1:52:40PM
25       MR. NOVIKOFF:  Okay.         1:52:41PM

Page 167

TYREE BACON

1
2        A    I'm assuming it was that time frame.   1:52:41PM
3    I don't -- I don't recall for certain, but we
4    didn't the have use of force paperwork for that
5    at that time.
6        Q    But it was during the time period  **1:52:53PM**
7    after you came back in '99, right?
8        A    Yes, it was after '99.       1:52:56PM
9        Q    And before you took all the battery of  **1:52:57PM**
10   tests to become certified?
11       A    I don't recall.           1:53:02PM
12       Q    You testified before about the  **1:53:08PM**
13   paperwork that you filed or filled out in
14   connection with coming back in '99, correct?
15       MR. NOVIKOFF:  Objection.        1:53:17PM
16       A    Correct.              1:53:18PM
17       Q    Did you fill out any paperwork for  **1:53:18PM**
18   Suffolk County in connection with coming back in
19   '99?
20       MR. NOVIKOFF:  Objection.        1:53:23PM
21       A    I submitted a resume, and I filled out  1:53:25PM
22   the standard Suffolk County civil service
23   application at the village office.
24       Q    And who did you submit that to?   **1:53:32PM**
25       A    The village office.         1:53:33PM

Page 168

TYREE BACON

1
2        Q    Do you recall who in the village  **1:53:36PM**
3    office?
4        A    No.                1:53:37PM
5        Q    Let's go back to the time frame in  **1:53:40PM**
6    which you were going through the battery of
7    tests.
8            I believe you testified that you  **1:53:48PM**
9    filled out some pre-polygraph paperwork; is that
10   correct?
11       A    Yes.                1:53:53PM
12       MR. NOVIKOFF:  We're talking about in  1:53:53PM
13   the 2004, 2005 period now?
14       MR. GOODSTADT:  Yes.         1:53:57PM
15       MR. NOVIKOFF:  Okay..        1:53:58PM
16   BY MR. GOODSTADT:                      1:53:59PM
17       Q    Do you recall filling out any other  **1:53:59PM**
18   paperwork for a background check?
19       A    Yes.                1:54:04PM
20       Q    And what paperwork did you fill out  **1:54:06PM**
21   for a background check?
22       A    There was a background investigation  1:54:09PM
23   packet.
24       Q    Where did you get that from?   **1:54:13PM**
25       A    That was from the police department  1:54:15PM

42  (Pages 165 to 168)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 169

```
 1            TYREE BACON
 2   also.
 3      Q    From the Ocean Beach Police       1:54:17PM
 4   Department?
 5      A    Yes.                   1:54:19PM
 6      Q    Okay.  And who gave you that packet to 1:54:20PM
 7   fill out?
 8      A    The polygraph paperwork and the    1:54:27PM
 9   application packet were in a big manila envelope
10   with my name on it and the names of those that
11   had to go through.  I don't remember anyone
12   specifically giving it to me.
13      Q    Who was performing the background   1:54:40PM
14   check?
15      A    I believe the police department.    1:54:42PM
16      Q    The Ocean Beach Police Department -- 1:54:45PM
17      A    Yes.                   1:54:47PM
18      Q    -- or Suffolk County Police        1:54:47PM
19   Department?
20      A    Ocean Beach.               1:54:49PM
21      Q    Do you know who at the beach was in  1:54:50PM
22   charge of performing the background check?
23      A    I believe at the time, Chief Hesse -- 1:54:54PM
24   Sergeant Hesse and Chief Paradiso were doing it.
25      Q    Have you ever heard of the Ocean Beach 1:55:00PM
```

Page 170

```
 1            TYREE BACON
 2   Police Department applicant investigation
 3   section?
 4      A    No.                    1:55:05PM
 5         MR. GOODSTADT:  Mark this, please as  1:55:08PM
 6   Bacon 1.
 7         (Whereupon, Bates document 7360-7381  1:55:13PM
 8   was marked as Bacon Exhibit 1 for
 9   identification, as of this date.)
10         MR. NOVIKOFF:  Don't do anything with 1:55:41PM
11   it until he asks you.
12   BY MR. GOODSTADT:               1:55:43PM
13      Q    I've placed in front of Mr. Bacon    1:55:44PM
14   what's been marked as Bacon 1.  It is a
15   multiple-page exhibit, bearing Bates 7360
16   through 7381.  (Handing.)
17         Mr. Bacon, do you recognize the      1:55:53PM
18   document that's been marked as Bacon 1?
19         MR. NOVIKOFF:  Now, if you need to    1:55:58PM
20   review the document to answer the question,
21   do so.  If you don't, don't do so.
22      A    May I thumb through it?         1:56:04PM
23      Q    Sure.                  1:56:09PM
24      A    Okay, I remember it.          1:56:34PM
25      Q    If you look at the -- well, what is   1:56:35PM
```

Page 171

```
 1            TYREE BACON
 2   this document?
 3      A    This was the investigation packet that 1:56:38PM
 4   was handed.
 5      Q    If you look at the first page, it says 1:56:40PM
 6   "police candidate application packet."  Do you
 7   see that?
 8      A    Yes.                   1:56:44PM
 9      Q    Were you a candidate for a police    1:56:45PM
10   officer at that time?
11         MR. NOVIKOFF:  Objection.        1:56:47PM
12      A    No.                    1:56:48PM
13      Q    Do you know why you were filling out a 1:56:49PM
14   candidate application packet?
15         MR. NOVIKOFF:  Objection.        1:56:52PM
16      A    Because my original investigation    1:56:55PM
17   packet wasn't around.
18      Q    When did you fill out your original   1:57:04PM
19   investigation packet?
20      A    Back in 1990.              1:57:08PM
21      Q    And did you fill it out for the Ocean 1:57:09PM
22   Beach Police Department or Suffolk County?
23      A    I believe it was an Ocean Beach packet 1:57:19PM
24   even back then.
25      Q    Who was in charge of doing the     1:57:22PM
```

Page 172

```
 1            TYREE BACON
 2   background back then?
 3      A    Ed Paradiso.              1:57:25PM
 4      Q    You recall that or are you        1:57:25PM
 5   speculating?
 6      A    Well, it may have been the chief..    1:57:28PM
 7      Q    So you're speculating?           1:57:30PM
 8      A    It was either of those two.        1:57:32PM
 9      Q    But you definitely recall doing it    1:57:33PM
10   through Ocean Beach and not through Suffolk
11   County, the background check?
12      A    Yes.                   1:57:38PM
13      Q    If you look at page 7361 -- strike    1:57:38PM
14   that.
15         Before you look at 7361, do you recall 1:57:42PM
16   when you received this packet?
17      A    No.  Around the same time I'm assuming 1:57:46PM
18   I did the polygraph paperwork.
19      Q    So if you look at 7361, which is the  1:57:52PM
20   second page of Exhibit 1.
21      A    Okay.                  1:57:56PM
22      Q    Do you see the -- halfway down, the   1:57:57PM
23   signature box?
24      A    Yes.                   1:58:00PM
25      Q    Is that your signature?         1:58:01PM
```

**TYREE BACON**

1
2    A   It is.                              1:58:02PM
3    Q   And it's dated 5-1-05.             1:58:03PM
4        Do you see that?                   1:58:04PM
5    A   Yes.                               1:58:06PM
6    Q   Any reason to believe you didn't sign  1:58:07PM
7  it on 5-1-05?
8    A   Nope.                              1:58:10PM
9    Q   Does that refresh your recollection as  1:58:11PM
10  to when you got this information?
11       MR. NOVIKOFF:  You can answer.     1:58:14PM
12   A   Maybe not when I got it, but that was  1:58:15PM
13  when I signed it.  And if you go further down,
14  the 2nd of May is when it was notarized.
15   Q   So just so I understand, you signed it  1:58:22PM
16  on May 1st and the notary signed it on May 2nd?
17  Is that's what's indicated here?
18       MR. NOVIKOFF:  Objection.  The     1:58:32PM
19  document speaks for itself.
20       But you can answer.                1:58:33PM
21   A   Yeah.                              1:58:35PM
22   Q   So you didn't sign it in front of the  1:58:35PM
23  notary?
24   A   No, I did.                         1:58:38PM
25   Q   So you signed it in front of the      1:58:40PM

**TYREE BACON**

1
2  notary on May 1st and then the notary notarized
3  it on May 2nd?  Is that what happened?
4    A   No.  I probably made a mistake and   1:58:47PM
5  signed it the 1st on the 2nd.
6    Q   Okay.  And are you speculating to that  1:58:51PM
7  or do you recall that being a mistake?
8        MR. NOVIKOFF:  Objection.          1:58:55PM
9    A   I don't recall.                    1:58:56PM
10   Q   Now, if you see on this page, it says  1:58:59PM
11  that you understand that failure to complete and
12  return the questionnaire and documents I have
13  been personally given today to the Ocean Beach
14  Police Department applicant investigation
15  section.
16       Do you see that?                   1:59:13PM
17   A   Yes.                               1:59:14PM
18   Q   Does that refresh your recollection of  1:59:15PM
19  what the Ocean Beach Police Department applicant
20  investigation section is?
21       MR. NOVIKOFF:  Objection.  His     1:59:23PM
22  testimony was he never heard of it, not that
23  he doesn't recall.
24       But over my objection, you can answer  1:59:28PM
25  the question.

**TYREE BACON**

1
2    A   I remember having to have this in by   1:59:28PM
3  the 15th.
4    Q   That wasn't the question.  The      1:59:32PM
5  question was whether it refreshes your
6  recollection of an Ocean Beach Police Department
7  applicant investigation section.
8        MR. NOVIKOFF:  Note my objection to  1:59:43PM
9  the form of the question.
10       You can answer.                    1:59:43PM
11   A   I believe answer that.  There is not  1:59:44PM
12  an applicant investigation section, but they do
13  their own investigations.  So one of the
14  officers or supervisors conducted the
15  investigations.
16   Q   All right.  Just so I'm clear, are you  1:59:54PM
17  saying that this section that's referenced in
18  this document does not exist?
19       MR. NOVIKOFF:  Objection.          2:00:01PM
20       You can answer.                    2:00:06PM
21   A   I'm saying it's an individual who does  2:00:06PM
22  the work.  Whether they call him the applicant
23  investigation section, I couldn't tell you.
24   Q   And then it says if it's not submitted  2:00:14PM
25  to that applicant investigation section no later

**TYREE BACON**

1
2  then 11:00 a.m. on 5-15-05, shall result in the
3  removal of my name from the current certified
4  list of police officer candidates.
5        Do you see that?                   2:00:28PM
6    A   Yes.                               2:00:29PM
7    Q   What list is that referring to?     2:00:29PM
8        MR. NOVIKOFF:  Objection.          2:00:31PM
9    A   I'm guessing that's for the --      2:00:33PM
10       MR. NOVIKOFF:  Don't guess.        2:00:35PM
11   A   Okay.. Then I don't know.          2:00:36PM
12   Q   So you were signing this and having it  2:00:38PM
13  notarized, but you didn't know what section was
14  being referenced and you didn't know what list
15  was being referenced?  Is that your testimony?
16       MR.. NOVIKOFF:  Objection.  His    2:00:46PM
17  testimony is what it is.
18       You can answer.                    2:00:49PM
19   A   This is the same packet that they use  2:00:50PM
20  for full-time officers, okay?  I'm a part-timer.
21  They have to have it in, if they're coming off
22  the Suffolk County list or village list.  So
23  there are things in here such as that verbiage
24  that really doesn't apply to a part-timer.
25   Q   Right.                             2:01:08PM

TSG Reporting – Worldwide     877-702-9580

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 177

TYREE BACON

1
2      A   Like being removed from, you know, a   2:01:08PM
3   list of police officer candidates.
4      Q   But you still swore to that statement   2:01:13PM
5   even though it doesn't apply to you; is that
6   your testimony?
7          MR. NOVIKOFF:  Objection.        2:01:19PM
8          You can answer if you want.  If you   2:01:19PM
9   can.
10     A   What I swore to is that this would be   2:01:22PM
11  in by this date and it would've been completed,
12  to the best of my knowledge, in its entirety on
13  that date.  That's what I swore to.
14     Q   Well, what you swore to is written up   2:01:31PM
15  here.  That's what you swore to.
16         MR. NOVIKOFF:  Andrew, come on.       2:01:36PM
17         MR. GOODSTADT:  The document speaks   2:01:37PM
18  for itself.
19         MR. NOVIKOFF:  It does speak for      2:01:39PM
20  itself.  You know that question is
21  ridiculous.
22         But you can answer it again, if you   2:01:42PM
23  want.
24         If that's the best you got.          2:01:42PM
25         MR. GOODSTADT:  We've already gone    2:01:45PM

Page 178

TYREE BACON

1
2   through a lot of the best we got.
3          MR. NOVIKOFF:  I don't think so.       2:01:48PM
4          THE WITNESS:  Now, now, play nice.    2:01:49PM
5   BY MR. GOODSTADT:                             2:01:51PM
6      Q   Now, if you look at Page 7363.         2:01:51PM
7      A   (Witness complies.)  Yes.             2:01:57PM
8      Q   Do you recall signing this document?   2:01:58PM
9      A   I do.                                 2:01:59PM
10     Q   And did you sign it on the 1st or did   2:02:00PM
11  you by the accident sign the 1st -- as the 1st
12  on the 2nd?
13         MR. NOVIKOFF:  Objection.             2:02:06PM
14     A   I may have done it by accident.        2:02:07PM
15     Q   But sitting here today, you don't know 2:02:08PM
16  one way or the other?
17     A   It may have been an accident.          2:02:19PM
18     Q   Sitting here today, you don't know one 2:02:20PM
19  way or the other whether it was an accident?
20     A   I may have signed it on the 2nd,       2:02:21PM
21  dating it the 1st is what may have happened.
22  No, I don't know for sure.
23     Q   Who's Charles Edmond?                  2:02:27PM
24     A   He's a notary public.                 2:02:32PM
25     Q   Is he an employee of the beach?        2:02:33PM

Page 179

TYREE BACON

1
2      A   No.                    2:02:35PM
3      Q   Where did you get this notarized?      2:02:37PM
4      A   I don't recall.              2:02:39PM
5      Q   Did you get it notarized on Ocean      2:02:40PM
6   Beach?
7      A   No.                    2:02:43PM
8      Q   Did you fill this documentation out in 2:02:44PM
9   Ocean Beach?
10     A   No, I did not.              2:02:46PM
11     Q   Where were you when you got this       2:02:47PM
12  notarized?
13     A   I don't recall.  It may have been at   2:02:51PM
14  my bank.
15     Q   Did you fill this document out at your 2:02:53PM
16  bank?
17     A   No, I filled it out at home.          2:02:56PM
18     Q   Did you sign the document at the bank? 2:02:58PM
19     A   Yes.                   2:03:00PM
20     Q   If you look at the top of 7363, it     2:03:01PM
21  says conditional offer of employment -- do you
22  see that -- as a police officer with the Ocean
23  Beach Police Department?
24     A   Yes.                   2:03:09PM
25     Q   What did it mean for you to get a      2:03:10PM

Page 180

TYREE BACON

1
2   conditional offer of employment?
3          MR. NOVIKOFF:  Objection.             2:03:14PM
4          You can answer.  If you know.  Don't  2:03:14PM
5   guess.
6      A   Once again, that was pertaining --     2:03:16PM
7   this is all geared to full-time police officers.
8   It's the same packet --
9          MR. NOVIKOFF:  No, don't.  If you     2:03:23PM
10  don't know --
11     A   I don't know.               2:03:25PM
12         MR. NOVIKOFF:  -- don't guess.        2:03:26PM
13  BY MR. GOODSTADT:                             2:03:26PM
14     Q   The second paragraph, it says, "As    2:03:27PM
15  part of the preemployment stage of the selection
16  process, a background investigation of my
17  character has been initiated."
18         Do you see that?              2:03:36PM
19     A   Yes.                   2:03:37PM
20     Q   What was your understanding of the     2:03:37PM
21  preemployment stage of the selection process?
22         MR. NOVIKOFF:  Objection.  Form.      2:03:45PM
23         Assuming you had an understanding, but 2:03:46PM
24  you can answer.
25     A   I didn't have an understanding.        2:03:48PM

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 181

TYREE BACON

1
2    Q    And then on the next paragraph it says 2:03:49PM
3    on 5-1-05 commanding officer Sergeant George
4    Hesse of the Ocean Beach Police Department
5    applicant investigation section advised you of
6    at this point in the selection process I'm being
7    presented with a conditional offer of employment
8    in accordance with Section 42 USC 12112 of the
9    Americans with Disabilities Act.
10       Do you see that?          2:04:18PM
11   A    Yes.              2:04:19PM
12   Q    Did George Hesse advise you on        2:04:19PM
13   May 1st, 2005 that you were being given a --
14   presented a conditional offer of employment?
15       MR.. NOVIKOFF: Objection.       2:04:29PM
16   A    I don't recall.         2:04:30PM
17   Q    Do you recall George Hesse being the   2:04:32PM
18   commanding officer of the Ocean Beach Police
19   Department applicant investigation section?
20   A    I don't recall.         2:04:38PM
21   Q    The next paragraph says you understand 2:04:47PM
22   that the offer of employment is conditional upon
23   taking and successfully passing a medical exam,
24   psychological examination, polygraph examination
25   and a physical fitness screening test

Page 182

TYREE BACON

1
2    administered by Suffolk County Department of
3    Civil Service.
4        Do you see that?          2:05:02PM
5    A    Yes.              2:05:03PM
6        MR. NOVIKOFF: And the last sentence.  2:05:05PM
7    BY MR. GOODSTADT:           2:05:05PM
8    Q    And that my ongoing background       2:05:05PM
9    investigation reveals nothing of a derogatory
10   nature.
11       Do you see that?          2:05:08PM
12   A    Yes.              2:05:09PM
13   Q    At this point in time, May of '05, had 2:05:10PM
14   you taken those other tests that you testified
15   to, the physical agility, medical?  Those are
16   two that you testified to.
17   A    Yes.              2:05:23PM
18   Q    So that had already been done?       2:05:24PM
19   A    I believe so.           2:05:29PM
20   Q    And other than for -- I believe you   2:05:52PM
21   testified before that the only two police
22   departments that you applied to were the Ocean
23   Beach Police Department and the Riverhead Police
24   Department; is that correct?
25       MR. NOVIKOFF: Objection.        2:06:04PM

Page 183

TYREE BACON

1
2        You can answer.           2:06:05PM
3    A    No, that's not correct.  Those were   2:06:06PM
4    the departments that I had worked for and
5    processed for.
6    Q    What departments have you applied for  2:06:12PM
7    other than for those two?
8        MR. NOVIKOFF: Police departments,   2:06:16PM
9    right?
10       MR. GOODSTADT: Police departments.  2:06:17PM
11   A    I've taken plenty of tests.  Port     2:06:19PM
12   Authority Police, Long Island Railroad,
13   Metro-North railroad, prior to them merging to
14   MTA.  Suffolk County, I took their test.  NYPD.
15   I took other tests, the deputy sheriff, park
16   ranger test.  What else?  The bay harbor --
17   harbormaster, bay constable.  There may be
18   others, but nothing that jumps out at me.
19   Q    Did you fail any tests in connection   2:06:59PM
20   with any of those applications, other than for
21   the Riverhead polygraph?
22       MR. NOVIKOFF: Objection.        2:07:05PM
23       You can answer.           2:07:05PM
24   A    No.              2:07:06PM
25   Q    You don't recall failing the medical  2:07:06PM

Page 184

TYREE BACON

1
2    test for the New York Police Department job?
3    A    Actually, I was disqualified in 1984  2:07:12PM
4    because I was six pounds underweight.
5    Q    That was failing the medical?        2:07:18PM
6    A    Yeah, it was their premedical.      2:07:19PM
7    Q    Have you ever been fired from any     2:07:39PM
8    jobs?
9    A    Yes.              2:07:41PM
10   Q    How many?              2:07:42PM
11   A    One.              2:07:43PM
12   Q    What job were you fired from?        2:07:44PM
13   A    Arby's, back in 1981, 1982.      2:07:45PM
14       MR. NOVIKOFF: You don't want to know 2:07:53PM
15   why? I think he stole some pickles.
16       MR. GOODSTADT: It's better than   2:07:57PM
17   stealing stuff from the New York EMS.
18       MR. NOVIKOFF: So you think. Ooh.   2:08:01PM
19       THE WITNESS: Ooh.         2:08:03PM
20   BY MR. GOODSTADT:           2:08:05PM
21   Q    Why were you fired from Arby's?      2:08:06PM
22   A    I didn't show up to work.       2:08:08PM
23   Q    Just abandoned your job?         2:08:10PM
24   A    Yeah, it sucked.         2:08:12PM
25   Q    When did you take -- after the medical 2:08:27PM

46 (Pages 181 to 184)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 185

TYREE BACON

1
2    test, what was the next test that you took to be
3    certified as a police officer for Ocean Beach?
4       A   I think it was a polygraph.          2:08:34PM
5       Q   When did you take the polygraph test?  2:08:36PM
6       A   Not certain.               2:08:39PM
7       Q   Was it before or after you filled out  2:08:39PM
8    the documentation that's been marked as Bacon 1?
9       A   I think it was after this.        2:08:46PM
10      Q   So it was sometime in '05 that you    2:08:48PM
11   took the polygraph?
12      A   I'm not certain.             2:08:52PM
13      Q   And I don't recall the answer to this  2:08:58PM
14   question.
15           When did you first learn -- what month  2:09:00PM
16   was it in '04 that you first learned that you
17   needed to take these tests?
18      MR. NOVIKOFF:  Objection.         2:09:07PM
19           You can answer.           2:09:07PM
20      A   I don't remember.  I got a letter from  2:09:08PM
21   civil service.
22      Q   Well, you testified it was April '04   2:09:11PM
23   that you took the physical agility test,
24   correct?
25      MR. NOVIKOFF:  Objection.  His       2:09:16PM

Page 186

TYREE BACON

1
2    testimony is what it is.
3           You can answer.           2:09:17PM
4       A   If that's what I testified to, sure.   2:09:18PM
5       Q   So you worked the '04 season knowing   2:09:20PM
6    that you had to pass these tests?
7       A   Yes.                 2:09:25PM
8       MR. NOVIKOFF:  Objection.  Form of the  2:09:26PM
9    question.
10   BY MR. GOODSTADT:              2:09:28PM
11      Q   Without actually passing them; is that  2:09:29PM
12   correct?
13      MR. NOVIKOFF:  Objection.        2:09:32PM
14           You can answer, if you can.     2:09:32PM
15      A   Yes.                 2:09:34PM
16      Q   Yes.  And you worked at least part of  2:09:34PM
17   the '05 season without passing all of these
18   tests, correct?
19      A   Yes.                 2:09:41PM
20      Q   Did you work -- had you passed the    2:09:41PM
21   tests prior to the end of the '05 season?
22      A   I don't recall..             2:09:47PM
23      Q   Did you ever speak to Maryann Minerva  2:09:55PM
24   about the requirement to take these tests?
25      A   No.                  2:10:01PM

Page 187

TYREE BACON

1
2       Q   Did you ever speak to any of the     2:10:01PM
3    administrators in Ocean Beach about requirements
4    to take these tests?
5       MR. NOVIKOFF:  Objection.  Asked and   2:10:08PM
6    answered.
7           You can answer.           2:10:09PM
8       A   No.                  2:10:10PM
9       Q   Did you ever speak to -- who was the   2:10:10PM
10   mayor at the time?
11      A   I think it was Natalie Rogers.      2:10:13PM
12      Q   Did you ever speak to her about it?    2:10:15PM
13      A   No.                  2:10:17PM
14      Q   Did you ever speak to Joe Loeffler,   2:10:17PM
15   when he was a trustee, about it?
16      MR. NOVIKOFF:  Objection.         2:10:21PM
17      A   No.                  2:10:21PM
18      Q   Was it your understanding that you    2:10:30PM
19   were entitled to work during those two seasons,
20   '04 and '05, even though you hadn't been
21   certified?
22      MR. NOVIKOFF:  Objection to the form   2:10:40PM
23   of the question.
24           You can answer.           2:10:42PM
25      A   Yes.                 2:10:42PM

Page 188

TYREE BACON

1
2       Q   What was the basis of your belief of   2:10:43PM
3    that?
4       A   Because there was a lapse in the     2:10:45PM
5    village notifying civil service.  It was no
6    lapse in my employment status.  It was a lapse
7    in them notifying civil service.
8       Q   How about the other six or seven guys  2:10:57PM
9    that you testified to, were they working prior
10   to passing these tests?
11      MR. NOVIKOFF:  To the extent you know,  2:11:06PM
12   you can answer.
13      A   Some yes, some no, and I can't be     2:11:08PM
14   specific who did and who didn't.
15      Q   Well, the Bosettis were there in April  2:11:12PM
16   of '04 with you, right?
17      A   Yes.                 2:11:17PM
18      Q   When did they start working in Ocean   2:11:17PM
19   Beach?
20      A   I don't know.             2:11:21PM
21      Q   Hardman was there in April '04,      2:11:21PM
22   correct?
23      A   Yes.                 2:11:25PM
24      Q   When did he start working for the     2:11:26PM
25   beach?

47  (Pages 185 to 188)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 189

TYREE BACON

1
2    A    I don't know.                        2:11:27PM
3    Q    How about Tommy Shaw, do you know when 2:11:28PM
4    he started?
5    A    No.                                 2:11:31PM
6    Q    Pat Cherry, do you know when he      2:11:31PM
7    started working for the beach?
8    A    No.                                 2:11:33PM
9    Q    And Tom Dyer, do you know when he    2:11:33PM
10   started working for the beach?
11   A    No.                                 2:11:37PM
12   Q    Did you know these guys at the time  2:11:38PM
13   you went for the civil service test, or were
14   these just guys you were meeting for the first
15   time?
16       MR. NOVIKOFF: Objection.             2:11:44PM
17       You can answer.                      2:11:44PM
18   A    Yeah.                               2:11:45PM
19   Q    How did you know the Bosettis prior to 2:11:45PM
20   April of '04?
21   A    From working with them or changing   2:11:50PM
22   shifts, you know, seeing them in passing.
23   Q    So they were working prior to taking 2:11:54PM
24   these tests, correct?
25       MR. NOVIKOFF: Objection. You've      2:11:57PM

Page 190

TYREE BACON

1
2    already established that.
3        MR. GOODSTADT: He testified he didn't 2:11:59PM
4    know. He testified he didn't know.
5        MR. NOVIKOFF: No, he told you he knew 2:12:01PM
6    the Bosettis worked before.
7        You can answer over my objection.    2:12:05PM
8    A    The Bosettis and those other         2:12:07PM
9    individuals all worked prior to us being
10   notified by civil service that we had to test.
11   Q    And do you know whether the other six 2:12:16PM
12   or seven guys, the reason why they didn't take
13   the test was because of some reporting mistake?
14   A    That, I don't know.                 2:12:25PM
15       MR. NOVIKOFF: Objection.             2:12:26PM
16   BY MR. GOODSTADT:                         2:12:31PM
17   Q    How did you learn that you needed to 2:12:33PM
18   take a polygraph?
19   A    I got written notification from civil 2:12:36PM
20   service.
21   Q    Did you speak to anyone at civil     2:12:39PM
22   service after you got that notification to
23   discuss the test?
24   A    No.                                 2:12:44PM
25   Q    Did you speak with anybody at Ocean  2:12:45PM

Page 191

TYREE BACON

1
2    Beach about the test when you got notification?
3    A    Yes.                                2:12:50PM
4    Q    Who did you speak with at Ocean Beach? 2:12:51PM
5    A    I don't recall.                     2:12:54PM
6    Q    Do you recall anyone you spoke to at 2:12:55PM
7    Ocean Beach about having to take the polygraph
8    when you got notification of it?
9        MR. NOVIKOFF: Are you talking about  2:13:01PM
10   any employee of Ocean Beach, any resident of
11   Ocean Beach?
12       MR. GOODSTADT: Talking about anybody 2:13:05PM
13   at Ocean Beach, employee, resident, visitor.
14   A    Spoke with Sergeant Hesse, and that's 2:13:08PM
15   where I got my packet from. He said there was a
16   packet here that I had to pick up and complete
17   and get in by a certain date.
18   Q    When you say there was a packet, that 2:13:18PM
19   included in the packet the document that's been
20   marked as Bacon 1?
21   A    I don't recall if they were all the  2:13:26PM
22   same a packet. I may have gotten one before the
23   other. I'm not certain.
24   Q    So there was another packet that had 2:13:31PM
25   pre-polygraph questions?

Page 192

TYREE BACON

1
2        MR. NOVIKOFF: Objection.             2:13:35PM
3    A    I don't recall.                     2:13:37PM
4    Q    Was there another set of documents   2:13:39PM
5    that were pre-polygraph questions?
6    A    Yes. There was a pre polygraph       2:13:43PM
7    questionnaire that was not part of this.
8    Q    Had you discussed that questionnaire 2:13:47PM
9    at all with George Hesse?
10   A    Nope.                               2:13:50PM
11   Q    Where did you fill out the           2:13:51PM
12   pre-polygraph questionnaire?
13   A    At home.                            2:13:54PM
14   Q    Did you have to get that document    2:13:56PM
15   notarized?
16   A    I don't recall.                     2:13:59PM
17   Q    When did you submit your pre-polygraph 2:14:09PM
18   questionnaire?
19   A    I don't recall.                     2:14:12PM
20   Q    Who did you submit it to?            2:14:13PM
21   A    I don't recall.                     2:14:16PM
22   Q    Did you submit it to Ocean Beach?    2:14:17PM
23   A    Yes.                                2:14:21PM
24   Q    So you didn't submit it to the county, 2:14:22PM
25   you submitted it to somebody at the beach?

TYREE BACON

1
2    MR. NOVIKOFF: Objection.        2:14:26PM
3    A   Yes.                        2:14:27PM
4    Q   Did you submit it to somebody in the   2:14:28PM
5  police department at Ocean Beach?
6    A   I don't remember how we got the packet  2:14:32PM
7  in, who received it.
8    Q   Had you seen copies the          2:14:38PM
9  pre-polygraph -- pre-polygraph questionnaire
10  prior to actually picking up the packet?
11    A   No.                        2:14:48PM
12    Q   You never looked in Frank Fiorillo's   2:14:53PM
13  personnel jacket to see the pre-polygraph
14  questions?
15    MR. NOVIKOFF: Objection. Leading.   2:14:58PM
16    You can answer.                 2:14:59PM
17    A   No.                        2:14:59PM
18    Q   What were the questions that were on   2:15:01PM
19  the pre-polygraph questionnaire?
20    A   I don't recall.              2:15:06PM
21    Q   Do you recall any of them?     2:15:07PM
22    MR. NOVIKOFF: Specifically or     2:15:08PM
23  generally?
24    MR. GOODSTADT: I don't need to know   2:15:11PM
25  the specific word for word.

TYREE BACON

1
2    MR. NOVIKOFF: That's what I mean.   2:15:14PM
3    MR. GOODSTADT: I want to know what   2:15:15PM
4  the questions were asking in sum and
5  substance.
6    A   They asked you if you were truthful in  2:15:18PM
7  your application packet. No, I don't remember
8  anything specifically. It was all that -- in
9  that nature.
10    Q   Did you keep a copy of the     2:15:31PM
11  questionnaire?
12    A   No, I did not.               2:15:33PM
13    Q   Did you have to fill out any other   2:15:36PM
14  paperwork for the polygraph other than for the
15  pre-polygraph questionnaire?
16    A   I don't recall.              2:15:41PM
17    Q   Then there came a point in time when   2:15:42PM
18  you actually went in to take the polygraph test?
19    A   Yes.                       2:15:46PM
20    Q   And do you recall what month that was   2:15:47PM
21  in?
22    A   No, I don't.                 2:15:48PM
23    Q   But it was some point after May 1 of   2:15:49PM
24  '05?
25    A   Don't recall.                2:15:53PM

TYREE BACON

1
2    Q   Where did you take the test?    2:15:54PM
3    A   Suffolk County Police headquarters.   2:15:56PM
4    Q   Where is that located?         2:15:58PM
5    A   In Yaphank.                  2:16:00PM
6    Q   Did anyone tell you that if you didn't  2:16:06PM
7  take and pass these tests, that you'd be
8  terminated as a police officer in Ocean Beach?
9    MR. NOVIKOFF: Objection.        2:16:14PM
10    A   Nobody said anything in that nature.   2:16:14PM
11    Q   Uh-huh. So what was your        2:16:17PM
12  understanding of why you were taking that
13  test --
14    MR. NOVIKOFF: Objection. Asked and   2:16:24PM
15  answered.
16  BY MR. GOODSTADT:                 2:16:25PM
17    Q   -- if you didn't need to them to   2:16:25PM
18  maintain your position as a police officer?
19    MR. NOVIKOFF: Objection. Form.   2:16:30PM
20  Asked and answered.
21    You can answer.                 2:16:31PM
22    A   Because there was a lapse in   2:16:32PM
23  or notification to civil service, and they were
24  trying to fill in the spaces.
25    Q   Did you ever complain to anyone about  2:16:43PM

TYREE BACON

1
2  Ed Paradiso's lapse in paperwork to civil
3  service?
4    A   Nope.                      2:16:49PM
5    MR. NOVIKOFF: Objection. Foundation.  2:16:50PM
6  BY MR. GOODSTADT:                 2:16:51PM
7    Q   Well, whose lapse was it?      2:16:52PM
8    A   Chief.                      2:16:55PM
9    Q   Ed Paradiso?                 2:16:55PM
10    A   Yes.                       2:16:56PM
11    Q   Let me ask the question. Did you ever  2:16:59PM
12  complain to anyone about the chief's lapse in
13  paperwork?
14    MR. NOVIKOFF: Objection.        2:17:04PM
15    A   Not that I recall.           2:17:06PM
16    Q   Have you ever called anybody a rat?   2:17:14PM
17    A   No.                        2:17:17PM
18    MR. NOVIKOFF: You've got to give me a  2:17:20PM
19  chance to object.
20    THE WITNESS: Sorry.            2:17:23PM
21    MR. NOVIKOFF: Because he already   2:17:23PM
22  asked you that twice.
23  BY MR. GOODSTADT:                 2:17:27PM
24    Q   Prior to passing the battery of tests  2:17:29PM
25  that were required by civil service, did you

Page 197

TYREE BACON

1   **consider yourself to be a civilian?**
2
3          MR. NOVIKOFF: Hold on, in '04 and '05   2:17:39PM
4   we're talking about?
5          MR. GOODSTADT: Anywhere from '99 to   2:17:42PM
6   when he passed it in '04 and '05, when he
7   held the title of police officer in Ocean
8   Beach.
9          MR. NOVIKOFF: Objection to the form   2:17:51PM
10  of the question.
11         You can answer..   2:17:52PM
12  A   No.   2:17:53PM
13  **Q   You considered yourself to be a police   2:17:53PM**
14  **officer?**
15  A   Yes.   2:17:55PM
16  **Q   Certified by the county?   2:17:55PM**
17  A   And by the Bureau of Municipal Police   2:17:58PM
18  Training Council, yes.
19  **Q   So if you were already certified by   2:18:04PM**
20  **the county, why did you need to take these**
21  **tests?**
22         MR. NOVIKOFF: Objection. Form.   2:18:10PM
23  Foundation.
24         You can answer.   2:18:13PM
25  A   That was my question all along.  I   2:18:14PM

Page 198

TYREE BACON

1
2   have no idea.
3   **Q   Is it possible that you weren't   2:18:18PM**
4   **actually certified?**
5          MR. NOVIKOFF: Objection. Form.   2:18:20PM
6          You can answer.   2:18:21PM
7   A   No, that wasn't the case.  I was   2:18:22PM
8   certified, because civil service, prior to
9   completing the battery of tests, sent me a
10  letter saying it was an error that they sent me
11  through the process and that I was still
12  certified and current all along.
13         MR. GOODSTADT: I'd like to mark the   2:18:41PM
14  record to request production of a copy.
15  I'll be happy to have it subpoenaed from
16  Mr. Bacon, but if you're going to represent
17  him, I trust --
18         MR. NOVIKOFF: I am representing him.   2:18:46PM
19         MR. GOODSTADT: -- we can serve him   2:18:48PM
20  with a discovery request.
21         MR. NOVIKOFF: You don't need to   2:18:48PM
22  subpoena him, because we are representing
23  him.  Your request is noted in the record.
24  I'll take it under advisement.
25

Page 199

TYREE BACON

1
2   BY MR. GOODSTADT:   2:18:56PM
3   **Q   Do you still have a copy of that   2:18:57PM**
4   **letter?**
5   A   I do not..   2:18:59PM
6   **Q   What did you do with that letter?   2:19:00PM**
7   A   Probably tossed it back in 2005, 2006.  2:19:02PM
8   **Q   Who sent you that letter?   2:19:07PM**
9   A   Suffolk County civil service.   2:19:10PM
10  **Q   Do you recall who signed it?   2:19:11PM**
11  A   I don't recall who signed it, but I do   2:19:13PM
12  recall making a phone call to confirm it to
13  Allison.
14  **Q   And when did you receive that letter?   2:19:23PM**
15  A   Sometime in 2005 or 2006.  I don't   2:19:26PM
16  recall.
17  **Q   So it was after you passed all the   2:19:30PM**
18  **battery of tests that you received it, or was it**
19  **while you were undertaking the battery of tests?**
20  A   While I was undertaking the battery of   2:19:38PM
21  tests.
22  **Q   Let me get this.  Let me try to   2:19:40PM**
23  **understand this now.**
24         **While you were in the middle of taking   2:19:43PM**
25  **the tests, you received a letter that said this**

Page 200

TYREE BACON

1
2   **is an error and you're certified and it's a**
3   **mistake that we're putting you through this**
4   **battery of tests?**
5   A   No..  The letter stated that I was   2:19:53PM
6   fully certified, and I called and spoke to
7   Allison.  It didn't say it was a mistake.  I
8   called and I spoke with Allison because I was
9   questioning it.  I said, you know, I still have
10  to do the psychological.  And she says no, we
11  found the paperwork or whatever it was, it was a
12  paperwork error between them and Ocean Beach,
13  and I didn't have to go through any of this to
14  begin with.
15  **Q   Did you end up taking the   2:20:21PM**
16  **psychological?**
17  A   No, I did not.   2:20:23PM
18  **Q   So did you receive that letter from   2:20:25PM**
19  **Suffolk County civil service prior to taking**
20  **your polygraph or after your polygraph?**
21  A   It was after taking the polygraph.   2:20:31PM
22  **Q   It was after the polygraph but prior   2:20:34PM**
23  **to getting scheduled for psychological?**
24  A   Actually, I had --   2:20:38PM
25         MR. NOVIKOFF: Objection..   2:20:39PM

50  (Pages 197 to 200)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 201

TYREE BACON

1
2          You can answer.            2:20:40PM
3      A   I had a date for the psychological,   2:20:41PM
4  and that was why I called to confirm, should I
5  still go or not, and she said absolutely not.
6      Q   Did you receive anything else in     2:20:48PM
7  writing from civil service with respect to the
8  tests, other than for what you've testified to
9  thus far?
10         MR. NOVIKOFF:  Objection.     2:20:56PM
11         Like I said, unless I tell you not to   2:21:00PM
12  answer, you may answer everything.
13     A   Yeah, not that I recall.     2:21:02PM
14     Q   Do you know whether any of the other   2:21:05PM
15  police officers in Ocean Beach received that
16  letter saying that they were fully certified and
17  didn't need to finish taking the tests?
18     A   No idea..            2:21:14PM
19     Q   Who was your supervisor on the 12 to 8   2:21:22PM
20  tour?
21         MR. NOVIKOFF:  Objection.  Form.   2:21:25PM
22         What year?  What time period?   2:21:28PM
23  BY MR. GOODSTADT:            2:21:31PM
24     Q   In any time period.  If it changed,   2:21:32PM
25  let me know when it changed.

Page 202

TYREE BACON

1
2          MR. NOVIKOFF:  Still objection to   2:21:37PM
3  form.
4          Go ahead.            2:21:38PM
5      A   Sometimes it was then sergeant, now   2:21:38PM
6  Deputy Chief Hesse.  Sometimes we didn't have a
7  supervisor.  There were only two supervisors
8  working for the village.  One was Chief
9  Paradiso, and for a while he was out with a
10  line-of-duty injury, so it was just the one
11  supervisor.  So sometimes we worked without a
12  supervisor.
13     Q   And in the chain of command example   2:21:59PM
14  that you gave before, who would you report an
15  incident to if you were working on a night when
16  there was no supervisor?
17     A   To the senior officer on duty.   2:22:09PM
18     Q   And how is that defined?     2:22:11PM
19     A   The guy that's got the most time on.   2:22:13PM
20     Q   Did your time prior to your break   2:22:16PM
21  count towards most time on?
22     A   Yes.                2:22:21PM
23     Q   Was Chief Paradiso ever in charge of   2:22:21PM
24  your 12 to 8 tour as a supervising officer on
25  the 12 to 8 tour?

Page 203

TYREE BACON

1
2          MR. NOVIKOFF:  Objection.     2:22:29PM
3          You can answer.         2:22:30PM
4      A   He was for a brief period.     2:22:30PM
5      Q   When was that?         2:22:32PM
6      A   I don't recall.         2:22:33PM
7      Q   Was it -- do you know why he took over   2:22:35PM
8  that position for a brief period?
9          MR. NOVIKOFF:  Don't guess.  Only if   2:22:40PM
10  you know.
11     A   No, I don't know.         2:22:42PM
12     Q   Who was the supervisor prior to him   2:22:43PM
13  taking over for that brief period?
14     A   That was Sergeant Hesse.     2:22:47PM
15     Q   And then Paradiso took over the night,   2:22:49PM
16  and where did Hesse go?
17     A   Days.                2:22:52PM
18     Q   And you don't know why that switch was   2:22:53PM
19  made?
20     A   No.                2:22:55PM
21     Q   You don't recall what year it was in?   2:22:56PM
22     A   No.                2:22:58PM
23     Q   Have you ever attended any village   2:23:01PM
24  board meetings?
25     A   No.                2:23:03PM

Page 204

TYREE BACON

1
2      Q   How long was Paradiso on the night   2:23:06PM
3  tours?
4      A   I don't recall.  A couple --     2:23:11PM
5      Q   Was it days, weeks, months?     2:23:13PM
6      A   I don't recall.  It may have been a   2:23:15PM
7  month, a couple of months.  I'm not certain.
8      Q   Did you ever ask him why you're all of   2:23:21PM
9  a sudden the supervisor on the night tour?
10         MR. NOVIKOFF:  Objection.     2:23:25PM
11     A   No.                2:23:25PM
12     Q   Have you ever heard that it was   2:23:29PM
13  discipline for Hesse?
14         MR. NOVIKOFF:  Objection.     2:23:34PM
15     A   No, I didn't.            2:23:35PM
16     Q   You never heard it was in response to   2:23:37PM
17  the complaints about his performance?
18         MR. NOVIKOFF:  Objection.     2:23:42PM
19     A   No, I didn't.            2:23:43PM
20     Q   Have you ever seen Tom Snyder have a   2:24:07PM
21  drink?
22     A   Not that I recall.         2:24:14PM
23     Q   And when I say "drink," I mean   2:24:15PM
24  alcoholic drink.
25     A   Not that I recall.         2:24:17PM

51 (Pages 201 to 204)

Page 205

TYREE BACON

1
2    Q    And in fact, Tom Snyder had a liver    2:24:22PM
3    problem, correct?
4        MR. NOVIKOFF:  Objection.  Leading.    2:24:25PM
5    A    I don't know.                    2:24:26PM
6    Q    You don't recall Tom Snyder being sick 2:24:26PM
7    at any point while you worked with him?
8    A    No.                        2:24:31PM
9    Q    You don't recall him being on        2:24:31PM
10   chemotherapy?
11   A    No, I don't.                    2:24:34PM
12   Q    Who in Ocean Beach was responsible for 2:24:43PM
13   making sure that officers passed the requisite
14   tests?
15       MR. NOVIKOFF:  Objection.            2:24:51PM
16   A    That would've been the chief.        2:24:55PM
17   Q    So it was Chief Paradiso up until the  2:24:57PM
18   time that he went out and George Hesse became
19   chief?
20   A    Correct.                    2:25:02PM
21   Q    Other than for the two telephone calls 2:25:10PM
22   you have now testified to that you had with
23   Allison Chester, how many other times have you
24   had correspondence or communication with her?
25   A    Prior to this or total?            2:25:22PM

Page 206

TYREE BACON

1
2    Q    At any point in time from the day you  2:25:25PM
3    were born until today.
4    A    Those were the two.  There may have    2:25:28PM
5    been another one that I can't be specific on,
6    but both of them -- any of the calls related to
7    me taking this battery of civil service tests.
8    Q    Have you ever met her --            2:25:45PM
9    A    No, I have not.                2:25:46PM
10   Q    -- in person?                    2:25:47PM
11       Have you ever used the Ocean Beach     2:25:54PM
12   police barracks as your address?
13   A    Yes.                        2:25:57PM
14   Q    How many times?                2:25:58PM
15   A    Once.                        2:25:59PM
16   Q    What did you use the Ocean Beach      2:26:01PM
17   police barracks for as your address?
18   A    Back in the '90s, in order to get an   2:26:06PM
19   Islip town beach permit and a Fire Island
20   national seashore permit to drive your vehicle
21   back and forth to the village, you had to have
22   an address, and that's what we did.
23   Q    When you say "we," who are you        2:26:21PM
24   referring to?
25   A    The entire department who worked the   2:26:23PM

Page 207

TYREE BACON

1
2    winter, you know, during that time frame.
3    Q    Other than for that time frame, have   2:26:30PM
4    you ever used the Ocean Beach police barracks as
5    your address?
6    A    No.                        2:26:36PM
7    Q    Did you ever receive any performance   2:26:36PM
8    evaluations when you worked at Ocean Beach?
9        MR. NOVIKOFF:  Objection.  Form.       2:26:42PM
10   A    None that I recall.                2:26:43PM
11   Q    Have you ever been told that you need  2:26:45PM
12   to write more summonses?
13   A    No.                        2:26:48PM
14   Q    Have you ever been told you write too  2:26:56PM
15   many summonses?
16   A    No.                        2:26:59PM
17   Q    Have you ever heard anyone else told   2:26:59PM
18   that they write too many summonses?
19       MR. NOVIKOFF:  Objection.            2:27:04PM
20   BY MR. GOODSTADT:                    2:27:04PM
21   Q    Anyone else in the Ocean Beach Police  2:27:04PM
22   Department.
23   A    Yes.                        2:27:05PM
24   Q    Who was told they write too many      2:27:06PM
25   summonses?

Page 208

TYREE BACON

1
2    A    Officer Fiorillo.                2:27:08PM
3    Q    When did you hear him told that?      2:27:09PM
4    A    Probably since he's been there.      2:27:13PM
5    Q    How many times?                2:27:15PM
6    A    Once.                        2:27:18PM
7    Q    Who did you hear say that?            2:27:19PM
8    A    Chief Hesse, Sergeant Hesse, whatever  2:27:21PM
9    his title was at the time.
10   Q    What exactly did he say, if you       2:27:30PM
11   recall?
12   A    He was interested in quality, not      2:27:34PM
13   quantity, that it took more than just numbers to
14   justify good activity.
15   Q    What do you mean by quality, not      2:27:43PM
16   quantity?
17       MR. NOVIKOFF:  Hold on.  I'm going to  2:27:46PM
18   object only because he's paraphrasing what
19   Hesse said --
20   BY MR. GOODSTADT:                    2:27:51PM
21   Q    Do you know what Hesse meant when he   2:27:52PM
22   said quality, not quantity?
23       MR. CONNOLLY:  Objection.            2:27:58PM
24   A    No.                        2:27:59PM
25   Q    Did you know what Hesse meant when he  2:27:59PM

TSG Reporting - Worldwide    877-702-9580

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 209

TYREE BACON

1
2  said it takes more than numbers to show good
3  performance?
4      A   No.                          2:28:04PM
5      Q   Did the chief ever -- Chief Paradiso   2:28:07PM
6  ever speak to you about the number of summonses
7  that you wrote?
8      A   No.                          2:28:12PM
9      Q   You don't recall being in a meeting   2:28:14PM
10  where the chief had on the board on two sides a
11  list of people who wrote summonses and a list of
12  people who wrote no summonses?
13      A   No.                         2:28:24PM
14      Q   You don't recall saying if the   2:28:32PM
15  Bosettis aren't gonna write summonses, I don't
16  have to?
17      A   I probably said that somewhere along   2:28:38PM
18  the line.
19      Q   What did you mean by that?      2:28:40PM
20      A   Just being a smart alec.        2:28:42PM
21      Q   Did the Bosettis have a reputation of   2:28:43PM
22  not writing any summonses?
23      A   They had a reputation of being very   2:28:48PM
24  laid back.
25      Q   What do you mean by that?      2:28:51PM

Page 210

TYREE BACON

1
2      A   I think that speaks for itself.   2:28:53PM
3      Q   What about them led to the reputation   2:28:55PM
4  of being very laid back?
5      A   They were two highly decorated   2:28:58PM
6  emergency service police officers from New York
7  City; and working in Ocean Beach, the
8  environment was a whole lot different than some
9  of the things that they had experienced, so they
10  were laid back.
11      Q   What were the differences, if you   2:29:14PM
12  know?
13      A   Well, as an emergency service officer,   2:29:16PM
14  they would often be the first ones in the door
15  facing a heavily armed suspect that was
16  barricaded. Fortunately, in Ocean Beach, that's
17  not what we deal with. We deal with a transient
18  population, a lot of people there that vacation
19  in the summertime.
20      Q   So what do they do that led to the   2:29:33PM
21  reputation that they were laid back?
22      A   They were just very easy going..   2:29:38PM
23      Q   Did they have a reputation of not   2:29:41PM
24  issuing summonses?
25      A   That may have been part of it.   2:29:45PM

Page 211

TYREE BACON

1
2      Q   Do you know how many summonses you   2:29:54PM
3  issued in 2007?
4      A   No idea.                     2:29:57PM
5      Q   Do you know approximately how many?   2:29:58PM
6      A   No.                          2:29:59PM
7      MR. GOODSTADT: Let's mark this.   2:30:04PM
8      MR. NOVIKOFF: Bacon 2.         2:30:07PM
9      (Whereupon, Bates document 5335-37 was   2:30:08PM
10  marked as Bacon Exhibit 2 for
11  identification, as of this date.)
12      MR. GOODSTADT: I've placed in front   2:30:30PM
13  of Mr. Bacon what's been marked as Bacon 2.
14  It is a three-page exhibit bearing Bates
15  numbers 5335 through 5337. (Handing.)
16  BY MR. GOODSTADT:                    2:30:45PM
17      Q   Mr. Bacon, do you recognize the   2:30:44PM
18  document that's been marked as Bacon 2?
19      A   No, never saw it.            2:30:48PM
20      Q   You never saw this document?   2:30:50PM
21      A   No.                         2:30:52PM
22      Q   Did you ever speak to George Hesse   2:30:53PM
23  about any yearly performance report?
24      A   No.                         2:30:57PM
25      Q   It says in the middle of the probably   2:30:59PM

Page 212

TYREE BACON

1
2  top third under "general enforcement against
3  crime, quality of life and other violations" --
4  do you see that section?
5      A   Yes.                        2:31:14PM
6      Q   The third line down, handwritten line   2:31:15PM
7  down, it says "needs to write more summonses."
8      Do you see that?              2:31:20PM
9      A   Yes.                        2:31:20PM
10      Q   Do you know what that means?   2:31:21PM
11      MR. NOVIKOFF: Objection.       2:31:22PM
12      A   Perhaps I needed to write more   2:31:24PM
13  summonses.
14      MR. NOVIKOFF: No. If you know, you   2:31:26PM
15  know. If you don't, you don't.
16      Are you asking him what he believes   2:31:30PM
17  the author of this document meant or --
18      MR. GOODSTADT: I'm asking if he knows   2:31:35PM
19  what it means.
20      MR. NOVIKOFF: Objection to the form.   2:31:37PM
21  You can answer the question.       2:31:38PM
22      A   Sure. No, I'm not sure.       2:31:39PM
23      Q   Do you know who wrote this document?   2:31:42PM
24      A   Nope.                       2:31:44PM
25      Q   You don't recognize the handwriting?   2:31:45PM

53 (Pages 209 to 212)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 213

TYREE BACON

1
2    A   It says George Hesse, but I didn't see   2:31:47PM
3    him write it.
4    Q   Do you recognize this handwriting as   2:31:50PM
5    George Hesse's?
6    A   No, I don't recognize this handwriting   2:31:52PM
7    as George Hesse's.
8    Q   If you look down under the additional   2:31:55PM
9    supervisory comments, it says "needs to complete
10   assigned training."
11       Do you see what that means -- do you   2:32:00PM
12   see that?
13   A   Yes.                     2:32:02PM
14   Q   Do you know what that means?     2:32:02PM
15   A   No.                      2:32:03PM
16   Q   And it's your testimony that this was   2:32:06PM
17   never delivered to you, this document?
18       MR. NOVIKOFF:  Objection.     2:32:09PM
19   A   Correct.                 2:32:10PM
20   Q   Did you ever speak with Chief Paradiso   2:32:20PM
21   about the number of summonses that you issued?
22   A   No.                      2:32:25PM
23   Q   Did you ever receive an employee     2:32:26PM
24   handbook when you worked for the beach?
25   A   No.                      2:32:30PM

Page 214

TYREE BACON

1
2    Q   Have you ever seen an employee     2:32:35PM
3    handbook for Ocean Beach?
4    A   Yes.                     2:32:39PM
5    Q   When did you see an employee handbook   2:32:39PM
6    for Ocean Beach?
7    A   I think I've seen it in the station,   2:32:43PM
8    maybe posted on a bulletin board somewhere.
9    Q   Did you ever look at it?         2:32:48PM
10   A   No.                      2:32:49PM
11   Q   No? I assume you never signed a copy   2:32:50PM
12   of it?
13   A   I may have.  I don't recall.  Show it   2:32:55PM
14   to me, refresh my recollection, and I can give
15   you a definitive answer.
16       (Whereupon, Bates document 1-25 was   2:33:05PM
17   marked as Bacon Exhibit 3 for
18   identification, as of this date.)
19       MR. GOODSTADT:  I've placed in front   2:33:27PM
20   of Mr. Bacon what's been marked as Bacon 3.
21   It's a multiple-page exhibit bearing Bates 1
22   through 25.  (Handing.)
23   BY MR. GOODSTADT:                2:33:38PM
24   Q   Mr. Bacon, have you ever seen the     2:33:38PM
25   document that's been marked as Bacon Exhibit 3?

Page 215

TYREE BACON

1
2        MR. NOVIKOFF:  I want you to take as   2:33:44PM
3    little much or as much time as you need to
4    review the document, if at all, before you
5    answer the question.
6        While he's looking, did you mention   2:34:04PM
7    the Bates numbers?
8        MR. GOODSTADT:  Yeah.         2:34:07PM
9        MR. NOVIKOFF:  Okay.          2:34:07PM
10   A   Yeah, I remember seeing this.  Yes.   2:34:11PM
11   Q   Where did you see this?          2:34:13PM
12   A   In the police station.           2:34:15PM
13   Q   Is this the one that you testified to   2:34:16PM
14   a moment ago that was posted on the wall?
15       MR. NOVIKOFF:  Objection.     2:34:22PM
16       You can answer.             2:34:22PM
17   A   There was one that was posted on the   2:34:24PM
18   wall, yes.
19   Q   That looked like this, or was it     2:34:26PM
20   something different?
21       MR. NOVIKOFF:  Objection.     2:34:29PM
22   A   A little different than this, similar.  2:34:30PM
23   Q   What was different about the one on   2:34:33PM
24   the wall and the one that's been marked?
25   A   The typeset.                 2:34:37PM

Page 216

TYREE BACON

1
2    Q   What was different about the one on   2:34:38PM
3    the wall and the one marked as Bacon 3?
4        MR. NOVIKOFF:  Objection.     2:34:42PM
5        If you can answer.            2:34:42PM
6    A   Yeah, I'm not quite sure.  It just   2:34:44PM
7    looked a little different.
8    Q   Was it a different font?          2:34:48PM
9    A   The typeset on the cover looks a     2:34:50PM
10   little bit different, yes.
11   Q   Is it still in the Ocean Beach --     2:34:55PM
12   strike that.
13       The last time you were at the Ocean   2:34:57PM
14   Beach police station, was it still hanging on
15   the bulletin board?
16   A   I don't recall.               2:35:02PM
17   Q   When was the last time you were at the   2:35:03PM
18   police station?
19   A   Six months ago or better.        2:35:09PM
20   Q   What was the last tour you worked?   2:35:12PM
21   A   Probably six months ago or better.   2:35:14PM
22   Q   Are you still employed by Ocean Beach?  2:35:16PM
23   A   Yes.                     2:35:18PM
24   Q   And what's your current title?       2:35:19PM
25   A   Part-time police officer.         2:35:20PM

54 (Pages 213 to 216)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 217

TYREE BACON

1
2    Q   Have you worked any tours since Labor  2:35:25PM
3    Day of '08?
4    A   I may have worked one or two.    2:35:30PM
5    Q   Are you collecting unemployment?   2:35:33PM
6    A   No.                    2:35:35PM
7    Q   If you look at page that bears Bates  2:35:37PM
8    No. 00004.
9    A   (Witness complies.)         2:35:44PM
10   Q   Do you see that page?       2:35:54PM
11   A   Yes.                   2:35:55PM
12   Q   Do you recall whether you ever signed  2:35:55PM
13   this page or a copy of this page?
14   A   I don't recall.            2:36:00PM
15   Q   And do you recall ever receiving an   2:36:03PM
16   evaluation, written evaluation of your
17   performance?
18   A   None that I've ever reviewed, no.    2:36:10PM
19   Q   Did you ever receive any verbal     2:36:11PM
20   evaluations of your performance?
21        MR. NOVIKOFF: Objection. Form.    2:36:16PM
22   A   No..                   2:36:17PM
23   Q   If you look at the page that's been   2:36:38PM
24   marked as 00010.
25   A   (Witness complies.)         2:36:45PM

Page 218

TYREE BACON

1
2    Q   Under the employee performance     2:36:50PM
3    appraisal.
4        Do you see that?          2:36:53PM
5    A   Yes.                   2:36:57PM
6    Q   Okay. It says, "Newly hired employees  2:36:57PM
7    may receive performance appraisals after
8    30 days."
9        Do you see that?          2:37:03PM
10   A   Yes.                   2:37:04PM
11   Q   Did you receive any performance     2:37:05PM
12   appraisal after 30 days of employment either on
13   your first stint there or your second stint
14   there?
15   A   None that I recall.          2:37:12PM
16   Q   And it says, "and a more formal     2:37:13PM
17   evaluation at the end of six months."
18       Do you see that?          2:37:17PM
19   A   Yes.                   2:37:17PM
20   Q   Did you receive a formal evaluation at  2:37:18PM
21   the end of six months either in your first stint
22   there or when you returned in '99?
23   A   None that I recall.          2:37:25PM
24   Q   It says, "Thereafter, all employees   2:37:25PM
25   may receive a performance appraisal annually."

Page 219

TYREE BACON

1
2    Q   Do you see that?          2:37:28PM
3    A   Yes.                   2:37:29PM
4    Q   Do you recall ever receiving an annual  2:37:29PM
5    performance appraisal?
6    A   Nope.                  2:37:33PM
7    Q   Did you receive raises each year that  2:37:39PM
8    you worked at Ocean Beach?
9    A   Yes.                   2:37:42PM
10       MR. GOODSTADT: Just mark that,      2:37:50PM
11   please.
12       (Whereupon, Bates document 5600 was  2:37:51PM
13   marked as Bacon Exhibit 4 for
14   identification, as of this date.)
15       MR. GOODSTADT: I've placed in front  2:38:13PM
16   of Bacon what's been marked as Bacon 4. It
17   is a one-page exhibit bearing Bates 5600.
18   (Handing.)
19   BY MR. GOODSTADT:              2:38:28PM
20   Q   Mr. Bacon, have you ever seen the    2:38:28PM
21   document marked as Bacon 4?
22   A   No, I haven't.            2:38:29PM
23   Q   I represent to you that it's a      2:38:29PM
24   document that was produced by counsel
25   representing the beach in this matter. I just

Page 220

TYREE BACON

1
2    want to look down. If you look down the
3    dates -- do you see the dates column?
4    A   Yes.                   2:38:44PM
5    Q   And then next to it is the position   2:38:44PM
6    and classification.
7        Do you see that?          2:38:47PM
8    A   Yes.                   2:38:48PM
9    Q   Is that position and classification   2:38:48PM
10   accurate for those dates?
11       MR. NOVIKOFF: Objection.         2:38:51PM
12   A   Rephrase that.            2:38:53PM
13   Q   Are those positions and          2:38:54PM
14   classifications listed next to the dates
15   accurate for the corresponding dates?
16       MR. NOVIKOFF: Objection.         2:39:01PM
17   You can answer, if you can.         2:39:07PM
18   A   Yeah. Yes and no.           2:39:09PM
19   Q   What's not accurate?         2:39:11PM
20   A   Well, leave of absence, I wasn't     2:39:12PM
21   working for them at that time when they have it
22   listed as leave of absence. I worked for
23   various other agencies during that time frame,
24   all within Suffolk County, you know.
25   Q   So you weren't on a leave of absence?  2:39:25PM

Page 221

TYREE BACON

1
2      A    No.                    2:39:28PM
3      Q    Your employment actually ended in '93  2:39:28PM
4   and then you became reemployed in '99?
5      A    With respect to the Village of Ocean  2:39:32PM
6   Beach, yes..
7      Q    Right. That's what -- I'm just      2:39:35PM
8   focusing on that right now.
9      A    Yes.                    2:39:39PM
10     Q    Are the rates of pay -- well, strike  2:39:39PM
11  that.
12          Other than for the use of the verbiage  2:39:42PM
13  "leave of absence," is there anything else not
14  accurate in the position and classification
15  column?
16          MR. NOVIKOFF: Note my objection.   2:39:51PM
17          You can answer.          2:39:52PM
18     A    The salaries look about right. I'm   2:39:54PM
19  not 100 percent certain.
20     Q    I was asking whether anything was not  2:40:01PM
21  accurate about the position and classification
22  column other than for the use of leave of
23  absence?
24          MR. NOVIKOFF: Note my objection.   2:40:09PM
25          You can answer.          2:40:11PM

Page 222

TYREE BACON

1
2   BY MR. GOODSTADT:                  2:40:11PM
3      Q    I'm just focused on the one column.   2:40:13PM
4      A    Yeah. Other than the leave of       2:40:15PM
5   absence, because I wasn't working for them then.
6      Q    Okay. But is there anything else,    2:40:19PM
7   other than for the leave of absence, that's not
8   accurate?
9      A    No. Everything else, that I was      2:40:23PM
10  employed by them as a police officer, is
11  accurate.
12     Q    Now, the rates of pay, you testified  2:40:28PM
13  they look about right, but you're not sure if
14  they're accurate?
15     A    Correct.                 2:40:33PM
16     Q    But there's nothing there that leads  2:40:33PM
17  you to believe that that's not the accurate
18  number, is there?
19          MR. NOVIKOFF: Objection.      2:40:39PM
20     A    No, there's nothing that would lead me  2:40:40PM
21  to believe it's not accurate, correct.
22     Q    And do you see you were given a raise  2:40:45PM
23  every single year that you worked there?
24     A    Yes.                    2:40:49PM
25     Q    Now, that's accurate, you received a  2:40:49PM

Page 223

TYREE BACON

1
2   raise every single year?
3      A    Yes.                    2:40:53PM
4      Q    Was the raise that you received      2:40:54PM
5   performance based or did everybody receive the
6   same raise?
7          MR. NOVIKOFF: Objection.      2:41:00PM
8          To the extent you know.      2:41:00PM
9      A    I can't -- I can't, you know, explain  2:41:02PM
10  for the other officers. I mean, myself, I
11  received a raise every year, and I don't know if
12  it was performance based or not.
13     Q    Do you know who was in charge of      2:41:12PM
14  deciding that you should get a raise each of
15  those years?
16          MR. NOVIKOFF: Objection.      2:41:16PM
17     A    No, I don't.             2:41:17PM
18     Q    Do you know the process behind the   2:41:18PM
19  decision of whether or not to give you a raise
20  each year?
21          MR. NOVIKOFF: Objection.      2:41:24PM
22     A    No, I don't.             2:41:25PM
23     Q    Do you know the process behind       2:41:26PM
24  determining how much raise to give you each
25  year?

Page 224

TYREE BACON

1
2          MR. NOVIKOFF: Objection. Form.   2:41:29PM
3      A    I wasn't privy to any of that       2:41:30PM
4   information.
5      Q    Who communicated to you that you were  2:41:32PM
6   getting a raise?
7          MR. NOVIKOFF: Objection. Form.   2:41:35PM
8      A    We usually hear the beginning of July  2:41:37PM
9   we were getting a raise from the chief, the
10  sergeant, whoever it was; and on our next
11  paycheck, there it was, we got a raise.
12     Q    When you say the beginning of the    2:41:48PM
13  year, what are you referring to?
14     A    The beginning of the summer season.  2:41:51PM
15     Q    Was that the preseason meeting?     2:41:52PM
16     A    I don't recall.          2:41:54PM
17     Q    Do you know what I'm saying when I say  2:41:54PM
18  a preseason meeting?
19     A    Yes.                    2:41:58PM
20     Q    What's a preseason meeting?       2:41:58PM
21     A    It was a team meeting, where they get  2:42:00PM
22  all the officers together to go over, make sure
23  paperwork was right. Basically, it was a team
24  meeting, just what the expectations were for the
25  up and coming year.

56 (Pages 221 to 224)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 225

TYREE BACON

1
2     Q    What do you mean make sure paperwork   2:42:14PM
3   was right?
4     A    Make sure people had updated, what is   2:42:17PM
5   it, W-2s and W-4s, tax paperwork.  If you have
6   pay statements, whether you were claiming one or
7   two dependents, stuff like that.
8     Q    Do you know whether anybody voted on   2:42:32PM
9   the pay raises?
10        MR. NOVIKOFF:  Objection.        2:42:36PM
11    A    Don't know.                    2:42:37PM
12    Q    Did you ever collect unemployment in   2:42:39PM
13  between seasons?
14    A    No, I did not.                 2:42:42PM
15    Q    Did you ever apply for unemployment in   2:42:43PM
16  between seasons?
17    A    No.                           2:42:46PM
18    Q    That was because you had a full-time   2:42:46PM
19  job?
20    A    Correct.                      2:42:49PM
21    Q    Did you have to reapply for a position   2:42:54PM
22  each season?
23    A    I did not.                    2:42:57PM
24    Q    So did you remain employed throughout   2:43:01PM
25  the year?

Page 226

TYREE BACON

1
2        MR. NOVIKOFF:  Objection.        2:43:04PM
3     A    Yes.  My status was part-time police   2:43:05PM
4   officer.
5     Q    So it's your understanding that your   2:43:07PM
6   status was part-time police officer, meaning
7   that you can work up to 20 hours during the
8   whole year; is that your understanding?
9     A    Correct.                      2:43:20PM
10    Q    And is it your understanding that if   2:43:20PM
11  you were a part-time police officer, that you
12  didn't have to do anything to be, quote-unquote,
13  rehired each season?
14        MR. NOVIKOFF:  Objection.        2:43:29PM
15  BY MR. GOODSTADT:                     2:43:29PM
16    Q    Is that correct?              2:43:30PM
17    A    I'm not sure how that all worked out.  2:43:30PM
18    Q    Well, did you fill out any paperwork   2:43:33PM
19  to be rehired?
20    A    No, I didn't have to reapply for the   2:43:37PM
21  position every year.  No, I did not.
22    Q    Were you ever notified that we're   2:43:41PM
23  rehiring you?
24    A    Yes.                          2:43:44PM
25    Q    How were you notified that you were   2:43:44PM

Page 227

TYREE BACON

1
2   being rehired?
3        MR. NOVIKOFF:  I'm sorry, what's the   2:43:49PM
4   question?  I didn't catch the first few
5   words.
6        MR. GOODSTADT:  Were you ever notified   2:43:54PM
7   that you were rehired, and he said "yes."
8   BY MR. GOODSTADT:                     2:43:54PM
9     Q    Other than for the rehiring in 1999,   2:43:57PM
10  were you notified each year that you were
11  rehired?
12    A    Prior to that and after that, yes, but   2:44:02PM
13  there was a break in service where I wasn't
14  invited back.
15    Q    I'm not asking about whether you were   2:44:10PM
16  invited back.  I'm talking about the years that
17  you came back.  Were you notified you were
18  rehired?
19    A    No.  We just -- you came to the       2:44:16PM
20  preseason meeting.
21    Q    So just so I'm clear for the record.   2:44:24PM
22  Each year you came to the preseason meeting, you
23  didn't have to fill out any new paperwork for
24  the season, you just had to make sure your tax
25  forms were up to date; is that correct?

Page 228

TYREE BACON

1
2     A    Correct.                      2:44:35PM
3     Q    You didn't receive any notice that   2:44:35PM
4   said, you know, anything in sum and substance,
5   congratulations, you've been rehired by Ocean
6   Beach for this season or you're being hired by
7   Ocean Beach for this season?
8     A    No, I never received that.     2:44:45PM
9     Q    How about verbally?  Did anybody ever   2:44:47PM
10  tell you verbally tell you in sum or substance,
11  congratulations, you're being rehired for the
12  season or you're being hired for the season?
13    A    No.                           2:44:54PM
14    Q    Other than for '99?           2:44:54PM
15    A    No.                           2:44:57PM
16        MR. GOODSTADT:  Why don't we take a   2:45:02PM
17  break.
18        THE VIDEOGRAPHER:  The time is 2:46.   2:45:04PM
19  We are going off the record.
20        (Whereupon, a discussion was held off   2:49:36PM
21  the record.)
22        THE VIDEOGRAPHER:  The time is 2:54.   2:53:22PM
23  We are back on the record.
24  BY MR. GOODSTADT:                     2:53:26PM
25    Q    Mr. Bacon, just so I'm clear, other   2:53:28PM

Page 229

TYREE BACON

1
2  than for the polygraph that you failed in
3  Riverhead and then the one that you subsequently
4  passed in '05 for Ocean Beach, have you taken
5  any other polygraphs for any other jobs that you
6  applied for?
7        MR. NOVIKOFF: Objection.        2:53:44PM
8  A   I don't recall.        2:53:45PM
9     Q    Have you ever seen a job description   2:53:50PM
10 or duty classification for a police officer in
11 Ocean Beach?
12 A   No.        2:53:58PM
13       MR. GOODSTADT: Just mark this.        2:54:15PM
14       (Whereupon, Police Officer        2:54:17PM
15 Part-Time/Seasonal was marked as Bacon
16 Exhibit 5 for identification, as of this
17 date.)
18       MR. GOODSTADT: I've placed in front   2:54:50PM
19 of Mr. Bacon what's been marked as Bacon
20 Exhibit 5. It is a two-page exhibit
21 entitled "Police Officer
22 Part-Time/Seasonal." (Handing.)
23 BY MR. GOODSTADT:        2:55:06PM
24    Q    Mr. Bacon, have you ever seen this   2:55:05PM
25 document?

Page 230

TYREE BACON

1
2  A   I don't recall.        2:55:08PM
3     Q    You don't recall one way or the other?   2:55:08PM
4  A   Correct.        2:55:11PM
5     Q    Did you ever go on Suffolk County   2:55:12PM
6  civil service's website to look at the job
7  description of a police officer part-time or a
8  police officer seasonal?
9        MR. NOVIKOFF: Objection.        2:55:20PM
10 A   I have not.        2:55:21PM
11    Q    If you go back to Bacon 1.        2:55:32PM
12       MR. NOVIKOFF: It's in that pile.        2:55:40PM
13 A   (Witness complies.)        2:55:43PM
14    Q    If you look at Page 7367.        2:55:47PM
15 A   Don't have it in this package.        2:56:08PM
16       MR. NOVIKOFF: No, the bottom, 7367.   2:56:11PM
17       MR. GOODSTADT: Is it missing a page   2:56:13PM
18 there?
19       MR. NOVIKOFF: Then it's 4, then   2:56:15PM
20 it's 5.
21       THE WITNESS: 5, and then it jumps   2:56:17PM
22 to 9.
23       MR. NOVIKOFF: I have it in mine.   2:56:19PM
24       MR.. CONNOLLY: Do you want to mark   2:56:29PM
25 another one?

Page 231

TYREE BACON

1
2        MR. NOVIKOFF: Yeah, let's mark   2:56:30PM
3  another one.
4        MR. GOODSTADT: Are you okay with   2:56:34PM
5  swapping it in?
6        MR. NOVIKOFF: I'd prefer to mark it.   2:56:36PM
7        MR. GOODSTADT: You'd prefer to mark   2:56:39PM
8  it?
9        MR. NOVIKOFF: Yeah, mark it.        2:56:40PM
10       MR. GOODSTADT: I'd like to mark it   2:56:40PM
11 Bacon 6.
12       MR. NOVIKOFF: I'll just make a note   2:56:43PM
13 you'll get us a copy of Bacon 6?
14       MR. GOODSTADT: Okay. I think you   2:56:47PM
15 have Bacon 6, right?
16       MR. NOVIKOFF: No. You're remarking a   2:56:49PM
17 new document. Do you have enough copies for
18 everybody?
19       MR. GOODSTADT: It's the exact same   2:56:52PM
20 thing you have.
21       MR. CONNOLLY: With the cover page   2:56:55PM
22 marked.
23       (Whereupon, Police Candidate        2:57:02PM
24 Application Packet was marked as Bacon
25 Exhibit 6 for identification, as of this

Page 232

TYREE BACON

1
2  date.)
3  A   Page number again?        2:57:29PM
4     Q    7367.        2:57:32PM
5  A   Okay.        2:57:35PM
6     Q    Have you ever seen this description of   2:57:36PM
7  an entry-level police officer?
8  A   Yes.        2:57:40PM
9     Q    Okay. When was the first time you saw   2:57:41PM
10 this description?
11 A   Probably when I got my packet.        2:57:45PM
12    Q    Was it in the packet that you had   2:57:46PM
13 testified to that you filled out the first time
14 around?
15       MR. NOVIKOFF: Objection.        2:57:50PM
16 A   I don't recall.        2:57:51PM
17    Q    Okay. And is the -- as an Ocean Beach   2:57:52PM
18 police officer, you had the authority to arrest;
19 is that correct?
20 A   Yes..        2:58:04PM
21    Q    And how far jurisdictionally did your   2:58:07PM
22 authority to arrest extend?
23       MR. NOVIKOFF: Objection.        2:58:12PM
24       You can answer.        2:58:13PM
25 A   Throughout New York State.        2:58:14PM

TSG Reporting - Worldwide    877-702-9580

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 233

TYREE BACON

1
2    **Q   Is that for felonies and misdemeanors?**  2:58:17PM
3    A   Correct.                    2:58:21PM
4    **Q   How about for violations?**          2:58:22PM
5    A   That was within my geographic area of  2:58:23PM
6    employment, which would've been the confines of
7    Ocean Beach.
8    **Q   So that the extent of your authority**  2:58:31PM
9    **to issue a summons was within the borders of**
10   **Ocean Beach?**
11         MR. NOVIKOFF:  Objection.       2:58:42PM
12   BY MR. GOODSTADT:                  2:58:45PM
13   **Q   Is that correct?**              2:58:45PM
14   A   Correct.                    2:58:46PM
15   **Q   Have you ever pulled over an**       2:58:50PM
16   **automobile outside of Ocean Beach?**
17   A   No.                       2:58:56PM
18   **Q   Do you recall ever stopping a vehicle**  2:59:09PM
19   **in Islip?**
20   A   Yes.                       2:59:16PM
21         MR. GOODSTADT:  Do you need to take a  2:59:22PM
22   break?
23         MR. NOVIKOFF:  No, that's fine.     2:59:24PM
24   BY MR. GOODSTADT:                  2:59:25PM
25   **Q   How did you -- when you pulled over**   2:59:27PM

Page 234

TYREE BACON

1
2    **the vehicle in Islip, when was that?**
3    A   A couple of years ago, after getting  2:59:33PM
4    hit with a paintball.
5    **Q   Do you recall what time of the day it**  2:59:38PM
6    **was?**
7    A   It was at night.  I was on my way into  2:59:39PM
8    work.
9    **Q   Were you wearing your uniform?**      2:59:42PM
10   A   I was.                      2:59:44PM
11   **Q   And how did you go about pulling over**  2:59:44PM
12   **the vehicle?**
13   A   Actually, they stopped at a         2:59:47PM
14   stoplight -- excuse me, a stop sign, and I got
15   out of my car and asked them what was going on,
16   and that was it.
17   **Q   Did you identify yourself as a police**  2:59:55PM
18   **officer?**
19   A   I may have.  I was certainly in      2:59:57PM
20   uniform.
21   **Q   But did you say I'm a police officer?**  3:00:00PM
22   A   No, I didn't say I'm a police officer.  3:00:02PM
23   **Q   And what did you say to the person in**  3:00:09PM
24   **the car or the people in the car?**
25   A   You guys got a paintball gun?  And    3:00:13PM

Page 235

TYREE BACON

1
2    they got out the car, and no.  The lights were
3    on, I looked in, and that was it.
4    **Q   Did you have your firearm on you at**   3:00:20PM
5    **the time?**
6    A   I did.                      3:00:24PM
7    **Q   Why did you look in their car?**       3:00:25PM
8    A   I wanted to see if they had a        3:00:26PM
9    paintball gun.
10   **Q   Were you pulling them over in your**    3:00:27PM
11   **capacity as a police officer?**
12   A   No, I wasn't.               3:00:29PM
13   **Q   So you were searching in their car in**  3:00:30PM
14   **the capacity as a civilian while you were**
15   **wearing a uniform and carrying a weapon; is that**
16   **correct?**
17         MR. NOVIKOFF:  Objection to the     3:00:39PM
18   characterization.
19         You can answer the question.       3:00:40PM
20   A   No.  I was not searching their car.   3:00:41PM
21   They had exited the vehicle.  I never went into
22   the vehicle.  The interior light was on, and I
23   was in a position to observe.  I didn't go
24   looking under the seats or in the glove
25   compartment or the trunk.

Page 236

TYREE BACON

1
2    **Q   Did you ask them to exit the vehicle?**  3:00:56PM
3         MR. NOVIKOFF:  What's that?        3:00:58PM
4         MR. GOODSTADT:  Did you ask them to   3:00:59PM
5    exit the vehicle.
6    A   I don't recall.                3:01:01PM
7    **Q   You don't recall one way or the other?**  3:01:01PM
8    A   I don't remember.              3:01:04PM
9    **Q   So you may have asked them to exit?**   3:01:05PM
10         MR. NOVIKOFF:  Objection.         3:01:06PM
11   A   I may have.                   3:01:07PM
12   **Q   Would that have been in your capacity**  3:01:08PM
13   **as a police officer?**
14         MR. NOVIKOFF:  Objection.         3:01:10PM
15   A   Yes.                       3:01:11PM
16   **Q   Okay.  Did you report the incident to**  3:01:12PM
17   **anyone in Ocean Beach?**
18   A   Yes.                       3:01:20PM
19   **Q   How come?**                  3:01:20PM
20   A   Just to cover myself.            3:01:23PM
21   **Q   What do you mean by that?**          3:01:25PM
22   A   I did take action, I was in uniform,   3:01:26PM
23   so I felt it was appropriate to notify
24   supervision.
25   **Q   You took police action?**           3:01:32PM

59 (Pages 233 to 236)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 237

TYREE BACON

1
2      MR. NOVIKOFF:  Objection.        3:01:34PM
3      A    They exited the vehicle based on me    3:01:35PM
4   being in the union, so that could be construed
5   as taking police action, yes.
6      Q    Well, did you think you were taking    3:01:42PM
7   police action?
8      MR. NOVIKOFF:  Objection.        3:01:45PM
9      A    It could've been construed as such,    3:01:47PM
10  yes.
11     Q    I'm asking whether you construed it.    3:01:50PM
12  I don't care what other people may have
13  construed it as.
14     A    Yes, I did construe that as that.    3:01:55PM
15     Q    Did you have the authority to take    3:01:57PM
16  police action outside of Ocean Beach?
17     A    Yes.                3:02:01PM
18     Q    On what grounds?            3:02:04PM
19     A    Well, had there been a paintball gun    3:02:05PM
20  in the car, I would've arrested them for
21  possession of a firearm, since they did fire a
22  paintball.  And under the penal law, that fits
23  the bill for a loaded weapon.
24     MR. GOODSTADT:  Mark that, please.    3:02:17PM
25     (Whereupon, Bates document 6822 was    3:02:19PM

Page 238

TYREE BACON

1
2   marked as Bacon Exhibit 7 for
3   identification, as of this date.)
4      MR. GOODSTADT:  I've placed in front    3:02:37PM
5   of Mr. Bacon what's been marked as Bacon
6   Exhibit 7.  It's a one-page exhibit bearing
7   Bates No. 6822.  (Handing.)
8   BY MR. GOODSTADT:            3:02:49PM
9      Q    Is this the notification that you    3:02:49PM
10  testified to to your supervisor?
11     A    Yes.                3:02:53PM
12     Q    Did you ever speak to Chief Hesse    3:02:53PM
13  about this?
14     MR. NOVIKOFF:  Other than --        3:02:58PM
15     MR. GOODSTADT:  About this incident.  3:02:59PM
16     MR. NOVIKOFF:  Other than this    3:03:01PM
17  document?
18     MR. GOODSTADT:  Yes.        3:03:03PM
19  BY MR.. GOODSTADT:            3:03:03PM
20     Q    Did you ever verbally speak to him    3:03:04PM
21  about it?
22     A    I think after he received this, he    3:03:06PM
23  asked me what happened and I informed him.
24     Q    Did you report it to Suffolk County?    3:03:11PM
25     A    I stopped by the firehouse, and it was    3:03:13PM

Page 239

TYREE BACON

1
2   near tour change; and I notified the ongoing
3   officer, but no report was taken.
4      Q    What do you mean you reported it to    3:03:21PM
5   the ongoing officer?
6      A    In Suffolk County, they don't have    3:03:26PM
7   precincts; they have relief points.  The relief
8   point was around the corner from where this
9   happened.
10          So after that happened, I went to the    3:03:31PM
11  relief point, where I knew they would be
12  changing.  We relieve at the lighthouse, okay?
13  And I spoke to the officer there, let him know
14  what's going on, and that was it.
15     Q    You didn't submit anything in writing?  3:03:44PM
16     A    No.                3:03:46PM
17     Q    Do you know if the officer took any    3:03:48PM
18  notes of what you told him happened?
19     A    I don't recall.            3:03:51PM
20     Q    How come you left that part out of    3:03:52PM
21  your memo?
22     MR. NOVIKOFF:  Objection.        3:03:56PM
23     A    Didn't think it was relevant because    3:03:56PM
24  no official report was drafted.
25     Q    Why didn't you call 911 when you got    3:04:00PM

Page 240

TYREE BACON

1
2   hit by a paintball?
3      MR. NOVIKOFF:  Let him finish the    3:04:06PM
4   question.  Give me a chance to object, and
5   you can answer that.
6          Is the question complete, Andrew?    3:04:14PM
7      MR. GOODSTADT:  Yep.        3:04:16PM
8      MR. NOVIKOFF:  Can you read the    3:04:17PM
9   question back?
10  BY MR. GOODSTADT:            3:04:19PM
11     Q    Why didn't you call 911 when you got    3:04:20PM
12  hit by a paintball?
13     MR. NOVIKOFF:  Objection to the form.    3:04:23PM
14  I don't think he said he got hit by a
15  paintball.
16  BY MR. GOODSTADT:            3:04:27PM
17     Q    Your car got hit by a paintball?    3:04:28PM
18     MR. NOVIKOFF:  Objection to the form    3:04:31PM
19  of the question.
20     A    Because I had eyes on the vehicle that    3:04:31PM
21  I thought had done it.  They turned, I followed
22  them, they stopped at the light.  I spoke to
23  them and spoke to a police officer, which all of
24  that was accomplished in less time than calling
25  911 and waiting for a sector car to arrive.

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 241

TYREE BACON

1
2    Q    Did you take down the plate of the    3:04:51PM
3    vehicle?
4    A    I don't recall.            3:04:54PM
5    Q    Did you report the plate to anyone?    3:04:56PM
6    A    I'm sure if I did, I gave it to the    3:04:59PM
7    Suffolk officer.
8    Q    Do you recall the officer's name who    3:05:07PM
9    you spoke with?
10   A    No, I don't.            3:05:10PM
11   Q    What time was your tour that day?    3:05:14PM
12   A    Midnight.                3:05:19PM
13   Q    And what time did the incident happen? 3:05:19PM
14   A    Probably around 11:20.        3:05:25PM
15   Q    So is it your testimony that you got    3:05:26PM
16   hit by a paintball, your car got hit by a
17   paintball at 11:20, you pulled over this car,
18   you exited the vehicle, you looked for a gun, a
19   paintball gun, everyone got back in the car,
20   then you went and reported it at the firehouse
21   to the outgoing officer and still made it on
22   time to your midnight tour?
23        MR. NOVIKOFF:  Objection.        3:05:50PM
24        You can answer.            3:05:50PM
25   A    I may have been a few minutes late.  I 3:05:51PM

Page 242

TYREE BACON

1
2    think the whole interaction from the time I got
3    hit to the time I left speaking to the officer
4    was less than 10 minutes.
5    Q    So you don't recall whether you were    3:06:02PM
6    late or not?
7    A    No, I don't.            3:06:05PM
8        (Whereupon, a discussion was held off 3:06:22PM
9    the record.)
10   BY MR.. GOODSTADT:            3:06:28PM
11   Q    Before, we went over some of your    3:06:28PM
12   arrests and the disposition of those arrests.
13        Do you recall doing that?        3:06:35PM
14        MR. NOVIKOFF:  Objection.        3:06:37PM
15   A    Sorry?                3:06:38PM
16   Q    Do you recall going over your arrests 3:06:39PM
17   and the disposition of those arrests before?
18   A    Yes.                3:06:43PM
19        MR. GOODSTADT:  Let's mark that.    3:06:43PM
20        (Whereupon, Bates document 7410 was    3:06:44PM
21   marked as Bacon Exhibit 8 for
22   identification, as of this date.)
23        MR. GOODSTADT:  I've placed in front 3:07:13PM
24   of Mr. Bacon what's been marked as Bacon
25   Exhibit 8.  It's a one-page exhibit bearing

Page 243

TYREE BACON

1
2    Bates No. 7410.  (Handing.)
3    BY MR. GOODSTADT:            3:07:22PM
4    Q    Mr. Bacon, have you ever seen this    3:07:21PM
5    document?
6    A    I have.                3:07:25PM
7    Q    Which incident is this document in    3:07:26PM
8    relation to?
9    A    None of those that were mentioned.    3:07:30PM
10   Q    Was this a separate incident in which 3:07:33PM
11   you were arrested?
12   A    No.  This wasn't an arrest.        3:07:36PM
13   Q    What was this?            3:07:38PM
14   A    This was a summons.            3:07:39PM
15   Q    What was the summons for?        3:07:41PM
16   A    Being in the park after hours.    3:07:43PM
17   Q    Do you recall when you received that 3:07:46PM
18   summons?
19   A    Sometime in 1984.            3:07:51PM
20   Q    Do you recall why you were in the park 3:07:53PM
21   after hours?
22   A    Yeah.                3:07:56PM
23   Q    Why were you in the park after hours? 3:07:56PM
24   A    I was getting a blow job from my    3:07:58PM
25   girlfriend.

Page 244

TYREE BACON

1
2    Q    And you got a ticket?            3:08:01PM
3    A    Yes.                3:08:02PM
4    Q    Other than for this summons, did you    3:08:02PM
5    ever receive any other summonses other than for
6    traffic-related summons?
7    A    Traffic summonses.  No, I don't recall 3:08:11PM
8    getting any others.  Parking, traffic.
9        MR. GOODSTADT:  Mark that.        3:08:53PM
10        (Whereupon, Bates document 7418-7423 3:08:54PM
11   was marked as Bacon Exhibit 9 for
12   identification, as of this date.)
13        MR. GOODSTADT:  I've placed in front 3:09:16PM
14   of Mr. Bacon what's been marked as Bacon
15   Exhibit 9..  It's a multiple-page exhibit
16   bearing Bates numbers 7418 through 7423.
17   (Handing.)
18   BY MR. GOODSTADT:            3:09:28PM
19   Q    Mr. Bacon, I ask you to turn to 7419. 3:09:28PM
20   A    (Witness complies.)  Yes.        3:09:32PM
21   Q    If you look in the arrest        3:09:37PM
22   information --
23   A    Uh-huh.                3:09:41PM
24   Q    -- section.                3:09:42PM
25   A    Yes.                3:09:43PM

61  (Pages 241 to 244)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 245

TYREE BACON

1
2     Q   You see the first one, which shows an   3:09:43PM
3  arrest for assault with intent to cause physical
4  injury.
5        Do you see that?                    3:09:49PM
6     A   Correct, yes.                3:09:50PM
7     Q   What incident was that?  Did you   3:09:51PM
8  testify to the incident already?
9     A   Yes.  That was the 1986 incident at   3:09:54PM
10  Woodhull Hospital.
11    Q   Then the second is reckless      3:09:58PM
12  endangerment second.
13       Do you see that?                  3:10:00PM
14    A   Yes.  That was all part of the same   3:10:03PM
15  arrest.
16    Q   The next one is invalid use of a    3:10:04PM
17  credit card with intent to fraud.
18       Do you see that?                  3:10:08PM
19    A   Yeah.                       3:10:09PM
20    Q   And I asked you about that before, and  3:10:09PM
21  you said it never happened.  Does this refresh
22  your recollection as to --
23       MR. NOVIKOFF:  Objection to the     3:10:14PM
24    characterization of the testimony.
25       You can answer.               3:10:17PM

Page 246

TYREE BACON

1
2     A   Yes.  No, that never happened.  There   3:10:18PM
3  was -- I don't even know how that got there.
4  The OGA below that, that was definitely part and
5  parcel of the arrest.
6     Q   Of which arrest?                3:10:27PM
7     A   The 1986 on July the 8th.        3:10:28PM
8     Q   Arrest for what?                3:10:33PM
9     A   The assault, reckless endangerment,   3:10:34PM
10  OGA, the parking incident at Woodhull Hospital.
11    Q   So three of these deal with the     3:10:43PM
12  Woodhull Hospital?
13    A   Yes.                       3:10:45PM
14    Q   And then the fourth one says invalid   3:10:45PM
15  use of a credit card with intent to fraud.  You
16  don't know what that is referring to?
17    A   That has nothing to do with me, never   3:10:50PM
18  did.  Nope.
19    Q   Do you know what this document is?   3:10:53PM
20    A   I'm guessing this is an AISI printout.  3:10:55PM
21    Q   What do you mean by that?  What AISI?  3:11:00PM
22    A   When you get your fingerprints run.   3:11:01PM
23    Q   Have you ever seen one of these in the  3:11:04PM
24  past?
25    A   Yes.                       3:11:07PM

Page 247

TYREE BACON

1
2        MR. NOVIKOFF:  You mean of his or in   3:11:08PM
3  general?
4        MR. GOODSTADT:  Just generally, and   3:11:10PM
5  AISI printout.
6     A   Yes.                       3:11:12PM
7     Q   And where does one get to get a    3:11:12PM
8  document that's marked as Bacon 9?
9     A   Well, you get fingerprinted, and they   3:11:18PM
10  turn around and submit them to Albany, the FBI.
11  This is the report that comes back when somebody
12  is being investigated for a position or if it's
13  an arrest.
14    Q   What do you mean, or if it's an     3:11:32PM
15  arrest?
16    A   If somebody gets arrested and they get  3:11:35PM
17  fingerprinted.  And when their prints come back
18  from Albany, you get the same kind of an AISI
19  printout that gets attached to the criminal
20  court complaint.
21    Q   Have you ever ran this report on    3:11:47PM
22  anybody else?
23    A   No, I have not.              3:11:50PM
24    Q   Have you ever reviewed this report as   3:11:51PM
25  part of any background investigation on anyone

Page 248

TYREE BACON

1
2  else?
3     A   No.                        3:11:55PM
4     Q   When have you seen these in the past?  3:11:57PM
5     A   Because I work as a court officer.   3:11:59PM
6  It's attached to every single court case that
7  comes into criminal court.
8     Q   So that's where you've seen them?    3:12:05PM
9     A   Yes.                       3:12:07PM
10    Q   Are you currently married?        3:12:20PM
11    A   Yes.                       3:12:21PM
12    Q   How long have you been married for to   3:12:21PM
13  your current wife?
14    A   Since 2005.                 3:12:25PM
15    Q   And what's your current wife's name?   3:12:27PM
16    A   Caroline.                   3:12:30PM
17    Q   Do you have any children with       3:12:34PM
18  Caroline?
19    A   I do.                      3:12:36PM
20    Q   Just tell me the ages of your       3:12:36PM
21  children.
22    A   Two.                       3:12:39PM
23    Q   Is it a boy or girl?            3:12:41PM
24    A   Girl.                      3:12:42PM
25    Q   And where is your wife employed?     3:12:49PM

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 249

TYREE BACON

1
2    A    City of New York Police Department.   3:12:51PM
3    Q    She's a police officer in New York   3:12:54PM
4    City?
5    A    Yes..                         3:12:57PM
6    Q    What precinct?                3:12:57PM
7    A    Sixth precinct.               3:12:58PM
8    Q    Have you been married prior to your   3:13:01PM
9    marriage to Caroline?
10   A    Yes.                         3:13:05PM
11   Q    I believe you testified to a divorce   3:13:05PM
12   before, correct?
13   A    Yes.                         3:13:08PM
14   Q    How many times have you been married   3:13:09PM
15   prior to Caroline?
16   A    Twice.                       3:13:11PM
17   Q    And when was the first time you were   3:13:12PM
18   married?
19   A    That was in 1996.            3:13:14PM
20   Q    And that ended -- and who was your   3:13:15PM
21   wife at the time?
22   A    That was Jennifer Monroe.    3:13:18PM
23   Q    And did she sue you for divorce?   3:13:21PM
24   A    Yes.  We already went through that.   3:13:25PM
25   Q    That was the one you testified to   3:13:28PM

Page 250

TYREE BACON

1
2    before?
3    A    Correct.                     3:13:30PM
4    Q    The second wife, what was her name?   3:13:33PM
5    A    Susan Shields.               3:13:35PM
6    Q    And how did that marriage end?   3:13:37PM
7    A    In divorce.                  3:13:39PM
8    Q    Did she sue you for divorce?   3:13:40PM
9    A    Yes.                         3:13:42PM
10   Q    Was there any proceeding relating to   3:13:42PM
11   that divorce?
12   A    No.                          3:13:45PM
13   Q    Was that an amicable divorce?   3:13:46PM
14   A    Yes.                         3:13:48PM
15   Q    Did you have any children with   3:13:49PM
16   Jennifer?
17   A    No.                          3:13:51PM
18   Q    Did you have any children with Susan?   3:13:51PM
19   A    No.                          3:13:53PM
20   Q    And you served in the military,   3:13:58PM
21   correct?
22   A    Yes.                         3:14:01PM
23   Q    And you recently did a tour in Iraq?   3:14:01PM
24   A    Yes.                         3:14:04PM
25   Q    What were the dates of that tour?   3:14:04PM

Page 251

TYREE BACON

1
2    A    From January of '08 through -- I got   3:14:06PM
3    back in May, but I was still on orders through
4    June of '08.
5    Q    So January '08 through May or June of   3:14:15PM
6    '08?
7    A    May, June of '08, correct.   3:14:19PM
8    Q    Have you gone to Iraq before that?   3:14:24PM
9    A    No.                          3:14:26PM
10   Q    Had you had any active tour of duty   3:14:26PM
11   prior to that?
12   A    Yes.                         3:14:30PM
13   Q    Okay.  Where were your other active   3:14:30PM
14   tours of duty?
15   A    I got activated, and I was stationed   3:14:33PM
16   at McGuire Air Force base for a year prior after
17   9-11.  I did a couple of weeks in Kuwait.
18   Q    Let's just start with McGuire Air   3:14:44PM
19   Force Base.  What were the dates of McGuire Air
20   Force Base?
21   A    October of '01 through October of '02.  3:14:50PM
22   Q    Okay.  And then you went to Kuwait?   3:14:53PM
23   A    Yes.                         3:14:57PM
24   Q    How long were you in Kuwait for?   3:14:58PM
25   A    Less than a month.           3:15:00PM

Page 252

TYREE BACON

1
2    Q    And that was in October of '02, you   3:15:01PM
3    were --
4    A    No, no.  Kuwait was 2000 something.   3:15:04PM
5    It was the in the summer of 2000.
6    Q    So it was prior to McGuire Air Force   3:15:09PM
7    Base?
8    A    Yes.                         3:15:13PM
9    Q    So it was prior to September 11th?   3:15:13PM
10   A    Yes.                         3:15:15PM
11   Q    And were you stationed anywhere other   3:15:17PM
12   than for Iraq, McGuire Air Force base or Kuwait?
13   A    We did our two-week annual tour, and   3:15:24PM
14   we were at various bases.  I've been to the
15   Rhein-Main Air Force Base in Germany.  I've in
16   Barksdale Air Force base in Louisiana.
17   Q    When were those tours?        3:15:39PM
18   A    I have no -- I don't even remember.   3:15:40PM
19   Q    What year?                   3:15:42PM
20   A    Between 1987 and 2000.       3:15:44PM
21   Q    Okay.  Were you stationed anywhere   3:15:49PM
22   else?
23   A    A bunch of different places for two   3:15:56PM
24   weeks of training here and there.  I don't
25   recall them all.

63  (Pages 249 to 252)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 253

TYREE BACON

1
2    **Q**   Any -- other than for Iraq, were there  3:16:01PM
3    any tours that you did after '02?
4        A    No -- annual training.  And where were  3:16:09PM
5    we for that?  Kansas.  Wichita Falls, Kansas, a
6    couple of other places.  I just don't recall.
7        **Q**   Where in Iraq were you?                3:16:25PM
8        A    Camp Cooke, up north.        3:16:27PM
9        **Q**   And what was your position there?   3:16:29PM
10       A    Assistant fire chief.          3:16:31PM
11       **Q**   What arm of the military were you in?  3:16:38PM
12       A    Air Force reserves.           3:16:41PM
13       **Q**   Did you have access to the Internet  3:16:47PM
14   when you were over there?
15       A    Yes.                    3:16:51PM
16       **Q**   Did you ever E-mail from over there?  3:16:54PM
17       A    Yes..                   3:16:56PM
18       **Q**   Did you ever E-mail anyone at Ocean  3:16:56PM
19   Beach from over there, anyone who worked at
20   Ocean Beach, employed by Ocean Beach?
21       A    No, I didn't.              3:17:03PM
22       **Q**   Did you ever E-mail any former      3:17:04PM
23   employees of Ocean Beach from over there?
24       A    No.                    3:17:08PM
25       **Q**   Did you ever read -- are you aware of  3:17:09PM

Page 254

TYREE BACON

1
2    a blog with respect to the Ocean Beach Police
3    Department?
4        A    Yes.                    3:17:14PM
5        **Q**   Did you read the blog at all from over  3:17:17PM
6    there?
7        A    No, I did not.             3:17:19PM
8        **Q**   You never logged on to the blog?     3:17:20PM
9        A    No.  When we were over there, there   3:17:22PM
10   was very, very restricted E-mail access.  You
11   had a government E-mail account.  And I could
12   send E-mail home to my wife, I could access my
13   online bill pay, I could send E-mails to another
14   DOD computer, but that was it.  It was very,
15   very limited, very restricted.
16       **Q**   Other than that limited or restricted  3:17:43PM
17   E-mail access, did you have limited Internet
18   access as well?
19       A    Yes.                    3:17:46PM
20       **Q**   Were part of the limitations not      3:17:51PM
21   allowing you to log on to the blog?  Were you
22   restricted from logging on to the blog?
23       A    There were websites you couldn't     3:17:55PM
24   access at all.
25       **Q**   Was that one of the websites?       3:17:59PM

Page 255

TYREE BACON

1
2        MR. NOVIKOFF:  Objection.        3:18:00PM
3        A    I don't recall.  There were more sites  3:18:01PM
4    that you couldn't access than you could.
5        **Q**   What's the website of the blog that    3:18:06PM
6    you're testifying about?
7        A    It was LI politics.            3:18:11PM
8        MR. NOVIKOFF:  Are you sure or are you  3:18:14PM
9    guessing?
10       THE WITNESS:  No, I'm not certain.    3:18:16PM
11       MR. NOVIKOFF:  Okay.           3:18:18PM
12       MR. GOODSTADT:  Why don't we take a   3:18:19PM
13   couple-minute break.
14       THE VIDEOGRAPHER:  The time is 3:19.  3:18:31PM
15   We're off the record.
16       (Whereupon, a discussion was held off  3:18:36PM
17   the record.)
18       THE VIDEOGRAPHER:  The time is 3:22.   3:21:13PM
19   We are back on the record.
20       MR. GOODSTADT:  It's now 3:22.  In     3:21:17PM
21   light of scheduling issues that have come
22   up, it's become apparent that Mr. Bacon is
23   not going to have his deposition completed
24   today.  All parties have agreed to resume
25   and the witness has agreed to resume the

Page 256

TYREE BACON

1
2    deposition at a later time to be agreed upon
3    by counsel and the witness based on their
4    schedules.
5        MR. NOVIKOFF:  But you're going to     3:21:38PM
6    continue.
7        MR. GOODSTADT:  I'm going to continue  3:21:40PM
8    mine and then you have your time.
9        MR. NOVIKOFF:  Right.  Right.  As long  3:21:42PM
10   as everyone is able to continue..  Fine.
11   Great.
12       THE WITNESS:  I just have one          3:21:47PM
13   question?  If you could get another
14   subpoena, whatever, to him so I could bring
15   it to work.  They just need something for me
16   to report on whatever days you guys --
17       MR. NOVIKOFF:  We'll send the same     3:21:59PM
18   thing we did the other day.
19       THE WITNESS:  Yeah, that's perfect,     3:22:02PM
20   whatever the dates.  They just need
21   something.
22       MR. NOVIKOFF:  Got it.           3:22:03PM
23       MR. GOODSTADT:  We'll send the exact   3:22:04PM
24   same thing we did today.
25       THE WITNESS:  Thanks.           3:22:05PM

64  (Pages 253 to 256)

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 257

```
 1              TYREE BACON
 2      MR. CONNOLLY:  So agreed.        3:22:06PM
 3      THE VIDEOGRAPHER:  The time is 3:23.   3:22:07PM
 4    We are going off the record.
 5      (Time noted 3:23 p.m..)           3:22:11PM
 6    _____               3:22:11PM
 7         TYREE BACON           3:22:11PM
 8                        3:22:11PM
   Subscribed and sworn to before me        3:22:11PM
 9    this      day of     , 2009      3:22:11PM
                           3:22:11PM
10    _____   3:22:11PM
11                        3:22:11PM
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 259

```
 1              PROCEEDINGS
 2              INDEX           3:22:11PM
 3    ATTORNEY            PAGE 3:22:11PM
 4      By Mr. Goodstadt        6 3:22:11PM
 5                        3:22:11PM
 6                        3:22:11PM
 7                        3:22:11PM
 8                        3:22:11PM
 9                        3:22:11PM
10        INDEX OF BACON EXHIBITS      3:22:11PM
11    I.D.        DESCRIPTION      PAGE 3:22:11PM
12    Exhibit 1  Bates document 7360-7381    170 3:22:11PM
13    Exhibit 2  Bates document 5335-37      211 3:22:11PM
14    Exhibit 3  Bates document 1-25        214 3:22:11PM
15    Exhibit 4  Bates document 5600        219 3:22:11PM
16    Exhibit 5  Police Officer Part-Time/Seasonal 229 3:22:11PM
17    Exhibit 6  Police Candidate Application   231 3:22:11PM
18        Packet                3:22:11PM
19    Exhibit 7  Bates document 6822        237 3:22:11PM
20    Exhibit 8  Bates document 7410        242 3:22:11PM
21    Exhibit 9  Bates document 7418-7423     244 3:22:11PM
22                        3:22:11PM
23
24
25
```

Page 258

```
 1              PROCEEDINGS
 2       C E R T I F I C A T E        3:22:11PM
 3                        3:22:11PM
 4      I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Publi 3:22:11PM
 5    and for the State of New York, do hereby certify:
 6      THAT the witness whose testimony is hereinbefo 3:22:11PM
 7    set forth, was duly sworn by me; and
 8      THAT the within transcript is a true record   3:22:11PM
 9  of the testimony given by said witness.  I further 3:22:11PM
10    certify that I am not related, either by blood or
11    marriage, to any of the parties to this action; and
12      THAT I am in no way interested in the outcome 3:22:11PM
13    this matter.
14      IN WITNESS WHEREOF, I have hereunto set    3:22:11PM
15    my hand this 25th day of February, 2009.    3:22:11PM
16                        3:22:11PM
17    _____  3:22:11PM
18       JUDI JOHNSON, RPR, CRR, CLR   3:22:11PM
19
20
21
22
23
24
25
```

Page 260

```
 1              ERRATA SHEET
 2    NAME OF CASE:  CARTER V. OCEAN BEACH     3:22:11PM
 3    DATE OF DEPOSITION: February 12, 2009     3:22:11PM
 4    NAME OF WITNESS:  TYREE BACON        3:22:11PM
 5                        3:22:11PM
 6    Reason codes:              3:22:11PM
 7      1. To clarify the record.      3:22:11PM
 8      2. To conform to the facts      3:22:11PM
 9      3. To correct the transcription     3:22:11PM
10      errors.              3:22:11PM
11    Page _____ Line _____ Reason _____    3:22:11PM
12    From _____ to _____     3:22:11PM
13    Page _____ Line _____ Reason _____    3:22:11PM
14    From _____ to _____     3:22:11PM
15    Page _____ Line _____ Reason _____    3:22:11PM
16    From _____ to _____     3:22:11PM
17    Page _____ Line _____ Reason _____    3:22:11PM
18    From _____ to _____     3:22:11PM
19    Page _____ Line _____ Reason _____    3:22:11PM
20    From _____ to _____     3:22:11PM
21    Page _____ Line _____ Reason _____    3:22:11PM
22    From _____ to _____     3:22:11PM
23                        3:22:11PM
24    _____  3:22:11PM
25       TYREE BACON           3:22:11PM
```

a5a0261c-43ec-45e0-be37-ef91a2c29f22

Page 261

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK
--------------------------------X
EDWARD CARTER, FRANK FIORILLO,
KEVIN LAMM, JOSEPH NOFI, and
THOMAS SNYDER,
        Plaintiffs,
            vs.          Case No. 07-1215
INCORPORATED VILLAGE OF
OCEAN BEACH; MAYOR JOSEPH C.
LOEFFLER, JR., individually,
and in his official capacity;
former mayor NATALIE K.
ROGERS, individually and in
her official capacity, OCEAN
BEACH POLICE DEPARTMENT;
ACTING DEPUTY POLICE CHIEF
GEORGE B. HESSE, individually
and in his official capacity;
SUFFOLK COUNTY; SUFFOLK COUNTY
POLICE DEPARTMENT; SUFFOLK COUNTY
DEPARTMENT OF CIVIL SERVICE; and
ALISON SANCHEZ, individually and
in her official capacity,

        Defendants.
--------------------------------X
    CONTINUED VIDEOTAPED DEPOSITION OF TYREE BACON
            New York, New York
            April 15, 2009

Reported by:
Bonnie Pruszynski, RMR
JOB NO. 22326
```

Page 262

```
 1
 2          April 15, 2009
 3          10:15 a.m.
 4
 5
 6          Continued Videotaped Deposition OF
 7   TYREE BACON, held at THOMPSON, WIGDOR &
 8   GILLY, LLP, 85 Fifth Avenue, New York, New
 9   York, before Bonnie Pruszynski, Registered
10   Professional Reporter, Registered Merit
11   Reporter, Certified LiveNote Reporter, and a
12   Notary Public of the State of New York.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 263

```
 1
 2   A P P E A R A N C E S:
 3   THOMPSON WIGDOR & GILLY, LLP
 4   Attorneys for Plaintiffs
 5       85 Fifth Avenue
 6       New York, New York 10003
 7   BY:    ANDREW S. GOODSTADT, ESQ.
 8
 9   RIVKIN RADLER, LLP
10   Attorneys for Defendants Incorporated Village of
11   Ocean Beach, Mayor Joseph C. Loeffler, Jr., former
12   mayor Natalie K. Rogers:
13       926 RexCorp Plaza
14       Uniondale, New York 11556
15   BY:    KENNETH A. NOVIKOFF, ESQ.
16
17   MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
18   Attorneys for Acting Deputy Police Chief George B.
19   Hesse:
20       530 Saw Mill River Road
21       Elmsford, New York 10523
22   BY:    KEVIN W. CONNOLLY, ESQ.
23
24
25
```

Page 264

```
 1
 2   A P P E A R A N C E S (Continued)
 3   SUFFOLK COUNTY DEPARTMENT OF LAW
 4   Attorneys for Suffolk County Defendants
 5       H. Lee Dennison Building, 6th Floor
 6       100 Veterans Memorial Highway
 7       Hauppauge, New York 11788
 8       (Not present)
 9
10   ALSO PRESENT:  Carlos Lopez, Legal Video
                    Specialist
11
12          Thomas Snyder
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1 (Pages 261 to 264)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 265

```
 1              T. Bacon
 2         THE VIDEOGRAPHER:  This the start of  10:07
 3    tape labeled number one of the videotape     10:07
 4    deposition of Tyree Bacon in the matter      10:07
 5    Carter Fiorillo versus Incorporated Village  10:07
 6    of Ocean Beach.                    10:07
 7         This deposition is being held at 85   10:07
 8    Fifth Avenue, New York, New York, on April   10:07
 9    5, 2009, at approximately 10:07 a.m.     10:07
10         My name is Carlo Lopez from TSG       10:07
11    Reporting Inc. and I am the legal video      10:07
12    specialist.                     10:07
13         The court reporter is Bonnie      10:07
14    Pruszynski, in association with TSG        10:07
15    Reporting.                    10:07
16         Will counsel please introduce     10:07
17    yourself for the record?            10:07
18         MR. GOODSTADT:  Andrew Goodstadt,   10:07
19    Thompson, Wigdor and Gilly on behalf of the  10:07
20    plaintiffs.                    10:07
21         MR. NOVIKOFF:  Ken Novikoff on behalf 10:07
22    of the Village defendants.            10:07
23         MR. CONNOLLY:  Kevin W. Connolly of  10:07
24    Marks, O'Neill, O'Brien & Courtney on behalf 10:08
25    of defendant, George Hesse.           10:08
```

Page 266

```
 1              T. Bacon
 2         THE VIDEOGRAPHER:  Will the court   10:08
 3    reporter please swear in the witness?      10:08
 4         (Witness sworn.)            10:08
 5    TYREE BACON,                    10:08
 6         called as a witness, having been first  10:08
 7         duly sworn, was examined and testified  10:08
 8         as follows:                10:08
 9    EXAMINATION (Continued):            10:08
10    Q      Good morning.            10:08
11    A      Good morning.  How are you,      10:08
12    Counselor?                    10:08
13    Q      Thank you for coming back.  I    10:08
14    appreciate it.                10:08
15         During the last deposition that you  10:08
16    were here for in February, we went over a series  10:08
17    of ground rules.                10:08
18         Do you remember that?          10:08
19    A      I do.                10:08
20    Q      And I just want to be sure that the  10:08
21    same ground rules will be in effect today.  Is  10:08
22    that okay?                    10:08
23    A      Absolutely.             10:08
24         MR. NOVIKOFF:  And also the same     10:08
25    stips?                     10:08
```

Page 267

```
 1              T. Bacon
 2         MR. GOODSTADT:  Same stips.     10:08
 3         MR. NOVIKOFF:  And you will be giving 10:08
 4    me a copy in terms for him to review it?   10:08
 5         MR. GOODSTADT:  Same stips about    10:08
 6    terminating versus let go --         10:08
 7         MR. NOVIKOFF:  You got it.       10:08
 8         MR. GOODSTADT:  Everything.      10:08
 9         MR. NOVIKOFF:  Good.          10:08
10    BY MR. GOODSTADT:                10:08
11    Q      And I just want to remind you.  I   10:08
12    reminded you last time, I just want to remind you 10:08
13    that you are under oath today, and that you have  10:08
14    sworn to tell the truth, and failure to do so   10:08
15    could be punishable as a crime?         10:09
16         MR. NOVIKOFF:  Objection.       10:09
17    A      Understood.             10:09
18    Q      What have you done, if anything,    10:09
19    between the deposition in February and today to  10:09
20    prepare for today?                10:09
21    A      Absolutely nothing.          10:09
22    Q      You haven't reviewed any documents?  10:09
23    A      I have not.             10:09
24    Q      You haven't had any meetings with   10:09
25    anybody?                    10:09
```

Page 268

```
 1              T. Bacon
 2    A      Nope.                10:09
 3    Q      Okay.  And who did you speak with   10:09
 4    between the last time you were here and today   10:09
 5    about your deposition, if anyone?       10:09
 6    A      Mike Welch.             10:09
 7    Q      Anyone else?             10:09
 8    A      My lieutenant and captain at work,   10:09
 9    when I brought in the subpoena yesterday.    10:09
10    Q      Anyone else?             10:09
11    A      No.                 10:09
12    Q      Did you speak with anybody who is   10:09
13    employed by the Village of Ocean Beach about your 10:09
14    deposition from last time?           10:09
15    A      No.                 10:09
16    Q      You didn't discuss it at all with   10:09
17    George Hesse?                  10:09
18    A      No.  I did call in this morning to be 10:09
19    put in the blotter, so I am getting paid.  Other  10:09
20    than that, you know, called in, said, "Sign me in 10:10
21    the blotter.  I am coming in for my deposition."  10:10
22    And I will call them back upon completion so they 10:10
23    sign me out.  Other than that, nobody.     10:10
24    Q      Did you speak with George Hesse at   10:10
25    all between February, when you were here last  10:10
```

Page 269

T. Bacon

1
2  time, and the call this morning?          10:10
3     A   I have.                           10:10
4     Q   Anything at all to do with this case? 10:10
5     A   Nothing to do with this case      10:10
6  whatsoever.                              10:10
7     Q   And what -- have you worked any tours 10:10
8  between, at Ocean Beach, between your February 10:10
9  deposition and today?                    10:10
10    A   I have not.                       10:10
11    Q   So, between your deposition in    10:10
12 February and today, you haven't been paid at all 10:10
13 by Ocean Beach?                          10:10
14    A   I have been paid.  I had done a   10:10
15 training, which was offsite, and I had also gotten 10:10
16 paid for the deposition and the deposition prep. 10:10
17    Q   Okay.  When you say "training," what 10:10
18 type of training?                        10:10
19    A   I was out at Suffolk County Police 10:10
20 Academy doing EVOC training, Emergency Vehicle 10:10
21 Operator's Course.                       10:11
22    Q   Other than that training, and being 10:11
23 paid for your time spent preparing for your 10:11
24 deposition and your time spent at this deposition, 10:11
25 were you paid at all by Ocean Beach between the 10:11

Page 270

T. Bacon

1
2  February deposition and today?           10:11
3     A   No.  There were no tours worked at 10:11
4  Ocean Beach between February and today.  10:11
5     Q   By you, you mean --              10:11
6     A   By me in the Village, right.     10:11
7     Q   Have you reviewed a copy of the  10:11
8  complaint in this matter between the last 10:11
9  deposition, where you said you hadn't reviewed it, 10:11
10 and today?                               10:11
11    A   No.                              10:11
12        MR. NOVIKOFF:  Objection to the form. 10:11
13    You can answer.                       10:11
14    A   No, I have not.                  10:11
15    Q   Is there any reason that you can 10:11
16 think of that would prevent from testifying fully 10:11
17 and truthfully today?                    10:11
18    A   None whatsoever.                 10:11
19    Q   The last time you testified a bit 10:11
20 about some shifts that you had worked with Ed 10:11
21 Carter and Tom Snyder before you took your leave 10:11
22 of absence.                              10:11
23        Do you recall that?              10:12
24    MR. NOVIKOFF:  Objection.            10:12
25        Andrew, the only reason I'm       10:12

Page 271

T. Bacon

1
2  objecting, since it's been almost -- close 10:12
3  to two months since the last deposition, if 10:12
4  you start prefacing the questions with   10:12
5  testifying about what you testified to, what 10:12
6  you were asked two months ago, I'm going to 10:12
7  have to object.  It's not a memory test as 10:12
8  to what he may have testified to or nor not 10:12
9  testified to; that would be my one       10:12
10 objection.                               10:12
11 BY MR. GOODSTADT:                        10:12
12    Q   I did ask him if he recalls that. 10:12
13    A   I recall testifying to that, yes.  I 10:12
14 don't recall the sum and substance of the 10:12
15 testimony.                               10:12
16    Q   Okay.  So, other than for a few   10:12
17 shifts that you worked with Carter and Snyder 10:12
18 before you took your leave, had you worked with 10:12
19 any other plaintiffs before taking your leave? 10:12
20    MR. NOVIKOFF:  Objection.  You can    10:12
21    answer.                              10:12
22    A   Taking my leave for what?        10:12
23    Q   Well, wasn't there a break in service 10:12
24 that you had at the Beach?               10:12
25    MR. NOVIKOFF:  Objection.  Asked and  10:12

Page 272

T. Bacon

1
2  answered.                                10:12
3     A   I was away on military leave.    10:12
4     Q   I am talking about you had a -- I 10:12
5  believe you testified last time that there was a 10:12
6  break in service at Ocean Beach between '93 and 10:12
7  '99.                                     10:13
8        Do you recall that?              10:13
9        MR. NOVIKOFF:  Objection.  Objection 10:13
10    to what he may have testified earlier. 10:13
11    Asked and answered.                  10:13
12    Q   Did you take -- was there a break in 10:13
13 service between '93 and '99 at the Beach? 10:13
14    A   Yes.                             10:13
15    Q   And what I was getting at was last 10:13
16 time I believe you testified that before that 10:13
17 break in service, the years that you worked at 10:13
18 Ocean Beach before that break, you had worked some 10:13
19 shifts with Snyder and Carter?           10:13
20    A   Correct.                         10:13
21    Q   Now, my question is:  Other than for 10:13
22 those certain shifts that you worked with Snyder 10:13
23 and Carter before taking that break in service, 10:13
24 have you worked with any of the other plaintiffs? 10:13
25    A   No, I don't recall.              10:13

3 (Pages 269 to 272)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 273

T. Bacon

1
2       Q       Had you known any of the other       10:13
3   plaintiffs --                           10:13
4       A       No.                         10:13
5       Q       -- prior to that?           10:13
6       A       No.                         10:13
7       Q       Then when you came back in '99, had   10:13
8   you known any of the other three plaintiffs prior   10:13
9   to coming back in '99?                  10:13
10      A       No.                         10:13
11      Q       How did you meet Frank Fiorillo?   10:13
12      A       Working with him.           10:13
13      Q       Did you work with him a lot?    10:13
14      A       A fair amount of times, not a -- it   10:14
15  wasn't a regular -- probably at least half the   10:14
16  number of times, half the shifts I worked he was   10:14
17  on the same shift.                      10:14
18      Q       And that was the four to 12 shift?   10:14
19      A       No, I -- when I first came back, I   10:14
20  was worked eight at night to four in the morning.   10:14
21  I believe Frank worked midnights.  He may have   10:14
22  even worked eight at night to eight in the   10:14
23  morning.  I don't recall for certain.       10:14
24      Q       When you say about half your shifts   10:14
25  were with Frank, what years were you referring to   10:14

Page 274

T. Bacon

1
2   at that point?                          10:14
3       A       Sometime after '99.  I don't recall   10:14
4   when he got out of the academy.  I don't recall if   10:14
5   he was there the first year I was back.     10:14
6       Q       Was it half the time from when he got   10:14
7   out of the academy until the time that he was no   10:14
8   longer employed there?                  10:14
9       A       Yes.                        10:14
10      Q       Approximately how many shifts a month   10:14
11  would be half the time that you would work with   10:14
12  Fiorillo?                               10:15
13      A       I usually work one shift a month,   10:15
14  maybe two shifts.  So, I would say two shifts a   10:15
15  month with him.                         10:15
16      Q       And when you say one or two shifts a   10:15
17  month, is that during the even season or off   10:15
18  season?                                 10:15
19      A       During the season.          10:15
20      Q       Did you ever work with him off   10:15
21  season?                                 10:15
22      A       No.                         10:15
23      Q       About how many tours did you work per   10:15
24  year in the off season?                 10:15
25      A       A half dozen.               10:15

Page 275

T. Bacon

1
2       Q       Half dozen total?           10:15
3       A       Yes.                        10:15
4       Q       And how did you meet Joe Nofi?   10:15
5       A       Working in Ocean Beach.     10:15
6       Q       Did you work any tours with Nofi?   10:15
7       A       He worked four to 12's for a little   10:15
8   while.  Our shifts may have overlapped.  I never   10:15
9   really recall working with him.             10:15
10      Q       You don't recall being partnered up   10:15
11  with him?                               10:16
12      A       Maybe once or twice in the very   10:16
13  beginning.                              10:16
14          MR. NOVIKOFF:  I just want, when you   10:16
15  say "work with," are you saying partnered up   10:16
16  with or just being in the Village at the   10:16
17  same time as police officers on duty?       10:16
18          MR. GOODSTADT:  That's what I meant.   10:16
19  But then --                             10:16
20          MR. NOVIKOFF:  Okay.            10:16
21          MR. GOODSTADT:  -- the latter is what   10:16
22  I asked for, then he said it would overlap,   10:16
23  then I asked if he was ever partnered.      10:16
24          MR. NOVIKOFF:  All right.       10:16
25      A       He worked some of the same tours.   10:16

Page 276

T. Bacon

1
2   There were a couple of tours that I was partnered   10:16
3   up with him for field training purposes and stuff   10:16
4   like that, maybe one or two.            10:16
5       Q       What do you mean by "for field   10:16
6   training purposes"?                     10:16
7       A       He was a new officer, and I had more   10:16
8   experience, so they didn't want him out there by   10:16
9   himself.                                10:16
10      Q       So, did you train Nofi?     10:16
11      A       Not really.  I mean, he went to the   10:16
12  academy.  I was trying to teach him how to write   10:16
13  summonses, how to write field reports, enter stuff   10:16
14  into the computer.                      10:16
15      Q       Did anyone else help teach him that   10:16
16  other than for you?                     10:16
17      A       Probably just about everybody at work   10:16
18  spent time with him.                    10:16
19      Q       And when did you meet Kevin Lamm?   10:17
20      A       Upon my return in '99.      10:17
21      Q       Was he already employed?    10:17
22      A       I believe so.               10:17
23      Q       Did you work any shifts with Lamm?   10:17
24      A       Yes.                        10:17
25      Q       Approximately how many a year would   10:17

4 (Pages 273 to 276)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 277

```
 1              T. Bacon
 2   you work with Lamm?                10:17
 3        A   I don't know, ten, 12.     10:17
 4        Q   Did he have the same tour as you or  10:17
 5   did the staggered tours overlap?    10:17
 6        A   Sometimes they overlapped; sometimes  10:17
 7   they were the same tours.           10:17
 8        Q   Were you ever partnered with Kevin  10:17
 9   Lamm?                              10:17
10        A   No.                        10:17
11        Q   Did you have any role in hiring  10:17
12   Fiorillo?                          10:17
13        A   No.                        10:17
14        Q   Did you have any role in hiring Nofi? 10:17
15        A   No.                        10:18
16        Q   Do you know who hired Fiorillo?  10:18
17        A   I believe back then it was all Eddie  10:18
18   Paradiso hired everybody.           10:18
19        Q   Do you know who hired Nofi?   10:18
20        A   Eddie Paradiso.            10:18
21        Q   Do you know whether George Hesse had  10:18
22   authority as the sergeant to hire?  10:18
23        MR. NOVIKOFF: Objection.       10:18
24        A   I don't know if he had --  10:18
25        MR. NOVIKOFF: The question is yes,  10:18
```

Page 278

```
 1              T. Bacon
 2   no or I don't know.                 10:18
 3        A   I don't know.              10:18
 4        Q   Do you know whether he hired anybody  10:18
 5   when he was the sergeant?           10:18
 6        A   I don't know.              10:18
 7        Q   Now, there was an incident that we  10:18
 8   have been referring to as the "Halloween incident" 10:18
 9   that was in Houser's the night before Halloween in 10:18
10   2004.                              10:18
11        Are you familiar with that     10:18
12   incident --                        10:18
13        A   Somewhat.                  10:18
14        Q   -- when I say the "Halloween   10:18
15   incident"?                         10:19
16        What is your understanding of what  10:19
17   happened there?                    10:19
18        MR. NOVIKOFF: Objection. My only  10:19
19   objection, really, is on personal knowledge. 10:19
20   I mean, I don't think you have laid a  10:19
21   foundation that he has personal knowledge;  10:19
22   and if he doesn't, then it's only -- then  10:19
23   everything he knows is based upon what  10:19
24   someone else may have told him or what he  10:19
25   may have looked at, which may be appropriate 10:19
```

Page 279

```
 1              T. Bacon
 2   questions, but I think the foundation needs 10:19
 3   to be laid, first.                  10:19
 4        MR. GOODSTADT:  Let me lay the   10:19
 5   foundation.                        10:19
 6        Q   Were you there the night of the  10:19
 7   Halloween incident?                10:19
 8        A   No, I was not.             10:19
 9        Q   So, you didn't witness anything  10:19
10   happening at the Halloween incident?  10:19
11        A   I did not.                 10:19
12        Q   I believe you testified, though, that 10:19
13   you are were somewhat familiar with what happened 10:19
14   there; is that correct?            10:19
15        MR. NOVIKOFF: Objection.         10:19
16        A   Yes.                       10:19
17        Q   And what is the basis of your    10:19
18   familiarity? How did you learn about what  10:19
19   happened?                          10:19
20        A   By knowing Jeanne and Bud Jaeger.  10:19
21        Q   What do you mean, "by knowing Jeanne 10:19
22   and Bud Jaeger"?                   10:19
23        A   I have known Jeanne Jaeger and Bud  10:19
24   Jaeger for probably close to 20 years now from  10:20
25   working at the beach.               10:20
```

Page 280

```
 1              T. Bacon
 2        Q   So, is the total amount of your  10:20
 3   knowledge based on what you learned from Bud or  10:20
 4   Jeanne Jaeger?                     10:20
 5        A   Yes.                       10:20
 6        Q   Have you ever spoken to Richie   10:20
 7   Bosetti about what happened that night?  10:20
 8        A   No.                        10:20
 9        Q   Have you ever spoken to Gary Bosetti 10:20
10   about what happened that night?     10:20
11        A   No.                        10:20
12        Q   When did you first speak with Jeanne 10:20
13   Jaeger about what happened that night?  10:20
14        A   Actually, the first person I spoke to 10:20
15   was her husband, Bud.               10:20
16        Q   Okay.  When did that conversation  10:20
17   happen then?                       10:20
18        A   The May after the incident.  I don't 10:20
19   -- I don't even -- when I came back that following 10:20
20   May, and I had seen them at the beach.  10:20
21        Q   Okay.  Just so I am clear, the   10:20
22   incident happened, and I will represent that it  10:20
23   happened in October of 2004.         10:20
24        A   Then --                    10:20
25        Q   Then it was May of 2005?     10:20
```

Page 281

T. Bacon

1
2     A    Correct.                          10:20
3     Q    So prior to -- well, strike that.    10:21
4          You said when you came back, what did 10:21
5     you mean by that?                       10:21
6     A    Back when I was working during the   10:21
7     season of 2005.                         10:21
8     Q    Did you work any tours off season   10:21
9     between '04 and '05?                    10:21
10    A    I'm sure I did. I don't recall      10:21
11    specifically.                           10:21
12    Q    You don't recall one way or the other 10:21
13    whether you worked any tours between Halloween '04 10:21
14    and May of '05?                         10:21
15    A    I'm sure I did, but I don't         10:21
16    specifically recall.                    10:21
17    Q    During those tours that you are sure 10:21
18    that you worked, you never had heard anything 10:21
19    about a Halloween incident?             10:21
20    A    No.                               10:21
21    Q    So, the first -- your testimony is  10:21
22    the first that you heard of a Halloween incident 10:21
23    was in May of '05 from Bud Jaeger?      10:21
24    A    Correct.                          10:21
25    Q    What medium did the conversation   10:21

Page 282

T. Bacon

1
2     happen? Was it over the phone, in person, by  10:21
3     e-mail?                                 10:21
4     A    In person.                         10:21
5     Q    That was in the Village of Ocean   10:21
6     Beach?                                  10:21
7     A    Yes.                              10:21
8     Q    Who was part of that conversation?  10:22
9     A    Myself, Bud and his wife, Jeanne.   10:22
10    Q    So, the three of you?              10:22
11    A    Yes.                              10:22
12    Q    Where were you located when that   10:22
13    happened, that conversation?           10:22
14    A    Up on the porch or balcony of their 10:22
15    apartment.                             10:22
16    Q    Were you on duty?                 10:22
17    A    Yes.                              10:22
18    Q    Where is their apartment or where was 10:22
19    their apartment at the time?           10:22
20    A    Right across from the Community    10:22
21    Center or movie theater.               10:22
22    Q    What street that is located on?    10:22
23    A    Bay Walk.                         10:22
24    Q    How many blocks from the police    10:22
25    station is that?                       10:22

Page 283

T. Bacon

1
2     A    Four.                             10:22
3     Q    How many blocks from Houser's is   10:22
4     that?                                  10:22
5     A    Six.                              10:22
6     Q    Do you have to pass the police --  10:22
7     A    -- the police station to get to    10:22
8     Houser's from where their apartment was located. 10:22
9     Q    And how many blocks from CJ's is   10:22
10    their apartment?                       10:22
11    A    Three.                            10:23
12    Q    So, it goes their apartment, CJ's,  10:23
13    police station, and then Houser's --   10:23
14    A    Correct.                          10:23
15    Q    -- in terms of the walk?          10:23
16    A    Um-hum, yes. I'm sorry.           10:23
17    Q    Tell me everything that you recall 10:23
18    that Bud Jaeger stated to you during that    10:23
19    conversation.                          10:23
20    A    I think -- well, I saw him.        10:23
21         I hadn't seen him since the end of   10:23
22    the previous season, Labor Day, somewhere about 10:23
23    there.                                 10:23
24         It was good to see him, his wife.   10:23
25    Just asking what had transpired over the winter 10:23

Page 284

T. Bacon

1
2     months. You know, how life's been treating me, 10:23
3     how life's been treating him, stuff like that.  10:23
4          You know, he had asked if I worked  10:23
5     any during the winter.                 10:23
6          I said I had.                      10:23
7          He asked me if I knew anything about 10:23
8     what happened back on Halloween?       10:23
9          I said I didn't. And he proceeded to 10:23
10    tell me about what happened on Halloween.   10:23
11    Q    What did he tell you?             10:24
12    A    He said that while his wife was at   10:24
13    the bar, she went to go use the ladies room. The 10:24
14    door was locked.                       10:24
15         She was banging on the door. She    10:24
16    waited a little while, nobody came out. She    10:24
17    knocked on the door again, waited another little 10:24
18    while, knocked on the door again, and a girl came 10:24
19    out, grabbed her by the throat, because she was  10:24
20    busy giving her boyfriend a blow job in the    10:24
21    bathroom; that apparently the Bosettis, one of the 10:24
22    Bosettis, I'm not certain who it was, tried to   10:24
23    intervene, break it up.                10:24
24         The girl's boyfriend came after him. 10:24
25    He identified himself as a cop, a struggle ensued, 10:24

6 (Pages 281 to 284)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 285

T. Bacon

1
2  something happened, one of them grabbed a pool cue 10:24
3  and struck the guy with it.                    10:24
4      Q    What do you mean by "one of them"?   10:24
5      A    One of the Bosettis. I'm not sure if 10:24
6  it was Richie or Gary.              10:24
7          And, you know the cops came, and when 10:25
8  the police came, I believe Bud wanted to know who 10:25
9  the incompetent officers were that handled the    10:25
10 case, because the way it went down is not the way 10:25
11 it was written up, according to Bud.         10:25
12         MR. NOVIKOFF: Did you say         10:25
13     incompetent or competent?         10:25
14         THE WITNESS: Incompetent.        10:25
15         MR. NOVIKOFF: Okay.         10:25
16 BY MR. GOODSTADT:              10:25
17     Q    Do you recall anything else that he 10:25
18 told you, that he said to you about what happened 10:25
19 that night?              10:25
20     A    He was upset, because I guess shortly 10:25
21 after that the Bosettis were fired over the    10:25
22 incident, based on how it was originally    10:25
23 portrayed.              10:25
24         He wrote a letter to the chief, made 10:25
25 phone calls to the chief, maybe even the mayor or 10:25

Page 286

T. Bacon

1
2  one of the Village board members, telling them    10:25
3  that is not how it happened, the whole beginning 10:25
4  part of the incident was left out, and the    10:26
5  Bosettis were rehired after that.         10:26
6      Q    And prior to that conversation, had  10:26
7  you learned that the Bosettis had been fired?    10:26
8      A    I didn't know what has transpired    10:26
9  during that season.              10:26
10     Q    So, this is the first time that you  10:26
11 learned anything about the Bosettis being fired? 10:26
12     A    Right.              10:26
13     Q    Do you recall anything else that he  10:26
14 said to you during the conversation?    10:26
15     A    Nothing specific. That was the sum  10:26
16 and substance of the conversation.         10:26
17     Q    Did you say anything to him during  10:26
18 the conversation?              10:26
19     A    I told him I really had no knowledge 10:26
20 of what went on. I wasn't there.         10:26
21     Q    But he specifically said to you that 10:26
22 one of the Bosettis hit somebody with a pool cue? 10:26
23     A    I believe he did.              10:26
24     Q    Did Jeanne Jaeger say anything?    10:26
25     A    She was -- she was pretty irate. She 10:26

Page 287

T. Bacon

1
2  basically echoed the same sum and substance of    10:26
3  what happened.              10:26
4      Q    Did she mention that one of the    10:26
5  Bosettis had used a pool cue to hit somebody?    10:26
6      A    I could have been Bud, it could have 10:26
7  been Jeanne. I don't remember specifically who.  10:26
8      Q    Did one of them tell you that they  10:27
9  actually witnessed one of the Bosettis hit    10:27
10 somebody with a pool cue?              10:27
11     A    Like I said, I don't remember the    10:27
12 specifics, but that was all part of the    10:27
13 conversation.              10:27
14     Q    Did you have a response when he asked 10:27
15 who the incompetent officers who were on the scene 10:27
16 were?              10:27
17     A    No, because I didn't know who it was. 10:27
18     Q    Do you recall anything else that was 10:27
19 discussed during that conversation?    10:27
20     A    How things were going at his job, you 10:27
21 know. He became a captain in the City Fire    10:27
22 Department. He was in 117 truck. He loved it.    10:27
23         Jeanne was flying. You know, she was 10:27
24 a flight attendant for United, how things we're  10:27
25 going, just talked about almost everything under  10:27

Page 288

T. Bacon

1
2  the sun, you know.              10:27
3      Q    How long did the conversation last?  10:27
4      A    Half hour.              10:27
5      Q    Were you partnered with somebody on  10:27
6  that tour?              10:28
7      A    No.              10:28
8      Q    Anything else you recall that either 10:28
9  you or either Bud Jaeger or Jeanne Jaeger said    10:28
10 during that conversation?              10:28
11     A    No.              10:28
12     Q    Did you discuss that conversation    10:28
13 with anyone?              10:28
14     A    No.              10:28
15     Q    How many other times did you speak  10:28
16 with Jeanne or Bud Jaeger about that Halloween    10:28
17 incident other than that one instance?    10:28
18     A    Probably just that. I saw Bud and    10:28
19 Jeanne almost every shift I worked.         10:28
20     Q    Did you discuss the Halloween    10:28
21 incident --              10:28
22     A    No.              10:28
23     Q    -- with them after that?    10:28
24         So, only that one time?    10:28
25     A    To the best of my knowledge, yes.    10:28

7 (Pages 285 to 288)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 289

T. Bacon

1          T. Bacon
2    Q    Other than for that one half-hour   10:28
3   conversation in which Halloween incident was   10:28
4   discussed, have you spoken with anybody else at   10:28
5   any other time about anything to do with the   10:28
6   Halloween incident, other than for me today?   10:28
7    A   Not that I recall.   10:28
8    Q    You don't recall telling Rich Bosetti  10:29
9   how upset you were with the way that the officers  10:29
10  handled it?   10:29
11    A   No, I don't.   10:29
12    Q    You don't recall telling Rich Bosetti  10:29
13  you were pissed off about it?   10:29
14    A   No, I don't recall that.   10:29
15    Q    Did you ever speak to the Bosettis  10:29
16  about it?   10:29
17    A   Not that I recall.   10:29
18    Q    Did you ever speak to George Hesse  10:29
19  about the Halloween incident?   10:29
20    A   No.   10:29
21    Q    Did you ever speak to Pat Cherry, Sr. 10:29
22  about it?   10:29
23    A   No.   10:29
24    Q    Did you ever read any documents about 10:29
25  the Halloween incident?   10:29

Page 290

1          T. Bacon
2    A   I did not.   10:29
3    Q    Did you ever --   10:29
4    MR. NOVIKOFF:  Hold on.  You just   10:29
5  have to let him finish the question.   10:29
6  BY MR. GOODSTADT:   10:29
7    Q    Did you ever read that letter that  10:29
8  Bud Jaeger told that he sent to the chief?   10:29
9    A   No, I did not.   10:29
10    Q    Did you ever read any of the witness 10:29
11  statements that were taken?   10:29
12    A   I did not.   10:29
13    Q    Did you ever read the field report  10:29
14  that the on-duty officers filled out?   10:30
15    A   I did not.   10:30
16    Q    Did you ever review the statements  10:30
17  that the on-duty officers took from the people who 10:30
18  were involved in the fight that night?   10:30
19    A   I did not.   10:30
20    Q    Did you ever speak with any of the  10:30
21  plaintiffs about the Halloween incident?   10:30
22    A   I may have said something to Tommy  10:30
23  Snyder about it one night when we were working,  10:30
24  asking what happened.  I don't even think it was 10:30
25  that summer.   10:30

Page 291

1          T. Bacon
2    Q    What do you mean by "that summer,"  10:30
3  the summer of '05?   10:30
4    A   Just what happened.   10:30
5    Q    I don't mean what did you say.  I  10:30
6  mean, you don't think it was that summer of '05?  10:30
7    A   It may have been -- it could have  10:30
8  been the summer of '05.  It could have been the  10:30
9  summer -- I don't recall.   10:30
10    Q    Where were you when you had that  10:30
11  conversation with Tommy Snyder?   10:30
12    A   In front of the police station.   10:30
13    Q    Were you on duty?   10:30
14    A   Yes.   10:30
15    Q    Was he on duty?   10:30
16    A   Yes.   10:30
17    Q    Who else was there?   10:30
18    A   Just me and Tommy.   10:30
19    Q    What did you say to Tommy Snyder  10:30
20  during that conversation?   10:31
21    A   We were sitting on a golf cart, and  10:31
22  just talking about, you know, stuff, nothing that  10:31
23  really comes to mind.   10:31
24    The Bosettis were walking back from  10:31
25  the direction of the houses, and he was talking  10:31

Page 292

1          T. Bacon
2  about how he didn't like the Bosettis, couldn't  10:31
3  stand the Bosettis.  They were nothing but trouble 10:31
4  and stuff like that.   10:31
5    And I asked him -- and I believe he  10:31
6  brought up the Halloween incident, and I asked  10:31
7  what had happened, and he went off on a tirade  10:31
8  talking about the Bosettis; that we were going to 10:31
9  have to call a priest for an exorcism.   10:31
10    I mean, he was just screaming and  10:31
11  cursing and everything else.   10:31
12    And that was pretty much it.   10:31
13  I said, "Well, I heard you had a hand  10:31
14  in it," and then he really went off, you know over 10:32
15  that.   10:32
16    Q    What did he say?   10:32
17    A   I don't remember specifically, but,  10:32
18  you know, "I did my job," and, you know, "they  10:32
19  fucked up.  It's all them.  It wasn't me.  It  10:32
20  wasn't the guys we were working with," you know,  10:32
21  trying to defend his actions.   10:32
22    Q    Did Snyder say anything else that you 10:32
23  recall during that conversation?   10:32
24    A   No.   10:32
25    Q    Do you recall what Snyder said about  10:32

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 293

T. Bacon

1
2  the Bosettis, other than that you have to call a   10:32
3  priest for an exorcism?                          10:32
4      A    No, no. He didn't say that.             10:32
5      I said, "I thought I was going to             10:32
6  have to call a priest for an exorcism because he  10:32
7  was acting so irrationally."                      10:32
8      Q    Tom Snyder was acting irrationally?   10:32
9      A    Yes. He went off on a tirade, a          10:32
10 complete tirade about his hate and loathe for the 10:32
11 Bosettis.                                         10:32
12     Q    You don't recall specifically           10:32
13 anything he said about that?                      10:32
14     A    No.                                      10:32
15     Q    Have you ever spoken to Tom Snyder    10:32
16 prior to that about his feelings about the        10:32
17 Bosettis?                                         10:32
18     A    I think there was one time Tom and I    10:33
19 had -- not probably, definitely. We went to the  10:33
20 hero shop and we were eating.                     10:33
21     And my issue with the Bosettis was           10:33
22 that during the wintertime, they were working all 10:33
23 the hours, and it was easy for the chief just to  10:33
24 schedule them for the entire week, rather than    10:33
25 pick up the phone and try and divvy up hours      10:33

Page 294

T. Bacon

1
2  amongst the rest of the guys. And that was the    10:33
3  sum and substance of our conversation about the   10:33
4  Bosettis.                                         10:33
5      Q    Any other conversation that you         10:33
6  recall with Snyder about his feelings about the   10:33
7  Bosettis?                                         10:33
8      A    Not that I recall.                       10:33
9      Q    Did you ever speak with any other      10:33
10 plaintiffs about the Bosettis?                     10:33
11     A    Not that I recall.                       10:33
12     MR. NOVIKOFF: Plaintiffs: Lamm,              10:33
13 Carter --                                         10:33
14     MR. GOODSTADT: Any other plaintiffs         10:33
15 in this case.                                     10:33
16     MR. NOVIKOFF: Okay.                          10:33
17     A    Not that I recall.                       10:33
18     Q    In the conversation you testified to, 10:33
19 that you had with Snyder out in front of the      10:33
20 station, where you thought you had to call a      10:33
21 priest for an exorcism.                           10:33
22     Do you recall anything that you said        10:33
23 in that conversation?                             10:34
24     MR. NOVIKOFF: Objection.                     10:34
25     A    Just asking him what his issue was     10:34

Page 295

T. Bacon

1
2  with the Bosettis.                                10:34
3      Q    Did you tell Snyder about the          10:34
4  conversation that you had with Bud Jaeger?        10:34
5      A    I think I had mentioned something       10:34
6  about that; that sent him further over the edge.  10:34
7      Q    What did you tell him about your       10:34
8  conversation with Bud Jaeger?                     10:34
9      A    That, according to the original         10:34
10 victim, which was Jeanne Jaeger and her husband,  10:34
11 Bud, that is not how it went down, and that you   10:34
12 guys fucked up the investigation.                 10:34
13     Q    At that point time, did you know what 10:34
14 they had done --                                  10:34
15     A    No.                                      10:34
16     Q    -- with respect to the investigation? 10:34
17     A    No, I don't.                             10:34
18     Q    Did you ask Bud or Jeanne Jaeger why  10:34
19 they didn't give a statement to the police that   10:34
20 night?                                            10:34
21     A    No.                                      10:34
22     MR. NOVIKOFF: Objection.                     10:34
23     Q    Did you ask them why they didn't stay 10:34
24 in the bar when the police got there?             10:34
25     MR. NOVIKOFF: Objection.                     10:34

Page 296

T. Bacon

1
2      A    I didn't know whether they left, I     10:34
3  didn't know whether they stayed. I wasn't there.  10:34
4      MR. NOVIKOFF: You are asking              10:34
5  questions that you haven't established a           10:34
6  foundation that he knew of. I mean --             10:34
7  BY MR. GOODSTADT:                                 10:35
8      Q    Did you ask them whether they gave a 10:35
9  statement to police that night?                   10:35
10     A    I did not.                               10:35
11     Q    Do you know whether they gave a       10:35
12 statement to the police that night?               10:35
13     A    I do not.                                10:35
14     Q    As a police officer for almost 20     10:35
15 years now in Ocean Beach --                       10:35
16     MR. NOVIKOFF: Part-time police           10:35
17 officer.                                          10:35
18     MR. GOODSTADT: Part-time police          10:35
19 officer, police officer nonetheless.              10:35
20     MR. NOVIKOFF: That's up for debate.      10:35
21 BY MR. GOODSTADT:                                 10:35
22     Q    Do you, do you believe that Jeanne   10:35
23 Jaeger, after telling you about her being a        10:35
24 victim, should have given a statement to the       10:35
25 police that night?                                10:35

9 (Pages 293 to 296)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 297

T. Bacon

1
2     MR. NOVIKOFF: Objection. You can    10:35
3  answer.                               10:35
4     A    Yes.  I do believe she should have.  10:35
5     Q    And I know I asked this question, but  10:35
6  before you told me you hadn't spoken to anybody  10:36
7  else about Halloween, we have now established you  10:36
8  did speak with somebody else, that was Snyder.   10:36
9     A    That was after speaking with Jaeger.  10:36
10    Q    When I ask a question about did you  10:36
11 ever speak to anybody else about Halloween, I'm  10:36
12 talking about from the day you were born until  10:36
13 today.                                10:36
14    Have you ever spoken to anybody else,  10:36
15 other than for the conversation you testified to  10:36
16 with Bud and Jeanne Jaeger, and the conversation  10:36
17 you have already testified to with Snyder, have  10:36
18 you spoken to anybody else about anything to do  10:36
19 with the Halloween incident?           10:36
20    A    No.                          10:36
21    MR. NOVIKOFF: Objection to the form  10:36
22 as to the timeframe.                   10:36
23    Q    From October of 2004 until today,   10:36
24 same question?                        10:36
25    A    No.                          10:36

Page 298

T. Bacon

1
2     Q    And same question, just so we are   10:36
3  clear on the timeframes, from October 2004 until  10:36
4  today, have you ever seen the letter that Bud  10:36
5  Jaeger told you that he sent?          10:36
6     MR. NOVIKOFF: Objection.  Asked and  10:36
7  answered.  You can answer.             10:36
8     A    No.  I have never seen any of the   10:37
9  file pertaining to that case.          10:37
10    Q    Okay.  So, you have never seen any of  10:37
11 the witness statements, any of the letters --   10:37
12    MR. NOVIKOFF: Objection.           10:37
13    A    Nothing in the file, not a field   10:37
14 report, not a witness statement, nothing, not even  10:37
15 the jacket folder.                     10:37
16    Q    Do you believe that the officers on  10:37
17 duty that night handled themselves appropriately?  10:37
18    MR. NOVIKOFF: Objection.  Again,   10:37
19 foundation.                           10:37
20    He's testified that he's seen no    10:37
21 reports.  He's testified that he hasn't   10:37
22 talked to Hesse or Paradiso about it, and he  10:37
23 has testified the only people that he has   10:37
24 spoken to about the incidents are Jeanne and  10:37
25 Bud Jaeger and I believe one of the     10:37

Page 299

T. Bacon

1
2  Bosettis.                            10:37
3     So, Andrew, I mean, to ask at him    10:37
4  that question, what is it based on?    10:37
5     MR. GOODSTADT: That's why I am      10:37
6  asking the question.  I want to find out the  10:37
7  basis.                               10:37
8     MR. NOVIKOFF: To the extent he even  10:37
9  has a basis for it.                   10:37
10    MR. GOODSTADT: If he doesn't have a  10:37
11 belief, he can tell me he doesn't have a   10:37
12 belief one way or the other.          10:38
13    MR. NOVIKOFF: That wasn't the       10:38
14 question.                            10:38
15    MR. GOODSTADT: That was the         10:38
16 question.                            10:38
17    MR. NOVIKOFF: You said, "do you      10:38
18 believe."                            10:38
19    MR. GOODSTADT: So, if he doesn't    10:38
20 believe, that's what I am asking, same   10:38
21 question.                            10:38
22    MR. NOVIKOFF: Objection.  You can   10:38
23 answer.                              10:38
24    MR. GOODSTADT: Why don't we read    10:38
25 back the question, just so we have a clear  10:38

Page 300

T. Bacon

1
2  record.  I don't remember what the question  10:38
3  is.                                  10:38
4     MR. NOVIKOFF: The question should   10:38
5  be: "Do you have a belief one way or the  10:38
6  other," not "do you believe."         10:38
7     The question was also somewhat       10:38
8  leading.                             10:38
9     MR. GOODSTADT: I don't think that is  10:38
10 appropriate at this stage, okay.       10:38
11    MR. NOVIKOFF: It's a form objection.  10:38
12    MR. GOODSTADT: Can we just read back  10:38
13 that question?                        10:38
14    (Record read.)                    10:38
15    MR. NOVIKOFF: Note my objection for  10:38
16 all the reasons previously stated.     10:38
17    A    My answer is no, I do not believe   10:38
18 that.                                10:38
19    Q    What is the basis of your belief?   10:38
20    A    There was a crime committed or an   10:38
21 attempted crime committed.  Somebody was the  10:39
22 victim.  They never interviewed the victim, you  10:39
23 know, and that would be Jeanne Jaeger, who was the  10:39
24 victim.                              10:39
25    There was something that precipitated  10:39

Page 301

T. Bacon

1
2 one of the Bosettis or both of the Bosettis to    10:39
3 intervene, based on conversations with the -- the  10:39
4 Bosettis -- not Bosettis, excuse me, with the   10:39
5 Jaegers.                                  10:39
6        There was something that happened    10:39
7 that, from the way I see it, that there was an   10:39
8 agenda to tarnish the Bosettis and not fully    10:39
9 investigate the incident, and that's from knowing  10:39
10 after the fact.                            10:39
11      I wasn't there. I didn't read any   10:39
12 paperwork. That is based on talking to Jeanne and  10:39
13 Bud Jaeger.                               10:39
14     Q    Okay. So, the basis of your belief  10:39
15 that the officers didn't act appropriately that   10:39
16 night was the conversation with Bud and Jeanne   10:39
17 Jaeger?                                   10:39
18     A    Yes.                          10:39
19         MR. NOVIKOFF: Objection.          10:39
20     Q    And, again, you didn't ask whether   10:39
21 they attempted to give a statement to police, or   10:40
22 whether they stuck around or anything to that    10:40
23 effect?                                   10:40
24         MR. NOVIKOFF: Objection. Asked and  10:40
25     answered.                           10:40

Page 302

T. Bacon

1
2     A    I did not. I didn't know whether   10:40
3 they did or did not give a statement.        10:40
4     Q    And what did you mean by "an agenda  10:40
5 to tarnish the reputation of the Bosettis"?     10:40
6         MR. NOVIKOFF: What was that       10:40
7     question?                          10:40
8         (Record read.)                   10:40
9         MR. NOVIKOFF: Got it.             10:40
10     A    Because of the hate that Tom Snyder  10:40
11 had for the Bosettis, I think that may have   10:40
12 prevented him from doing a thorough investigation.  10:40
13     Q    And the basis of your belief of the   10:40
14 hate was just that one conversation that you had   10:40
15 with him or was there other --            10:40
16     A    It was a pretty embarrassing tirade  10:40
17 to be standing in Bay Walk, in front of the police  10:40
18 station with him over there when he was going   10:40
19 through that tirade.                       10:40
20     Q    Anybody else there during that    10:41
21 discussion?                              10:41
22     A    Probably about 50 people that walked  10:41
23 past from one point to another.            10:41
24     Q    Nobody was actually part of your    10:41
25 discussion?                              10:41

Page 303

T. Bacon

1
2     A    No.                           10:41
3     Q    Do you remember anybody who walked   10:41
4 by?                                       10:41
5     A    No.                           10:41
6     Q    Did you ever speak to Ed Paradiso   10:41
7 about the Halloween incident?             10:41
8     A    No.                           10:41
9     Q    And just so we are clear, when I say  10:41
10 "speak with," I intend that to mean in person,    10:41
11 over the phone, e-mail, any -- any form of     10:41
12 communication just, so we are clear?        10:41
13     A    Never.                         10:41
14     Q    So, your answer doesn't change based  10:41
15 on that definition?                       10:41
16     A    Correct.                       10:41
17     Q    Did you ever speak to the Bosettis   10:41
18 about their termination?                  10:41
19         MR. NOVIKOFF: Objection to form.    10:41
20      I don't think you have laid a        10:41
21      foundation that they both were terminated,  10:41
22      but you can answer the question.     10:41
23     A    I knew they were terminated or one of  10:41
24 them were terminated. I don't know which one or  10:41
25 both.                                     10:42

Page 304

T. Bacon

1
2     Q    Did you ever speak to either of them  10:42
3 about the fact that one or both of them had been  10:42
4 terminated?                              10:42
5         MR. NOVIKOFF: As it relates to the  10:42
6     Halloween incident?                  10:42
7         MR. GOODSTADT: Yes. In '04.         10:42
8      I'm not talking about any more recent  10:42
9     terminations.                        10:42
10        MR. NOVIKOFF: Okay. Fine.          10:42
11     A    No.                           10:42
12     Q    Did you ever speak to George Hesse   10:42
13 about the fact that one or more of the Bosettis   10:42
14 had been terminated in '04?               10:42
15     A    No.                           10:42
16     Q    Did you ever speak to Ed Paradiso   10:42
17 about that?                              10:42
18     A    No.                           10:42
19     Q    Do you know what the Ocean Beach    10:42
20 Police Department did, if anything, to investigate  10:42
21 the Halloween incident?                   10:42
22     A    No idea.                       10:42
23     Q    And I know you said you didn't read  10:42
24 any witness statements or anything else in the    10:42
25 file, but are you aware of any witnesses who gave  10:42

11  (Pages 301 to 304)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 305

T. Bacon

1
2   any statements?                          10:42
3      A    I am not.                        10:42
4      Q    Do you know who Doug Wyckoff is?  10:42
5      A    Yes.                             10:43
6      Q    Who is Doug Wyckoff?             10:43
7      A    He's a member of the fire department. 10:43
8      Q    Which fire department?          10:43
9      A    Ocean Beach.                     10:43
10     Q    Are you friends with Doug Wyckoff?  10:43
11     A    I know him in passing.           10:43
12     Q    Does he work as a bouncer at any of  10:43
13  the bars in Ocean Beach?                 10:43
14     A    He also works at CJ's as a bouncer  10:43
15  and I believe he's a school teacher.     10:43
16     Q    In Ocean Beach School District?  10:43
17     A    I'm not sure where he teaches.   10:43
18         MR. NOVIKOFF: There is actually a  10:43
19  school district of Ocean Beach?          10:43
20         THE WITNESS:  Yes.                10:43
21         MR. GOODSTADT: I think there is a  10:43
22  school district.                         10:43
23     Q    Who is Sean O'Rourke?           10:43
24     A    Sean O'Rourke, he's a bouncer in  10:43
25  Ocean Beach, also.                       10:43

Page 306

T. Bacon

1
2      Q    What bars does he bounce at?    10:43
3      A    Actually, I think he's at Houser's. 10:43
4   Also a member of the fire department.    10:43
5      Q    Do you know whether he's ever been  10:44
6   arrested in Ocean Beach?                 10:44
7      A    No idea.                         10:44
8      Q    Are you friends with Sean O'Rourke?  10:44
9   Are you friends with sean O'Rourke?      10:44
10     A    Other than, "Hi, how are you," while  10:44
11  on patrol, no.                           10:44
12     Q    Have ever spoke with Sean O'Rourke  10:44
13  about the Halloween incident?            10:44
14     A    No.                             10:44
15     Q    Who is Elise Miller?            10:44
16     A    I don't know her.               10:44
17     Q    Do you know who Mike Miller is?  10:44
18     A    No.                             10:44
19     Q    Do you know who Ian Levine is?  10:44
20     A    Yes.                            10:44
21     Q    Who is Ian Levine?             10:44
22     A    Someone, who is also a member of the  10:44
23  fire department.                         10:44
24     Q    The Ocean Beach Fire Department?  10:44
25     A    Yes.                            10:44

Page 307

T. Bacon

1
2      Q    Are you friends with Ian Levine?  10:44
3      A    Once again, nothing more than "Hi,  10:44
4   how are you," when I am working.         10:44
5      Q    Did you ever speak with Ian Levine  10:44
6   about the Halloween incident?            10:44
7      A    No.                             10:44
8         MR. NOVIKOFF:  Wouldn't those     10:45
9   questions, again, be subsumed within the two  10:45
10  or three questions that you asked did he  10:45
11  speak to anybody else other than Jaeger and  10:45
12  Bosetti?  It just seems like he answered  10:45
13  that.                                    10:45
14         MR. GOODSTADT:  Yes.  And then he  10:45
15  remembered a conversation that he had with  10:45
16  Tom Snyder.  So, I just want to be sure that  10:45
17  I am clear.                              10:45
18         MR. NOVIKOFF:  That's fine.      10:45
19  BY MR. GOODSTADT:                        10:45
20     Q    Did you attend any of the court  10:45
21  appearances of any of the people who were involved  10:45
22  in the Halloween incident?               10:45
23     A    No.                             10:45
24     Q    Did you ever speak to anyone in the  10:45
25  District Attorney's office about the Halloween?  10:45

Page 308

T. Bacon

1
2      A    No.                             10:45
3      Q    Have you ever spoken with anyone in  10:45
4   the District Attorney's office about anything to  10:45
5   do with respect to your employment at Ocean Beach?  10:45
6      A    No.                             10:45
7         MR. GOODSTADT:  Just mark this    10:46
8   please.                                  10:46
9         (Bacon Exhibit 10 marked for      10:46
10  identification as of this date.)          10:46
11     Q    What was the -- strike that.    10:46
12         Was there an annual department   10:46
13  meeting before the season?               10:46
14     A    Yes.                            10:46
15     Q    Every year?                     10:46
16     A    Yes, most years.                10:46
17     Q    Did you attend it every year in which  10:46
18  you worked at Ocean Beach?               10:47
19     A    Most years, not every year.     10:47
20     Q    How did you learn about the date that  10:47
21  that was going to occur each year?        10:47
22     A    They would send out a memo.     10:47
23     Q    When you say "they," who is they?  10:47
24     A    The police department, George or the  10:47
25  Chief.                                   10:47

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 309

T. Bacon

1
2    Q    And who would preside over the annual 10:47
3    department preseason meeting?                10:47
4    A    The Chief.                    10:47
5    Q    So, Ed Paradiso?              10:47
6    A    Yes.                          10:47
7    Q    And did there come a point in time    10:47
8    where George Hesse started presiding over it?    10:47
9    A    Yes.                          10:47
10   Q    What was the first year that you      10:47
11   recall George Hesse presiding over the meeting?    10:47
12   A    The first year that Eddie was out on  10:47
13   his line-of-duty injury.            10:47
14   Q    Do you recall what year that was?     10:47
15   A    No, I don't.                  10:47
16   Q    I place in front of, Mr. Bacon, what  10:47
17   has now been marked as Bacon 10.          10:47
18       It's a one-page exhibit bearing Bates 10:47
19   number 2662.                      10:47
20       Mr. Bacon, do you recall receiving   10:47
21   this memo that has now been marked as Bacon 10?    10:48
22   A    Yes.                          10:48
23   Q    And how did you receive this?  Was it 10:48
24   something that was mailed to your home, or handed 10:48
25   to you at the station, or some other way?    10:48

Page 310

T. Bacon

1
2    A    Mailed to my home.            10:48
3    Q    Did you work any tours in the '05 off 10:48
4    season?                           10:48
5    A    I'm sure I did, but I don't recall    10:48
6    specifically.                     10:48
7    Q    And prior to -- well, strike that.    10:48
8        Did you attend the April 2nd, 2006,  10:48
9    meeting?                          10:48
10   A    I may have.  I don't recall        10:48
11   specifically.                     10:48
12   Q    Do you recall speaking with George   10:48
13   Hesse at all about staffing issues prior to the   10:48
14   '06 meeting?                      10:48
15       MR. NOVIKOFF:  Objection.  You can  10:48
16   answer.                           10:48
17   A    I don't recall.               10:48
18   Q    Did you receive anything else from   10:48
19   Ocean Beach announcing this meeting or is this the 10:49
20   only document that you received?         10:49
21   A    To the best of my recollection, I    10:49
22   believe that was it.              10:49
23   Q    And could you take a look at 10?     10:49
24       If you look down on the second line, 10:49
25   toward the end of the second line, it starts "All 10:49

Page 311

T. Bacon

1
2    officers."  Do you see that?          10:49
3    A    The second line --            10:49
4        MR. NOVIKOFF:  Starting with "All   10:49
5    officers are required"?             10:49
6        MR. GOODSTADT:  Yes.          10:49
7        MR. NOVIKOFF:  That is the third    10:49
8    line -- second line, third sentence.       10:49
9        MR. GOODSTADT:  End of the second   10:49
10   line.                             10:49
11   A    Yes.                          10:49
12   Q    "All officers are required to bring  10:49
13   all issued equipment with them for inspection."   10:49
14       Do you see that?              10:49
15   A    Yes.                          10:49
16   Q    Was that an annual requirement?      10:49
17       MR. NOVIKOFF:  Objection.         10:49
18   A    I don't recall.               10:49
19   Q    So, you don't recall whether each    10:49
20   year you had to bring in your issued equipment for 10:49
21   inspection?                       10:49
22   A    No, I don't recall.           10:49
23   Q    Do you recall whether you brought all 10:49
24   your equipment to this meeting?          10:49
25   A    I don't recall if I even attended    10:49

Page 312

T. Bacon

1
2    this meeting.                     10:49
3    Q    Do you recall being in a meeting at   10:49
4    which the plaintiffs, at least four of the    10:50
5    plaintiffs in this case were terminated prior to  10:50
6    when the meeting started?           10:50
7    A    I wasn't there when it happened, no. 10:50
8    Q    You weren't at the meeting --        10:50
9    A    No.                           10:50
10   Q    -- on the day that the four officers  10:50
11   were told that they weren't going to be working  10:50
12   for the upcoming season?            10:50
13   A    Actually, I got there late.  I did   10:50
14   attend the meeting, but it was after that    10:50
15   happened.                        10:50
16   Q    What do you mean, you got there late. 10:50
17       Did you get there after the meeting  10:50
18   had started or after the discussions with the four 10:50
19   officers?                         10:50
20   A    After the --                  10:50
21       MR. NOVIKOFF:  Objection.  You can  10:50
22   answer.                           10:50
23   A    After the meeting started and after  10:50
24   the discussion with the four plaintiffs.    10:50
25   Q    Okay.  So, now that you have -- if I  10:50

13  (Pages 309 to 312)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 313

T. Bacon

1
2 represent to you that it was April 2nd, 2006, that 10:50
3 the discussion with those officers happened, that 10:50
4 refreshes your recollection that you were actually 10:50
5 at the meeting in '06? 10:50
6     A   Yes. 10:50
7     Q   And now that you recall that you were 10:50
8 there, do you recall whether you actually brought 10:50
9 your issued equipment for inspection? 10:51
10    A   I believe I did. 10:51
11    Q   Was all your equipment inspected? 10:51
12    A   That I don't recall. 10:51
13    Q   Who generally inspected the equipment 10:51
14 for the Ocean Beach Police Department, if anyone? 10:51
15    A   George had inspected the equipment. 10:51
16 He wanted to insure that everybody had firearms 10:51
17 that were registered to them, the serial numbers 10:51
18 matched up and stuff like that. 10:51
19        Like I said, I got there late. I got 10:51
20 there almost when the meeting was over and they 10:51
21 pulled me aside. I wanted to make sure I had my 10:51
22 three magazines for my firearm. He had to replace 10:51
23 two of them, because they were the older style, 10:51
24 and that I did have the weapon that was registered 10:51
25 to me, serial number. 10:51

Page 314

T. Bacon

1
2     Q   And the last time I believe you 10:51
3 testified that you used to carry your own personal 10:51
4 firearm, but then you started carrying an Ocean 10:51
5 Beach firearm; is that correct? 10:51
6         MR. NOVIKOFF: Note my objection. 10:52
7     A   Yes. 10:52
8     Q   In '06, were you carrying your own 10:52
9 firearm with respect to your position as a police 10:52
10 officer in Ocean Beach or at that point in time 10:52
11 you had a Beach-issued weapon? 10:52
12    A   From 1999 on, I have carried a 10:52
13 department-issued firearm. 10:52
14    Q   So, the answer was in '06, it was an 10:52
15 Ocean Beach firearm? 10:52
16    A   Correct. 10:52
17    Q   And it says in the fourth line, it 10:52
18 says, "new ID will be issued to all." 10:52
19        Do you see that? 10:52
20    A   Yes. 10:52
21    Q   Do you recall whether you actually 10:52
22 received a new ID that day? 10:52
23    A   We didn't receive it that day. They 10:52
24 took photographs. 10:52
25    Q   And did you subsequently receive a 10:52

Page 315

T. Bacon

1
2 new ID? 10:52
3     A   Yes. 10:52
4     Q   Was that ID different than the ones 10:52
5 that you carried previously? 10:52
6     A   It had an updated photograph. 10:52
7     Q   That was it, but everything else was 10:52
8 the same. 10:52
9     A   And the expiration date, I think, 10:52
10 changed. 10:52
11    Q   The format of the ID, other than the 10:52
12 picture and the expiration date, was the same? 10:52
13    A   I don't recall. 10:53
14    Q   It says here that meeting was to 10:53
15 start at 1200 hours. 10:53
16        Do you see that? 10:53
17    A   Yes. 10:53
18    Q   What time did you arrive? 10:53
19    A   Probably closer to one or 1:30. 10:53
20    Q   Did you have to sign in for meeting? 10:53
21    A   No. Actually, I don't recall if we 10:53
22 did or we didn't. I can't answer for certain. 10:53
23    Q   Do you recall whether you signed in? 10:53
24    A   I don't remember. 10:53
25    Q   Were you paid for attending that 10:53

Page 316

T. Bacon

1
2 meeting? 10:53
3     A   I don't remember. 10:53
4     Q   When did you first learn that the 10:53
5 plaintiffs in this case were no longer going to be 10:53
6 working at the beach? 10:53
7     A   When I got there. 10:53
8     Q   How did you find out? 10:53
9     A   The water taxi that brought me there, 10:53
10 they were all leaving. I came in on a water taxi 10:53
11 and they were leaving on that same water taxi. 10:54
12    Q   Did you speak to any of the 10:54
13 plaintiffs that day? 10:54
14    A   No. 10:54
15    Q   Did you say anything to the 10:54
16 plaintiffs that day? 10:54
17    A   No. 10:54
18    Q   How did you learn that they were not 10:54
19 going to be working there for the season? 10:54
20    A   I think I asked George when I got 10:54
21 there, "What happened?" 10:54
22        He said, "They weren't invited back," 10:54
23 something to that effect. 10:54
24    Q   Did he tell you why? 10:54
25    A   No. 10:54

14 (Pages 313 to 316)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 317

T. Bacon

1
2     Q     Did you ever ask him why?          10:54
3     A     No.                        10:54
4     Q     Sitting here today -- well, strike   10:54
5  that.                               10:54
6          Do you recall which of the plaintiffs 10:54
7  were getting on the water taxi that you took over? 10:54
8     A     I remember seeing Carter -- Carter   10:54
9  and Snyder, I believe, Lamm, and --      10:54
10         MR. NOVIKOFF: Don't guess.  If you   10:54
11   know, you know.                     10:54
12    A     Yeah.  I don't remember for certain  10:54
13  if it was all five or it was just a couple of  10:54
14  them.  I don't know.                 10:54
15    Q     Do you specifically recall seeing any 10:54
16  of them sitting here today?           10:54
17    A     Somebody, somebody was.  There was at 10:54
18  least three of them.                 10:54
19    Q     I understand that, but my question   10:55
20  was:  Sitting here today, do you specifically  10:55
21  recall --                          10:55
22    A     Who it was, no?              10:55
23    Q     Do you recall any of the people that 10:55
24  they were specifically?              10:55
25    A     No.                        10:55

Page 318

T. Bacon

1
2     Q     So, it could have been any        10:55
3  combination of the five?             10:55
4     A     Right.                     10:55
5     Q     And when you got there, the meeting  10:55
6  had already been going on; is that correct?  10:55
7     A     Yes.                       10:55
8     Q     Where was the meeting being held?   10:55
9     A     In the rec center, right behind the  10:55
10  police station.                     10:55
11    Q     How many people were at the meeting? 10:55
12    A     Twenty.                    10:55
13    Q     Was it just for police officers or   10:55
14  were other positions in the department there as 10:55
15  well?                              10:55
16    A     I think we may have had dispatchers  10:55
17  and, perhaps, dockmasters, but I am not certain.  10:55
18         Can we take a break for me to use the 10:55
19  restroom?  Just a quick --           10:55
20         MR. GOODSTADT: Yeah.  That is fine  10:55
21  with me.                            10:55
22         THE VIDEOGRAPHER:  The time is      10:55
23  10:56 a.m.  We are going off the record.   10:55
24         (Recess taken.)               11:04
25         THE VIDEOGRAPHER:  The time is      11:04

Page 319

T. Bacon

1
2  11:05 a.m.                    11:04
3         We are back on the record.        11:04
4  BY MR. GOODSTADT:                     11:04
5     Q     So, I believe that you testified,    11:05
6  before we took a break, that you learned that the 11:05
7  plaintiffs were being let go from George Hesse; is 11:05
8  that correct?                       11:05
9     A     No.  I learned that they were leaving 11:05
10  when I was coming in.                11:05
11    Q     Right, but my question was when you   11:05
12  learned that they were no longer going to be    11:05
13  working --                         11:05
14    A     Yes.                       11:05
15    Q     -- going forward; that was from      11:05
16  George Hesse?                        11:05
17    A     Yes.                       11:05
18    Q     And how did he communicate to you?   11:05
19    A     I just asked what was -- "Where are   11:05
20  they going," when I got there?         11:05
21         He said, "They are no longer with    11:05
22  us," or "they are not working anymore," something 11:05
23  to that effect.                     11:05
24    Q     When you got to the meeting, you     11:05
25  asked George Hesse that question?        11:05

Page 320

T. Bacon

1
2     A     Yes.                       11:05
3     Q     Did you speak with anyone else about 11:05
4  the guys that you saw leaving --      11:05
5     A     No.                        11:05
6     Q     -- prior to George Hesse?          11:05
7     A     No.                        11:05
8     Q     How long after you got there did you  11:05
9  ask George that question?            11:05
10    A     The meeting looked like it was pretty 11:05
11  much over at that point, because I think the hero, 11:05
12  you know, they had gotten a hero.  We were going  11:05
13  to be having lunch.                 11:05
14         There was some paperwork that I had   11:05
15  to fill out.  I had to have my ID card photo   11:06
16  taken.  A short time afterward, within 15 minutes 11:06
17  of me getting there.                 11:06
18    Q     And what do you recall George telling 11:06
19  you about the fact they had been let go?       11:06
20    A     "They are not going to be working    11:06
21  with us this season."                11:06
22    Q     You didn't ask him why?           11:06
23    A     No.                        11:06
24    Q     He didn't tell you why?            11:06
25         MR. NOVIKOFF: Objection.  Asked and  11:06

15  (Pages 317 to 320)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 321

```
 1              T. Bacon
 2    answered.                    11:06
 3    A    No.                     11:06
 4    Q    Sitting here today, do you know why  11:06
 5 they were let go?               11:06
 6         MR. NOVIKOFF:  Objection.      11:06
 7 Foundation.                     11:06
 8         You can answer.         11:06
 9    A    Sure.  Because they were incompetent. 11:06
10    Q    And how do you know that that is the  11:06
11 reason they were let go?        11:06
12    A    Because I worked with these guys.   11:06
13    Q    Did you know who made the decision to 11:06
14 let them go?                    11:06
15    A    I have no idea.         11:06
16    Q    Did anyone ever tell you they were   11:06
17 let go because they were incompetent?   11:06
18    A    No.                     11:06
19    Q    So, that is your --     11:06
20    A    It's my opinion.        11:06
21    Q    -- your opinion?        11:06
22    I'm not asking you -- I know I have  11:06
23 asked you a lot about your opinion today, but this 11:06
24 question is not a question about your opinion.   11:06
25    I'm asking whether you know why they  11:06
```

Page 322

```
 1              T. Bacon
 2 were let go.                    11:07
 3    A    No, I do not.           11:07
 4         MR. NOVIKOFF:  Just note my same    11:07
 5 objection to the prior, identical question.  11:07
 6 BY MR. GOODSTADT:               11:07
 7    Q    Have you spoken with any of the    11:07
 8 plaintiffs since that April 2nd, 2006, date?   11:07
 9    A    No.                     11:07
10    Q    Who have you spoken with about the  11:07
11 fact that the plaintiffs have been let go, between 11:07
12 April 2nd and today?           11:07
13         MR. NOVIKOFF:  Other than counsel.  11:07
14    Q    Other than counsel.     11:07
15    A    My wife.               11:07
16    Q    Anyone else?           11:07
17    A    No.                     11:07
18    Q    Just George Hesse and your wife?   11:07
19    A    Yes.                    11:07
20    Q    And counsel?           11:07
21    A    Yes.                    11:07
22         MR. CONNOLLY:  Objection, Andrew.   11:07
23 Only in that -- you can read back the   11:07
24 question.  I think it infers that the    11:07
25 witness spoke to George Hesse as to why they 11:07
```

Page 323

```
 1              T. Bacon
 2 were let go.                    11:07
 3         MR. GOODSTADT:  No.     11:07
 4    Q    The question was intended to be:  Who 11:07
 5 else have you spoken with about the fact that they 11:08
 6 had been let go, other than for George Hesse,   11:08
 7 which you already testified to that conversation;  11:08
 8 counsel, which I don't care what you said to    11:08
 9 counsel; and your wife, who also I don't care what 11:08
10 you said to your wife.          11:08
11    A    That's it.             11:08
12    Q    Thank you.             11:08
13    Have you ever spoken the Bosettis    11:08
14 about any of the plaintiffs since April 2nd, 2006? 11:08
15    A    Nope.                   11:08
16    Q    Never mentioned any of their names to 11:08
17 the Bosettis?                   11:08
18    A    No.                     11:08
19         MR. NOVIKOFF:  Just -- I'm sorry.   11:08
20 Just give me two seconds.  I'm expecting one 11:08
21 call.                           11:08
22         (Telephone interruption.)      11:08
23         THE VIDEOGRAPHER:  The time is     11:08
24 11:08 a.m.                      11:08
25    We are going off the record.     11:08
```

Page 324

```
 1              T. Bacon
 2         (Recess taken.)         11:09
 3         THE VIDEOGRAPHER:  The time is     11:09
 4 11:09 a.m.  We are back on the record.    11:09
 5 BY MR. GOODSTADT:               11:09
 6    Q    Just to go back to the last question, 11:09
 7 could I see it?                 11:10
 8    Just so I am clear, I just don't want 11:10
 9 the semantics to get in the way.  You never    11:10
10 mentioned any of the plaintiffs' names to either  11:10
11 Gary or Richard Bosetti?        11:10
12    A    Not that I recall.      11:10
13    Q    Do you recall either Gary or Richard  11:10
14 Bosetti discussing anything at all about the   11:10
15 plaintiffs in the case with you since April 2nd,  11:10
16 2006?                           11:10
17         MR. NOVIKOFF:  Note my objection.   11:10
18    A    I do not.              11:10
19    Q    Did you ever hear that there were   11:10
20 budget cuts in the beginning of the season of   11:10
21 2006?                           11:10
22    A    No, I did not.          11:10
23    Q    Do you know whether there were any   11:10
24 budget cuts in the Ocean Beach Police Department  11:10
25 in 2006?                        11:10
```

16  (Pages 321 to 324)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 325

T. Bacon

1
2       MR. NOVIKOFF:  Objection.          11:10
3    A   I do not.                         11:10
4    Q   I don't recall if I asked you this    11:10
5  question.  Let me ask it again, if I did.   11:10
6       Did you say anything to any of the    11:10
7  officers who were getting on to the water taxi    11:10
8  that you were getting off of?             11:11
9    A   No.                               11:11
10   Q   Didn't even exchange pleasantries,    11:11
11 nothing?                                 11:11
12   A   No.  They seemed like they were    11:11
13 pretty annoyed, irate.  Just pretty much went    11:11
14 storming by.                             11:11
15   Q   Did you hear anything that they were    11:11
16 discussing amongst themselves at all?    11:11
17   A   I did not.                        11:11
18   Q   What made you believe that they were    11:11
19 irate?                                   11:11
20   A   They just -- they stuck to          11:11
21 themselves, were on their way.  They just didn't    11:11
22 seem happy.                             11:12
23   Q   Did you get there for any of the     11:11
24 meeting?                                 11:11
25   A   I'm sorry.                        11:11

Page 326

T. Bacon

1
2    Q   Did you get there for any of the     11:11
3  meeting?                                 11:11
4    A   Like I said, I caught the very tail    11:11
5  end and had to do the paperwork for the new ID    11:11
6  card, have my weapon inspected, my new ID card    11:11
7  photo.  The meeting was pretty much over at that    11:11
8  point in time.                          11:12
9    Q   So, you weren't there when anybody    11:12
10 was talking to the group?                11:12
11   A   No.                               11:12
12   Q   Who is Chris Moran?                11:12
13   A   Chris Moran is a dockmaster.       11:12
14   Q   We he at that meeting?            11:12
15   A   I don't recall.                    11:12
16   Q   Do you ever work at the same time as    11:12
17 Chris Moran?                             11:12
18   A   Yes.  He used to be the dockmaster,    11:12
19 now he's a dispatcher.                   11:12
20   Q   Is Chris Moran a good dispatcher in    11:12
21 your opinion?                            11:12
22       MR. NOVIKOFF:  Objection.          11:12
23 BY MR. GOODSTADT:                        11:12
24   Q   You can answer.                   11:12
25   A   Okay.  Yeah, he seems to be pretty    11:12

Page 327

T. Bacon

1
2  good.                                   11:12
3    Q   Do you think he's an honest guy?    11:12
4       MR. NOVIKOFF:  Objection.          11:12
5    A   Yes.                              11:12
6    Q   Do you know whether any newly hired    11:12
7  officers were at that meeting?           11:12
8    A   I don't recall.                    11:12
9    Q   Do you know whether any new officers    11:13
10 were hired for '06?                      11:13
11   A   I don't recall.                    11:13
12   Q   Did you hear or -- strike that.    11:13
13       Did you discuss the fact that some or    11:13
14 all the plaintiffs were no longer going to be    11:13
15 working there with anyone else on that day, other    11:13
16 than for the conversation you have already    11:13
17 testified to with George Hesse?          11:13
18       MR. NOVIKOFF:  Objection to the form.  11:13
19   A   Not that I recall.                 11:13
20   Q   Did you hear anybody else discussing    11:13
21 it?                                      11:13
22   A   Not that I recall.                 11:13
23   Q   So, sitting here today, did you ever    11:13
24 hear anybody state the reasons why the plaintiffs    11:13
25 were let go?                             11:13

Page 328

T. Bacon

1
2    A   Not that I recall.                 11:14
3    Q   What's George Hesse's position today?  11:14
4       MR. NOVIKOFF:  Objection.          11:14
5  Foundation.                             11:14
6    A   Deputy Chief.                     11:14
7    Q   Do you know whether you have to take    11:14
8  a test to become a Deputy Chief, a civil service    11:14
9  test?                                    11:14
10       MR. NOVIKOFF:  Objection, foundation.  11:14
11   A   I don't know for sure.             11:14
12   Q   Do you know what a blog is?        11:14
13   A   Um-hum.                           11:14
14   Q   What is a blog?                   11:14
15   A   It's a, I guess, a computer web page,  11:14
16 people post things, usually full of nonsense,    11:14
17 ranting.                                 11:14
18   Q   Have you ever read a blog with     11:15
19 respect to Ocean Beach?                  11:15
20   A   Yes.                              11:15
21   Q   And what blog is that?            11:15
22   A   Ocean Beach Police Corruption.    11:15
23   Q   Did you ever post on that blog?    11:15
24   A   No, I did not.                     11:15
25   Q   When was the first time you read the    11:15

17 (Pages 325 to 328)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 329

T. Bacon

```
1              T. Bacon
2  Ocean Beach Police Corruption blog?        11:15
3     A    A couple years ago.        11:15
4     Q    Do you recall what year it was?    11:15
5     A    No, I don't.        11:15
6     Q    What computer did you read it on?   11:15
7        MR. NOVIKOFF: Objection.        11:15
8     Q    Strike that.        11:15
9        Did you read it on a computer or did  11:15
10 you read it on a hard copy?        11:15
11    A    I read on it a computer.        11:15
12    Q    What computer did you read it on?   11:15
13    A    I don't recall.        11:15
14    Q    Did you ever read the Ocean Beach   11:15
15 Police Corruption blog at the Ocean Beach Police  11:15
16 Station?        11:15
17    A    Yes.        11:15
18    Q    On the Ocean Beach Police Station   11:15
19 computer?        11:15
20    A    Yes.        11:15
21    Q    How many times?        11:15
22    A    Three or four.        11:15
23    Q    Do you know what the website is that 11:16
24 you go to?  Is it just Ocean Beach Police     11:16
25 Corruption.com?        11:16
```

Page 330

T. Bacon

```
1              T. Bacon
2     A    No, I think it's Long Island     11:16
3  Politics.  It's a pretty vast, covers the    11:16
4  volunteer fire service, the police department,   11:16
5  sheriffs.  People post all sorts of nonsense on  11:16
6  there.        11:16
7     Q    Is that the one where you click on  11:16
8  the Schwartz report?  Is that what it's called?  11:16
9     A    That I don't know.        11:16
10    Q    And other than for the three or four 11:16
11 times that you reviewed the blog at the police   11:16
12 station computer, have you reviewed the blog, the 11:16
13 Ocean Beach Police Corruption blog at any other  11:16
14 time?        11:16
15    A    Yes.        11:16
16    Q    And how many other times have you   11:16
17 reviewed that blog?        11:16
18    A    Maybe three or four times, other than 11:16
19 what we previously spoke about.        11:16
20    Q    So, in addition to the three or four 11:16
21 times, you have reviewed it three or four other   11:16
22 times?        11:16
23    A    Yeah.  Maybe a half dozen to ten    11:17
24 times, tops.        11:17
25    Q    Where were you those other times that 11:17
```

Page 331

T. Bacon

```
1              T. Bacon
2  you reviewed that blog?        11:17
3     A    Home.        11:17
4     Q    Every time was at home?        11:17
5     A    A couple times at home, maybe when I 11:17
6  was traveling.        11:17
7     Q    What computer did you use to view it 11:17
8  when you were traveling?        11:17
9     A    My own personal computer.        11:17
10    Q    The laptop that you have?        11:17
11    A    Yes.        11:17
12    Q    Is that the same computer that you   11:17
13 viewed it at home?        11:17
14    A    Yes.        11:17
15    Q    Do you still have that laptop?      11:17
16    A    No, I don't.        11:17
17    Q    Where that is laptop?        11:17
18    A    It got destroyed.        11:17
19    Q    When did it get destroyed?        11:17
20    A    Coming back from Iraq.        11:17
21    Q    How did it get destroyed?        11:17
22    A    Sand and dust, and when it was in my 11:17
23 carry-on, it got bounced around, and the hard    11:17
24 drive crapped out.        11:18
25    Q    Did you throw out the computer?     11:18
```

Page 332

T. Bacon

```
1              T. Bacon
2     A    Yes.        11:18
3     Q    Did you recover any of the data from 11:18
4  the hard drive before throwing it out?        11:18
5     A    No.  It was shot.        11:18
6     Q    Other than for that laptop, have you 11:18
7  reviewed the Ocean Beach Police Corruption blog on 11:18
8  any other computer that you own?        11:18
9     A    No.        11:18
10    Q    Do you have a new laptop?        11:18
11    A    No, I don't.        11:18
12    Q    Do you have a home computer, a PC?   11:18
13    A    No.        11:18
14    Q    So, you don't have any computer at   11:18
15 your home?        11:18
16    A    No, I use my -- little Palm.        11:18
17    Q    Your Palm device?        11:18
18    A    Um-hum.        11:18
19    Q    Have you reviewed the blog at all on 11:18
20 your Palm device?        11:18
21    A    No.        11:18
22    Q    Do you know anyone who has ever      11:18
23 posted on the Ocean Beach Police Corruption blog? 11:19
24    A    I do not.        11:19
25    Q    Did you ever hear that Pat Cherry,   11:19
```

18  (Pages 329 to 332)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 333

1        **T. Bacon**
2  Sr. posted on the blog?                    11:19
3      A    No idea.                    11:19
4      **Q    Did you ever ask him?**        11:19
5      A    No.                    11:19
6      **Q    Did you ever ask any other employees** 11:19
7  of the Ocean Beach or Ocean Beach Police        11:19
8  Department whether they have posted on the blog?  11:19
9      A    No.                    11:19
10     **Q    Did you ever tell George Hesse that**  11:19
11 you posted on the blog?                11:19
12     A    Nope.                    11:19
13         MR. GOODSTADT:  Give me one second.  11:19
14 I have exhibits in my office that I need.    11:19
15         THE VIDEOGRAPHER:  The time is    11:19
16 11:19 a.m.  We are going off the record.    11:19
17         (Recess taken.)                11:19
18         THE VIDEOGRAPHER:  The time is    11:20
19 11:20 a.m.                        11:20
20         We are back on the record.        11:20
21 BY MR. GOODSTADT:                    11:20
22     **Q    Did you ever refer to Kevin Lamm as**  11:20
23 being gay?                        11:20
24     A    No.                    11:20
25     **Q    Did you ever refer to him as being**  11:20

Page 334

1        **T. Bacon**
2  queer?                            11:21
3      A    No.                    11:21
4      **Q    Did you ever refer to him as being a**  11:21
5  fag?                            11:21
6      A    No.                    11:21
7      **Q    Did you ever hear anyone refer to**  11:21
8  Kevin Lamm with any of those terms?        11:21
9      A    No.                    11:21
10         MR. NOVIKOFF:  Hear?  Do you mean    11:21
11 hear, read?  I mean, you gave a broad        11:21
12 definition of speak the last time.        11:21
13         MR. GOODSTADT:  I want it as broad as  11:21
14 possible.                        11:21
15         MR. NOVIKOFF:  So, hear means --    11:21
16         MR. GOODSTADT:  Hear means read with  11:21
17 your ears, with your eyes.                11:21
18         MR. NOVIKOFF:  Has he ever seen any    11:21
19 communication?                    11:21
20 BY MR. GOODSTADT:                    11:21
21     **Q    That's a good way to put it.**    11:21
22         **Have you ever seen any communication** 11:21
23 that refers to Kevin Lamm as gay, queer, fag or  11:21
24 the like?                        11:21
25     A    Yes.                    11:21

Page 335

1        T. Bacon
2      **Q    How many times you have seen such**  11:21
3  communications?                    11:21
4      A    A couple.                11:21
5      **Q    And where you have seen those**    11:21
6  communications?                    11:21
7      A    It was posted on the blog.        11:21
8      **Q    Have you seen a reference to Kevin**  11:21
9  Lamm being gay or queer or a fag or anything of  11:21
10 that ilk anywhere else?                11:21
11     A    No.                    11:21
12     **Q    Did you ever hear anybody verbally**  11:21
13 call Kevin Lamm gay or fag or queer?        11:21
14     A    No.                    11:22
15     **Q    How many blog entries do you recall**  11:22
16 where that was referenced?                11:22
17     A    More than one.  I don't recall for  11:22
18 certain.
19     **Q    Do you know who posted those blog**  11:22
20 entries?                        11:22
21     A    No idea.                11:22
22     **Q    Did you ever see it written anywhere** 11:22
23 in the station?  Not on the computer, I mean    11:22
24 physically in the station.                11:22
25     A    No.                    11:22

Page 336

1        T. Bacon
2      **Q    Do you recall it ever being written**  11:22
3  on a wall?                        11:22
4      A    No, I do not.                11:22
5      **Q    Do you recall any pictures ever being** 11:22
6  posted that referenced that?            11:22
7      A    No.                    11:22
8      **Q    Have you ever seen anyone post on the** 11:22
9  Ocean Beach Police Corruption blog?        11:22
10     A    No.                    11:22
11         MR. NOVIKOFF:  Wait, is the        11:22
12 question --                        11:22
13     **Q    Did you ever see anyone actually**    11:22
14 post?                            11:22
15         MR. NOVIKOFF:  Okay.            11:22
16     **Q    Type in a post?**                11:22
17     A    No, that I have not.            11:22
18     **Q    Other than for me and your counsel,**  11:22
19 possibly, has anyone ever asked you whether you  11:22
20 have posted on the blog?                11:22
21     A    Yes.  George had -- actually, George  11:22
22 had sent out a memo that was posted at the station 11:23
23 house for everyone to stay off the blog, period,  11:23
24 not even to review it.                11:23
25     **Q    Do you recall when that was sent?**  11:23

19 (Pages 333 to 336)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 337

1          T. Bacon
2      A    That was posted at the station, it    11:23
3  wasn't sent, two years ago, a year ago.    11:23
4      Q    So, it was either in '07 or '08?    11:23
5      A    Yes, somewhere in that time frame.    11:23
6      Q    And that was posted where in the    11:23
7  station?                    11:23
8      A    On the memo board.  There is a board  11:23
9  with all memos, you know, on the bulletin board.  11:23
10     Q    How long did the memo stay up for?   11:23
11     A    It may still be there, because    11:23
12  they -- it's on a big clipboard with a big ring    11:23
13  and any new memos, you know, go on top of the old  11:23
14  ones.                      11:23
15         MR. GOODSTADT: I would like to mark  11:23
16     the record to request a copy of that memo,  11:23
17     because I don't believe that it has been    11:23
18     produced.                  11:23
19         MR. NOVIKOFF: Take it under       11:24
20     advisement.  You will follow-up with a    11:24
21     letter; right?             11:24
22         MR. GOODSTADT: Sure.           11:24
23     Q    Now, just to go back to the question  11:24
24  that I asked that led to your answer about the   11:24
25  memo, did anyone ever ask you whether you posted  11:24

Page 338

1          T. Bacon
2  on the blog, other than for me and counsel?    11:24
3      A    I think George may have asked if I   11:24
4  posted something on the blog at one point.    11:24
5      Q    When did he ask that?        11:24
6      A    Around the same time the memo came   11:24
7  out.                        11:24
8      Q    So, at some point in '07 or '08?    11:24
9      A    Somewhere around there, yes.      11:24
10     Q    And it wasn't in '06?        11:24
11         MR. NOVIKOFF: Objection.       11:24
12     A    It may have been.  I don't recall for  11:24
13  certain.                     11:24
14     Q    And what, exactly, did he ask you?   11:24
15     A    If I posted anything on the blog and,  11:24
16  if I had, that it's to stop right then and there,  11:24
17  and he's instructing everybody in the department  11:24
18  the same.                    11:24
19     Q    What was your response?        11:24
20     A    I didn't post anything on the blog.  11:24
21     Q    Was anyone else there during that   11:25
22  conversation?                 11:25
23     A    Not that I recall.          11:25
24     Q    Where were you when he asked you that  11:25
25  question?                    11:25

Page 339

1          T. Bacon
2      A    I think I was in the police station  11:25
3  coming on duty.                 11:25
4      Q    I believe the last time you testified  11:25
5  that there were three computers in the police    11:25
6  station; is that correct?          11:25
7      A    Yes.                 11:25
8      Q    Have there always been three since   11:25
9  2006?                       11:25
10     A    There were three in there, maybe one  11:25
11  was out for repair.  They had a problem at one    11:25
12  point, they had a lightning strike at the building  11:25
13  and it blew them all out.  We were working with   11:25
14  one computer for a period, but I don't remember if  11:25
15  that was in that time frame or not.         11:25
16     Q    How many of the computers were for   11:25
17  use by any officer who wanted to use them?      11:25
18         MR. NOVIKOFF: Objection.       11:25
19     A    I think you could access all three of  11:25
20  them.                       11:25
21     Q    Physically, where were they located?  11:25
22     A    One was at the dispatcher's desk, one  11:25
23  was at George's desk and one was further back at  11:26
24  Eddie's desk.                 11:26
25     Q    Have you used all three of them?    11:26

Page 340

1          T. Bacon
2         MR. NOVIKOFF: During the course of  11:26
3     the 20 years?                11:26
4         MR. GOODSTADT: Since 2006 until now.  11:26
5      A    Since 2006?  I may have.        11:26
6      Q    Which computer or computers did you  11:26
7  use to access the blog in the station?       11:26
8      A    The one at the dispatch desk.     11:26
9      Q    Did you ever use the one at George's  11:26
10  desk?                       11:26
11     A    No.                 11:26
12     Q    Did you ever use the one -- when you  11:26
13  say "Eddie," it's Eddie Paradiso?           11:26
14     A    Yes.                 11:26
15     Q    Did you ever use the one at       11:26
16  Paradiso's desk to access the blog?         11:26
17     A    No.                 11:26
18     Q    Was anybody else with you when you   11:26
19  accessed the blog at the police station?      11:26
20     A    I don't recall.           11:26
21     Q    Have you ever discussed the blog with  11:26
22  anyone, other than for the conversation you     11:26
23  testified to that you had with George Hesse?    11:26
24     A    Just that there was a lot of bullshit  11:26
25  posted on it.                 11:26

20  (Pages 337 to 340)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 341

T. Bacon

1
2      Q     Who did you discuss that with?     11:26
3      A     I think that has come up in          11:26
4  conversation with probably just about everybody   11:26
5  working there.                                 11:26
6      Q     Has anyone working there ever        11:27
7  mentioned to you that they have posted on the  11:27
8  blog?                                          11:27
9      A     No.                                  11:27
10     Q     Has anyone working there mentioned to 11:27
11 you anyone that they have known who has posted on 11:27
12 the blog?                                      11:27
13     A     Say that again. Did they --          11:27
14     Q     Has anyone working there ever tell   11:27
15 you, yeah, you know, my friend, Charlie, posted on 11:27
16 the blog; or, yeah, you know, another guy who used 11:27
17 to work here posted on the blog?               11:27
18     A     No. Nobody has ever said that they   11:27
19 had posted anything on the blog. All the       11:27
20 conversations with guys that were working were  11:27
21 that they were reading the blog, and found it   11:27
22 quite humerous or disgusting, depending upon what 11:27
23 it was that was written, you know.             11:27
24     Q     And have you had conversations with  11:27
25 everyone who works there about that?           11:27

Page 342

T. Bacon

1
2      A     Pretty much, yeah.                   11:27
3      Q     Sitting here today, do you know      11:27
4  anybody who has ever posted on the Ocean Beach  11:27
5  Police Corruption blog?                        11:27
6      A     No.                                  11:28
7      Q     Has anyone ever told that you they   11:28
8  have posted on the blog?                       11:28
9      A     No.                                  11:28
10           MR. NOVIKOFF: Objection. Asked and  11:28
11 answered.                                      11:28
12           (Bacon Exhibit 11 marked for        11:28
13 identification as of this date.)               11:28
14           MR. NOVIKOFF: I'm just going to      11:28
15 represent that I haven't, obviously, looked    11:28
16 through each page to see if this is what       11:28
17 is -- if these have been, if the numbers are   11:28
18 in consecutive order.                          11:29
19     I trust that they are, and I trust        11:29
20 that this represents what you will say it      11:29
21 purports to represent.                         11:29
22           MR. GOODSTADT: Yes.                  11:29
23     And I will indicate that for the          11:29
24 record, but I will represent that the Bates    11:29
25 stamped indicates it was produced from         11:29

Page 343

T. Bacon

1
2  George Hesse.                                  11:29
3           MR. NOVIKOFF: Twelve through 206.    11:29
4     My point is, I haven't looked through      11:29
5  every page to see if there is any page         11:29
6  missing.                                       11:29
7           MR. CONNOLLY: I can represent that   11:29
8  these were copied from the blog.               11:29
9           MR. GOODSTADT: Okay.                 11:29
10     Q     I have placed in front of Mr. Bacon  11:29
11 what has now been marked as Bacon 11. It's a copy 11:29
12 of the blog entries.                           11:29
13           On top it says "the Schwartz report" 11:29
14 and it bears Bates numbers Hesse 12 through Hesse 11:29
15 206.                                           11:29
16           Mr. Bacon, have you ever referred to 11:29
17 Kevin Lamm as Kevina?                          11:29
18     A     Who?                                 11:29
19     Q     Kevina, K-E-V-I-N-A?                 11:29
20     A     No.                                  11:29
21     Q     Did you ever hear him referred to by 11:29
22 that name?                                     11:30
23     A     No.                                  11:30
24     Q     If you look at Hesse 16 --           11:30
25     A     Okay.                                11:30

Page 344

T. Bacon

1
2      Q     -- the entry that is time stamped    11:30
3  10:55 p.m.                                     11:30
4     Do you see that?                            11:30
5     A     Okay.                                 11:30
6      Q     On 4/6/06?                           11:30
7           MR. NOVIKOFF: 10:55 p.m.             11:30
8           MR. GOODSTADT: On 4/6/06.            11:30
9           MR. NOVIKOFF: And underneath that is 11:30
10 "ridiculous"?                                  11:30
11           MR. GOODSTADT: Yes.                  11:30
12           MR. NOVIKOFF: Okay.                 11:30
13 BY MR. GOODSTADT:                              11:30
14     Q     Have you ever reviewed that blog?    11:30
15     Have you seen that before, that           11:30
16 entry?                                         11:30
17     A     I may have. I don't remember         11:30
18 anything specific about it.                    11:30
19     Q     Do you know who "OB Res." is?        11:30
20     A     No.                                  11:30
21     Q     Do you know whether you were working 11:30
22 on April 6, 2006?                              11:30
23     A     I have no idea.                      11:30
24     Q     And do you see it says, "I heard that 11:30
25 there was some 'town employees' that got fired." 11:30

21  (Pages 341 to 344)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 345

T. Bacon

1
2          Do you see that?              11:31
3    A    Um-hum.              11:31
4    Q    Do you know what that "town      11:31
5 employees" refers to?              11:31
6    A    I do not.              11:31
7    Q    Can you look at the next page, Hesse 11:31
8 17?              11:31
9    A    Okay.              11:31
10   Q    If you look at the entry at      11:31
11 11:02 p.m. on 4/7.              11:31
12   A    Okay.              11:31
13   Q    It says "Guest P.O."          11:31
14        Do you see that?              11:31
15   A    Um-hum.              11:31
16   Q    Do you know who "Guest P.O." is?   11:31
17   A    No idea.              11:31
18   Q    Do you recall ever reviewing this   11:31
19 blog?              11:31
20   A    Not specifically.              11:31
21   Q    Is it your testimony that you didn't 11:31
22 post this blog?              11:31
23   A    Yes. It's my testimony that I didn't 11:31
24 post that blog.              11:31
25   Q    Your testimony is you don't know who 11:31

Page 346

T. Bacon

1
2 posted that blog?              11:31
3    A    That's my testimony.          11:31
4    Q    Do you know whether you were working 11:31
5 on April 7, 2006?              11:31
6    A    I could have been.          11:31
7    Q    You don't recall one way or the    11:31
8 other?              11:31
9    A    No, I don't.              11:31
10   Q    If you look at the next page, Hesse  11:32
11 18.              11:32
12   A    Okay.              11:32
13   Q    Do you see 4/8/2006, at 6:16 a.m.?  11:32
14        Do you see that entry? That doesn't 11:32
15 have a person's name.              11:32
16   A    Okay.              11:32
17   Q    Do you see that? Did you ever review 11:32
18 this blog?              11:32
19   A    I don't recall.              11:32
20   Q    Do you know whether you were working 11:32
21 April 8, 2006?              11:32
22   A    No. I don't.              11:32
23   Q    And where it says, "and let's not   11:32
24 forgot the two clowns from Islip, Ed and Tom."  11:32
25        Do you see that?              11:32

Page 347

T. Bacon

1
2    A    Um-hum.              11:32
3    Q    Do you know who "the two clowns from 11:32
4 Islip, Ed and Tom," refer to?          11:32
5    A    I would assume they are probably   11:32
6 talking about Ed Carter and Tom Snyder?      11:32
7    Q    Is it your testimony you didn't post 11:32
8 this blog?              11:32
9    A    Yes.              11:32
10   Q    If you look at Hesse 24 --      11:33
11   A    Okay.              11:33
12   Q    -- look at the entry, 4/18/06 at   11:33
13 9:22 p.m.              11:33
14        Do you see that?              11:33
15   A    Um-hum.              11:33
16   Q    Titled "Sick of the rats."      11:33
17        Do you see that?              11:33
18   A    Yes.              11:33
19   Q    Do you know who that is, "Sick of the 11:33
20 rats"?              11:33
21   A    No idea.              11:33
22   Q    Did you ever review this blog?     11:33
23   A    I may have; but, once again, I don't 11:33
24 specifically recall.              11:33
25   Q    Do you know who posted this blog?   11:33

Page 348

T. Bacon

1
2    A    No, I don't.              11:33
3    Q    It's your testimony you didn't post 11:33
4 it?              11:33
5    A    Yes.              11:33
6        MR. NOVIKOFF: Objection, Andrew.   11:33
7        He's testified that he posted no blog 11:33
8 and you asked him that three times. So, are 11:33
9 you going to ask him, you know, point to   11:33
10 various blogs and ask him if he posted it,   11:33
11 in light of those answers?          11:34
12        MR. GOODSTADT: Certain ones.      11:34
13        MR. NOVIKOFF: All right.      11:34
14 BY MR. GOODSTADT:
15   Q    Do you know whether you were working 11:34
16 on April 18, 2006?              11:34
17   A    No. I don't recall.          11:34
18   Q    Turn to Hesse 63.          11:34
19   A    Okay.              11:34
20   Q    6/17/06 at 5:28 a.m.          11:34
21        Do you see that?              11:34
22   A    Yes.              11:34
23   Q    Do you know if you were working on   11:34
24 June 17, 2006?              11:34
25   A    I have no idea.              11:34

22 (Pages 345 to 348)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 349

T. Bacon

1
2     **Q     And you see the blog starts, "Hey** 11:34
3  **Kevina."** 11:34
4           **Do you see that?** 11:34
5     A     Yes. 11:34
6     **Q     Do you recall reviewing this blog?** 11:34
7     A     No, I don't. 11:35
8     **Q     Do you know who posted this?** 11:35
9     A     No idea. 11:35
10    **Q     Do you know how to spell the word** 11:35
11 **"pathetic"?** 11:35
12    A     Hum? 11:35
13    **Q     Do you know how to spell the word** 11:35
14 **"pathetic"?** 11:35
15    A     I'm sure I do. 11:35
16    **Q     How is it spelled?** 11:35
17         MR. NOVIKOFF:  Objection. 11:35
18    A     With a P. 11:35
19    **Q     What comes after it?** 11:35
20    A     An A. 11:35
21    **Q     After that?** 11:35
22    A     T H. 11:35
23         What has that got to do -- I don't 11:35
24 know if I were to do it on my word processor, I 11:35
25 would check word spell -- word check. 11:35

Page 350

T. Bacon

1
2     **Q     Sitting here today, you don't know** 11:35
3  **how to spell it?** 11:35
4     A     Not off the top of my head, no. 11:35
5     **Q     Did you ever refer to Frank Fiorillo** 11:36
6  **as a "fag"?** 11:36
7     A     No. 11:36
8     **Q     Did you ever see him in any** 11:36
9  **communication referred to as a fag?** 11:36
10    A     Not that I recall specifically. 11:36
11    **Q     If you look at Hesse 202.** 11:36
12    A     Okay. 11:36
13    **Q     If look at the 5/27/08, 9:20 p.m.** 11:36
14 **entry.** 11:36
15    A     Okay. 11:36
16         MR. CONNOLLY:  Counsel, I'm sorry. 11:36
17 Where are we? 11:37
18         MR. GOODSTADT:  Hesse 202. 11:37
19         MR. NOVIKOFF:  Hesse 202.  9:20? 11:37
20         MR. GOODSTADT:  9:20 p.m. 11:37
21         MR. NOVIKOFF:  5/27/2008, another 11:37
22 clown caper. 11:37
23    **Q     That is the one.** 11:37
24         **Do you see that entry?** 11:37
25    A     Um-hum.  Yes.  Sorry. 11:37

Page 351

T. Bacon

1
2     **Q     Do you know who "Another clown caper"** 11:37
3  **is?** 11:37
4     A     No idea. 11:37
5     **Q     Were you in Iraq in May of '08?** 11:37
6     A     Yes.  No -- I may have been traveling 11:37
7  home then. 11:37
8     **Q     What were the dates of your tour?** 11:37
9     A     The dates of my tour?  From January 11:37
10 2nd through June, I want to say, the 13th. 11:37
11    **Q     Of '08?** 11:37
12    A     Yes. 11:37
13    **Q     Do you know what a police benevolent** 11:38
14 **association is?** 11:38
15    A     Yes. 11:38
16    **Q     What is a police benevolent** 11:38
17 **association?** 11:38
18    A     It's one that provides support for 11:38
19 its members. 11:38
20    **Q     Do you know if Ocean Beach has a --** 11:38
21 **we will call it PBA for short?** 11:38
22    A     Actually, it's the Ocean Beach Police 11:38
23 Association.  It's not a benevolent association to 11:38
24 my knowledge it. 11:38
25    **Q     It's called the Ocean Beach Police** 11:38

Page 352

T. Bacon

1
2  **Association?** 11:38
3     A     Yes. 11:38
4     **Q     And what is the Ocean Beach Police** 11:38
5  **Association?** 11:38
6     A     Back when I first started, they 11:38
7  solicited donations because they ran the 11:38
8  ambulance, and the money that they got in 11:38
9  donations paid for uniforms and equipment for the 11:38
10 ambulance. 11:38
11    **Q     Is that an association that is still** 11:38
12 **in existence?** 11:38
13    A     I believe it is. 11:39
14    **Q     Do you know whether they still** 11:39
15 **solicit donations?** 11:39
16    A     I don't think they solicit donations, 11:39
17 but I do believe they receive donations. 11:39
18    **Q     Are you a member of the Ocean Beach** 11:39
19 **Police Association?** 11:39
20    A     No, I am not. 11:39
21    **Q     Do you know who are the members of** 11:39
22 **the Ocean Beach Police Association?** 11:39
23    A     No, I do not. 11:39
24    **Q     Have you ever been a member of the** 11:39
25 **Ocean Beach Police Association?** 11:39

23  (Pages 349 to 352)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 353

T. Bacon

1
2    A    No.                          11:39
3    Q    Do you know anyone who has ever been  11:39
4  a member of the Ocean Beach Police Association?   11:39
5    A    I'm assuming every member of the    11:39
6  department is. I mean, I have never attended a   11:39
7  meeting, paid dues, don't have an Ocean Beach    11:39
8  Police Association card.            11:39
9       MR. NOVIKOFF: Don't assume.    11:39
10    A    Then I do not know.           11:39
11    Q    Have you ever been to a Ocean Beach  11:39
12  Police Association meeting?          11:39
13    A    No.                          11:39
14       MR. NOVIKOFF: Objection.       11:39
15    Q    Have you ever seen any documents    11:39
16  related to the Ocean Beach Police Association?    11:39
17    A    As I said, when I first started    11:39
18  working there, if we went on an ambulance call,   11:39
19  they would send out a letter soliciting a donation  11:39
20  for the ambulance fund.            11:40
21    Q    And that's in 1990, when you say when  11:40
22  you first started working there?     11:40
23    A    1990 through '93, somewhere in that   11:40
24  time frame.                       11:40
25    Q    How about subsequent to '93 --    11:40

Page 354

T. Bacon

1
2    A    No.                          11:40
3    Q    -- have you ever seen any documents   11:40
4  related to the Ocean Beach Police Association?     11:40
5    A    I have not.                   11:40
6    Q    Have you ever seen any documents     11:40
7  referring to the Ocean Beach Police Benevolent   11:40
8  Association?                      11:40
9    A    I have not.                   11:40
10    Q    Other than for uniforms for the     11:40
11  ambulance corp, do you know what else the Ocean   11:40
12  Beach Police Association donations were used for?  11:41
13    A    No. It wasn't uniforms for the    11:41
14  ambulance corp. It was for supplies for the    11:41
15  ambulance and uniforms for members of the police   11:41
16  department.                       11:41
17    Q    Is that who pays for the uniforms of  11:41
18  the police department today?         11:41
19    A    I believe so, but I am not certain.  11:41
20    Q    Do you know whether that money from   11:41
21  the Ocean Beach Police Association has ever been   11:41
22  used for any personal reasons?       11:41
23    A    Not to my knowledge.          11:41
24    Q    Who controls the money?         11:41
25       MR. NOVIKOFF: Objection.        11:41

Page 355

T. Bacon

1
2    A    I'm not sure.                 11:41
3    Q    Does the police, Ocean Beach Police  11:41
4  Association have any board, any officers?    11:41
5    A    I don't know.                 11:41
6       MR. NOVIKOFF: Objection.        11:41
7    Q    Have you ever been to any department  11:42
8  holiday parties?                  11:42
9    A    Yes.                         11:42
10    Q    What years?                  11:42
11    A    I don't recall specifically.     11:42
12    Q    Did you ever have to pay for      11:42
13  attending the parties?            11:42
14    A    Paid for our own drinks, yes.    11:42
15    Q    How about the food?           11:42
16    A    We all turned around when we got    11:42
17  there. They had appetizers. We would all throw   11:42
18  20 or 40 bucks up on the bar every time I went to  11:42
19  the Christmas party.              11:42
20    Q    For drinks or for food?         11:42
21    A    As far as I knew, it was for both,   11:42
22  because we ordered appetizers and drinks.    11:42
23    Q    And each year you attended you had to  11:42
24  pay?                             11:42
25    A    I always threw something up on the   11:42

Page 356

T. Bacon

1
2  bar, yes.                          11:43
3    Q    Did anyone tell you how much you    11:43
4  owed?                             11:43
5    A    No.                          11:43
6    Q    So, how did you know how much you had  11:43
7  to pay?                           11:43
8    A    I'm sure I paid more than I had to,  11:43
9  because I would stay for one or two drinks and I   11:43
10  leave. Usually throw anywhere from 40 to $50 up   11:43
11  on the bar, and I think that was pretty much what  11:43
12  the other guys did.               11:43
13    Q    How do you know that if you left    11:43
14  early?                            11:43
15       MR. NOVIKOFF: Objection.        11:43
16    A    Well, I watched everybody throw a    11:43
17  couple of 20s and a couple of tens up on the bar.  11:43
18    Q    Do you know whether the police     11:43
19  association money was ever used to pay for any of  11:43
20  those parties?                    11:43
21    A    I have no idea.               11:43
22       (Bacon Exhibit 12 marked for     11:44
23    identification as of this date.)    11:44
24    Q    I have placed in front of you what   11:44
25  has now been marked as Bacon 12. It's a two-page  11:44

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 357

T. Bacon

1
2    exhibit bearing Bates number P 926 and P 927.    11:44
3         Mr. Bacon, have you ever seen the    11:44
4    document marked as Bacon 12?    11:44
5    A    No.    11:44
6    Q    I refer to you the -- top of the    11:44
7    document, the letterhead.    11:44
8         It says Ocean Beach Police Benevolent    11:44
9    Association.    11:44
10        Do you see that?    11:44
11   A    Hum.    11:44
12   Q    Sitting here today, is that the first    11:44
13   time you have ever seen that entity?    11:44
14   A    Yes.    11:45
15   Q    Where is P.O. Box 25 in Ocean Beach,    11:45
16   New York, do you know?    11:45
17   A    I'm assuming -- I can't assume, so.    11:45
18   Q    You don't know?    11:45
19   A    No.    11:45
20   Q    Do you know what that phone number is    11:45
21   there?    11:45
22   A    No.    11:45
23   Q    You don't?    11:45
24   A    No, I do not.    11:45
25   Q    Does the barracks have a satellite    11:45

Page 358

T. Bacon

1
2    dish for the TV?    11:45
3    A    It does not; not now.  It may have at    11:45
4    one point.    11:45
5    Q    You don't know one way or the other    11:45
6    whether it did?    11:45
7    A    No.  I don't.    11:45
8    Q    Did there come a point in time that    11:45
9    you learned that somebody had written a letter    11:45
10   about Tom Snyder's, the timing of his signing in?    11:46
11   A    No.  No, I have not.    11:46
12   Q    Do you know whether there was ever    11:46
13   any issue with respect to the time that Tom Snyder    11:46
14   was signing in?    11:46
15        MR. NOVIKOFF: Where?    11:46
16        MR. GOODSTADT: At any point in time.    11:46
17        MR. NOVIKOFF: No.  Where?    11:46
18        MR. GOODSTADT: At Ocean Beach Police    11:46
19   Department when he was signing in for his    11:46
20   tour.    11:46
21        MR. NOVIKOFF: Objection.    11:46
22   A    No.  I know him and Carter were late    11:46
23   all the time.    11:46
24   Q    How do you know that?    11:46
25   A    Whenever I worked, if I was working    11:46

Page 359

T. Bacon

1
2    eight at night to four in the morning, they would    11:46
3    get in late because they didn't get off of their    11:46
4    tour from Islip Town Parks until midnight, and    11:46
5    they need to report there at midnight.    11:46
6         When I worked the midnight shift, we    11:46
7    sat around waiting the extra half hour and didn't    11:47
8    go in until about 12:30, when they arrived.    11:47
9    Q    So, you waited a half for Snyder and    11:47
10   Carter to go in?    11:47
11   A    Yes.    11:47
12   Q    Did you ever hear of anybody writing    11:47
13   a letter with respect to that issue, them arriving    11:47
14   late?    11:47
15   A    No, I have not.    11:47
16   Q    Did you ever arrive late for your    11:47
17   tour?    11:47
18   A    Have I?    11:47
19   Q    Yes.    11:47
20   A    Yes.    11:47
21   Q    How many times?    11:47
22   A    Maybe once, maybe twice in almost 20    11:47
23   years.    11:47
24   Q    Did you get paid for the time that    11:47
25   you didn't work but you were supposed to be    11:47

Page 360

T. Bacon

1
2    scheduled to be paid -- scheduled to work?    11:47
3         MR. NOVIKOFF: Objection.    11:47
4    A    I don't recall.    11:47
5    Q    So, is it your testimony that when we    11:47
6    review the video surveillance from the Marine    11:47
7    Bureau, up at the check point, it will show that    11:47
8    you arrived on time for your shift?    11:47
9         MR. NOVIKOFF: Objection.    11:47
10        Is there an a video from the Marine    11:47
11   Bureau that has been produced for you that I    11:47
12   don't know?  I mean, is there a video at    11:47
13   all, or is that speculation by counsel?  Is    11:47
14   there a video at all?    11:48
15        MR. GOODSTADT: We have a subpoena    11:48
16   out there, you know about that.    11:48
17        MR. NOVIKOFF: No, I know about the    11:48
18   subpoena.  I didn't know if something has    11:48
19   been produced.    11:48
20        THE WITNESS: If there is a video,    11:48
21   it's going to show me showing up at 11:30.    11:48
22   And if there is, in fact, a video, it will    11:48
23   show Mr. Snyder and Mr. Carter showing up at    11:48
24   about 12:30.  So, please, I would love to    11:48
25   see the video.    11:48

25  (Pages 357 to 360)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 361

T. Bacon

1
2      (Bacon Exhibit 13 marked for      11:48
3      identification as of this date.)   11:48
4   BY MR. GOODSTADT:                     11:48
5      Q   I have placed in front of Mr. Bacon 11:48
6   what has been mark as Bacon 13.  It is a two-page 11:48
7   exhibit bearing Bates P 916 and P 336.   11:49
8      Mr. Bacon, have you ever seen either 11:49
9   of the pages that have been marked as part of 11:49
10  Bacon 13?                             11:49
11     A   No, I have not.                11:49
12     Q   Is this the first time you became 11:49
13  aware of this letter?                 11:49
14     A   Yes.  It's the first time I have seen 11:49
15  it.                                   11:49
16     Q   Do you know who Mitch Burns is? 11:49
17     A   No.  I don't.  I know of a Mitch in 11:49
18  Ocean Beach, but I don't know a Mitch Burns.  It 11:49
19  may be the same individual.           11:49
20     Q   Is Mitch a resident of Ocean Beach? 11:49
21     A   I believe so.                  11:49
22     Q   Where is his house or apartment?   11:49
23     A   I have no idea.                11:49
24     Q   Have you ever been to Mitch's house 11:49
25  or apartment?                         11:49

Page 362

T. Bacon

1
2      A   No.                           11:49
3      Q   What does Mitch look like, that you 11:50
4   know of?                              11:50
5      A   Maybe 5'10", skinny, olive skin, 11:50
6   brown hair, kind of eccentric, always has 11:50
7   good-looking girls hanging on him.    11:50
8      Q   Did you ever hear that the Mitch that 11:50
9   you know of was dealing drugs?        11:50
10     A   Yes.                          11:50
11     Q   And how did you hear of that?  11:50
12     A   From the plaintiffs.           11:50
13     Q   And when did you hear that from the 11:50
14  plaintiffs?                           11:50
15     A   They always stated that on a routine 11:50
16  basis, that it was "Mitch, the drug dealer." 11:50
17     Q   Do you know what their basis was for 11:50
18  making those statements?              11:50
19     A   Probably supposition on their part. 11:50
20     Q   You don't know what the basis was? 11:50
21     MR. NOVIKOFF:  You asked him does he 11:50
22  know the basis and he just told you what his 11:50
23  basis was.                            11:50
24     MR. GOODSTADT:  He told me probably 11:51
25  what it was.                          11:51

Page 363

T. Bacon

1
2      MR. NOVIKOFF:  Objection to form.  11:51
3      A   It certainly isn't based on any  11:51
4   probable cause, I'm sure.  Because if he was, then 11:51
5   they would have arrested him.         11:51
6      Q   So, the Mitch that you are testifying 11:51
7   to you have heard the plaintiffs refer to as 11:51
8   "Mitch, the drug dealer"?             11:51
9      A   Yes.                          11:51
10     Q   Which plaintiffs referred to him as 11:51
11  that?                                 11:51
12     A   Snyder, Lamm, Carter and Fiorillo. 11:51
13     Q   Did you ever hear Nofi refer to him 11:51
14  as "Mitch, the drug dealer"?          11:51
15     A   No.                           11:51
16     Q   Did you ever ask these guys why they 11:51
17  call him "Mitch, the drug dealer"?    11:51
18     A   No.                           11:51
19     Q   Were you friends with Mitch?   11:51
20     A   No.                           11:51
21     Q   Do you know whether Hesse is friends 11:51
22  with him?                             11:51
23     MR. NOVIKOFF:  Is the question does 11:51
24  he know if Hesse is friends with him at this 11:51
25  time?                                 11:51

Page 364

T. Bacon

1
2      MR. GOODSTADT:  Yes.              11:51
3      A   Not that I know of.           11:51
4      Q   Do you know whether or not the  11:51
5   Bosettis are friends with him?        11:51
6      MR. NOVIKOFF:  Objection.         11:51
7      A   Not that I know of.           11:51
8      Q   Other than for the four plaintiffs 11:51
9   that you mentioned, did you ever hear anyone else 11:51
10  mention that Mitch was dealing drugs?  11:52
11     A   Nope.                         11:52
12     (Witness and counsel conferring.)  11:52
13     MR. NOVIKOFF:  You don't have to go 11:52
14  off.                                  11:52
15  BY MR. GOODSTADT:                     11:52
16     Q   Do you know whether he owns property 11:52
17  in Ocean Beach?                       11:52
18     MR. NOVIKOFF:  Mitch?             11:52
19     MR. GOODSTADT:  Mitch.            11:52
20     A   I have no idea.               11:52
21     Q   Did you ever assign a dockmaster to 11:52
22  cover for you at the police station?  11:52
23     A   No.                           11:52
24     Q   Were you ever aware of any police 11:52
25  officers assigning a dockmaster to cover for them? 11:52

26  (Pages 361 to 364)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 365

T. Bacon

1
2    A    Yes.                                11:53
3    Q    Who, which police officers?        11:53
4    A    I can't tell you specifically who. I 11:53
5    can tell you the circumstances.          11:53
6    Q    But you don't know who?             11:53
7    A    No.                                 11:53
8    Q    Is it appropriate to have a         11:53
9    dockmaster assigned to the police station?   11:53
10        MR. NOVIKOFF: Objection.            11:53
11   A    Under the circumstances, yes.       11:53
12   Q    How many times did it happen, that  11:53
13   are you aware of?                         11:53
14   A    A handful.                          11:53
15   Q    And what were the circumstances?    11:53
16   A    The circumstances were there was a  11:53
17   big fight, a 10-16, or somebody called a 10-1, and 11:53
18   they needed every available police officer. So,  11:53
19   you couldn't leave the desk unmanned. It was  11:53
20   almost routine practice, when that would happen,  11:53
21   whoever was working the desk would instruct the  11:53
22   dockmaster to take the radio while he ran out, you 11:53
23   know, ran out the door to assist the other  11:53
24   officers.                                11:53
25   Q    10-16 is a fight?                   11:53

Page 366

T. Bacon

1
2    A    10-16 is a fight, yes.              11:53
3    Q    What is a 10-1?                     11:53
4    A    Officer down, officer needs         11:53
5    assistance.                              11:53
6    Q    That is a serious radio code, right, 11:53
7    10-1?                                    11:53
8    A    Yes.                                11:53
9    Q    And, in fact, it would cause somebody 11:53
10   sitting behind the desk to have a dockmaster take 11:53
11   their position and get out of there as quickly as 11:54
12   possible; correct?                       11:54
13        MR. NOVIKOFF: Objection.            11:54
14   A    To back up the officer in need, yes. 11:54
15   Q    Are there any more serious codes than 11:54
16   a 10-1 in your opinion?                   11:54
17        MR. NOVIKOFF: Objection.            11:54
18   A    I think a 10-1 is probably the most  11:54
19   serious. But also, it depends, you have a 10-9,  11:54
20   and it turns out to be a cardiac arrest and the   11:54
21   officer is by himself, and you have an officer on 11:54
22   the desk, I would turn around and I would call the 11:54
23   dockmaster to take the desk so I could assist the 11:54
24   officer, you know, doing CPR, treating the aided. 11:54
25   Q    10-9 is an aid case?                11:54

Page 367

T. Bacon

1
2    A    It's a serious aided case, a         11:54
3    resuscitator case.                       11:54
4    Q    Where did you learn the 10 codes    11:54
5    from?                                    11:54
6    A    Suffolk County Police Academy.      11:54
7    Q    Do you think it's important to know 11:54
8    the ten codes?                           11:54
9        MR. NOVIKOFF: Objection.             11:54
10   A    Yes.                                11:54
11   Q    Do you think it would be a safety   11:55
12   risk if some of the officers didn't know the 10  11:55
13   codes?                                   11:55
14   A    It could be.                        11:55
15   Q    Were you ever instructed not to issue 11:55
16   summonses to certain businesses?          11:55
17   A    No.                                 11:55
18   Q    Were you ever instructed not to issue 11:55
19   summonses to certain people?              11:55
20   A    No.                                 11:55
21   Q    The last time you testified about   11:55
22   some conversations that you had with Alison over  11:55
23   at civil service.                         11:55
24        Do you recall testifying to that?   11:55
25   A    Yes.                                11:55

Page 368

T. Bacon

1
2    Q    Have you ever met her face to face? 11:55
3    A    No, I have not.                     11:55
4    Q    Do you know what she looks like?    11:55
5    A    Couldn't tell you. She could be     11:55
6    Alison for all I know.                    11:55
7    Q    Did you ever hear George Hesse talk 11:55
8    about her, mention her name?              11:55
9    A    Yes.                                11:56
10   Q    How many times?                     11:56
11   A    A handful.                          11:56
12   Q    And what did he say about her?      11:56
13   A    Regarding the civil service status,  11:56
14   if there were questions they were to be directed  11:56
15   to her.                                  11:56
16   Q    And do you know why they were being 11:56
17   directed to her?                          11:56
18   A    As we said the last time we were     11:56
19   here, going for the -- you know, the process and  11:56
20   whatnot, if there were questions, that they had to 11:56
21   be directed to her.                       11:56
22   Q    But do you know why they would have 11:56
23   to be directed to her?                    11:56
24   A    Because she is from civil service and 11:56
25   she is the one who is the expert in civil service 11:56

27  (Pages 365 to 368)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 369

T. Bacon

1
2  policies.                              11:56
3    **Q    Okay.                        11:56**
4    A    While you are -- is it all right if I 11:56
5  take a break and use the mens room?    11:56
6        THE VIDEOGRAPHER: The time is    11:56
7  11:57 a.m.                            11:56
8        We are going off the record.     11:56
9        (Recess taken.)                  12:07
10       THE VIDEOGRAPHER: The time is    12:08
11  12:08 p.m.                           12:08
12       We are back on the record.       12:08
13       (Bacon Exhibit 14 marked for     12:08
14    identification as of this date.)    12:08
15  BY MR. GOODSTADT:                     12:09
16   **Q    Mr. Bacon, at the April 2nd, 2006,   12:09**
17  **department meeting, I believe you testified you   12:09**
18  **had some paperwork you had to fill out; is that   12:09**
19  **correct?                           12:09**
20    A    Yes.                          12:09
21   **Q    What type of paperwork did you have   12:09**
22  **to fill out?                       12:09**
23    A    I don't recall specifically.   12:09
24   **Q    Did you fill out paperwork every   12:09**
25  **year?                              12:09**

Page 370

T. Bacon

1
2    A    I believe we did.              12:09
3   **Q    Was there anything different about   12:09**
4  **the paperwork in '06 than other years?   12:09**
5    A    Not that I recall.             12:09
6   **Q    I placed in front of          12:09**
7  **Mr. Bacon Exhibit 14 --            12:09**
8        MR. NOVIKOFF:  What was 13?  Okay, I 12:09
9    got it.  I missed a number, thank you.   12:09
10   Bacon 14.                          12:10
11  BY MR. GOODSTADT:                     12:10
12   **Q    I placed in front of Mr. Bacon what  12:10**
13  **has been marked as Bacon 14.  It is a one-page  12:10**
14  **exhibit bearing Bates number 7354.   12:10**
15       **Mr. Bacon, do you recognize this   12:10**
16  **document that's been marked as Bacon 14?   12:10**
17    A    I do.                         12:10
18   **Q    Is that your signature on the second  12:10**
19  **line up from the bottom?           12:10**
20    A    Yes, it is.                    12:10
21   **Q    And what did you -- after that it   12:10**
22  **says your signature, "P.O."  What does that stand 12:10**
23  **for?                               12:10**
24    A    Police officer.                12:10
25   **Q    And then it says number?       12:10**

Page 371

T. Bacon

1
2    A    420.                          12:10
3   **Q    What is that?                 12:10**
4    A    My shield.                     12:10
5   **Q    And then slash --             12:10**
6    A    8900.  That is my command.      12:10
7   **Q    What does that mean?          12:10**
8    A    It's your official police signature. 12:10
9  When you sign something as a police officer, you 12:10
10  sign your name, your rank, your shield and your  12:10
11  command.                             12:10
12   **Q    What does it mean by "your command"? 12:10**
13    A    Who you work for.              12:10
14   **Q    And 8900, that is --          12:10**
15    A    That is Ocean Beach's command number, 12:10
16  correct.                             12:11
17   **Q    Who issues the number for Ocean   12:11**
18  **Beach?                             12:11**
19    A    I'm not certain.               12:11
20   **Q    Do you know it it's a County thing or 12:11**
21  **State thing?                       12:11**
22    A    It may be a County thing, it may be a 12:11
23  State thing.  I'm not certain.         12:11
24   **Q    Have you had to sign this agreement  12:11**
25  **for every year you worked there?      12:11**

Page 372

T. Bacon

1
2    A    No.  I did sign something like that  12:11
3  when I first got hired.                12:11
4   **Q    Okay.                         12:11**
5    A    And then this was one that was done  12:11
6  on April 2nd of '06.                   12:11
7   **Q    Do you know why it was being done on 12:11**
8  **April 2nd of '06?                   12:11**
9    A    I believe everybody was doing that.  12:11
10  He just wanted to keep track of firearms that   12:11
11  people were purchasing.               12:11
12   **Q    Did you ever have any communications 12:11**
13  **with either of the Bosettis about the fact that   12:11**
14  **the plaintiffs had filed a lawsuit in this case?   12:11**
15       MR. NOVIKOFF:  Objection.  Asked and 12:11
16    answered.                          12:11
17    A    I remember, as I said, when we were  12:11
18  here back in February that -- that was what we    12:11
19  heard through the rumor mill.  I don't remember    12:11
20  specifically who, but that there was a lawsuit   12:11
21  filed, it involved them, and that was the extent   12:11
22  of it.  We don't know the -- did not know what the 12:12
23  specifics were.                      12:12
24   **Q    I don't believe that you testified   12:12**
25  **who was the rumor mill.  I thought you testified  12:12**

28  (Pages 369 to 372)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 373

T. Bacon

1
2  that it was guys in the department.        12:12
3        MR. NOVIKOFF:  No, no.  Hold on.  Are 12:12
4  you done with your statement/question?      12:12
5        MR. GOODSTADT:  No.  I just wanted to 12:12
6  explain why I am asking this question.      12:12
7      Q    Now, I am asking you whether you   12:12
8  recall, after speaking with either of the   12:12
9  Bosettis, about the fact that the plaintiffs had 12:12
10 sued in this case.                           12:12
11       MR. NOVIKOFF:  Objection.  Asked and  12:12
12 answered.
13       His testimony is what his testimony   12:12
14 is in February.  You can answer the         12:12
15 question.                                    12:12
16     A    Right.  The rumor mill or the guys. 12:12
17 Bosettis specifically?  No.                  12:12
18     Q    So, you don't recall specifically  12:12
19 speaking with Gary Bosetti about anything do with 12:12
20 the facts or allegations in this complaint?  12:12
21     A    Not that I recall.                  12:12
22     Q    And you don't recall speaking with 12:12
23 Rich Bosetti about anything to do with the fact 12:12
24 that a lawsuit has been filed or any other   12:12
25 allegations in the complaint?                12:12

Page 374

T. Bacon

1
2      A    No.                                 12:13
3      Q    Is there anything that you can think 12:13
4  of that would refresh your recollection?    12:13
5      A    I don't think so.  If you have     12:13
6  something then, please --                    12:13
7        MR. NOVIKOFF:  Please what?            12:13
8        THE WITNESS:  Provide it to refresh   12:13
9  my recollection.                             12:13
10       MR. NOVIKOFF:  There you go.           12:13
11       THE WITNESS:  I have nothing further  12:13
12 at this time.                                12:13
13       MR. NOVIKOFF:  Okay.                   12:13
14 EXAMINATION                                  12:13
15 BY MR. NOVIKOFF:                             12:13
16     Q    Good morning, Mr. Bacon.  How are  12:13
17 you?                                         12:13
18     A    Good morning.                       12:13
19       How are you?                           12:13
20     Q    Fine.  Thank you.                   12:13
21       Back in February, I believe the       12:13
22 subject came up of drinking in the Village of 12:13
23 Ocean Beach, certain police officers drinking. 12:13
24     A    Yes.                                12:13
25     Q    Did you ever witness any of the    12:13

Page 375

T. Bacon

1
2  plaintiffs drinking alcohol while on duty?   12:13
3      A    Yes.                                12:13
4      Q    And whom did you, personally,      12:13
5  witness?                                     12:13
6      A    It was Ed Carter.                   12:13
7      Q    And on how many occasions did you  12:13
8  witness Ed Carter drink while on duty?       12:13
9      A    That was the one that I recall.    12:13
10     Q    And when was that?                  12:13
11     A    As I previous stated, previously   12:13
12 stated, it was the end of a tour, four or    12:13
13 5 o'clock in the morning, somebody went and got a 12:13
14 pizza at one of the pizza parlors.           12:14
15       He went and got a pitcher, I thought  12:14
16 was Coke, from CJ's, brought it over.  I poured a 12:14
17 glass.  It turned out to be a pitcher of rum and 12:14
18 Coke, and I dumped it, and I believe pretty much 12:14
19 everybody else did, and he drank the remainder of 12:14
20 pitcher.                                     12:14
21     Q    And what year was this, if you can 12:14
22 recall?                                      12:14
23     A    I don't -- I don't remember.       12:14
24     Q    Okay.  Now, are any of plaintiffs in 12:14
25 the room today?                              12:14

Page 376

T. Bacon

1
2      A    Yes, Mr. Snyder is.                 12:14
3      Q    Is Mr. Snyder the person sitting to 12:14
4  trite of Mr. Goodstadt?                      12:14
5      A    Yes.                                12:14
6      Q    Okay.  Now, did there ever come a  12:14
7  time that you saw Mr. Snyder, while on duty, 12:14
8  engaged in a sexual act?                     12:14
9      A    Snyder?  No.                        12:14
10     Q    Did you ever recall seeing any of the 12:14
11 plaintiffs, while on duty, engaged in a sexual 12:14
12 act?                                         12:15
13     A    Yes.                                12:15
14     Q    Without telling me the sexual act  12:15
15 yet, who was that plaintiff?                 12:15
16     A    Officer Frank Fiorillo.            12:15
17     Q    Okay.  And what sexual act did you 12:15
18 see Mr. Fiorillo engaging in?                12:15
19     A    He was getting a blow job.         12:15
20     Q    From a woman or a man?             12:15
21     A    I'm not sure.                       12:15
22     Q    Okay.  Where was he engaging in this 12:15
23 sexual act?                                  12:15
24     A    Behind the school, over by the     12:15
25 playground.                                  12:15

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 377

```
 1                    T. Bacon
 2      Q    And how -- what is the basis for your  12:15
 3  opinion that Mr. Fiorillo was on duty at this    12:15
 4  point in time that he was receiving this sexual  12:15
 5  act?                                             12:15
 6      A    He was in uniform and he was in a Gem   12:15
 7  cart.                                            12:15
 8      Q    What is a Gem cart?                     12:15
 9      A    It's an electric powered, bigger than  12:15
10  a golf cart, you know, smaller an automobile.    12:15
11      Q    So, he was engaged in this sexual      12:15
12  act, with either a man or a woman, while in his  12:15
13  police uniform and in a police vehicle?          12:16
14      A    Yes.                                    12:16
15      Q    Okay.  And where were you when you     12:16
16  witnessed this?                                  12:16
17      A    I was on my bicycle.                    12:16
18           Plaintiffs attorney was asking if I    12:16
19  was sleeping in the park.                        12:16
20      Q    Um-hum.                                 12:16
21      A    And I was not -- that is how I         12:16
22  observed him.  I was riding my bike, and was    12:16
23  riding around, and he pulled up, and as I pulled 12:16
24  out, I saw a head with a ponytail bobbing in his 12:16
25  lap.                                             12:16
```

Page 378

```
 1                    T. Bacon
 2      Q    And you have no doubt in your mind,    12:16
 3  as you are sitting here today, that the person   12:16
 4  that was receiving this sexual act was           12:16
 5  Mr. Fiorillo?                                    12:16
 6      A    None whatsoever.                        12:16
 7      Q    And because I am sure Mr. Goodstadt    12:16
 8  will ask you this, I will ask it.                12:16
 9           What, if anything, did you do upon     12:16
10  witnessing this sexual act?                      12:16
11      A    I kept on my way, usual patrol.         12:16
12      Q    And is there a reason why you didn't   12:16
13  tell either Chief Paradiso or George Hesse about 12:16
14  this?                                            12:16
15      A    No, sir.  It wasn't my business.  It   12:17
16  didn't affect my performance, my duties.  I      12:17
17  continued to patrol.                             12:17
18      Q    Now, did you ever witness any of the   12:17
19  plaintiffs becoming physically abusive with a    12:17
20  member of the public while in uniform in Ocean   12:17
21  Beach?                                           12:17
22      A    Yes.                                    12:17
23      Q    And which plaintiff or plaintiffs did  12:17
24  you, personally, witness engaging in or physically 12:17
25  abusing, in your opinion, a member of the public 12:17
```

Page 379

```
 1                    T. Bacon
 2  while in uniform?                                12:17
 3      A    That was Kevin Lamm.                     12:17
 4      Q    Okay.  And can you describe the         12:17
 5  circumstances for me forming the basis for your  12:17
 6  opinion that Kevin Lamm, on one occasion, at least 12:17
 7  on one occasion, was being physically abusive with 12:17
 8  a member of the public while in uniform?         12:17
 9      A    Yes.  George Hesse was writing a        12:17
10  summons to a female at the ferry line.  Her      12:17
11  boyfriend was highly intoxicated.  He tried to   12:18
12  step in and intervene.  There was a bunch of us at 12:18
13  the ferry line.                                  12:18
14           I tried keeping him back and talking    12:18
15  to him.  He went to take a swing at George.  I   12:18
16  took him down to the ground.  Kevin Lamm jumped on 12:18
17  him, didn't attempt to put handcuffs on him, put 12:18
18  him in a headlock and just started pummeling him. 12:18
19           It took myself and two or three        12:18
20  officers to pull Kevin off of the individual.    12:18
21      Q    To your knowledge, did that            12:18
22  individual that was being beaten up by Mr. Lamm  12:18
23  file a complaint?                                12:18
24      A    I have no idea.                          12:18
25      Q    Do you know what, if anything, Mr.     12:18
```

Page 380

```
 1                    T. Bacon
 2  Hesse said to Mr. Lamm concerning that incident? 12:18
 3      A    I'm assuming --                          12:18
 4      Q    Don't assume.                           12:18
 5      A    No, no.                                  12:18
 6      Q    Did Mr. Hesse ever advise you that he  12:18
 7  said something to Mr. Lamm concerning this       12:18
 8  incident?                                        12:19
 9      A    I believe -- yes, he did say he was     12:19
10  going to counsel him.                            12:19
11      Q    And did you inquire of Mr. Hesse as    12:19
12  to what he meant by "counsel"?                   12:19
13      A    No.                                      12:19
14      Q    Did you ever learn as to what, if      12:19
15  anything, Mr. Hesse said to Mr. Lamm concerning  12:19
16  this incident?                                   12:19
17      A    No.                                      12:19
18      Q    Were there any other instances         12:19
19  involving Mr. Lamm which would lead you to believe 12:19
20  that he had an anger issue?                      12:19
21           MR. GOODSTADT:  Objection.              12:19
22      A    Yes.                                     12:19
23           MR. GOODSTADT:  Objection to the        12:19
24  form.                                            12:19
25           MR. NOVIKOFF:  What is the basis?       12:19
```

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 381

T. Bacon

1
2      MR. GOODSTADT:  What do you mean by  12:19
3  "an anger issue"?                            12:19
4  BY MR. NOVIKOFF:                             12:19
5      Q    Sir, do you have understanding as to  12:19
6  what I mean by "an anger issue"?             12:19
7      A    Yes.                                12:19
8      Q    What is your understanding as to what  12:19
9  I mean when I use of the phrase "anger issue"?  12:19
10     A    That he harbored hostilities toward  12:19
11  the public at large.                        12:19
12     Q    Given your understanding of that --  12:19
13  given what you believe I meant by "anger issue,"  12:19
14  and I will adopt that definition for purposes of  12:19
15  this question, I will repeat the question.  12:19
16         Were there any other incidents that  12:19
17  you witnessed with Mr. Lamm, where you believe  12:19
18  that he had an anger issue?                  12:19
19     A    Yes.                                12:20
20     Q    Can you please describe for the jury  12:20
21  and for the judge, who may be watching this tape,  12:20
22  the basis for your opinion?                  12:20
23     A    Yes.  Routinely he ended up on the  12:20
24  east end, down by Houser's or by the phone  12:20
25  company, and he used to go on his rants, his  12:20

Page 382

T. Bacon

1
2  tirades, how he hated Jews, he hated fags, he  12:20
3  hated the public.  He was looking for an excuse to  12:20
4  hit somebody with baton.                     12:20
5         We used to get complaints from  12:20
6  civilians how he used to poke people with his  12:20
7  baton.                                       12:20
8      Q    Now, did you ever talk to Mr. Lamm  12:20
9  about these anger issues?                    12:20
10     A    No.                                 12:20
11     Q    You mentioned Mr. Lamm making some  12:20
12  antisemitic comments and homophobic comments.  12:20
13     A    Yes.                                12:20
14     Q    Can you describe in more detail what  12:20
15  you heard Mr. Lamm say with regard to, say, making  12:20
16  comments that you believe to be antisemitic?  12:20
17     A    Just that he hated these fucking  12:21
18  Jews.                                        12:21
19     Q    Is it you saying "fucking Jews" or is  12:21
20  Mr. Lamm saying "fucking Jews"?              12:21
21     A    No, Mr. Lamm.                       12:21
22         Referring to Ocean Beach as Ocean  12:21
23  Berg.  He, he just hated people, in general.  12:21
24     Q    And what about, with his comments  12:21
25  about homosexuals.  What, specifically, do you  12:21

Page 383

T. Bacon

1
2  recall Mr. Lamm saying?                      12:21
3      A    Just that Ocean Beach was overrun  12:21
4  with fags and Jews.                          12:21
5      Q    And did, in your presence, any of the  12:21
6  other plaintiffs make similar comments?      12:21
7      A    Yes.                                12:21
8      Q    Concerning the Jews?                12:21
9      A    Yes.  Mr. Snyder and Mr. Carter used  12:21
10  to routinely refer to Ocean Beach as Ocean Berg.  12:21
11     Q    What about with regard to            12:21
12  homosexuals?                                12:21
13     A    No.                                 12:21
14     Q    How about with regard to African  12:21
15  Americans?                                   12:21
16     A    No.                                 12:21
17     Q    Okay.  Did any of the other          12:21
18  plaintiffs refer to Ocean Beach as Ocean Berg?  12:21
19     A    Not that I recall.                  12:21
20     Q    Have you had -- were you, personally,  12:22
21  involved -- withdrawn.                       12:22
22         Did you, personally, witness any      12:22
23  incidents involving Mr. Nofi's use of physical  12:22
24  force?                                       12:22
25     A    Yes.                                12:22

Page 384

T. Bacon

1
2      Q    Can you describe for the judge and  12:22
3  jury, who may be seeing this video, that incident?  12:22
4      A    Well, Joe Nofi always had a habit of  12:22
5  when he approached somebody, he would whistle, and  12:22
6  he would tell them, "Hey, you.  Come over here.  12:22
7  What the fuck are you thinking of?"          12:22
8         He was very, very crass,              12:22
9  unprofessional.  Telling people he ought to give  12:22
10  them a smack.  He was a very pushy, hands-on guy.  12:22
11         We had an incident where we had a  12:22
12  fight at the alligator --                    12:22
13     Q    Who had a fight, you and Mr. Nofi?  12:22
14     A    No, no.  There was a 10-16, a fight.  12:22
15  I pulled up on my bicycle.  Two people were  12:22
16  fighting.  Got them separated.               12:22
17         I was in the process of putting       12:22
18  handcuffs on one of the individuals, who was  12:22
19  compliant, and Joe Nofi came running up with a  12:22
20  flying tackle, and tackled myself and the  12:23
21  individual whom I was handcuffing.           12:23
22     Q    Were you injured?                    12:23
23     A    Yes, I was.                          12:23
24     Q    And did Mr. Nofi explain why did he  12:23
25  that?                                        12:23

31 (Pages 381 to 384)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 385

T. Bacon

1
2    A    No.                                12:23
3    Q    Do you have any basis, given your    12:23
4  history in law enforcement that you went over    12:23
5  extensively with Mr. Goodstadt, as to why Mr. Novi 12:23
6  would have done that?                      12:23
7    A    Because he's incompetent. He's a    12:23
8  buffoon.                                   12:23
9       MR. GOODSTADT: Just note my        12:23
10  objection to the question.                12:23
11    Q    And I will get to this with regard to 12:23
12  the other plaintiffs, but what is your -- because 12:23
13  you testified to this this morning with regard to  12:23
14  Mr. Goodstadt's question.                   12:23
15       What is your basis for giving the    12:23
16  opinion that Mr. Nofi is incompetent and a    12:23
17  buffoon?                                   12:23
18    A    Reading his reports, when I was on   12:23
19  the desk, if he turned in a field report or a    12:23
20  summons, it looked like a five-year old wrote it. 12:23
21  Not just his penmanship, but his verbiage. He    12:23
22  didn't have a good grasp of the English language, 12:24
23  reading it or writing it.                   12:24
24    Q    Now, with regard to Mr. Nofi,       12:24
25  Mr. Goodstadt asked you this morning some    12:24

Page 386

T. Bacon

1
2  questions and you responded that you had trained, 12:24
3  try to train him a little bit?              12:24
4    A    Right.                             12:24
5    Q    Can you describe what you meant by   12:24
6  that?                                      12:24
7    A    Whenever somebody, who is new, they  12:24
8  spend a couple of shifts working with each of the 12:24
9  officers. Everybody has their own different    12:24
10  styles or whatever.                        12:24
11    Q    Um-hum.                            12:24
12    A    And I spent a couple of days with him 12:24
13  and he was a moron. He was pretty much      12:24
14  untrainable.                               12:24
15    Q    I believe you testified that, I just 12:24
16  want to get my notes to make sure that I am saying 12:24
17  this right.                                12:24
18       You said probably everyone at work   12:24
19  spent time with him.                       12:24
20    A    Yes.                               12:24
21    Q    What did you mean by that?         12:24
22    A    Like I said, everybody would spend a 12:24
23  couple of shifts working with new person. So, I'm 12:24
24  pretty sure almost every person in the department 12:24
25  has spent a day or two working with him --   12:25

Page 387

T. Bacon

1
2    Q    Um-hum.                            12:25
3    A    -- in various tours.               12:25
4    Q    Okay. Now, did you ever observe Mr. 12:25
5  Hesse criticize Mr. Lamm for how he interacted    12:25
6  with the public while on duty?              12:25
7    A    Yes, sir.                          12:25
8    Q    Can you describe those circumstances 12:25
9  in which you, personally, witnessed Mr. Hesse    12:25
10  criticizing Mr. Lamm?                      12:25
11    A    Yes. Kevin Lamm had a habit of     12:25
12  dragging people into the station house in    12:25
13  handcuffs for a routine summons.            12:25
14    Q    What do you mean by a "routine      12:25
15  summons"?                                  12:25
16    A    Whenever we issue a summons, we are 12:25
17  supposed to get ID, run a warrant check, give them 12:25
18  the summons, and send them on their way.    12:25
19  Occasionally, you would get somebody who was    12:25
20  non-compliant, didn't want to produce ID, didn't 12:25
21  have ID or whatever.                       12:25
22       We would bring them to the station,  12:25
23  usually not in handcuffs. But it seemed like    12:25
24  Kevin would have that happen three or four times a 12:25
25  shift, and George -- there was a memo, actually,  12:25

Page 388

T. Bacon

1
2  posted that summonses were to be issued in the    12:26
3  field, you know, unless there was an issue. And   12:26
4  he continued to bring people in in handcuffs.    12:26
5       And when he got done this one last   12:26
6  time, George says, "Kevin, in my office." They    12:26
7  closed the door and he counseled him.       12:26
8    Q    How do you know that he counseled    12:26
9  him?                                       12:26
10    A    Well, he was kind of loud, and the  12:26
11  Chief was annoyed, and I could hear it from behind 12:26
12  the closed door, but he did it behind closed    12:26
13  doors.                                     12:26
14    Q    What did you hear Chief Hesse say   12:26
15  to -- well, was Mr. Hesse the Chief at this time? 12:26
16    A    He was the Acting Deputy Chief,     12:26
17  right.                                     12:26
18    Q    What did Acting Deputy Chief Hesse  12:26
19  say that you heard through the walls?       12:26
20    A    I don't remember specifics, but in  12:26
21  sum and substance it was, "What don't you    12:26
22  understand about issuing field appearance tickets 12:26
23  in the field? You know, there is a memo, you have 12:26
24  been instructed." That was pretty much the gist  12:26
25  of it.                                     12:26

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 389

T. Bacon

1
2      Q     All right. Now, you testified in      12:26
3  response to Mr. Goodstadt's questions concerning  12:27
4  your opinion that Mr. Snyder hated the Bosettis?   12:27
5      A     Yes.                      12:27
6      Q     Could you, once again, tell the judge  12:27
7  and jury what is the basis for that objection?    12:27
8          MR. GOODSTADT: Objection.          12:27
9      A     Because of the tirade that he had    12:27
10 while we were in front of the police station,    12:27
11 sitting on the back of the golf cart. He made it  12:27
12 crystal clear that he did not like them, did not  12:27
13 trust them, that they were a thorn in his side.   12:27
14     Q     And that occurred after the Halloween 12:27
15 incident?                         12:27
16     A     Yes.                      12:27
17     Q     Now, Mr. Goodstadt asked you a      12:27
18 question concerning or a number of questions    12:27
19 concerning Mr. and Mrs. Jaeger.            12:27
20         Do you recall that earlier this      12:27
21 morning?                          12:27
22     A     Yes.                      12:27
23     Q     Now, I believe one of questions he   12:27
24 asked you was do you believe that Mrs. Jaeger    12:28
25 should have given a statement to the police on the 12:28

Page 390

T. Bacon

1
2  night of the Halloween incident.            12:28
3          Do you recall that question?        12:28
4      A     Yes, I do.                   12:28
5      Q     My question is a little bit         12:28
6  different.                         12:28
7          Do you believe the police officer     12:28
8  responding to the call should have demanded a    12:28
9  statement from Ms. Jaeger during the night of the  12:28
10 Halloween incident?                    12:28
11     A     Yes. And I am sure, had they gone to 12:28
12 her and spoke to her, she would have voluntarily  12:28
13 given a statement. They wouldn't have had to    12:28
14 demand.                          12:28
15     Q     Okay. Well, then let me rephrase the 12:28
16 question.                         12:28
17         Do you think that it was incumbent    12:28
18 upon the police officers that night to find      12:28
19 Ms. Jaeger and find out what her statement was?   12:28
20     A     Absolutely.                  12:28
21     Q     And why is that? What is the basis   12:28
22 for your opinion?                     12:28
23     A     Based on the conversation with her   12:28
24 and that there was an underlying criminal act    12:28
25 prior to the fight with the Bosettis.         12:28

Page 391

T. Bacon

1
2      Q     Is that normal police conduct in     12:28
3  terms of getting witness statements from alleged   12:29
4  victims?                          12:29
5      A     Yes.                      12:29
6      Q     Now, we talked about your belief that 12:29
7  Mr. Nofi is both stupid and incompetent. The    12:29
8  question I have for you, and I believe you      12:29
9  testified in response to one of Mr. Goodstadt's   12:29
10 questions that, in addition to Mr. Nofi being    12:29
11 stupid and incompetent, that the other plaintiffs 12:29
12 were incompetent.                     12:29
13         What is the basis for your belief     12:29
14 that the other plaintiffs were incompetent police 12:29
15 officers?                         12:29
16     A     They weren't effective at doing their 12:29
17 job.                            12:29
18     Q     What makes you believe that they     12:29
19 weren't effective in doing their job?         12:29
20     A     Personal observations.           12:29
21     Q     Okay.                      12:29
22     A     Snyder and Carter were late all the  12:29
23 time. Carter was always up in the barracks      12:29
24 sleeping when he should have been working. Okay.  12:29
25         We had Fiorillo, who was abusive, and 12:29

Page 392

T. Bacon

1
2  his goal in life was to issue the greatest number  12:29
3  of summonses, and that is really not an effective  12:29
4  way to police people by just beating people into  12:30
5  submission and getting summonses written.      12:30
6          Sometimes -- first of all, you have   12:30
7  discretion in issuing summonses. If you are not   12:30
8  allowed to rollerblade in Ocean Beach, and you    12:30
9  have to have a shirt on in the business district,  12:30
10 and I am on patrol, and you come and you roll up   12:30
11 on rollerblades with no shirt and ask me for     12:30
12 directions, common sense would say I will give you 12:30
13 the directions and say -- I would educate. "You   12:30
14 need to have a shirt on and you can't have the    12:30
15 rollerblades on." That would be common sends.    12:30
16         Mr. Fiorello lacked that. He would    12:30
17 just sit there and issue the summons and the guy   12:30
18 is clueless.                        12:30
19     Q     I would suggest if I rolled up on     12:30
20 rollerblades without a shirt on, I would deserve a 12:30
21 summons.                          12:30
22     A     Perhaps.                    12:30
23     Q     How about Mr. Lamm? What is your     12:30
24 opinion that Mr. Lamm was an incompetent police   12:30
25 officer?                          12:30

33  (Pages 389 to 392)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 393

T. Bacon

1
2     A     Finishing with Fiorillo --          12:30
3     Q     Okay.                                12:31
4     A     -- and I am going to talk about Lamm 12:31
5   as well.                                     12:31
6           Failure to pay attention to detail,  12:31
7   that goes for the both of them.              12:31
8     Q     What do you mean by that?            12:31
9     A     Not aware of their surroundings, not 12:31
10  aware of what their duties as police officers 12:31
11  were.                                        12:31
12          You know, Lamm and Fiorillo were     12:31
13  being abusive towards the public, even Nofi for 12:31
14  that matter.  I mean, they were bullies with 12:31
15  badges, they were thugs with guns.           12:31
16    Q     And you, personally, witnessed the   12:31
17  bullying by Mr. Nofi --                      12:31
18    A     Yes.                                 12:31
19    Q     -- and Lamm and Fiorillo with the    12:31
20  public?                                      12:31
21    A     Yes.                                 12:31
22    Q     Did you witness Snyder and Carter    12:31
23  being bullies with the public?               12:31
24    A     No.  I can't say Snyder and Carter   12:31
25  were being bullies.                          12:31

Page 394

T. Bacon

1
2     Q     Your opinion of them being           12:31
3   incompetent had to do with other things than being 12:31
4   bullies?                                     12:31
5     A     Yes.                                 12:31
6     Q     And Lamm, anything else you can tell 12:31
7   the judge and jury that informs your opinion that 12:31
8   Mr. Lamm was an incompetent police officer?  12:31
9     A     Nothing that comes to mind.          12:31
10    Q     Now, Mr. Goodstadt asked you about   12:32
11  Mitch, who you identified as being the       12:32
12  plaintiffs saying "Mitch, the drug dealer,"  12:32
13  correct?                                     12:32
14          What plaintiffs --                   12:32
15          You have to say yes or no.           12:32
16    A     Yes, I apologize.                    12:32
17    Q     Which plaintiffs did you hear refer  12:32
18  to Mitch as "Mitch, the drug dealer"?        12:32
19    A     Kevin Lamm, Carter, Snyder.          12:32
20    Q     Now, did they ever -- well,          12:32
21  withdrawn.                                   12:32
22          And what did they say with regard to 12:32
23  "Mitch, the drug dealer," that you can recall? 12:32
24    A     Just referring to him as "Mitch, the 12:32
25  drug dealer."                                12:32

Page 395

T. Bacon

1
2     Q     Okay.  And did they ever give you the 12:32
3   basis for their opinion that Mitch was a drug 12:32
4   dealer?                                      12:32
5     A     No.                                  12:32
6     Q     Did they ever advise you that they   12:32
7   saw Mitch selling drugs?                     12:32
8     A     No.                                  12:32
9     Q     Did they ever advise you that they   12:32
10  were ever told that Mitch was selling drugs? 12:32
11    A     No.  If Mitch was, in fact, selling  12:33
12  drugs and they had knowledge, my question is:  Why 12:33
13  didn't they arrest them?  They are police     12:33
14  officers.                                    12:33
15    Q     Now, you made reference to Alison    12:33
16  Sanchez in response to, or Alison Chester, I don't 12:33
17  recall exactly how much Mr. Goodstadt used her 12:33
18  name, as an expert in civil service law.     12:33
19          What makes you believe that she was  12:33
20  an expert?                                   12:33
21    A     Well, she works for the Department of 12:33
22  Civil Service.  She is the one -- and I don't 12:33
23  believe I said "civil service law."  If I did 12:33
24  that, I don't know.                          12:33
25          But she is a representative from     12:33

Page 396

T. Bacon

1
2   civil service that we were instructed to contact 12:33
3   with -- some of the correspondence I had gotten 12:33
4   was from her, and she doesn't just deal with us as 12:33
5   a police department, she works for Suffolk County 12:33
6   Civil Service, and there is probably hundreds of 12:33
7   various civil service titles within the County.  12:33
8     Q     Now, let me ask you this question:   12:34
9   For what reason were you advised to call     12:34
10  Ms. Chester or Ms. Sanchez, depending on what her 12:34
11  name was at the time?                        12:34
12    A     Because I had to go back and I had to 12:34
13  reprocess through civil service because,     12:34
14  apparently, Chief Paradiso never notified them 12:34
15  that I was back to work with Village.         12:34
16    Q     When was this, back when --          12:34
17    A     Well, when I first came back in '99, 12:34
18  I don't believe I found out that I had to go back 12:34
19  to civil service until 2003, maybe 2004.     12:34
20    Q     Was there a certification issue that 12:34
21  you became aware of in the 2004 time period? 12:34
22    A     Yes.                                 12:34
23    Q     Can you just describe what your      12:34
24  understanding was of the certification issue? 12:34
25    A     That I needed to go through the civil 12:34

34  (Pages 393 to 396)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 397

T. Bacon

1
2  service process to tie up loose ends.          12:34
3      Q    And who told you that there was a    12:34
4  certification issue?                           12:34
5      A    I had gotten a letter from civil      12:34
6  service signed by Allison Sanchez.             12:34
7      Q    Did you ever speak to Mr. Hesse about 12:34
8  the certification issues?                       12:35
9      A    Yes.                       12:35
10     Q    What was the sum and substance of the 12:35
11 conversation with Mr. Hesse?                     12:35
12     A    Eddie Paradiso dropped the ball,      12:35
13 never notified them that I was back working for 12:35
14 them, and that I had to reprocess, and any further 12:35
15 questions were to be directed towards Alison.    12:35
16     Q    And did there come a point time that  12:35
17 you had to retake certain tests?                 12:35
18     A    I did.                     12:35
19     Q    How many tests did you take?          12:35
20     A    I did the medical, the polygraph, the 12:35
21 physical agility.  I don't believe I did the    12:35
22 psychological.                     12:35
23        I completed everything but the         12:35
24 psychological, and then I had gotten notification 12:35
25 from civil service that I was, in fact, certified 12:35

Page 398

T. Bacon

1
2  and it was an error on their part.             12:35
3      Q    So, the reason why you didn't take    12:35
4  the psychological was because you were notified -- 12:35
5  that you didn't because you were, in fact,      12:35
6  certified?                         12:35
7      A    Right.  And that the other tests that 12:35
8  I had taken were for naught.                    12:35
9      Q    Again, I think Mr. Snyder is in the   12:36
10 room; correct?                     12:36
11     A    Yes.                       12:36
12     Q    Did there come a time that Mr. Snyder 12:36
13 spoke to you about his prior military experience? 12:36
14     A    Yes.                       12:36
15     Q    And do you recall when he would have  12:36
16 spoken you to about this?                       12:36
17     A    That was back when he first came on   12:36
18 with Ocean Beach, and I was new, I think I had   12:36
19 been there about a year already.  So, I am going 12:36
20 to say it was in the early '90s.               12:36
21     Q    And what do you recall Mr. Snyder     12:36
22 saying to you with regard to his prior military  12:36
23 experience?                         12:36
24     A    That he was in the Navy.  That there  12:36
25 was a problem with civil service, and I think he 12:36

Page 399

T. Bacon

1
2  was in the process of applying for the park     12:36
3  rangers at that point, or maybe he was on, but  12:36
4  there was a problem because of his discharge.    12:36
5      Q    And did he tell you what type of      12:36
6  discharge he had?                       12:36
7      A    He did not.                12:36
8      Q    Did you ask?                12:36
9      A    No, I did not.              12:36
10     Q    Are you a member of the military?     12:36
11     A    I am or was, excuse me.          12:36
12     Q    For how long were you a member of the 12:36
13 military?                         12:37
14     A    Almost 22 years.              12:37
15     Q    In your capacity as a member of the  12:37
16 military, what type of discharges are there?     12:37
17     A    There is honorable, there is general, 12:37
18 and then there is dishonorable.                 12:37
19     Q    In your experience, if someone was    12:37
20 having a problem with civil service, would it be 12:37
21 because they were honorably discharged?          12:37
22        MR. GOODSTADT:  Objection.           12:37
23     A    Certainly not.              12:37
24     Q    How about, would they have a problem  12:37
25 with civil service if they were dishonorably     12:37

Page 400

T. Bacon

1
2  discharged?                         12:37
3        MR. GOODSTADT:  Objection.           12:37
4      A    Absolutely.                12:37
5  BY MR. NOVIKOFF:                       12:37
6      Q    What is the basis for your opinion?   12:37
7      A    If you have anything other than an    12:37
8  honorable discharge, you are going to have       12:37
9  problems with civil service.  Even with an       12:37
10 honorable discharge, you have to have an RE-1 code 12:37
11 or an RE-2 code.  That is a reenlistment eligible 12:37
12 code that allows you to reenlist in the military, 12:37
13 which means you left under honorable conditions   12:37
14 and the military would take you back.           12:37
15     Q    Did you ever submit a reference for   12:37
16 Mr. Fiorillo with regard to the FBI?             12:37
17     A    Yes.                       12:37
18     Q    When did that take place?            12:37
19     A    That was during his first season     12:38
20 being there.                       12:38
21     Q    Did he ask you to submit a reference? 12:38
22     A    No.                       12:38
23     Q    What were the circumstances           12:38
24 surrounding you submitting a reference to the FBI 12:38
25 on behalf of Mr. Fiorillo?                       12:38

35 (Pages 397 to 400)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 401

T. Bacon

1
2     A    I had gotten a phone call from his    12:38
3  investigator.                                  12:38
4     Q    What did the investigator ask you?    12:38
5     A    How he was as a police officer, asked 12:38
6  me questions regarding his character.          12:38
7     Q    And, to your knowledge, did           12:38
8  Mr. Fiorillo ever get the job with the FBI?    12:38
9     A    To my knowledge, no, he did not.       12:38
10    Q    Now, I am trying to go back in my      12:38
11 mind to February, which is difficult.          12:38
12    I think Mr. Goodstadt asked you about       12:38
13 an arrest that you had for -- I'm              12:38
14 sorry, withdrawn.                              12:38
15    Mr. Goodstadt asked you about you          12:38
16 engaging in -- you engaging the services of a  12:38
17 prostitute at one point in time in your life.  12:39
18    A    Yes.                                   12:39
19    Q    Do you recall that?                    12:39
20    A    I do.                                  12:39
21    Q    And I believe you testified that you  12:39
22 had numerous prostitutes on that same evening? 12:39
23    A    Yes.                                   12:39
24    Q    Where was this brothel that you were  12:39
25 in?                                            12:39

Page 402

T. Bacon

1
2     A    It was the Marble Palace in           12:39
3  Frankfurt, Germany.                            12:39
4     Q    When?                                  12:39
5     A    Back in 1985.                          12:39
6     Q    So, that is over 20 years ago?        12:39
7     A    Yes.                                   12:39
8          MR. GOODSTADT:  Objection.            12:39
9          MR. NOVIKOFF:  Did I miscalculate the 12:39
10         math in any context?                   12:39
11         MR. GOODSTADT:  No.                    12:39
12 BY MR. NOVIKOFF:                                12:39
13    Q    And, to your knowledge, was it        12:39
14 illegal in that part of Germany at that period of 12:39
15 time to be with a prostitute?                  12:39
16    A    No, it was legal.                      12:39
17    Q    It was legal?                          12:39
18    A    Yes.                                   12:39
19    Q    Okay.  So, we can move on from that.  12:39
20    Now, Mr. Goodstadt asked you, I           12:39
21 think, a question about another arrest that you 12:39
22 had concerning -- withdrawn.                    12:39
23    You know what, the testimony is what      12:39
24 it is.                                          12:40
25    Did you ever have to, in any capacity     12:40

Page 403

T. Bacon

1
2  in the last 20 years, get a secret security    12:40
3  clearance for your military job?               12:40
4     A    Yes.                                   12:40
5     Q    Okay.  And can you describe for       12:40
6  the -- well, you know what, let's go back and talk 12:40
7  about what you have done with your life in the 12:40
8  last 20 years before we get to that question.  12:40
9     Are you a volunteer fireman?              12:40
10    A    I am.                                  12:40
11    Q    For how many years have you been a    12:40
12 volunteer fireman?                             12:40
13    A    Twenty-five.                           12:40
14    Q    Where are you a volunteer fire        12:40
15 person?                                         12:40
16    A    In Islip.                              12:40
17    Q    And on 9/11, were you employed?       12:40
18    A    I was.                                 12:40
19    Q    And where were you employed?          12:40
20    A    I was employed as a Senior Court      12:40
21 Officer at Supreme Court, Criminal Term, 100   12:40
22 Centre Street, here in New York.               12:40
23    Q    Now, on September 11th, 2001, this    12:40
24 country encountered the tragic events of terrorist 12:41
25 attacks; correct?                              12:41

Page 404

T. Bacon

1
2     A    It did.                               12:41
3     Q    Were you involved in any aspect of    12:41
4  the terrorist attack or the aftermath of the   12:41
5  terrorist attack on September 11?             12:41
6     A    Yes.                                   12:41
7     Q    Can you please describe for the jury  12:41
8  and the judge, who may be listening to this, what 12:41
9  your involvement was shortly after the planes hit 12:41
10 the towers and the towers came down?          12:41
11    A    I was part of the security detail at  12:41
12 100 Centre Street.  I was the building's EMT or 12:41
13 emergency medical technician.  We mobilized about 12:41
14 12 officers.  We had our major, a sergeant and ten 12:41
15 other officers.                                12:41
16    We took a jury bus down to the World      12:41
17 Trade Center site.  We were on Broadway and Vesey 12:41
18 Street right over by, I guess it was, 7 World  12:41
19 Trade Center.                                   12:41
20    We went down there.  Prior to getting     12:41
21 on the bus, we grabbed all sorts of medical    12:41
22 equipment.  Everybody who was mobilized were   12:42
23 former military, medical background, and our   12:42
24 intent was to assist New York City EMS treating 12:42
25 the sick and injured, because we knew the system 12:42

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 405

T. Bacon

1
2   would be overwhelmed.                          12:42
3       Q    How long, on 9/11 how long were you  12:42
4   there for?                                     12:42
5       A    Almost the entire day.                12:42
6       Q    With you there on September 12?       12:42
7       A    Yes.                                  12:42
8       Q    September 13?                         12:42
9       A    Yes.                                  12:42
10      Q    How many days or weeks were you at    12:42
11  9/11, at the tower site after 9/11?            12:42
12      A    I was down there for about a month,   12:42
13  with the exception of two days that I had to   12:42
14  report for military duty, which I was called back 12:42
15  to New York for.                               12:42
16      Q    And where was this military duty?     12:42
17      A    At McGuire Air Force Base in New      12:42
18  Jersey.                                        12:42
19      Q    And did you rescue any person on      12:42
20  9/11?                                          12:42
21      A    I did.  Actually, I was in the mall   12:42
22  area, beneath tower two.  Myself, Mitch Wallace, 12:42
23  Harry Thompson, and Tommy Jergens had come upon 12:43
24  six injured victims that weren't ambulatory.  We 12:43
25  did a quick triage.                            12:43

Page 406

T. Bacon

1
2       The woman, who later was known to me    12:43
3   as Doris Torres, had burns over approximately  12:43
4   60 percent of her body.  We deemed her to be   12:43
5   critical and I was to remove her.              12:43
6       In the process of removing her, tower    12:43
7   two came down.  We got caught in the collapse.  It 12:43
8   was just outside the collapse zone.            12:43
9       The three other officers had             12:43
10  perished, as well as the other victims that they 12:43
11  were treating.                                 12:43
12      I put over a mayday over the radio,      12:43
13  because I was lost and disoriented, ended up   12:43
14  finding my way back out and, ultimately,       12:43
15  successfully removed Ms. Torres, with the      12:43
16  assistance of an FBI agent, a Port Authority cop 12:43
17  and a civilian to a triage center a couple of  12:43
18  blocks away.                                   12:43
19      Q    So, I was mistaken earlier.         12:44
20           You didn't go to twin tower sites   12:44
21  after the collapse, you went there while they were 12:44
22  still on fire?                                 12:44
23      A    Yes.                                  12:44
24      Q    And the officers that you went with  12:44
25  all perished?                                  12:44

Page 407

T. Bacon

1
2       A    Correct.                              12:44
3       Q    As well as the five other individuals 12:44
4   that you originally encountered?               12:44
5       A    Yes.                                  12:44
6       Q    And you were trapped in the collapse, 12:44
7   you were caught in the collapse?               12:44
8       A    I was caught in the collapse; I was  12:44
9   not trapped.  I was disoriented, but not trapped. 12:44
10      Q    Did you receive any type of medal or 12:44
11  other type of commendations for your efforts that 12:44
12  day?                                           12:44
13      A    I did.                                12:44
14      Q    Can you tell the jury and the judge,  12:44
15  who may be seeing this video, what you received? 12:44
16      A    I received a Medal of Valor for New  12:44
17  York State, received the Medal of Valor from my 12:44
18  job, received a letter signed by both the      12:44
19  President and the First Lady.                  12:44
20           Also, with respect to the Air Force  12:44
21  Reserves because --                            12:44
22      Q    Okay.  Go ahead.                      12:44
23      A    -- because I was a service member,   12:44
24  and we were under attack, I received the William 12:44
25  Pitsenbarger Award from the Air Force Reserve  12:45

Page 408

T. Bacon

1
2   Command.                                       12:45
3       I was later nominated and became the     12:45
4   firefighter of the year for the Air Force Reserve 12:45
5   command, the United States Air Force and the   12:45
6   Department of Defense.                         12:45
7       Q    And did Senator Clinton at any point 12:45
8   in time mention your name for any purpose on the 12:45
9   senate floor?                                  12:45
10      A    Yes.                                  12:45
11           MR. GOODSTADT:  Objection.           12:45
12      A    There was a proclamation by Senator  12:45
13  Clinton, specifically acknowledging the efforts of 12:45
14  the court officers who responded, as well as those 12:45
15  who perished.                                  12:45
16      Q    Now, to your knowledge, did         12:45
17  Mr. Snyder ever go down to the 9/11 site to     12:45
18  assist?                                        12:45
19      A    No.                                   12:45
20      Q    To your knowledge, did Mr. Carter    12:45
21  ever go down to the 9/11 site to assist?       12:45
22      A    No.                                   12:45
23      Q    How about Mr. Lamm?                   12:45
24      A    No.                                   12:45
25      Q    Now, if I told you that Mr. Nofi was 12:45

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 409

1          T. Bacon
2    seeking some type of monetary benefit for his    12:45
3    alleged involvement in 9/11, what would your    12:45
4    opinion be of that?              12:46
5        A    I would say he's full of shit.    12:46
6        Q    To your knowledge, did Mr. Nofi ever  12:46
7    go down to 9/11 to help out?          12:46
8        A    He may have, but not with Ocean Beach  12:46
9    Police, it was -- I don't know.        12:46
10        Q    Did he ever speak of it?        12:46
11        A    No.                  12:46
12        Q    Now --                12:46
13        THE VIDEOGRAPHER:  I'm sorry.  I need  12:46
14    to change the tape.              12:46
15        MR. NOVIKOFF:  Yeah.  Okay.  Take a  12:46
16    quick break.  I probably have maybe 20 more  12:46
17    minutes left.                  12:46
18        THE WITNESS:  Okay.            12:46
19        THE VIDEOGRAPHER:  The time is    12:46
20    12:46 p.m.                  12:46
21        We are going off the record.      12:46
22        (Recess taken.)            12:53
23        THE VIDEOGRAPHER:  The time is    12:53
24    12:54 p.m.                  12:53
25        We are back on the record with video  12:53

Page 410

1          T. Bacon
2    number three.                  12:53
3    BY MR. NOVIKOFF:                12:53
4        Q    Mr. Bacon, let's go over your    12:54
5    military record.                12:54
6        When did you first join the military?  12:54
7        A    I enlisted back in 1987.        12:54
8        Q    As what?                12:54
9        A    As -- enlisted in the Air National    12:54
10    Guard and I went in as an airman basic.      12:54
11        Q    What is a airman basic?        12:54
12        A    It's a no striper, entry level.    12:54
13        Q    Were you a reservist or full time?  12:54
14        A    I was in the National Guard.  I was a  12:54
15    reservist.                  12:54
16        Q    For how long have you been a      12:54
17    reservist?                    12:54
18        A    My entire career.            12:54
19        Q    For how many years?          12:54
20        A    Almost 22.                12:54
21        Q    Now, I think you said you received a  12:54
22    top security clearance through the United States  12:54
23    Air Force.                    12:54
24        A    Secret, not top secret, but secret.  12:54
25        Q    Just secret.  So, you weren't the    12:54

Page 411

1          T. Bacon
2    president, you were a step below.        12:54
3        Okay.  So you received security --    12:54
4    secret security clearance through United States  12:54
5    Air Force?                    12:54
6        A    Correct.                12:55
7        Q    When did you receive that?        12:55
8        A    Back in 1987.              12:55
9        Q    And at any point in time, did you --  12:55
10    was that secret security clearance taken away?    12:55
11        A    Never.                  12:55
12        Q    And to your knowledge, did you have  12:55
13    to undergo a background check before you got such  12:55
14    secret security clearance?          12:55
15        A    You have to get it before you get it  12:55
16    and every ten years it's up for review, and you    12:55
17    have to resubmit your package, where they conduct  12:55
18    another background investigation, and you are    12:55
19    printed again, and it's like you never had it, but  12:55
20    it's just to keep it going.            12:55
21        Q    Did you ever have to take any lie    12:55
22    detector test?                  12:55
23        A    No, I did not.            12:55
24        Q    Do you recall what you had to submit  12:55
25    to the United States Air Force to get a secret    12:55

Page 412

1          T. Bacon
2    security clearance?              12:55
3        A    Everything that is in my Ocean Beach  12:55
4    Police personnel file, as far as the investigation  12:55
5    questionnaire and then some.          12:55
6        Q    Okay.  When you say "and then some,"  12:55
7    what is it?                    12:55
8        A    Extensive background check into your  12:56
9    finances, political affiliations, extracurricular,  12:56
10    you know, hobbies --              12:56
11        Q    Um-hum.                  12:56
12        A    -- any organizations that you may    12:56
13    belong to.                    12:56
14        Q    Right.                  12:56
15        And were you ever discharged from the  12:56
16    Air Force Reserves?              12:56
17        A    Yes.                  12:56
18        Q    And what type of discharge did you    12:56
19    receive?                    12:56
20        A    Honorable.                12:56
21        Q    When did you receive that?        12:56
22        A    I have received a couple of various  12:56
23    honorable discharges at the end of my enlistments  12:56
24    and my service overseas.  Currently, I am retired.  12:56
25        Q    How many honorable discharges did you  12:56

38  (Pages 409 to 412)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 413

1           **T. Bacon**
2  receive -- have you received?          **12:56**
3      A    Four.              12:56
4      **Q    And when was the first?          12:56**
5      A    Upon completing basic training, back  12:56
6  in 1987.                  12:56
7      **Q    Okay.  And did you ever serve      12:56**
8  **overseas in a war?              12:56**
9      A    Yes.              12:56
10     **Q    When was the first time that you     12:56**
11 **served overseas in a war?          12:56**
12     A    Back in 2000, we were in Kuwait,     12:56
13 enforcing the No Fly Zone.              12:56
14     **Q    Okay.  And what was your position?   12:56**
15 **What was your title at the time?          12:56**
16         MR. GOODSTADT: Just note my standing  12:57
17 objection to all these questions.  Although  12:57
18 I find them extremely interesting and I am   12:57
19 happy to hear all these accomplishments, I  12:57
20 know it's preserved, but I do have a      12:57
21 relevance objection to all these, this line  12:57
22 of questions.                  12:57
23         MR. NOVIKOFF: I presume --      12:57
24         MR. GOODSTADT: It's preserved.      12:57
25         MS. MAC GREGOR: -- since you were   12:57

Page 414

1           T. Bacon
2  trying to discredit him, that these would be  12:57
3  relevant to that.              12:57
4      But that is okay.  It's preserved.   12:57
5  We understand.                  12:57
6         MR. CONNOLLY: I'm sorry.  What was   12:57
7  the question?                  12:57
8         THE WITNESS: About serving overseas.  12:57
9         MR. NOVIKOFF: Let's have it read    12:57
10 back.                  12:57
11     (Record read.)              12:57
12     A    I held the rank of staff sergeant and  12:57
13 I was a crew chief in the fire department.      12:57
14     **Q    And for how long did you serve in    12:57**
15 **Kuwait?                  12:57**
16     A    A little over a month.          12:57
17     **Q    Did you see combat?          12:57**
18     A    I did not.              12:57
19     **Q    And was there another time that you   12:57**
20 **were overseas as military reservist in a war zone?  12:57**
21     A    Yes.              12:58
22     **Q    When was that?              12:58**
23     A    Last year.              12:58
24     **Q    2008?                  12:58**
25     A    Yes.              12:58

Page 415

1           T. Bacon
2      **Q    Where were you?              12:58**
3      A    Kirkuk, Iraq.              12:58
4      **Q    For how long were you there?      12:58**
5      A    Six months.              12:58
6      **Q    And what were doing there?          12:58**
7      A    I was the Assistant Fire Chief.      12:58
8      **Q    Did you have to go to Iraq?          12:58**
9      A    I did not.              12:58
10     **Q    And why didn't you have to go to     12:58**
11 **Iraq?                  12:58**
12     A    I had my 20 years, and I could have  12:58
13 retired at that point, but the unit was going and  12:58
14 I wanted to go with my guys.              12:58
15     **Q    And were there any newspaper articles  12:58**
16 **written about you, in terms of you going to Iraq?  12:58**
17     A    Yes.              12:58
18     **Q    Where were these newspaper articles?  12:58**
19     A    In probably local newspapers, but   12:58
20 they were also in monthly periodicals, Fire  12:58
21 Engineering, Firehose Magazine, Air Force Times.   12:58
22     **Q    And, so, are you presently retired   12:58**
23 **from the military?              12:59**
24     A    I am.              12:59
25     **Q    To your knowledge, did any of the    12:59**

Page 416

1           **T. Bacon**
2  **plaintiffs volunteer to serve their country in any  12:59**
3  **of the wars that you were in?          12:59**
4      A    No.              12:59
5         MR. GOODSTADT: Objection.      12:59
6         MR. NOVIKOFF: What is the objection?  12:59
7         MR. GOODSTADT: The same standing    12:59
8  objection I am going to have to this entire  12:59
9  line of question.              12:59
10        MR. NOVIKOFF: Relevance?      12:59
11        MR. GOODSTADT: Relevance.      12:59
12        MR. NOVIKOFF: You don't have to say  12:59
13 relevance.  You know we preserved that for  12:59
14 time of trial.              12:59
15     A    Mr. Snyder served, but couldn't     12:59
16 complete voluntary enlistment.          12:59
17     **Q    Okay.  What is voluntary enlistment?  12:59**
18     A    He enlisted and couldn't complete his  12:59
19 term of obligation.              12:59
20     **Q    Now, have you received any awards or  12:59**
21 **commendations for your work as a New York State   12:59**
22 **Court Officer?                  12:59**
23     A    I have.              12:59
24     **Q    Please tell the jury and judge, who  12:59**
25 **may be seeing this, what commendations you      12:59**

39 (Pages 413 to 416)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 417

T. Bacon

1
2    received?                          12:59
3        A    The Medal of Valor, both from the    12:59
4    State and the job for 9/11, three lifesaving    12:59
5    awards, and the Medal of Excellence.       12:59
6        Q    What is a Medal of Excellence?    12:59
7        A    It's for performing above and      01:00
8    beyond -- actually, that was for an aided case and    01:00
9    reviving a cardiac arrest victim.          01:00
10       Q    Have you receive any meritorious --    01:00
11   I'm sorry, withdrawn.                01:00
12       Have you received any medals or       01:00
13   commendations concerning your job at Ocean Beach?    01:00
14       A    Yes.                       01:00
15       Q    And can you tell the jury and judge,    01:00
16   who may be seeing this, what commendations you    01:00
17   have received?                      01:00
18       A    Yes.  I received a Meritorious Police    01:00
19   Award, police service award.              01:00
20       Q    Okay.  Now, you worked at Westhampton    01:00
21   Police Department?                   01:00
22       A    Yes.                  01:00
23       Q    When?                    01:00
24       A    Back in 1989.                 01:00
25       Q    And for how long?             01:00

Page 418

T. Bacon

1
2        A    A year, one season.             01:00
3        Q    And did you work in the Riverhead      01:00
4    Police Department?                   01:00
5        A    I did.                    01:00
6        Q    For how long?                01:00
7        A    About a year-and-a-half.           01:00
8        Q    When?                    01:00
9        A    '93 to, maybe, '95, '94.           01:00
10       Q    Did you work at the Harbor Police     01:00
11   Department?                       01:00
12       A    I did.                    01:00
13       Q    How long?                  01:00
14       A    From '94 through, maybe, '96.       01:00
15       Q    Did you work at the MacArthur Airport    01:01
16   Police Department?                   01:01
17       A    Yes.                  01:01
18       Q    For how long?                01:01
19       A    '96 through '99, somewhere in that    01:01
20   time frame.                        01:01
21       Q    And were all these part-time jobs?     01:01
22       A    Yes.                  01:01
23       Q    So, if I understand you correctly,    01:01
24   for the better part of the last 25 years, you are    01:01
25   a volunteer fireman?                  01:01

Page 419

T. Bacon

1
2        A    Correct.               01:01
3        Q    A part-time police officer?         01:01
4        A    Yes.                  01:01
5        Q    A full-time court officer?          01:01
6        A    Yes.                  01:01
7        Q    And you served your country in two    01:01
8    wars and have been a military reservist?       01:01
9        A    Yes.                  01:01
10       Q    Now, let's go back, briefly, to --    01:01
11   are you proud of your service to your country?    01:01
12       A    Absolutely.                 01:01
13       Q    Is there any reason why you would lie    01:01
14   in this lawsuit?                      01:01
15       A    No.                   01:01
16       MR. GOODSTADT:  Objection.          01:01
17       A    None whatsoever.            01:01
18       Q    Are you friends with George Hesse?    01:01
19       A    Yes.                  01:01
20       Q    Do you socialize with George Hesse?    01:01
21       A    On occasion.                01:01
22       Q    Would you lie for George Hesse?      01:01
23       A    No.                   01:01
24       Q    Would you lie for Mayor Laughlin?    01:01
25       A    No.                   01:01

Page 420

T. Bacon

1
2        Q    Is there anything that you can think    01:01
3    of that would cause you to subject your integrity    01:01
4    to scrutiny with regard to your testimony in this    01:02
5    case?                           01:02
6        A    None whatsoever.            01:02
7        Q    Is your integrity important to you?    01:02
8        A    Absolutely.                 01:02
9        Q    Is your reputation important to you?    01:02
10       A    Yes.                  01:02
11       Q    And are you proud of the          01:02
12   accomplishments and the accolades that you have    01:02
13   received?                        01:02
14       A    Extremely.                 01:02
15       Q    You wouldn't want anyone to suggest    01:02
16   that you were less than honorable, given the fact    01:02
17   that you received all these accolades?        01:02
18       A    Correct.               01:02
19       Q    Now, Mr. Goodstadt asked you about    01:02
20   George Hesse drinking while in Ocean Beach.  He    01:02
21   didn't ask who was Mr. Hesse was drinking with; do    01:02
22   you recall that?                     01:02
23       A    No, I don't.                01:02
24       Q    He asked you, do you recall         01:02
25   Mr. Goodstadt asking if you ever saw George Hesse    01:02

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 421

T. Bacon

1
2  drinking in a bar in Ocean Beach?                01:02
3      A    Oh, yes, yes.  I remember the        01:02
4  question.                                  01:02
5      Q    Do you recall Mr. Goodstadt ever    01:02
6  asking who was Mr. Hesse was drinking with in a   01:02
7  bar at Ocean Beach?                        01:02
8      A    I believe it was his wife.          01:02
9      Q    Do you recall Mr. Goodstadt ever    01:02
10 asking that you that question?              01:02
11     A    No, he did not.                     01:02
12     Q    I'm going to ask you that question:  01:02
13 Who was Mr. Hesse drinking with in the bar in   01:02
14 Ocean Beach?                               01:03
15     A    His wife.                           01:03
16     Q    Do you know, was he having dinner or  01:03
17 lunch at the time with his wife?           01:03
18     A    He was having dinner.               01:03
19     Q    What was the reputation of Mr. Snyder 01:03
20 among the other police officers?  Putting aside   01:03
21 the plaintiffs for a moment, what was Mr. Snyder's 01:03
22 reputation like among the other police officers at 01:03
23 Ocean Beach while you and he worked there?   01:03
24     MR. GOODSTADT:  Objection.             01:03
25     A    A lot of guys would choose not to   01:03

Page 422

T. Bacon

1
2  work with him.                             01:03
3      Q    And why is that?                    01:03
4      A    Because they thought he was a loaded  01:03
5  gun, waiting to go off.  The hostilities that he  01:03
6  harbored toward the Bosettis kept him from, I   01:03
7  guess, functioning properly and performing his   01:04
8  duties as expected.                        01:04
9      Q    What was Mr. Carter's reputation    01:04
10 among the police officers of Ocean Beach, other  01:04
11 than the plaintiffs here?                  01:04
12     A    When he was awake, he was a do      01:04
13 nothing.                                   01:04
14     Q    What do you mean by that?           01:04
15     A    Because he was always up in the     01:04
16 barracks sleeping.                         01:04
17     Q    What was his reputation?  Not what   01:04
18 was your opinion of him, what was the reputation  01:04
19 among the other police officers?           01:04
20     A    Lazy and useless.                   01:04
21     Q    And you base your opinion of his    01:04
22 reputation on what?                        01:04
23     A    My own observations.                01:04
24     Q    How about any conversations with    01:04
25 other police officers about Carter?        01:04

Page 423

T. Bacon

1
2      A    Generally speaking, I mean I don't  01:04
3  recall anything specific; that was just a   01:04
4  general --                                 01:04
5      Q    What about Mr. Lamm's reputation    01:04
6  among the police officers, what was that like,  01:04
7  other than the plaintiffs?                 01:04
8      A    He was out there.  He was dangerous.  01:04
9      Q    What about Mr. Nofi's reputation    01:04
10 among the other Ocean Beach police officers?   01:04
11     A    He was a complete moron and had no  01:04
12 business being a cop.                      01:04
13     Q    What about Mr. Fiorillo's reputation  01:05
14 among the other police officers?           01:05
15     A    Once again, somebody who was        01:05
16 dangerous, not clear thinking.  I don't think he  01:05
17 was capable of making sound judgments.  Not me,  01:05
18 but I think that was, generally speaking, other  01:05
19 officers.                                  01:05
20     MR. NOVIKOFF:  I have nothing          01:05
21     further.  Thank you.                    01:05
22     THE WITNESS:  Thanks.  I'm sure you   01:05
23 have some redirect.                        01:05
24     MR. NOVIKOFF:  Hold on.  Mr. Hesse's   01:05
25 attorney has nothing?                      01:05

Page 424

T. Bacon

1
2      MR. CONNOLLY:  I have no questions.     01:05
3      MR. GOODSTADT:  Okay.  I have some      01:05
4  questions.                                 01:05
5  FURTHER EXAMINATION                        01:05
6  BY MR. GOODSTADT:                          01:05
7      Q    You testified from, in response to  01:05
8  questions from your own lawyer, that Ed Carter   01:05
9  drank the rest of a pitcher of rum and Coke; is   01:06
10 that correct?                              01:06
11     A    Yes.                                01:06
12     Q    How many drinks was that?           01:06
13     A    I don't know.  Whatever was in the  01:06
14 pitcher.  I didn't watch.  I didn't count how many 01:06
15 glasses he poured, but it was probably more than  01:06
16 three or four.                             01:06
17     Q    Was he drunk?                       01:06
18     A    I have no idea.                      01:06
19     Q    Did you report his drinking to      01:06
20 anyone?                                    01:06
21     A    No, I did not.                      01:06
22     Q    Why not?                            01:06
23     A    Because Eddie was a buffoon, and    01:06
24 everybody knew it, and that's it.          01:06
25     Q    So, let me get this straight.  You  01:06

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 425

T. Bacon

1  didn't report a fellow officer, who had at least  01:06
2  three or four rum and Cokes while on duty, because 01:06
3  he was a buffoon and everyone knew it; is that  01:06
4  your testimony?  01:06
5  A   Yeah. Like I didn't report that  01:06
6  Fiorillo was getting a blow job on duty, also.  01:06
7  Q   We will get to that after.  01:06
8  A   Okay.  01:06
9  Q   Who else was in the police station  01:06
10 when Ed Carter allegedly drank three or four rum  01:06
11 and Cokes?  01:06
12 A   I don't recall. There was probably  01:06
13 three or four other officers.  01:06
14 Q   Can you name any of them?  01:06
15 A   Lonnie Ogenbaugh may have been one of 01:06
16 them.  01:07
17 Q   Are you sure he was one of them or he 01:07
18 may have been one of them?  01:07
19 MR. NOVIKOFF: Let him answer the  01:07
20 question.  01:07
21 A   I don't know for sure.  01:07
22 MR. NOVIKOFF: Let him answer the  01:07
23 question.  01:07
24 A   I don't know for sure, I can't tell  01:07

Page 426

T. Bacon

1  you for sure. I'm thinking Lonnie may have been  01:07
2  one of them. Perhaps John Oley. Maybe Gordon  01:07
3  Bara, a couple others; but like I said, I can't be 01:07
4  certain who they.  01:07
5  Q   And Carter was on duty that evening? 01:07
6  A   Yes, he was.  01:07
7  Q   Carrying a weapon?  01:07
8  A   Yes.  01:07
9  Q   Did you think it was dangerous for  01:07
10 somebody to drink three or four rum and Cokes and 01:07
11 carry a weapon?  01:07
12 A   I think it was dangerous for Carter  01:07
13 to carry a weapon, period.  01:07
14 MR. NOVIKOFF: It was asked and  01:07
15 answered.  01:07
16 BY MR. GOODSTADT:  01:07
17 Q   That wasn't the question.  01:07
18 Did you think it was dangerous for  01:07
19 someone, for Mr. Carter, to drink three or four  01:07
20 rum and Cokes and to carry a weapon?  01:07
21 A   I think it was dangerous for  01:07
22 Mr. Carter to carry a weapon when he was on duty, 01:07
23 whether he was sober or had a couple of drinks in 01:08
24 him. That is my answer.  01:08

Page 427

T. Bacon

1  Q   There is no difference in your mind  01:08
2  in the dangerousness between when he's sober and  01:08
3  when he is drunk?  01:08
4  A   No. I'm not even sure he was drunk. 01:08
5  Q   After he had three or four rum and  01:08
6  Cokes?  01:08
7  A   No.  01:08
8  Q   So, you think he was just as  01:08
9  dangerous when he was sober as after he had three 01:08
10 or four rum and Cokes?  01:08
11 A   Yes.  01:08
12 MR. NOVIKOFF: Note my objection.  01:08
13 You can answer.  01:08
14 MR. GOODSTADT: What is the basis?  01:08
15 MR. NOVIKOFF: You asked it now three 01:08
16 times. I think it's a bit harassing.  01:08
17 MR. GOODSTADT: I just want it to be  01:08
18 clear for the record that that is his actual 01:08
19 testimony. I'm surprised by it.  01:08
20 MR. NOVIKOFF: I think it's quite  01:08
21 clear. Whether you surprised or not is  01:08
22 not all that important.  01:08
23 BY MR. GOODSTADT:  01:08
24 Q   Why was it dangerous for Ed Carter to 01:08

Page 428

T. Bacon

1  carry a weapon?  01:08
2  A   Because he was a nut. He was a  01:08
3  knucklehead.  01:08
4  MR. NOVIKOFF: Let him finish.  01:08
5  A   If he was awake, he was walking  01:08
6  around in a stupor.  01:08
7  Q   Did he ever discharge his weapon?  01:08
8  A   No, he didn't.  01:08
9  Q   Did he ever draw his weapon?  01:08
10 A   Not that I saw.  01:08
11 Q   What about walking around in a stupor 01:08
12 led you to believe that it was dangerous for  01:08
13 Mr. Carter to carry a weapon?  01:09
14 A   Because he was always tired. Very  01:09
15 rarely did we see him on patrol. He was usually  01:09
16 in bed on duty.  01:09
17 Q   I'm talking about the fact that you  01:09
18 said it was dangerous for him to carry a weapon.  01:09
19 I assume it wasn't dangerous when he was in bed,  01:09
20 that he had a weapon; right?  01:09
21 A   No.  01:09
22 Q   You are talking about the times when 01:09
23 he was not in bed. What did he do that was a  01:09
24 danger?  01:09

Page 429

**T. Bacon**

1
2    A    He was just an idiot.            01:09
3    Q    That's what he did?  Because he was  01:09
4  an idiot, he was a danger?                01:09
5    A    Yeah, in general terms he was an    01:09
6  idiot.                      01:09
7    Q    Did you report this dangerous      01:09
8  situation to anyone?              01:09
9    A    No.              01:09
10    Q    Did you ever ask anybody to remove Ed 01:09
11  Carter's weapon from him?            01:09
12    A    No.              01:09
13    Q    Did you ever ask him to be dismissed  01:09
14  as a police officer because of the dangerous   01:09
15  situation he was created?            01:09
16    A    No, but did I wear a bulletproof vest 01:09
17  every night I worked.  I was one of the few people 01:09
18  who wore a vest every night I worked, because I  01:09
19  didn't have confidence in the officers that I    01:09
20  worked with: Ed Carter, Tom Snyder, Frank      01:09
21  Fiorillo -- I would say, who else was there?    01:09
22  Kevin Lamm and Joe Nofi.            01:09
23    Q    Any other officers that you felt you  01:10
24  needed to wear a bulletproof vest because of?   01:10
25    A    No.              01:10

Page 430

**T. Bacon**

1
2    Q    Just the five of them?         01:10
3    A    Those five.            01:10
4    Q    Did you ever tell anyone that you    01:10
5  wore a bulletproof vest because you didn't have   01:10
6  confidence in the five of them?         01:10
7    A    That was common knowledge.      01:10
8    Q    Who did you tell?         01:10
9    A    Everybody.            01:10
10    Q    Name one person that you told.      01:10
11    A    It was just common knowledge.      01:10
12    Q    That wasn't the question, sir.      01:10
13    A    You know, I can't think of      01:10
14  specifics --                01:10
15    Q    Okay.            01:10
16    A    -- but I wore a vest, and everybody  01:10
17  knew that I wore a vest, and they knew that I    01:10
18  didn't have confidence in the officers that I   01:10
19  worked with.                01:10
20    Q    But you don't know a single person   01:10
21  that you told; okay?            01:10
22        MR. NOVIKOFF:  I am sorry.  Is that a 01:10
23    statement or a question?          01:10
24        MR. GOODSTADT:  It was both.  It was 01:10
25    a combination of the two.          01:10

Page 431

**T. Bacon**

1
2        MR. NOVIKOFF:  Asked and answered. I 01:10
3    object.              01:10
4        MR. GOODSTADT:  I will move on.    01:10
5    Q    Other than for the night where you   01:10
6  saw Mr. Carter allegedly drink three or four rum  01:10
7  and Cokes, did you see him drink while on duty on 01:10
8  any other occasion?            01:10
9    A    Not that I recall.          01:10
10    Q    Were on you duty that night?      01:11
11    A    Yes.              01:11
12    Q    Who else was on duty that night?    01:11
13    A    As I told you before, I don't recall. 01:11
14    Q    What year was it?         01:11
15    A    I do not recall.  It was after I came 01:11
16  back in '99.                01:11
17    Q    So, some point between May of 1999   01:11
18  and April of 2006?              01:11
19    A    Yes.              01:11
20    Q    Somewhere in those seven years?     01:11
21    A    Somewhere in there.          01:11
22    Q    You don't know what year though?    01:11
23        MR. NOVIKOFF:  Objection.        01:11
24    A    No, I don't.  I'm sorry.        01:11
25    Q    You testified that you witnessed or  01:11

Page 432

**T. Bacon**

1
2  allegedly witnessed Fiorillo engaging in a sexual 01:11
3  act; correct?                01:11
4    A    Correct.            01:11
5    Q    And you didn't report that to anyone; 01:11
6  correct?                  01:11
7    A    I did not.            01:11
8    Q    Why not?            01:11
9    A    It wasn't my business.        01:11
10    Q    He was getting paid by the Village at 01:11
11  that time?                01:11
12    A    Yes.              01:11
13    Q    Why didn't you report that he was    01:11
14  stealing time?              01:11
15    A    I didn't view it that way.  You know, 01:11
16  whether he wants to get a blow job on duty, that  01:11
17  is his business.  It didn't affect me doing my    01:11
18  patrol.                    01:11
19    Q    Was he on a break?         01:11
20    A    I would say probably not.  He was in  01:11
21  uniform, in a police vehicle.  So, I assume he    01:12
22  wasn't.  So, I would say no, he wasn't on break.  01:12
23    Q    So, he was being paid for being on   01:12
24  duty?                  01:12
25        MR. NOVIKOFF:  Objection.        01:12

43  (Pages 429 to 432)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 433

```
 1              T. Bacon
 2     A   I guess.            01:12
 3     Q   And you didn't view that as stealing  01:12
 4  time?                      01:12
 5     A   No.                 01:12
 6     Q   Was that part of his duties?       01:12
 7     A   Getting blow jobs on duty?  No, I   01:12
 8  don't think so.            01:12
 9     Q   So, why didn't you view that as     01:12
10  stealing time?             01:12
11         MR. NOVIKOFF:  Objection.          01:12
12     A   I'm not a supervisor.   01:12
13     Q   That wasn't the question, sir.     01:12
14     A   Okay.               01:12
15     Q   The question was:  Why didn't you -- 01:12
16         MR. NOVIKOFF:  You asked him why he  01:12
17  didn't and he answered.    01:12
18         MR. GOODSTADT:  It's nonresponsive.  01:12
19         MR. NOVIKOFF:  So, say it's         01:12
20  nonresponsive and ask him again.   01:12
21         MR. GOODSTADT:  I did.    01:12
22         MR. NOVIKOFF:  Okay.  So, what is the 01:12
23  question?                  01:12
24  BY MR. GOODSTADT:          01:12
25     Q   The question is:  Why did you not    01:12
```

Page 434

```
 1              T. Bacon
 2  view that as stealing time?        01:12
 3     A   I'm not his supervisor.     01:12
 4     Q   Did you ever see anyone else engage  01:12
 5  in a sexual act while on duty?     01:12
 6     A   No, not police officers.  I have seen 01:12
 7  plenty of people engaging in sexual acts, but no  01:12
 8  police officers, no.       01:12
 9     Q   Was Mr. Fiorillo engaged in unlawful 01:12
10  activity of having a sexual act in public?    01:13
11     A   It wouldn't have been in public   01:13
12  except --                  01:13
13         MR. NOVIKOFF:  Objection to the    01:13
14     foundation.  We don't know the age of the  01:13
15     individual.  Clearly, it wouldn't be illegal 01:13
16     -- well, perhaps it is.  I don't know, you  01:13
17     tell me.                01:13
18         THE WITNESS:  No, I didn't --    01:13
19         MR. NOVIKOFF:  Objection, foundation. 01:13
20     You go ahead.           01:13
21         THE WITNESS:  Okay.  I don't know,   01:13
22     was it?  You are the attorney.   01:13
23  BY MR. GOODSTADT:          01:13
24     Q   You are the police officer.       01:13
25     A   Okay.               01:13
```

Page 435

```
 1              T. Bacon
 2     Q   You should know the penal law;     01:13
 3  correct?                   01:13
 4     A   Yes.                01:13
 5     Q   Do you know whether a public act,   01:13
 6  sexual act is unlawful?            01:13
 7     A   He would have been hidden somewhere  01:13
 8  behind the school bus, but I was doing the PATROL 01:13
 9  and riding the bike through the playground.   01:13
10     Q   In your view, he wasn't violating any 01:13
11  rules or ordinances?               01:13
12     A   No.  People get -- having sex on    01:13
13  their back deck, and I happen to be driving by and 01:13
14  I have a view.             01:13
15     Q   On property that they own; correct?  01:13
16     A   It may have been that they owned,    01:13
17  maybe they leased it; maybe they were hanging out 01:13
18  with friends, I don't know.  01:13
19     Q   Fiorello didn't own or lease --    01:13
20     A   No.                 01:14
21     Q   -- the school; right?   01:14
22     A   Yes.                01:14
23     Q   It was public property?  01:14
24     A   Yes, that was public property.   01:14
25     Q   Did you ever address it with him?  01:14
```

Page 436

```
 1              T. Bacon
 2     A   No.                 01:14
 3     Q   Did you ever raise it with him?    01:14
 4     A   No.                 01:14
 5     Q   Did you ever raise it with anyone?  01:14
 6     A   Nope.               01:14
 7     Q   Did you ever mention it to anyone?  01:14
 8     A   No.                 01:14
 9     Q   What year was that?     01:14
10     A   After he started working there up    01:14
11  until April of '06.        01:14
12     Q   So, at some point in his career you  01:14
13  viewed this?               01:14
14     A   Yes.                01:14
15     Q   You don't remember which year?     01:14
16     A   Oh, no.  You asked if I ever spoke   01:14
17  with anybody about it.  Actually, there was   01:14
18  another officer, Officer John Oley, who also   01:14
19  witnessed Fiorillo getting a blow job in the Gem  01:14
20  cart, because him and I talked to about that.   01:14
21  Neither of us went to anybody over it.   01:14
22         MR. NOVIKOFF:  That is the second    01:14
23     blow job?               01:14
24         THE WITNESS:  Yes.  It wasn't the    01:14
25     same one that I watched.    01:14
```

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 437

```
1              T. Bacon
2       MR. NOVIKOFF:  I'm just want a      01:14
3   clarification, if he was talking about the  01:14
4   same blow job.              01:14
5       MR. GOODSTADT:  You can redirect the  01:14
6   witness that you represent; that is fine.   01:14
7    Q    What year was your discussions with  01:14
8   Oley?              01:14
9    A    Probably sometime between '99 and   01:14
10  '06.              01:14
11   Q    Some point in that seven-year period?  01:15
12   A    Yes.              01:15
13   Q    Was anyone else on patrol with you   01:15
14  when you allegedly witnessed Fiorillo?      01:15
15   A    There was a lot of people on parole  01:15
16  but I was --
17   Q    With you, I said.              01:15
18   A    -- by myself on a bicycle patrol.   01:15
19   Q    Did you partner up with someone when  01:15
20  you were on bike patrol?              01:15
21   A    No.              01:15
22   Q    You said it didn't affect your      01:15
23  duties, but, in fact, what should Mr. Fiorillo  01:15
24  have been doing at the time he was on duty getting  01:15
25  paid?              01:15
```

Page 438

```
1              T. Bacon
2    A    Patrolling.              01:15
3    Q    So, it actually left the Village with  01:15
4   one less officer patrolling; correct?      01:15
5    A    True.              01:15
6    Q    Did that leave the Village unsafe in  01:15
7   your mind?              01:15
8    A    I'm sorry.  What was the question?   01:15
9    Q    Did that leave the Village unsafe in  01:15
10  your mind?              01:15
11       MR. NOVIKOFF:  Objection.          01:15
12   A    Perhaps.              01:15
13   Q    Did you believe it left the Village  01:15
14  unsafe?              01:15
15   A    I didn't feel that at the time, no.  01:15
16   Q    Then you testified that Kevin Lamm   01:16
17  was -- you saw him engaging in physical abuse on  01:16
18  people in the public; correct?              01:16
19   A    Correct.              01:16
20   Q    Did you ever report it to anyone?    01:16
21   A    It was witnessed by the Chief,       01:16
22  himself.              01:16
23   Q    That wasn't the question.  The      01:16
24  question was whether you ever reported it to  01:16
25  anyone.              01:16
```

Page 439

```
1              T. Bacon
2       MR. NOVIKOFF:  Objection.  That was  01:16
3   his answer.  You can answer the question   01:16
4   again.              01:16
5    A    The Chief witnessed it himself.     01:16
6   There was no need for me to report it.      01:16
7    Q    So, the answer is no, you didn't     01:16
8   report to it anyone?              01:16
9       MR. NOVIKOFF:  Objection.  The answer  01:16
10  is what the answer is.              01:16
11   A    The answer is the Chief witnessed it  01:16
12  himself.  The Chief addressed it after the   01:16
13  incident.  I did not report it.  I did not need to  01:16
14  report it.              01:16
15   Q    So, you answered no, you didn't      01:16
16  report it.              01:16
17   A    It was witnessed by the chief.  You  01:16
18  are splitting hairs.              01:16
19   Q    I am not splitting hairs.          01:16
20   A    You are splitting hairs.  It is what  01:16
21  it is.              01:16
22       The Chief witnessed it.  There is no  01:16
23  reason for me to report it.  If I turn around and  01:16
24  punch him in the nose in front of my attorney    01:16
25  here, do I need to report to it my attorney?  No,  01:16
```

Page 440

```
1              T. Bacon
2   he witnessed it.              01:17
3    Q    The question was whether you reported  01:17
4   it or not.              01:17
5       MR. NOVIKOFF:  Objection.          01:17
6    A    No.  I did not report it.  It was    01:17
7   witnessed by the Chief, himself.          01:17
8    Q    Which incident of physical abuse was  01:17
9   witnessed by the Chief that you didn't report?   01:17
10   A    When he grabbed the guy in the       01:17
11  headlock that I took down and started punching  01:17
12  him.  In fact, the Chief was one of those who    01:17
13  helped pull him off the guy.              01:17
14   Q    Was Mr. Lamm arrested?              01:17
15   A    No, he was not.              01:17
16   Q    Was he indicted?              01:17
17   A    No, he was not.              01:17
18   Q    When you say "the Chief," who are you  01:17
19  referring to?              01:17
20   A    George Hesse.              01:17
21   Q    What year did this happen?          01:17
22   A    Sometime between '99 and '06.        01:17
23   Q    Was Hesse the Chief from '99 to 06?  01:17
24       MR. NOVIKOFF:  Answer the question.  01:17
25   A    What's that?              01:17
```

45 (Pages 437 to 440)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 441

T. Bacon

1
2 **Q    Was Hesse the Chief from '99 to '06?** 01:17
3 A    Somewhere in that period he was.    01:17
4     MR. NOVIKOFF: Okay.    01:17
5 A    I don't recall what point in time he 01:17
6 became the Deputy Chief.    01:18
7 **Q    Was he the Chief at the time of the 01:18**
8 **Lamm incident?**    01:18
9 A    I don't recall. He may have been a 01:18
10 sergeant then.    01:18
11 **Q    You also testified that Lamm went on 01:18**
12 **a tirade with antisemitic and homophobic    01:18**
13 **statements; correct?**    01:18
14     MR. NOVIKOFF: Objection. I don't 01:18
15 know if he used the word tirade.    01:18
16     MR. GOODSTADT: No, he did.    01:18
17     THE WITNESS: I did use the word 01:18
18 tirade.    01:18
19     MR. NOVIKOFF: I stand corrected.    01:18
20 BY MR. GOODSTADT:    01:18
21 **Q    What year was that?**    01:18
22 A    Once again, it was in that time    01:18
23 frame, and that was more than once.    01:18
24 **Q    Who else was present during this    01:18**
25 **tirade?**    01:18

Page 442

T. Bacon

1
2 A    John Oley was one of them. Let's    01:18
3 see, who else?    01:18
4     Oley was there for one of them. I    01:18
5 can't recall for certain without having the roster 01:18
6 in front of me.    01:18
7 **Q    Did you ever report him for making    01:18**
8 **these antisemitic or homophobic statements?**    01:18
9 A    I did not.    01:18
10 **Q    Did you ever use the phrase "Ocean    01:18**
11 **Berg"?**    01:19
12 A    No.    01:19
13 **Q    How come you didn't report him?**    01:19
14     MR. NOVIKOFF: Objection. You can 01:19
15 answer.    01:19
16 A    How come I didn't report who?    01:19
17 **Q    Kevin Lamm for using antisemitic and 01:19**
18 **homophobic statements?**    01:19
19 A    That was Kevin's thing, not mine.    01:19
20 **Q    I understand. Why didn't you report 01:19**
21 **him?**    01:19
22 A    I didn't. No reason. It's none of    01:19
23 my business. He's doing his thing, causing havoc 01:19
24 as he always did on patrol.    01:19
25 **Q    Did you ever report him for causing    01:19**

Page 443

T. Bacon

1
2 havoc on patrol?    01:19
3 A    No.    01:19
4 **Q    I believe you testified that Snyder    01:19**
5 **and Carter also used the term "Ocean Berg,"    01:19**
6 **correct? When was that?**    01:19
7 A    Both before '99, before I came, when 01:19
8 I was there the first time and even the second    01:19
9 time, you know, the second time.    01:19
10 **Q    Who else was present when Snyder made 01:19**
11 **the comment?**    01:19
12 A    Lonnie Ogenbaugh was one of them,    01:19
13 even guys from Islip Harbor Police, Bob Scroy.    01:19
14 I'm sure there were plenty of others.    01:20
15 **Q    Did you report him for make in    01:20**
16 **antisemitic comments?**    01:20
17 A    I did not.    01:20
18 **Q    How many times did he make the    01:20**
19 **comment?**    01:20
20 A    Dozens.    01:20
21 **Q    Did he make any other antisemitic    01:20**
22 **comments other Ocean Berg?**    01:20
23 A    Nothing that I can remember.    01:20
24 **Q    How about Carter, how many times did 01:20**
25 **he make the comment Ocean Berg?**    01:20

Page 444

T. Bacon

1
2 A    Dozens.    01:20
3 **Q    Did you ever report him?**    01:20
4 A    No.    01:20
5 **Q    Who else was present when he made the 01:20**
6 **comment?**    01:20
7 A    Lonny, actually the first time    01:20
8 around, back in, prior to '99 when they were there 01:20
9 and I was there the first time around, Mike Rosato 01:20
10 was one of the guys.    01:20
11     I can't recall specifically.    01:20
12 **Q    And did you ever report Carter?**    01:20
13 A    No.    01:20
14 **Q    How come?**    01:20
15 A    I didn't.    01:20
16 **Q    You testified that Nofi was crass.    01:21**
17 **What led you to the conclusion that    01:21**
18 **he was crass?**    01:21
19 A    Instead of walking up to somebody who 01:21
20 committed a violation in your presence and say,    01:21
21 "Excuse me. Can I speak to you for a second?"    01:21
22     He would whistle at them and say,    01:21
23 "Hey you, asshole. Come on over here. What the    01:21
24 fuck are you thinking? I should give you a fuckin 01:21
25 smack, ha." I deem that as crass.    01:21

46 (Pages 441 to 444)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 445

T. Bacon

1
2    **Q    Did anyone ever file a complaint    01:21**
3    **against him?    01:21**
4    A    That I do not know.    01:21
5    **Q    Did you ever report him?    01:21**
6    A    Yes.    01:21
7    **Q    Who did you report him to?    01:21**
8    A    George Hesse.    01:21
9    **Q    How many times?    01:21**
10   A    Once.    01:21
11   **Q    When?    01:21**
12   A    The first time that it happened, I    01:21
13   can't -- when -- I don't know, sometime between    01:21
14   '99 and '02.    01:21
15   **Q    Between 1999 and 2002 --    01:21**
16   A    Yes.    01:21
17   **Q    -- did you ever make a report in    01:21**
18   **writing?    01:21**
19   A    No.    01:21
20   **Q    Who else was there when you told    01:21**
21   **George Hesse?    01:21**
22   A    Nobody.    01:21
23   **Q    Just the two of you?    01:21**
24   A    Um-hum.    01:21
25   **Q    Where were you?    01:21**

Page 446

T. Bacon

1
2    A    In the station.    01:22
3    **Q    What did you tell him?    01:22**
4    A    I told him that "this guy is an    01:22
5    idiot. He has no business being a cop. He    01:22
6    doesn't know how to talk to people. He's ignorant    01:22
7    and I am not going to work with him."    01:22
8    **Q    Did you ever work with Nofi?    01:22**
9    A    A couple of times.    01:22
10   **Q    After that time?    01:22**
11   A    No.    01:22
12   **Q    So, after 2002 you never worked with    01:22**
13   **Nofi?    01:22**
14   A    Right.    01:22
15   **Q    You said that he injured you --    01:22**
16   A    Yes.    01:22
17   **Q    -- is that correct?    01:22**
18   **What injury did you have?    01:22**
19   A    Bruised ribs.    01:22
20   **Q    Did you get medical attention for it? 01:22**
21   A    I did.    01:22
22   **Q    That day?    01:22**
23   A    Right after the incident.    01:22
24   **Q    Do you know what led Nofi to jump on 01:22**
25   **top of you?    01:22**

Page 447

T. Bacon

1
2    A    His general incompetence and not    01:22
3    knowing what's going on.    01:22
4    **Q    Did ask you him why he jumped on top 01:22**
5    **of you?    01:22**
6    A    No.    01:22
7    **Q    So, you don't know the reason that he 01:22**
8    **did it; correct?    01:22**
9    A    Other than he's an idiot, no.    01:22
10   **Q    Did you ask him, "did you do it    01:22**
11   **because are you an idiot"?    01:22**
12   A    No, I think I called him a fuckin    01:22
13   retard and I said, "What the fuck did you do that    01:23
14   for?"    01:23
15   He said, "Well, it's your arrest."    01:23
16   I said, "No, it's not. It's your    01:23
17   arrest. I'm going to the hospital."    01:23
18   **Q    That was his response, you remember   01:23**
19   **that specifically?    01:23**
20   A    Yes.    01:23
21   **Q    What year was that?    01:23**
22   MR. NOVIKOFF: Objection.    01:23
23   A    I don't recall.    01:23
24   **Q    Did you fill out any paperwork with  01:23**
25   **respect to it?    01:23**

Page 448

T. Bacon

1
2    A    Absolutely. Line of duty injury    01:23
3    report. It's in the memo book, hospital    01:23
4    paperwork, sure. It's in the blotter.    01:23
5    MR. GOODSTADT: I would like to mark 01:23
6    the record to request the line of duty    01:23
7    injury report, and the blotter, which I know 01:23
8    there is a request for currently, and also    01:23
9    the other document that has he just referred 01:23
10   to.    01:23
11   MR. NOVIKOFF: Take it under    01:23
12   advisement.    01:23
13   BY MR. GOODSTADT:    01:23
14   **Q    Did you fill out a field report?    01:23**
15   A    I didn't fill out a field report. He 01:23
16   ended up having -- he got the whole ball because 01:23
17   it became his arrest.    01:23
18   He had to do the field report, the   01:23
19   arrest, the summons and everything else because I 01:23
20   went to the hospital.    01:23
21   **Q    Do you know whether anyone was    01:23**
22   **approaching you from behind at the time that Joe 01:23**
23   **Novi jumped on top of you?    01:24**
24   A    There he was nobody approaching me   01:24
25   from behind.    01:24

47 (Pages 445 to 448)

TSG Reporting – Worldwide    (877) 702-9580

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 449

T. Bacon

1
2    Q    How do you know that?            01:24
3    A    Because there were other officers   01:24
4  that witnessed it and couldn't believe what they   01:24
5  saw.                              01:24
6    Q    Did you ask them if anyone was       01:24
7  approaching from behind?            01:24
8    A    No.                         01:24
9    Q    You don't have eyes in the back of   01:24
10 your head so you can't see behind you; is that   01:24
11 correct?                          01:24
12       MR. NOVIKOFF: I don't know. Do you   01:24
13 have eyes in the back of your head?     01:24
14       THE WITNESS: I do not.        01:24
15       MR. NOVIKOFF: I think that answers   01:24
16 the question.                     01:24
17       THE WITNESS: Why didn't he grab the   01:24
18 perp, instead of grabbing the both of us and   01:24
19 tackling us both --                01:24
20       MR. NOVIKOFF: Don't argue. Don't   01:24
21 worry about it.                   01:24
22       THE WITNESS: -- who was compliant.   01:24
23 BY MR. GOODSTADT:                  01:24
24    Q    Do you know whether Kevin Lamm was   01:24
25 ever written up for dragging summons people in in   01:24

Page 450

T. Bacon

1
2  handcuffs?                         01:24
3    A    I have no idea.              01:24
4    Q    When was the memo that was issued       01:24
5  about issuing summons in the field, when was that   01:24
6  posted?                           01:24
7    A    I don't recall.             01:25
8    Q    Who posted it?              01:25
9    A    Hesse.                      01:25
10    Q    Do you recall what year this was?   01:25
11    A    Sometime between '99 and '06.   01:25
12       MR. GOODSTADT: I would like to mark   01:25
13 the record again to request a production of   01:25
14 that memo.                        01:25
15       MR. NOVIKOFF: Take it under        01:25
16 advisement.                       01:25
17 BY MR. GOODSTADT:                  01:25
18    Q    You testified before about your       01:25
19 belief that the officers on duty the night of the   01:25
20 Halloween incident should have demanded that       01:25
21 Jeanne Jaeger give them a statement that evening.   01:25
22       Do you recall testifying to that --   01:25
23       MR. NOVIKOFF: Objection.       01:25
24    Q    -- in sum and substance?        01:25
25       MR. NOVIKOFF: That was not his   01:25

Page 451

T. Bacon

1
2  testimony. I asked him about the word   01:25
3  demanded and I think he said he wouldn't   01:25
4  characterize it as demanded.           01:25
5       I'm objecting to that. You can   01:25
6  answer if you can.                01:25
7    A    I didn't state that they should have   01:25
8  demanded. They should have done a complete,   01:25
9  thorough investigation, and asked her for a   01:25
10 statement, and gotten witness statements from   01:26
11 anybody who witnessed what had happened.   01:26
12    Q    Do you know whether they tried to get   01:26
13 those statements?                 01:26
14    A    I have no idea.              01:26
15    Q    Do you know whether they even knew it   01:26
16 was Jeanne Jaeger who was involved at that time?   01:26
17    A    I have no idea.              01:26
18    Q    Do you know whether they asked Rich   01:26
19 Bosetti to get the woman who was allegedly being   01:26
20 choked?                           01:26
21    A    I have no idea.              01:26
22    Q    You testified that Fiorillo beat       01:26
23 people into submission.              01:26
24       What did you mean by that?        01:26
25       MR. NOVIKOFF: Objection to the   01:26

Page 452

T. Bacon

1
2  characterization of his testimony. That was   01:26
3  part of an entire answer, so it's taken out   01:26
4  of context, but you can answer over my       01:26
5  objection.                        01:26
6    A    Yeah, verbally abusive and verbally   01:26
7  beat them into submission. He wasn't physical.   01:26
8  He didn't physically abuse anybody. He was just   01:26
9  verbally abusive.                 01:26
10    Q    Did you ever report that to anyone?   01:26
11    A    No, I did not.              01:26
12    Q    You testified that Fiorillo issued       01:26
13 too many summonses; correct?           01:26
14    A    Yes.                        01:26
15    Q    Isn't it true that the Chief, when I   01:26
16 say Chief, I mean, Paradiso, told the department   01:26
17 that they needed to issue more summonses?       01:27
18    A    We always used to hear you need to   01:27
19 issues summonses; that was a routine mantra.   01:27
20    Q    Were you ever told that you needed to   01:27
21 issue more summonses.              01:27
22    A    Yes.                        01:27
23    Q    You testified that Fiorillo was       01:27
24 bullying with the public. Do you recall       01:27
25 testifying to that?                01:27

48  (Pages 449 to 452)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 453

T. Bacon

```
 1    A    Yes.                          01:27
 2    Q    What did you mean by that?    01:27
 3    A    Once again, he was verbally abusive  01:27
 4  to the public.                       01:27
 5    Q    Again, you never reported that;  01:27
 6  correct?                             01:27
 7    A    No, I did not.                01:27
 8    Q    Do you know whether anyone ever filed 01:27
 9  a complaint about his verbal abuse?  01:27
10    A    Yes, I do know.              01:27
11    Q    Who filed a complaint about his  01:27
12  verbal use?                          01:27
13    A    I have no idea who the civilian was,  01:27
14  but I know, because Chief Paradiso asked me about  01:27
15  it.                                 01:27
16    Q    When was this?                01:27
17    A    Sometime between 1999 and 2006.  01:27
18    Q    You don't recall what year?   01:27
19    A    No.                          01:27
20    Q    I think you testified about a call  01:27
21  that you received from an FBI investigator about  01:28
22  Fiorillo?                            01:28
23    A    Yes.                         01:28
24    Q    Do you recall that?           01:28
25
```

Page 454

T. Bacon

```
 1          What did you to say the FBI    01:28
 2    investigator about Fiorello?        01:28
 3    A    I gave him a favorable reference.  It 01:28
 4  was within the first six months that Fiorillo was 01:28
 5  working with us.                      01:28
 6    Q    Do you recall what you said to the  01:28
 7  investigator about Fiorillo?          01:28
 8    A    That he was trustworthy, dedicated,  01:28
 9  professional.  It was before we knew who Fiorillo 01:28
10  really was and it wasn't an accurate reference  01:28
11  that I had given.                     01:28
12    Q    Did you ever correct that reference? 01:28
13    A    No, I did not.                01:28
14    Q    You testified that you are a    01:28
15  volunteer fire department -- or volunteer  01:28
16  firefighter in the Islip Fire Department; is that 01:28
17  correct?                             01:28
18    A    Yes.                         01:28
19    Q    Any other Ocean Beach police officers 01:28
20  work there?                          01:28
21    A    No.                          01:28
22    Q    Any other Ocean Beach police officers 01:29
23  work there during your tenure there?  01:29
24    A    No.                          01:29
25
```

Page 455

T. Bacon

```
 1    Q    You testified that you voluntarily  01:29
 2  went on your last tour, even though you were  01:29
 3  retired and didn't have to go, but you wanted to 01:29
 4  go with your guys; is that correct?   01:29
 5    A    I was eligible for retirement.  I had 01:29
 6  not retired yet.                      01:29
 7    Q    But you voluntarily went because you 01:29
 8  wanted to go with your guys; is that correct?  01:29
 9    A    Correct.                     01:29
10    Q    Well, what did you mean by that?  01:29
11    A    They needed an assistant chief to go, 01:29
12  someone in my rank.  If I didn't go, somebody else 01:29
13  was going to get stuck going.  I could have turned 01:29
14  around and retired, but I chose not to until after 01:29
15  I came back so there wouldn't be either, A,  01:29
16  shortfall, or somebody else wouldn't get stuck  01:29
17  going.                               01:29
18    Q    You went as a sense of loyalty to  01:29
19  those guys?                          01:29
20    A    I went as a sense of duty to my  01:29
21  country.                             01:29
22    Q    Again, I certainly appreciate your  01:30
23  service to the country.  Nobody is questioning  01:30
24  that.                                01:30
25
```

Page 456

T. Bacon

```
 1          And then you testified about a     01:30
 2    conversation that you had with Snyder about his 01:30
 3    time in the military?                 01:30
 4    A    Correct.                     01:30
 5    Q    When was that conversation?     01:30
 6    A    In the early '90s.            01:30
 7    Q    Do you know when Mr. Snyder left the 01:30
 8  military?                            01:30
 9    A    I do not.                    01:30
10    Q    Do you know how old he was?      01:30
11    A    No idea.                     01:30
12    Q    Do you know why he left the military? 01:30
13    A    Because he's a coward.         01:30
14    Q    And what is your basis for that?  01:30
15    A    Because he left and went AWOL.  01:30
16    Q    Do you know why, what the        01:30
17  circumstances were?                   01:30
18    A    No.  I believe he said because of a 01:30
19  girl.                               01:30
20    Q    When did he tell you that?       01:30
21    A    Back in that time frame, back in the 01:30
22  early '90s.                          01:30
23    Q    What did he specifically tell you 01:30
24  about a girl?                        01:30
25
```

49 (Pages 453 to 456)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 457

T. Bacon

1
2     A     He said, "I got myself in trouble     01:30
3   chasing after a girl."     01:30
4     Q     Who else was there during that     01:30
5   conversation?     01:30
6     A     Just me and him.     01:30
7     Q     Do you know what kind of discharge he     01:30
8   received?     01:30
9     A     No idea.     01:30
10    Q     You testified that guys chose not to     01:31
11  work with Snyder; is that correct?     01:31
12    A     Um-hum.     01:31
13    Q     Who chose not to work with Snyder?     01:31
14    A     A bunch of guys.     01:31
15    Q     Who?     01:31
16    A     I don't know anybody specific. I     01:31
17  know I was one of them. I didn't work with     01:31
18  Snyder, Carter, Lamm, Fiorillo and Novi. If I was     01:31
19  on the same shift, I was on bicycle patrol, and I     01:31
20  would stay far from them.     01:31
21    Q     Who did you tell that you didn't want     01:31
22  to work with Snyder?     01:31
23    A     Me? George.     01:31
24    Q     How many times did you tell him that?     01:31
25    A     Once. It wasn't just Snyder. I told     01:31

Page 458

T. Bacon

1
2   him I didn't want to work with any one of those     01:31
3   five knuckleheads.     01:31
4     Q     Do you know if anyone else told him     01:31
5   that?     01:31
6     A     No.     01:31
7     Q     If anyone ever pulled themselves off     01:31
8   of a tour because they didn't want to work with     01:31
9   them?     01:31
10    A     No idea.     01:31
11    Q     Did you ever drop off a tour because     01:31
12  you didn't want to work with one of those guys?     01:31
13    A     No.     01:32
14        MR. GOODSTADT: I have nothing     01:32
15  further.     01:32
16        MR. NOVIKOFF: I'm good.     01:32
17        MR. CONNOLLY: I just have one     01:32
18  question.     01:32
19  EXAMINATION     01:32
20  BY MR. CONNOLLY:     01:32
21    Q     You indicated that you became aware     01:32
22  there was a civilian complaint against Frank     01:32
23  Fiorillo; is that correct?     01:32
24    A     Yes.     01:32
25    Q     And I believe you testified you     01:32

Page 459

T. Bacon

1
2   became aware of that particular complaint because     01:32
3   you were informed by Chief Paradiso; is that     01:32
4   correct?     01:32
5     A     Actually, I was there when the     01:32
6   incident had occurred, and then Chief Paradiso,     01:32
7   after seeing the individual making the complaint,     01:32
8   that is how I knew the complaint was made, but I     01:32
9   witnessed the actual issue at hand, personally.     01:32
10    Q     What was the actual issue at hand     01:32
11  that you witnessed?     01:32
12    A     We were driving off, driving through     01:32
13  Salt Air in the morning at the end of the tour,     01:32
14  that there was a woman walking on the walkway, and     01:33
15  she didn't yield to us, which she didn't have to     01:33
16  because she is a pedestrian on the walkway.     01:33
17        And he got out of the car, started     01:33
18  screaming and hollering, getting in her face,     01:33
19  pointing at her and everything.     01:33
20        He got back into the car and I told     01:33
21  him he was way out of line, don't ever do that     01:33
22  again and embarrass me while I am with you. That     01:33
23  was it. We went home.     01:33
24        The next shift I got a phone call     01:33
25  from -- actually, later that day got a phone call     01:33

Page 460

T. Bacon

1
2   from Ed Paradiso asking what had happened.     01:33
3     Q     And did you tell him what happened?     01:33
4     A     Yes.     01:33
5     Q     And was it the sum and substance of     01:33
6   what you just said to us?     01:33
7     A     Yes.     01:33
8     Q     Do you know if Mr. Fiorello was     01:33
9   counseled by Chief Paradiso?     01:33
10    A     That I have no idea.     01:33
11        MR. CONNOLLY: I have no further     01:33
12  questions.     01:33
13        MR. GOODSTADT: I have one further     01:33
14  question.     01:33
15  FURTHER EXAMINATION     01:33
16  BY MR. GOODSTADT:     01:33
17    Q     Isn't it true that you told Tom     01:33
18  Snyder that you wore a vest because you were     01:33
19  worried about the potential for violence in bar     01:33
20  fights, including people carrying weapons or     01:34
21  getting hit by glass?     01:34
22        MR. NOVIKOFF: Objection, leading.     01:34
23    A     No.     01:34
24        MR. GOODSTADT: That's it.     01:34
25        MR. CONNOLLY: Thank you.     01:34

50 (Pages 457 to 460)

a4a18d5c-ca6e-480a-b6b0-217d19a4c041

Page 461

```
1              T. Bacon
2         THE VIDEOGRAPHER:  The time is        01:34
3    1:34 p.m.                        01:34
4         We are going off the record.          01:34
5              oOo
6         I, TYREE BACON, the witness herein, do
7    hereby certify that the foregoing testimony of the
8    pages of this deposition to be a true and correct
9    transcript, subject to the corrections, if any,
10   shown on the attached page.
11   _____
12         TYREE BACON
13   Subscribed and sworn to before me this
14   _____day of _____,_____.
15   _____
16         NOTARY PUBLIC
17
18
19
20
21
22
23
24
25
```

Page 463

```
1
2           C E R T I F I C A T E
3    STATE OF NEW YORK    )
4                : SS.
5    COUNTY OF NEW YORK    )
6
7         I, BONNIE PRUSZYNSKI, a Notary
8    Public with and for the State of New York,
9    do hereby certify:
10        That TYREE BACON, the witness
11   whose deposition is hereinbefore set forth,
12   was duly sworn by me and that such deposition
13   is a true record of the testimony given by
14   the witness.
15       I further certify that I am not related
16   to any of the parties to this action by
17   blood or marriage, and that I am in no way
18   interested in the outcome of this matter.
19       IN WITNESS WHEREOF, I have hereunto
20   set my hand this 27th of April, 2009.
21
22   _____
23        Bonnie Pruszynski
24
25
```

Page 462

```
1
2    STATE OF NEW YORK   )       Pg.   of  Pgs.
3    COUNTY OF NEW YORK  )
4      I wish to make the following changes
5    for the following reasons:
6    PAGE  LINE
7    ____ ____  CHANGE:_____
8          REASON:_____
9    ____ ____  CHANGE:_____
10         REASON:_____
11   ____ ____  CHANGE:_____
12         REASON:_____
13   ____ ____  CHANGE:_____
14         REASON:_____
15   ____ ____  CHANGE:_____
16         REASON:_____
17   ____ ____  CHANGE:_____
18         REASON:_____
19   ____ ____  CHANGE:_____
20         REASON:_____
21   ____ ____  CHANGE:_____
22         REASON:_____
23   ____ ____  CHANGE:_____
24         REASON:_____
25   _____
          TYREE BACON
```

Page 464

```
1
2            I N D E X
3    WITNESS                    PAGE
4    TYREE BACON
5    BY MR. GOODSTADT       266, 424, 460
6    BY MR. NOVIKOFF           374
7    BY MR. CONNOLLY           458
8
9    INFORMATION REQUESTED:
10       Page 377, Line 15
11       Page 448, Line 5
12       Page 450, Line 12
13
14          E X H I B I T S
15   Bacon Exhibit 10 2662           308
16   Bacon Exhibit 11 Hesse 12-206    342
17   Bacon Exhibit 12 P 926 - 927     356
18   Bacon Exhibit 13 P 916, P 336     361
19   Bacon Exhibit 14 007354          369
20
21
22
23
24
25
```

a4a18d5c-ca6e-480a-b6b0-217d19a4c041