# COUNTY OF SUFFOLK



**STEVE LEVY**
SUFFOLK COUNTY EXECUTIVE

**CHRISTINE MALAFI**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

ADDRESS ALL COMMUNICATIONS
IN THIS MATTER TO:

January 25, 2010

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
United States Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re:    Carter v. Ocean Beach, et al.
             CV07-1215 (SJF) (ETB)

Dear Judge Feuerstein:

The Suffolk County Attorney's Office represents Suffolk County, the Suffolk County Department of Civil Service and Alison Sanchez, who are defendants ("County defendants") in the captioned matter.

County defendants hereby join in the application of the Village defendants made by way of the letter of their attorney Kenneth A. Novikoff, Esq., dated January 22, 2010.

Given that there are a significant number of complex legal issues raised upon the summary judgment motions which must necessarily be decided in plaintiff's favor for this case to go to the jury, including the involved question of whether plaintiffs had any constitutionally protected interest in their employment, we believe that the resources of counsel and the Court will best be served by the motions being disposed of prior to trial.

We thank the Court in advance for its anticipated consideration of this request.

Very truly yours,

CHRISTINE MALAFI
Suffolk County Attorney

Arlene S. Zwilling
Assistant County Attorney

ASZ:lns

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

(631) 853-4049
TELECOPIER (631) 853-5169

CC: Andrew Scott Goodstadt, Esq. *(VIA ECF)*
 Kenneth A. Novikoff, Esq. *(VIA ECF)*
 Kevin W. Connolly, Esq. *(VIA ECF)*