

## Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

February 9, 2010

**VIA FACSIMILE**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

        Re: *Carter, et al. v. Incorporated Village of Ocean Beach, et al.*
           No. 07 Civ. 1215 (SJF) (ETB)

Dear Judge Feuerstein:

We represent Plaintiffs in the above-referenced matter and respectfully write in reference to our letter of February 9, 2010, which was hand-delivered to the Court earlier today. In the last paragraph of our letter, we inadvertently left out the Ocean Beach Police Department as a remaining Defendant in this case. Thus, to clarify, there are now five remaining Defendants – the Incorporated Village of Ocean Beach, the Ocean Beach Police Department, George B. Hesse, Suffolk County and Alison Sanchez.

We thank the Court for its time.

Sincerely,

Douglas H. Wigdor

cc:    Kenneth Novikoff, Esq. (via facsimile only)
       Arlene Zwilling, Esq. (via facsimile only)
       Michael Connolly, Esq. (via facsimile only)