

**MICHAEL P. WELCH**
PARTNER
(516) 357-3443
michael.welch@rivkin.com

WWW.RIVKINRADLER.COM

May 18, 2012

**VIA ECF**
Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
United States Courthouse
290 Federal Plaza
Central Islip, New York 11722-4437

      Re:  Carter v. Ocean Beach, et al.
            Case No.: 07 Civ. 1215 (SJF)(ETB)

Your Honor:

    As you know, this law firm represents Defendants, Incorporated Village of Ocean Beach, Mayor Loeffler, former Mayor Rogers and the Ocean Beach Police Department (hereinafter "Village Defendants") in connection with the above-referenced action. Pursuant to Your Honor's Order, dated March 29, 2012, granting the Village Defendants leave to renew their motion for attorneys' fees, costs and sanctions within 90 days, the Village Defendants herein request that their motion (document #257) be renewed and considered by this Court. For the Court's convenience, document #257 is the Notice of Motion, #258 is the Declaration of Kenneth A. Novikoff, #259 is the Bill of Costs and #260 is the Memorandum of Law. Also, Plaintiffs' opposition is filed under #261, with the Village Defendant's Reply under #262.

    Thank you for your consideration.

                              Respectfully submitted,

                              RIVKIN RADLER LLP

                              /s/

                              Michael P. Welch

MPW:pk
cc:    Douglas Wigdor
        Kevin W. Connolly, Esq.
        Arlene Zwilling, Esq.

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495